

April 20, 2020

**VIA E-FILE**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

      RE:    *Par Pharmaceutical Inc., et al. v. Amphastar Pharmaceuticals Inc., et al.*
               <u>C.A. No. 18-cv-2032-CFC (Consolidated)</u>

Dear Judge Connolly:

      In preparation for the April 29, 2020, *Markman* hearing, the parties write to respectfully request that the hearing be conducted by either teleconference or videoconference, whichever the Court prefers, and that the parties submit their proposed slide decks by e-mail to the Court 24 hours before the hearing. If the Court would prefer to use videoconference, such as Webex, the parties can coordinate with the Court IT staff prior to the hearing to confirm the software will perform adequately.

      The parties are prepared to proceed term by term at the *Markman* with the parties splitting the allotted time evenly, if that is acceptable to the Court.

      We are available at the Court's convenience should Your Honor have any questions.

                                  Respectfully submitted,

                                  /s/ Brian E. Farnan

                                  Brian E. Farnan

cc: Counsel of Record (via E-Filing)