## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS INC.,<br><br>Defendant. | C.A. No. 18-2032-CFC (consolidated) |

## [PROPOSED] ORDER

At Wilmington this 11th day of May, 2020:

Having studied the parties' briefing in connection with the disputed claim terms, D.I. 90, and the intrinsic evidence submitted by the parties, D.I. 91, and having heard oral argument, for the reasons articulated by the Court during the April 29, 2020 telephonic *Markman* hearing, the Court adopts the following constructions:

1

| CLAIM TERM | COURT'S CONSTRUCTION |
|---|---|
| "vasopressin"<br><br>All asserted claims | Arginine vasopressin as described in SEQ. ID. NO. 1 |
| "the unit dosage form has a pH of 3.7-3.9"<br><br>'785 patent claim 1; '209 patent claim 1 | Ordinary meaning. |
| "wherein the impurities are determined based on: [recited HPLC method]"<br><br>'785 patent claim 2; '209 patent claim 11 | Ordinary meaning; i.e., wherein any determination as to whether the pharmaceutical composition includes the specified impurities is to be made via the recited procedure. |

_____
The Honorable Colm F. Connolly
UNITED STATES DISTRICT COURT JUDGE

ACTIVE/103228288.1