IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PAR PHARMACEUTICAL INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REGENT INC.<br><br>Defendants. | C.A. No. 18-cv-2032-CFC |

## CONSENT JUDGMENT

WHEREAS, this action for patent infringement has been brought by Plaintiffs Par Pharmaceutical Inc., Par Sterile Products, LLC, and Endo Par Innovation Co., LLC (collectively, "Par") against Defendant American Regent Inc. ("American Regent") for infringement of United States Patent Nos. 9,375,478; 9,687,526; 9,744,209; and 9,750,785; and (the "Patents" and such action, the "Litigation"); and

WHEREAS, Par and American Regent have agreed to terms and conditions representing a negotiated settlement of the Litigation and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement");

Now, the parties, by its respective undersigned attorneys, hereby stipulate and consent to entry of judgment in the actions as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The District Court has jurisdiction over the subject matter of the above-captioned action and has personal jurisdiction over the parties for purposes of this action only.

2. The Patents are valid and enforceable. Notwithstanding the foregoing, said admission shall have no estoppel effect in view of any proceeding other than this Litigation.

3. Defendant American Regent has, by filing New Drug Application No. 212593 pursuant to 35 U.S.C. § 271(e)(2), committed a technical act of infringement.

4. Except as and to the extent permitted by the Settlement Agreement, American Regent and its Affiliates, including any of its successors and assigns, are enjoined from making, having made, using, selling, having sold, offering to sell, or importing any vasopressin injection product pursuant to New Drug Application No. 212593, either directly or indirectly, on its own part or through any Affiliate, officer, agent, servant, employee, or attorney, or through any person in concert or coordination with American Regent or any of its Affiliates, until permitted to do so under the terms and conditions of the Settlement Agreement.

5. For purposes of this Consent Judgment, the term "Affiliate" shall means, with respect to any Party, any person or entity that directly or indirectly (through one or more intermediaries) controls, is controlled by, or is under common control with that Party. For this purpose, "control" of a corporation or other business entity shall mean direct or indirect beneficial ownership of more than fifty percent (50%) of the voting interest in, or more than fifty percent (50%) in the equity of, or the right to appoint more than fifty percent (50%) of the directors or management of, such corporation or other business entity.

6. Except to the extent set forth above, all claims, counterclaims, affirmative defenses, and demands of the Parties in this action are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any Party.

7.    It is further ordered that any applicable stay of FDA approval of NDA No. 212593 pursuant to 21 U.S.C. § 355(c)(3)(C) is hereby terminated.

8.    The Parties expressly waive any right to appeal from this Consent Judgment.

9.    Compliance with this Consent Judgment may be enforced by Parties and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

10.    This Court retains jurisdiction over the Parties for purposes of enforcing this Consent Judgment as well as any dispute regarding the Settlement Agreement.

11.    The Clerk of the Court is directed to enter this Consent Judgment and Order forthwith.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: May 18, 2020 | Respectfully submitted, |
| FARNAN LLP | STAMOULIS & WEINBLATT LLC |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Stamatios Stamoulis<br>Stamatios Stamoulis (#4606)<br>800 N. West Street<br>Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com |
| Martin J. Black (admitted *pro hac vice*)<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808 | Dennies Varughese (admitted *pro hac vice*)<br>Sterne Kessler Goldstein Fox<br>1100 New York Avenue, NW<br>Suite 600<br>Washington, DC 20005 |
| *Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC* | *Attorneys for Defendant American Regent, Inc.* |

IT IS SO ORDERED this 20TH day of May 2020

_____
The Honorable Colm F. Connolly