IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS INC., ET AL.,<br><br>*Defendants*. | C.A. No. 18-2032-CFC<br><br>(Consolidated)<br><br>REDACTED - PUBLIC VERSION |

## DEFENDANTS' NOTICE OF SUBPOENA AD TESTIFICANDUM AND DUCES TECUM TO AMERICAN REGENT, INC.

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Amphastar Pharmaceuticals, Inc., Amneal Pharmaceuticals GmbH, Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Fresenius Kabi USA, LLC shall cause subpoenas to testify at a deposition and for the production of documents, electronically stored information, or objects to be served on American Regent, Inc.  True and correct copies of the subpoenas are attached as Exhibits A and B.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert M. Vrana
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Amneal Pharmaceutical Company GmbH, Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Fresenius Kabi USA, LLC, on behalf of all Defendants*

Dated: June 16, 2020

Redacted Version: June 23, 2020

2

## CERTIFICATE OF SERVICE

I, Robert M. Vrana, Esquire, hereby certify that on June 23, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on June 23, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>
>Brian M. Goldberg
>Sharon K. Gagliardi
>Joseph J. Gribbin
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>brian.goldberg@dechert.com
>sharon.gagliardi@dechert.com
>joe.gribbin@dechert.com
>
>Robert D. Rhoad
>DECHERT LLP
>100 Overlook Center, 2nd Floor
>Princeton, NJ 08540-7814
>robert.rhoad@dechert.com

24438869.1

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
blake.greene@dechert.com

*Attorneys for Plaintiffs*

Dated: June 23, 2020	YOUNG CONAWAY STARGATT
	 & TAYLOR, LLP

	 */s/ Robert M. Vrana*
	Anne Shea Gaza (No. 4093)
	Robert M. Vrana (No. 5666)
	Rodney Square
	1000 North King Street
	Wilmington, DE 19801
	(302) 571-6600
	agaza@ycst.com
	rvrana@ycst.com

	*Attorneys for Defendants*