# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.<br><br>            Defendants. | C. A. No. 18-cv-2032-CFC<br>(Consolidated) |

## STIPULATION EXTENDING CASE DEADLINES

The parties, subject to approval of the Court, hereby agree to amend the remaining case deadlines as follows:

| Case Event | Current Date | New Date |
|---|---|---|
| Par Final Infringement and Defendants' Final Invalidity Contentions | June 30, 2020 | July 21, 2020 |
| Close of Fact Discovery | July 13, 2020 | August 3, 2020 |
| Opening expert reports | August 14, 2020 | September 4, 2020 |
| Rebuttal expert reports | October 2, 2020 | October 23, 2020 |
| Close of Expert Discovery | October 30, 2020 | November 20, 2020 |
| Daubert Motions | November 10, 2020 | Removed |
| Pretrial Conference - 4:00 pm | January 5, 2021 | January 5, 2021 |
| Trial (4 days) | January 11, 2021 | January 11, 2021 |

Dated: June 29, 2020

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)

Respectfully submitted,

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ Robert M. Vrana
Anne Shea Gaza (Bar No. 4093)

| | |
|---|---|
| Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Robert M. Vrana (Bar No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com |
| RICHARDS, LAYTON & FINGER, P.A.<br><br>/s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Valerie A. Caras (#6608)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>caras@rlf.com<br><br>*Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC* | *Counsel for Defendants Amneal Pharmaceutical Company GmbH, Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, and Amneal Pharmaceuticals Pvt. Ltd.* |
| PHILLIPS GOLDMAN MCLAUGHLIN &HALL, P.A.<br><br>/s/ John C. Phillips, Jr.<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>Tel: (302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Attorneys for Defendant Amphastar Pharmaceuticals, Inc.* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/* Robert M. Vrana<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendant Fresenius Kabi USA, LLC* |

SO ORDERED, this \_\_\_\_ day of June, 2020.

_____
The Honorable Colm F. Connolly