# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS GMBH, AMNEAL PHARMACEUTICALS OF NEW YORK LLC, AMNEAL BIOSCIENCES LLC, and AMNEAL PHARMACEUTICAL PVT. LTD,<br><br>Defendants. | C.A. No. 19-712-CFC |
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | C.A. No. 18-2032-CFC<br>(Consolidated) |

## STIPULATED ORDER FOR SUBSITUTION OF AMNEAL, EU, LIMITED FOR AMNEAL PHARMACEUTICALS COMPANY GMBH

Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC's (collectively, "Plaintiffs") and Defendants Amneal Pharmaceuticals Company GmbH ("Amneal GmbH"), Amneal Pharmaceuticals of New York, LLC ("Amneal NY"), Amneal Biosciences LLC ("Amneal Biosciences"), and Amneal Pharmaceutical Pvt. Ltd. ("Amneal Pvt.") together with Amneal EU, Limited ("Amneal EU") (collectively, "the Amneal

Entities") hereby stipulate and move to substitute Amneal EU for Amneal GmbH in this action without prejudice. The action will continue against Amneal EU, Amneal NY, Amneal Pvt., and Amneal Biosciences.

It is further stipulated and agreed that:

1. Amneal GmbH, in conjunction with Amneal NY, submitted Abbreviated New Drug Application ("ANDA") No. 212944 and ANDA No. 212945, seeking approval of generic versions of Plaintiffs' VASOSTRICT® to the United States Food and Drug Administration.

2. The Amneal Entities represent and warrant that Amneal GmbH has transferred ownership of ANDA No. 212944 and ANDA No. 212945 to Amneal EU, and that Amneal GmbH no longer has any interest in ANDA No. 212944 and ANDA No. 212945.

3. The Amneal Entities stipulate that, for the purposes of this lawsuit and any potential acts of infringement, Amneal EU, Limited shall be considered to have filed ANDA No. 212944 and ANDA No. 212945 in conjunction with Amneal NY.

4. The parties hereby move for an order that, pursuant to Federal Rule of Civil Procedure 25(c), Amneal EU shall be substituted as a defendant in the above captioned matter for Amneal GmbH.

5. Amneal GmbH will be bound by any Judgment, Order, or decision in this action, or any appeal thereof as if it were a party to the action.

6. Amneal NY, Amneal Pvt., Amneal Biosciences, and Amneal GmbH stipulate that Amneal GmbH's documents, witnesses and information are in Amneal NY,

Amneal Biosciences, and/or Amneal Pvt.'s custody or control for purposes of discovery in this lawsuit, subject to paragraph 7.

7. If the parties agree that an Amneal GmbH employee is a necessary fact witness, the witness will be made available for deposition (at or near the witness's work location) upon notice to Amneal NY, Amneal Pvt., and Amneal Biosciences. If the parties disagree as to whether the Amneal GmbH employee is a necessary fact witness, then the parties shall present the matter to the Court for resolution. In the event that the Court orders that the deposition of the Amneal GmbH employee shall be taken, then the Amneal GmbH employee will be made available for deposition (at or near the witness's work location) pursuant to the Court's Order, without requiring the Plaintiffs to adhere to the procedures of the Hague Convention. The parties agree that, at Plaintiffs' discretion, any such deposition may be taken remotely via videoconferencing.

8. The case caption in C.A No. 19-712-CFC shall be amended to read as follows:

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMNEAL EU, LIMITED, AMNEAL PHARMACEUTICALS OF NEW YORK LLC, AMNEAL BIOSCIENCES LLC, AMNEAL PHARMACEUTICAL HOLDING COMPANY LLC, and AMNEAL PHARMACEUTICAL PVT. LTD,<br><br>    Defendants. | C.A. No. 19-712-CFC |

Dated: June 29, 2020

Of Counsel:

Martin J. Black
Sharon K. Gagliardi
Brian M. Goldberg
Joseph J. Gribbin (Bar No. 5677)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
joe.gribbin@dechert.com

Robert D. Rhoad
DECHERT LLP
502 Carnegie Center, Suite #104
Princeton, NJ 08540
Tel: (609) 955-3200
robert.rhoad@dehcert.com

Johnathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4995
jonathan.loeb@dechert.com

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
Tel: (512) 394-3000
blake.greene@dechert.com

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Huiya Wu | |
| Linnea Cipriano | */s/ Robert M. Vrana* |
| Tiffany Mahmood | Anne Shea Gaza (No. 4093) |
| Jacqueline Genovese Bova | Robert M. Vrana (No. 5666) |
| GOODWIN PROCTER LLP | Rodney Square |
| The New York Times Building | 1000 North King Street |
| 620 Eighth Avenue | Wilmington, DE 19801 |
| New York, NY 10018 | 302-571-6600 |
| hwu@goodwinlaw.com | agaza@ycst.com |
| lcipriano@goodwinlaw.com | rvrana@ycst.com |
| tmahmood@goodwinlaw.com | |
| jbova@goodwinlaw.com | *Attorneys for Defendants Amneal Pharmaceuticals* |
| Tel: (212) 813-8800 | *Company GmbH et al.* |

SO ORDERED THIS ___ day of _____ 2020

_____
The Honorable Colm F. Connolly

26699136