## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PAR PHARMACEUTICAL, INC., PAR STERILE
PRODUCTS, LLC, and ENDO PAR INNOVATION
COMPANY, LLC,

        Plaintiffs,

    v.

AMPHASTAR PHARMACEUTICALS, INC., et al.

        Defendants.

C. A. No. 18-cv-2032-CFC
(Consolidated)

## STIPULATION EXTENDING REDACTION DEADLINES

The parties, subject to approval of the Court, hereby agree that the deadline to file

redacted versions of the Amended Answers, the corresponding stipulations, and any related

exhibits (e.g., D.I. 132-133, 135-142, 143-152) is extended to July 9, 2020.

Dated: July 6, 2020

FARNAN LLP


/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Valerie A. Caras (#6608)
One Rodney Square
920 North King Street

Respectfully submitted,

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP


 /s/ Robert M. Vrana
Anne Shea Gaza (Bar No. 4093)
Robert M. Vrana (Bar No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Counsel for Defendants Amneal
Pharmaceuticals of New York, LLC, Amneal
Biosciences LLC, Amneal Pharmaceuticals
Pvt. Ltd., and Amneal EU, Limited*

Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
caras@rlf.com

*Attorneys for Plaintiffs Par Pharmaceutical,*
*Inc., Par Sterile Products, LLC, and Endo Par*
*Innovation Company, LLC*

PHILLIPS MCLAUGHLIN &HALL, P.A.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
Tel: (302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant Amphastar*
*Pharmaceuticals, Inc.*

/s/ Robert M. Vrana
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendant*
*Fresenius Kabi USA, LLC*

SO ORDERED, this _____ day of July, 2020.

_____
     The Honorable Colm F. Connolly