# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMNEAL EU, LIMITED, AMNEAL PHARMACEUTICALS OF NEW YORK LLC, AMNEAL BIOSCIENCES LLC, and AMNEAL PHARMACEUTICAL PVT. LTD,<br><br>Defendants. | C.A. No. 19-712-CFC<br><br>REDACTED - PUBLIC VERSION |
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | C.A. No. 18-2032-CFC<br>(Consolidated) |

**EXHIBITS TO AMNEAL EU, LIMITED , AMNEAL PHARMACEUTICALS OF NEW YORK LLC, AMNEAL BIOSCIENCES LLC, AND AMNEAL PHARMACEUTICAL PVT. LTD'S AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS**
**VOLUME 1 OF 3**

| | |
|---|---|
| OF COUNSEL:<br><br>Huiya Wu<br>Linnea Cipriano<br>Tiffany Mahmood<br>Jacqueline Genovese Bova | Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>YOUNG CONAWAY STARGATT &<br>  TAYLOR, LLP<br>Rodney Square<br>1000 North King Street |

GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
hwu@goodwinlaw.com
lcipriano@goodwinlaw.com
tmahmood@goodwinlaw.com
jbova@goodwinlaw.com
Tel: (212) 813-8800

Wilmington, DE 19801
302-571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants and Counterclaim Plaintiffs Amneal EU, Limited, et al.*

Dated: July 2, 2020

Redacted Version: July 9, 2020

# CERTIFICATE OF SERVICE

I, Anne Shea Gaza, Esquire, hereby certify that on July 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on July 9, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>
>Brian M. Goldberg
>Sharon K. Gagliardi
>Joseph J. Gribbin
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>brian.goldberg@dechert.com
>sharon.gagliardi@dechert.com
>joe.gribbin@dechert.com
>
>Robert D. Rhoad
>DECHERT LLP
>100 Overlook Center, 2nd Floor
>Princeton, NJ 08540-7814
>robert.rhoad@dechert.com
>
>Blake B. Greene
>DECHERT LLP
>300 W. 6th Street, Suite 2010
>Austin, TX 78701
>blake.greene@dechert.com

24438869.1

*Attorneys for Plaintiffs*

Dated: July 9, 2020

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

 /s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

24438869.1

2