# EXHIBITS 5 – 6 REDACTED IN THEIR ENTIRETY