# EXHIBITS 8 - 17 REDACTED IN THEIR ENTIRETY