# EXHIBITS 19 - 22 REDACTED IN THEIR ENTIRETY