# Exhibit 23

# Drugs@FDA: FDA-Approved Drugs

 **SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&VARAPPLNO=204485)** 

 **TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA-APPROVED DRUGS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&VARAPPLNO=204485)** 

±

 **EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA-APPROVED DRUGS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&VARAPPLNO=204485)** 

Home (index.cfm) | Previous Page

**New Drug Application (NDA):** 204485
**Company:** PAR STERILE PRODUCTS

 **EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTP://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS%26VARAPPLNO=204485)** 

- **Summary Review (http://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/204485Orig1s000SumR.pdf)**

### Products on NDA 204485

CSV | Excel | Print

| Drug Name | Active Ingredients | Strength | Dosage Form/Route |
|---|---|---|---|
| − VASOSTRICT | VASOPRESSIN | 20UNITS/ML (20UNITS/ML) | SOLUTION;INTRAVENOUS |
| **Marketing Status** Prescription | | | |
| **TE Code** None | | | |
| **RLD** Yes | | | |
| **RS** Yes | | | |
| − VASOSTRICT | VASOPRESSIN | 200UNITS/10ML (20UNITS/ML) | SOLUTION;INTRAVENOUS |



| Drug Name | Active Ingredients | Strength | Dosage Form/Route |
|---|---|---|---|
| | **Marketing Status** Prescription | | |
| | **TE Code** None | | |
| | **RLD** Yes | | |
| | **RS** Yes | | |
| ⊖ VASOSTRICT | VASOPRESSIN | 40UNITS/100ML (0.4UNITS/ML) | SOLUTION;INTRAVENOUS |
| | **Marketing Status** Prescription | | |
| | **TE Code** None | | |
| | **RLD** Yes | | |
| | **RS** Yes | | |
| ⊖ VASOSTRICT | VASOPRESSIN | 60UNITS/100ML (0.6UNITS/ML) | SOLUTION;INTRAVENOUS |
| | **Marketing Status** Prescription | | |
| | **TE Code** None | | |
| | **RLD** Yes | | |
| | **RS** Yes | | |

Showing 1 to 4 of 4 entries

## Approval Date(s) and History, Letters, Labels, Reviews for NDA 204485

**Original Approvals or Tentative Approvals**

CSV  Excel  Print

| Action Date | Submission | Action Type | Submission Classification | Review Priority; Orphan Status | Letters, Reviews, Labels, Pati... |
|---|---|---|---|---|---|

| Action Date | Submission | Action Type | Submission Classification | Review Priority; Orphan Status | Letters, Reviews, Labels, Pati |
|---|---|---|---|---|---|
| 04/17/2014 | ORIG-1 | Approval | Type 7 - Drug Already Marketed without Approved NDA | STANDARD | **Label (PDF) (https://www.accessda** **Letter (PDF) (https://www.accessda** **Review (https://www.accessdata.fd** **Summary Review (PDF) (https://ww** |

Showing 1 to 1 of 1 entries

## Supplements

| CSV | Excel | Print |
|---|---|---|

| Action Date | Submission | Supplement Categories or Approval Type | Letters, Reviews, Labels, Patient Package Insert |
|---|---|---|---|
| 02/21/2020 | SUPPL-14 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/204** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/** |
| 05/14/2019 | SUPPL-9 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/204** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2019/** |
| 12/17/2016 | SUPPL-4 | Manufacturing (CMC) | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/204** **Review (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/2044** |
| 03/21/2016 | SUPPL-3 | Manufacturing (CMC) | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/204** **Review (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/2044** |
| 05/07/2015 | SUPPL-2 | Manufacturing (CMC) | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/204** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/** |
| 09/18/2014 | SUPPL-1 | Manufacturing (CMC) | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/204** |

Showing 1 to 6 of 6 entries

**Labels for NDA 204485**