# Exhibit 25



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2018

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *14/717,877*
FILING DATE: *May 20, 2015*
PATENT NUMBER: *9,744,239*
ISSUE DATE: *August 29, 2017*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

PAR-VASO-0006453

PTO/AIA/15 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| *Attorney Docket No.* | 47956-702.301 |
| *First Named Inventor* | Matthew Kenney |
| *Title* | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| *Express Mail Label No.* | |

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1. ✔ **Fee Transmittal Form**
   (PTO/SB/17 or equivalent)

2. ☐ **Applicant asserts small entity status.**
   See 37 CFR 1.27

3. ☐ **Applicant certifies micro entity status.** See 37 CFR 1.29.
   Applicant must attach form PTO/SB/15A or B or equivalent.

4. ✔ **Specification** *[Total Pages* 40 *]*
   Both the claims and abstract must start on a new page.
   *(See MPEP § 608.01(a) for information on the preferred arrangement.)*

5. ✔ **Drawing(s)** (35 U.S.C. 113) *[Total Sheets* 10 *]*

6. ☐ **Inventor's Oath or Declaration** *[Total Pages* 5 *]*
   *(including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))*
   a. ☐ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))

7. ✔ **Application Data Sheet** * See note below.
   See 37 CFR 1.76 (PTO/AIA/14 or equivalent)

8. ☐ **CD-ROM or CD-R**
   in duplicate, large table, or Computer Program (*Appendix*)
   ☐ Landscape Table on CD

9. **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. ✔ Computer Readable Form (CRF)
   b. ✔ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ✔ Paper
   c. ✔ Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PAPERS

10. ☐ **Assignment Papers**
    (cover sheet & document(s))
    Name of Assignee _____

11. ☐ **37 CFR 3.73(c) Statement**      ☐ **Power of Attorney**
    (*when there is an assignee*)

12. ☐ **English Translation Document**
    (*if applicable*)

13. ☐ **Information Disclosure Statement**
    (PTO/SB/08 or PTO-1449)
    ☐ Copies of citations attached

14. ☐ **Preliminary Amendment**

15. ☐ **Return Receipt Postcard**
    (*MPEP § 503*) (Should be specifically itemized)

16. ☐ **Certified Copy of Priority Document(s)**
    (*if foreign priority is claimed*)

17. ☐ **Nonpublication Request**
    Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.

18. ☐ **Other:** _____
    _____
    _____
    _____

***Note:*** (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

## 19. CORRESPONDENCE ADDRESS

☑ The address associated with Customer Number: 021971      **OR** ☐ Correspondence address below

| Name | | | | | |
|---|---|---|---|---|---|
| Address | | | | | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| | | | |
|---|---|---|---|
| Signature | /Craig S. Kenesky/ | Date | 05-20-2015 |
| Name (Print/Type) | Craig S. Kenesky | Registration No. (Attorney/Agent) | 65256 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0006454

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0006455

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Craig Scott Kenesky/Roseann Gallo |
| **Attorney Docket Number:** | 47956-702.301 |

Filed as Large Entity

**Filing Fees for**  Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 280 | 280 |
| Utility Search Fee | 1111 | 1 | 600 | 600 |
| Utility Examination Fee | 1311 | 1 | 720 | 720 |
| Request for Prioritized Examination | 1817 | 1 | 4000 | 4000 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |

PAR-VASO-0006456

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Patent-Appeals-and-Interference: | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| **Total in USD ($)** | | | | **5600** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22407307 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew  Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Craig Scott Kenesky |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 20-MAY-2015 |
| **Filing Date:** | |
| **Time Stamp:** | 18:49:22 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $5600 |
| RAM confirmation Number | 5452 |
| Deposit Account | 232415 |
| Authorized User | KENESKY, CRAIG S |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

    Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

    Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

PAR-VASO-0006458

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | TrackOne Request | PAR_47956_702_301_Track1.pdf | 140992<br>6f9ddf76c0b7acfc7dfd5d1934fd82482e3eabfd | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Application Data Sheet | PAR_47956_702_301_ADS.pdf | 1895093<br>7d4d667c9e7d1f2fb6e77fca842ac8a9e5e22ea6 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | | PAR_47956_702_301_ApplnAsFiled2.pdf | 165017<br>6afc41df5b69789a7ab74112998e768457b7cfcb | yes | 40 |
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | **End** | |
| | Specification | | 1 | 36 | |
| | Claims | | 37 | 39 | |
| | Abstract | | 40 | 40 | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Drawings-only black and white line drawings | PAR_47956_702_301_Drawings.pdf | 101352<br>d1cb84761cc35af41c1596ee3a83902b2c8a8a0c | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Oath or Declaration filed | PAR_47956_702_301_Executed Declaration.pdf | 233076<br>a0d453ffcc4a34f4b3d386ca160dc99f3a2ef4f8 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Sequence Listing | PAR_47956_702_301_SeqStmt.pdf | 1087718<br>5b440705c39a68ca3f98281daf18ade84e808ede | no | 1 |

PAR-VASO-0006459

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 7 | Sequence Listing (Text File) | 47956_702_301_SL.txt | 5055 | no | 0 |
| Warnings: | | | | | |
| Information: | | | | | |
| 8 | Transmittal of New Application | PAR_47956_702_301_UtilityTrans.pdf | 276629<br>03904b8ebce269d10bd5c1e3146d39e038efc115 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 9 | Fee Worksheet (SB06) | fee-info.pdf | 37327<br>dc506561df305b9f5ad9a4718bf1a9868ddeaa34 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 3942259 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0006460

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22407307 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Craig Scott Kenesky |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 20-MAY-2015 |
| **Filing Date:** | |
| **Time Stamp:** | 18:49:22 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $5600 |
| RAM confirmation Number | 5452 |
| Deposit Account | 232415 |
| Authorized User | KENESKY, CRAIG S |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0006461

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | TrackOne Request | PAR_47956_702_301_Track1.pdf | 140992 <br> 6f9ddf76c0b7acfc7dfd5d1934fd82482e3ea bfd | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Application Data Sheet | PAR_47956_702_301_ADS.pdf | 1895093 <br> 7d4d667c9e7d1f2fb6e77fca842ac8a9e5e2 2ea6 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | | PAR_47956_702_301_ApplnAsFiled2.pdf | 165017 <br> 6afc41df5b69789a7ab74112998e768457b 7cfcb | yes | 40 |

### Multipart Description/PDF files in .zip description

| Document Description | Start | End |
|---|---|---|
| Specification | 1 | 36 |
| Claims | 37 | 39 |
| Abstract | 40 | 40 |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Drawings-only black and white line drawings | PAR_47956_702_301_Drawings.pdf | 101352 <br> d1cb84761cc35af41c5196ee3a83902b2c8a 8a0c | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Oath or Declaration filed | PAR_47956_702_301_Executed Declaration.pdf | 233076 <br> a0d453ffcc4a34f4b3d386ca16d0c99f3a2ef 4f8 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Sequence Listing | PAR_47956_702_301_SeqStmt.pdf | 1087718 <br> 5b440705c39a68ca3f98281daf18ade84e80 8efe | no | 1 |

PAR-VASO-0006462

| | | | | | | |
|---|---|---|---|---|---|---|
| **Warnings:** | | | | | | |
| **Information:** | | | | | | |
| 7 | Sequence Listing (Text File) | 47956_702_301_SL.txt | 5055 | | no | 0 |
| **Warnings:** | | | | | | |
| **Information:** | | | | | | |
| 8 | Transmittal of New Application | PAR_47956_702_301_UtilityTrans.pdf | 276629<br>03904b8ebce269d10bd5c1e3146d39e038efc115 | | no | 2 |
| **Warnings:** | | | | | | |
| **Information:** | | | | | | |
| 9 | Fee Worksheet (SB06) | fee-info.pdf | 37327<br>dc506561df305b9f5ad9a4718bf1a9868ddeaa34 | | no | 2 |
| **Warnings:** | | | | | | |
| **Information:** | | | | | | |
| | | **Total Files Size (in bytes):** | 3942259 | | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0006463

PTO/SB/424 (12-11)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Matthew Kenney | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i), the prioritized examination fee set forth in 37 CFR 1.17(c), and if not already paid, the publication fee set forth in 37 CFR 1.18(d) have been filed with the request. The basic filing fee, search fee, examination fee, and any required excess claims and application size fees are filed with the request or have been already been paid.

2. The application contains or is amended to contain no more than four independent claims and no more than thirty total claims, and no multiple dependent claims.

3. The applicable box is checked below:

   **I.**  ☑  **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i.  (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
          ---OR---
     (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii.  An executed oath or declaration under 37 CFR 1.63 is filed with the application.

   **II.**  ☐  **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i.  A request for continued examination has been filed with, or prior to, this form.
   ii.  If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii.  The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv.  This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v.  No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature | /Craig S. Kenesky/ | Date | 2015-05-20 |
|---|---|---|---|
| Name (Print/Typed) | Craig S. Kenesky, Ph.D., Esq. | Practitioner Registration Number | 65256 |

***Note:*** *Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required in accordance with 37 CFR 1.33 and 11.18. Please see 37 CFR 1.4(d) for the form of the signature. If necessary, submit multiple forms for more than one signature, see below\*.*

☑  *Total of* __1__ *forms are submitted.*

PAR-VASO-0006464

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0006465

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | |

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Matthew | | Kenney | |

**Residence Information (Select One)** ⦿ US Residency  ◯ Non US Residency  ◯ Active US Military Service

| City | New Haven | State/Province | MI | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 32227 Chatham Street |
|---|---|
| Address 2 | |

| City | New Haven | | State/Province | MI |
|---|---|---|---|---|
| Postal Code | 48048 | Country i | US | |

| Inventor | 2 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Vinayagam | | Kannan | |

**Residence Information (Select One)** ⦿ US Residency  ◯ Non US Residency  ◯ Active US Military Service

| City | Rochester | State/Province | MI | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 611 Timothy Lane, Apt. 204 |
|---|---|
| Address 2 | |

| City | Rochester | | State/Province | MI |
|---|---|---|---|---|
| Postal Code | 48307 | Country i | US | |

| Inventor | 3 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sunil | | Vandse | |

**Residence Information (Select One)** ⦿ US Residency  ◯ Non US Residency  ◯ Active US Military Service

PAR-VASO-0006466

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | |

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

| City | Basking Ridge | State/Province | NJ | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 83 Dorchester Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Basking Ridge | State/Province | NJ |
| Postal Code | 07920 | Country i | US |

**Inventor    4**                                   Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Suketu | | Sanghvi | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Kendall Park | State/Province | NJ | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 1 Hancock Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Kendall Park | State/Province | NJ |
| Postal Code | 08824 | Country i | US |

**Inventor    5**                                   Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Serge | | Ilin-Schneider | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Ridgewood | State/Province | NJ | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 22 Pomander Walk | | |
|---|---|---|---|
| Address 2 | | | |
| City | Ridgewood | State/Province | NJ |
| Postal Code | 07450 | Country i | US |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). |
|---|
| ☐   **An Address is being provided for the correspondence Information of this application.** |

PAR-VASO-0006467

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | |

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

| Customer Number | 021971 | | |
|---|---|---|---|
| Email Address | | Add Email | Remove Email |

## Application Information:

| Title of the Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS | | |
|---|---|---|---|
| Attorney Docket Number | 47956-702.301 | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 10 | Suggested Figure for Publication (if any) | |

## Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 021971 | | |

PAR-VASO-0006468

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | |

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation of | 14610499 | 2015-01-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) [i]the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country [i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | Add |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.<br>NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |
|---|---|

PAR-VASO-0006469

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
| | Application Number | |
| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS | |

## Authorization to Permit Access:

| ☒ Authorization to Permit Access to the Instant Application by the Participating Offices |
| --- |
| If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.<br><br>In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.<br><br>In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization. |

## Applicant Information:

| Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office. |
| --- |

| Applicant 1 | Remove |
| --- | --- |

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

| | | Clear |
| --- | --- | --- |

| ◉ Assignee | ○ Legal Representative under 35 U.S.C. 117 | ○ Joint Inventor |
| --- | --- | --- |
| ○ Person to whom the inventor is obligated to assign. | ◉ Person who shows sufficient proprietary interest | |

| If applicant is the legal representative, indicate the authority to file the patent application, the inventor is: |
| --- |
| |

| Name of the Deceased or Legally Incapacitated Inventor : | |
| --- | --- |
| If the Applicant is an Organization check here.   ☒ | |
| Organization Name | Par Pharmaceutical, Inc. |

PAR-VASO-0006470

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
| | Application Number | |

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | One Ram Ridge Road | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Spring Valley | **State/Province** | NY |
| **Country** i | US | Postal Code | 10977 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.   | Add |

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee    1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| Remove |

If the Assignee or Non-Applicant Assignee is an Organization check here.  ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.   | Add |

PAR-VASO-0006471

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
| | Application Number | |

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |

## Signature:

Remove

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Craig S. Kenesky/ | | | Date (YYYY-MM-DD) | 2015-05-20 |
| First Name | CRAIG S. | Last Name | KENESKY | Registration Number | 65256 |

| Additional Signature may be generated within this form by selecting the Add button. | Add |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PAR-VASO-0006472

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0006473

PATENT APPLICATION

**PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS**

Inventor(s):    Matthew Kenney
32227 Chatham Street
New Haven, MI  48048

Vinayagam Kannan
611 Timothy Lane, Apt. 204
Rochester, MI  48307

Sunil Vandse
83 Dorchester Drive
Basking Ridge, NJ  07920

Suketu Sanghvi
1 Hancock Drive
Kendall Park, NJ  08824

Serge Ilin-Schneider
22 Pomander Walk
Ridgewood, NJ  07450

Assignee:    Par Pharmaceutical, Inc.
One Ram Ridge Road
Spring Valley, NY 10977

Entity:    Large

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on:  May 20, 2015**

PAR-VASO-0006474

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

## CROSS REFERENCE

[0001] This Application is a continuation of United States Application No. 14/610,499, filed January 30, 2015, which is incorporated herein by reference in its entirety.

## SEQUENCE LISTING

[0002] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on May 20, 2015, is named 47956-702.301_SL.txt and is 5120 bytes in size.

## BACKGROUND

[0003] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin require refrigeration for maintenance or reconstitution of lyophilized powders due to vasopressin's poor long-term stability.

## SUMMARY OF THE INVENTION

[0004] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH.

## BRIEF DESCRIPTION OF THE FIGURES

[0005] FIGURE 1 is a chromatogram of a diluent used in vasopressin assay.

-2-

**[0006] FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

**[0007] FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

**[0008] FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

**[0009] FIGURE 5** is a chromatogram of a vasopressin standard solution.

**[0010] FIGURE 6** is a chromatogram of a sample vasopressin preparation.

**[0011] FIGURE 7** is a UV spectrum of a vasopressin sample.

**[0012] FIGURE 8** is a UV spectrum of a vasopressin standard.

**[0013] FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

**[0014] FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.


## DETAILED DESCRIPTION

<u>Vasopressin and peptides of the invention.</u>

**[0015]** Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

**[0016]** Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

**[0017]** Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):

-3-

PAR-VASO-0006476

**[0018]** At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

**[0019]** Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

**[0020]** Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

-4-

PAR-VASO-0006477

[0021] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below. All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |
| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

Therapeutic Uses.

[0022] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0023] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension,

-5-

meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be administered to a subject undergoing, for example, surgery or hysterectomy.

[0024] Plasma osmolality is a measure of the plasma's electrolyte-water balance and can be indicative of blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0025] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0026] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0027] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

PAR-VASO-0006479

[0028] Blood pressure for a healthy human adult between the ages of 18-65 can range from about 90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0029] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

[0030] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.

Pharmaceutical Formulations.

[0031] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0032] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents,

-7-

PAR-VASO-0006480

anti-static agents, surfactants, anti-oxidants, coloring agents, flavouring agents, plasticizers, preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0033] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0034] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

[0035] In some embodiments, a vasopressin formulation of the invention comprises a pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0036] In some embodiments, a vasopressin formulation of the invention has a half-life at about 0 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about

-8-

PAR-VASO-0006481

200%, no more than about 250%, no more than about 300%, no more than about 350%, no more than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about 800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0037] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0038] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 1%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0039] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62

PAR-VASO-0006482

°C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C, about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

[0040] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 °C, about 20.1 °C, about 20.2 °C, about 20.3 °C, about 20.4 °C, about 20.5 °C, about 20.6 °C, about 20.7 °C, about 20.8 °C, about 20.9 °C, about 21.0 °C, about 21.1 °C, about 21.2 °C, about 21.3 °C, about 21.4 °C, about 21.5 °C, about 21.6 °C, about 21.7 °C, about 21.8 °C, about 21.9 °C, about 22.0 °C, about 22.1 °C, about 22.2 °C, about 22.3 °C, about 22.4 °C, about 22.5 °C, about 22.6 °C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[0041] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0042] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle,

-10-

PAR-VASO-0006483

for example, sterile pyrogen-free water, before use.

Comparison Formulations.

**[0043]** A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

**[0044]** A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

Dosage Amounts.

**[0045]** In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a

-11-

subject having a disease or condition to be treated.  A therapeutically-effective amount can vary widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors.  Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[0046] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, or about 10 mL.

[0047] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20  units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30  units/mL, about 35 units/mL, about 40  units/mL, about 45 units/mL, or

-12-

about 50 units/mL.

**[0048]** A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 μg, about 0.05 μg, about 0.1 μg, about 0.15 μg, about 0.2 μg, about 0.25 μg, about 0.3 μg, about 0.35 μg, about 0.4 μg, about 0.5 μg, about 0.6 μg, about 0.7 μg, about 0.8 μg, about 0.9 μg, about 1 μg, about 2 μg, about 3 μg, about 4 μg, about 5 μg, about 10 μg, about 15 μg, about 20 μg, about 25 μg, about 30 μg, about 35 μg, about 40 μg, about 45 μg, about 50 μg, about 60 μg, about 70 μg, about 80 μg, about 90 μg, about 100 μg, about 125 μg, about 150 μg, about 175 μg, about 200 μg, about 250 μg, about 300 μg, about 350 μg, about 400 μg, about 450 μg, about 500 μg, about 600 μg, about 700 μg, about 800 μg, about 900 μg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

**[0049]** A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

**[0050]** A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

**[0051]** Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75,

-13-

PAR-VASO-0006486

about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2, about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

**[0052]** In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

**[0053]** In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

**[0054]** Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least

PAR-VASO-0006487

35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40% pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[0055] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.

Pharmaceutically-acceptable excipients.

[0056] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

PAR-VASO-0006488

[0057] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[0058] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N′-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[0059] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[0060] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chrlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[0061] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

[0062] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated

-16-

PAR-VASO-0006489

hydroxytoluene, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[0063] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[0064] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[0065] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99%, or about 100%, mass or by volume of the unit dosage form.

-17-

PAR-VASO-0006490

[0066] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.

Pharmaceutically-Acceptable Salts.

[0067] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[0068] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[0069] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[0070] Ammonium salts can arise from the addition of ammonia or an organic amine to a compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-

-18-

PAR-VASO-0006491

methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrazole, pipyrrazole, imidazole, pyrazine, or pipyrazine.

[0071] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[0072] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[0073] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.


Peptide Sequence.

[0074] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu); lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser); threonine (T, Thr); tryptophan (W, Trp); tyrosine (Y, Tyr); valine (V, Val). In some embodiments, the amino acid is a L-enantiomer. In some embodiments, the amino acid is a

-19-

D-enantiomer.

[0075] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[0076] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1.  In some embodiments, a pharmaceutical composition of the invention comprises vasopression and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth, peptide.

[0077] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[0078] The amount of another peptide in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%,

-20-

about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[0079] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[0080] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[0081] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm, about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[0082] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

-21-

PAR-VASO-0006494

[0083] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.

## EXAMPLES

**EXAMPLE 1**: Impurities of Vasopressin as detected by HPLC.

[0084] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[0085] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[0086] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 µm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25ºC |
| Flow Rate | 1.0 mL/min |

-22-

| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. | | | |
|---|---|---|---|---|
| Injection Volume | 100 μL | | | |
| Run time | 55 minutes | | | |
| Autosampler Vials | Polypropylene vials | | | |
| Pump (gradient) | Time (min) | %A | %B | Flow |
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

[0087] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[0088] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 μm membrane filter under vacuum, and the volume was adjusted as necessary.

[0089] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[0090] The working standard solution contained approximately 20 units/mL of vasopressin. The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[0091] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[0092] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[0093] A second working standard solution was prepared as directed under the standard preparation.

-23-

[0094] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

[0095] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[0096] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[0097] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[0098] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[0099] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[00100] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00101] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00102] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00103] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00104] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

-24-

[00105] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE 4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00106] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00107] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00108] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00109] Then, one injection of the working standard solution was made.

[00110] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00111] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00112] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00113] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00114] The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation.

-25-

**FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00115] To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \times \text{Conc STD}$$

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00116] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00117] The impurities were calculated using the formula below:

$$\% \text{ impurity} = \frac{R_I}{R_S} \times \frac{\text{Conc STD}}{20 \text{ U/mL}} \times 100\%$$

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00118] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

| **TABLE 3** |
| --- |

-26-

| Name | Formula | Appr. RRT | Molar Mass (g) |
|---|---|---|---|
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH$_2$  SEQ ID NO.: 1  (disulfide bridge between cys residues) | | | |
| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG   SEQ ID NO.: 2 (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$    SEQ ID NO.: 3  (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$   SEQ ID NO.: 4   (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$   SEQ ID NO.: 7  (disulfide bridge between cys residues) | | | |

-27-

| | | | |
|---|---|---|---|
| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

**EXAMPLE 2:** Investigation of pH.

[00119] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

**EXAMPLE 3:** Effect of peptide stabilizers on vasopressin formulation.

[00120] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4.** Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---|---|---|---|---|---|
| Ethanol | PEG 400 | Glycerol | Poloxamer 188 | HPbCD[a] | n-Methylpyrrolidone (NMP) |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00121] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater

-28-

stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect was about 5% to about 10% greater than that observed in the experiments of **EXAMPLE 2**.

**EXAMPLE 4:** Effect of buffer and divalent metals on vasopressin formulation.

[00122] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00123] The tested combinations provided vasopressin stability comparable to that of a vasopressin formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.

**EXAMPLE 5:** Effect of non-aqueous solvent formulations on vasopressin stability.

[00124] Several solvents were used to prepare vasopressin formulations to assess vasopressin stability. The formulations were prepared at 400 µg/mL and stability was tested via HPLC after incubation at 60 °C for one week, 40 °C for four weeks, and 25 °C for four weeks. The examined solvents included water, DMSO, propylene glycol, PEG300, NMP, glycerol, and ethanol. None of the tested solvents were able to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

**EXAMPLE 6:** Illustrative formulations for assessment of vasopressin stability.

[00125] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00126] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00127] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300,

-29-

PAR-VASO-0006502

NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00128] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00129] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one week.

[00130] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to test the stability of vasopressin.

[00131] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00132] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00133] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.


**EXAMPLE 7:** Illustrative vasopressin formulation for clinical use.

[00134] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |

-30-

| | | |
|---|---|---|
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

**EXAMPLE 8:** <u>Illustrative regimen for therapeutic use of a vasopressin formulation.</u>

**[00135]** Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

<u>Preparation and Use of Vasopressin.</u>

**[00136]** Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin at 20 units/mL.

**[00137]** Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen.

**[00138]** Vials of vasopressin are to be discarded 48 hours after first puncture.

**[00139]** Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

**[00140]** Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

**[00141]** Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

**[00142]** The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

-31-

PAR-VASO-0006504

[00143] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.

Contraindications, Adverse Reactions, and Drug-Drug Interactions.

[00144] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired cardiac response can worsen cardiac output.

[00145] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00146] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00147] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00148] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

-32-

PAR-VASO-0006505

**[00149]** Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

**[00150]** Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

**[00151]** Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

Use of Vasopressin in Specific Populations.

**[00152]** Vasopressin is a Category C drug for pregnancy.

**[00153]** Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.

Overdosage.

**[00154]** Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of

-33-

withdrawal of treatment.

Pharmacology of Vasopressin.

[00155] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00156] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:


                                                            SEQ ID NO.: 1
Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00157] One mg of vasopressin is equivalent to 530 units.

[00158] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00159] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00160] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of

-34-

vasopressin in patients.

[00161] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

Carcinogenesis, Mutagenesis, Impairment of Fertility.

[00162] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

Clinical studies.

[00163] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

# EMBODIMENTS

[00164] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00165] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH. In some embodiments, the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety. In some

-35-

PAR-VASO-0006508

embodiments, the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a poloxamer. In some embodiments, the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the composition further comprises SEQ ID NO. 3. In some embodiments, the composition further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form is an injectable of about 1mL volume. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the vasopressin or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, one of the plurality of peptides is SEQ ID NO.: 2. In some embodiments, one of the plurality of peptides is SEQ ID NO.:3. In some embodiments, wherein one of the plurality of peptides is SEQ ID NO.: 4. In some embodiments, the buffer has a pH of about 3.5.

PAR-VASO-0006509

WHAT IS CLAIMED IS:

1.     A pharmaceutical composition comprising, in a unit dosage form:

   a)     from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and

   b)     a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof,

wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of:

   A)     vasopressin, or a pharmaceutically-acceptable salt thereof; and

   B)     a buffer having acidic pH.

2.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety.

3.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide.

4.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a poloxamer.

5.     The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof.

6.     The pharmaceutical composition of claim 5, wherein the first unit dosage form exhibits about

-37-

PAR-VASO-0006510

10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

7.   The pharmaceutical composition of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

8.   The pharmaceutical composition of claim 7, wherein the composition further comprises SEQ ID NO. 3.

9.   The pharmaceutical composition of claim 8, wherein the composition further comprises SEQ ID NO. 4.

10.   The pharmaceutical composition of claim 1, wherein the unit dosage form is an injectable of about 1mL volume.

11.   The pharmaceutical composition of claim 1, wherein the unit dosage form consists essentially of:
   a)   about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof;
   b)   the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of theunit dosage form or the pharmaceutically-acceptable salt thereof; and
   c)   a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the  pharmaceutically-acceptable salt thereof.

12.   The pharmaceutical composition of claim 11, wherein one of the plurality of peptides is SEQ ID NO.: 2.

13.   The pharmaceutical composition of claim 12, wherein one of the plurality of peptides is SEQ ID NO.:3.

-38-

PAR-VASO-0006511

14.     The pharmaceutical composition of claim 13, wherein one of the plurality of peptides is SEQ ID NO.: 4.

15.     The pharmaceutical composition of claim 1, wherein the buffer has a pH of about 3.5.

PAR-VASO-0006512

## ABSTRACT

Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations.

PAR-VASO-0006513



FIGURE 1

PAR-VASO-0006514



FIGURE 2

PAR-VASO-0006515



FIGURE 3

PAR-VASO-0006516



**FIGURE 4**

PAR-VASO-0006517



FIGURE 5

PAR-VASO-0006518



FIGURE 6

PAR-VASO-0006519



FIGURE 7

PAR-VASO-0006520



FIGURE 8

PAR-VASO-0006521



**FIGURE 9**

-49-

PAR-VASO-0006522



**FIGURE 10**

PAR-VASO-0006523

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[X] The attached application, or

[ ] United States application or PCT international application number _____

filed on _____

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: __Matthew Kenney__                                   Date (Optional): _29 JAN 2015_

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PAR-VASO-0006524

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

■ The attached application, or

☐ United States application or PCT international application number _____

filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: **Vinayagam Kannan**                    Date (Optional): 29 JAN 2015

Signature: _K- Vinayagam_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0006525

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☒ The attached application, or

☐ United States application or PCT international application number _____

filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Sunil Vandse      Date (Optional): 01/29/2015

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0006526

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

■ The attached application, or

☐ United States application or PCT international application number _____

filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Suketu Sanghvi                    Date (Optional) : 29 Jan 2015

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PAR-VASO-0006527

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[■] The attached application, or

[ ] United States application or PCT international application number _____

filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Serge Ilin-Schneider      Date (Optional): _1/29/15_

Signature: _[signature]_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0006528

Atty. Docket No: 47956-702.301

In re patent application of

KENNEY, MATTHEW *et al*.

Serial No.: UNASSIGNED

Filed: CONCURRENTLY HEREWITH

For: PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

STATEMENT TO SUPPORT FILING AND SUBMISSION IN
ACCORDANCE WITH 37 C.F.R. §§1.821-1.825

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450
**Mail Stop SEQUENCE**

Sir:

In connection with the Sequence Listing submitted concurrently herewith, the undersigned hereby states that:

1. the content of the electronically filed submission is in accordance with 37 C.F.R. §1.821(e).

Respectfully submitted,

May 20, 2015
Date

/Craig S. Kenesky/
Craig S. Kenesky

**HARBOR CONSULTING IP SERVICES, INC.**
1039 Islington Street, Suite 13
Portsmouth, NH 03801
800-318-3021

PAR-VASO-0006529

# SCORE Placeholder Sheet for IFW Content

Application Number: 14717877          Document Date: 05/20/2015

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Sequence Listing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  August 26, 2013

Document code: WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date: 05/29/2015

VVAN11      SALE  #00000006      Mailroom Dt: 05/20/2015    232415   14717877
                    01    FC : 1830                   140.00  DA

PAR-VASO-0006531

```
============================================================
Sequence Listing was accepted.
See attached Validation Report.
If you need help call the Patent Electronic Business Center at (866)
217-9197 (toll free).
Reviewer: Anjum, Durreshwar (CGI Federal)
Timestamp: [year=2015; month=5; day=26; hr=9; min=8; sec=5; ms=336; ]
============================================================
```

**PAR-VASO-0006532**

Application No:     14717877          Version No:          1.0

Input Set:

Output Set:

Started:    2015-05-20 18:51:07.580
Finished:   2015-05-20 18:51:09.994
Elapsed:    0 hr(s) 0 min(s) 2 sec(s) 414 ms
Total Warnings:    17
Total Errors:    10
No. of SeqIDs Defined:    17
Actual SeqID Count:    17

| Error code | | Error Description |
|---|---|---|
| E | 201 | Mandatory field data missing   in <140> |
| E | 201 | Mandatory field data missing in <141> |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (1) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (2) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (3) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (4) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (5) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (6) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (7) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (8) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (9) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (10) |
| E | 257 | Invalid sequence data feature in <221>  in SEQ ID (10) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (11) |
| E | 257 | Invalid sequence data feature in <221>  in SEQ ID (11) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (12) |
| E | 257 | Invalid sequence data feature in <221>  in SEQ ID (12) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (13) |
| E | 257 | Invalid sequence data feature in <221>  in SEQ ID (13) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (14) |

```
           Input Set:


          Output Set:


            Started:   2015-05-20 18:51:07.580
           Finished:   2015-05-20 18:51:09.994
            Elapsed:   0 hr(s) 0 min(s) 2 sec(s) 414 ms
     Total Warnings:   17
       Total Errors:   10
 No. of SeqIDs Defined: 17
   Actual SeqID Count:  17

  Error code      Error Description

  E   257         Invalid sequence data feature in <221>  in SEQ ID (14)

  W   213         Artificial or Unknown found in <213>  in SEQ ID (15)

  E   257         Invalid sequence data feature in <221>  in SEQ ID (15)

  W   213         Artificial or Unknown found in <213>  in SEQ ID (16)

  E   257         Invalid sequence data feature in <221>  in SEQ ID (16)

  W   213         Artificial or Unknown found in <213>  in SEQ ID (17)

  E   257         Invalid sequence data feature in <221>  in SEQ ID (17)
```

<110> KENNEY, MATTHEW
       KANNAN, VINAYAGAM
       VANDSE, SUNIL
       SANGHVI, SUKETU
       LLIN-SCHNEIDER, SERGE

<120> PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

<130> 47956-702.301
<140> US 14/717,877
<141> 2015-05-20


<160> 17

<170> PatentIn version 3.5

<210> 1
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
       peptide


<220>
<223> C-term NH2

<400> 1
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 2
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
       peptide

<400> 2
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 3
<211> 9
<212> PRT
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> C-term NH2

<400> 3
Cys Tyr Phe Gln Asp Cys Pro Arg Gly
1               5


<210> 4
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> C-term NH2

<400> 4
Cys Tyr Phe Glu Asn Cys Pro Arg Gly
1               5


<210> 5
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide

<400> 5
Cys Tyr Phe Glu Asn Cys Pro Arg Gly
1               5


<210> 6
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> N-term Ac

<220>
<223> C-term NH2

<400> 6
Cys Tyr Phe Gln Asp Cys Pro Arg Gly
1               5


<210> 7
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> N-term Ac

<220>
<223> C-term NH2

<400> 7
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 8
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> C-term NH2

<400> 8
Cys His Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 9
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide

```
<220>
<223> C-term NH2

<400> 9
Cys Tyr Phe Gln Asn Cys Leu Arg Gly
1               5


<210> 10
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (5)..(5)
<223> D-Asn

<220>
<223> C-term NH2

<400> 10
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 11
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (1)..(1)
<223> D-Cys

<220>
<223> C-term NH2

<400> 11
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 12
<211> 9
<212> PRT
```

<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
      peptide


<220>

<221> MOD_RES

<222> (2)..(2)

<223> D-Tyr


<220>

<223> C-term NH2


<400> 12

Cys Tyr Phe Gln Asn Cys Pro Arg Gly

1               5


<210> 13

<211> 9

<212> PRT

<213> Artificial Sequence


<220>

<223> Description of Artificial Sequence: Synthetic
      peptide


<220>

<221> MOD_RES

<222> (3)..(3)

<223> D-Phe


<220>

<223> C-term NH2


<400> 13

Cys Tyr Phe Gln Asn Cys Pro Arg Gly

1               5


<210> 14

<211> 9

<212> PRT

<213> Artificial Sequence


<220>

<223> Description of Artificial Sequence: Synthetic
      peptide


<220>

<221> MOD_RES

<222> (4)..(4)

<223> D-Gln

<220>

<223> C-term NH2

<400> 14

Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 15
<211> 9
<212> PRT
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     peptide


<220>
<221> MOD_RES
<222> (6)..(6)
<223> D-Cys

<220>

<223> C-term NH2

<400> 15

Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 16
<211> 9
<212> PRT
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     peptide


<220>
<221> MOD_RES
<222> (7)..(7)
<223> D-Pro

<220>

<223> C-term NH2

<400> 16

Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 17
<211> 9

```
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (8)..(8)
<223> D-Arg

<220>
<223> C-term NH2

<400> 17
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5
```

**PAR-VASO-0006541**

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>*(Use as many sheets as necessary)* | ***Complete if Known*** | |
|---|---|---|
| | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |
| Sheet \| 1 \| of \| 8 | Attorney Docket Number | 47956-702.301 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US 2002/0198315 A1 | 02/26/2002 | Hutchison | |
| | 2. | US 2003/0051266 A1 | 03/13/2003 | Serafini | |
| | 3. | US 2003/0106074 A1 | 06/05/2003 | Serafini | |
| | 4. | US 2003/0121067 A1 | 06/26/2003 | Brennan et al. | |
| | 5. | US 2003/0139427 A1 | 07/24/2003 | Castelhano et al. | |
| | 6. | US 2003/0147812 A1 | 08/07/2003 | Ueberle | |
| | 7. | US 2003/0157717 A1 | 08/21/2003 | Draghia-Akli | |
| | 8. | US 2003/0216302 A1 | 11/20/2003 | Bhowmick et al. | |
| | 9. | US 2003/0228355 A1 | 12/11/2003 | Zarif et al. | |
| | 10. | US 2004/0013609 A1 | 01/22/2004 | Trier | |
| | 11. | US 2004/0043076 A1 | 03/04/2004 | Dulieu et al. | |
| | 12. | US 2004/0077540 A1 | 04/22/2004 | Quay | |
| | 13. | US 2004/0086494 A1 | 05/06/2004 | John | |
| | 14. | US 2004/0146551 A1 | 07/29/2004 | Mannino et al. | |
| | 15. | US 2004/0219208 A1 | 11/04/2004 | Kawamura et al. | |
| | 16. | US 2005/0013854 A1 | 01/20/2005 | Mannino et al. | |
| | 17. | US 2005/0089873 A1 | 04/28/2005 | Tai et al. | |
| | 18. | US 2005/0143378 A1 | 06/30/2005 | Yun et al. | |
| | 19. | US 2005/0148029 A1 | 07/07/2005 | Buechler et al. | |
| | 20. | US 2005/0164238 A1 | 07/28/2005 | Valkirs et al. | |
| | 21. | US 2005/0186265 A1 | 08/25/2005 | Zarif et al. | |
| | 22. | US 2005/0272815 A1 | 12/08/2005 | Ho et al. | |
| | 23. | US 2005/0282896 A1 | 12/22/2005 | Lopaschuk et al. | |
| | 24. | US 2006/0034889 A1 | 02/16/2006 | Jo et al. | |
| | 25. | US 2006/0093658 A1 | 05/04/2006 | Sathyan et al. | |
| | 26. | US 2006/0193825 A1 | 08/31/2006 | Musso et al. | |
| | 27. | US 2006/0194878 A1 | 08/31/2006 | Lopaschuk et al. | |
| | 28. | US 2007/0054843 A1 | 03/08/2007 | Yeomans et al. | |
| | 29. | US 2007/0092911 A1 | 04/26/2007 | Buechler et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard.ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0006542

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |

| Sheet | 2 | of | 8 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30. | US 2007/0154482 A1 | 07/08/2007 | Sukhatme et al. | |
| | 31. | US 2008/0015265 A1 | 01/17/2008 | Rubin et al. | |
| | 32. | US 2008/0026014 A1 | 01/31/2008 | Michel | |
| | 33. | US 2008/0125361 A1 | 05/29/2008 | Ludvigsen et al. | |
| | 34. | US 2008/0152675 A1 | 06/26/2008 | Pouliquen | |
| | 35. | US 2008/0188449 A1 | 08/07/2008 | Crews et al. | |
| | 36. | US 2008/0193545 A1 | 08/14/2008 | Richard et al. | |
| | 37. | US 2008/0194942 A1 | 08/14/2008 | Cumpson et al. | |
| | 38. | US 2008/0221039 A1 | 09/11/2008 | Gibson et al. | |
| | 39. | US 2009/0022683 A1 | 01/22/2009 | Song et al. | |
| | 40. | US 2009/0192177 A1 | 07/30/2009 | Castelhano et al. | |
| | 41. | US 2009/0220455 A1 | 09/03/2009 | Chilkoti | |
| | 42. | US 2009/0280103 A1 | 11/12/2009 | Flueck | |
| | 43. | US 2009/0280169 A1 | 11/12/2009 | Leonard | |
| | 44. | US 2009/0298711 A1 | 12/03/2009 | Russell et al. | |
| | 45. | US 2009/0306137 A1 | 12/10/2009 | Wolfgang et al. | |
| | 46. | US 2010/0062981 A1 | 03/11/2010 | Jeppsson et al. | |
| | 47. | US 2010/0221243 A1 | 09/02/2010 | Sukhatme et al. | |
| | 48. | US 2010/0311642 A1 | 12/09/2010 | Riviere et al. | |
| | 49. | US 2011/0008911 A1 | 01/13/2011 | Bergmann et al. | |
| | 50. | US 2011/0071216 A1 | 03/24/2011 | Fowers et al. | |
| | 51. | US 2011/0114087 A1 | 05/19/2011 | Djupesland et al. | |
| | 52. | US 2011/0237508 A1 | 09/29/2011 | Amorij et al. | |
| | 53. | US 2011/0297147 A1 | 12/08/2011 | Lick et al. | |
| | 54. | US 2011/0303871 A1 | 12/15/2011 | Burba et al. | |
| | 55. | US 2012/0093866 A1 | 04/19/2012 | Burger et al. | |
| | 56. | US 2012/0121517 A1 | 05/17/2012 | Song et al. | |
| | 57. | US 2012/0282227 A1 | 11/08/2012 | Katz | |
| | 58. | US 2013/0028930 A1 | 01/31/2013 | Plumridge et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0006543

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | | Complete if Known | |
|---|---|---|---|---|---|
| Substitute for form 1449/PTO | | | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Filing Date | May 20, 2015 |
| | | | | First Named Inventor | Matthew Kenney |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Unassigned |
| Sheet | 3 | of | 8 | Attorney Docket Number | 47956-702.301 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59. | US 2013/0040884 A1 | 02/14/2013 | Lau et al. | |
| | 60. | US 2013/0041241 A1 | 02/14/2013 | Felts et al. | |
| | 61. | US 2013/0122515 A1 | 05/16/2013 | Bergmann et al. | |
| | 62. | US 2013/0189230 A1 | 07/25/2013 | Shoichet et al. | |
| | 63. | US 2013/0224248 A1 | 08/29/2013 | Taylor et al. | |
| | 64. | US 2013/0296324 A1 | 11/07/2013 | Held | |
| | 65. | US 2014/0051628 A1 | 02/20/2014 | Castillo et al. | |
| | 66. | US 2014/0161892 A1 | 06/12/2014 | Salman et al. | |
| | 67. | US 2014/0206752 A1 | 07/24/2014 | Afeyan et al. | |
| | 68. | US 2014/0207104 A1 | 07/24/2014 | Vouillamoz et al. | |
| | 69. | US 2014/0220063 A1 | 08/07/2014 | Asari et al. | |
| | 70. | US 2014/0221442 A1 | 08/07/2014 | Bacha et al. | |
| | 71. | US 2014/0249083 A1 | 09/04/2014 | Shingel et al. | |
| | 72. | US 2014/0249484 A1 | 09/04/2014 | Jones et al. | |
| | 73. | US 2014/0251859 A1 | 09/11/2014 | Weikart et al. | |
| | 74. | US 4,542,124 | 09/17/1985 | Huffman et al. | |
| | 75. | US 4,604,378 | 08/05/1986 | Callahan et al. | |
| | 76. | US 4,684,622 | 08/04/1987 | Ali et al. | |
| | 77. | US 4,746,508 | 05/24/1988 | Carey et al. | |
| | 78. | US 4,762,820 | 08/09/1988 | Gavras | |
| | 79. | US 4,764,378 | 08/16/1988 | Keith et al. | |
| | 80. | US 4,767,628 | 08/30/1988 | Hutchison | |
| | 81. | US 4,781,871 | 11/01/1988 | West III et al. | |
| | 82. | US 5,042,975 | 08/27/1991 | Chien et al. | |
| | 83. | US 5,124,315 | 06/23/1992 | Ceschel et al. | |
| | 84. | US 5,192,741 | 03/09/1993 | Orsolini et al. | |
| | 85. | US 5,204,112 | 04/20/1993 | Hope et al. | |
| | 86. | US 5,225,212 | 07/06/1993 | Martin et al. | |
| | 87. | US 5,250,022 | 10/05/1993 | Chien et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0006544

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | | | Complete if Known |
|---|---|---|---|---|---|
| Substitute for form 1449/PTO | | | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Filing Date | May 20, 2015 |
| | | | | First Named Inventor | Matthew Kenney |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Unassigned |
| Sheet | 4 | of | 8 | Attorney Docket Number | 47956-702.301 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88. | US 5,252,263 | 10/12/1993 | Hope et al. | |
| | 89. | US 5,288,497 | 02/22/1994 | Stanley et al. | |
| | 90. | US 5,288,498 | 02/22/1994 | Stanley et al. | |
| | 91. | US 5,359,030 | 10/25/1994 | Ekwuribe | |
| | 92. | US 5,424,068 | 06/13/1995 | Filip | |
| | 93. | US 5,482,931 | 01/09/1996 | Harris et al. | |
| | 94. | US 5,698,516 | 12/16/1997 | Nilsson et al. | |
| | 95. | US 5,702,717 | 12/30/1997 | Cha et al. | |
| | 96. | US 5,770,559 | 06/23/1998 | Manning et al. | |
| | 97. | US 5,776,885 | 07/07/1998 | Orsolini et al. | |
| | 98. | US 5,785,989 | 07/28/1998 | Stanley et al. | |
| | 99. | US 5,889,110 | 03/30/1999 | Hutchison | |
| | 100. | US 5,981,474 | 11/09/1999 | Manning et al. | |
| | 101. | US 5,989,857 | 11/23/1999 | Mundschenk | |
| | 102. | US 6,004,573 | 12/21/1999 | Rathi et al. | |
| | 103. | US 6,034,175 | 03/07/2000 | Hutchison | |
| | 104. | US 6,086,918 | 07/11/2000 | Stern et al. | |
| | 105. | US 6,117,949 | 09/12/2000 | Rathi et al. | |
| | 106. | US 6,174,547 | 01/16/2001 | Dong et al. | |
| | 107. | US 6,180,608 | 01/30/2001 | Gefter et al. | |
| | 108. | US 6,187,756 | 02/13/2001 | Lee et al. | |
| | 109. | US 6,201,072 | 03/13/2001 | Rathi et al. | |
| | 110. | US 6,264,981 | 07/24/2001 | Zhang et al. | |
| | 111. | US 6,287,588 | 09/11/2001 | Shih et al. | |
| | 112. | US 6,589,549 | 07/08/2003 | Shih et al. | |
| | 113. | US 6,592,894 | 07/15/2003 | Zarif et al. | |
| | 114. | US 6,630,486 | 10/07/2003 | Royer | |
| | 115. | US 6,720,001 | 04/13/2004 | Chen et al. | |
| | 116. | US 6,740,333 | 05/25/2004 | Beckett et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0006545

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | Complete if Known |
|---|---|---|---|
| Substitute for form 1449/PTO | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Filing Date | May 20, 2015 |
| | | First Named Inventor | Matthew Kenney |
| | | Art Unit | 1629 |
| | | Examiner Name | Unassigned |
| Sheet | 5 | of | 8 | Attorney Docket Number | 47956-702.301 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117. | US 6,811,689 | 11/02/2004 | Zhang et al. | |
| | 118. | US 6,814,870 | 11/09/2004 | Zhang et al. | |
| | 119. | US 6,821,249 | 11/23/2004 | Casscells III et al. | |
| | 120. | US 6,841,617 | 01/11/2005 | Jeong et al. | |
| | 121. | US 6,949,509 | 09/27/2005 | Woodrow | |
| | 122. | US 6,967,028 | 11/22/2005 | Dulieu et al. | |
| | 123. | US 6,991,798 | 01/31/2006 | Gschneidner et al. | |
| | 124. | US 6,998,137 | 02/14/2006 | Shih et al. | |
| | 125. | US 7,074,775 | 07/11/2006 | Miller | |
| | 126. | US 7,087,244 | 08/08/2006 | Jeong et al. | |
| | 127. | US 7,135,190 | 11/14/2006 | Piao et al. | |
| | 128. | US 7,151,084 | 12/19/2006 | Miller | |
| | 129. | US 7,157,421 | 01/02/2007 | Miller | |
| | 130. | US 7,186,414 | 03/06/2007 | Gschneidner et al. | |
| | 131. | US 7,402,652 | 07/22/2008 | Miller | |
| | 132. | US 7,498,044 | 03/03/2009 | Petereit et al. | |
| | 133. | US 7,504,407 | 03/17/2009 | Castelhano et al. | |
| | 134. | US 7,538,092 | 05/26/2009 | Orlando et al. | |
| | 135. | US 7,713,705 | 05/11/2010 | Buechler et al. | |
| | 136. | US 7,714,918 | 05/11/2010 | Kuroda | |
| | 137. | US 7,744,910 | 06/29/2010 | Gschneidner et al. | |
| | 138. | US 7,767,656 | 08/03/2010 | Shoichet et al. | |
| | 139. | US 7,807,397 | 10/05/2010 | Bergmann et al. | |
| | 140. | US 7,833,546 | 11/16/2010 | Petereit et al. | |
| | 141. | US 7,840,263 | 11/23/2010 | Girouard et al. | |
| | 142. | US 7,884,079 | 02/08/2011 | Miller | |
| | 143. | US 7,899,527 | 03/01/2011 | Yun et al. | |
| | 144. | US 7,960,336 | 06/14/2011 | Castillo et al. | |
| | 145. | US 7,964,219 | 06/21/2011 | Li et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0006546

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>*(Use as many sheets as necessary)* | ***Complete if Known*** | |
|---|---|---|
| | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |
| Sheet | 6 | of | 8 | Attorney Docket Number | 47956-702.301 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 146. | US 8,030,297 | 10/04/2011 | Lichter et al. | |
| | 147. | US 8,075,916 | 12/13/2011 | Song et al. | |
| | 148. | US 8,075,919 | 12/13/2011 | Brown et al. | |
| | 149. | US 8,093,207 | 01/10/2012 | Stern | |
| | 150. | US 8,183,004 | 05/22/2012 | Bergmann et al. | |
| | 151. | US 8,202,838 | 06/19/2012 | Yeomans et al. | |
| | 152. | US 8,252,745 | 08/28/2012 | Yeomans et al. | |
| | 153. | US 8,257,740 | 09/04/2012 | Sung et al. | |
| | 154. | US 8,263,125 | 09/11/2012 | Vaya et al. | |
| | 155. | US 8,268,352 | 09/18/2012 | Vaya et al. | |
| | 156. | US 8,277,830 | 10/02/2012 | De Juan Jr et al. | |
| | 157. | US 8,283,317 | 10/09/2012 | Sung et al. | |
| | 158. | US 8,287,888 | 10/16/2012 | Song et al. | |
| | 159. | US 8,293,726 | 10/23/2012 | Habib | |
| | 160. | US 8,354,506 | 01/15/2013 | Bergmann et al. | |
| | 161. | US 8,361,022 | 01/29/2013 | Ameri et al. | |
| | 162. | US 8,399,006 | 03/19/2013 | De Juan Jr et al. | |
| | 163. | US 8,513,188 | 08/20/2013 | Botti | |
| | 164. | US 8,518,444 | 08/27/2013 | Kissel et al. | |
| | 165. | US 8,663,155 | 03/04/2014 | Cormier et al. | |
| | 166. | US 8,679,540 | 03/25/2014 | Bonnet-Gonnet et al. | |
| | 167. | US 8,764,733 | 07/01/2014 | Imran | |
| | 168. | US 8,846,606 | 09/30/2014 | Quintin | |
| | 169. | US 8,846,770 | 09/30/2014 | Lichter et al. | |
| | 170. | US 8,889,366 | 11/18/2014 | Struck et al. | |
| | 171. | US 8,920,817 | 12/30/2014 | Ameri et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |

| Sheet | 7 | of | 8 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

### UNPUBLISHED PATENT APPLICATIONS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 172. | US 14/610,488 | Appln filed 01/30/2015 | Kenney et al. | |
| | 173. | US 14/610,499 | Appln filed 01/30/2015 | Kenney et al. | |
| | 174. | US 14/610,579 | Appln filed 01/30/2015 | Kenney et al. | |
| | 175. | US 14/610,594 | Appln filed 01/30/2015 | Kenney et al. | |
| | 176. | US 14/717,882 | Appln filed 05/20/2015 | Kenney et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] – Number[4] – Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 177. | N/A | | | | |

Continued on the next page with more references.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPE 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0006548

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |
| Sheet | 8 | of | 8 | Attorney Docket Number | 47956-702.301 |

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | 178. | Office action dated 03/18/2015 for US Application No. 14/610,488. | |
| | 179. | Office action dated 03/23/2015 for US Application No. 14/610,499. | |
| | 180. | Office action dated 03/24/2015 for US Application No. 14/610,594. | |
| | 181. | Office action dated 03/25/2015 for US Application No. 14/610,579. | |
| | 182. | Pharmaceutical Partners of Canada, Inc. "Vasopressin Injection, USP" June 2009 | |
| | 183. | RODRIGUEZ-NUNEZ, et al. Terlipressin continuous infusion: please mind the solvent! Current Drug Targets. 2009; 10(6):577. | |
| | 184. | SINGH, et al. Effect of buffer pH, buffer concentration and skin with or without enzyme inhibitors on the stability of [Arg8]-vasopressin. International Journal of Pharmaceuticals. 2000; 197:87-93. | |
| | 185. | TRESCHAN, et al. The Vasopressin System. Anesthesiology. 2006; 105:599-612. | |
| | 186. | Vasostrict prescribing information. For intravenous infusion. Par Pharmaceutical Companies. 2014. | |
| | 187. | WANG. Instability, stabilization, and formulation of liquid protein pharmaceuticals. International Journal of Pharmaceutics. 1999; 185:129-188. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0006549



FIGURE 1

PAR-VASO-0006550



FIGURE 2

PAR-VASO-0006551



FIGURE 3

-46-



FIGURE 4

PAR-VASO-0006553



FIGURE 5

PAR-VASO-0006554



FIGURE 6

PAR-VASO-0006555



AU

276.0

FIGURE 7

-50-



**FIGURE 8**

PAR-VASO-0006557



**FIGURE 9**

-52-

PAR-VASO-0006558



**FIGURE 10**

PAR-VASO-0006559

PATENT APPLICATION

# FORMULATIONS WITH IMPROVED STABILITY

Inventor(s):   Matthew Kenney
32227 Chatham Street
New Haven, MI 48048

Vinayagam Kannan
611 Timothy Lane, Apt. 204
Rochester, MI 48307

Sunil Vandse
83 Dorchester Drive
Basking Ridge, NJ 07920

Suketu Sanghvi
1 Hancock Drive
Kendall Park, NJ 08824

Serge Ilin-Schneider
22 Pomander Walk
Ridgewood, NJ 07450

Assignee:   Par Pharmaceutical, Inc.
One Ram Ridge Road
Spring Valley, NY 10977


Entity:   Large

**WSGR**

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on: January 30, 2015**

PAR-VASO-0006560

# FORMULATIONS WITH IMPROVED STABILITY

## SEQUENCE LISTING

[0001] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on January 28, 2015, is named 47956-702.201_SL.txt and is 5,050 bytes in size.

## BACKGROUND

[0002] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin require refrigeration for maintenance or reconstitution of lyophilized powders due to vasopressin's poor long-term stability.

## SUMMARY OF THE INVENTION

[0003] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of a compound of formula:



or a pharmaceutically-acceptable salt thereof; and b) a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the compound or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a

-2-

PAR-VASO-0006561

corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of:
A) the compound of formula:



or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH.

## BRIEF DESCRIPTION OF THE FIGURES

[0004] **FIGURE 1** is a chromatogram of a diluent used in vasopressin assay.

[0005] **FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0006] **FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

[0007] **FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

[0008] **FIGURE 5** is a chromatogram of a vasopressin standard solution.

[0009] **FIGURE 6** is a chromatogram of a sample vasopressin preparation.

[0010] **FIGURE 7** is a UV spectrum of a vasopressin sample.

[0011] **FIGURE 8** is a UV spectrum of a vasopressin standard.

[0012] **FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

[0013] **FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.

## DETAILED DESCRIPTION

Vasopressin and peptides of the invention.

[0014] Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells of

-3-

PAR-VASO-0006562

the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

[0015] Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

[0016] Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):



[0017] At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic

-4-

acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

[0018] Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

[0019] Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

[0020] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below. All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |

-5-

| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

Therapeutic Uses.

[0021] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0022] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension, meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be administered to a subject undergoing, for example, surgery or hysterectomy.

[0023] Plasma osmolality is a measure of the plasma's electrolyte-water balance and can be indicative of blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0024] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug

-6-

PAR-VASO-0006565

use, cancer, use of steroidal medications, and long-term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0025] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0026] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

[0027] Blood pressure for a healthy human adult between the ages of 18-65 can range from about 90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0028] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

PAR-VASO-0006566

[0029] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.

Pharmaceutical Formulations.

[0030] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0031] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents, anti-static agents, surfactants, anti-oxidants, coloring agents, flavouring agents, plasticizers, preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0032] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0033] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

[0034] In some embodiments, a vasopressin formulation of the invention comprises a

-8-

PAR-VASO-0006567

pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0035] In some embodiments, a vasopressin formulation of the invention has a half-life at about 0 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about 200%, no more than about 250%, no more than about 300%, no more than about 350%, no more than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about 800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0036] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0037] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 1%, about 5%,

PAR-VASO-0006568

about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0038] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62 °C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C, about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

[0039] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 °C, about 20.1 °C, about 20.2 °C, about 20.3 °C, about 20.4 °C, about 20.5 °C, about 20.6 °C, about 20.7 °C, about 20.8 °C, about 20.9 °C, about 21.0 °C, about 21.1 °C, about 21.2 °C, about 21.3 °C, about 21.4 °C, about 21.5 °C, about 21.6 °C, about 21.7 °C, about 21.8 °C, about 21.9 °C, about 22.0 °C, about 22.1 °C, about 22.2 °C, about 22.3 °C, about 22.4 °C, about 22.5 °C, about 22.6 °C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[0040] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents,

PAR-VASO-0006569

dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0041] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle, for example, sterile pyrogen-free water, before use.

Comparison Formulations.

[0042] A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

[0043] A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-

PAR-VASO-0006570

acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

Dosage Amounts.

[0044] In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a subject having a disease or condition to be treated. A therapeutically-effective amount can vary widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[0045] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about

-12-

4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, or about 10 mL.

[0046] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or about 50 units/mL.

[0047] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 μg, about 0.05 μg, about 0.1 μg, about 0.15 μg, about 0.2 μg, about 0.25 μg, about 0.3 μg, about 0.35 μg, about 0.4 μg, about 0.5 μg, about 0.6 μg, about 0.7 μg, about 0.8 μg, about 0.9 μg, about 1 μg, about 2 μg, about 3 μg, about 4 μg, about 5 μg, about 10 μg, about 15 μg, about 20 μg, about 25 μg, about 30 μg, about 35 μg, about 40 μg, about 45 μg, about 50 μg, about 60 μg, about 70 μg, about 80 μg, about 90 μg, about 100 μg, about 125 μg, about 150 μg, about 175 μg, about 200 μg, about 250 μg, about 300 μg, about 350 μg, about 400 μg, about 450 μg, about 500 μg, about 600 μg, about 700 μg, about 800 μg, about 900 μg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[0048] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002

-13-

PAR-VASO-0006572

mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[0049] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[0050] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75, about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2, about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[0051] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

[0052] In some embodiments, the addition of an excipient to a pharmaceutical composition of the

-14-

PAR-VASO-0006573

invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[0053] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least 35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40% pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least

-15-

PAR-VASO-0006574

99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[0054] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.

Pharmaceutically-acceptable excipients.

[0055] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

[0056] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[0057] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N'-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[0058] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group

-16-

1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[0059] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactitol, fucitol, lactitol, and combinations thereof.

[0060] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

[0061] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[0062] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

-17-

PAR-VASO-0006576

[0063] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[0064] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99%, or about 100% by mass or by volume of the unit dosage form.

[0065] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.

Pharmaceutically-Acceptable Salts.

[0066] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition

-18-

PAR-VASO-0006577

salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[0067] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[0068] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[0069] Ammonium salts can arise from the addition of ammonia or an organic amine to a compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrrazole, pipyrrazole, imidazole, pyrazine, or pipyrazine.

[0070] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[0071] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid,

-19-

PAR-VASO-0006578

succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[0072] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.


Peptide Sequence.

[0073] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu); lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser); threonine (T, Thr); tryptophan (W, Trp); tyrosine (Y, Tyr); valine (V, Val). In some embodiments, the amino acid is a L-enantiomer. In some embodiments, the amino acid is a D-enantiomer.

[0074] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[0075] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, a pharmaceutical composition of the invention comprises vasopression and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth, peptide.

-20-

[0076] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[0077] The amount of another peptide in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[0078] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[0079] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a

-21-

PAR-VASO-0006580

component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[0080] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm, about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[0081] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

[0082] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.

## EXAMPLES

**EXAMPLE 1**: <u>Impurities of Vasopressin as detected by HPLC.</u>

[0083] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related

-22-

peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[0084] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[0085] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | | | | |
|---|---|---|---|---|
| Column | YMC-Pack ODS-AM, 3 μm, 120Å pore, 4.6 x 100 mm | | | |
| Column Temperature | 25°C | | | |
| Flow Rate | 1.0 mL/min | | | |
| Detector | 215 nm **Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. | | | |
| Injection Volume | 100 μL | | | |
| Run time | 55 minutes | | | |
| Autosampler Vials | Polypropylene vials | | | |
| Pump (gradient) | Time (min) | %A | %B | Flow |
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

[0086] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[0087] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by

-23-

weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 μm membrane filter under vacuum, and the volume was adjusted as necessary.

[0088] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[0089] The working standard solution contained approximately 20 units/mL of vasopressin. The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[0090] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[0091] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[0092] A second working standard solution was prepared as directed under the standard preparation.

[0093] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

[0094] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[0095] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[0096] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[0097] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

PAR-VASO-0006583

[0098] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[0099] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00100] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00101] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00102] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00103] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

[00104] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE 4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00105] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00106] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00107] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00108] Then, one injection of the working standard solution was made.

PAR-VASO-0006584

[00109] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00110] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00111] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00112] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00113] The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation. **FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00114] To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \times \text{Conc STD}$$

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00115] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00116] The impurities were calculated using the formula below:

$$\% \text{ impurity} = \frac{R_I}{R_S} \times \frac{\text{Conc STD}}{20 \text{ U/mL}} \times 100\%$$

-26-

PAR-VASO-0006585

where:

- $R_1$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00117] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

| TABLE 3 | | | |
|---|---|---|---|
| **Name** | **Formula** | **Appr. RRT** | **Molar Mass (g)** |
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH₂   SEQ ID NO.: 1  (disulfide bridge between cys residues) | | | |
| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG   SEQ ID NO.: 2  (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH₂   SEQ ID NO.: 3  (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH₂   SEQ ID NO.: 4  (disulfide bridge between cys residues) | | | |

PAR-VASO-0006586

| | | | |
|---|---|---|---|
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$   SEQ ID NO.: 7   (disulfide bridge between cys residues) | | | |
| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

**EXAMPLE 2:** Investigation of pH.

[00118] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

**EXAMPLE 3:** Effect of peptide stabilizers on vasopressin formulation.

[00119] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4.** Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---|---|---|---|---|---|
| Ethanol | PEG 400 | Glycerol | Poloxamer 188 | HPbCD[a] | n-Methylpyrrolidone (NMP) |
| 1% | 1% | 1% | 1% | 1% | 1% |

-28-

| 10% | 10% | 10% | 10% | 10% | 10% |
|---|---|---|---|---|---|

[a] Hydroxypropyl beta-Cyclodextrin

[00120] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect was about 5% to about 10% greater than that observed in the experiments of **EXAMPLE 2**.

**EXAMPLE 4:** Effect of buffer and divalent metals on vasopressin formulation.

[00121] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00122] The tested combinations provided vasopressin stability comparable to that of a vasopressin formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.

**EXAMPLE 5:** Effect of non-aqueous solvent formulations on vasopressin stability.

[00123] Several solvents were used to prepare vasopressin formulations to assess vasopressin stability. The formulations were prepared at 400 μg/mL and stability was tested via HPLC after incubation at 60 °C for one week, 40 °C for four weeks, and 25 °C for four weeks. The examined solvents included water, DMSO, propylene glycol, PEG300, NMP, glycerol, and ethanol. None of the tested solvents were able to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

**EXAMPLE 6:** Illustrative formulations for assessment of vasopressin stability.

[00124] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00125] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is

-29-

reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00126] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300, NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00127] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00128] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one week.

[00129] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to test the stability of vasopressin.

[00130] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00131] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00132] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.


**EXAMPLE 7:** Illustrative vasopressin formulation for clinical use.

[00133] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 |
| --- |

-30-

| Ingredient | Function | Amount (per mL) |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

**EXAMPLE 8:** <u>Illustrative regimen for therapeutic use of a vasopressin formulation.</u>

[00134] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

<u>Preparation and Use of Vasopressin.</u>

[00135] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin at 20 units/mL.

[00136] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen.

[00137] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00138] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00139] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

[00140] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00141] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which

PAR-VASO-0006590

function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

[00142] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

[00143] Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.


Contraindications, Adverse Reactions, and Drug-Drug Interactions.

[00144] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired cardiac response can worsen cardiac output.

[00145] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00146] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00147] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

-32-

PAR-VASO-0006591

[00148] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00149] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00150] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

[00151] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

Use of Vasopressin in Specific Populations.

[00152] Vasopressin is a Category C drug for pregnancy.

[00153] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.

Overdosage.

[00154] Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary

PAR-VASO-0006592

vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.

Pharmacology of Vasopressin.

[00155] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00156] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:

$$H - \underset{1}{Cys} - \underset{2}{Tyr} - \underset{3}{Phe} - \underset{4}{Glu(NH_2)} - \underset{5}{Asp(NH_2)} - \underset{6}{Cys} - \underset{7}{Pro} - \underset{8}{Arg} - \underset{9}{Gly} - NH_2$$

SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00157] One mg of vasopressin is equivalent to 530 units.

[00158] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00159] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00160] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is

-34-

PAR-VASO-0006593

proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00161] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

Carcinogenesis, Mutagenesis, Impairment of Fertility.

[00162] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

Clinical studies.

[00163] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

# EMBODIMENTS

[00164] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00165] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of a compound of formula:

-35-

PAR-VASO-0006594

or a pharmaceutically-acceptable salt thereof; and b) a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the compound or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) the compound of formula:



or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is an alcohol. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient has at least two hydroxyl groups. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is ethanol. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is glycerol. In some embodiments, the non-halogenated,

-36-

organic pharmaceutically-acceptable excipient is a carbohydrate. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is a cyclodextrin. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is hydroxypropyl-beta-cyclodextrin. In some embodiments, the unit dosage form has an amount of the non-halogenated, organic pharmaceutically-acceptable excipient that is about 1% by mass of the amount of the compound or the pharmaceutically-acceptable salt thereof. In some embodiments, the unit dosage form exhibits about 10% less degradation of the compound or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form has an amount of the non-halogenated, organic pharmaceutically-acceptable excipient that is about 10% by mass of the amount of the compound or the pharmaceutically-acceptable salt thereof. In some embodiments, the unit dosage form exhibits about 5% less degradation of the compound or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the composition further comprises SEQ ID NO. 3. In some embodiments, the composition further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form is an injectable of about 1mL volume. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of the compound of formula:



or the pharmaceutically-acceptable salt thereof; b) the non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of the compound or the pharmaceutically-acceptable salt thereof; c) a plurality

-37-

PAR-VASO-0006596

of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the compound. In some embodiments, the plurality of peptides is SEQ ID NO. 2. In some embodiments, one of the plurality of peptides is SEQ ID NO. 3. In some embodiments, one of the plurality of peptides is SEQ ID NO. 4. In some embodiments, the buffer has a pH of about 3.5.

-38-

PAR-VASO-0006597

WHAT IS CLAIMED IS:

1.      A pharmaceutical composition comprising, in a unit dosage form:

     a)      from about 0.01 mg/mL to about 0.07 mg/mL of a compound of formula:



or a pharmaceutically-acceptable salt thereof; and

     b)      a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof,

wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the compound or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of:

     A)      the compound of formula:

-39-

or a pharmaceutically-acceptable salt thereof; and

B)    a buffer having acidic pH.

2.    The pharmaceutical composition of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is an alcohol.

3.    The pharmaceutical composition of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient has at least two hydroxyl groups.

4.    The pharmaceutical composition of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is ethanol.

5.    The pharmaceutical composition of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is glycerol.

6.    The pharmaceutical composition of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is a carbohydrate.

7.    The pharmaceutical composition of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is a cyclodextrin.

8.    The pharmaceutical composition of claim 1, wherein the non-halogenated, organic

-40-

PAR-VASO-0006599

pharmaceutically-acceptable excipient is hydroxypropyl-beta-cyclodextrin.

9.      The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount of the non-halogenated, organic pharmaceutically-acceptable excipient that is about 1% by mass of the amount of the compound or the pharmaceutically-acceptable salt thereof.

10.     The pharmaceutical composition of claim 9, wherein the unit dosage form exhibits about 10% less degradation of the compound or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

11.     The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount of the non-halogenated, organic pharmaceutically-acceptable excipient that is about 10% by mass of the amount of the compound or the pharmaceutically-acceptable salt thereof.

12.     The pharmaceutical composition of claim 11, wherein the unit dosage form exhibits about 5% less degradation of the compound or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

13.     The pharmaceutical composition of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

14.     The pharmaceutical composition of claim 13, wherein the composition further comprises SEQ ID NO. 3.

15.     The pharmaceutical composition of claim 14, wherein the composition further comprises SEQ ID NO. 4.

16.     The pharmaceutical composition of claim 1, wherein the unit dosage form is an injectable of about 1 mL volume.

-41-

PAR-VASO-0006600

17.     The pharmaceutical composition of claim 1, wherein the unit dosage form consists essentially of:

    a)     about 0.04 mg/mL of the compound of formula:



or the pharmaceutically-acceptable salt thereof;

    b)     the non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof;

    c)     a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the compound.

18.     The pharmaceutical composition of claim 17, wherein one of the plurality of peptides is SEQ ID NO. 2.

19.     The pharmaceutical composition of claim 18, wherein one of the plurality of peptides is SEQ ID NO. 3.

20.     The pharmaceutical composition of claim 19, wherein one of the plurality of peptides is SEQ ID NO. 4.

21.     The pharmaceutical composition of claim 1, wherein the buffer has a pH of about 3.5.

-42-

PAR-VASO-0006601

**ABSTRACT**

The present invention describes a formulation with improved stability using organic excipients. The formulations can be provided in a unit dosage form that exhibits less degradation when formulated with an excipient than when formulated without an excipient. The disclosed formulations can further comprise a series of peptides depending on the presence or absence of the excipient.

-43-

PAR-VASO-0006602

PATENT APPLICATION

**PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS**

Inventor(s):    Matthew Kenney
32227 Chatham Street
New Haven, MI  48048

Vinayagam Kannan
611 Timothy Lane, Apt. 204
Rochester, MI  48307

Sunil Vandse
83 Dorchester Drive
Basking Ridge, NJ  07920

Suketu Sanghvi
1 Hancock Drive
Kendall Park, NJ  08824

Serge Ilin-Schneider
22 Pomander Walk
Ridgewood, NJ  07450

Assignee:    Par Pharmaceutical, Inc.
One Ram Ridge Road
Spring Valley, NY 10977


Entity:    Large

WSGR

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on:  January 30, 2015**

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

## SEQUENCE LISTING

[0001] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on January 28, 2015, is named 47956-701.202_SL.txt and is 5,055 bytes in size.

## BACKGROUND

[0002] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin require refrigeration for maintenance or reconstitution of lyophilized powders due to vasopressin's poor long-term stability.

## SUMMARY OF THE INVENTION

[0003] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH.

## BRIEF DESCRIPTION OF THE FIGURES

[0004] **FIGURE 1** is a chromatogram of a diluent used in vasopressin assay.

[0005] **FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0006] **FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

[0007] **FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

[0008] **FIGURE 5** is a chromatogram of a vasopressin standard solution.

-2-

[0009] **FIGURE 6** is a chromatogram of a sample vasopressin preparation.

[0010] **FIGURE 7** is a UV spectrum of a vasopressin sample.

[0011] **FIGURE 8** is a UV spectrum of a vasopressin standard.

[0012] **FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

[0013] **FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.

## DETAILED DESCRIPTION

Vasopressin and peptides of the invention.

[0014] Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

[0015] Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

[0016] Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):

-3-

[0017] At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

[0018] Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

[0019] Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

[0020] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below.

-4-

All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |
| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

Therapeutic Uses.

[0021] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0022] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension, meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be

-5-

administered to a subject undergoing, for example, surgery or hysterectomy.

[0023] Plasma osmolality is a measure of the plasma's electrolyte-water balance and can be indicative of blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0024] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0025] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0026] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

[0027] Blood pressure for a healthy human adult between the ages of 18-65 can range from about

-6-

90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0028] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

[0029] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.

Pharmaceutical Formulations.

[0030] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0031] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents, anti-static agents, surfactants, anti-oxidants, coloring agents, flavouring agents, plasticizers,

-7-

PAR-VASO-0006609

preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0032] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0033] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

[0034] In some embodiments, a vasopressin formulation of the invention comprises a pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0035] In some embodiments, a vasopressin formulation of the invention has a half-life at about 0 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about 200%, no more than about 250%, no more than about 300%, no more than about 350%, no more

-8-

PAR-VASO-0006610

than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about 800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0036] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0037] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 1%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0038] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62 °C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C,

PAR-VASO-0006611

about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

[0039] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 °C, about 20.1 °C, about 20.2 °C, about 20.3 °C, about 20.4 °C, about 20.5 °C, about 20.6 °C, about 20.7 °C, about 20.8 °C, about 20.9 °C, about 21.0 °C, about 21.1 °C, about 21.2 °C, about 21.3 °C, about 21.4 °C, about 21.5 °C, about 21.6 °C, about 21.7 °C, about 21.8 °C, about 21.9 °C, about 22.0 °C, about 22.1 °C, about 22.2 °C, about 22.3 °C, about 22.4 °C, about 22.5 °C, about 22.6 °C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[0040] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0041] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle, for example, sterile pyrogen-free water, before use.

-10-

PAR-VASO-0006612

Comparison Formulations.

[0042] A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

[0043] A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

Dosage Amounts.

[0044] In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a subject having a disease or condition to be treated. A therapeutically-effective amount can vary

PAR-VASO-0006613

widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[0045] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, or about 10 mL.

[0046] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or about 50 units/mL.

-12-

PAR-VASO-0006614

[0047] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 μg, about 0.05 μg, about 0.1 μg, about 0.15 μg, about 0.2 μg, about 0.25 μg, about 0.3 μg, about 0.35 μg, about 0.4 μg, about 0.5 μg, about 0.6 μg, about 0.7 μg, about 0.8 μg, about 0.9 μg, about 1 μg, about 2 μg, about 3 μg, about 4 μg, about 5 μg, about 10 μg, about 15 μg, about 20 μg, about 25 μg, about 30 μg, about 35 μg, about 40 μg, about 45 μg, about 50 μg, about 60 μg, about 70 μg, about 80 μg, about 90 μg, about 100 μg, about 125 μg, about 150 μg, about 175 μg, about 200 μg, about 250 μg, about 300 μg, about 350 μg, about 400 μg, about 450 μg, about 500 μg, about 600 μg, about 700 μg, about 800 μg, about 900 μg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[0048] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[0049] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[0050] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75, about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2,

-13-

about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[0051] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

[0052] In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[0053] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least 35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40%

-14-

PAR-VASO-0006616

pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[0054] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.


Pharmaceutically-acceptable excipients.

[0055] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

[0056] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as

-15-

PAR-VASO-0006617

an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[0057] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N′-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[0058] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[0059] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chrlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[0060] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

[0061] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous

-16-

PAR-VASO-0006618

acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium

metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol,

acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate,

calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid,

edetic acid, and ethylcellulose.

[0062] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic

solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-

trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon

tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl

methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene

chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide,

acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[0063] The amount of the excipient in a pharmaceutical composition of the invention can be about

0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about

0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%,

about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about

3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about

15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%,

about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%,

about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in

the pharmaceutical composition.

[0064] The amount of the excipient in a pharmaceutical composition of the invention can be about

0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about

0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%,

about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about

3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about

15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%

about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%,

about 99%, or about 100%, mass or by volume of the unit dosage form.

[0065] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can

-17-

be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.

Pharmaceutically-Acceptable Salts.

[0066] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[0067] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[0068] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[0069] Ammonium salts can arise from the addition of ammonia or an organic amine to a compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrrazole, pipyrrazole,

-18-

PAR-VASO-0006620

imidazole, pyrazine, or pipyrazine.

[0070] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[0071] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[0072] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.


Peptide Sequence.

[0073] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu); lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser); threonine (T, Thr); tryptophan (W, Trp); tyrosine (Y, Tyr); valine (V, Val). In some embodiments, the amino acid is a L-enantiomer. In some embodiments, the amino acid is a D-enantiomer.

-19-

[0074] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[0075] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, a pharmaceutical composition of the invention comprises vasopression and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth, peptide.

[0076] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[0077] The amount of another peptide in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%,

-20-

about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[0078] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[0079] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[0080] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm, about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[0081] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

[0082] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation

-21-

PAR-VASO-0006623

viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.


## EXAMPLES

**EXAMPLE 1:** <u>Impurities of Vasopressin as detected by HPLC.</u>

[0083] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[0084] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[0085] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 μm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25°C |
| Flow Rate | 1.0 mL/min |
| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. |

a
b

-22-

| Injection Volume | 100 μL | | | |
|---|---|---|---|---|
| Run time | 55 minutes | | | |
| Autosampler Vials | Polypropylene vials | | | |
| Pump (gradient) | Time (min) | %A | %B | Flow |
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

[0086] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[0087] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 μm membrane filter under vacuum, and the volume was adjusted as necessary.

[0088] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[0089] The working standard solution contained approximately 20 units/mL of vasopressin. The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[0090] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[0091] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[0092] A second working standard solution was prepared as directed under the standard preparation.

[0093] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

-23-

PAR-VASO-0006625

[0094] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[0095] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[0096] To prepare the MAA/H-IBA (Methacrylic Acid/ $\alpha$-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[0097] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[0098] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[0099] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00100] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00101] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00102] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00103] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

[00104] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE**

-24-

**4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00105] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00106] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00107] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00108] Then, one injection of the working standard solution was made.

[00109] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00110] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00111] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00112] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00113] The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation. **FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00114] To calculate the vasopressin units/mL, the following formula was used:

-25-

Vasopressin units/mL = $\frac{R_U}{R_S}$ x Conc STD

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00115] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00116] The impurities were calculated using the formula below:

$$\% \text{ impurity} = \frac{R_I}{R_S} \times \frac{\text{Conc STD}}{20 \text{ U/mL}} \times 100\%$$

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00117] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

| TABLE 3 | | | |
|---|---|---|---|
| **Name** | **Formula** | **Appr. RRT** | **Molar Mass (g)** |
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH2    SEQ ID NO.: 1   (disulfide bridge between cys residues) | | | |

PAR-VASO-0006628

| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
|---|---|---|---|
| CYFQNCPRG   SEQ ID NO.: 2 (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$     SEQ ID NO.: 3  (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$  SEQ ID NO.: 4   (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$  SEQ ID NO.: 7  (disulfide bridge between cys residues) | | | |
| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10  (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

-27-

PAR-VASO-0006629

**EXAMPLE 2:** <u>Investigation of pH.</u>

[00118] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

**EXAMPLE 3:** <u>Effect of peptide stabilizers on vasopressin formulation.</u>

[00119] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4**. Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---|---|---|---|---|---|
| Ethanol | PEG 400 | Glycerol | Poloxamer 188 | HPbCD[a] | n-Methylpyrrolidone (NMP) |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00120] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect was about 5% to about 10%greater than that observed in the experiments of **EXAMPLE 2**.

**EXAMPLE 4:** <u>Effect of buffer and divalent metals on vasopressin formulation.</u>

[00121] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00122] The tested combinations provided vasopressin stability comparable to that of a vasopressin

-28-

formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.

**EXAMPLE 5:** Effect of non-aqueous solvent formulations on vasopressin stability.

[00123] Several solvents were used to prepare vasopressin formulations to assess vasopressin stability. The formulations were prepared at 400 µg/mL and stability was tested via HPLC after incubation at 60 °C for one week, 40 °C for four weeks, and 25 °C for four weeks. The examined solvents included water, DMSO, propylene glycol, PEG300, NMP, glycerol, and ethanol. None of the tested solvents were able to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

**EXAMPLE 6:** Illustrative formulations for assessment of vasopressin stability.

[00124] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00125] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00126] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300, NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00127] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00128] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one week.

[00129] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to

-29-

PAR-VASO-0006631

test the stability of vasopressin.

[00130] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00131] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00132] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

EXAMPLE 7: Illustrative vasopressin formulation for clinical use.

[00133] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

EXAMPLE 8: Illustrative regimen for therapeutic use of a vasopressin formulation.

[00134] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

Preparation and Use of Vasopressin.

[00135] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin

PAR-VASO-0006632

at 20 units/mL.

[00136] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen.

[00137] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00138] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00139] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

[00140] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00141] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

[00142] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.

Contraindications, Adverse Reactions, and Drug-Drug Interactions.

[00143] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired

-31-

cardiac response can worsen cardiac output.

[00144] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00145] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00146] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00147] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00148] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00149] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

[00150] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to

-32-

PAR-VASO-0006634

endogenous vasopressin.

Use of Vasopressin in Specific Populations.

[00151] Vasopressin is a Category C drug for pregnancy.

[00152] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.

Overdosage.

[00153] Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.

Pharmacology of Vasopressin.

[00154] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00155] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:

-33-

PAR-VASO-0006635

H — Cys — Tyr — Phe — Glu(NH₂) — Asp(NH₂) — Cys — Pro — Arg — Gly — NH₂
  1    2     3       4                5             6     7     8     9

SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00156] One mg of vasopressin is equivalent to 530 units.

[00157] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00158] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00159] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00160] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

Carcinogenesis, Mutagenesis, Impairment of Fertility.

[00161] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and

-34-

PAR-VASO-0006636

the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

<u>Clinical studies.</u>

[00162] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

## EMBODIMENTS

[00163] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00164] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH. In some embodiments, the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a poloxamer. In some embodiments, the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the composition further comprises SEQ ID NO. 3. In some embodiments, the composition further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form is an injectable of about 1mL volume. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of vasopressin, or the

-35-

pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the vasopressin or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, one of the plurality of peptides is SEQ ID NO.: 2. In some embodiments, one of the plurality of peptides is SEQ ID NO.:3. In some embodiments, wherein one of the plurality of peptides is SEQ ID NO.: 4. In some embodiments, the buffer has a pH of about 3.5.

PAR-VASO-0006638

# CLAIMS

WHAT IS CLAIMED IS:

1.    A pharmaceutical composition comprising, in a unit dosage form:

   a)    from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and

   b)    a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof,

wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of:

   A)    vasopressin, or a pharmaceutically-acceptable salt thereof; and

   B)    a buffer having acidic pH.

2.    The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety.

3.    The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide.

4.    The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a poloxamer.

5.    The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof.

6.    The pharmaceutical composition of claim 5, wherein the first unit dosage form exhibits about

-37-

PAR-VASO-0006639

10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

7.     The pharmaceutical composition of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

8.     The pharmaceutical composition of claim 7, wherein the composition further comprises SEQ ID NO. 3.

9.     The pharmaceutical composition of claim 8, wherein the composition further comprises SEQ ID NO. 4.

10.    The pharmaceutical composition of claim 1, wherein the unit dosage form is an injectable of about 1mL volume.

11.    The pharmaceutical composition of claim 1, wherein the unit dosage form consists essentially of:
   a)     about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof;
   b)     the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of theunit dosage form or the pharmaceutically-acceptable salt thereof; and
   c)     a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof.

12.    The pharmaceutical composition of claim 11, wherein one of the plurality of peptides is SEQ ID NO.: 2.

13.    The pharmaceutical composition of claim 12, wherein one of the plurality of peptides is SEQ ID NO.:3.

-38-

PAR-VASO-0006640

14.    The pharmaceutical composition of claim 13, wherein one of the plurality of peptides is SEQ ID NO.: 4.

15.    The pharmaceutical composition of claim 1, wherein the buffer has a pH of about 3.5.

PAR-VASO-0006641

**ABSTRACT**

Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations.

PAR-VASO-0006642



FIGURE 1

PAR-VASO-0006643



FIGURE 2

PAR-VASO-0006644



FIGURE 3

PAR-VASO-0006645



FIGURE 4

PAR-VASO-0006646



FIGURE 5

PAR-VASO-0006647



FIGURE 6

PAR-VASO-0006648



AU

276.0

**FIGURE 7**

PAR-VASO-0006649



FIGURE 8

PAR-VASO-0006650



**FIGURE 9**

PAR-VASO-0006651



**FIGURE 10**

PAR-VASO-0006652

PATENT APPLICATION

**TREATMENT OF HYPOTENSION USING VASOPRESSIN FORMULATIONS**

Inventor(s):  Matthew Kenney
32227 Chatham Street
New Haven, MI  48048

Vinayagam Kannan
611 Timothy Lane, Apt. 204
Rochester, MI  48307

Sunil Vandse
83 Dorchester Drive
Basking Ridge, NJ  07920

Suketu Sanghvi
1 Hancock Drive
Kendall Park, NJ  08824

Serge Ilin-Schneider
22 Pomander Walk
Ridgewood, NJ  07450

Assignee:  Par Pharmaceutical, Inc.
One Ram Ridge Road
Spring Valley, NY 10977


Entity:  Large

WSGR

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on:  January 30, 2015**

PAR-VASO-0006653

# TREATMENT OF HYPOTENSION USING VASOPRESSIN FORMULATIONS

## SEQUENCE LISTING

[0001] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on January 28, 2015, is named 47956-702.203_SL.txt and is 5,069 bytes in size.

## BACKGROUND

[0002] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin require refrigeration for maintenance of reconstitution of lyophilized powders due to vasopressin's poor long-term stability.

## SUMMARY OF THE INVENTION

[0003] In some embodiments, the invention provides a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; and b) a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein: the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute; the human is hypotensive; and the human's mean arterial blood pressure is increased within 15 minutes of administration.

## BRIEF DESCRIPTION OF THE FIGURES

[0004] **FIGURE 1** is a chromatogram of a diluent used in vasopressin assay.

[0005] **FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0006] **FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

-2-

PAR-VASO-0006654

[0007] **FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

[0008] **FIGURE 5** is a chromatogram of a vasopressin standard solution.

[0009] **FIGURE 6** is a chromatogram of a sample vasopressin preparation.

[0010] **FIGURE 7** is a UV spectrum of a vasopressin sample.

[0011] **FIGURE 8** is a UV spectrum of a vasopressin standard.

[0012] **FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

[0013] **FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.


## DETAILED DESCRIPTION

<u>Vasopressin and peptides of the invention.</u>

[0014] Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

[0015] Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

[0016] Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):

-3-

PAR-VASO-0006655

[0017] At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

[0018] Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

[0019] Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

[0020] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below.

-4-

PAR-VASO-0006656

All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |
| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

<u>Therapeutic Uses.</u>

[0021] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0022] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension, meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be

-5-

administered to a subject undergoing, for example, surgery or hysterectomy.

[0023] Plasma osmolality is a measure of the plasma's electrolyte-water balance and can be indicative of blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0024] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0025] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0026] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

[0027] Blood pressure for a healthy human adult between the ages of 18-65 can range from about

-6-

90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0028] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

[0029] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.


Pharmaceutical Formulations.

[0030] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0031] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents, anti-static agents, surfactants, anti-oxidants, coloring agents, flavouring agents, plasticizers,

-7-

PAR-VASO-0006659

preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0032] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0033] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

[0034] In some embodiments, a vasopressin formulation of the invention comprises a pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0035] In some embodiments, a vasopressin formulation of the invention has a half-life at about 0 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about 200%, no more than about 250%, no more than about 300%, no more than about 350%, no more

-8-

than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about 800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0036] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0037] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 1%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0038] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62 °C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C,

PAR-VASO-0006661

about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

[0039] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 °C, about 20.1 °C, about 20.2 °C, about 20.3 °C, about 20.4 °C, about 20.5 °C, about 20.6 °C, about 20.7 °C, about 20.8 °C, about 20.9 °C, about 21.0 °C, about 21.1 °C, about 21.2 °C, about 21.3 °C, about 21.4 °C, about 21.5 °C, about 21.6 °C, about 21.7 °C, about 21.8 °C, about 21.9 °C, about 22.0 °C, about 22.1 °C, about 22.2 °C, about 22.3 °C, about 22.4 °C, about 22.5 °C, about 22.6 °C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[0040] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0041] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle, for example, sterile pyrogen-free water, before use.

-10-

PAR-VASO-0006662

Comparison Formulations.

[0042] A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

[0043] A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

Dosage Amounts.

[0044] In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a subject having a disease or condition to be treated. A therapeutically-effective amount can vary

-11-

widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[0045] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, or about 10 mL.

[0046] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or about 50 units/mL.

-12-

PAR-VASO-0006664

[0047] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 μg, about 0.05 μg, about 0.1 μg, about 0.15 μg, about 0.2 μg, about 0.25 μg, about 0.3 μg, about 0.35 μg, about 0.4 μg, about 0.5 μg, about 0.6 μg, about 0.7 μg, about 0.8 μg, about 0.9 μg, about 1 μg, about 2 μg, about 3 μg, about 4 μg, about 5 μg, about 10 μg, about 15 μg, about 20 μg, about 25 μg, about 30 μg, about 35 μg, about 40 μg, about 45 μg, about 50 μg, about 60 μg, about 70 μg, about 80 μg, about 90 μg, about 100 μg, about 125 μg, about 150 μg, about 175 μg, about 200 μg, about 250 μg, about 300 μg, about 350 μg, about 400 μg, about 450 μg, about 500 μg, about 600 μg, about 700 μg, about 800 μg, about 900 μg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[0048] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[0049] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[0050] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75, about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2,

PAR-VASO-0006665

about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[0051] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

[0052] In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[0053] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least 35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40%

-14-

PAR-VASO-0006666

pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[0054] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.

Pharmaceutically-acceptable excipients.

[0055] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

[0056] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as

-15-

PAR-VASO-0006667

an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[0057] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N′-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[0058] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[0059] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chrlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[0060] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

[0061] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous

-16-

acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[0062] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[0063] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[0064] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99 %, or about 100%, by mass or by volume of the unit dosage form.

[0065] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can

-17-

PAR-VASO-0006669

be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.

Pharmaceutically-Acceptable Salts.

[0066] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[0067] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[0068] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[0069] Ammonium salts can arise from the addition of ammonia or an organic amine to a compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrrazole, pipyrrazole,

-18-

PAR-VASO-0006670

imidazole, pyrazine, or pipyrazine.

[0070] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[0071] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[0072] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.


Peptide Sequence.

[0073] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu); lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser); threonine (T, Thr); tryptophan (W, Trp); tyrosine (Y, Tyr); valine (V, Val). In some embodiments, the amino acid is a L-enantiomer. In some embodiments, the amino acid is a D-enantiomer.

-19-

PAR-VASO-0006671

[0074] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[0075] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, a pharmaceutical composition of the invention comprises vasopression and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth, peptide.

[0076] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[0077] The amount of another peptide in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%,

-20-

about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[0078] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[0079] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[0080] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm, about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[0081] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

[0082] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation

-21-

viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.

## EXAMPLES

**EXAMPLE 1:** Impurities of Vasopressin as detected by HPLC.

[0083] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[0084] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[0085] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 μm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25°C |
| Flow Rate | 1.0 mL/min |
| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. |

a

b

-22-

| Injection Volume | 100 μL | | | |
|---|---|---|---|---|
| Run time | 55 minutes | | | |
| Autosampler Vials | Polypropylene vials | | | |
| Pump (gradient) | Time (min) | %A | %B | Flow |
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

[0086] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[0087] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 μm membrane filter under vacuum, and the volume was adjusted as necessary.

[0088] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[0089] The working standard solution contained approximately 20 units/mL of vasopressin. The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[0090] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[0091] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[0092] A second working standard solution was prepared as directed under the standard preparation.

[0093] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

-23-

PAR-VASO-0006675

[0094] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[0095] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[0096] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[0097] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[0098] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[0099] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00100] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00101] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00102] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00103] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

[00104] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE**

-24-

**4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00105] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00106] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00107] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00108] Then, one injection of the working standard solution was made.

[00109] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00110] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00111] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00112] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00113] The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation. **FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00114] To calculate the vasopressin units/mL, the following formula was used:

-25-

Vasopressin units/mL = $\dfrac{R_U}{R_S}$ x Conc STD

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00115] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00116] The impurities were calculated using the formula below:

% impurity = $\dfrac{R_I}{R_S}$ x $\dfrac{\text{Conc STD}}{20\ \text{U/mL}}$ x 100%

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00117] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

| TABLE 3 | | | |
|---|---|---|---|
| **Name** | **Formula** | **Appr. RRT** | **Molar Mass (g)** |
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH$_2$ SEQ ID NO.: 1 (disulfide bridge between cys residues) | | | |

-26-

| | | | |
|---|---|---|---|
| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG  SEQ ID NO.: 2 (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$  SEQ ID NO.: 3  (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$   SEQ ID NO.: 4  (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$ SEQ ID NO.: 7 (disulfide bridge between cys residues) | | | |
| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

PAR-VASO-0006679

**EXAMPLE 2:** Investigation of pH.

[00118] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

**EXAMPLE 3:** Effect of peptide stabilizers on vasopressin formulation.

[00119] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4**. Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---------|---|---|---|---|---|
| Ethanol | PEG 400 | Glycerol | Poloxamer 188 | HPbCD[a] | n-Methylpyrrolidone (NMP) |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00120] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect was about 5% to about 10%greater than that observed in the experiments of **EXAMPLE 2**.

**EXAMPLE 4:** Effect of buffer and divalent metals on vasopressin formulation.

[00121] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00122] The tested combinations provided vasopressin stability comparable to that of a vasopressin

-28-

PAR-VASO-0006680

formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.

**EXAMPLE 5:** <u>Effect of non-aqueous solvent formulations on vasopressin stability.</u>

[00123] Several solvents were used to prepare vasopressin formulations to assess vasopressin stability. The formulations were prepared at 400 μg/mL and stability was tested via HPLC after incubation at 60 °C for one week, 40 °C for four weeks, and 25 °C for four weeks. The examined solvents included water, DMSO, propylene glycol, PEG300, NMP, glycerol, and ethanol. None of the tested solvents were able to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

**EXAMPLE 6:** <u>Illustrative formulations for assessment of vasopressin stability.</u>

[00124] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00125] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00126] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300, NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00127] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00128] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one week.

[00129] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to

-29-

test the stability of vasopressin.

[00130] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00131] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00132] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

**EXAMPLE 7:** Illustrative vasopressin formulation for clinical use.

[00133] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

**EXAMPLE 8:** Illustrative regimen for therapeutic use of a vasopressin formulation.

[00134] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

Preparation and Use of Vasopressin.

[00135] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin

-30-

PAR-VASO-0006682

at 20 units/mL.

[00136] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen.

[00137] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00138] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00139] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

[00140] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00141] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

[00142] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

aVasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.

Contraindications, Adverse Reactions, and Drug-Drug Interactions.

[00143] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired

-31-

cardiac response can worsen cardiac output.

[00144] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00145] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00146] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00147] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00148] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00149] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

[00150] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to

-32-

PAR-VASO-0006684

endogenous vasopressin.

<u>Use of Vasopressin in Specific Populations.</u>

[00151] Vasopressin is a Category C drug for pregnancy.

[00152] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.

<u>Overdosage.</u>

[00153] Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.

<u>Pharmacology of Vasopressin.</u>

[00154] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00155] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:

-33-

$$H - Cys - Tyr - Phe - Glu(NH_2) - Asp(NH_2) - Cys - Pro - Arg - Gly - NH_2$$

<!-- positions: Cys 1, Tyr 2, Phe 3, Glu(NH2) 4, Asp(NH2) 5, Cys 6, Pro 7, Arg 8, Gly 9 -->

SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00156] One mg of vasopressin is equivalent to 530 units.

[00157] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00158] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00159] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00160] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

Carcinogenesis, Mutagenesis, Impairment of Fertility.

[00161] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and

-34-

PAR-VASO-0006686

the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

Clinical studies.

[00162] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

# EMBODIMENTS

[00163] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00164] In some embodiments, the invention provides a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; and b) a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of the unit dosage form, wherein: the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute; the human is hypotensive; and the human's mean arterial blood pressure is increased within 15 minutes of administration. In some embodiments, the administration is by injection. In some embodiments, the administration is intravenous. In some embodiments, the human's hypotension is associated with vasodilatory shock. In some embodiments, the human's hypotension is associated with post-cardiotomy shock. In some embodiments, the administration provides to the human from about 0.03 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute. In some embodiments, the human's hypotension is associated with septic shock. In some embodiments, the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute. In some embodiments, the method further comprising attaining a target blood pressure in the human and continuing the administration for a period of about 8 hours. In some embodiments, the method further comprising, after the period of

-35-

about 8 hours, reducing the administration by about 0.005 units per minute. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is an alcohol. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient has at least two hydroxyl groups. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is ethanol. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is glycerol. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is a carbohydrate. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is a cyclodextrin. In some embodiments, the non-halogenated, organic pharmaceutically-acceptable excipient is hydroxypropyl-beta-cyclodextrin. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the unit dosage form further comprises SEQ ID NO. 3. In some embodiments, the unit dosage form further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof; b) the non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, one of the plurality of peptides is SEQ ID NO. 2. In some embodiments, one of the plurality of peptides is SEQ ID NO. 3. In some embodiments, one of the plurality of peptides is SEQ ID NO. 4.

PAR-VASO-0006688

# CLAIMS

WHAT IS CLAIMED IS:

1.      A method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises:

     a)      from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; and

     b)      a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of the unit dosage form,

wherein:

     -      the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute;

     -      the human is hypotensive; and

     -      the human's mean arterial blood pressure is increased within 15 minutes of administration.

2.      The method of claim 1, wherein the administration is by injection.

3.      The method of claim 1, wherein the administration is intravenous.

4.      The method of claim 1, wherein the human's hypotension is associated with vasodilatory shock.

5.      The method of claim 1, wherein the human's hypotension is associated with post-cardiotomy shock.

6.      The method of claim 5, wherein the administration provides to the human from about 0.03 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units

PAR-VASO-0006689

of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute.

7.     The method of claim 1, wherein the human's hypotension is associated with septic shock.

8.     The method of claim 7, wherein the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute.

9.     The method of claim 1, further comprising attaining a target blood pressure in the human and continuing the administration for a period of about 8 hours.

10.     The method of claim 9, further comprising, after the period of about 8 hours, reducing the administration by about 0.005 units per minute.

11.     The method of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is an alcohol.

12.     The method of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient has at least two hydroxyl groups.

13.     The method of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is ethanol.

14.     The method of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is glycerol.

15.     The method of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is a carbohydrate.

16.     The method of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable

PAR-VASO-0006690

excipient is a cyclodextrin.

17.    The method of claim 1, wherein the non-halogenated, organic pharmaceutically-acceptable excipient is hydroxypropyl-beta-cyclodextrin.

18.    The method of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

19.    The method of claim 18, wherein the unit dosage form further comprises SEQ ID NO. 3.

20.    The method of claim 19, wherein the unit dosage form further comprises SEQ ID NO. 4.

21.    The method of claim 1, wherein the unit dosage form consists essentially of:
    a)    about 0.04 mg/mL of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof;
    b)    the non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol, in an amount that is from about 1% to about 10% by mass of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof; and
    c)    a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to SEQ ID NO. 1.

22.    The method of claim 21, wherein one of the plurality of peptides is SEQ ID NO. 2.

23.    The method of claim 22, wherein one of the plurality of peptides is SEQ ID NO. 3.

24.    The method of claim 23, wherein one of the plurality of peptides is SEQ ID NO. 4.

PAR-VASO-0006691

**ABSTRACT**

The present disclosure describes methods of treating hypotension via administration of a vasopressin formulation. The hypotension may be due to sepsis, vasodilatory shock, or post-cardiotomy shock. The vasopressin formulation can be formulated to prolong stability at room temperature.

PAR-VASO-0006692



DILUENT PEAK 3

DILUENT PEAK 2

DILUENT PEAK 1

Minutes

**FIGURE 1**

PAR-VASO-0006693



FIGURE 2

PAR-VASO-0006694



FIGURE 3

PAR-VASO-0006695



FIGURE 4

-44-

PAR-VASO-0006696



FIGURE 5

PAR-VASO-0006697



FIGURE 6

PAR-VASO-0006698



FIGURE 7

PAR-VASO-0006699



276.0

AU

**FIGURE 8**

PAR-VASO-0006700



**FIGURE 9**

PAR-VASO-0006701



**FIGURE 10**

PAR-VASO-0006702

PATENT APPLICATION

## PEPTIDE FORMULATIONS AND USES THEREOF

Inventor(s):      Matthew Kenney
32227 Chatham Street
New Haven, MI 48048

Vinayagam Kannan
611 Timothy Lane, Apt. 204
Rochester, MI 48307

Sunil Vandse
83 Dorchester Drive
Basking Ridge, NJ 07920

Suketu Sanghvi
1 Hancock Drive
Kendall Park, NJ 08824

Serge Ilin-Schneider
22 Pomander Walk
Ridgewood, NJ 07450

Assignee:      Par Pharmaceutical, Inc.
One Ram Ridge Road
Spring Valley, NY 10977


Entity:      Large

WSGR

### Wilson Sonsini Goodrich & Rosati

PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on: January 30, 2015**

PAR-VASO-0006703

# PEPTIDE FORMULATIONS AND USES THEREOF

## SEQUENCE LISTING

[0001] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on January 28, 2015, is named 47956-702.204_SL.txt and is 5,051 bytes in size.

## BACKGROUND

[0002] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin require refrigeration for maintenance or reconstitution of lyophilized powders due to vasopressin's poor long-term stability.

## SUMMARY OF THE INVENTION

[0003] In some embodiments, the invention provides a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein: the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute; the human is hypotensive; and the human's mean arterial blood pressure is increased within 15 minutes of administration.

## BRIEF DESCRIPTION OF THE FIGURES

[0004] **FIGURE 1** is a chromatogram of a diluent used in vasopressin assay.

[0005] **FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0006] **FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

PAR-VASO-0006704

[0007] **FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

[0008] **FIGURE 5** is a chromatogram of a vasopressin standard solution.

[0009] **FIGURE 6** is a chromatogram of a sample vasopressin preparation.

[0010] **FIGURE 7** is a UV spectrum of a vasopressin sample.

[0011] **FIGURE 8** is a UV spectrum of a vasopressin standard.

[0012] **FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

[0013] **FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.

## DETAILED DESCRIPTION

<u>Vasopressin and peptides of the invention.</u>

[0014] Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

[0015] Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

[0016] Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):

-3-

[0017] At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

[0018] Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

[0019] Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

[0020] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below.

-4-

All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |
| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

Therapeutic Uses.

[0021] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0022] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension, meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be

-5-

administered to a subject undergoing, for example, surgery or hysterectomy.

[0023] Plasma osmolality is a measure of the plasma's electrolyte-water balance and can be indicative of blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0024] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0025] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0026] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

[0027] Blood pressure for a healthy human adult between the ages of 18-65 can range from about

-6-

90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0028] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

[0029] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.


Pharmaceutical Formulations.

[0030] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0031] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents, anti-static agents, surfactants, anti-oxidants, coloring agents, flavouring agents, plasticizers,

PAR-VASO-0006709

preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0032] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0033] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

[0034] In some embodiments, a vasopressin formulation of the invention comprises a pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0035] In some embodiments, a vasopressin formulation of the invention has a half-life at about 0 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about 200%, no more than about 250%, no more than about 300%, no more than about 350%, no more

-8-

PAR-VASO-0006710

than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about 800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0036] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0037] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 1%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0038] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62 °C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C,

-9-

PAR-VASO-0006711

about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

[0039] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 °C, about 20.1 °C, about 20.2 °C, about 20.3 °C, about 20.4 °C, about 20.5 °C, about 20.6 °C, about 20.7 °C, about 20.8 °C, about 20.9 °C, about 21.0 °C, about 21.1 °C, about 21.2 °C, about 21.3 °C, about 21.4 °C, about 21.5 °C, about 21.6 °C, about 21.7 °C, about 21.8 °C, about 21.9 °C, about 22.0 °C, about 22.1 °C, about 22.2 °C, about 22.3 °C, about 22.4 °C, about 22.5 °C, about 22.6 °C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[0040] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0041] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle, for example, sterile pyrogen-free water, before use.

-10-

PAR-VASO-0006712

Comparison Formulations.

[0042] A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

[0043] A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

Dosage Amounts.

[0044] In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a subject having a disease or condition to be treated. A therapeutically-effective amount can vary

-11-

PAR-VASO-0006713

widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[0045] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, or about 10 mL.

[0046] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or about 50 units/mL.

PAR-VASO-0006714

[0047] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 μg, about 0.05 μg, about 0.1 μg, about 0.15 μg, about 0.2 μg, about 0.25 μg, about 0.3 μg, about 0.35 μg, about 0.4 μg, about 0.5 μg, about 0.6 μg, about 0.7 μg, about 0.8 μg, about 0.9 μg, about 1 μg, about 2 μg, about 3 μg, about 4 μg, about 5 μg, about 10 μg, about 15 μg, about 20 μg, about 25 μg, about 30 μg, about 35 μg, about 40 μg, about 45 μg, about 50 μg, about 60 μg, about 70 μg, about 80 μg, about 90 μg, about 100 μg, about 125 μg, about 150 μg, about 175 μg, about 200 μg, about 250 μg, about 300 μg, about 350 μg, about 400 μg, about 450 μg, about 500 μg, about 600 μg, about 700 μg, about 800 μg, about 900 μg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[0048] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[0049] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[0050] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75, about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2,

-13-

PAR-VASO-0006715

about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[0051] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

[0052] In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[0053] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least 35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40%

-14-

PAR-VASO-0006716

pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[0054] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.

Pharmaceutically-acceptable excipients.

[0055] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

[0056] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as

-15-

PAR-VASO-0006717

an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[0057] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N′-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[0058] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[0059] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chrlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[0060] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

[0061] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous

-16-

acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[0062] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[0063] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[0064] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99 %, or about 100%, by mass or by volume of the unit dosage form.

[0065] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can

-17-

be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.

Pharmaceutically-Acceptable Salts.

[0066] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[0067] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[0068] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[0069] Ammonium salts can arise from the addition of ammonia or an organic amine to a compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrrazole, pipyrrazole,

-18-

PAR-VASO-0006720

imidazole, pyrazine, or pipyrazine.

[0070] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[0071] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[0072] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.


Peptide Sequence.

[0073] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu); lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser); threonine (T, Thr); tryptophan (W, Trp); tyrosine (Y, Tyr); valine (V, Val). In some embodiments, the amino acid is a L-enantiomer. In some embodiments, the amino acid is a D-enantiomer.

-19-

PAR-VASO-0006721

[0074] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[0075] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, a pharmaceutical composition of the invention comprises vasopression and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth, peptide.

[0076] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[0077] The amount of another peptide in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%,

-20-

about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[0078] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[0079] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[0080] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm, about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[0081] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

[0082] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation

PAR-VASO-0006723

viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.

## EXAMPLES

**EXAMPLE 1:** Impurities of Vasopressin as detected by HPLC.

[0083] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[0084] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[0085] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 μm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25°C |
| Flow Rate | 1.0 mL/min |
| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. |

-22-

PAR-VASO-0006724

| Injection Volume | 100 µL | | | |
|---|---|---|---|---|
| Run time | 55 minutes | | | |
| Autosampler Vials | Polypropylene vials | | | |
| Pump (gradient) | Time (min) | %A | %B | Flow |
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

[0086] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[0087] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 µm membrane filter under vacuum, and the volume was adjusted as necessary.

[0088] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[0089] The working standard solution contained approximately 20 units/mL of vasopressin. The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[0090] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[0091] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[0092] A second working standard solution was prepared as directed under the standard preparation.

[0093] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

-23-

PAR-VASO-0006725

[0094] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[0095] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[0096] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[0097] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[0098] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[0099] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00100] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00101] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00102] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00103] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

[00104] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE**

-24-

4 is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00105] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00106] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00107] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00108] Then, one injection of the working standard solution was made.

[00109] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00110] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00111] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00112] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00113] The UV spectrum (200 − 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation. **FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00114] To calculate the vasopressin units/mL, the following formula was used:

-25-

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \times \text{Conc STD}$$

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00115] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00116] The impurities were calculated using the formula below:

$$\% \text{ impurity} = \frac{R_I}{R_S} \times \frac{\text{Conc STD}}{20 \text{ U/mL}} \times 100\%$$

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00117] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

| TABLE 3 | | | |
|---|---|---|---|
| **Name** | **Formula** | **Appr. RRT** | **Molar Mass (g)** |
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH$_2$ SEQ ID NO.: 1 (disulfide bridge between cys residues) | | | |

-26-

PAR-VASO-0006728

| | | | |
|---|---|---|---|
| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG SEQ ID NO.: 2 (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$ SEQ ID NO.: 3 (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$ SEQ ID NO.: 4 (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$ SEQ ID NO.: 7 (disulfide bridge between cys residues) | | | |
| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

-27-

PAR-VASO-0006729

**EXAMPLE 2:** Investigation of pH.

[00118] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

**EXAMPLE 3:** Effect of peptide stabilizers on vasopressin formulation.

[00119] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4.** Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---------|---------|----------|---------------|--------|-------------------------------|
| **Ethanol** | **PEG 400** | **Glycerol** | **Poloxamer 188** | **HPbCD[a]** | **n-Methylpyrrolidone (NMP)** |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00120] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect was about 5% to about 10% greater than that observed in the experiments of **EXAMPLE 2.**

**EXAMPLE 4:** Effect of buffer and divalent metals on vasopressin formulation.

[00121] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00122] The tested combinations provided vasopressin stability comparable to that of a vasopressin

-28-

formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.

**EXAMPLE 5:** <u>Effect of non-aqueous solvent formulations on vasopressin stability.</u>

[00123] Several solvents were used to prepare vasopressin formulations to assess vasopressin stability. The formulations were prepared at 400 µg/mL and stability was tested via HPLC after incubation at 60 °C for one week, 40 °C for four weeks, and 25 °C for four weeks. The examined solvents included water, DMSO, propylene glycol, PEG300, NMP, glycerol, and ethanol. None of the tested solvents were able to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

**EXAMPLE 6:** <u>Illustrative formulations for assessment of vasopressin stability.</u>

[00124] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00125] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00126] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300, NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00127] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00128] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one week.

[00129] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to

-29-

PAR-VASO-0006731

test the stability of vasopressin.

[00130] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00131] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00132] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

**EXAMPLE 7:** Illustrative vasopressin formulation for clinical use.

[00133] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

**EXAMPLE 8:** Illustrative regimen for therapeutic use of a vasopressin formulation.

[00134] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

Preparation and Use of Vasopressin.

[00135] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin

-30-

at 20 units/mL.

[00136] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen.

[00137] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00138] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00139] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

[00140] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00141] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

[00142] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

[00143] Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.

Contraindications, Adverse Reactions, and Drug-Drug Interactions.

[00144] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-

-31-

PAR-VASO-0006733

arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired cardiac response can worsen cardiac output.

[00145] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00146] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00147] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00148] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00149] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00150] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

-32-

PAR-VASO-0006734

[00151] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

Use of Vasopressin in Specific Populations.

[00152] Vasopressin is a Category C drug for pregnancy.

[00153] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.

Overdosage.

[00154] Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.

Pharmacology of Vasopressin.

[00155] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00156] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white

-33-

to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:

H — Cys — Tyr — Phe — Glu(NH$_2$) — Asp(NH$_2$) — Cys — Pro — Arg — Gly — NH$_2$
  1    2     3       4              5            6     7     8     9

SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00157] One mg of vasopressin is equivalent to 530 units.

[00158] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00159] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00160] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00161] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

Carcinogenesis, Mutagenesis, Impairment of Fertility.

-34-

PAR-VASO-0006736

[00162] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

Clinical studies.

[00163] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

## EMBODIMENTS

[00164] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00165] In some embodiments, the invention provides a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form, wherein: the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute; the human is hypotensive; and the human's mean arterial blood pressure is increased within 15 minutes of administration. In some embodiments, the administration is by injection. In some embodiments, the administration is intravenous. In some embodiments, the human's hypotension is associated with vasodilatory shock. In some embodiments, the human's hypotension is associated with post-cardiotomy shock. In some embodiments, the administration provides to the human from about 0.03 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute. In some embodiments, the human's hypotension is associated with septic shock. In some embodiments, the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute. In some embodiments, the method further comprising attaining a target blood pressure in the human and continuing the administration for a period of about 8 hours. In some embodiments, the method

-35-

PAR-VASO-0006737

further comprising, after the period of about 8 hours, reducing the administration by about 0.005 units per minute. In some embodiments, the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a poloxamer. 14. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the unit dosage form further comprises SEQ ID NO. 3. In some embodiments, the unit dosage form further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to SEQ ID NO. 1. Embodiment 15. In some embodiments, one of the plurality of peptides is SEQ ID NO. 2. In some embodiments, one of the plurality of peptides is SEQ ID NO. 3. In some embodiments, one of the plurality of peptides is SEQ ID NO. 4.

PAR-VASO-0006738

# CLAIMS

WHAT IS CLAIMED IS:

1.    A method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises:

   a)    from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; and

   b)    a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form,

wherein:

   -    the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute;

   -    the human is hypotensive; and

   -    the human's mean arterial blood pressure is increased within 15 minutes of administration.

2.    The method of claim 1, wherein the administration is by injection.

3.    The method of claim 1, wherein the administration is intravenous.

4.    The method of claim 1, wherein the human's hypotension is associated with vasodilatory shock.

5.    The method of claim 1, wherein the human's hypotension is associated with post-cardiotomy shock.

6.    The method of claim 5, wherein the administration provides to the human from about 0.03 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute.

-37-

PAR-VASO-0006739

7.      The method of claim 1, wherein the human's hypotension is associated with septic shock.

8.      The method of claim 7, wherein the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute.

9.      The method of claim 1, further comprising attaining a target blood pressure in the human and continuing the administration for a period of about 8 hours.

10.     The method of claim 9, further comprising, after the period of about 8 hours, reducing the administration by about 0.005 units per minute.

11.     The method of claim 1, wherein the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety.

12.     The method of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide.

13.     The method of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a poloxamer.

14.     The method of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

15.     The method of claim 14, wherein the unit dosage form further comprises SEQ ID NO. 3.

16.     The method of claim 15, wherein the unit dosage form further comprises SEQ ID NO. 4.

17.     The method of claim 1, wherein the unit dosage form consists essentially of:
        a)      about 0.04 mg/mL of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof;

-38-

PAR-VASO-0006740

b)      the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof; and

c)      a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to SEQ ID NO. 1.

18.     The method of claim 17, wherein one of the plurality of peptides is SEQ ID NO. 2.

19.     The method of claim 18, wherein one of the plurality of peptides is SEQ ID NO. 3.

20.     The method of claim 19, wherein one of the plurality of peptides is SEQ ID NO. 4.

PAR-VASO-0006741

## ABSTRACT

The present invention provides peptide formulations for use in the treatment of shock and related conditions. The disclosed formulations can be used to treat decreased blood pressure that can accompany shock. The peptide formulations can be formulated in unit dosage form for intravenous administration.

PAR-VASO-0006742



FIGURE 1

PAR-VASO-0006743



FIGURE 2

PAR-VASO-0006744



FIGURE 3

PAR-VASO-0006745



Minutes

FIGURE 4

AU

PAR-VASO-0006746



FIGURE 5

PAR-VASO-0006747



FIGURE 6

PAR-VASO-0006748



276.0

AU

**FIGURE 7**

PAR-VASO-0006749



FIGURE 8

PAR-VASO-0006750



**FIGURE 9**

PAR-VASO-0006751



**FIGURE 10**

PAR-VASO-0006752

PATENT APPLICATION

**PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS**

Inventor(s):   Matthew Kenney
               32227 Chatham Street
               New Haven, MI  48048

               Vinayagam Kannan
               611 Timothy Lane, Apt. 204
               Rochester, MI  48307

               Sunil Vandse
               83 Dorchester Drive
               Basking Ridge, NJ  07920

               Suketu Sanghvi
               1 Hancock Drive
               Kendall Park, NJ  08824

               Serge Ilin-Schneider
               22 Pomander Walk
               Ridgewood, NJ  07450

Assignee:      Par Pharmaceutical, Inc.
               One Ram Ridge Road
               Spring Valley, NY 10977


Entity:        Large

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on:  May 20, 2015**

PAR-VASO-0006753

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

## CROSS REFERENCE

[0001] This Application is a continuation of United States Application No. 14/610,499, filed January 30, 2015, which is incorporated herein by reference in its entirety.

## SEQUENCE LISTING

[0002] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on May 20, 2015, is named 47956-702.302_SL.txt and is 5,120 bytes in size.

## BACKGROUND

[0003] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin require refrigeration for maintenance or reconstitution of lyophilized powders due to vasopressin's poor long-term stability.

## SUMMARY OF THE INVENTION

[0004] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH.

## BRIEF DESCRIPTION OF THE FIGURES

[0005] FIGURE 1 is a chromatogram of a diluent used in vasopressin assay.

PAR-VASO-0006754

**[0006] FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

**[0007] FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

**[0008] FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

**[0009] FIGURE 5** is a chromatogram of a vasopressin standard solution.

**[0010] FIGURE 6** is a chromatogram of a sample vasopressin preparation.

**[0011] FIGURE 7** is a UV spectrum of a vasopressin sample.

**[0012] FIGURE 8** is a UV spectrum of a vasopressin standard.

**[0013] FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

**[0014] FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.


# DETAILED DESCRIPTION

<u>Vasopressin and peptides of the invention.</u>

**[0015]** Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

**[0016]** Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

**[0017]** Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):

-3-

PAR-VASO-0006755

**[0018]** At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

**[0019]** Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

**[0020]** Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

-4-

PAR-VASO-0006756

[0021] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below. All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |
| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

Therapeutic Uses.

[0022] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0023] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension,

-5-

meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be administered to a subject undergoing, for example, surgery or hysterectomy.

[0024] Plasma osmolality is a measure of the plasma's electrolyte-water balance and can be indicative of blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0025] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0026] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0027] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

PAR-VASO-0006758

[0028] Blood pressure for a healthy human adult between the ages of 18-65 can range from about 90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0029] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

[0030] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.

Pharmaceutical Formulations.

[0031] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0032] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents,

PAR-VASO-0006759

anti-static agents, surfactants, anti-oxidants, coloring agents, flavouring agents, plasticizers, preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0033] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0034] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

[0035] In some embodiments, a vasopressin formulation of the invention comprises a pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0036] In some embodiments, a vasopressin formulation of the invention has a half-life at about 0 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about

-8-

PAR-VASO-0006760

200%, no more than about 250%, no more than about 300%, no more than about 350%, no more than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about 800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0037] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0038] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 1%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0039] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62

PAR-VASO-0006761

°C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C, about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

[0040] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 °C, about 20.1 °C, about 20.2 °C, about 20.3 °C, about 20.4 °C, about 20.5 °C, about 20.6 °C, about 20.7 °C, about 20.8 °C, about 20.9 °C, about 21.0 °C, about 21.1 °C, about 21.2 °C, about 21.3 °C, about 21.4 °C, about 21.5 °C, about 21.6 °C, about 21.7 °C, about 21.8 °C, about 21.9 °C, about 22.0 °C, about 22.1 °C, about 22.2 °C, about 22.3 °C, about 22.4 °C, about 22.5 °C, about 22.6 °C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[0041] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0042] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle,

-10-

for example, sterile pyrogen-free water, before use.

Comparison Formulations.

**[0043]** A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

**[0044]** A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

Dosage Amounts.

**[0045]** In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a

-11-

PAR-VASO-0006763

subject having a disease or condition to be treated. A therapeutically-effective amount can vary widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[0046] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, or about 10 mL.

[0047] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or

-12-

about 50 units/mL.

[0048] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 µg, about 0.05 µg, about 0.1 µg, about 0.15 µg, about 0.2 µg, about 0.25 µg, about 0.3 µg, about 0.35 µg, about 0.4 µg, about 0.5 µg, about 0.6 µg, about 0.7 µg, about 0.8 µg, about 0.9 µg, about 1 µg, about 2 µg, about 3 µg, about 4 µg, about 5 µg, about 10 µg, about 15 µg, about 20 µg, about 25 µg, about 30 µg, about 35 µg, about 40 µg, about 45 µg, about 50 µg, about 60 µg, about 70 µg, about 80 µg, about 90 µg, about 100 µg, about 125 µg, about 150 µg, about 175 µg, about 200 µg, about 250 µg, about 300 µg, about 350 µg, about 400 µg, about 450 µg, about 500 µg, about 600 µg, about 700 µg, about 800 µg, about 900 µg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[0049] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[0050] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[0051] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75,

-13-

PAR-VASO-0006765

about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2, about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[0052] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

[0053] In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[0054] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least

-14-

35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40% pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[0055] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.

Pharmaceutically-acceptable excipients.

[0056] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

-15-

PAR-VASO-0006767

[0057] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[0058] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N′-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[0059] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[0060] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chrlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[0061] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

[0062] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated

-16-

PAR-VASO-0006768

hydroxytoluene, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[0063] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[0064] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[0065] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99%, or about 100%, mass or by volume of the unit dosage form.

-17-

PAR-VASO-0006769

[0066] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.

Pharmaceutically-Acceptable Salts.

[0067] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[0068] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[0069] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[0070] Ammonium salts can arise from the addition of ammonia or an organic amine to a compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-

-18-

PAR-VASO-0006770

methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrrazole, pipyrrazole, imidazole, pyrazine, or pipyrazine.

[0071] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[0072] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[0073] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.


Peptide Sequence.

[0074] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu); lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser); threonine (T, Thr); tryptophan (W, Trp); tyrosine (Y, Tyr); valine (V, Val). In some embodiments, the amino acid is a L-enantiomer. In some embodiments, the amino acid is a

-19-

D-enantiomer.

[0075] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[0076] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, a pharmaceutical composition of the invention comprises vasopression and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth, peptide.

[0077] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[0078] The amount of another peptide in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%,

-20-

about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[0079] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[0080] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[0081] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm, about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[0082] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

-21-

PAR-VASO-0006773

[0083] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.

## EXAMPLES

**EXAMPLE 1**: Impurities of Vasopressin as detected by HPLC.

[0084] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[0085] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[0086] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 µm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25°C |
| Flow Rate | 1.0 mL/min |

-22-

PAR-VASO-0006774

| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. | | | |
|---|---|---|---|---|
| Injection Volume | 100 μL | | | |
| Run time | 55 minutes | | | |
| Autosampler Vials | Polypropylene vials | | | |
| Pump (gradient) | Time (min) | %A | %B | Flow |
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

[0087] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[0088] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 μm membrane filter under vacuum, and the volume was adjusted as necessary.

[0089] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[0090] The working standard solution contained approximately 20 units/mL of vasopressin. The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[0091] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[0092] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[0093] A second working standard solution was prepared as directed under the standard preparation.

-23-

PAR-VASO-0006775

[0094] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

[0095] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[0096] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[0097] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[0098] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[0099] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[00100] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00101] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00102] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00103] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00104] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

-24-

[00105] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE 4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00106] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00107] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00108] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00109] Then, one injection of the working standard solution was made.

[00110] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00111] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00112] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00113] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00114] The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation.

PAR-VASO-0006777

**FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00115] To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \text{ x Conc STD}$$

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00116] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00117] The impurities were calculated using the formula below:

$$\% \text{ impurity} = \frac{R_I}{R_S} \text{ x } \frac{\text{Conc STD}}{20 \text{ U/mL}} \text{ x } 100\%$$

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00118] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

| TABLE 3 |
| --- |

PAR-VASO-0006778

| Name | Formula | Appr. RRT | Molar Mass (g) |
|------|---------|-----------|----------------|
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH$_2$   SEQ ID NO.: 1  (disulfide bridge between cys residues) | | | |
| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG   SEQ ID NO.: 2 (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$      SEQ ID NO.: 3   (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$   SEQ ID NO.: 4   (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$   SEQ ID NO.: 7  (disulfide bridge between cys residues) | | | |

PAR-VASO-0006779

| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
|---|---|---|---|
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

**EXAMPLE 2:** <u>Investigation of pH.</u>

[00119] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.


**EXAMPLE 3:** <u>Effect of peptide stabilizers on vasopressin formulation.</u>

[00120] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4.** Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---|---|---|---|---|---|
| Ethanol | PEG 400 | Glycerol | Poloxamer 188 | HPbCD[a] | n-Methylpyrrolidone (NMP) |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00121] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater

-28-

stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect was about 5% to about 10% greater than that observed in the experiments of **EXAMPLE 2**.

**EXAMPLE 4:** Effect of buffer and divalent metals on vasopressin formulation.

[00122] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00123] The tested combinations provided vasopressin stability comparable to that of a vasopressin formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.

**EXAMPLE 5:** Effect of non-aqueous solvent formulations on vasopressin stability.

[00124] Several solvents were used to prepare vasopressin formulations to assess vasopressin stability. The formulations were prepared at 400 μg/mL and stability was tested via HPLC after incubation at 60 °C for one week, 40 °C for four weeks, and 25 °C for four weeks. The examined solvents included water, DMSO, propylene glycol, PEG300, NMP, glycerol, and ethanol. None of the tested solvents were able to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

**EXAMPLE 6:** Illustrative formulations for assessment of vasopressin stability.

[00125] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00126] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00127] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300,

-29-

PAR-VASO-0006781

NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00128] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00129] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one week.

[00130] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to test the stability of vasopressin.

[00131] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00132] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00133] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.


**EXAMPLE 7:** Illustrative vasopressin formulation for clinical use.

[00134] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |

-30-

PAR-VASO-0006782

| | | |
|---|---|---|
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

**EXAMPLE 8:** <u>Illustrative regimen for therapeutic use of a vasopressin formulation.</u>

[00135] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

<u>Preparation and Use of Vasopressin.</u>

[00136] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin at 20 units/mL.

[00137] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen.

[00138] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00139] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00140] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

[00141] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00142] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

-31-

PAR-VASO-0006783

[00143] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.

Contraindications, Adverse Reactions, and Drug-Drug Interactions.

[00144] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired cardiac response can worsen cardiac output.

[00145] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00146] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00147] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00148] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

-32-

PAR-VASO-0006784

**[00149]** Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

**[00150]** Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

**[00151]** Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

Use of Vasopressin in Specific Populations.

**[00152]** Vasopressin is a Category C drug for pregnancy.

**[00153]** Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.

Overdosage.

**[00154]** Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of

PAR-VASO-0006785

withdrawal of treatment.

Pharmacology of Vasopressin.

[00155] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00156] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:


SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00157] One mg of vasopressin is equivalent to 530 units.

[00158] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00159] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00160] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of

-34-

vasopressin in patients.

[00161] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

Carcinogenesis, Mutagenesis, Impairment of Fertility.

[00162] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

Clinical studies.

[00163] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

# EMBODIMENTS

[00164] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00165] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH. In some embodiments, the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety. In some

-35-

embodiments, the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a poloxamer. In some embodiments, the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the composition further comprises SEQ ID NO. 3. In some embodiments, the composition further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form is an injectable of about 1mL volume. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the vasopressin or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, one of the plurality of peptides is SEQ ID NO.: 2. In some embodiments, one of the plurality of peptides is SEQ ID NO.:3. In some embodiments, wherein one of the plurality of peptides is SEQ ID NO.: 4. In some embodiments, the buffer has a pH of about 3.5.

-36-

PAR-VASO-0006788

## CLAIMS

WHAT IS CLAIMED IS:

1.     A pharmaceutical composition comprising, in a unit dosage form:

    a)     from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and

    b)     a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof,

wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of:

    A)     vasopressin, or a pharmaceutically-acceptable salt thereof; and

    B)     a buffer having acidic pH.

2.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety.

3.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide.

4.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a poloxamer.

5.     The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof.

6.     The pharmaceutical composition of claim 5, wherein the first unit dosage form exhibits about

-37-

PAR-VASO-0006789

10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

7.     The pharmaceutical composition of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

8.     The pharmaceutical composition of claim 7, wherein the composition further comprises SEQ ID NO. 3.

9.     The pharmaceutical composition of claim 8, wherein the composition further comprises SEQ ID NO. 4.

10.    The pharmaceutical composition of claim 1, wherein the unit dosage form is an injectable of about 1mL volume.

11.    The pharmaceutical composition of claim 1, wherein the unit dosage form consists essentially of:
   a)     about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof;
   b)     the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of theunit dosage form or the pharmaceutically-acceptable salt thereof; and
   c)     a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the  pharmaceutically-acceptable salt thereof.

12.    The pharmaceutical composition of claim 11, wherein one of the plurality of peptides is SEQ ID NO.: 2.

13.    The pharmaceutical composition of claim 12, wherein one of the plurality of peptides is SEQ ID NO.:3.

-38-

14.     The pharmaceutical composition of claim 13, wherein one of the plurality of peptides is SEQ ID NO.: 4.

15.     The pharmaceutical composition of claim 1, wherein the buffer has a pH of about 3.5.

PAR-VASO-0006791

**ABSTRACT**

Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations.

PAR-VASO-0006792



FIGURE 1

PAR-VASO-0006793



FIGURE 2

PAR-VASO-0006794



FIGURE 3

PAR-VASO-0006795



**FIGURE 4**

PAR-VASO-0006796



FIGURE 5

PAR-VASO-0006797



FIGURE 6

PAR-VASO-0006798



FIGURE 7

PAR-VASO-0006799



FIGURE 8

PAR-VASO-0006800



**FIGURE 9**

PAR-VASO-0006801



**FIGURE 10**

PAR-VASO-0006802



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,488 | 01/30/2015 | Matthew Kenney | 47956-702.201 | 9966 |

21971        7590        03/18/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/18/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0006803

| | **Application No.** | **Applicant(s)** |
|---|---|---|
| **Office Action Summary** | 14/610,488 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** | **AIA (First Inventor to File) Status** |
| | CHRISTINA BRADLEY | 1675 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on <u>30 January 2015</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**   2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☒ Claim(s) <u>1-21</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>1-21</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**
   a) ☐ All   b) ☐ Some**  c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

PAR-VASO-0006804

# DETAILED ACTION

## *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

## *Claim Rejections - 35 USC § 112(a)*

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a)  IN GENERAL.—The specification shall contain a written description of the invention,
> and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to
> enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to
> make and use the same,  and shall set forth the best mode contemplated by the inventor or joint inventor
> of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and
> process of making and using it, in such full, clear, concise, and exact terms as to enable any person
> skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the
> same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 1-21 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first

paragraph, as failing to comply with the written description requirement.  The claim(s) contains

subject matter which was not described in the specification in such a way as to reasonably

convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the

inventor(s), at the time the application was filed, had possession of the claimed invention.

MPEP § 2163 states that the written description requirement for a claimed genus may be

satisfied through sufficient description of a representative number of species by actual reduction

to practice, or by disclosure of relevant, identifying characteristics, i.e., structure or other

physical and/or chemical properties, by functional characteristics coupled with a known or

disclosed correlation between function and structure, or by a combination of such identifying characteristics, sufficient to show the applicant was in possession of the claimed genus.

*Scope of the claims*

The claims are drawn to pharmaceutical compositions comprising in a unit dosage form from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, or a pharmaceutically acceptable salt thereof, and a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol in an amount that is from about 1% to about 10% by mass of the unit dosage form, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH.

The instant claims are defined by both structural and functional limitations.

With respect to structure, the claim term "non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol" is a genus that encompasses a broad range of species. The specification does not define the claim term "non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol" nor does it provide a comprehensive list of examples of species that fall within the genus. However, the prior art recognizes numerous excipients as being suitable for use in pharmaceutical compositions containing a peptide or protein active agent, such as buffers, sugars, polyols, surfactants, salts, polyethylene glycols, polymers, metal ions, and amino acids  (see Wang, NPL U PTO-892, sections 4.2.1-4.2.8). It is within the ordinary skill of the art to determine which of these

PAR-VASO-0006806

excipients is less acidic than chlorobutanol. These excipients have substantially different chemical formulas, chemical and physical properties, and molecular weights. Therefore, the scope of the claims with respect to the term "non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol" is exceptionally broad. Claims 2, 3, 6, and 7 are more narrow than claims 1 and 9-21 and require that the excipient be an alcohol, an alcohol with at least two hydroxyl groups, a carbohydrate, and a cyclodextrin, respectively. However, even these claims have significant breadth because they encompass compounds with a wide range of chemical structures and molecular weights. Claims 4 and 8 are limited to the species ethanol and hydroxypropyl-β-cyclodextrin, respectively.

With respect to function, the claims require that the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin after storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin and a buffer having acidic pH. Therefore, the scope of the corresponding unit dosage form and its range of levels of degradation, determine the scope of the first dosage forms. Although the wherein clause appears to narrow the claims significantly, it actually allows for considerable breadth because the corresponding unit dosage form is not significantly restricted. The only requirement for the corresponding unit dosage form is that it contain vasopressin and a buffer having acidic pH. As illustrated in Figure 9 of the specification, the corresponding unit dosage forms exhibit a broad range of degradation levels as a function of pH. For example, at pH 2.5 in 10 mM citrate buffer, the corresponding unit dosage form containing vasopressin and a buffer exhibits about 70% degradation, whereas at pH 3.5 in 10 mM citrate buffer it exhibits about 22% degradation. Therefore, first unit dosage forms

containing vasopressin and an excipient that exhibit about 63% to about 67% degradation, if the pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing vasopressin and an excipient that exhibit about 20% to about 21% degradation, if the pH 3.5 corresponding unit dose is the standard, are included in the claims. The level of degradation of the corresponding unit dosage form, and in turn the scope of the first dosage form, could also be influenced by the type of buffer (e.g. acetate, citrate etc.) and by its concentration.

Also with respect to function, the wherein clause requires that the first unit dosage form exhibit from about 5% to about 10% less degradation than the corresponding unit dosage form. Therefore, unit dosage forms that are significantly more stable, for example exhibiting 30% less degradation compared to a particular corresponding unit dosage form, are excluded from the claims. The unit dosage forms excluded by this criteria are also dependent on the composition and properties of the first dosage form. For example, first unit dosage forms containing vasopressin and an excipient that exhibit less than about 63% degradation, if the pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing vasopressin and an excipient that exhibit less than about 20% degradation, if the pH 3.5 corresponding unit dose is the standard, are excluded from the claims.

Therefore, to meet the written description requirement of 35 U.S.C. § 112(a), the specification must disclose a representative number of species that meet both the structural and functional limitations of the genus or the specification and/or the prior art must identify the structural elements that correlate to the claimed function in a manner that demonstrates to one of ordinary skill in the art that Applicant was in possession of the claimed genus at the time the application was filed.  In the instant case, the specification must establish which of the enormous

PAR-VASO-0006808

number of non-halogenated, organic pharmaceutically-acceptable excipients that are less acidic

than chlorobutanol are able to stabilize the vasopressin composition as claimed.

*Actual Reduction to Practice*

MPEP § 2163 states that the written description requirement for a claimed genus may be

satisfied through sufficient description of a representative number of species by actual reduction

to practice . A "representative number of species" means that the species which are adequately

described are representative of the entire genus. Thus, when there is substantial variation within

the genus, one must describe a sufficient variety of species to reflect the variation within the

genus.

In the instant case, six embodiments of unit dosage forms containing vasopressin and a

non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than

chlorobutanol were reduced to practice: a composition comprising vasopressin and ethanol, PEG

400, glycerol, poloxamer 188, hydroxy-β-cyclodextrin and n-methylpyrrolidone at two

concentrations, 1% and 10% (Example 3, Table 4, Figure 10). However, it is not clear whether or

not these embodiments fall within the scope of the claims. The specification does not indicate the

pH of these compositions or designate a specific corresponding unit dosage form for comparison.

Assuming that the corresponding unit dosage form is the most stable formulation from Example

2 which contains vasopressin in 10 mM citrate, and isotonic saline at pH 3.5, a comparison can

be made using the data in Figures 9 and 10, summarized in the following table:

|  | % label claim of vasopressin | | |
|---|---|---|---|
| Concentration of excipient | 0% | 1% | 10% |
| Ethanol | 81 | 81 | 78 |
| PEG 400 | 81 | 81 | 65 |
| Glycerol | 81 | 81 | 80 |
| Poloxamer 188 | 81 | 81 | 71 |

PAR-VASO-0006809

| hydroxy-β-cyclodextrin | 81 | 81 | 78 |
|---|---|---|---|
| n-methylpyrrolidone | 81 | 81 | 77 |
| Corresponding unit dosage form: 10 mM citrate buffer in saline, pH 3.5 | 72<br>5% to 10% more label claim of vasopressin than in this unit dosage form is 75% to 80% | | |

Based on this comparison, only the unit dosage forms containing 10% ethanol, 10% glycerol, 10% hydroxyl-β-cyclodextrin, and 10% n-methylpyrrolidone fall within the claimed genus. At a concentration of 1%, each of the excipients stabilize the unit dosage form to a greater extent than that allowed by the claims. At a concentration of 10%, PEG 400 and poloxamer 188 stabilize the unit dosage form to a lesser extent than that allowed by the claims. It is possible that if other corresponding unit dosage forms are utilized, these formulations would fall within the claimed genus.

Furthermore, Example 3 of the specification does not describe the concentration of vasopressin in the samples or additional elements which could affect stability such as the buffer, pH, salt etc. Therefore, even the specific embodiments in Example 3 are not fully described in the specification.

As discussed above, the scope of the claim term "a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol" is exceptionally broad; in comparison, the scope of the embodiments reduced to practice is extremely narrow. Therefore, one of ordinary skill in the art would not consider ethanol, PEG 400, glycerol, poloxamer 188, hydroxy-β-cyclodextrin, and n-methylpyrrolidone to be representative of the full scope of the claimed genus of polymeric excipients. Furthermore, it is not possible to discern from the data on these three polymers alone which additional polymers will stabilize the

vasopressin as claimed. Therefore, the instant specification has failed to meet the written description requirement by actual reduction to practice of a representative number of species alone.

*Sufficient relevant identifying characteristic*

MPEP § 2163 states that the written description requirement for a claimed genus may be satisfied through sufficient description of a representative number of species by actual reduction to practice, or by disclosure of relevant, identifying characteristics, i.e., structure or other physical and/or chemical properties, by functional characteristics coupled with a known or disclosed correlation between function and structure, or by a combination thereof.

*i. Complete structure*

As stated above, the complete structure of ethanol, PEG 400, glycerol, poloxamer 188, hydroxy-β-cyclodextrin, and n-methylpyrrolidone are disclosed. However, because the claims do not specify a corresponding unit dosage form with a well-defined extent of degradation, the complete structure of these excipients is not sufficient to describe which unit dosage forms containing these excipients fall within the claimed genus and which are excluded. Furthermore, the specification includes examples wherein these excipients are unable to improve stability. Example 5 of the specification states that unit dosage forms containing ethanol, glycerol, and n-methylpyrrolidone as cosolvents were not more stable than an aqueous formulation lacking a cosolvent. As a result, merely describing the complete structure of an excipient is insufficient to describe the genus of excipients that meet the functional requirements of the claims.

*ii. Partial structure:*

The specification discloses a partial structure of an excipient for use in the unit dosage forms of vasopressin: an alcohol having at least two hydroxy groups and a carbohydrate, recited in claims 3 and 6, respectively. However, these partial structures are not sufficient to characterize the genus, as evidenced by data included in the specification. In Example 5, propylene glycol, which comprises two hydroxy groups, was unable to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

Furthermore, because the claims do not specify a corresponding unit dosage form with a well-defined extent of degradation, the partial structure of the excipient is not sufficient to describe which unit dosage forms containing excipients comprising the partial structure fall within the claimed genus and which are excluded.

*iii. Physical and/or chemical properties:*

The data presented in the specification raise more questions about the physical properties of the genus than they answer. The data do not suggest the physical basis for the stabilizing effects of the excipients and therefore do not describe which physical and chemical properties are critical for function. The specification does not describe the hydrophobicity, charge state, molecular weight or its distribution, or chemical composition of the excipient required to stabilize the vasopressin unit dosage form as claimed. Understanding the physical basis for the stabilization effect is critical to determining which of the polymeric excipients that meet the structural requirements of the genus also meet the functional requirements of the genus.

*iv. Functional characteristics when coupled with a known or disclosed correlation between function and structure:*

The specification does not describe a general correlation between structure and function for the claimed genus. The role of the structure of the excipient in stabilizing the vasopressin unit dosage form is not described. As a result, it is impossible to predict, based on the specification, how changing the structure of the excipient will impact its ability to stabilize the vasopressin unit dosage form.

*Conclusion*

For these reasons, the specification fails to satisfy the written description requirements of 35 U.S.C. 112, first paragraph.

### *Claim Rejections - 35 USC § 112(b)*

The following is a quotation of 35 U.S.C. 112(b):
(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 1-21 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The wherein clause in claim 1 is a relative limitation which renders the claims indefinite. As discussed above, the claims require that the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-

acceptable salt thereof, and a buffer having acidic pH. Therefore, the scope of the corresponding

unit dosage form and its range of levels of degradation, determine the scope of the first dosage

forms. Although the wherein clause appears to narrow the claims significantly, it actually allows

for considerable breadth because the corresponding unit dosage form is not significantly

restricted. The only requirement for the corresponding unit dosage form is that it contain

vasopressin and a buffer having acidic pH. As illustrated in Figure 9 of the specification, the

corresponding unit dosage forms exhibit a broad range of degradation levels as a function of pH.

For example, at pH 2.5 in 10 mM citrate buffer, the corresponding unit dosage form containing

vasopressin and a buffer exhibits about 70% degradation, whereas at pH 3.5 in 10 mM citrate

buffer it exhibits about 22% degradation. Therefore, first unit dosage forms containing

vasopressin and an excipient that exhibit about 63% to about 67% degradation, if the pH 2.5

corresponding unit dose is the standard, and first unit dosage forms containing vasopressin and

an excipient that exhibit about 20% to about 21% degradation, if the pH 3.5 corresponding unit

dose is the standard, are included in the claims. The level of degradation of the corresponding

unit dosage form, and in turn the scope of the first dosage form, could also be influenced by the

type of buffer (e.g. acetate, citrate etc.) and by its concentration.

In addition, the wherein clause requires that the first unit dosage form exhibit from about

5% to about 10% less degradation than the corresponding unit dosage form. Therefore, unit

dosage forms that are significantly more stable, for example exhibiting 30% less degradation

compared to a particular corresponding unit dosage form, are excluded from the claims. The unit

dosage forms excluded by this criteria are also dependent on the composition and properties of

the first dosage form. For example, a first unit dosage form containing vasopressin and an

excipient that exhibits less than about 63% degradation, if the pH 2.5 corresponding unit dose is the standard, and a first unit dosage form containing vasopressin and an excipient that exhibits less than about 20% degradation, if the pH 3.5 corresponding unit dose is the standard are excluded from the claims.

Because the degradation level of the corresponding unit dosage form varies significantly as a function of pH, and also as a function of buffer type and concentration, it is possible for a particular unit dosage form containing a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol to exhibit about 5% to 10% less degradation relative to one corresponding unit dosage form but significantly less or more degradation relative to another corresponding unit dosage form. Therefore, it is difficult for one of ordinary skill in the art to ascertain which unit dosage forms fall within the claimed genus and which are excluded from it, which renders the claim indefinite.

The dependent claims do not remedy this issue. Even claim 21, which limits the pH of the corresponding unit dosage form to 3.5, is broad because it does not limit the buffer type or its concentration.

To overcome this rejection, Applicant is advised to consider amending claim 1 to read "wherein the corresponding unit dosage form has a pH of 3.5 and consists essentially of the vasopressin, or pharmaceutically-acceptable salt thereof, 10 mM citrate buffer and isotonic saline." Support for this amendment is found in Examples 2 and 3, especially ¶ [00120], of the specification.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains.  Patentability shall not be negated by the manner in which the
> invention was made.

Claims 1-21 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical

Partners of Canada Inc. (NPL V, PTO-892) in view of Amorij et al. (US 2011/0237508),

Bhowmick et al. (US 2003/0216302), and Shingel et al. (US 2014/0249083).

Vasopressin is commercially available in a unit dosage form for the prevention and

treatment of postoperative abdominal distention, in abdominal roentgenography to dispel

interfering gas shadows, and in diabetes insipidus (see label from Pharmaceutical Partners of

Canada Inc.).

Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of

the posterior pituitary gland. It is substantially free from the oxytocic principle and is

standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ

ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as

preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH

adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or

subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2

mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Vasopressin Injection does not contain a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.D: "'Obvious to Try'" – Choosing From a Finite Number of Identified, Predictable Solutions, With a Reasonable Expectation of Success". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

 (1) a finding that at the time of the invention, there had been a recognized problem or need in the art, which may include a design need or market pressure to solve a problem

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]). Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

 (2) a finding that there had been a finite number of identified, predictable potential solutions to the recognized need or problem.

Bhowmick et al. teaches a stable aqueous composition comprising desmopressin, which a peptide having a single modification relative to vasopressin, in a pharmaceutically acceptable

carrier, wherein the carrier comprises a buffering agent, a parahydroxybenzoate preservative, and

a cosolvent (claim 1). The cosolvent comprises alcohols, polyvinyl alcohols, propylene glycol,

polyethylene glycols and derivatives thereof, glycerol, sorbitol, polysorbates, ethanol and

mixtures thereof (claim 10) and is present in an amount ranging from about 1% w/v to about 5%

w/v (claim 12).

Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability

comprising a β-cyclodextrin, which is a polymeric excipient (¶ [0011], [0012], [0035]), present

at a concentration of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of

the formulation can be tested at elevated temperature (¶ [0160]).

 (3) a finding that one of ordinary skill in the art could have pursued the known potential

solutions with a reasonable expectation of success

Amorij et al. (Examples 1-7) and Bhowmick et al. (¶ [0022]) teach assays for monitoring

the stability of the peptide formulations. The assay of Amorij et al. comprises making the

formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the

formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Bhowmick et al., and Shingel

et al. as useful for stabilizing peptide drug formulations to unit dosage forms of vasopressin for

the purpose of creating a stabilized form of vasopressin. In doing so, one of ordinary skill in the

art would be responding to the need for a stabilized vasopressin formulation identified by Amorij

et al. There is a reasonable expectation of success given that the prior art discloses assays for

measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the

art to optimize the addition of excipients to peptide pharmaceutical compositions to improve

stability, as evidenced by Amorij et al., Bhowmick et al., and Shingel et al. The rationale to support a conclusion that the claim would have been obvious is that "a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely that product [was] not of innovation but of ordinary skill and common sense. In that instance the fact that a combination was obvious to try might show that it was obvious under § 103." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose formulation with  between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20 U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller*, 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).  The unit dosage form would be injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of Canada Inc.

The resulting composition would further comprise a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol such as alcohols, polyvinyl alcohols, propylene glycol, polyethylene glycols and derivatives thereof, glycerol, sorbitol, polysorbates, ethanol and mixtures thereof  in an amount ranging from about 1% w/v to about 5% w/v as taught by Bhowmick et al. (claims 10 and 12), or β-cyclodextrin at a concentration of about 2 to about 15% w/v as taught by Shingel et al. (¶ [0011], [0012], [0035], [0036]). The ranges of concentrations for the excipient taught in the prior art overlap with the claimed range of from about 1% to about 10%. MPEP § 2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of

obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In reWoodruff,*

919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore, it is obvious to optimize the

amount of the polymeric excipient through routine experimentation in accordance with *In*

*reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Therefore, the resulting compositions would satisfy all of the structural limitations of

instant claims 1, 9-12, 16, and 21.

With respect to the functional limitations recited in the wherein clause of claim 1 and

further defined in claims 10, 12, and 21, the fact that applicant has recognized another advantage

which would flow naturally from following the suggestion of the prior art cannot be the basis for

patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227

USPQ 58, 60 (Bd. Pat. App. & Inter. 1985).

With respect to claims 2 and 3, Bhowmick et al. teaches propylene glycol (claims 10 and

12). With respect to claims 4 and 5, Bhowmick et al. teaches ethanol and glycerol, respectively

(claims 10 and 12). With respect to claims 6-8, Shingel et al. teach aqueous liquid formulations

of peptide drugs with improved stability comprising a hydroxypropyl-$\beta$-cyclodextrin, which is a

polymeric excipient (¶ [0035], [0044]).

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to

90% homology to SEQ ID NO: 1 recited in claims 13-15 and 18-20, these peptides are

degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and

therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in

the art at the time the invention was made.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.  A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the reference application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used. Please visit http://www.uspto.gov/forms/.  The filing date of the application will determine what form should be used.  A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission.  For more information about eTerminal Disclaimers, refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1, and 9-21 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-20 of copending Application No. 14/610,594. Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of 14/610,594 anticipate, or in the alternative, render obvious the instant claims.

Specifically, claim 1 of Application No. 14/610,594 recites a unit dosage form comprising a) from about 0.01 mg/ml to about 0.07 mg/ml of SEQ ID NO: 1, which is vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form. Claims 11-13 of Application No. 14/610,594 require that the polymeric excipient comprise a polyalkylene oxide moiety, a polyethylene oxide and poloxamer, respectively, which are non-halogenated, organic pharmaceutically acceptable excipients that are less acidic than chlorobutanol.

Claims 1 and 11-13 of Application No. 14/610,594 recite all of the structural limitations of instant claims 1, 10, 12, and 21 but do not recite the claimed properties. The claims of Application No. 14/610,594 do not explicitly state that the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH (10% for claim 10, 5%

for claim 12 or relative to a composition with buffer at pH 3.5 for claim 21). Because the structural limitations are met, and the examiner cannot determine whether or not the claimed compositions of Application No. 14/610,594 inherently possesses properties which anticipate or render obvious the claimed invention but has basis for shifting the burden of proof to applicant as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980).

With respect to claims 9, and 17, claim 17 of Application No. 14/610,594 requires that the unit dosage form consist essentially of a) about 0.04 mg/ml of SEQ ID NO: 1, or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof. With respect to claims 13-15, and 18-20, claims 14-16, and 18-20, of Application No. 14/610,594 requires that the unit dosage form further comprises SEQ ID NOs: 2-4. With respect to claim 16, claim 2 of Application No. 14/610,594 requires that the unit dosage form be injectable. The volume of the unit dosage form would be optimized by routine experimentation to include an appropriate dose.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.


Claims 1-21 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-24 of copending Application No. 14/610,579. Although the

claims at issue are not identical, they are not patentably distinct from each other because the claims of 14/610,579 anticipate, or in the alternative, render obvious the instant claims.

Specifically, claim 1 of Application No. 14/610,579 recites a unit dosage form comprising a) from about 0.01 mg/ml to about 0.07 mg/ml of SEQ ID NO: 1, which is vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol in an amount that is from about 1% to about 10% by mass of the unit dosage form.

Claim 1 of Application No. 14/610,579 recites all of the structural limitations of instant claims 1, 10, 12, and 21 but does not recite the claimed properties. The claims of Application No. 14/610,579 do not explicitly state that the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH (10% for claim 10, 5% for claim 12 or relative to a composition with buffer at pH 3.5 for claim 21). Because the structural limitations are met, and the examiner cannot determine whether or not the claimed compositions of Application No. 14/610,579 inherently possesses properties which anticipate or render obvious the claimed invention but has basis for shifting the burden of proof to applicant as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980).

With respect to claims 2-8, claims 11-17 of Application No. 14/610,579 require that the excipient is an alcohol, an alcohol with at least two hydroxyl groups, ethanol, glycerol, a carbohydrate, a cyclodextrin, and hydroxypropyl-β-cyclodextrin, respectively. With respect to

PAR-VASO-0006824

claim 9, claim 21 of Application No. 14/610,579 requires that the excipient be in an amount of about 1% to about 10% by mass of the amount of vasopressin. With respect to claims 13-15, claims 18-20 of Application No. 14/610,579 require the addition of SEQ ID NOs: 2-4, respectively. With respect to claim 16, claim 2 of Application No. 14/610,579 requires that the unit dosage is injectable. It would have been obvious to optimize the volume through routine experimentation to provide an appropriate dose of the vasopressin. With respect to claim 17, claim 21 of Application No. 14/610,579 requires that the unit dosage form consist essentially of about 0.04 mg/ml of vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with 88% to 90% sequence homology to vasopressin. With respect to claims 18-20, claims 22-24 of Application No. 14/610,579 require the addition of SEQ ID NOs: 2-4, respectively.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.


Claims 1, and 9-21 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-15 of copending Application No. 14/610,499. Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of Application No. 14/610,499 anticipate the instant claims.

Specifically, claim 1 of Application No. 14/610,499 recites a unit dosage form comprising a) from about 0.01 mg/ml to about 0.07 mg/ml of SEQ ID NO: 1, which is vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage

form, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the

vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at

about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage

form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a

buffer having acidic pH. Claims 2-4 of Application No. 14/610,499 require that the polymeric

excipient comprise a polyalkylene oxide moiety, a polyethylene oxide and poloxamer,

respectively, which are non-halogenated, organic pharmaceutically acceptable excipients that are

less acidic than chlorobutanol. Therefore, claims 2-4 satisfy all of the limitations of instant claim

1.

       With respect to claim 9, claim 5 of Application No. 14/610,499 requires that the excipient

be in an amount of about 1% by mass of the amount of vasopressin. With respect to claim 10,

claim 6 of Application No. 14/610,499 requires that the unit dosage form exhibits 10% less

degradation. With respect to claim 11, claim 1 of Application No. 14/610,499 requires that the

excipient be in an amount of about 1%  to about 10% by mass of the amount of vasopressin.

With respect to claim 12, claim 1 of Application No. 14/610,499 requires that the unit dosage

form exhibit from about 5% to about 10% less degradation. With respect to claims 13-15, claims

7-9 of Application No. 14/610,499 require the addition of SEQ ID NOs: 2-4, respectively. With

respect to claim 16, claim 10 of Application No. 14/610,499 requires that the unit dosage is

injectable and has a volume of about 1 mL. With respect to claim 17, claim 11 of Application

No. 14/610,499 requires that the unit dosage form consist essentially of about 0.04 mg/ml of

vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with 88% to

90% sequence homology to vasopressin. With respect to claims 18-20, claims 12-14 of

PAR-VASO-0006826

Application No. 14/610,499 require the addition of SEQ ID NOs: 2-4, respectively. With respect

to claim 21, claim 15 of Application No. 14/610,499 requires that the buffer have a pH of about

3.5

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.

## Conclusion

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0006828

## Notice of References Cited

| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No. 14/610,488 | Applicant(s)/Patent Under Reexamination KENNEY ET AL. |
| | Examiner CHRISTINA BRADLEY | Art Unit 1675     Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2011/0237508 | 09-2011 | Amorij et al. | 514/10.9 |
| * | B | US-2003/0216302 | 11-2003 | Bhowmick et al. | 514/9 |
| * | C | US-2014/0249083 | 09-2014 | Shingel et al. | 514/11.2 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Wang "Instability, stabilization, and formulation of liquid protein pharmaceuticals," International Journal of Pharmaceutics 185 (1999) 129-188 |
| | V | Pharmaceutical Partners of Canada, Inc. "Vasopressin Injection, USP" June 2009 |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0006829



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,499 | 01/30/2015 | Matthew Kenney | 47956-702.202 | 2946 |

21971          7590          03/23/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/23/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0006830

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>30 January 2015</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.**    2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) <u>1-15</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-15</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**
    a)☐ All   b)☐ Some** c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0006831

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### *Claim Rejections - 35 USC § 112(a)*

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention,
> and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to
> enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to
> make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor
> of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and
> process of making and using it, in such full, clear, concise, and exact terms as to enable any person
> skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the
> same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 1-15 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first

paragraph, as failing to comply with the written description requirement.  The claim(s) contains

subject matter which was not described in the specification in such a way as to reasonably

convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the

inventor(s), at the time the application was filed, had possession of the claimed invention.

MPEP § 2163 states that the written description requirement for a claimed genus may be

satisfied through sufficient description of a representative number of species by actual reduction

to practice, or by disclosure of relevant, identifying characteristics, i.e., structure or other

physical and/or chemical properties, by functional characteristics coupled with a known or

PAR-VASO-0006832

disclosed correlation between function and structure, or by a combination of such identifying characteristics, sufficient to show the applicant was in possession of the claimed genus.

*Scope of the claims*

The claims are drawn to pharmaceutical compositions comprising in a unit dosage form from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, or a pharmaceutically acceptable salt thereof, and a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH.

The instant claims are defined by both structural and functional limitations.

With respect to structure, the claim term "polymeric pharmaceutically-acceptable excipient" is a genus that encompasses a broad range of species. The specification does not define the claim term "polymeric pharmaceutically-acceptable excipient" nor does it provide a comprehensive list of examples of species that fall within the genus. However, the prior art recognizes numerous polymers as being suitable for use as excipients in pharmaceutical compositions containing a peptide or protein active agent, from poloxamers, polyethylene glycols, hydroxy-β-cyclodextrin, heparin, dextran sulfate, polyphosphoric acid, poly-L-glutamic acid, poly-L-lysine, pentosan polysulfate, polyvinyl sulfate, keratan sulfate, poly-aspartic acid, polyvinylpyrrolidone, and polyvinylalcohol (see Wang, NPL U PTO-892, sections 4.2.3, 4.2.5, 4.2.6). These polymers have substantially different chemical formulas, and chemical and

PAR-VASO-0006833

physical properties, and can be used at a variety of molecular weights. Therefore, the scope of the claims with respect to the term "polymeric" is exceptionally broad. Claims 2-4 are more narrow than claims 1 and 5-15 and require that the polymeric excipient comprise a polyalkylene oxide moiety, a polyethylene oxide and a poloxamer, respectively. However, even these claims have significant breadth because they encompass polymers with a wide range of chemical structures and molecular weights.

With respect to function, the claims require that the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin after storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin and a buffer having acidic pH. Therefore, the scope of the corresponding unit dosage form and its range of levels of degradation, determine the scope of the first dosage forms. Although the wherein clause appears to narrow the claims significantly, it actually allows for considerable breadth because the corresponding unit dosage form is not significantly restricted. The only requirement for the corresponding unit dosage form is that it contain vasopressin and a buffer having acidic pH. As illustrated in Figure 9 of the specification, the corresponding unit dosage forms exhibit a broad range of degradation levels as a function of pH. For example, at pH 2.5 in 10 mM citrate buffer, the corresponding unit dosage form containing vasopressin and a buffer exhibits about 70% degradation, whereas at pH 3.5 in 10 mM citrate buffer it exhibits about 22% degradation. Therefore, first unit dosage forms containing vasopressin and a polymeric excipient that exhibit about 63% to about 67% degradation, if the pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing vasopressin and a polymeric excipient that exhibit about 20% to about 21%

degradation, if the pH 3.5 corresponding unit dose is the standard, are included in the claims. The level of degradation of the corresponding unit dosage form, and in turn the scope of the first dosage form, could also be influenced by the type of buffer (e.g. acetate, citrate etc.) and by its concentration.

Also with respect to function, the wherein clause requires that the first unit dosage form exhibit from about 5% to about 10% less degradation than the corresponding unit dosage form. Therefore, unit dosage forms that are significantly more stable, for example exhibiting 30% less degradation compared to a particular corresponding unit dosage form, are excluded from the claims. The unit dosage forms excluded by this criteria are also dependent on the composition and properties of the first dosage form. For example, first unit dosage forms containing vasopressin and a polymeric excipient that exhibit less than about 63% degradation, if the pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing vasopressin and a polymeric excipient that exhibit less than about 20% degradation, if the pH 3.5 corresponding unit dose is the standard, are excluded from the claims.

Therefore, to meet the written description requirement of 35 U.S.C. § 112(a), the specification must disclose a representative number of species that meet both the structural and functional limitations of the genus or the specification and/or the prior art must identify the structural elements that correlate to the claimed function in a manner that demonstrates to one of ordinary skill in the art that Applicant was in possession of the claimed genus at the time the application was filed.  In the instant case, the specification must establish which of the enormous number of polymeric excipients are able to stabilize the vasopressin composition as claimed.

*Actual Reduction to Practice*

MPEP § 2163 states that the written description requirement for a claimed genus may be satisfied through sufficient description of a representative number of species by actual reduction to practice . A "representative number of species" means that the species which are adequately described are representative of the entire genus. Thus, when there is substantial variation within the genus, one must describe a sufficient variety of species to reflect the variation within the genus.

In the instant case, three embodiments of unit dosage forms containing vasopressin and a polymeric excipient were reduced to practice: a composition comprising vasopressin and PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin at two concentrations, 1% and 10% (Example 3, Table 4, Figure 10). However, it is not clear whether or not these embodiments fall within the scope of the claims. The specification does not indicate the pH of these compositions or designate a specific corresponding unit dosage form for comparison. Assuming that the corresponding unit dosage form is the most stable formulation from Example 2 which contains vasopressin in 10 mM citrate, and isotonic saline at pH 3.5, a comparison can be made using the data in Figures 9 and 10, summarized in the following table:

|  | % label claim of vasopressin | | |
|---|---|---|---|
| Concentration of excipient | 0% | 1% | 10% |
| PEG 400 | 81 | 81 | 65 |
| Poloxamer 188 | 81 | 81 | 71 |
| hydroxy-β-cyclodextrin | 81 | 81 | 78 |
| Corresponding unit dosage form: 10 mM citrate buffer in saline, pH 3.5 | 72 5% to 10% more label claim of vasopressin than in this unit dosage form is 75% to 80% | | |

Based on this comparison, only the unit dosage form containing 10% hydroxyl-β-cyclodextrin falls within the claimed genus. At a concentration of 1%, each of the excipients stabilize the unit

dosage form to a greater extent than that allowed by the claims. At a concentration of 10%, PEG 400 and poloxamer 188 stabilize the unit dosage form to a lesser extent than that allowed by the claims. It is possible that if other corresponding unit dosage forms are utilized, these formulations would fall within the claimed genus. It is possible that if other corresponding unit dosage forms are utilized, these formulations would fall within the claimed genus.

Furthermore, Example 3 of the specification does not describe the concentration of vasopressin in the samples or additional elements which could affect stability such as the buffer, pH, salt etc. Therefore, even the specific embodiments in Example 3 are not fully described in the specification.

As discussed above, the scope of the claim term "polymeric" is exceptionally broad; in comparison, the scope of the embodiments reduced to practice is extremely narrow. The actual reduction to practice does not include species characterized by polymers of greater molecular weights, or having a great net charge, for example. Therefore, one of ordinary skill in the art would not consider PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin to be representative of the full scope of the claimed genus of polymeric excipients. Furthermore, it is not possible to discern from the data on these three polymers alone which additional polymers will stabilize the vasopressin as claimed.

Therefore, the instant specification has failed to meet the written description requirement by actual reduction to practice of a representative number of species alone.

*Sufficient relevant identifying characteristic*

MPEP § 2163 states that the written description requirement for a claimed genus may be satisfied through sufficient description of a representative number of species by actual reduction

PAR-VASO-0006837

to practice, or by disclosure of relevant, identifying characteristics, i.e., structure or other physical and/or chemical properties, by functional characteristics coupled with a known or disclosed correlation between function and structure, or by a combination thereof.

### i. Complete structure

As stated above, the complete structure of PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin are disclosed. However, because the claims do not specify a corresponding unit dosage form with a well-defined extent of degradation, the complete structure of the polymeric excipient is not sufficient to describe which unit dosage forms containing these excipients fall within the claimed genus and which are excluded.

### ii. Partial structure:

The specification discloses a partial structure of a polymer for use in  the unit dosage forms of vasopressin: a polyalkylene oxide moiety, a polyethylene oxide and a poloxamer, which are also recited in claims 2-4. However, these partial structures are not sufficient to characterize the genus, as evidenced by data included in the specification. In Example 5, PEG 300, which comprises a polyalkylene oxide moiety, specifically a polyethylene oxide moiety, was unable to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

Furthermore, because the claims do not specify a corresponding unit dosage form with a well-defined extent of degradation, the partial structure of the polymeric excipient is not sufficient to describe which unit dosage forms containing excipients comprising the partial structure fall within the claimed genus and which are excluded.

### iii. Physical and/or chemical properties:

The data presented in the specification raise more questions about the physical properties of the genus than they answer. The data do not suggest the physical basis for the stabilizing effects of the polymeric excipients and therefore do not describe which physical and chemical properties are critical for function. The specification does not describe the hydrophobicity, charge state, molecular weight or its distribution, or chemical composition of the polymeric excipient required to stabilize the vasopressin unit dosage form as claimed. Understanding the physical basis for the stabilization effect is critical to determining which of the polymeric excipients that meet the structural requirements of the genus also meet the functional requirements of the genus.

*iv. Functional characteristics when coupled with a known or disclosed correlation between function and structure:*

The specification does not describe a general correlation between structure and function for the claimed genus. The role of the structure of the polymeric excipient in stabilizing the vasopressin unit dosage form is not described. As a result, it is impossible to predict, based on the specification, how changing the structure of the polymeric excipient will impact its ability to stabilize the vasopressin unit dosage form.

*Conclusion*

For these reasons, the specification fails to satisfy the written description requirements of 35 U.S.C. 112, first paragraph.

### *Claim Rejections - 35 USC § 112(b)*

The following is a quotation of 35 U.S.C. 112(b):
(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 1-15 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The wherein clause in claim 1 is a relative limitation which renders the claims indefinite. As discussed above, the claims require that the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH. Therefore, the scope of the corresponding unit dosage form and its range of levels of degradation, determine the scope of the first dosage forms. Although the wherein clause appears to narrow the claims significantly, it actually allows for considerable breadth because the corresponding unit dosage form is not significantly restricted. The only requirement for the corresponding unit dosage form is that it contain vasopressin and a buffer having acidic pH. As illustrated in Figure 9 of the specification, the corresponding unit dosage forms exhibit a broad range of degradation levels as a function of pH. For example, at pH 2.5 in 10 mM citrate buffer, the corresponding unit dosage form containing vasopressin and a buffer exhibits about 70% degradation, whereas at pH 3.5 in 10 mM citrate buffer it exhibits about 22% degradation. Therefore, first unit dosage forms containing vasopressin and a polymeric excipient that exhibit about 63% to about 67% degradation, if the

pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing

vasopressin and a polymeric excipient that exhibit about 20% to about 21% degradation, if the

pH 3.5 corresponding unit dose is the standard, are included in the claims. The level of

degradation of the corresponding unit dosage form, and in turn the scope of the first dosage form,

could also be influenced by the type of buffer (e.g. acetate, citrate etc.) and by its concentration.

      In addition, the wherein clause requires that the first unit dosage form exhibit from about

5% to about 10% less degradation than the corresponding unit dosage form. Therefore, unit

dosage forms that are significantly more stable, for example exhibiting 30% less degradation

compared to a particular corresponding unit dosage form, are excluded from the claims. The unit

dosage forms excluded by this criteria are also dependent on the composition and properties of

the first dosage form. For example, a first unit dosage form containing vasopressin and a

polymeric excipient that exhibits less than about 63% degradation, if the pH 2.5 corresponding

unit dose is the standard, and a first unit dosage form containing vasopressin and a polymeric

excipient that exhibits less than about 20% degradation, if the pH 3.5 corresponding unit dose is

the standard are excluded from the claims.

      Because the degradation level of the corresponding unit dosage form varies significantly

as a function of pH, and also as a function of buffer type and concentration, it is possible for a

particular unit dosage form containing a polymeric excipient to exhibit about 5% to 10% less

degradation relative to one corresponding unit dosage form but significantly less or more

degradation relative to another corresponding unit dosage form. Therefore, it is difficult for one

of ordinary skill in the art to ascertain which unit dosage forms fall within the claimed genus and

which are excluded from it, which renders the claim indefinite.

The dependent claims do not remedy this issue. Even claim 15, which limits the pH of the

corresponding unit dosage form to 3.5, is broad because it does not limit the buffer type or its

concentration.

To overcome this rejection, Applicant is advised to consider amending claim 1 to read

"wherein the corresponding unit dosage form has a pH of 3.5 and consists essentially of the

vasopressin, or pharmaceutically-acceptable salt thereof, 10 mM citrate buffer and isotonic

saline." Support for this amendment is found in Examples 2 and 3, especially ¶ [00120], of the

specification.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains. Patentability shall not be negated by the manner in which the
> invention was made.

Claims 1-15 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical

Partners of Canada Inc. (NPL V, PTO-892) in view of Amorij et al. (US 2011/0237508),

Bhowmick et al. (US 2003/0216302), Shingel et al. (US 2014/0249083), and Ludvigsen et al.

(US 2008/0125361).

Vasopressin is commercially available in a unit dosage form for the prevention and

treatment of postoperative abdominal distention, in abdominal roentgenography to dispel

interfering gas shadows, and in diabetes insipidus (see label from Pharmaceutical Partners of

Canada Inc.).

PAR-VASO-0006842

Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Vasopressin Injection does not contain a polymeric excipient at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.D: "'Obvious to Try'" – Choosing From a Finite Number of Identified, Predictable Solutions, With a Reasonable Expectation of Success". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that at the time of the invention, there had been a recognized problem or need in the art, which may include a design need or market pressure to solve a problem

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]).

PAR-VASO-0006843

Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin

in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et

al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use

injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

(2) a finding that there had been a finite number of identified, predictable potential

solutions to the recognized need or problem.

Bhowmick et al. teaches a stable aqueous composition comprising desmopressin, which a

peptide having a single modification relative to vasopressin, in a pharmaceutically acceptable

carrier, wherein the carrier comprises a buffering agent, a parahydroxybenzoate preservative, and

a cosolvent (claim 1). The cosolvent comprises alcohols, polyvinyl alcohols, propylene glycol,

polyethylene glycols and derivatives thereof, glycerol, sorbitol, polysorbates, ethanol and

mixtures thereof (claim 10) and is present in an amount ranging from about 1% w/v to about 5%

w/v (claim 12).

Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability

comprising a β-cyclodextrin, which is a polymeric excipient (¶ [0011], [0012], [0035]), present

at a concentration of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of

the formulation can be tested at elevated temperature (¶ [0160]).

Ludvigsen et al. teach shelf-stable pharmaceutical compositions of peptide drugs

comprising poloxamer or polysorbate 20 surfactant (¶ [0061]).

(3) a finding that one of ordinary skill in the art could have pursued the known potential

solutions with a reasonable expectation of success

Amorij et al. (Examples 1-7) and Bhowmick et al. (¶ [0022]) teach assays for monitoring the stability of the peptide formulations. The assay of Amorij et al. comprises making the formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Bhowmick et al., Shingel et al. and Ludvigsen et al. as useful for stabilizing peptide drug formulations to unit dosage forms of vasopressin for the purpose of creating a stabilized form of vasopressin. In doing so, one of ordinary skill in the art would be responding to the need for a stabilized vasopressin formulation identified by Amorij et al. There is a reasonable expectation of success given that the prior art discloses assays for measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the art to optimize the addition of excipients to peptide pharmaceutical compositions to improve stability, as evidenced by Amorij et al., Bhowmick et al., Shingel et al. and Ludvigsen et al. The rationale to support a conclusion that the claim would have been obvious is that "a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely that product [was] not of innovation but of ordinary skill and common sense. In that instance the fact that a combination was obvious to try might show that it was obvious under § 103." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose formulation with between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20 U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

PAR-VASO-0006845

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

The resulting composition would further comprise a polymeric excipient such as

polyethylene glycol or polysorbate in an amount ranging from about 1% w/v to about 5% w/v as

taught by Bhowmick et al. (claims 10 and 12), β-cyclodextrin at a concentration of about 2 to

about 15% w/v as taught by Shingel et al. (¶ [0011], [0012], [0035], [0036]), or poloxamer or

polysorbate 20 at a concentration of from about 10 mg/L to about 400 mg/L, as taught by

Ludvigsen et al. (¶ [0061]). The ranges of concentrations for the polymeric excipient taught in

the prior art overlap with the claimed range of from about 1% to about 10%. MPEP § 2144.05

states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the

prior art' a *prima facie* case of obviousness exists. *In re Wertheim*, 541 F.2d 257, 191 USPQ 90

(CCPA 1976); *In re Woodruff*, 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore,

it is obvious to optimize the amount of the polymeric excipient through routine experimentation

in accordance with *In re Aller*, 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Therefore, the resulting compositions would satisfy all of the structural limitations of

instant claims 1, 5, 6, 10, and 15.

With respect to the functional limitations recited in the wherein clause of claim 1 and

further defined in claims 6 and 15, the fact that applicant has recognized another advantage

which would flow naturally from following the suggestion of the prior art cannot be the basis for

patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227

USPQ 58, 60 (Bd. Pat. App. & Inter. 1985).

PAR-VASO-0006846

With respect to claims 2 and 3, Bhowmick et al. teaches polyethylene glycol (claims 10 and 12). With respect to claim 4, Ludvigsen et al. teaches poloxamer (¶ [0061]). With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in claims 8-10 and 11-14, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used.

Please visit http://www.uspto.gov/forms/.  The filing date of the application will determine what

form should be used.  A web-based eTerminal Disclaimer may be filled out completely online

using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission.  For more information about eTerminal Disclaimers,

refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1-15 are provisionally rejected on the ground of nonstatutory double patenting as

being unpatentable over claims 1-20 of copending Application No. 14/610,594. Although the

claims at issue are not identical, they are not patentably distinct from each other because the

claims of 14/610,594 anticipate, or in the alternative, render obvious the instant claims.

Specifically, claim 1 of Application No. 14/610,594 recites a unit dosage form

comprising a) from about 0.01 mg/ml to about 0.07 mg/ml of SEQ ID NO: 1, which is

vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-

acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage

form. Claims 11-13 of Application No. 14/610,594 require that the polymeric excipient comprise

a polyalkylene oxide moiety, a polyethylene oxide and poloxamer, respectively.

Claims 1 and 11-13 of Application No. 14/610,594 recite all of the structural limitations

of instant claims1-4, 6, and 15 but do not recite the claimed properties. The claims of

PAR-VASO-0006848

Application No. 14/610,594 do not explicitly state that the unit dosage form exhibits from about

5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt

thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage

form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a

pharmaceutically-acceptable salt thereof, and a buffer having acidic pH (10% for claim 6 or

relative to a composition with buffer at pH 3.5 for claim 15).  Because the structural limitations

are met, and the examiner cannot determine whether or not the claimed compositions of

Application No. 14/610,594 inherently possesses properties which anticipate or render obvious

the claimed invention but has basis for shifting the burden of proof to applicant as in *In re*

*Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980).

   With respect to claims 5, and 11, claim 17 of Application No. 14/610,594 requires that

the unit dosage form consist essentially of a) about 0.04 mg/ml of SEQ ID NO: 1,  or the

pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient

in an amount that is from about 1% to about 10% by mass of the unit dosage form or the

pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the

peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-

acceptable salt thereof. With respect to claims 7-9, and 12-14, claims 14-16, and 18-20, of

Application No. 14/610,594 requires that the unit dosage form further comprises SEQ ID NOs:

2-4. With respect to claim 10, claim 2 of Application No. 14/610,594 requires that the unit

dosage form be injectable. The volume of the unit dosage form would be optimized by routine

experimentation to include an appropriate dose.

PAR-VASO-0006849

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claims 1, and 5-15 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-21 of copending Application No. 14/610,488. Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of Application No. 14/610,488 anticipate the instant claims.

Specifically, claims 6 and 7 of Application No. 14/610,488 are drawn to a unit dosage form comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and an excipient in an amount from about 1% to about 10% by mass of the unit dosage form, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the compound after storage for about 1 week at about 60 °C than does a corresponding unit dosage form consisting essentially of vasopressin and a buffer having acidic pH. Claims 6 and 7 require that the excipient is carbohydrate and cyclodextrin, respectively, each of which are polymeric. Therefore, claims 6 and 7 of Application No. 14/610,488 satisfy all of the limitations of instant claim 1.

With respect to claim 5, claim 9 of Application No. 14/610,488 requires that the excipient be in an amount of about 1% by mass of the amount of vasopressin. With respect to claim 6, claim 10 of Application No. 14/610,488 requires that the unit dosage form exhibit 10% less degradation of vasopressin than the corresponding unit dosage form. With respect to claims 7-9, claims 13-15 of Application No. 14/610,488 require the addition of SEQ ID NOs: 2-4, respectively. With respect to claim 10, claim 16 of Application No. 14/610,488 requires that the unit dosage form is an injectable of about 1 mL volume. With respect to claim 11, claim 17 of

PAR-VASO-0006850

Application No. 14/610,488 requires that the unit dosage form consist essentially of about 0.04

mg/ml of vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with

88% to 90% sequence homology to vasopressin. With respect to claims 12-14, claims 18-20 of

Application No. 14/610,488 require the addition of SEQ ID NOs: 2-4, respectively. With respect

to claim 15, claim 21 of claims 13-15 of Application No. 14/610,488 requires that corresponding

composition include a buffer with a pH of about 3.5.

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


Claims 1, and 5-15 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-24 of copending Application No. 14/610,579.

Although the claims at issue are not identical, they are not patentably distinct from each other

because the claims of 14/610,579 anticipate, or in the alternative, render obvious the instant

claims.

Specifically, claims 15 and 16 of Application No. 14/610,579 are drawn to a unit dosage

form comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and an excipient in

an amount from about 1% to about 10% by mass of the unit dosage form. Claims 15 and 16

require that the excipient is carbohydrate and cyclodextrin, respectively, each of which are

polymeric.

Claims 15 and 16 of Application No. 14/610,579 recite all of the structural limitations of

instant claims 1, 6, and 15 but do not recite the claimed properties. The claims of Application

No. 14/610,579 do not explicitly state that the unit dosage form exhibits from about 5% to about

PAR-VASO-0006851

10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH (10% for claim 6 or relative to a composition with buffer at pH 3.5 for claim 15). Because the structural limitations are met, and the examiner cannot determine whether or not the claimed compositions of Application No. 14/610,579 inherently possesses properties which anticipate or render obvious the claimed invention but has basis for shifting the burden of proof to applicant as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980).

With respect to claim 5, claim 21 of Application No. 14/610,579 requires that the excipient be in an amount of about 1% to about 10% by mass of the amount of vasopressin. With respect to claims 7-9, claims 18-20 of Application No. 14/610,579 require the addition of SEQ ID NOs: 2-4, respectively. With respect to claim 10, claim 2 of Application No. 14/610,579 requires that the unit dosage is injectable. It would have been obvious to optimize the volume through routine experimentation to provide an appropriate dose of the vasopressin. With respect to claim 11, claim 21 of Application No. 14/610,579 requires that the unit dosage form consist essentially of about 0.04 mg/ml of vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with 88% to 90% sequence homology to vasopressin. With respect to claims 12-14, claims 22-24 of Application No. 14/610,579 require the addition of SEQ ID NOs: 2-4, respectively.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

*Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0006853

## Notice of References Cited

| | | |
|---|---|---|
| | Application/Control No. 14/610,499 | Applicant(s)/Patent Under Reexamination KENNEY ET AL. |
| | Examiner CHRISTINA BRADLEY | Art Unit 1675 — Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2011/0237508 | 09-2011 | Amorij et al. | 514/10.9 |
| * | B | US-2003/0216302 | 11-2003 | Bhowmick et al. | 514/9 |
| * | C | US-2014/0249083 | 09-2014 | Shingel et al. | 514/11.2 |
| * | D | US-2008/0125361 | 05-2008 | Ludvigsen et al. | 514/12 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | Wang "Instability, stabilization, and formulation of liquid protein pharmaceuticals," International Journal of Pharmaceutics 185 (1999) 129-188 |
| | V | Pharmaceutical Partners of Canada, Inc. "Vasopressin Injection, USP" June 2009 |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0006854



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,594 | 01/30/2015 | Matthew Kenney | 47956-702.204 | 2821 |

21971          7590          03/24/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/24/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0006855

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>January 30, 2015</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-20</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-20</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a)☐ All  b)☐ Some**  c)☐ None of the:
        1.☐ Certified copies of the priority documents have been received.
        2.☐ Certified copies of the priority documents have been received in Application No. _____.
        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0006856

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 1-20 are rejected under 35 U.S.C. 103 as being unpatentable over Treschan (NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892), Amorij et al. (US 2011/0237508), Bhowmick et al. (US 2003/0216302), Shingel et al. (US 2014/0249083), and Ludvigsen et al. (US 2008/0125361).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation, cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601, col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

PAR-VASO-0006858

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Neither Treschan or Pharmaceutical Partners of Canada teach that Vasopressin Injection contains a polymeric excipient at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.D: "'Obvious to Try' – Choosing From a Finite Number of Identified, Predictable Solutions, With a Reasonable Expectation of Success". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that at the time of the invention, there had been a recognized problem or need in the art, which may include a design need or market pressure to solve a problem

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]). Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

(2) a finding that there had been a finite number of identified, predictable potential solutions to the recognized need or problem.

Bhowmick et al. teaches a stable aqueous composition comprising desmopressin, which a peptide having a single modification relative to vasopressin, in a pharmaceutically acceptable carrier, wherein the carrier comprises a buffering agent, a parahydroxybenzoate preservative, and

PAR-VASO-0006859

a cosolvent (claim 1). The cosolvent comprises alcohols, polyvinyl alcohols, propylene glycol,

polyethylene glycols and derivatives thereof, glycerol, sorbitol, polysorbates, ethanol and

mixtures thereof (claim 10) and is present in an amount ranging from about 1% w/v to about 5%

w/v (claim 12).

Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability

comprising a β-cyclodextrin, which is a polymeric excipient (¶ [0011], [0012], [0035]), present

at a concentration of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of

the formulation can be tested at elevated temperature (¶ [0160]).

Ludvigsen et al. teach shelf-stable pharmaceutical compositions of peptide drugs

comprising poloxamer or polysorbate 20 surfactant (¶ [0061]).

(3) a finding that one of ordinary skill in the art could have pursued the known potential

solutions with a reasonable expectation of success

Amorij et al. (Examples 1-7) and Bhowmick et al. (¶ [0022]) teach assays for monitoring

the stability of the peptide formulations. The assay of Amorij et al. comprises making the

formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the

formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Bhowmick et al., Shingel et

al. and Ludvigsen et al. as useful for stabilizing peptide drug formulations to unit dosage forms

of vasopressin for the purpose of creating a stabilized form of vasopressin. In doing so, one of

ordinary skill in the art would be responding to the need for a stabilized vasopressin formulation

identified by Amorij et al. There is a reasonable expectation of success given that the prior art

discloses assays for measuring the stability of vasopressin formulations, and that it is within the

ordinary skill of the art to optimize the addition of excipients to peptide pharmaceutical

compositions to improve stability, as evidenced by Amorij et al., Bhowmick et al., Shingel et al.

and Ludvigsen et al. The rationale to support a conclusion that the claim would have been

obvious is that "a person of ordinary skill has good reason to pursue the known options within

his or her technical grasp. If this leads to the anticipated success, it is likely that product [was]

not of innovation but of ordinary skill and common sense. In that instance the fact that a

combination was obvious to try might show that it was obvious under § 103." *KSR*, 550 U.S. at

421, 82 USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose

formulation with  between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20

U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the

amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).  The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

The resulting composition would further comprise a polymeric excipient such as

polyethylene glycol or polysorbate in an amount ranging from about 1% w/v to about 5% w/v as

taught by Bhowmick et al. (claims 10 and 12),  β-cyclodextrin at a concentration of about 2 to

about 15% w/v as taught by Shingel et al. (¶ [0011], [0012], [0035], [0036]), or poloxamer or

polysorbate 20  at a concentration of from about 10 mg/L to about 400 mg/L, as taught by

Ludvigsen et al. (¶ [0061]). The ranges of concentrations for the polymeric excipient taught in

the prior art overlap with the claimed range of from about 1% to about 10%. MPEP § 2144.05

states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the

prior art' a *prima facie* case of obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90

(CCPA 1976); *In reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore,

it is obvious to optimize the amount of the polymeric excipient through routine experimentation

in accordance with *In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

It would have been obvious to administer the resulting formulation to increase blood

pressure in a human in need thereof according to Treschan. Specifically, the composition would

be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04

U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4). The

patient's arterial blood pressure would increase within minutes as a result of administration (p.

601, col 1-2; p. 606, col 2; p. 607, col 2).

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, 4,

7, 8, and 17.

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.).

Treschan teaches intravenous administration (p. 601, col 1). With respect to claims 5 and 6,

Treschan teaches that vasopressin infusion (0.1 U/min) in patients with postcardiotomy

hypotension enabled discontinuation of catecholamine administration in some patients. (p. 608,

col 1). With respect to claim 9, Treschan teaches that mean arterial pressure increased and was

maintained for a period of about 8 hours with continuous administration (Figure 6). With respect

to claim 10, Treschan teaches that dosages should be limited to prevent adverse outcomes (p.

607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation.

With respect to claims 11 and 12, Bhowmick et al. teaches polyethylene glycol (claims 10 and 12). With respect to claim 13, Ludvigsen et al. teaches poloxamer (¶ [0061]). With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in claims 14-16 and 18-20, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used.

Please visit http://www.uspto.gov/forms/.  The filing date of the application will determine what

form should be used.  A web-based eTerminal Disclaimer may be filled out completely online

using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission.  For more information about eTerminal Disclaimers,

refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.


Claims 1-10, and 14-20 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-24 of copending Application No. 14/610,579.

Although the claims at issue are not identical, they are not patentably distinct from each other

because the claims of 14/610,579 anticipate, or in the alternative, render obvious the instant

claims.

Specifically, claims 15 and 16 of Application No. 14/610,579 are drawn to a method of

increasing blood pressure in a human in need thereof, the method comprising administering to

the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01

mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof;

and b) an excipient in an amount that is from about 1% to about 10% by mass of the unit dosage

form, wherein: the administration provides to the human from about 0.01 units of SEQ ID NO. 1

PAR-VASO-0006864

or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute; the human is hypotensive; and the human's mean arterial blood pressure is increased within 15 minutes of administration. Claims 15 and 16 require that the excipient is carbohydrate and cyclodextrin, respectively, each of which are polymeric. Therefore, claims 15 and 16 of Application No. 14/610,579 recite all of the limitations of instant claim 1.

Claims 2-10 and 18-24 of Application No. 14/610,579 recite all of the limitations of instant claims 2-10 and 14-20, respectively.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claims 1-10, and 14-20 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-21 of copending Application No. 14/610,488, in view of Treschan (NPL U, PTO-892) and Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892). Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of Application No. 14/610,488 render the instant claims obvious.

Claims 6 and 7 of Application No. 14/610,488 are drawn to a unit dosage form comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and an excipient in an amount from about 1% to about 10% by mass of the unit dosage form. Claims 6 and 7 require that the excipient is carbohydrate and cyclodextrin, respectively, each of which are polymeric.

PAR-VASO-0006865

Claims 6 and 7 of Application No. 14/610,488 satisfy all of the limitations of instant claim 1 with respect to the unit dosage form of vasopressin but do not recite a method of administering. However, this deficiency is remedied by the prior art.

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation, cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application: for CPR, 40 U bolus; for refractory hypotension in septic shock, 0.01-0.04 U/min; for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min; for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min; for anaphylactic shock, bolus range from 2 to 40 U; and for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601, col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

PAR-VASO-0006866

It would have been obvious to administer the unit dosage form recited in claims 6 and 7 of Application No. 14/610,488 to increase blood pressure in a human in need thereof according to Treschan. Specifically, the composition would be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04 U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4). The patient's arterial blood pressure would increase within minutes as a result of administration (p. 601, col 1-2; p. 606, col 2; p. 607, col 2).

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, 4, 7, 8, and 17.

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Treschan teaches intravenous administration (p. 601, col 1). With respect to claims 5 and 6, Treschan teaches that vasopressin infusion (0.1 U/min) in patients with postcardiotomy hypotension enabled discontinuation of catecholamine administration in some patients. (p. 608, col 1). With respect to claim 9, Treschan teaches that mean arterial pressure increased and was maintained for a period of about 8 hours with continuous administration (Figure 6). With respect to claim 10, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation.

With respect to claims 14-16, claims 13-15 of Application No. 14/610,488 require the addition of SEQ ID NOs: 2-4, respectively. With respect to claim 17, claim 17 of Application No. 14/610,488 requires that the unit dosage form consist essentially of about 0.04 mg/ml of vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with 88% to

90% sequence homology to vasopressin. With respect to claims 18-20, claims 18-20 of

Application No. 14/610,488 require the addition of SEQ ID NOs: 2-4, respectively.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in

the art at the time the invention was made. This is a provisional nonstatutory double patenting

rejection because the patentably indistinct claims have not in fact been patented.


Claims 1-20 are provisionally rejected on the ground of nonstatutory double patenting as

being unpatentable over claims 1-15 of copending Application No. 14/610,499, in view of

Treschan (NPL U, PTO-892) and Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892).

Although the claims at issue are not identical, they are not patentably distinct from each other

because the claims of Application No. 14/610,488 render the instant claims obvious.

Claim1 of Application No. 14/610,499 is drawn to a unit dosage form comprising from

about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and a polymeric excipient in an amount

from about 1% to about 10% by mass of the unit dosage form.

Claim 1 of Application No. 14/610,499 satisfies all of the limitations of instant claim 1

with respect to the unit dosage form of vasopressin but do not recite a method of administering.

However, this deficiency is remedied by the prior art.

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation,

cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and

intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR),

septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and

PAR-VASO-0006868

hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent

arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application: for

CPR, 40 U bolus; for refractory hypotension in septic shock, 0.01-0.04 U/min; for anesthesia for

resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min; for vasodilatory shock

after cardiopulmonary bypass, 0.1 U/min; for anaphylactic shock, bolus range from 2 to 40 U;

and for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of

exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the

extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is

necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601,

col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased

peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606,

col 2).

It would have been obvious to administer the unit dosage form recited in claim 1 of

Application No. 14/610,499 to increase blood pressure in a human in need thereof according to

Treschan. Specifically, the composition would be administered to a hypotensive patient suffering

from septic shock at a dose of 0.01-0.04 U/min, or vasodilatory shock after cardiopulmonary

bypass at a dose of 0.1 U/min (Table 4). The patient's arterial blood pressure would increase

within minutes as a result of administration (p. 601, col 1-2; p. 606, col 2; p. 607, col 2).

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, 4,

7, 8, and 17.

PAR-VASO-0006869

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that
Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.).
Treschan teaches intravenous administration (p. 601, col 1). With respect to claims 5 and 6,
Treschan teaches that vasopressin infusion (0.1 U/min) in patients with postcardiotomy
hypotension enabled discontinuation of catecholamine administration in some patients. (p. 608,
col 1). With respect to claim 9, Treschan teaches that mean arterial pressure increased and was
maintained for a period of about 8 hours with continuous administration (Figure 6). With respect
to claim 10, Treschan teaches that dosages should be limited to prevent adverse outcomes (p.
607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation.

With respect to claim 11, claim 2 of Application No. 14/610,499 states that the excipient
comprises a polyalkylene oxide moiety.  With respect to claim 12, claim 3 of Application No.
14/610,499 states that the excipient comprises a polyethylene oxide moiety.  With respect to
claim 13, claim 4 of Application No. 14/610,499 states that the excipient is a poloxamer.  With
respect to claims 14-16, claims 7-9 of Application No. 14/610,499 require the addition of SEQ
ID NOs: 2-4, respectively. With respect to claim 17, claim 11 of Application No. 14/610,499
requires that the unit dosage form consist essentially of about 0.04 mg/ml of vasopressin, about
1% to about 10% of the excipient, and a plurality of peptides with 88% to 90% sequence
homology to vasopressin. With respect to claims 18-20, claims 12-14 of Application No.
14/610,499 require the addition of SEQ ID NOs: 2-4, respectively.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in
the art at the time the invention was made. This is a provisional nonstatutory double patenting
rejection because the patentably indistinct claims have not in fact been patented.

PAR-VASO-0006870

## *Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0006871

# *Notice of References Cited*

| Application/Control No. 14/610,594 | Applicant(s)/Patent Under Reexamination KENNEY ET AL. | |
|---|---|---|
| Examiner CHRISTINA BRADLEY | Art Unit 1675 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2011/0237508 | 09-2011 | Amorij et al. | 514/10.9 |
| * | B | US-2003/0216302 | 11-2003 | Bhowmick et al. | 514/9 |
| * | C | US-2014/0249083 | 09-2014 | Shingel et al. | 514/11.2 |
| * | D | US-2008/0125361 | 05-2008 | Ludvigsen et al. | 514/12 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Treschan et al. "The Vasopressin System" Anesthesiology 2006; 105: 599-612 |
| | V | Pharmaceutical Partners of Canada, Inc. "Vasopressin Injection, USP" June 2009 |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0006872



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,579 | 01/30/2015 | Matthew Kenney | 47956-702.203 | 5606 |

21971          7590          03/25/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/25/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0006873

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>January 30, 2015</u>.
　　☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**.　　2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-24</u> is/are pending in the application.
　　5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-24</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
　　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
　　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

　　**Certified copies:**
　　a)☐ All　b)☐ Some** c)☐ None of the:
　　　1.☐ Certified copies of the priority documents have been received.
　　　2.☐ Certified copies of the priority documents have been received in Application No. _____.
　　　3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

# DETAILED ACTION

## Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 1-24 are rejected under 35 U.S.C. 103 as being unpatentable over Treschan (NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892), Amorij et al. (US 2011/0237508), Bhowmick et al. (US 2003/0216302), and Shingel et al. (US 2014/0249083).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation, cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

PAR-VASO-0006875

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1
U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601, col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Neither Treschan or Pharmaceutical Partners of Canada teach that Vasopressin Injection contains a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobuatnol at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.D: "'Obvious to Try' – Choosing From a Finite Number of Identified, Predictable Solutions, With a Reasonable Expectation of Success". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that at the time of the invention, there had been a recognized problem or need in the art, which may include a design need or market pressure to solve a problem

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]). Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

(2) a finding that there had been a finite number of identified, predictable potential solutions to the recognized need or problem.

Bhowmick et al. teaches a stable aqueous composition comprising desmopressin, which a peptide having a single modification relative to vasopressin, in a pharmaceutically acceptable

PAR-VASO-0006877

carrier, wherein the carrier comprises a buffering agent, a parahydroxybenzoate preservative, and

a cosolvent (claim 1). The cosolvent comprises alcohols, polyvinyl alcohols, propylene glycol,

polyethylene glycols and derivatives thereof, glycerol, sorbitol, polysorbates, ethanol and

mixtures thereof (claim 10) and is present in an amount ranging from about 1% w/v to about 5%

w/v (claim 12).

   Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability

comprising a β-cyclodextrin, which is a polymeric excipient (¶ [0011], [0012], [0035]), present

at a concentration of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of

the formulation can be tested at elevated temperature (¶ [0160]).

   (3) a finding that one of ordinary skill in the art could have pursued the known potential

solutions with a reasonable expectation of success

   Amorij et al. (Examples 1-7) and Bhowmick et al. (¶ [0022]) teach assays for monitoring

the stability of the peptide formulations. The assay of Amorij et al. comprises making the

formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the

formulation by RP-HPLC and HP-SEC for degradation.

   It would have been obvious to add the excipients taught by Bhowmick et al., and Shingel

et al. as useful for stabilizing peptide drug formulations to unit dosage forms of vasopressin for

the purpose of creating a stabilized form of vasopressin. In doing so, one of ordinary skill in the

art would be responding to the need for a stabilized vasopressin formulation identified by Amorij

et al. There is a reasonable expectation of success given that the prior art discloses assays for

measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the

art to optimize the addition of excipients to peptide pharmaceutical compositions to improve

stability, as evidenced by Amorij et al., Bhowmick et al., and Shingel et al. The rationale to support a conclusion that the claim would have been obvious is that "a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely that product [was] not of innovation but of ordinary skill and common sense. In that instance the fact that a combination was obvious to try might show that it was obvious under § 103." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose formulation with between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20 U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). The unit dosage form would be injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of Canada Inc.

The resulting composition would further comprise a non-halogenated, organic pharmaceutically-acceptable excipient that is less acidic than chlorobutanol such as alcohols, polyvinyl alcohols, propylene glycol, polyethylene glycols and derivatives thereof, glycerol, sorbitol, polysorbates, ethanol and mixtures thereof in an amount ranging from about 1% w/v to about 5% w/v as taught by Bhowmick et al. (claims 10 and 12), or β-cyclodextrin at a concentration of about 2 to about 15% w/v as taught by Shingel et al. (¶ [0011], [0012], [0035], [0036]). The ranges of concentrations for the excipient taught in the prior art overlap with the claimed range of from about 1% to about 10%. MPEP § 2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of

PAR-VASO-0006879

obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore, it is obvious to optimize the amount of the polymeric excipient through routine experimentation in accordance with *In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

It would have been obvious to administer the resulting formulation to increase blood pressure in a human in need thereof according to Treschan. Specifically, the composition would be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04 U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4). The patient's arterial blood pressure would increase within minutes as a result of administration (p. 601, col 1-2; p. 606, col 2; p. 607, col 2).

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, 4, 7, 8, and 21.

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Treschan teaches intravenous administration (p. 601, col 1). With respect to claims 5 and 6, Treschan teaches that vasopressin infusion (0.1 U/min) in patients with postcardiotomy hypotension enabled discontinuation of catecholamine administration in some patients. (p. 608, col 1). With respect to claim 9, Treschan teaches that mean arterial pressure increased and was maintained for a period of about 8 hours with continuous administration (Figure 6). With respect to claim 10, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation. With respect to claims 11 and 12, Bhowmick et al. teaches propylene glycol (claims 10 and 12).

With respect to claims 13 and 14, Bhowmick et al. teaches ethanol and glycerol, respectively (claims 10 and 12). With respect to claims 15-17, Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability comprising a hydroxypropyl-β-cyclodextrin, which is a polymeric excipient (¶ [0035], [0044]). With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in claims 18-20 and 22-24, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the reference application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used. Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what form should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.


Claims 1-10, and 18-24 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-20 of copending Application No. 14/610,594. Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of 14/610,594 anticipate, or in the alternative, render obvious the instant claims.

Specifically, claims 12 and 13 of Application No. 14/610,594 are drawn to a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof;

and b) an excipient in an amount that is from about 1% to about 10% by mass of the unit dosage

form, wherein: the administration provides to the human from about 0.01 units of SEQ ID NO. 1

or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or

the pharmaceutically-acceptable salt thereof per minute; the human is hypotensive; and the

human's mean arterial blood pressure is increased within 15 minutes of administration. Claims

12 and 13 require that the excipient is a polyethylene oxide and poloxamer, respectively, which

are non-halogenated, organic pharmaceutically acceptable excipients that are less acidic than

chlorobutanol. Therefore, claims 12 and 13 of Application No. 14/610,594 recite all of the

limitations of instant claim 1.

   Claims 2-10 and 14-20 of Application No. 14/610,594 recite all of the limitations of

instant claims 2-10 and 18-24, respectively.

   This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


   Claims 1-24 are provisionally rejected on the ground of nonstatutory double patenting as

being unpatentable over claims 1-21 of copending <u>Application No. 14/610,488</u>, in view of

Treschan (NPL U, PTO-892) and Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892).

Although the claims at issue are not identical, they are not patentably distinct from each other

because the claims of Application No. 14/610,488 render the instant claims obvious.

   Claim 1of Application No. 14/610,488 is drawn to a unit dosage form comprising from

about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and a non-halogenated, organic

pharmaceutically-acceptable excipient that is less acidic than chlorobutanol in an amount from about 1% to about 10% by mass of the unit dosage form.

Claim 1 of Application No. 14/610,488 satisfies all of the limitations of instant claim 1 with respect to the unit dosage form of vasopressin but do not recite a method of administering. However, this deficiency is remedied by the prior art.

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation, cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application: for CPR, 40 U bolus; for refractory hypotension in septic shock, 0.01-0.04 U/min; for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min; for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min; for anaphylactic shock, bolus range from 2 to 40 U; and for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601, col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased

peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

It would have been obvious to administer the unit dosage form recited in claim 1 of Application No. 14/610,488 to increase blood pressure in a human in need thereof according to Treschan. Specifically, the composition would be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04 U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4). The patient's arterial blood pressure would increase within minutes as a result of administration (p. 601, col 1-2; p. 606, col 2; p. 607, col 2).

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, 4, 7, and 8.

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Treschan teaches intravenous administration (p. 601, col 1). With respect to claims 5 and 6, Treschan teaches that vasopressin infusion (0.1 U/min) in patients with postcardiotomy hypotension enabled discontinuation of catecholamine administration in some patients. (p. 608, col 1). With respect to claim 9, Treschan teaches that mean arterial pressure increased and was maintained for a period of about 8 hours with continuous administration (Figure 6). With respect to claim 10, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation. With respect to claims 11-17, claims 2-8 of Application No. 14/610,488 require that the excipient is an alcohol, has at least two hydroxyl groups, is ethanol, is glycerol, is a carbohydrate, is a cyclodextrin and is hydroxypropyl-beta-cyclodextrin, respectively. With

PAR-VASO-0006885

respect to claims 18-20, claims 13-15 of Application No. 14/610,488 require the addition of SEQ
ID NOs: 2-4, respectively. With respect to claim 21, claim 17 of Application No. 14/610,488
requires that the unit dosage form consist essentially of about 0.04 mg/ml of vasopressin, about
1% to about 10% of the excipient, and a plurality of peptides with 88% to 90% sequence
homology to vasopressin. With respect to claims 22-24, claims 18-20 of Application No.
14/610,488 require the addition of SEQ ID NOs: 2-4, respectively.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in
the art at the time the invention was made. This is a provisional nonstatutory double patenting
rejection because the patentably indistinct claims have not in fact been patented.


Claims 1-10, and 18-24 are provisionally rejected on the ground of nonstatutory double
patenting as being unpatentable over claims 1-15 of copending Application No. 14/610,499, in
view of Treschan (NPL U, PTO-892) and Pharmaceutical Partners of Canada Inc. (NPL V, PTO-
892). Although the claims at issue are not identical, they are not patentably distinct from each
other because the claims of Application No. 14/610,488 render the instant claims obvious.

Claims 3 and 4 of Application No. 14/610,499 are drawn to a unit dosage form
comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and a polymeric
excipient in an amount from about 1% to about 10% by mass of the unit dosage form. Claims 3
and 4 require that the excipient is a polyethylene oxide and poloxamer, respectively, which are
non-halogenated, organic pharmaceutically acceptable excipients that are less acidic than
chlorobutanol.

PAR-VASO-0006886

Claims 3 and 4 of Application No. 14/610,499 satisfy all of the limitations of instant claim 1 with respect to the unit dosage form of vasopressin but do not recite a method of administering. However, this deficiency is remedied by the prior art.

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation, cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application: for CPR, 40 U bolus; for refractory hypotension in septic shock, 0.01-0.04 U/min; for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min; for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min; for anaphylactic shock, bolus range from 2 to 40 U; and for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601, col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

PAR-VASO-0006887

It would have been obvious to administer the unit dosage form recited in claims 3 and 4 of Application No. 14/610,499 to increase blood pressure in a human in need thereof according to Treschan. Specifically, the composition would be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04 U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4). The patient's arterial blood pressure would increase within minutes as a result of administration (p. 601, col 1-2; p. 606, col 2; p. 607, col 2).

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, 4, 7, and 8.

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Treschan teaches intravenous administration (p. 601, col 1). With respect to claims 5 and 6, Treschan teaches that vasopressin infusion (0.1 U/min) in patients with postcardiotomy hypotension enabled discontinuation of catecholamine administration in some patients. (p. 608, col 1). With respect to claim 9, Treschan teaches that mean arterial pressure increased and was maintained for a period of about 8 hours with continuous administration (Figure 6). With respect to claim 10, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation.

With respect to claims 18-20, claims 7-9 of Application No. 14/610,499 require the addition of SEQ ID NOs: 2-4, respectively. With respect to claim 21, claim 11 of Application No. 14/610,499 requires that the unit dosage form consist essentially of about 0.04 mg/ml of vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with 88% to

90% sequence homology to vasopressin. With respect to claims 22-24, claims 12-14 of

Application No. 14/610,499 require the addition of SEQ ID NOs: 2-4, respectively.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in

the art at the time the invention was made. This is a provisional nonstatutory double patenting

rejection because the patentably indistinct claims have not in fact been patented.

### *Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0006890

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2011/0237508 | 09-2011 | Amorij et al. | 514/10.9 |
| * | B | US-2003/0216302 | 11-2003 | Bhowmick et al. | 514/9 |
| * | C | US-2014/0249083 | 09-2014 | Shingel et al. | 514/11.2 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Treschan et al. "The Vasopression System," Anesthesiology 2006; 105: 599-612 |
| | V | Pharmaceutical Partners of Canada, Inc. "Vasopressin Injection, USP" June 2009 |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0006891



PHARMACEUTICAL PARTNERS
OF CANADA INC.

PARTENAIRES PHARMACEUTIQUES
DU CANADA INC.

45835C                                    June 2009

℞ **Vasopressin** Injection, USP
**Synthetic**

## DESCRIPTION

Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units/mL. The chemical name is Vasopressin, 8-L-arginine and has the following structural formula:

H-Cys-Tyr-Phe-Glu (NH$_2$)-Asp (NH$_2$)-Cys-Pro-Arg-Gly-NH$_2$
  1    2    3    4              5         6    7    8    9

$C_{46}H_{65}N_{15}O_{12}S_2$      1084.23

Each mL contains: 20 USP Vasopressin units; chlorobutanol (anhydrous) 5 mg as preservative; Water for Injection q.s. Glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5 - 4.5).

## CLINICAL PHARMACOLOGY

The antidiuretic action of vasopressin is ascribed to increasing reabsorption of water by the renal tubules.

Vasopressin can cause contraction of smooth muscle of the gastrointestinal tract and of all parts of the vascular bed, especially the capillaries, small arterioles and venules with less effect on the smooth musculature of the large veins. The direct effect on the contractile elements is neither antagonized by adrenergic blocking agents nor prevented by vascular denervation.

## INDICATIONS AND CLINICAL USE

Vasopressin Injection, USP is indicated for prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows, and in diabetes insipidus.

## CONTRAINDICATIONS

Anaphylaxis or hypersensitivity to the drug or its components.

## WARNINGS

This drug should not be used in patients with vascular disease, especially disease of the coronary arteries, except with extreme caution. In such patients, even small doses may precipitate anginal pain, and with larger doses, the possibility of myocardial infarction should be considered.

Vasopressin may produce water intoxication. The early signs of drowsiness, listlessness, and headaches should be recognized to prevent terminal coma and convulsions.

## PRECAUTIONS

Vasopressin should be used cautiously in the presence of epilepsy, migraine, asthma, heart failure or any state in which a rapid addition to extracellular water may produce hazard for an already overburdened system.

Chronic nephritis with nitrogen retention contraindicates the use of vasopressin until reasonable nitrogen blood levels have been attained.

## ADVERSE REACTIONS

Local or systemic allergic reactions may occur in hypersensitive individuals. The following side effects have been reported following the administration of vasopressin: tremor, sweating, vertigo, circumoral pallor, "pounding" in head, abdominal cramps, passage of gas, nausea, vomiting, urticaria, bronchial constriction. Anaphylaxis (cardiac arrest and/or shock) have been observed shortly after injection of vasopressin.

## DOSAGE AND ADMINISTRATION

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.).

Ten units (0.5 mL) of Vasopressin Injection will usually elicit full physiologic response in adult patients; 5 units (0.25 mL) will be adequate in many cases. Vasopressin Injection should be given i.m. at three or four hour intervals as needed. The dosage should be proportionately reduced for children. (For an additional discussion of dosage, consult the sections below.)

When determining the dose of Vasopressin Injection for a given case, the following should be kept in mind:

It is particularly desirable to give a dose not much larger than is just sufficient to elicit the desired physiologic response. Excessive doses may cause undesirable side actions – blanching of the skin, abdominal cramps, nausea – which, though not serious, may be alarming to the patient. Spontaneous recovery from such side actions occurs in a few minutes. It has been found that one or two glasses of water given at the time Vasopressin Injection is administered reduces such symptoms.

### Abdominal Distention

In the average postoperative adult patient, give 5 units (0.25 mL) initially, increase to 10 units (0.5 mL) at subsequent injections if necessary. It is recommended that vasopressin be given i.m. and that injections be repeated at three or four hour intervals as required. Dosage to be reduced proportionately for children.

Vasopressin used in this manner will frequently prevent, or relieve, postoperative distention. These recommendations apply also to distention complicating pneumonia or other acute toxemias.

### Abdominal Roentgenography

For the average case, two injections of 10 units (0.5 mL) each are suggested. These should be given two hours and one-half hour, respectively before films are exposed. Many roentgenologists advise giving an enema prior to the first dose of vasopressin.

### Diabetes Insipidus

Vasopressin may be given by injection or administered intranasally on cotton pledgets, by nasal spray, or by dropper. The dose by injection is 5 to 10 units (0.25 to 0.5 mL) repeated two or three times daily as needed. When Vasopressin Injection is administered intranasally by spray or on pledgets, the dosage and interval between treatments must be determined for each patient.

Parenteral drug products should be inspected visually for particulate matter and discolouration prior to administration, whenever solution and container permit.

## AVAILABILITY OF DOSAGE FORMS

C30201  Vasopressin Injection, 20 USP units/mL, 1 mL in
        2 mL (partially filled) flip-top vials in packages
        of 25.

## STORAGE AND STABILITY

Store between 15 and 30°C. Do not permit to freeze.

PHARMACEUTICAL PARTNERS OF CANADA INC.
Richmond Hill, ON  L4B 3P6
☎ 1 877 821-7724

PAR-VASO-0006892

# Terlipressin Continuous Infusion: Please Mind the Solvent!

Antonio Rodriguez-Nunez[1,*], Vicente Martínez[2] and Jesús Lopez-Herce[3]

[1]Pediatric Emergency and Critical Care Division. Hospital Clinico Universitario de Santiago. Santiago de Compostela, Spain; [2]Ferring España, SA Medical Department Director. Madrid, Spain and [3]Pediatric Intensive Care Unit. Hospital General Universitario Gregorio Maranon. Madrid, Spain

**Sir,**

Terlipressin (TP) could be an alternative treatment in refractory septic shock [1]. This drug has been used in intravenous bolus, but concerns arise about its side effects, mainly vasoconstriction [2]. Also, bolus may need to be repeated every 4-6 hours and at least one paper indicated a redound of effects and non-stable clinical situation that might be related with intermitent doses [3].

Although current clinical data are limited and dose ranging studies have not been conducted, continuous TP infusion could be a desirable method of administration in order to titrate effects (both positive and deletereous) [1,4,5].

For continuous TP infusion, the dilution of one vial (1 mg) in 50 ml sterile saline has been recommended. The resultant siringe thus contains 0.02 mg/ml TP and an infusion rate of 1 ml/h represents 0.02 mg/h [1].

This dilution method is simple and similar to the dilution of most of our intensive care drugs but it may not be ideal for TP.

TP is stable only at a narrow pH range (3-4) (manufacturer information). This is not a problem when TP is administered by rapid bolus, but if we make up a dilution with a final pH significantly higher than 4, drug activity may be severely afected.

In order to know what the best dilution for TP is we have measured final pH when different volumes of normal saline vs. 5% glucose are added to prepare a syringe for continuous infusion therapy. The results (Table **1**) show that dilutions with normal saline are out of the desired pH range of solution. On the other hand, a simple dilution with 5% glucose maintains the final solution in the optimal pH range.

We consider that this simple but important point must be considered when TP continuous infusion is indicated and prepared. It is possible that published effects of TP continuous infusion are biased by this disturbing factor. Also, this factor should be considered when treatment protocols and clinical trials are designed.

**Table 1.    Resultant Solution pH after Dilution of One Reconstituted TP Vial in Two Different Solvents**

| Solution | pH (x + SD)* |
|---|---|
| Vial *per se* | 3.03 + 0.02 |
| 5% glucose (up to 10 ml) | 3.24 + 0.01 |
| Normal saline (up to 10 ml) | 4.88 + 0.03 |
| 5% glucose (up to 50 ml) | 3.62 + 0.02 |
| Normal saline (up to 50 ml) | 5.50 + 0.01 |

* The test has been repeated 5 times.

## REFERENCES

[1]    Lange M, Ertmer C, Westhphal M. Vasopressin vs. terlipressin in the treatment of cardiovascular failure in sepsis. Intens Care Med 2008; 34(5): 821-32.

[2]    Rodriguez-Nunez A, Lopez-Herce J, Gil-Anton J, Hernandez A, Rey C, RETSPED Working Group of the Spain Society of Pediatric Intensive Care. Rescue treatment with terlipressin in children with refractory septic shock: a clinical study. Crit Care 2006; 10: 1-8.

[3]    Yildizdas D, Yapicioglu H, Celik U, Sertdemir Y, Alhan E. Terlipressin as a rescue therapy for catecholamina-resistant septic shock in children. Intens Care Med 2008; 34: 511-17.

[4]    Morelli A, Ertmer C, Lange M, Westphal M. Continuous terlipressin infusion in patients with septic shock: less may be best, and the earlier the better? Intens Care Med 2007; 33: 1669-70.

[5]    Umgelter A, Reindl W, Schmid RM, Huber W. Continuous terlipressin infusion in patients with persistent septic shock and cirrhosis of the liver. Intens Care Med 2007; 33(9): 1669-70.

*Address correspondence to this author at the Pediatric Emergency and Critical Care Division. Hospital Clinico Universitario de Santiago. Santiago de Compostela, Spain Email: Antonio.Rodriguez.Nunez@sergas.es



International Journal of Pharmaceutics 197 (2000) 87–93



www.elsevier.com/locate/ijpharm

# Effect of buffer pH, buffer concentration and skin with or without enzyme inhibitors on the stability of [Arg$^8$]-vasopressin

## Mingda Bi, Jagdish Singh *

*Department of Pharmaceutical Sciences, College of Pharmacy, North Dakota State University, Fargo, ND 58105, USA*

Received 14 January 1999; received in revised form 30 November 1999; accepted 2 December 1999

## Abstract

The stability of [Arg$^8$]-vasopressin (AVP) as a function of buffer pH, buffer concentration, salt concentration, temperature, and skin with and without enzyme inhibitors was investigated. AVP was analyzed by reverse-phase high-performance liquid chromatography. The results indicated that the buffer's pH affected the degradation rate of AVP. Buffer ions ($H_2PO_4^-$ and $HPO_4^{2-}$) and salt concentrations had no effect on the degradation of AVP. Maximum stability was achieved at pH 3.35 among pH values tested. The activation energy for the overall reaction was 21.5 kcal mol$^{-1}$ at pH 3.35. From the Arrhenius equation, the shelf-life of AVP at 25°C and pH 3.35 was calculated to be 1.38 years. The degradation rate of AVP in the skin (area: 9 cm$^2$, thickness: 0.5 mm) was 0.22 h$^{-1}$. Bestatin (an aminopeptidase inhibitor) had the best stabilizing effect on the degradation of AVP by skin among the three enzyme inhibitors (i.e. aprotinin, bestatin, and leupeptin) studied. The degradation rate of AVP in the skin was reduced to 0.059 h$^{-1}$ in the presence of bestatin in comparison with no inhibitor (0.22 h$^{-1}$). © 2000 Elsevier Science B.V. All rights reserved.

*Keywords:* Stability; Vasopressin; pH; Buffer concentration; Skin; Enzyme inhibitors

## 1. Introduction

Advances in recombinant DNA technology have resulted in the availability of several therapeutic peptide and protein drugs. Currently, there are many recombinant proteins in phase I clinical trials or beyond, and almost a dozen have re-

ceived FDA approval (Zhou and Li Wan Po, 1991). Peptides and proteins are inherently unstable molecules (Schmid, 1979), which presents unique difficulties in their formulation, storage, and delivery. They possess multiple functional groups in addition to their three-dimensional structure, which results in degradation via both chemical and physical pathways. Therefore, the physicochemical stability of peptides and proteins in formulations and delivery systems should be considered carefully in order to improve their systemic bioavailability.

* Corresponding author. Tel.: +1-701-2317943; fax: +1-701-2317606.

*E-mail address:* jsingh@plains.nodak.edu (J. Singh)

0378-5173/00/$ - see front matter © 2000 Elsevier Science B.V. All rights reserved.

PII: S0378-5173(99)00459-7

PAR-VASO-0006894

Several factors (e.g. buffer pH, buffer concentration, type of the buffer, ionic strength, and temperature) have been shown to affect the stability of proteins and peptides (Helm and Muller, 1991; Brange et al., 1992; Lee et al., 1992). The kinetics of diketopeperazine (DPK) formation using model peptides was studied. The rate of DPK formation increased with increasing buffer concentration and temperature (Chimanlall and Borchardt, 1998). The effect of buffer concentrations and ionic strengths was evaluated on the stability of luteinizing hormone releasing hormone (LHRH) (Hoitink et al., 1996). It was found that phosphate buffer ions had no effect on the degradation of LHRH. There was no relationship between the degradation rate of LHRH and ionic strength of phosphate buffer at pH 9; however, the degradation of LHRH decreased with increasing ionic strengths at pH 2.

Skin contains fewer proteolytic enzymes than other mucosa (Lee, 1988) and drugs absorbed through it can escape first-pass metabolism. However, the stability of proteins and peptides in the skin remains problematic (Martin et al., 1987; Banga et al., 1995). Recently, several reports introduced the use of proteolytic enzyme-inhibitors to stabilize proteins and peptides during their transmucosal delivery (Morimoto et al., 1995; Yamamoto et al., 1996). The results indicated that the bioavailability of these drugs was significantly improved in the presence of enzyme inhibitors.

[Arg[8]]-vasopressin (AVP) is synthesized in the hypothalamus and transported to the posterior pituitary for storage. It is released in response to hyperosmolality, hypovolemia, hypotension, emotional stress, posture, temperature and many pharmacological agents (Davis et al., 1977). The primary structure of AVP is Cys–Tyr–Phe–Gln–Asn–Cys–Pro–Arg–Gly–NH$_2$ [disulfide bridge (1-6)]. It can be used to treat diabetes insipidus as well as a number of other diseases (Shimizu and Hoshino, 1978; Clarke et al., 1979). In this study, we investigated the stability of AVP as a function of buffer pH, temperature, buffer concentration, salt concentration, and skin with and without enzyme inhibitors.

## 2. Materials and methods

### 2.1. Materials

Synthetic [Arg[8]]-vasopressin, bestatin (hydrochloride), leupeptin (trifluoroacetic salt), and aprotinin (bovine lung, 3–7 TIU mg$^{-1}$) were obtained from Sigma (St Louis, MO). HPLC grade methanol and trifluoroacetic acid were obtained from Fisher (Los Angeles, CA). A Brownlee Spheri-ODS column (25 cm × 4.6 mm, 5 μm, 100 Å) was obtained from Alltech Associates (Deerfield, IL). All solutions and buffers were prepared using deionized distilled water. All other chemicals used were of analytical grade.

### 2.2. Degradation of AVP as a function of buffer pH, temperature, buffer concentration, and salt concentration

A stock solution containing 2.5 mg AVP in 1 ml of deionized distilled water was prepared. Test solutions were prepared by adding 6 μl of stock AVP solution to reaction vials (12 × 32 mm) containing 0.994 ml of buffer solutions. The effect of various pHs (2.6–8.5) of 0.1 M phosphate buffer containing 0.3 M NaCl was studied at 50°C. Phosphate buffer concentrations (i.e. 0.05, 0.1 and 0.15 M) and salt concentrations (0.26, 0.4 and 0.6 M) were also studied at 50°C. The stability of AVP in a phosphate buffer (0.1 M) and salt concentration (0.3 M) at pH 3.35 was studied at various temperatures (50 ± 0.1, 75 ± 0.1, 80 ± 0.1, and 90 ± 0.1°C). The reaction vials, sealed with rubber septa, were maintained at constant temperatures in ovens (DK-63, Scientific Products, Hewlett Packard, St, Paul, MN). The final pH values of the phosphate buffers at reaction temperatures were also determined. Samples were periodically removed from the ovens and the concentration of AVP was determined by the stability-indicating HPLC method (Bi and Singh, 1999). Briefly, a 220 nm UV detection, Brownlee Spheri-5 ODS column (250 × 4.6 mm, 5 μm, 100 Å), mobile phase (menthol/0.1% aqueous trifluoro acetic acid: 3:7) and 1.5 ml min$^{-1}$ flow rate were used in the analysis of AVP by a Hewlett Packard series 1050 liquid chromatograph (Hewlett Packard, Germany).

PAR-VASO-0006895

### 2.3. Degradation of AVP in skin with and without inhibitors

Fresh and viable pig ear skin was obtained from the Department of Livestock, North Dakota State University. The skin was dermatomed to a 0.5 mm thickness (i.e. epidermis and part of dermis) using a dermatome (Padgett Instrument, Kansas City, MO) and was cut into 9 cm² pieces. The skin used was from the same ear of the pig. The skin pieces were stored in ice-cold physiological saline solution for 7 h and thereafter at − 80°C. The test tubes, containing 25 μg ml⁻¹ AVP in physiological saline, were maintained at 37 ± 0.5°C in a shaking water bath during the experiments. After a 20-min temperature equilibration, one piece of the skin was added into each test tube. The concentration of enzyme inhibitors used was 0.3 mg ml⁻¹ (Morimoto et al., 1995). The total volume of solution in each test tube was 5 ml. At specific time intervals, 0.2-ml samples were withdrawn from the test tubes for analysis. The metabolic degradation reaction of AVP due to peptidases was halted by heating the samples at 100°C for 6 min (Advis et al., 1982; Bi and Singh, 1998). AVP solution incubated with the above preboiled (100°C for 6 min) skin was used as the control. The concentration of AVP was determined by the HPLC (Bi and Singh, 1999).

### 2.4. Data analysis

The degradation rate constant ($k$) was obtained from the slope of the semilogarithmic plot of the residual amount of AVP versus time profile by statistical regression analysis. An Arrhenius plot was generated from the observed $k$ values at different temperatures and pH 3.35 based on the equation: $\log k = \log A - E_a/2.303RT$ ($k$, rate constant; $A$, frequency factor; $E_a$, energy of activation; $R$, gas constant, and $T$, absolute temperature). From the Arrhenius plot, we calculated the $E_a$ at pH 3.35. The shelf-life of AVP at 25°C was then estimated based on $t_{90} = 0.105/k$ ($k$, degradation rate constant of AVP at 25°C).



Fig. 1. First-order plot of the degradation of AVP stored in phosphate buffer at different pH values and 50°C. Key: closed square, pH 3.35; closed diamond, pH 3.66; closed triangle, pH 4.07; closed hexagon, pH 4.09; closed circle, pH 2.6; open circle, pH 5.1; open square, pH 5.3; open triangle, pH 5.44; open diamond, pH 6.06; open star, pH 6.9; cross in circle, pH 8.5.

PAR-VASO-0006896



Fig. 2. pH-rate profile for the degradation of AVP at 50°C.

## 3. Results and discussion

Fig. 1 shows a semilogarithmic plot of the residual amounts of AVP versus time in phosphate buffer at 50°C. It was found that pH affected the degradation rate of AVP following apparent first-order kinetics. Fig. 2 indicates that AVP is most stable at pH 3.35 among pH values tested and its degradation rate is highly pH-dependent. Table 1 illustrates the effect of buffer and salt concentrations on the degradation of AVP. The results showed that the AVP degradation rate did not depend on the buffer and salt concentrations at pH 7.5. Buffer concentrations did not influence the degradation of AVP and, therefore, buffer ions ($H_2PO_4^-$ and $HPO_4^{2-}$) had no catalytic effect on AVP.

Fig. 3 shows the effect of temperature on the degradation of AVP. The result indicates that AVP degradation shows a marked dependence on temperature. The speed of many reactions increases with an increase in temperature. This can simply be explained by the Arrhenius equation. Classic collision theory and transition state theory also indicates that reaction velocity is highly temperature-dependent.

The Arrhenius plot of log $k$ against $1/T$ for AVP at pH 3.35 was linear (Fig. 3) with a correlation coefficient greater than 0.99 which indicated that the reaction mechanism did not change within the range of temperatures used. The HPLC chromatograms (not included) showed the same degradation pattern at 50, 75, 80 and 90°C, which further confirmed that the same reaction mechanism took place. Therefore, it should be reliable to predict the shelf-life at pH 3.35 and room temperature based on the calculated activation energy. The slope of the

Table 1
Effect of phosphate buffers and salt concentrations on the observed degradation rate of AVP at pH 7.5 and 50°C

| Phosphate buffer concentration (M) | Salt (NaCl) concentration (M) | $k_{obs} \times 10^3$ $(h^{-1})$[a] |
|---|---|---|
| 0.05 | 0.40 | $6.38 \pm 0.03$ |
| 0.10 | 0.40 | $6.41 \pm 0.01$ |
| 0.15 | 0.40 | $6.40 \pm 0.02$ |
| 0.10 | 0.26 | $6.42 \pm 0.01$ |
| 0.10 | 0.60 | $6.39 \pm 0.02$ |

[a] Values are mean $\pm$ S.E., $n = 3$.

PAR-VASO-0006897



Fig. 3. Arrhenius plot of log rate constant versus $1/T$ for the degradation of AVP at pH 3.35 in 0.1 M phosphate buffer; $k$ is the degradation rate constant and $T$ is the absolute temperature.



Fig. 4. First-order plot for the degradation of AVP by the skin with or without enzyme inhibitors. Key: closed square, control; closed circle, AVP incubated with skin; open square, AVP incubated with skin and aprotinin; open star, AVP incubated with skin and leupeptin; open diamond, AVP incubated with skin and bestatin.

Arrhenius plot obtained was equal to $-E_a/2.303R$ from which the activation energy was calculated. The activation energy was found to be 21.5 kcal mol$^{-1}$. Based on the Arrhenius equation, shelf-life of AVP at 25°C and pH 3.35 was found to be 1.38 years.

PAR-VASO-0006898

Fig. 4 depicts the degradation of AVP in the pigs' skin with and without enzyme inhibitors. A first-order kinetic model could approximate the degradation of AVP. The correlation coefficients were 0.99, 0.99, 0.98, and 0.98 for bestatin, leupeptin, aprotinin, and skin without enzyme inhibitor, respectively. The degradation rate without enzyme inhibitors calculated from the concentration–time profile was 0.22 $h^{-1}$ (Fig. 4). AVP degraded 65% in 5 h. However, there was no degradation in the control. Bestatin had the best stabilizing effect on the AVP degradation by the skin among the three enzyme inhibitors. Degradation rates were 0.059, 0.144, and 0.121 $h^{-1}$ for bestatin, aprotinin and leupeptin, respectively. Fig. 5 shows the HPLC chromatograms of AVP incubated in skin at 37°C for 5 h. AVP was readily metabolized in the skin as indicated by the additional peaks of metabolites in the chro-

matograms. The absence of additional peaks in the chromatogram of the control indicates that these peaks are not due to skin and physiological saline. Fig. 5 also shows that bestatin has the best stabilizing effect on the degradation of AVP by the skin.

There are numerous enzymes in the skin (e.g. chymotrypsin-like enzyme, aminopeptidase, leucine aminopeptidase, trypsin-like enzyme, cathepsin B, cathepsin D and others), which are responsible for the AVP degradation (Zaets et al., 1977; Wintroub et al., 1984; Morimoto et al., 1992). The chemical structure reveals that the AVP molecule with its unblocked $N$-terminus (Cys) and Arg followed by glycinamide is susceptible to cleavage by aminopeptidase and trypsin. Therefore, aminopeptidase and trypsin inhibitors should have stabilizing effects on the degradation of AVP by the skin. Our results showed that



Fig. 5. HPLC chromatograms of AVP incubated with skin and with or without enzyme inhibitors at 37°C for 5 h. Key: A, control chromatogram of skin incubated in physiological saline; B, chromatogram of AVP incubated with skin and leupeptin; C, chromatogram of AVP incubated with skin and aprotinin; D, chromatogram of AVP incubated with skin; E, chromatogram of AVP incubated with skin and bestatin; I, intact AVP peaks; closed star, AVP degradation peaks.

PAR-VASO-0006899

bestatin (aminopeptidase inhibitor), aprotinin (trypsin inhibitor) and leupeptin (trypsin and cathepsin B inhibitor) had an inhibiting effect on the degradation of AVP by the skin, which is consistent with the theory. However, bestatin had a better stabilizing effect than the other two inhibitors used in this study. This showed that aminopeptidase, which cleaves AVP, has greater activity in the skin.

Morimoto et al. (1992) investigated the peptidase activities in the skin and concluded that the enzyme activities were in the following order: aminopeptidase > cathepsin-B > trypsin. Our results were consistent with their conclusions.

In conclusion, AVP was chemically stable and its shelf-life in 0.1 M phosphate buffer at pH 3.35 and 25°C was found to be 1.38 years. Skin degraded 65% of AVP in 5 h. An aminopeptidase inhibitor (bestatin) had the best stabilizing effect on the degradation of AVP by the skin, which could reduce AVP degradation from 65 to 25% in 5 h. Based upon the above findings, it is reasonable to speculate that a stable AVP formulation at pH 3.35 and in the presence of bestatin can be developed and optimized for delivering the peptide in the biologically active form into circulation by transdermal route.

## Acknowledgements

We acknowledge the financial support from NIH grant # RR11817.

## References

Advis, J.P., Krause, J.E., Mckelvy, J.F., 1982. Luteinizing hormone releasing hormone peptidase activities in discrete hypothalamic regions and anterior pituitary of the rat: apparent regulation during the prepubertal period and first estrous cycle at puberty. Endocrinology 110, 1238–1245.

Banga, A.K., Katakam, M., Mitra, R., 1995. Transdermal iontophoretic delivery and degradation of vasopressin across human cadaver skin. Int. J. Pharm. 116, 211–216.

Bi, M., Singh, J., 1998. Degradation of luteinizing hormone releasing hormone in buccal, liver, nasal and skin tissues. Int. J. Pharm. 175, 269–273.

Bi, M., Singh, J., 1999. A HPLC method for quantification of Arginine containing vasopressin. J. Liq. Chromatogr. Relat. Technol. 22, 551–560.

Brange, J., Langkjær, L., Havelund, S., Vølund, A., 1992. Chemical stability of insulin. 1. Hydrolytic degradation during storage of pharmaceutical preparations. Pharm. Res. 9, 715–726.

Chimanlall, G., Borchardt, R.T., 1998. Kinetics of diketopeperazine formation using model peptides. J. Pharm. Sci. 87, 283–288.

Clarke, G.I., Wood, P., Merrick, L., Lincoln, D.W., 1979. Opiate inhibition of peptide release from the neurohumoral terminals of hypothalamic neurones. Nature 282, 746–748.

Davis, R., Forsling, M.L., Slater, D.H., 1977. The interrelationship between the release of renin and vasopressin as defined by orthostasis and propranolol. J. Clin. Invest. 60, 1438–1441.

Helm, V.J., Muller, B.W., 1991. Stability of the synthetic pentapeptide thymopentin in aqueous solution: effect of pH and buffer on degradation. Int. J. Pharm. 70, 29–34.

Hoitink, W.A., Beijnen, J.H., Bult, A., van der Houwen, Oeds, A.G.J., Nijholt, J., Underberg, W.J.M., 1996. Degradation kinetics of gonadorelin in aqueous solution, J. Pharm. Sci. 85, 1053–1059.

Lee, K.C., Lee, Y.J., Song, H.M., Chun, C.J., Deluca, P.P., 1992. Degradation of synthetic salmon calcitonin in aqueous solution. Pharm. Res. 9, 1521–1523.

Lee, V.H., 1988. Enzymatic barriers to peptide and protein absorption. Crit. Rev. Ther. Drug Carrier Syst. 5, 69–97.

Martin, R.J., Denyer, S.P., Hadgraft, J., 1987. Skin metabolism of topically applied compound. Int. J. Pharm. 39, 23–32.

Morimoto, K., Iwakura, Y., Nakatani, E., Miyazaki, M., Tojima, H., 1992. Effects of proteolytic enzyme inhibitors as absorption enhancers on the transdermal iontophoretic delivery of calcitonin in rats. J. Pharm. Pharmacol. 44, 216–218.

Morimoto, K., Miyazaki, M., Kakemi, M., 1995. Effects of proteolytic enzyme inhibitors on nasal absorption of salmon calcitonin in rats. Int. J. Pharm. 113, 1–8.

Schmid, R.D., 1979. Stabilized soluble enzymes. Adv. Biochem. Eng. 12, 41–118.

Shimizu, K., Hoshino, M., 1978. Application of vasopressin radioimmunoassay to clinical study: Role of vasopressin in hypo and hypernatremia and some other disorders of water metabolism. Contrib. Nephrol. 9, 42–60.

Wintroub, U.B., Schechter, B.N., Lazarus, S.G., Kaempfer, E.C., Schwartz, B.L., 1984. Angiotensin-1 conversion by human and rat chymotryptic proteinases. J. Invest. Dermatol. 83, 336–339.

Yamamoto, A., Fujita, T., Muranishi, S., 1996. Pulmonary absorption enhancement of peptides by absorption enhancers and protease inhibitors. J. Controlled Release 41, 57–67.

Zaets, L.T., Dolgina, I.M., Muzykant, I.L., Kotkina, I.T., Nosova, M.I., 1977. Changes in skin enzyme activity in experimental Burns. Vopr-Med-Khim. 6, 763–768.

Zhou, X.H., Li Wan Po, A., 1991. Peptide and protein drugs: I. Therapeutic applications, absorption and parenteral administration. Int. J. Pharm. 75, 97–115.

*David C. Warltier, M.D., Ph.D., Editor*

Anesthesiology 2006; 105:599–612          Copyright © 2006, the American Society of Anesthesiologists, Inc. Lippincott Williams & Wilkins, Inc.

# The Vasopressin System

## Physiology and Clinical Strategies

Tanja A. Treschan, M.D.,* Jürgen Peters, M.D.†

CME   This article has been selected for the *Anesthesiology* CME Program. After reading the article, go to http://www.asahq.org/journal-cme to take the test and apply for Category 1 credit. Complete instructions may be found in the CME section at the back of this issue.

**Vasopressin, synthesized in the hypothalamus, is released by increased plasma osmolality, decreased arterial pressure, and reductions in cardiac volume. Three subtypes of vasopressin receptors, V1, V2, and V3, have been identified, mediating vasoconstriction, water reabsorption, and central nervous system effects, respectively. Vasopressin and its analogs have been studied intensively for the treatment of states of "relative vasopressin deficiency," such as sepsis, vasodilatory shock, intraoperative hypotension, and cardiopulmonary resuscitation. Infusion of vasopressin (0.01–0.04 U/min) decreases catecholamine requirements in patients with sepsis and other types of vasodilatory shock. Bolus application of 1 mg terlipressin, the V1 agonist, reverses refractory hypotension in anesthetized patients and has been studied in patients with septic shock and chronic liver failure. During cardiopulmonary resuscitation, a 40-U bolus dose of vasopressin may be considered to replace the first or second bolus of epinephrine regardless of the initial rhythm. The side effects of vasopressin and its analogs must be further characterized.**

VASOPRESSIN, an extensively studied hormone, is crucial for osmoregulation, cardiovascular control, and homeostasis and therefore has substantial relevance for anesthesia and intensive care therapy. Although vasopressin or its analogs have been used traditionally to treat upper gastrointestinal bleeding, central diabetes insipidus, and bleeding disorders, recent studies suggest

◆ This article is accompanied by an Editorial View. Please see: Dünser MW, Lindner KH, Wenzel V: A century of arginine vasopressin research leading to new therapeutic strategies. ANESTHESIOLOGY 2006; 105:444–5.

* Assistenzärztin, † Professor of Anesthesiology and Intensive Care Therapy and Chairman, Klinik für Anästhesiologie und Intensivmedizin.

Received from the Klinik für Anästhesiologie und Intensivmedizin, Universitätsklinikum Essen, Essen, Germany. Submitted for publication August 22, 2005. Accepted for publication April 17, 2006. Support was provided solely from institutional and/or departmental sources.

Address correspondence to Dr. Treschan: Klinik für Anästhesiologie und Intensivmedizin, Universitätsklinikum Essen, Hufelandstr. 55, Essen D-45122, Germany. tanja.treschan@uni-essen.de. Individual article reprints may be accessed at no charge through the Journal Web site, www.anesthesiology.org.

new indications. These include cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, and portal venous hypertension. Furthermore, inadequately low vasopressin plasma concentrations have been postulated as a cause for hemodynamic instability.

This review provides an update on the vasopressin system from its physiologic basis to the latest clinical applications and also describes therapeutic strategies using vasopressin receptor agonists and antagonists.

## Physiologic Functions and Regulation of Vasopressin

### Synthesis and Release

Vasopressin, also known as antidiuretic hormone (ADH), is a nonapeptide synthesized in the hypothalamus. Because the human hormone contains arginine, it is specifically called *arginine vasopressin* (AVP) to distinguish it from analogs (fig. 1).

Two different types of hypothalamic neurons, magnocellular and parvocellular, synthesize AVP. The magnocellular neurons are mainly located in the supraoptic and paraventricular nucleus. Each neuron gives rise to a single axon into the posterior pituitary gland, where its neurosecretory endings release AVP. Because the capillaries within the pituitary gland do not have a blood-brain barrier, AVP released in close proximity to the capillaries easily enters the bloodstream.[1] Similarly, neurons from the parvocellular division of the paraventricular nucleus send axons to the external zone of the median eminence of the pituitary gland, where AVP is secreted into the pituitary portal circulation.[2] AVP is also released somatodendritically within the nuclei of its origin to regularize the phasic firing pattern of the neurons[3,4] (fig. 2).

The most important stimuli that evoke vasopressin release are increased plasma osmolality, decreased arterial pressure, and reduced cardiac filling, *i.e.*, decreased blood volume.[5] Therefore, vasopressin, like adrenergic agonists or renin/angiotensin, can be considered a stress hormone, acting to maintain homeostasis and milieu intérieur.

### AVP Receptors and Signal Transduction

Three subtypes of vasopressin receptors, V1, V2, and V3, have been identified (table 1). V1 receptors are

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006901

Cys-Tyr-Phe-Gln-Asn-Cys-Pro-*Arg*-Gly-NH$_2$

Arginine Vasopressin (AVP)

CH$_2$-CH$_2$-C-Tyr-Phe-Gln-Asn-Cys-Pro-D-Arg-Gly-NH$_2$

Desmopressin (1-Desmopressin-8-D-Arginine Vasopressin, DDAVP)

Gly-Gly-Gly-Cys-Tyr-Phe-Gln-Asn-Cys-Pro-Lys- Gly-NH$_2$

Terlipressin (Triglycyl-8-Lysin Vasopressin)

**Fig. 1. Amino acid sequence of vasopressin and synthetic vaso-pressin agonists.**

found on various cells including vascular smooth muscle, and V1 stimulation causes vasoconstriction. Kidney collecting duct cells express V2 receptors, which mediate water retention. V3 receptors are mainly found on cells within the central nervous system, especially in the adenohypophysis; their stimulation modulates corticotropin secretion. Vasopressin receptors are heptahelical membrane proteins coupled to specific G proteins for intracellular signal transduction.[6] A variety of signaling pathways have been shown to be associated with the V1 receptor. Activation of V1 and V3 receptors stimulates phospholipase C, which mediates the hydrolysis of inositol 4,5-bisphosphate to inositol 1,4,5-trisphosphate and diacylglycerol. These second messengers activate enzymes, such as protein kinase C, and mobilize intracellular calcium stored in the endoplasmic reticulum (fig. 3). Emptying of calcium stores activates *trp* cationic channels that allow extracellular calcium to enter the cells. V2 receptors interact with adenyl cyclase and generate cyclic adenosine monophosphate as a second messenger,[7,8] which stimulates protein kinase and causes insertion of aquaporin-2 into the luminal wall of collecting duct cells in the kidney. Binding of AVP to the V2 receptor causes receptor internalization and degradation.[9] However, details of regulation of vasopressin re-



**Fig. 2. Scheme of vasopressin release within the central nervous system. Vasopressin is synthesized in the hypothalamus in magnocellular and parvocellular neurons. Magnocellular neurons are mainly located in the supraoptic and paraventricular nucleus. Their axons release arginine vasopressin (AVP) into the systemic circulation in the posterior pituitary gland. Axons from parvocellular neurons in the paraventricular nucleus release AVP into the pituitary portal circulation. AVP is also released somatodendritically within the nuclei of its origin. ACTH = corticotropin.**

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006902

Table 1. Localization of Vasopressin Receptor Subtypes and Mediated Functions

| Receptor Subtype | Tissue | Main Function |
|---|---|---|
| V1 | Liver, smooth muscle vascular cells, platelets, most peripheral tissues, central nervous system | Vasoconstriction |
| V2 | Kidney collecting duct cells | Osmoregulation, water retention |
| V3 | Central nervous system (adenohypophysis) | Corticotropin secretion |

ceptor expression, potential genetic aspects, and possible feed back mechanisms have yet to be investigated.

*Pharmacokinetics*

Intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. It is metabolized in the liver and kidneys, and a small proportion is eliminated with the urine. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally, because the peptide is quickly hydrolyzed by trypsin.[10,11]



Fig. 3. Scheme of vasopressin's signal transduction. The *left* portion of the figure depicts V1 and V3 receptors on various cells; the *right* portion of the figure depicts V2 receptors on kidney collecting duct cells. *Arrows* indicate activation of pathways; the *dotted arrow* indicates a possible activation. ATP = adenosine triphosphate; AVP = arginine vasopressin; cAMP = cyclic adenosine monophosphate; DAG = diacylglycerol; Gq/Gs $\alpha$, $\beta$, $\gamma$ = G protein subunits; IP$_3$ = inositol (1,4,5) trisphosphate; PIP$_2$ = phosphatidylinositol (4,5)-bisphosphate.

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006903

**Table 2. Vasopressin Agonists**

| Name | Structure | Receptor Affinity | Clinical Application |
|------|-----------|-------------------|----------------------|
| Argipressin | 8-Arginine vasopressin (AVP) | V1, V2, V3 | CPR, intraoperative hypotension, severe hemodynamic instability, vasodilatory shock |
| Desmopressin | Desamino-Cys-D-Arg vasopressin (DDAVP) | V2 | Central diabetes insipidus, bleeding disorders |
| Terlipressin | N3-triglycyl-8-lysin vasopressin | V1 | Intraoperative hypotension, gastrointestinal bleeding, portal hypertension |

CPR = cardiopulmonary resuscitation.

### Physiologic Functions

Vasopressin is important for osmoregulation, cardiovascular stability, and homeostasis but also serves as a corticotropin secretagogue and influences cognition, learning, and memory.

**Osmoregulation.** In healthy humans, plasma osmolality is sensed by osmoreceptors in the hypothalamus and is physiologically controlled within a very small range (285–290 mOsm/kg $H_2O$). Vasopressin-releasing magnocellular neurons directly function as such osmoreceptors, responding to increased osmotic pressure in their extracellular environment by increased firing rate and concomitant vasopressin release into the circulation.[1,12] In the kidney, the effects on vasopressin on collecting duct are mediated *via* V2 receptors, with V2 receptor activation evoking increased reabsorption of water.[13] As a result, vasopressin causes a decrease in plasma osmolality.[14,15]

Vasopressin plasma concentrations range between 0 and 20 pg/ml, depending on hydration and osmolality. For example, AVP plasma concentrations in euhydrated volunteers were $5 \pm 1$ pg/ml (mean $\pm$ SD) and increased to $30 \pm 10$ pg/ml with hyperosmolality ($304 \pm 2$ mOsm/kg $H_2O$) evoked by infusion of hypertonic saline.[16] Even a low AVP concentration of approximately 2 pg/ml results in enhanced vascular smooth muscle contraction and increased systemic vascular resistance.[17]

Water permeability of cell membranes in the renal collecting duct is determined by aquaporin water channels. Activation of V2 receptors increases intracellular cyclic adenosine monophosphate, which in turn stimulates the vasopressin-regulated aquaporin-2 (AQP2) gene transcription and protein incorporation into the cell membrane. Accordingly, water permeability of the apical cell membrane increases markedly. Water exits the cell through other aquaporin channels at the basolateral membrane and returns into the systemic circulation, thus decreasing osmolality.[18]

Defects within this system are called *diabetes insipidus* and result in excessive loss of water. Diabetes insipidus is caused by lack of vasopressin release. Mutations of the V2 receptor system of kidney cells can cause renal (peripheral) diabetes insipidus.[15,19] In contrast, central diabetes insipidus with decreased vasopressin release

can be either idiopathic or secondary due to head trauma, brain ischemia, or cerebral tumors which disturb the osmoregulatory function of vasopressinergic neurons.[20]

Accordingly, osmoregulatory functions of vasopressin can be substituted therapeutically with a synthetic selective V2 receptor agonist, desmopressin (desamino-Cys-D-Arg vasopressin [DDAVP]), as depicted in figure 1 and table 2. DDAVP is not digested by trypsin and hence can be administered orally, but nasal application is most commonly used for treatment of diabetes insipidus. Individual dosages for nasal application range from 5 to 40 $\mu$g. Antidiuretic effects of desmopressin are measurable after approximately 15 min and last for 8–12 h. Nasal dosages, therefore, are administered once or twice per day.[21]

**Cardiovascular Control.** To understand the role of vasopressin in circulatory regulation, it is necessary to examine the interplay between the three main vasopressor systems, *i.e.*, the sympathetic, renin-angiotensin, and vasopressin systems. Interestingly, despite widespread sympathetic block, epidural anesthesia often causes only a small decrease in blood pressure, even in the presence of an angiotensin-converting enzyme inhibitor. Only with additional blockade of vasopressin V1 receptors does blood pressure decrease significantly (fig. 4).[22,23] Therefore, as long as the other neurohumoral vasopressor systems are intact, endogenous vasopressin is not critical for hemodynamic stability, and its effects go unnoticed. However, if other systems are compromised, *i.e.*, during combined general and epidural anesthesia or in patients with orthostatic hypotension and autonomic insufficiency (fig. 5), even small increases in vasopressin plasma concentrations ($>$ 2 pg/ml) serve to maintain blood pressure or initiate its increase by increasing peripheral vascular resistance.[24–26] Vasopressin causes substantial vasoconstriction in skin, skeletal muscle, and mesenteric blood vessels[27,28] mediated *via* V1 receptors. Interestingly, some studies also suggest vasodilatory effects of low vasopressin concentrations in selected vascular beds, including coronary, pulmonary, and cerebral arteries.[29,30] Endothelium dependence and nitric oxide–mediated mechanisms of V2 mediated vasodilation need further investigation.[31–33]

On the other hand, with neurohumoral systems intact,

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006904



Fig. 4. Interplay between the sympathetic, renin–angiotensin, and vasopressin systems. (A) Maximum change in arterial blood pressure from baseline in conscious dogs after epidural saline (*open column*), vasopressin V1 receptor blockade alone (*column with crosses*), sympathetic blockade by epidural anesthesia alone (*striped column*), and epidural anesthesia in the presence of vasopressin V1 receptor blockade (*solid column*). Vasopressin receptor blockade alone has no impact on arterial pressure, whereas vasopressin receptor blockade markedly augments the decrease in arterial pressure during sympathetic blockade. Together with increased vasopressin concentrations observed with widespread sympathetic blockade, this indicates that the vasopressin system supports arterial pressure when both the sympathetic and the renin–angiotensin systems are impaired by sympathetic blockade. PDA = peridural anesthesia. From Peters *et al.*[22]; with permission. (B) Changes in plasma renin and vasopressin concentrations in response to induced arterial hypotension both before and during sympathetic block by epidural anesthesia (sensory blockade T1–T11) in humans. Hypotension was induced by intravenous infusion of sodium nitroprusside titrated to decrease mean arterial blood pressure by at least 25%. An increase in renin concentration is seen with the sympathetic nervous system intact, whereas sympathetic blockade suppresses renin release in response to hypotension but evokes vasopressin release. From Hopf *et al.*[66]; with permission. *Stars* indicate statistically significant differences.



Fig. 5. Effect of incremental intravenous infusion of arginine vasopressin (AVP) on mean arterial blood pressure (BP) and heart rate (HR) in patients with autonomic insufficiency (*filled dots*) compared with healthy volunteers (*open dots*). AVP does not affect blood pressure in healthy volunteers, whereas it shows marked pressor effects in patients with autonomic insufficiency attesting to the buffering effect of an intact sympathetic nervous system. From Williams *et al.*[26]; with permission.

potential cardiovascular effects of exogenous vasopressin are buffered. In healthy volunteers, vasopressin infusion to plasma concentrations of up to 300 pg/ml does not change arterial blood pressure. Only moderate increases in central blood volume accompanied by a minor increase in central venous pressure and mild bradycardia are observed (fig. 5).[26] In fact, circulating AVP, by acting *via* specific V1 receptors in the area postrema, modulates central cardiovascular regulation by augmenting baroreflex inhibition of efferent sympathetic nerve activity and thus counterbalances its increase in peripheral resistance.[34,35] In addition, there is growing evidence for AVP receptors located on presynaptic terminals of central sympathetic efferents in the spinal cord, the stimulation of which may decrease sympathetic excitability.[36,37]

Therefore, vasopressin is an important backup system for blood pressure control and cardiovascular sympathetic modulation.[38]

Accordingly, with other regulatory systems intact, small hemodynamic changes cause only moderate changes in vasopressin plasma concentrations, and AVP increases in response to hypotensive stimuli rarely exceed 20 pg/ml.[39–41]

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006905

Table 3. Comparison of Vasopressin Plasma Concentration in Adults

| Condition | Plasma Concentration, pg/ml |
| --- | --- |
| Healthy euhydrated volunteers[16] | 5 ± 1 |
| Healthy volunteers with infusion of hypertonic saline[16] | 30 ± 10 |
| Patients with cardiac arrest before unsuccessful CPR[45] | 70 ± 9 |
| Patients with cardiac arrest before successful CPR[45] | 193 ± 28 |
| Hypotensive patients in septic shock[46] | 3 ± 1 |
| Hypotensive patients in cardiogenic shock[46] | 23 ± 2 |
| Patients in vasodilatory shock after cardiopulmonary bypass[104] | 8 ± 2 |
| Patients during cardiopulmonary bypass[103] | 198 ± 19 |

Data are mean ± SD.

CPR = cardiopulmonary resuscitation.

In volunteers, different stimuli for AVP release might be responsible for different responses of vasopressin plasma concentrations. Because it is difficult to selectively unload either cardiopulmonary or arterial baroreceptor afferents, cardiovascular reflex control of vasopressin releasing neurons is still not completely understood. Evidence suggests that cardiac rather than arterial baroceptor unloading is primarily responsible for vasopressin secretion in humans.[42] Animal studies also show an influence of adrenomedullin, a regulator of thirst and blood volume, on vasopressin production and release.[43] This suggests that AVP release is linked more closely to volume homeostasis than to arterial pressure control.

In contrast to moderate increases of vasopressin plasma concentrations observed in many volunteer studies, extensive AVP increases are observed during profound hypotension. In hemorrhagic shock, plasma AVP can increase to more than 180 pg/ml,[44] and in patients with out-of-hospital cardiac arrest, vasopressin concentrations of up to 193 pg/ml have been reported to occur before CPR, suggesting a major role of vasopressin during severe hemodynamic instability.[45]

Interestingly, several studies show comparatively low vasopressin concentrations in patients with vasodilatory shock or in hemodynamically unstable potential organ donors. Considering potential beneficial effects of endogenous vasopressin release, such AVP concentrations can be interpreted as inadequately low (table 3). Several clinical states of "relative vasopressin deficiency" have been proposed.[46,47]

Consequently, exogenous vasopressin can be used as a vasopressor when endogenous vasopressin concentration is inadequately low to maintain blood pressure. Vasopressin has been introduced into clinical practice as a vasopressor in several settings. Based on the concept of a relative vasopressin deficiency, vasopressin and synthetic vasopressin receptor agonists are used to treat intraoperative hypotension, different types of vasodilatory shock, and patients with sepsis (table 4). Vasopressin is also used as a vasopressor during CPR.

**Corticotropin Secretion and Central Regulatory Functions of AVP.** Corticotropin secretion is mainly regulated by corticotropin-releasing hormone (CRH) in response to decreased plasma cortisol concentrations. CRH neurosecretory cells send their axons from the paraventricular nucleus into the median eminence and release CRH into the pituitary portal circulation, activating corticotrope cells of the anterior pituitary. Vasopressin is also secreted into the pituitary portal circulation from parvocellular neurons in the paraventricular nucleus. Evidence suggests that CRH neurons also contain AVP.[2] Although CRH is the main corticotropin secretagogue, both hormones bind to anterior pituitary gland cells and regulate corticotropin release. Interestingly, the combined effect of the two hormones is far in excess of the added effect of each single hormone. In humans, concurrent administration of AVP and CRH produced a 30-fold increase of corticotropin as compared with administration of CRH alone.[2] Thus, vasopressin amplifies the effect of CRH on corticotropin release. These findings indicate the involvement of AVP in various stress responses.[48,49]

Vasopressin effects on anterior pituitary cells are mediated *via* specific V3 receptors (previously termed V1b).[6] Studies also show a wide distribution of these receptors throughout the central nervous system.[50] The consequences of these findings have yet to be fully elucidated, but vasopressin has been shown to influence thermoregulation, cognition, and memory as well as behavioral regulation. The CRH/AVP ratio, for example, seems to influence the pathophysiology of depression.[51,2]

Interestingly, increased plasma cortisol concentrations during CPR are associated with improved outcome. Therefore, corticotropin secretion stimulated by exogenous vasopressin might be one of the factors contributing to the successful use of vasopressin during CPR.[52]

**Hemostasis.** Blood collected during "stress" clots more rapidly.[53] Like other stress hormones, vasopressin enhances blood coagulation. In particular, AVP increases factor VIII and von Willebrand factor (vWF) plasma con-

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006906

Table 4. Doses of Desmopressin, Terlipressin, and AVP in Adults

| Substance | Indication | Dose | Comment |
|---|---|---|---|
| Desmopressin | von Willebrand disease, mild hemophilia A | 0.3 μg/kg intravenously | Clinical use since 1977 and clear evidence for efficacy |
| | Central diabetes insipidus | 5–40 μg nasally or 1–4 μg/day intravenously or 0.3–0.6 mg/day orally | Clinical use since 1976 and clear evidence for efficacy |
| Terlipressin | Refractory intraoperative hypotension | 1 mg intravenously | Three clinical trials with total of 60 patients, one case report on myocardial ischemia after terlipressin application |
| | Refractory hypotension in septic shock | 1–2 mg intravenously every 4–6 h | One prospective study comparing terlipressin with norepinephrine, effects on outcome not yet evaluated |
| | Bleeding from esophageal varices in portal hypertensive patients | 1–2 mg intravenously every 4–6 h | Evidence for efficacy, 34% relative risk reduction in mortality |
| | Hepatorenal syndrome | 1–2 mg intravenously every 4–6 h | Several small nonrandomized studies with consistent results of improved renal function and systemic hemodynamics |
| AVP | CPR in adults | 40-U bolus may replace first or second bolus of epinephrine | 2005 AHA Guidelines on CPR, no recommendation for use in children |
| | Refractory hypotension in septic shock | 0.01–0.04 U/min | Doses > 0.1 U/min may increase serious side effects |
| | Anesthesia for resection of neuroendocrine tumors | 10- to 20-U bolus plus 0.1 U/min | Only two case reports published |
| | Vasodilatory shock after cardiopulmonary bypass | 0.1 U/min | |
| | Anaphylactic shock | Bolus range from 2 to 40 U | Few case reports published |
| | Hemorrhagic shock | From 0.04 U/min to 40-U bolus | Few case reports published |

AHA = American Heart Association; AVP = arginine vasopressin; CPR = cardiopulmonary resuscitation.

centrations.[53] However, the wide range of physiologic actions evoked by AVP limits its use for treatment of bleeding disorders. Desmopressin (DDAVP), the selective V2 receptor agonist, also increases factor VIII and vWF. Desmopressin has few side effects and is widely used to treat bleeding disorders. However, neither the receptor site nor the mechanisms by which desmopressin enhances platelet adhesion and increases factor VIII and vWF concentrations have been elucidated.[54] In perioperative settings, desmopressin is recommended to increase factor VIII and vWF concentrations in those patients with low but measurable concentrations, such as in patients with mild hemophilia A and type 1 von Willebrand disease.[55] Desmopressin can be administered nasally for treatment of diabetes insipidus. Nasal application is not recommended for treatment of bleeding disorders, and parental preparations are available for this indication. Intravenous application of 0.3 μg/kg desmopressin results in a 3- to 5-fold increase of coagulation factors VIII and vWF, with peak concentrations attained 30–60 min after intravenous injection and a plasma half-life of approximately 8 h.[53] Desmopressin has also been used perioperatively to attenuate hemorrhage in patients with congenital or acquired platelet disorders.[56] This indication remains controversial, because desmopressin increases the risk of arterial thrombosis[57] and other studies found no benefit of prophylactic desmopressin administration.[58]

*Vasopressin Concentrations during Pregnancy*

During pregnancy, plasma osmolality decreases by approximately 10 mOsmol/kg and is maintained on this lower value. Presumably, this is because the osmotic thresholds for thirst and for AVP release decrease in parallel. Thus, water intake increases and body fluids are diluted. Volume-sensing AVP release mechanisms also adjust to the new volume status,[59,60] and AVP plasma concentrations in pregnant women do not differ from values before pregnancy.

## Therapeutic Strategies Using Vasopressin and Receptor Ligands

*Refractory Arterial Hypotension during Anesthesia*

Arterial blood pressure is maintained by the interplay of the sympathetic, renin–angiotensin, and vasopressin systems superimposed on circulatory mechanics. In turn, general anesthesia and most anesthetics interfere with cardiovascular regulation, resulting in a decrease in sympathetic neural drive and vascular smooth muscle tone. Perhaps ironically, vasopressin plasma concentration as a stress hormone during general anesthesia and surgery has been well studied, and modern anesthesia techniques aim to minimize stress hormone responses, including vasopressin release.[61] In addition, more patients are treated chronically with angiotensin-converting enzyme inhibitors or angiotensin II receptor (type 1)

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006907

antagonists, sometimes even combined with β-adrenoceptor blockade, impairing blood pressure maintenance.[62] In such patients, during anesthesia, hypotension refractory to repeated boluses of catecholamines has been described.[63] When anesthetized patients using AT-II receptor antagonists developed hypotension and did not respond to three boluses of epinephrine or phenylephrine, intravenous administration of the selective V1 vasopressin receptor agonist terlipressin (1 mg, triglycyllysin vasopressin) resulted in a significant and long-lasting increase in arterial blood pressure within 1 min.[64] Although no serious side effects were reported,[64] in one investigation, a case of myocardial ischemia requiring percutaneous transluminal coronary angioplasty after terlipressin was reported in a patient with coronary artery disease.[65] In this context, it should be remembered that some decades ago, AVP injection served as a stress test to uncover coronary artery disease by precipitating angina. Coronary artery disease is a contraindication for terlipressin, as outlined in the package insert.

Epidural anesthesia, especially thoracic epidural anesthesia, blocks neural traffic both to the vasculature and to the adrenal gland and also hormone responses including renal renin release, whereas AVP concentrations increase.[23,66] Therefore, patients with epidural anesthesia, especially when combined with general anesthesia and positive pressure ventilation, are at risk for hypotension. Exogenous AVP may be considered a suitable vasopressor in these patients. However, no data are available.

Therefore, terlipressin in a single 1-mg dose is an optional treatment for intraoperative hypotension refractory to catecholamines, especially in patients using renin-angiotensin system inhibitors.[67,68] Terlipressin (fig. 1 and table 2) is a synthetic vasopressin analog that is administered intravenously and converted into lysine vasopressin, resulting in a vasopressor effect lasting approximately 8 h. However, because terlipressin decreases splanchnic perfusion and oxygen delivery,[69] it should be used very cautiously, especially in patients with occlusive artery disease, until further studies are available.

**Obstetric Anesthesia.** No data exist on the use of exogenous vasopressin for the treatment of hypotension during obstetric anesthesia. Exogenous vasopressin significantly decreases uterine blood flow in the nonpregnant state as well as in pregnancy.[70,71] Therefore, vasopressin does not seem to be a suitable vasopressor for obstetric anesthesia during pregnancy or labor.

**Anesthesia for Resection of Neuroendocrine Tumors.** Pheochromocytoma is usually characterized by ectopic catecholamine secretion resulting in hypertension. However, pheochromocytoma releasing vasopressin has been described as well. In both types of tumors, feedback mechanisms could possibly down-regulate the neurohypophyseal vasopressin synthesis or release, but this has not been tested.[72,73] Patients with pheochromocytoma usually receive preoperative pharmacologic blockade of adrenoceptors. Thus, after tumor removal, maintenance of blood pressure by exogenous catecholamines can be impaired even when adequate fluid load is achieved. Exogenous vasopressin may be helpful in these patients. Two cases have been published describing exogenous vasopressin (AVP bolus of 10–20 U followed by 0.1 U/min) being used to restore blood pressure in a patients after pheochromocytoma resection.[74,75]

### Vasopressin in Sepsis

Septic shock is characterized by vasodilatation and hypotension despite increased catecholamine concentrations and activation of the renin-angiotensin system. While nitric oxide is known to be responsible for vasodilation, failure of vascular smooth muscle to constrict may in part also be due to low vasopressin plasma concentrations.[76] In patients with septic shock, significantly lower vasopressin plasma concentrations have been measured compared with patients in cardiogenic shock, despite similar hypotension (i.e., 3.1 vs. 22.7 pg/ml).[46] In the initial phase of septic shock, vasopressin concentrations almost always increase, but decrease to a significantly lower concentration after onset of septic shock.[77] This relative vasopressin deficiency may be caused by early depletion of hypothalamic AVP stores as revealed in magnetic resonance imaging by the loss of the T1-weighted signal, which is characteristic for the vasopressin content of the posterior pituitary lobe in patients with septic shock.[78] However, inhibition of cardiopulmonary afferents by volume loading or high catecholamine concentrations could also contribute to the comparatively low vasopressin concentrations observed in vasodilatory shock.[44] In addition, animal studies suggest that vasopressin V1 receptor gene expression in liver, lung, kidney, and heart is decreased as a result of cytokine-mediated down-regulation during endotoxemia, which may further aggravate the hemodynamic situation.[79]

Exogenous vasopressin has been used in patients with septic shock in several studies. AVP infusion (0.01 U/min) in patients with septic shock increased plasma concentrations of vasopressin to approximately 30 pg/ml, indicating that enhanced vasopressin degradation cannot account for low AVP plasma concentrations in sepsis.[46] Furthermore, AVP infusion (0.01–0.04 U/min) increased peripheral vascular resistance and arterial blood pressure within minutes of application.[80] No increase in pulmonary vascular resistance or pulmonary artery pressure was reported in patients treated with low-dose vasopressin (0.04 U/min), nor were cardiac complications or changes in electrolyte, blood and urine osmolality, or metabolic variables (fig. 6).[81] In fact, urine

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.
PAR-VASO-0006908



**Fig. 6. Effect on hemodynamic variables of vasopressin infusion in patients with septic shock. Vasopressin significantly increases mean arterial pressure (MAP) and systemic vascular resistance index (SVRI) within minutes of application. It does not significantly influence pulmonary vascular resistance index (PVRI), mean pulmonary artery pressure (MPAP), cardiac index (CI), heart rate (HR), wedge pressure (PCWP), or central venous pressure (CVP). From Tsuneyoshi *et al.*[81]; with permission.**

output and creatinine clearance increased significantly in vasopressin-treated patients, if not anuric before treatment.[82] However, dosage should be limited to prevent adverse outcomes. In a retrospective analysis of 50 patients in severe septic shock receiving AVP for more than 2 h in an open-label fashion as a rescue therapy, 6 patients experienced cardiac arrest, 5 of them with a vasopressin infusion of more than 0.03 U/min.[83] Gastrointestinal perfusion can be reduced by vasopressin infusion,[84] but moderate doses of AVP (0.04 U/min) do not severely impair blood flow. Higher doses (exceeding 0.1 U/min) may induce ischemia in the mesenteric and renal circulation and decrease cardiac index, oxygen delivery, and oxygen uptake.[85,86] When AVP is used as a single vasopressor, high doses (up to 1.8 U/min) are necessary to maintain blood pressure.[86] Further side effects of AVP infusion were reported, such as significant decreases in platelet count and a significant increase in liver enzymes and total bilirubin concentration,[87–89] and suggest induction of platelet adhesion and reduction of liver perfusion, respectively. Despite decreases in platelet count, however, overall coagulation does not seem to be im-

paired in patients receiving AVP in advanced septic shock.[88,89] Severe ischemic skin necrosis after extravasation of vasopressin has also been reported.[90]

Alternatively, single bolus administration of 1–2 mg terlipressin, the selective V1 receptor agonist, has been reported to increase mean arterial blood pressure for approximately 5 h without serious side effects in eight patients with septic shock after other treatments had failed.[91,92] However, terlipressin is a potent intestinal vasoconstrictor, and evidence suggests decreased intestinal perfusion with terlipressin infusion.[93,94]

In summary, AVP is a potent vasopressor in septic shock, and its administration results in increased arterial blood pressure and decreased catecholamine requirements in the majority of patients, including children.[95,96] AVP infusion in advanced vasodilatory shock can be considered as a supplementary vasopressor. Low AVP doses (0.01–0.07 U/min) combined with norepinephrine are an optional treatment to stabilize cardiovascular function.[97] Few data are available to evaluate side effects, dose limits, and mortality in comparison with conventional treatments. Therefore, further studies will be of great interest.

*Vasopressin during Hemorrhage*

Fluid resuscitation is the standard of care for hemorrhagic shock. However, in cases of prolonged hemorrhagic shock, the response to both volume and catecholamine vasopressors can be poor because of persistent vasodilation, acidosis, receptor down-regulation, and/or nitric oxide release. Animal data show promising effects of AVP infusion on restoration of circulation and survival in severe hemorrhagic shock.[98,99] Recently, AVP was demonstrated to restore circulation when used as an adjunct vasopressor in intractable hypotension due to hemorrhagic shock.[100–103] However, timing of application and AVP doses differed greatly, with dosages ranging from a 40-U bolus to a 0.04-U/min continuous infusion. In selected patients who would possibly die otherwise, AVP application may provide an option to stabilize cardiocirculatory function. However, data are very limited, and further research is needed.[104]

*Vasopressin in Vasodilatory Shock*

Apart from sepsis, vasopressin has been used also to increase arterial blood pressure in several other vasodilatory shock states, such as shock after cardiopulmonary bypass, or in hemodynamically unstable organ donors.

Cardiopulmonary bypass typically increases vasopressin plasma concentrations to more than 100 pg/ml.[105] Some patients develop postbypass hypotension as part of a systemic inflammatory response. These patients often need vasopressors for postbypass hypotension. In these patients, low AVP plasma concentrations (< 10 pg/ml) have been found, and this has been hypothesized

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006909

to represent vasopressin deficiency[106] (table 3). Risk factors for postbypass shock with inappropriately low AVP plasma concentrations are low ejection fraction and use of angiotensin-converting enzyme inhibitors.[107] In patients receiving a left ventricular assist device, AVP rapidly and significantly increased arterial pressure due to increased systemic resistance while cardiac index remained unchanged. Similarly, vasopressin (0.1 U/min) was effective in vasodilatory shock after cardiac transplantation.[108] In fact, vasopressin infusion (0.1 U/min) in patients with postcardiotomy hypotension enabled discontinuation of catecholamine administration in some patients. Prophylactic use of vasopressin in high-risk patients undergoing cardiopulmonary bypass has also been successful.[109] The effective and safe use of vasopressin ($0.0003–0.002 \ U \cdot kg^{-1} \cdot min^{-1}$) has also been shown in children after cardiac surgery.[110,111] Case reports also suggest that vasopressin is effective in the treatment of hypotension due to phosphodiesterase inhibitors in patients with heart failure.[112]

In severe anaphylactic shock, cardiovascular collapse results from vasodilation and increased capillary permeability and relative hypovolemia. Vasopressin has been shown to restore blood pressure after catecholamine administration was ineffective in several cases of anaphylactic shock. Dosages ranged from 2 to 40 U as a bolus administration. The 2005 American Heart Association Guidelines on CPR mention vasopressin administration as a potential therapy for severely hypotensive patients in anaphylactic shock, but no dosages are recommended.[113]

Desmopressin, the V2 receptor agonist, has long been used to treat central diabetes insipidus in brain-dead organ donors, and its use, although not causing hemodynamic changes, is critical in these patients. Studies on side effects suggest decreased graft function due to its procoagulatory effects.[114–116] In contrast, early reports demonstrated that AVP in polyuric brain-dead organ donors resulted in normal urine output, preserved kidney function, and hemodynamic stability. Therefore, use of vasopressin in organ donors with diabetes insipidus has been proposed to increase the quality and number of organs for transplantation.[117] Comparatively low vasopressin plasma concentrations ($< 8$ pg/ml) were reported in hemodynamically unstable organ donors without clinical signs of diabetes insipidus.[47] AVP infusion ($0.04–0.1$ U/min) in these hypotensive patients restored blood pressure and significantly decreased catecholamine requirements. Further studies are needed to assess the influence of vasopressin on graft function.

### Vasopressin during Cardiopulmonary Resuscitation

Patients with subsequent cardiac arrest have vasopressin plasma concentrations of up to 193 pg/ml before CPR.[48] Interestingly, patients in whom spontaneous circulation could be restored had significantly higher vasopressin concentrations both before and during CPR than those without return of spontaneous circulation.[45] Given the importance of vasopressin for circulatory stability, vasopressor effects of AVP might have contributed to resuscitation by improved vital organ blood flow. Therefore, exogenous vasopressin has been used during CPR in humans and in animal experiments. After unsuccessful CPR with epinephrine, vasopressin increased coronary perfusion pressure in a subgroup of patients.[118] Many studies in animals after evoked ventricular fibrillation or ventricular tachycardia have reported beneficial effects on outcome after vasopressin administration. In experimental CPR protocols including randomized treatment with either vasopressin or epinephrine, vasopressin was superior to epinephrine in increasing vital organ blood flow, including cerebral blood flow, and significantly more animals were resuscitated.[119–123] Vasopressin during CPR increases coronary artery cross-sectional area.[124] AVP (40 U) can be administered intravenously, as well as endobronchially or via the intraosseous route.[125,126]

Although case reports have described restoration of spontaneous circulation in humans after vasopressin when previous intravenous administration of epinephrine administration and defibrillation had failed,[127] only two prospective studies on the use of AVP for human CPR as the initial vasopressor agent are available. Of 40 patients with out-of-hospital ventricular fibrillation resistant to electrical defibrillation and treated with either epinephrine (1 mg intravenously) or AVP (40 U intravenously), a significantly larger number was successfully resuscitated and survived for 24 h after vasopressin.[128] In contrast, in 200 patients randomly assigned to receive either epinephrine (1 mg intravenously) or AVP (40 U intravenously) during in-hospital CPR, regardless of initial rhythm, no differences in restoration of spontaneous circulation or survival rate were reported.[129] Possibly, the difference in results between these studies relates to a marked difference in the study population (in-hospital vs. out-of-hospital arrest) and in time to start of CPR. Recently, the European Resuscitation Council gave a class IIb recommendation for the use of 40 U vasopressin as an initial vasopressor in adults with shock-refractory ventricular fibrillation as an alternative to 1 mg epinephrine.[130] The 2005 American Heart Association Guidelines on CPR recommend either to use repeated 1-mg boluses of epinephrine every 3–5 min or to replace the first or second dose of epinephrine with one dose of 40 U vasopressin intravenously or intraosseously (class indeterminate).[113] Vasopressin (40 U bolus) during CPR with initial rhythms other than ventricular fibrillation/ventricular tachycardia may also be considered to replace the first or second bolus of epinephrine. In a comparison of vasopressin and epinephrine in 1,186 patients with out-of-hospital CPR, there was no significant difference in outcome between vasopressin and epinephrine in pa-

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006910

tients with ventricular tachycardia or pulseless electrical activity but a significantly better outcome among patients with asystole receiving vasopressin treatment.[131]

A retrospective case series of children with cardiac arrest suggests beneficial effects of AVP when administered after failure of conventional CPR.[132] In contrast, after asphyxia in swine, used as a model for pediatric CPR, epinephrine (200 µg/kg) was found to be superior to vasopressin (0.8 U/kg) with regard to coronary perfusion pressure, left ventricular myocardial blood flow, and return of spontaneous circulation.[133] AVP in 0.4-U/kg boluses was reported to be equipotent to 45 µg/kg epinephrine.[134] In contrast, 0.4 U/kg vasopressin was found to be superior to 45 µg/kg epinephrine in the same setting, when cardiac arrest was evoked by ventricular fibrillation.[135] Taken together, there is inadequate data about the use of vasopressin for CPR in infants and children, and no active recommendations exist.[113] Further studies are necessary to determine the role of AVP during human CPR, in particular in patients with coronary artery disease.

*Vasopressin and Portal Venous Hypertension*
Vasoconstriction mediated *via* V1 receptors decreases mesenteric blood flow. The selective V1 agonist terlipressin also mediates arteriolar vasoconstriction in the splanchnic vascular bed.[136] Both vasopressin and terlipressin can decrease hepatic blood flow. Although both agents decrease blood flow and pressure in esophageal varices, vasopressin is less efficient and may cause more systemic side effects than terlipressin. Therefore, terlipressin (1- to 2-mg intravenous bolus every 4–6 h) has long been used to treat bleeding from esophageal varices in patients with portal venous hypertension.[137,138] Recently, new indications for the use of terlipressin in patients with chronic liver disease have been investigated because portal hypertension is often associated with a hyperdynamic circulation with increased cardiac output, heart rate, and plasma volume, as well as decreased blood pressure and systemic vascular resistance. Terlipressin (2-mg intravenous bolus) in patients with liver cirrhosis and portal hypertension increases arterial blood pressure and systemic vascular resistance, whereas cardiac output and heart rate decrease and portal pressure and hepatic blood flow are diminished.[94] Thus, terlipressin significantly attenuates the hyperdynamic circulation in chronic liver disease with portal hypertension.[94] Furthermore, portal hypertension with functional renal failure, *i.e.*, hepatorenal syndrome, has a high mortality and is also characterized by decreased systemic vascular resistance and hypotension. Terlipressin was suggested to improve renal function and survival in patients with hepatorenal syndrome.[139–141] Terlipressin (0.5- to 2-mg intravenous bolus every 4 h or 6 mg/24 h, respectively) combined with colloid infusion was found to reverse the hepatorenal syndrome in most pa-

tients.[142,143] Thus, terlipressin is a promising drug for patients with chronic liver disease.

*Vasopressin Receptor Antagonists*
Patients with chronic heart failure have increased plasma vasopressin concentrations, which may contribute to their clinical syndrome of fluid retention. Because AVP regulates vascular tone and water reabsorption *via* V1 and V2 receptor subtypes, respectively, these receptors are a potential neurohormonal target in the treatment of chronic heart failure. Two vasopressin antagonists, tolvaptan (oral V2 receptor antagonist)[144] and conivaptan (oral dual V1 and V2 receptor antagonist)[145–147] are currently under clinical evaluation. Both drugs have potent diuretic effects and are useful for treatment of the syndrome of inappropriate antidiuretic hormone secretion and other states of hyponatremia and water retention, *e.g.*, liver cirrhosis.[148,149]

Selective V1 antagonists are being studied for their effects on human vascular smooth muscle cells and tested in patients with essential hypertension and Raynaud phenomenon.[150–152]

Selective V3 antagonists are also under evaluation for anxiolytic and antidepressant effects in the treatment of stress-related disorders.[153,154] All of these approaches deserve further evaluation.

## Summary

Vasopressin, a hypothalamic peptide, is crucial for fluid homeostasis and cardiovascular control, acting *via* three different receptor subtypes (V1, V2, and V3). Diabetes insipidus, defined as lack of vasopressin release or its renal effects, and resulting in excessive loss of water, can be treated using the V2 agonist desmopressin. Desmopressin also increases factor VIII and vWF concentrations and, therefore, can decrease bleeding. AVP and terlipressin, a V1 agonist, increase blood pressure by vasoconstriction and are used to treat intraoperative hypotension, portal venous hypertension, and septic and other (post– cardiopulmonary bypass) types of vasodilatory shock and to restore circulation during CPR. Side effects must be further investigated, and more studies are required.

Vasopressin receptor antagonists decrease vascular smooth muscle contraction (V1 antagonists) and have diuretic effects (V2 antagonists). They are currently under clinical investigation mainly for treatment of chronic heart failure.

## References

1. Leng G, Brown CH, Russell JA: Physiological pathways regulating the activity of magnocellular neurosecretory cells. Prog Neurobiol 1999; 57:625–55
2. Scott LV, Dinan TG: Vasopressin and the regulation of hypothalamic-pituitary-adrenal axis function: Implications for the pathophysiology of depression. Life Sci 1998; 62:1985–98

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006911

3. Gouzenes L, Desarmenien MG, Hussy N, Richard P, Moos FC: Vasopressin regularizes the phasic firing pattern of rat hypothalamic magnocellular vasopressin neurons. J Neurosci 1998; 18:1879–85

4. Chevaleyre V, Moos FC, Desarmenien MG: Interplay between presynaptic and postsynaptic activities is required for dendritic plasticity and synaptogenesis in the supraoptic nucleus. J Neurosci 2002; 22:265–73

5. Goldsmith SR: Baroreceptor-mediated suppression of osmotically stimulated vasopressin in normal humans. J Appl Physiol 1988; 65:1226–30

6. Thibonnier M, Berti-Mattera LN, Dulin N, Conarty DM, Mattera R: Signal transduction pathways of the human V1-vascular, V2-renal, V3-pituitary vasopressin and oxytocin receptors. Prog Brain Res 1998; 119:147–61

7. Birnbaumer M: Vasopressin receptors. Trends Endocrinol Metab 2000; 11:406–10

8. Barberis C, Mouillac B, Durroux T: Structural bases of vasopressin/oxytocin receptor function. J Endocrinol 1998; 156:223–9

9. Robben JH, Knoers NV, Deen PM: Regulation of the vasopressin V2 receptor by vasopressin in polarized renal collecting duct cells. Mol Biol Cell 2004; 15:5693–9

10. Baumann G, Dingman JF: Distribution, blood transport, and degradation of antidiuretic hormone in man. J Clin Invest 1976; 57:1109–16

11. Beardwell CG, Geelen G, Palmer HM, Roberts D, Salamonson L: Radioimmunoassay of plasma vasopressin in physiological and pathological states in man. J Endocrinol 1975; 67:189–202

12. Mason WT: Supraoptic neurones of rat hypothalamus are osmosensitive. Nature 1980; 287:154–7

13. Bankir L, Fernandes S, Bardoux P, Bouby N, Bichet DG: Vasopressin-V2 receptor stimulation reduces sodium excretion in healthy humans. J Am Soc Nephrol 2005; 16:1920–8

14. Bankir L: Antidiuretic action of vasopressin: Quantitative aspects and interaction between V1a and V2 receptor-mediated effects. Cardiovasc Res 2001; 51:372–90

15. Birnbaumer M: The V2 vasopressin receptor mutations and fluid homeostasis. Cardiovasc Res 2001; 51:409–15

16. Mann SE, Fresquez M, Ross MG: A simplified index of the plasma sodium threshold for arginine vasopressin secretion-noning fasting, euhydrated sodium levels. Am J Obstet Gynecol 2000; 183:933–6

17. Ebert TJ, Cowley AW Jr, Skelton M: Vasopressin reduces cardiac function and augments cardiopulmonary baroreflex resistance increases in man. J Clin Invest 1986; 77:1136–42

18. Knepper MA: Molecular physiology of urinary concentrating mechanism: Regulation of aquaporin water channels by vasopressin. Am J Physiol 1997; 272:F3–12

19. Sangkuhl K, Rompler H, Busch W, Karges B, Schoneberg T: Nephrogenic diabetes insipidus caused by mutation of Tyr205: A key residue of V2 vasopressin receptor function (case report). Hum Mutat 2005; 25:505

20. Pivonello R, De Bellis A, Faggiano A, Di Salle F, Petretta M, Di Somma C, Perrino S, Altucci P, Bizzarro A, Bellastella A, Lombardi G, Colao A: Central diabetes insipidus and autoimmunity: Relationship between the occurrence of antibodies to arginine vasopressin-secreting cells and clinical, immunological, and radiological features in a large cohort of patients with central diabetes insipidus of known and unknown etiology. J Clin Endocrinol Metab 2003; 88:1629–36

21. Robinson AG: DDAVP in the treatment of central diabetes insipidus. N Engl J Med 1976; 294:507–11

22. Peters J, Schlaghecke R, Thouet H, Arndt JO: Endogenous vasopressin supports blood pressure and prevents severe hypotension during epidural anesthesia in conscious dogs. ANESTHESIOLOGY 1990; 73:694–702

23. Carp H, Vadhera R, Jayaram A, Garvey D: Endogenous vasopressin and renin-angiotensin systems support blood pressure after epidural block in humans. ANESTHESIOLOGY 1994; 80:1000–7

24. Aylward PE, Floras JS, Leimbach WN Jr, Abboud FM: Effects of vasopressin on the circulation and its baroreflex control in healthy men. Circulation 1986; 73:1145–54

25. Saad CI, Ribeiro AB, Zanella MT, Mulinari RA, Gavras I, Gavras H: The role of vasopressin in blood pressure maintenance in diabetic orthostatic hypotension. Hypertension 1988; 11:I217–21

26. Williams TD, Da Costa D, Mathias CJ, Bannister R, Lightman SL: Pressor effect of arginine vasopressin in progressive autonomic failure. Clin Sci (Lond) 1986; 71:173–8

27. Cowley AW Jr, Liard JF: Vasopressin and arterial pressure regulation: Special lecture. Hypertension 1988; 11:I25–32

28. Knotzer H, Pajk W, Maier S, Ladurner R, Kleinsasser A, Wenzel V, Dunser MW, Ulmer H, Hasibeder WR: Arginine vasopressin reduces intestinal oxygen supply and mucosal tissue oxygen tension. Am J Physiol Heart Circ Physiol 2005; 289:H168–73

29. Abboud FM, Floras JS, Aylward PE, Guo GB, Gupta BN, Schmid PG: Role of vasopressin in cardiovascular and blood pressure regulation. Blood Vessels 1990; 27:106–15

30. Walker BR, Haynes J Jr, Wang HL, Voelkel NF: Vasopressin-induced pulmonary vasodilation in rats. Am J Physiol 1989; 257:H415–22

31. Hirsch AT, Dzau VJ, Majzoub JA, Creager MA: Vasopressin-mediated forearm vasodilation in normal humans: Evidence for a vascular vasopressin V2 receptor. J Clin Invest 1989; 84:418–26

32. Rudichenko VM, Beierwaltes WH: Arginine vasopressin-induced renal vasodilation mediated by nitric oxide. J Vasc Res 1995; 32:100–5

33. Suzuki Y, Satoh S, Oyama H, Takayasu M, Shibuya M, Sugita K: Vasopressin mediated vasodilation of cerebral arteries. J Auton Nerv Syst 1994; 49 (suppl): S129–32

34. Hasser EM, Cunningham JT, Sullivan MJ, Curtis KS, Blaine EH, Hay M: Area postrema and sympathetic nervous system effects of vasopressin and angiotensin II. Clin Exp Pharmacol Physiol 2000; 27:432–6

35. Grindstaff RR, Cunningham JT: Cardiovascular regulation of vasopressin neurons in the supraoptic nucleus. Exp Neurol 2001; 171:219–26

36. Halbeck M, Larhammar D, Blomqvist A: Neuropeptide expression in rat paraventricular hypothalamic neurons that project to the spinal cord. J Comp Neurol 2001; 433:222–38

37. Oz M, Kolaj M, Renaud LP: Electrophysiological evidence for vasopressin V(1) receptors on neonatal motoneurons, premotor and other ventral horn neurons. J Neurophysiol 2001; 86:1202–10

38. Bishop VS, Hay M: Involvement of the area postrema in the regulation of sympathetic outflow to the cardiovascular system. Front Neuroendocrinol 1993; 14:57–75

39. Goldsmith SR: The effect of moderate hypotension on vasopressin levels in normal humans. Am J Med Sci 1989; 298:295–8

40. Gabrielsen A, Warberg J, Christensen NJ, Bie P, Stadeager C, Pump B, Norsk P: Arterial pulse pressure and vasopressin release during graded water immersion in humans. Am J Physiol Regul Integr Comp Physiol 2000; 278: R1583–8

41. Norsk P, Ellegaard P, Videback R, Stadeager C, Jensen F, Johansen LB, Kristensen MS, Kamegai M, Warberg J, Christensen NJ: Arterial pulse pressure and vasopressin release in humans during lower body negative pressure. Am J Physiol 1993; 264:R1024–30

42. Gianutsatio C, Del Bo A, Cattaneo BM, Cuspidi C, Gronda E, Frigerio M, Mangiavacchi M, Marabini M, De Vita C, Grassi G, Zanchetti A, Mancia G: Reflex vasopressin and renin modulation by cardiac receptors in humans. Hypertension 1993; 21:461–9

43. Taylor MM, Baker JR, Samson WK: Brain-derived adrenomedullin controls blood volume through the regulation of vasopressin production and release. Am J Physiol Regul Integr Comp Physiol 2005; 288:R1203–10

44. Holmes CL, Patel BM, Russell JA, Walley KR: Physiology of vasopressin relevant to management of septic shock. Chest 2001; 120:989–1002

45. Lindner KH, Haak T, Keller A, Bothner U, Lurie KG: Release of endogenous vasopressors during and after cardiopulmonary resuscitation. Heart 1996; 75: 145–50

46. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA: Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997; 95:1122–5

47. Chen JM, Cullinane S, Spanier TB, Artrip JH, John R, Edwards NM, Oz MC, Landry DW: Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors. Circulation 1999; 100:II244–6

48. Aguilera G, Rabadan-Diehl C: Vasopressinergic regulation of the hypothalamic-pituitary-adrenal axis: Implications for stress adaptation. Regul Pept 2000; 96:23–9

49. Tanoue A, Ito S, Honda K, Oshikawa S, Kitagawa Y, Koshimizu TA, Mori T, Tsujimoto G: The vasopressin V1b receptor critically regulates hypothalamic-pituitary-adrenal axis activity under both stress and resting conditions. J Clin Invest 2004; 113:302–9

50. Hernando F, Schoots O, Lolait SJ, Burbach JP: Immunohistochemical localization of the vasopressin V1b receptor in the rat brain and pituitary gland: Anatomical support for its involvement in the central effects of vasopressin. Endocrinology 2001; 142:1659–68

51. Dinan TG, O'Brien S, Lavelle E, Scott LV: Further neuroendocrine evidence of enhanced vasopressin V3 receptor responses in melancholic depression. Psychol Med 2004; 34:169–72

52. Kornberger E, Prengel AW, Krismer A, Schwarz B, Wenzel V, Lindner KH, Mair P: Vasopressin-mediated adrenocorticotropin release increases plasma cortisol concentrations during cardiopulmonary resuscitation. Crit Care Med 2000; 28:3517–21

53. Mannucci PM: Desmopressin (DDAVP) in the treatment of bleeding disorders: The first twenty years. Haemophilia 2000; 6 (suppl 1):60–7

54. Cattaneo M: Desmopressin in the treatment of patients with defects of platelet function. Haematologica 2002; 87:1122–4

55. Cattaneo M: Review of clinical experience of desmopressin in patients with congenital and acquired bleeding disorders. Eur J Anaesthesiol Suppl 1997; 14:10–4

56. Kobrinsky NL, Israels ED, Gerrard JM, Cheang MS, Watson CM, Bishop AJ, Schroeder ML: Shortening of bleeding time by 1-deamino-8-D-arginine vasopressin in various bleeding disorders. Lancet 1984; 1:1145–8

57. Girolami A, Vettore S, Fabris F: Selection of both normal and bleeding patients is indicated before desmopressin administration (letter). Thromb Haemost 2003; 93:1198

58. Pleym H, Stenseth R, Wahba A, Bjella L, Tromsdal A, Karevold A, Dale O: Prophylactic treatment with desmopressin does not reduce postoperative bleeding after coronary surgery in patients treated with aspirin before surgery. Anesth Analg 2004; 98:578–84

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

59. Lindheimer MD, Davison JM: Osmoregulation, the secretion of arginine vasopressin and its metabolism during pregnancy. Eur J Endocrinol 1995; 132: 133–43

60. van der Post JA, van Buul BJ, Hart AA, van Heerikhuize JJ, Pesman G, Legros JJ, Steegers EA, Swaab DF, Boer K: Vasopressin and oxytocin levels during normal pregnancy: Effects of chronic dietary sodium restriction. J Endocrinol 1997; 152:345–54

61. Brinkmann A, Seeling W, Wolf CF, Kneitinger E, Schonberger C, Vogt N, Orend KH, Buchler M, Radermacher P, Georgieff M: Vasopressor hormone response following mesenteric traction during major abdominal surgery. Acta Anaesthesiol Scand 1998; 42:948–56

62. Bertrand M, Godet G, Meersschaert K, Brun L, Salcedo E, Coriat P: Should the angiotensin II antagonists be discontinued before surgery? Anesth Analg 2001; 92:26–30

63. Brabant SM, Bertrand M, Eyraud D, Darmon PL, Coriat P: The hemodynamic effects of anesthetic induction in vascular surgical patients chronically treated with angiotensin II receptor antagonists. Anesth Analg 1999; 89:1388–92

64. Meersschaert K, Brun L, Gourdin M, Mouren S, Bertrand M, Riou B, Coriat P: Terlipressin-ephedrine versus ephedrine to treat hypotension at the induction of anesthesia in patients chronically treated with angiotensin converting-enzyme inhibitors: A prospective, randomized, double-blinded, crossover study. Anesth Analg 2002; 94:835–40

65. Medel J, Boccara G, Van de Steen E, Bertrand M, Godet G, Coriat P: Terlipressin for treating intraoperative hypotension: Can it unmask myocardial ischemia? Anesth Analg 2001; 93:53–5

66. Hopf HB, Schlaghecke R, Peters J: Sympathetic neural blockade by thoracic epidural anesthesia suppresses renin release in response to arterial hypotension. ANESTHESIOLOGY 1994; 80:992–9

67. Boccara G, Ouattara A, Godet G, Dufresne E, Bertrand M, Riou B, Coriat P: Terlipressin versus norepinephrine to correct refractory arterial hypotension after general anesthesia in patients chronically treated with renin-angiotensin system inhibitors. ANESTHESIOLOGY 2003; 98:1338–44

68. Eyraud D, Brabant S, Nathalie D, Fleron MH, Gilles G, Bertrand M, Coriat P: Treatment of intraoperative refractory hypotension with terlipressin in patients chronically treated with an antagonist of the renin-angiotensin system. Anesth Analg 1999; 88:980–4

69. Morelli A, Tritapepe L, Rocco M, Conti G, Orecchioni A, De Gaetano A, Picchini U, Pelaia P, Reale C, Pietropaoli P: Terlipressin versus norepinephrine to counteract anesthesia-induced hypotension in patients treated with renin-angiotensin system inhibitors: Effects on systemic and regional hemodynamics. ANESTHESIOLOGY 2005; 102:12–9

70. Sjoquist PO, Bjellin L, Carter AM: Effect of a vasopressin analogue (Nalpha-glycyl-glycyl-glycyl-[8-lysine]-vasopressin) on organ blood flow in the pregnant guinea pig. Acta Pharmacol Toxicol (Copenh) 1977; 40:369–77

71. Sjoquist PO, Bjellin L, Carter AM: Effect of 1-deamino-6-carba-(8-arginine)-vasopressin on organ blood flow in the female guinea pig. Eur J Pharmacol 1977; 46:25–30

72. Boccara G, Mann C, Guillon G: Secretion of vasopressin from a human pheochromocytoma (letter). Ann Intern Med 1998; 128:1049

73. Kay J, Minkel DT, Gustafson AB, Skelton M, Cowley AW Jr, Wilson SD: Elevated plasma vasopressin (AVP) levels during resection of pheochromocytomas. Surgery 1986; 100:1150–3

74. Augoustides JG, Abrams M, Berkowitz D, Fraker D: Vasopressin for hemodynamic rescue in catecholamine-resistant vasoplegic shock after resection of massive pheochromocytoma. ANESTHESIOLOGY 2004; 101:1022–4

75. Tan SG, Koay CK, Chan ST: The use of vasopressin to treat catecholamine-resistant hypotension after phaeochromocytoma removal. Anaesth Intensive Care 2002; 30:477–80

76. Reid IA: Role of vasopressin deficiency in the vasodilation of septic shock. Circulation 1997; 95:1108–10

77. Sharshar T, Blanchard A, Paillard M, Raphael JC, Gajdos P, Annane D: Circulating vasopressin levels in septic shock. Crit Care Med 2003; 31:1752–8

78. Sharshar T, Carlier R, Blanchard A, Feydy A, Gray F, Paillard M, Raphael JC, Gajdos P, Annane D: Depletion of neurohypophyseal content of vasopressin in septic shock. Crit Care Med 2002; 30:497–500

79. Bucher M, Hobbhahn J, Taeger K, Kurtz A: Cytokine-mediated downregulation of vasopressin V(1A) receptors during acute endotoxemia in rats. Am J Physiol Regul Integr Comp Physiol 2002; 282:R979–84

80. Malay MB, Ashton RC Jr, Landry DW, Townsend RN: Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999; 47:699–703

81. Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Boyle WA III: Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. Crit Care Med 2001; 29:487–93

82. Patel BM, Chittock DR, Russell JA, Walley KR: Beneficial effects of short-term vasopressin infusion during severe septic shock. ANESTHESIOLOGY 2002; 96: 576–82

83. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA: The effects of vasopressin on hemodynamics and renal function in severe septic shock: A case series. Intensive Care Med 2001; 27:1416–21

84. van Haren FM, Rozendaal FW, van der Hoeven JG: The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. Chest 2003; 124:2256–60

85. Malay MB, Ashton JL, Dahl K, Savage EB, Burchell SA, Ashton RC Jr, Sciacca RR, Oliver JA, Landry DW: Heterogeneity of the vasoconstrictor effect of vasopressin in septic shock. Crit Care Med 2004; 32:1327–31

86. Klinzing S, Simon M, Reinhart K, Bredle DL, Meier-Hellmann A: High-dose vasopressin is not superior to norepinephrine in septic shock. Crit Care Med 2003; 31:2646–50

87. Dunser MW, Mayr AJ, Ulmer H, Ritsch N, Knotzer H, Pajk W, Luckner G, Mutz NJ, Hasibeder WR: The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: A retrospective analysis. Anesth Analg 2001; 93:7–13

88. Dunser MW, Fries DR, Schobersberger W, Ulmer H, Wenzel V, Friesenecker B, Hasibeder WR, Mayr AJ: Does arginine vasopressin influence the coagulation system in advanced vasodilatory shock with severe multiorgan dysfunction syndrome? Anesth Analg 2004; 99:201–6

89. Luckner G, Dunser MW, Jochberger S, Mayr VD, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, Mayr AJ, Friesenecker B: Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med 2005; 33:2659–66

90. Kahn JM, Kress JP, Hall JB: Skin necrosis after extravasation of low-dose vasopressin administered for septic shock. Crit Care Med 2002; 30:1899–901

91. O'Brien A, Clapp L, Singer M: Terlipressin for norepinephrine-resistant septic shock. Lancet 2002; 359:1209–10

92. Albanese J, Leone M, Delmas A, Martin C: Terlipressin or norepinephrine in hyperdynamic septic shock: A prospective, randomized study. Crit Care Med 2005; 33:1897–902

93. Westphal M, Freise H, Kehrel BE, Bone HG, Van Aken H, Sielenkamper AW: Arginine vasopressin compromises gut mucosal microcirculation in septic rats. Crit Care Med 2004; 32:194–200

94. Moller S, Hansen EF, Becker U, Brinch K, Henriksen JH, Bendtsen F: Central and systemic haemodynamic effects of terlipressin in portal hypertensive patients. Liver 2000; 20:51–9

95. Masutani S, Senzaki H, Ishido H, Taketazu M, Matsunaga T, Kobayashi T, Sasaki N, Asano H, Kyo S, Yokote Y: Vasopressin in the treatment of vasodilatory shock in children. Pediatr Int 2005; 47:132–6

96. Rodriguez-Nunez A, Fernandez-Sanmartin M, Martinon-Torres F, Gonzalez-Alonso N, Martinon-Sanchez JM: Terlipressin for catecholamine-resistant septic shock in children. Intensive Care Med 2004; 30:477–80

97. Dunser M, Hasibeder WR, Wenzel V, Mayr AJ: Lessons learned from high-dosage vasopressin infusion in septic shock (letter). Crit Care Med 2005; 32:1433

98. Morales D, Madigan J, Cullinane S, Chen J, Heath M, Oz M, Oliver JA, Landry DW: Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation 1999; 100:226–9

99. Stadlbauer KH, Wagner-Berger HG, Raedler C, Voelckel WG, Wenzel V, Krismer AC, Klima G, Rheinberger K, Nussbaumer W, Pressmar D, Lindner KH, Konigsrainer A: Vasopressin, but not fluid resuscitation, enhances survival in a liver trauma model with uncontrolled and otherwise lethal hemorrhagic shock in pigs. ANESTHESIOLOGY 2003; 98:699–704

100. Sharma RM, Setur R: Vasopressin in hemorrhagic shock. Anesth Analg 2005; 101:833–4

101. Tsuneyoshi I, Onomoto M, Yonetani A, Kanmura Y: Low-dose vasopressin infusion in patients with severe vasodilatory hypotension after prolonged hemorrhage during general anesthesia. J Anesth 2005; 19:170–3

102. Haas T, Voelckel WG, Wiedermann F, Wenzel V, Lindner KH: Successful resuscitation of a traumatic cardiac arrest victim in hemorrhagic shock with vasopressin: A case report and brief review of the literature. J Trauma 2004; 57:177–9

103. Krismer AC, Wenzel V, Voelckel WG, Innerhofer P, Stadlbauer KH, Haas T, Pavlic M, Sparr HJ, Lindner KH, Koenigsrainer A: Employing vasopressin as an adjunct vasopressor in uncontrolled traumatic hemorrhagic shock: Three cases and a brief analysis of the literature. Anaesthesist 2005; 54:220–4

104. Stadlbauer KH, Wenzel V, Krismer AC, Voelckel WG, Lindner KH: Vasopressin during uncontrolled hemorrhagic shock: Less bleeding below the diaphragm, more perfusion above. Anesth Analg 2005; 101:830–2

105. Levine FH, Philbin DM, Kono K, Coggins CH, Emerson CW, Austen WG, Buckley MJ: Plasma vasopressin levels and urinary sodium excretion during cardiopulmonary bypass with and without pulsatile flow. Ann Thorac Surg 1981; 32:63–7

106. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW: A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997; 96:II-286–90

107. Argenziano M, Chen JM, Choudhri AF, Cullinane S, Garfein E, Weinberg AD, Smith CR Jr, Rose EA, Landry DW, Oz MC: Management of vasodilatory shock after cardiac surgery: Identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 1998; 116:973–80

108. Argenziano M, Chen JM, Cullinane S, Choudhri AF, Rose EA, Smith CR, Edwards NM, Landry DW, Oz MC: Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant 1999; 18:814–7

109. Morales DL, Garrido MJ, Madigan JD, Helman DN, Faber J, Williams MR, Landry DW, Oz MC: A double-blind randomized trial: Prophylactic vasopressin

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006913

reduces hypotension after cardiopulmonary bypass. Ann Thorac Surg 2003; 75:926–30

110. Rosenzweig EB, Starc TJ, Chen JM, Cullinane S, Timchak DM, Gersony WM, Landry DW, Galantowicz ME: Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation 1999; 100:II182–6

111. Lechner E, Dickerson HA, Fraser CD Jr, Chang AC: Vasodilatory shock after surgery for aortic valve endocarditis: Use of low-dose vasopressin. Pediatr Cardiol 2004; 25:558–61

112. Gold JA, Cullinane S, Chen J, Oz MC, Oliver JA, Landry DW: Vasopressin as an alternative to norepinephrine in the treatment of milrinone-induced hypotension. Crit Care Med 2000; 28:249–52

113. 2005 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Circulation 2005; 112:IV1–203

114. Keck T, Banafsche R, Werner J, Gebhard MM, Herfarth C, Klar E: Desmopressin impairs microcirculation in donor pancreas and early graft function after experimental pancreas transplantation. Transplantation 2001; 72:202–9

115. Banafsche R, Keck T, Diener M, Gebhard MM, Klar E: Desmopressin impairs hepatic microcirculation: Impact on liver graft quality. Transplant Proc 2002; 34:2310–1

116. Marques RG, Rogers J, Chavin KD, Baliga PK, Lin A, Emovon O, Afzal F, Baillie GM, Taber DJ, Ashcraft EE, Rajagopalan PR: Does treatment of cadaveric organ donors with desmopressin increase the likelihood of pancreas graft thrombosis? Results of a preliminary study. Transplant Proc 2004; 36:1048–9

117. Kinoshita Y, Yahata K, Yoshioka T, Onishi S, Sugimoto T: Long-term renal preservation after brain death maintained with vasopressin and epinephrine. Transpl Int 1990; 3:15–8

118. Morris DC, Dereczyk BE, Grzybowski M, Martin GB, Rivers EP, Wortsman J, Amico JA: Vasopressin can increase coronary perfusion pressure during human cardiopulmonary resuscitation. Acad Emerg Med 1997; 4:878–83

119. Wenzel V, Linder KH, Augenstein S, Prengel AW, Strohmenger HU: Vasopressin combined with epinephrine decreases cerebral perfusion compared with vasopressin alone during cardiopulmonary resuscitation in pigs. Stroke 1998; 29:1462–7

120. Wenzel V, Linder KH, Prengel AW, Maier C, Voelckel W, Lurie KG, Strohmenger HU: Vasopressin improves vital organ blood flow after prolonged cardiac arrest with postcountershock pulseless electrical activity in pigs. Crit Care Med 1999; 27:486–92

121. Wenzel V, Lindner KH, Krismer AC, Miller EA, Voelckel WG, Lingnau W: Repeated administration of vasopressin but not epinephrine maintains coronary perfusion pressure after early and late administration during prolonged cardiopulmonary resuscitation in pigs. Circulation 1999; 99:1379–84

122. Johansson J, Gedeborg R, Rubertsson S: Vasopressin versus continuous adrenaline during experimental cardiopulmonary resuscitation. Resuscitation 2004; 62:61–9

123. Raedler C, Voelckel WG, Wenzel V, Krismer AC, Schmittinger CA, Herff H, Mayr VD, Stadlbauer KH, Lindner KH, Konigsrainer A: Treatment of uncontrolled hemorrhagic shock after liver trauma: Fatal effects of fluid resuscitation versus improved outcome after vasopressin. Anesth Analg 2004; 98:1759–66

124. Wenzel V, Kern KB, Hilwig RW, Berg RA, Schwarzacher S, Butman SM, Lindner KH, Ewy GA: Effects of intravenous arginine vasopressin on epicardial coronary artery cross sectional area in a swine resuscitation model. Resuscitation 2005; 64:219–26

125. Wenzel V, Lindner KH, Augenstein S, Voelckel W, Strohmenger HU, Prengel AW, Steinbach G: Intraosseous vasopressin improves coronary perfusion pressure rapidly during cardiopulmonary resuscitation in pigs. Crit Care Med 1999; 27:1565–9

126. Wenzel V, Lindner KH, Prengel AW, Lurie KG, Strohmenger HU: Endobronchial vasopressin improves survival during cardiopulmonary resuscitation in pigs. ANESTHESIOLOGY 1997; 86:1375–81

127. Lindner KH, Prengel AW, Brinkmann A, Strohmenger HU, Lindner IM, Lurie KG: Vasopressin administration in refractory cardiac arrest. Ann Intern Med 1996; 124:1061–4

128. Lindner KH, Dirks B, Strohmenger HU, Prengel AW, Lindner IM, Lurie KG: Randomised comparison of epinephrine and vasopressin in patients with out-of-hospital ventricular fibrillation. Lancet 1997; 349:535–7

129. Stiell IG, Hebert PC, Wells GA, Vandemheen KL, Tang AS, Higginson LA, Dreyer JF, Clement C, Battram E, Watpool I, Mason S, Klassen T, Weitzman BN: Vasopressin versus epinephrine for inhospital cardiac arrest: A randomised controlled trial. Lancet 2001; 358:105–9

130. Kern KB, Halperin HR, Field J: New guidelines for cardiopulmonary resuscitation and emergency cardiac care: Changes in the management of cardiac arrest. JAMA 2001; 285:1267–9

131. Wenzel V, Krismer AC, Arntz HR, Sitter H, Stadlbauer KH, Lindner KH: A comparison of vasopressin and epinephrine for out-of-hospital cardiopulmonary resuscitation. N Engl J Med 2004; 350:105–13

132. Mann K, Berg RA, Nadkarni V: Beneficial effects of vasopressin in prolonged pediatric cardiac arrest: A case series. Resuscitation 2002; 52:149–56

133. Voelckel WG, Lurie KG, McKnite S, Zielinski T, Lindstrom P, Peterson C, Krismer AC, Lindner KH, Wenzel V: Comparison of epinephrine and vasopressin in a pediatric porcine model of asphyxial cardiac arrest. Crit Care Med 2000; 28:3777–83

134. Nozari A, Rubertsson S, Wiklund L: Differences in the pharmacodynamics of epinephrine and vasopressin during and after experimental cardiopulmonary resuscitation. Resuscitation 2001; 49:59–72

135. Voelckel WG, Lurie KG, McKnite S, Zielinski T, Lindstrom P, Peterson C, Wenzel V, Lindner KH, Benditt D: Effects of epinephrine and vasopressin in a piglet model of prolonged ventricular fibrillation and cardiopulmonary resuscitation. Crit Care Med 2002; 30:957–62

136. Heinemann A, Wachter CH, Fickert P, Trauner M, Stauber RE: Vasopressin reverses mesenteric hyperemia and vasoconstrictor hyporesponsiveness in anesthetized portal hypertensive rats. Hepatology 1998; 28:646–54

137. Freeman JG, Cobden I, Lishman AH, Record CO: Controlled trial of terlipressin ("Glypressin") versus vasopressin in the early treatment of oesophageal varices. Lancet 1982; 2:66–8

138. Ioannou G, Doust J, Rockey DC: Terlipressin for acute esophageal variceal hemorrhage. Cochrane Database Syst Rev 2003; CD002147

139. Moreau R, Durand F, Poynard T, Duhamel C, Cervoni JP, Ichai P, Abergel A, Halimi C, Pauwels M, Bronowicki JP, Giostra E, Fleurot C, Gurnot D, Nouel O, Renard P, Rivoal M, Blanc P, Coumaros D, Ducloux S, Levy S, Pariente A, Perarnau JM, Roche J, Scribe-Outtas M, Valla D, Bernard B, Samuel D, Butel J, Hadengue A, Platek A, Lebrec D, Cadranel JF: Terlipressin in patients with cirrhosis and type 1 hepatorenal syndrome: A retrospective multicenter study. Gastroenterology 2002; 122:923–30

140. Halimi C, Bonnard P, Bernard B, Mathurin P, Mofredj A, di Martino V, Demontis R, Henry-Biabaud E, Fievet P, Opolon P, Poynard T, Cadranel JF: Effect of terlipressin (Glypressin) on hepatorenal syndrome in cirrhotic patients: Results of a multicentre pilot study. Eur J Gastroenterol Hepatol 2002; 14:153–8

141. Solanki P, Chawla A, Garg R, Gupta R, Jain M, Sarin SK: Beneficial effects of terlipressin in hepatorenal syndrome: A prospective, randomized placebo-controlled clinical trial. J Gastroenterol Hepatol 2003; 18:152–6

142. Ortega R, Gines P, Uriz J, Cardenas A, Calahorra B, De Las Heras D, Guevara M, Bataller R, Jimenez W, Arroyo V, Rodes J: Terlipressin therapy with and without albumin for patients with hepatorenal syndrome: Results of a prospective, nonrandomized study. Hepatology 2002; 36:941–8

143. Saner F, Kavuk I, Lang H, Biglarnia R, Fruhauf NR, Schafers RF, Malago M, Broelsch CE: Terlipressin and gelafundin: Safe therapy of hepatorenal syndrome. Eur J Med Res 2004; 9:78–82

144. Gheorghiade M, Gattis WA, O'Connor CM, Adams KF Jr, Elkayam U, Barbagelata A, Ghali JK, Benza RL, McGrew FA, Klapholz M, Ouyang J, Orlandi C: Effects of tolvaptan, a vasopressin antagonist, in patients hospitalized with worsening heart failure: A randomized controlled trial. JAMA 2004; 291:1963–71

145. Doggrell SA: Conivaptan Yamanouchi. Curr Opin Investig Drugs 2005; 6:317–26

146. Conivaptan: YM 087. Drugs R D 2004; 5:94–7

147. Russell SD, Selaru P, Pyne DA, Ghazzi MM, Massey KD, Pressler M, Serikoff A, Coats AJ: Rationale for use of an exercise end point and design for the ADVANCE (A Dose evaluation of a Vasopressin ANtagonist in CHF patients undergoing Exercise) trial. Am Heart J 2003; 145:179–86

148. Goldsmith SR: Vasopressin antagonists in CHF: Ready for clinical trials? Cardiovasc Res 2002; 54:13–5

149. Gattone VH II, Wang X, Harris PC, Torres VE: Inhibition of renal cystic disease development and progression by a vasopressin V2 receptor antagonist. Nat Med 2003; 9:1323–6

150. Hayoz D, Bizzini G, Noel B, Depairon M, Burnier M, Fauveau C, Rouillon A, Brouard R, Brunner HR: Effect of SR 49059, a V1a vasopressin receptor antagonist, in Raynaud's phenomenon. Rheumatology (Oxford) 2000; 39:1132–8

151. Serradeil-Le Gal C, Herbert JM, Delisee C, Schaeffer P, Raufaste D, Garcia C, Dol F, Marty E, Maffrand JP, Le Fur G: Effect of SR-49059, a vasopressin V1a antagonist, on human vascular smooth muscle cells. Am J Physiol 1995; 268: H404–10

152. Thibonnier M, Kilani A, Rahman M, DiBlasi TP, Warner K, Smith MC, Leenhardt AF, Brouard R: Effects of the nonpeptide V(1) vasopressin receptor antagonist SR49059 in hypertensive patients. Hypertension 1999; 34:1293–300

153. Griebel G, Simiand J, Serradeil-Le Gal C, Wagnon J, Pascal M, Scatton B, Maffrand JP, Soubrie P: Anxiolytic- and antidepressant-like effects of the nonpeptide vasopressin V1b receptor antagonist, SSR149415, suggest an innovative approach for the treatment of stress-related disorders. Proc Natl Acad Sci U S A 2002; 99:6370–5

154. Serradeil-Le Gal C, Derick S, Brossard G, Manning M, Simiand J, Gaillard R, Griebel G, Guillon G: Functional and pharmacological characterization of the first specific agonist and antagonist for the V1b receptor in mammals. Stress 2003; 6:199–206

Copyright © by the American Society of Anesthesiologists. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0006914



Vasostrict™
(vasopressin Injection, USP)
For Intravenous Infusion

3003373

## HIGHLIGHTS OF PRESCRIBING INFORMATION
These highlights do not include all the information needed to use VASOSTRICT™ safely and effectively. See full prescribing information for VASOSTRICT.

**Vasostrict (vasopressin injection) for intravenous use**
Initial U.S. Approval: 2014

------------------------------INDICATIONS AND USAGE------------------------------
• Vasostrict is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines. (1)

------------------------DOSAGE AND ADMINISTRATION------------------------
• Dilute Vasostrict with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL, for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration. (2.1)
• Post-cardiotomy shock: 0.03 to 0.1 units/minute (2.2)
• Septic shock: 0.01 to 0.07 units/minute (2.2)

--------------------DOSAGE FORMS AND STRENGTHS--------------------
• Injection: 20 units per mL; packaged as 1 mL per vial (3)

------------------------------CONTRAINDICATIONS------------------------------
• Vasostrict is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. (4)

----------------------WARNINGS AND PRECAUTIONS----------------------
• Can worsen cardiac function. (5.1)

------------------------------ADVERSE REACTIONS------------------------------
The most common adverse reactions include decreased cardiac output, bradycardia, tachyarrhythmias, hyponatremia and ischemia (coronary, mesenteric, skin, digital). (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Par Pharmaceutical, Inc. at 1-800-828-9393 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch**

------------------------------DRUG INTERACTIONS------------------------------
• Pressor effects of catecholamines and Vasostrict are expected to be additive. (7.1)
• Indomethacin may prolong effects of Vasostrict. (7.2)
• Co-administration of ganglionic blockers or drugs causing SIADH may increase the pressor response. (7.3, 7.5)
• Co-administration of drugs causing diabetes insipidus may decrease the pressor response. (7.6)

--------------------USE IN SPECIFIC POPULATIONS--------------------
• **Pregnancy:** May induce uterine contractions. (8.1)
• **Pediatric Use:** Safety and effectiveness have not been established. (8.4)
• **Geriatric Use:** No safety issues have been identified in older patients. (8.5)

**Revised: 5/2014**

## FULL PRESCRIBING INFORMATION: CONTENTS*

1   INDICATIONS AND USAGE
2   DOSAGE AND ADMINISTRATION
    2.1   Preparation of Diluted Solutions
    2.2   Administration
3   DOSAGE FORMS AND STRENGTHS
4   CONTRAINDICATIONS
5   WARNINGS AND PRECAUTIONS
    5.1   Worsening Cardiac Function
6   ADVERSE REACTIONS
7   DRUG INTERACTIONS
    7.1   Catecholamines
    7.2   Indomethacin
    7.3   Ganglionic Blocking Agents
    7.4   Furosemide
    7.5   Drugs Suspected of Causing SIADH
    7.6   Drugs Suspected of Causing Diabetes Insipidus
8   USE IN SPECIFIC POPULATIONS
    8.1   Pregnancy
    8.3   Nursing Mothers
    8.4   Pediatric Use
    8.5   Geriatric Use
10  OVERDOSAGE
11  DESCRIPTION
12  CLINICAL PHARMACOLOGY
    12.1   Mechanism of Action
    12.2   Pharmacodynamics
    12.3   Pharmacokinetics
13  NONCLINICAL TOXICOLOGY
    13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
14  CLINICAL STUDIES

16  HOW SUPPLIED/STORAGE AND HANDLING

*Sections or subsections omitted from the full prescribing information are not listed.

## FULL PRESCRIBING INFORMATION

### 1   INDICATIONS AND USAGE

Vasostrict™ is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines.

### 2   DOSAGE AND ADMINISTRATION

#### 2.1   Preparation of Diluted Solutions

Dilute Vasostrict in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration.

**Table 1  Preparation of diluted solutions**

| Fluid restriction? | Final concentration | Mix | |
|---|---|---|---|
| | | Vasostrict | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

Inspect parenteral drug products for particulate matter and discoloration prior to use, whenever solution and container permit.

#### 2.2   Administration

The goal of treatment is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, whose function is difficult to monitor. The following advice is empirical. In general, titrate to the lowest dose compatible with a clinically acceptable response.

For post-cardiotomy shock, start with a dose of 0.03 units/minute. For septic shock, start with a dose of 0.01 units/minute. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper Vasostrict by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

### 3   DOSAGE FORMS AND STRENGTHS

Injection: 20 units per mL; packaged as 1 mL per vial

### 4   CONTRAINDICATIONS

Vasostrict is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol.

### 5   WARNINGS AND PRECAUTIONS

#### 5.1   Worsening Cardiac Function

Use in patients with impaired cardiac response may worsen cardiac output.

### 6   ADVERSE REACTIONS

The following adverse reactions associated with the use of vasopressin were identified in the literature. Because these reactions are reported voluntarily from a population of uncertain size, it is not possible to estimate their frequency reliably or to establish a causal relationship to drug exposure.

Bleeding/lymphatic system disorders: Hemorrhagic shock, decreased platelets, intractable bleeding

Cardiac disorders: Right heart failure, atrial fibrillation, bradycardia, myocardial ischemia

Gastrointestinal disorders: Mesenteric ischemia

Hepatobiliary: Increased bilirubin levels

Renal/urinary disorders: Acute renal insufficiency

Vascular disorders: Distal limb ischemia

Metabolic: Hyponatremia

Skin: Ischemic lesions

### 7   DRUG INTERACTIONS

#### 7.1   Catecholamines

Use with *catecholamines* is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters.

#### 7.2   Indomethacin

Use with *indomethacin* may prolong the effect of Vasostrict on cardiac index and systemic vascular resistance *[see Clinical Pharmacology (12.3)]*.

#### 7.3   Ganglionic Blocking Agents

Use with *ganglionic blocking agents* may increase the effect of Vasostrict on mean arterial blood pressure *[see Clinical Pharmacology (12.3)]*.

PAR-VASO-0006915

#### 7.4 Furosemide

Use with *furosemide* increases the effect of Vasostrict on osmolar clearance and urine flow *[see Clinical Pharmacology (12.3)]*.

#### 7.5 Drugs Suspected of Causing SIADH

Use with *drugs suspected of causing SIADH* (e.g., SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, felbamate) may increase the pressor effect in addition to the antidiuretic effect of Vasostrict.

#### 7.6 Drugs Suspected of Causing Diabetes Insipidus

Use with *drugs suspected of causing diabetes insipidus* (e.g., demeclocycline, lithium, foscarnet, clozapine) may decrease the pressor effect in addition to the antidiuretic effect of Vasostrict.

### 8 USE IN SPECIFIC POPULATIONS

#### 8.1 Pregnancy

Pregnancy Category C

*Risk Summary:* There are no adequate or well-controlled studies of Vasostrict in pregnant women. It is not known whether vasopressin can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Animal reproduction studies have not been conducted with vasopressin *[see Clinical Pharmacology (12.3)]*.

*Clinical Considerations:* Because of increased clearance of vasopressin in the second and third trimester, the dose of Vasostrict may need to be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock.

Vasostrict may produce tonic uterine contractions that could threaten the continuation of pregnancy.

#### 8.3 Nursing Mothers

It is not known whether vasopressin is present in human milk. However, oral absorption by a nursing infant is unlikely because vasopressin is rapidly destroyed in the gastrointestinal tract. Consider advising a lactating woman to pump and discard breast milk for 1.5 hours after receiving vasopressin to minimize potential exposure to the breastfed infant.

#### 8.4 Pediatric Use

Safety and effectiveness of Vasostrict in pediatric patients with vasodilatory shock have not been established.

#### 8.5 Geriatric Use

Clinical studies of vasopressin did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy *[see Warnings and Precautions (5), Adverse Reactions (6), and Clinical Pharmacology (12.3)]*.

### 10 OVERDOSAGE

Overdosage with Vasostrict can be expected to manifest as consequences of vasoconstriction of various vascular beds (peripheral, mesenteric, and coronary) and as hyponatremia. In addition, overdosage may lead less commonly to ventricular tachyarrhythmias (including Torsade de Pointes), rhabdomyolysis, and non-specific gastrointestinal symptoms.

Direct effects will resolve within minutes of withdrawal of treatment.

### 11 DESCRIPTION

Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis. Vasostrict is a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and Water for Injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. It is a white to off-white amorphous powder, freely soluble in water. The structural formula is:

$$H - Cys - Tyr - Phe - Glu(NH_2) - Asp(NH_2) - Cys - Pro - Arg - Gly - NH_2$$
$$\quad\quad 1 \quad\quad 2 \quad\quad 3 \quad\quad 4 \quad\quad\quad 5 \quad\quad\quad 6 \quad\quad 7 \quad\quad 8 \quad\quad 9$$

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$     Molecular Weight: 1084.23

One mg is equivalent to 530 units.

### 12 CLINICAL PHARMACOLOGY

#### 12.1 Mechanism of Action

The vasoconstrictive effects of vasopressin are mediated by vascular $V_1$ receptors. Vascular $V_1$ receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of $V_2$ receptors which are coupled to adenyl cyclase.

#### 12.2 Pharmacodynamics

At therapeutic doses exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular $V_1$-receptors and release of prolactin and ACTH via $V_1$ receptors. At lower concentrations typical for the antidiuretic hormone vasopressin inhibits water diuresis via renal $V_2$ receptors.

In patients with vasodilatory shock vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine. Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

#### 12.3 Pharmacokinetics

At infusion rates used in vasodilatory shock (0.01-0.1 units/minute) the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent $t_{1/2}$ of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

**Drug-Drug Interactions**

Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects *[see Drug Interactions (7.2)]*.

The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects *[see Drug Interactions (7.3)]*.

Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects *[see Drug Interactions (74)]*.

Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

**Special Populations**

*Pregnancy:* Because of a spillover into blood of placental vasopressinase the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. After delivery the clearance of vasopressin returns to pre-conception baseline within two weeks.

### 13 NONCLINICAL TOXICOLOGY

#### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

No formal carcinogenicity or fertility studies have been conducted in animals. Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin has been reported to have an effect on function and fertilizing ability of spermatozoa.

### 14 CLINICAL STUDIES

Increases in systolic and mean blood pressure following administration of vasopressin were observed in 7 studies in septic shock and 8 in post-cardiotomy vasodilatory shock.

### 16 HOW SUPPLIED/STORAGE AND HANDLING

Vasostrict (vasopressin injection, USP) is supplied in vials as follows:

A carton of 25 multi-dose vials each containing vasopressin 1 mL at 20 units/mL.

Store between 2°C and 8°C (36°F and 46°F). Do not freeze.

Discard vial after 48 hours after first puncture.

NDC 42023-164-25 (carton)

Manufactured by:
**Par Pharmaceutical Companies, Inc.**
Spring Valley, NY 10977

I05/14                                                                                          OS164J-01-90-01

Vasostrict is a registered trademark of Par Pharmaceutical Companies, Inc.

PAR-VASO-0006916



International Journal of Pharmaceutics 185 (1999) 129–188



www.elsevier.com/locate/promis

Review

# Instability, stabilization, and formulation of liquid protein pharmaceuticals

## Wei Wang *

*Biotechnology, Bayer Corporation, 800 Dwight Way, Berkeley, CA 94701, USA*

Received 21 January 1999; received in revised form 26 April 1999; accepted 28 April 1999

## Abstract

One of the most challenging tasks in the development of protein pharmaceuticals is to deal with physical and chemical instabilities of proteins. Protein instability is one of the major reasons why protein pharmaceuticals are administered traditionally through injection rather than taken orally like most small chemical drugs. Protein

*Abbreviations:* ADA, adenosine deaminase; ADH, alcohol dehydrogenase; AcP, acylphosphatase; BDNF, brain-derived neurotrophic factor; BGG, bovine γ-globulin; BSA, bovine serum albumin; BSF, bovine serum fetuin; CD, circular dichroism spectroscopy; CE, capillary electrophoresis; CMC-Na, carboxymethyl cellulose sodium; rhCNTF, recombinant human ciliary neurotrophic factor; rConIFN, recombinant consensus α-interferon; DGK, diacylglycerol kinase; DMSO, dimethylsulfoxide; rhDNase, recombinant human deoxyribonuclease; DSC, differential scanning calorimetry; hEGF, human epidermal growth factor; aFGF, acidic fibroblast growth factor; bFGF, basic fibroblast growth factor; rFVIII, recombinant factor VIII; pdFIX, plasma-derived factor IX; rFIX, recombinant factor IX; rFXIII, recombinant factor XIII; FTIR, Fourier transform infrared spectroscopy; GA, glucoamylase; GAPDH, glyceraldehyde-3-phosphate dehydrogenase; G-CSF, granulocyte colony-stimulating factor; GDH, glutamate dehydrogenase; met-hGH, methionyl human growth hormone; pGH, porcine growth hormone; GRF, growth hormone releasing factor; GdnHCl, guanidine hydrochloride; HP-β-CD, hydroxypropyl-β-cyclodextrin; IFN-β, interferon-β; IFN-γ, interferon-γ; hIGF-I, recombinant human insulin-like growth factor I; IL-1β, interleukin-1β; IL-1R, interleukin-1 receptor; IL-2, interleukin-2; rhIL-1ra, recombinant human interleukin-1 receptor antagonist; IR, infrared spectroscopy; rhKGF, recombinant human keratinocyte growth factor; LDH, lactate dehydrogenase; *phm*-MDH, pig heart mitochondrial malate dehydrogenase; LMW-UK, low molecular weight urokinase; rhM-CSF, recombinant human macrophage colony-stimulating factor; rhMGDF, recombinant human megakaryocyte growth and development factor; MS, mass spectroscopy; rhNGF, recombinant human nerve growth factor; NMR, nuclear magnetic resonance spectroscopy; tPA, tissue plasminogen activator; PAGE, polyacrylamide gel electrophoresis; hPAH, human phenylalanine hydroxylase; PE40, 40 kD segment of *Pseudomonas* exotoxin (PE); PEG, polyethylene glycol; *ml*-PEPC, maize leaf phosphoenolpyruvate carboxylase; PFK, phosphofructokinase; huPrP(90-231), recombinant protein corresponding to the human prion protein domain (residues 90-231); PVA, polyvinylalcohol; PVP, polyvinylpyrrolidone; rhPTH, recombinant human parathyroid hormone; RP-HPLC, reversed phase HPLC; RNase A, ribonuclease A; SDS, sodium dodecyl sulfate; SEC-HPLC, size exclusion HPLC; TGF, transforming growth factor; TMAO, trimethylamine *N*-oxide; TP40, Cys-replaced (with Ala in PE40) mutant of TGF-α-PE40; rhTPO, recombinant human thrombopoietin; YEI, yeast external invertase.

* Tel.: + 1-510-705-4755; fax: + 1-510-705-5629.

*E-mail address:* wei.wang.b@bayer.com (W. Wang)

0378-5173/99/$ - see front matter © 1999 Elsevier Science B.V. All rights reserved.

PII: S0378-5173(99)00152-0

pharmaceuticals usually have to be stored under cold conditions or freeze-dried to achieve an acceptable shelf life. To understand and maximize the stability of protein pharmaceuticals or any other usable proteins such as catalytic enzymes, many studies have been conducted, especially in the past two decades. These studies have covered many areas such as protein folding and unfolding/denaturation, mechanisms of chemical and physical instabilities of proteins, and various means of stabilizing proteins in aqueous or solid state and under various processing conditions such as freeze-thawing and drying. This article reviews these investigations and achievements in recent years and discusses the basic behavior of proteins, their instabilities, and stabilization in aqueous state in relation to the development of liquid protein pharmaceuticals. © 1999 Elsevier Science B.V. All rights reserved.

*Keywords:* Denaturation; Unfolding; Melting; Aggregation; Degradation; Preferential interaction

---

## 1. Introduction

The advent of recombinant DNA technology has led to a worldwide zeal to develop protein pharmaceuticals in the past two decades. These protein pharmaceuticals or pharmaceutical candidates include functional regulators and supplements, enzyme activators and inhibitors, poly- and monoclonal antibodies, and various vaccines. In comparison with small chemical drugs, protein pharmaceuticals have high specificity and activity at relatively low concentrations. These features have made protein pharmaceuticals indispensable in combating human diseases.

Due to advances in analytical separation technology, recombinant proteins can now be purified to an unprecedented level (Bond et al., 1998). Highly purified protein pharmaceuticals significantly reduce the known and unknown potential side or even toxic effects. However, one of the most challenging tasks remains in the development of protein pharmaceuticals: dealing with physical and chemical instabilities of proteins. Protein instability is one of the two major reasons why protein pharmaceuticals are administered traditionally through injection rather than taken orally like most small chemical drugs (Wang, 1996). Protein pharmaceuticals usually have to be stored under cold conditions or even freeze-dried to a solid form to achieve an acceptable shelf life.

In search for ways of stabilizing proteins, scientists turned their attention to nature for an answer. It is well known that certain natural organisms can grow well at extreme temperatures. Hyperthermophilic organisms (hyperthermophiles) such as anaerobic, methanogenic, or sulfate-reducing archaebacteria grow at temperatures near or above 100°C (Huber et al., 1989; Adams, 1993, 1994). Proteins in these organisms function normally at high temperatures. For example, enolase and α-glucosidase in hyperthermophilic *Pyrococcus furiousus* have optimum activity, at > 90 and > 105°C, respectively (Costantino et al., 1990; Peak et al., 1994). The most thermostable proteins found so far have half-lives in excess of 10 min at 130°C (Daniel et al., 1996). The mechanisms responsible for the high molecular stability of thermophilic proteins include increased hydrophobic interactions, greater molecular packing, more H-bonds, more salt-bridging, loss of surface loops, more helix-forming amino acids, restricted N-terminus mobility, etc. (Vieille and Zeikus, 1996; Cowan, 1997; Vogt and Argos, 1997). Extrinsic factors (not primary structure-related) have also contributed to protein stabilization. One of these is the high cellular content of sugars, salts, or other organic solutes/osmolytes, such as α-glutamate, di-myo-inositol-phosphate and its isomer, β-mannosylglycerate, and diglycerol-phosphate (Huber et al., 1989; Rupley and Careri, 1991; Martins and Santos, 1995; Martins et al., 1997; Ramakrishnan et al., 1997).

The identification of intrinsic and extrinsic factors that contribute to the stabilization of thermophilic proteins has provided valuable information for stabilizing protein pharmaceuticals and for designing more stable mutant proteins. Yet the structural differences among different proteins are so significant that generalization of universal stabilization strategies has not been successful. Very often, proteins have to be evaluated individually and stabilized on a trial-and-error basis.

PAR-VASO-0006918

To understand and maximize the stability of protein pharmaceuticals or any other usable proteins such as various catalytic enzymes, many studies have been conducted in the past few decades. These studies have been reviewed with emphasis on general protein stability (Jaenicke, 1991; Kristjánsson and Kinsella, 1991), mechanisms of chemical and physical instabilities of proteins (Manning et al., 1989), mechanisms and prevention of major protein degradation pathways (Cleland et al., 1993), and various means of stabilizing proteins in aqueous or solid state and under various processing conditions such as freeze-thawing or drying (Gianfreda and Scarfi, 1991; Arakawa et al., 1993; Timasheff, 1993; Manning et al., 1995; Wong and Parascrampuria, 1997). This article reviews these investigations and achievements in recent years and discusses the basic behavior of proteins, their instabilities, and stabilization in aqueous state in relation to the development of liquid protein pharmaceuticals.

## 2. Basic protein behavior and properties

Protein pharmaceuticals, unlike small drug molecules, have high molecular weight ( > 5 kD). Their large size, compositional variety, and amphipathic characteristics constitute specific behavior such as folding, conformational stability, and unfolding/denaturation. Understanding proteins' basic behavior may help toward their stabilization.

### 2.1. Protein folding and its related forces and stability

Biologically active proteins are properly folded. The number of possible conformations of a folded polypeptide chain with an average domain size is about $10^{80}$ (Jaenicke, 1991). The three-dimensional folded state of a protein is a fluctuating state of a limited number of preferred conformations (Tang and Dill, 1998). The most stable (least energy) conformation of a protein is usually the native state (Darnell et al., 1986). Under native conditions the vast majority of protein molecules exist in their unique native state (N). A tiny fraction must also occupy all possible higher energy states as dictated by the Boltzmann relationship (Bai and Englander, 1996).

### 2.1.1. Protein Folding Process

Folding of newly-synthesized polypeptides in cells requires the assistance of so-called molecular chaperone proteins (Hendrick and Hartl, 1995). These proteins bind unfolded or partially folded polypeptides in their central cavity and promote folding by ATP-dependent cycles of release and rebinding. The molecular chaperone GroEL facilitates protein folding by preventing protein aggregation and correcting protein misfolding (Golbik et al., 1998). Protein folding is generally a highly cooperative process, in which only the native and unfolded states are stable (Goto and Fink, 1989).

When a protein folds, about 80% of nonpolar side chains (Ala, Val, Ile, Leu, Met, Phe, Trp, Cys) are buried in the interior of protein molecules out of contact with water. For example, folding of RNase T1, a compact globular protein (104 aa), removes about 85% of nonpolar residues from contact with water (Thomson et al., 1989). More than 80% of amino acids in globular proteins exist in $\alpha$-helix/$\beta$-sheet or in the turns connecting them (Pace et al., 1996).

The rate of protein folding is usually high. Many small proteins can fold in milliseconds or less (Dobson and Hore, 1998). Some may fold at a slower rate. For example, the folding of a bacteria protein MerP (72 aa) by diluting the protein solution containing 3 M guanidine hydrochloride (GdnHCl) shows two exponential phases. The initial phase is fast with a rate constant of 1.2/s, but the second phase is slow with a rate constant of 0.053/s, accounting for about 20% of the folding signal (Aronsson et al., 1997). Folding of proteins involving Pro isomerization is also relatively slow.

### 2.1.2. Major forces involved in protein folding

Many forces are involved in protein folding. These include hydrophobic interactions, electrostatic interactions (charge repulsion and ion pairing), hydrogen bonding, intrinsic propensities, and van der Waals forces. Hydrophobic interactions are repulsive interactions between water and

PAR-VASO-0006919

non-polar residues in proteins, leading to minimal hydration of the hydrophobic core. These interactions are strongly disfavored and associated with a large increase in heat capacity (Dill, 1990). A hydrogen bond is the strong dipole–dipole attraction between covalently-bonded hydrogen atoms and other strongly electronegative atoms such as oxygen and nitrogen. It is primarily a linear arrangement of donor, hydrogen, and acceptor. Hydrogen bonds between amide hydrogen and carbonyl oxygen make up 68% of the total hydrogen bonds in globular proteins (Pace et al., 1996).

Among all the forces involved in protein folding, the apparent dominant force is hydrophobic interaction (Jaenicke, 1990; Kristjánsson and Kinsella, 1991). The dominant opposing force is the loss of non-local conformational entropy (Dill et al., 1989; Dill, 1990). The difference in heat capacity of a protein in the native folded and denatured states ($\Delta C_p$) is a measure of hydrophobic stabilization of the protein, and the large $\Delta C_p$ on thermal denaturation of proteins supports the major role of hydrophobic interactions in protein stabilization (Wang et al., 1996a). Recently, it was found that the contribution of electrostatic interactions in proteins at neutral conditions to the free energy difference between the folded and unfolded states is close to 0, indicating that the main driving forces for protein folding under these conditions are hydrophobic and hydrogen-bonding interactions (Dimitrov and Crichton, 1997).

Hydrophobic interaction, albeit dominant, needs to be balanced to maintain protein activity. In studying the stability of mutant Rop proteins, Munson et al. (1996) demonstrated that underpacking the hydrophobic core with small amino acids like Ala not only loses protein activity but also decreases protein stability. On the other hand, overpacking the hydrophobic core with only large amino acids like Leu stabilizes proteins but protein activity is lost. This indicates that both favorable steric interaction and burial of sufficient hydrophobic volume and surface area are important to stabilize a protein.

Protein molecular packing may be the most applicable factor that leads to the unique structures of most globular proteins (Richards, 1997).

The packing in native proteins is so well arranged that all solvent molecules are essentially excluded and the protein interior is more like a crystalline solid than a non-polar liquid (Jaenicke, 1991). Glu, Lys, and Arg, with three or four rotatable bonds, are almost invariably located on the protein surface and use their flexibility to help ensure exposure of their charged groups to the solvent. However, buried polar residues do not necessarily destabilize a protein if they can form stable hydrogen bonds (Pace et al., 1996) and/or form stable intramolecular salt bridges, enhancing the structural rigidity (Vieille and Zeikus, 1996).

Interaction forces in proteins can also be divided into two types: local (short-ranged or secondary) and non-local (long-ranged or tertiary) (Chan and Dill, 1991). Long-range interactions happen between two residues that are separated by at least ten residues (Dosztányi et al., 1997). Long-range interactions such as parallel and antiparallel sheets are mainly responsible for polymer collapse to compact states whereas local forces are mainly responsible for helix formation such as hydrogen bonding. It seems that long-range interactions (non-local forces) control overall protein stability. The dominant role of long-range interactions in protein stability is supported by recent identification of so-called elements of stabilization center (SC) in proteins. By long-range interactions, these SCs, mainly consisting of hydrophobic residues that are less flexible, tend to connect more sheets to each other, and are primarily responsible for stabilization of protein structures (Dosztányi et al., 1997). If different proteins have similar structural folds, their conformational stability may still be very different due to the difference in their primary sequences (Chiti et al., 1998).

### 2.1.3. Protein folding and free energy change

The folded state of proteins has conformational stability, which is defined as the free energy change, $\Delta G_{f \to u}$ (or simply $\Delta G$), for the unfolding/denaturation reaction under physiological conditions (Pace, 1990). The larger the $\Delta G_{f \to u}$, the more stable the protein. The folded state of proteins is only marginally more stable than the unfolded state since its $\Delta G_{f \to u}$ is small. The $\Delta G_{f \to u}$

PAR-VASO-0006920

for proteins has been reported in the following ranges: 21–63 kJ/mol (Kristjánsson and Kinsella, 1991); 5–20 kcal/mol (Volkin and Klibanov, 1989); or 5–10 kcal/mol (Jaenicke, 1990; Pace et al., 1996).

The low $\Delta G_{f \to u}$ values indicate that conformational stability of a protein in aqueous solution is equivalent to a few H-bonds or ion pairs. A single hydrogen bond can lower the protein's free energy by 0.5–2 kcal/mol and an ion pair by 0.4–1.0 kcal/mol (Vogt and Argos, 1997). After analyzing more than a dozen mutant proteins, Pace et al. (1996) found that average free energy gain is 1.1–1.6 kcal/mol per hydrogen bond and 1.18 kcal/mol per -$CH_2$- for hydrophobic effect. These values suggest significant contribution of hydrogen bonding to $\Delta G_{f \to u}$ relative to that from hydrophobic effect, however, if the polar groups must be buried to form intramolecular hydrogen bonds, the net gain is only about 0.6 kcal/mol per hydrogen bond. In comparison, the strength of a hydrogen bond in water is about 5 kcal/mol, and the energy of van der Waals interaction amounts to about 1 kcal/mol at 25°C (Darnell et al., 1986).

## 2.2. Protein unfolding/denaturation

In solution, the folded state of any protein is not infinitely stable (Shortle, 1996). It may unfold/denature into an inactive form—a process of protein conformational changes. These conformational changes are due to predominant intermolecular protein–solvent interactions over intramolecular interactions, which keeps the folded state (Jaenicke, 1990). On the other hand, solvent-induced inactivation of proteins may occur without disruption of protein conformation (tertiary structure) (Cowan, 1997).

### 2.2.1. Protein unfolding process

Protein unfolding can be described generally by a single transition step between the completely folded and unfolded states since any intermediate state is highly unstable and only exists in negligible amounts (Chan and Dill, 1991; Jaenicke, 1991). This is true at least for small globular proteins (Kristjánsson and Kinsella, 1991). Others may have more than one unfolding process such as human placental alkaline phosphatase (Hung and Chang, 1998).

The following equation describes the two-state model:

N (native) $\leftrightharpoons$ U (unfolded/denatured)

$\Rightarrow$ A (aggregated)

or

$P_{folded} \leftrightharpoons P_{unfolded} \Rightarrow A.$

For most proteins, the unfolded state (U) is insoluble and favors aggregation. Under certain conditions, a particular U state exists, which is highly compact and has significant amounts of residual secondary structures such as thermally-unfolded RNase T1 (Pancoska et al., 1996) and acid-unfolded apomyoglobin (Staniforth et al., 1998). This particular U state is termed molten globule (Goto and Fink, 1989; Shortle, 1996).

The N state may unfold reversibly or, depending on the condition, irreversibly to the U state. For example, unfolding of wild-type barnase and some of its mutants are reversible based on the repeatability of DSC endotherms or CD transitions on rescanning (Johnson et al., 1997). Thermal treatment of IFN-$\beta$-1a (Runkel et al., 1998) and $\beta$-galactosidase (Yoshioka et al., 1994a) causes irreversible denaturation of both proteins and eventually leads to formation of aggregates (A).

Proteins unfold locally and globally. Local and global unfolding occur concurrently and independently. Increasing denaturant concentration or temperature can selectively promote global unfolding because global unfolding exposes more surface and gives rise to higher chain entropy and enthalpy (at high temperatures) than local unfolding (Bai et al., 1994).

An important thermodynamic parameter in two-state transition is the change in heat capacity, $\Delta C_p$. The large and positive $\Delta C_p$ observed in protein denaturation is due primarily to exposure of nonpolar groups (Pace et al., 1996; Johnson et al., 1997). The molar enthalpy of protein denaturation, $\Delta H$, at low temperatures may be either positive or negative but increases markedly with temperature. Since the driving force for protein unfolding is the increased conformational entropy

PAR-VASO-0006921

in aqueous solution, $\Delta S_{f \to u}$ is expected to be positive.

### 2.2.2. Protein unfolding/melting temperature

Proteins unfold above certain temperatures. During a thermal unfolding process, the temperature at which 50% of protein molecules are unfolded ($\Delta G = 0$ at this time) is defined as the unfolding (or melting/denaturation/transition) temperature ($T_m$). Thermal unfolding of a protein is usually endothermic. The $T_m$ of many proteins have been determined (Table 1) and appear mostly in the range of 40–80°C. When the level of protein hydration decreases, $T_m$ may increase sharply due to destabilization of the unfolded state (Rupley and Careri, 1991).

The higher the $T_m$, the greater the thermal resistance of a protein. For example, glyceraldehyde-3-phosphate dehydrogenase (GAPDH) from hyperthermophilic bacterium *Thermotoga maritima* has a melting temperature of 109°C (Jaenicke, 1996). However, there is no particular relationship between $T_m$ and protein stability as measured by $\Delta G_{f \to u}$ (Dill et al., 1989). For example, the $T_m$ of serum albumin from different sources has the following order: human (59.7°C) > dog (59.5°C) > rabbit (57.8°C) > rat (57.6°C) > bovine (56.8°C), yet their temperatures of maximum stability ($\Delta G$) are all similar at about 20°C (Kosa et al., 1998). The $\Delta G$s of three SH3 domains of the Tec family of tyrosine kinases are below 12–16 kJ/mol, but their melting temperatures are relatively high between 69 and 80°C (Knapp et al., 1998).

A protein may have two or more melting temperatures, depending on the experimental conditions and analytical techniques used (Table 1). For example, Kosa et al. (1998) demonstrated that dog and rabbit albumin have one transition, but human, bovine, and rat albumin have two transitions, suggesting the presence of a stable intermediate. The apical domain (residues 191–376) of GroEL protein shows two reversible melting temperatures at 35 and 67°C by far UV CD, which are attributed to unfolding of the C-terminal helices and the domain core, respectively. Protein huPrP(90–231) has one melting temperature in the presence of GdnHCl at pH 5.0 and 7.2, but shows two transition temperatures at pH 3.6 and 4.0 with a stable unfolding intermediate (Swietnicki et al., 1997). By DSC, interleukin-1 receptor (IL-1R, 50 kD) shows two unfolding transitions near 48°C and 65°C, but after deconvolution, three melting transition peaks are identified, representing three different domains in the protein (Remmele et al., 1998).

Multimeric, chimeric, or modular proteins often have more than one melting temperature. For example, native recombinant human placental factor XIII (rFXIII) is a non-covalent dimer and each subunit consists of 3 thermolabile domains (56 kD, N-terminal) and two thermostable domains (24 kD, C-terminal). The intact protein melts in two distinct temperature regions by DSC: 69°C at pH 8.6, representing three thermolabile domains; and 90°C in 2 M GdnHCl, representing two thermostable domains (Kurochkin et al. 1995). The chimeric protein toxin sCD4(178)-PE40 (sCD4-PE40), consisting of HIV binding domains of the T-cell membrane protein (CD4) and the cytotoxic domains of *Pseudomonas* exotoxin A (PE-40), has two transition temperatures originating from both components. In addition, unfolding of the less stable PE-40 induces unfolding of the more stable CD4 component because the free form of CD4 denatures at a higher temperature (56°C) than that in the protein complex (46°C) at pH 6.5 (Davio et al., 1995).

### 2.3. Mesophilic versus thermophilic proteins

In describing basic properties of proteins, it is necessary to mention thermophilic proteins, a different class of proteins having much higher thermostability than that of mesophilic counterparts like those in humans. Mesophilic proteins usually retain their native structures over a narrow range of temperatures from about 5 to 50°C. For thermophilic proteins, the upper limit of thermostability is usually 20 to 30°C higher, corresponding to an increase in protein stability by 5–7 kcal/mol. A $\Delta G$ of this order may be achieved by 1 or 2 additional salt bridges inside the protein globule, several additional hydrogen bonds, or 7–10 additional $CH_3$- groups in the hydrophobic nucleus of the protein (Mozhaev and Martinek, 1984).

PAR-VASO-0006922

Table 1
Melting temperatures ($T_m$) of proteins

| Proteins | Protein solution compositions | Methods | $T_m$ (°C) | References |
|---|---|---|---|---|
| AcP (98 aa) | 0.4 mg/ml in 50 mM acetate, pH 5.5 | CD (222 nm) | 57 | Chiti et al., 1998 |
| HSA (66 kD) | 20 μM in 100 mM phosphate, pH 7.4 | Fluorescence ($\lambda_{em}$ = 345 nm) | 62 | Farruggia et al., 1997 |
| | 88 μM in 100 mM phosphate, pH 7.4 | DSC | 63 | Picó, 1995 |
| | 0.1 mM in 67 mM phosphate, pH 7.4 | DSC | 60 | Kosa et al., 1998 |
| BSF (48 kD) | 2.5 mg/ml in 50 mM phosphate, pH 6 | DSC | 60 | Wang et al., 1996a |
| | 2.5 mg/ml in 50 mM phosphate, pH 7 | DSC | 54 | Wang et al., 1996a |
| | 2.5 mg/ml in 50 mM phosphate, pH 8 | DSC | 48 | Wang et al., 1996a |
| α-Chymotrypsin | 0.3 mg/ml in 10 mM phosphate, pH 6.0 | UV (281 nm) | 47 | Lozano et al., 1997 |
| | 0.3 mg/ml in 10 mM phosphate, pH 7.0 | UV (281 nm) | 44 | Lozano et al., 1997 |
| | 0.3 mg/ml in 10 mM phosphate, pH 8.0 | UV (281 nm) | 42 | Lozano et al., 1997 |
| Cytochrome c | 2 mg/ml in 600 mM NaCl | DSC | 77 | Lo and Rahman, 1998 |
| rhDNase | 10 mg/ml in water, pH 6.8 | DSC | 67 | Chan et al., 1996 |
| Elastase | 20 mg/ml in 10 mM acetate, pH 5.0 | DSC | 66 | Chang et al., 1993 |
| aFGF | 100 μg/ml in PBS, pH 7.2 | CD (228 nm) | 45 | Volkin et al., 1993 |
| bFGF | 1 mg/ml in phosphate-citrate-borate, pH 4 | DSC | 50 | Wang et al., 1996b |
| | 1 mg/ml in phosphate-citrate-borate, pH 9 | DSC | 64 | Wang et al., 1996b |
| GA (82 kD) | 1.8 mg/ml in 50 mM phosphate, pH 6 | DSC | 64 | Wang et al., 1996a |
| | 1.8 mg/ml in 50 mM phosphate, pH 7 | DSC | 62 | Wang et al., 1996a |
| | 1.8 mg/ml in 50 mM phosphate, pH 8 | DSC | 58 | Wang et al., 1996a |
| rhGH (22 kD) | 0.18 mg/ml in 10 mM citrate, pH 6.0 | CD (222 nm) | 89 | Bam et al., 1998 |
| | 1 mg/ml in 10 mM citrate, pH 6.0 | CD (222 nm) | 81 | Bam et al., 1998 |
| | 3 mg/ml in 10 mM citrate, pH 6.0 | CD (222 nm) | 79 | Bam et al., 1998 |
| IgG (mouse) | 3.3 mg/ml in 5 mM phosphate, pH 6.0 | DSC | 74 | Vermeer et al., 1998 |
| Recombinant IFN-β-1a | 100 μg/ml in 100 mM $Na_2HPO_4$, 200 mM NaCl, pH 7.2 | UV (280 nm) | 67 | Runkel et al. 1998 |
| Recombinant IFN-β-1a, deglycosylated | 100 μg/ml in 100 mM $Na_2HPO_4$, 200 mM NaCl, pH 7.2 | UV (280 nm) | 63 | Runkel et al. 1998 |
| Lysozyme | In 0.1 M NaCl, 0.1 M acetate, pH 5.4 | CD | 66 | Shoichet et al., 1995 |
| | In 50 mM citrate, pH 4.0 | DSC | 74 | Liu and Sturtevant, 1996 |
| | In 50 mM citrate and 1 M sucrose, pH 4.0 | DSC | 80 | Liu and Sturtevant, 1996 |

PAR-VASO-0006923

Table 1 (continued)

| Proteins | Protein solution compositions | Methods | $T_m$ (°C) | References |
|---|---|---|---|---|
| M-CSF | 1.2 mg/ml in 20 mM PolyB buffer | DSC | 87 | Schrier et al., 1993 |
| wt-hPAH (452 aa) | 14-18 mg/ml in 20 mM HEPES buffer, pH 7.4 | IR, peak ratio of 1619 to 1650 cm$^{-1}$ | 57 | Chehin et al. 1998 |
| RNase A | In 0.04 M glycine, pH 2.8 | UV (287 nm) | 41 | Lin and Timasheff, 1996 |
| | In 0.03 M MES, pH 5.8 | UV (287 nm) | 60 | Lin and Timasheff, 1996 |
| | In 0.03 potassium phosphate, pH 6.7 | UV (287 nm) | 64 | Lin and Timasheff, 1996 |
| | 2 mg/ml in 600 mM NaCl | DSC | 62 | Lo and Rahman, 1998 |
| | 0.1 mg/ml in water | CD (222 nm) | 65 | Tsai et al., 1998a |
| | 0.2 mg/ml in 20 mM citric acid, pH 2.3 | CE | 36 | McIntosh et al., 1998 |
| | 0.2 mg/ml in 20 mM citric acid, pH 3.1 | CE | 49 | McIntosh et al., 1998 |
| | 0.2 mg/ml in 20 mM citric acid, pH 3.1 | CD (222 nm) | 50 | McIntosh et al., 1998 |
| | About 2 mg/ml in 50 mM glycine, pH 2.8 | DSC | 48 | Liu and Sturtevant, 1996 |
| | About 2 mg/ml in 50 mM citrate, pH 6.0 | DSC | 65 | Liu and Sturtevant, 1996 |
| | About 2 mg/ml in 50 mM citrate and 1 M sucrose, pH 6.0 | DSC | 70 | Liu and Sturtevant, 1996 |
| | About 2 mg/ml in 50 mM citrate and 1 M glycine, pH 6.0 | DSC | 68 | Liu and Sturtevant, 1996 |
| RNsae H | 25 µg/ml in 5 mM HEPES and 0.8 M GdnHCl, pH 8 | CD (222 nm) | 30 | Goedken and Marqusee, 1998 |
| | 25 µg/ml in 5 mM HEPES, 0.8 M GdnHCl, and 1 mM MnCl$_2$, pH 8 | CD (222 nm) | 41 | Goedken and Marqusee, 1998 |
| wt-RNase T1 | About 1 mg/ml in 30 mM MOPS, pH 7 | Optical rotation (295 nm) | 48 | Shirley et al., 1989 |
| | About 0.2 mg/ml in 30 mM MOPS, pH 7 | UV (286 nm) | 48 | Thomson et al. 1989 |
| | About 0.2 mg/ml in 30 mM MOPS, pH 7 | CD (238 nm) | 47 | Thomson et al., 1989 |
| | About 0.2 mg/ml in 30 mM MOPS, pH 7 | CD (284 nm) | 48 | Thomson et al., 1989 |
| Thrombin | 1 mg/ml in 25 mM phosphate and 400 mM NaCl, pH 6.5 | DSC | 57 | Boctor and Mehta, 1992 |
| | 1 mg/ml in 25 mM phosphate and 400 mM NaCl, pH 7.9 | DSC | 54 | Boctor and Mehta, 1992 |
| | 1 mg/ml in 25 mM phosphate and 400 mM NaCl, pH 9.9 | DSC | 48 | Boctor and Mehta, 1992 |
| TP40 (40kD) | 0.1mg/ml, pH 7.2 | Fluorescence | 42 | Sanyal et al., 1996 |
| | 0.1mg/ml, pH 7.2 | CD | 55 | Sanyal et al., 1996 |
| | 1 mg/ml, pH 7.2 | DSC | 48 | Sanyal et al., 1996 |
| Trypsin | 1.5 mg/ml in HCl solution, pH 2.5 | DSC | 52 | Boctor and Mehta, 1992 |
| YEI (240 kD) | 2 mg/ml in 50 mM phosphate, pH 6.0 | DSC | 63 | Wang et al., 1996a |
| | 2 mg/ml in 50 mM phosphate, pH 7.0 | DSC | 52 | Wang et al., 1996a |
| | 2 mg/ml in 50 mM phosphate, pH 8.0 | DSC | 48 | Wang et al., 1996a |

PAR-VASO-0006924

There are seemingly two basic mechanisms responsible for enhanced thermal stability of thermophilic proteins. First, thermophilic proteins may possess structural characteristics different from those of mesophilic proteins. These structural characteristics include (1) increased hydrophobic interactions; (2) formation of extra hydrogen bonds and/or salt bridges; (3) more compact protein structures (may have crystal-like density); and (4) presence of few Cys, high content of Arg, and low content of Lys (Mozhaev and Martinek, 1984; Vieille and Zeikus, 1996; Vogt and Argos, 1997). The second mechanism of stabilization is favorable interactions of proteins with other cellular components or accumulated low-molecular-weight compounds/osmolytes as thermoprotectants. The interaction reduces the contact area of nonpolar fragments in proteins with water, leading to a decrease in free energy of the system and stabilization of proteins. These osmolytes include potassium salt, sugars, $\alpha$-glutamate, cyclic 2, 3-diphosphoglycerate (DPG), 2-$O$-$\beta$-mannosylglycerate, di-glycerol-phosphate, and di-myo-inositol-1,1′(3,3′)-phosphate (Mozhaev and Martinek, 1984; Huber et al., 1989; Rupley and Careri, 1991; Martins and Santos, 1995; Martins et al., 1997).

Is there a major force that contributes the most to stability of thermophilic proteins? Many thermophilic proteins show good correlation between stability and high hydrophobicity as measured by the hydrophobic index, a ratio of the volumes of polar to nonpolar amino acids (Mozhaev and Martinek, 1984). Detailed analysis indicates that protein stability depends not on total content of hydrophobic amino acid residues but on those inside the protein. Recent findings suggest that hydrogen bonding may play a major role in stabilizing thermophilic proteins. By comparing a group of thermostable proteins, Vogt and Argos (1997) recently concluded that increasing hydrogen bonding density at the protein surface is a major factor for increased thermal stability. After analyzing 16 protein families containing a total of 56 proteins from thermophilic, mesophilic, and thermophobic sources, Vogt et al. (1997) found that hydrogen bonding can provide the most general explanation for thermal stability in proteins because over 80% of the protein families show correlation between thermostability and an increase in the number of hydrogen bonds.

Secondary structure also contributes to enhanced stability of thermophilic proteins (Vogt and Argos, 1997). The $\alpha$-helix and loops/turns are stabilized in thermophilic proteins. Ala residues (with high helix propensity) are prevalent in helical structures, and loops are often shorter in thermozymes (Vieille and Zeikus, 1996). Two facets of intrahelical interactions—the intrinsic helical propensities of amino acids and side chain interactions, are found to be the main contributors to protein thermostability, and an enhanced total stability of $\alpha$-helices is a general feature of many thermophilic proteins (Petukhov et al., 1997).

# 3. Protein instability and its influencing factors and analytical monitoring

One of the most troubling and challenging tasks in the development of liquid protein pharmaceuticals is to deal with their physical and chemical instabilities. The most common physical instability is protein aggregation, which can be induced and/or affected by a variety of factors and chemical transformations. Careful examination of these stability-influencing factors may help to prevent or mitigate certain stability problems. In addition, selection of proper and adequate analytical methods for efficient and accurate monitoring of protein instability may ensure successful development of quality protein products.

## 3.1. Protein aggregation—a major event of physical instability

Under certain conditions (or simply with time), the secondary, tertiary, and quaternary structure of a protein may change and lead to protein unfolding and/or aggregation, a major event of physical instability. Protein aggregates may have no or reduced activity, reduced solubility, and altered immunogenicity. Presence of any insoluble aggregates in a protein pharmaceutical is generally not acceptable for product release.

### 3.1.1. Mechanisms of protein aggregation

Protein aggregation in many cases results from intermolecular association of partially denatured protein chains (Fields et al., 1992). Recent evidence suggests that aggregation may occur by specific interaction of certain conformations of protein intermediates rather than by nonspecific coaggregation (Speed et al., 1996). The aggregation process can be roughly divided into three steps: initiation, propagation, and termination (Roefs and De Kruif, 1994).

Proteins aggregate to minimize thermodynamically unfavorable interactions between solvent and exposed hydrophobic residues of proteins. Hydrophobic interaction, the reluctance of nonpolar groups to be exposed to water, is considered to be the major driving force for both protein folding and aggregation. Both protein aggregation and folding represent a balance of exposed and buried hydrophobic surface areas (Patro and Przybycien, 1996). The balance is so delicate that a change of one amino acid in a protein may substantially change its aggregation behavior (Fields et al., 1992).

Protein aggregation may be induced by a variety of physical factors, such as temperature, ionic strength, vortexing, surface/interface adsorption, etc. These factors can increase the hydrophobic surface area of proteins, causing aggregation. For example, recombinant human keratinocyte growth factor (rhKGF) undergoes slow unfolding at elevated temperatures, leading to immediate aggregation and precipitation (Chen et al., 1994a). Recombinant porcine growth hormone (pGH) at 0.5 mg/ml precipitates with time at 63°C (Charman et al., 1993). Vortexing hGH (22 kD) solutions (0.5 mg/ml at pH 7.4) for 1 min denature 67% as insoluble aggregates (Katakam et al., 1995). These influencing factors will be discussed in detail in Section 3.3.

Protein aggregation may result from chemical degradations or modifications and subsequent exposure of the hydrophobic surface(s). Proteins can directly form covalent aggregates such as insulin (Strickley and Anderson, 1997) or aggregate indirectly such as human relaxin after oxidation of His and Met residues (Li et al., 1995a). Both physical and chemical aggregations may occur simultaneously. For example, bFGF in citrate buffer (pH 5) forms intact and truncated dimers and trimers after storage at 25°C for 7 weeks (Shahrokh et al., 1994a). Freeze-dried β-galactosidase aggregates and forms insoluble precipitates via covalent disulfide bonding during storage, while non-covalent interaction causes aggregation but forms soluble precipitates in solution (Yoshioka et al., 1993). Protein aggregates, like proteins, may have isomeric forms such as IL-1ra dimers (Chang et al., 1996a).

Protein aggregation may start from a single protein molecule (unimolecular/intramolecular process) or more than one protein molecule (multimolecular/intermolecular process). Unimolecular processes include β-elimination and intrachain disulfide scrambling or formations such as IL-1ra in aqueous solution (Chang et al., 1996a). Examples of multimolecular aggregation include thiol-disulfide interchange for bovine serum albumin, thiol-catalyzed disulfide exchange for insulin, other covalent aggregation such as ribonuclease A, and non-covalent aggregation such as tetanus toxoid (Costantino et al., 1994a). If the percentage of precipitates/aggregates increases with increasing protein concentrations, multimolecular aggregation/precipitation processes may be involved such as aggregation of hIGF-I (Charman et al., 1993; Fransson et al., 1996).

Protein aggregation may or may not follow first-order kinetics (Pikal et al., 1991). The formation of IL-1ra dimers in aqueous solution during storage follows first-order kinetics (Chang et al., 1996a). Both heat and denaturant-induced aggregations of recombinant human interferon-γ (IFN-γ) apparently follow first-order kinetics (Kendrick et al., 1998a,b). At 60°C, the aggregation/precipitation of IL-1β follows apparent first-order behavior to 30% drug remaining, but at or below 55°C, it deviates and becomes biphasic (slow and fast) (Gu et al., 1991). Biphasic aggregation has also been observed for aFGF in phosphate buffer (pH 7.4) at 50°C.

Many agents can be used to probe possible mechanisms of protein aggregation. Denaturants such as sodium dodecyl sulfate (SDS), GdnHCl, and urea can be used to determine whether protein aggregation is covalent in nature. If

PAR-VASO-0006926

protein aggregates can be dissolved in these agents, formation of these aggregates is probably non-covalent. Otherwise, covalent/chemical aggregation is suggested. Examples of non-covalent aggregation evidenced by this method include chymotrypsinogen (Allison et al., 1996), insulin (Sluzky et al., 1991), and IL-1β (Gu et al., 1991). Similarly, reducing agents such as DTT or β-mercaptoethanol can be used to determine any involvement of disulfide bonds in protein aggregation. Since these reducing agents may have limited dissolution capability, denaturants are often included for complete dissolution of protein aggregates.

Nevertheless, there are cases in which experimental results may lead to inaccurate or even incorrect interpretation. For example, the insoluble aggregates of hGH can be completely dissolved in either 1 or 2% SDS. SEC-HPLC analysis of the solubilized aggregates indicates presence of both protein monomers and dimers in 1% SDS, suggesting possible covalent aggregation, but only monomers are found in 2% SDS, suggesting non-covalent aggregation (Katakam et al., 1995). This example illustrates that denaturants may not be able to dissolve non-covalent protein aggregates depending on their concentrations. As a matter of fact, non-covalent insulin fibrils cannot be dissolved in 7 M urea from pH 2 to 8, 5 M GdnHCl, 50% acetonitrile, or detergents (Brange et al., 1997). The failure of these agents to dissolve insulin fibrils suggests that these substances do not have access to the interfaces of insulin molecules due to strong hydrophobic interactions in fibrils.

Protein aggregation may be probed by computer simulation. Agitation or hydrophobic surface-induced aggregation of insulin has been modeled by computer simulation and the model predicts rather reliably the effect of protein concentration, agitation rate, and hydrophobic surface area on insulin aggregation (Sluzky et al., 1991, 1992). Recently, the colloid aggregation process has been simulated by a cluster–cluster aggregation (CCA) process. The heat-induced aggregation of BSA at pH 7.0 seems to fit the reaction-limited CCA model; at pH 5.1, it fits diffusion-limited CCA model (Hagiwara et al., 1996).

### 3.1.2. Reversibility of Protein Aggregation

Protein aggregation can be reversible or irreversible. Generally speaking, aggregation is irreversible if the aggregates cannot be resolubilized in denaturing and reducing agents. The aggregation and precipitation of apomyoglobin formed in 0.5–4 M urea is reversible, as the precipitates can be dissolved in 8 M urea and further dilution leads to protein refolding (De Young et al., 1993). Thermally-induced protein aggregation is often irreversible. Thrombin in solution aggregates and loses its clotting activity irreversibly when heated to 85°C (Boctor and Mehta, 1992). Thermally-induced precipitation of recombinant pGH is irreversible (Charman et al., 1993).

What determines reversibility of protein aggregation? Patro and Przybycien (1996) simulated the structure of reversible protein aggregates as a function of protein surface characteristics and protein–protein interactions. They demonstrated that the structure and morphology of protein aggregates are profoundly affected by the surface characteristics of protein monomers. Both the extent and distribution of hydrophilic and hydrophobic sites on protein surface affect aggregate properties kinetically and thermodynamically. Although physical properties of reversible and irreversible aggregates are similar, reversible aggregates are more stable energetically, more ordered (or crystal-like), and less dense than irreversible counterparts. An increase in the extent of monomer hydrophobic surface area can result in decreased solvent-exposed hydrophobic surface area and lower free energy, forming preferably reversible aggregates.

### 3.1.3. Activity of protein aggregates

Protein aggregates usually have no or reduced activity. Bovine pancreas ribonuclease A (RNase A, 13.7 kD) at 1.5 mg/ml forms soluble aggregates in 0.1 M phosphate buffer (pH 10) during storage at 45°C, and the amount of aggregates corresponds qualitatively to loss of enzyme activity (Townsend and DeLuca, 1990). The specific antiviral activity of interferon-β-1b (IFN-β-1b) aggregates is three times lower than that of the intact protein (Runkel et al., 1998).

PAR-VASO-0006927

Table 2
Favored pH conditions for some degradation reactions in proteins/peptides

| Degradations | Proteins/peptides | Reaction sites | Favored pH conditions | References |
|---|---|---|---|---|
| Cleavage | bFGF | Asp-X, esp.X = Pro | Very acidic | Shahrokh, et al., 1994a |
| Deamidation | hEGF | $Asn^1$ | Neatral to alkaline | Son and Kwon, 1995 |
| Deamidation | bFGF | Asn-X | Neutral to alkaline | Shahrokh, et al., 1994a |
| Deamidation | Insulin | $Asn^{A21}$ | pH < 5 | Strickley and Anderson, 1997 |
| Deamidation | RNase A Lysozyme | Asn-X, Gln-X | High pHs | Kristjánsson and Kinsella, 1991 |
| Oxidation (by $H_2O_2$) | rhPTH | $Met^8$ and $Met^{18}$ | 10 | Nabuchi et al., 1995 |
| Oxidation (by ascorbic acid/$CuCl_2$/$O_2$) | Relaxin | $His^{A12}$, $Met^{B4}$, $Met^{B25}$, etc. | 5 > 6 > 7 > 8 | Li et al., 1995a |
| Oxidation (by ascorbic acid/$FeCl_3$/$O_2$) | His-Met | Met | 7–8 | Li et al., 1993 |
| Succinimidation | bFGF | Asx-Gly | 4–5 | Shahrokh et al., 1994a |

Protein aggregation may or may not accompany major conformational changes. Interleukin-1 receptor antagonist (IL-1ra) in solution can form non-covalent but irreversible dimers during storage, and the activity of the non-covalent dimer is about one-third of the native monomer, even though the dimer has almost the same structure as the native form by CD and IR spectroscopy (Chang et al., 1996a).

## 3.2. Chemical instabilities of proteins

Many chemical reactions are responsible for inactivation of protein drugs. In many cases, a couple of reactions can happen simultaneously in proteins, making separation and identification of protein degradation products very difficult. For example, bFGF undergoes multiple degradations in solution, including multimerization, succinimidation, hydrolysis, and aggregation (Wang et al., 1996b). Lyophilized insulin, after forming a cyclic anhydride intermediate at low pH, may react with water to form desamido insulin or react with other amino acids to form two different dimers ($Asp^{A21}$-$Phe^{B1}$ and $Asp^{A21}$-$Gly^{A1}$) (Strickley and Anderson, 1997). The eventual degradation product distribution (between desamido insulin or covalent dimers) may depend on water content of the formulation, pH of the reconstituted solution, and nature of the excipients in the formulation. Many proteins show changes in degradation pathways at different pHs and temperatures. The degradation products (aggregates and C-terminal fragments) of recombinant human macrophage colony-stimulating factor (M-CSF) change significantly at different pHs (Schrier et al., 1993). Recombinant human thrombopoietin (rhTPO) shows different shapes of $k_{obs}$-pH profiles and different patterns of bands on SDS-PAGE at 5, 30, and 37°C (Senderoff et al., 1996). Therefore, to prevent proteins from chemical inactivation, the dominant reaction should first be identified and inhibited. This can be achieved to a certain degree by adjusting the formulation pH away from favorable ranges (Table 2).

The location of labile amino acids in a protein is critical in determining their chemical reactivity. Since a very limited number of water molecules exist inside a protein, presence of chemically labile amino acids may not be a problem if they are localized inside and have limited mobility (Mozhaev and Martinek, 1984). Chemical reactions of many amino acids in proteins require certain local molecular flexibility; and thus the rate of reaction may be higher in denatured proteins or small peptides with high flexibility

PAR-VASO-0006928

than in native proteins. For example, the reactivity (disulfide exchange) of the sulphydryl group in β-lactoglobulin-A is very slow in its native state but increases significantly when the protein gradually unfolds with increasing urea concentration from 4 to 8 M (Apenten, 1998). Native protein conformation, therefore, needs to be protected to prevent or inhibit potential chemical degradations.

Powell (1996) tried to correlate the reactivity of protein deamidation, hydrolysis, and oxidation in aqueous solutions with protein sequence structure by analyzing the hydropathy/flexibility (hydroflex) plots for 73 proteins. The analysis shows that the primary reaction in proteins at pH 4.5–7.5 occurs largely at Asn and Asp within these motifs: -Asn-Gly-, -Asn-Ser-, -Asp-Gly-, and, to a lesser extent, -Gln-Gly-, -Asp-Pro-, and -Met- (the hot-spot sites). Reactions at non-hot-spot sites can also occur if the site conformation is favorable (hydrophilicity and flexibility) or if the reaction is catalyzed by contaminating proteases. Hydropathy appears to be a better predictor of protein degradation than does calculated flexibility.

Chemical reactions may not always affect protein conformation or activity depending on the location of transformed residues. Due to the terminal location of Met[B4] and Met[B25] in recombinant human relaxin, oxidation at these two residues does not change the protein bioactivity (Nguyen et al., 1993). The Met[1] mono-oxidized recombinant human leptin (16 kD) does not show any detectable changes in tertiary structure and retains its full potency as compared to native form (Liu et al., 1998). Similarly, when 63% of human epidermal growth factor (hEGF, 6 kD) is deamidated, its mitogenic activity is completely unchanged, indicating that the deamidation site is not critical in determining the mitogenic activity. Other deamidated products having essentially the same biological activity as the intact proteins include insulin (Brange et al., 1992b) and rIL-2 (Sasaoki et al., 1992). In some cases, degraded proteins may have even higher activities such as rhTPO during storage at 5, 30, and 37°C (Senderoff et al., 1996).

### 3.2.1. Deamidation

Deamidation appears to be the most common degradation in protein pharmaceuticals. In many cases, it is a major degradation pathway in proteins, such as recombinant human deoxyribonuclease (rhDNase) (Shire, 1996; Chen et al., 1998) and rhVEGF at pH 5–6 (Goolcharran et al., 1998). The deamidated rhDNase has only about 40–50% of the original activity.

Several deamidation mechanisms have been reported and discussed (Cleland et al., 1993; Xie and Schowen, 1999). Asn and Gln are the two amino acids susceptible to deamidation in proteins and Asn is much more labile (Powell, 1994; Li et al., 1995b; Daniel et al., 1996). Deamidation of Asn in proteins and peptides in an aqueous solution can proceed at a much higher rate than hydrolysis of a peptide bond (Daniel et al., 1996).

The rate, mechanism, and location of deamidation in peptides or proteins are pH-dependent. Deamidation of Asn-X appears favored mostly at neutral or alkaline conditions (Son and Kwon, 1995; Daniel et al., 1996). Maximum stability of Asn residues within peptides is found between pH 2-5. Between pH 5 and 12, the reaction proceeds rapidly and entirely through a cyclic imide (succinimide) intermediate, while slow deamidation at pH 1–2 seems to bypass the succinimide intermediate (Daniel et al., 1996). The rate of deamidation at Asn[74] in bovine pancreatic DNase increases with increasing pH from 5.0 to 7.7 (Shire, 1996). In insulin, however, deamidation originates from a rate-limiting intramolecular nucleophilic attack at the C-terminal Asn[A-21] with a cyclic anhydride intermediate to form desamido insulin (Brange et al., 1992b; Darrington and Anderson, 1995; Strickley and Anderson, 1997). Since the unionized carboxyl group at the C terminal is the catalyzing group, increasing solution pH inhibits deamidation of Asn[A-21]. Therefore, the reaction is favored at low pH ( < 5). In neutral solutions, deamidation in insulin takes place predominantly at Asn[B-3] residue (Brange et al., 1992b; Darrington and Anderson, 1995).

The relative position of Asn and/or Gln in proteins may determine their relative rate of deamidation. hEGF has three deamidation

residues (Asn[1], Asn[32], and Gln[43]) and Asn[1] is the most labile one in neutral and alkaline pH due to its relatively high mobility in the protein (Son and Kwon, 1995). In tPA, only three Asn-X sequences (Asn[58]-Gly[59], Asn[77]-Ser[178], and Asn[37] -Ser[38]) are deamidated; and all three sites are located on the protein surface and have more-than-average local sequence mobility (Paranandi et al., 1994).

Neighboring amino acids at deamidation sites in peptides or proteins may affect the rate of deamidation. Cross and Schirch (1991) have studied the rate of non-enzymatic deamidation of a series of pentapeptides. They have found that in neutral and alkaline solutions, amino acid residues on the amino side of Asn have little or no effect on the rate of deamidation regardless of its charge or size, but residues on the carboxyl side of Asn affect the rate significantly. Increasing the size and branching in the side chain of the residue decreases the rate of deamidation as much as 70-fold relative to Gly. Therefore, the most labile sequence seems to be Asn-Gly (Powell, 1994, 1996). However, under acidic conditions, the rate of deamidation of Asn residue is not affected by neighboring amino acids in these pentapeptides (Cross and Schirch, 1991). In tPA, 7 Asn-X sequences are identified to have more-than-average local sequence mobility, but only three of them show detectable deamidation, suggesting possible influence of neighboring amino acids on the rate of deamidation in addition to local flexibility (Paranandi et al., 1994). Local flexibility/mobility of proteins can be plotted for comparison based on hydrophobicity–volume product for consecutive quintuplets of amino acid residues (Ragone et al., 1989).

The rate of deamidation in proteins is also influenced by secondary structure of proteins. Xie and Schowen (1999) recently reviewed secondary structure and protein deamidation and indicated that both α-helical and β-turn secondary structures tend to stabilize Asn residues against deamidation. A good example is the deamidation of Asn[8] in several growth hormone releasing factor (GRF) analogues, which decreases with increasing helical content in aqueous methanol solutions (Stevenson et al., 1993).

## 3.2.2. Oxidation

The side chains of His, Met, Cys, Trp, and Tyr residues are potential sites of oxidation (Manning et al., 1989; Li et al., 1995b,c; Daniel et al., 1996). Oxidation at these sites can be catalyzed by trace amount of transition metal ions (site-specific process) or enhanced by oxidants or upon exposure to light (non-site-specific process). The site specificity is due to generation of and oxidation by reactive oxygen species at specific metal-binding sites (Li et al., 1995a; Zhao et al., 1997). The complicated oxidation mechanisms and related major oxidation products have been reviewed elsewhere (Cleland et al., 1993; Stadtman, 1993; Li et al., 1995c).

The most easily oxidizable sites are thio groups on Met and Cys. Met residues in proteins can be easily oxidized by atmospheric oxygen such as hGH in a vial containing only 0.4% oxygen. The easy oxidation of Met residue occurs probably because Met (also Gln) is one of the most flexible of nonpolar or mildly polar residues in proteins (Richards, 1997). Nevertheless, it was concluded that oxidation at Met residues in most proteins is not as significant as deamidation and hydrolysis (Powell, 1996).

The thioether group of Met can be oxidized into two possible forms: sulfoxide and sulfone. Met is first oxidized reversibly to sulfoxide, which can be further oxidized irreversibly to sulfone under harsh conditions. Like deamidation, the rate of oxidation depends on the position of oxidizable groups in a protein. For example, Met sulfoxides can form at both Met[18] and Met[8] in recombinant human parathyroid hormone (rh-PTH) in the presence of $H_2O_2$, but Met[18] is more susceptible to oxidation (Nabuchi et al., 1995). There are four oxidizable Met residues in recombinant human leptin, and their relative reactivity is Met[1] > Met[69] > > Met[55] $\cong$ Met[137] (Liu et al., 1998).

The formulation pH may affect the rate of oxidation by changing the oxidation potential of oxidants, the affinity of binding between catalytic metal ions and the ionizable amino acids, and the stability of oxidation intermediates. In a few cases, the rate of oxidation is enhanced at alkaline pHs. rhPTH is oxidized most at pH 10 by $H_2O_2$

PAR-VASO-0006930

(Nabuchi et al., 1995). The relative rate of oxidation of human relaxin in ascorbate/Cu (II) solution is pH $8 > 7 > 6 > 5$ (Li et al., 1995a). The oxidation rate of human insulin-like growth factor I (hIGF-I, 7.65 kD) in solution increases as the solution pH is increased from 6.0 to 7.5. The pH dependence of hIGF-I oxidation was attributed to formation of a phosphorylated sulfonium ion between Met and phosphate as an oxidation intermediate (Fransson and Hagman, 1996). In a different case, changing the solution pH in the range of 3–8 fails to change significantly the rate of oxidation of recombinant human relaxin by $H_2O_2$ (Nguyen et al., 1993).

Oxidation could dominate other degradation pathways in a protein. There are several potential degradation reactions in hIGF-I, including oxidation of Met[59], deamidation of Asn[26] and Gln[15], and reduction of three disulfide bridges (Cys[6]-Cys[48], Cys[47]-Cys[52], and Cys[18]-Cys[61]) and oxidation of Met is found to be the major degradation pathway (Fransson et al., 1996). Similarly, oxidation is the major degradation pathway for KGF-2 (Kaushal et al., 1998).

### 3.2.3. Disulfide bond breakage and formation

Disulfide bonds are often critical in controlling both protein activity and stability. α-Interferon has two disulfide crosslinks between 1 and 98 and between 29 and 138. Selective breaking of the 1–98 crosslink results in no loss of activity, while breaking of the other results in almost complete loss of activity (Evans and Grassam, 1986). Ribonuclease T1 has two disulfide bonds, which stabilize the protein. When the two disulfide bonds are broken, its $T_m$ is reduced by about 40°C and its conformational stability is decreased by over 9 kcal/mol (Thomson et al., 1989).

Free Cys residues in proteins can be oxidized easily to form disulfide bond linkages or cause thio-disulfide exchanges, causing protein aggregation or polymerization, such as basic fibroblast growth factor (bFGF) (Shahrokh, et al. 1994a; Wang et al., 1996b). However, if these cysteinyl residues are buried within the tertiary structure of proteins, they are much less reactive without much concern. Thio-disulfide exchange in a protein is a reaction between an ionized thiol group (thiolate anion) and a disulfide bond. The rate of thiol-disulfide exchange depends on the extent of ionization of the nucleophilic thiol, and therefore, generally increases as the reaction pH increases until p$K$ of the nucleophilic thiol group is exceeded (Darby and Creighton, 1997).

Even though a protein does not have free Cys residues, disulfide bond scrambling may still occur, causing protein aggregation. This is the case for lyophilized insulin, which has only three disulfide bonds but still forms disulfide-scrambled aggregates via β-elimination of an intact disulfide during storage (Costantino et al., 1994b). β-Elimination was also observed for IL-1ra in aqueous solution (Chang et al., 1996a).

### 3.2.4. Hydrolysis

Amino acids, the components of proteins, are subject to acid and base hydrolysis. Most peptide bonds are stable except those in -X-Asp-Y- sequence (Manning et al. 1989; Li et al., 1995b; Vieille and Zeikus, 1996). The Asp-Y bond may be at least 100 times more labile than other peptide bonds in dilute acid (Li et al., 1995b). Cleavage is particularly rapid at Asp-Gly and Asp-Pro (Powell, 1994, 1996). A major degradation pathway of rhM-CSF in an acidic solution is peptide cleavage at two sites: Asp[169]-Pro[170] and Asp[213]-Pro[214] (Schrier et al., 1993). During hydrolysis, Asp forms succinimide intermediate, which is similar to that for Asn (Daniel et al., 1996). In addition, formation of cyclic anhydride intermediate is also possible, especially when the C-flanking residue of Asp is Pro such as bFGF (Shahrokh et al., 1994a).

In many cases, hydrolysis is a continuation after deamidation of Asn residues. Insulin first forms iso-Asp and Asp derivatives at Asn[A-21] and/or Asn[B-3] depending on the solution pH during storage. These derivatives are further hydrolyzed and the rate of hydrolysis at B3 position is independent of the insulin strength between 40 and 400 IU/ml (Brange et al., 1992b).

### 3.2.5. Isomerization

All amino acids have the potential of racemization except Gly. Natural or deamidation-derived

Asp-X peptide bonds can easily undergo a reversible isomerization between Asp and *iso*-Asp via a cyclic imide (succinimide) intermediate. The succinimide intermediate is usually not stable, and significant hydrolysis may occur in hours such as tissue plasminogen activator (tPA) (Paranandi et al., 1994).

Many cases of protein isomerization have been reported, such as bFGF (Shahrokh et al., 1994a), insulin (Brange et al., 1992b), and tPA (Paranandi et al., 1994). Incubation of tPA at pH 7.3 and 37°C for 14 days can result in formation of 0.77 mol of *iso*-aspartate derivative per mol of tPA due to multiple deamidations at $Asn^{58}$-$Gly^{59}$, $Asn^{177}$-$Ser^{178}$, and $Asn^{37}$-$Ser^{38}$ (Paranandi et al., 1994).

Like deamidation, the rate of Asp isomerization is strongly influenced by its location and mobility in a protein. The *iso*-aspartate formation is most likely to occur in relatively unstructured domains of intact proteins or in domains susceptible to transient unfolding (Johnson et al., 1989). Methionyl recombinant human growth hormone (met-hGH) at pH 7.4 forms isoaspartate derivatives only at $Asp^{130}$ (Asp-Gly) and $Asn^{149}$ (Asn-Ser) during storage at 37°C, even though a couple of Asn and Asp residues exist in the protein. The selective *iso*-aspartate formation at $Asp^{130}$ occurs because $Asp^{130}$ resides in a domain, which has conformational flexibility similar to that of a short synthetic peptide (Johnson et al., 1989).

### 3.2.6. Succinimidation

Formation of succinimide intermediates may precede deamidation of Asn and isomerization of Asp in proteins and peptides. In fact, formation of succinimide is the cause of *iso*-aspartate derivative formation in proteins. Asn deamidates via succinimide formation at neutral and alkaline conditions, but formation of succinimide at Asp-Gly linkages in proteins may occur at an optimum pH of 4–5, such as bFGF (Shahrokh et al., 1994a).

Like other chemical degradations, the rate of succinimide formation is strongly influenced by neighboring groups of the labile residue(s) and protein conformation. Stephenson and Clarke (1989) studied the rate of succinimide formation in a series of synthetic peptides (Val-Tyr-Pro-X-Y-Ala) at pH 7.4. They demonstrated that the rate of succinimide formation of the asparaginyl (X) peptides is 13.1–35.6 times faster than those of the aspartyl peptides when Y is glycyl, seryl, or alanyl residue. The relative rate of succinimide formation is glycyl > seryl > alanyl peptides. Recently, Gietz et al. (1998) identified two degradation products in hirudin, which are succinimides at $Asp^{53}$ and $Asp^{33}$. Both of these two sites are located in two flexible segments of the molecule.

### 3.2.7. Non-disulfide crosslinking

Proteins may form covalent dimers or polymers by non-disulfide pathways. Insulin has been shown to form such dimers and polymers during storage (Brange et al., 1992a). The rate-limiting generation of a cyclic anhydride intermediate is involved in formation of both dimeric and deamidated insulin (Darrington and Anderson, 1995). The covalent insulin dimer appears to form mainly through transamidation reactions involving $Asn^{A-21}$ and $Phe^{B-1}$ residues. The relative amounts of the two insulin reaction products (deamidated and dimeric insulin) changes with pH between 2.0 and 5.5. Increasing the pH decreases the formation of [desamido $^{A-21}$] insulin with a concurrent increase in desamido$^{A-21}$-$Phe^{B-1}$ dimer. The formation of insulin dimer is negligible below pH 4 at insulin concentration of about 10 μM, increases sharply with increasing pH, and becomes dominant near pH 5. Recently, it has been found that the C-terminal Asn in insulin, after forming a cyclic anhydride intermediate, may form two different dimers with either Phe ($Asp^{A21}$-$Phe^{B1}$) or Gly ($Asp^{A21}$-$Gly^{A1}$) in both aqueous and lyophilized formulations (Strickley and Anderson, 1997).

Another non-disulfide pathway is the formaldehyde-mediated crosslinking proposed by Schwendeman et al. (1995). This crosslinking pathway apparently causes significant aggregation of lyophilized tetanus and diphtheria toxoids during storage and thus raises concerns for storing formalin-treated vaccines in both liquid and solid forms.

PAR-VASO-0006932

### 3.2.8. Deglycosylation

One of the functions of carbohydrate moieties in proteins is to protect proteins from thermal and hydrolytic inactivation (Lis and Sharon, 1993). The effect of glycosylation on stability of proteins is highly protein-dependent. Wang et al. (1996a) studied the effect of deglycosylation on the stability of five glycoproteins, including yeast external invertase, bovine serum fetuin, glucoamylase from *Aspergillus niger*, chicken egg white ovotransferrin, and avidin. The amounts of saccharides in these proteins vary from 2.2 to 50%. Deglycosylation of the five model glycoproteins decreases the protein stability as evidenced by decreased $T_m$ and denaturation enthalpy ($\Delta H$), even though protein conformations are not significantly affected.

Natural IFN-β is a 166 amino acid glycoprotein and has multiple functions. Runkel et al. (1998) demonstrated that deglycosylation of recombinant IFN-β-1a with PNGase F decreases the protein activity, and the loss of activity is primarily due to formation of insoluble aggregates upon carbohydrate removal. Deglycosylation also makes the protein more sensitive to thermal denaturation. At a protein concentration of 100 μg/ml, deglycosylated IFN-β-1a denatures at 63°C while glycosylated IFN-β-1a denatures at 67°C. Similarly, RNase A at 85 μM in 50 mM Tris–HCl buffer (pH 8.0) unfolds at 60.4°C while RNase B, a carbohydrated derivative at $Asn^{34}$, unfolds at 61.9°C under the same condition (Arnold and Ulbrich-Hofmann, 1997).

### 3.2.9. Maillard reaction

Sugars are often used as protein stabilizers in both liquid and solid formulations (see Section 4.2). Unfortunately, reducing sugars may react with amino groups in proteins forming carbohydrate adduct, especially at high temperatures. This extremely complex browning pathway is known as the Maillard reaction (Paulsen and Pflughaupt, 1980).

Maillard reactions are widely present in the food industry (Chuyen, 1998). Thermal treatment of milk easily leads to formation of β-lactoglobulin-lactose adduct via Lys residues (Fogliano et al., 1998). Although there have not been many reports on Maillard reactions in the development

of liquid protein pharmaceuticals, this reaction may present potential formulation issues. Tarelli et al. (1994) demonstrated that lysine vasopressin undergoes rapid glycation in the presence of reducing sugars in both aqueous and solid formulations and that the N-terminal adduct can form rapidly even at −20°C.

### 3.3. Factors affecting protein stability

Protein stability is a result of balancing between destabilizing and stabilizing forces. The destabilizing forces are mainly due to the large increase in entropy of unfolding, and the stabilizing forces are provided by a few non-covalent interactions as discussed in Section 2.1. Disruption of any of these interactions will shift the balance and destabilize a protein. Many factors can disrupt this delicate balance.

### 3.3.1. Temperature

The most important factor affecting protein stability is temperature. Unfortunately, there is no general mechanism to describe the effect of temperature on the structure and function of proteins due to their structural complications. In general, the higher the temperature, the lower the protein stability.

Proteins are usually stable in a certain temperature range. Several globular proteins, including basic pancreatic trypsin inhibitor, α-chymotrypsin, cytochrome c, lysozyme, metmyoglobin, RNase A, and trypsin, have maximum free energy change $\Delta G_{f \to u}$ (8–17 kcal/mol) in a temperature range between 10 and 40°C, indicating that both high and low temperatures outside this range may destabilize or denature the proteins (Jaenicke, 1991). Under 3000 bar (to prevent freezing), RNase undergoes both cold (−22°C) and heat (40°C) denaturation (Zhang et al., 1995). Similarly, two extreme denaturation temperatures, lower than 0°C and higher than 50°C, exist for serum albumin in solution (Kosa et al., 1998).

Thermodynamically, protein stability comes from two large but opposing forces: enthalpic and entropic forces. Both are temperature-dependent. The enthalpic forces (the intramolecular interac-

PAR-VASO-0006933

tions) are stabilizing, and the entropic forces (the dissipative forces, loss of conformational entropy of native state) are destabilizing (Kristjánsson and Kinsella, 1991). High temperature-induced loss of protein stability ($\Delta\Delta G < 0$) seems to result from a decrease in free energy of the denatured state instead of an increase in free energy of the native state (Shortle, 1996). The free energy of the denatured state decreases rapidly with increasing temperature mainly due to increased entropy ($-T\Delta S$). When temperature increases, electrostatic interactions are not affected much, hydrogen bonding is weakened, and hydrophobic interactions are strengthened (to a certain point) due to its entropic origin (Jaenicke, 1990). Hydrophobic interaction increases until the temperature reaches about 110°C, when water does not solvate non-polar groups in proteins (Jaenicke, 1990; Kristjánsson and Kinsella, 1991). The $\Delta H$ of protein unfolding also increases with increasing temperature and changes from negative to positive (Jaenicke, 1990). Therefore, low temperature denaturation is mainly enthalpy-driven (Jaenicke, 1991; Shortle, 1996).

High temperatures cause denaturation of many protein pharmaceuticals. Examples include the rapid formation of bovine insulin fibrils (Brange et al., 1997), aggregation/precipitation of rhKGF (Chen et al., 1994a), and precipitation of pGH (Charman et al., 1993). High temperature is also responsible for almost complete aggregation of recombinant consensus α-interferon (rConIFN) at 0.5 mg/ml after ultrasonic nebulization in a Microstat device for 10 min (Ip et al., 1995).

Protein denaturation at high temperatures can be reversible depending on experimental conditions. Both thermal and chemical (urea) denaturation of muscle acylphosphatase (AcP, 98 aa) are reversible (Chiti et al., 1998). Patatin, the major potato tuber protein (40 kD), unfolds at a high temperature (91°C) but refolds partially upon cooling (20°C). Heating native serum albumin to 85°C causes reversible denaturation (approximately 80–90% recovery), but heating for a longer period (10 h) at 60°C (pasteurization condition) causes irreversible denaturation (Kosa et al., 1998).

High temperatures also accelerate chemical degradations, such as increased hydrolysis of Asp residues, deamidation of Asn or Gln residues in RNase A and lysozyme at high temperatures (Kristjánsson and Kinsella, 1991), and formation of covalent insulin oligo- and polymers at temperatures $\geq 25°C$ (Brange et al., 1992a). Degradation mechanisms in proteins easily change with temperature. At 60°C, the aggregation of interleukin 1β (IL-1β) in aqueous solution follows apparent first-order behavior to 30% drug remaining, but at or below 55°C, the aggregation deviates from apparent first-order and becomes biphasic (slow and fast) (Gu et al., 1991).

### 3.3.2. Formulation pH

At extreme pHs, far away from p$I$ of proteins, electrostatic repulsions between like charges in proteins increase, resulting in a tendency to unfold (Goto and Fink, 1989; Volkin and Klibanov, 1989; Dill, 1990). The process of unfolding leads to a reduction of charge density, thus lowering electrostatic free energy (Chan and Dill, 1991). A minor factor contributing to the unfolding tendency is the decreased capability of salt bridge formation at extreme pHs. In addition, the pKa values of charged groups in the folded state are different from those in the unfolded state. Changes in pH lead to titration of groups only in the unfolded form, which causes destabilization of overall native protein structure (Chiti et al., 1998). pH-dependent unfolding has been found to be due only to a small number of groups with anomalous pKa's (Dimitrov and Crichton, 1997). These ionizable groups with anomalous pKa's may stabilize or destabilize a protein in different pH ranges, as those in hen egg-white lysozyme (Yang and Honig, 1993).

Proteins are often stable in a narrow pH range such as pH 6.5–7.0 for recombinant factor VIII SQ (FVIII SQ) (Fatouros et al. 1997a); 6–7 for low molecular weight urokinase (LMW-UK, 33 kD) (Vrkljan et al., 1994); and 4.5–5 for relaxin (Nguyen and Shire, 1996). Protein refolding to a wrong conformation is often seen at a pH close to its p$I$ (Kristjánsson and Kinsella, 1991). pH-induced denaturation of proteins can be reversible, such as porcine pancreatic elastase, which dena-

PAR-VASO-0006934

tures on lowering the pH to less than 5.0 but renatures completely by immediately adjusting the pH back to 5.0 (Chang et al., 1993).

Certain proteins may have stable folded structures at extreme pHs. Apomyoglobin has five conformational states: native (N), acidic (A), acid-unfolded ($U_A$), basic (B), and base-unfolded ($U_B$) (Goto and Fink, 1989). Apomyoglobin starts to unfold at pH 5 with loss of helical structure and exposure of Trp residues as monitored by CD and fluorescence. At pH 2, the protein is maximally unfolded ($U_A$) to an extent similar to that unfolded in 6 M GdnHCl. Further increase in HCl concentration results in refolding to A state. The conformation of $U_A$ state varies from fully unfolded to a partially folded structure (Goto and Fink, 1994). The acidic transition under low salt conditions is reversible ($N \rightleftharpoons U \rightleftharpoons N$), while reversibility of the alkaline transition depends on the length of time under high-pH conditions (Goto and Fink, 1989).

The rate of protein aggregation can be strongly affected by pH, such as the aggregation of bFGF (Wang et al., 1996b), deoxy hemoglobin (Kerwin et al., 1998), IL-1β (Gu et al., 1991), human relaxin (Li et al., 1995a), and bovine pancreas RNase A (Townsend and DeLuca, 1990; Tsai et al., 1998a). At pH 2.5, bovine insulin forms a significant amount of fibrils within a few hours at 37°C but is very stable without agitation for many months at pH 7. As pH increases from < 2 to 7, monomeric insulins gradually form dimeric, tetrameric, and eventually hexameric insulins. The monomeric form has the highest tendency to form fibrils due to its large exposed hydrophobic area as compared with other forms (Brange et al., 1997).

Formulation pH, like temperature, may affect both physical and chemical stability of proteins. Different chemical degradations may be facilitated at different pHs (Table 2). This explains why degradation products are different at different pHs for the same protein, such as hirudin (Gietz et al., 1998). Hydrolysis can easily occur at Asp residues under mild acidic condition (Volkin and Klibanov, 1989). Deamidation of Asn and Gln residues readily takes place under strongly acidic, neutral, and basic conditions. Under basic conditions, many reactions can occur, such as peptide bond hydrolysis, deamidation, hydrolysis of Arg to ornithine, β-elimination and racemization, and double bond formation. The pH effect on chemical stability may depend on the presence of other excipients. For example, a V-shaped chemical (oxidation and deamidation) degradation-pH profile has been demonstrated for hGH with minimum degradation at a pH of about 7.5, but the minimum is shifted to a pH of about 7 when formulated with dextran 40 (Pikal et al., 1991).

The destabilizing effect of pH on proteins can be estimated by determining of a variety of parameters. These parameters include (1) $\Delta G_{f \to u}$ of proteins such as RNase T1 (Thomson et al., 1989), (2) hydrodynamic radius of proteins such as β-lactamase (28.5 kD) (Goto and Fink, 1989), and (3) $T_m$ of proteins such as yeast external invertase (YEI), bovine serum fetuin, glucoamylase (Wang et al., 1996a), myoglobin (Chan and Dill, 1991), rhDNase (Chan et al., 1996), bFGF (Wang et al., 1996b), RNase A (Liu and Sturtevant, 1996; McIntosh et al., 1998), and thrombin (Boctor and Mehta, 1992). The pH effect on protein function and stability can also be probed by computerized molecular dynamics simulation (Baptista et al., 1997).

### 3.3.3. Adsorption

Proteins can be adsorbed to many surfaces and interfaces, such as container surfaces, and air/water interfaces. Protein adsorption in air/water interfaces starts with creation of an area for anchoring the protein molecule, followed by subsequent reorientation and rearrangement of the adsorbed molecules at the interface (Damodaran and Song, 1988). The severity of adsorption is protein-dependent and does not seem to depend on the size and p$I$ of proteins (Burke et al., 1992). Evidence suggests that secondary structure of a protein may change significantly at the adsorption surface such as IgG (Vermeer et al., 1998). Therefore, surface adsorption may result in loss and/or destabilization of proteins. At 1 μg/ml, the adsorptive loss of aFGF to surfaces of several containers (untreated glass, siliconized glass, sulfur-treated glass, Purcoat glass, polyester,

polypropylene, and nylon) are in the range of 20–40% or 0.2–0.8 µg protein/cm² (Volkin and Middaugh, 1996). Interleukin-2 (IL-2), at 0.1 mg/ml in 10 mM phosphate buffer (pH 7.4) containing 150 mM NaCl, has been shown to lose about 90% of its activity after being pumped through silicone rubber catheter tubing (60 × 0.1 cm) in 24 h (Tzannis et al., 1996). The majority (> 80%) of the activity loss is due to adsorption-induced protein denaturation (Tzannis et al., 1997).

Protein surface adsorption is usually concentration-dependent and may reach a maximum (at least for certain proteins) above certain protein concentrations. The adsorption of bovine serum albumin (BSA) is linearly proportional to its concentration (up to 0.5%) in membrane filters made of pleated nylon, polyvinylidene difluoride, or cellulose acetate. Burke et al. (1992) examined surface adsorption of six proteins, including alcohol dehydrogenase (ADH), β-amylase, lactate dehydrogenase (LDH), α-chymotrypsinogen A, thyroglobulin, and IgG. Except LDH, adsorption of all other proteins to surfaces of containers (untreated glass, nylon, polyester + 0.3%, and polypropylene) appears saturated at approximately 5 µg/ml at a surface/solution volume ratio of 2.4 cm²/ml. At this concentration, the amount of protein adsorbed is less than 0.5–1 µg/ml (about 10–15% of the total protein).

The type of container or membrane significantly influences protein adsorption to its surface. The adsorption of 14 model proteins has been examined in a variety of containers made of untreated glass, siliconized glass, sulfur-treated glass, Purcoat-treated glass, nylon, polypropylene, polyester 5X0, and polyester + 0.3%. Among these different containers, the untreated glass, silicone-treated glass, and polypropylene seem to have the least protein binding to their surfaces, and sulfur-treated glass and polyester containers seem to have higher adsorption for certain proteins (Brose and Waibel, 1996). Storing 1 ml of transforming growth factor-β₁ (TGF-β₁) at 1.0 µg/ml in 30 mM citrate buffer (pH 2.5) at 4°C for 11 days drops the protein concentration to 0.39, 0.37, and < 0.10 µg/ml, respectively, in polypropylene, siliconized glass, and untreated glass containers due to surface adsorption (Gom-

botz et al., 1996). BSA can be adsorbed to pleated nylon filter at 220 µg/cm²/wt%, but at 120 µg/cm²/wt% to filters made of polyvinylidene difluoride (PVDF) and cellulose acetate (CA).

The rate of protein adsorption can be very rapid. At 22 and 45°C, the percentages of recombinant human granulocyte colony-stimulating factor (rhG-CSF) adsorbed to PVC surface are, respectively, 93 and 97% of maximum after 10 min of equilibration (Johnston, 1996).

### 3.3.4. Salts

The effect of salts on protein stability is complex, partly because of the complex ionic interactions on fully exposed surfaces, and in fully or partially buried interior of proteins. Salts may stabilize, destabilize, or have no effect on protein stability depending on the type and concentration of salt, nature of ionic interactions, and charged residues in proteins (Kohn et al., 1997). For example, the $T_m$ (67.4°C) of recombinant human deoxyribonuclease (rhDNase) decreases to 65.3°C in the presence of 75 mg/ml of NaCl but increases to 70.1°C at 200 mg/ml (Chan et al., 1996). Increasing $(NH_2)_2SO_4$ concentration from 50 to 200 mM increases aggregation of KGF during storage at 45°C, but NaCl has the opposite effect within the same concentration range (Zhang et al., 1995).

Salts can affect electrostatics in a protein in two ways: by non-specific (Debye-Hückel) electrostatic shielding, and by specific ion binding to the protein. At low concentrations, salts affect electrostatic shielding and weaken ionic repulsion/attractions as counterions. Therefore, this shielding effect may be either stabilizing when there are major repulsive interactions leading to protein unfolding, or destabilizing when there are major stabilizing salt bridges or ion pairs in the protein. At high concentrations, electrostatic shielding is saturated; the dominant effect of salt, like other additives, is on solvent properties of the solution. The net effect on stability of a protein would be determined by the relative effect on free energy of unfolded and native states (Goto and Fink, 1989). The stabilizing salts seem to increase surface tension at water-protein interface and strengthen hydrophobic interaction by keeping hydrophobic groups away from water molecules, inducing pref-

PAR-VASO-0006936

erential hydration of proteins (Kristjánsson and Kinsella, 1991; Kohn et al., 1997).

The salt effect strongly depends on the solution pH, which dictates charged state of ionizable groups. Recently, in a study on stability of de novo designed two-stranded α-helical coiled coils, it has been found that stability of a designed protein (QQx), which has no intra or interhelical ionic interaction but contains 5 Lys residues for maintaining solubility, increases gradually with increasing KCl concentration (up to 1 M) against urea-induced denaturation (Kohn et al., 1997). The effect is the same at both pH 3 and 7, since there is no ionized state in this pH range. However, stability of another designed protein (KEx), which contains Glu and Lys at positions that form interhelical ionic interactions, increases drastically with increasing KCl concentration at pH 3. This is because at this pH, Lys is the only charged residue at interaction positions, and KCl can electrostatically shield the destabilizing repulsion by interacting with charged Lys. Addition of 50 mM LaCl$_3$ increases slightly the stability of QQx at both pH 3 and 7 but decreases the stability of KEx due to La$^{3+}$ binding to glutamate residues and disrupting interhelical ion pairs at pH 7. However, at pH 3, LaCl$_3$ stabilizes KEx since Glu residues are largely protonated at this pH and can not bind to La$^{3+}$. The destabilizing effect of salts on proteins has been reported in many cases. Increasing ionic strength of insulin solution from 0.04 to 0.11 by addition of NaCl increases insulin fibrillation, possibly by shielding repulsive forces between similarly charged groups (Brange et al., 1997). Probably by similar shielding effect, NaCl causes thermal aggregation of RNase at pH 3 (Tsai et al., 1998b). Increasing NaCl concentration from 120 to 360 mM also increases the mean particle (aggregate) size of hepatitis A virus (HAV) in solution from about 30 nm to greater than 120 nm in 24 h at room temperature (Volkin et al., 1996).

In many cases, salts do not play a major role in altering chemical instability of proteins or peptides based on a limited number of studies. It has been found that the rate of deamidation of Asn residues in a series of pentapeptides is not affected by ionic strength (Cross and Schirch, 1991). The rate of oxidation of Met in hIGF-I at 0.13 mM does not change whether or not sodium chloride (145 mM) is included at pH 6.0 (Fransson and Hagman, 1996). Similarly, the rate of oxidation of recombinant human relaxin by hydrogen peroxide does not change significantly at NaCl concentrations ranging from 0.007 to 0.21 M in 0.01 M acetate buffer at pH 5.0 (Nguyen et al., 1993). However, addition of 0.1 M KCl inhibits intracellular SH and S-S exchange in bovine mercaptalbumin at pH 8.6 (Kuwata et al., 1994).

### 3.3.5. Metal ions

Depending on the type and concentration, metal ions may destabilize or stabilize a protein. Since the negative counter ions may also significantly affect protein stability either positively or negatively, contribution of metal ions to protein stability should be carefully interpreted.

Some proteins are stable only in the presence of certain metal ions. The number of stabilizing metal ions required in each protein molecule is protein-dependent, and the metal ions may or may not be mutually replaceable for protein stability. It has been found that maximum activity of murine adenosine deaminase (ADA) is at 1:1 molar ratio of zinc (Zn$^{2+}$) or cobalt (Co$^{2+}$) to ADA. Both higher and lower ratios can inhibit the protein activity, and no measurable activity of ADA is left in the presence of other metals ions (at 1:1, 10:1 or 100:1 ratio), including Ca$^{2+}$, Cd$^{2+}$, Cu$^{2+}$, Cu$^+$, Mn$^{2+}$, Fe$^{2+}$, Fe$^{3+}$, Pb$^{2+}$, or Mg$^{2+}$ (Cooper et al., 1997). While Ca$^{2+}$ (up to 100 mM) stabilizes rhDNase, other metal ions such as Mg$^{2+}$, Mn$^{2+}$ and Zn$^{2+}$ destabilize it (Chan et al., 1996). The stabilizing effect of Ca$^{2+}$ on rhDNase is presumably due to direct binding of Ca$^{2+}$ to the protein and preventing breaking of a disulfide bridge (Chen et al., 1998). A number of metal ions have been tested for stabilization of FVIII SQ, including Ca$^{2+}$, Sr$^{2+}$, Cu$^{2+}$, Mg$^{2+}$, Fe$^{2+}$, Zn$^{2+}$, and Mn$^{2+}$. While Ca$^{2+}$ or Sr$^{2+}$ increases the stability of the protein, Fe$^{+2}$ at 1 or 10 mM and Cu$^{+2}$ or Zn$^{+2}$ at 10 mM sharply destabilize FVIII SQ (Fatouros et al., 1997a).

Metal ions may significantly affect protein stability without affecting much of its secondary structure. Although ADA (apoenzyme) is not ac-

PAR-VASO-0006937

tive (less than 0.1% of the holoenzyme activity) in the absence of $Zn^{2+}$ or $Co^{2+}$, CD analysis of the protein indicates that secondary structures are the same with or without these metal ions (Cooper et al., 1997). Similarly, removal of exogenous $Ca^{2+}$ by EGTA-treatment has little effect on the secondary structure of rhDNase based on IR determination in the amide III region in either aqueous or lyophilized state (Chen et al., 1998).

Trace amount of metal ions in protein formulation may catalyze oxidation in proteins mainly via the Fenton pathway (Stadtman, 1993). These labile residues include Met, Cys, His, Trp, Tyr, Pro, Arg, Lys, or Thr (Stadtman, 1993; Li et al., 1995b,c). The catalysis depends on concentration of the metal ions. For example, addition of 0.15 ppm (w/w) chloride salts of $Fe^{3+}$, $Ca^{2+}$, $Cu^{2+}$, $Mg^{2+}$, or $Zn^{2+}$ does not affect the oxidation rate of Met in hIGF-I at 0.13 mM in 50 mM sodium phosphate (pH 6.0) at room temperature, but when the salt concentration increases to 1 ppm, $Fe^{3+}$ causes a significant increase in oxidation (Fransson and Hagman, 1996). The metal-catalyzed oxidation can be facilitated in the presence of a reducing agent such as ascorbate or RSH (Stadtman, 1993; Li et al., 1995c). Metal ions, oxygen, and reducing agents can generate reactive oxygen species (ROS) to oxidize proteins. The ascorbate/Cu(II)/$O_2$ system easily oxidizes papain (Kanazawa et al., 1994), brain-derived neurotrophic factor (BDNF) (Jensen et al., 1998), His in hGH (Zhao et al., 1997), His and Met in human relaxin (Li et al., 1995a), and the His-containing fragment of relaxin (Khossravi and Borchardt, 1998). The dual effect of ascorbic acid might explain why it slightly inhibits oxidation of recombinant human nerve growth factor (rhNGF) but destabilizes FVIII SQ (Österberg and Fatouros, 1994) and increases oxidation of recombinant human ciliary neutotrophic factor (rhCNTF) in the presence of peroxides (Knepp et al., 1996).

### 3.3.6. Chelating agents

In close relation to metal ions, chelating agents such as EDTA and citric acid may destabilize a protein by binding to the protein and/or its critical metal ions or stabilize the protein by binding to any harmful metal ions.

Since transition metal ions can catalyze protein oxidation, metal ion-chelating agents should be able to protect a protein from metal-catalyzed oxidation. EDTA at 0.1 mM can completely inhibit oxidation of relaxin induced by the ascorbic acid/$CuCl_2$/$O_2$ system (Li et al., 1995a). At 0.15 mM and 1 mM, it also effectively inhibits oxidation of Cys in aFGF (Wang et al., 1996b) and bFGF (Volkin and Middaugh, 1996).

In many cases, however, the effect of chelating agents is more complex. The net effect depends on the metal ions, oxidation mechanism, and type and concentration of the chelating agent (Stadtman, 1993). It has been found that EDTA at 0.02 mM suppresses formation of Met sulfoxide in His-Met catalysed by the ascorbic acid/$FeCl_3$/$O_2$ system at pH 7.4 but increases the overall degradation (Li et al., 1993). In a recent study, some polyaminocarboxylate metal chelators including EDTA failed to inhibit oxidation of Met- or His-containing heptapeptides induced by the dithiothreitol/$Fe_3Cl$/$O_2$ system but significantly changed the distribution of oxidation products (Zhao et al., 1996).

### 3.3.7. Shaking and shearing

Proteins can be denatured by shaking or shearing. Shaking creates hydrophobic air/water interface, which results in alignment of protein molecules at the interface, unfolding to maximize exposure of hydrophobic residues to air and to initiate aggregation (Volkin and Klibanov, 1989). The hydrophobic surfaces causing protein aggregation during shaking can be either gaseous or solid (Sluzky et al., 1991, 1992). Similarly, shearing also exposes hydrophobic areas of proteins, initiating aggregation.

Examples of shaking-induced protein instability include aggregation of rFXIII (Kreilgaard et al., 1998), hGH (Katakam et al., 1995; Katakam and Banga, 1997; Bam et al., 1998), hemoglobin (Kerwin et al., 1998), and insulin (Thurow and Geisen, 1984; Sluzky et al., 1991; Brange et al., 1997). More than 50% of urease activity is lost at 0.33 mg/ml in phosphate buffer (pH 7.0) after shaking for 24 h, and 77% of rIL-2 activity is lost at 0.2 μg/ml in PBS (pH 7.0) after shaking for 8 h at 4°C (Wang and Johnston, 1993a). Air-jet nebu-

PAR-VASO-0006938

lization of rConIFN at pH 6.3 for 25 min at 40 psig causes 70% aggregation (Ip et al., 1995).

Proteins may tolerate shearing inactivation to a different degree. Catalase loses about 50% of its activity after exposure to a shear of $7 \times 10^6$, but plasma fibrinogen loses the same amount of its clotting activity after exposure to a shear of $5 \times 10^8$ (Charm and Wong, 1970a,b). Similarly, about 30% of rhGH forms aggregates at a shear of $10^5$, while rhDNase is stable at a shear of $2 \times 10^7$ when these proteins are homogenized (Maa and Hsu, 1997). This is because rhGH is more surface active and may easily accumulate at the homogenization-induced air/water interface, accelerating aggregation. Other factors such as the rigidity of protein structure and the number of hydrophobic residues exposed on the protein surface might have contributed to the different level of shear tolerance.

The effect of shear can be evaluated by pumping a protein solution through a capillary tube. The amount of shear experienced by the protein can be expressed as the product of shear rate ($S$) and residence time ($t$): $S*t = (8/3)(L/r)$, where $L$ is the length and $r$ is the radius of the tube (Charm and Wong, 1970a).

### 3.3.8. Protein denaturants

GdnHCl, urea, NaSCN (thiocyanate), and SDS are often-used denaturants. These denaturants bind preferentially to proteins, disrupting both hydrophobic interaction and hydrogen bonds, and reducing protein chemical potential and free energy of denaturation (Darnell et al., 1986; Volkin and Klibanov, 1989; Timasheff, 1993; Allison et al., 1996). While GdnHCl and urea may interact weakly with the hydrophobic surface of a protein, SDS probably interacts strongly with it, causing protein denaturation, since a denatured state exposes more hydrophobic surface for binding (Shortle, 1996). The denaturant concentration for complete protein denaturation is usually 6 M for GdnHCl and 8 M for urea, although lower concentrations can be as effective depending on the protein.

GdnHCl is a more potent denaturant than urea. RNase H can be completely denatured in 2 M GdnHCl, but 4 M urea is needed for complete

denaturation (Goedken and Marqusee, 1998). For rhDNase, 0.5 M GdnHCl lowers its $T_m$ from 67.4 to 61°C, but 2 M urea is needed to achieve the same effect (Chan et al., 1996). The denatured proteins by GdnHCl or urea may be reversible, such as diacylglycerol kinase (DGK) (Clarke and Waltho, 1997).

Denatured proteins are usually soluble in a denaturant solution because of increased solvation of nonpolar amino acids (Chan and Dill, 1991). Exceptions do exist. For example, the rate and extent of horse apomyoglobin aggregation increase with increasing urea concentrations (up to 2.4 M) (De Young et al., 1993). This may be due to the possible effect of protein-dependent preferential exclusion of urea at low concentrations (Timasheff, 1998). In fact, protein activation or stabilization by low concentrations of a denaturant has been reported. GdnHCl at concentrations up to 0.6 M stimulates activity of human placental alkaline phosphatase (Hung and Chang, 1998) and at concentrations up to 0.3 M stabilizes RNase T1 against thermal and urea-induced unfolding (Mayr and Schmid, 1993). The stabilizing effect of GdnHCl is apparently due to the contribution of stabilizing effect of $Cl^-$ as observed for apomyoglobin (Staniforth et al., 1998).

It should be noted that cyanate may spontaneously form from urea, and an 8 M urea solution contains approximately 0.02 M cyanate, which can react with both amino and sulphydryl groups in proteins, causing irreversible inactivation (Volkin and Klibanov, 1989). Therefore, urea should be prepared fresh or cyanate ions should be removed when used in probing protein stability. In IR studies NaSCN is a preferable denaturant since it does not absorb in the amide I region (Allison et al., 1996).

### 3.3.9. Non-aqueous solvents

A folded protein in an aqueous solution has hydrophobic regions sequestered from and hydrophilic areas in contact with the aqueous environment. When the polarity of an aqueous solvent decreases by adding a non-aqueous solvent, protein hydrophobic cores tend to dissipate in contact with the solvent, and the protein hydration shell may be disrupted, leading to destabiliza-

PAR-VASO-0006939

tion and unfolding of the protein. For example, addition of 60% (v/v) glycerol in 10 mM Tris–HCl buffer (pH 7.4) decreases $\Delta G_{f \to u}$ of ferric horse heart myoglobin by about 10 kcal/mol (Barteri et al., 1996). Therefore, non-aqueous solvents reduce free energy of the unfolded state by solvating the exposed nonpolar residues (Dill, 1990). In two-phase organic/aqueous systems, proteins unfold/denature predominantly at the interface, which depends on both the interfacial tension and interfacial surface area (Cowan, 1997).

Non-aqueous solvent-induced inactivation of proteins by disruption of water residues at the active site may occur without disruption of the tertiary structure. Therefore, protein inactivation by non-aqueous solvents may be reversible. For instance, inactivation of certain proteins by dimethylsulfoxide (DMSO) is fully reversible upon immediate dilution with aqueous solution (Chang et al., 1991).

While non-aqueous solvents generally destabilize proteins, some at low concentrations may have the opposite (stabilizing) effect, such as polyhydric alcohol and some polar, aprotic solvents like DMSO and dimethylformamide (DMF) (Volkin and Klibanov, 1989). Four organic solvent additives, polyethylene glycol (PEG), 2-methyl-2,4-pentanediol (MPD), DMSO, and trimethylamine N-oxide (TMAO), have been found to induce preferential hydration of lysozyme and BSA (Kita et al., 1994). The $T_m$ of IL-1R is increased from 48.1 to 48.6°C in the presence of 5.1 mg/ml ethanol but decreased to 43.8°C at 50 mg/ml (Remmele et al., 1998). The stabilization effect by low concentrations of non-aqueous solvents is probably due to the mixed solvent system more resembling the protein's cellular environment (Butler, 1979a,b).

Proteins suspended in certain non-aqueous solvents may be as stable as in solid state. Recently, it has been found that plasma-derived factor IX (pdFIX) suspended in perfluorodecalin with 0.0003% moisture does not lose protein activity within 24 weeks as observed in a lyophilized formulation at 37°C, while that suspended in soybean oil, methoxyflurane, octanol, or PEG 400 rapidly loses activity to a different degree within the same period (Knepp et al., 1998). When pdFIX powder containing 10% moisture is suspended in perfluorodecalin, the resultant suspension is not as stable. This may be explained as the strong dependency of non-aqueous solvent-induced denaturation on availability of free water. In the absence of free water, protein conformation is highly rigid and compact, and resists unfolding processes (Cowan, 1997). Due to the inflexibility, certain proteins in non-aqueous solvents can resist thermal denaturation as well as chemical degradation (Tuena de Gómez-Puyou and Gómez-Puyou, 1998).

### 3.3.10. Protein concentration

Protein aggregation is generally concentration-dependent. The mean-field lattice model predicts that proteins will aggregate/precipitate at sufficiently high concentrations (Fields et al., 1992). It has been suggested that increasing protein concentration to higher than 0.02 mg/ml may facilitate potential protein aggregation (Ruddon and Bedows, 1997).

Accelerated aggregation of proteins at high concentrations has been reported in many cases. Examples include aFGF (Won et al., 1998), β-lactoglobulin (Roefs and De Kruif, 1994), IL-1β in the range of 0.1–0.5 mg/ml (Gu et al., 1991), LMW-UK in the range of 0.2–0.9 mg/ml (Vrkljan et al., 1994), and apomyoglobin in the range of 4–12 mg/ml in the presence of 2.4 M urea (De Young et al., 1993). The size of protein aggregates may also increase with increasing protein concentrations such as β-lactoglobulin (Roefs and De Kruif, 1994).

The effect of protein concentration on its aggregation may depend on the mechanism of aggregation and the experimental conditions. The formation of bovine insulin fibrils increases with increasing protein concentrations from 0.75 to 5% during storage at pH 2.5 and 21°C, and it takes less than 10 h to produce the same amount of fibrils at 5% as that in 15 days at 0.75% (Brange et al., 1997). In contrast, bovine insulin at 0.1 mg/ml at pH 7.4 aggregates more readily than at 0.6 mg/ml during shaking (Sluzky et al., 1991, 1992). This is attributable to the more favorable formation of insulin hexamers at 0.6 mg/ml, which are less susceptible to hydrophobic surface-

induced adsorption/aggregation than insulin monomers.

In some cases, protein concentration also affects chemical degradations to a certain degree. Increasing insulin concentration increases formation of covalent insulin oligomers and polymers in neutral solution at 37 or 45°C (Brange et al., 1992a). However, the rate constant for oxidation of Met in hIGF-I ($k_{ox}$) decreases when the protein concentration is increased from 0.26 to 1.4 mM at either 30 or 50°C, presumably due to the limited amount of oxygen available for oxidation in the solution.

On the other hand, concentrated protein solutions can be more resistant against freezing-induced protein aggregation and loss of activity such as labile LDH (Carpenter et al., 1990, 1997). There are at least three explanations. First, the amount of protein accumulated at ice-water interface is finite and therefore, interface-induced protein denaturation is limited in concentrated protein solutions. Second, protein unfolding may be inhibited by steric repulsion of neighboring protein molecules (Allison et al., 1996). Last, protein–protein interactions may change monomers to active and more stable dimers or multimers (Mozhaev and Martinek, 1984).

### 3.3.11. Source and purity of proteins

Stability of proteins may be significantly different depending on the manufacturer and source of proteins. The rate of formation of high-molecular-weight products in human insulin preparations in neutral solutions can differ up to 100% among different manufacturers (Brange et al., 1992a). One of the major influencing factors is the purity of proteins. Any presence of trace amount of enzymes, metal ions, or other contaminants can potentially affect protein stability. Thus, protein purification is one of the most critical steps in controlling protein quality.

Very often, the extent and mechanism of protein degradation is different depending on the purification scheme such as rhTPO (Senderoff et al., 1996). Recombinant and plasma-derived proteins may require different purification schemes, which may influence protein stability. Recombinant factor IX (rFIX) is essentially free

of contamination from non-factor IX products, but many high-purity pdFIX preparations exhibit significant amounts of non-factor IX contaminants, including other coagulation proteins, which may potentially affect the protein stability (Bond et al., 1998).

### 3.3.12. Protein morphism

Protein morphism is also a factor influencing protein stability. Crystalline drugs are generally more stable chemically than amorphous forms, especially for small molecules. The formation of high-molecular-weight insulin in a suspension of amorphous zinc insulin appears faster than that in crystalline zinc insulin at 37°C (Brange et al., 1992a). The total hydrolytic transformation at B3 position of the amorphous (or soluble) insulin is considerably higher than that of the crystalline form (Brange et al., 1992b). On the contrary, freeze-dried amorphous insulin is far more stable than crystalline insulin against deamidation and dimerization at all water content up to 15%. While the rate of degradation of crystalline insulin increases with increasing water content, the rate of amorphous form is essentially independent of water content change in the same range (Pikal and Rigsbee, 1997).

### 3.3.13. High pressure

High pressure can cause protein unfolding because the volume of protein–solvent systems is smaller in the unfolded state. In other words, unfolded proteins are more compressible than folded ones. For example, 40% of staphylococcal nuclease at < 10 μM unfolds under 1000 bar in 10 mM Bis–Tris buffer (pH 4.5) containing 1.25% xylose (Frye and Royer, 1997). Bovine pancrease RNase A unfolds completely under 4000 bar (Zhang et al., 1995; Prehoda et al., 1998). Increasing the pressure from 0 to 2000 bar significantly inhibits activity of $H^+$-ATPase and increases its aggregation (Tsai et al., 1998c).

### 3.4. Analytical techniques in monitoring protein instability

To monitor protein instability, a protein activity assay is indispensable. Often, a bioassay is

PAR-VASO-0006941

needed based on the protein's function, such as the clot lysis assay for tissue plasminogen activator (tPA) (Hsu et al. 1995). A good activity assay should be reproducible and sensitive enough to detect small changes in protein activity. In reality, a protein activity assay is often variable, unable to detect small activity changes, labor-intensive, and unable to reveal any intricate changes in the structure of proteins. Therefore, other analytical techniques are used, preferably in conjunction with an activity assay, to characterize a protein and monitor its instability. The available analytical methods for assessing protein formulations have been discussed elsewhere (Jones, 1994). Table 3 lists the major analytical techniques and their applications in monitoring protein instability.

### 3.4.1. Monitoring the protein unfolding process

Proteins can be unfolded chemically or thermally. The often-used chemicals for protein unfolding studies include urea and GdnHCl. The denaturant-induced unfolding process can be slow depending on the protein, and on the type and concentration of denaturant. It has been reported that at least 6 h are needed to unfold human placental alkaline phosphatase (Hung and Chang, 1998). Different denaturants may also unfold a protein differently. Apomyoglobin from *Aplysia limacina* shows two transitions on titration with GdnHCl but only one with urea as monitored by far-UV CD (Staniforth et al., 1998).

Many physical techniques can be used to monitor an unfolding event, including circular dichroism (CD), fluorescence, optical rotation, or UV (Thomson et al., 1989; Lau and Bowie, 1997; Swietnicki et al., 1997). The signal of hydrogen exchange (HX) in proteins, as monitored by nuclear magnetic resonance spectroscopy (NMR), can also be used in these studies (Bai et al., 1994; Zhang et al., 1995). These techniques are based on signal differences between the folded and unfolded states. Two useful parameters in chemical unfolding studies can be determined: $C_{half}$, the concentration of a denaturant causing unfolding of 50% protein molecules, and $\Delta G_{f \rightarrow u}$, the free energy change of unfolding. Both parameters can be used to examine the effect of formulation excipients on protein stability (Barteri et al., 1996;

Foord and Leatherbarrow, 1998). To obtain $\Delta G_{f \rightarrow u}$, the fraction of unfolded protein, $F_u$, is first calculated using the following equation, assuming a two-state transition:

$$F_u = (y_f - y_{obs})/(y_f - y_u).$$

In this equation, $y_{obs}$ is the observed variable signal in the presence of different denaturant concentrations, and $y_f$ and $y_u$ are, respectively, the signal of completely folded and unfolded conformations. $\Delta G$ at the equilibrium state can be calculated using the following equation (Thomson et al., 1989; Pace, 1990):

$$\Delta G = -RT \ln[(F_u)/(1 - F_u)]$$
$$= -RT \ln[(y_f - y_{obs})/(y_{obs} - y_u)],$$

where $R$ is the gas constant and $T$ is the absolute temperature. The $\Delta G_{f \rightarrow u}$ is obtained by extrapolating the unfolding curve ($\Delta G$ versus denaturant concentration) at 0 denaturant concentration.

What causes the signal difference between the folded and unfolded states of proteins? Protein unfolding exposes hydrophobic amino acid residues. Solvent exposure of these residues such as Tyr or Trp changes their environment and often results in a signal change. The change in UV or fluorescence signal can be negative or positive depending on protein sequence and solution properties. For example, unfolding of α-chymotrypsin at 0.3 mg/ml at pH 7.0 decreases its UV absorption by about 10% at 281 nm and fluorescence intensity by about 70% with a shift of fluorescence $\lambda_{max}$ from 331 to 347 nm (Lozano et al., 1997). The signal decrease results from an increase in polarity of the environment of Trp in the protein upon unfolding as observed for apomyoglobin (Staniforth et al., 1998). The intrinsic fluorescence of human albumin decreases substantially upon unfolding due to loss of energy transfer (several Tyr residues transferring excitation energy to Trp residues in the native state) (Farruggia et al., 1997). However, exposure of buried Tyr to solvent upon unfolding of cutinase increases its UV absorbance significantly at 250 nm at pH 9.6 due to ionization of Tyr (Melo et al., 1997). Positive change in fluorescence signal has also been reported. The fluorescence intensity of soluble protein MerP (72 aa) increases about 10 times at

PAR-VASO-0006942

Table 3
Analytical techniques in protein characterization and instability monitoring

| Analytical techniques | Major applications | Protein examples | References |
|---|---|---|---|
| Analytical centrifugation | Protein aggregation | Rop proteins | Munson et al., 1996 |
| CE | Protein degradation | Hirudin | Gietz et al., 1998 |
|  | Determination of $T_m$ | RNase | McIntosh et al., 1998 |
| CD | Estimation of secondary structures | α-Spectrin | Prieto et al., 1997 |
|  | Determination of $T_m$ | AcP | Chiti et al. 1998 |
|  | Probing protein conformation | β-lactoglobulin | Matsuura and Manning, 1994 |
|  | Determination of multimers | Fragment of ribosomal protein L9 | Kuhlman et al., 1997 |
| DSC | Determination of $T_g$ | hGH | Pikal et al., 1991 |
|  | Determination of $T_m$ | aFGF | Tsai et al., 1993 |
|  | Protein unfolding | BSA | Giancola et al., 1997 |
| Electron paramagnetic resonance (EPR) | Ligand-protein interactions | rhGH, rhIFN-γ | Bam et al., 1995 |
| Fluorescence | Protein unfolding/interaction | MerP | Aronsson et al., 1997 |
|  | Determination of $T_m$ | HSA | Farruggia et al., 1997 |
|  | Probing protein conformation | α-Antitrypsin | Kwon and Yu, 1997 |
| HPLC-ion exchange | Protein degradation and aggregation | hGH | Zhao et al., 1997 |
| HPLC-reversed phase | Protein degradation and aggregation | hGH | Pikal et al., 1991 |
|  | Estimation of contamination | rhPTH | Nabuchi et al., 1995 |
| HPLC-size exclusion | Protein degradation and aggregation | hGH | Pikal et al., 1991 |
|  | Estimation of contamination | β-Galactosidase | Yoshioka et al., 1993 |
| IR | Estimation of secondary structures | Chymotrysinogen | Allison et al., 1996 |
|  | Determination of $T_m$ | hPAH | Chehin et al. 1998 |
|  | Probing protein confirmation | IL-1ra | Chang et al., 1996b |
| Karl Fischer | Water determination | Insulin formulation | Strickley and Anderson, 1996, 1997 |
| Light scattering | Protein aggregation | Human relaxin | Li et al., 1995a |
| MS | Determination of molecular weight, degradation products and contaminants | bFGF | Shahrokh et al., 1994a |
| NMR | Determination of 3-D and secondary structures | IL-6 | Xu et al., 1997 |
|  | Protein relaxation and softening | BSA, BGG | Yoshioka et al., 1997, 1998 |
|  | Protein unfolding | RNase | Zhang et al., 1995 |
| Raman spectroscopy | Determination of secondary structures | Insulin | Yeo et al. 1994 |
| Refractometry | Ligand–protein interactions | rhGH, rhIFN-γ | Bam et al., 1995 |
| UV/visible spectroscopy | Determination of $T_m$ | RNase | Thomson et al., 1989 |
|  | Protein aggregation | aFGF | Tsai et al., 1993 |
|  | Estimation of contamination | hGH | Perlman and Nguyen, 1992 |
|  | Probing protein conformation | IL-2, Insulin | Butler, 1979a,b; Brewster et al., 1991 |

PAR-VASO-0006943

300 nm upon unfolding (Aronsson et al., 1997). Similar increase in fluorescence signal was also observed for Trp RNase A mutant at 350 nm (Sendak et al., 1996). Effective quenching of Tyr and Trp in the folded proteins causes the large signal increase upon unfolding. Sometime the signal change is due to a simple solute effect rather than conformational change. A 30% drop in fluorescence intensity of DGK at 330 nm is observed upon SDS denaturation, and the same extent of signal change is also seen for free Trp (Lau and Bowie, 1997). To maximize detection sensitivity, a signal ratio may be used, such as the ratio of fluorescence intensity at 350 nm to that at 330 nm in the study of rFXIII unfolding (Kurochkin et al., 1995).

Proteins may have more than one unfolding process if there is a stable protein intermediate, which may not be detectable depending on the techniques used. Two unfolding processes are observed for human, bovine, rat, dog, and rabbit albumin when they are denatured by GdnHCl and monitored by CD, but only human, bovine, or rat albumin shows two transitions when monitored by fluorescence (Kosa et al., 1998). Similarly, the UV absorption of DGK drops biphasically with increasing concentration of denaturant SDS, suggesting two unfolding transitions, but CD measurement at 222 nm only shows a single denaturation phase (Lau and Bowie, 1997). The failure of CD to detect an intermediate is probably due to a variety of factors affecting CD determination, such as protein concentration (causing improportional changes in secondary structure), pH, solvent property, and ionic strength (Farnsworth et al., 1997; Hu et al., 1997).

Fluorescence spectroscopy is often used to probe protein unfolding (Eftink, 1994). A red shift in fluorescence spectroscopy is commonly observed during protein unfolding because Trp or Tyr residues are in less hydrophobic environments (De Young et al., 1993; Volkin et al., 1996). An often-used agent in the investigation of protein unfolding is Bis-ANS, whose fluorescence is pH-independent and very weak in water but increases greatly upon binding to unfolding-exposed hydrophobic sites in proteins. Due to this property,

Bis-ANS has been used recently to probe the mechanism of $\alpha_1$-antitrypsin polymerization (James and Bottomley, 1998).

Both primary and second-derivative amide I IR spectra can be used to probe pH or temperature-induced protein unfolding or conformational changes in proteins such as hemoglobin (Dong and Caughey, 1994) and insulin (Pikal and Rigsbee, 1997). By monitoring changes in band intensity of native β-sheet structure at 1638 cm$^{-1}$ and an aggregate band at 1619 cm$^{-1}$, human FXIII has been found to denature irreversibly as the temperature increases from 25 to 85°C (Dong et al., 1997). IR spectra of proteins in solution can be significantly different from those obtained in solid state. Insulin in solution shows a sharper and stronger IR helix band than solid insulin, and the spectrum of denatured insulin (spectrum at 85°C) resembles that of solid insulin (Pikal and Rigsbee, 1997).

### 3.4.2. Determination of protein melting/unfolding temperature ($T_m$)

Those physical methods used to determine $\Delta G_{f \rightarrow u}$ can be used similarly to determine protein melting/unfolding temperature ($T_m$), such as CD, fluorescence, optical rotation, or UV. $T_m$ can be easily located at $\Delta G = 0$ on the $\Delta G$ versus $T$ curve or directly determined from the signal–temperature curve (Farruggia et al., 1997).

Differential scanning calorimetry (DSC) is one of the frequently-used techniques to determine protein $T_m$. Proteins unfold with an endothermic peak, but aggregation is exothermic by DSC. If the two events happen approximately at the same time, a peak would be the sum of the two events. The first event may be overwhelmed by the second, such as the single exothermic peak observed for rhKGF unfolding and aggregation (Chen et al., 1994a). In this case, modulated DSC may be considered as a way to differentiate overlapping thermal events due to its higher resolution (Craig and Royall, 1998; Royall et al., 1998).

There are several other factors that can potentially affect determination of $T_m$. The first factor is the determination method to be used. Different methods can give significantly different $T_m$ values

PAR-VASO-0006944

for the same protein. Detailed examples are listed in Table 1. Temperature-ramping rate during determination of $T_m$ may have a significant effect. For example, lowering the temperature-ramping rate reduces the $T_m$ of rhKGF, suggesting a kinetically controlled denaturation process (Chen et al., 1994a). Vermeer et al. (1998) recently demonstrated that at 0.5°C/min, mouse IgG shows both a melting and an aggregation peak by DSC but at 0.1°C/min, only the melting peak can be observed. Protein concentration may or may not affect determination of $T_m$. While the initial unfolding temperature of rhKGF is independent of protein concentration (Chen et al., 1994a), that of IFN-β-1a decreases from about 77 to 68°C when the protein concentration is increased from 10 to 100 μg/ml (Runkel et al., 1998). The $T_m$ independence on protein concentration may imply a rate-limiting protein unfolding.

Recently, infrared spectroscopy (IR) and capillary electrophoresis (CE) have also found their application in determination of $T_m$. By IR, the $T_m$ of human phenylalanine hydroxylase (hPAH) has been estimated based on temperature-induced changes in the intensity ratio of the amide I band at 1619 and 1650 cm$^{-1}$ (Chehin et al., 1998). Similarly, the $T_m$ of RNase has been determined by CE based on changes in the protein's electrophoretic mobility at different temperatures (McIntosh et al., 1998).

### 3.4.3. Estimation of protein secondary structures

IR is one of oldest methods and remains the most extensively-used technique today for studying secondary structure of proteins (Susi and Byler, 1986; Dong et al., 1995b; Allison et al., 1996; D'Auria et al., 1997). The commonly-used band for determination of protein secondary structure is the amide I region (1620–1690 cm$^{-1}$), although the amide III band (1200–1330 cm$^{-1}$) has also been used in this regard. The amide I region covers different C=O stretching frequencies arising from different secondary structures (α-helix, β-sheet, turn, and unordered structures) and has no major interfering bands from other structures in proteins, whereas the amide III band has better resolution for secondary structures and no water interference (Cooper and Knutson, 1995). A

good example of using the amide III band is the estimation of secondary structure of some dozen different proteins in both liquid and solid states by Griebenow and Klibanov (1995).

IR absorption bands are generally broad and consist of overlapping components representing different structures. Two methods have been used for resolution enhancement: Fourier self-deconvolution and second or fourth derivation (Goormaghtigh et al., 1994b). Both techniques work equally well in resolving overlapping components (Dong et al., 1995b). However, some believe that analysis of derivative spectra should be discouraged because derivation does not preserve the integrated areas of individual components (Surewicz et al., 1993). Nevertheless, the two resolution-enhancing methods can be conveniently used on modern instruments of Fourier transform infrared spectroscopy (FTIR), which also offer high sensitivity (high $S/N$ ratio), greater accuracy, and higher speed (Susi and Byler, 1986; Surewicz et al. 1993). Secondary structure estimation after resolution enhancement seems rather accurate. Dong et al. (1990) determined the second-derivative IR spectra of 12 globular proteins in aqueous solutions, and the relative amounts of different secondary structures in all proteins were nearly identical (mostly $\pm 5\%$) to those obtained by crystallography.

Unfortunately, water molecules absorb strongly in the amide I region (about 1640 cm$^{-1}$), interfering with data interpretation. There are two ways to overcome this obstacle: careful subtraction of water absorption or use of $D_2O$ as the solvent (Goormaghtigh et al., 1994a). To make reliable subtraction, higher protein concentrations ( > 10 mg/ml) are recommended to increase the protein signal and a $CaF_2$ (or $BaF_2$) cell with a path length of 10 μm or less should be used to control the total sample absorbance within 1 unit (Cooper and Knutson, 1995). Replacing water with $D_2O$ as the solvent not only eliminates water interference in the amide I region but also stabilizes proteins in some cases (Bai et al., 1994). For example, human FXIII is apparently more stable in $D_2O$ than in $H_2O$ (Dong et al., 1997). The higher stability of proteins in $D_2O$ is believed to be due to stronger hydrogen bonds formed by deuterium

PAR-VASO-0006945

than those formed by hydrogen. This suggests that IR spectra of proteins in $D_2O$ may not be the same as those in water. As a matter of fact, subtle differences in the secondary structure in bovine β-lactoglobulin variants are found in the two solvents (Dong et al., 1995a).

Another often-used method to determine the relative composition and changes of secondary structure in a protein is CD. A broad negative peak at about 218 nm is characteristic of a β-sheet structure, and two negative peaks at 208 and 222 nm are characteristic of a α-helix structure (Chen et al., 1994a; Farnsworth et al., 1997; Hu et al., 1997; Swietnicki et al., 1997). Although CD is generally less sensitive than IR, the two methods are highly complementary and, if possible, should be used together (Surewicz et al., 1993). Their relative contribution can be illustrated in the following examples. In the comparison of the secondary structures of two generic bovine β-lactoglobulin variants in $D_2O$ solution, the CD spectra of the two proteins are nearly identical, but the IR spectra are significantly different (Dong et al., 1995a). In a different investigation, about 20–35% random or unordered elements in human FXIII in an aqueous solution are detected by CD but not observed by FTIR, although detailed analysis indicates that the secondary structures determined by the two methods are very similar (Dong et al., 1997).

Several factors can affect the appearance of the characteristic peaks in CD spectra, such as protein concentration, temperature, pH, and ionic strength. Increasing protein concentration may be associated with increased content of β-sheet (Matsuura and Manning, 1994). High ionic strength may reduce helicity of a protein (destabilization), if charge–charge interactions make a net favorable contribution to helix stability (Kuhlman et al., 1997). Although a double ellipticity minima at 208 and 222 nm is of a typical helical conformation, this may not be obvious if the helical content is very low and/or there are interfering aromatic residues such as Tyr (Prieto et al., 1997).

Lastly, NMR can also be used to determine secondary structures of proteins. It can provide accurate estimation of both the extent and location of the secondary structures (Reid et al., 1997). A particular use of NMR is the determination of secondary structural propensities of residues in unfolded or partially-folded proteins (Dyson and Wright, 1998).

### 3.4.4. Protein aggregation

In addition to polyacrylamide gel electrophoresis (PAGE) and analytical centrifugation, size exclusion HPLC (SEC-HPLC) is an often-used method in monitoring protein aggregation. Unfortunately, the size of a protein or its aggregates can be overestimated by SEC-HPLC if the protein is not spherical (such as highly-coiled proteins) and its Stokes radius is greater than that of a globular protein (Kuhlman et al., 1997). In addition, if a protein has carbohydrates or interacts with the column, the elution profile of the protein may change, leading to erroneous estimation of its molecular weight. To solve these issues, SEC-HPLC can be coupled with both light scattering and refractive index detectors to determine the size of a protein or its aggregates. The size calculated by the signal ratio of the two detectors is not affected by the above factors (Wen et al., 1996).

While SEC-HPLC can only determine the total amount of aggregates based on size, reversed phase HPLC (RP-HPLC) may detect both covalent and non-covalent aggregates such as hGH (Perlman and Nguyen, 1992) or different isoforms of protein aggregates such as bFGF dimers (Shahrokh et al. 1994b). Since a protein sample is usually filtered through a 0.2 μm filter to remove any particulates before analysis, the HPLC method is limited for determination of soluble aggregates. In addition, a protein may unfold or refold during HPLC analysis depending on the protein and the nature of the mobile phase, which may change the retention time of the protein. For example, denatured bFGF partially refolds into native protein during analysis, which changes the retention time and peak shape of the denatured protein (Shahrokh et al. 1994b). Therefore, prevention of unfolding/refolding by addition of certain modifiers in the mobile phase may be needed in these cases.

The turbidimetric method is often used to estimate the amount of protein aggregates by measuring optical density of samples based on light scattering in near UV or visible region, where

PAR-VASO-0006946

proteins do not have any absorption (Eckhardt et al., 1994). A variety of wavelengths has been chosen and used, including 300 nm for urokinase (Vrkljan et al., 1994), 350 nm for aFGF (Tsai et al., 1993; Volkin et al., 1993), average optical density between 340 and 360 nm for met-hGH and tPA (Hsu et al. 1991, 1995), 450 nm for pGH (Charman et al. 1993), and 500 nm for IL-1ra (Chang et al., 1996b). This method has been proved to be more sensitive than HPLC in detecting early formation of aggregates (Wang et al., 1996b). In addition, the turbidity of a protein solution can be linear in a narrow concentration range for accurate quantitation, such as IL-1ra in the range of 0.1–0.3 mg/ml (Chang et al., 1996b). On the other hand, this method can be variable. For example, it has been found that the turbidimetric variation in determination of LMW-UK aggregation in phosphate buffer (pH 6.5) upon heat treatment is usually less than 10% but increases up to 30% when the LMW-UK solution contains other polymer additives (Vrkljan et al., 1994).

A simpler method for estimation of the extent of protein aggregation is to compare visually the level of sample cloudiness using seven categories of visual appearance: clear, slightly opalescent, opalescent, very opalescent, slightly cloudy, cloudy, and very cloudy (Eckhardt et al., 1994). The requirement of using this method is a uniform distribution of all the aggregates.

Recently, IR has been used extensively in protein denaturation/aggregation studies. A common feature of thermally-induced (or lyophilization-induced) protein aggregation is the formation of an intermolecular hydrogen-bonded antiparallel β-sheet structure, which is represented by a low-frequency band around 1620 cm$^{-1}$ and an associated weaker high-frequency band around 1685 cm$^{-1}$ (Dong et al., 1995b). For example, an aggregation band has been found at 1619 cm$^{-1}$ for human FXIII (Dong et al., 1997) and hPAH (Chehin et al., 1998), and at 1620 cm$^{-1}$ for recombinant human IFN-γ (Kendrick et al., 1998b). This structural transition occurs regardless of the initial composition of the secondary structure of native proteins. Therefore, these bands can be used to monitor and quantify aggre-

gation in both aqueous and solid states. Similarly, reversibility of protein aggregation may be determined by monitoring an aggregate band. By this method, the temperature-induced aggregation of human FXIII in both $D_2O$ and $H_2O$ was found irreversible (Dong et al., 1997).

Another IR method for estimating protein aggregation is to compare overall spectral change of proteins, as the change may correlate with protein aggregation. The overall spectral change can be measured by fractional area overlapping of the second-derivative spectrum of a protein sample with that of a reference. Using this method, Allison et al. (1996) demonstrated that any decrease in fractional spectral area overlap of freeze-dried chymotrypsinogen directly correlates with the amount of aggregates formed after rehydration of the solid.

### 3.4.5. Determination of protein degradation products

A variety of analytical methods is available to determine protein degradation products. Both SEC-HPLC and PAGE can detect protein degradation products or certain fragments but these methods are usually inadequate in detecting subtle structural changes in proteins such as oxidation and deamidation. Generally, RP-HPLC is the preferred method in these cases. RP-HPLC has been widely used to separate and quantitate deamidated proteins such as GRF (Stevenson et al., 1993), insulin (Darrington and Anderson, 1995), and tPA (Paranandi et al., 1994), oxidized proteins such as hIGF-1 (Fransson et al., 1996), human leptin (Liu et al., 1998), and rhPTH (Nabuchi et al., 1995), hydrolyzed proteins such as bFGF (Shahrokh et al., 1994a), insulin (Brange et al. 1992b) and rhM-CSF (Schrier et al., 1993), isomerized and oxidized (Met$^{125}$) hGH (Johnson et al., 1989; Perlman and Nguyen, 1992), and succinimidated bFGF (Shahrokh et al., 1994a).

However, RP-HPLC itself is usually not capable of identifying protein degradation products. To achieve identification, RP-HPLC-separated degradation products have to be collected and further analyzed by other analytical methods such as mass spectroscopy (MS), peptide mapping and sequencing, and amino acid analysis (Johnson et

al., 1989; Schrier et al., 1993; Shahrokh et al., 1994a; Nabuchi et al., 1995; Liu et al., 1998). A more efficient technique in use is the coupled RP-HPLC and MS (LC-MS). This technique has been used in the identification of hydrolyzed bFGF (Shahrokh et al., 1994a), and different mono-, di- and tri-oxidized human leptin (Liu et al., 1998). In addition to HPLC, capillary electrophoresis has also been coupled to MS (CE-MS) for highly sensitive analysis of proteins and peptides (Figeys and Aebersold, 1998). MS alone has been a very powerful tool in identification of protein degradation products as well as molecular weight determination (Nguyen et al., 1995). The use of tandem MS (MS–MS) may allow direct identification of partial to complete sequence for peptides up to 25 amino acids, sites of deamidation, and isomerization (Carr et al., 1991).

### 3.4.6. Probing protein tertiary/quaternary structure

The ultimate goal of structural studies on proteins is to gain insight into the protein's three-dimensional structure at a high-resolution level. Two delicate techniques can be used to probe protein structures: X-ray crystallography and NMR. Both methods have advantages and short-comings. X-ray crystallography has more accuracy but needs highly-ordered crystals and a large amount of material in solid state. NMR can be applied for solutions containing an adequate amount of protein (typically millimolar) but is usually limited to small proteins ($< 20$ kD) (Middaugh, 1990). Recent advances in multidimensional NMR methodology can now permit structural determination of larger proteins up to 60 kD (Clore and Gronenborn, 1998). Other indirect techniques for probing structures of large proteins by NMR include determination of the rate of hydrogen exchange (Raschke and Marqusee, 1998) or structures of 'dissected' protein subunits or domains (Campbell and Downing, 1998).

Other methods of probing protein tertiary structure include CD in the near UV region, fluorescence spectroscopy, and second-derivative UV spectroscopy. However, these methods generally do not provide detailed information about structure. Nevertheless, CD has been used to demonstrate desta-bilization of methionyl pGH in the presence of either poloxamer 407 (Pluronic F127) or 188 (Pluronic F68) (Charman et al., 1995), and to monitor changes in the tertiary structure of β-lactoglobulin upon heating (Matsuura and Manning, 1994). Second-derivative UV spectroscopy in combination of SEC-HPLC has been used to monitor the relative solvent exposure of Tyr residues in IL-2 mutants (Ackland et al., 1991).

## 4. Stabilization and formulation of liquid protein pharmaceuticals

Proteins in extremophilic organisms can tolerate one or more of the following stresses: low or high temperatures, high hydrostatic pressure, high salinity, and extreme pHs, even though their building blocks are exclusively the canonical 20 natural amino acids. Therefore, significant room exists to stabilize any unstable protein pharmaceuticals. The central issue in protein stabilization is preservation of the functional state of proteins under various stressful conditions.

### 4.1. Means and mechanisms of protein stabilization

Proteins may be stabilized either by changing their structural characteristics (internally) or by changing the properties of solvent in contact with them (externally). Structural changes may increase the protein's unfolding free energy change ($\Delta G_{mut}$), leading to its stabilization with a free energy change $\Delta \Delta G = \Delta G_{mut} - \Delta G_{nat}$. Since the difference between mesophilic and thermophilic proteins is small in terms of $\Delta \Delta G$ (5–7 kcal/mol), stabilization of mesophilic proteins to the level of thermophilic proteins is feasible (Querol et al., 1996). To estimate the degree of internal or external stabilization, the change in the protein's unfolding temperature ($T_m$) is often used as an indicator. A minimum increase of 1°C in $T_m$ is considered as the threshold of thermostability increase (Querol et al., 1996).

### 4.1.1. Mechanisms of internal protein stabilization

As discussed in Section 2.1, native proteins are stabilized by many forces. Any structural change

that increases any of the stabilizing forces without changing the overall protein conformation generally stabilizes proteins (Jaenicke, 1991). Protein thermal stability usually increases if amino acid substitution/modification results in increased internal and decreased external (or surface) hydrophobicity (Kristjánsson and Kinsella, 1991). Increasing internal hydrophobicity often correlates with increased packing efficiency and protein stability (Mozhaev and Martinek, 1984; Vieille and Zeikus, 1996). This positive correlation was demonstrated recently in a study on a series of hydrophobic mutants of human lysozyme (Takano et al., 1998). Protein stability also positively correlates with the content of hydrogen bond-forming amino acids and the ability of these amino acids to maintain these bonds, especially at critical locations (Kristjánsson and Kinsella, 1991). However, no direct correlation has been found between protein thermal stability and protein volume (Querol et al., 1996). Increasing charge density apparently destabilizes a protein (Sindelar et al., 1998).

Local interactions of amino acids are indispensable in native proteins. The interactions may come from residues close in sequence and contribute to the secondary structure propensities. Enhancement of native local interactions makes proteins more resistant to thermal and chemical denaturation, and introduction of non-native local interactions destabilizes proteins because non-native/denatured conformations are stabilized (Prieto et al., 1997). The $\alpha$-helix can be stabilized by introducing residues of high helix propensity (such as Ala), which eventually stabilizes proteins (Querol et al., 1996; Vieille and Zeikus, 1996).

Thermostable proteins are less flexible than thermolabile ones (Daniel et al., 1996). Protein stability inversely correlates with its flexibility (Tang and Dill, 1998). The flexible regions in proteins are typically the labile areas (Vieille and Zeikus, 1996). Some inactivation processes, such as oxidation of Cys and sensitive Met, hydrolysis of peptide bonds at Asp residues, and deamidation of Asn and Gln residues, are more likely to occur in flexible (or solvent-accessible) areas of the protein (Powell, 1996; Querol et al., 1996). These areas should be considered first for structural modification/stabilization.

### 4.1.2. Mechanisms of external protein stabilization

There are two mechanisms of solvent-induced stabilization of proteins: (1) strengthening protein-stabilizing forces; and (2) destabilizing the denatured state. This is to say that any change in solvent property that enhances a native interaction or perturbs a non-native interaction increases stability of proteins (Wrabl and Shortle, 1996). Under non-native conditions, proteins may still be stabilized as long as the condition favors strengthening of non-covalent interactions, especially hydrophobic interactions. These non-native conditions, such as concentrated solutions of salt, polyols, or certain organic solvents can enhance hydrophobic interactions and stabilize proteins by altering the structure of water and reducing protein interaction with the solutes (Mozhaev and Martinek, 1984; Kristjánsson and Kinsella, 1991; Brange et al. 1997). Although an excipient(s) stabilizes a protein mostly by changing solvent property, some may interact favorably with charged sites on the protein surface and minimize electrostatic protein–protein interactions to achieve protein stabilization (Remmele et al., 1998).

### 4.1.3. Preferential Interaction—a major stabilization mechanism of excipients

The most tenable and widely-accepted mechanism of protein stabilization in aqueous solution is preferential interaction of proteins. Preferential interaction means that a protein prefers to interact with either water or an excipient (co-solute/co-solvent). In the presence of a stabilizing excipient, a protein prefers to interact with water (preferential hydration) and the excipient is preferentially excluded from the protein domain (preferential exclusion). In this case, proportionally more water molecules and fewer excipient molecules are found at the surface of the protein than in the bulk (Arakawa et al., 1991, 1993; Timasheff, 1993, 1998; Lin and Timasheff, 1996).

Preferential interaction of a protein with an excipient has been defined as:

$$(\partial g_3/\partial g_2)_{T,\,\mu_1,\,\mu_3} \text{ or } (\partial m_3/\partial m_2)_{T,\,\mu_1,\,\mu_3}$$

in which 1, 2, and 3 represent water, protein, and excipient, respectively, and $\mu$ is the chemical po-

PAR-VASO-0006949



Fig. 1. Diagram of free energy change of a protein in the presence of a protein stabilizer

tential (Timasheff, 1992, 1993, 1998). The interaction can be expressed on a gram basis ($g$) or on a molar basis ($m$). Preferential interaction of a protein with either water or an excipient is the consequence of a difference in affinity of a protein for water or an excipient. If there is a preference for an excipient, the measured interaction is positive, preferential binding. In the opposite case, the measured interaction is negative, preferential hydration and the protein is stabilized. Sucrose is a commonly-used protein stabilizer, and the preferential interaction of rhIL-1ra and α-chymotrypsin in 1 M sucrose is, respectively, − 0.164 g sucrose/g protein (Kendrick et al., 1997) and − 7.6 mol sucrose/mol protein (Timasheff, 1993). In a recent study on stabilization of RNase by sucrose, Liu and Bolen (1995) have found that the protein side chains actually favor exposure to sucrose relative to water, facilitating protein unfolding, and that it is the highly unfavorable exposure of polypeptide backbone on unfolding that leads to protein stabilization by sucrose. In contrast, peptide backbone exposure is favorable in the presence of strong denaturants such as urea and GdnHCl because they preferentially bind to the backbone.

Stabilizing preferential interaction of a protein with an excipient is usually associated with an increase in chemical potential of the protein, which is thermodynamically unfavorable (Carpen-

ter et al., 1990; Timasheff, 1993; Kendrick et al., 1997). This means that protein interaction with the excipient is unfavorable relative to water; hence, the protein is preferentially hydrated and the excipient is preferentially excluded from the protein surface. The positive change in chemical potential is marginal at low excipient concentrations and becomes more positive at higher concentrations. The increase in chemical potential is directly proportional to the surface area of the protein exposed to solvent. Since a denatured protein has a greater surface area than a native protein, preferential exclusion of the excipient from the surface of the denatured protein is more unfavorable than from that of the native protein. Therefore, protein stabilization arises from destabilization of the denatured state by the excipient, leading to a larger free energy change ($\Delta G_{f \to u}$). Fig. 1 shows the free energy changes associated with this type of protein stabilization; a stabilizer destabilizes the unfolded state to a greater degree than the native state.

Stabilization of proteins in solution by a variety of excipients appears to correlate positively with their capability of increasing the surface tension of water. Introduction of a protein molecule into water must form additional protein–water interface, and the interfacial tension is equal to the surface tension of water after proper correction

PAR-VASO-0006950

for curvature of the protein surface (Kita et al., 1994). Substances lowering the surface tension of water accumulate at the protein surface; those raising it are kept away from the protein surface. It has been found that most stabilizers for lysozyme and BSA increase the surface tension of water, which also correlates with the increase in chemical potentials of the two proteins (Kita et al., 1994).

However, the surface tension effect of an excipient is not the sole factor involved in the protein–solvent interactions. Increasing the surface tension of water by an excipient does not necessarily mean automatic protein stabilization. Surface tension-derived stabilization can be overcome by weak binding of these excipients to proteins. For example, Arg hydrochloride (ArgHCl) increases the surface tension of water but destabilizes RNase A because ArgHCl binds to the protein, as indicated by a decreasing preferential hydration, $(\partial g_1/\partial g_2)_{T,\mu_1,\mu_3}$, with increasing ArgHCl concentration (Lin and Timasheff, 1996). Urea and MgCl$_2$ increase the surface energy of water but are preferentially bound to proteins at high concentrations (Kita et al., 1994). On the other hand, excipients decreasing surface tension of water may still stabilize a protein. Betaine and glycerol decrease the surface energy of water but induce protein preferential hydration (Kita et al., 1994). Four organic solvents, PEG, 2-methyl-2,4-pentanediol (MPD), DMSO, and TMAO, decrease the surface tension of water but induce preferential hydration of lysozyme and BSA (Kita et al., 1994). This has been attributed to the presence of two types of agents which are preferentially excluded: (1) those that are totally independent of the chemical nature of protein surface and excipient concentration; and (2) those that are not (Timasheff, 1993, 1998). The first-type agents achieve preferential exclusion either by increasing the surface free energy of water or by steric exclusion. The second-type agents rely on the solvophobic effect such as glycerol, PEG, 2-methyl-2,4-pentanediol (MPD), and may stabilize or destabilize a protein depending on its concentration and solvent conditions (Kita et al., 1994; Frye and Royer, 1997).

Alternative explanations for excipient-induced protein stabilization have been offered recently through studies on hydrogen exchange (HX) in proteins by NMR. Different types of protons have different rates of HX in a protein, including slow-exchanging amide protons mainly from the compact unfolded state and the fast and intermediate amide protons mainly from the native state (Wang et al., 1995). Sucrose at 1 M decreases the HX rate of slow-exchanging amide protons by decreasing the population of unfolded protein, suggesting that sucrose may favor protein folding (Wang et al., 1995). An increased rate of folding is also the primary reason for stabilization of staphylococcal nuclease by xylose (Frye and Royer, 1997).

The H-D exchange rate and solvent accessibility are considered a measurement of protein flexibility, which inversely correlates protein stability (Tang and Dill, 1998). It has been found that both the H-D exchange rate in IL-1ra and the reactivity of Cys (free thiol groups) with 7-chloro-4-nitrobenzo-2-oxa-1,3-diazole (NbdCl) are reduced by increasing sucrose concentrations, suggesting reduction of solvent accessibility and conformational mobility of rhIL-1ra by sucrose (Kendrick et al., 1997). The apparent hydrodynamic diameter of the protein also decreases gradually with increasing sucrose concentration, which indicates increased packing of the protein structure and decreased solvent accessibility.

## 4.2. Stabilization of proteins by excipients

The most common method for stabilizing liquid protein pharmaceuticals is the use of a formulation excipient(s), which should be at least soluble and nontoxic. These excipients are also referenced as chemical additives (Li et al., 1995c), co-solutes (Arakawa et al. 1993) or co-solvents (Timasheff, 1993, 1998; Lin and Timasheff, 1996). These excipients can also retard certain chemical degradations in proteins. Their stabilizing effects are usually concentration- and protein-dependent, although high concentrations of excipients may not be necessarily more effective, and in some cases, can have negative effects. For example, sorbitol reduces heat-induced aggregation of aFGF at

55°C effectively at concentrations below 0.5 M but is less effective at higher concentrations (Tsai et al., 1993).

Protein-stabilizing excipients can be broadly divided at least into the following types: sugars and polyols, amino acids, amines, salts, polymers, and surfactants. Their stabilizing effects can be significantly different (Table 4). For example, the amounts of excipients required to reduce 50% of heat-induced aggregation of aFGF are 0.55 mM for sodium sulfate, 1.6 mM for His, 180 mM for Gly, 155 mM for trehalose, 250 mM for dextrose and 310 mM for sorbitol (Tsai et al., 1993).

### 4.2.1. Stabilizing buffer

Usually, a protein is stable only in a very narrow pH range, such as recombinant FVIII SQ, whose stable pH range is between 6.5 and 7 in 0.1 or 1 M NaCl solution (Fatouros et al., 1997a). Accurate control of the pH of a protein formulation is the first step toward protein stabilization. Unfortunately, no general rules have been reported for buffer selection. In a few cases, phosphate buffer has been shown to be detrimental. About 38% of hEGF at 0.5 µg/ml are deamidated in Tris–HCl at pH 7.0 on incubation at 60°C for 2 days, and the amounts of deamidated hEGF increase to 83, 63, 52, 51, and 49%, respectively, in buffers of PBS, sodium phosphate, sodium borate, sodium citrate, and sodium acetate (Son and Kwon, 1995). Similarly, at 37°C, rhKGF in 100 mM phosphate buffer (pH 7.0) has a half-life of 15 days, but the half-life increases to 25 and 88 days, respectively, in 100 and 500 mM sodium citrate buffers (Chen et al., 1994a). The better stability of rhKGF in citrate buffer may be due to the favorable interaction of citrate with positively charged residues in rhKGF as hypothesized in the stabilization of pig heart mitochondrial malate dehydrogenase (phm-MDH) (Jensen et al., 1996). In a different study, however, increasing citrate buffer concentrations increase the formation of bFGF particles at pH 5, and the citrate buffer also causes aggregation of bFGF at pH 3.7, whereas acetate buffer at pH 3.8 does not (Wang et al., 1996b). On the other hand, phosphate has been shown to stabilize certain proteins. Increasing phosphate buffer concentration from 4.6 to

9.2 mg/ml significantly decreases the rate of aFGF aggregation (Won et al., 1998). In the presence of 0.1 or 1 mM phosphate, the GdnHCl concentration for unfolding 50% alkaline phosphatase molecules is increased from 2.46 to 2.67 and 2.72 M, respectively (Hung and Chang, 1998). Phosphate at 0.05 M can also stabilize maize leaf phosphoenolpyruvate carboxylase (ml-PEPC) upon incubation at 40°C, although it is not as effective as citrate at the same concentration (Jensen et al., 1996).

Both buffer species and concentration may affect physical and chemical stability of a protein. Pikal et al. (1991) examined the effect of three phosphate buffer concentrations (0.11, 0.23 and 0.45 mg sodium phosphate/mg hGH) on the stability of hGH. While maximum aggregation occurs at 0.23 mg sodium phosphate/mg hGH, chemical degradations (oxidation and deamidation) are less significant at both 0.23 and 0.45 mg sodium phosphate/mg hGH. At a lower buffer concentration of 0.11 mg sodium phosphate/mg hGH, chemical degradation is relatively high. Therefore, a balanced buffer concentration should be selected to maximize protein stability. An ideal buffer should be able to inhibit both physical and chemical instabilities simultaneously.

### 4.2.2. Sugars and polyols

Sugars and polyols represent often-used nonspecific protein stabilizers. Their stabilizing effect is demonstrated and widely interpreted as the result of preferential exclusions, weak and nonspecific (Xie and Timasheff, 1997a,b; Timasheff, 1998). Among various sugars, sucrose and trehalose appear to be the most often-used stabilizers. Sucrose has been shown to effect concentration-dependent stabilization of rhDNase at pH 6.8 (Chan et al., 1996), and inhibition of IL-1ra dimer formation (Chang et al., 1996a) and GdnHCl-induced rhIFN-γ aggregation (Kendrick et al., 1998a). Similarly, trehalose is able to increase the $T_m$ of RNase A (Lin and Timasheff, 1996), to inhibit heat-induced aggregation of aFGF (Tsai et al., 1993), and to stabilize rhDNase in a concentration-dependent manner (Chan et al., 1996).

PAR-VASO-0006952

Table 4
Examples of protein stabilization by excipients in liquid state

| Proteins | Formulation compositions | Study conditions | Remaining activity (or as stated) | References |
|---|---|---|---|---|
| Baker's yeast ADH | 50 µg/ml in 20 mM potassium phosphate, pH 7.6 | 50°C for 10 min | 50% | Ramos et al., 1997 |
| | Control+500 mM KCl | 50°C for 10 min | ∼90% | Ramos et al., 1997 |
| | Control+500 mM trehalose | 50°C for 10 min | ∼70% | Ramos et al., 1997 |
| | Control+500 mM mannosylglycerate | 50°C for 10 min | ∼90% | Ramos et al., 1997 |
| hEGF | 0.5 µg/ml in 50 mM sodium phosphate, pH 8.0 | 60°C for 1 day | 49% | Son and Kwon, 1995 |
| | Control+0.02% Triton X-100 | 60°C for 1 day | 84% | Son and Kwon, 1995 |
| | Control+0.01% Tween 20 | 60°C for 1 day | 75% | Son and Kwon, 1995 |
| | Control+0.05% fibronectin | 60°C for 1 day | 85% | Son and Kwon, 1995 |
| | Control+6 mM $ZnCl_2$ | 60°C for 1 day | 76% | Son and Kwon, 1995 |
| GDH | 50 µg/ml in 20 mM potassium phosphate, pH 7.5 | 50°C for 10 min | 0% | Ramos et al., 1997 |
| | Control+500mM KCl | 50°C for 10 min | ∼90% | Ramos et al., 1997 |
| | Control+500 mM trehalose | 50°C for 10 min | ∼2% | Ramos et al., 1997 |
| | Control+500 mM mannosylglycerate | 50°C for 10 min | ∼90% | Ramos et al., 1997 |
| rIL-2 | 0.2 µg/ml in PBS, pH 7.0 | Moderate shaking at 4°C for 96 h | ∼30% | Wang and Johnston, 1993a |
| | +10% (w/w) Pluoronic F-127 | Moderate shaking at 4°C for 96 h | 100% | Wang and Johnston, 1993a |
| rhKGF | 0.5 mg/ml in 140 mM NaCl and 10 mM sodium phosphate, pH 7.0 | 37°C | $T_{1/2}+2$ days (loss of soluble aggregates) | Chen et al., 1994a |
| | 0.5 mg/ml in 100 mM sodium phosphate, pH 7.0 | 37°C | $T_{1/2}+15$ days | Chen et al., 1994a |
| | 0.5 mg/ml in 100 sodium citrate buffer, pH 7.0 | 37°C | $T_{1/2}+25$ days | Chen et al., 1994a |
| | 0.5 mg/ml in 500 sodium citrate, pH 7.0 | 37°C | $T_{1/2}+88$ days | Chen et al., 1994a |
| | 0.5 mg/ml in 10 mM sodium phosphate, 140 mM NaCl, and 0.5% (w/v) heparin, pH 7.0 | 37°C | $T_{1/2}+105$ days | Chen et al., 1994a |
| Rabbit muscle LDH | 50 µg/ml in 20 mM potassium phosphate, pH 7.6 | 50°C for 10 min | 5% | Ramos et al., 1997 |
| | Control+500 mM KCl | 50°C for 10 min | ∼20% | Ramos et al., 1997 |
| | Control+500 mM trehalose | 50°C for 10 min | ∼25% | Ramos et al., 1997 |
| | Control+500 mM mannosylglycerate | 50°C for 10 min | ∼90% | Ramos et al., 1997 |
| Urease | 0.33 mg/ml in phosphate buffer and 1 mM EDTA, pH 7.0 | Moderate shaking at 4°C for 96 h | ∼40% | Wang and Johnston, 1993a |
| | Control+10% (w/w) Pluoronic F-127 | Moderate shaking at 4°C for 96 h | 100% | Wang and Johnston, 1993a |
| Urease | 0.33 mg/ml in phosphate buffer and 1 mM EDTA, pH 7.0 | 50°C for 96 h | AUC = 4868 (activity-time plot) | Wang and Johnston, 1993b |
| | Control+1% Pluoronic F-127 | 50°C for 96 h | AUC = 6722 | Wang and Johnston, 1993b |

PAR-VASO-0006953

In all these examples, the stabilizing effect of sugars depends on their concentrations. A concentration of 0.3 M (or 5%) sugar or polyols has been suggested to be the minimum to achieve significant protein stabilization (Arakawa et al. 1993). This seems true in many cases. As high as 1 M sucrose or 10% glycerol have been commonly used to protect the activity of proteins during their isolation (Timasheff, 1993). Other examples include stabilization of thrombin by 20% dextrose or sorbitol or 50% glycerol (Boctor and Mehta, 1992) and rhG-CSF by 5% mannitol (Herman et al., 1996), inhibition of bFGF aggregation by $\geq 30\%$ sucrose (Wang et al., 1996b), IL-1ra dimer formation by 40% (w/v) sucrose (Chang et al., 1996a), and IgG aggregation by 33% sorbitol (Gonzàlez et al., 1995), and significant increase in the $T_m$ of RNase A by 0.5–1 M sucrose or sorbitol (Liu and Sturtevant, 1996; McIntosh et al., 1998) and porcine pancreatic elastase by 20% sucrose, sorbitol, lactose, or mannitol (Chang et al., 1993).

Different sugars or polyols may stabilize a protein to a similar or different degree depending on the protein. It has been found that lactose, sucrose, trehalose, or mannitol stabilizes rhDNase at pH 6.8 to a similar degree based on their effect on the $T_m$ (Chan et al., 1996). In a different case, while 0.55 M sucrose increases the $T_m$ of RNase from 35.5 to 44.9°C, the same concentration of sorbitol only increases the $T_m$ to 40.5°C (McIntosh et al., 1998). Similarly, different concentrations of excipients (155 mM trehalose, 250 mM dextrose, or 310 mM sorbitol) are required to reduce 50% of heat-induced aggregation of aFGF (Tsai et al., 1993). Sucrose at 10, 300, or 600 mg/ml is more effective than sorbitol or mannitol in the stabilization of FVIII SQ (Fatouros et al., 1997b).

Sugars and polyols can also protect proteins from chemical degradations. For example, Li et al. (1996a,b) studied the effect of sugars and polyols on the metal-catalyzed oxidation of human relaxin and found that sugars and polyols, such as glucose, mannitol, glycerol, and ethylene glycol, can significantly inhibit the oxidative degradation. The inhibitory effect was shown to be due to their complexation with metal ions instead of the commonly-accepted radical-scav-

enging mechanisms. Due to the weak complexation, as high as 50 mM mannitol is needed to have a significant protective effect.

Not all proteins can be stabilized by sugars or polyols. At 37°C, the half-life for the loss of soluble rhKGF in 10 mM phosphate buffer (pH 7.0) and 140 mM NaCl is 1.8 days and replacing NaCl with 9% (w/v) sucrose or 5% sorbitol does not improve its half-life (Chen et al., 1994a). Sorbitol does not show any effect against interfacial denaturation of pGH and is marginally effective to prevent precipitation by thermal and quanidine dilution denaturation (Charman et al., 1993). Mannitol at 5 mg/ml even destabilizes IL-1R by decreasing its $T_m$ from 48.1 to 46.7°C (Remmele et al., 1998).

In the selection of sugars for protein stabilization, reducing sugars should be avoided whenever possible, as these sugars have the potential to react with amino groups in proteins via the Maillard reaction (see Section 3.2).

### 4.2.3. Surfactants

There are basically two types of surfactants—nonionic and ionic. These surfactants drop surface tension of protein solutions and decrease the driving force for protein adsorption and/or aggregation at hydrophobic surfaces.

Nonionic surfactants are generally preferred in protein stabilization. Low concentrations of nonionic surfactants are often sufficient to prevent or reduce protein surface adsorption and/or aggregation due to their relatively low critical micelle concentrations (CMC) (Bam et al. 1995). Complete or significant inhibition has been reported of surface adsorption loss of TGF-$\beta_1$ by Tween 80 at 0.01% (Gombotz et al., 1996), glass surface-induced rConIFN aggregation by Tween 20 or Tween 80 at 0.01% (Ip et al., 1995), shear (or shaking)-induced rhGH aggregation by Pluronic F88 or Tween 20 at 0.1 mg/ml (or at $\geq 4{:}1$ Tween 20:rhGH molar ratio) (Maa and Hsu, 1997; Bam et al., 1998), shaking-induced hemoglobin aggregation by Tween 80 at 0.045% (Kerwin et al., 1998), vortex-induced hGH aggregation by Tween 80, Brij 35, or Pluronic F68 at respective concentrations of 0.1%, 0.013%, and 0.1% (Katakam et al., 1995), refolding-induced rhGH aggregation by

PAR-VASO-0006954

Tween 20, 40, and 80 at a Tween:rhGH molar ratio of 10 (Bam et al., 1996), shaking-induced loss of urease and rIL-2 activity by poloxamer 407 (Pluronic F-127) at 10% (w/w) (Wang and Johnston, 1993a), and agitation-induced rhFXIII aggregation by Tween 20 at around 0.007% (w/v) (Kreilgaard et al., 1998). Tween 20 seems to be relatively more effective in a few cases. The rank order of minimizing rhG-CSF adsorption to PVC surface is Tween 20 > Tween 80 > Pluronic F127 > Pluronic F68 (Johnston, 1996). Tween 20 is also more effective than Tween 80 or Tween 40 in the inhibition of shaking-induced aggregation of rhGH (Bam et al., 1998). Not all proteins can be stabilized by surfactants and Tween 80 at 0.1% has no effect on the aggregation of IL-1β at 100 μg/ml at pHs from 3 to 7 (Gu et al., 1991).

Nonionic surfactants can also inhibit chemical degradations in proteins. hEGF degrades mainly by deamidation and loses 51% of its mitogenic activity in 50 mM sodium phosphate buffer (pH 8.0) during storage at 60°C for 1 day, and in the presence of 0.02% Triton X-100 or 0.01% Tween 20, the remaining activity is, respectively, 84 and 75% (Son and Kwon, 1995). At the same time, surfactants may be contaminated with alkyl peroxides, which can accelerate oxidation of proteins. rhCNTF has been found to dimerize by alkyl peroxides present in Tween 80 (Knepp et al., 1996). Inclusion of certain antioxidants, such as Cys, Met, or glutathione, can significantly retard the reaction. A correlation between the peroxide level in Tween 80 and the degree of oxidation in rhG-CSF has also been reported, and the peroxide-induced oxidation appears more severe than that induced by atmospheric oxygen present in the vial headspace (Herman et al., 1996). For this reason, only 0.004% Tween 80 is formulated in the liquid rhG-CSF formulation.

Ionic surfactants are usually not used in stabilizing proteins because they can bind to both polar and nonpolar groups in proteins and cause denaturation (Giancola et al., 1997). Anionic surfactants such as SDS generally bind more effectively than cationic detergents such as decyltrimethyl ammonium chloride. The binding of ionic detergents such as SDS to a protein is a function of the free detergent concentration and may become saturated beyond the critical micelle concentration (Volkin and Klibanov, 1989). Nevertheless, these surfactants have been reported to have stabilizing effect on proteins. It has been found that SDS stabilizes BSA up to a SDS/protein molar ratio of 10 (Giancola et al., 1997) and reduces aggregation of aFGF in a concentration-dependent manner (Won et al., 1998). SDS at either 0.1 or 1% effectively prevents aggregation of heat-denatured RNase at pH 7.8, possibly by increasing repulsion of the added negative charges on the protein (Tsai et al., 1998b). Anionic detergents have also been used to increase thermal stability of proteins in non-aqueous solvents by stoichiometric formation of complexes with proteins (hydrophobic ion pairing) (Manning et al., 1995). In addition, certain ionic (including nonionic) surfactants in a limited concentration range may help protein refolding. Rhodanese at 1 mg/ml denatures in a mixture of 6 M GdnHCl and 200 mM β-mercaptoethanol, and the denatured enzyme at 50 μg/ml can be reactivated to various extents in the presence of 1 mg/ml ionic (sodium cholate, cetyltrimethylammonium bromide, sodium lauryl sulfate), zwitierionic (N-octyl-, N-decyl, N-dodecyl-, N-tetradecyl- and N-hexadecyl-N,N-dimethyl-3-ammonio-1-propanesulfonate), and nonionic surfactants (Tween 20, Triton X-100, dodecyl β-D-maltoside) (Tandon and Horowitz, 1987). The activity recovery of the denatured enzyme is bell-shaped as a function of cetyltrimethylammonium bromide concentration in the range of 0–5 mg/ml, indicating different effects at different concentrations.

Nonionic surfactants also bind weakly to proteins. The binding stoichiometry between Tween 20 and rhGH has been determined to be 2.5–3.5 (Tween 20/rhGH) by electron paramagnetic resonance (EPR) (Bam et al., 1995). A recent study shows that complete blocking of shaking-induced rhGH aggregation can be achieved only at a Tween 20:rhGH molar ratio of ≥ 4:1 (Bam et al., 1998). This molar ratio is close to the binding stoichiometry, suggesting that the inhibition of rhGH aggregation is probably due to Tween 20 binding to and blocking the aggregation-prone hydrophobic sites on the protein surface. Since the Tween 20 concentration required for complete

PAR-VASO-0006955

protection of the protein is much higher than the reported CMC of Tween 20 (59 μM), CMC does not appear to play a critical role. Therefore, the net effect of surfactants may depend on their concentrations relative to that of the protein (Katakam et al., 1995). In a different case, maximum protection of rhFXIII from agitation-induced aggregation is found at Tween 20 concentrations close to its CMC, independent of initial protein concentration (Kreilgaard et al., 1998). Therefore, additional mechanisms of protein protection by Tween 20 exist, which seem to arise from its competition with proteins for adsorption on denaturation interfaces.

Surfactant–protein interactions are hydrophobic in nature because proteins with more hydrophobicity bind more surfactants (Bam et al., 1995). Therefore, it has been suggested that surfactants should be avoided when formulating hydrophobic proteins (Dix et al., 1995). Since hydrophobic interaction increases with increasing temperature, a stronger hydrophobic protein–surfactant interaction is expected at high temperatures. This may explain why nonionic surfactants destabilize certain proteins, especially at higher temperatures or toward thermal denaturation. For example, poloxamer 407 at 1% significantly increases the stability of urease at 0.33 mg/ml in phosphate buffer (pH 7.0) at 37 or 50°C but decreases its stability at 75°C (Wang and Johnston, 1993b). This surfactant at 0.5% also decreases the stability of IL-2 at about 0.2 μg/ml in phosphate buffer (pH 7.0) at 50°C (Wang and Johnston, 1993b). rhCNTF, a hydrophobic and physically unstable protein, is destabilized by Tween 80 when subjected to thermal incubation (Dix et al., 1995). Either Pluoronic F68 at 0.1 mg/ml or Tween 80 at 1 mg/ml destabilizes IL-1R by decreasing its $T_m$ (Remmele et al., 1998). Decreased $T_m$ is also observed for rhGH at 3 mg/ml in the presence of Tween 80, Tween 40, or Tween 20 at a surfactant:rhGH molar ratio of 10:1 (Bam et al., 1998).

Poloxamers 407 and 188 (Pluronic F68) have been shown to inhibit thermally-induced aggregation/precipitation of recombinant hGH or methionyl pGH (Charman et al., 1995; Katakam and Banga, 1997). In comparison with Tweens, poloxamers may increase viscosity of a protein solution, restraining the motion of protein backbone to achieve thermal stabilization (Wang and Johnston, 1993a).

### 4.2.4. Salts

As discussed in Section 3.3, salts may stabilize, destabilize, or have no effect on protein stability depending on type and concentration of salt, nature of the ionic interactions, and the charged residues in a protein (Kohn et al., 1997). The net effect is a balance among non-specific (Debye-Hückel) electrostatic shielding, specific ion binding to a protein, and its effect on solvent properties.

The effect of salt at high concentrations correlates with the Hoffmeister lyotropic series both for anions and cations (Volkin and Klibanov, 1989; Timasheff, 1993, 1998):

$$(CH_3)_4N^+ > NH_4^+ > K^+, \ Na^+ > Mg^{2+} > Ca^{2+}$$
$$> Ba^{2+} > GdnH^+$$
$$SO_4^{2-} > CH_3CO_2^- > Cl^- > Br^- > NO_3^- > ClO_4^-$$
$$> SCN^-$$

in which anions and cations to the left of the series are the most stabilizing. By increasing ionic strength of a solution, these salts enhance hydrophobic interactions and reduce solubility of hydrophobic groups in proteins. In addition, they enhance accumulation of water molecules around proteins, leading to preferential hydration. The combination of these two effects makes proteins more compact and stable. Ions on the right are destabilizing by binding extensively to the charged groups or the dipoles (peptide bonds) of proteins.

NaCl, the often-used salt, has been found to play a critical role in stabilizing certain proteins. It increases both the denaturation temperature and enthalpy of BSA due to increased compactness of the protein structure resulting from an increase in ionic strength and possible reduction in long-range electrostatic repulsion between the net charges (Giancola et al., 1997). Recombinant factor VIII SQ (rFVIII SQ) at 125 IU/ml is not stable at low salt concentrations and precipitates at < 0.1 M NaCl at pH 7 (Fatouros et al., 1997a). A higher amount of rFVIII SQ needs higher NaCl concentrations to prevent precipitation. Increasing NaCl concentration (up to 1 M) also linearly increases the $T_m$ of RNase T1 from 59 to 63°C (Mayr and Schmid, 1993). Recently, NaCl has been found to be the most effective in improving

PAR-VASO-0006956

the thermal stability of IL-1R among all the excipients tested, including ascorbic acid, sugars (mannitol, lactose, sucrose, glucose), polyols (PEGs, glycerol, ethanol), polymers (PVP 10k, dextran 40), salts (CaCl$_2$), amino acids (Gly, Lys, Cys, Ala, Arg) and surfactants (Pluoronic F68, Tween 80) (Remmele et al., 1998).

Another similar salt, KCl, is also a powerful protein stabilizer. It has been shown to protect the activity of yeast ADH and bovine liver glutamate dehydrogenase (GDH) against thermal inactivation more effectively than trehalose, a commonly-used nonspecific protein stabilizer (Ramos et al., 1997).

The separate contribution of anions and cations in salts to the stability of a protein can be significantly different or even in opposite direction (Timasheff, 1998). For example, GdnHCl at 3 M destabilizes RNase at pH 7.0 by decreasing its $T_m$ from 60 to 25°C, but (GdnH)$_2$SO$_4$ at 3 M stabilizes the protein by increasing its $T_m$ by 10°C due to the dominant contribution of stabilizing SO$_4^{2-}$ (Timasheff, 1993). GdnHCl at low concentrations (up to 0.3 M) stabilizes RNase T1 against thermal and urea-induced unfolding, probably due to the significant contribution of the stabilizing effect of Cl$^-$ (Mayr and Schmid, 1993). This also seems to be the case in the stabilization of $ml$-PEPC (Jensen et al., 1996),

### 4.2.5. Polyethylene glycols (PEGs)

PEGs are often used as protein cryoprotectants and precipitating/crystallizing agents in aqueous media at high concentrations. They are hydrophobic in nature and may interact with hydrophobic side chains in proteins, promoting unfolding, especially at high temperatures (Farruggia et al., 1997). Nevertheless, PEGs of different molecular weights have been demonstrated to stabilize certain proteins. For examples, PEG 300 at 0.5 or 2% inhibits the aggregation of rhKGF in 10 mM potassium phosphate buffer (pH 7.0) containing 5% mannitol at 45°C (Zhang et al., 1995). PEG 200, 400, 600, and 1000 stabilize lysozyme and BSA, even though they decrease the surface tension of water (Kita et al., 1994). PEG 4000 (up to 15%) inhibits the thermal aggregation of LMW-UK in a concentration-dependent manner (Vrkljan et al., 1994).

The stabilization mechanism of PEGs in solution has not been well established. Stabilization seems dependent on the protein and the size of PEGs. Liquid IL-1R is stabilized by PEGs, and the stabilization effect is PEG 300 > 1000 > 3350, possibly because PEG 300 is the least hydrophobic (Remmele et al., 1998). On the contrary, PEG 1000 and 4000 destabilize human albumin by decreasing its thermal transition temperature, while high-molecular-weight PEG 8000 and 10 000 stabilize the native state of the protein (negative preferential interaction with the protein) (Farruggia et al., 1997). Similarly, PEG 8000 at 1% significantly reduces the nebulization-induced aggregation and glass surface adsorption of rConIFN (Ip et al., 1995). Protein stabilization by high-molecular-weight PEGs is probably due to their steric hindrance of protein-protein interactions.

### 4.2.6. Polymers

Various kinds of polymers have been shown to stabilize proteins. Stabilization is generally due to one or more of these properties of polymers: surface activity, preferential exclusion, steric hindrance of protein–protein interactions, and increased viscosity limiting protein structural movement.

Serum albumin has been used often for inhibition of protein surface adsorption and general stabilization. However, its potential contamination with blood-borne pathogens limits its future applications. Among other polymers examined for protein stabilization, hydroxypropyl-β-cyclodextrin (HP-β-CD) appears to be one of the most valuable, partly because it is a good solubilizing agent and parenterally safe. HP-β-CD has been shown to prevent the thermal and interfacial denaturation and precipitation of pGH (Charman et al., 1993), to inhibit the aggregation of rhKGF (Zhang et al., 1995), and to stabilize IL-2 and bovine insulin (Brewster et al., 1991). Other polymers include dextran (51 and 18 kD) in increasing the $T_m$ of thrombin (Boctor and Mehta, 1992), dextran (38 and 82 kD) in increasing the $T_m$ of porcine pancreatic elastase (Chang, et al., 1993), PVP 10 k in increasing the $T_m$ of IL-1R (Remmele et al., 1998), fibronectin (0.05%) in improving the

PAR-VASO-0006957

mitogenic activity of hEGF in 50 mM sodium phosphate (pH 8.0) at 60°C (Son and Kwon, 1995), heparin (0.5%) in the inhibition of rhKGF aggregation in 10 mM phosphate buffer (pH 7.0) at 37°C (Chen et al., 1994a), 16-kD heparin in the concentration-dependent inhibition (IC$_{50}$ = 2 µg/ml) of the heat-induced aggregation of aFGF in PBS at pH 7.2 (Volkin et al., 1993), gelatin type A and B (up to 1%) and hydroxyethyl (heta) starch (up to 20%) in the concentration-dependent inhibition of the thermal aggregation of LMW-UK (Vrkljan et al., 1994; Manning et al., 1995). A variety of polymers has been found effective in inhibiting the aggregation of rhKGF in 10 mM phosphate buffer (pH 7.0) containing 5% mannitol, including heparin, dextran sulfate, polyphosphoric acid, poly-L-glutamic acid, poly-L-lysine, etc (Zhang et al., 1995).

The effect of polymers on protein stability is strongly protein-dependent, and in certain cases destabilization may occur. While α-CD and γ-CD do not affect the stability of hen-egg lysozyme (HEL), some of its derivatives including M-β-CD, HE-β-CD, HP-β-CD, and HB-β-CD lower the protein's $T_m$ (Brunchu et al., 1996). Type A gelatin at 0.1% destabilizes LMW-UK but increases its stability at higher concentrations (Vrkljan et al., 1994). PVP at 2, 5, or 10% increases the heat-induced aggregation of LMW-UK (Vrkljan et al., 1994). The failure of PVP to protect the protein could be attributed to its relatively hydrophobic nature as temperature increases. The increased hydrophobicity may promote preferential binding to proteins and facilitate protein unfolding because the denatured state has more hydrophobic binding sites than the native state.

Proteins can be stabilized by polymers through multiple electrostatic interactions. A number of sulfated polysaccharides, sulfated polymers, and poly-amino acids have been shown to stabilize aFGF against aggregation, including low-MW heparin (5 kD), sulodexide, dextran sulfate, fucoidan, pentosan polysulfate, polyvivyl sulfate, keratan sulfate, poly-Asp, and poly-Glu (Volkin et al., 1993; Won et al., 1998). Increasing the sulfation level of both heparin and sulfated β-cyclodextrin results in dramatic enhancement of their ability against thermal inactivation of aFGF.

It is the sulfate ions that bind to specific sites in aFGF (in the vicinity of Lys$^{118}$/Lys$^{112}$/Arg$^{22}$ region) to achieve stabilization. Poly-Arg, a positively charged polymer, destabilizes aFGF. Detailed discussion can be found elsewhere on the structure, interaction, and specificity of aFGF polyanion binding sites (Volkin and Middaugh, 1996). By similar stabilization mechanisms, the aggregation of rhKGF, another member of the FGF family, is significantly inhibited by polyanions, including poly(acrylic acid), poly(methacrylic acid), heparin, dextran sulfate (8 and 500 kD), and pentosan polysulfate (Chen et al., 1994b). In a recent study, as many as 13 model proteins have been stabilized to a different degree against thermal inactivation by forming multiple electrostatic complexes with selected soluble polyelectrolytes (such as DEAE-dextran) and polyhydroxyl compounds (such as ethylene glycol) (Gibson, 1996). However, the protection against aggregation of heat-denatured RNase by dextran sulfate at 0.1 or 1% is apparently due to the increased repulsion of the added negative charges on the protein (Tsai et al., 1998b).

Polymers may inhibit chemical degradations in proteins. For example, dextran can inhibit the metal-catalyzed oxidation of human relaxin (Li et al., 1996a,b). All the polyanions that protect aFGF against heat-induced aggregation also protect the protein at least partially against copper-catalyzed oxidation (Volkin et al., 1993). Among the polymers, heparin is the most effective. The protection could be due to both the dominant interaction of polymers with the protein and chelation of divalent metal cations.

Polymers used for protein stabilization should be stable enough against chemical and/or enzymatic degradations so that they can keep their stabilizing effect during storage. Unfortunately, proteins may be contaminated with trace amounts of enzymes, which may degrade a polymer stabilizer and result in loss of formulation quality or even protein stability. For example, hydroxyethylcellulose (HEC) has been formulated with recombinant bFGF. The viscosity of the formulation decreases with time due to the presence of trace amounts of a cellulase-like activity that originates from the E. coli lysate in the production of the protein (Shahrokh et al., 1995).

#### 4.2.7. Metal ions

Some metal ions (such as calcium, magnesium, and zinc) can be used as protein stabilizers as they bind to a protein and make the overall protein structure more rigid, compact, and stable (Krist-jánsson and Kinsella, 1991). This is one of the mechanisms responsible for the high stability of thermophilic proteins (Mozhaev and Martinek, 1984). In addition to stabilization, metal ions may enhance the activity of a protein such as RNase H (Goedken and Marqusee, 1998). Among these metal ions, calcium is a well-known stabilizer for many enzymes at both high and low temperatures (Daniel et al., 1996).

Different metal ions may require different concentrations to achieve protein stabilization, and their specificity in protein stabilization varies. The effect of some divalent metal ions on rFVIII SQ has been investigated, including $Ca^{+2}$, $Cu^{+2}$, $Mn^{+2}$, $Mg^{+2}$, $Zn^{+2}$, $Sr^{+2}$, and $Fe^{+2}$ at 1 and 10 mM (Fatouros et al., 1997a). At 1 mM, only $Ca^{+2}$ and $Sr^{+2}$ increase the stability relative to the control (0.1 mM $Ca^{+2}$) and $Fe^{+2}$ sharply destabilizes rFVIII SQ. At 10 mM, $Ca^{+2}$ and $Sr^{+2}$ further increase the stability of rFVIII SQ up to about 50 mM. $Cu^{+2}$, $Zn^{+2}$ and $Fe^{+2}$ all sharply reduce the stability at 10 mM. $Mn^{+2}$ and $Mg^{+2}$ do not have any significant effect at both concentrations. In another study, the $T_m$ of rhD-Nase increases with increasing $Ca^{2+}$ ($CaCl_2$) concentrations and reaches a maximum at around 100 mM $CaCl_2$ (Chan et al., 1996). However, $Mg^{2+}$, $Mn^{2+}$, and $Zn^{2+}$ destabilize the protein. The stabilizing effect of $Ca^{2+}$ probably results from its binding to the protein and preventing the breaking of a disulfide bridge. Other examples of protein stabilization by metal ions include the inhibition of insulin fibrillation by calcium or zinc ions (Brange et al., 1997), the stabilization of 19 kD catalytic fragment of human fibroblast collagenase by calcium (Lowry et al., 1992), the stabilization of RNase H by $Mn^{2+}$ (Goedken and Marqusee, 1998), the increase in $T_m$ of porcine pancreatic elastase by 10 mM $CaCl_2$ (Chang, et al., 1993), the stability dependence of bovine pancreatic DNase on $Ca^{2+}$ (Shire, 1996), and the increased hEGF mitogenic activity in the presence of 6 mM $ZnCl_2$ in 50 mM sodium phosphate

buffer (pH 8.0) during storage at 60°C (Son and Kwon, 1995). Calcium or zinc stabilizes insulin probably by neutralizing negative charges in the center of insulin hexamer and enhancing native hydrophobic interaction. In a different case, $CaCl_2$, $MgCl_2$, and KSCN at concentrations below 0.5 M destabilize albumin and lysozyme by preferential binding to these proteins (Picó, 1996).

The effect of metal ions on protein stability can be significantly influenced by the negative counter ions. Picó (1996) studied the effect of sodium halides at 0.3 M on the stability of human serum albumin in 20 mM sodium phosphate (pH 7.4) and found that the negative ions increase the melting temperature and enthalpy of unfolding of albumin in the following order: $I^- > Br^- > Cl^- > F^-$.

#### 4.2.8. Amino acids

Certain amino acids, either alone or in combination with other excipients, stabilize proteins most likely by preferential exclusion (Jensen et al., 1996). The aggregation of rhKGF in 10 mM potassium phosphate buffer (pH 7.0) containing 5% mannitol at 45°C can be inhibited to various degrees in the presence of the following amino acids: His, Gly, sodium aspartate, glutamate, and lysine hydrochloride (Zhang et al., 1995). Similarly, the stability of *ml*-PEPC can be significantly increased in the presence of 0.05 M sodium glycinate, sodium glutamate, sodium aspartate, or lysine hydrochloride upon incubation at 40°C (Jensen et al., 1996). Replacing 40 mM NaCl with 0.4% (w/v) L-Asp and 0.7% (w/v) L-Glu significantly increases the half-life of rhKGF from 1.8 to 2.6 and 2.4 days, respectively, for the loss of soluble protein at 37°C (Chen et al., 1994a). Gly at 1 M increases the $T_m$ of RNase A from 65 to 68°C at pH 6.0 (Liu and Sturtevant, 1996) and at 2 M increases the $\Delta G_{f \to u}$ of cytochrome c by 17.3 kJ/mol (Foord and Leatherbarrow, 1998). Use of amino acids with propylene glycol improves the structural stability of rhCNTF (Dix et al., 1995). L-Lys and L-Arg increase the stability of IL-1R by increasing its $T_m$, although Gly and L-Ala decrease it (Remmele et al., 1998).

Certain chemical degradations in proteins can be reduced in the presence of certain amino acids.

PAR-VASO-0006959

Met is an effective antioxidant. His at 2.5 mM can completely inhibit the oxidation-induced inactivation of papain by the ascorbate/Cu(II)/$O_2$ system, possibly through the formation of Cu-His complex (Kanazawa et al., 1994).

### 4.2.9. Miscellaneous compounds/approaches

The identification of certain cellular accumulants in thermophilic organisms upon temperature or salinity increase has led to the choice of some of these compounds as protein stabilizers. For example, potassium salt of cyclic diphosphoglycerate can stabilize the thermolabile GADPH at 90°C (Hensel and König, 1988). Another compound is 2-O-β-mannosylglycerate in the stabilization of several mesophilic proteins, including rabbit muscle LDH, baker's yeast ADH, and bovine liver GDH, which is more effective than trehalose (Ramos et al., 1997). Specifically, this compound at 500 mM keeps 90% of LDH activity while trehalose (or KCl) at the same concentration keeps about 30% activity after incubation of the protein at 50 µg/ml in phosphate buffer at 50°C for 10 min.

A few other compounds have been reported to increase the thermal stability of proteins. These include dipalmitoylphosphatidylglycerol (DPPG, an anionic lipid) for RNase and cytochrome c (Lo and Rahman, 1998), 2-bromo-2-chloro-1,1,1-trifluoroethane for serum albumin (Tanner et al., 1999), and some anionic phosphate species such as ATP, inorganic phosphates, and phosphorylated inositols for aFGF (Volkin et al., 1993). Perfluorodecalin, a non-aqueous solvent, has recently been used to stabilize plasma-derived factor IX and recombinant human α-IFN in the absence of moisture ( < 0.001%) (Knepp et al., 1998). Its stabilization mechanism is briefly discussed in Section 3.3.

Another potential way of stabilizing proteins is the use of so-called molecular chaperones. Folding of newly synthesized polypeptides in cells requires the assistance of molecular chaperone proteins because of the tendency of folding intermediates to aggregate at relatively high protein concentrations (Hendrick and Hartl, 1995; Lewis and Cowan, 1996; Ruddon and Bedows, 1997). For example, the GroEL minichaperone in bacte-

ria has been found to facilitate protein folding by preventing protein aggregation and correcting protein misfolding (Golbik et al. 1998). α-Crystallin exhibits chaperone-like properties and inhibits the aggregation of denatured-reduced lysozyme (Raman et al., 1997). Recombinant human protein disulfide isomerase (rhPDI) enhances folding of C125A rhIL-2 by accelerating thiol-disulfide interchange (Du et al., 1998). Therefore, inclusion of a molecular chaperone in a protein formulation is foreseeable but seems practical only if the chaperone can be easily obtained and is safe and stable.

Reduction of dissolved oxygen in protein solutions should decrease oxygen-initiated oxidation. It has been found that replacing the air in container headspace with nitrogen reduces the loss of rFVIII SQ activity from 69 to 19% during storage at 7°C (Fatouros et al., 1997a). To prevent potential oxidation of proteins, oxygen dissolved in protein solutions can be simply and effectively reduced by a few low-temperature cycles of normal-low-normal pressure changes (Fransson et al., 1996).

Computer graphics can be used to facilitate design of more effective protein stabilizers based on proteins' steric structures. Such a molecule, benzene-1,4-disulfonic acid, has been designed to fill the center space of insulin hexamer and appears to stabilize the hexamer (Manallack et al., 1985).

### 4.3. Stabilization of proteins by structural modification

Although proteins are very delicate molecules, they can be made more stable by careful modification of their amino acids either chemically or genetically. Again, the key issue is preservation of protein activity during and after the modification.

### 4.3.1. Modification of amino acid and site-directed mutagenesis

Site-directed mutagenesis or chemical modification can be used to modify protein stability by mutating or blocking specific amino acids. Structural characteristics of labile proteins may be changed toward those of thermophilic proteins (see Section 2.3).

PAR-VASO-0006960

After analyzing the effect of amino acid replacement on protein thermal stability, Querol et al. (1996) made the following recommendations for amino acid replacement: (1) maintaining or enhancing secondary structure propensity; (2) replacing preferentially solvent accessible residues; (3) replacing residues by introducing a negative charge at N-cap or a positive charge at the C-cap of the helix (same for β-stands); (4) substituting with residues of enhancing hydrogen bonding or van der Waals contacts; (5) favoring the formation of an additional disulfide bridge, metal binding site, or glycosylation site; and (6) substituting with Pro in loops.

Even with these clear-cut guidelines, it has not been always successful to increase protein stability simply by amino acid substitution because of the complexity of protein structure and the limited number of amino acids responsible for the extra protein stability (Daniel et al., 1996). For example, the higher thermostability of the novel bacillar ADH is apparently due to the replacement of only three amino acids (Glu$^{11}$ → Lys, Lys$^{14}$ → Gln, and Pro$^{242}$ → Ala) (Cannio et al., 1994). It is no surprise that amino acid substitution has been done often on a trial-and-error basis. Even after well-defined amino acid exchange(s), it is often difficult to predict the protein stability (Jaenicke, 1990, 1996; Lee and Vasmatzis, 1997). Recently, using tables of amino acid substitution and propensity, Topham et al. (1997) were able to correlate the predicted stability change after amino acid substitution with experimentally determined free energy difference ($\Delta\Delta G$) or difference in melting temperature between a mutant and the wild-type protein. A correlation coefficient of 0.80 is obtained for 83 staphylococcal nuclease and 68 barnase mutants. Also, mutations at the buried sites are more reliably predicted than those at the exposed or partially-buried positions, and better predictions are obtained with residues not engaged in hydrogen bonding interactions with neighboring residues than those that are.

Protein activity may change significantly after amino acid substitution. Both successful and unsuccessful examples exist in this regard. aFGF has three Cys residues (Cys-16, -83, -117), and all three single Ser mutants are as active as the wild type in the presence of heparin. In the absence of heparin, the triple mutant is the most active and stable (Volkin and Middaugh, 1996). However, substitution of Glu$^{58}$ with Ala in the wild-type ribonuclease T1 not only destabilizes the protein by 0.8 kcal/mol ($\Delta\Delta G = -0.8$) but also removes the majority of the hydrolytic activity (Shirley et al., 1989). A more recent study on the stability of T4 lysozyme mutants shows that those mutants with increased protein stability have either abolished or reduced protein activity (Shoichet et al., 1995).

There are other concerns in modifying protein structure for increased stability. One of them is the immunogenicity of a protein, which may change significantly. Therefore, mutant proteins have to go through extensive toxicity studies if they are pharmaceutical candidates. Replacement of any hydrophilic amino acids with hydrophobic ones may change the solubility of a protein, presenting formulation challenges. Thus, any chemical or genetic modification of proteins should be carefully considered.

### 4.3.2. Glycosylation

Glycosylation can affect protein activity, antigenicity, solubility, proteolytic resistance, and stability (Liu, 1992). Different glycoforms frequently have different physical and chemical properties. Therefore, proteins can be properly glycosylated to increase their stability. Several stabilization mechanisms of protein glycosylation have been proposed. These include formation of hydrogen bonds with the polypeptide backbone or surface hydrophilic amino acids, and steric interaction with adjacent peptide residues (Baek and Vijayalakshmi, 1997; Runkel et al., 1998). Again, the key issue is preservation of protein activity after glycosylation.

There are many successful cases of protein stabilization by glycosylation. Glycosylation of RNase A dramatically increases its stability with its activity essentially unchanged (Baek and Vijayalakshmi, 1997). The native RNase A at 0.3 mg/ml in 10 mM phosphate buffer (pH 8.0) loses more than 90% of its original activity after incubation at 90°C for 15 min, while the glycosylated protein maintains about 75% of its activity under

PAR-VASO-0006961

the same condition. Glycosylated $\alpha_1$-antitrypsin has been found to be more resistant to urea-induced unfolding and thermal denaturation (an aggregation process) than non-glycosylated form (Kwon and Yu, 1997).

Insulin may form fibrils in solution, probably due to the presence of insulin monomer and its conformational change at a hydrophobic interface. To examine the effect of glycosylation on insulin fibrillation, several $p$-succinamidophenylglucopy-ranoside-insulin conjugate (SAPG-insulin) have been synthesized, including monosubstituted, disubstituted, and trisubstituted insulins. It has been found that the tendency to form insulin dimers/hexamers decreases and the physical stability increases as the number of SAPG moieties increases (Baudyš et al., 1995). This is seemingly due to increased hydrophilicity of the monomer surface and/or steric hindrance by SAPG moieties, preventing fibril formation. These derivatives also significantly increase insulin stability against shaking-induced fibrillation. While native insulin starts to form insoluble aggregates (fibrils) in about 0.5 day upon shaking at 37°C, it takes 18.8 days for (SAPG)$_3$-insulin to form any aggregates. At the same time, the bioactivity for most of these derivatives is close to the native insulin ($\pm 20\%$) except the Gly$^{A1}$-Lys$^{B29}$-substituted derivative, which shows about 65% activity of the native insulin.

### 4.3.3. Formation of disulfide bonds

Naturally-occurring disulfide bonds generally increase thermodynamic stability of proteins (Jaenicke, 1991; Darby and Creighton, 1997; Johnson et al., 1997). This seems to result from a reduction in the configurational entropy ($\Delta S_{conf}$) of the unfolded state.

Crosslinking proteins (formation of external 'braces') with bi(poly)-functional agents such as glutaraldehyde and imidoesters can prevent/reduce unfolding of tertiary structure and dissociation of oligomeric proteins (Mozhaev and Martinek, 1984; Kristjánsson and Kinsella, 1991). This is true especially when a disulfide bond (or other crosslink) is created connecting two groups that are sequentially far apart but spatially close, since this creates physical constraint to unfolding (reducing

entropy of the unfolded state) (Lee and Vasmatzis, 1997). For example, Matsumura et al. (1989) found that single or multiple disulfide-bonded mutants of T4 lysozyme significantly increase the $T_m$ of the wild type. Similarly, Johnson et al. (1997) demonstrated that introduction of a single or multiple disulfide bonds increases the thermodynamic stability of barnase.

On the other hand, the added disulfide bonds may have potential stability problems particularly at a higher pH and temperature due to possible $\beta$-elimination-induced disulfide scrambling (see Section 3.2). $\beta$-Elimination of disulfide bonds has been observed for more than a dozen unrelated proteins at 100°C in the pH range of 4–8 (Volkin and Klibanov, 1987).

### 4.3.4. Pegylation

Conjugation of PEGs to proteins is referred to as 'PEGylation' (Katre, 1993). PEGs are mostly attached to Lys amino groups in proteins. Generally, PEG-modified proteins exhibit increased stability, improved solubility, decreased immunogenicity, increased circulation half lives, and low toxicity (Li et al., 1995b). For example, conjugation of PEG$_{20000}$ to insulin (insulin-Gly$_1$-PEG$_{20000}$ or insulin-Lys$_{29}$-PEG$_{20000}$) increases the protein's enzymatic stability in blood (Caliceti and Veronese, 1998). Conjugation of recombinant human megakaryocyte growth and development factor (rhMGDF) with PEG increases the storage stability of the protein in phosphate buffer at pH 7 (Guerra et al., 1998).

Pegylation may or may not change protein activity. The activity of recombinant consensus interferon (IFN-Con$_1$) does not change after pegylation (Jensen-Pippo et al., 1995). However, the *in vitro* bioactivity of interleukin-6 (IL-6) decreases linearly with increasing degree of PEG-modification, while the thrombopoietic activity of PEG-modified IL-6, in which 54% of the Lys amino groups are coupled with PEG, is more than 10 times higher (Tsutsumi et al., 1995).

PEGs are generally considered safe and have very low toxicity. However, adverse reactions such as seizure and anaphylactic shock have been seen in humans after topical or oral administration of PEG-containing formulations (Katre, 1993).

PAR-VASO-0006962

### 4.4. Formulation of liquid protein pharmaceuticals

There are two major dosage forms for protein pharmaceuticals: liquid and freeze-dried solid. Generally, it is the protein stability that dictates selection of the final dosage form. Liquid formulation has advantages of simple processing, less manipulation, and easy application, whereas freeze-dried solid protein formulation is generally more stable, although lyophilization often causes significant protein instability. There are cases when proteins in a liquid formulation are as stable as or more stable than those in a solid state. For example, oxidation of Met[59] in hIGF-I is a major modification pathway, and its rate in solution is roughly the same as that in a freeze-dried formulation in air-filled vials at either 25 or 30°C (Fransson et al., 1996). Liquid mannitol formulation of IFN-γ is more stable at 5°C than a freeze-dried formulation of the same composition during storage (Perlman and Nguyen, 1992).

The science of protein formulation had been primarily empirical in the past (Middaugh, 1990). Although significant progress has been made in recent years, there is still no single pathway to follow in formulating proteins due to their structural diversities and complexities. There are several stages that require careful consideration and extensive experimentation in formulating a stable protein product. First, the route of drug administration should be addressed based on proposed indications. The remaining critical stages in protein formulation include: (1) purification, in which a protein is satisfactorily purified such that no harmful contaminants (such as proteases) exist and the process yields reproducibly stable active drug; (2) preformulation, in which physicochemical properties (such as protein p$I$ and solubility), excipient compatibility, aggregation, and/or decomposition pathways are performed; and (3) final formulation, in which several key issues should be addressed, including choice of buffer, pH, stabilizers, and other excipients, stability-indicating assays, decomposition pathways, and optimal storage conditions.

### 4.4.1. Route of drug administration

Bolus intravenous injection generally requires an aqueous protein solution. This solution, usually not exceeding 10 ml, can be either a liquid formulation or reconstituted freeze-dried formulation. The tonicity of the solution is not a great concern since the volume is small. Other types of solutions, such as suspensions, emulsions, and cosolvent or oleagenous systems, may be used for intramuscular (up to 3 ml) or subcutaneous (up to 2 ml) injection. The buffer and pH in these systems should be carefully adjusted to alleviate irritation and provide maximum protein solubility and stability.

### 4.4.2. Preformulation

To develop a protein formulation successfully, the basic properties of a protein should be understood thoroughly. These include protein purity, p$I$, and solubility at different pHs. Other critical issues can then be addressed, including the effect of different buffer systems, pH, tonicity modifiers, stabilizers, freeze/thaw cycles, and protein adsorption. Before conducting any preformulation studies, the purity of a protein should be adequate; usually a purity level of 95% or better is recommended (Berry, 1996).

### 4.4.3. Composition of a liquid protein formulation

Multiple excipients are often required in a liquid protein formulation, although a single-excipient protein formulation may be sufficient, such as tPA, which is formulated in 0.5 M arginine–phosphate buffer (pH 7.3) (Overcashier et al., 1997). Both the type and level of excipients can significantly affect protein stability. These excipients include buffering agents, stabilizers, tonicity modifiers, and antimicrobial agents. Solubilizers should be used if a protein has limited solubility, such as rIFN-β-1b, which has a solubility of <0.05 mg/ml at neutral pH and is solubilized by SDS or Tween 80 (Lin et al., 1996c). To ensure adequate solubility of a protein, the formulation pH should be at least 0.5 unit below or above its p$I$ (Cleland et al., 1993). When multiple excipients are used, they should not interact with one another, and, more importantly, should not adversely affect protein stability. Thus, compatibility studies should be conducted.

PAR-VASO-0006963

Almost without any exception, an optimum pH (or a range) is required for maximum protein stability, and this pH may shift depending on the presence of other excipients. The often-used buffering agents are phosphate for pHs between 6 and 8 and citrate for pHs below 6. If these two agents adversely affect protein stability, other buffering agents may be used such as acetate for rhG-CSF at pH 4.0 (Herman et al., 1996), Tris-HCl for hEGF at pH 7.0 (Son and Kwon, 1995), and succinate for IFN-γ at pH 5.0 (Lam et al., 1996).

In close relation to the selection of formulation excipients, a compatible container should be used. Type I borosilicate glass is usually the material of choice for containers due to its strong chemical resistance and low level of leachables. Closures should be carefully chosen based on their compatibility with protein formulation, resistance to formulation pH, excipients and sterilization, moisture/vapor transfer property, and resealability.

### 4.4.4. Rapid screening of protein formulations

Development of a liquid protein formulation often requires screening of many excipients and their combinations at different pHs, even under rigorous computer-aided formulation design. Therefore, use of an efficient method for screening these excipients is recommended to expedite excipient selection without undertaking time- and labor-extensive stability studies. A few screening methods are briefly described here, which should be used with caution as they may or may not lead to the identification of ideal formulations. These methods include: (1) comparison of protein unfolding temperature ($T_m$) in different formulations; (2) comparison of half denaturation concentration, $C_{half}$, in the presence of a denaturant; and (3) comparison of IR spectra of different protein formulations with a reference spectrum.

Although $T_m$ does not have a defined relationship with the free energy of protein unfolding (an indicator of protein stability), it is widely accepted that any increase in $T_m$ should lead to an increase in protein stability (Dill et al., 1989). Therefore, a change in $T_m$ may indicate whether a particular

excipient has any stabilizing or destabilizing effect. For example, an increase in the amount of IL-1R aggregates correlates roughly with a gradual decrease in $T_m$ in the presence of one of the three preservatives: phenol, m-cresol, and benzyl alcohol (Remmele et al., 1998). On the other hand, a protein stabilizer may not always increase $T_m$. EDTA and two reducing agents, dithiothreitol and β-mercaptoethanol, can protect aFGF from thermally-induced aggregation, but at low concentrations these agents do not affect the protein's $T_m$ (Tsai et al., 1993). The $T_m$ of a protein in the presence of two or more excipients can be roughly estimated without experimentation by calculating the algebraic sum of $T_m$s obtained in the presence of individual excipient. $T_m$ estimation by this method seems rather reliable whether the excipients have the same or opposite effects (Allison et al., 1996).

$C_{half}$ is the concentration of a denaturant at which 50% of protein molecules are unfolded or denatured. It can be estimated from a protein denaturation curve as discussed in Section 3.4. The effect of a formulation excipient on protein stability is reflected in the change in $C_{half}$. The higher the $C_{half}$, the more stable the protein in the formulation. It should be noted that the time needed to unfold a protein by a denaturant may be very slow. Complete unfolding of the wide type Rop in 4 M GdnHCl takes 48 h (Munson et al., 1996).

IR has been used extensively to probe protein structural changes in liquid, frozen, and dried states (Dong et al. 1995b). The effect of excipients on protein stability can be examined by comparing the IR spectrum of a sample in the sensitive amide I region with that of a reference. Comparison can be based on the degree of spectral correlation (r) (Prestrelski et al., 1993a,b), or the extent of spectral area overlap (Heimburg and Marsh, 1993; Allison et al., 1996; Kendrick et al., 1996), although these parameters may not necessarily reflect changes in protein activity. Using the correlation coefficient (r), Prestrelski et al. (1995) successfully selected the formulation pH and stabilizers in designing a freeze-dried IL-2 formulation. Nevertheless, overlap comparison of area-normalized second-derivative or deconvo-

luted spectra is seemingly more reliable and objective. To overcome the interference of water absorption, protein IR spectra have to be determined either in $D_2O$ or at higher protein concentrations ( > 10 mg/ml) as discussed in Section 3.4.

### 4.4.5. Stability studies

To accelerate formulation development, stability studies are often conducted under accelerated (stressed) conditions. These stressed conditions include high temperature, high humidity, intensive lighting, extreme pHs, increased air/water interfaces by vortexing or shaking, and repeated freeze/thaw cycles. These studies are usually short but very helpful in screening protein formulations. Parameters used in monitoring stability studies include protein activity, rate of protein degradation, product formation and aggregation/precipitation, solution color, pH and viscosity, sterility, and pyrogenicity.

Accelerated stability studies are often conducted at high temperatures. The key issue is whether and how well the data from accelerated stability studies can be extrapolated to those under real-time conditions. Extrapolation of stability data from high to lower temperature is usually limited to a temperature range over which the same degradation pathway is operative. Very often, protein stability results obtained at high temperatures do not reflect or predict what happens under real-time conditions. This is due to the complexity of multiple protein degradation pathways at different temperatures. For example, temperature-dependent degradation mechanisms have been reported for interleukin 1β (IL-1β) (Gu et al., 1991), and hGH (Pikal et al., 1991). Nonlinear Arrhenius relationships were observed for relaxin between 5 and 30°C (Nguyen and Shire, 1996) and for *phm*-MDH between 4 to 65°C in the presence of a variety of excipients, such as salts, salts of amino acids, and polyols (Jensen et al., 1997). The temperature nonlinearity may suggest at least two major degradation pathways in proteins.

Nevertheless, if the multiple degradation processes in proteins can be described separately, or the rate-limiting degradation step does not change with temperature, prediction of protein stability based on accelerated stability studies is very optimistic. For example, the following thermal denaturation model with two different reaction rates representing two isoenzymes of β-galactosidase has been used to describe the biphasic irreversible denaturation process, and linear Arrhenius plots are obtained for both $k_1$ and $k_2$ (Yoshioka et al., 1994b):

$$N_1 \overset{k_1}{\Rightarrow} N_2 \overset{k_2}{\Rightarrow} D.$$

Linear Arrhenius relationships have also been reported for a number of proteins in certain temperature ranges. Examples include the inactivation of *ml*-PEPC in the presence of 0.8 M sodium glutamate between 7.6 and 48°C (Jensen et al., 1997), thermal inactivation of recombinant hepatitis B surface antigen (HBsAg) between 60 and 90°C (Volkin et al., 1996), and second-order oxidation of hIGF-I between 7 and 37°C (Fransson et al., 1996).

## 5. Conclusions

Native proteins are properly folded, which involves many forces, including hydrophobic interactions, electrostatic interactions (charge repulsion and ion pairing), hydrogen bonding, intrinsic propensities, and van der Waals forces. Among these forces, hydrophobic interactions seem to be the dominant. Proteins are generally not very stable, as stabilization energy of the native state is mostly between 5 and 20 kcal/mol, which is equivalent to that of a few hydrogen bonds. Most mesophilic proteins such as those from human beings can be unfolded/denatured easily at temperatures between 50 to 80°C.

A common phenomenon of protein instability is formation of protein aggregates, which can be soluble or insoluble, chemical or physical, and reversible or irreversible. There are many factors affecting protein stability. These include at least temperature, pH, ionic strength, metal ions, surface adsorption, shearing, shaking, additives, solvents, protein concentration, purity, morphism, pressure, and freeze-thawing/drying. Chemical transformations that lead to protein instability include at least deamidation, oxidation, hydroly-

PAR-VASO-0006965

sis, isomerization, succinimidation, disulfide bond formation and breakage, non-disulfide crosslinking, and deglycosylation. Today, many analytical techniques are available to monitor protein instability. Even with the sophistication of present instrumentation, no single technique can satisfactorily provide sufficient information about a protein. Thus, a combination of analytical methods needs to be used to characterize a protein and to monitor protein instability.

To develop a liquid protein pharmaceutical, the basic properties of a protein need to be examined first. These include protein purity, $pI$, and solubility and stability at different pHs and in different buffer systems. With these data, protein formulation issues can then be addressed. These include the indication, route of drug administration, selection of proper formulation buffer and excipients, and finally, stability studies. To facilitate rapid development of a protein formulation, a formulation screening method may be used with caution, such as the determination of $T_m$, $C_{half}$, or degree of IR spectral similarities. Alternatively, accelerated stability studies may be conducted under high-temperature conditions, but stability results obtained at high temperatures may not reflect or predict what happens under real-time conditions. For proteins, real-time stability studies are necessary for selection of the final formulation.

In the development of a protein formulation, the most challenging task is the stabilization of a protein to achieve an acceptable shelf life. Due to complication of structural modifications, proteins are commonly stabilized by excipients. The often-used protein stabilizers include sugars, polyols, surfactants, salts, PEGs, polymers, metal ions, and amino acids. Unfortunately, there is no single pathway to follow in selection of a suitable stabilizer(s), partly due to the lack of a clear and definitive understanding of protein-cosolute interactions and proteins' multiple inactivation mechanisms. Depending on the protein, these traditional protein stabilizers may increase protein stability only to a limited level. Therefore, new types of protein stabilizers need to be further explored. One obvious direction is to identify additional cellular components in hyperthermophilic organisms or cellular accumulants under various stressed conditions, which may have the potential to stabilize proteins.

In summary, the most formidable challenge in formulating a liquid protein pharmaceutical is to preserve the biological activity of the protein for an acceptable shelf life. Unfortunately, there is no single pathway to follow in formulating such a product. Usually, proteins have to be evaluated on a case-by-case basis. Much more effort is still needed to understand the basic behavior of proteins, their instability factors and mechanisms, and their stabilization mechanisms in a broader and clearer perspective. This further understanding will definitely depend on further advancement of sophisticated analytical instrumentation. Therefore, research activities directed toward a general solution to protein instability will continue for at least a few decades (Richards, 1997).

## Acknowledgements

This manuscript would not be possible without the support of Drs Robert Kuhn and Rajiv Nayar. I am also indebted to Drs Rajiv Nayar and Mike Zachariou for the helpful discussions about the manuscript, the Editorial Services Department for careful editing, and especially, the two referees for their critical and valuable comments.

## References

Ackland, C.E., Berndt, W.G., Frezza, J.E., Landgraf, B.E., Pritchard, K.W., Ciardelli, T.L., 1991. Monitoring of protein conformation by high-performance size-exclusion liquid chromatography and scanning diode array second-derivative UV absorption spectroscopy. J. Chromatogr. 540, 187–198.

Adams, M.W., 1993. Enzymes and proteins from organisms that grow near and above 100°C. Annu. Rev. Microbiol. 47, 627–658.

Adams, M.W., 1994. Biochemical diversity among sulfur-dependent, hyperthermophilic microorganisms. FEMS Microbiol. Rev. 15, 261–277.

Allison, S.D., Dong, A., Carpenter, J.F., 1996. Counteracting effects of thiocyanate and sucrose on chymotrypsinogen secondary structure and aggregation during freezing, drying and rehydration. Biophys. J. 71, 2022–2032.

Apenten, R.K.O., 1998. Protein stability function relations: β-lactoglobulin-A sulphydryl group reactivity and its rela-

tionship to protein unfolding stability. Int. J. Biol. Macromol. 23, 19–25.

Arakawa, T., Prestrelski, S.J., Kenney, W.C., Carpenter, J.F., 1993. Factors affecting short-term and long term stabilities of proteins. Adv. Drug Deliv. Rev. 10, 1–28.

Arakawa, T., Yoshiko, K., Carpenter, J.F., 1991. Protein-solvent interactions in pharmaceutical formulations. Pharm. Res. 8, 285–291.

Arnold, U., Ulbrich-Hofmann, R., 1997. Kinetic and thermodynamic thermal stabilities of ribonuclease A and ribonuclease B. Biochemistry 36, 2166–2172.

Aronsson, G., Brorsson, A.C., Sahlman, L., Jonsson, B.H., 1997. Remarkably slow folding of a small protein. FEBS Lett. 411, 359–364.

Baek, W.O., Vijayalakshmi, M.A., 1997. Effect of chemical glycosylation of RNase A on the protein stability and surface histidines accessibility in immobilized metal ion affinity electrophoresis (IMAGE) system. Biochim. Biophy. Acta 1336, 394–402.

Bai, Y., Englander, S.W., 1996. Future directions in folding: the multi-state nature of protein structure. Proteins Struc. Funct. Genet. 24, 145–151.

Bai, Y., Milne, J.S., Mayne, L., Englander, S.W., 1994. Protein stability parameters measured by hydrogen exchange. Proteins Struc. Funct. Genet. 20, 4–14.

Bam, N.B., Cleland, J.L., Randolph, T.W., 1996. Molten globule intermediate of recombinant human growth hormone: stabilization with surfactants. Biotechnol. Prog. 12, 801–809.

Bam, L., Cleland, J.L., Yang, J., Manning, M.C., Carpenter, J.F., Kelley, R.F., Randolph, T.W., 1998. Tween protects recombinant human growth hormone against agitation-induced damage via hydrophobic interactions. J. Pharm. Sci. 87, 1554–1559.

Bam, N.B., Randolph, T.W., Cleland, J.L., 1995. Stability of protein formulations: investigation of surfactant effects by a novel EPR spectroscopic technique. Pharm. Res. 12, 2–11.

Baptista, A.M., Martel, P.J., Petersen, S.B., 1997. Simulation of protein conformational freedom as a function of pH: constant-pH molecular dynamics using implicit titration. Proteins Struc. Funct. Genet. 27, 523–544.

Barteri, M., Gaudiano, M.C., Santucci, R., 1996. Influence of glycerol on the structure and stability of ferric horse heart myoglobin: a SAXS and circular dichroism study. Biochim. Biophys. Acta. 1295, 51–58.

Baudyš, M., Uchio, T., Mix, D., Wilson, D., Kim, S.W., 1995. Physical stabilization of insulin by glycosylation. J. Pharm. Sci. 84, 28–33.

Berry, A., 1996. In: Prince, N.C. (Ed.), Criteria of protein purity in Proteins. Labfax. Academic Press, San Diego, CA, pp. 73–84.

Boctor, A.M., Mehta, S.C., 1992. Enhancement of the stability of thrombin by polyols: microcalorimetric studies. J. Pharm. Pharmacol. 44, 600–603.

Bond, M., Jankowski, M., Patel, H., et al., 1998. Biochemical characterization of recombinant factor IX. Semin. Hematol. 35, 11–17.

Brange, J., Andersen, L., Laursen, E.D., Meyn, G., Rasmussen, E., 1997. Toward understanding insulin fibrillation. J. Pharm. Sci. 86, 517–525.

Brange, J., Havelund, S., Hougaard, P., 1992a. Chemical stability of insulin. 2. Formation of higher molecular weight transformation products during storage of pharmaceutical preparations. Pharm. Res. 9, 727–734.

Brange, J., Langkjær, L., Havelund, S., Vølund, A., 1992b. Chemical stability of insulin. 1. Hydrolytic degradation during storage of pharmaceutical preparations. Pharm. Res. 9, 715–726.

Brewster, M.E., Hora, M.S., Simpkins, J.W., Bodor, N., 1991. Use of 2–hydroxypropyl-β-cyclodextrin as a solubilizing and stabilizing excipient for protein drugs. Pharm. Res. 8, 792–795.

Brose, D.J., Waibel, P., 1996. Adsorption of proteins to commercial microfiltration capsules. Biopharmocology 9, 36–40.

Brunchu, S., Forbes, R.T., Nyqvist, H., York, P., 1996. A calorimetric study of the effect of cyclodextrins on the thermal stability of lysozyme. Pharm. Res. (Suppl.) 13, S94.

Burke, C.J., Steadman, B.L., Volkin, D.B., Tsai, P-K., Bruner, M.W., Middaugh, C.R., 1992. The adsorption of proteins to pharmaceutical container surfaces. Int. J. Pharm. 86, 89–93.

Butler, L.G., 1979a. Enzymes in non-aqueous solvents. Enzyme Microb. Technol. 1, 253–259.

Butler, W.L., 1979b. Fouth Derivative Spectra. Methods Enzymol. 56, 501–515.

Caliceti, P., Veronese, F.M., 1998. Successful insulin delivery by PEG conjugation. Proc. Intern. Symp. Control. Rel. Bioact. Mater. 25, 263–264.

Campbell, I.D., Downing, A.K., 1998. NMR of modular proteins. Nat. Struct. Biol. (Suppl.) 5, 496–499.

Cannio, R., Rossi, M., Bartolucci, S., 1994. A few amino acid substitutions are responsible for the higher thermostability of a novel NAD$^+$-dependent bacillar alcohol dehydrogenase. Eur. J. Biochem. 222, 345–352.

Carpenter, J.F., Crowe, J.H., Arakawa, T., 1990. Comparison of solute-induced protein stabilization in aqueous solution and in frozen and dried state. J. Dairy Sci. 73, 3627–3636.

Carpenter, J.F., Pikal, M.J., Chang, B.S., Randolph, T.W., 1997. Rational design of stable lyophilized protein formulations: some practical advice. Pharm. Res. 14, 969–975.

Carr, S.A., Hemling, M.E., Bean, M.F., Roberts, G.D., 1991. Integration of mass spectrometry in analytical biotechnology. Anal. Chem. 63, 2802–2824.

Chan, H.-K., Au-Yeung, K.-L., Gonda, I., 1996. Effects of additives on heat denaturation of rhDNase in solutions. Pharm. Res. 13, 756–761.

Chan, H.S., Dill, K.A., 1991. Polymer principles in protein structure and stability. Annu. Rev. Biophy. Chem. 20, 447–490.

Chang, B.S., Beauvais, R.M., Arakawa, T., Narhi, L.O., Dong, A., Aparisio, D.I., Carpenter, J.F., 1996a. Formation of an active dimer during storage of interleukin-1

PAR-VASO-0006967

receptor antagonist in aqueous solution. Biophy. J. 71, 3399–3406.

Chang, B.S., Reeder, G., Carpenter, J.F., 1996b. Development of a stable freeze-dried formulation of recombinant human interleukin-1 receptor antagonist. Pharm. Res. 13, 243–249.

Chang, B.S., Randall, C.S., Lee, Y.S., 1993. Stabilization of lyophilized porcine pancreatic elastase. Pharm. Res. 10, 1478–1483.

Chang, N., Hen, S.J., Klibanov, A.M., 1991. Protein separation and purification in neat dimethyl sulfoxide. Biochem. Biophys. Res. Commun. 176, 1462–1468.

Charm, S.E., Wong, B.L., 1970a. Enzyme inactivation with shearing. Biotechnol. Bioeng. 12, 1103–1109.

Charm, S.E., Wong, B.L., 1970b. Shear degradation of fibrinogen in the circulation. Science 170, 466–468.

Charman, S.A., Mason, M.L., Charman, W.N., 1993. Techniques for assessing the effects of pharmaceutical excipients on the aggregation of porcine growth hormone. Pharm. Res. 10, 954–962.

Charman, S.A., Ralph, C.E., Bakalova, M.V., Charman, W.N., 1995. The effects of poloxamers 407 and 188 on the conformational stability and aggregation of recombinant porcine growth hormone. Pharm. Res. (Suppl.) 12, S92.

Chehin, R., Thorolfsson, M., Knappskog, P.M., et al., 1998. Domain structure and stability of human phenylalanine hydroxylase inferred from infrared spectroscopy. FEBS Lett. 422, 225–230.

Chen, B., Costantino, H.R., Chung, J.L., Hsu, C., Shire, S.J., 1998. The influence of calcium ions on the structure and stability of recombinant human deoxyribonuclease I in the aqueous and lyophilized states. PharmSci (Suppl.) 1, S543.

Chen, B.-L., Arakawa, T., Hsu, E., Narhi, L.O., Tressel, T.J., Chien, S.L., 1994a. Strategies to suppress aggregation of recombinant keratinocyte growth factor during liquid formulation development. J. Pharm. Sci. 83, 1657–1661.

Chen, B-L., Arakawa, T., Morris, C.F., Kenney, W.C., Wells, C.M., Pitt, C.G., 1994b. Aggregation pathway of recombinant human keratinocyte growth factor and its stabilization. Pharm. Res. 11, 1581–1587.

Chiti, F., van Nuland, N.A.J., Taddei, N., Magherini, F., Stefani, M., Ramponi, G., Dobson, M., 1998. Conformational stability of muscle acylphosphatase: the role of temperature, denaturant concentration, and pH. Biochemistry 37, 1447–1455.

Chuyen, N.V., 1998. Maillard reaction and food processing. Application aspects. Adv. Exp. Med. Biol. 434, 213–235.

Clarke, A.R., Waltho, J.P., 1997. Protein folding pathways and intermediates. Curr. Opin. Biotechnol. 8, 400–410.

Cleland, J.L., Powell, M.F., Shire, S.J., 1993. The development of stable protein formulations: a close look at protein aggregation, deamidation, and oxidation. Crit. Rev. Ther. Drug Carrier Syst. 10, 307–377.

Clore, G.M., Gronenborn, A.M., 1998. Determining the structures of large proteins and protein complexes by NMR. Trends Biotechnol. 16, 22–34.

Cooper, B.F., Sideraki, V., Wilson, D.K., et al., 1997. The role of divalent cations in structure and function of murine adenosine deaminase. Protein Sci. 6, 1031–1037.

Cooper, E.A., Knutson, K., 1995. Fourier transform infrared spectroscopy investigations of protein structures. In: Herron, J.N., Jiskoot, W., Crommelin, D.J.A. (Eds.), Physical Methods to Chracterize Pharmaceutical Proteins. Plenum Press, New York, pp. 101–143.

Costantino, H.R., Brown, S.H., Kelly, R.M., 1990. Purification and characterization of an alpha-glucosidase from a hyperthermophilic archaebacterium, Prococcus furiosus, exhibiting a temperature optimum of 105 to 115°C. J. Bacteriol. 172, 3654–3660.

Costantino, H.R., Langer, R., Klibanov, A.M., 1994a. Solid-phase aggregation of proteins under pharmaceutically relevant conditions. J. Pharm. Sci. 83, 1662–1669.

Costantino, H.R., Langer, R., Klibanov, A.M., 1994b. Moisture-induced aggregation of lyophilized insulin. Pharm. Res. 11, 21–29.

Cowan, D.A., 1997. Thermophilic proteins: stability and function in aqueous and organic solvent. Comp. Biochem. Physiol. 118A, 429–438.

Craig, D.Q.M., Royall, P.G., 1998. The use of modulated temperature DSC for the study of pharmaceutical systems: potential uses and limitations. Pharm. Res. 15, 1152–1153.

Cross, R.T., Schirch, V., 1991. Effect of amino acid sequence, buffers, and ionic strength on the rate and mechanism of deamidation of asparagine residues in small peptide. J. Biol. Chem. 266, 22549–22556.

Damodaran, S., Song, K.B., 1988. Kinetics of adsorption of proteins at interfaces: role of protein conformation in diffusional adsorption. Biochim. Biophy. Acta 954, 253–264.

Daniel, R.M., Dines, M., Petach, H.H., 1996. The denaturation and degradation of stable enzymes at high temperature. Biochem. J. 317, 1–11.

Darby, N., Creighton, T.E., 1997. Probing protein folding and stability using disulfide bonds. Mol. Biotechnol. 7, 57–77.

Darnell, J., Lodish, H., Baltimore, D., 1986. Introduction: molecules, cells, and experimental technique. In: Molecular Cell Biology, Part I. Scientific American Books, New York, pp. 17–266.

Darrington, R.T., Anderson, B.D., 1995. Evidence for a common intermediate in insulin deamidation and covalent dimer formation: effects of pH and aniline trapping in dilute acidic solutions. J. Pharm. Sci. 84, 275–282.

D'Auria, S., Barone, S., Rossi, M., et al., 1997. Effects of temperature and SDS on the structure of β-glycosidase from the thermophilic archaeon Sulfolobus solfataricus. Biochem. J. 323, 833–840.

Davio, S.R., Kienle, K.M., Collins, B.E., 1995. Interchain interactions in the chimeric protein toxin sCD4(178)-PE40: a differential scanning calorimetry (DSC) study. Pharm. Res. 12, 642–648.

De Young, L.R., Dill, K.A., Fink, A.L., 1993. Aggregation and denaturation of apomyoglobin in aqueous urea solutions. Biochemistry 32, 3877–3886.

PAR-VASO-0006968

Dill, K.A., 1990. Dominant forces in protein folding. Biochemistry 29, 7133–7155.

Dill, K.A., Alonso, D.O.V., Hutchinson, K., 1989. Thermal stabilities of globular proteins. Biochemistry 28, 5439–5449.

Dimitrov, R.A., Crichton, R.R., 1997. Self-consistent field approach to protein structure and stability. 1. pH dependence of electrostatic contribution. Proteins Struc. Funct. Genet. 27, 576–596.

Dix, D.B., Carpenter, J.F., Halcome, J., Reeder, G., Chang, B.S., 1995. Increasing the physical stability of a hydrophobic protein: rhCNTF. Pharm. Res. (Suppl.) 12, S97.

Dobson, C.M., Hore, P.J., 1998. Kinetic studies of protein folding using NMR spectroscopy. Nat. Struct. Biol. 5, 504–507.

Dong, A., Caughey, W.S., 1994. Infrared methods for study of hemoglobin reactions and structures. Methods Enzymol. 232, 139–175.

Dong, A., Huang, P., Caughey, W.S., 1990. Protein secondary structures in water from second-derivative amide infrared spectra. Biochemistry 29, 3303–3308.

Dong, A., Kendrick, B., Kreilgård, L., Matsuura, J., Manning, M.C., Carpenter, J.F., 1997. Spectroscopic study of secondary structure and thermal denaturation of recombinant human factor XIII in aqueous solution. Arch. Biochem. Biophy. 347, 213–220.

Dong, A., Matsuura, J., Allison, S.D., Chrisman, E., Manning, M.C., Carpenter, J.F., 1995a. Infrared and circular dichroism spectroscopic characterization of structural differences between β-lactoglobulin A and B. Biochemistry 35, 1450–1457.

Dong, A., Prestrelski, S.J., Allison, S.D., Carpenter, J.F., 1995b. Infrared spectroscopic studies of lyophilization- and termperature-induced protein aggregation. J. Pharm. Sci. 84, 415–423.

Dosztányi, Z., Fiser, A., Simon, I., 1997. Stabilization centers in proteins: identification, characterization and predictions. J. Mol. Biol. 272, 597–612.

Du, C., Ye, J.M., Wolfe, J.L., 1998. Improved folding yields of a model protein using protien disulfide isomerase. Pharm. Res. 15, 1808–1815.

Dyson, H.J., Wright, P.E., 1998. Equilibrium NMR studies of unfolded and partially folded proteins. Nat. Struct. Biol. (Suppl.) 5, 499–503.

Eckhardt, B.M., Oeswein, J.Q., Yeung, D.A., Milby, T.D., Bewley, T.A., 1994. A turbidimetric method to determine visual appearance of protein solutions. J. Parent. Sci. Technol. 48, 64–70.

Eftink, M.R., 1994. The use of fluorescence methods to monitor unfolding transitions in proteins. Biophys. J. 66, 482–501.

Evans, S., Grassam, P., 1986. Considerations for parenteral dosage form development of natural alpha interferon. J. Par. Sci. Technol. 40, 83–87.

Farnsworth, P.N., Groth-Vasselli, B., Greenfield, N.J., Singh, K., 1997. Effects of temperature and concentration on bovine lens α-crystallin secondary structure: a circular dichroism spectroscopic study. Int. J. Biol. Macromol. 20, 283–291.

Farruggia, B., Garcia, G., D'Angelo, C., Picó, G., 1997. Destabilization of human serum albumin by polyethylene glycols studied by thermodynamical equilibrium and kinetic approaches. Int. J. Biol. Macromol. 20, 43–51.

Fatouros, A., Österberg, T., Mikaelsson, M., 1997a. Recombinant factor VIII SQ—influence of oxygen, metal ions, pH and ionic strength on its stability in aqueous solution. Int. J. Pharm. 155, 121–131.

Fatouros, A., Österberg, T., Mikaelsson, M., 1997b. Recombinant factor VIII SQ—inactivation kinetics in aqueous solution and the influence of disaccharides and sugar alcohols. Pharm. Res. 14, 1679–1684.

Fields, G., Alonso, D., Stiger, D., Dill, K., 1992. Theory for the aggregation of proteins and copolymers. J. Phys. Chem. 96, 3974–3981.

Figeys, D., Aebersold, R., 1998. High sensitivity analysis of proteins and peptides by capillary electrophoresis-tandem mass spectrometry: recent developments in technology and applications. Electrophoresis 19, 885–892.

Fogliano, V., Monti, S.M., Visconti, A., et al., 1998. Identification of a β-lactoglobulin lactosylation site. Biochim. Biophys. Acta 1388, 295–304.

Foord, R.L., Leatherbarrow, R.J., 1998. Effect of osmolytes on the exchange rates of backbone amide protons in proteins. Biochemistry 37, 2969–2978.

Fransson, J., Florin-Robertsson, E., Axelsson, K., Nyhlén, C., 1996. Oxidation of human insulin-like growth factor I in formulation studies: kinetics of methionine oxidation in aqueous solution and in solid state. Pharm. Res. 13, 1252–1257.

Fransson, J., Hagman, A., 1996. Oxidation of human insulin-like growth factor I in formulation sudies. II. Effect of oxygen, visible light, and phosphate on methionine oxidation in aqueous solution and evaluation of possible mechanisms. Pharm. Res. 13, 1476–1481.

Frye, K.J., Royer, C.A., 1997. The kinetic basis for the stabilization of staphylococcal nuclease by xylose. Protein Sci. 16, 789–793.

Ganzález, M., Murature, D.A., Fidelio, G.D., 1995. Thermal stability of human immunoglobulins with sorbitol. Vox Sang 68, 1–4.

Giancola, C., De Sena, C., Fessas, D., Graziano, G., Barone, G., 1997. DSC studies on bovine serum albumin denaturation: effects of ionic strength and SDS concentration. Int. J. Biol. Macromol. 20, 193–204.

Gianfreda, L., Scarfi, M.R., 1991. Enzyme stabilization: the state of art. Mol. Cell. Biochem. 100, 97–128.

Gibson, T.D., 1996. Protein stabilization using additives based on multiple electrostatic interactions. Dev. Biol. Stand. 87, 207–217.

Gietz, U., Alder, R., Langguth, P., Arvinte, T., Merkle, H.P., 1998. Chemical degradation kinetics of recombinant hirudin (HV1) in aqueous solution: effect of pH. Pharm. Res. 15, 1456–1462.

**PAR-VASO-0006969**

Goedken, E.R., Marqusee, S., 1998. Folding the ribonuclease H domain of Moloney murine leukemia virus reverse transcriptase requires metal binding or a short N-terminal extension. Proteins Struc. Funct. Genet. 33, 135–143.

Golbik, R., Zahn, R., Harding, S.E., Fersht, A.R., 1998. Thermodynamic stability and folding of GroEL minichaperones. J. Mol. Biol. 276, 505–515.

Gombotz, W.R., Pankey, S.C., Bouchard, L.S., Phan, D.H., MacKenzie, A.P., 1996. Stability, characterization, formulation and delivery system development for transforming growth factor-beta1. In: Pearlman, R., Wang, Y.J. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 219–245.

Goolcharran, C., Borchardt, R.T., Keck, R., Cleland, J.L., 1998. Comparison of the rate of deamidation and diketopiperazine formation in rhVEGF and model peptides. PharmSci (Suppl.) 1, S835.

Goormaghtigh, E., Cabiaux, V., Ruysschaert, J.-M., 1994a. Determination of soluble and membrane protein structure by Fourier transform infrared spectroscopy II. Experimental aspects, side chain structure, and H/D exchange. Subcell. Biochem. 23, 363–404.

Goormaghtigh, E., Cabiaux, V., Ruysschaert, J.-M., 1994b. Determination of soluble and membrane protein structure by Fourier transform infrared spectroscopy III. Secondary structures. Subcell. Biochem. 23, 405–450.

Goto, Y., Fink, A.L., 1989. Conformational states of β-lactamase: molten-globule states at acidic and alkaline pH with high salt. Biochemistry 28, 945–952.

Goto, Y., Fink, A.L., 1994. Acid-induced folding of heme proteins. Methods Enzymol. 232, 3–15.

Griebenow, K., Klibanov, A.M., 1995. Lyophilization-induced reversible changes in the secondary structure of proteins. Proc. Natl. Acad. Sci. USA 92, 10969–10976.

Gu, L.C., Erdős, E.A., Chiang, H.-S., et al., 1991. Stability of interleukin 1β(IL-1β) in aqueous solution: analytical methods, kinetics, products, and solution formulation implications. Pharm. Res. 8, 485–490.

Guerra, P., Acklin, C., Kosky, A.A., Davis, J.M., Treuheit, M.J., Brems, D.N., 1998. PEGylation prevents the N-terminal degradation of megakaryocyte growth and development factor. Pharm. Res. 15, 1822–1827.

Hagiwara, T., Kumagai, H., Nakamura, K., 1996. Fractal analysis of aggregates formed by heating dilute BSA solutions using light scattering methods. Biosci. Biotechol. Biochem. 60, 1757–1763.

Heimburg, T., Marsh, D., 1993. Investigation of secondary and tertiary structural changes of cytochrome c in complexes with anionic lipids using amide hydrogen exchange measurements: an FTIR study. Biophys. J. 65, 2408–2417.

Hendrick, J.P., Hartl, F.-U., 1995. The role of molecular chaperones in protein folding. FASEB J. 9, 1559–1569.

Hensel, R., König, H., 1988. Thermoadaptation of methanogenic bacteria by intracellular ion concentration. FEMS Microbiol. Lett. 49, 75–79.

Herman, A.C., Boone, T.C., Lu, H.S., 1996. Characterization, formulation, and stability of Neupogen® (Filgrastim), a recombinant human granulocyte-colony stimulating factor. In: Pearlman, R., Wang, Y.J. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 303–328.

Hsu, C.C., Nguyen, H.M., Yeung, D.A., et al., 1995. Surface denaturation at solid-void interface—a possible pathway by which opalescent particulates form during the storage of lyophilized tissue-type plasminogen activator at high temperatures. Pharm. Res. 12, 69–77.

Hsu, C.C., Ward, C.A., Pearlman, R., Nguyen, H.M., Yeung, D.A., Curley, J.G., 1991. Determining the optimum residual moisture in lyophilized protein pharmaceuticals. Develop. Biol. Stand. 74, 255–271.

Hu, H.Y., Lu, Z.X., Du, Y.C., 1997. Solution conformation of N-terminal fragments of trichosanthin small domain (TCS 182–200)—Circular dichroic studies. J. Pep. Res. 49, 113–119.

Huber, R., Kurr, M., Jannasch, H.W., Stetter, K.O., 1989. A novel group of abyssal methanogenic archaebacteria (Methanopyrus) growing at 110°C. Nature 342, 833–834.

Hung, H.C., Chang, G.G., 1998. Biphasic denaturation of human placental alkaline phosphatase in guanidinium chloride. Proteins Struc. Funct. Genet. 33, 49–61.

Ip, A.Y., Arakawa, T., Silvers, H., Ransone, C.M., Niven, R.W., 1995. Stability of recombinant consensus interferon to air-jet and ultrasonic nebulization. J. Pharm. Sci. 84, 1210–1214.

Jaenicke, R., 1990. Protein structure and function at low temperatures. Philos. Trans. R. Soc. London B 326, 535–551.

Jaenicke, R., 1991. Protein stability and molecular adaptation to extreme conditions. Eur. J. Biochem. 202, 715–728.

Jaenicke, R., 1996. Glyceraldehyde-3-phosphate dehydrogenase from Thermotoga maritima: strategies of protein stabilization. FEMS Microbiol. Rev. 18, 215–224.

James, E.L., Bottomley, S.P., 1998. The mechanism of $\alpha_1$-antitrypsin polymerization probed by fluorescence spectroscopy. Arch. Biochem. Biophy. 356, 296–300.

Jensen, J.L., Roy, S.E., Hershenson, S.I., Schöneich, C., 1998. Metal-catalyzed degradation of brain-derived neurotrophic factor (BDNF): analytical and mechanistic challenges. PharmSci (Suppl.) 1, S536.

Jensen, W.A., Armstrong, J.M., De Giorgio, J., Hearn, M.T., 1996. Stability studies on pig heart mitochondrial malate dehydrogenase: the effect of salts and amino acids. Biochim. Biophys. Acta 1296, 23–34.

Jensen, W.A., Armstrong, J.M., De Giorgio, J., Hearn, M.T., 1997. Thermodynamic analysis of the stabilisation of pig heart mitochondrial malate dehydrogenase and maize leaf phosphoenolpyruvate carboxylase by different salts, amino acids and polyols. Biochim. Biophys. Acta 1338, 186–198.

Jensen-Pippo, K.E., Whitcomb, K.L., Woodward, M., Wilson, J., Reardon, P., Habberfield, A., 1995. Enteral bioavailability of pegylated IFN-Con1. Pharm. Res. (Suppl.) 12, S291.

Johnson, B.A., Shirokawa, J.M., Hancock, W.S., Spellman, M.W., Basa, L.J., Aswad, D.W., 1989. Formation of

isoaspartate at two distinct sites during in vitro aging of human growth hormone. J. Biol. Chem. 264, 14262–14271.

Johnson, C.M., Oliveberg, M., Clarke, J., Fersht, A.R., 1997. Thermodynamics of denaturation of mutants of barnase with disulfide crosslinks. J. Mol. Biol. 268, 198–208.

Johnston, T.P., 1996. Adsorption of recombinant human granulocyte colony stimulating factor (rhG-CSF) to polyvinyl chloride, polypropylene, and glass: effect of solvent additives. PDA J. Pharm. Sci. Technol. 50, 238–245.

Jones, A.J.S., 1994. Analytical Methods for the Assessment of Protein Formulations and Delivery Systems. In: Cleland, J.L., Langer, R. (Eds.), Formulation and Delivery of Proteins and Peptides. American Chemical Society, Washington DC, pp. 23–44.

Kanazawa, H., Fujimoto, S., Ohara, A., 1994. Effect of radical scavengers on the inactivation of papain by ascorbic acid in the presence of cupric ions. Biol. Pharm. Bull. 17, 476–481.

Katakam, M., Banga, A.K., 1997. Use of poloxamer polymers to stabilize recombinant human growth hormone against various processing stresses. Pharm. Dev. Technol. 2, 143–149.

Katakam, M., Bell, L.N., Banga, A.K., 1995. Effect of surfactants on the physical stability of recombinant human growth hormone. J. Pharm. Sci. 84, 713–716.

Katre, N.V., 1993. The conjugation of proteins with polyethylene glycol and other polymers altering properties of proteins to enhance their therapeutic potential. Adv. Drug Del. Rev. 10, 91–114.

Kaushal, P., Burducea, I, Hunt, S., Geblaoui, A., Gentz, R., Khan, F., 1998. Identification of chemical modifications in proteins, myeloid progenitor inhibitory factor-1 (MPIF-1) and keratinocyte growth factor-2 (KGF-2) by matrix-assisted laser desorption mass spectrometry. PharmSci (Suppl.) 1, S537.

Kendrick, B.S., Chang, B.S., Arakawa, T., et al., 1997. Preferential exclusion of sucrose from recombinant interleukin-1 receptor antagonist: role in restricted conformational mobility and compaction of native state. Proc. Natl. Acad. Sci. USA 94, 11917–11922.

Kendrick, B.S., Carpenter, J.F., Cleland, J.L., Randolph, T.W., 1998a. A transient expansion of the native state precedes aggregation of recombinant human interferon-gamma. Proc. Natl. Acad. Sci. USA 95, 14142–14146.

Kendrick, B.S., Cleland, J.L., Lam, X., et al., 1998b. Aggregation of recombinant human interferon gamma: kinetics and structural transitions. J. Pharm. Sci. 87, 1069–1076.

Kendrick, B.S., Dong, A., Allison, S.D., Manning, M.C., Carpenter, J.F., 1996. Quantitation of the area of overlap between second-derivative amide I infrared spectra to determine the structural similarity of a protein in different states. J. Pharm. Sci. 85, 155–158.

Kerwin, B.A., Alkers, M.J., Apostol, I., et al., 1998. Acute and long-term stability studies of deoxy hemoglobin and characterization of ascorbate-induced modifications. J. Pharm. Sci. 88, 79–88.

Khossravi, M., Borchardt, R.T., 1998. Chemical pathways of peptide degradation: IX. Metal-catalyzed oxidation of histidine in model peptides. Pharm. Res. 15, 1096–1102.

Kita, Y., Arakawa, T., Lin, T-Y., Timasheff, S.N., 1994. Contribution of the surface energy perturbation to protein–solvent interactions. Biochemistry 33, 15178–15189.

Knapp, S., Mattson, P.T., Christova, P., et al., 1998. Thermal unfolding of small proteins with SH3 domain folding pattern. Proteins: Struct. Funct. Gen. 31, 309–319.

Knepp, V.M., Whatley, J.L., Muchnik, A., Calderwood, T.S., 1996. Identification of antioxidants for prevention of peroxide-mediated oxidation of recombinant human ciliary neurotrophic factor and recombinant human nerve growth factor. J. Pharm. Sci. Technol. 50, 163–171.

Knepp, V.M., Muchnik, A., Oldmark, S., Kalashnikova, L., 1998. Stability of nonaqueous suspension formulation of plasma derived factor IX and recombinant human alpha interferon at elevated temperatures. Pharm. Res. 15, 1090–1095.

Kohn, W.D., Kay, C.M., Hodges, R.S., 1997. Salt effects on protein stability: two-stranded alpha-helical coiled-coils containing inter- or intrahelical ion pairs. J. Mol. Biol. 267, 1039–1052.

Kosa, T., Maruyama, T., Otagiri, M., 1998. Species differences of serum albumins: II chemical and thermal stability. Pharm. Res. 15, 449–454.

Kreilgaard, L., Jones, L.S., Randolph, T.W., et al., 1998. Effect of Tween 20 on freeze-thawing- and agitation-induced aggregation of recombinant human factor XIII. J. Pharm. Sci. 87, 1597–1603.

Kristjánsson, M.M., Kinsella, J.E., 1991. Protein and enzyme stability: structural, thermodynamic, and experimental aspects. Adv. Food Nutr. Res. 35, 237–316.

Kuhlman, B., Yang, H.Y., Boice, J.A., Fairman, R., Raleigh, D.P., 1997. An exceptionally stable helix from the ribosomal protein L9: implications for protein folding and stability. J. Mol. Biol. 270, 640–647.

Kurochkin, I.V., Procyk, R., Bishop, P.D., et al., 1995. Domain structure, stability and domain-domain interactions in recombinant factor XIII. J. Mol. Biol. 248, 414–430.

Kuwata, K., Era, S., Sogami, M., 1994. The kinetic studies on the intramolecular SH, S–S exchange reaction of bovine mercaptalbumin. Biophim. Biophys. Acta. 1205, 317–324.

Kwon, K-S., Yu, M-H., 1997. Effect of glycosylation on the stability of $\alpha_1$-antitrypsin toward urea denaturation and thermal deactivation. Biophim. Biophys. Acta. 1335, 265–272.

Lam, X.M., Costantino, H.R., Overcashier, D.E., Nguyen, T.H., Hsu, C.C., 1996. Replacing succinate with glycolate buffer improves the stability of lyophilized interferon-γ. Int. J. Pharm. 142, 85–95.

Lau, F.W., Bowie, J.U., 1997. A method for assessing the stability of a membrane protein. Biochemistry 36, 5884–5892.

Lee, B., Vasmatzis, G., 1997. Stabilization of protein structures. Curr. Opin. Biotechnol. 8, 423–428.

Lewis, S.A., Cowan, N.J., 1996. Progress in understanding protein folding. Pharm. Technol. 20, 40–48.

Li, S., Schöneich, C., Wilson, G.S., Borchardt, R.T., 1993. Chemical pathways of peptide degradation. V. Ascorbic acid promotes rather than inhibits the oxidation of methionine to methionine sufoxide in small model peptides. Pharm. Res. 10, 1572–1579.

Li, S., Nguyen, T., Schöneich, C., Borchardt, R.T., 1995a. Aggregation and precipitation of human relaxin induced by metal-catalyzed oxidation. Biochemistry. 34, 5762–5772.

Li, S., Schöneich, C., Borchardt, R.T., 1995b. Chemical instability of proteins. Pharm. News 2, 12–16.

Li, S., Schöneich, C., Borchardt, R.T., 1995c. Chemical instability of protein pharmaceuticals: Mechanisms of oxidation and strategies for stabilization. Biotechnol. Bioeng. 48, 491–500.

Li, S., Patapoff, T.W., Nguyen, T.H., Borchardt, R.T., 1996a. Inhibitory effect of sugars and polyols on the metal-catalyzed oxidation of human relaxin. J. Pharm. Sci. 85, 868–872.

Li, S., Patapoff, T.W., Overcashier, D., Hsu, C., Nguyen, T.H., Borchardt, R.T., 1996b. Effects of reducing sugars on the chemical stability of human relaxin in the lyophilized state. J. Pharm. Sci. 85, 873–877.

Lin, L.S., Kunitani, M.G., Hora, M.S., 1996c. Interferon-β-1b (Betaseron®): a model for hydrophobic therapeutic proteins. In: Pearlman, R., Wang, Y.J. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 275–301.

Lin, T.-Y., Timasheff, S.N., 1996. On the role of surface tension in the stabilization of globular proteins. Protein Sci. 5, 372–381.

Lis, H., Sharon, N., 1993. Protein glycosylation-structural and functional aspects. Eur. J. Biochem. 218, 1–27.

Liu, D.T-Y., 1992. Glycoprotein pharmaceuticals: scientific and regulatory considerations, and the US Orphan Drug Act. Trends Biotechnol. 10, 114–120.

Liu, J.L., Lu, K.V., Eris, T., et al., 1998. In vitro methionine oxidation of recombinant human leptin. Pharm. Res. 15, 632–640.

Liu, Y., Bolen, D.W., 1995. The peptide backbone plays a dominant role in protein stabilization by naturally occurring osmolytes. Biochemistry 34, 12884–12891.

Liu, Y., Sturtevant, J.M., 1996. The observed change in heat capacity accompanying the thermal unfolding of proteins depends on the composition of the solution and on the method employed to change the temperature of unfolding. Biochemistry 35, 3059–3062.

Lo, Y.L., Rahman, Y.E., 1998. Effect of lipids on the thermal stability and conformational changes of proteins: ribonuclease A and cytochrome c. Int. J. Pharm. 161, 137–148.

Lowry, C.L., McGeehan, G., LeVine, H., 1992. Metal ion stabilization of the conformation of a recombinant 19-kDa catalytic fragment of human fibroblast collagenase. Proteins 12, 42–48.

Lozano, P., De Diego, T., Iborra, J.L., 1997. Dynamic structure/function relationships in the alpha-chymotrypsin deactivation process by heat and pH. Eur. J. Biochem. 248, 80–85.

Maa, Y.-F., Hsu, C.C., 1997. Protein denaturation by combined effect of shear and air-liquid interface. Biotechnol. Bioeng. 54, 503–512.

Manallack, D.T., Andrews, P.R., Woods, E.F., 1985. Design, synthesis, and testing of insulin hexamer-stabilizing agents. J. Med. Chem. 28, 1522–1526.

Manning, M.C., Matsuura, J.E., Kendrick, B.S., et al., 1995. Approaches for increasing the solution stability of proteins. Biotechnol. Bioeng. 48, 506–512.

Manning, M.C., Patel, K., Borchardt, R.T., 1989. Stability of protein pharmaceuticals. Pharm. Res. 6, 903–917.

Martins, L.O., Huber, R., Huber, H., Stetter, K.O., Da Costa, M.S., Santos, H., 1997. Organic solutes in hyperthermophilic Archaea. Appl. Environ. Microbiol. 63, 896–902.

Martins, L.O., Santos, H., 1995. Accumulation of mannosylglycerate and di-myo-inositol-phosphate by Pyrococcus furiosus in response to salinity and temperature. Appl. Environ. Microbiol. 61, 3299–3303.

Matsumura, M., Signor, G., Matthews, B.W., 1989. Substantial increase of protein stability by multiple disulphide bonds. Nature 342, 291–293.

Matsuura, J.E., Manning, M.C., 1994. Heat-induced gel formation of β-lactoglobulin: a study on the secondary and tertiary structure as followed by circular dichroism spectroscopy. J. Agric. Food Chem. 42, 1650–1656.

Mayr, L.M., Schmid, F.X., 1993. Stabilization of a protein by guanidinium chloride. Biochemistry 32, 7994–7998.

McIntosh, K.A., Charman, W.N., Charman, S.A., 1998. The application of capillary electrophoresis for monitoring effects of excipients on protein conformation. J. Pharm. Biomed. Anal. 16, 1097–1105.

Melo, E.P., Aires-Barros, M.R., Costa, S.M., Cabral, J.M., 1997. Thermal unfolding of proteins at high pH range studied by UV absorbance. J. Biochem. Biophys. Methods 34, 45–59.

Middaugh, C.R., 1990. Biophysical approaches to the pharmaceutical development of proteins. Drug Dev. Ind. Pharm. 16, 2635–2654.

Mozhaev, V.V., Martinek, K., 1984. Structure-stability relationships in proteins: new approaches to stabilizing enzymes. Enzyme Microb. Technol. 6, 50–59.

Munson, M., Balasubramanian, S., Fleming, K.G., et al., 1996. What makes a protein a protein? Hydrophobic core design that specify stability and structural properties. Protein Sci. 5, 1584–1593.

Nabuchi, Y., Fujiwara, E., Ueno, K., Kuboniwa, H., Asoh, Y., Ushio, H., 1995. Oxidation of recombinant human parathyroid hormone: effect of oxidized position on the biological activity. Pharm. Res. 12, 2049–2052.

Nguyen, D.N., Becker, G.W., Riggin, R.M., 1995. Protein mass spectrometry: applications to analytical biotechnology. J. Chromatogr. A 705, 21–45.

PAR-VASO-0006972

Nguyen, T.H., Burnier, J., Meng, W., 1993. The kinetics of relaxin oxidation by hydrogen peroxide. Pharm. Res. 10, 1563–1571.

Nguyen, T.H., Shire, S.J., 1996. Stability and characterization of recombinant human relaxin. In: Pearlman, R., Wang, Y.J. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 247–271.

Österberg, T., Fatouros, A., 1994. Oxygen-reduced aqueous solution of factor VIII. International patent WO94/26286.

Overcashier, D.E., Brooks, D.A., Costantino, H.R., Hsu, C.C., 1997. Preparation of excipient-free recombinant human tissue-type plasminogen activator by lyophilization from ammonium bicarbonate solution: an investigation of the two-stage sublimation phenomenon. J. Pharm. Sci. 86, 455–459.

Pace, C.N., 1990. Measuring and increasing protein stability. Trends Biotechnol. 8, 93–98.

Pace, C.N., Shirley, B.A., McNutt, M., Gajiwala, K., 1996. Forces contributing to the conformational stability of proteins. FASEB J. 10, 75–83.

Pancoska, P., Fabian, H., Yoder, G., Baumruk, V., Keiderling, T.A., 1996. Protein structural segments and their interconnections derived from optical spectra. Thermal unfolding of ribonuclease T1 as an example. Biochemistry. 35, 13094–13106.

Paulsen, H., Pflughaupt, K.-W., 1980. Glycosylamines. In: Pigman, W., Horton, D., Wander, J.D. (Eds.), The Carbohydrates Chemistry and Biochemistry. Academic Press, New York, pp. 881–921.

Picó, G., 1995. Thermodynamic aspects of the thermal stability of human serum albumin. Biochem. Mol. Biol. Int. 36, 1017–1023.

Picó, G.A., 1996. Thermal stability of human serum albumin by sodium halide salts. Biochem. Mol. Biol. Int. 38, 1–6.

Paranandi, M.V., Guzzetta, A.W., Hancock, W.S., Aswad, D.W., 1994. Deamidation and isoaspartate formation during in vitro aging of recombinant tissue plasminogen activator. J. Biol. Chem. 269, 243–253.

Patro, S., Przybycien, T.M., 1996. Simulations of reversible protein aggregate and crystal structure. Biophys. J. 70, 2888–2902.

Peak, M.J., Peak, J.G., Stevens, F.J., et al., 1994. The hyperthermophilic glycolytic enzyme enolase in the archaeon, *Pyrococcus furiosus*: comparison with mesophilic enolases. Arch. Biochem. Biophys. 313, 280–286.

Perlman, R., Nguyen, T., 1992. Pharmaceutics of protein drugs. J. Pharm. Pharmacol. 44 (Suppl 1), 178–185.

Petukhov, M, Kil, Y., Kuramitsu, S., Lanzov, V., 1997. Insights into thermal resistance of proteins from the intrinsic stability of their alpha-helices. Proteins: Struct. Func. Gen. 29, 309–320.

Pikal, M.J., Dellerman, K.M., Roy, M.L., Riggin, R.M., 1991. The effects of formulation variables on the stability of freeze-dried human growth hormone. Pharm. Res. 8, 427–436.

Pikal, M.J., Rigsbee, D.R., 1997. The stability of insulin in crystalline and amorphous solids: observation of greater stability for the amorphous form. Pharm. Res. 14, 1379–1387.

Powell, M.F., 1994. Peptide Stability in Aqueous Parenteral Formulations. In: Cleland, J.L., Langer, R. (Eds.), Formulation and Delivery of Proteins and Peptides. American Chemical Society, Washington DC, pp. 101–117.

Powell, M.F., 1996. A compendium and hydropathy/flexibility analysis of common reactive sites in proteins: Reactivity at Asn, Asp, Gln, and Met motifs in neutral pH solution. In: Pearlman, R., Wang, Y.J. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 1–140.

Prehoda, K.E., Mooberry, E.S., Markley, J.L., 1998. Pressure denaturation of proteins: evaluation of compressibility effects. Biochemistry 37, 5785–5790.

Prestrelski, S.J., Arakawa, T., Carpenter, J.F., 1993a. Separation of freezing and drying-induced denaturation of lyophilized proteins using stress-specific stabilization. II. Structural studies using infrared spectroscopy. Arch. Biochem. Biophys. 303, 465–473.

Prestrelski, S.J., Tedeschi, N., Arakawa, T., Carpenter, J.F., 1993b. Dehydration-induced conformational transitions in proteins and their inhibition by stabilizers. Biophy. J. 65, 661–671.

Prestrelski, S.J., Pikal, K.A., Arakawa, T., 1995. Optimization of lyophilization conditions for recombinant human interleukin-2 by dried-state conformational analysis using Fourier-transform infrared spectroscopy. Pharm. Res. 12, 1250–1259.

Prieto, J., Wilmans, M., Jimenez, M.A., Rico, M., Serrano, L., 1997. Non-native local interactions in protein folding and stability: introducing a helical tendency in the all β-sheet α-spectrin SH3 domain. J. Mol. Biol. 268, 760–778.

Querol, E., Pervez-Pons, J.A., Mozo-Villarias, A., 1996. Analysis of protein conformational characteristics related to thermostability. Protein Eng. 9, 265–271.

Ragone, R., Facchiano, F., Facchiano, A., Facchiano, A.M., Colonna, G., 1989. Flexibility plot of proteins. Protein Eng. 2, 497–504.

Ramakrishnan, V., Verhagen, M.F.J.M., Adams, M.W.W., 1997. Characterization of di-myo-inositol-1,1′-phosphate in the hyperthermophilic bacterium *Thermotoga maritina*. Appl. Environ. Microbiol. 63, 347–350.

Raman, B., Ramakrishna, T., Rao, C.M., 1997. Effect of the chaperone-like alpha-crystallin on the refolding of lysozyme and ribonuclease A. FEBS Lett. 416, 369–372.

Ramos, A., Raven, N.D.H., Sharp, R.J., et al., 1997. Stabilization of enzymes against thermal stress and freeze-drying by mannosylglycerate. Appl. Environ. Microbiol. 63, 4020–4025.

Raschke, T.M., Marqusee, S., 1998. Hydrogen exchange studies of protein structure. Curr. Opin. Biotechnol. 9, 80–86.

Reid, D.G., MacLachlan, L.K., Edwards, A.J., Hubbard, J.A., Sweeney, P.J., 1997. Introduction to the NMR of proteins. Methods Mol. Biol. 60, 1–28.

Remmele Jr, R.L., Nightlinger, N.S., Srinivasan, S., Gombotz, W.R., 1998. Interleukin-1 receptor (IL-1R) liquid formula-

tion development using differential scanning calorimetry. Pharm. Res. 15, 200–208.

Richards, F.M., 1997. Protein stability: still an unsolved problem. Cell. Mol. Life Sci. 53, 790–802.

Roefs, S.P.F.M., De Kruif, K.G., 1994. A model for the denaturation and aggregation of β-lactoglobulin. Eur. J. Biochem. 226, 883–889.

Royall, P.G., Craig, D.Q.M., Doherty, C., 1998. Characterization of the glass transition of an amorphous drug using modulated DSC. Pharm. Res. 15, 1117–1121.

Ruddon, R.W., Bedows, E., 1997. Assisted protein folding. J. Biol. Chem. 272, 3125.

Runkel, L., Meier, W., Pepinsky, R.B., et al., 1998. Structural and functional differences between glycosylated and non-glycosylated forms of human interferon-β (IFN-β). Pharm. Res. 15, 641–649.

Rupley, J.A., Careri, G., 1991. Protein hydration and function. Adv. Protein Chem. 41, 37–173.

Sanyal, G., Marquis-Omer, D., Middaugh, C.R., 1996. Biological characterization and formulation of TP40: a chimeric protein that requires a pH-dependent conformational change for its biological activity. In: Pearlman, R., Wang, Y.J. Jr. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 365–392.

Sasaoki, K., Hiroshima, T., Kusumoto, S., Nishi, K., 1992. Deamidation at asparagine-88 in recombinant human interleukin 2. Chem. Pharm. Bull. 40, 976–980.

Schrier, J.A., Kenley, R.A., Williams, R., Corcoran, R.J., Kim, Y., Northey, R.P. Jr., D'Augusta, D., Huberty, M., 1993. Degradation pathways for recombinant human macrophage colony-stimulating factor in aqueous solution. Pharm. Res. 10, 933–944.

Schwendeman, S.P., Costantino, H.R., Gupta, R.K., Siber, G.R., Klibanov, A.M., Langer, R., 1995. Stabilization of tetanus and diphtheria toxoids against moisture-induced aggregation. Proc. Natl. Acad. Sci. USA 92, 11234–11238.

Sendak, R.A., Rothwarf, D.M., Wedemeyer, W.J., Houry, W.A., Scheraga, H.A., 1996. Kinetic and thermodynamic studies of the folding/unfolding of a tryptophan-containing mutant of ribonuclease A. Biochemistry 35, 12978–12992.

Senderoff, R.I., Kontor, K.M., Heffernan, J.K., et al., 1996. Aqueous stability of recombinant human thrombopoietin as a function of processing schemes. J. Pharm. Sci. 85, 749–752.

Shahrokh, Z., Beylin, I., Eberlein, G., et al., 1995. Cellulose-cleaving activity contaminating E.coli-produced recombinant proteins. Biopharm 8, 32–38.

Shahrokh, Z., Eberlein, G., Buckley, D., et al., 1994a. Major degradation products of basic fibroblast growth factor: detection of succinimide and iso-aspartate in place of aspartate. Pharm. Res. 11, 936–944.

Shahrokh, Z., Strantton, P.R., Eberlein, G.A., Wang, Y.J., 1994b. Approaches to analysis of aggregates and demonstrating mass balance in pharmaceutical protein (basic fibroblast growth factor) formulations. J. Pharm. Sci. 83, 1645–1649.

Shire, S.J., 1996. Stability characterization and formulation development of recombinant human deoxyribonuclease I [Pulmozyme®, (dornase alpha)]. In: Pearlman, R., Wang, Y.J. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 393–426.

Shirley, B., Stanssens, P., Steyaert, J., Pace, C.N., 1989. Conformational stability and activity of ribonuclease T1 and mutants. J. Biol. Chem. 264, 11621–11625.

Shoichet, B.K., Baase, W.A., Kuroki, R., Matthews, B.W., 1995. A relationship between protein stability and protein function. Proc. Natl. Acad. Sci. USA 92, 452–456.

Shortle, D., 1996. The denatured state (the other half of the folding equation) and its role in protein stability. FASEB J. 10, 27–34.

Sindelar, C.V., Hendsch, Z.S., Tidor, B., 1998. Effects of salt bridges on protein structure and design. Protein Sci. 7, 1898–1914.

Sluzky, V., Tamada, J.A., Klibanov, A.M., Langer, R., 1991. Kinetics of insulin aggregation in aqueous solutions upon agitation in the presence of hydrophobic surfaces. Proc. Natl. Acad. Sci. USA 88, 9377–9381.

Sluzky, V., Klibanov, A.M., Langer, R., 1992. Mechanism of insulin aggregation and stabilization in agitated aqueous solutions. Biotechnol. Bioeng. 40, 895–903.

Son, K., Kwon, C., 1995. Stabilization of human epidermal growth factor (hEGF) in aqueous formulation. Pharm. Res. 12, 451–454.

Speed, M.A., Wang, D.I.C., King, J., 1996. Specific aggregation of partially folded polypeptide chains: the molecular basis of inclusion body composition. Nature Biotechnol. 14, 1283–1287.

Stadtman, E.R., 1993. Oxidation of free amino acid residues in proteins by metal-catalyzed reactions. Annu. Rev. Biochem. 62, 797–821.

Staniforth, R.A., Bigotti, M.G., Cutruzzola, F., Allocatelli, C.T., 1998. Brunori M unfolding of apomyoglobin from Aplysia limacina: the effect of salt and pH on the cooperativity of folding. J. Mol. Biol. 275, 133–148.

Stephenson, R.C., Clarke, S., 1989. Succinimide formation from aspartyl and asparaginyl peptides as a model for the spontaneous degradation of proteins. J. Biol. Chem. 264, 6164–6170.

Stevenson, C.L., Friedman, A.R., Kubiak, T.M., Donlan, M.E., Borchardt, R.T., 1993. Effect of secondary structure on the rate of deamidation of several growth hormone releasing factor analogs. Int. J. Peptide Protein Res. 42, 497–503.

Strickley, R.G., Anderson, B.D., 1996. Solid-state stability of human insulin. I. Mechanism and the effect of water on the kinetics of degradation in lyophiles from pH 2–5 solutions. Pharm. Res. 13, 1142–1153.

Strickley, R.G., Anderson, B.D., 1997. Solid-state stability of human insulin. II. Effect of water on reactive intermediate partitioning in lyophiles from pH 2–5 solutions: stabilization against covalent dimer formation. J. Pharm. Sci. 86, 645–653.

Surewicz, W., Mantsch, H.H., Chapman, D., 1993. Determination of protein secondary structure by Fourier transform infrared spectroscopy: a critical assessment. Biochemistry 32, 389–393.

Susi, H., Byler, D.M., 1986. Resolution-enhanced Fourier transform infrared spectroscopy of enzymes. Methods Enzymol. 130, 290–311.

Swietnicki, W., Petersen, R., Gambetti, P., Surewicz, W.K., 1997. pH-dependent stability and conformation of the recombinant human prion protein PrP(90–231). J. Biol. Chem. 272, 27517–27520.

Takano, K, Yamagata, Y., Yutani, K., 1998. A general rule for the relationship between hydrophobic effect and conformational stability of a protein: Stability and structure of a series of hydrophobic mutants of human lysozyme. J. Mol. Biol. 280, 749–761.

Tandon, S., Horowitz, P.M., 1987. Detergent-assisted refolding of guanidinium chloride-denatured rhodanese. J. Biol. Chem. 262, 4486–4490.

Tang, K.E.S., Dill, K.A., 1998. Native protein fluctuations: The conformational-motion temperature and the inverse correlation of protein flexibility with protein stability. J. Biomol. Struct. Dyn. 16, 397–411.

Tanner, J.W., Eckenhoff, R.G., Liebman, P.A., 1999. Halothane, an inhalational anesthetic agent, increases folding stability of serum albumin. Biophim. Biophys. Acta. 1430, 46–56.

Tarelli, E., Corran, P.H., Bingham, B.R., Mollison, H., Wait, R., 1994. Lysine vasopressin undergoes rapid glycation in the presence of reducing sugars. J. Pharm. Biomed. Anal. 12, 1355–1361.

Thomson, J.A., Shirley, B., Grimsley, G.R., Pace, C.N., 1989. Conformational stability and mechanism of folding of ribonuclease T1. J. Biol. Chem. 264, 11614–11620.

Thurow, H., Geisen, K., 1984. Stabilization of dissolved proteins against denaturation at hydrophobic interfaces. Diabetologia 27, 212–218.

Timasheff, S.N., 1992. Water as ligand: preferential binding and exclusion of denaturants in protein unfolding. Biochemistry 31, 9857–9864.

Timasheff, S.N., 1993. The control of protein stability and association by weak interactions with water: how do solvents affect these processes? Annu. Rev. Biophy. Biomol. Struct. 22, 67–97.

Timasheff, S.N., 1998. Control of protein stability and reactions by weakly interacting cosolvents: the simplicity of the complicated. Adv. Protein Chem. 51, 355–432.

Topham, C.M., Srinivasan, N., Blundell, T.L., 1997. Prediction of the stability of protein mutants based on structural environment-dependent amino acid substitution and propensity tables. Protein. Eng. 10, 7–21.

Townsend, M.W., DeLuca, P.P., 1990. Stability of ribonuclease A in solution and the freeze-dried state. J. Pharm. Sci. 79, 1083–1086.

Tsai, P.K., Volkin, D.B., Dabora, J.M., et al., 1993. Formulation design of acidic fibroblast growth factor. Pharm. Res. 10, 649–659.

Tsai, A.M., van Zanten, J.H., Betenbaugh, M.J., 1998a. I. Study of protein aggregation due to heat denaturation: a structural approach using circular dichroism spectroscopy, nuclear magnetic resonance, and static light scattering. Biotechnol. Bioeng. 59, 273–280.

Tsai, A.M., van Zanten, J.H., Betenbaugh, M.J., 1998b. II. Electrostatic effect in the aggregation of heat-denatured RNase A and implications for protein additive design. Biotechnol. Bioeng. 59, 281–285.

Tsai, Y.R., Yang, S.J., Jiang, S.S., et al., 1998c. High-pressure effects on vacuolar H$^+$-ATPase from etiolated mung bean seedlings. J. Protein Chem. 17, 161–172.

Tsutsumi, Y., Kihira, T., Tsunoda, S-I., et al., 1995. Polyethylene glycol modification of interleukin-6 enhances its thrombopoietic activity. J. Control. Release 33, 447–451.

Tuena de Gómez-Puyou, M., Gómez-Puyou, A., 1998. Enzymes in low water systems. Crit. Rev. Biochem. Mol. Biol. 33, 53–89.

Tzannis, S.T., Hrushesky, W.J.M., Wood, P.A., Przybycien, T.M., 1996. Irreversible inactivation of interleukin 2 in a pump-based delivery environment. Proc. Natl. Acad. Sci. USA 93, 5460–5465.

Tzannis, S.T., Hrushesky, W.J.M., Wood, P.A., Przybycien, T.M., 1997. Adsorption of a formulated protein on a drug delivery device surface. J. Colloid Interface Sci. 189, 216–228.

Vermeer, A.W., Bremer, M.G., Norde, W., 1998. Structural changes of IgG induced by heat treatment and by adsorption onto a hydrophobic Teflon surface studied by circular dichroism spectroscopy. Biochim. Biophys. Acta 1425, 1–12.

Vieille, C., Zeikus, J.G., 1996. Thermoenzymes: identifying molecular determinants of protein structural and functional stability. Trends Biotechnol. 14, 183–191.

Vogt, G., Argos, P., 1997. Protein thermal stability: hydrogen bonds or internal packing? Fold. Des. 2, S40–46.

Vogt, G., Woell, S., Argos, P., 1997. Protein thermal stability, hydrogen bonds, and ion pairs. J. Mol. Biol. 269, 631–643.

Volkin, D.B., Burke, C.J., Sanyal, G., Middaugh, C.R., 1996. Analysis of vaccine stability. Dev. Biol. Stand. 87, 135–142.

Volkin, D.B., Klibanov, A.M., 1987. Thermal destruction processes in proteins involving cystine residues. J. Biol. Chem. 262, 2945–2950.

Volkin, D.B., Klibanov, A.M., 1989. Minimizing protein inactivation. In: Creighton, T.E. (Ed.), Protein Function A Practical Approach. Information Press, Oxford, UK, pp. 1–24.

Volkin, D.B., Middaugh, C.R., 1996. The characterization, stabilization, and formulation of acidic fibroblast growth factor. In: Pearlman, R., Wang, Y.J. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 181–217.

Volkin, D.B., Tsai, P.K., Dabora, J.M., et al., 1993. Physical stabilization of acidic fibroblast growth factor by polyanions. Arch. Biochem. Biophys. 300, 30–41.

Vrkljan, M., Foster, T.M., Powers, M.E., et al., 1994. Thermal stability of low molecular weight urokinase during heat treatment. Part 2. Effect of polymeric additives. Pharm. Res. 11, 1004–1008.

Wang, A., Robertson, A.D., Bolen, D.W., 1995. Effects of a naturally occurring compatible osmolyte on the internal dynamics of ribonuclease A. Biochemistry 34, 15069–15104.

Wang, C., Eufemi, M., Turano, C., Giartosio, A., 1996a. Influence of the carbohydrate moiety on the stability of glycoproteins. Biochemistry 35, 7299–7307.

Wang, P.-L., Johnston, T.P., 1993a. Enhanced stability of two model proteins in an agitated solution environment using poloxamer 407. J. Parenter. Sci. Technol. 47, 183–189.

Wang, P.-L., Johnston, T.P., 1993b. Thermal-induced denaturation of two model proteins: effect of poloxamer 407 on solution stability. Int. J. Pharm. 96, 41–49.

Wang, W., 1996. Oral protein drug delivery. J. Drug Target. 4, 195–232.

Wang, Y.J., Shahrokh, Z., Vemuri, S., Eberlein, G., Beylin, I., Busch, M., 1996b. Charaterization, stability, and formulation of basic fibroblast growth factor. In: Pearlman, R., Wang, Y.J. (Eds.), Formulation, Characterization, and Stability of Protein Drugs. Plenum Press, New York, pp. 141–180.

Wen, J., Arakawa, T., Philo, J.S., 1996. Size-exclusion chromatography with on-line light-scattering, absorbance, and refractive index detectors for studying proteins and their interactions. Anal. Biochem. 240, 155–166.

Won, C.M., Molnar, T.E., McKean, R.E., Spenlehauer, G.A., 1998. Stabilizers against heat-induced aggregation of RPR 114849, an acidic fibroblast growth factor (AFGF). Int. J. Pharm. 167, 25–36.

Wong, D., Parascrampuria, J., 1997. Pharmaceutical excipients for the stabilization of proteins. Pharm. Technol. 21, 34–50.

Wrabl, J.O., Shortle, D., 1996. Perturbations of the denatured state ensemble: modeling their effects on protein stability and folding kinetics. Protein. Sci. 5, 2343–2352.

Xie, G., Timasheff, S.N., 1997a. Mechanism of the stabilization of ribonuclease A by sorbitol: preferential hydration is greater for the denatured than for the native protein. Protein Sci. 6, 211–221.

Xie, G., Timasheff, S.N., 1997b. The thermodynamic mechanism of protein stabilization by trehalose. Biophys. Chem. 64, 25–43.

Xu, G.Y., Yu, H.A., Hong, J., et al., 1997. Solution structure of recombinant human interleukin-6. J. Mol. Biol. 268, 468–481.

Xie, M., Schowen, R., 1999. Secondary structure and protein deamidation. J. Pharm. Sci. 88, 8–13.

Yang, A.-S., Honig, B., 1993. On the pH dependence of protein stability. J. Mol. Biol. 231, 459–474.

Yeo, S-D., Debenedetti, P.G., Patro, S.Y., Przybycien, T.M., 1994. Secondary structure characterization of microparticulate insulin powders. J. Pharm. Sci. 83, 1651–1656.

Yoshioka, S., Aso, Y., Izutsu, K., Terao, T., 1993. Aggregates formed during storage of β-galactosidase in solution and in the freeze-dried state. Pharm. Res. 10, 103–108.

Yoshioka, S., Aso, Y., Izutsu, K., Kojima, S., 1994a. Is stability prediction possible for protein drugs? Denaturation kinetics of β-galactosidase in solution. Pharm. Res. 11, 1721–1725.

Yoshioka, S., Aso, Y., Izutsu, K-I., Terao, T., 1994b. Application of accelerated testing for shelf-life prediction of commercial protein preparations. J. Pharm. Sci. 83, 454–456.

Yoshioka, S., Aso, Y., Kojima, S., 1997. Softening temperature of lyophilized serum albumin and γ-globulin as measured by spin-spin relaxation time of protein protons. J. Pharm. Sci. 86, 470–474.

Yoshioka, S., Aso, Y., Nakai, Y., Kojima, S., 1998. Effect of high molecular mobility of poly(vinyl alcohol) on protein stability of lyophilized γ-globulin formulations. J. Pharm. Sci. 87, 147–151.

Zhang, J., Peng, X., Jonas, A., Jonas, J., 1995. NMR study of the cold, heat, and pressure unfolding of ribonuclease A. Biochemistry 34, 8631–8641.

Zhao, F., Ghezzo-Schöneich, E., Aced, G.I., Hong, J., Milby, T., Schöneich, C., 1997. Metal-catalyzed oxidation of histidine in human growth hormone. J. Biol. Chem. 272, 9019–9029.

Zhao, F., Yang, J., Schöneich, C., 1996. Effects of polyaminocarboxylate metal chelators on iron-thiolate induced oxidation of methionine- and histidine-containing peptides. Pharm. Res. 13, 931–938.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22487038 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal/Steven Dieu (TA6) |
| **Filer Authorized By:** | Trisha Agrawal |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 29-MAY-2015 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 16:27:36 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDS47956-702-301-05-29-15.pdf | 247000<br>9888c2ecec7fcae46a7ecaaebd2a89237c13a6f4 | yes | 12 |

PAR-VASO-0006977

| | | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|---|
| | | **Document Description** | **Start** | **End** |
| | | Transmittal Letter | 1 | 4 |
| | | Information Disclosure Statement (IDS) Form (SB08) | 5 | 12 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 2 | Other Reference-Patent/App/Search documents | USApp-14-610488.pdf | 2302310<br>82732378b69dd6fda279f346a0caf17903d8bcf4 | no 53 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 3 | Other Reference-Patent/App/Search documents | USApp-14-610499.pdf | 2201296<br>8b01ff2742e0cff0c92b6800ffb44a620d670cb5 | no 50 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 4 | Other Reference-Patent/App/Search documents | USApp-14-610579.pdf | 2251888<br>b248de1a73e1eaa95e16b54324c6f7bfad2e8712 | no 50 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 5 | Other Reference-Patent/App/Search documents | USApp-14-610594.pdf | 2215191<br>5408da574e9e9f9df1c85e71505fd1e4350e4cd0 | no 50 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 6 | Other Reference-Patent/App/Search documents | USApp-14-717882.pdf | 1998378<br>5d358b70cb193acd4dabba2d75d7b53825 6af9bb | no 50 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 7 | Non Patent Literature | Z-OA-03-18-15-USApp-14-610488.pdf | 1072669<br>b01e317c3a870e4e4091fd37b03372250ac 1f400 | no 27 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 8 | Non Patent Literature | Z-OA-03-23-15-USApp-14-610499.pdf | 1022562<br>69ef99096baa83aa0a75c603ea3f540d85d1 a53f | no 25 |
| **Warnings:** | | | | |
| **Information:** | | | | |

PAR-VASO-0006978

| | | | | | |
|---|---|---|---|---|---|
| 9 | Non Patent Literature | Z-OA-03-24-15-USApp-14-610594.pdf | 713526<br>411a0be81542b620406419fc3930a5359a7814a2 | no | 18 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 10 | Non Patent Literature | Z-OA-03-25-15-USApp-14-610579.pdf | 722915<br>251539f99781a88fa480634bd33580caa3d21faf | no | 19 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 11 | Non Patent Literature | Z-Pharmaceutical-Partners-of-Canada-2009.pdf | 71366<br>610753c4dcb834741faef810c9cd80b2e60e51bc | no | 1 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 12 | Non Patent Literature | Z-RODRIGUEZ-NUNEZ-Terlipressin-continuous-577.pdf | 157735<br>4453163f8730edd91284898cab7c8dd3b1bd8d7d | no | 1 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 13 | Non Patent Literature | Z-SINGH-Effect-of-87.pdf | 213490<br>1402245483a20f7cce2ddf29667cd89961154b | no | 7 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 14 | Non Patent Literature | Z-TRESCHAN-The-vasopressin-599.pdf | 1429694<br>8b13cb7cf5d0045cb42d0146a07d4bec9f46975a | no | 14 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 15 | Non Patent Literature | Z-Vasostrict-prescribing-information-2014.pdf | 180992<br>9512581a72a559d76f76db0081582f005dffbc33 | no | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 16 | Non Patent Literature | Z-WANG-Instability-stabilization-129.pdf | 4875300<br>f6f316be3dbbe217e839b04cf8088ef02ede4535 | no | 60 |

**Warnings:**

**Information:**

| | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 21676312 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0006980

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Matthew KENNEY, et al. | Group Art Unit: 1629 |
| Serial Number: 14/717,877 | Examiner: Unassigned |
| Filing or 371(c) Date: May 20, 2015 | **CONFIRMATION NO: 1722** |
| Title: PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS | |

**FILED ELECTRONICALLY ON: May 29, 2015**

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.97

Madam:

An Information Disclosure Statement along with attached PTO/SB/08 is hereby submitted. A copy of each listed publication is submitted, if required, pursuant to 37 CFR §§ 1.97-1.98, as indicated below.

The Examiner is requested to review the information provided and to make the information of record in the above-identified application. The Examiner is further requested to initial and return the attached PTO/SB/08 in accordance with MPEP § 609.

The right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered, is hereby reserved.

This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, prior art or material to patentability as defined in § 1.56.

PAR-VASO-0006981

A. ☒ *37 CFR § 1.97(b)*. This Information Disclosure Statement should be considered by the Office because:

    ☐   (1)   It is being filed within 3 months of the filing date of a national application and is other than a continued prosecution application under § 1.53(d);

              -- OR --

    ☐   (2)   It is being filed within 3 months of entry of the national stage as set forth in §1.491 in an international application;

              -- OR --

    ☒   (3)   It is being filed before the mailing of a first Office action on the merits;

              -- OR --

    ☐   (4)   It is being filed before the mailing of a first Office action after the filing of a request for continued examination under § 1.114.

B. ☐ *37 CFR § 1.97(c)*. Although this Information Disclosure Statement is being filed after the period specified in *37 CFR § 1.97(b)*, above, it is filed before the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution on the merits, this Information Disclosure Statement should be considered because it is accompanied by one of:

    ☐   a statement as specified in § 1.97(e) provided concurrently herewith;

              -- OR --

    ☐   a fee of $180.00 as set forth in § 1.17(p) authorized below, enclosed, or included with the payment of other papers filed together with this statement.

C. ☐ *37 CFR § 1.97(d)*. Although this Information Disclosure Statement is being filed after the mailing date of the earlier of (1) a final office action under § 1.113 or (2) a notice of allowance under § 1.311, it is being filed before payment of the issue fee and should be considered because it is accompanied by:

    i.   a statement as specified in § 1.97(e);

              -- AND --

    ii.   a fee of $180.00 as set forth in § 1.17(p) is authorized below, enclosed, or included with the payment of other papers filed together with this Statement.

D. ☐ *37 CFR § 1.97(e)*. Statement.

    ☐   A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97(c);

              -- AND/OR --

    ☐   A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97(d);

              -- AND/OR --

    ☐   A copy of a dated communication from a foreign patent office clearly showing that the information disclosure statement is being submitted within 3 months of the filing date on the communication is provided in lieu of a statement under 37 C.F.R. § 1.97(e)(1) as provided for under MPEP 609.04(b) V.

E. ☐ *Statement Under 37 C.F.R. § 1.704(d)*. Each item of information contained in the information disclosure statement was first cited in a communication from a foreign patent office in a counterpart application that was received by an individual designated in § 1.56(c) not more than <u>thirty (30) days</u> prior to the filing of this information disclosure statement. This statement is made pursuant to the

PAR-VASO-0006982

requirements of 37 C.F.R. § 1.704(d) to avoid reduction of the period of adjustment of the patent term for Applicant(s) delay.

F. ☒ *37 CFR § 1.98(a)(2).* The content of the Information Disclosure Statement is as follows:

    ☐ Copies of each of the references listed on the attached Form PTO/SB/08 are enclosed herewith.

    -- OR --

    ☒ Copies of U.S. Patent Documents (issued patents and patent publications) listed on the attached Form PTO/SB/08 are NOT enclosed.

    -- AND/OR --

    ☒ Copies of Foreign Patent Documents and/or Non Patent Literature Documents listed on the attached Form PTO/SB/08 are enclosed in accordance with 37 CFR § 1.98 (a)(2).

    -- AND/OR --

    ☒ Copies of pending unpublished U.S. patent applications are enclosed in accordance with 37 CFR § 1.98(a)(2)(iii).

G. ☐ *37 CFR § 1.98(a)(3).* The Information Disclosure Statement includes non-English patents and/or references.

    ☐ Pursuant to 37 CFR § 1.98(a)(3)(i), a concise explanation of the relevance of each patent, publication or other information provided that is not in English is provided herewith.

        ☐ Pursuant to MPEP 609(B), an English language copy of a foreign search report is submitted herewith to satisfy the requirement for a concise explanation where non-English language information is cited in the search report.

        -- OR --

        ☐ A concise explanation of the relevance of each patent, publication or other information provided that is not in English is as follows: _____

    ☐ Pursuant to 37 CFR § 1.98(a)(3)(ii), a copy of a translation, or a portion thereof, of the non-English language reference(s) is provided herewith.

H. ☐ *37 CFR § 1.98(d).* Copies of patents, publications and pending U.S. patent applications, or other information specified in 37 C.F.R. § 1.98(a) are not provided herewith because:

    ☐ Pursuant to 37 CFR § 1.98(d)(1) the information was previously submitted in an Information Disclosure Statement for another application under which this application claims priority for an earlier effective filing date under 35 U.S.C. 120.

    Application in which the information was submitted: _____

    Information Disclosure Statement(s) filed on: _____

    AND

    ☐ The information disclosure statement submitted in the earlier application complied with paragraphs (a) through (c) of 37 CFR § 1.98.

I. ☒ *Fee Authorization.*  The Commissioner is hereby authorized to charge the above-referenced fees of <u>$0.00</u> and charge any additional fees or credit any overpayment associated with this communication to Deposit Account No. <u>23-2415 (Docket No. 47956-702.301)</u>.

<div align="center">

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

</div>

Dated: <u>May 29, 2015</u>                           By: <u>/Trisha Agrawal/</u>

                                                         Trisha Agrawal, Ph.D.

                                                         Reg. No. 73,212

650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
Customer No. 021971

**PAR-VASO-0006984**

# PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number
14/717,877

## APPLICATION AS FILED - PART I

| | | | | | OTHER THAN | |
|---|---|---|---|---|---|---|
| **(Column 1)** | **(Column 2)** | | **SMALL ENTITY** | OR | **SMALL ENTITY** | |
| **FOR** | **NUMBER FILED** | **NUMBER EXTRA** | **RATE($)** | **FEE($)** | **RATE($)** | **FEE($)** |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | 280 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | 600 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | 720 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 15 minus 20 = | * | | OR | x 80 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | * | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | 1600 |

## APPLICATION AS AMENDED - PART II

| | | | | | | OTHER THAN | |
|---|---|---|---|---|---|---|---|
| | | **(Column 1)** | **(Column 2)** | **(Column 3)** | **SMALL ENTITY** | OR | **SMALL ENTITY** |
| **AMENDMENT A** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | **RATE($)** | **ADDITIONAL FEE($)** | **RATE($)** | **ADDITIONAL FEE($)** |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | OR | x = |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | OR | x = |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | OR | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE |

| | | **(Column 1)** | **(Column 2)** | **(Column 3)** | | | |
|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | **RATE($)** | **ADDITIONAL FEE($)** | **RATE($)** | **ADDITIONAL FEE($)** |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | OR | x = |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | OR | x = |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | OR | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

PAR-VASO-0006985



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | 1629 | 1600 | 47956-702.301 | 15 | 1 |

**CONFIRMATION NO. 1722**

21971
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**FILING RECEIPT**

*QC0000000079445887*

Date Mailed: 06/01/2015

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Matthew Kenney, New Haven, MI;
Vinayagam Kannan, Rochester, MI;
Sunil Vandse, Basking Ridge, NJ;
Suketu Sanghvi, Kendall Park, NJ;
Serge Ilin-Schneider, Ridgewood, NJ;

**Applicant(s)**

Par Pharmaceutical, Inc., Spring Valley, NY;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CON of 14/610,499 01/30/2015

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

**If Required, Foreign Filing License Granted:** 05/29/2015
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/717,877**
**Projected Publication Date:** 08/04/2016

page 1 of 3

**PAR-VASO-0006986**

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

     PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

**Preliminary Class**

     514

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

PAR-VASO-0006987

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

PAR-VASO-0006988

 UNITED STATES PATENT AND TRADEMARK OFFICE



Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

Doc Code: TRACK1.GRANT

| **Decision Granting Request for Prioritized Examination (Track I or After RCE)** | Application No.: 14/717,877 |
|---|---|

1.　　THE REQUEST FILED ___May 20, 2015___ IS **GRANTED**.

　　The above-identified application has met the requirements for prioritized examination
　　A.　　☒　for an original nonprovisional application (Track I).
　　B.　　☐　for an application undergoing continued examination (RCE).

2.　　**The above-identified application will undergo prioritized examination.** The application will be accorded special status throughout its entire course of prosecution until one of the following occurs:

　　A.　　filing a **petition for extension of time** to extend the time period for filing a reply;

　　B.　　filing an **amendment to amend the application to contain more than four independent claims, more than thirty total claims**, or a multiple dependent claim;

　　C.　　filing a **request for continued examination**;

　　D.　　filing a notice of appeal;

　　E.　　filing a request for suspension of action;

　　F.　　mailing of a notice of allowance;

　　G.　　mailing of a final Office action;

　　H.　　completion of examination as defined in 37 CFR 41.102; or

　　I.　　abandonment of the application.

Telephone inquiries with regard to this decision should be directed to Brian W. Brown at 571-272-5338.

/Brian W. Brown/　　　　　　　　　　　　Petitions Examiner, Office of Petitions
　[*Signature*]　　　　　　　　　　　　　　　　　(Title)

U.S. Patent and Trademark Office
PTO-2298 (Rev. 02-2012)

PAR-VASO-0006989

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | Group Art Unit: 1675 |
| | ) | |
| Matthew Kenney | ) | Examiner: Christina Bradley |
| | ) | |
| Application No.: 14/717,877 | ) | Confirmation No.: 1722 |
| | ) | |
| Filed: May 20, 2015 | ) | Customer No.: 21971 |
| | ) | |
| For: PEPTIDE CONGENERS WITH | ) | |
| POLYMER EXCIPIENTS | ) | |
| _____ | ) | |

## PRELIMINARY AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Madam:

     Prior to reconsidering this application on the merits, please amend the application as follows:

     **Amendments to the Claims** begin on page **2** of this paper.

     **Amendments to the Title** begin on **5**

     **Remarks** begin on page **6** of this paper.

     **Conclusion** begins on page **7** of this paper.

PAR-VASO-0006990

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in this application. The following amendments do not constitute an admission regarding the patentability of the amended subject matter and should not be so construed. Applicant reserves the right to pursue the subject matter of the canceled claims in this or any other appropriate patent application.

**Listing of claims:**

1-15. (Canceled)

16. (New) A method of increasing blood pressure in a human in need thereof, the method comprising:

 a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6;

 b) storing the unit dosage form at 2-8 °C; and

 c) administering the unit dosage form to the human;

 wherein:

 the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and

 the human is hypotensive.

17. (New) The method of claim 16, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 4 weeks at 2-8 °C than does the unit dosage form after storage for about 4 weeks at about 25 °C.

PAR-VASO-0006991

18. (New) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 2 in an amount of about 0.01% after storage for about 4 weeks at 2-8 °C.

19. (New) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 3 in an amount of about 0.01% after storage for about 4 weeks at 2-8 °C.

20. (New) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 4 in an amount of about 0.01% after storage for about 4 weeks at 2- 8 °C.

21. (New) The method of claim 16, wherein the human's mean arterial blood pressure is increased within 15 minutes of administration.

22. (New) The method of claim 16, wherein the human's hypotension is associated with vasodilatory shock.

23. (New) The method of claim 22, wherein the vasodilatory shock is post-cardiotomy shock.

24. (New) The method of claim 23, wherein the administration provides to the human from about 0.03 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

25. (New) The method of claim 22, wherein the vasodilatory shock is septic shock.

26. (New) The method of claim 25, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

27. (New) The method of claim 16, the method further comprising attaining a target blood pressure in the human and continuing the administration for a period of about 8 hours.

28. (New) The method of claim 27, the method further comprising, after the period of about 8

PAR-VASO-0006992

hours, reducing the administration by about 0.005 units per minute.

29. (New) The method of claim 1, the method further comprising reaching a target increase in blood pressure of the human, wherein if the target increase in blood pressure is not attained, the administration is increased by about 0.005 units per minute at 10-15 minute intervals until the target increase in blood pressure is attained.

PAR-VASO-0006993

## AMENDMENTS TO THE TITLE

Please replace the title of the application with the following:

~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~

VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

PAR-VASO-0006994

## REMARKS

Claims 1-15 were pending. Claims 1-15 have been canceled. New claims 16-29 have been added. Accordingly, claims 16-29 are pending and submitted for the Examiner's consideration and approval.

Illustrative support for the new claims can be found in, for example, paragraphs [0023], [0039], [0041], [0044], [0050], [0051], [0062], [0124], [0135], [0143], [0160], [0165], and Table 3 of the specification as filed, and throughout the same. No new matter is added.

The title has been amended to reflect the pending claims as submitted herewith. No new matter is added.

Reconsideration is respectfully requested in light of the new claims and the following remarks.

PAR-VASO-0006995

## **CONCLUSION**

Applicant submits this Preliminary Amendment prior to the examination of this application on the merits. Since the present amendment does not introduce new matter, Applicant respectfully requests its entry prior to examination of the present application.

The Commissioner is authorized to charge any underpayment or credit any overpayment to Deposit Account No. 23-2415 (Attorney Docket No. 47956-702.301) for any matter in connection with this response, including any fee for extension of time, which may be required.

Respectfully submitted,

Date: June 3, 2015          By:    /Trisha Agrawal/

Trisha Agrawal, Ph.D.
Registration No. 73,212

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone No.: (650) 493-9300
Facsimile No.: (650) 493-6811

PAR-VASO-0006996

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Matthew | | Kenney | |

**Residence Information (Select One)** ⦿ US Residency ◯ Non US Residency ◯ Active US Military Service

| City | New Haven | State/Province | MI | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 32227 Chatham Street |
|---|---|
| Address 2 | |

| City | New Haven | State/Province | MI |
|---|---|---|---|

| Postal Code | 48048 | Country i | US |
|---|---|---|---|

| Inventor | 2 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Vinayagam | | Kannan | |

**Residence Information (Select One)** ⦿ US Residency ◯ Non US Residency ◯ Active US Military Service

| City | Rochester | State/Province | MI | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 611 Timothy Lane, Apt. 204 |
|---|---|
| Address 2 | |

| City | Rochester | State/Province | MI |
|---|---|---|---|

| Postal Code | 48307 | Country i | US |
|---|---|---|---|

| Inventor | 3 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sunil | | Vandse | |

**Residence Information (Select One)** ⦿ US Residency ◯ Non US Residency ◯ Active US Military Service

PAR-VASO-0006997

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

| City | Basking Ridge | State/Province | NJ | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 83 Dorchester Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Basking Ridge | State/Province | NJ |
| Postal Code | 07920 | Country i | US |

**Inventor    4**                                                    [ Remove ]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Suketu | | Sanghvi | |

| Residence Information (Select One) | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Kendall Park | State/Province | NJ | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 1 Hancock Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Kendall Park | State/Province | NJ |
| Postal Code | 08824 | Country i | US |

**Inventor    5**                                                    [ Remove ]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Serge | | Ilin-Schneider | |

| Residence Information (Select One) | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Ridgewood | State/Province | NJ | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 22 Pomander Walk | | |
|---|---|---|---|
| Address 2 | | | |
| City | Ridgewood | State/Province | NJ |
| Postal Code | 07450 | Country i | US |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. | [ Add ] |
|---|---|

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). |
|---|
| ☐   **An Address is being provided for the correspondence Information of this application.** |

PAR-VASO-0006998

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | |
| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |

| **Customer Number** | 021971 | |
|---|---|---|
| **Email Address** | patentdocket@wsgr.com | Add Email   Remove Email |

## Application Information:

| **Title of the Invention** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | | |
|---|---|---|---|
| **Attorney Docket Number** | 47956-702.301 | **Small Entity Status Claimed** | ☐ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 10 | **Suggested Figure for Publication (if any)** | |

## Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
|---|---|---|
| | | |

## Publication Information:

☐   Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐   **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| | | | |
|---|---|---|---|
| Please Select One: | ◉ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
| Customer Number | 021971 | | |

PAR-VASO-0006999

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation of | 14610499 | 2015-01-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.  | Add |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) [i]the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country [i] | Filing Date (YYYY-MM-DD) | Access Code[j] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.  | Add |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |
|---|---|

PAR-VASO-0007000

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
| | Application Number | |
| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |

# Authorization to Permit Access:

| ☒ Authorization to Permit Access to the Instant Application by the Participating Offices |
| --- |
| If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.<br><br>In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.<br><br>In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization. |

# Applicant Information:

| Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office. |
| --- |

| **Applicant   1** | Remove |
| --- | --- |

| If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section. |
| --- |
| Clear |

| ⦿ Assignee | ◯ Legal Representative under  35 U.S.C. 117 | ◯ Joint Inventor |
| --- | --- | --- |
| ◯ Person to whom the inventor is obligated to assign. | ◯ Person who shows sufficient proprietary interest | |

| If applicant is the legal representative, indicate the authority to file the patent application, the inventor is: |
| --- |
| |

| Name of the Deceased or Legally Incapacitated Inventor : | |
| --- | --- |
| If the Applicant is an Organization check here.          ☒ | |
| Organization Name | Par Pharmaceutical, Inc. |

PAR-VASO-0007001

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.301 |
| | Application Number | |
| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |

**Mailing Address Information For Applicant:**

| Address 1 | One Ram Ridge Road | | |
| Address 2 | | | |
| City | Spring Valley | State/Province | NY |
| Country i | US | Postal Code | 10977 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. | Add |

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee   1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| Remove |

If the Assignee or Non-Applicant Assignee is an Organization check here. | ☐ |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | | | |
| Address 2 | | | |
| City | | State/Province | |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. | Add |

**PAR-VASO-0007002**

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |

## Signature:

Remove

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Signature | /Trisha Agrawal/ | | | Date (YYYY-MM-DD) | 2015-06-03 |
| First Name | Trisha | Last Name | Agrawal | Registration Number | 73212 |

| Additional Signature may be generated within this form by selecting the Add button. | Add |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0007004

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE


| | |
|---|---|
| In re Application of: | ) Group Art Unit: 1675 |
| | ) |
| Matthew Kenney | ) Examiner: Christina Bradley |
| | ) |
| Application No.: 14/717,877 | ) Confirmation No.: 1722 |
| | ) |
| Filed: May 20, 2015 | ) Customer No.: 21971 |
| | ) |
| For: PEPTIDE CONGENERS WITH | ) |
| POLYMER EXCIPIENTS | ) |
| _____ | ) |

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


### SUBMISSION OF SUPPLEMENTAL APPLICATION DATA SHEET


Applicant submits with this response a new Supplemental Application Data Sheet in compliance with 37 CFR 1.78. The title has been amended to reflect the pending claims as submitted herewith. No new matter is added.

The Supplemental Application Data Sheet submitted herewith presents the following changes as compared to the ADS dated 05/20/2015 (changes as shown with ~~strikethroughs~~ and underlining):

1) Within the "Title of the invention" sections, the previous title has been deleted: ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~. The Application Data Sheet submitted herewith lists the updated title as VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION.

2) Within the "e-mail address" section the Application Data Sheet submitted herewith lists the updated e-mail address as patentdocket@wsgr.com.

PAR-VASO-0007005

Applicant respectfully requests entry of the new Supplemental Application Data Sheet in the record. No new matter has been submitted.

## CONCLUSION

Applicant respectfully requests consideration of the Supplemental Application Data Sheet submitted herewith. The Commissioner is authorized to charge any additional fees which may be required, including petition fees and extension of time fees, to Deposit Account No. 23-2415 (Docket No. 47956-702.301).

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI

Date: _____June 3, 2015_____          By:     /Trisha Agrawal/
                                                  Trisha Agrawal, Ph.D.
                                                  Registration No.: 73,212

650 Page Mill Road
Palo Alto, CA  94304-1450
Tel: 650-493-9300
Fax: 650-493-6811

7434587v1

2

PAR-VASO-0007006

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 22527251 |
| Application Number: | 14717877 |
| International Application Number: | |
| Confirmation Number: | 1722 |
| Title of Invention: | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| First Named Inventor/Applicant Name: | Matthew Kenney |
| Customer Number: | 21971 |
| Filer: | Trisha Agrawal |
| Filer Authorized By: | |
| Attorney Docket Number: | 47956-702.301 |
| Receipt Date: | 03-JUN-2015 |
| Filing Date: | 20-MAY-2015 |
| Time Stamp: | 17:06:30 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | PAR_47956_702_301_PreliminaryAm.pdf | 19178 <br> d445ae41a1bd2ef801c98b6509f2712ed437fd7a | yes | 7 |

PAR-VASO-0007007

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| Document Description | | Start | End |
| Preliminary Amendment | | 1 | 1 |
| Claims | | 2 | 4 |
| Specification | | 5 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | | 6 | 7 |

**Warnings:**

**Information:**

| 2 | Application Data Sheet | PAR_47956_702_301_SupplementalADS.pdf | 1895129 cf15241bee877ed534afac892d6f06c1c6792a58 | no | 8 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Application Data Sheet | PAR_47956_702_301_SubmissionSupplementalADS.pdf | 9419 6df0a49ed523e6139367f2c5c06f5bd13448b6dd | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| **Total Files Size (in bytes):** | 1923726 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0007008

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 14/717,877 | Filing Date 05/20/2015 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:**  ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee is due $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **06/03/2015** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 14 | Minus | ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/CAROL BARNES/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

21971          7590          06/05/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/05/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0007010

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>May 20, 2015</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**    2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) <u>1-15</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>1-15</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

PAR-VASO-0007011

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention,
> and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to
> enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to
> make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor
> of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and
> process of making and using it, in such full, clear, concise, and exact terms as to enable any person
> skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the
> same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 1-15 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first

paragraph, as failing to comply with the written description requirement. The claim(s) contains

subject matter which was not described in the specification in such a way as to reasonably

convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the

inventor(s), at the time the application was filed, had possession of the claimed invention.

MPEP § 2163 states that the written description requirement for a claimed genus may be

satisfied through sufficient description of a representative number of species by actual reduction

to practice, or by disclosure of relevant, identifying characteristics, i.e., structure or other

physical and/or chemical properties, by functional characteristics coupled with a known or

PAR-VASO-0007012

disclosed correlation between function and structure, or by a combination of such identifying

characteristics, sufficient to show the applicant was in possession of the claimed genus.

*Scope of the claims*

The claims are drawn to pharmaceutical compositions comprising in a unit dosage form

from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, or a pharmaceutically acceptable salt

thereof, and a polymeric pharmaceutically-acceptable excipient in an amount that is from about

1% to about 10% by mass of the unit dosage form, wherein the unit dosage form exhibits from

about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable

salt thereof after storage for about 1 week at about 60° C than does a corresponding unit dosage

form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a

pharmaceutically-acceptable salt thereof, and a buffer having acidic pH.

The instant claims are defined by both structural and functional limitations.

With respect to structure, the claim term "polymeric pharmaceutically-acceptable

excipient" is a genus that encompasses a broad range of species. The specification does not

define the claim term "polymeric pharmaceutically-acceptable excipient" nor does it provide a

comprehensive list of examples of species that fall within the genus. However, the prior art

recognizes numerous polymers as being suitable for use as excipients in pharmaceutical

compositions containing a peptide or protein active agent, from poloxamers, polyethylene

glycols, hydroxy-β-cyclodextrin, heparin, dextran sulfate, polyphosphoric acid, poly-L-glutamic

acid, poly-L-lysine, pentosan polysulfate, polyvinyl sulfate, keratan sulfate, poly-aspartic acid,

polyvinylpyrrolidone, and polyvinylalcohol (see Wang, NPL 187 IDS 5/29/2015, sections 4.2.3,

4.2.5, 4.2.6). These polymers have substantially different chemical formulas, and chemical and

PAR-VASO-0007013

physical properties, and can be used at a variety of molecular weights. Therefore, the scope of

the claims with respect to the term "polymeric" is exceptionally broad. Claims 2-4 are more

narrow than claims 1 and 5-15 and require that the polymeric excipient comprise a polyalkylene

oxide moiety, a polyethylene oxide and a poloxamer, respectively. However, even these claims

have significant breadth because they encompass polymers with a wide range of chemical

structures and molecular weights.

   With respect to function, the claims require that the unit dosage form exhibits from about

5% to about 10% less degradation of the vasopressin after storage for about 1 week at about 60°

C than does a corresponding unit dosage form, wherein the corresponding unit dosage form

consists essentially of vasopressin and a buffer having acidic pH.  Therefore, the scope of the

corresponding unit dosage form and its range of levels of degradation, determine the scope of the

first dosage forms. Although the wherein clause appears to narrow the claims significantly, it

actually allows for considerable breadth because the corresponding unit dosage form is not

significantly restricted. The only requirement for the corresponding unit dosage form is that it

contain vasopressin and a buffer having acidic pH. As illustrated in Figure 9 of the specification,

the corresponding unit dosage forms exhibit a broad range of degradation levels as a function of

pH. For example, at pH 2.5 in 10 mM citrate buffer, the corresponding unit dosage form

containing vasopressin and a buffer exhibits about 70% degradation, whereas at pH 3.5 in 10

mM citrate buffer it exhibits about 22% degradation. Therefore, first unit dosage forms

containing vasopressin and a polymeric excipient that exhibit about 63% to about 67%

degradation, if the pH 2.5 corresponding unit dose is the standard, and first unit dosage forms

containing vasopressin and a polymeric excipient that exhibit about 20% to about 21%

degradation, if the pH 3.5 corresponding unit dose is the standard, are included in the claims. The level of degradation of the corresponding unit dosage form, and in turn the scope of the first dosage form, could also be influenced by the type of buffer (e.g. acetate, citrate etc.) and by its concentration.

Also with respect to function, the wherein clause requires that the first unit dosage form exhibit from about 5% to about 10% less degradation than the corresponding unit dosage form. Therefore, unit dosage forms that are significantly more stable, for example exhibiting 30% less degradation compared to a particular corresponding unit dosage form, are excluded from the claims. The unit dosage forms excluded by this criteria are also dependent on the composition and properties of the first dosage form. For example, first unit dosage forms containing vasopressin and a polymeric excipient that exhibit less than about 63% degradation, if the pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing vasopressin and a polymeric excipient that exhibit less than about 20% degradation, if the pH 3.5 corresponding unit dose is the standard, are excluded from the claims.

Therefore, to meet the written description requirement of 35 U.S.C. § 112(a), the specification must disclose a representative number of species that meet both the structural and functional limitations of the genus or the specification and/or the prior art must identify the structural elements that correlate to the claimed function in a manner that demonstrates to one of ordinary skill in the art that Applicant was in possession of the claimed genus at the time the application was filed.  In the instant case, the specification must establish which of the enormous number of polymeric excipients are able to stabilize the vasopressin composition as claimed.

*Actual Reduction to Practice*

MPEP § 2163 states that the written description requirement for a claimed genus may be satisfied through sufficient description of a representative number of species by actual reduction to practice . A "representative number of species" means that the species which are adequately described are representative of the entire genus. Thus, when there is substantial variation within the genus, one must describe a sufficient variety of species to reflect the variation within the genus.

In the instant case, three embodiments of unit dosage forms containing vasopressin and a polymeric excipient were reduced to practice: a composition comprising vasopressin and PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin at two concentrations, 1% and 10% (Example 3, Table 4, Figure 10). However, it is not clear whether or not these embodiments fall within the scope of the claims. The specification does not indicate the pH of these compositions or designate a specific corresponding unit dosage form for comparison. Assuming that the corresponding unit dosage form is the most stable formulation from Example 2 which contains vasopressin in 10 mM citrate, and isotonic saline at pH 3.5, a comparison can be made using the data in Figures 9 and 10, summarized in the following table:

| | % label claim of vasopressin | | |
|---|---|---|---|
| Concentration of excipient | 0% | 1% | 10% |
| PEG 400 | 81 | 81 | 65 |
| Poloxamer 188 | 81 | 81 | 71 |
| hydroxy-β-cyclodextrin | 81 | 81 | 78 |
| Corresponding unit dosage form: 10 mM citrate buffer in saline, pH 3.5 | 72<br>5% to 10% more label claim of vasopressin than in this unit dosage form is 75% to 80% | | |

Based on this comparison, only the unit dosage form containing 10% hydroxyl-β-cyclodextrin falls within the claimed genus. At a concentration of 1%, each of the excipients stabilize the unit

dosage form to a greater extent than that allowed by the claims. At a concentration of 10%, PEG
400 and poloxamer 188 stabilize the unit dosage form to a lesser extent than that allowed by the
claims. It is possible that if other corresponding unit dosage forms are utilized, these
formulations would fall within the claimed genus. It is possible that if other corresponding unit
dosage forms are utilized, these formulations would fall within the claimed genus.

Furthermore, Example 3 of the specification does not describe the concentration of
vasopressin in the samples or additional elements which could affect stability such as the buffer,
pH, salt etc. Therefore, even the specific embodiments in Example 3 are not fully described in
the specification.

As discussed above, the scope of the claim term "polymeric" is exceptionally broad; in
comparison, the scope of the embodiments reduced to practice is extremely narrow. The actual
reduction to practice does not include species characterized by polymers of greater molecular
weights, or having a great net charge, for example. Therefore, one of ordinary skill in the art
would not consider PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin to be representative of
the full scope of the claimed genus of polymeric excipients. Furthermore, it is not possible to
discern from the data on these three polymers alone which additional polymers will stabilize the
vasopressin as claimed.

Therefore, the instant specification has failed to meet the written description requirement
by actual reduction to practice of a representative number of species alone.

*Sufficient relevant identifying characteristic*

MPEP § 2163 states that the written description requirement for a claimed genus may be
satisfied through sufficient description of a representative number of species by actual reduction

PAR-VASO-0007017

to practice, or by disclosure of relevant, identifying characteristics, i.e., structure or other physical and/or chemical properties, by functional characteristics coupled with a known or disclosed correlation between function and structure, or by a combination thereof.

### i. Complete structure

As stated above, the complete structure of PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin are disclosed. However, because the claims do not specify a corresponding unit dosage form with a well-defined extent of degradation, the complete structure of the polymeric excipient is not sufficient to describe which unit dosage forms containing these excipients fall within the claimed genus and which are excluded.

### ii. Partial structure:

The specification discloses a partial structure of a polymer for use in  the unit dosage forms of vasopressin: a polyalkylene oxide moiety, a polyethylene oxide and a poloxamer, which are also recited in claims 2-4. However, these partial structures are not sufficient to characterize the genus, as evidenced by data included in the specification. In Example 5, PEG 300, which comprises a polyalkylene oxide moiety, specifically a polyethylene oxide moiety, was unable to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

Furthermore, because the claims do not specify a corresponding unit dosage form with a well-defined extent of degradation, the partial structure of the polymeric excipient is not sufficient to describe which unit dosage forms containing excipients comprising the partial structure fall within the claimed genus and which are excluded.

### iii. Physical and/or chemical properties:

PAR-VASO-0007018

The data presented in the specification raise more questions about the physical properties of the genus than they answer. The data do not suggest the physical basis for the stabilizing effects of the polymeric excipients and therefore do not describe which physical and chemical properties are critical for function. The specification does not describe the hydrophobicity, charge state, molecular weight or its distribution, or chemical composition of the polymeric excipient required to stabilize the vasopressin unit dosage form as claimed. Understanding the physical basis for the stabilization effect is critical to determining which of the polymeric excipients that meet the structural requirements of the genus also meet the functional requirements of the genus.

*iv. Functional characteristics when coupled with a known or disclosed correlation between function and structure:*

The specification does not describe a general correlation between structure and function for the claimed genus. The role of the structure of the polymeric excipient in stabilizing the vasopressin unit dosage form is not described. As a result, it is impossible to predict, based on the specification, how changing the structure of the polymeric excipient will impact its ability to stabilize the vasopressin unit dosage form.

*Conclusion*

For these reasons, the specification fails to satisfy the written description requirements of 35 U.S.C. 112, first paragraph.

### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):

(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

PAR-VASO-0007019

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

Claims 1-15 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second

paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject

matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the

invention.

The wherein clause in claim 1 is a relative limitation which renders the claims indefinite.

As discussed above, the claims require that the unit dosage form exhibits from about 5% to about

10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after

storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the

corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-

acceptable salt thereof, and a buffer having acidic pH. Therefore, the scope of the corresponding

unit dosage form and its range of levels of degradation, determine the scope of the first dosage

forms. Although the wherein clause appears to narrow the claims significantly, it actually allows

for considerable breadth because the corresponding unit dosage form is not significantly

restricted. The only requirement for the corresponding unit dosage form is that it contain

vasopressin and a buffer having acidic pH. As illustrated in Figure 9 of the specification, the

corresponding unit dosage forms exhibit a broad range of degradation levels as a function of pH.

For example, at pH 2.5 in 10 mM citrate buffer, the corresponding unit dosage form containing

vasopressin and a buffer exhibits about 70% degradation, whereas at pH 3.5 in 10 mM citrate

buffer it exhibits about 22% degradation. Therefore, first unit dosage forms containing

vasopressin and a polymeric excipient that exhibit about 63% to about 67% degradation, if the

pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing

vasopressin and a polymeric excipient that exhibit about 20% to about 21% degradation, if the

pH 3.5 corresponding unit dose is the standard, are included in the claims. The level of

degradation of the corresponding unit dosage form, and in turn the scope of the first dosage form,

could also be influenced by the type of buffer (e.g. acetate, citrate etc.) and by its concentration.

In addition, the wherein clause requires that the first unit dosage form exhibit from about

5% to about 10% less degradation than the corresponding unit dosage form. Therefore, unit

dosage forms that are significantly more stable, for example exhibiting 30% less degradation

compared to a particular corresponding unit dosage form, are excluded from the claims. The unit

dosage forms excluded by this criteria are also dependent on the composition and properties of

the first dosage form. For example, a first unit dosage form containing vasopressin and a

polymeric excipient that exhibits less than about 63% degradation, if the pH 2.5 corresponding

unit dose is the standard, and a first unit dosage form containing vasopressin and a polymeric

excipient that exhibits less than about 20% degradation, if the pH 3.5 corresponding unit dose is

the standard are excluded from the claims.

Because the degradation level of the corresponding unit dosage form varies significantly

as a function of pH, and also as a function of buffer type and concentration, it is possible for a

particular unit dosage form containing a polymeric excipient to exhibit about 5% to 10% less

degradation relative to one corresponding unit dosage form but significantly less or more

degradation relative to another corresponding unit dosage form. Therefore, it is difficult for one

of ordinary skill in the art to ascertain which unit dosage forms fall within the claimed genus and

which are excluded from it, which renders the claim indefinite.

The dependent claims do not remedy this issue. Even claim 15, which limits the pH of the corresponding unit dosage form to 3.5, is broad because it does not limit the buffer type or its concentration.

To overcome this rejection, Applicant is advised to consider amending claim 1 to read "wherein the corresponding unit dosage form has a pH of 3.5 and consists essentially of the vasopressin, or pharmaceutically-acceptable salt thereof, 10 mM citrate buffer and isotonic saline." Support for this amendment is found in Examples 2 and 3, especially ¶ [00120], of the specification.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains. Patentability shall not be negated by the manner in which the
> invention was made.

Claims 1-15 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical Partners of Canada Inc. (NPL 182, IDS 5/29/2015) in view of Amorij et al. (US 2011/0237508), Bhowmick et al. (US 2003/0216302), Shingel et al. (US 2014/0249083), and Ludvigsen et al. (US 2008/0125361).

Vasopressin is commercially available in a unit dosage form for the prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows, and in diabetes insipidus (see label from Pharmaceutical Partners of Canada Inc.).

PAR-VASO-0007022

Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Vasopressin Injection does not contain a polymeric excipient at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.D: "'Obvious to Try' – Choosing From a Finite Number of Identified, Predictable Solutions, With a Reasonable Expectation of Success". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that at the time of the invention, there had been a recognized problem or need in the art, which may include a design need or market pressure to solve a problem

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]).

Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin

in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et

al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use

injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

   (2) a finding that there had been a finite number of identified, predictable potential

solutions to the recognized need or problem.

   Bhowmick et al. teaches a stable aqueous composition comprising desmopressin, which a

peptide having a single modification relative to vasopressin, in a pharmaceutically acceptable

carrier, wherein the carrier comprises a buffering agent, a parahydroxybenzoate preservative, and

a cosolvent (claim 1). The cosolvent comprises alcohols, polyvinyl alcohols, propylene glycol,

polyethylene glycols and derivatives thereof, glycerol, sorbitol, polysorbates, ethanol and

mixtures thereof (claim 10) and is present in an amount ranging from about 1% w/v to about 5%

w/v (claim 12).

   Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability

comprising a β-cyclodextrin, which is a polymeric excipient (¶ [0011], [0012], [0035]), present

at a concentration of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of

the formulation can be tested at elevated temperature (¶ [0160]).

   Ludvigsen et al. teach shelf-stable pharmaceutical compositions of peptide drugs

comprising poloxamer or polysorbate 20 surfactant (¶ [0061]).

   (3) a finding that one of ordinary skill in the art could have pursued the known potential

solutions with a reasonable expectation of success

Amorij et al. (Examples 1-7) and Bhowmick et al. (¶ [0022]) teach assays for monitoring the stability of the peptide formulations. The assay of Amorij et al. comprises making the formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Bhowmick et al., Shingel et al. and Ludvigsen et al. as useful for stabilizing peptide drug formulations to unit dosage forms of vasopressin for the purpose of creating a stabilized form of vasopressin. In doing so, one of ordinary skill in the art would be responding to the need for a stabilized vasopressin formulation identified by Amorij et al. There is a reasonable expectation of success given that the prior art discloses assays for measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the art to optimize the addition of excipients to peptide pharmaceutical compositions to improve stability, as evidenced by Amorij et al., Bhowmick et al., Shingel et al. and Ludvigsen et al. The rationale to support a conclusion that the claim would have been obvious is that "a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely that product [was] not of innovation but of ordinary skill and common sense. In that instance the fact that a combination was obvious to try might show that it was obvious under § 103." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose formulation with between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20 U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

PAR-VASO-0007025

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

The resulting composition would further comprise a polymeric excipient such as

polyethylene glycol or polysorbate in an amount ranging from about 1% w/v to about 5% w/v as

taught by Bhowmick et al. (claims 10 and 12), β-cyclodextrin at a concentration of about 2 to

about 15% w/v as taught by Shingel et al. (¶ [0011], [0012], [0035], [0036]), or poloxamer or

polysorbate 20 at a concentration of from about 10 mg/L to about 400 mg/L, as taught by

Ludvigsen et al. (¶ [0061]). The ranges of concentrations for the polymeric excipient taught in

the prior art overlap with the claimed range of from about 1% to about 10%. MPEP § 2144.05

states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the

prior art' a *prima facie* case of obviousness exists. *In re Wertheim,* 541 F.2d 257, 191 USPQ 90

(CCPA 1976); *In re Woodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore,

it is obvious to optimize the amount of the polymeric excipient through routine experimentation

in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Therefore, the resulting compositions would satisfy all of the structural limitations of

instant claims 1, 5, 6, 10, and 15.

With respect to the functional limitations recited in the wherein clause of claim 1 and

further defined in claims 6 and 15, the fact that applicant has recognized another advantage

which would flow naturally from following the suggestion of the prior art cannot be the basis for

patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227

USPQ 58, 60 (Bd. Pat. App. & Inter. 1985).

PAR-VASO-0007026

With respect to claims 2 and 3, Bhowmick et al. teaches polyethylene glycol (claims 10 and 12). With respect to claim 4, Ludvigsen et al. teaches poloxamer (¶ [0061]). With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in claims 8-10 and 11-14, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

### *Double Patenting*

A rejection based on double patenting of the "same invention" type finds its support in the language of 35 U.S.C. 101 which states that "whoever invents or discovers any new and useful process... may obtain a patent therefor..." (Emphasis added). Thus, the term "same invention," in this context, means an invention drawn to identical subject matter. See *Miller v. Eagle Mfg. Co.*, 151 U.S. 186 (1894); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Ockert*, 245 F.2d 467, 114 USPQ 330 (CCPA 1957).

A statutory type (35 U.S.C. 101) double patenting rejection can be overcome by canceling or amending the claims that are directed to the same invention so they are no longer coextensive in scope. The filing of a terminal disclaimer <u>cannot</u> overcome a double patenting rejection based upon 35 U.S.C. 101.

Claims 1-15 are provisionally rejected under 35 U.S.C. 101 as claiming the same invention as that of claims 1-15 of copending Application No. 14/610,499. This is a <u>provisional</u>

statutory double patenting rejection since the claims directed to the same invention have not in fact been patented.

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the reference application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used. Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what

form should be used.  A web-based eTerminal Disclaimer may be filled out completely online

using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission.  For more information about eTerminal Disclaimers,

refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1-15 are provisionally rejected on the ground of nonstatutory double patenting as

being unpatentable over claims 1-20 of copending Application No. 14/610,594. Although the

claims at issue are not identical, they are not patentably distinct from each other because the

claims of 14/610,594 anticipate, or in the alternative, render obvious the instant claims.

Specifically, claim 1 of Application No. 14/610,594 recites a unit dosage form

comprising a) from about 0.01 mg/ml to about 0.07 mg/ml of SEQ ID NO: 1, which is

vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-

acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage

form. Claims 11-13 of Application No. 14/610,594 require that the polymeric excipient comprise

a polyalkylene oxide moiety, a polyethylene oxide and poloxamer, respectively.

Claims 1 and 11-13 of Application No. 14/610,594 recite all of the structural limitations

of instant claims1-4, 6, and 15 but do not recite the claimed properties. The claims of

Application No. 14/610,594 do not explicitly state that the unit dosage form exhibits from about

5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt

thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage

form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a

pharmaceutically-acceptable salt thereof, and a buffer having acidic pH (10% for claim 6 or

relative to a composition with buffer at pH 3.5 for claim 15).  Because the structural limitations

PAR-VASO-0007029

are met, and the examiner cannot determine whether or not the claimed compositions of

Application No. 14/610,594 inherently possesses properties which anticipate or render obvious

the claimed invention but has basis for shifting the burden of proof to applicant as in *In re*

*Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980).

With respect to claims 5, and 11, claim 17 of Application No. 14/610,594 requires that

the unit dosage form consist essentially of a) about 0.04 mg/ml of SEQ ID NO: 1,  or the

pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient

in an amount that is from about 1% to about 10% by mass of the unit dosage form or the

pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the

peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-

acceptable salt thereof. With respect to claims 7-9, and 12-14, claims 14-16, and 18-20, of

Application No. 14/610,594 requires that the unit dosage form further comprises SEQ ID NOs:

2-4. With respect to claim 10, claim 2 of Application No. 14/610,594 requires that the unit

dosage form be injectable. The volume of the unit dosage form would be optimized by routine

experimentation to include an appropriate dose.

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


Claims 1, and 5-15 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-21 of copending Application No. 14/610,488.

Although the claims at issue are not identical, they are not patentably distinct from each other

because the claims of Application No. 14/610,488 anticipate the instant claims.

Specifically, claims 6 and 7 of Application No. 14/610,488 are drawn to a unit dosage form comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and an excipient in an amount from about 1% to about 10% by mass of the unit dosage form, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the compound after storage for about 1 week at about 60 °C than does a corresponding unit dosage form consisting essentially of vasopressin and a buffer having acidic pH. Claims 6 and 7 require that the excipient is carbohydrate and cyclodextrin, respectively, each of which are polymeric. Therefore, claims 6 and 7 of Application No. 14/610,488 satisfy all of the limitations of instant claim 1.

With respect to claim 5, claim 9 of Application No. 14/610,488 requires that the excipient be in an amount of about 1% by mass of the amount of vasopressin. With respect to claim 6, claim 10 of Application No. 14/610,488 requires that the unit dosage form exhibit 10% less degradation of vasopressin than the corresponding unit dosage form. With respect to claims 7-9, claims 13-15 of Application No. 14/610,488 require the addition of SEQ ID NOs: 2-4, respectively. With respect to claim 10, claim 16 of Application No. 14/610,488 requires that the unit dosage form is an injectable of about 1 mL volume. With respect to claim 11, claim 17 of Application No. 14/610,488 requires that the unit dosage form consist essentially of about 0.04 mg/ml of vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with 88% to 90% sequence homology to vasopressin. With respect to claims 12-14, claims 18-20 of Application No. 14/610,488 require the addition of SEQ ID NOs: 2-4, respectively. With respect to claim 15, claim 21 of claims 13-15 of Application No. 14/610,488 requires that corresponding composition include a buffer with a pH of about 3.5.

PAR-VASO-0007031

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


Claims 1, and 5-15 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-24 of copending Application No. 14/610,579.

Although the claims at issue are not identical, they are not patentably distinct from each other

because the claims of 14/610,579 anticipate, or in the alternative, render obvious the instant

claims.

Specifically, claims 15 and 16 of Application No. 14/610,579 are drawn to a unit dosage

form comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and an excipient in

an amount from about 1% to about 10% by mass of the unit dosage form. Claims 15 and 16

require that the excipient is carbohydrate and cyclodextrin, respectively, each of which are

polymeric.

Claims 15 and 16 of Application No. 14/610,579 recite all of the structural limitations of

instant claims 1, 6, and 15 but do not recite the claimed properties. The claims of Application

No. 14/610,579 do not explicitly state that the unit dosage form exhibits from about 5% to about

10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after

storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the

corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-

acceptable salt thereof, and a buffer having acidic pH (10% for claim 6 or relative to a

composition with buffer at pH 3.5 for claim 15).  Because the structural limitations are met, and

the examiner cannot determine whether or not the claimed compositions of Application No.

PAR-VASO-0007032

14/610,579 inherently possesses properties which anticipate or render obvious the claimed

invention but has basis for shifting the burden of proof to applicant as in *In re Fitzgerald*, 619

F.2d 67, 205 USPQ 594 (CCPA 1980).

      With respect to claim 5, claim 21 of Application No. 14/610,579 requires that the

excipient be in an amount of about 1% to about 10% by mass of the amount of vasopressin. With

respect to claims 7-9, claims 18-20 of Application No. 14/610,579 require the addition of SEQ

ID NOs: 2-4, respectively. With respect to claim 10, claim 2 of Application No. 14/610,579

requires that the unit dosage is injectable. It would have been obvious to optimize the volume

through routine experimentation to provide an appropriate dose of the vasopressin. With respect

to claim 11, claim 21 of Application No. 14/610,579 requires that the unit dosage form consist

essentially of about 0.04 mg/ml of vasopressin, about 1% to about 10% of the excipient, and a

plurality of peptides with 88% to 90% sequence homology to vasopressin. With respect to claims

12-14, claims 22-24 of Application No. 14/610,579 require the addition of SEQ ID NOs: 2-4,

respectively.

      This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.

### *Conclusion*

      No claims are allowed.

      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

PAR-VASO-0007033

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0007034

## Notice of References Cited

| | | |
|---|---|---|
| **Application/Control No.**<br>14/717,877 | **Applicant(s)/Patent Under Reexamination**<br>KENNEY ET AL. | |
| **Examiner**<br>CHRISTINA BRADLEY | **Art Unit**<br>1675 | **Page 1 of 1** |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2011/0237508 | 09-2011 | Amorij et al. | 514/10.9 |
| * | B | US-2003/0216302 | 11-2003 | Bhowmick et al. | 514/9 |
| * | C | US-2014/0249083 | 09-2014 | Shingel et al. | 514/11.2 |
| * | D | US-2008/0125361 | 05-2008 | Ludvigsen et al. | 514/12 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0007035

| *Search Notes*  | Application/Control No.<br><br>14717877 | Applicant(s)/Patent Under Reexamination<br><br>KENNEY ET AL. |
|---|---|---|
| | Examiner<br><br>CHRISTINA BRADLEY | Art Unit<br><br>1675 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| C07K7/16 | 6/1/2015 | CMB |
| A61K38/11 | 6/1/2015 | CMB |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East - see transcript | 6/1/2015 | CMB |
| Commercial database and structure search - see SCORE for parent application 14/610,499 with identical claims | 3//20154 | CMB |
| Palm inventor search | 6/1/2015 | CMB |
| Google scholar - vasopressin, stability, polymeric excipients | 6/1/2015 | CMB |

## INTERFERENCE SEARCH

| US Class/<br>CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

PAR-VASO-0007036

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 29 | ("20020198315" \| "20030051266" \| "20030106074" \| "20030121067" \| "20030139427" \| "20030147812" \| "20030157717" \| "20030228355" \| "20040013609" \| "20040043076" \| "20040077540" \| "20040086494" \| "20040146551" \| "20040219208" \| "20050013854" \| "20050089873" \| "20050143378" \| "20050148029" \| "20050164238" \| "20050186265" \| "20050272815" \| "20050282896" \| "20060034889" \| "20060093658" \| "20060193825" \| "20060194878" \| "20070054843" \| "20070092911" \| "20070154482").PN. | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L2 | 16170 | vasopressin | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L3 | 29 | L1 and L2 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L4 | 430809 | polyethylene glycol | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L5 | 26875 | poloxamer | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L6 | 19 | L3 and L4 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L7 | 1 | L3 and L4 and L5 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L8 | 179 | c07k7/16.cpc. | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L9 | 277 | a61k38/11.cpc. | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L10 | 445 | L8 or L9 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L11 | 315 | L10 and L2 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L12 | 1418840 | stability | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |

PAR-VASO-0007037

| L13 | 1655615 | stable | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
|---|---|---|---|---|---|---|
| L14 | 633493 | stabilized or stabilization | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L15 | 2583607 | L12 or L13 or L14 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L16 | 194 | L11 and L15 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L17 | 46 | L10 and (L2 same L15) | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L18 | 1715055 | polymer$2 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L19 | 121 | L11 and L15 and L18 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L20 | 35 | L11 and L15 same L18 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L21 | 27 | L11 and L15 same (L4 or L5 or peg$6) | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L22 | 1 | L10 and L2 same L15 same (L4 or L5 or peg$6) | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L23 | 5 | L10 and L2 same (L4 or L5 or peg$6) | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L24 | 0 | "2009088387" | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L25 | 2 | "20090088387" | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L26 | 110368 | unit dosage | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L27 | 2 | L2 with L26 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L28 | 1 | ("8748376").PN. | USPAT; USOCR | OR | OFF | 2015/06/01 16:00 |
| L29 | 1 | ("8114959").PN. | USPAT; USOCR | OR | OFF | 2015/06/01 16:00 |
| L30 | 177314 | (shelf or storage) near3 (stability or stable or stabilized or stabilization) | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L31 | 10572543 | problem | US-PGPUB; | ADJ | ON | 2015/06/01 16:00 |

PAR-VASO-0007038

| | | | USPAT;<br>USOCR;<br>EPO;<br>JPO | | | |
|---|---|---|---|---|---|---|
| L32 | 11757442 | increas$3 or improv$4 or enhanc$4 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L33 | 7557 | L30 same L31 same L32 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L34 | 1 | L11 and L33 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L35 | 49539 | L30 with L32 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L36 | 6 | L11 and L35 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L37 | 0 | L2 with L35 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L38 | 0 | L2 same L35 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L39 | 346 | L2 and L35 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L40 | 255 | L2 and L35 and (L4 or L5) | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L41 | 3 | L35 and L2 same (L4 or L5) | US-<br>PGPUB; | ADJ | ON | 2015/06/01<br>16:00 |

PAR-VASO-0007039

| | | | USPAT;<br>USOCR;<br>EPO;<br>JPO | | | |
|---|---|---|---|---|---|---|
| L42 | 1 | "20110237508" | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L43 | 44 | 1% peg "400" | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L44 | 551645 | surfactant | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L45 | 245 | L2 and L35 and L44 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L46 | 9 | L2 and L35 same L44 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L47 | 67618 | cyclodextrin | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L48 | 166 | L2 and L35 and L47 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L49 | 4 | L2 and L35 same L47 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L50 | 6631 | a61k47/10.cpc. | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L51 | 3254 | a61k47/34.cpc. | US-<br>PGPUB; | ADJ | ON | 2015/06/01<br>16:00 |

PAR-VASO-0007040

| | | | USPAT;<br>USOCR;<br>EPO;<br>JPO | | | |
|---|---|---|---|---|---|---|
| L52 | 10 | L10 and L51 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L53 | 11 | L10 and L50 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L54 | 9263 | (L50 or L51) | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L55 | 845 | poloxomer$ | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L56 | 27678 | poloxamer$ | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L57 | 2166 | L54 and L56 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L58 | 132 | L54 and L56 and L2 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L59 | 0 | L54 and L56 same L2 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L60 | 0 | L54 and L56 and L2 and L10 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L61 | 5 | L54 and L56.clm. and L2.clm. | US-<br>PGPUB; | ADJ | ON | 2015/06/01<br>16:00 |

PAR-VASO-0007041

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USPAT;<br>USOCR;<br>EPO;<br>JPO | | | |
| L62 | 72450 | pluronic$ | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L63 | 2977 | L54 and (L56 or L62) | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L64 | 0 | L54 and (L2 same (L56 or L62)) | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L65 | 196 | L54 and (L56 or L62) and L2 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L66 | 0 | L54 and (L56 or L62) and L2 and L33 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L67 | 11 | L54 and (L56 or L62) and L2 and L35 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L68 | 2 | L54 and (L56 or L62) same L35 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L69 | 100891 | a61k38$.cpc. | US-<br>PGPUB;<br>USPAT | ADJ | ON | 2015/06/01<br>16:00 |
| L70 | 603 | L63 and L69 | US-<br>PGPUB;<br>USPAT | ADJ | ON | 2015/06/01<br>16:00 |
| L71 | 84 | L54 and (L56 or L62) and L69 and L35 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO;<br>JPO | ADJ | ON | 2015/06/01<br>16:00 |
| L72 | 1 | ("5523492").PN. | USPAT;<br>USOCR | OR | OFF | 2015/06/01<br>16:00 |

file:///C|/Users/cbradley/Documents/e-Red%20Folder/14717877/EASTSearchHistory.14717877_AccessibleVersion.htm[6/1/2015 4:03:41 PM]

PAR-VASO-0007042

| L73 | 1 | ("6531448").PN. | USPAT; USOCR | OR | OFF | 2015/06/01 16:00 |
|-----|---|-----------------|--------------|----|----|------------------|
| L74 | 1 | ("5905140").PN. | USPAT; USOCR | OR | OFF | 2015/06/01 16:00 |
| L75 | 16170 | vasopressin | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L76 | 179 | c07k7/16.cpc. | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L77 | 277 | a61k38/11.cpc. | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L78 | 445 | L76 or L77 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L79 | 315 | L78 and L75 | US-PGPUB; USPAT | ADJ | ON | 2015/06/01 16:00 |
| L80 | 177314 | (shelf or storage) near3 (stability or stable or stabilized or stabilization) | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L81 | 10572543 | problem | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L82 | 23 | L79 and L80 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L83 | 23 | L79 and L82 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L84 | 96716 | unit dosage form | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L85 | 39 | L79 and L84 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L86 | 0 | L76 and L75 with L84 | US-PGPUB; USPAT; USOCR; | ADJ | ON | 2015/06/01 16:00 |

PAR-VASO-0007043

| | | | EPO; JPO | | | |
|---|---|---|---|---|---|---|
| L87 | 0 | L76 and L75 same L84 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L88 | 1 | "20030216302" | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L89 | 1 | "20110237508" | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L90 | 2 | "20040087520" | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L91 | 323 | "5024998" | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L92 | 0 | "5024998".clm. | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L93 | 1 | "5024998".pn. | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L94 | 67618 | cyclodextrin | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L95 | 69821 | $cyclodextrin$ | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L96 | 31 | L79 and L95 | US-PGPUB; USPAT; USOCR; | ADJ | ON | 2015/06/01 16:00 |

PAR-VASO-0007044

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO | | | |
| L97 | 27678 | poloxamer$ | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L98 | 7 | L79 and L97 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L99 | 571 | L80 same L95 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L100 | 101565 | a61k38$.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L101 | 19 | L99 and L100 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L102 | 497078 | elevated near3 temperature | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L103 | 4262 | L80 same L102 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L104 | 0 | L95 andl35 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L105 | 0 | L97 andl35 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L106 | 189 | L95 and L103 | US-PGPUB; USPAT; USOCR; | ADJ | ON | 2015/06/01 16:00 |

PAR-VASO-0007045

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO | | | |
| L107 | 42 | L100 and L106 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L108 | 72 | L97 and L103 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L109 | 26 | L100 and L108 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L110 | 4805 | L97 and L80 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L111 | 842 | L100 and L110 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L112 | 115 | L97 same L80 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |
| L113 | 41 | L100 and L112 | US-PGPUB; USPAT; USOCR; EPO; JPO | ADJ | ON | 2015/06/01 16:00 |

**6/ 1/ 2015 4:03:38 PM**
**C:\ Users\ cbradley\ Documents\ EAST\ Workspaces\ 14 610499.wsp**

PAR-VASO-0007046



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 1722**

| SERIAL NUMBER 14/717,877 | FILING or 371(c) DATE 05/20/2015 RULE | CLASS 514 | GROUP ART UNIT 1675 | ATTORNEY DOCKET NO. 47956-702.301 |
|---|---|---|---|---|

**APPLICANTS**
Par Pharmaceutical, Inc., Spring Valley, NY;

**INVENTORS**
Matthew Kenney, New Haven, MI;
Vinayagam Kannan, Rochester, MI;
Sunil Vandse, Basking Ridge, NJ;
Suketu Sanghvi, Kendall Park, NJ;
Serge Ilin-Schneider, Ridgewood, NJ;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
    This application is a CON of 14/610,499 01/30/2015

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\***
    05/29/2015

| Foreign Priority claimed ☐ Yes ☑ No | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☐ No | ☐ Met after Allowance | | | | |
| Verified and Acknowledged /CHRISTINA BRADLEY / Examiner's Signature | Initials | MI | 10 | 15 | 1 |

**ADDRESS**
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050
UNITED STATES

**TITLE**
PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

| FILING FEE RECEIVED 1600 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

PAR-VASO-0007047

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | Complete if Known | |
|---|---|---|
| Substitute for form 1449/PTO | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |

| Sheet | 1 | of | 8 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US 2002/0198315 A1 | 02/26/2002 | Hutchison | |
| | 2. | US 2003/0051266 A1 | 03/13/2003 | Serafini | |
| | 3. | US 2003/0106074 A1 | 06/05/2003 | Serafini | |
| | 4. | US 2003/0121067 A1 | 06/26/2003 | Brennan et al. | |
| | 5. | US 2003/0139427 A1 | 07/24/2003 | Castelhano et al. | |
| | 6. | US 2003/0147812 A1 | 08/07/2003 | Ueberle | |
| | 7. | US 2003/0157717 A1 | 08/21/2003 | Draghia-Akli | |
| | 8. | US 2003/0216302 A1 | 11/20/2003 | Bhowmick et al. | |
| | 9. | US 2003/0228355 A1 | 12/11/2003 | Zarif et al. | |
| | 10. | US 2004/0013609 A1 | 01/22/2004 | Trier | |
| | 11. | US 2004/0043076 A1 | 03/04/2004 | Dulieu et al. | |
| | 12. | US 2004/0077540 A1 | 04/22/2004 | Quay | |
| | 13. | US 2004/0086494 A1 | 05/06/2004 | John | |
| | 14. | US 2004/0146551 A1 | 07/29/2004 | Mannino et al. | |
| | 15. | US 2004/0219208 A1 | 11/04/2004 | Kawamura et al. | |
| | 16. | US 2005/0013854 A1 | 01/20/2005 | Mannino et al. | |
| | 17. | US 2005/0089873 A1 | 04/28/2005 | Tai et al. | |
| | 18. | US 2005/0143378 A1 | 06/30/2005 | Yun et al. | |
| | 19. | US 2005/0148029 A1 | 07/07/2005 | Buechler et al. | |
| | 20. | US 2005/0164238 A1 | 07/28/2005 | Valkirs et al. | |
| | 21. | US 2005/0186265 A1 | 08/25/2005 | Zarif et al. | |
| | 22. | US 2005/0272815 A1 | 12/08/2005 | Ho et al. | |
| | 23. | US 2005/0282896 A1 | 12/22/2005 | Lopaschuk et al. | |
| | 24. | US 2006/0034889 A1 | 02/16/2006 | Jo et al. | |
| | 25. | US 2006/0093658 A1 | 05/04/2006 | Sathyan et al. | |
| | 26. | US 2006/0193825 A1 | 08/31/2006 | Musso et al. | |
| | 27. | US 2006/0194878 A1 | 08/31/2006 | Lopaschuk et al. | |
| | 28. | US 2007/0054843 A1 | 03/08/2007 | Yeomans et al. | |
| | 29. | US 2007/0092911 A1 | 04/26/2007 | Buechler et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0007048

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | Complete if Known | |
|---|---|---|
| Substitute for form 1449/PTO | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |
| Sheet | 2 | of | 8 | Attorney Docket Number | 47956-702.301 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30. | US 2007/0154482 A1 | 07/08/2007 | Sukhatme et al. | |
| | 31. | US 2008/0015265 A1 | 01/17/2008 | Rubin et al. | |
| | 32. | US 2008/0026014 A1 | 01/31/2008 | Michel | |
| | 33. | US 2008/0125361 A1 | 05/29/2008 | Ludvigsen et al. | |
| | 34. | US 2008/0152675 A1 | 06/26/2008 | Pouliquen | |
| | 35. | US 2008/0188449 A1 | 08/07/2008 | Crews et al. | |
| | 36. | US 2008/0193545 A1 | 08/14/2008 | Richard et al. | |
| | 37. | US 2008/0194942 A1 | 08/14/2008 | Cumpson et al. | |
| | 38. | US 2008/0221039 A1 | 09/11/2008 | Gibson et al. | |
| | 39. | US 2009/0022683 A1 | 01/22/2009 | Song et al. | |
| | 40. | US 2009/0192177 A1 | 07/30/2009 | Castelhano et al. | |
| | 41. | US 2009/0220455 A1 | 09/03/2009 | Chilkoti | |
| | 42. | US 2009/0280103 A1 | 11/12/2009 | Flueck | |
| | 43. | US 2009/0280169 A1 | 11/12/2009 | Leonard | |
| | 44. | US 2009/0298711 A1 | 12/03/2009 | Russell et al. | |
| | 45. | US 2009/0306137 A1 | 12/10/2009 | Wolfgang et al. | |
| | 46. | US 2010/0062981 A1 | 03/11/2010 | Jeppsson et al. | |
| | 47. | US 2010/0221243 A1 | 09/02/2010 | Sukhatme et al. | |
| | 48. | US 2010/0311642 A1 | 12/09/2010 | Riviere et al. | |
| | 49. | US 2011/0008911 A1 | 01/13/2011 | Bergmann et al. | |
| | 50. | US 2011/0071216 A1 | 03/24/2011 | Fowers et al. | |
| | 51. | US 2011/0114087 A1 | 05/19/2011 | Djupesland et al. | |
| | 52. | US 2011/0237508 A1 | 09/29/2011 | Amorij et al. | |
| | 53. | US 2011/0297147 A1 | 12/08/2011 | Lick et al. | |
| | 54. | US 2011/0303871 A1 | 12/15/2011 | Burba et al. | |
| | 55. | US 2012/0093866 A1 | 04/19/2012 | Burger et al. | |
| | 56. | US 2012/0121517 A1 | 05/17/2012 | Song et al. | |
| | 57. | US 2012/0282227 A1 | 11/08/2012 | Katz | |
| | 58. | US 2013/0028930 A1 | 01/31/2013 | Plumridge et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPE 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0007049

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | Complete if Known | |
|---|---|---|---|
| Substitute for form 1449/PTO | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Filing Date | May 20, 2015 |
| | | First Named Inventor | Matthew Kenney |
| | | Art Unit | 1629 |
| | | Examiner Name | Unassigned |
| Sheet | 3 of 8 | Attorney Docket Number | 47956-702.301 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59. | US 2013/0040884 A1 | 02/14/2013 | Lau et al. | |
| | 60. | US 2013/0041241 A1 | 02/14/2013 | Felts et al. | |
| | 61. | US 2013/0122515 A1 | 05/16/2013 | Bergmann et al. | |
| | 62. | US 2013/0189230 A1 | 07/25/2013 | Shoichet et al. | |
| | 63. | US 2013/0224248 A1 | 08/29/2013 | Taylor et al. | |
| | 64. | US 2013/0296324 A1 | 11/07/2013 | Held | |
| | 65. | US 2014/0051628 A1 | 02/20/2014 | Castillo et al. | |
| | 66. | US 2014/0161892 A1 | 06/12/2014 | Salman et al. | |
| | 67. | US 2014/0206752 A1 | 07/24/2014 | Afeyan et al. | |
| | 68. | US 2014/0207104 A1 | 07/24/2014 | Vouillamoz et al. | |
| | 69. | US 2014/0220063 A1 | 08/07/2014 | Asari et al. | |
| | 70. | US 2014/0221442 A1 | 08/07/2014 | Bacha et al. | |
| | 71. | US 2014/0249083 A1 | 09/04/2014 | Shingel et al. | |
| | 72. | US 2014/0249484 A1 | 09/04/2014 | Jones et al. | |
| | 73. | US 2014/0251859 A1 | 09/11/2014 | Weikart et al. | |
| | 74. | US 4,542,124 | 09/17/1985 | Huffman et al. | |
| | 75. | US 4,604,378 | 08/05/1986 | Callahan et al. | |
| | 76. | US 4,684,622 | 08/04/1987 | Ali et al. | |
| | 77. | US 4,746,508 | 05/24/1988 | Carey et al. | |
| | 78. | US 4,762,820 | 08/09/1988 | Gavras | |
| | 79. | US 4,764,378 | 08/16/1988 | Keith et al. | |
| | 80. | US 4,767,628 | 08/30/1988 | Hutchison | |
| | 81. | US 4,781,871 | 11/01/1988 | West III et al. | |
| | 82. | US 5,042,975 | 08/27/1991 | Chien et al. | |
| | 83. | US 5,124,315 | 06/23/1992 | Ceschel et al. | |
| | 84. | US 5,192,741 | 03/09/1993 | Orsolini et al. | |
| | 85. | US 5,204,112 | 04/20/1993 | Hope et al. | |
| | 86. | US 5,225,212 | 07/06/1993 | Martin et al. | |
| | 87. | US 5,250,022 | 10/05/1993 | Chien et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0007050

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | **Complete if Known** | |
|---|---|---|---|---|
| Substitute for form 1449/PTO | | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Filing Date | May 20, 2015 |
| | | | First Named Inventor | Matthew Kenney |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Unassigned |
| Sheet | 4 | of 8 | Attorney Docket Number | 47956-702.301 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88. | US 5,252,263 | 10/12/1993 | Hope et al. | |
| | 89. | US 5,288,497 | 02/22/1994 | Stanley et al. | |
| | 90. | US 5,288,498 | 02/22/1994 | Stanley et al. | |
| | 91. | US 5,359,030 | 10/25/1994 | Ekwuribe | |
| | 92. | US 5,424,068 | 06/13/1995 | Filip | |
| | 93. | US 5,482,931 | 01/09/1996 | Harris et al. | |
| | 94. | US 5,698,516 | 12/16/1997 | Nilsson et al. | |
| | 95. | US 5,702,717 | 12/30/1997 | Cha et al. | |
| | 96. | US 5,770,559 | 06/23/1998 | Manning et al. | |
| | 97. | US 5,776,885 | 07/07/1998 | Orsolini et al. | |
| | 98. | US 5,785,989 | 07/28/1998 | Stanley et al. | |
| | 99. | US 5,889,110 | 03/30/1999 | Hutchison | |
| | 100. | US 5,981,474 | 11/09/1999 | Manning et al. | |
| | 101. | US 5,989,857 | 11/23/1999 | Mundschenk | |
| | 102. | US 6,004,573 | 12/21/1999 | Rathi et al. | |
| | 103. | US 6,034,175 | 03/07/2000 | Hutchison | |
| | 104. | US 6,086,918 | 07/11/2000 | Stern et al. | |
| | 105. | US 6,117,949 | 09/12/2000 | Rathi et al. | |
| | 106. | US 6,174,547 | 01/16/2001 | Dong et al. | |
| | 107. | US 6,180,608 | 01/30/2001 | Gefter et al. | |
| | 108. | US 6,187,756 | 02/13/2001 | Lee et al. | |
| | 109. | US 6,201,072 | 03/13/2001 | Rathi et al. | |
| | 110. | US 6,264,981 | 07/24/2001 | Zhang et al. | |
| | 111. | US 6,287,588 | 09/11/2001 | Shih et al. | |
| | 112. | US 6,589,549 | 07/08/2003 | Shih et al. | |
| | 113. | US 6,592,894 | 07/15/2003 | Zarif et al. | |
| | 114. | US 6,630,486 | 10/07/2003 | Royer | |
| | 115. | US 6,720,001 | 04/13/2004 | Chen et al. | |
| | 116. | US 6,740,333 | 05/25/2004 | Beckett et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0007051

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |

| Sheet | 5 | of | 8 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117. | US 6,811,689 | 11/02/2004 | Zhang et al. | |
| | 118. | US 6,814,870 | 11/09/2004 | Zhang et al. | |
| | 119. | US 6,821,249 | 11/23/2004 | Casscells III et al. | |
| | 120. | US 6,841,617 | 01/11/2005 | Jeong et al. | |
| | 121. | US 6,949,509 | 09/27/2005 | Woodrow | |
| | 122. | US 6,967,028 | 11/22/2005 | Dulieu et al. | |
| | 123. | US 6,991,798 | 01/31/2006 | Gschneidner et al. | |
| | 124. | US 6,998,137 | 02/14/2006 | Shih et al. | |
| | 125. | US 7,074,775 | 07/11/2006 | Miller | |
| | 126. | US 7,087,244 | 08/08/2006 | Jeong et al. | |
| | 127. | US 7,135,190 | 11/14/2006 | Piao et al. | |
| | 128. | US 7,151,084 | 12/19/2006 | Miller | |
| | 129. | US 7,157,421 | 01/02/2007 | Miller | |
| | 130. | US 7,186,414 | 03/06/2007 | Gschneidner et al. | |
| | 131. | US 7,402,652 | 07/22/2008 | Miller | |
| | 132. | US 7,498,044 | 03/03/2009 | Petereit et al. | |
| | 133. | US 7,504,407 | 03/17/2009 | Castelhano et al. | |
| | 134. | US 7,538,092 | 05/26/2009 | Orlando et al. | |
| | 135. | US 7,713,705 | 05/11/2010 | Buechler et al. | |
| | 136. | US 7,714,918 | 05/11/2010 | Kuroda | |
| | 137. | US 7,744,910 | 06/29/2010 | Gschneidner et al. | |
| | 138. | US 7,767,656 | 08/03/2010 | Shoichet et al. | |
| | 139. | US 7,807,397 | 10/05/2010 | Bergmann et al. | |
| | 140. | US 7,833,546 | 11/16/2010 | Petereit et al. | |
| | 141. | US 7,840,263 | 11/23/2010 | Girouard et al. | |
| | 142. | US 7,884,079 | 02/08/2011 | Miller | |
| | 143. | US 7,899,527 | 03/01/2011 | Yun et al. | |
| | 144. | US 7,960,336 | 06/14/2011 | Castillo et al. | |
| | 145. | US 7,964,219 | 06/21/2011 | Li et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0007052

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | | **Complete if Known** |
|---|---|---|---|---|
| Substitute for form 1449/PTO | | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Filing Date | May 20, 2015 |
| | | | First Named Inventor | Matthew Kenney |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Unassigned |
| Sheet | 6 | of | 8 | Attorney Docket Number | 47956-702.301 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 146. | US 8,030,297 | 10/04/2011 | Lichter et al. | |
| | 147. | US 8,075,916 | 12/13/2011 | Song et al. | |
| | 148. | US 8,075,919 | 12/13/2011 | Brown et al. | |
| | 149. | US 8,093,207 | 01/10/2012 | Stern | |
| | 150. | US 8,183,004 | 05/22/2012 | Bergmann et al. | |
| | 151. | US 8,202,838 | 06/19/2012 | Yeomans et al. | |
| | 152. | US 8,252,745 | 08/28/2012 | Yeomans et al. | |
| | 153. | US 8,257,740 | 09/04/2012 | Sung et al. | |
| | 154. | US 8,263,125 | 09/11/2012 | Vaya et al. | |
| | 155. | US 8,268,352 | 09/18/2012 | Vaya et al. | |
| | 156. | US 8,277,830 | 10/02/2012 | De Juan Jr et al. | |
| | 157. | US 8,283,317 | 10/09/2012 | Sung et al. | |
| | 158. | US 8,287,888 | 10/16/2012 | Song et al. | |
| | 159. | US 8,293,726 | 10/23/2012 | Habib | |
| | 160. | US 8,354,506 | 01/15/2013 | Bergmann et al. | |
| | 161. | US 8,361,022 | 01/29/2013 | Ameri et al. | |
| | 162. | US 8,399,006 | 03/19/2013 | De Juan Jr et al. | |
| | 163. | US 8,513,188 | 08/20/2013 | Botti | |
| | 164. | US 8,518,444 | 08/27/2013 | Kissel et al. | |
| | 165. | US 8,663,155 | 03/04/2014 | Cormier et al. | |
| | 166. | US 8,679,540 | 03/25/2014 | Bonnet-Gonnet et al. | |
| | 167. | US 8,764,733 | 07/01/2014 | Imran | |
| | 168. | US 8,846,606 | 09/30/2014 | Quintin | |
| | 169. | US 8,846,770 | 09/30/2014 | Lichter et al. | |
| | 170. | US 8,889,366 | 11/18/2014 | Struck et al. | |
| | 171. | US 8,920,817 | 12/30/2014 | Ameri et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0007053

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | Complete if Known | |
|---|---|---|---|
| Substitute for form 1449/PTO | Application Number | | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | | May 20, 2015 |
| | First Named Inventor | | Matthew Kenney |
| | Art Unit | | 1629 |
| | Examiner Name | | Unassigned |
| Sheet | 7 | of | 8 | Attorney Docket Number | | 47956-702.301 |

### UNPUBLISHED PATENT APPLICATIONS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 172. | US 14/610,488 | Appln filed 01/30/2015 | Kenney et al. | |
| | 173. | US 14/610,499 | Appln filed 01/30/2015 | Kenney et al. | |
| | 174. | US 14/610,579 | Appln filed 01/30/2015 | Kenney et al. | |
| | 175. | US 14/610,594 | Appln filed 01/30/2015 | Kenney et al. | |
| | 176. | US 14/717,882 | Appln filed 05/20/2015 | Kenney et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] – Number[4] – Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 177. | N/A | | | | |

Continued on the next page with more references.

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0007054

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |

| Sheet | 8 | of | 8 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 178. | Office action dated 03/18/2015 for US Application No. 14/610,488. | |
| | 179. | Office action dated 03/23/2015 for US Application No. 14/610,499. | |
| | 180. | Office action dated 03/24/2015 for US Application No. 14/610,594. | |
| | 181. | Office action dated 03/25/2015 for US Application No. 14/610,579. | |
| | 182. | Pharmaceutical Partners of Canada, Inc. "Vasopressin Injection, USP" June 2009 | |
| | 183. | RODRIGUEZ-NUNEZ, et al. Terlipressin continuous infusion: please mind the solvent! Current Drug Targets. 2009; 10(6):577. | |
| | 184. | SINGH, et al. Effect of buffer pH, buffer concentration and skin with or without enzyme inhibitors on the stability of [Arg8]-vasopressin. International Journal of Pharmaceuticals. 2000; 197:87-93. | |
| | 185. | TRESCHAN, et al. The Vasopressin System. Anesthesiology. 2006; 105:599-612. | |
| | 186. | Vasostrict prescribing information. For intravenous infusion. Par Pharmaceutical Companies. 2014. | |
| | 187. | WANG. Instability, stabilization, and formulation of liquid protein pharmaceuticals. International Journal of Pharmaceutics. 1999; 185:129-188. | |

| Examiner Signature | /CHRISTINA BRADLEY/ | Date Considered | 06/01/2015 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0007055

PTO/SB/80 (11-08)
Approved for use through 11/30/2011  OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

| [✓] | Practitioners associated with the Customer Number: | 021971 |

OR

| [ ] | Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used): |

| Name | Registration Number | Name | Registration Number |
|------|---------------------|------|---------------------|
|      |                     |      |                     |
|      |                     |      |                     |
|      |                     |      |                     |
|      |                     |      |                     |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

| [✓] | The address associated with Customer Number: | 021971 |

OR

| [ ] Firm or Individual Name | |
| Address | |
| City | | State | | Zip | |
| Country | |
| Telephone | | Email | |

Assignee Name and Address:

Par Pharmaceutical, Inc.
One Ram Ridge Road
Spring Valley, NY 10977

A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.

### SIGNATURE of Assignee of Record
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | *Gina R. Gencarelli* | Date | 2/9/2015 |
| Name | Gina R. Gencarelli | Telephone | 201-802-4000 |
| Title | Director, Intellectual Property | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PAR-VASO-0007056

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22915699 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew  Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 14-JUL-2015 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 16:55:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Assignee showing of ownership per 37 CFR 3.73 | PAR_47956_702_301_373c.pdf | 17247 <br> f3bab0d8eb40526f4c29d67d0ad511d5c919eeb8 | no | 2 |

| | |
|---|---|
| Warnings: | |
| Information: | |

PAR-VASO-0007057

| 2 | Power of Attorney | PAR_47956_702_301_POA.pdf | 134714 | no | 1 |
| | | | 5520770fc68d235b9b7c8e069e0fb7e379892f3f | | |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 151961 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0007058

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: Par Pharmaceutical, Inc.

Application No./Patent No.: 14/717,877     Filed/Issue Date: May 20, 2015

Titled: PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

Par Pharmaceutical, Inc.       , a Corporation

(Name of Assignee)            (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. ☒ The assignee of the entire right, title, and interest.

2. ☐ An assignee of less than the entire right, title, and interest (check applicable box):

   ☐ The extent (by percentage) of its ownership interest is ___%. Additional Statement(s) by the owners holding the balance of the interest <u>must be submitted</u> to account for 100% of the ownership interest.

   ☐ There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

3. ☐ The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

4. ☐ The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. ☒ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel 035877, Frame 0318, or for which a copy thereof is attached.

B. ☐ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: _____ To: _____

   The document was recorded in the United States Patent and Trademark Office at Reel ___, Frame ___, or for which a COPY thereof is attached.

   2. From: _____ To: _____

   The document was recorded in the United States Patent and Trademark Office at Reel ___, Frame ___, or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

7524971_1.doc

PAR-VASO-0007059

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: _____ To: _____

　　　　 The document was recorded in the United States Patent and Trademark Office at

　　　　 Reel ___ , Frame ___ , or for which a COPY thereof is attached.

4. From: _____ To: _____

　　　　 The document was recorded in the United States Patent and Trademark Office at

　　　　 Reel ___ , Frame ___ , or for which a COPY thereof is attached.

5. From: _____ To: _____

　　　　 The document was recorded in the United States Patent and Trademark Office at

　　　　 Reel ___ , Frame ___ , or for which a COPY thereof is attached.

6. From: _____ To: _____

　　　　 The document was recorded in the United States Patent and Trademark Office at

　　　　 Reel ___ , Frame ___ , or for which a COPY thereof is attached.

☐　　Additional documents in the chain of title are listed on a supplemental sheet(s).

☐　　As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

　　　　 [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| /Trisha Agrawal/ | July 14, 2015 |
|---|---|
| Signature | Date |
| Trisha Agrawal, Ph.D., Patent Agent | 73,212 |
| Printed or Typed Name | Title or Registration Number |

[Page 2 of 2]

PAR-VASO-0007060



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 |

**CONFIRMATION NO. 1722**

21971
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**POA ACCEPTANCE LETTER**


*OC000000076461686*

Date Mailed: 07/24/2015

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/14/2015.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/vvan/

_____

PAR-VASO-0007061

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) Group Art Unit: 1675 |
| | ) |
| Matthew Kenney | ) Examiner: Christina Bradley |
| | ) |
| Application No.: 14/717,877 | ) Confirmation No.: 1722 |
| | ) |
| Filed: May 20, 2015 | ) Customer No.: 21971 |
| | ) |
| For:  PEPTIDE CONGENERS WITH | ) |
| POLYMER EXCIPIENTS | ) |
| _____ | ) |

## RESPONSE TO OFFICE ACTION

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

Madam:

This communication is in response to the Office Action dated June 5, 2015.  The shortened statutory period for reply expires on September 5, 2015. Accordingly, this response is timely filed.

Prior to reconsidering this application on the merits, please amend the application as follows:

**Amendments to the Title** begin on page **2** of this paper.

**Amendments to the Claims** begin on page **3** of this paper.

**Remarks** begin on page **5** of this paper.

**Conclusion** begins on page **12** of this paper.

PAR-VASO-0007062

## AMENDMENTS TO THE TITLE

Please replace the title of the application with the following:

~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~

VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

PAR-VASO-0007063

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in this application. The following amendments do not constitute an admission regarding the patentability of the amended subject matter and should not be so construed. Applicant reserves the right to pursue the subject matter of the canceled claims in this or any other appropriate patent application.

**Listing of claims:**

1-15. (Canceled)

16. (New) A method of increasing blood pressure in a human in need thereof, the method comprising:

a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6;

b) storing the unit dosage form at 2-8 °C; and

c) administering the unit dosage form to the human;

wherein:

the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and

the human is hypotensive.

17. (New) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 2 in an amount of about 0.01% after storage for about 4 weeks at 2-8 °C.

18. (New) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 3 in an amount of about 0.01% after storage for about 4 weeks at 2-8 °C.

19. (New) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.:

PAR-VASO-0007064

4 in an amount of about 0.01% after storage for about 4 weeks at 2- 8 °C.

20. (New) The method of claim 16, wherein the human's mean arterial blood pressure is increased within 15 minutes of administration.

21. (New) The method of claim 16, wherein the human's hypotension is associated with vasodilatory shock.

22. (New) The method of claim 21, wherein the vasodilatory shock is post-cardiotomy shock.

23. (New) The method of claim 22, wherein the administration provides to the human from about 0.03 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

24. (New) The method of claim 21, wherein the vasodilatory shock is septic shock.

25. (New) The method of claim 24, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

26. (New) The method of claim 16, the method further comprising attaining a target blood pressure in the human and continuing the administration for a period of about 8 hours.

27. (New) The method of claim 26, the method further comprising, after the period of about 8 hours, reducing the administration by about 0.005 units per minute.

28. (New) The method of claim 16, the method further comprising reaching a target increase in blood pressure of the human, wherein if the target increase in blood pressure is not attained, the administration is increased by about 0.005 units per minute at 10-15 minute intervals until the target increase in blood pressure is attained.

PAR-VASO-0007065

30. (New) The method of claim 1, wherein the unit dosage form is stored at about 5 °C.

PAR-VASO-0007066

## REMARKS

Applicant respectfully requests non-entry of the amendment to the claims filed June 3, 2015.

Claims 1-15 were pending prior to entry of the amendments. Claims 1-15 have been canceled. New claims 16-29 have been added. Accordingly, claims 16-29 are pending and submitted for the Examiner's consideration and approval.

Illustrative support for the new claims can be found in, for example, paragraphs [0023], [0039], [0041], [0044], [0050], [0051], [0062], [0124], [0135], [0143], [0160], and [0165], and Table 3 of the specification as filed, and throughout the same. No new matter is added.

The title has been amended to reflect the pending claims as submitted herewith. No new matter is added.

Reconsideration is respectfully requested in light of the new claims and the following remarks.

## Claim Rejections- 35 USC § 112(a).

Claims 1-15 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as allegedly failing to comply with the written description requirement. Without conceding to the Office Action, and solely to advance prosecution, Applicant cancels claims 1-15 herewith and presents new claims 16-29. The claims as submitted herewith are no longer defined by structural and functional limitations as described in the Office Action at page 3. The claims do not recite a "polymeric pharmaceutically acceptable excipient" and do not require a functional limitation regarding degradation of the vasopressin formulation. Applicant submits that the claims as provided herewith comply with the written description requirement. Applicant respectfully requests withdrawal of this rejection.

## Claim Rejections- 35 USC § 112(b).

Claims 1-15 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as allegedly being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA, the applicant regards as the invention. Without conceding to the Office Action, and solely to advance prosecution,

PAR-VASO-0007067

Applicant cancels claims 1-15 herewith and presents new claims 16-29. The claims submitted herewith do not require a functional limitation regarding degradation of the vasopressin formulation. Applicant submits that the claims as provided herewith are not indefinite. Applicant respectfully requests withdrawal of this rejection.

**Claim Rejections- 35 USC § 103.**

Claims 1-15 are rejected under 35 U.S.C. § 103 as allegedly being unpatentable over Pharmaceutical Partners of Canada Inc. (Vasopressin Injection, USP. June 2009; "PPC") in view of Amorij et al. (US 2011/0237508; "Amorij"), Bhowmick et al. (US 2003/0216302; "Bhowmick"), Shingel et al. (US2014/0249083; "Shingel"), and Ludvigsen et al. (US 2008/0125361; "Ludvigsen"). Without conceding to the Office Action, and solely to advance prosecution, Applicant cancels claims 1-15 herewith and presents new claims 16-29. To establish a *prima facie* case of obviousness, the prior art must disclose all elements and limitations of the claims and provide motivation to modify or combine the prior art to arrive at the claimed invention with a reasonable expectation of success.

The cited references do not teach storage of a vasopressin formulation at 2-8 °C. PPC instructs the storage of vasopressin formulations at a temperature range of 15-30 °C. *PPC*, page 1. PPC further instructs, "[d]o not permit [the vasopressin formulation] to freeze." *PPC*, page 1. In doing so, PPC discourages storing vasopressin below 15 °C, and a person of ordinary skill in the art would not be motivated to do so.

Amorij provides a formulation "that has a stability that can withstand (sub) tropical [*sic*] ambient temperatures [for use in tropical countries.]" *Amorij*, paragraph [0008]. Amorij provides experimental data regarding oxytocin formulations, but does not provide any data regarding stability or an ideal storage temperature for vasopressin.

Shingel teaches that "at least 70% of the [trans-3-hexenoyl]hGHRH (1-44) amide is not deamidated . . . after 2 years of storage at temperature conditions of about 2 °C to about 8 °C." *Shingel*, paragraph [0047]. Shingel then teaches that "at least 70% of the GRF molecule or [trans-3-hexenoyl]hGRF (1-44) amide is not deamidated . . . after 3 years of storage at temperature conditions of about 15 °C to about 25 °C." *Shingel*, paragraph [0048]. A person of ordinary skill in the art, to prevent modification of a peptide formulation, would be motivated to store their formulation at 15-25 °C based on the disclosure of Shingel because Shingel teaches

PAR-VASO-0007068

that formulations stored at 15-25 °C can be stable for a longer period of time.

Bhowmick is directed toward formulations that are stable at room temperature. *Bhowmick*, paragraph [0009]. Bhowmick provides experimental data for desmopressin formulations tested at 25 °C and 40 °C, which are higher than the temperature range cited in the pending claims. Ludvigsen teaches heat treatment (above 40 °C) of liraglutide formulations prior to cooling to 22 °C. *Ludvigsen*, paragraphs [0161]-[0197]. Thus, none of the cited references provide motivation to a person of ordinary skill to store a vasopressin formulation at 2-8 °C.


Applicant submits that the present invention provides surprising and unexpected results over the state of the art and the cited references. In response to the Non-Final Rejection of June 5, 2015, Inventor Sunil Vandse has filed a declaration herewith ("Vandse"), detailing the results of stability of vasopressin formulations across a range of temperatures. Storage at 5 °C provided surprising and unexpected stability to a vasopressin formulation, even after two years of storage. *Vandse*, paragraph 9.

Vasopressin formulations were prepared containing 20 units/mL vasopressin and chlorobutanol, and were adjusted to pH 3.5 with acetic acid. *Vandse*, paragraph 3. The vasopressin formulations were then filled into 3 cc vials, containing 1 mL solution each (the "Vasopressin Formulation"). *Vandse*, paragraph 3. Each Vasopressin Formulation was stored either inverted or upright for at least three months at: (i) 5 °C; (ii) 25 °C and 60% relative humidity; or (iii) 40 °C, and the amount of vasopressin (U/mL) and % total impurities were measured at regular intervals. *Vandse*, paragraph 4. Experiments were also conducted to measure the pH of the samples over time, chlorobutanol content over time, and particulate matter over time. *Vandse*, paragraph 4.

Three lots of the vasopressin formulation were stored for each of 24 months (5 °C), 30 months (25 °C), and 3 months (40 °C), and measurements were taken at regular intervals during the testing periods. *Vandse*, paragraph 9. The samples held at 5 °C exhibited little fluctuation in vasopressin amounts over 24 months, and the amount of total impurities did not increase above 3% during the testing period (**TABLES 1-6**). *Vandse*, paragraph 6. The samples held at 25 °C and 60% relative humidity exhibited a decrease in vasopressin amount of about 10-12% after 24 months (**TABLES 7-12**). *Vandse*, paragraph 7. The amount of impurities observed in the samples stored at 25 °C and 60% relative humidity after 24 months exceeded 13% in some

PAR-VASO-0007069

samples, whereas the amount of impurities observed in the samples stored at 5 °C did not exceed 3% after 24 months. *Vandse*, paragraph 9. After only three months, the samples held at 40 °C exhibited a decrease in the amount of vasopressin of about 10-12%. *Vandse*, paragraph 9. The amount of impurities observed at 40 °C exceeded 10% after three months, whereas the amount of impurities observed in the samples stored at 5 °C was less than 3% after three months (**TABLES 13-18**). *Vandse*, paragraphs 8-9.

The claims submitted herewith cover storage of a vasopressin formulation at a temperature from 2 °C to 8 °C. The results of the experiments performed in Vandse at 5 °C provide surprising and unexpected results over the experiments performed at 25 °C and 40 °C. At 5 °C, a minimal change in the amount of vasopressin in a sample was observed even after two years of storage. The results obtained at 5 °C are surprising and unexpected compared to the results obtained at 25 °C and 40 °C because the latter exhibit vasopressin degradation and impurity accumulation over time; however, at 5 °C, vasopressin levels remained relatively stable with little accumulation of impurities.

The results are also surprising and unexpected in light of the references cited. As explained above, PPC teaches a temperature range that is higher than the temperature range of the claims. Amorij fails to suggest a storage temperature for a vasopressin formulation. Shingel, Bhowmick, and Ludvigsen do not teach the use of vasopressin, and teach the use of temperatures higher than the temperature range of the claims. Thus, the results presented in Vandse are surprising and unexpected over the references cited.

The claims submitted herewith are drawn closely around the Vandse Declaration experimental samples for which the surprising and unexpected result was obtained. Applicant respectfully requests withdrawal of this rejection because Vandse provides surprising and unexpected results, which would not have been obvious to a person of ordinary skill in the art.

The cited references also do not provide motivation to a person of ordinary skill in the art to develop a therapy for a human having hypotension as recited in the claims. None of Shingel, Bhowmick, Amorij, Ludvigsen, and PPC discloses hypotension at all, much less the method of increasing blood pressure recited in the claims. Amorij teaches the use of higher infusion rates than those recited in the claims. The infusion rates for the vasopressin formulations of Amorij range from about 0.2 to about 0.9 IU/min (*Amorij*, paragraph [0036]).

PAR-VASO-0007070

Further, Ludvigsen, Shingel, and Bhowmick do not teach the use of vasopressin. Rather, these references teach away from the pending claims by suggesting the use of peptides less hydrophilic than vasopressin. Ludvigsen teaches formulations containing insulinotropic peptides possessing an amino acid sequence that is about three times as long as that of vasopressin, modified by lipophilic substituents. *Ludvigsen*, paragraphs [0088]-[0090]. A person of ordinary skill in the art would recognize that the modifications in the Ludvigsen peptides result in peptides more hydrophobic and less water soluble than vasopressin. Shingel teaches away from the pending claims by suggesting that the use of peptides less hydrophilic than vasopressin are advantageous. Shingel teaches the use of growth hormone releasing factor (GRF) analogue formulations. *Shingel*, paragraph [0010]. The GRF analogues in Shingel possess an amino acid sequence about three times as long as that of vasopressin, and are modified by N-terminal hydrophobic tails. *Shingel*, paragraphs [0014] and [0027]. Shingel teaches that these modified, less hydrophilic GRF peptides have "superior plasma stability and pharmacological properties compared to the native [GRF]." *Shingel*, paragraph [0006]. Bhowmick also teaches the use of peptides less hydrophilic than vasopressin. Bhowmick focuses on formulations containing desmopressin, which lacks the N-terminal amino group of vasopressin. *Bhowmick*, paragraph [0002]. The loss of the positively-charged amino group provides a peptide that is less hydrophilic than vasopressin.

The references teach away from pending claims by suggesting the use of higher doses of vasopressin than those recited in the claims. The examples of Ludvigsen use doses of insulinotropic peptides that range from about 1.2 mM to about 1.6 mM, which are higher than the doses of vasopressin recited in the present claims. *Ludvigsen*, paragraphs [0153]-[0160]. The examples of Shingel use doses of GRF analogues that range from about 1 mg/mL to about 8 mg/mL *(Shingel*, paragraph [0210] and Table 3), which are all higher than the claimed doses. The broader dose ranges of Shingel (1 μg/mL to 40 mg/mL, paragraph [0158]) and Ludvigsen (5 μg/mL to about 100 mg/mL, paragraphs [0097] and [0099]) do not provide guidance for selection of a dose of the claims.

In addition, Amorij and PPC, which disclose vasopressin formulations, provide no motivation to combine their teachings with those of Shingel, Ludvigsen, and Bhowmick. A person of ordinary skill in the art would not be motivated to adapt the disclosures of the less hydrophilic peptides of Shingel, Ludvigsen, and Bhowmick to reformulate the more hydrophilic

PAR-VASO-0007071

vasopressin of Amorij and PPC.

Applicant respectfully submits that a *prima facie* case of obviousness does not exist against the claims presented herein, because the cited references do not teach, suggest, or provide motivation to a person of ordinary skill in the art to arrive at all of the elements of any pending claim.

## Double Patenting.

Claims 1-15 are provisionally rejected under 35 U.S.C. 101 as allegedly claiming the same invention as that of claims 1-15 of co-pending Application No. 14/610,499. Without conceding to the Office Action, and solely to advance prosecution, Applicant cancels claims 1-15 herewith and presents new claims 16-29. Applicant respectfully requests withdrawal of this rejection.

Claims 1-15 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-20 of co-pending Application No. 14/610,594. Applicant submits herewith a terminal disclaimer over Application No. 14/610,594. Applicant respectfully requests withdrawal of this rejection.

Claims 1, and 5-15 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-21 of co-pending Application No. 14/610,488. Applicant submits herewith a terminal disclaimer over Application No. 14/610,488. Applicant respectfully requests withdrawal of this rejection.

Claims 1, and 5-15 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-24 of co-pending Application No. 14/610,579. Applicant submits herewith a terminal disclaimer over Application No. 14/610,579. Applicant respectfully requests withdrawal of this rejection.

PAR-VASO-0007072

## <u>CONCLUSION</u>

This paper fully addresses the rejections raised in the Office Action mailed June 5, 2015. Applicant believes that the present application is now in condition for allowance and respectfully requests the Examiner to expedite the prosecution of this patent application to issuance. Should the Examiner have any questions, the Examiner is encouraged to telephone the undersigned at (212) 497-7775.

The Commissioner is authorized to charge any underpayment or credit any overpayment to Deposit Account No. <u>23-2415</u> (Attorney Docket No. 47956-702.301) for any matter in connection with this response, including any fee for extension of time, which may be required.

Respectfully submitted,

Date: <u>August 14, 2015</u>　　　　　By:　　<u>/Trisha Agrawal/</u>

　　　　　　　　　　　　　　　　Trisha Agrawal, Ph.D.
　　　　　　　　　　　　　　　　Registration No. 73,212

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone No.: (650) 493-9300
Facsimile No.: (650) 493-6811

PAR-VASO-0007073

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) Group Art Unit: 1675 |
| | ) |
| Matthew Kenney | ) Examiner: Christina Bradley |
| | ) |
| Application No.: 14/717,877 | ) Confirmation No.: 1722 |
| | ) |
| Filed: May 20, 2015 | ) Customer No.: 21971 |
| | ) |
| For: PEPTIDE CONGENERS WITH | ) |
| POLYMER EXCIPIENTS | ) |
| | ) |
| _____ | ) |

## DECLARATION UNDER 37 CFR §1.132 BY
## INVENTOR SUNIL VANDSE

I, Sunil Vandse, residing at Basking Ridge, New Jersey, hereby declare that:

### I. Background.

1.     I am Director, Formulations, at Par Pharmaceutical, Inc. ("Par"), the assignee of the above-referenced U.S. application No. 14/717,877.

2.     I am an inventor of U.S. Patent Application Serial No. 14/717,877 (the "'877 application"), and I am familiar with the contents and the pending claims. I have reviewed the Non-Final Office Action of June 5, 2015 (the "Office Action"), and I understand the nature of the rejections therein.

### II. Vasopressin formulations were prepared to test stability of vasopressin across a range of temperatures.

3.     Formulations of vasopressin were prepared as follows. Solutions containing 20 units/mL vasopressin and chlorobutanol, adjusted to pH 3.5 with acetic acid, were prepared. The vasopressin formulations were then filled into 3 cc vials, containing 1 mL solution each (the

1

PAR-VASO-0007074

"Vasopressin Formulation").

4.     Each Vasopressin Formulation was stored either inverted or upright for at least three months, up to 24 months, at: (i) 5 °C; (ii) 25 °C and 60% relative humidity; or (iii) 40 °C and 75% humidity, and the amount of vasopressin (U/mL) and % total impurities were measured periodically. **TABLES 1-6** below display the results of the experiments at 5 °C. The results of the experiments at 25 °C are included in **TABLES 7-12**. The results of the experiments at 40 °C are included in **TABLES 13-18**. The tables detail vasopressin and impurity amount. Experiments were also conducted to measure the pH of the samples over time, chlorobutanol content over time, and particulate matter (**APPENDICES A-R**). "NMT" as used in the tables denotes "not more than."

5.     To analyze the amount of vasopressin and associated impurities that were present in the Vasopressin Formulations, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. Vasopressin was detected in the eluent using UV absorbance at 215 nm. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration (18.84 units/mL). The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution containing Gly-9 AVP, Glu-4 AVP, Asp-5 AVP, D-Asn AVP, Dimer AVP, Acetyl AVP, H-IBA and MAA was used to determine the relative retention times of identified related peptides at the time of analysis. The retention time of vasopressin was determined to be between 18 and 20 minutes.

Experimental conditions are summarized in **TABLE 1** below:

| TABLE 1 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 µm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25ºC |
| Flow Rate | 1.0 mL/min |

2

| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. |
|---|---|
| Injection Volume | 100 μL |
| Run time | 55 minutes |
| Autosampler Vials | Polypropylene vials |
| Impurity Marker Solution | Solution containing Gly-9 AVP,Glu-4 AVP, Asp-5 AVP, D-Asn AVP, Dimer AVP, Acetyl AVP, H-IBA and MAA |
| Mobile Phase A | Phosphate Buffer, pH 3.0 |
| Mobile Phase B | Acetonitrile:Water |

| Pump (gradient) | Time (min) | %A | %B | Flow |
|---|---|---|---|---|
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \times \text{Conc STD}$$

where:

$R_U$ = Vasopressin peak area response of Sample preparation.

$R_S$ = average vasopressin peak area response of bracketing standards.

Conc STD = concentration of the vasopressin standard in units/mL.

The impurities were calculated using the formula below:

$$\% \text{ impurity} = \frac{R_I}{R_S} \times \frac{\text{Conc STD}}{20 \text{ U/mL}} \times 100\%$$

where:

$R_I$ = Peak area response for the impurity.

20 U/mL = Label content of vasopressin.

Integration values were established using Empower ™ software based on analytical

3

PAR-VASO-0007076

chromatography.

6.     The vasopressin and impurity amounts observed in the experiments conducted at 5 °C are shown in **TABLES 1-6** below (AVP = Vasopressin).

| TABLE 1 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored inverted at 5 °C | | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| | Total Impurities: NMT 17.0% | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |

| TABLE 2 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 5 °C | | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| | Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |

4

PAR-VASO-0007077

**TABLE 3**

**Samples stored inverted at 5 °C**

| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
|------|--------------------|---------|------|------|------|------|------|------|------|------|
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |

**TABLE 4**

**Samples stored upright at 5 °C**

| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
|------|--------------------|---------|------|------|------|------|------|------|------|------|
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |

**TABLE 5**

**Samples stored inverted at 5 °C**

| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
|------|--------------------|---------|------|------|------|------|------|------|------|------|
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |

5

| | Total Impurities: NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |

| TABLE 6 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |

7. The vasopressin and impurity amounts observed in the experiments conducted at 25 °C and 60% relative humidity are shown in **TABLES 7-12** below (AVP = Vasopressin).

| TABLE 7 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 |
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% |

| TABLE 8 |
|---|

PAR-VASO-0007079

| Samples stored upright at 25 °C and 60% Relative Humidity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% |

| TABLE 9 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Samples stored inverted at 25 °C and 60% Relative Humidity | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4% |

| TABLE 10 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 25 °C and 60% Relative Humidity | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 |
| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% |

PAR-VASO-0007080

| TABLE 11 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9% |

| TABLE 12 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% |

8.   The vasopressin and impurity amounts observed in the experiments conducted at 40 °C and 75% relative humidity are shown in **TABLES 13-18** below.

| TABLE 13 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |

PAR-VASO-0007081

| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |
|---|---|---|---|---|---|

| TABLE 14 | | | | | |
|---|---|---|---|---|---|
| **Samples stored Upright at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
| | Total Impurities: NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |

| TABLE 15 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |

| TABLE 16 | | | | | |
|---|---|---|---|---|---|
| **Samples stored Upright at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |

9

PAR-VASO-0007082

| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |

| **TABLE 17** | | | | | |
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |

| **TABLE 18** | | | | | |
| **Samples stored Upright at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |

9.      For each temperature tested, three lots of the vasopressin formulation were stored for 24 months (5 °C and 25 °C) and 3 months (40 °C), and measurements were taken at regular

10

PAR-VASO-0007083

intervals during the testing periods. The results of the above experiments suggest that storage in either an upright or inverted position did not markedly affect the stability of vasopressin. The samples held at 5 °C exhibited little fluctuation in vasopressin amounts over 24 months, and the amount of total impurities did not increase above 3% during the testing period (TABLES 1-6). The samples held at 25 °C and 60% relative humidity exhibited a decrease in vasopressin amount of about 10-12% after 24 months (TABLES 7-12). The amount of impurities observed in the samples stored at 25 °C and 60% relative humidity after 24 months exceeded 13% in some samples, whereas the amount of impurities observed in the samples stored at 5 °C did not exceed 3% after 24 months. After only three months, the samples held at 40 °C exhibited a decrease in the amount of vasopressin of about 10-12%. The amount of impurities observed at 40 °C exceeded 10% after three months, whereas the amount of impurities observed in the samples stored at 5 °C was less than 3% after three months (TABLES 13-18).

10.     As I understand, the claims submitted herewith cover storage of a vasopressin formulation between 2 °C and 8 °C. The results of the experiments performed at 5 °C provide surprising and unexpected results over the experiments performed at 25 °C and 40 °C. At 5 °C, a minimal change in the amount of vasopressin in a sample was observed even after two years of storage. The results obtained for samples stored at 5 °C are surprising and unexpected compared to the results obtained for samples stored at 25 °C and 40 °C because the latter exhibited vasopressin degradation and impurity accumulation over time; however, at 5 °C, vasopressin levels remained relatively stable with little accumulation of impurities.

12.     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that any willful false statements and the like so made are punishable by fine or imprisonment of not more than five (5) years, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent(s) issuing therefrom.

_____          08/11/2011
Sunil Vandse                                          Date

11

PAR-VASO-0007084

# APPENDICES

| APPENDIX A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | Glu4-AVP: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.8% | 0.9% | 1.0% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |

12

PAR-VASO-0007085

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | Total Impurities: NMT 17.0% | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 0 | 1 | 1 | 1 | 2 | 16 | 2 | 4 | 1 |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin† | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

PAR-VASO-0007086

| APPENDIX B | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | Glu4-AVP: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.7% | 0.9% | 1.0% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |

PAR-VASO-0007087

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 0 | 2 | 2 | 2 | 1 | 2 | 2 | 4 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin† | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| APPENDIX C | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored inverted at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |

PAR-VASO-0007088

| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Related Substances | Gly9-AVP: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.6% | 0.5% | 0.6% | 0.7% | 0.8% | 0.8% |
| | Glu4-AVP: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | NR | 0.1% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | 0.1% | 0.1% | NR | 0.1% | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |

16

PAR-VASO-0007089

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Impurities : NMT 17.0 % | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48 % | 0.48 % | 0.47 % | 0.48 % | 0.48 % | 0.49% | 0.48% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 1 | 15 | 2 | 3 | 2 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin † | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| APPENDIX D | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Results for Lot 310573F stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |

PAR-VASO-0007090

| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Related Substances | Gly9-AVP: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.8% | 0.7% |
| | Glu4-AVP: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.8% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |

18

PAR-VASO-0007091

| | UI-1.67: NMT 1.0% | NR | NR | NR | 0.2% | NR | NR | NR | NR | 0.2% |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 2 | 2 | 6 | 4 | 4 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin† | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| APPENDIX E | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |

PAR-VASO-0007092