| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Related Substances | Gly9-AVP: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
| | Glu4-AVP: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | 0.1% |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |

20

PAR-VASO-0007093

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Impurities : NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.47% | 0.47% | 0.48% | 0.48% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 2 | 1 | 2 | 1 | 4 | 2 | 1 | 3 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin† | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| APPENDIX F | | | |
|---|---|---|---|
| Samples stored upright at 5 °C | | | |
| Test | Acceptance Criteria | Initial | Time in months |

PAR-VASO-0007094

| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
| | Glu4-AVP: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | NR | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | 0.2% | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | 0.1% | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |

22

PAR-VASO-0007095

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47% | 0.48% | 0.48% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 3 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin† | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| APPENDIX G | | | |
|---|---|---|---|
| Samples stored inverted at 25 °C and 60% Relative Humidity | | | |
| Test | Acceptance Criteria | Initial | Time in months |

PAR-VASO-0007096

|  |  |  | **3** | **6** | **9** | **12** | **18** | **24** | **30** |
|---|---|---|---|---|---|---|---|---|---|
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 | --- |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.3% | 4.6% | --- |
|  | Glu4-AVP: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.2% | 3.7% | 5.2% | --- |
|  | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.5% | 0.5% | 0.4% | 0.2% | 0.3% | --- |
|  | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.3% | 0.4% | 0.5% | 0.7% | 1.0% | --- |
|  | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
|  | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
|  | UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | NR | 0.1% | --- |
|  | UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |
|  | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | --- |
|  | UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |

24

PAR-VASO-0007097

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| | UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| | UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| | UI-1.56-1.57: NMT 1.0% | NR | NR | <0.10 | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| | UI-1.60: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | NR | --- |
| | UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| | UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| | UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |
| | UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | 0.5% | --- |
| | Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% | --- |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.2 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47 | --- |

PAR-VASO-0007098

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 8 | 4 | 1 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | . | . | . | Pass | • | Pass | --- |
| Bacterial Endotoxin† | NMT 29 EU/mL | <1 | . | . | . | <1 | • | <1 | --- |

| APPENDIX H | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** | **30** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 | --- |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.2% | 4.5% | --- |
| | Glu4-AVP: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.3% | 3.6% | 5.0% | --- |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.2% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.4% | 0.7% | 0.9% | --- |

26

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |

PAR-VASO-0007100

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| | UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.3% | --- |
| | UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.5% | --- |
| | Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% | --- |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.47% | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 2 | 2 | 2 | 2 | 4 | 2 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin† | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| APPENDIX I | | |
|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** |

PAR-VASO-0007101

|  |  |  | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
|---|---|---|---|---|---|---|---|---|---|
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 | --- |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.5% | 1.9% | 3.1% | 4.4% | --- |
|  | Glu4-AVP: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |
|  | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | --- |
|  | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
|  | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
|  | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
|  | UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | --- |
|  | UI-0.83: NMT 1.0% | 0.2% | NR | 0.1% | NR | NR | 0.1% | 0.1% | --- |
|  | UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |

PAR-VASO-0007102

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |
| UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.6% | --- |

PAR-VASO-0007103

| Test | Acceptance Criteria | Initial | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
|---|---|---|---|---|---|---|---|---|---|
| Total Impurities : NMT 17.0% | | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.2 | 3.3 | 3.4 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.47% | 0.47% | 0.47% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 2 | 1 | 1 | 3 | 4 | 1 | 2 | --- |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin† | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| APPENDIX J | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 | --- |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.4% | 1.9% | 3.1% | 4.3% | --- |
| | Glu4-AVP: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |

PAR-VASO-0007104

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | --- |
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.30% | 0.30% | 0.30% | 0.20% | 0.20% | 0.20% | 0.3% | --- |
| UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | |
| UI-0.83: NMT 1.0% | 0.2% | NR | <0.10 | NR | NR | 0.1% | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |

32

PAR-VASO-0007105

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.4% | |
| | UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | |
| | UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| | UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | |
| | UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1 | |
| | UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.3 | |
| | UI-2.15-2.16: NMT 1.0% | NR | | NR | NR | NR | NR | 0.5 | |
| | Total Impurities : NMT 17.0% | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.47% | 0.47% | 0.48% | 0.46% | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 2 | 1 | 1 | 2 | 5 | 1 | 4 | --- |

PAR-VASO-0007106

| Test | Acceptance Criteria | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin† | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| APPENDIX K | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 | --- |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.0% | 3.2% | 4.5% | --- |
| | Glu4-AVP: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.8% | 2.2% | 3.7% | 5.0% | --- |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.5% | 0.7% | 1.0% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |

34

PAR-VASO-0007107

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | | 0.1% | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.26: NMT 1.0% | NR | NR | NR | NR | NR | NR | | |

PAR-VASO-0007108

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.35: NMT 1.0% | 0.3% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | |
| UI-2.09-2.10: NMT 1.0% | NR | 20.0% | NR | NR | NR | <0.10 | 0.1% | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.1% | NR | |
| Total Impurities : NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47% | 0.46% | 0.46% | 0.46% | 0.45% | --- |

PAR-VASO-0007109

| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 3 | 3 | 3 | 1 | 2 | --- |
|---|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin† | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| APPENDIX L | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 | --- |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.1% | 3.3% | 4.7% | --- |
| | Glu4-AVP: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.7% | 2.3% | 3.7% | 5.3% | --- |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.5% | 0.7% | 1.0% | --- |

37

PAR-VASO-0007110

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | 0.1% | NR | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.2% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |

PAR-VASO-0007111

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.26: NMT 1.0% | NR | NR | 0.4% | NR | NR | NR | NR | |
| UI-1.35: NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | NR | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1 % | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | |
| UI-2.09-2.10: NMT 1.0% | NR | NR | NR | NR | NR | <0.10 | NR | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.2% | NR | |
| Total Impurities : NMT 17.0% | 1.5% | 2.5 % | 3.7% | 4.7% | 5.9% | 9.1% | 13.3 % | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |

39

PAR-VASO-0007112

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.47% | 0.47% | 0.46% | 0.45 | 0.46 | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 0 | 1 | 3 | 7 | 0 | 3 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin† | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| APPENDIX M | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | Glu4-AVP: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |

PAR-VASO-0007113

| | | | | |
|---|---|---|---|---|
| Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.2% |
| UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0007114

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.05-2.08: NMT 1.0% | ND | ND | 0.2% | ND |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 % w/v | 0.49% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 |

| **APPENDIX N** |
|---|
| **Samples stored Upright at 40 °C** |

42

PAR-VASO-0007115

| Test | Acceptance Criteria | Initial | Time in months | | |
|------|--------------------|---------|------|------|------|
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | Glu4-AVP: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0007116

| | | | | |
|---|---|---|---|---|
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.3% | 0.3% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | ND |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
| UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |

44

PAR-VASO-0007117

| | Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
|---|---|---|---|---|---|
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.50% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 |

| APPENDIX O | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.1% | 0.9% | 2.2% | 3.6% |
| | Glu4-AVP: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |

PAR-VASO-0007118

| | | | | |
|---|---|---|---|---|
| Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | 0.3% | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | ND | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |

46

PAR-VASO-0007119

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.81-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.03-2.08: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| | UI-2.14: NMT 1.0% | ND | ND | 0.2% | ND |
| | Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |
| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 2 | 2 | 1 | 1 |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 |

**APPENDIX P**

47

| Samples stored Upright at 40 °C | | | | | |
|---|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.1% | 0.9% | 2.3% | 3.7% |
| | Glu4-AVP: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |

48

PAR-VASO-0007121

| | | | |
|---|---|---|---|
| UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 2.0% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
| UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| UI-2.14 : NMT 1.0% | ND | ND | ND | ND |

49

PAR-VASO-0007122

| | Total Impurities : NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |
|---|---|---|---|---|---|
| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.49% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 2 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| APPENDIX Q | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.2% | 0.9% | 2.2% | 3.8% |
| | Glu4-AVP: NMT 6.0% | 0.1% | 1.0% | 2.4% | 4.0% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |

PAR-VASO-0007123

| | | | | |
|---|---|---|---|---|
| Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |

PAR-VASO-0007124

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.81-1.85: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.86-1.88: NMT 1.0% | ND | 0.1% | 0.2% | ND |
| | UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| | UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| | Total Impurities : NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.46% | 0.46% |
| Particulate Matter (USP) | NMT 6000 ($\geq 10 \mu m$) | 2 | 2 | 1 | 1 |

PAR-VASO-0007125

| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|

| APPENDIX R | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| Related Substances | Gly9-AVP: NMT 6.0% | 0.2% | 1.0% | 2.2% | 3.9% |
| | Glu4-AVP: NMT 6.0% | 0.1% | 1.1% | 2.4% | 4.2% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 50.0% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |

53

PAR-VASO-0007126

| | | | | |
|---|---|---|---|---|
| UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | ND | ND |
| UI-1.86-1.88: NMT 1.0% | ND | 0.1% | 0.2% | ND |

PAR-VASO-0007127

|  | | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
|  | UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
|  | UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.1% |
|  | UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
|  | Total Impurities : NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47% | 0.45% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 1 | 1 |
|  | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

PAR-VASO-0007128

# Electronic Acknowledgement Receipt

| EFS ID: | 23213659 |
|---|---|
| Application Number: | 14717877 |
| International Application Number: | |
| Confirmation Number: | 1722 |
| Title of Invention: | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| First Named Inventor/Applicant Name: | Matthew Kenney |
| Customer Number: | 21971 |
| Filer: | Trisha Agrawal |
| Filer Authorized By: | |
| Attorney Docket Number: | 47956-702.301 |
| Receipt Date: | 14-AUG-2015 |
| Filing Date: | 20-MAY-2015 |
| Time Stamp: | 15:21:23 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 47956_702_301_OAResponse08142015.pdf | 50186<br>931fc2ecd130a2f758d1af61033ad75336ed fb83 | yes | 12 |

PAR-VASO-0007129

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| Document Description | | Start | End |
| Amendment/Req. Reconsideration-After Non-Final Reject | | 1 | 1 |
| Specification | | 2 | 2 |
| Claims | | 3 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | | 6 | 12 |

**Warnings:**

**Information:**

| 2 | Affidavit-traversing rejectns or objectns rule 132 | 47956_702_301_Sunil_132declaration_TABLE.pdf | 276017 c07d48de5722bfd9b625bd3409cf08cbbcd524ed | no | 55 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 326203 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0007130

| Electronic Petition Request | **TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE PATENTING REJECTION OVER A PENDING "REFERENCE" APPLICATION** |
|---|---|
| Application Number | 14717877 |
| Filing Date | 20-May-2015 |
| First Named Inventor | Matthew Kenney |
| Attorney Docket Number | 47956-702.301 |
| Title of Invention | |
| | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |

☒ Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action

☒ This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent Interest |
|---|---|
| PAR PHARMACEUTICALS, INC. | 100% |

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application Number(s)

14610579    filed on  01/30/2015

14610488    filed on  01/30/2015

14610594    filed on  01/30/2015

as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the reference application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on said reference application, "as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application," in the event that any such patent granted on the pending reference application: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

PAR-VASO-0007131

○ Terminal disclaimer fee under 37 CFR 1.20(d) is included with Electronic Terminal Disclaimer request.

○ I certify, in accordance with 37 CFR 1.4(d)(4), that the terminal disclaimer fee under 37 CFR 1.20(d) required for this terminal disclaimer has already been paid in the above-identified application.

Applicant claims the following fee status:

○ Small Entity

○ Micro Entity

◉ Regular Undiscounted

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

THIS PORTION MUST BE COMPLETED BY THE SIGNATORY OR SIGNATORIES

I certify, in accordance with 37 CFR 1.4(d)(4) that I am:

◉ An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

   Registration Number   73212

○ A sole inventor

○ A joint inventor; I certify that I am authorized to sign this submission on behalf of all of the inventors as evidenced by the power of attorney in the application

○ A joint inventor; all of whom are signing this request

| Signature | /Trisha Agrawal/ |
|---|---|
| Name | Trisha Agrawal |

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

PAR-VASO-0007132

# Electronic Patent Application Fee Transmittal

| Application Number: | 14717877 |
|---|---|
| Filing Date: | 20-May-2015 |
| Title of Invention: | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| First Named Inventor/Applicant Name: | Matthew Kenney |
| Filer: | Trisha Agrawal |
| Attorney Docket Number: | 47956-702.301 |

Filed as Large Entity

Filing Fees for  Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Statutory or Terminal Disclaimer | 1814 | 1 | 160 | 160 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

PAR-VASO-0007133

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **160** |

Application No.: 14717877

Filing Date:     20-May-2015

Applicant/Patent under Reexamination:     Kenney et al.

Electronic Terminal Disclaimer filed on     August 14, 2015

☒     APPROVED

**This patent is subject to a terminal disclaimer**

☐     DISAPPROVED

Approved/Disapproved by: Electronic Terminal Disclaimer automatically approved by EFS-Web

U.S. Patent and Trademark Office

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23213467 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 14-AUG-2015 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 15:25:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $160 |
| RAM confirmation Number | 10734 |
| Deposit Account | 232415 |
| Authorized User | AGRAWAL, TRISHA |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
|     Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0007136

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Electronic Terminal Disclaimer-Filed | eTerminal-Disclaimer.pdf | 35396<br>80a8d65905d7915fc08662c49e5481616ecf7701 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30631<br>e05cc466b457f54cad75ae7057852614463 97382 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 66027 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

### New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

### National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

### New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0007137

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | **Complete if Known** | |
|---|---|---|---|---|
| Substitute for form 1449/PTO | | Application Number | 14/717,877 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Filing Date | May 20, 2015 | |
| | | First Named Inventor | Matthew Kenney | |
| | | Art Unit | 1675 | |
| | | Examiner Name | Christina Bradley | |
| Sheet | 1 of 12 | Attorney Docket Number | 47956-702.301 | |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US 2006/0293243 A1 | 12/28/2006 | Puri et al. | |
| | 2. | US 2007/0059285 A1 | 03/15/2007 | Samaritani et al. | |
| | 3. | US 2007/0190047 A1 | 08/16/2007 | Brych et al. | |
| | 4. | US 2007/0292391 A1 | 12/20/2007 | Samaritani et al. | |
| | 5. | US 2010/0234276 A1 | 09/16/2010 | Mizushima et al. | |
| | 6. | US 2010/0273709 A1 | 10/28/2010 | Aston et al. | |
| | 7. | US 2013/0011378 A1 | 01/10/2013 | Yang et al. | |
| | 8. | US 2013/0115231 A1 | 05/09/2013 | Hong et al. | |
| | 9. | US 5,811,399 | 09/22/1998 | Khavinson et al. | |
| | 10. | US 5,902,790 | 05/11/1999 | Green et al. | |
| | 11. | US 5,972,894 | 10/26/1999 | Sinackevich et al. | |
| | 12. | US 6,143,722 | 11/07/2000 | Melin et al. | |

### UNPUBLISHED PATENT APPLICATIONS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 13. | N/A | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] – Number[4] – Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 14. | N/A | | | | |

Continued on the next page with more references.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007138

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | | **Complete if Known** |
|---|---|---|---|---|
| Substitute for form 1449/PTO | | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Filing Date | May 20, 2015 |
| | | | First Named Inventor | Matthew Kenney |
| | | | Art Unit | 1675 |
| | | | Examiner Name | Christina Bradley |
| Sheet | 2 | of | 12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 15. | AHFS DRUG INFORMATION. VASOPRESSIN. Pituitary. 2011; 68:28, 3261-3263. | |
| | 16. | ALTEN, et al. Early initiation of arginine vasopressin infusion in neonates after complex cardiac surgery. Pediatr Crit Care Med. 2012 May;13(3):300-4. doi: 10.1097/PCC.0b013e31822f1753. | |
| | 17. | ANGUS, et al. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. Crit Care Med. 2001 Jul;29(7):1303-10. | |
| | 18. | ARGENZIANO, et al. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation. 1997 Nov 4;96(9 Suppl):II-286-90. | |
| | 19. | ARGENZIANO, et al. Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant. 1999 Aug;18(8):814-7. | |
| | 20. | ARGENZIANO, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg. 1998 Dec;116(6):973-80. | |
| | 21. | BARR, et al. Similarity of arterial and intravenous vasopressin on portal and systemic hemodynamics. Gastroenterology. 1975 Jul;69(1):13-9. | |
| | 22. | BAUER, et al. Arginine vasopressin for the treatment of septic shock in adults. Pharmacotherapy. 2010 Oct;30(10):1057-71. doi: 10.1592/phco.30.10.1057. | |
| | 23. | BAUER, et al. Effect of corticosteroids on arginine vasopressin-containing vasopressor therapy for septic shock: a case control study. J Crit Care. 2008 Dec;23(4):500-6. doi: 10.1016/j.jcrc.2008.04.002. Epub 2008 Jun 30. | |
| | 24. | BENEDINI, et al. New antianginal nitro esters with reduced hypotensive activity. Synthesis and pharmacological evaluation of 3-[(nitrooxy)alkyl]-2H-1,3-benzoxazin-4(3H)-ones. J Med Chem. 1995 Jan 6;38(1):130-6. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007139

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |

| Sheet | 3 | of | 12 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 25. | BRIERLEY, et al. Clinical practice parameters for hemodynamic support of pediatric and neonatal septic shock: 2007 update from the American College of Critical Care Medicine. Crit Care Med. 2009 Feb;37(2):666-88. doi: 10.1097/CCM.0b013e31819323c6. | |
| | 26. | BRUN-BUISSON. The epidemiology of the systemic inflammatory response. Intensive Care Med. 2000;26 Suppl 1:S64-74. | |
| | 27. | BURBACH, et al. Difference in susceptibility of arginine-vasopressin and oxytocin to aminopeptidase activity in brain synaptic membranes. Biochem Biophys Res Commun. 1982 Oct 15;108(3):1165-71. | |
| | 28. | CHOONG, et al. Vasopressin in pediatric shock and cardiac arrest. Pediatr Crit Care Med. 2008 Jul;9(4):372-9. doi: 10.1097/PCC.0b013e318172d7c8. | |
| | 29. | CHOONG, et al. Vasopressin in pediatric vasodilatory shock: a multicenter randomized controlled trial. Am J Respir Crit Care Med. 2009 Oct 1;180(7):632-9. doi: 10.1164/rccm.200902-0221OC. Epub 2009 Jul 16. | |
| | 30. | CZACZKES, et al. Physiologic Studies of Antidiuretic Hormone by Its Direct Measurement in Human Plasma. J Clin Invest. 1964 Aug;43:1625-40. | |
| | 31. | DAHLBORN, et al. Effects of dehydration and arginine vasopressin infusions on the production of milk and the morphology of the goat udder. J Dairy Res. 1990 Nov;57(4):479-87. | |
| | 32. | DAVISON, et al. Changes in the metabolic clearance of vasopressin and in plasma vasopressinase throughout human pregnancy. J Clin Invest. 1989 Apr;83(4):1313-8. | |
| | 33. | DELLINGER, et al. Surviving Sepsis Campaign: international guidelines for management of severe sepsis and septic shock: 2008. Crit Care Med. 2008 Jan;36(1):296-327. | |
| | 34. | DUNSER, et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation. 2003 May 13;107(18):2313-9. Epub 2003 May 5. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | *Complete if Known* |
|---|---|
| Substitute for form 1449/PTO | |
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE** | Filing Date | May 20, 2015 |
| **STATEMENT BY APPLICANT** | First Named Inventor | Matthew Kenney |
| *(Use as many sheets as necessary)* | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet | 4 | of | 12 | Attorney Docket Number | 47956-702.301 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 35. | DUNSER, et al. Cardiac performance during vasopressin infusion in postcardiotomy shock. Intensive Care Med. 2002 Jun;28(6):746-51. Epub 2002 Apr 30. | |
| | 36. | EDEN, et al. Ventricular arrhythmia induced by vasopressin: torsade de pointes related to vasopressin-induced bradycardia. Mt Sinai J Med. 1983 Jan-Feb;50(1):49-51. | |
| | 37. | EDWARDS, et al. Renal microvascular effects of vasopressin and vasopressin antagonists. Am J Physiol. 1989 Feb;256(2 Pt 2):F274-8. | |
| | 38. | EMSLEY, et al. Impaired water excretion and elevated plasma vasopressin in patients with alcohol-withdrawal symptoms. Q J Med. 1987 Aug;64(244):671-8. | |
| | 39. | EPSTEIN, et al. Coronary revascularization trends in the United States, 2001-2008. JAMA. 2011 May 4;305(17):1769-76. doi: 10.1001/jama.2011.551 | |
| | 40. | ERMISCH, et al. Improved behavioral performance of rats after pre- and postnatal administration of vasopressin. Exp Clin Endocrinol. 1987 Aug;90(1):17-25. | |
| | 41. | ERTMER, et al. Methylprednisolone reverses vasopressin hyporesponsiveness in ovine endotoxemia. Shock. 2007 Mar;27(3):281-8. | |
| | 42. | FABIAN, et al. The clearance and antidiuretic potency of neurohypophysial hormones in man, and their plasma binding and stability. J Physiol. 1969 Oct;204(3):653-68. | |
| | 43. | FAIGEL, et al. Torsade de pointes complicating the treatment of bleeding esophageal varices: association with neuroleptics, vasopressin, and electrolyte imbalance. Am J Gastroenterol. 1995 May;90(5):822-4. | |
| | 44. | FORSLING, et al. Permeability of the foetal guinea-pig placenta to arginine-vasopressin. Endocrinol. 1977 Mar;72(3):409-10. | |
| | 45. | FORSLING, et al. The role of the pineal in the control of the daily patterns of neurohypophysial hormone secretion. J Pineal Res. 1993 Jan;14(1):45-51. | |
| | 46. | GIBSON, et al. Ovine fetal cardiovascular, renal, and fluid balance responses to 3 days of high arginine vasopressin levels. Am J Physiol. 1997 Apr;272(4 Pt 2):R1069-76. | |
| | 47. | GINSBURG, et al. The clearance of injected vasopressin from the circulation and its fate in the body. J Endocrinol. 1953 Jul;9(3):283-91. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007141

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |

| Sheet | 5 | of | 12 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 48. | GORDON, et al. The effects of vasopressin on acute kidney injury in septic shock. Intensive Care Med. 2010 Jan;36(1):83-91. doi: 10.1007/s00134-009-1687-x. Epub 2009 Oct 20. | |
| | 49. | GRAYBIEL, et al. Circulatory effects following the intravenous administration of pitressin in normal persons and in patients with hypertension and angina pectoris. Boston, Mass. 1941; 481-489. | |
| | 50. | GROLLMAN, et al. The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary liquid (pituitrin), pi-tressin and pitocin. Johns Hopkins Univeristy School of Medicine. May 25, 1932; 447-460. | |
| | 51. | GROSZMANN, et al. Nitroglycerin improves the hemodynamic response to vasopressin in portal hypertension. Hepatology. 1982 Nov-Dec;2(6):757-62. | |
| | 52. | HARTLEY, et al. Plasma vasopressin concentrations and Fos protein expression in the supraoptic nucleus following osmotic stimulation or hypovolaemia in the ovariectomized rat: effect of oestradiol replacement. J Neuroendocrinol. 2004 Mar;16(3):191-7. | |
| | 53. | HARTLEY, et al. Renal response to arginine vasopressin during the oestrous cycle in the rat: comparison of glucose and saline infusion using physiological doses of vasopressin. Exp Physiol. 2002 Jan;87(1):9-15. | |
| | 54. | HASIJA, et al. Prophylactic vasopressin in patients receiving the angiotensin-converting enzyme inhibitor ramipril undergoing coronary artery bypass graft surgery. J Cardiothorac Vasc Anesth. 2010 Apr;24(2):230-8. doi: 10.1053/j.jvca.2009.08.001. Epub 2009 Oct 28. | |
| | 55. | HAVEL, et al. Vasopressors for hypotensive shhock (review). The Cochrane Library, 2011 Issue 5. 76 pages. | |
| | 56. | HIRAMATSU, et al. Antagonizing substances obtained from whale heart extract to vasopressin induced myocardial hypoxia. Jpn J Pharmacol. 1970 Sep;20(3):313-24 | |
| | 57. | HIRATA, et al. Effect of JTV-506, a novel vasodilator, on experimental angina model in rats. J Cardiovasc Pharmacol. 1998 Feb;31(2):322-6. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007142

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | *Complete if Known* |
|---|---|---|
| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet __6__ of __12__ | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 58. | HOLMES, et al. Arginine vasopressin in the treatment of vasodilatory septic shock. Best Pract Res Clin Anaesthesiol. 2008 Jun;22(2):275-86. | |
| | 59. | HOLMES, et al. Physiology of vasopressin relevant to management of septic shock. Chest. 2001 Sep;120(3):989-1002. | |
| | 60. | HOLMES, et al. Science review: Vasopressin and the cardiovascular system part 1-- receptor physiology. Crit Care. 2003 Dec;7(6):427-34. Epub 2003 Jun 26. | |
| | 61. | HOLMES, et al. Science Review: Vasopressin and the cardiovascular system part 2 - clinical physiology. Crit Care. 2004 Feb;8(1):15-23. Epub 2003 Jun 26. | |
| | 62. | HOLMES, et al. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med. 2001 Aug;27(8):1416-21. | |
| | 63. | IWASHYNA, et al. Long-term cognitive impairment and functional disability among survivors of severe sepsis. JAMA. 2010 Oct 27;304(16):1787-94. doi: 10.1001/jama.2010.1553. | |
| | 64. | JACKSON. Vasopressin and other agents affecting the renal conservation of water. The Pharmacological Basis of Therapeutics. Chapter 29. 2006; 771-788. | |
| | 65. | KARASAWA, et al. Antianginal effects of the new calcium antagonist benidipine hydrochloride in anesthetized rats and spontaneously hypertensive rats. Electrocardiographic study. Arzneimittelforschung. 1988 Nov;38(11A):1702-7. | |
| | 66. | KARMAZYN, et al. Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. Endocrinology. 1978 Apr;102(4):1230-6 | |
| | 67. | KELLY, et al. Vasopressin provocation of ventricular dysrhythmia. Ann Intern Med. 1980 Feb;92(2 Pt 1):205-6. | |
| | 68. | KING, et al. Pharmacokinetics of vasopressin and atrial natriuretic peptide in anesthetized rabbits. Endocrinology. 1989 Jan;124(1):77-83. | |
| | 69. | KRISTELLER, et al. Transient diabetes insipidus after discontinuation of therapeutic vasopressin. Pharmacotherapy. 2004 Apr;24(4):541-5. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | **Complete if Known** | |
|---|---|---|---|
| Substitute for form 1449/PTO | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Filing Date | May 20, 2015 |
| | | First Named Inventor | Matthew Kenney |
| | | Art Unit | 1675 |
| | | Examiner Name | Christina Bradley |
| Sheet | 7 | of | 12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 70. | KUPFERSCHMIDT, et al. [Clinico-pharmacological case (2). Bradycardia and ventricular tachycardia of the torsades de pointes type as a side effect of vasopressin: 3 case reports]. Praxis (Bern 1994). 1996 Mar 12;85(11):340-3. )in German with English abstract] | |
| | 71. | LAM, et al. Lack of an effect of body mass on the hemodynamic response to arginine vasopressin during septic shock. Pharmacotherapy. 2008 May;28(5):591-9. doi: 10.1592/phco.28.5.591. | |
| | 72. | LANDRY, et al. The pathogenesis of vasodilatory shock. N Engl J Med. 2001 Aug 23;345(8):588-95. | |
| | 73. | LANDRY, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation. 1997 Mar 4;95(5):1122-5. | |
| | 74. | LAUZIER, et al. Vasopressin or norepinephrine in early hyperdynamic septic shock: a randomized clinical trial. Intensive Care Med. 2006 Nov;32(11):1782-9. Epub 2006 Sep 22 | |
| | 75. | LECHNER, et al. Arginine-vasopressin in neonates with vasodilatory shock after cardiopulmonary bypass. Eur J Pediatr. 2007 Dec;166(12):1221-7. Epub 2007 Jan 16 | |
| | 76. | LEVIN, et al. Early on-cardiopulmonary bypass hypotension and other factors associated with vasoplegic syndrome. Circulation. 2009 Oct 27;120(17):1664-71. doi: 10.1161/CIRCULATIONAHA.108.814533. Epub 2009 Oct 12. | |
| | 77. | LEVIN, et al. Methylene blue reduces mortality and morbidity in vasoplegic patients after cardiac surgery. Ann Thorac Surg. 2004 Feb;77(2):496-9. | |
| | 78. | LEVY, et al. 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. Crit Care Med. 2003 Apr;31(4):1250-6. | |
| | 79. | LITTLE, et al. Vasopressin alone or with epinephrine may be superior to epinephrine in a clinically relevant porcine model of pulseless electrical activity cardiac arrest. Am J Emerg Med. 2006 Nov;24(7):810-4. | |
| | 80. | LUCKNER, et al. Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med. 2005 Nov;33(11):2659-66. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007144

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet \| 8 \| of \| 12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 81. | LUCKNER, et al. Comparison of two dose regimens of arginine vasopressin in advanced vasodilatory shock. Crit Care Med. 2007 Oct;35(10):2280-5. | |
| | 82. | MALAY, et al. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma. 1999 Oct;47(4):699-703; discussion 703-5. | |
| | 83. | MANDER, et al. Fluid balance, vasopressin and withdrawal symptoms during detoxification from alcohol. Drug Alcohol Depend. 1989 Dec;24(3):233-7. | |
| | 84. | MARTIN, et al. The epidemiology of sepsis in the United States from 1979 through 2000. N Engl J Med. 2003 Apr 17;348(16):1546-54. | |
| | 85. | MAURO, et al. Torsade de pointes in a patient receiving intravenous vasopressin. Crit Care Med. 1988 Feb;16(2):200-1. | |
| | 86. | MAYR, et al. Infection rate and acute organ dysfunction risk as explanations for racial differences in severe sepsis. JAMA. 2010 Jun 23;303(24):2495-503. doi: 10.1001/jama.2010.851. | |
| | 87. | MEKONTSO-DESSAP, et al. Risk factors for post-cardiopulmonary bypass vasoplegia in patients with preserved left ventricular function. Ann Thorac Surg. 2001 May;71(5):1428-32. | |
| | 88. | MEYER, et al. Vasopressin in catecholamine-refractory shock in children. Anaesthesia. 2008 Mar;63(3):228-34. Epub 2007 Dec 13. | |
| | 89. | MIYAKE, et al. Cardiovascular responses to norepinephrine and arginine vasopressin infusion in chronically catheterized fetal lambs. J Reprod Med. 1991 Oct;36(10):735-40. | |
| | 90. | MIYAZAKI, et al. Bioavailability assessment of arginine-vasopressin (AVP) using pharmacokinetic-pharmacodynamic (PK-PD) modeling in the rat. Biol Pharm Bull. 2000 Jan;23(1):87-96. | |
| | 91. | MORALES, et al. Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surg. 2000 Jan;69(1):102-6. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007145

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |

| Sheet | 9 | of | 12 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 92. | MORALES, et al. Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation. 1999 Jul 20;100(3):226-9. | |
| | 93. | MORI, et al. Pharmacological profile of semotiadil fumarate, a novel calcium antagonist, in rat experimental angina model. Br J Pharmacol. 1995 Sep;116(1):1668-72. | |
| | 94. | MOSES, et al. Urinary and metabolic clearances of arginine vasopressin in normal subjects. Am J Physiol. 1986 Aug;251(2 Pt 2):R365-70. | |
| | 95. | NYGREN, et al. Vasopressin decreases intestinal mucosal perfusion: a clinical study on cardiac surgery patients in vasodilatory shock. Acta Anaesthesiol Scand. 2009 May;53(5):581-8. doi: 10.1111/j.1399-6576.2008.01900.x. Epub 2009 Feb 23. | |
| | 96. | Office action dated 06/05/2015 for US Application No. 14/717,882. | |
| | 97. | Office action dated 07/20/2015 for US Application No. 14/610,499. | |
| | 98. | Office action dated 07/28/2015 for US Application No. 14/610,579. | |
| | 99. | Office action dated 07/28/2015 for US Application No. 14/610,594. | |
| | 100. | Office action dated 07/31/2015 for US Application No. 14/610,488. | |
| | 101. | OLIVER, et al. On the Physiological Action of Extracts of Pituitary Body and certain other Glandular Organs: Preliminary Communication. J Physiol. 1895 Jul 18;18(3):277-9. | |
| | 102. | OLSSON, et al. Vasopressin increases milk flow and milk fat concentration in the goat. Acta Physiol Scand. 2003 Feb;177(2):177-84. | |
| | 103. | OOSTERBAAN, et al. Amniotic oxytocin and vasopressin in relation to human fetal development and labour. Early Hum Dev. 1989 Jul;19(4):253-62. | |
| | 104. | PAPADOPOULOS, et al. Perioperative infusion of low- dose of vasopressin for prevention and management of vasodilatory vasoplegic syndrome in patients undergoing coronary artery bypass grafting-A double-blind randomized study. J Cardiothorac Surg. 2010 Mar 28;5:17. doi: 10.1186/1749-8090-5-17. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet  10  of  12 | Attorney Docket Number | 47956-702.301 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 105. | PATEL, et al. Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology. 2002 Mar;96(3):576-82. | |
| | 106. | PINSKY. Septic Shock. Medscape review. Updated August 13, 2012. 22 pages. | |
| | 107. | PRENGEL, et al. Effects of combined administration of vasopressin, epinephrine, and norepinephrine during cardiopulmonary resuscitation in pigs. Crit Care Med. 2005 Nov;33(11):2587-91. | |
| | 108. | Product Insert for Pitressin. Vasopressin injection. Par Pharmaceuticals. Revised November 2014. | |
| | 109. | Product Insert for Vasopressin Injection. American Regent. Revised August 2011. | |
| | 110. | Product Insert for Vasopressin Injection. Fresenius Kabi. Revised April 2014. | |
| | 111. | Product Insert for Vasopressin Injection. Fresenius Kabi. Revised July 2014. | |
| | 112. | RISBERG, et al. Plasma vasopressin, oxytocin, estradiol, and progesterone related to water and sodium excretion in normal pregnancy and gestational hypertension. Acta Obstet Gynecol Scand. 2009;88(6):639-46. doi: 10.1080/00016340902919002. | |
| | 113. | ROSENZWEIG, et al. Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation. 1999 Nov 9;100(19 Suppl):II182-6 | |
| | 114. | ROSS, et al. Amniotic fluid ionic concentration in response to chronic fetal vasopressin infusion. Am J Physiol. 1985 Sep;249(3 Pt 1):E287-91. | |
| | 115. | RUSSELL, et al. Interaction of vasopressin infusion, corticosteroid treatment, and mortality of septic shock. Crit Care Med. 2009 Mar;37(3):811-8. doi: 10.1097/CCM.0b013e3181961ace. | |
| | 116. | RUSSELL, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med. 2008 Feb 28;358(9):877-87. doi: 10.1056/NEJMoa067373. | |
| | 117. | RUSSELL, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med. 2008 Feb 28;358(9):877-87. doi: 10.1056/NEJMoa067373. Supplemental materials. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007147

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |

| Sheet | 11 | of | 12 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 118. | RUSSELL. Vasopressin in vasodilatory and septic shock. Curr Opin Crit Care. 2007 Aug;13(4):383-91. | |
| | 119. | RYSA, et al. Early left ventricular gene expression profile in response to increase in blood pressure. Blood Press. 2006;15(6):375-83. | |
| | 120. | SASAKI, et al. Antianginal effects of lercanidipine on the vasopressin or methacholine induced anginal model in rats. Biol Pharm Bull. 2005 May;28(5):811-6. | |
| | 121. | SATOH, et al. Effects of Rho-kinase inhibitor on vasopressin-induced chronic myocardial damage in rats. Life Sci. 2002 Nov 22;72(1):103-12. | |
| | 122. | SCHRIER. Systemic arterial vasodilation, vasopressin, and vasopressinase in pregnancy. J Am Soc Nephrol. 2010 Apr;21(4):570-2. doi: 10.1681/ASN.2009060653. Epub 2009 Dec 3. | |
| | 123. | SNIJDEWINT, et al. Body and brain growth following continuous perinatal administration of arginine- and lysine-vasopressin to the homozygous Brattleboro rat. Brain Res. 1985 Oct;354(2):269-77. | |
| | 124. | STUDER, et al. Resuscitation from cardiac arrest with adrenaline/epinephrine or vasopressin: effects on intestinal mucosal tonometer pCO(2) during the postresuscitation period in rats. Resuscitation. 2002 May;53(2):201-7. | |
| | 125. | SUN, et al. Effect of peripheral injection of arginine vasopressin and its receptor antagonist on burn shock in the rat. Neuropeptides. 1990 Sep;17(1):17-22. | |
| | 126. | SWENSON, et al. Prenatal exposure to AVP or caffeine but not oxytocin alters learning in female rats. Peptides. 1990 Sep-Oct;11(5):927-32 | |
| | 127. | TAIVAINEN, et al. Role of plasma vasopressin in changes of water balance accompanying acute alcohol intoxication. Alcohol Clin Exp Res. 1995 Jun;19(3):759-62. | |
| | 128. | TINIUS, et al. Prenatal administration of arginine vasopressin impairs memory retrieval in adult rats. Peptides. 1987 May-Jun;8(3):493-9. | |
| | 129. | TOMITA, et al. Vasopressin dose-response effects on fetal vascular pressures, heart rate, and blood volume. Am J Physiol. 1985 Nov;249(5 Pt 2):H974-80. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007148

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet  12  of  12 | Attorney Docket Number | 47956-702.301 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 130. | TORGERSEN, et al. Comparing two different arginine vasopressin doses in advanced vasodilatory shock: a randomized, controlled, open-label trial. Intensive Care Med. 2010 Jan;36(1):57-65. doi: 10.1007/s00134-009-1630-1. Epub 2009 Sep 15. | |
| | 131. | TRABERT, et al. Inappropriate vasopressin secretion in severe alcohol withdrawal. Acta Psychiatr Scand. 1992 May;85(5):376-9. | |
| | 132. | TSUKADA, et al. Pharmacological characterization of YM471, a novel potent vasopressin V(1A) and V(2) receptor antagonist. Eur J Pharmacol. 2002 Jun 20;446(1-3):129-38. | |
| | 133. | VARLINSKAYA, et al. Behavioral effects of centrally administered arginine vasopressin in the rat fetus. Behav Neurosci. 1994 Apr;108(2):395-409. | |
| | 134. | WALLEY. Shock. Principles of Critical Care. 3rd Ed. 2005; Chapter 21. 249-265. | |
| | 135. | WENZEL, et al. Employing vasopressin during cardiopulmonary resuscitation and vasodilatory shock as a lifesaving vasopressor. Cardiovasc Res. 2001 Aug 15;51(3):529-41. | |
| | 136. | WUBE, et al. A differential response in the reproductive system and energy balance of spiny mice Acomys populations to vasopressin treatment. Comp Biochem Physiol A Mol Integr Physiol. 2008 Dec;151(4):499-504. doi: 10.1016/j.cbpa.2008.06.027. Epub 2008 Jun 29. | |
| | 137. | XIE, et al. Remodeling of capillary network in left ventricular subendocardial tissues induced by intravenous vasopressin administration. Microcirculation. 1997 Jun;4(2):261-6. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0007149

## Preparations

Excipients in commercially available drug preparations may have clinically important effects in some individuals; consult specific product labeling for details.

### Desmopressin Acetate

**Nasal**

| | | |
|---|---|---|
| Solution* | 0.1 mg/mL* | DDAVP® Nasal Spray (with spray pump), Sanofi-Aventis |
| | | DDAVP® Rhinal Tube (with 2 calibrated nasal tubes; refrigerate), Sanofi-Aventis |
| | | Desmopressin Acetate Nasal Spray, Apotex, Bausch & Lomb |
| | | Desmopressin Acetate Rhinal Tube (with 2 calibrated nasal tubes; refrigerate), Ferring |
| | | Minirin®, Ferring |
| | 1.5 mg/mL* | Desmopressin Acetate Nasal Spray |
| | | Stimate® Nasal Spray (with spray pump), CSL Behring |

**Oral**

| | | |
|---|---|---|
| Tablets | 0.1 mg* | DDAVP®, Sanofi-Aventis |
| | | Desmopressin Acetate Tablets |
| | 0.2 mg* | DDAVP®, Sanofi-Aventis |
| | | Desmopressin Acetate Tablets |

**Parenteral**

| | | |
|---|---|---|
| Injection | 4 mcg/mL* | DDAVP®, Sanofi-Aventis |
| | | Desmopressin Acetate Injection |

*available from one or more manufacturer, distributor, and/or repackager by generic (nonproprietary) name

†Use is not currently included in the labeling approved by the US Food and Drug Administration

*Selected Revisions January 2009. © Copyright, March 1979, American Society of Health-System Pharmacists, Inc.*

## Vasopressin

Antidiuretic Hormone, ADH

■ Vasopressin (antidiuretic hormone), a polypeptide hormone secreted by the neurons of the supraoptic and paraventricular nuclei of the hypothalamus and stored in the posterior pituitary (neurohypophysis) in mammals; the primary physiologic role of vasopressin is to maintain serum osmolality within a normal range, but the hormone also causes vasoconstriction.

## Uses

■ **Diabetes Insipidus** Vasopressin preparations are used to prevent or control polydypsia, polyuria, and dehydration in patients with diabetes insipidus caused by a deficiency of endogenous posterior pituitary antidiuretic hormone (neurohypophyseal diabetes insipidus). Vasopressin injection may be used in the initial or emergency treatment of the disease, but, because of its short duration of action, its use is impractical for chronic therapy. Intranasal aqueous vasopressin may be effective for daily maintenance therapy and the degree of absorption is usually adequate to control mild diabetes insipidus. Transient polyuria due to antidiuretic hormone deficiency may also accompany neurosurgery or head injury, in which case careful administration of vasopressin injection may correct fluid imbalance. Vasopressin is not effective in controlling polyuria caused by renal disease, nephrogenic diabetes insipidus, hypokalemia or hypercalcemia, or polyuria secondary to the administration of demeclocycline or lithium carbonate.

For mild diabetes insipidus, lypressin or chlorpropamide is preferred to vasopressin by many clinicians. Thiazide diuretics are useful in mild diabetes insipidus but will usually decrease urine flow by no more than 30–50%; these diuretics may be used in conjunction with vasopressin. A synthetic analog of vasopressin, desmopressin, which has a longer duration of action and a lesser incidence of adverse effects than does vasopressin, is considered by some clinicians to be the drug of choice for the treatment of diabetes insipidus.

■ **Cardiopulmonary Resuscitation** The American Heart Association (AHA) states that vasopressin (arginine vasopressin) is used for its vasopressor effects as a nonadrenergic peripheral vasoconstrictor and one dose of vasopressin may replace the first or second dose of epinephrine in the treatment of ventricular fibrillation, pulseless ventricular tachycardia, asystole, or pulseless electrical activity in advanced cardiovascular life support† (ACLS) during cardiopulmonary resuscitation (CPR). Vasopressin appears to be comparably effective to epinephrine in patients with cardiac arrest (presented with ventricular fibrillation or pulseless electrical activity); however, conflicting evidence exists whether vasopressin is more effective than epinephrine in patients with asystolic cardiac arrest. (See Pharmacology.) Vasopressin may enhance the probability of return of spontaneous circulation (ROSC), survival to hospital ad-

mission, as well as hospital discharge. In patients with cardiac arrest refractory to standard ACLS, vasopressin has induced increased blood pressure and, in some cases, ROSC; many patients also responded with an increase in coronary artery pressure. Patients with asystolic cardiac arrest who do not respond to initial doses of vasopressin with ROSC may respond to the addition of epinephrine; this differs from experience with epinephrine where the likelihood of response to the catecholamine following initial failure is far less than when vasopressin is used initially. However, the optimal timing of vasopressin administration in relation to epinephrine use during cardiac arrest has not been fully established (i.e., vasopressin as the first versus second epinephrine dose).

In a study in a limited number of patients with out-of-hospital ventricular fibrillation, a larger proportion of patients initially treated with vasopressin (40 units IV) were successfully resuscitated and survived 24 hours compared with those treated with epinephrine (1 mg IV); however, there was no difference in survival to hospital discharge. In a large (1186 patients), multinational, European study in adults with out-of-hospital cardiac arrest, vasopressin (up to 2 initial 40-unit IV doses) and epinephrine (up to 2 initial 1-mg IV doses) were comparably effective in the primary end point of survival to hospital admission as well as the secondary end point of survival to hospital discharge in patients with ventricular fibrillation (patients who responded successfully to electrical defibrillation were excluded) or pulseless electrical activity. However, in patients with asystolic cardiac arrest, vasopressin was more effective than epinephrine for both survival to hospital admission as well as hospital discharge. In addition, a substantially greater proportion of patients who did not experience ROSC after 2 initial doses of vasopressin (at 3-minute intervals) survived to hospital admission (25.7 vs 16.4% for vasopressin vs epinephrine) and discharge (6.2 vs 1.7% for vasopressin vs epinephrine) following additional treatment with epinephrine than those who did not experience ROSC with 2 initial doses of epinephrine (at 3-minute intervals) and additional epinephrine treatment. This evidence indicates that vasopressin followed by epinephrine may be particularly useful relative to epinephrine monotherapy in patients with refractory cardiac arrest. Both amiodarone and fibrinolytic therapy improved survival to hospital admission for vasopressin and epinephrine therapy in the European study. Vasopressin also may be useful in patients who remain in cardiac arrest following epinephrine therapy; however, this was not studied in the European trial.

Animal, clinical human, and in vitro studies suggest that vasopressin may be especially useful when the duration of cardiac arrest is prolonged since the vasopressor response to vasopressin, unlike that to adrenergic stimulation, is not blunted in severe acidosis. It has been suggested that the approximately 40% greater likelihood that vasopressin-treated patients with asystolic cardiac arrest will reach the hospital alive compared with epinephrine therapy results from underlying differences in the mechanisms of action and cardiovascular effects of the drugs. Epinephrine consumes oxygen whereas vasopressin increases coronary blood flow and the availability of oxygen to the myocardium. In addition, epinephrine and other catecholamines, but not vasopressin, lose their effectiveness in acidosis, and epinephrine likely exacerbates hypoxemia and advancing acidosis in asystolic patients. Thus, epinephrine might not only be ineffective but potentially detrimental in early asystolic cardiac arrest, where as vasopressin appears to be beneficial. Therefore, some clinicians suggest that a preferred approach in patients with asystolic cardiac arrest would be to administer vasopressin rather than epinephrine initially, reserving epinephrine for patients who do not experience ROSC with the initial vasopressin doses. However, other clinicians suggest that the results from the European study should be viewed with caution as the increased benefit of vasopressin reported in patients with asystole was based on a post hoc analysis, and that the overall rate to hospital discharge remained low and associated with poor neurologic outcomes. The European study and other clinical studies vary substantially in terms of timing of vasopressin administration, use with epinephrine, and overall study methodology; thus, most clinicians state that there is a need for a prospective, clinical study evaluating the use of vasopressin in combination with epinephrine for the treatment of cardiac arrest, particularly for those patients initially found in asystole.

Vasopressin has been used in the treatment of drug-induced distributive shock† associated with drug-induced cardiovascular emergencies or altered vital signs.

Vasopressin has been used in severely hypotensive patients with anaphylaxis† as a potential therapy to prevent cardiopulmonary arrest.

■ **Abdominal Distention and Abdominal Radiographic Procedures** Vasopressin injection is used to stimulate peristalsis in the prevention or treatment of intestinal paresis, postoperative abdominal distention, and distention complicating pneumonias or toxemias. In addition, the drug is used prior to abdominal radiographic procedures including IV urography, cholecystography, and kidney biopsy to dispel interfering gas shadows and/or to concentrate the contrast media.

■ **Diagnostic Uses** Although vasopressin injection has been used as a provocative test for pituitary release of growth hormone and corticotropin†, arginine hydrochloride and insulin are generally considered the most reliable diagnostic indicators of growth hormone reserve.

■ **GI Hemorrhage** Vasopressin injection has been administered IV or intra-arterially into the superior mesenteric artery as an adjunct in the treatment of acute, massive hemorrhage† caused by ruptured esophageal varices, peptic ulcer disease, esophagogastritis, esophageal laceration, acute gastritis, colitis associated with Behcet's disease, colonic diverticulosis, small intestinal typhoid

PAR-VASO-0007150

infection, Mallory-Weiss syndrome, or intestinal perforation. The drug has also been infused into the mesenteric artery prior to and during portosystemic shunt surgery for esophageal varices. Although vasopressin usually should not be employed as a pressor agent, the life-threatening nature of massive GI hemorrhage, particularly in alcoholic cirrhotics, appears to justify the risks of such therapy. When vasopressin therapy is used in these patients, most clinicians recommend that the drug initially be administered by continuous IV rather than intra-arterial infusion, since intra-arterial infusion has not been shown to be substantially more effective but is technically more difficult than IV infusion of the drug. However, some patients who fail to respond adequately to initial IV infusion therapy may respond to intra-arterial infusion therapy. Use of vasopressin in such situations is a temporary measure, intended to decrease portal venous pressure and increase clotting and hemostasis. Although use of vasopressin may provide effective control of bleeding, there is no evidence that the drug substantially improves overall survival in these patients. Use of vasopressin in acute GI hemorrhage should not preclude use of other measures (e.g., blood transfusions, esophageal tamponade, paracentesis, ice water gavage, sclerotherapy, emergency surgery) when indicated.

■ **Vasodilatory Shock**  Vasopressin may be useful for hemodynamic support as a continuous infusion in vasodilatory shock† such as septic shock and sepsis syndrome, if conventional adrenergic vasopressor drugs are ineffective.

## Dosage and Administration

■ **Administration**  Vasopressin injection may be administered IM. Vasopressin injection also may be given subcutaneously or applied topically to the nasal mucosa; the drug should not be inhaled.

Vasopressin injection also has been administered by IV† or intraosseous† injection for advanced cardiovascular life support (ACLS) during cardiopulmonary resuscitation (CPR)† and by continuous IV or intra-arterial infusion† in the management of GI hemorrhage†. Onset of action and systemic drug concentrations obtained via intraosseous† administration are comparable to those achieved with central venous administration during CPR. Although vasopressin may be administered via an endotracheal tube† for ACLS during CPR, a specific dose has not been established and IV† or intraosseous† administration is preferred because of more predictable drug delivery and pharmacologic effect.

■ **Dosage**  Vasopressin dosages required for antidiuresis are variable and must be adjusted according to patient response. In order to avoid adverse effects, it is desirable to give doses that are just sufficient to elicit the desired response. To reduce the occurrence of adverse effects and improve therapeutic response to vasopressin, 1–2 glasses of water may be administered with the drug.

*Diabetes Insipidus*  For the treatment of neurohypophyseal diabetes insipidus, the usual adult dosage of vasopressin injection is 5–10 units given IM or subcutaneously 2–4 times daily as needed. Dosage may range from 5–60 units daily. Children may receive 2.5–10 units IM or subcutaneously 2–4 times daily for the treatment of neurohypophyseal diabetes insipidus. Vasopressin injection may also be administered intranasally on cotton pledgets or as a nasal spray; dosage must be determined for each patient.

*Cardiopulmonary Resuscitation*  For use as a vasopressor in the management of ventricular fibrillation, pulseless ventricular tachycardia, pulseless electrical activity, or asystole associated with cardiac arrest in advanced cardiovascular life support (ACLS) during cardiopulmonary resuscitation (CPR)†, the recommended adult dose of vasopressin is 40 units, given by IV† or intraosseous† injection as a single dose, and may replace the first or second dose of epinephrine. However, a large, multinational European study in patients with out-of-hospital cardiac arrest and ventricular fibrillation, pulseless electrical activity, or asystole found that 2 doses of vasopressin often may be necessary and supplemental epinephrine therapy also may be required. In this study, a 40-unit dose of vasopressin was administered IV initially followed by a second 40-unit dose 3 minutes later if spontaneous circulation had not returned; if spontaneous circulation still was not restored after a second vasopressin dose, the addition of IV epinephrine (1-mg doses) resulted in substantial improvement in survival to hospital admission as well as discharge relative to epinephrine monotherapy.

*Abdominal Distention and Abdominal Radiographic Procedures*  For the prevention or treatment of abdominal distention in adults, 5 units of vasopressin injection may be given IM initially. Subsequent injections may be given every 3–4 hours with doses increased to 10 units if necessary. Children may be given proportionately reduced doses.

Aqueous vasopressin may be administered subcutaneously in adult doses of 5–15 units at 2 hours and at 30 minutes prior to abdominal radiographs and kidney biopsy; many clinicians recommend giving an enema prior to the first dose of vasopressin.

*Diagnostic Uses*  In the provocative testing for growth hormone and corticotropin release†, vasopressin injection has been given IM in a dose of 10 units for adults and 0.3 units/kg for children; blood specimens are then assayed for these hormones.

*GI Hemorrhage*  For continuous IV or intra-arterial infusion†, aqueous vasopressin generally has been diluted with 0.9% sodium chloride or 5% dextrose injection to a concentration of 0.1–1 unit/mL. Most clinicians currently prefer continuous IV rather than intra-arterial infusion of the drug for the management of GI hemorrhage. For IV infusion,

the drug is infused into a peripheral vein via a controlled infusion device. For continuous intra-arterial infusion in patients with esophageal varices or upper GI bleeding, the drug is usually infused into the superior mesenteric artery via a controlled infusion device; the drug has also been infused into the splenic or celiac axis. The drug has also been infused into the inferior mesenteric artery for the management of colonic diverticular hemorrhage. Intra-arterial infusion of the drug requires specialized techniques, including angiographic placement of the catheter, and should only be performed by clinicians familiar with this method of administration and the management of potential complications.

For the management of GI bleeding†, dosage of aqueous vasopressin is empiric and must be individualized according to the response and tolerance of the patient. Because many of the adverse effects of vasopressin are dose related, the lowest possible effective dosage should be used. IV dosage has generally been initiated at 0.2–0.4 units/minute and progressively increased to 0.9 units/minute if necessary; in one study, patients who did not respond to this dosage also did not respond to higher dosages (i.e., 1.2–1.5 units/minute). When the drug is administered by intra-arterial infusion, a dosage of 0.1–0.5 units/minute has been used. After 20–30 minutes, the vasoconstrictive and clotting responses to intra-arterial vasopressin can be assessed by angiography. Response to intra-arterial vasopressin can also be monitored with portal pressures or hepatic wedge pressures. After 24 hours, the infusion rate should be tapered according to patient response, but administration of vasopressin has been continued for 3 days to 2 weeks. Intra-arterial or IV administration of vasopressin should be performed only under the supervision of a clinician familiar with the pharmacologic effects of the drug and with all acceptable treatment modalities for GI bleeding.

*Vasodilatory Shock*  Although optimum vasopressin dosage for the treatment of vasodilatory shock† remains to be established, clinical studies have reported continuous IV infusion of doses ranging from 0.02–0.1 units/minute. The optimum duration of therapy also remains to be established.

## Cautions

■ **Adverse Effects**  When fluid intake is not excessive, there is little danger involved in the use of small antidiuretic doses of vasopressin to control diabetes insipidus. Overhydration were more likely to occur with the long-acting suspension of vasopressin tannate (no longer commercially available in the US) than with aqueous vasopressin injection; infants and children are often much more susceptible to such volume disturbances than are adults. If water intoxication occurs, vasopressin should be discontinued and fluid intake should be restricted until the specific gravity of the urine decreases to less than 1.015 and polyuria occurs. In severe overhydration, osmotic diuresis with mannitol, hypertonic dextrose, or urea, alone or in conjunction with furosemide, is often effective in rapidly decreasing fluid overload. Hypertonic saline solutions are not indicated unless immediate correction of hyponatremia is required.

Adverse effects associated with low doses of vasopressin are infrequent and mild, but increase in frequency and severity with high doses. The most common adverse effects include circumoral pallor, sweating, tremor, pounding in the head, abdominal cramps, passage of gas, vertigo, nausea, vomiting, and eructation. In addition, diarrhea, intestinal hyperactivity, and uterine cramps may occur. Patients can be advised that some of these effects (e.g., blanching of the skin, abdominal cramps, nausea) may be minimized by taking 1 or 2 glasses of water at the time of vasopressin administration. Vasopressin may also increase plasma cortisol concentrations and serum concentrations of growth hormone.

In large doses, vasopressin may produce increased blood pressure, bradycardia, minor arrhythmias, premature atrial contraction, heart block, peripheral vascular constriction or collapse, coronary insufficiency, decreased cardiac output, myocardial ischemia, and myocardial infarction. In patients with vascular disease (especially of the coronary arteries), even small doses of the drug can precipitate angina. Coronary vasodilators (e.g., amyl nitrite or nitroglycerin) may be used to treat angina if it occurs. An ECG should be used to monitor the hormone's cardiac effects during IV or intra-arterial therapy.

Hypersensitivity reactions characterized by urticaria, angioedema, bronchoconstriction, fever, rash, wheezing, dyspnea, circulatory collapse, cardiac arrest, and anaphylaxis have been reported with vasopressin administration. Appropriate agents for the treatment of hypersensitivity reactions should be readily available. Epinephrine may be useful in patients who are allergic to vasopressin.

Coronary thrombosis, mesenteric infarction, venous thrombosis, infarction and necrosis of the small bowel, and peripheral gangrene resulting from intra-arterial catheterization have been reported following infusion of vasopressin injection into the superior mesenteric artery. In one patient, intra-arterial injection of vasopressin produced mottling and cyanosis of the left foot. Several patients reportedly developed signs of cutaneous gangrene proximal to the site of IV infusion of the drug. Bilateral nipple necrosis, which gradually resolved over 10–14 days after discontinuance of the drug, has occurred in at least 2 patients during IV infusion of the drug. Reversible ischemic colitis has been reported in a patient receiving IV infusion of the drug for the management of variceal hemorrhage.

■ **Precautions and Contraindications**  Vasopressin should be used cautiously in preoperative and postoperative polyuric patients, since hormone requirements in these patients may be considerably less than normal. Fluid intake and output should be monitored closely, especially in comatose or semicomatose patients. Electrolyte balance also should be monitored periodically. Patients receiving vasopressin should be observed for early signs of water in-

PAR-VASO-0007151

toxication such as drowsiness, listlessness, headache, confusion, anuria, and weight gain in order to prevent ensuing seizures, coma, and death.

Vasopressin should be used cautiously in patients with seizure disorders, migraine, asthma, heart failure, vascular disease (especially of the coronary arteries), angina pectoris, coronary thrombosis, renal disease, goiter with cardiac complications, arteriosclerosis, or any other disease in which rapid addition to extracellular fluids may be hazardous. ECG monitoring should be performed periodically during therapy with the drug.

Geriatric patients and children are particularly sensitive to the effects of vasopressin; therefore, the drug should be used cautiously in these patients.

Vasopressin is contraindicated when chronic nephritis is accompanied by nitrogen retention and should not be used until reasonable nitrogen concentrations are attained.

■ **Pediatric Precautions**   Safety and efficacy of vasopressin as vasopressor therapy for pediatric advanced life support (PALS) have not been established. In addition, some experts state that there is insufficient evidence to recommend for or against the routine use of vasopressin during cardiac arrest in pediatric patients.

■ **Pregnancy**   Although doses of vasopressin sufficient for an antidiuretic effect are not likely to produce tonic uterine contractions that could be deleterious to the fetus or threaten the continuation of the pregnancy, the drug should be used in pregnant women only when clearly needed.

When administered in advanced cardiovascular life support (ACLS) during cardiopulmonary resuscitation (CPR), vasopressin may decrease blood flow to the uterus; however, the woman must be resuscitated for survival of the fetus.

## Drug Interactions

Lithium, large doses of epinephrine, demeclocycline, heparin, and alcohol block the antidiuretic activity of vasopressin in varying degrees, while chlorpropamide, carbamazepine, clofibrate, tricyclic antidepressants, phenformin, urea, and fludrocortisone potentiate antidiuretic response to the drug. Ganglionic blocking agents may produce a marked increase in sensitivity to the hormone's pressor effects.

## Pharmacology

Exogenous vasopressin elicits all the pharmacologic responses usually produced by endogenous vasopressin (antidiuretic hormone). The primary physiologic role of vasopressin is to maintain serum osmolality within a normal range. The hormone produces relatively concentrated urine by increasing reabsorption of water by the renal tubules. Its action in regulating body fluid balance is mediated by renal vasopressin $V_2$ receptors, which are coupled to adenyl cyclase and the generation of cyclic AMP. At the tubular level, vasopressin stimulates adenyl cyclase activity, leading to increases in cyclic adenosine monophosphate (AMP). Cyclic AMP increases water permeability at the luminal surface of the distal convoluted tubule and collecting duct, resulting in increased urine osmolality and decreased urinary flow rate. The antidiuretic activity of vasopressin conserves up to 90% of the water that might otherwise be excreted in the urine. Vasopressin also increases reabsorption of urea by the collecting ducts. Although solute diuresis does not generally occur, increased sodium and decreased potassium reabsorption have been induced by vasopressin. The hormone, however, plays no etiologic role in edema formation.

In doses greater than those required for antidiuretic effects, vasopressin directly stimulates contraction of smooth muscle $V_1$ receptors. The vasoconstrictive action of vasopressin is mediated by vascular $V_1$ receptors; the vascular receptors are coupled to phospholipase C, resulting in release of calcium from sarcoplasmic reticulum in smooth muscle cells, leading to vasoconstriction. The hormone exhibits relatively little vasoconstrictor effect in hemodynamically normal individuals, but is an important endogenous vasopressor when arterial pressure is threatened. The hormone causes vasoconstriction, particularly of capillaries and of small arterioles, resulting in decreased blood flow to the splanchnic, coronary, GI, pancreatic, skin, and muscular systems. When administered into the celiac or superior mesenteric period vasopressin constricts gastroduodenal, left gastric, superior mesenteric, and splenic arteries; however, hepatic arteries are not constricted and, instead, hepatic blood flow often increases. When used to produce antidiuresis, vasopressin has little effect on blood pressure. The drug indirectly decreases coronary blood flow and may precipitate myocardial infarction. In addition, the hormone can decrease heart rate and cardiac output and increase pulmonary arterial pressure and blood pressure.

Endogenous vasopressin concentrations in patients undergoing cardiopulmonary resuscitation (CPR) are higher in those who survive than in those who do not have return to spontaneous circulation (ROSC). This finding suggested that exogenous vasopressin might be beneficial during cardiac arrest. (See Uses: Cardiopulmonary Resuscitation.) After ventricular fibrillation of short duration, administration of vasopressin during CPR has increased coronary perfusion pressure, vital organ blood flow, ventricular fibrillation median frequency, and cerebral oxygen delivery. Similar findings have been reported with prolonged cardiac arrest and pulseless electrical activity. The hormone did not result in bradycardia after ROSC. Interaction of vasopressin with $V_1$ receptors during CPR causes intense peripheral vasoconstriction of skin, skeletal muscle, intestine, and fat with relatively less vasoconstriction of coronary and renal vascular beds and vasodilatation of cerebral vasculature. Vasopressin does not exhibit β-adrenergic activity and therefore does not produce skeletal muscle vasodilatation or increased myocardial oxygen consumption during CPR. Although

vasopressin during CPR has been shown to decrease plasma catecholamine concentrations in animals and humans, it remains to be determined whether the hormone also decreases myocardial oxygen consumption. In animals, vasopressin was more effective than epinephrine in maintaining coronary perfusion pressure above the critical threshold that correlates with successful ROSC. During the postresuscitation period, vasopressin produces no increase in myocardial oxygen demand because baroreceptor-mediated bradycardia in response to transient hypertension remains intact. A reduction in cardiac index during the postresuscitation period is transient and reversible without additional drug therapy. Although splanchnic blood flow is decreased after successful resuscitation with vasopressin, infusion of low-dose dopamine after CPR can return blood flow to baseline within 60 minutes.

In the intestinal tract, vasopressin increases peristaltic activity, particularly of the large bowel. Vasopressin also causes an increase in GI sphincter pressure and a decrease in gastric secretion but has no effect on gastric acid concentration. Contraction of smooth muscle of the gallbladder and of the urinary bladder also occurs.

The oxytocic properties of vasopressin are minimal, but in large doses the drug may stimulate uterine contraction. The hormone also possesses slight milk ejecting properties but its role during lactation is negligible.

In addition to its peripheral effects, vasopressin causes release of corticotropin, growth hormone, and follicle-stimulating hormone.

## Pharmacokinetics

■ **Absorption**   Vasopressin is destroyed by trypsin which is found in the GI tract and, therefore, must be administered parenterally or intranasally. Absorption of vasopressin through the nasal mucosa is relatively poor. Following subcutaneous or IM administration of aqueous vasopressin injection, the duration of antidiuretic activity is variable but effects are usually maintained for 2–8 hours. Urine isotonicity is maintained when plasma concentrations of vasopressin are approximately 1 microunit/mL, while plasma concentrations of 4.5–6 microunits/mL produce maximum concentration of urine.

■ **Distribution**   Vasopressin is distributed throughout the extracellular fluid; there is no evidence of plasma protein binding.

■ **Elimination**   The majority of a dose of vasopressin is rapidly destroyed in the liver and kidneys. Vasopressin has a plasma half-life of about 10–20 minutes. Oxytocinase, a circulating enzyme produced early in pregnancy, is capable of cleaving the polypeptide; otherwise, plasma inactivation of vasopressin is negligible. Approximately 5% of a subcutaneous dose of aqueous vasopressin is excreted in urine unchanged after 4 hours, and following IV administration, 5–15% of the total vasopressin dosage appears in urine.

## Chemistry and Stability

■ **Chemistry**   Vasopressin is a polypeptide hormone secreted by the neurons of the supraoptic and paraventricular nuclei of the hypothalamus and stored in the posterior pituitary (neurohypophysis) in mammals. Vasopressin, from any source, is a 9-amino acid polypeptide chain with a disulfide bridge. Arginine vasopressin and lysine vasopressin have molecular weights of 1084 and 1056, respectively. In humans and most other mammals, the natural hormone is arginine vasopressin but the hormone secreted by swine is lysine vasopressin. These 2 hormones contrast chemically and pharmacologically; their amino acid constituents at position 8 differ and lysine vasopressin has only half the antidiuretic activity of arginine vasopressin on a weight basis. Commercially available vasopressin injection contains the water soluble pressor principle of bovine and porcine posterior pituitaries and are substantially free from the oxytocic principles of the posterior pituitary. The potency of vasopressin (arginine and lysine) is standardized according to its pressor activity in rats and is expressed in USP Posterior Pituitary (pressor) Units. Antidiuretic activity of the commercially available preparations may be variable.

Vasopressin is soluble in water. Vasopressin injection is a clear, colorless or practically colorless solution having a faint, characteristic odor. Acetic acid is added during manufacture to adjust the pH to 2.5–4.5.

■ **Stability**   Vasopressin injection should not be frozen and should be stored at 15–30°C.

## Preparations

Excipients in commercially available drug preparations may have clinically important effects in some individuals; consult specific product labeling for details.

### Vasopressin

**Parenteral**

| | | |
|---|---|---|
| Injection | 20 units/mL* | Pitressin®, Monarch |
| | | Vasopressin Injection |

*available from one or more manufacturer, distributor, and/or repackager by generic (nonproprietary) name
†Use is not currently included in the labeling approved by the US Food and Drug Administration

Selected Revisions January 2009. © Copyright, May 1977, American Society of Health-System Pharmacists, Inc.

PAR-VASO-0007152

# Early initiation of arginine vasopressin infusion in neonates after complex cardiac surgery*

Jeffrey A. Alten, MD; Santiago Borasino, MD, MPH; Rune Toms, MD; Mark A. Law, MD; Ashley Moellinger, PNP; Robert J. Dabal, MD

*Objective:* To describe our experience with low-dose arginine vasopressin infusions (0.0003 U/kg/min) initiated in the operating room after the Norwood procedure or arterial switch operation.

*Design:* Retrospective cohort study of 37 consecutive neonates.

*Setting:* Pediatric cardiovascular intensive care unit in a tertiary hospital.

*Subjects:* Nineteen patients that received low-dose arginine vasopressin infusion instituted in the operating room (arginine vasopressin+) were compared to 18 patients that did not receive early arginine vasopressin infusion (arginine vasopressin−).

*Interventions:* None.

*Results:* When comparing arginine vasopressin+ and arginine vasopressin− in the first 24 hrs after cardiovascular intensive care unit admission, there was no difference in demographic variables, heart rate, blood pressure, central venous pressure, maximum lactate, maximum arterial and central venous saturation difference, urine output, chest tube output, or peritoneal drain output. Mean fluid resuscitation in the first 24 hrs was significantly lower in the arginine vasopressin+ group compared to the arginine vasopressin− group ($182 \pm 61$ mL/kg vs. $223 \pm 53$ mL/kg, $p = .03$). The arginine vasopressin+ group also reached median net negative cumulative fluid balance sooner (55 hrs: interquartile range 45, 74 vs. 76 hrs: interquartile range 69, 92; $p = .02$). Median maximum inotrope score in the first 24 hrs was significantly lower in arginine vasopressin+ (9: interquartile range 5, 12.5 vs. 16.5: interquartile range 10.3, 22.1; $p = .02$). There was a nonsignificant trend toward shorter duration of mechanical ventilation and cardiovascular intensive care unit length of stay in the arginine vasopressin+ group. The lowest serum sodium in the first 48 hrs was significantly lower in arginine vasopressin+ (132 vs. 137 mmol/L, $p = .01$).

*Conclusion:* Low-dose arginine vasopressin infusion initiated in the operating room after complex neonatal cardiac surgery was associated with decreased fluid resuscitation and catecholamine requirements in the first 24 postoperative hours. (Pediatr Crit Care Med 2012; 13:300–304)

*Key Words:* arginine vasopressin; arterial switch; cardiac surgery; cardiopulmonary bypass; inotrope score; neonate; Norwood; pediatric

The use of arginine vasopressin (AVP) may be effective in improving blood pressure in neonates suffering vasodilatory or catecholamine-refractory shock after cardiopulmonary bypass (CPB) (1–4). Potential beneficial physiologic effects of exogenous AVP infusion on the cardiovascular system include its ability to increase vascular tone in vasoplegic states, improve inotropy, cause pulmonary and coronary vasodilation, enhance the sensitivity of the vasculature to effects of catecholamines, and increase urine output (4–6). There is also emerging evidence that some neonates may have a relative deficiency of AVP after CPB, leading to speculation that exogenous replacement could improve clinical outcomes (7). Although there is no support for the routine use of AVP in neonates after CPB outside refractory shock states, our institution has considerable experience using AVP infusions as an adjunct to traditional catecholamines in the early postoperative period. We speculate that, through one or more of the beneficial effects on the cardiovascular system listed above, low-dose AVP infusion is able to stabilize the tenuous hemodynamics resulting from the systemic inflammatory response syndrome seen in this population (8). In this retrospective cohort study, we present our experience with low-dose AVP infusion instituted in the operating room (OR). We hypothesized that AVP would decrease the degree of resuscitation required in neonates after CPB, as measured by inotrope score and total fluid requirements in the immediate postoperative period, which in turn, may improve clinical outcomes, such as duration of mechanical ventilation and intensive care unit (ICU) length of stay.

## METHODS

### Patients

As result of a new cardiac ICU (CICU) protocol at our institution, from March 2010 to September 2010, 19 consecutive patients undergoing the Norwood procedure (NP, n = 13) or arterial switch operation (ASO, n = 6) were treated with an AVP infusion initiated in the OR (AVP+). Data from these patients were compared to 18 consecutive patients, from December 2008 to March 2010 (11 NP and 7 ASO) that did not receive AVP infusion initiated in the OR (AVP−). One patient during the AVP− time period was excluded from data analysis secondary to inability to wean from bypass in the OR, requiring extracorporeal membrane oxygenation. Data were extracted retrospectively from the CICU clinical database

*See also p. 360.

From the Divisions of Critical Care (JAA, SB), Cardiology (MAL), and Neonatology (RT), Department of Pediatrics, and the Division of Cardiothoracic Surgery (AM, RJD), Department of Surgery, University of Alabama at Birmingham, Birmingham, AL.

The authors have not disclosed any potential conflicts of interest.

For information regarding this article, E-mail: jalten@peds.uab.edu

Copyright © 2012 by the Society of Critical Care Medicine and the World Federation of Pediatric Intensive and Critical Care Societies

DOI: 10.1097/PCC.0b013e31822f1753

PAR-VASO-0007153

and the patient's electronic medical record. This study was reviewed and approved by the University of Alabama at Birmingham institutional review board.

## Operative Management

NP: All patients were cooled to 22°C, and a strategy of selective cerebral perfusion was used for all cases. The aortic arch reconstruction was completed using a patch of bovine pericardium for augmentation. Except when anatomical limitations precluded it, a 5-mm ringed goretex shunt was placed from the right ventricle to the pulmonary artery bifurcation, with patch augmentation at the bifurcation using bovine pericardium. Delayed sternal closure was employed for all cases.

ASO: All patients were cooled to between 25 and 28°C. Direct coronary transfers were employed with excision of a U-shaped piece of the corresponding sinus in the neoaortic root. A standard Lecompte maneuver was used. The aortic reconstruction was primary, and the pulmonary reconstruction was performed with patch augmentation of the excised sinuses using a pantaloon-shaped patch of bovine pericardium. Delayed sternal closure was utilized for the majority of cases.

All patients received 10 mg/kg methylprednisolone 8 hrs and 1 hr before transport to the OR. No intraoperative steroids were given. All patients received zero-balance ultrafiltration during CPB and single-pass ultrafiltration after CPB. All patients had a peritoneal drain placed in the OR.

## Postoperative Management

Our CICU management focuses on a hemodynamic, goal-oriented approach with vasoactive agent titration, ventilator adjustments, and colloid boluses to achieve the following general goals within the first 24 hrs after complex neonatal repairs: mean arterial pressure 40–55 mm Hg, central venous pressure 8–12 cm $H_2O$, pulse oximetry 75%–85% (NP) or >95% (ASO), heart rate <170, arteriovenous oxygen saturation difference ($Sao_2$–$S\bar{v}o_2$) <25%, cerebral near-infrared spectroscopy >50% (NP) or >70% (ASO), renal near-infrared spectroscopy >60% (NP) to >80% (ASO), temperature 36–37°C, and hemoglobin >14 g/dL (NP) or >10 g/dL (ASO). Central venous saturations are measured every 2 to 4 hrs on postoperative days (POD) 0 to 1, along with arterial blood gas collection. We utilize time-cycled, volume ventilation. All patients arrive from the OR on milrinone, 0.5 to 0.75 μg/kg/min, and one or all of the following: dopamine, epinephrine, and rarely, norepinephrine or neosynephrine. Starting March 2010, AVP infusion was added as a standard postbypass treatment initiated in the OR at 0.0003 U/kg/min for complex neonatal repairs. Once in the CICU, the AVP infusion is titrated to achieve hemodynamics goals

after central venous pressure is adequate. In general, weaning of AVP is initiated once the patient is on low-dose catecholamines (i.e., epinephrine ≤0.05 μg/kg/min and/or dopamine ≤5 μg/kg/min). We follow a fluid-restrictive protocol (25% maintenance intravenous fluid in the first 24 hrs and maximally concentrated infusions) and routinely start a furosemide infusion on POD 1, titrated to achieve the goal of cumulative and daily net negative fluid balance. Peritoneal drains are placed to gravity drainage. Peritoneal dialysis is used for patients with acute renal failure and/or patients with anasarca who fail to achieve a negative balance with the use of diuretics alone. Transthoracic echocardiograms are routinely done in first 24 hrs.

## Definitions

Modified inotrope score (IS) (9) was calculated as follows: 1 point for every μg/kg/min of dopamine, plus 10 points for every μg/kg/min of phenylephrine, plus 100 points for every μg/kg/min of epinephrine, or norepinephrine. Milrinone was not added to IS since all patients in both groups remained on milrinone throughout extubation, typically without titration. Time to negative cumulative fluid balance was defined as the cumulated time at which the child first had total output > intake since CICU admission.

## Data Analysis

SPSS 11.5 (SPSS, Chicago, IL) was used for all statistical tests. Non-normal distribution continuous variables were summarized as median with range, with group comparison using the Mann-Whitney $U$ test; normal distribution variables were summarized as mean with standard deviations and compared using unpaired Student's $t$ tests. Categorical data were compared using Fisher's exact test. $p$ values of < .05 were considered statistically significant. All statistical tests were two sided.

## RESULTS

Demographic variables are shown in Table 1. Surgical procedures were evenly distributed and there was no difference

in CPB or aortic cross clamp times. Both groups received similar CICU therapies with respect to postoperative steroids, peritoneal dialysis, and diuretics.

In AVP+ patients, the median AVP dose upon arrival to the CICU was 0.0003 U/kg/min (range 0.00008 to 0.001 U/kg/min); 14 patients arrived in the CICU on the starting dose of 0.0003 U/kg/min. Sixteen of 19 AVP+ patients began weaning AVP infusion on POD 1, with 15 of 19 weaned off by POD 3 (range 1–11 days); median duration of infusion was 40 hrs (range 10–270 hrs). Three AVP– patients were started on high-dose AVP infusions (≥0.0007 U/kg/min) in the first 24 hrs after CICU admission for treatment of catecholamine-resistant shock (IS >20). All three of these patients demonstrated improvement in blood pressure and survived to ICU discharge.

Hemodynamic and fluid balance variables in the first 24 hrs after CICU admission are presented in Table 2. The median maximum IS was significantly lower in AVP+ patients. Ten AVP– patients were treated with epinephrine infusions ≥0.1 μg/kg/min compared to only three in the AVP+ group, $p$ = .02. AVP+ had, on average, 41 mL/kg less fluid intake during the first 24 hrs and reached net negative cumulative fluid balance, on average, 21 hrs sooner than AVP–. Decreased fluid intake between groups occurred only in the immediate postoperative period, since there was no statistical difference in fluid intake on POD 1 (AVP+ 112 ± 17 mL/kg, AVP – 123 ± 26 mL/kg; $p$ = .43) or POD 2 (AVP+ 109 ± 22 mL/kg, AVP –114 ± 24 mL/kg; $p$ = .37). There was no statistical differences in mean heart rate, blood pressure, central venous pressure, maximum lactate, maximum $Sao_2$–$S\bar{v}o_2$, urine output, chest tube output, or peritoneal drain output, although there was a nonsignificant

Table 1.  Demographic variables

| Group | Arginine Vasopressin – (n = 18) | Arginine Vasopressin+ (n = 19) | p |
|---|---|---|---|
| Norwood operation (n) | 11 | 13 | .74 |
| Arterial switch operation (n) | 7 | 6 | .74 |
| Median cardiopulmonary bypass time (range) | 170 (110–391) mins | 161 (118–345) mins | .75 |
| Median aortic cross clamp time (range) | 76 (56–191) mins | 83 (44–121) mins | .88 |
| Delayed sternal closure (n) | 14 | 14 | 1.00 |
| Postoperative steroids (n) | 6 | 7 | .73 |
| Furosemide infusion treatment (n) | 14 | 14 | 1.00 |

–, did not receive arginine vasopressin infusion initiated in operating room; +, received arginine vasopressin infusion initiated in operating room.

PAR-VASO-0007154

Table 2. Hemodynamic and fluid balance variables first 24 hrs after cardiac intensive care unit admission

| Variable | Arginine Vasopressin− (n = 18) | Arginine Vasopressin+ (n = 19) | p |
|---|---|---|---|
| Median (interquartile range) maximum inotrope score | 16.5 (10.3, 22.1) | 9 (5, 12.5) | .02 |
| Heart rate | 169 ± 12 beats/min | 161 ± 16 beats/min | .09 |
| Mean arterial blood pressure | 53 ± 7 mm Hg | 53 ± 8 mm Hg | .86 |
| Central venous pressure | 12 ± 2 cm $H_2O$ | 11 ± 2 cm $H_2O$ | .16 |
| Maximum lactate | 12.2 ± 4.5 mmol/L | 11.9 ± 5.1 mmol/L | .78 |
| Maximum $Sao_2$–$S\bar{v}o_2$ | 34 ± 10% | 32 ± 12% | .71 |
| Fluid intake | 223 ± 53 cc/kg | 182 ± 61 cc/kg | .03 |
| Urine output | 28.7 ± 15.1 cc/kg | 32.3 ± 19 cc/kg | .09 |
| Peritoneal drain output | 40.8 ± 16 cc/kg | 44 ± 12.7 cc/kg | .49 |
| Chest tube output | 59.5 ± 19.7 cc/kg | 50.7 ± 23.5 cc/kg | .22 |
| Mean lowest serum sodium first 48 hrs | 137 ± 4 mmol/L | 132 ± 5 mmol/L | .01 |

−, did not receive arginine vasopressin infusion initiated in operating room; +, received arginine vasopressin infusion initiated in operating room. Data presented as mean with standard deviation except where noted.

Table 3. Comparison of clinical outcomes

| Outcome | Arginine Vasopressin− (n = 18) | Arginine Vasopressin+ (n = 19) | p |
|---|---|---|---|
| Median (interquartile range) time to negative cumulative fluid balance | 76 (69, 92) hrs | 55 (45, 74) hrs | .02 |
| Median (interquartile range) time to extubation | 156 (120, 191) hrs | 128 (78, 144) hrs | .09 |
| Median time (range) to chest closure | 3 (2–7) days | 2 (1–17) days | .21 |
| Peritoneal dialysis (n) | 3 | 5 | .69 |
| Postoperative arrhythmias (n) | 5 | 2 | .23 |
| Median cardiovascular intensive care stay | 11 (6–29) days | 9 (4–41) days | .16 |
| Hospital mortality | 2 | 1 | .60 |

−, did not receive arginine vasopressin infusion initiated in operating room; +, received arginine vasopressin infusion initiated in operating room.

trend toward mean lower heart rate in AVP+ ($p$ = .09). Mean lactate was 3.6 ± 2.6 mmol/L in AVP+ and 3.4 ± 2.5 mmol/L in AVP− at 24 hrs. When comparing only NP patients, there was no difference in mean arterial oxygen saturation (79% ± 8%, AVP+ vs. 78% ± 6% AVP−; $p$ = .6) or median $Sao_2$–$S\bar{v}o_2$ (21%, AVP+ vs. 24%, AVP−; $p$ = .48) in the first 24 postoperative hours.

Table 3 demonstrates our primary clinical outcome variables. There were nonsignificant shorter durations of mechanical ventilation, CICU length of stay, and time to chest closure in the AVP+ group. Nine AVP+ patients had their chest closed in ≤2 days compared to five in AVP− patients, $p$ = .26. Two AVP+ patients had postoperative arrhythmias in the first 48 hrs compared to five in the AVP− group, $p$ = .23. There were three deaths in this study – all of which underwent the NP: two in the AVP− group, sudden death on POD 1 and late death from sepsis and

multiorgan dysfunction POD 26; and one in the AVP+ group, patient with multiple noncardiac congenital anomalies who died POD 23 after sudden cardiac arrest.

There was no clinical evidence of any peripheral ischemia or compromised organ perfusion in the patients that received AVP. There were no episodes of necrotizing enterocolitis, and all surviving patients tolerated enteral feeds. The lowest serum sodium in the first 48 hrs was significantly lower in AVP+. Six AVP+ patients had serum sodium <130 mmol/L, compared to one AVP− patient, $p$ = .09. In all cases, the hyponatremia was asymptomatic and the sodium improved with decreased free water intake and normalized after subsequent weaning from AVP infusion.

## DISCUSSION

AVP is a hormone that has a wide range of cardiovascular physiologic effects. It

can cause both vasodilatation and vasoconstriction in various vascular beds, dependent upon the clinical condition of the patient and the dose of exogenous AVP administered (5, 6). AVP may also have some positive inotropic effects and increase the responsiveness of catecholamines at their receptors (5, 6). The preservation of AVP's effectiveness during acidosis and hypoxia contribute to its well-described hemodynamic benefit in refractory vasodilatory shock from sepsis, or after CPB in children and adults (6, 10). There are reports of AVP use in neonates after CPB, but they are limited to cases of rescue therapy in neonates with catecholamine-refractory shock and severe hypoxemia after the NP (1–4). This is the first study to investigate the use of routine AVP infusion in post-CPB neonates.

Over the past few years in our CICU, we have begun to use low-dose AVP infusions earlier in the clinical course after CPB as an alternative to catecholamine escalation, hoping to avoid the side effects often seen with these medications (tachycardia, arrhythmias, increased myocardial oxygen consumption, increased pulmonary vascular resistance, etc) (11). We observed there was less postoperative resuscitation in children with early initiation of AVP, which led to the protocolized addition of AVP to the initial vasoactive medication regimen in neonates after CPB. In this retrospective study, we were able to demonstrate that low-dose AVP infusion was associated with decreased catecholamine use and a significant reduction in fluid resuscitation during the first 24 postoperative hours after complex neonatal cardiac surgery.

Our postoperative neonatal CPB protocols include a fluid intake restrictive policy in addition to aggressive diuresis policy (furosemide infusions are typically added POD 1 for patients who have not achieved negative fluid balance). Therefore, any differential fluid intake among patients in this study represents colloid and blood product administration. Decreased fluid resuscitation in the AVP+ group occurred despite similar combined total urine, peritoneal, and chest tube drain output: 127 mL/kg AVP+, 129 mL/kg AVP− with similar heart rate, mean arterial pressure, and central venous pressure between groups. These results support our hypothesis that children with early initiation of AVP infusion require fewer colloid boluses to achieve the same hemodynamic goals. Likely as a result of decreased fluid administration, the AVP+ group was able to achieve net negative fluid balance, on average, 21 hrs sooner, despite

PAR-VASO-0007155

similar therapies between groups. Since fluid overload has been shown to be associated with increased morbidity and mortality in pediatric ICU patients (12), any therapy that helps prevent this state deserves further investigation.

We would expect that achieving negative fluid balance sooner may help us realize improvements in other important outcomes. Fluid intake in the first 24 postoperative hours is associated with prolonged mechanical ventilation in children post-CPB (13), and we were able to demonstrate a trend toward earlier time to extubation (28 hrs earlier, $p = .09$) in AVP+ patients. Despite the AVP+ group's trend toward benefit in this and other outcomes (i.e., time to chest closure and CICU length of stay), our small study lacks the statistical power to make definitive conclusions. More AVP+ patients had their chest closed at ≤2 days, but two outliers in the AVP+ group had very prolonged delayed sternal closure not directly related to resuscitation in the first 24 hrs (17 days in an immune-deficient patient with pseudomonas sepsis and 9 days in a patient requiring re-operation POD 2); this prevented time to chest closure from reaching statistical significance and may have also decreased the impact of AVP infusions on the duration of mechanical ventilation and CICU length of stay.

Most published reports of AVP use in children post-CPB describe the individual patient's hemodynamic and clinical response after the addition of AVP for treatment of severe shock. There were three patients in the AVP– group that had refractory shock and improvement in their hemodynamics after addition of high-dose AVP infusion, consistent with these reports. For the AVP+ group, it is difficult to ascertain the exact hemodynamic response each individual patient realized with the AVP infusion, since all patients were started on the infusion in the OR at a time when they were not experiencing sustained hypotension or uncompensated shock. Since both groups had the same clinical hemodynamic management goals in the CICU, we cannot use these traditional measures (blood pressure, central venous pressure, and heart rate) to look for physiologic response differences. IS is a proposed measure of severity of illness after CPB and used in our study to quantify the level of vasoactive medication support necessary to achieve our hemodynamic goals. The maximum IS in the first 24 hrs after CICU admission was significantly lower in the AVP+ group, suggesting that AVP infusion permitted lower doses of other catecholamines to achieve the target clinical parameters. In fact, over three times as many AVP– patients were treated with high-dose epinephrine (≥0.1 μg/kg/min). Decreased doses of catecholamines may ameliorate some of the important side effects seen with these medications. Of interest, there was a nonsignificant trend toward lower heart rate and postoperative arrhythmias in the AVP+ group, supporting the possibility of decreased catecholamine side effects.

Clinical studies of AVP use in shock states have demonstrated no deleterious effects on cardiac output (CO) or oxygen delivery (6). When directly measured, cardiac performance in patients with shock has been shown to improve (10, 14). Studies of pediatric patients in severe shock, including patients after CPB, consistently show improved hemodynamics after AVP treatment, as measured by blood pressure and decrease in catecholamine support, in addition to improvement in some surrogates of oxygen delivery, such as central venous saturations and lactate (1–4, 15, 16). There is also clinical and laboratory evidence that low-dose AVP may have positive inotropic effects (6, 11, 17, 18). In our study, there were no differences in lactate and $Sao_2$–$Svo_2$ between groups, which are two well-described surrogates of oxygen transport with prognostic value after CPB (19, 20). Similar oxygen transport occurred despite the fact that the AVP+ group was treated with lower dose catecholamines. In addition, none of the patients that received AVP infusions in this study had significant myocardial dysfunction, as qualitatively measured by postoperative echocardiograms. These findings support our belief that low-dose AVP may augment (or at minimum, not be detrimental to) oxygen transport and CO in neonates after CPB. Since the incidence of myocardial dysfunction is high after neonatal CPB, any medication that increases afterload, such as AVP, may be detrimental and should be used with caution (3, 6). A strategy of frequent CO assessments should be employed (i.e., repeated physical exams, trending central venous saturations, and serial echocardiography) while using AVP infusions.

The equivocal impact of AVP on oxygen transport is especially important when considering the single-ventricle subgroup in our study. In addition to having very limited CO reserve in the early postoperative period, oxygen delivery in single-ventricle patients is dependent on a relative balance between pulmonary (Qp) and systemic (Qs) blood flow from the single ventricle. In fact, manipulating Qp/Qs has been employed with success in one report using AVP to "force" pulmonary blood flow in severely hypoxemic, single-ventricle patients (1). Minimizing afterload has been accepted as a successful management strategy that improves outcomes after the NP (21). Thus, there is concern that the addition of a vasoconstrictor to a single-ventricle patient with balanced Qp/Qs may lead to increased systemic vascular resistance and increased Qp/Qs with resultant systemic hypoperfusion. Yet, when comparing only our single-ventricle patients, there was no difference in arterial blood gas oxygen saturation, $Sao_2$–$Svo_2$, or lactate between the study groups, suggesting that Qp/Qs balance was not detrimentally affected by low-dose AVP. We believe the benefits of lower catecholamine doses, decreased fluid administration, and possibly enhanced inotropy outweigh any negative effects of increased afterload in Norwood patients with right ventricular to pulmonary artery conduits.

There has been much concern for the potential adverse effects of AVP infusions. Reported complications are splanchnic ischemia, myocardial ischemia, lactic acidosis, peripheral ischemia, oliguria, and decreased platelet counts (4, 17). There is agreement that complications are more likely with higher doses (>0.04 units/min in adults). The safety of AVP has not been proven in children, although most reports conclude that "low-dose" AVP infusions have few recognized serious side effects (17). Shorter duration of therapy may also be associated with fewer side effects (6). To date, what exactly constitutes a safe dose or "low dose" in children is not known. For our protocol, we chose 0.0003 U/kg/min because it was consistent with or lower than most reports of "low-dose" AVP infusion for pediatric patients in the literature. The duration of AVP therapy was short in most patients since most were hemodynamically stable by POD 1, allowing initiation of infusion wean. We saw no ischemic complications from the AVP infusions. Importantly, many of these patients had systemic blood flow obstruction preoperatively and were maintained on prostaglandin infusion, yet there were no episodes of *necrotizing enterocolitis* and all surviving patients tolerated at least full continuous feeds. Most reviews of AVP infusions have not found an increased incidence of hyponatremia (2, 3, 15, 16). Contrary to these reports, we saw a trend toward more hyponatremia (<130 mmol/L) in the AVP+ group, in addition to reaching a significantly

PAR-VASO-0007156

lower sodium on average (137 vs. 132 mmol/L) than the AVP– group. All hyponatremic patients were asymptomatic and the sodium normalized with traditional therapies; no AVP infusion was stopped because of hyponatremia. The impact of AVP on urine output has been variable in the literature. We found no significant or clinically important differences in urine output between study groups. This is in contrast to the largest review of AVP infusions in pediatric patients after CPB, which showed a significant decrease in urine output when AVP infusions were initiated in patients, and an improvement in urine output when they were stopped (4). Unlike our patient population, the patients in this review were in advanced shock. It is possible that the impact of AVP on urine output is dependent upon the underlying hemodynamic and volume status of the patient as well as dose of AVP used.

This study has several limitations led by its retrospective, single-center design. Outcomes in patients receiving early initiation of AVP infusion were compared to outcomes in historical controls that did not receive early AVP. Although this study did represent 37 consecutive patients receiving ASO or NP over a relatively short time period (minimizing bias), we cannot ignore the possibility that difference in outcomes may be due, in part, to other uncontrolled variables, such as gained experience or the indirect impact of quality improvement projects. Despite well-established clinical protocols, we cannot discount clinician management variability with regards to colloid and blood product administration in the immediate postoperative period. Another limitation of our study is the small sample size. Even though we were able to find improvement in several short term clinical outcome variables, the small sample size prohibits us from drawing conclusions with multivariate analysis about more important clinical outcomes, such as length of mechanical ventilation, length of CICU stay, and mortality. Last, we did not measure AVP levels in this study, which have been shown to be elevated, but not necessarily associated with hemodynamics outcomes, in most children after CPB (7). Therefore, we are not certain if the benefits demonstrated in the AVP+ group occurred as result of AVP replacement, or via another unrelated mechanism. Since a few AVP+ patients had severely low CO, it is likely that AVP infusion was not beneficial to all patients. Measurement of serum AVP before initiation of infusion and association with clinical outcomes would help answer the question of whether AVP levels can be used to identify who may benefit from AVP infusions.

## CONCLUSION

AVP infusion initiated in the OR may stabilize the tenuous hemodynamics after complex neonatal cardiac surgery, allowing decreased fluid resuscitation and lower doses of catecholamines in the first 24 postoperative hours, in addition to shorter time to negative cumulative fluid balance. Low-dose AVP infusion did not have a detrimental impact on measured hemodynamic or oxygen transport variables, and did not cause any serious adverse events. A properly designed randomized control trial is necessary to confirm these potentially important clinical findings.

## REFERENCES

1. Mastropietro CW, Clark JA, Delius RE, et al: Arginine vasopressin to manage hypoxemic infants after stage I palliation of single ventricle lesions. *Pediatr Crit Care Med* 2008; 9:506–510

2. Lechner E, Hofer A, Mair R, et al: Arginine-vasopressin in neonates with vasodilatory shock after cardiopulmonary bypass. *Eur J Pediatr* 2007; 166:1221–1227

3. Rosenzweig EB, Starc TJ, Chen JM, et al: Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. *Circulation* 1999; 100:II182–II186

4. Jerath N, Frndova H, McCrindle BW, et al: Clinical impact of vasopressin infusion on hemodynamics, liver and renal function in pediatric patients. *Intensive Care Med* 2008; 34:1274–1280

5. Holmes CL, Landry DW, Granton JT: Science review: Vasopressin and the cardiovascular system part 1–receptor physiology. *Critical Care* 2003; 7:427–434

6. Holmes CL, Landry DW, Granton JT: Science Review: Vasopressin and the cardiovascular system part 2 - clinical physiology. *Critical Care* 2004; 8:15–23

7. Mastropietro CW, Rossi NF, Clark JA, et al: Relative deficiency of arginine vasopressin in children after cardiopulmonary bypass. *Crit Care Med* 2010; 38:2052–2058

8. Seghaye MC, Grabitz RG, Duchateau J, et al: Inflammatory reaction and capillary leak syndrome related to cardiopulmonary bypass in neonates undergoing cardiac operations. *J Thorac Cardiovasc Surg* 1996; 112: 687–697

9. Wernovsky G, Wypij D, Jonas RA, et al: Postoperative course and hemodynamic profile after the arterial switch operation in neonates and infants. A comparison of low-flow cardiopulmonary bypass and circulatory arrest. *Circulation* 1995; 92:2226–2235

10. Dünser MW, Mayr AJ, Ulmer H, et al: Arginine vasopressin in advanced vasodilatory shock: A prospective, randomized, controlled study. *Circulation* 2003; 107:2313–2319

11. Tabbutt S, Helfaer M, Nichols D: Pharmacology of Cardiovascular Drugs. *In:* Critical Heart Disease in Infants and Children. Second Edition. David G, Nichols DG, Cameron DE (Eds). Pennsylvania, Mosby Elsevier, 2006, pp 173–203

12. Hayes LW, Oster RA, Tofil NM, et al: Outcomes of critically ill children requiring continuous renal replacement therapy. *J Crit Care* 2009; 24:394–400

13. Székely A, Sápi E, Király L, et al: Intraoperative and postoperative risk factors for prolonged mechanical ventilation after pediatric cardiac surgery. *Paediatr Anaesth* 2006; 16:1166–1175

14. Dünser MW, Mayr AJ, Stallinger A, et al: Cardiac performance during vasopressin infusion in postcardiotomy shock. *Intensive Care Med* 2002; 28:746–751

15. Liedel JL, Meadow W, Nachman J, et al: Use of vasopressin in refractory hypotension in children with vasodilatory shock: Five cases and a review of the literature. *Pediatr Crit Care Med* 2002; 3:15–18

16. Choong K, Kissoon N: Vasopressin in pediatric shock and cardiac arrest. *Pediatr Crit Care Med* 2008; 9:372–379

17. Walker BR, Childs ME, Adams EM: Direct cardiac effects of vasopressin: Role of V1- and V2-vasopressinergic receptors. *Am J Physiol* 1988; 255:H261–H265

18. Xu YJ, Gopalakrishnan V: Vasopressin increases cytosolic free [Ca2+] in the neonatal rat cardiomyocyte. Evidence for VI subtype receptors. *Circulation Research* 1991; 69:239–245

19. Charpie JR, Dekeon MK, Goldberg CS, et al: Serial blood lactate measurements predict early outcome after neonatal repair or palliation for complex congenital heart disease. *J Thorac Cardiovasc Surg* 2000; 120:73–80

20. Rossi AF, Sommer RJ, Lotvin A, et al: Usefulness of intermittent monitoring of mixed venous oxygen saturation after stage I palliation for hypoplastic left heart syndrome. *Am J Cardiol* 1994; 73:1118–1123

21. Tweddell JS, Ghanayem NS, Mussatto KA, et al: Mixed venous oxygen saturation monitoring after stage 1 palliation for hypoplastic left heart syndrome. *Ann Thorac Surg* 2007; 84:1301–1311

PAR-VASO-0007157

# Epidemiology of severe sepsis in the United States: Analysis of incidence, outcome, and associated costs of care

Derek C. Angus, MD, MPH, FCCM; Walter T. Linde-Zwirble; Jeffrey Lidicker, MA; Gilles Clermont, MD; Joseph Carcillo, MD; Michael R. Pinsky, MD, FCCM

*Objective:* To determine the incidence, cost, and outcome of severe sepsis in the United States.

*Design:* Observational cohort study.

*Setting:* All nonfederal hospitals (n = 847) in seven U.S. states.

*Patients:* All patients (n = 192,980) meeting criteria for severe sepsis based on the International Classification of Diseases, Ninth Revision, Clinical Modification.

*Interventions:* None.

*Measurements and Main Results:* We linked all 1995 state hospital discharge records (n = 6,621,559) from seven large states with population and hospital data from the U.S. Census, the Centers for Disease Control, the Health Care Financing Administration, and the American Hospital Association. We defined severe sepsis as documented infection and acute organ dysfunction using criteria based on the International Classification of Diseases, Ninth Revision, Clinical Modification. We validated these criteria against prospective clinical and physiologic criteria in a subset of five hospitals. We generated national age- and gender-adjusted estimates of incidence, cost, and outcome. We identified 192,980 cases, yielding national estimates of 751,000 cases (3.0 cases per 1,000 population and 2.26 cases per 100 hospital discharges), of whom 383,000 (51.1%) received intensive care and an additional 130,000 (17.3%) were ventilated in an intermediate care unit or cared for in a coronary care unit. Incidence increased >100-fold with age (0.2/1,000 in children to 26.2/1,000 in those >85 yrs old). Mortality was 28.6%, or 215,000 deaths nationally, and also increased with age, from 10% in children to 38.4% in those >85 yrs old. Women had lower age-specific incidence and mortality, but the difference in mortality was explained by differences in underlying disease and the site of infection. The average costs per case were $22,100, with annual total costs of $16.7 billion nationally. Costs were higher in infants, nonsurvivors, intensive care unit patients, surgical patients, and patients with more organ failure. The incidence was projected to increase by 1.5% per annum.

*Conclusions:* Severe sepsis is a common, expensive, and frequently fatal condition, with as many deaths annually as those from acute myocardial infarction. It is especially common in the elderly and is likely to increase substantially as the U.S. population ages. (Crit Care Med 2001; 29:1303–1310)

KEY WORDS: sepsis; severe sepsis; sepsis syndrome; organ failure; intensive care; outcome; resource use; mortality; elderly; epidemiology

Sepsis is a major challenge in medicine. Massive resources have been invested in developing and evaluating potential therapies, and considerable effort has been undertaken to understand the systemic inflammation and multiple-system organ failure characteristics of severe sepsis (1, 2). Yet, information on the incidence, cost, and outcome of sepsis remains scarce and incomplete. In 1990, the Centers for Disease Control (CDC) estimated that there were 450,000 cases of sepsis per year in the United States, with >100,000 deaths (3). The CDC warned that the incidence was increasing, citing the aging of the U.S. population and the increased prevalence of human immunodeficiency virus (HIV) infection as contributing factors. However, the CDC study counted cases of septicemia, not severe sepsis, which often occurs in patients without positive blood cultures (4–6). Furthermore, this study was based on data from the National Hospital Discharge Survey that are >10 yrs old, provide no information on patient management, and represent only 1% of all hospital discharges.

In 1992, the American College of Chest Physicians/Society of Critical Care Medicine (ACCP/SCCM) Consensus Conference arrived at the current definition of sepsis as a systemic inflammatory syndrome in response to infection which, when associated with acute organ dysfunction such as acute renal failure, is said to be severe (7). These criteria have been adopted widely both in clinical practice and in research. However, there have only been two epidemiologic studies in the United States that used these criteria. One was a single-center study (8), and the other included only eight academic medical centers (9). Neither study included children or provided information on population incidence or costs of care. Therefore, we conducted a study of a large, nationally representative sample to determine estimates of the incidence, associated costs, and outcome of severe sepsis in the United States.

## METHODS

*Data Sources.* We constructed a patient database for calendar year 1995 from seven state hospital discharge databases—Florida (10), Maryland (11), Massachusetts (12), New Jersey (13), New York (14), Virginia (15), and Washington (16). We selected these states

From the Critical Care Medicine Division, Department of Anesthesiology and Critical Care Medicine, and the Center for Research on Health Care (DCA, GC, JC, MRP), University of Pittsburgh, Pittsburgh, PA; and Health Process Management (WTL-Z, JL), Inc., Doylestown, PA.

Address requests for reprints to: Derek C. Angus, MD, MPH, FCCM, Room 604 Scaife Hall, Critical Care Medicine, University of Pittsburgh, 200 Lothrop Street, Pittsburgh, PA 15213. Email: angusdc@anes.upmc.edu

Copyright © 2001 by Lippincott Williams & Wilkins

PAR-VASO-0007158

based on their geographic representation, data quality and availability, and inclusion of centers in which we could assess the validity of our selection criteria for severe sepsis. For each case, we extracted the following: demographic characteristics; International Classification of Diseases, Ninth Revision, Clinical Modification (ICD-9-CM) codes for principal discharge diagnosis, ≤14 secondary discharge diagnoses and 15 procedures; hospital discharge status; and selected charge items, listed by both units consumed and dollars charged using the major Health Care Financing Administration (HCFA) UB-92 code categories.

We obtained national and state population data from the U.S. Census (17). The seven-state population in 1995 was 63,497,167, or 25% of the U.S. population. Because the U.S. Census does not report separately the number of infants <1 yr of age, we also obtained the National Center for Health Statistics 1995 natality report (18). We determined hospital characteristics from the 1995 HCFA Provider Specific File (19) and the American Hospital Association (AHA) Guide to the Health Care Field (20).

*Case Selection and Definitions.* To identify cases with severe sepsis, we selected all acute care hospitalizations with ICD-9-CM codes for both a bacterial or fungal infectious process (Appendix 1) and a diagnosis of acute organ dysfunction (Appendix 2). Classifying acute organ dysfunction is controversial with debate over the choice of measurements and the number of systems to measure. We constructed our system by selecting ICD-9-CM

codes suggestive of new onset dysfunction within the six organ systems proposed by Marshall et al. (21) and used by Sands et al (9). We excluded gastrointestinal failure (other than hepatic failure) because it is difficult to define (21, 22).

We organized patient data under the following categories: demographic; infectious etiology; presence of underlying comorbidity, as determined by a Charlson-Deyo score >0 (23); resource use, which included intensive care unit (ICU) use and length of stay (LOS), hospital LOS, and total hospital costs; and hospital mortality. We estimated costs by multiplying reported charges by the hospital-specific cost-to-charge ratios derived from the HCFA Provider Specific File (19). We defined cases as surgical if they had a major surgical procedure other than tracheostomy.

*Comparison of ICD-9-CM Selection Criteria to Standard Clinical and Physiologic Criteria for the Definition of Severe Sepsis.* Sands et al. (9) prospectively identified a stratified random sample of patients with severe sepsis at eight academic medical centers during 1993 and 1994 using the ACCP/SCCM Consensus clinical and physiologic criteria (7). Our study included 1995 data from five of the eight hospitals. Although Sands et al. (9) did not report individual hospital data by hospital name, we were able to compare aggregate data regarding hospital incidence rates and several patient characteristics to determine the extent to which our ICD-9-CM-based selection criteria identified a similar cohort.

*Statistical Analyses.* We compared continuous data by the Mann-Whitney U test and

categorical data by chi-square or Fisher's exact test as appropriate. We assessed risk factors for hospital mortality by multivariate logistic regression with sequential sum of squares. We generated national estimates using the cohort age- and gender-specific rates. We constructed the databases in Foxpro (Microsoft Corp, Redmond, WA) and conducted analyses in Data Desk (Data Description, Ithaca, NY) and SAS (SAS Institute, Cary, NC).

## RESULTS

*Comparison of Study Selection Criteria With Prospective Clinical and Physiologic Criteria.* Table 1 provides comparative data on the cohort of patients selected by ICD-9-CM criteria with those identified previously by Sands et al (9). Although the ICD-9-CM criteria generated higher occurrence rates, the Sands et al. cohort did not include any floor patients without blood cultures. Baseline and process of care characteristics were very similar between the two groups. In particular, there were no statistical differences in age, gender, ICU occurrence, and ICU admission rates between the cohorts. The distribution of site of infection was statistically different but clinically very similar.

*Incidence.* Of the 6,621,559 hospitalizations recorded in the seven states, we identified 192,980 cases of severe sepsis. The mean age was 63.8 yrs, and 49.6%

Table 1. Comparison of validation and reference cohorts

| Characteristic | Validation Cohort (n = 3,895) | Reference Cohort (n = 1,342)[a] | p Value |
|---|---|---|---|
| Study period | Jan 1995–Dec 1995 | Jan 1993–Apr 1994 | |
| Sampling frame | All patients identified at five of eight hospitals using ICD-9-CM criteria | Stratified sample of ICU patients and floor patients in whom blood cultures were drawn at eight hospitals using prospective clinical and physiologic criteria (9) | |
| Hospital occurrence rates per 100 discharges | 2.1–4.3 | 1.1–3.3[b] | |
| ICU occurrence rate, % | 11.2 | 10.4 | .06 |
| Male, % | 53 | 56 | .06 |
| Age, mean, median yrs[c] | 59, 62 | 59, 61 | |
| Site of infection, % | | | |
| Respiratory | 38.4 | 42.4 | .01 |
| Primary bacteremia | 14.6 | 11.6 | .01 |
| Genitourinary | 8.7 | 11.0 | .01 |
| Abdominal | 9.3 | 9.9 | .51 |
| Device-related | 4.9 | 6.1 | .09 |
| Wound/soft tissue | 8.9 | 5.1 | <.001 |
| Central nervous system | 1.1 | 2.4 | <.001 |
| Endocarditis | 1.5 | 1.2 | .43 |
| Other/undetermined | 12.6 | 10.3 | .02 |
| ICU admission rate, % | 58 | 59 | .52 |
| ICU LOS, mean, median days[c] | 15.7,7 | 17.7,8 | |

ICD-9-CM, International Classification of Diseases, Ninth Revision, Clinical Modification; ICU, intensive care unit; LOS, length of stay.

[a]Sands et al. (9) described their cohort as having "confirmed sepsis syndrome." However, their criteria are the American College of Chest Physicians/Society of Critical Care Medicine criteria for severe sepsis (7) and consist of signs of infection plus organ failure; [b]The 95% confidence interval across sites ranged from 1.0 to 4.1; [c]We could not test for differences in age or ICU LOS because we only had the measures of central tendency and not the actual distributions of these variables for the Sands et al. cohort.

PAR-VASO-0007159

Table 2. Characteristics of study cohort (n = 192,980)

| Characteristic | Occurrence, % | Mortality, % |
|---|---|---|
| Underlying comorbidity | | |
| Chronic obstructive pulmonary disease | 12.3 | 32.1 |
| Neoplasm (nonmetastatic) | 11.6 | 36.9 |
| HIV disease | 6.3 | 34.0 |
| Chronic liver disease | 4.5 | 37.1 |
| Chronic renal disease | 5.4 | 36.7 |
| Neoplasm (metastatic) | 5.3 | 43.4 |
| Complicated diabetes | 3.2 | 24.0 |
| Peripheral vascular disease | 3.1 | 30.9 |
| Autoimmune disease | 1.5 | 23.5 |
| Any underlying comorbidity | 55.5 | 31.8 |
| Acute organ dysfunction | | |
| Number of systems | | |
| 1 | 73.6 | 21.2 |
| 2 | 20.7 | 44.3 |
| 3 | 4.7 | 64.5 |
| ≥4 | 1.0 | 76.2 |
| Organ system | | |
| Respiratory | 45.8 | 40.1 |
| Cardiovascular | 24.4 | 32.4 |
| Renal | 22.0 | 38.2 |
| Hematologic | 20.6 | 22.8 |
| Central nervous system | 9.3 | 24.4 |
| Hepatic | 1.3 | 54.3 |
| Site of infection | | |
| Respiratory | 44.0 | 32.9 |
| Bacteremia, site unspecified | 17.3 | 41.2 |
| Genitourinary | 9.1 | 16.1 |
| Abdominal | 8.6 | 19.5 |
| Wound/soft tissue | 6.6 | 20.6 |
| Device-related | 2.2 | 18.1 |
| Central nervous system | 0.8 | 29.5 |
| Endocarditis | 0.6 | 33.1 |
| Other/unspecified | 10.8 | 15.4 |
| ICU admission | 51.1 | 34.1 |
| Medical condition | 71.4 | 29.2 |
| Surgical condition | 28.6 | 26.2 |

HIV, human immunodeficiency virus; ICU, intensive care unit.

were male. Descriptive characteristics are provided in Table 2. After we adjusted for age and gender, the national incidence rate was 3.0 cases per 1,000 population (2.26 cases per 100 hospital discharges). This produced a national estimate of 751,000 cases per annum, of which 416,700 (55.5%) had underlying comorbidity and 160,700 (21.4%) were surgical. Overall, 383,000 (51.1%) received ICU care. An additional 84,000 (11.1%) received care in a coronary care unit, and 46,000 (6.2%) were ventilated in an intermediate care unit but never received ICU care.

The number of cases and incidence rates by age are shown in Figure 1. The incidence was high in infants (5.3/1,000 aged <1 yr), decreased quickly in older children (0.2/1,000 aged 5–14 yrs), increased slowly through most of adulthood (5.3/1,000 aged 60–64 yrs), and increased sharply in the elderly (26.2/1,000 aged ≥85 yrs). The number of cases also increased with age, although the peak

was earlier, such that more than half of patients were ≥65 yrs (437,400, 58.3%) and more than one third were ≥5 yrs (274,000, 36.6%). There was also a "bump" in the number of young adults attributable to patients with HIV-related conditions (n = 47,200, average age 38.5 yrs).

Excluding patients with HIV disease, the overall incidence rate for women was similar to that of men (2.87 vs. 2.83 cases per 1,000 population). However, the age-specific incidence rate was lower in women than in men such that, from age 30 onward, women had a rate similar to that of men 5 yrs younger (Fig. 2). Women were more likely to have genitourinary infections (11.8 vs. 6.3%, $p < .0001$) and less likely to have respiratory infections (39.9 vs. 48.1%, $p < .0001$) but otherwise had a similar distribution of sites of infection.

*Mortality.* The overall hospital mortality rate was 28.6%, which represents 215,000 deaths nationally. Mortality rates

were higher for patients with preexisting disease, medical conditions, ICU care, and more organ failure (Table 2). Mortality increased with age from 10% in children to 38.4% in those ≥85 yrs (Fig. 3). This trend was most obvious in those without underlying comorbidity. For patients with underlying comorbidity, mortality was much higher and changed little throughout most of adulthood.

There was no gender difference in mortality in children, but the mortality rate for men was slightly higher than for women (29.3 vs. 27.9%, $p < .0001$). The widest difference (20.9 vs. 13.9%, $p < .0001$) occurred in those 25–30 yrs of age, but the effect was observed throughout adulthood. Excluding HIV cases, mortality rates for women aged ≥30 yrs, like the incidence rates, were similar to that of men 5 yrs younger (Fig. 2). In multivariate regression, these differences were explained by differences in age, underlying comorbidity, and site of infection. In other words, although the chances of developing sepsis differed for men and women by age, the likelihood of dying from sepsis was the same for men and women after adjusting for age, underlying comorbidity, and site of infection.

*Hospital Resource Use and Costs.* The average LOS and cost per case were 19.6 days and $22,100. Nonsurvivors had a similar LOS (19.9 vs. 19.4 days, $p < .005$) but cost considerably more ($25,900 vs. $20,600, $p < .0001$) than survivors. ICU patients stayed longer (23.3 vs. 15.6 days, $p < .0001$) and cost more ($29,900 vs. $13,900, $p < .0001$) than non-ICU patients, and surgical patients stayed longer (24.0 vs. 18.3 days, $p < .0001$) and cost more ($30,800 vs. $19,700, $p < .0001$) than medical patients. Males stayed slightly longer (19.6 vs. 19.5 days, $p < .0001$) and cost more ($23,000 vs. $21,200, $p < .0001$) than females. LOS varied little with the number of organ systems in which acute dysfunction developed (range, 18.5–22.8 days), but average costs increased from $19,500 for those with acute dysfunction in one system to $32,800 for those with dysfunction in four or more systems.

Average and total costs by age are shown in Figure 4. Adult costs were generally stable around $21,000–25,000, except in the oldest patients ($14,600 for those aged ≥85 yrs). Infants were the most expensive, with an average cost of $54,300, whereas the average cost for patients aged 1–19 yrs was $28,000. ICU admission rates were generally high

PAR-VASO-0007160



Figure 1. National age-specific number and incidence of cases of severe sepsis. National estimates are generated from the seven-state cohort using state and national age- and gender-specific population estimates from the National Center for Health Statistics and the U.S. Census. *pop*, population.



Figure 2. National age-specific incidence and mortality rates for all cases of severe sepsis by gender, excluding those with HIV disease. National estimates are generated from the seven-state cohort using state and national age-specific population estimates from the National Center for Health Statistics and the U.S. Census. The incidence among women was equivalent to that of men 5 yrs younger. A similar age-based difference was seen in mortality but, in multivariate regression, this difference was explained by underlying comorbidity and site of infection. *pop*, population.

across all ages but were highest in infants (58.2%) and lowest in adults aged 30–39 yrs (41.1%) and those aged ≥85 yrs (40%). Of note, patients with HIV disease had a much lower ICU admission rate (26.0%), partially explaining the lower ICU admission rates in those aged 30–39 yrs.

The total national hospital cost associated with the care of patients who incurred severe sepsis was $16.7 billion. The costs of care for patients aged <1 yr and 1–19 yrs were $1.1 billion and $622 million, representing 6.6% and 3.7% of the total costs. The costs of care for patients aged ≥65 and ≥75 yrs were $8.7 billion and $5.1 billion, representing 52.3% and 30.8% of the total costs.

*Comparison of Teaching to Nonteaching Hospitals.* There were 847 hospitals in our data set, of which 84 (9.9%) were teaching institutions. About one fourth of all cases were managed at these teaching hospitals (Table 3). Patients at teaching hospitals were younger, more likely to have HIV disease, and less likely to have chronic obstructive pulmonary disease but otherwise had similar comorbidity, ICU use, and mortality. Both costs and LOS were considerably higher at teaching hospitals. Higher costs and longer LOS also were incurred in larger hospitals when we stratified hospitals by the number of beds (data not shown).

*Population-Based Projections of the Future National Occurrence of Sepsis.* Assuming only the U.S. Census-projected changes in the population, we estimated the number of cases to increase steadily at 1.5% per annum, yielding 934,000 and 1,110,000 cases by the years 2010 and 2020. This increase is faster than the anticipated population growth and is attributable to the high incidence of sepsis in older patients and the disproportionate growth of the elderly in the U.S. population.

## DISCUSSION

We found that severe sepsis is very common, consumes considerable healthcare resources, and is associated with a high mortality rate. The 215,000 deaths we estimated were 9.3% of all deaths in the United States in 1995 and equaled the number of deaths after acute myocardial infarction (24). Although many of the deaths after sepsis may not be caused by sepsis, the magnitude of our national estimates underscores the importance of sepsis as a major health problem.

Our overall hospital mortality rate of almost 30% was typical of most prior sepsis studies, but the rate was much lower in children and previously healthy adults. Pediatric and adult sepsis populations have not been studied together before, but a recent study of pneumococcal bacteremia also demonstrated wide variation in mortality from 3.2% in children to 43% in the elderly (25). Such variation raises the possibilities that the attribut-

PAR-VASO-0007161



Figure 3. National age-specific mortality rates for all cases of severe sepsis and for those with and without underlying comorbidity. Comorbidity is defined as a Charlson-Deyo score (23) >0. National estimates are generated from the seven-state cohort using state and national age- and gender-specific population estimates from the National Center for Health Statistics and the U.S. Census. Error bars represent 95% confidence intervals.



Figure 4. National age-specific average and total hospital costs for severe sepsis. Costs are calculated by multiplying total hospital charges by the hospital-specific cost-to-charge ratio derived from the Health Care Financing Administration Provider Specific File (19). All costs are expressed as 1995 U.S. dollars. National estimates are generated from the seven-state cohort using state and national age- and gender-specific population estimates from the National Center for Health Statistics and the U.S. Census.

able mortality of sepsis may be much less than the commonly observed 30% and that the mechanism by which sepsis causes death is highly dependent on individual patient factors, many of which may not be reversible by single antisepsis agents. This potential for an attributable mortality much lower than 30% supports the argument that many recent trials of antisepsis agents were underpowered, designed only to find unrealistically large effect sizes (26).

Clinical trials of antisepsis agents often exclude the very elderly, patients with HIV disease, and patients with malignancy. This is because these patients are believed to be at higher risk of death, as confirmed by our data, and less likely to respond to treatment. The conventional wisdom also may have been that such patients are rare. However, we found that these patients are a large proportion of the sepsis population, and their exclusion will compromise the external validity, or representativeness, of these trials. Because new antisepsis therapies may well be expensive to use (27), a full understanding of their effectiveness and cost-effectiveness in different patient populations is essential.

Beyond the implications for clinical trials, our observation that sepsis is a disease of the elderly also mandates consideration of the appropriateness of care, including determination of patient preferences. Our data suggest that there are already differences in the aggressiveness of treatment in this group, with lower length of stay, ICU use, and hospital costs in those aged >85 yrs. Yet, aggressive care is not futile in the elderly, and the majority survive to hospital discharge. Unfortunately, there are limited data on the subsequent survival (28) or quality of life (29) after sepsis, especially in the elderly. Such information will be crucial in determining optimal healthcare policy as the U.S. population ages and the number of cases of sepsis increases. There also may be other important trends over time. The large proportion of cases related to HIV may change over time. There is hope that the incidence of HIV infection will continue to decrease, but, with new therapies prolonging survival, prevalence will likely increase. Forecasting the consequences for severe sepsis will be difficult, and we recommend continued follow-up.

Several recent studies have suggested that gender, perhaps through differences in sex hormones (30–32), may be an important risk factor for adverse outcome in infection and sepsis. However, some studies found that women fared better (30, 31) whereas others found the opposite (32). We found that women did have lower age-adjusted severe sepsis rates, mainly attributable to fewer episodes of respiratory origin. We do not know, however, whether this represents a difference in the distribution of risk factors, such as chronic obstructive pulmonary disease, or a difference in access to care. We also found that mortality was lower in women

PAR-VASO-0007162

Table 3. Comparison of teaching[a] to nonteaching hospitals

| Characteristic | Teaching[b] | Nonteaching |
|---|---|---|
| n (% of total) | 53,089 (27.5) | 139,891 (72.5) |
| Age, mean, median yrs | 57.0, 63 | 66.5, 72 |
| Gender, % male | 51.9 | 48.8 |
| Average number of organ systems with acute dysfunction | 1.35 | 1.33 |
| Comorbidity | | |
|   Charlson-Deyo index >0, % | 55.0 | 55.7 |
|   Chronic obstructive pulmonary disease, % | 7.8 | 13.9 |
|   HIV disease, % | 10.1 | 4.9 |
| Resource use | | |
|   Hospital LOS, mean ± SD, median | 24.1 ± 33.4, 15 | 17.6 ± 32.4, 11 |
|   Hospital cost, mean ± SD, median U.S. $1,000 | 30.6 ± 40.7, 17.3 | 18.4 ± 27.7, 10.4 |
|   ICU admission rate, % | 51.8 | 50.8 |
|   ICU LOS, mean ± SD, median | 13.8 ± 20.0, 7 | 10.0 ± 13.8, 6 |
|   Hospital LOS for ICU patients, mean ± SD, median | 28 ± 36.9, 19 | 20.8 ± 34.4, 14 |
|   Hospital cost for ICU patients, mean ± SD, median U.S. $1,000 | 42.1 ± 47.1, 27.6 | 24.6 ± 31.3, 15.7 |
| Hospital mortality, % | 29.7 | 28.1 |

HIV, human immunodeficiency virus; LOS, length of stay; ICU, intensive care unit.

[a]Teaching defined as member of the Council of Teaching Hospitals, derived from the American Hospital Association 1995 Guide to the Health Care Field (20); [b]All variables were statistically significantly different between teaching and nonteaching hospitals ($p < .0001$) with the exception of the Charlson-Deyo index >0.

> We believe that this study highlights a variety of epidemiologic and health services research issues that remain poorly understood, including optimal delivery of care for vulnerable and elderly populations.

but that this was explained by differences in age, comorbidity, and site of infection. The gender differences we observed were consistent throughout adulthood, with no obvious link to menopause, suggesting that the differences are not solely mediated through sex hormones. Thus, we recommend that future research on gender differences in sepsis focus on understanding the processes that lead to the site and type of infection and on understanding whether there are systematic differences in healthcare access and delivery.

There is limited information on the hospital costs and resource use associated with the care of septic patients. Chalfin et al. (33) analyzed 1,405 patients at a teaching hospital and estimated mean total charges of $38,304 in survivors and $49,182 in nonsurvivors. When we adjust for inflation and use an average cost-to-charge ratio, these estimates are consistent with our findings for costs at teaching hospitals. Costs of care appear lower at nonteaching hospitals, attributable presumably to differences in case-mix, differences in care, such as the costs of teaching, or both. Perhaps contrary to clinical intuition, we found that many patients with sepsis did not receive ICU care. This observation was also made by others (8, 9). Whether such patients would have benefited from ICU care is unclear, and it is possible that the ACCP/

SCCM definition for severe sepsis, intended for ICU patients, selects different types of patients on the hospital floor.

The major limitations of our study relate to the use of administrative data to define sepsis. We selected states from the West, Northeast, Midatlantic, and Southeast regions. Although these regions represent the most heavily populated areas of the United States, we did not have representation from the Midwest or Southwest. Unfortunately, there are no statewide hospital databases from these regions with the appropriate level of detail and quality for this study. However, when generating national estimates, we adjusted for differences in population distribution between the seven-state cohort and the entire country, and we do not anticipate that additional data from the Midwest or Southwest would have altered any of our national estimates substantially. We used data from 1995, the last full year for which data were available from all seven states when we began the study. There have been no significant changes in the management of sepsis since that time, and therefore, other than the 1.5% annual increase in incidence with the aging of the population, we believe our estimates reflect current practice.

We could only identify sepsis by using ICD-9-CM codes, rather than clinical and physiologic measurements. The data set

was not designed primarily for research and consequently did not necessarily have the same level of data auditing and quality that might be expected in a prospective study. Although our definition combined infection with organ dysfunction within the same admission, the time overlap was not as tight as in clinical trials, which usually specify an overlap of infection and organ failure within a time window of 12–72 hrs, depending on the study. Our definition of severe sepsis also could be considered more inclusive than others (e.g., a patient with bacterial pneumonia would be considered to have severe sepsis if mechanical ventilation was required). Finally, both the hospital costs and mortality rates are all-cause estimates and not the attributable costs or mortality rates of sepsis. Thus, preventing sepsis altogether would only diminish, and not extinguish, these costs and deaths. At the same time, our estimates do not include costs or mortality rates after hospital discharge. There is evidence that hospital survivors of severe sepsis remain at considerably increased risk of death compared with nonseptic controls (28).

Despite these limitations, our approach captured patients similar to those identified using more rigorous prospective screening criteria. In addition to the close comparison with Sands et al. (9), our findings with regard to site of infection, ICU use, and hospital mortality are also very similar to the other U.S. study, by Rangel-Frausto et al. (8) We believe the comparison of our ICD-9-CM coding scheme to the prospective criteria was a strength of this study. However, the validity of our approach could have been verified further if the comparison cohort

PAR-VASO-0007163

included children and if detailed chart review had been possible.

In conclusion, we found that severe sepsis is a common, frequently fatal, and expensive condition. It is especially common in the elderly and is likely to increase substantially in the coming years as the U.S. population ages. Although we applaud the continued search for effective antisepsis drugs, we also encourage attention to other aspects of care. In particular, we believe that this study highlights a variety of epidemiologic and health services research issues that remain poorly understood, including optimal delivery of care for vulnerable and elderly populations.

## ACKNOWLEDGMENTS

We are indebted to Timothy Rickert, BS, of Health Process Management, Inc., for assistance with data management; Tammy L. Young and Tony T. Dremsizov, MBA, for assistance with manuscript preparation; and Lisa Weissfeld, PhD, at the University of Pittsburgh, for statistical review and comments.

## REFERENCES

1. Wheeler AP, Bernard GR: Treating patients with severe sepsis. *N Engl J Med* 1999; 340: 207–214
2. Dellinger RP: From the bench to the bedside: The future of sepsis research. Executive summary of an American College of Chest Physicians, National Institute of Allergy and Infectious Disease, and National Heart, Lung, and Blood Institute Workshop. *Chest* 1997; 111:744–753
3. Centers for Disease Control: Increase in national hospital discharge survey rates for septicemia—United States, 1979–1987. *JAMA* 1990; 263:937–938
4. Bernard GR, Wheeler AP, Russell JA, et al: The effects of ibuprofen on the physiology and survival of patients with sepsis. The Ibuprofen in Sepsis Study Group. *N Engl J Med* 1997; 336:912–918
5. Kieft H, Hoepelman AI, Zhou W, et al: The sepsis syndrome in a Dutch university hospital. Clinical observations. *Arch Intern Med* 1993; 153:2241–2247
6. Opal SM, Fisher CJ Jr, Dhainaut JF, et al: Confirmatory interleukin-1 receptor antagonist trial in severe sepsis: A phase III, randomized, double-blind, placebo-controlled, multicenter trial. *Crit Care Med* 1997; 25: 1115–1124
7. Bone RC, Balk RA, Cerra FB, et al: Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. The ACCP/SCCM Consensus Conference Committee. American College of Chest Physicians/Society of Critical Care Medicine. *Chest* 1992; 101:1644–1655
8. Rangel-Frausto MS, Pittet D, Costigan M, et al: The natural history of the systemic inflammatory response syndrome (SIRS). A prospective study. *JAMA* 1995; 273:117–123
9. Sands KE, Bates DW, Lanken PN, et al: Epidemiology of sepsis syndrome in 8 academic medical centers. Academic Medical Center Consortium Sepsis Project Working Group. *JAMA* 1997; 278:234–240
10. Hospital inpatient data file, State of Florida. State of Florida, Agency for Health Care Administration, 2000
11. Maryland acute care inpatient data. State of Maryland, St. Paul Computer Center, Inc., 2000
12. FY 1996 hospital case mix data base. The Commonwealth of Massachusetts, Executive Office of Health and Human Services, 2000
13. Discharge data UB-92 YTD tape file: State of New Jersey, Department of Health and Senior Services, 2000
14. New York State Department of Health SPARCS: "Expanded administrative releasable" data. New York, State of New York Department of Health, 2000
15. Public use file-PUF1 patient level data. State of Virginia, Virginia Health Information, 2000
16. CHARS (Comprehensive Hospital Abstract Reporting System) public data file. State of Washington, Department of Health, 2000
17. US Bureau of Census: *Population Estimates Program.* Report CB97-64. Washington, DC, US Bureau of Census, 1990
18. Ventura SJ, Martin JA, Curtin SC, et al: *Report of final natality statistics, 1995.* Report CB97-64. Washington, DC, US Department of Health and Human Services, 1997
19. Health Care Financing Administration: 1995 HCFA Provider Specific File. Washington, DC, Health Care Financing Administration, 1995
20. American Hospital Association: 2000–2001 AHA Guide to the Health Care Field. Chicago, IL, Health Forum, 2000
21. Marshall JC, Cook DJ, Christou NV, et al: Multiple organ dysfunction score: A reliable descriptor of a complex clinical outcome. *Crit Care Med* 1995; 23:1638–1652
22. Vincent JL, Moreno R, Takala J, et al: The SOFA (Sepsis-related Organ Failure Assessment) score to describe organ dysfunction/failure. *Intensive Care Med* 1996; 22:707–710
23. Deyo RA, Cherkin DC, Ciol MA: Adapting a clinical comorbidity index for use with ICD-9-CM administrative databases. *J Clin Epidemiol* 1992; 45:613–619
24. National Center for Health Statistics: Deaths from 282 selected causes. Available at: http://www.cdc.gov/nchs/datawh/statab/unpubd/mortabs/gmwkiii.htm. Accessed January 2001
25. Mirzanejad Y, Roman S, Talbot J, et al: Pneumococcal bacteremia in two tertiary care hospitals in Winnipeg, Canada. Pneumococcal Bacteremia Study Group. *Chest* 1996; 109:173–178
26. Angus DC, Birmingham MC, Balk RA, et al: E5 murine monoclonal anti-endotoxin antibody in Gram-negative sepsis: A multicenter randomized controlled trial and implications for future sepsis trials. *JAMA* 2000; 283: 1723–1730
27. Schulman KA, Glick HA, Rubin H, et al: Cost-effectiveness of HA-1A monoclonal antibody for Gram-negative sepsis. Economic assessment of a new therapeutic agent. *JAMA* 1991; 266:3466–3471
28. Quartin AA, Schein RM, Kett DH, et al: Magnitude and duration of the effect of sepsis on survival. *JAMA* 1997; 277:1058–1063
29. Perl TM, Dvorak L, Hwang T, et al: Long-term survival and function after suspected Gram-negative sepsis. *JAMA* 1995; 274: 338–345
30. Schroder J, Kahlke V, Staubach KH, et al: Gender differences in human sepsis. *Arch Surg* 1998; 133:1200–1205
31. Wichmann MW, Inthorn D, Andress H-J, et al: Incidence and mortality of severe sepsis in surgical intensive care patients: The influence of patient gender on disease process and outcome. *Intensive Care Med* 2000; 26: 167–172
32. Crabtree TD, Pelletier SJ, Gleason TG, et al: Gender-dependent differences in outcome after the treatment of infection in hospitalized patients. *JAMA* 1999; 282:2143–2148
33. Chalfin DB, Holbein ME, Fein AM, et al: Cost-effectiveness of monoclonal antibodies to Gram-negative endotoxin in the treatment of Gram-negative sepsis in ICU patients. *JAMA* 1993; 269:249–254

## APPENDIX 1

## ICD-9-CM Codes Used to Identify a Bacterial or Fungal Infection

001, Cholera; 002, Typhoid/paratyphoid fever; 003, Other salmonella infection; 004, Shigellosis; 005, Other food poisoning; 008, Intestinal infection not otherwise classified; 009, Ill-defined intestinal infection; 010, Primary tuberculosis infection; 011, Pulmonary tuberculosis; 012, Other respiratory tuberculosis; 013, Central nervous system tuberculosis; 014, Intestinal tuberculosis; 015, Tuberculosis of bone and joint; 016, Genitourinary tuberculosis; 017, Tuberculosis not otherwise classified; 018, Miliary tuberculosis; 020, Plague; 021, Tularemia; 022, Anthrax; 023, Brucellosis; 024, Glanders; 025, Melioidosis; 026, Rat-bite fever; 027, Other bacterial zoonoses; 030, Leprosy; 031, Other mycobacterial disease; 032, Diphtheria; 033, Whooping cough; 034, Streptococcal throat/scarlet fever;

PAR-VASO-0007164

035, Erysipelas; 036, Meningococcal infection; 037, Tetanus; 038, Septicemia; 039, Actinomycotic infections; 040, Other bacterial diseases; 041, Bacterial infection in other diseases not otherwise specified; 090, Congenital syphilis; 091, Early symptomatic syphilis; 092, Early syphilis latent; 093, Cardiovascular syphilis; 094, Neurosyphilis; 095, Other late symptomatic syphilis; 096, Late syphilis latent; 097, Other and unspecified syphilis; 098, Gonococcal infections; 100, Leptospirosis; 101, Vincent's angina; 102, Yaws; 103, Pinta; 104, Other spirochetal infection; 110, Dermatophytosis; 111, Dermatomycosis not otherwise classified or specified; 112, Candidiasis; 114, Coccidioidomycosis; 115, Histoplasmosis; 116, Blastomycotic infection; 117, Other mycoses; 118, Opportunistic mycoses; 320, Bacterial meningitis; 322, Meningitis, unspecified; 324, Central nervous system abscess; 325, Phlebitis of intracranial sinus; 420, Acute pericarditis; 421, Acute or subacute endocarditis; 451, Thrombophlebitis; 461, Acute sinusitis; 462, Acute pharyngitis; 463, Acute tonsillitis; 464, Acute laryngitis/tracheitis; 465, Acute upper respiratory infection of multiple sites/not otherwise specified; 481, Pneumococcal pneumonia; 482, Other bacterial pneumonia; 485, Bronchopneumonia with organism not otherwise specified; 486, Pneumonia, organism not otherwise specified; 491.21, Acute exacerbation of obstructive chronic bronchitis; 494,

Bronchiectasis; 510, Empyema; 513, Lung/mediastinum abscess; 540, Acute appendicitis; 541, Appendicitis not otherwise specified; 542, Other appendicitis; 562.01, Diverticulitis of small intestine without hemorrhage; 562.03, Diverticulitis of small intestine with hemorrhage; 562.11, Diverticulitis of colon without hemorrhage; 562.13, Diverticulitis of colon with hemorrhage; 566, Anal and rectal abscess; 567, Peritonitis; 569.5, Intestinal abscess; 569.83, Perforation of intestine; 572.0, Abscess of liver; 572.1, Portal pyemia; 575.0, Acute cholecystitis; 590, Kidney infection; 597, Urethritis/urethral syndrome; 599.0, Urinary tract infection not otherwise specified; 601, Prostatic inflammation; 614, Female pel-

vic inflammation disease; 615, Uterine inflammatory disease; 616, Other female genital inflammation; 681, Cellulitis, finger/toe; 682, Other cellulitis or abscess; 683, Acute lymphadenitis; 686, Other local skin infection; 711.0, Pyogenic arthritis; 730, Osteomyelitis; 790.7, Bacteremia; 996.6, Infection or inflammation of device/graft; 998.5, Postoperative infection; 999.3, Infectious complication of medical care not otherwise classified.

Where 3- or 4-digit codes are listed, all associated subcodes were included. There were 1,286 distinct infection codes in our schema. Of these, only 642 codes were detected in the sample. Among the 642 codes, 225 codes accounted for 99% of the sample and 68 codes accounted for 90%.

Appendix 2. ICD-9-CM-based classification of acute organ dysfunction

| Organ System | ICD-9-CM Code Description | ICD-9-CM Code[a] |
| --- | --- | --- |
| Cardiovascular | Shock without trauma | 785.5 |
| | Hypotension | 458 |
| Respiratory | Mechanical ventilation[a] | 96.7 |
| Neurologic | Encephalopathy | 348.3 |
| | Transient organic psychosis | 293 |
| | Anoxic brain damage | 348.1 |
| Hematologic | Secondary thrombocytopenia | 287.4 |
| | Thrombocytopenia, unspecified | 287.5 |
| | Other/unspecified coagulation defect | 286.9 |
| | Defibrination syndrome | 286.6 |
| Hepatic | Acute and subacute necrosis of liver | 570 |
| | Hepatic infarction | 573.4 |
| Renal | Acute renal failure | 584 |

ICD-9-CM, International Classification of Diseases, Ninth Revision, Clinical Modification.
[a]Where 3- or 4-digit codes are listed, all associated subcodes were included.

PAR-VASO-0007165

# A Prospective Randomized Trial of Arginine Vasopressin in the Treatment of Vasodilatory Shock After Left Ventricular Assist Device Placement

Michael Argenziano, MD; Asim F. Choudhri, BS; Mehmet C. Oz, MD; Eric A. Rose, MD; Craig R. Smith, MD; Donald W. Landry, MD, PhD

*Background* Vasodilatory shock requiring catecholamine pressors occurs in some patients following cardiopulmonary bypass. Prompted by a clinical observation, we investigated the use of vasopressin as a treatment for this syndrome in a randomized, controlled trial.

*Methods and Results* Patients undergoing placement of a left ventricular assist device (n=23) were evaluated for post-bypass vasodilatory shock requiring catecholamine pressors, and consecutive eligible subjects (n=10) were evenly randomized to blinded intravenous vasopressin or saline placebo. Vasopressin (0.1 U/min) increased mean arterial pressure (57±4 to 84±2 mm Hg, $P<.001$) and systemic vascular resistance (813±113 to 1188±87 dyne-s/cm,[5] $P<.001$), with decreased norepinephrine administration. There was no significant response to saline, but in three subjects who crossed over, blinded vasopressin increased mean arterial pressure (69±8 to 93±4 mm Hg) and systemic vascular resistance (898±88 to

1443±72 dyne-s/cm[5]) with decreased norepinephrine administration. Plasma vasopressin concentrations prior to randomization clustered in two groups: one (n=5) with concentrations inappropriately low for the degree of hypotension (8.4±2.1 pg/mL) and a second (n=3) with moderately elevated levels (33.7±1.6 pg/mL); vasopressin increased mean arterial pressure in the low vasopressin group from 57±4 to 85±2 mm Hg ($P<.01$) and in the high vasopressin group from 68±8 to 86±4 mm Hg.

*Conclusions* Vasopressin is an effective pressor in vasodilatory shock after cardiopulmonary bypass. An absolute vasopressin deficiency was observed in the majority of patients, but all subjects responded to vasopressin administration. (*Circulation.* 1997;96[suppl II]:II-286-II-290.)

*Key Words* ● shock ● vasodilatation ● vasopressin ● ventricular assistance ● cardiopulmonary bypass

V asodilatory shock can occur after cardiopulmonary bypass as part of a systemic inflammatory response.[1,2] Vasopressor catecholamines are used to treat this syndrome,[3-5] but catecholamine resistance is common[6] and significant toxicity occurs at high doses.[7-9] For these reasons, an alternative pressor agent could be useful.

Vasopressin is an intriguing hormone in that it has little vasoconstrictor effect in hemodynamically normal subjects,[10-12] but is an important pressor in states where arterial pressure is threatened.[13-15] We have described a defect in the baroreflex-mediated secretion of vasopressin in patients with vasodilatory septic shock and found a hypersensitivity in these patients to the pressor effect of the hormone.[16] Recently, we observed a similar syndrome of vasopressin deficiency and pressor hypersensitivity in several patients with vasodilatory shock after cardiopulmonary bypass (Oz MC, Landry DW, unpublished observation).

To determine the therapeutic value of vasopressin in post-bypass vasodilatory shock, we conducted a random-

ized placebo-controlled trial. Patients were selected from among those undergoing insertion of a left ventricular assist device (LVAD) for end-stage heart failure, a population with a relatively high incidence of vasodilatory shock.[17,18]

## Methods

### Study Subjects and Protocols

Subjects were patients at the Columbia-Presbyterian Medical Center undergoing LVAD placement for end-stage heart failure. Written informed consent was obtained preoperatively from consecutive patients. Subjects were not eligible if they had active peripheral or mesenteric vascular disease or prior administration of arginine vasopressin. The study protocol was approved by the Institutional Review Board of Columbia University.

Patients underwent a standard cardiac anesthesia protocol, including narcotic induction. Arterial pressure was transduced from an indwelling arterial catheter, and cardiac output was measured directly as LVAD output. On weaning from cardiopulmonary bypass, subjects were selected for 1) mean arterial pressure less than or equal to 70 mm Hg despite norepinephrine administration in excess of 8 μg/min, and 2) LVAD-assisted cardiac index greater than 2.5 L/min/m². Consecutive eligible subjects were blindly randomized 5 minutes after bypass to receive intravenous vasopressin (Pitressin, Parke-Davis) at 0.1 U/min or normal saline placebo. A plasma sample for vasopressin measurement was collected at the time of randomization. A clinical response was defined as an increase in mean arterial pressure (>20 mm Hg) without an increase in

From the Departments of Surgery (M.A., A.F.C., M.C.O., E.A.R., C.R.S.) and Medicine (D.W.L.), Columbia University College of Physicians and Surgeons, New York, NY.

Correspondence to Mehmet C. Oz, MD, or Donald W. Landry, MD, PhD, Milstein Hospital Room 7-435, 177 Fort Washington Ave, New York, NY 10032. E-mail ma66@columbia.edu

© 1997 American Heart Association, Inc.

TABLE 1. Hemodynamic Responses and Catecholamine Requirements of Randomized Patients

| Parameter | Randomized to AVP (n=5) | | Randomized to NS (n=5) | | Crossover (NS to AVP) (n=3) | |
| --- | --- | --- | --- | --- | --- | --- |
| | Pre-AVP | Post-AVP | Pre-NS | Post-NS | Pre-AVP | Post-AVP |
| MAP (mm Hg) | 57±4 | 84±2* | 63±3 | 65±5 | 69±8 | 93±4 |
| SVR (dynes-s/cm⁵) | 813±113 | 1188±87† | 843±95 | 857±63 | 898±95 | 1443±72 |
| LVAD flow (L/min) | 4.2±0.2 | 4.4±0.3 | 4.2±0.4 | 4.3±0.4 | 4.7±0.6 | 4.7±0.6 |
| NE dose (µg/min) | 26.7±9.0 | 10.7±10.7 | 12.8±5.2 | 12.2±5.1 | 16.8±7.7 | 1.8±1.8 |

AVP, arginine vasopressin; NS, normal saline; MAP, mean arterial pressure; SVR, systemic vascular resistance; LVAD, left ventricular assist device; NE, norepinephrine.
*$P<.001$ versus pre-AVP.
†$P<.05$ versus pre-AVP.

norepinephrine administration and/or a decrease in norepinephrine requirement (>5 µg/min) without a decline in mean pressure, in the absence of other pharmacologic or surgical interventions. In the absence of a clinical response after 15 minutes of infusion, subjects were eligible at the discretion of the attending surgeon for blinded administration of the alternate solution. If a clinical response was observed, the assigned infusion was continued postoperatively. On arrival in the intensive care unit, vasopressin infusions were decreased to maintain mean arterial pressure above 70 mm Hg without catecholamine support.

Plasma vasopressin was measured by radioimmunoassay using published protocols.[19] For this assay, the reference range (95%) for hemodynamic normal subjects is <3 pg/mL for serum osmolality <285 mOsm/kg. Sensitivity was 0.3 pg/tube by the dilution method.

Hemodynamic and clinical data are reported as mean±SEM. Paired variables were analyzed by the paired Student's *t* test and unpaired variables compared by the Wilcoxon nonparametric test; a value of $P<.05$ was deemed significant.

## Results

Ten of 23 LVAD recipients met inclusion criteria with decreased mean arterial pressure (60±2 mm Hg), increased cardiac index (2.9±0.1 L/min/m²), and a requirement for exogenous norepinephrine (19.7±5.4 µg/min) to maintain blood pressure. Despite administration of catecholamine pressors, systemic vascular resistance was decreased (828±70 dyne-s/cm⁵), indicating vasodilatory shock. The study group consisted of eight men and two women, with a mean age of 52 years, mean ejection

fraction of 15±2%, and mean cardiopulmonary bypass time of 120±13 minutes. Etiology of heart failure was ischemic cardiomyopathy in seven cases and idiopathic dilated cardiomyopathy in three cases. These patients did not differ significantly from the 13 patients not meeting criteria for vasodilatory shock with respect to etiology of heart failure, ejection fraction, preoperative medication regimens, cardiopulmonary bypass time, or other basic demographic data. Five subjects were randomized to receive intravenous vasopressin and five to saline placebo; hemodynamic responses are summarized in Table 1. Vasopressin rapidly (≤15 minutes) and significantly increased mean arterial pressure (57±4 to 84±2 mm Hg, $P<.001$) and systemic vascular resistance (813±113 to 1188±87 dynes-s/cm,[5] $P<.05$). Cardiac index was not significantly changed, and thus the pressor effect of the hormone was due solely to vasoconstriction. The increase in mean arterial pressure coincided with decreased norepinephrine administration (26.7±9.0 to 10.7÷10.7 mg/min). Norepinephrine was discontinued in four of five subjects during the initial 15-minute period of vasopressin administration (entries 1, 3, 4, and 7, Table 2); the fifth (entry 5) was tapered off norepinephrine over several hours despite a mean arterial pressure of 90 mm Hg, at the discretion of the attending surgeon.

Subjects receiving saline placebo showed no significant change in arterial pressure, systemic vascular resistance, or catecholamine dose after 15 minutes (Table 1). In three subjects who were blindly crossed over, vaso-

TABLE 2. Effects of AVP Administration in Eight LVAD Recipients

| Patient | AVP Level | MAP | | | SVR | | | NE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Pre-AVP | Post-AVP | Δ | Pre-AVP | Post-AVP | Δ | Pre-AVP | Post-AVP |
| 1 | 3.6 | 58 | 83 | 25 | 912 | 1311 | 399 | 42.7 | 0 |
| 2 | 6.9 | 70 | 88 | 18 | 1025 | 1368 | 343 | 13.3 | 0 |
| 3 | 7.1 | 62 | 76 | 14 | 933 | 1446 | 513 | 18.7 | 0 |
| 4 | 8 | 50 | 88 | 38 | 587 | 950 | 363 | 10.7 | 0 |
| 5 | 16.3 | 45 | 90 | 45 | 517 | 1086 | 569 | 53.3 | 53.3* |
| 6 | 30.7 | 82† | 91 | 9 | 940 | 1587 | 647 | 8 | 0 |
| 7 | 34.2 | 69 | 83 | 14 | 1116 | 1148 | 32 | 8 | 0 |
| 8 | 36.3 | 54 | 100 | 46 | 729 | 1374 | 645 | 32 | 5.4‡ |
| Mean | | 61.3 | 87.4 | 26.1 | 844.9 | 1283.8 | 438.9 | 23.3 | 7.3 |
| SEM | | 4.3 | 2.5 | 5.3 | 74.9 | 73.5 | 72.0 | 6.1 | 6.6 |

AVP, arginine vasopressin; MAP, mean arterial pressure (mm Hg); SVR, systemic vascular resistance (dynes-s/cm⁵); NE, norepinephrine dose (µg/min).
*NE weaned off over 12 hours.
†MAP=69 mm Hg at time of randomization.
‡NE weaned off over 4 hours.



Fig 1.   Plasma vasopressin (arginine vasopressin, AVP) levels in vasodilatory shock after cardiopulmonary bypass.

pressin increased mean arterial pressure (69±8 to 93±4 mm Hg) and systemic vascular resistance (898±88 to 1443±72 dyne-s/cm³) while decreasing norepinephrine requirements (16.8±7.7 to 1.8±1.8 mg/min) (Table 2). Two of the three subjects were tapered off catecholamines within 15 minutes (entries 2 and 6, Table 2); the third (entry 8) was tapered off catecholamine over several hours despite a mean arterial pressure of 100 mm Hg, again at the discretion of the attending surgeon. Because of the small sample size, these changes did not achieve statistical significance.

In the eight subjects who received the hormone, vasopressin increased mean arterial pressure (61.3±12.1 to 87.4±7.0, $P<.05$) and systemic vascular resistance (845±212 to 1284±208 dyne-s/cm³, $P<.05$), with all patients weaned off catecholamines (and six of eight within the first 15 minutes of administration) (Table 2). Despite these significant increases in systemic arterial pressure, vasopressin administration did not significantly alter mean pulmonary artery pressures, which actually decreased from 25.9±2.9 mm Hg to 23.7±3.7 ($P=NS$). For subjects maintaining a mean arterial pressure >70 mm Hg without catecholamine support, vasopressin was tapered to 0.01 U/min and then discontinued. The median duration of vasopressin infusion was 36 hours (range, 1 hour to 7 days), and no subjects required reinstitution of norepinephrine. No complications were associated with vasopressin administration. There was one perioperative death, occurring on postoperative day 3, due to intractable hemorrhage in a patient with multisystem organ failure and severe coagulopathy.

The plasma vasopressin concentrations of the 10 randomized subjects varied widely (Fig 1) and were inappropriately low for the immediate post-bypass period, in which levels of 100 to 200 pg/mL are reported.[20-25] Based simply on the degree of hypotension, levels greater than 20 pg/mL would be expected for these subjects[26,27] but the majority (n=7) fell below this level with a mean of 8.8±4.7 pg/mL (closed circles, Fig 1). A second group (n=3) clustered above 30 pg/mL with a mean of 33.7±1.6 pg/mL (open circles, Fig 1). Preoperative medication regimens, hemodynamics, plasma sodium concentrations and serum osmolality did not differ significantly between the groups. None of the subjects manifested diabetes insipidus, and the low levels are consistent with a defect in baroreflex-mediated secretion of the hormone.



Fig 2.   Relationship of pretreatment vasopressin (arginine vasopressin, AVP) level to hemodynamic effect of vasopressin administration in vasodilatory shock after cardiopulmonary bypass. AVP, arginine vasopressin; MAP, mean arterial pressure; NE, norepinephrine dose. $P<.01$.

Five of the eight subjects who ultimately received vasopressin had levels below 20 pg/mL (mean 8.4±2.1 pg/mL), prior to randomization. These five subjects had a mean arterial pressure of 57±4 mm Hg that rose 28±6 mm Hg on administration of vasopressin ($P<.01$) (Fig 2). In the three subjects with elevated plasma vasopressin levels prior to randomization, mean arterial pressure was higher (68±8 mm Hg) on less norepinephrine, and with administration of vasopressin, mean arterial pressure increased by a smaller increment (18±6 mm Hg), although strict comparison of the magnitude of these effects between groups was prohibited by a lack of statistical power.

## Discussion

Cardiopulmonary bypass is typically associated with a marked increase in plasma vasopressin concentrations.[20-25] However, a few authors have documented cases of post-bypass vasopressin deficiency manifesting as diabetes insipidus,[28,29] and others have described a post-bypass vasodilatory syndrome responsive to agents such as octreotide[17] and angiotensin II.[18] Our subjects in vasodilatory shock after cardiopulmonary bypass for LVAD insertion were exquisitely sensitive to the pressor effect of vasopressin. The dose of vasopressin chosen for this study, 0.1 U/min, was one-fourth to one-ninth that administered to cirrhotics for the control of bleeding esophageal varices with minimal (<15 mm Hg) effect on arterial pressure.[30] This dose provides a steady state plasma concentration of greater than 150 pg/mL,[26] comparable to levels previously reported after cardiopulmonary bypass.[24] We observed rapid hemodynamic responses despite the absence of a loading dose, and in several patients vasopressin administration could be subsequently decreased to 0.01 U/min with maintenance of blood pressure without catecholamine pressor support.

A high sensitivity to low doses of vasopressin suggested the possibility of a deficiency of the hormone and we found that plasma levels were inappropriately low for the degree of hypotension in the majority of our subjects, consistent with a defect in baroreflex mediated secretion (Fig 1). However, subjects with moderately

elevated levels also responded to the hormone suggesting a relative deficiency in this group also.

The mechanism(s) contributing to vasopressin deficiency in the study population are the subject of speculation. First, autonomic failure is well known to cause vasopressin deficiency[31] and hypersensitivity.[12] Sympathetic function appears to be impaired in some patients after cardiopulmonary bypass[32,33] and congestive heart failure may contribute to this dysfunction by down-regulating adrenergic receptors. Second, strong vasopressin secretogogues such as extreme hyperosmolality are known to deplete hypothalamic and neurohypophyseal stores of the hormone.[34,35] Cardiopulmonary bypass is a potent stimulus to vasopressin secretion and patients with end-stage heart failure and excessive preoperative baroreflex-mediated release of vasopressin could be at greater risk for exhaustion of hormone stores.

In summary, we have demonstrated in a blinded, placebo-controlled, randomized trial that vasopressin is a generally effective pressor for LVAD recipients with vasodilatory shock after cardiopulmonary bypass, significantly increasing mean arterial pressure while rapidly reducing catecholamine requirements. The marked pressor sensitivity in our patients to vasopressin contrasts with their diminished sensitivity to catecholamines, and a similar pattern may contribute to the recently described effectiveness of vasopressin in patients suffering from cardiopulmonary arrest.[36,37] All subjects in the present study, regardless of pretreatment vasopressin level, responded to vasopressin administration, but the severity of shock and the magnitude of the hemodynamic response to exogenous hormone appeared related to the degree of vasopressin deficiency. Our results are preliminary, and a large-scale trial of vasopressin for the treatment of vasodilatory shock after cardiopulmonary bypass will be required to determine whether this novel therapy can improve perioperative morbidity and mortality by reducing the end-organ sequelae of hypotension and high-dose catecholamine therapy.

## Acknowledgments

This work was supported by a grant from the Saydman Trust to Dr Landry. Dr Oz is an Irving Scholar of Columbia University.

## References

1. Mills SA. Cerebral injury and cardiac operations. *Ann Thorac Surg.* 1993;56(suppl 5):S86-S91.
2. Moat NE, Shore DF, Evans TW. Organ dysfunction and cardiopulmonary bypass: the role of complement and complement regulatory proteins. *Eur J Cardiothorac Surg.* 1993;7:563-573.
3. Meadows D, Edwards JD, Wilkins RG, Nightingale P. Reversal of intractable septic shock with norepinephrine therapy. *Crit Care Med.* 1988;16:663-666.
4. Winslow EJ, Loeb HS, Rahimtoola SH, et al. Hemodynamic studies and results of therapy in 50 patients with bacteremic shock. *Am J Med.* 1973;54:421-425.
5. Smuylan H, Cuddy RP, Eich RH. Hemodynamic effects of pressor agents in septic and myocardial infarction shock. *JAMA.* 1964;190:188-194.
6. Chernow B, Roth BL. Pharmacologic manipulation of the peripheral vasculature in shock: clinical and experimental approaches. *Circ Shock.* 1986;18:141-155.
7. Powers FM, Pifarre R, Thomas JX Jr. Ventricular dysfunction in norepinephrine-induced cardiomyopathy. *Circ Shock.* 1994;43:122-129.
8. Hayes MA, Yau EH, Hinds CJ, Watson JD. Symmetrical peripheral gangrene: association with noradrenaline administration. *Intensive Care Med.* 1992;18:433-436.
9. Rump AF, Klaus W. Evidence for norepinephrine cardiotoxicity mediated by superoxide anion radicals in isolated rabbit hearts. *Naunyn-Schmiedebergs Arch Pharmacol.* 1994;349:295-300.
10. Grollman A, Geiling EMK. The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary liquid (Pituitrin), Pitressin, and Pitocin. *J Pharmacol Exp Therap.* 1932;46:447-460.
11. Graybiel A, Glendy RE. Circulatory effects following the intravenous administration of Pitressin in normal persons and in patients with hypertension and angina pectoris. *Am Heart J.* 1941;21:481-489.
12. Wagner HN Jr, Braunwald E. The pressor effect of the antidiuretic principle of the posterior pituitary in orthostatic hypotension. *J Clin Invest.* 1956;35:1412-1418.
13. Aisenbrey GA, Handelman WA, Arnold P, Manning M, Schrier RW. Vascular effects of arginine vasopressin during fluid deprivation in the rat. *J Clin Invest.* 1981;67:961-968.
14. Schwartz J, Reid IA. Effect of vasopressin blockade on blood pressure regulation during hemorrhage in conscious dogs. *Endocrinology.* 1981;108:1778-1780.
15. Schwartz J, Keil LC, Maselli J, Reid IA. Role of vasopressin in blood pressure regulation during adrenal insufficiency. *Endocrinology.* 1983;112:234-238.
16. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro DA, Oz MC, Oliver JA. Vasopressin deficiency in vasodilatory septic shock. *Crit Care Med.* 1997. In press.
17. Thaker U, Geary V, Chalmers P, Sheikh F. Low systemic vascular resistance during cardiac surgery: case reports, brief review, and management with angiotensin II. *J Cardiothorac Anesth.* 1990;4:360-363.
18. Egener TH, Comunale ME, Leckie RS. The use of a somatostatin analog in the treatment of refractory hypotension after cardiopulmonary bypass. *J Cardiothorac Vasc Anesth.* 1992;6:458-460.
19. Sakurai K. A simple and highly sensitive radioimmunoassay for 8-arginine vasopressin in human plasma using a reversed-phase C18 silica column. *Folia Endocrinol.* 1985;61:724-736.
20. Philbin DM, Coggins CH. Plasma vasopressin levels during cardiopulmonary bypass with and without profound haemodilution. *Can Anaesth Soc.* 1978;25:282-285.
21. Philbin DM, Coggins CH. Plasma antidiuretic hormone levels in cardiac surgical patients during morphine and halothane anaesthesia. *Anesthesiology.* 1978;48:95-98.
22. Wu W-h, Zbuzek VK, Bellevue G. Vasopressin release during cardiac operation. *J Thorac Cardiovasc Surg.* 1980;79:83-90.
23. Levine FH, Philbin DN, Kono K, et al. Plasma vasopressin levels and urinary sodium excretion during cardiopulmonary bypass with and without pulsatile flow. *Ann Thorac Surg.* 1981;32:63-67.
24. Feddersen K, Aurell M, Delin K, Haggendal J, Aren C, Radegran K. Effects of cardiopulmonary bypass and prostacyclin on plasma catecholamines, angiotensin II and arginine vasopressin. *Acta Anaesthesiol Scand.* 1985;29:224-230.
25. Agnoletti G, Scotti C, Panzali AF, Ceconi C, Curello S, Alfieri O, Marzollo P, Bini R, Albertini A, Ferrari A. Plasma levels of atrial natriuretic factor (ANF) and urinary excretion on ANF, arginine vasopressin and catecholamines in children with congenital heart disease: effect of cardiac surgery. *Eur J Cardiothorac Surg.* 1993;7:533-539.
26. Mohring J, Glanzer K, Maciel JA Jr, Dusing R, Kramer HJ, Arbogast R, Koch-Weser J. Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. *J Cardiovasc Pharmacol.* 1980;2:367-376.
27. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA. Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation.* 1997;95:1122-1125.
28. Kuan P, Messenger JC, Ellestad MH. Transient central diabetes insipidus after aortocoronary bypass operations. *Am J Cardiol.* 1983;52:1181-1183.
29. Robinson RO, Pagliero KM. Polyuria after cardiac surgery. *BMJ.* 1970;3:265-266.
30. Moreau R, Hadengue A, Soupisonechin T, Assous M, Roche-Sicot J, Sicot C. Abnormal pressor response to vasopressin in patients

PAR-VASO-0007169

with cirrhosis: Evidence for impaired buffering mechanisms. *Hepatology.* 1990;12:7-12.

31. Zerbe RL, Henry DP, Robertson GL. Vasopressin response to orthostatic hypotension: etiologic and clinical implications. *Am J Med.* 1983;74:265-271.

32. Zeitlhofer J, Asenbaum S, Spiss C, Wimmer A, Mayr N, Wolner E, Defecke L. Central nervous system function after cardiopulmonary bypass. *Eur Heart J.* 1993;14:885-890.

33. Murphy DA, Armour JA. Influences of cardiopulmonary bypass, temperature, cardioplegia, and topical hypothermia on cardiac innervation. *J Thorac Cardiovasc Surg.* 1992;103:1192-1199.

34. Jones CW, Pickering BT. Comparison of the effects of water deprivation and sodium chloride imbibition on the hormone content of the neurohypophysis of the rat. *J Physiol.* 1969;203:449-458.

35. Cooke CR, Wall BM, Jones GV, Presley DN, Share L. Reversible vasopressin deficiency in severe hypernatremia. *Am J Kidney Dis.* 1993;22:44-52.

36. Lindner KH, Brinkmann A, Pfenninger EG, Lurie KG, Goertz A, Lindner IM. Effect of vasopressin on hemodynamic variables, organ blood flow, and acid-base status in a pig model of cardiopulmonary resuscitation. *Anesth Analg.* 1993;77:427-435.

37. Lindner KH, Prengel AW, Brinkmann A, Strohmenger HU, Lindner IM, Lurie KG. Vasopressin administration in refractory cardiac arrest. *Ann Intern Med.* 1996;124:1061-1064.

PAR-VASO-0007170

## BRIEF COMMUNICATION

# Arginine Vasopressin in the Management of Vasodilatory Hypotension After Cardiac Transplantation

Michael Argenziano, MD,[a] Jonathan M. Chen, MD,[a]
Suzanne Cullinane, BA,[a] Asim F. Choudhri, BA,[a] Eric A. Rose, MD,[a]
Craig R. Smith, MD,[a] Niloo M. Edwards, MD,[a]
Donald W. Landry, MD, PhD,[b] and Mehmet C. Oz, MD[a]

Vasodilatory hypotension requiring the administration of catecholamine pressors may occur following cardiopulmonary bypass. We investigated the hemodynamic response to arginine vasopressin (AVP) in 20 patients who developed vasodilatory hypotension after cardiac transplantation. In this cohort, AVP infusion (0.1 U/min) significantly increased mean arterial pressure and decreased norepinephrine requirements, allowing rapid discontinuation of norepinephrine infusions in 7 patients. Judicious use of this novel agent in appropriately selected patients may minimize end-organ sequelae of hypotension and high-dose catecholamine therapy. J Heart Lung Transplant 1999;18:814–817.

V asodilatory hypotension has been reported after cardiopulmonary bypass as a manifestation of a systemic inflammatory response.[1] Patients with chronic heart failure may be at increased risk for this complication,[2] and this risk may be further increased by the preoperative use of vasodilators such as angiotensin converting enzyme inhibitors or the perioperative administration of vasodilatory inotropes such as the phosphodiesterase III inhibitors. Vasopressor catecholamines have been the mainstay of acute hemodynamic support in these cases, but the effectiveness of these agents has been limited by the frequency of

catecholamine resistance[3] and significant toxicity at high doses. Arginine vasopressin (AVP) is an endogenous hormone with both osmoregulatory and vasomotor activities. Although no vasoconstrictor effects are demonstrable in hemodynamically normal subjects,[4] AVP is a potent pressor in states where arterial pressure is threatened.[5] In a previous study, we observed a hypersensitivity to the pressor effects of vasopressin in vasodilatory septic shock.[6] We also recently demonstrated a similar hypersensitivity in patients with vasodilatory hypotension after placement of a left ventricular assist device (LVAD).[7] Based on this experience, we embarked on a study of the use of this novel pressor in a related group of patients—those developing vasodilatory hypotension after heart transplantation.

## METHODS

Over 30 months, 175 adult patients underwent orthotopic heart transplantation (OHT) for end-stage heart disease at our institution. After weaning from cardiopulmonary bypass, 20 of these patients (11%) met criteria for vasodilatory hypotension (mean arterial pressure [MAP] less than 70 mmHg, cardiac index

From the Departments of [a]Surgery, and [b]Medicine, Columbia University College of Physicians, New York, NY.
Submitted July 24, 1998; accepted April 19, 1999.
Presented at the 17th Annual Scientific Sessions of the International Society for Heart and Lung Transplantation, London, England, April, 1997.
Dr. Oz is Irving Scholar of Columbia University.
Reprint requests: Michael Argenziano, MD, Division of Cardiothoracic Surgery, Milstein Hospital Room 7-435, 177 Fort Washington Avenue, New York, N.Y. 10032.

Copyright © 1999 by the International Society for Heart and Lung Transplantation.
1053-2498/99/$–see front matter PII S1053-2498(99)00038-8

PAR-VASO-0007171

**TABLE** Summary the Effects of AVP in OHT Patients with Vasodilatory Hypotension

| Parameter | Pre-AVP | 1 Hour Post-AVP | 2 Hours Post-AVP |
|---|---|---|---|
| Hemodynamics | | | |
|   MAP (mm Hg) | $60 \pm 15$ | $85.5 \pm 10.2^*$ | $84.9 \pm 6.7^*$ |
|   CVP (mm Hg) | $8.4 \pm 5.9$ | $14.8 \pm 4.0^\dagger$ | |
|   SVR (dyne-sec/cm$^5$) | $836 \pm 264$ | $1556 \pm 493^*$ | $1656 \pm 706^*$ |
|   Cardiac Index (L/min/m$^2$) | $3.0 \pm 0.5$ | $2.5 \pm 0.6^\dagger$ | $2.4 \pm 0.8^\ddagger$ |
| Vasoactive medications | | | |
|   Norepinephrine | | | |
|     Number of patients | 20 | 13 | 11 |
|     mcg/min | $15.1 \pm 13.8$ | $5.2 \pm 5.6^\ddagger$ | $5.9 \pm 8.7$ |
|   Milrinone | | | |
|     Number of patients | 12 | 12 | 12 |
|     mcg/kg/min | $0.51 \pm 0.08$ | $0.57 \pm 0.18$ | $0.50 \pm 0.15$ |
|   Dobutamine | | | |
|     Number of patients | 17 | 15 | 15 |
|     mcg/kg/min | $4.9 \pm 1.8$ | $5.3 \pm 0.9$ | $4.5 \pm 2.0$ |
|   Nitroglycerine | | | |
|     Number of patients | 7 | 7 | 7 |
|     mcg/kg/min | $0.43 \pm 0.14$ | $0.54 \pm 0.24$ | $0.43 \pm 0.14$ |

$^*p < .0001$ vs pre-AVP values.
$^\dagger p < .01$ vs pre-AVP value.
$^\ddagger p < .05$ vs pre-AVP value.

greater than 2.5 L/min/m², and the requirement for exogenous norepinephrine). The study group consisted of 16 men and 4 women, with a mean age of 50 years. Hemodynamics were recorded perioperatively and postoperatively. Upon satisfaction of the above selection criteria after weaning from cardiopulmonary bypass, patients received intravenous arginine vasopressin (Pitressin, Parke-Davis) at a rate of 0.1 U/min. Subsequently, in patients no longer requiring catecholamine pressors, vasopressin infusions were weaned to maintain mean arterial pressure above 70 mmHg without catecholamine support. Once the vasopressin infusion rate was decreased to 0.01 U/min, discontinuation of the drug was attempted.

Data are reported as mean ± SD. Paired variables were analyzed by the paired student's *t*-test, unpaired variables compared by the Wilcoxon non-parametric test, and correlation coefficients calculated for linear relationships. A *p* value <0.05 was considered significant.

## RESULTS

Twenty OHT patients met criteria for post-bypass vasodilatory hypotension, with a mean arterial pressure (MAP) of 60 ± 15 mmHg, systemic vascular resistance (SVR) of 836 ± 264 dyne-sec/cm⁵, cardiac index (CI) of 3.0 ± 0.5 L/min/m², and exogenous norepinephrine requirement of 15.1 ± 13.8 mcg/min. These measurements were recorded during weaning

from cardiopulmonary bypass in 4 patients, immediately after weaning in 10 patients, and between 2 and 4 hours after weaning in 6 patients. Preoperative medical regimens included angiotensin-converting enzyme inhibitors (ACEI) in 50% of patients, diuretics in 55%, phosphodiesterase inhibitors (milrinone) in 5%, and dobutamine in 30%. The mean serum creatinine level was 1.7 ± 0.9 mg/dl, and the average serum osmolarity was 280 ± 13 mOsm. Cardiopulmonary bypass time averaged 176 ± 43 minutes (mean ± SD), and aortic crossclamp time was 102 ± 36 minutes.

AVP infusions were instituted from 10 to 240 minutes after weaning from bypass, and hemodynamic responses are summarized in Table I. Patients receiving AVP showed dramatic increases in mean arterial pressure within one hour (from 60 ± 15 mmHg to 86 ± 10 mm, $p < .0001$) and systemic vascular resistance (from 836 ± 264 to 1556 ± 493 dyne-sec/cm⁵, $p < .0001$). Notably, these increases in blood pressure and vascular tone were accompanied by a reduction in mean norepinephrine doses (from 15.1 ± 13.8 to 5.2 ± 5.6 µg/min, $p < .05$), with 7 of 20 (35%) patients tapered completely off NE within 15 minutes (Figure 1). The postoperative inotropic regimen (initiated on bypass at the discretion of the operative team) included milrinone in 60% and dobutamine in 85% of cases. Patients on milrinone received a 50 mcg/kg loading dose over 15 minutes followed by a continuous infusion at a rate of 0.375 to 0.6 mcg/kg/min.

Catecholamine pressors are frequently less effective





**FIGURE 1**   Effects of AVP infusion on MAP (top) and NE dose (bottom) in 20 OHT recipients.

in more profound states of hypotension. In contrast, the hemodynamic response to AVP infusion was marked regardless of the degree of hypotension. In fact, the absolute change in MAP was inversely correlated with baseline MAP ($r = .6$). This relationship is further illustrated when patients are divided into 2 groups based on the degree of hypotension. Eleven patients with MAP < 60 mmHg ("severe hypotension" group) had a mean increase in MAP of 32 ± 4 mmHg and decrease in NE of 11.6 ± 4.0 mcg/min, while 9 patients with MAP > 60 mmHg ("moderate hypotension" group) had a mean increase in MAP of 20 ± 3 mmHg ($p < 0.05$ vs "severe hypotension" group) and decrease in NE of 7.0 ± 2.0 mcg/min.

For patients with MAP > 70 mmHg without exogenous catecholamine pressor support, vasopressin was tapered in increments of 0.01 U/min every 2

hours and then discontinued. In at least 5 cases, initial attempts to discontinue vasopressin resulted in arterial hypotension, confirming the importance of the hormone in the maintenance of vascular tone in these patients. Duration of AVP infusion ranged from 2 hours to 3 days, and no patient required reinstitution of norepinephrine. There were no episodes of malignant hypertension, mesenteric ischemia, or peripheral ischemia in the postoperative period. There were no significant changes in the mean serum creatinine level (1.7 ± 0.2 mg/dl) or serum osmolarity (286 ± 4 mOsm) on first postoperative day. There was one perioperative death, occurring on postoperative Day 21, due to hemorrhagic shock and multisystem failure.

## CONCLUSIONS

Cardiopulmonary bypass (CPB) with membrane oxygenation is known to induce a variety of metabolic, hematologic, and neurohumoral effects,[8] most of which are reversible unless bypass times are excessively prolonged. A common effect is post-bypass vasoconstriction, although a few authors have described a clinical vasodilatory syndrome responsive to agents such as octreotide[9] and angiotensin II,[10] as well cases of post-bypass vasopressin deficiency manifesting as diabetes insipidus.[11] In a recent study of a general cardiac surgical population,[2] we found that post-bypass vasodilatory hypotension occurred in nearly 10% of patients, was more frequent in the presence of heart failure, and was associated with a deficiency of AVP.

Although the cardiovascular effects of vasopressin have been recognized for decades, it has been commonly thought that serum concentrations far in excess of the usual physiologic range are required for this hormone to exert significant pressor activity.[12] More recently, a number of investigators have demonstrated that the vasoconstrictor properties of vasopressin may have physiological significance even at concentrations previously considered to be sufficient only for antidiuresis.[13,14] Our recent observation of a coincidence of vasopressin hypersensitivity and deficiency in LVAD patients with vasodilatory hypotension after cardiopulmonary bypass[7] prompted the present analysis.

Our subjects with vasodilatory hypotension after cardiac transplantation were exquisitely sensitive to the pressor effects of vasopressin. The dose of vasopressin chosen for this study, 0.1 U/min, was one-fourth to one-ninth that administered to cirrhotics for the control of bleeding esophageal varices with minimal (<15 mmHg) effect on arterial pressure.[15] This dose provides a steady state plasma concentration of greater than 150 pg/ml, comparable to levels previ-

PAR-VASO-0007173

ously reported after cardiopulmonary bypass.[16] We observed rapid hemodynamic responses despite the absence of a loading dose, and in several patients vasopressin administration could be subsequently decreased to 0.01 U/min with maintenance of blood pressure without catecholamine pressor support.

Although AVP levels were not measured in this study, it is likely that the sensitivity of many of our heart transplant recipients to physiologic doses of vasopressin was related, as in the case of our LVAD patients, to a relative deficiency of endogenous hormone. Low endogenous AVP levels have been documented in patients with decompensated heart failure,[17] especially those with hypoosmolality, increased central venous pressure, or atrial distension. Additionally, it has been demonstrated that in patients with chronic stimulation of vasopressin release, depletion of central vasopressin stores may occur. Given the short half-life of vasopressin in plasma (10–15 minutes), such depletion could result in a deficiency in circulating hormone.[18] Thus, in patients with end-stage heart failure, excess preoperative baroreflex-mediated release of vasopressin could potentiate exhaustion of hormone stores in response to an acute stimulus[19] such as cardiopulmonary bypass. Finally, the often profound peripheral vascular effects of beta-adrenergic inotropes and phosphodiesterase inhibitors (the inodilators) so commonly used in the treatment of heart failure patients cannot be ignored. Because these agents probably play a role in the development of post-bypass vasodilatory hypotension, their clinical utility in the management of heart failure might be improved by the addition of an agent such as vasopressin, which could counteract peripheral vasodilation without compromising end organ function.

In summary, we describe a group of heart transplant recipients with post-bypass vasodilatory hypotension who respond to physiologic replacement of arginine vasopressin. Although all hypotensive patients responded to vasopressin administration, the magnitude of the hemodynamic response was related to the severity of systemic hypotension. Our results are preliminary, and a large scale trial of vasopressin for the treatment of vasodilatory hypotension after cardiopulmonary bypass will be required to determine whether this novel agent can improve perioperative morbidity and mortality by reducing the end-organ sequelae of hypotension and high dose catecholamine therapy.

## REFERENCES

1. Mills SA. Cerebral injury and cardiac operations. Ann Thorac Surg 1993;56(suppl 5):S86–91.

2. Argenziano M, Chen JM, Choudhri AF, Cullinane S, Garfein E, Weinberg AD, et al. Management of vasodilatory shock after cardiac surgery: Identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 1998;116:973–80.

3. Chernow B, Roth BL. Pharmacologic manipulation of the peripheral vasculature in shock: Clinical and experimental approaches. Circ Shock 1986;18:141–155.

4. Grollman A, Geiling EMK. The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary liquid (Pituitrin), Pitressin, and Pitocin. J Pharmacol Exp Ther 1932;46:447–60.

5. Aisenbrey GA, Handelman WA, Arnold P, Manning M, Schrier RW. Vascular effects of arginine vasopressin during fluid deprivation in the rat. J Clin Invest 1981;67:961–68.

6. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997;95:1122–5.

7. Argenziano M, Choudhri AF, Moazami N, Levin H, Oz MC, Landry DW. A randomized trial of arginine vasopressin in left ventricular assist device recipients with vasodilatory shock. Circulation 1997;96(suppl II):II286–90.

8. Moat NE, Shore DF, Evans TW. Organ dysfunction and cardiopulmonary bypass: The role of complement and complement regulatory peptides. Eur J Cardiothorac Surg 1993;7:563–73.

9. Egener TH, Comunale ME, Leckie RS. The use of a somatostatin analog in the treatment of refractory hypotension after cardiopulmonary bypass. J Cardiothorac Vasc Anes 1992;6:458–60.

10. Thaker U, Geary V, Chalmers P, Sheikh F. Low systemic vascular resistance during cardiac surgery: case reports, brief review, and management with angiotensin II. J Cardiothorac Anes 1990;4:360–63.

11. Robinson RO, Pagliero KM. Polyuria after cardiac surgery. Br Med J 1970;3:265–66.

12. Montani JP, Liard JF, Schoun J, Mohring J. Hemodynamic effects of exogenous and endogenous vasopressin at low plasma concentrations in conscious dogs. Circ Res 1980;47:346–55.

13. Cowley AW Jr., Monos E, Guyton AC. Interaction of vasopressin and the baroreceptor reflex system in the regulation of arterial blood pressure in the dog. Circ Res 1974;34:505–14.

14. Wagner HN Jr, Braunwald E. The pressor effect of the antidiuretic principle of the posterior pituitary in orthostatic hypotension. J Clin Invest 1956;35:1412–18.

15. Moreau R, Hadengue A, Soupisonechin T, Assous M, Roche-Sicot J, Sicot C. Abnormal pressor response to vasopressin in patients with cirrhosis: Evidence for impaired buffering mechanisms. Hepatology 1990;12:7–12.

16. Feddersen K, Aurell M, Delin K, Haggendal J, Aren C, Radegran K. Effects of cardiopulmonary bypass and prostacyclin on plasma catecholamines, angiotensin II and arginine vasopressin. Acta Anaesthesiol Scand 1985;29:224–30.

17. Anand IS, Ferrari R, Kalra GS, Wahi PL, Poole-Wilson PA, Harris PC. Edema of cardiac origin. Circulation 1989;80:299–305.

18. Jones CW, Pickering BT. Comparison of the effects of water deprivation and sodium chloride imbibition on the hormone content of the neurohypophysis of the rat. J Physiol 1969;203:449–58.

19. Robertson GL. The regulation of vasopressin function in health and disease. Recent Prog Hormone Res 1977;33:333–86.

PAR-VASO-0007174

# MANAGEMENT OF VASODILATORY SHOCK AFTER CARDIAC SURGERY: IDENTIFICATION OF PREDISPOSING FACTORS AND USE OF A NOVEL PRESSOR AGENT

Michael Argenziano, MD
Jonathan M. Chen, MD
Asim F. Choudhri, BS
Suzanne Cullinane, BA
Evan Garfein, BA
Alan D. Weinberg, MS
Craig R. Smith, Jr, MD
Eric A. Rose, MD
Donald W. Landry, MD, PhD
Mehmet C. Oz, MD

*Background:* Cardiopulmonary bypass can be associated with vasodilatory hypotension requiring pressor support. We have previously found arginine vasopressin to be a remarkably effective pressor in a variety of vasodilatory shock states. We investigated the incidence and clinical predictors of vasodilatory shock in a general population of cardiac surgical patients and the effects of low-dose arginine vasopressin as treatment of this syndrome in patients with heart failure. *Methods:* Patients undergoing cardiopulmonary bypass (n = 145) were studied prospectively. Preoperative ejection fraction, medications, and perioperative hemodynamics were recorded, and postbypass serum arginine vasopressin levels were measured. Vasodilatory shock was defined as a mean arterial pressure lower than 70 mm Hg, a cardiac index greater than 2.5 L/min/m$^2$, and norepinephrine dependence. Predictors of vasodilatory shock were investigated by logistic regression analysis. The hemodynamic responses of patients who received arginine vasopressin infusions for vasodilatory shock after cardiopulmonary bypass for left ventricular assist device placement or heart transplantation were analyzed retrospectively. *Results:* Eleven of 145 general cardiac surgery patients (8%) met criteria for postbypass vasodilatory shock. By multivariate analysis, an ejection fraction lower than 0.35 and angiotensin-converting enzyme inhibitor use were independent predictors of postbypass vasodilatory shock (relative risks of 9.1 and 11.9, respectively). Vasodilatory shock was associated with inappropriately low serum arginine vasopressin concentrations (12.0 ± 6.6 pg/mL). Retrospective analysis found 40 patients with postbypass vasodilatory shock who received low-dose arginine vasopressin infusions, resulting in increased mean arterial pressure and decreased norepinephrine requirements. *Conclusions:* Low ejection fraction and angiotensin-converting enzyme inhibitor use are risk factors for postbypass vasodilatory shock, and this syndrome is associated with vasopressin deficiency. In patients exhibiting this syndrome after high-risk cardiac operations, replacement of arginine vasopressin increases blood pressure and reduces catecholamine pressor requirements. (J Thorac Cardiovasc Surg 1998;116:973-80)

Cardiopulmonary bypass (CPB) can be complicated by a systemic inflammatory response characterized by profound vasodilation.[1] This vasodilatory shock syndrome, which is especially noted after extended CPB,[2] is attributed to endothelial injury[3] and the release of cytokines and other inflammatory mediators.[4] Pressor catecholamines are commonly administered to support systemic arterial pressure in these cases,[5] but their effectiveness is limited by frequent catecholamine resistance[6] and by significant toxic effects at high

From the Departments of Surgery and Medicine, Columbia University College of Physicians and Surgeons, New York.

Read at the Seventy-eighth Annual Meeting of The American Association for Thoracic Surgery, Boston, Mass, May 3-6, 1998.

Received for publication May 8, 1998; revisions requested June 30, 1998; revisions received July 20, 1998; accepted for publication Aug 10, 1998.

Address for reprints: Dr Oz and Dr Landry, Division of Cardiothoracic Surgery, Milstein Hospital, Room 7-435, 177 Ft Washington Ave, New York, NY 10032.

Copyright © 1998 by Mosby, Inc.

0022-5223/98 $5.00 + 0   12/6/93764

PAR-VASO-0007175

**Table I.** *Demographics of 145 patients undergoing CPB*

| Characteristic | Total | | With VS | |
|---|---|---|---|---|
| | No. | % | No. | % |
| Sex | | | | |
| Male | 102 | 70 | 9 | 82 |
| Female | 43 | 30 | 2 | 18 |
| Operation | | | | |
| Coronary artery bypass | 98 | 59 | 7 | 64 |
| Mitral valve replacement | 14 | 8 | | |
| Aortic valve replacement | 17 | 10 | 1 | 9 |
| LVAD | 4 | 3 | 2 | 18 |
| OHT | 5 | 3 | 1 | 9 |
| Lung transplantation | 1 | 1 | | |
| Ross procedure | 1 | 1 | | |
| Atrial septal defect repair | 3 | 2 | | |
| Aortic aneurysm repair | 1 | 1 | | |
| Right ventricular resection | 1 | 1 | | |
| CPB time* (min) | 158 ± 59 | | 168 ± 66 | |
| Preoperative medications | | | | |
| Diuretics | 45 | 31 | 7 | 64 |
| Digoxin | 24 | 17 | 3 | 27 |
| ACE inhibitors | 31 | 21 | 8 | 73 |
| β-Blockers | 49 | 34 | 2 | 18 |
| Calcium-channel blockers | 29 | 20 | 3 | 27 |
| Low ejection fraction (<35%) | 26 | 18 | 7 | 64 |

*VS*, Vasodilatory shock.
*Mean ± SD.

doses.[7] Alternative pressor agents could therefore be useful.

Arginine vasopressin (AVP) has little vasoconstrictive effect in hemodynamically normal subjects[8] but is an effective pressor in states associated with arterial hypotension.[9,10] We previously observed a hypersensitivity to the pressor effects of AVP in vasodilatory septic shock,[11] and we recently reported a similar sensitivity in patients with vasodilatory shock after placement of left ventricular assist devices (LVADs).[12] In most cases AVP levels on weaning from CPB were inappropriately low for the degree of arterial hypotension, and this finding contrasted with the elevated levels usually found after CPB.[13] On the basis of this experience, we have used AVP extensively to treat patients with vasodilatory shock after CPB for LVAD placement and for heart transplantation (OHT). The general incidence of vasodilatory hypotension and the concordance with AVP deficiency remains to be defined, as does the therapeutic role of AVP in the management of this syndrome.

We therefore undertook this analysis with 2 objectives. First, we sought to prospectively establish in a general cardiac surgical population the incidence of vasodilatory shock and the characteristics of this syndrome, including presence of AVP deficiency and other predisposing factors. Second, we retrospectively evaluated our clinical experience with the use of AVP in the management of vasodilatory hypotension after CPB.

## Methods

**Study patients and protocols.** The prospective study group consisted of 102 men and 43 women with a mean age of 61 years. After they provided informed consent, subjects undergoing elective cardiac surgery were enrolled and were selected for shock during the first 30 minutes after CPB weaning on the basis of hypotension (mean arterial pressure <70 mm Hg) requiring norepinephrine administration for at least 3 hours. Serum samples were collected for AVP assay from these patients 5 minutes after weaning from CPB, and perioperative hemodynamic parameters and exogenous pressor requirements were prospectively recorded. Subjects were further classified as having cardiogenic shock (cardiac index <2.5 L/min/m$^2$) or vasodilatory shock (cardiac index >2.5 L/min/m$^2$).

Next a retrospective analysis of LVAD and OHT clinical databases was performed to find the cases of patients who had received AVP for the treatment of vasodilatory hypotension during a 30-month period. Inclusion criteria for this analysis included post-CPB vasodilatory hypotension (requirement for exogenous norepinephrine to maintain mean arterial pressure >70 mm Hg and cardiac index >2.5 L/min/m$^2$) and the administration of AVP. Fourteen LVAD recipients and 26 OHT recipients met these criteria and received AVP infusions at a rate of 0.1 U/min. The study group consisted of 32 men and 8 women, with a mean age of 49.5 years.

Demographic and hemodynamic data for these 40 patients were obtained for the perioperative period and during the postoperative intensive care unit stay. The generally applied protocol for AVP administration was as follows: on identification of vasodilatory hypotension and an increasing exogenous pressor requirement, patients received AVP (Pitressin; Parke-Davis, Morris Plains, NJ) intravenously at a rate of 0.1 U/min. Subsequently catecholamine and then AVP infusions were tapered to maintain mean arterial pressure above 70 mm Hg. When hemodynamic improvement allowed discontinuation of catecholamine agents, the AVP infusion rate was progressively decreased to 0.02 U/min and then discontinued.

**Vasopressin assay.** Plasma AVP levels were measured by radioimmunoassay according to published protocols.[13]

**Analysis of data.** Hemodynamic and clinical data are reported as mean ± SD. Continuous variables were analyzed with the paired and unpaired Student $t$ test and analysis of variance. The $\chi^2$ and Fisher exact tests were applied to discrete variables. Univariable and multivariable logistic regression analyses were used to determine the relative contribution of a variety of demographic and clinical factors to the development of vasodilatory hypotension. For the multivariable regression analysis, variables from the univariate analysis were allowed to enter at the $P < .25$ level.

PAR-VASO-0007176



**Fig 1.** Distribution of AVP levels in cardiogenic and vasodilatory shock.

**Table II.** *Hemodynamic characterists and plasma AVP levels of patients with hypotension after CPB*

|  | Vasodilatory hypotension | Cardiogenic hypotension |
| --- | --- | --- |
| n | 11 | 9 |
| Post-CPB MAP (mm Hg) | 64.6 ± 6.6 | 68.0 ± 1.2 |
| Cardiac index (L/min/m²) | 2.7 ± 0.3 | 1.9 ± 0.6* |
| Post-CPB serum AVP (pg/mL) | 12.0 ± 6.6 | 29.3 ± 15.0† |

*MAP,* Mean arterial pressure.
*P = .001.
†P = .004.

**Table III.** *Demographics of 40 patients receiving AVP for vasodilatory shock*

| Characteristic | No. | % |
| --- | --- | --- |
| Age* (y) | 49.5 ± 15.8 |  |
| Sex |  |  |
| Male | 32 | 80 |
| Female | 8 | 20 |
| Operation |  |  |
| LVAD | 14 | 35 |
| OHT | 26 | 65 |
| Preoperative medications |  |  |
| Diuretics | 18 | 45 |
| Digoxin | 24 | 60 |
| Ejection fraction <35% | 40 | 100 |
| Timing of AVP infusion |  |  |
| After CPB | 33 | 83 |
| During CPB | 7 | 17 |

*Mean ± SD.

## Results

**Incidence and clinical predictors of postbypass vasodilatory shock and relationship with plasma arginine vasopressin levels.** Of 145 patients studied prospectively, 20 (14%) met criteria for post-CPB hypotension, with 11 cases (8%) meeting criteria for vasodilatory shock. This low incidence contrasts with the 42% observed in our earlier study of LVAD recipients.[12] Univariate regression analysis of this data set examined the variables listed in Table I and found low ejection fraction (<35%, *P* < .0001) and the preoperative use of angiotensin-converting enzyme (ACE) inhibitors (*P* < .0001) and diuretics (*P* = .02) to be predictors of post-CPB vasodilatory shock. A multivariable logistic regression analysis analyzed a number of factors (ejection fraction, preoperative diuretics, digoxin, ACE inhibitors, β-blockers, and calcium-channel blockers), and found low ejection fraction (*P* = .003) and the use of ACE inhibitors (*P* = .001) to be independent predictors of increased risk of post-CPB vasodilatory shock. The relative risks of post-CPB vasodilatory shock, as described by odds ratios, were 9.1 (confidence interval 2.1-38.8) for low ejection fraction and 11.9 (confidence interval 2.7-53.1) for use of ACE inhibitors. Demographics for this group and for the 11 patients with vasodilatory shock are summarized in Table I.

The identification of low ejection fraction as a predictor of vasodilatory shock in our cohort is consistent with the high incidence of this syndrome previously reported for our LVAD population (all with low ejection fraction). In our population of general cardiac surgical patients, 26 of 145 patients (18%) had a low preoperative ejection fraction; among these patients there were 7 cases of vasodilatory shock, corresponding to



**Fig 2.** Relationship between degree of baseline hypotension and increase in mean arterial pressure *(MAP)* after AVP infusion in 40 LVAD and OHT recipients.

**Table IV.** *Hemodynamics before and after administration of AVP, stratified according to degree of initial hypotension*

| | All patients (n = 40) | | | Moderate hypotension (n = 12) | | | Severe hypotension (n = 13) | | | Profound hypotension (n = 15) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Before AVP* | *After AVP** | *Δ* | *Before AVP* | *After AVP** | *Δ* | *Before AVP* | *After AVP** | *Δ* | *Before AVP* | *After AVP** | *Δ* |
| MAP (mm Hg) | 57.6 ± 11.0 | 81.7 ± 13.8 | 24.2 ± 15.0 | 68.6 ± 4.2 | 86.1 ± 3.6 | 17.5 ± 4.2 | 56.8 ± 1.9 | 78.6 ± 15.3 | 21.7 ± 15.5 | 44.6 ± 7.3 | 79.7 ± 11.9 | 35.1 ± 13.1† |
| *P* | | <.0001 | | | <.0001 | | | .0003 | | | <.0001 | |
| NE (µg/min) | 14.4 ± 13.7 | 8.0 ± 10.8 | −6.4 ± 11.6 | 10.3 ± 5.1 | 4.1 ± 5.5 | −6.2 ± 6.7 | 14.0 ± 11.8 | 7.9 ± 8.8 | −6.1 ± 13.2 | 19.8 ± 20.7 | 12.9 ± 15.7 | −7.7 ± 15.2 |
| *P* | | .001 | | | .003 | | | .15 | | | .37 | |
| SVR (dyne-s/cm⁵) | 771 ± 304 | 1192 ± 337 | 400 ± 349 | 1018 ± 242 | 1169 ± 306 | 152 ± 340 | 749 ± 223 | 1253 ± 406 | 413 ± 307 | 581 ± 269 | 1164 ± 331 | 583 ± 269‡ |
| *P* | | <.0001 | | | .24 | | | .005 | | | <.0001 | |
| CI (L/min/m²) | 2.9 ± 0.1 | 2.9 ± 0.1 | 0 | 3.0 ± 0.6 | 2.9 ± 0.3 | −0.1 ± 0.6 | 2.9 ± 0.5 | 2.9 ± 0.6 | 0 | 2.7 ± 0.4 | 2.8 ± 0.6 | 0.2 ± 0.6 |
| *P* | | 1.0 | | | .64 | | | 1.0 | | | .67 | |

*MAP,* Mean arterial pressure; *NE,* norepinephrine; *SVR,* systemic vascular resistance; *CI,* cardiac index. All values expressed as mean ± SD.

*Values after AVP determined at time of peak blood pressure measurement within 2 hours of AVP administration.

†*P* < .05 versus severe hypotension and *P* < .01 versus moderate hypotension (analysis of variance).

‡*P* < .05 versus moderate hypotension (analysis of variance).

an incidence of 26.9%, whereas only 4 cases of vasodilatory shock occurred among 119 patients with normal ejection fraction (3.3%). Similarly, 30 of 145 patients were receiving preoperative ACE inhibitor therapy, and vasodilatory shock developed in 8 of these (26.7%), compared with only 3 of 115 patients (2.6%) not receiving these agents. The identification of ACE inhibitor therapy as an independent contributor to the

development of this syndrome underscores the risk in patients with preoperative heart failure.

The mean post-CPB AVP level in patients with cardiogenic shock was 29.3 ± 15.0 pg/mL, compared with 12.0 ± 6.6 pg/mL in patients with vasodilatory shock (*P* = .004), suggesting that AVP deficiency contributes to the development of vasodilatory shock. The hemodynamics and AVP levels in these 2 populations are

PAR-VASO-0007178



**Fig 3.** Relationship between degree of baseline hypotension and increase in systemic vascular resistance *(SVR)* after AVP infusion in 40 LVAD and OHT recipients. *MAP,* Mean arterial pressure.

listed in Table II, and the distribution of serum AVP values is depicted in Fig 1.

**Retrospective analysis of therapeutic use of arginine vasopressin in the management of vasodilatory shock.** Twenty-six patients undergoing OHT and 14 receiving LVADs met criteria for post-CPB vasodilatory hypotension during a 30-month evaluation period, and demographic characteristics of this group are summarized in Table III. AVP infusions were instituted from 5 minutes to several hours after weaning from CPB (33 patients) or while the patient was still on CPB to facilitate weaning (7 patients). Hemodynamic responses are summarized in Table IV. AVP administration resulted in dramatic increases in mean arterial pressure and systemic vascular resistance. The increases in blood pressure and vascular tone were accompanied by a significant reduction in mean norepinephrine doses and no appreciable change in cardiac index.

Catecholamine pressors frequently lose their effectiveness in severe vasodilatory shock. In contrast, the hemodynamic response to AVP infusion was proportional to the severity of vasodilatory hypotension. This relationship is apparent when patients are divided into 3 groups on the basis of the degree of hypotension (Figs 2-4, Table IV). After hemodynamic stabilization (mean arterial pressure >70 mm Hg without exogenous catecholamine pressor support), AVP was tapered slowly to 0.01 U/min and then discontinued. In many cases, initial attempts to discontinue AVP resulted in significant hypotension, underscoring the importance



**Fig 4.** Relationship between degree of baseline hypotension and decrease in norepinephrine *(NE)* requirements after AVP infusion in 40 LVAD and OHT recipients. *MAP,* Mean arterial pressure.

of the hormone in the maintenance of vascular tone in these patients. Duration of AVP infusion ranged between 1 hour and 6 days. Although a few patients were rapidly weaned from AVP because hypotension gave way to significant hypertension, there were no episodes of malignant hypertension, mesenteric

PAR-VASO-0007179

ischemia, or peripheral ischemia during the postoperative period. There were 3 perioperative deaths, 1 each from sepsis, hemorrhagic shock, and multisystem organ failure.

## Discussion

CPB with membrane oxygenation is known to induce a variety of metabolic, hematologic, and neurohumoral effects, most of which are reversible unless CPB is excessively prolonged. A common effect is post-CPB vasoconstriction, which occasionally necessitates vasodilator administration and is due to temporary elevations in several vasoactive substances, including catecholamines, serotonin, and AVP.[14] Patients undergoing aortocoronary bypass operations have been shown to exhibit increases of more than 6 times in circulating AVP levels during and as long as 12 hours after CPB,[15] to levels often exceeding 100 pg/mL.[13] However, a few authors have documented cases of post-CPB AVP deficiency manifesting as diabetes insipidus,[16,17] whereas others have described a clinical vasodilatory syndrome responsive to such agents as octreotide[18] and angiotensin II.[19]

In our study of 145 cardiac surgical patients, the incidence of vasodilatory shock in the early post-CPB period was 8%, although this syndrome was significantly more common (27%) among patients with low ejection fraction. In a previous communication we reported that this syndrome developed in 42% of patients undergoing LVAD insertion for end-stage heart failure during a 1-year period. Perhaps not surprisingly, multivariate analyses of our study population found low ejection fraction and use of ACE inhibitors to be independent predictors of vasodilatory shock. Among the 11 patients with post-CPB vasodilatory shock, most had AVP levels that, although within the normal osmoregulatory range for healthy normotensive subjects (5-15 pg/mL),[20] were inappropriately low for the degree of arterial hypotension that was present (≤15 pg/mL).

The mechanisms contributing to AVP deficiency in this syndrome are a matter of speculation. Hyponatremia can blunt the AVP response to baroreflex-mediated stimuli,[21] but serum sodium levels were normal (136.2 ± 1.7 mEq/L) in our patients. Similarly, activation of atrial stretch receptors is known to inhibit AVP release through vagal afferent pathways,[22] but central venous pressure was not elevated (12.0 ± 1.2 mm Hg) during the period of hypotension in our patients. Nonetheless, potential neurohumoral effects of preoperative elevations in cardiac filling pressures cannot be excluded. Atrial natriuretic peptide (ANP) could be responsible for AVP deficiency because it is

also known to inhibit AVP secretion, and the serum levels of ANP are often increased after CPB.[23] Finally, autonomic dysfunction could contribute because it is associated with AVP deficiency and has been documented in patients with heart failure.[24]

The dose of AVP administered to our patients undergoing LVAD implantation and OHT, 0.1 U/min, is between a fourth and a ninth that administered to patients with cirrhosis for the control of bleeding esophageal varices. This dose provides a steady-state plasma concentration of at least 150 pg/mL,[25] comparable to levels previously reported after CPB. LVAD and OHT recipients with vasodilatory shock proved to be extremely sensitive to this dose of AVP, with rapid hemodynamic responses even in the absence of a loading dose. In several cases the AVP dose was decreased to 0.01 U/min, which was sufficient to maintain blood pressure without catecholamine pressors. This dose corresponds to a plasma concentration of less than 40 pg/mL[25] (similar to AVP levels observed in our patients in cardiogenic shock) and could therefore constitute physiologic replacement.

The mechanisms by which AVP acts as a pressor in patients resistant to catecholamines are not clear, but a number of intriguing possibilities exist. Vasodilatory shock after CPB is likely due to pathologic activation of several vasodilator mechanisms. The interleukin 1 level is elevated in inflammatory states and ANP is increased after CPB, and both promote vasodilation through increased levels of intracellular cyclic guanosine monophosphate.[26,27] Also, adenosine triphosphate–activated potassium channels of vascular smooth muscle are activated by tissue hypoxia and hypoperfusion (and presumably by CPB), and this activation causes vasodilation by inducing cellular hyperpolarization and inhibiting voltage-gated calcium channels.[28] Both catecholamines and AVP effect vasoconstriction by increasing intracellular calcium levels in vascular smooth muscle through activation of voltage-gated calcium channels, and the activation of vasodilator pathways could impair this calcium-dependent mechanism. In contrast to catecholamines, however, AVP also inhibits the production of cyclic guanosine monophosphate by interleukin 1 and by ANP[29,30] and inhibits the adenosine triphosphate–activated potassium channels of vascular smooth muscle.[28] Thus the efficacy of AVP as a pressor in a variety of clinical scenarios in which catecholamines are ineffective may rest on its ability to specifically counteract pathologically activated vasodilatory mechanisms. This hypothesis may also explain the restoration of catecholamine sensitivity that we have frequently observed after AVP administration.

We found in our prospective study that vasodilatory shock after CPB is associated with AVP deficiency and that this syndrome is more common among patients with low ejection fraction and those receiving ACE inhibitors. We also retrospectively observed, in a large number of patients undergoing LVAD implantation and OHT, that AVP is an effective pressor in the setting of post-CPB vasodilation, significantly increasing mean arterial pressure while reducing the requirement for catecholamine pressor agents. All patients in vasodilatory shock responded to AVP administration, and the magnitude of the hemodynamic response was proportional to the severity of hypotension at the time of infusion initiation. Our results are preliminary, and a large-scale controlled trial of AVP for the treatment of vasodilatory shock after CPB will be required to determine the risks and benefits associated with the use of this novel agent in the management of cardiac surgical patients.

## REFERENCES

1. Mills SA. Cerebral injury and cardiac operations. Ann Thorac Surg 1993;56(5 suppl):S86-91.
2. Kirklin JK. Prospects for understanding and eliminating the deleterious effects of cardiopulmonary bypass. Ann Thorac Surg 1991;51:529-31.
3. Brigham KL. Mechanisms of lung injury. Eur Respir Rev 1992; 2:867-72.
4. Hoshikawa-Fujimura AY, Auler JO Jr, Da Rocha TR, Brandizzi LI, Pascual JM, Chamone DA, et al. PAF-acether, superoxide anion and beta-glucuronidase as parameters of polymorphonuclear cell activation associated with cardiac surgery and cardiopulmonary bypass. Braz J Med Biol Res 1989;22:1077-82.
5. Meadows D, Edwards JD, Wilkins RG, Nightingale P. Reversal of intractable septic shock with norepinephrine therapy. Crit Care Med 1988;16:663-6.
6. Chernow B, Roth BL. Pharmacologic manipulation of the peripheral vasculature in shock: clinical and experimental approaches. Circ Shock 1986;18:141-55.
7. Powers FM, Pifarre R, Thomas JX Jr. Ventricular dysfunction in norepinephrine-induced cardiomyopathy. Circ Shock 1994;43:122-9.
8. Grollman A, Geiling EM. The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary liquid (pituitrin), pitressin, and pitocin. J Pharmacol Exp Ther 1932;46:447-60.
9. Aisenbrey GA, Handelman WA, Arnold P, Manning M, Schrier RW. Vascular effects of arginine vasopressin during fluid deprivation in the rat. J Clin Invest 1981;67:961-8.
10. Schwartz J, Reid IA. Effect of vasopressin blockade on blood pressure regulation during hemorrhage in conscious dogs. Endocrinology 1981;108:1778-80.
11. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro DA, et al. Vasopressin deficiency in vasodilatory septic shock. Crit Care Med 1997;25:1279-82.
12. Argenziano M, Choudhri AF, Moazami N, Levin H, Landry DW, Oz MC. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997;96(suppl 2):II286-90.
13. Feddersen K, Aurell M, Delin K, Haggendal J, Aren C, Radegran K. Effects of cardiopulmonary bypass and prostacyclin on plasma catecholamines, angiotensin II and arginine vasopressin. Acta Anaesthesiol Scand 1985;29:224-30.
14. Tan CK, Glisson SN, El-Etr AA, Ramakrishnaiah KB. Levels of circulating norepinephrine and epinephrine before, during and after cardiopulmonary bypass in man. J Thorac Cardiovasc Surg 1976;71:928-31.
15. Agnoletti G, Scotti C, Panzali AF, Ceconi C, Curello S, Alfieri O, et al. Plasma levels of atrial natriuretic factor (ANF) and urinary excretion on ANF, arginine vasopressin and catecholamines in children with congenital heart disease: effect of cardiac surgery. Eur J Cardiothorac Surg 1993;7:533-9.
16. Kuan P, Messenger JC, Ellestad MH. Transient central diabetes insipidus after aortocoronary bypass operations. Am J Cardiol 1983;52:1181-3.
17. Robinson RO, Pagliero KM. Polyuria after cardiac surgery. BMJ 1970;3:265-6.
18. Egener TH, Comunale ME, Leckie RS. The use of a somatostatin analog in the treatment of refractory hypotension after cardiopulmonary bypass. J Cardiothorac Vasc Anesth 1992;6:458-60.
19. Thaker U, Geary V, Chalmers P, Sheikh F. Low systemic vascular resistance during cardiac surgery: case reports, brief review, and management with angiotensin II. J Cardiothorac Anesth 1990;4:360-3.
20. Woods WG, Forsling ML, LeQuesne LP. Plasma arginine vasopressin levels and arterial pressure during open heart surgery. Br J Surg 1989;76:29-32.
21. Jones CW, Pickering BT. Comparison of the effects of water deprivation and sodium chloride imbibition on the hormone content of the neurohypophysis of the rat. J Physiol 1969;203:449-58.
22. Zucker IH, Gorman AJ, Cornish KG, Huffman LJ, Gilmore JP. Influence of left ventricular receptor stimulation om plasma vasopressin in conscious dogs. Am J Physiol 1983;245:R792-9.
23. Sehested J, Wacker B, Forssmann WG. Natriuresis after cardiopulmonary bypass: relationship to urodilatin, atrial natriuretic factor, antidiuretic hormone, and aldosterone. J Thorac Cardiovasc Surg 1997;114:666-71.
24. Zerbe RL, Henry DP, Robertson GL. Vasopressin response to orthostatic hypotension: etiologic and clinical implications. Am J Med 1983;74:265-71.
25. Mohring J, Glanzer K, Maciel JA Jr, Dusing R, Kramer HJ, Arbogast R, et al. Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. J Cardiovasc Pharmacol 1980;2:367-76.
26. Beasley D, Cohen RA, Levinsky NG. Interleukin-1 inhibits contraction of vascular smooth muscle. J Clin Invest 1989;83:331-5.
27. Winquist RJ, Faison EP, Waldman SA, Schwartz K, Murad F, Rapoport RM. Atrial natriuretic factor elicits an endothelium-independent relaxation and activates particulate guanylate cyclase in vascular smooth muscle. Proc Natl Acad Sci U S A 1984;81:7661-4.
28. Wakatsuki T, Nakaya Y, Inoue I. Vasopressin modulates K-channel activities of cultured smooth muscle cells from porcine coronary artery. Am J Physiol 1992;283(suppl): H491-6.
29. Kusano E, Tian S, Umino T, Tetsuka T, Ando Y, Asano Y. Arginine vasopressin inhibits interleukin-1-beta–stimulated nitric oxide and cyclic guanosine monophosphate production via the V1 receptor in cultured rat vascular smooth muscle cells. J Hypertens 1997;15:627-32.

30. Nambi P, Whitman M, Gessner G, Aiyar N, Crooke ST. Vasopressin-mediated inhibition of atrial natriuretic factor–stimulated cGMP accumulation in an established smooth muscle cell line. Proc Natl Acad Sci U S A 1986;83:8492-5.

## Discussion

**Dr Richard D. Weisel** (*Toronto, Ontario, Canada*). The problem is important. We have all seen patients who are profoundly hypotensive after operation, but we seldom know why and our treatment is far from adequate. As you do, we give them pressor agents, and we are always afraid that the arterial grafts are going to go into spasm. Occasionally they do. This is a major concern.

You have previously published information about patients undergoing LVAD implantation and OHT. I think we can understand why these patients are perhaps a little bit different. Both populations have unique features that are going to make them more susceptible to this. Could you perhaps pick out for us, though, the patients who are not LVAD or OHT recipients and see whether in fact the same process is going on in these other patients—particularly those undergoing coronary bypass, who comprise the majority of the elective cardiac surgical patients?

How many patients undergoing general cardiac surgery actually had vasodilatory shock, and how many of those had low AVP levels? Did all patients with vasodilatory shock respond the same, whether or not their AVP levels were low to begin with? I wonder whether you could clarify this for me.

Otherwise I think that it is a great idea. If we can get specific information, we will probably have a more specific therapy for this disturbing complication after heart operations.

**Dr Argenziano.** Although we first noticed this phenomenon in LVAD recipients and then directed our attention to OHT recipients, we have also asked ourselves the question, "Is this a relevant syndrome in general cardiac surgery?" That question is really what prompted the prospective trial that we presented here today.

In this prospective trial of 145 patients there were only 4 LVAD and 5 OHT recipients. We performed a separate statistical analysis in which we pulled those patients out. Even after removing the LVAD and OHT recipients from that population of 145, we found the same statistical significance with respect to ejection fraction and ACE inhibitor therapy as predictors of this syndrome.

With respect to the number of patients in whom the syndrome developed, there were actually 11 patients in whom vasodilatory shock occurred among the 145 at whom we looked prospectively. Only 1 of those was an OHT recipient and 2 were LVAD recipients. So, after removal of the LVAD and OHT recipients there were 8 patients among 136 in whom

this complication developed. Thus vasodilatory shock is a complication that occurred in 6% or 7% of the general cardiac surgical patients whom we studied, excluding the patients undergoing LVAD implantation and OHT. AVP levels were obtained for all these patients and, as I described in my presentation, the AVP levels were inappropriately low in all but 1 of the patients who had vasodilatory shock. All the levels were below 20 pg/mL except 1 that was about 23 pg/mL.

The AVP levels that we expect in patients who are profoundly hypotensive are in the 40 to 50 pg/mL range, and they range as high as 100 pg/mL in some reports. All our patients who were in profound vasodilatory shock therefore had grossly deficient secretion of AVP.

With respect to whether all patients responded similarly to AVP, we tried to analyze this by separating patients into 3 groups according to the degree of hypotension. All patients responded, but some responded more than others. If the mean arterial pressure is 65 mm Hg and AVP is administered, the pressure rises to 80 mm Hg. If the mean arterial pressure is 45 mm Hg and AVP is administered, the pressure rises to 80 mm Hg. So you might say, "Why give AVP to patients whose mean arterial pressure is 65 mm Hg?" That is a good point. You may not want to give it to those patients. You may instead want to give those patients a little norepinephrine. You should know, however, that in our opinion this hormone seems to act as a replacement therapy for some deficiency, rather than as an exogenous pressor. We do not titrate it to increasing doses. We do not give more AVP when we want a higher blood pressure. We just give a single dose, and it seems to be effective in most cases.

**Dr Karl H. Krieger** (*New York, NY*). These are really compelling data. In your current practice, if you have a patient at high risk, for example a patient with poor ejection fraction who has been receiving ACE inhibitors and diuretics, might you give AVP prophylactically? Is there any contraindication to giving AVP; have you had any problems with it?

**Dr Argenziano.** That is a good question. Certainly, as you might imagine, AVP is now stocked in both our intensive care units and operating rooms. We use it quite frequently. We have not yet, however, given it prophylactically to patients who are not hypotensive. We have reserved it for patients with demonstrated need. It must be remembered that we are using AVP to treat vasodilatory shock. Most patients in hemodynamically unstable condition before a cardiac operation are not in vasodilatory shock but rather in cardiogenic shock, in which the vascular tone is actually quite high. We would not expect AVP to have an effect in those cases, because it is not an inotrope but rather a pure vasoconstrictor. We generally reserve AVP for patients in whom vasodilatory shock develops after CPB, but we certainly have used it in a few cases in which this syndrome developed before the operation.

PAR-VASO-0007182

GASTROENTEROLOGY 69:13–19, 1975
Copyright © 1975 by The Williams & Wilkins Co.

Vol. 69, No. 1
*Printed in U.S.A.*

# SIMILARITY OF ARTERIAL AND INTRAVENOUS VASOPRESSIN ON PORTAL AND SYSTEMIC HEMODYNAMICS

JOHN W. BARR, M.D., ROBERT C. LAKIN, AND JOSEF RÖSCH, M.D.

*University of Oregon Health Sciences Center, Department of Diagnostic Radiology, Portland, Oregon*

The effects of superior mesenteric arterial and intravenous infusions of vasopressin and low and high dose intravenous infusions of vasopressin on splanchnic and systemic hemodynamics were compared in 20 anesthetized dogs. The following parameters were evaluated: flow in the superior mesenteric artery and portal vein, portal and systemic blood pressure, and cardiac output. In the comparison of selective arterial and intravenous infusions, no statistically significant difference was found between the degree of changes in portal flow, portal and systemic blood pressure, and cardiac output. Only the superior mesenteric artery flow showed a greater decrease with the selective arterial injection. In a comparison of intravenous high dose (corresponding to that used clinically) and low dose (one-fifth) infusions of vasopressin, a relatively high splanchnic and low systemic effectiveness of the low dose was found. It resulted in only a 15 to 20% smaller effect on flow in the superior mesenteric artery and portal vein and portal pressure; however, about 40% lesser systemic effect on arterial blood pressure and cardiac output than the high dose. The results of this experimental work warrant exploration in clinical practice, preferably by a controlled study. If clinical success in controlling hemorrhage confirms these hemodynamic results, an intravenous, low dose infusion of vasopressin would appear to be the method of choice in the vasoconstrictive therapy of gastrointestinal bleeding from varices.

Vasopressin, since its first use in 1956 by Kehne and associates,[1] has become a popular drug in the management of massive esophageal variceal hemorrhage.[2-6] The original technique of administration consisted of an intravenous infusion of 20 U of vasopressin during 10 to 20 min, repeated as necessary at 1- to 4-hr intervals. To

Supported in part by United States Public Health Service Grants HL05828 and HL03275, the Oregon Heart Association, and the Picker Foundation through the National Academy of Sciences-National Research Council.

Received January 27, 1975. Accepted March 26, 1975.

Address requests for reprints to: Dr. Josef Rösch, University of Oregon Health Sciences Center, Department of Diagnostic Radiology, Portland, Oregon 97201.

increase the therapeutic splanchnic effect of vasopressin and decrease its systemic effects and related complications, Nusbaum and Baum, with associates,[7,8] employed selective arterial infusions into the superior mesenteric artery in a dosage of 0.1 to 0.3 U per min, continued for hours and days. Their success rate in controlling variceal bleeding exceeded that obtained by the original intravenous technique, and selective arterial application of vasopressin has been used since with increasing frequency.[9-13]

While studying the effects of selective celiac infusion of vasopressin on the hepatic artery in dogs, we observed a systemic effect, even with low dosage infusions.[14] Indeed, we were not able to produce a selective effect of vasopressin on

13

the hepatic artery. Even threshold concentrations infused into the celiac artery resulted in the following systemic effects of vasopressin: increased systemic arterial blood pressure and decreased superior mesenteric artery flow and portal pressure. This prompted us to examine in dogs the comparative effects of selective superior mesenteric arterial and intravenous infusions of vasopressin. The difference in effects between low and high dose intravenous infusions were also examined. In dogs with and without induced acute portal hypertension (PH), superior mesenteric arterial flow, portal venous flow, portal pressure, systemic arterial blood pressure, and cardiac output were compared.

## Methods

Twenty mongrel dogs weighing from 20 to 30 kg were divided in two groups (table 1). In the first group of 10 dogs, the selective superior mesenteric arterial infusions were compared to intravenous infusions. In the second group of 10 dogs, low and high dose intravenous infusions were compared. In 5 dogs of the first group, acute PH was produced at the beginning of the study by injection of microspheres into the portal circulation. Because no basic difference was found between effects in normotensive and hypertensive dogs, only dogs with normal portal pressure were studied in the second group.

The dogs were anesthetized with intravenous barbiturates (Nembutal, Abbott, North Chicago, Ill.) and connected to an electrocardiograph monitor. Both femoral arteries were catheterized, using 1.8-mm (outside diameter) polyethylene catheters. One catheter was introduced selectively into the superior mesenteric artery for vasopressin infusions; the other was placed in the abdominal aorta for monitoring of systemic blood pressure and for withdrawing blood samples for cardiac output determinations. The abdominal cavity was then entered and a small polyethylene catheter introduced via a jejunal vein into the portal vein to monitor portal pressure. Statham electromagnetic flow meter probes were placed on the superior mesenteric artery and the portal vein. Angiograms were done to document the position of the catheters and flowmeter probes.

Both femoral veins were used to place additional catheters: one in the femoral vein for the intravenous vasopressin infusion, and the other in the main pulmonary artery for the indocyanine green injections for the determination of cardiac output by the indicator dilution method.

Acute PH was then induced in 5 dogs of the first group by an injection of 5 to 10 g of microspheres (50 to 100 $\mu$ in size, suspended in meglumine diatrizoate, 76%) through the portal venous catheter.

During the remainder of the 4- to 5-hr long experiment, the following parameters were continuously monitored and recorded on a Brush direct writing system: flow in the superior mesenteric artery and portal vein, pressures in the aorta and portal vein, and electrocardiogram. Cardiac output was determined immediately before the beginning and at the end of each infusion.

After stable base line parameters had been recorded, vasopressin was infused with a Harvard pump at dosages corresponding to those used clinically. In the first group of dogs, the dose was identical (2.75 mU per kg per min; this dose is equivalent to the conventional 0.2 U per min dose in man) for both the superior mesenteric artery and intravenous infusions. In the second group of intravenous infusions, 2.75 mU per kg per min was used as the low dose and 14 mU per kg per min as the high dose. The site of the initial infusion in the first group and the dose of initial infusion in the second group were randomly selected so that each type initiated half of the studies. The duration of infusions was 20 min, except in 4 dogs in the first group in which 60-min infusions were done.

Sixty to ninety minutes after the completion of the initial infusion, when all recorded parameters had returned to stable preinfusion levels, a second infusion was completed with alternation of the site or dosage. After completion of this infusion and return to base line levels (BL), a repeat superior mesenteric arteriogram was done to check the position of the infusion catheter. The animal was then killed and an autopsy was performed.

Monitored parameters were calculated as

TABLE 1. *Experimental protocol*

| Group | No. of dogs | Portal pressure | Vasopressin infusion | |
|-------|-------------|-----------------|------|--------|
| | | | Dose | Route[a] |
| | | | *mU/kg/min* | |
| 1 | 5 | ↑ | 2.75 | SMA, iv |
| 1 | 5 | Normal | 2.75 | SMA, iv |
| 2 | 10 | Normal | 2.75 | iv |
| | | | 14 | iv |

[a] SMA, superior mesenteric artery.

PAR-VASO-0007184

percentages of BL in each dog, and mean percentage changes for all dogs were used to achieve a final curve for each type of study. End infusion changes were analyzed for their statistical difference, using a comparison *t*-test procedure. For parameters where no significant difference was found, 95% confidence intervals for the mean differences were determined.

## Results

Injection of microspheres into the portal circulation in the 5 dogs of the first group resulted in an immediate increase of portal pressure from a mean of 7.1 to 14.8 mm Hg. This level of increase lasted for 5 to 10 min, following which portal pressure gradually fell and stabilized at a mean of 10.7 mm Hg (about 150% of normal).

1. In the first group, comparing the selective superior mesenteric and intravenous infusions, no demonstrable difference was seen in the response of the monitored parameters between the 20- and 60-min infusions.

The *superior mesenteric artery* flow (fig. 1) fell sharply with the selective arterial infusion to 30% of BL in dogs without PH and to 33% BL in dogs with PH. With the continuation of infusion, the flow stabilized at 40% BL in animals without PH and at 42% BL with PH. During the intravenous infusion, the superior mesenteric artery flow gradually fell during 8 to 10 min to a

stable level of 51% BL in animals without PH and to 53% BL with PH.

The *portal vein flow* (fig. 1) decreased sharply with the selective arterial infusion to 50% BL and stabilized at 55% BL in animals without PH and 52% BL and 56% BL with PH. The intravenous infusion led to a gradual decrease to 56% and 58% BL, respectively.

The *portal pressure* (fig. 2) also fell faster with the selective arterial infusion and stabilized at 75% BL in animals without PH and 73% BL with PH. With the intravenous infusion, portal pressure gradually decreased to 76% BL in all animals (with and without PH).

The *arterial blood pressure* (fig. 2) started to rise gradually with both types of infusions, reaching 127% BL with selective arterial and 130% BL with intravenous infusion. There was no difference between animals without and with PH.

The *cardiac output* (fig. 2) decreased to a mean of 75% BL in animals with the selective arterial infusion and 74% BL with the intravenous infusion. Again, no difference was noted between animals without and with PH.

After the infusion, all recorded parameters returned slowly to BL; the mean period of return was 30 min for both routes of infusion.



Fig. 1. Mean response of the flow in the superior mesenteric artery and portal vein to vasopressin infused into the superior mesenteric artery (SMA) or intravenously in a concentration of 2.75 mU per kg per min in 10 dogs. Superior mesenteric artery flow: ▲---▲, SMA infusion; △·---·△, intravenous infusion. Portal vein flow: ●---●, SMA infusion; ○·---·○, intravenous infusion.

PAR-VASO-0007185

The mean BL of the monitored parameters and their mean percentage changes at the end of both types of infusions with statistical evaluation are summarized in table 2. A statistically significant difference ($P < 0.05$) was found only for changes of the superior mesenteric artery flow.

2. In the second group of dogs, comparing two doses of intravenous infusion of vasopressin, a faster and slightly greater response was found to the higher dose than to the lower dose.

*Infusion of 14.0 mU per kg per min* (figs. 3 and 4) caused sharp falls in the superior mesenteric artery flow, portal vein flow, and portal pressures, reaching their lowest in about 3 to 5 min. The superior mesenteric artery flow fell to 40% BL, portal vein flow to 37% BL, and portal pressure to 64% BL. At those levels, they remained stable to the end of infusion. The blood pressure rose rapidly for about 5 min after initiation of the infusion. The curve of its increase flattened in the next 3 to 5 min reaching a stable peak of 148% BL. Cardiac output decreased by the end of infusion to 56% BL. After the infusion, all parameters started to return to normal levels, reaching the base line at the mean period of 55 min.

*Infusion of 2.75 mU per kg per min* (figs.



FIG. 2. Mean response of the portal and arterial blood pressure and cardiac output to vasopressin infused into the superior mesenteric artery (SMA) or intravenously in a concentration of 2.75 mU per kg per min in 10 dogs. Portal pressure: ▲–––▲, SMA infusion; △·–·–·△, intravenous infusion. Blood pressure: ●––●, intravenous infusion; ○·–·–·○, SMA infusion. Cardiac output: ■, SMA infusion; □, intravenous infusion.

TABLE 2. *Comparison of selective arterial and systemic intravenous infusions of vasopressin in 10 dogs*

| Parameter | SMA[a] infusion | | Intravenous infusion | | Statistical evaluation | |
|---|---|---|---|---|---|---|
| | Mean base line values | Mean percentage change | Mean base line values | Mean percentage change | 95% confidence intervals of mean percentage difference | P values[b] |
| SMA flow (ml/min) | 291 | −58% | 292 | −48% | 7.30%, 12.70% | <0.001 |
| Portal vein flow (ml/min) | 458 | −44% | 499 | −43% | −0.67%, 2.87% | >0.1 |
| Portal pressure (mm Hg) | 8.9 | −25% | 9.0 | −24% | −1.63%, 5.63% | >0.2 |
| Systemic blood pressure (mm Hg) | 113 | +27% | 110 | +29% | −6.10%, −0.70% | >0.1 |
| Cardiac output (liters/min) | 2.49 | −25% | 2.51 | −26% | −3.24%, 1.04% | >0.2 |

[a] SMA, superior mesenteric artery.

[b] P values represent significance of the difference of the mean percentage changes during the superior mesenteric arterial infusion and intravenous infusion.



Fig. 3. Mean response of the flow in the superior mesenteric artery and portal vein to vasopressin infused intravenously in concentrations of 2.75 or 14.0 mU per kg per min in 10 dogs. Superior mesenteric artery flow: ▲---▲, 14.0 mU per kg per min; △·--·--·△, 2.75 mU per kg per min. Portal vein flow: ●---●, 14.0 mU per kg per min; O·--·--·O, 2.75 mU per kg per min.



Fig. 4. Mean response of the portal and arterial blood pressure and cardiac output to vasopressin infused intravenously in concentrations of 2.75 or 14.3 mU per kg per min in 10 dogs. Portal pressure: ▲---▲, 14.0 mU per kg per min; △·--·--·△, 2.75 mU per kg per min. Blood pressure: ●---●, 14.0 mU per kg per min; O·--·--·O, 2.75 mU per kg per min. Cardiac output: ■, 14.0 mU per kg per min; □, 2.75 mU per kg per min.

3 and 4) caused gradual decreases (about 10 min) and resulted in a maximal fall in superior mesenteric artery flow to 51% BL, in portal flow to 56% BL, and in portal pressure to 73% BL. Blood pressure gradu- ally increased to 128% BL. At these levels, flows and pressures remained stable to the end of infusion. Cardiac output decreased to 72% BL at the end of infusion. The mean period of return to normal was 35 min.

The mean BL and percentage changes of individual parameters at the end of both types of infusions are summarized in table 3. For all parameters, a significant difference in mean percentage change was found at $P = 0.01$.

## Discussion

Control of acute gastrointestinal bleeding by selective intraarterial infusion of vasoconstrictors has been a controversial topic. Its value has been stressed in several reports,[7-13] but questioned in editorials and letters.[15-17] This study, performed with dogs, will not resolve this controversy. If confirmed in patients, however, it might help to clarify the future use of vasoconstrictors in the control of acute gastrointestinal, particularly variceal, bleeding. Two basic facts appear to be shown by our study: (1) minimal differences exist between the hemodynamic effects of selective superior mesenteric arterial and intravenous infusions of vasopressin, and (2) low dose intravenous infusions of vasopressin have relatively high splanchnic effectiveness.

Our comparison of the splanchnic and systemic effects of the selective superior mesenteric arterial infusion and the intravenous infusion of vasopressin showed only one statistically significant difference: an about 18% greater decrease of the superior mesenteric artery flow with the selective

arterial infusion. Portal venous flow and pressure fell initially faster with the selective arterial infusion; however, the degree of the final drop in each was practically the same with both types of infusions. The increase in the arterial blood pressure and decrease in the cardiac output were also similar with both infusions; no statistically significant differences were found. This reflects the considerable systemic effect of vasopressin selectively infused into the superior mesenteric artery, an effect which we have also demonstrated with selective vasopressin infusion into the celiac artery.[14] Our results do not confirm those of Nusbaum and associates,[18] who reported no significant systemic effect from infusion vasopressin into the superior mesenteric artery. Further investigation is needed.

The applicability of our findings in dogs with normal or only slightly increased portal pressure to patients with liver disease and portal hypertension can only be established by clinical trials, preferably in a controlled study. Our findings, however, indicate that an easily applied intravenous infusion of vasopressin could again become the primary method for vasoconstrictive therapy of massive bleeding from varices. It is likely that the dose of intravenously infused vasopressin could be decreased from the 1 or 2 U per min originally reported with no significant loss in splanchnic effect. In our dogs, low dose

TABLE 3. *Comparison of low and high dose intravenous infusions of vasopressin in 10 dogs*

| Parameter | High dose infusion, 14.0 mU/kg/min | | Low dose infusion, 2.75 mU/kg/min | | P values[a] |
|---|---|---|---|---|---|
| | Mean base line values | Mean percentage change | Mean base line values | Mean percentage change | |
| SMA[b] flow (ml/min) | 315 | −60% | 321 | −49% | <0.001 |
| Portal vein flow (ml/min) | 544 | −63% | 552 | −44% | <0.001 |
| Portal pressure (mm Hg) | 7.8 | −36% | 7.6 | −27% | <0.005 |
| Systemic blood pressure (mm Hg) | 108 | +48% | 106 | +28% | <0.01 |
| Cardiac output (liters/min) | 2.85 | −44% | 2.88 | −26% | <0.005 |

[a] $P$ values represent significance of the difference of the mean percentage changes during the high dose infusion and low dose infusion.

[b] SMA, superior mesenteric artery.

PAR-VASO-0007188

infusions, comparable to 0.2 U per min in patients, gave 80 to 85% of the splanchnic effect achieved by doses comparable to 1 U per min in humans. Ericson[19] reported a similar experience; a dose comparable to a patient's 0.47 U per min gave a maximal decrease in portal pressure. A relatively milder systemic effect would be an advantage of using a lower dose of vasopressin. In our experiments the low dose gave a 40% smaller effect on blood pressure and cardiac output than the high dose. Confirmation of this experimental canine result, however, is also necessary by a clinical study. A catheter wedged in a hepatic vein or introduced into a reopened umbilical vein can provide pressure data in patients and thereby the evaluation of the effects of various dosages of intravenous vasopressin infusions on the portal pressure.

## REFERENCES

1. Kehne JH, Hughes FA, Gompertz, ML: The use of surgical pituitrin in the control of esophageal varix bleeding: An experimental study and report of two cases. Surgery 39:917–925, 1956
2. Schwartz SI, Bales HW, Emerson GL, et al: The use of intravenous pituitrin in treatment of bleeding esophageal varices. Surgery 45:72–78, 1959
3. Shaldon S, Sherlock S: The use of vasopressin (Pitressin) in the control of bleeding from esophageal varices. Lancet 2:222–225, 1960
4. Conn HO, Dalessio DJ: Multiple infusions of posterior pituitary extract in the treatment of bleeding esophageal varices. Ann Intern Med 57:804–809, 1962
5. Merigan TC Jr, Plotkin GR, Davidson CS: Effect of intravenously administered posterior pituitary extract on hemorrhage from bleeding esophageal varices. N Engl J Med 266:134–135, 1962
6. Tsakiris A, Haemmerli UP, Bühlmann A: Reduction of portal venous pressure in cirrhotic patients with bleeding from esophageal varices by administration of a vasopressin derivate, phenylalanine 2-lysine 8-vasopressin. Am J Med 36:825–839, 1964
7. Nusbaum M, Baum S, Kuroda K, et al: Control of portal hypertension by selective mesenteric arterial drug infusion. Arch Surg 97:1005–1012, 1968
8. Baum S, Nusbaum M: The control of gastrointestinal hemorrhage by selective mesenteric arterial infusion of vasopressin. Radiology 98:497–505, 1971
9. Rosch J, Dotter CT, Rose RW: Selective arterial infusions of vasoconstrictors in acute gastrointestinal bleeding. Radiology 99:27–36, 1971
10. Conn HO, Ramsby GR, Storer EH: Selective intra-arterial vasopressin in the treatment of upper gastrointestinal hemorrhage. Gastroenterology 63:634–645, 1972
11. Marubbio AT Jr, Lombardo RP, Holt PR: Control of variceal bleeding by superior mesenteric artery pitressin perfusions—Complications and indications. Am J Dig Dis 18:539–543, 1973
12. Murray-Lyon IM, Pugh RNH, Nunnerley HB, et al: Treatment of bleeding esophageal varices by infusion of vasopressin into the superior mesenteric artery. Gut 14:59–63, 1973
13. Nusbaum M, Younis MT, Baum S, et al: Control of portal hypertension. Selective mesenteric arterial infusion of vasopressin. Arch Surg 108:342–347, 1974
14. Barr JW, Lakin RC, Rosch J: Vasopressin and hepatic artery. Effect of selective celiac infusion of vasopressin on the hepatic artery flow. Invest Radiol 10:May–June, 1975
15. Donaldson RM Jr: "Turned off" bleeders. Gastroenterology 59:477–478, 1970
16. Stark RD: Gastrointestinal bleeding. Br Med J 277–278, 1971
17. Cooke AR: Intra-arterial vasopressin infusion—a therapeutic advance? N Engl J Med 290:625–626, 1974
18. Nusbaum M, Baum S, Lakiyalak P, et al: Pharmacologic control of portal hypertension. Surgery 62:299–310, 1967
19. Ericson BF: Hemodynamic effects of vasopressin. Acta Chir Scand (suppl 414), 1971

**PAR-VASO-0007189**

# Arginine Vasopressin for the Treatment of Septic Shock in Adults

Seth R. Bauer, Pharm.D., and Simon W. Lam, Pharm.D.

Sepsis remains one of the leading causes of mortality in the United States. Cardiovascular compromise is one of the major contributors to the high mortality associated with sepsis. Current cardiovascular support in patients with septic shock involves fluid administration, use of catecholamines, and potentially the use of inotropes, corticosteroids, or arginine vasopressin. Vasopressin is an endogenous hormone essential for both osmotic and cardiovascular homeostasis. Various studies have suggested that exogenous administration of arginine vasopressin may be an effective adjunctive therapy to traditional catecholamines for the management of hypotension during septic shock. Of particular interest is the Vasopressin and Septic Shock Trial (VASST), which found no mortality benefit when comparing the addition of arginine vasopressin to norepinephrine versus continuous dose increases in norepinephrine alone. However, results of the a priori subgroup and post hoc analyses of this trial suggest that patients may benefit if arginine vasopressin is used in patients with less severe shock, defined as those receiving a relatively low norepinephrine-equivalent dose of 5–14 µg/minute, or in those at risk for renal failure. Current guidelines from the Surviving Sepsis Campaign recommend arginine vasopressin 0.03 unit/minute may be added to norepinephrine with the anticipation of an effect equal to higher doses of norepinephrine alone. Many practitioners continue to utilize arginine vasopressin for patients with septic shock due to its mechanisms of benefit on pathophysiologic derangements in this disease. Clinicians must be knowledgeable about the use of arginine vasopressin in septic shock, including controversial areas where guidelines do not always provide concrete recommendations.

**Key Words:** adrenergic agents, antidiuretic hormone, arginine vasopressin, hypotension, norepinephrine, septic shock, vasoconstriction, vasopressin, AVP.

**(Pharmacotherapy 2010;30(10):1057–1071)**

## OUTLINE

Prospective Randomized Comparator Trials
Vasopressin and Septic Shock Trial
Dosing of Arginine Vasopressin
Physiologic versus Pharmacologic Dosing
Titration versus Fixed Dosing
Safety
Factors That May Affect Dosing
Timing of Arginine Vasopressin Administration: Early versus Late
Interaction Between Arginine Vasopressin and Corticosteroids
Conclusion and Recommendations

From the Department of Pharmacy, Cleveland Clinic, Cleveland, Ohio (both authors).

For reprints, visit http://www.atypon-link.com/PPI/loi/phco. For questions or comments, contact Seth R. Bauer, Pharm.D., BCPS, Cleveland Clinic, Department of Pharmacy/JJN1-02, Cleveland, OH 44195; e-mail: bauers@ccf.org.

Septic shock is the most common type of vasodilatory shock and is a frequently encountered diagnosis for patients in the intensive care unit (ICU).[1] Despite antimicrobials and aggressive fluid resuscitation, patients with septic shock frequently require vasoactive drugs for

hemodynamic support.[2] The 2008 Surviving Sepsis Campaign guidelines recommend norepinephrine or dopamine as the first-line vasopressor when blood pressure does not respond to fluid administration.[3] Additional options besides catecholamines for hemodynamic support include corticosteroids and arginine vasopressin. Each of these agents offers a different mechanism of action to produce vasoconstriction,[4] but their individual and combined roles are unclear. Excellent reviews exist on the rationale for arginine vasopressin administration in patients with septic shock.[5–7] Briefly, vasopressin induces constriction of vascular smooth muscle cells through action on the $V_1$ receptor. Arginine vasopressin also decreases nitric oxide–mediated vasodilation, a pathophysiologic hallmark of septic shock.[5] Patients with septic shock are highly sensitive to the pressor effects of exogenous vasopressin. In addition, a relative vasopressin deficiency may exist in septic shock.[5–8] The use of arginine vasopressin for the treatment of septic shock has been previously reviewed,[6, 7, 9–14] but recently published studies, including the Vasopressin and Septic Shock Trial (VASST)[15] and its subgroup analyses,[16–18] have offered further insight into the role of this therapy.

We sought to provide the clinician with recommendations for the use of arginine vasopressin in patients with septic shock. Therefore, we performed a PubMed search of English-language literature from January 1990–February 2010 by using the medical subject headings arginine vasopressin; shock, septic; and sepsis, as well as the general search terms vasopressin and septic shock and all combinations. References of all peer-reviewed original articles, guidelines, consensus statements, and review articles were also examined. In addition, the meeting abstracts from the American Thoracic Society International Conference, American College of Chest Physicians annual meeting, and the Society of Critical Care Medicine annual congress from 2006–2010 were reviewed.

## Prospective Randomized Comparator Trials

Our search identified six prospective randomized comparator trials that used arginine vasopressin in septic shock and one prospective randomized study that compared two different doses of arginine vasopressin.[15, 19–24] These seven studies are summarized in Table 1. The trials performed before VASST compared arginine vasopressin with either placebo[19, 20] or blinded norepinephrine[21–23] for patients with vasodilatory shock unresponsive to norepinephrine alone. Compared with control, arginine vasopressin was demonstrated to improve blood pressure,[19, 20, 22, 23] reduce open-label catecholamine doses,[19–23] and improve renal function.[21, 23]

In light of the promising results from the aforementioned studies, arginine vasopressin gained widespread use in the early 2000s. Although the previously cited randomized trials suggest a benefit of arginine vasopressin in patients with septic shock, they were relatively short in duration (< 48 hrs) and not of sufficient size to assess adverse effects or mortality outcomes. To address these issues, the VASST study was performed.[15]

### Vasopressin and Septic Shock Trial

The VASST was a prospective, multinational, double-blind, randomized, controlled trial that assessed the addition of arginine vasopressin or norepinephrine to open-label catecholamines in patients with septic shock. Patients were included if they had septic shock resistant to fluids (defined as a lack of response to a normal saline fluid bolus of 500 ml or the need for vasopressors) and norepinephrine doses of at least 5 µg/minute or equivalent for 6 hours or more in the 24 hours before randomization. Furthermore, all patients must have continued receiving norepinephrine at least 5 µg/minute or equivalent within the hour before randomization and could be included after 3 hours if they required high-dose catecholamines (defined as a norepinephrine-equivalent dose ≥ 15 µg/min for 3 consecutive hrs). Notable exclusion criteria were acute myocardial infarction (as defined by the evaluating investigator), more than 24 hours' elapsed time since meeting entry criteria, underlying heart disease (New York Heart Association [NYHA] functional class III or IV heart failure), and proven or suspected acute mesenteric ischemia. Based on their shock severity at randomization, patients were assessed based on a priori–defined strata of "more severe septic shock" (norepinephrine-equivalent dose ≥ 15 µg/min) and "less severe septic shock" (norepinephrine-equivalent dose of 5–14 µg/min) subgroups.

Arginine vasopressin 0.01 unit/minute or norepinephrine 5 µg/minute was titrated to a goal dose of 0.03 unit/minute or 15 µg/minute,

PAR-VASO-0007191

respectively, during the first hour of infusion. Open-label catecholamine doses were adjusted to maintain a target mean arterial pressure (MAP) of 65–75 mm Hg if not achieved by study drug, although this goal MAP was suggested and not mandated by the study protocol. Weaning of the study drug was commenced once open-label catecholamines were stopped, with the target MAP achieved for at least 8 hours (or more rapidly if hypertension developed).

Plasma vasopressin levels were measured in a convenience sample of 107 patients. The primary outcome of the study was the 28-day mortality rate between the two study groups. The authors hypothesized a priori that the effects of arginine vasopressin would be more pronounced in the subgroup of patients with more severe septic shock.

Overall, the study patients had a high severity of illness, with a baseline Acute Physiology and Chronic Health Evaluation (APACHE) II score of about 27, and an average of 3.5 dysfunctional organs. The two groups were well balanced at baseline, with the exceptions that patients randomly assigned to norepinephrine were significantly older, had fewer dysfunctional organs overall, and less frequently had new hematologic organ failure (platelet count ≤ 80 x $10^3$/mm$^3$). Of note, relatively few of the study patients had ischemic heart disease (~17%) or heart failure (~8%), most likely due to the exclusion criteria of the study. At baseline, the patients assigned to norepinephrine or arginine vasopressin had a mean ± SD MAP of 73 ± 10 or 72 ± 9 mm Hg, respectively. This suggests that the patients may have been hemodynamically responsive to their open-label catecholamine infusion before study inclusion.

No significant difference was noted in the primary outcome of 28-day mortality between the arginine vasopressin group and the norepinephrine group (35.4% vs 39.3%, p=0.26). Although the 90-day mortality rate was numerically lower in the arginine vasopressin group, this difference did not reach statistical significance (43.9% vs 49.6%, p=0.11). In addition, no significant differences were noted between groups in days alive and free of organ dysfunction (including days alive and free of vasopressors), ICU length of stay, and hospital length of stay. The overall frequency of serious adverse events was also not significantly different between groups (10.3% in arginine vasopressin group vs 10.5% in norepinephrine group). Of note, there were numeric, but not significant,

differences between the arginine vasopressin group and norepinephrine group in frequency of cardiac arrest (0.8% vs 2.1%, p=0.14), mesenteric ischemia (3.4% vs 2.3%, p=0.39), and digital ischemia (2.0% vs 0.5%, p=0.11). Patients assigned to arginine vasopressin had a significantly lower total norepinephrine infusion rate compared with patients in the norepinephrine group over the first 4 days after randomization (p<0.001).

In the a priori–defined subgroup of less severe septic shock, patients randomized to arginine vasopressin had a lower 28-day mortality (26.5% vs 35.7%, p=0.05) and lower 90-day mortality (35.8% vs 46.1%, p=0.04) than those randomized to norepinephrine. There were no significant differences in outcomes between the study groups in the more severe septic shock subgroup (contrary to the a priori hypothesis). As expected, at baseline, there were significant differences in MAP between the less severe and more severe subgroups (mean ± SD 74.0 ± 9.2 vs 71.6 ± 9.7 mm Hg, p=0.03), serum lactate level (2.4 ± 2.0 vs 4.3 ± 3.6 mmol/L, p<0.001), and norepinephrine dose at randomization (9.8 ± 5.5 vs 30.0 ± 23.3 µg/min, p<0.001).

On post hoc analysis, arginine vasopressin was associated with a lower rate of mortality in two subgroups based on values at randomization. Patients with a baseline lactate level of 1.4 mmol/L or lower who were randomly assigned to arginine vasopressin had a significantly lower mortality rate than those assigned to norepinephrine (18.9% vs 33.8%, $\chi^2$ p=0.03, logistic regression interaction statistic p=0.04). In addition, the mortality rate of patients treated with one vasopressor at randomization was significantly lower in patients randomized to arginine vasopressin (31.3% vs 39.9%, $\chi^2$ p=0.04, logistic regression interaction statistic p=0.04). There was a numerically lower mortality rate in the subgroup of patients randomized within 12 hours of shock onset who were assigned to arginine vasopressin versus norepinephrine (33.2% vs 40.5%, p=0.12), but this difference was not statistically significant. Both of these factors are indicators of less severe shock and lend further support to the primary subgroup analysis that found improved survival in patients receiving relatively low norepinephrine-equivalent doses treated with arginine vasopressin.

Another subgroup analysis of the data from VASST further evaluated the effects of arginine vasopressin in patients with renal dysfunction.[16] When patients were categorized according to the

Table 1. Prospective Randomized Trials of Arginine Vasopressin for the Treatment of Vasodilatory Shock

| Type of Shock | Study Design | AVP Dosing Method | Blood Pressure Effects |
|---|---|---|---|
| Septic shock requiring catecholamines (norepinephrine ≥ 5 µg/min)[19] | AVP (n=5) Placebo (n=5) | Fixed, 0.08 unit/min | AVP: SBP increased from 95 ± 8.3 to 117 ± 15.4 mm Hg at 1 hr (p=0.0001) |
| Septic shock requiring catecholamines[20] | AVP (n= 5) Placebo (n=5) | Fixed, 0.04 unit/min | AVP: MAP increased from 65.0 ± 6.0 to 80.0 ± 8.0 mm Hg at 1 hr (p<0.05) Placebo: no change in MAP at 1 hr |
| Septic shock requiring catecholamines (norepinephrine > 5 µg/min)[21] | AVP (n=13) Norepinephrine (n=11) | Titrated, 0.01–0.08 unit/min Median dose 0.06 unit/min | No change in MAP in either group (by study design) |
| Vasodilatory shock from sepsis or cardiovascular surgery, requiring catecholamines (norepinephrine > 0.5 µg/min)[22] | AVP (n=24) Norepinephrine (n=24) | Fixed, 0.067 unit/min | AVP: MAP increased from 63 ± 7 to 82 ± 10 mm Hg at 1 hr (p<0.05) Norepinephrine: no change in MAP at 1 hr |
| Septic shock requiring catecholamines[23] | AVP (n=13) Norepinephrine (n=10) | Titrated, 0.04–0.2 unit/min Mean ± SD dose 0.09 ± 0.08 unit/hr at 24 hrs | AVP: MAP increased from 72 ± 7 to 81 ± 11 mm Hg at 24 hrs (p<0.05) Norepinephrine: no change in MAP at 24 hrs |
| Septic shock requiring catecholamines (norepinephrine ≥ 5 µg/min)[15] | AVP (n=396) Norepinephrine (n=382) | Titrated, 0.01–0.03 unit/min | No change in MAP in either group (by study design) |
| Vasodilatory shock from sepsis or cardiovascular surgery, requiring catecholamines (norepinephrine > 0.6 µg/kg/min)[24] | AVP (n=50) | Fixed, randomized to either 0.033 (n=25) or 0.067 (n=25) unit/min | MAP increased significantly over time in both dose groups (0.033 unit/min, p=0.02; 0.067 unit/min, p<0.001), but difference was not significant between groups (p=0.66) |

AVP = arginine vasopressin; SBP = systolic blood pressure; SVR = systemic vascular resistance; MAP = mean arterial pressure; pCO₂ = partial pressure of carbon dioxide; ECG = electrocardiogram; ICU = intensive care unit; SOFA = sequential organ failure assessment; SVI = stroke volume index.
*Open-label catecholamines were titrated to maintain a target MAP or SBP.

risk, injury, failure, loss, end-stage kidney disease (RIFLE) criteria,[25] patients at risk for renal failure (serum creatinine concentration 1.5–2 times baseline, 25–50% decrease in glomerular filtration rate, or urine output < 0.5 ml/kg/hr for > 6 hrs) who were randomly assigned to arginine vasopressin had a significantly reduced mortality rate 28 days after randomization compared with those assigned to norepinephrine (30.8% vs 54.7%, p=0.01). In addition, patients at risk for

**Table 1. (continued)**

| Open-Label Catecholamine Effects[a] | Other Outcomes | Comments and Additional Results |
|---|---|---|
| AVP: decreased norepinephrine after 1 hr (p<0.006) Placebo: no significant effect | Not reported | Published as abstract only AVP increased SVR, but decreased cardiac output |
| AVP: catecholamines discontinued at 24 hrs in all patients (except dopamine 3 µg/kg/min) Placebo: not reported | Placebo: two patients died of refractory shock within 24 hrs AVP: no patients died within 24 hrs | AVP primarily increased blood pressure by increasing SVR Cardiac index did not change significantly in AVP group |
| AVP: norepinephrine decreased from 25.0 to 5.3 µg/min at 4 hrs (p<0.001) Norepinephrine: no significant change in total norepinephrine dose | AVP increased urine output at 4 hrs No change in urine output in norepinephrine group | No change in gastric mucosal pCO$_2$ gradient or ST segment on ECG in either group |
| AVP: norepinephrine decreased from 0.84 ± 0.55 to 0.59 ± 0.54 µg/kg/min at 24 hrs (p<0.05) Norepinephrine: total norepinephrine increased from 0.84 ± 0.41 to 1.36 ± 1.86 µg/kg/min at 24 hrs (p<0.05) Norepinephrine dose significantly lower in AVP group than in norepinephrine group over time (p<0.001) | ICU mortality rate: 70.8% in each group | Platelet count significantly decreased and bilirubin level significantly increased in AVP group New-onset atrial fibrillation less frequent in AVP group (8.3% vs 54.3%, p<0.001) |
| AVP: 11/13 patients (85%) receiving norepinephrine at baseline with median dose of 0.16 µg/kg/min; at 24 hrs, 3/11 (27%) were receiving norepinephrine at median dose of 0.0 µg/kg/min (p<0.05) Norepinephrine: no significant difference in proportion of patients receiving norepinephrine or dose of norepinephrine at 24 hrs | Modified SOFA score decreased in AVP group from 8.5 ± 1.3 to 6.2 ± 2.8 at 48 hrs (p=0.04), was not significantly changed in norepinephrine group, and was significantly lower in AVP group (p<0.05) Three patients in each group died during their ICU stay | First randomized trial of AVP for early (< 12 hrs after onset) septic shock AVP decreased cardiac index due to decreased heart rate (no effect on SVI) Indexed oxygen delivery significantly lower over time in AVP group, but not significantly different from norepinephrine group Creatinine clearance and daily urine output significantly improved in AVP group but unchanged in norepinephrine group |
| Rate of total norepinephrine infusion significantly lower in AVP group than in norepinephrine group over first 4 days (p<0.001) | 28-day mortality rates: 35.4% vs 39.3%, AVP vs norepinephrine (p=0.26) No significant difference in rate of adverse events between groups | See text for detailed discussion |
| Norepinephrine dose lower in 0.067-unit/min group than in 0.033-unit/min group (p=0.006 over time between groups) | ICU mortality rate 52% in each dose group | See text for detailed discussion |

renal failure who were randomized to arginine vasopressin were less likely to develop renal failure or loss during the study (20.8% vs 39.6%, p=0.03). There were no significant differences in outcomes between the arginine vasopressin and norepinephrine groups in the other categories of renal dysfunction. A caveat to this analysis is that information about urine output was not available in the VASST database, thus categorization of patients based on this criterion with RIFLE was not complete. In addition, the effects of arginine vasopressin on urine production were not evaluable. These data suggest that patients with septic shock who have early renal dysfunction may benefit from the addition of arginine vasopressin, whereas patients with established

PAR-VASO-0007194

renal injury or failure may not have the same benefit.

In summary, VASST did not demonstrate a significant difference between arginine vasopressin when added to norepinephrine compared with norepinephrine alone. Subgroup analyses, however, suggest a possible benefit with arginine vasopressin in patients with less severe shock receiving relatively low doses of norepinephrine or those at risk for renal failure. These subgroup findings are in contrast to the manner in which many practitioners used arginine vasopressin before the VASST study, where arginine vasopressin was given to patients later in their sepsis course who were not responding to relatively high norepinephrine doses.

The studies summarized above provide the rationale for the recommendation by the Surviving Sepsis Campaign that arginine vasopressin be used with norepinephrine, with the anticipation of an effect similar to the use of higher doses of norepinephrine alone.[3] However, a number of clinical controversies remain, including arginine vasopressin dosing and titration strategies, timing of administration, and the relationship between arginine vasopressin and corticosteroids.

## Dosing of Arginine Vasopressin

### Physiologic versus Pharmacologic Dosing

The Surviving Sepsis Campaign recommends arginine vasopressin 0.03 unit/minute as an adjunct to first-line catecholamines for hemodynamic management of septic shock[3]; however, this dosing strategy has been questioned by others.[26] Numerous studies have evaluated different dosing regimens for arginine vasopressin in patients with vasodilatory shock, ranging from 0.01–1.8 units/minute, with doses of up to 0.04 unit/minute being termed "physiologic" and doses above that termed "pharmacologic."[8, 15, 21–23, 27–31] A major challenge in the attempt to determine which dose of arginine vasopressin should be used is that the true physiologic arginine vasopressin response during septic shock has not been fully elucidated.

One group of authors was the first to demonstrate that patients in advanced, late-stage, catecholamine-resistant vasodilatory shock had inappropriately low endogenous plasma levels of vasopressin.[8] In this study, all patients with septic shock had hypotension, which persisted after adequate fluid administration (determined by pulmonary capillary wedge pressure $\geq 12$ mm Hg), and required catecholamines to maintain systolic blood pressure greater than 90 mm Hg for 1–2 days. In this septic population, the mean vasopressin concentration was 3.1 pg/ml. In contrast, a group of patients with hypotension of similar duration and severity due to cardiogenic shock had an appropriately increased vasopressin concentration of 22.7 pg/ml. Based on this observation, the authors concluded that plasma vasopressin concentrations are inappropriately low in patients with vasodilatory shock.

After this initial pioneering work, many investigators recommended the use of arginine vasopressin as a low-dose, 0.01–0.04 unit/minute, physiologic replacement in patients with septic vasodilatory shock.[6, 28, 32] The investigators also recommended that the physiologic replacement dose should be targeted to a "normal" arginine vasopressin response to hypotension (i.e., 20–30 pg/ml) as demonstrated by the patients in cardiogenic shock from the initial investigation.[8] However, in the literature, the range of endogenous plasma vasopressin levels during acute vasodilatory events is vast, ranging from 3.1–53.8 pg/ml.[8, 15, 22, 27, 33–38] Furthermore, during cardiopulmonary arrest, arguably the most severe form of shock, the initial plasma vasopressin concentration can be as high as 193 pg/ml.[39] In addition, the levels of initial vasopressin surge during endotoxemic shock in animal models ranged from 180–1800 pg/ml.[6] Thus, clinicians are left with the following questions: which "normal" vasopressin level should be targeted, and does it make a difference?

To further complicate matters, the exogenous administration of low-dose arginine vasopressin 0.01–0.04 unit/minute for the treatment of vasodilatory shock during clinical investigations has yielded vast differences in plasma vasopressin concentrations, ranging from 30–289 pg/ml.[8, 15, 40] Similarly, the administration of pharmacologic doses of arginine vasopressin (> 0.04 unit/min) have also yielded a considerable range in vasopressin concentrations (17.1–745 pg/ml).[21, 27, 36] One unifying point about all these clinical investigations is that both physiologic and pharmacologic doses of arginine vasopressin routinely yield plasma levels that exceed what is traditionally seen as physiologic replacement levels (30 pg/ml). In the initial investigation,[8] the use of an infusion of 0.04 unit/minute of arginine vasopressin caused the plasma concentration to increase to nearly 100 pg/ml, which corresponded with an increase in systolic blood pressure from 92 to 146 mm Hg. The use

of a 0.01–unit/minute infusion in two patients led to an increase in plasma concentrations to about 30 pg/ml and also corresponded with an increase in systolic blood pressure.[8] Similarly, in VASST, a maximum dose of arginine vasopressin of 0.03 unit/minute corresponded with a plasma concentration of about 108 pg/ml after 24 hours of arginine vasopressin infusion.[15]

Rather than focusing on whether a certain dose of exogenous arginine vasopressin will adequately replenish the body's normal physiologic response to hypotension, perhaps a better question would be as follows: do higher doses of arginine vasopressin provide clinical improvements? Studies in this area are underpowered to evaluate hard-outcome differences and primarily focus on hemodynamic measurements.

Titration versus Fixed Dosing

One group of authors found that higher doses of arginine vasopressin, sufficient for the replacement of norepinephrine, had mixed results in patients with septic shock.[29] In this study, 12 patients with septic shock who were receiving a mean norepinephrine dose of 0.56 µg/kg/minute were initiated on increasing doses of arginine vasopressin until norepinephrine could be weaned. Arginine vasopressin was started at 0.06 unit/minute and increased to as high as 1.8 units/minute. The investigators found that arginine vasopressin, at higher doses, could sufficiently support the blood pressure without the use of norepinephrine. However, the switch to arginine vasopressin from norepinephrine was associated with a decrease in cardiac index and increase in gastric regional partial pressure of carbon dioxide, suggestive of reduced gastrointestinal mucosal blood flow. Despite worsening adverse effects, the authors sufficiently demonstrated that increasing doses of arginine vasopressin could adequately replace norepinephrine requirements.

Another group subsequently evaluated, in a retrospective historical cohort design, two different dosing regimens for arginine vasopressin, 0.033 versus 0.067 unit/minute, for the treatment of vasodilatory shock.[31] In this study, 46% of the patients had septic shock, whereas the remainder had vasodilatory shock from either previous cardiotomy or systemic inflammation after major surgery. Patients were matched based on MAP and catecholamine requirements before starting arginine vasopressin, age, and severity of organ dysfunction. Overall, 87% of patients in both dose groups had an MAP increase within the first 30 minutes of starting arginine vasopressin therapy. Also, no significant difference was noted in the magnitude of MAP change during that time period. However, in the first 24 hours after arginine vasopressin initiation, norepinephrine requirements were reduced more frequently in patients receiving the 0.067-unit/minute dose of arginine vasopressin. No adverse effects were seen with the higher dose of arginine vasopressin. Conversely, more patients in the arginine vasopressin 0.033-unit/minute group had increases in hepatic transaminase levels (72% vs 28%, p<0.001). In addition, at the 12-hour time point, arterial lactate levels were significantly higher among patients who received 0.033 unit/minute (76 ± 67 vs 46 ± 38 mg/dl, p<0.001). The authors concluded that the 0.067-unit/minute dose of arginine vasopressin, compared with 0.033 unit/minute, appeared to be more effective in reversing cardiovascular collapse in patients with vasodilatory shock. Of note, at baseline, the median dose of norepinephrine was 1.07 µg/kg/minute. The authors speculated that the higher dose of arginine vasopressin may have been more beneficial because such doses are needed to stabilize hemodynamic function when norepinephrine requirements are high.

The same group of investigators studied the two different dosing regimens for arginine vasopressin in a prospective randomized controlled study for the treatment of vasodilatory shock. The study included 50 patients, with 25 patients randomly assigned to each group (Table 1).[24] All patients had vasodilatory shock and required norepinephrine doses greater than 0.6 µg/kg/minute to maintain MAP above 60 mm Hg. The primary objective was to compare the hemodynamic response of the two different arginine vasopressin doses at various time points up to 48 hours after randomization. The study defined hemodynamic response as either an MAP increase or norepinephrine decrease. The mean ± SD baseline norepinephrine doses were 0.98 ± 0.6 and 0.86 ± 0.34 µg/kg/minute in the arginine vasopressin 0.033- and 0.067-unit/minute groups, respectively.

Overall, MAP increased, and heart rate and norepinephrine dose decreased during the study period in both groups. However, patients who received arginine vasopressin 0.067 unit/minute required less norepinephrine during the study. Patients in both dose groups also had improvements in arterial pH, lactate level, and base deficit, suggesting an improvement in tissue perfusion. Plasma arginine vasopressin levels

were increased in both groups but were higher in the 0.067-unit/minute group (p<0.001). The authors also noted that plasma arginine vasopressin levels and norepinephrine requirements were correlated inversely (R=−0.49, p<0.01), which suggests a dose-dependent arginine vasopressin effect. No increase in the rate of adverse effects was observed in the 0.067-unit/minute group. Since all patients in this study were receiving relatively high doses of norepinephrine and would be considered in "more severe" vasodilatory shock according to the VASST criteria, the authors hypothesized that the 0.01–0.03-unit/minute dose of arginine vasopressin used during the VASST study may have been insufficient for patients with more severe shock.

Taken together, these three studies demonstrate that higher doses of arginine vasopressin (> 0.04 unit/min) may lead to further blood pressure response. Thus, higher doses of arginine vasopressin may be considered in patients with refractory shock. However, we found no studies that suggest that the higher MAP achieved with the use of higher doses of arginine vasopressin leads to improved outcomes. Since arginine vasopressin doses as low as 0.01 unit/minute have yielded both physiologic replacement levels of vasopressin and blood pressure increase, it may be a reasonable starting dose for patients. Starting at a low dose and titrating to the lowest arginine vasopressin dose that restores cardiovascular function would be a similar approach to that used in the VASST study[15] (dose titrated to a maximum of 0.03 unit/min) and other studies.[21, 23, 29]

## Safety

Concerns for severe adverse effects from arginine vasopressin doses higher than 0.04 unit/minute have largely been based on retrospective, noncomparative, descriptive investigations.[28, 30, 41] One group retrospectively evaluated 50 patients who received arginine vasopressin for the treatment of severe septic shock.[28] Hospital mortality was 85% in these patients, with six occurrences of cardiac arrest. Five of the six cardiac arrests occurred when the patient was receiving arginine vasopressin doses of 0.05 unit/minute or more. The authors concluded that arginine vasopressin should be used in patients with severe septic shock at a fixed low dose of 0.01–0.04 unit/minute because beneficial effects are achieved at doses of 0.04 unit/minute or lower and adverse effects are more

likely at higher doses. These statements by the authors may not be well founded based on the data presented in the study. The authors clearly state that arginine vasopressin was used in their ICU as rescue therapy in patients who appeared to be dying of refractory hypotension and that no conclusions can be drawn from this study since it was not from a matched cohort.

Similarly, another group retrospectively reported the frequency of and risk factors for development of ischemic skin lesions in critically ill patients with catecholamine-resistant vasodilatory shock who were treated with a continuous arginine vasopressin infusion.[41] In this investigation, 63 patients were included, of whom 19 (30%) developed ischemic skin lesions. The median doses of norepinephrine at the time arginine vasopressin was started in patients who developed ischemic skin lesions and those who did not were 0.67 and 0.65 µg/kg/minute, respectively (p=0.708). Presence of septic shock and preexistent peripheral arterial occlusive disease were significant independent risk factors for the development of ischemic skin lesions during arginine vasopressin infusion. The median dose of arginine vasopressin used in this study was 0.0009 unit/kg/minute (range 0.0001–0.0022 unit/kg/min). For a 70-kg patient, this equates to 0.063 unit/minute (0.007–0.154 unit/min). The authors did not find any significant relationship between arginine vasopressin dosages or length of infusion and the development of ischemic skin lesions.

Contrary to the above retrospective analyses, prospective randomized studies have not found any significant differences in the frequency of adverse effects when comparing norepinephrine with arginine vasopressin[15, 23] or pharmacologic doses with physiologic doses of arginine vasopressin.[24] These data suggest that the occurrence of adverse effects of arginine vasopressin in general and with arginine vasopressin doses above 0.04 unit/minute may be lower than previously hypothesized.

Hemodynamically, arginine vasopressin may decrease cardiac output and heart rate through increased vagal tone and decreased sympathetic tone and coronary blood flow.[6] Several observational studies have noted decreases in cardiac output during septic shock.[28, 42, 43] However, discrepant data exist among prospective randomized controlled studies.[19, 20, 23] As discussed above, patients with NYHA class III or IV heart failure were excluded from the VASST study.[15] A recent retrospective, observational

study evaluated the use of arginine vasopressin in septic patients with heart failure.[44] Forty-eight patients were evaluated for mortality outcomes and hemodynamic changes 4 hours after the initiation of arginine vasopressin. The authors found a statistically significant increase in MAP and decrease in heart rate after the initiation of arginine vasopressin. Despite significant decreases in heart rate, no significant changes were seen in cardiac output. The mortality rate in this study was 83%, which was drastically higher than that reported in other septic shock studies. In addition, 15 patients (31%) experienced cardiac arrest during the study. Given the noncomparative, observational nature of the study, it is difficult to determine whether the poor patient outcomes were from baseline comorbidities or associated with the use of arginine vasopressin. However, clinicians should continue to be cautious when using arginine vasopressin in patients with actual, or the potential for, cardiac dysfunction.

### Factors That May Affect Dosing

#### Patient Weight

Certain patient and disease-state factors may provide a further level of complexity to the dosing of arginine vasopressin in patients with septic shock. Arginine vasopressin, unlike catecholamines, is not routinely dosed based on body weight. It is largely unknown whether a patient's weight may affect the vasopressin levels produced by exogenously administered arginine vasopressin, and clinical data in this area are sparse and conflicting. However, given the relative low volume of distribution of arginine vasopressin (0.14 L/kg), it is conceivable that the extremes of body weight may have considerable effect on the serum concentration generated from fixed-dosed arginine vasopressin infusion.[45]

We retrospectively evaluated the effect of body mass index (BMI) on hemodynamic response in 66 patients who received arginine vasopressin monotherapy for septic shock.[46] Hemodynamic response was defined as an MAP of at least 65 mm Hg at 1 hour after arginine vasopressin initiation. Patients were divided into four groups based on predefined BMI ranges. The mean BMI values in the four groups were 22.4, 27.8, 32.2, and 45.0 kg/m², respectively. Overall, 91% of the patients achieved a hemodynamic response to arginine vasopressin. There was no significant difference in response rate or change in MAP among the four BMI groups. All patients in this study received arginine vasopressin 0.04 unit/minute with no titration.

Although this study did not find a correlation between body mass and hemodynamic response to arginine vasopressin, caution should be exercised in its interpretation because of a number of limitations. As previously mentioned, even low-dose arginine vasopressin could yield a wide range of vasopressin levels. Therefore, it is conceivable that an arginine vasopressin dose of 0.04 unit/minute, even for the patients in the highest BMI quartile, may have reached vasopressin levels capable of producing a hemodynamic effect. Furthermore, all patients in this study were receiving arginine vasopressin alone for the hemodynamic management of septic shock. Based on this study, it is unknown whether body mass affects hemodynamic response to arginine vasopressin in patients who have significant catecholamine requirements.

A similar retrospective study evaluated 55 patients who were receiving concomitant catecholamine and arginine vasopressin therapy.[47] The primary outcome measure was a Pearson correlation between change in norepinephrine requirements and arginine vasopressin dosing normalized by body weight. The investigators found a significant correlation (R=−0.63, p<0.001); however, a linear regression model revealed no predictive utility of weight to hemodynamic response to arginine vasopressin.

#### Continuous Renal Replacement Therapy

Patients with septic shock frequently develop acute renal failure, and continuous renal replacement therapy (CRRT) is increasingly used in this population.[48] Arginine vasopressin has many properties that makes its removal from continuous dialysis plausible. It is a relatively small molecule (molecular weight 1084 daltons) that is not protein bound, with a plasma half-life of 24 minutes.[45] The active compound is 65% renally eliminated, with the remainder of drug metabolized by tissue peptidase.[45] Studies have demonstrated that arginine vasopressin may be completely dialyzable and completely removed by ultrafiltration. In fact, it appears that the mean ± SD sieving coefficient for arginine vasopressin is 0.85 ± 0.11,[49] and arginine vasopressin concentrations found in ultrafiltrate and dialysate are almost identical with those of control plasma.[50]

In a recent study, the correlation between arginine vasopressin and copeptin response was

PAR-VASO-0007198

evaluated in patients with septic shock.[36] Copeptin is a stable precursor to arginine vasopressin, which is more readily accessible in clinical settings. In a linear regression model of 44 patients with vasodilatory shock, plasma concentrations of arginine vasopressin and copeptin significantly correlated with each other (r=0.749, p<0.001). This correlation was not influenced by creatinine clearance, but by the use of CRRT (p=0.001). In fact, patients not receiving CRRT had a correlation coefficient of 0.803, whereas the correlation coefficient was 0.385 for patients receiving CRRT. Furthermore, in exploratory regression analysis, arginine vasopressin levels inversely correlated with the use of CRRT. The authors suggested that this may indicate that more arginine vasopressin is removed during CRRT than the endogenous arginine vasopressin production rate.

With regard to the decreased correlation between copeptin and arginine vasopressin in patients receiving CRRT, it is conceivable that CRRT removes differing amounts of these two substance from the plasma. The molecular weight of copeptin is 4021 daltons,[51] which suggests it may be less readily removed by CRRT than arginine vasopressin. This removal of arginine vasopressin may lead to hemodynamic instability in patients with septic shock, unmasking relative vasopressin deficiency.

In summary, further research is needed to define the optimal dosing of arginine vasopressin. Patient and disease factors that might affect arginine vasopressin levels during infusion should be investigated. These issues are particularly important for those who adopt a "one size fits all" arginine vasopressin dosing strategy.

## Timing of Arginine Vasopressin Administration: Early versus Late

Integral to the debate of when to start an arginine vasopressin infusion is a discussion of endogenous vasopressin levels in various stages of sepsis. Some have reasoned that endogenous vasopressin output is adequate in early septic shock, and physiologic replacement doses of arginine vasopressin are not necessary until the later stages of shock.[4, 32] Other data suggest that vasopressin levels are variable in the stages of sepsis, and arginine vasopressin may be beneficial in multiple stages of septic shock.[23, 37]

Laboratory assays to determine plasma vasopressin levels require extensive and time-consuming procedures. Thus, the use of

vasopressin levels for routine management of septic shock to answer urgent clinical care questions is impractical.[35] However, important information can be gleamed from clinical studies that have evaluated vasopressin concentrations during septic shock. Vasopressin levels in healthy patients without shock are not elevated (< 4 pg/ml), whereas septic shock is associated with a biphasic response in vasopressin levels.[6] In early stages of shock, plasma vasopressin levels are appropriately elevated for enhanced organ perfusion. As the shock state progresses, plasma vasopressin levels begin to fall for reasons that are not clearly elucidated.[6] Therefore, low vasopressin levels can represent two different scenarios: either relative vasopressin deficiency due to depletion or increased vasopressinase activity, or recovery from hypotension from adequate resuscitation. Accordingly, the interpretation of vasopressin concentrations is only helpful when taken in the context of the clinical and hemodynamic condition.

One group of authors attempted to evaluate the mechanisms underlying the inappropriately low plasma vasopressin levels during septic shock.[52] They evaluated vasopressin, vasopressinase, and neurohypophyseal vasopressin content in three patients: two in late-stage septic shock and one within 24 hours of shock onset. In the two patients with late-stage shock, the vasopressin level was decreased, whereas the patient with early-stage shock had a slightly elevated vasopressin level. Vasopressinase was undetectable in two of the three patients. The authors also found a decreased weighted signal of the posterior lobe of the pituitary gland on magnetic resonance images, which strongly argues for the depletion of vasopressin stores. They concluded that the mechanism for the depletion of vasopressin in late-stage septic shock is at least partly due to the depletion of neurohypophyseal neurosecretory granules. This coincides with the physiologic response from vasopressin release stimulation. Vasopressin is normally stored in granules within the posterior pituitary, and its release is caused by neuronal stimulation. Only 10–20% of the total stored vasopressin within the posterior pituitary can be readily released. Once that amount is secreted, vasopressin continues to be discharged, but at a significantly reduced rate.[6]

The timing of this decrease in vasopressin levels in patients with septic shock is not well characterized. The same group also attempted to evaluate the temporal relationship between the onset of shock and vasopressin levels.[38] Patients

were divided into two groups based on duration of septic shock. Patients in group 1 met criteria for shock for less than 7 days, and patients in group 2 met criteria for shock for less than 8 hours. The mean ± SD time from onset of sepsis to inclusion was 38.7 ± 28.4 hours in group 1 ("late") and 3.6 ± 2.3 hours in group 2 ("early"). In this study, a vasopressin level greater than 3.6 pg/ml was considered to be elevated. In group 1 (late), 17 (39%) of 44 patients had elevated vasopressin levels, compared with 16 (89%) of 18 patients in group 2 (early). Overall, 16 (26%) of 62 patients were found to have relative vasopressin deficiency, defined as a normal vasopressin level and systolic blood pressure less than 100 mm Hg. Of those with vasopressin deficiency, 11 patients (69%) exhibited features of vasopressin deficiency 36 hours or more after shock onset.

These observations led the investigators and others to conclude that plasma vasopressin levels are almost always increased in the initial phase of shock, and a relative vasopressin deficiency is more likely to occur at least 36 hours after shock onset.[38, 53] However, there are a number of criticisms to this study. The definition of relative vasopressin deficiency may not have been well founded. As previously discussed, the normal physiologic response of vasopressin during shock is not well characterized. Hence, considering an endogenous vasopressin level above 3.6 pg/ml as elevated may be erroneous. In fact, the average vasopressin level was only 9.7 pg/ml in all patients deemed to have elevated levels, which is considerably lower than levels reported by the authors of the initial investigation in patients with cardiogenic shock.[8] In fact, this 36-hour time point for the emergence of relative vasopressin deficiency has not been replicated in other studies.

In VASST, 107 patients had plasma vasopressin concentrations measured at baseline (study inclusion).[15] The mean time from meeting inclusion criteria to study drug infusion in the arginine vasopressin and norepinephrine groups was 11.5 and 11.9 hours, respectively. Despite patients being in the early stages of septic shock, median vasopressin levels were 3.5 pg/ml at baseline.

These data support results from a prospective observational study in which the investigators evaluated the relationship between vasopressin and catecholamine plasma concentrations and the development of sepsis, severe sepsis, and septic shock.[37] All patients admitted to the emergency department were screened for enrollment if they met consensus criteria for sepsis.[54] After obtaining informed consent, plasma concentrations of vasopressin and norepinephrine were measured. Patients were subsequently classified into three groups (sepsis, severe sepsis, or septic shock, as defined by consensus criteria[54]) based on the most severe condition that developed within 6 hours after plasma concentration measurements. The average vasopressin level in patients who developed sepsis, severe sepsis, and septic shock, when admitted to the emergency department, was 10.6, 21.8, and 3.5 pg/ml, respectively. The authors concluded that their data demonstrate that vasopressin levels rise even before blood pressure diminishes. Complementing the results from VASST, patients in the early stages of sepsis, on admission to the emergency department, were found to have relatively low vasopressin levels. Of note, patients with shock on admission to the emergency department were excluded from the study. In other words, the vasopressin levels that were measured were independent of hemodynamic instability. Of interest, patients who developed sepsis and severe sepsis without shock had increased vasopressin concentrations.

Clinical studies of early arginine vasopressin initiation (< 12 hrs after shock onset) have demonstrated that concomitant catecholamine doses are reduced and improved outcomes are possible.[15, 23] Furthermore, a recent retrospective cohort study evaluated the association between baseline catecholamine dose at the onset of arginine vasopressin and patient outcomes during septic shock.[55] This study found that the baseline norepinephrine dose before initiation of arginine vasopressin significantly predicted ICU mortality and 7-day shock reversal (receiver operator characteristic area under the curve 0.69 [p=0.015] and 0.67 [p=0.027], respectively). A norepinephrine-equivalent dose of less than 5.4 µg/minute at the time of arginine vasopressin initiation was most predictive for ICU mortality (sensitivity 76.9%, specificity 60%). A logistic regression including APACHE II score, age, and baseline norepinephrine-equivalent doses revealed an independent association between baseline norepinephrine-equivalent doses greater than 5.4 µg/minute and ICU mortality (adjusted odds ratio 3.68, 95% confidence interval 1.12–12.1, p=0.032).

In summary, based on the available clinical evidence, it is not clear what level of endogenous vasopressin may be found during the various

stages of septic shock. Furthermore, the timing of the onset of relative vasopressin deficiency is controversial, but most likely occurs within 36 hours from the onset of septic shock, contrary to traditional thinking. Vasopressin levels are elevated in patients with severe sepsis, before the onset of shock. This finding coincides with animal models of lipopolysaccharide endotoxemia, where the increases in vasopressin levels are independent of blood pressure and osmolaltily.[56, 57] Given the biphasic nature of vasopressin levels in septic shock, the evaluation of endogenous vasopressin levels should be viewed in light of the clinical condition of the patient and, in particular, the progression or improvement of shock. To our knowledge, no studies have demonstrated a causative relationship between vasopressin concentrations and cardiovascular instability.[33, 34, 36, 58–60] The lack of correlation in these studies most likely represents significant heterogeneity in the duration and stage of shock among the patients.

Based on the above data, starting arginine vasopressin therapy earlier in the course of septic shock may be a reasonable approach, as opposed to waiting until the patient has been proved refractory to higher doses of catecholamine. This recommendation is consistent with the baseline severity of shock subgroup analysis of the VASST study.

## Interaction Between Arginine Vasopressin and Corticosteroids

The interactions between arginine vasopressin and steroids in health and disease are quite complex and not completely defined in the setting of septic shock. Through its effects on the $V_3$-receptor (also termed the $V_{1b}$-receptor), arginine vasopressin potentiates the effect of corticotropin-releasing hormone, thereby increasing adrenocorticotropic hormone (ACTH) secretion and serum cortisol levels.[61, 62] This vasopressin-induced ACTH secretion is refractory to glucocorticoid negative feedback and maintained even in stress situations where serum cortisol levels are elevated.[63] Whereas the effects of arginine vasopressin on the adrenal axis have been well described, the effects of exogenous corticosteroids on endogenous arginine vasopressin are less well understood. Studies of healthy control patients and animal models have shown that steroids increase,[64] decrease,[65, 66] or have no change on endogenous vasopressin levels.[67]

Clinical studies of arginine vasopressin infusions in patients with vasodilatory shock have also demonstrated conflicting results on the effect of arginine vasopressin on the adrenal axis. In one study, patients given arginine vasopressin developed critical illness–related corticosteroid insufficiency more frequently than patients given norepinephrine alone, although this result was not statistically significant (75% vs 38%, p=0.31).[23] On the other hand, it has been stated that there was no significant difference in total cortisol values between patients randomized to arginine vasopressin plus norepinephrine or norepinephrine alone for the treatment of vasodilatory shock.[22, 61] In addition, variable effects of the coadministration of arginine vasopressin and steroids on vascular tone have been observed. In one study, corticosteroids were shown to restore vascular responsiveness to arginine vasopressin,[68] whereas in another study the addition of cortisol to arginine vasopressin and norepinephrine negated the vasoconstrictive effects of arginine vasopressin.[69]

The clinical effects of this arginine vasopressin and corticosteroid interaction in patients with septic shock were evaluated in one small retrospective cohort study[70] and in a subgroup analysis of the VASST study.[17] In the retrospective cohort study, patients who received corticosteroids in addition to an arginine vasopressin infusion were more frequently alive without vasopressors on day 7 compared with patients receiving an arginine vasopressin infusion without corticosteroids (80.9% vs 47.6%, p=0.02).[70] On multivariate analysis, the receipt of corticosteroids was the only variable associated with survival without vasopressors at day 7 (odds ratio 4.68, 95% confidence interval 1.17–18.69, p=0.029). There was no significant difference between groups in the time to vasopressor withdrawal, although the study may have been underpowered to detect a difference in this end point.

The VASST investigators also analyzed the interaction between arginine vasopressin, corticosteroids, and mortality in a post hoc subgroup analysis.[17] The use of corticosteroids in VASST was at the discretion of the treating physician. Because the use of corticosteroids was not blinded nor a part of the study protocol, the outcome of mortality was analyzed by comparing norepinephrine with arginine vasopressin in patients in whom corticosteroids were given or withheld. In this analysis, patients who received at least one dose of corticosteroids within 28 days of randomization were placed into the corticosteroids group. In patients who received cortico-

steroids, the receipt of arginine vasopressin in addition to norepinephrine was associated with a lower 28-day mortality rate than patients who received norepinephrine alone (35.9% vs 44.7%, p=0.03). In patients who were not exposed to corticosteroids, there was a numerically higher 28-day mortality rate when arginine vasopressin was given versus norepinephrine alone, although this difference was not statistically significant (33.7% vs 21.3%, p=0.06). Overall, the interaction between arginine vasopressin treatment and corticosteroid treatment was significantly associated with mortality on logistic regression (p=0.008).

Of interest, patients who were treated with arginine vasopressin and corticosteroids had significantly higher vasopressin levels at 6 hours (p=0.006) and 24 hours (p=0.025) compared with patients treated with arginine vasopressin who did not receive corticosteroids. When the data were analyzed according to the *a priori* severity of shock subgroups, patients in the "less severe septic shock" group who received corticosteroids and arginine vasopressin had a significantly lower mortality rate than those who received corticosteroids and norepinephrine (28.2% vs 44.4%, p=0.01).[18]

A critique to this analysis is that patients were considered to have received corticosteroids if they received this therapy any time within the 28 days after randomization. Potentially, patients who were regarded as receiving corticosteroids with arginine vasopressin may have received corticosteroids after the blinded arginine vasopressin infusion was discontinued. A possibly better definition may have included patients in the corticosteroid group only if they received this therapy while the blinded study drug was infusing. This definition may have allowed the investigators to better define the role of concomitant use of arginine vasopressin and corticosteroids.

The results of this subgroup analysis suggest that patients who are given corticosteroids for septic shock may benefit from the addition of arginine vasopressin. The mechanism for improved outcomes with arginine vasopressin and corticosteroids may be due to increased arginine vasopressin levels in these patients, but this association may not indicate causality. Of interest, corticosteroids did not increase arginine vasopressin levels in patients receiving norepinephrine alone. The authors hypothesized that the baseline vasopressin level may affect the change in vasopressin level induced by cortico-

steroids through an undefined mechanism. The mechanism by which arginine vasopressin may have harmed patients not receiving corticosteroids has not been elucidated and should be investigated further. The authors of VASST have suggested that a new study of arginine vasopressin (vs control) and corticosteroids (vs placebo) in a factorial design is necessary.

In summary, the complex interaction between arginine vasopressin and corticosteroids is still being explored, especially in the setting of septic shock. There appears to be a clinical benefit from coadministration of arginine vasopressin and corticosteroids on retrospective and post hoc analyses, but the role of these two therapies warrants further investigation.



Figure 1. A reasonable schematic of hemodynamic management, including the use of arginine vasopressin, of patients with septic shock. [a]Norepinephrine or dopamine may be started as the first-line catecholamine. MAP = mean arterial blood pressure.

PAR-VASO-0007202

## Conclusion and Recommendations

Arginine vasopressin is an important adjunctive therapy for the hemodynamic management of septic shock. Figure 1 gives a reasonable approach to incorporating arginine vasopressin into the treatment of patients with septic shock. Arginine vasopressin has not been demonstrated to lead to a mortality benefit in all patients with septic shock, but may have a role for select patients. For patients with less severe shock or risk of renal failure, arginine vasopressin may improve survival. Arginine vasopressin should be started early in the course of sepsis when the norepinephrine dose is around 10 µg/minute (~0.15 µg/kg/min).

There are complex interactions between the use of corticosteroids and arginine vasopressin. Corticosteroids should be considered in all patients as soon as arginine vasopressin is started and certainly added if patients are poorly responsive to fluids and vasopressors.

Doses as low as 0.01 unit/minute have demonstrated adequate replacement levels of vasopressin with corresponding hemodynamic response. Doses beyond 0.04 unit/minute have demonstrated improved blood pressure and diminished catecholamine requirements. A reasonable approach to arginine vasopressin therapy may be a starting dose of 0.01 unit/minute with titration to the lowest dose that restores cardiovascular function (up to an arginine vasopressin dose of 0.03–0.04 unit/min). For patients with high catecholamine requirements (norepinephrine > 40 µg/min or 0.6 µg/kg/min), further titration of the arginine vasopressin dose to 0.067 unit/minute may be a reasonable approach to improving hemodynamics but has not been demonstrated to improve mortality. Furthermore, clinicians should be cognizant of potential greater adverse effects from higher doses of arginine vasopressin.

## References

1. Annane D, Bellissant E, Cavaillon JM. Septic shock. Lancet 2005;365:63–78.
2. Russell JA. Management of sepsis. N Engl J Med 2006;355:1699–713.
3. Dellinger RP, Levy MM, Carlet JM, et al. Surviving sepsis campaign: international guidelines for management of severe sepsis and septic shock: 2008. Crit Care Med 2008;36:296–327.
4. Hollenberg SM, Ahrens TS, Annane D, et al. Practice parameters for hemodynamic support of sepsis in adult patients: 2004 update. Crit Care Med 2004;32:1928–48.
5. Barrett LK, Singer M, Clapp LH. Vasopressin: mechanisms of action on the vasculature in health and in septic shock. Crit Care Med 2007;35:33–40.
6. Holmes CL, Patel BM, Russell JA, Walley KR. Physiology of vasopressin relevant to management of septic shock. Chest 2001;120:989–1002.
7. Mutlu GM, Factor P. Role of vasopressin in the management of septic shock. Intensive Care Med 2004;30:1276–91.
8. Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997;95:1122–5.
9. Obritsch MD, Bestul DJ, Jung R, Fish DN, MacLaren R. The role of vasopressin in vasodilatory septic shock. Pharmacotherapy 2004;24:1050–63.
10. Russell JA. Vasopressin in septic shock. Crit Care Med 2007;35:S609–15.
11. Szumita PM, Enfanto CM, Greenwood B, Wechsler ME. Vasopressin for vasopressor-dependent septic shock. Am J Health Syst Pharm 2005;62:1931–6.
12. Vincent JL. Vasopressin in hypotensive and shock states. Crit Care Clin 2006;22:187–97.
13. Lange M, Ertmer C, Westphal M. Vasopressin vs terlipressin in the treatment of cardiovascular failure in sepsis. Intensive Care Med 2008;34:821–32.
14. Holmes CL, Walley KR. Arginine vasopressin in the treatment of vasodilatory septic shock. Best Pract Res Clin Anaesthesiol 2008;22:275–86.
15. Russell JA, Walley KR, Singer J, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med 2008;358:877–87.
16. Gordon AC, Russell JA, Walley KR, et al. The effects of vasopressin on acute kidney injury in septic shock. Intensive Care Med 2010;36:83–91.
17. Russell JA, Walley KR, Gordon AC, et al. Interaction of vasopressin infusion, corticosteroid treatment, and mortality of septic shock. Crit Care Med 2009;37:811–18.
18. Russell JA, Gordon AC, Walley KR. Corticosteroids and the original vasopressin and septic shock trial subgroups. Crit Care Med 2010;38:338–9.
19. Gold JA, Hehn BP, Landry DL. Vasopressin for the treatment of septic shock [abstract]. Am J Resp Crit Care Med 1998;157:A116.
20. Malay MB, Ashton RC Jr, Landry DW, Townsend RN. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999;47:699–703; discussion 703–5.
21. Patel BM, Chittock DR, Russell JA, Walley KR. Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 2002;96:576–82.
22. Dunser MW, Mayr AJ, Ulmer H, et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation 2003;107:2313–19.
23. Lauzier F, Levy B, Lamarre P, Lesur O. Vasopressin or norepinephrine in early hyperdynamic septic shock: a randomized clinical trial. Intensive Care Med 2006;32:1782–9.
24. Torgersen C, Dunser MW, Wenzel V, et al. Comparing two different arginine vasopressin doses in advanced vasodilatory shock: a randomized, controlled, open-label trial. Intensive Care Med 2010;36:57–65.
25. Bellomo R, Ronco C, Kellum JA, Mehta RL, Palevsky P, for the Second International Consensus Conference of the Acute Dialysis Quality Initiative (ADQI) Group. Acute renal failure: definition, outcome measures, animal models, fluid therapy and information technology needs. Crit Care 2004;8:R204–12.
26. Dunser MW, Dunser WR. Surviving sepsis campaign guidelines 2008: revisiting vasopressor recommendations [letter]. Crit Care Med 2008;36:2488; author reply 2488–9.
27. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997;96:II-286–90.
28. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 2001;27:1416–21.
29. Klinzing S, Simon M, Reinhart K, Bredle DL, Meier-Hellmann A. High-dose vasopressin is not superior to norepinephrine in septic shock. Crit Care Med 2003;31:2646–50.

PAR-VASO-0007203

30. Luckner G, Dunser MW, Jochberger S, et al. Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med 2005;33:2659–66.

31. Luckner G, Mayr VD, Jochberger S, et al. Comparison of two dose regimens of arginine vasopressin in advanced vasodilatory shock. Crit Care Med 2007;35:2280–5.

32. Holmes CL. Vasopressin in septic shock: does dose matter? Crit Care Med 2004;32:1423–4.

33. Jochberger S, Dorler J, Luckner G, et al. The vasopressin and copeptin response to infection, severe sepsis, and septic shock. Crit Care Med 2009;37:476–82.

34. Jochberger S, Mayr VD, Luckner G, et al. Serum vasopressin concentrations in critically ill patients. Crit Care Med 2006;34:293–9.

35. Jochberger S, Morgenthaler NG, Mayr VD, et al. Copeptin and arginine vasopressin concentrations in critically ill patients. J Clin Endocrinol Metab 2006;91:4381–6.

36. Jochberger S, Velik-Salchner C, Mayr VD, et al. The vasopressin and copeptin response in patients with vasodilatory shock after cardiac surgery: a prospective, controlled study. Intensive Care Med 2009;35:489–97.

37. Lin IY, Ma HP, Lin AC, Chong CF, Lin CM, Wang TL. Low plasma vasopressin:norepinephrine ratio predicts septic shock. Am J Emerg Med 2005;23:718–24.

38. Sharshar T, Blanchard A, Paillard M, Raphael JC, Gajdos P, Annane D. Circulating vasopressin levels in septic shock. Crit Care Med 2003;31:1752–8.

39. Lindner KH, Haak T, Keller A, Bothner U, Lurie KG. Release of endogenous vasopressors during and after cardiopulmonary resuscitation. Heart 1996;75:145–50.

40. Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Boyle WA III. Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. Crit Care Med 2001;29:487–93.

41. Dunser MW, Mayr AJ, Tur A, et al. Ischemic skin lesions as a complication of continuous vasopressin infusion in catecholamine-resistant vasodilatory shock: incidence and risk factors. Crit Care Med 2003;31:1394–8.

42. Landry DW, Levin HR, Gallant EM, et al. Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 1997;25:1279–82.

43. Dunser MW, Mayr AJ, Ulmer H, et al. The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. Anesth Analg 2001;93:7–13.

44. Vasovski M, Browning LA, Faris J, Lau YT, Zimmerman LH. The use of vasopressin in septic patients with heart failure [abstract]. Crit Care Med 2009;37:A412.

45. Kam PC, Williams S, Yoong FF. Vasopressin and terlipressin: pharmacology and its clinical relevance. Anaesthesia 2004;59:993–1001.

46. Lam SW, Bauer SR, Cha SS, Oyen LJ. Lack of an effect of body mass on the hemodynamic response to arginine vasopressin during septic shock. Pharmacotherapy 2008;28:591–9.

47. Miller JT, Alaniz C, Kraft M, Welage L. Does body weight impact the efficacy of vasopressin therapy in the management of septic shock [abstract]? Crit Care Med 2008;36:A174.

48. Bagshaw SM, Lapinsky S, Dial S, et al. Acute kidney injury in septic shock: clinical outcomes and impact of duration of hypotension prior to initiation of antimicrobial therapy. Intensive Care Med 2009;35:871–81.

49. Gotloib L, Barzilay E, Shustak A, Waiss Z, Lev A. Hemofiltration in severe septic adult respiratory distress syndrome associated with varicella. Intensive Care Med 1985;11:319–22.

50. Czaczkes JW, Kleeman CR, Koenig M. Physiologic studies of antidiuretic hormone by its direct measurement in human plasma. J Clin Invest 1964;43:1625–40.

51. Struck J, Morgenthaler NG, Bergmann A. Copeptin, a stable peptide derived from the vasopressin precursor, is elevated in serum of sepsis patients. Peptides 2005;26:2500–4.

52. Sharshar T, Carlier R, Blanchard A, et al. Depletion of neurohypophyseal content of vasopressin in septic shock. Crit Care Med 2002;30:497–500.

53. Sutherland AM, Gordon AC, Russell JA. Are vasopressin levels increased or decreased in septic shock? Crit Care Med 2006;34:542–3.

54. Bone RC, Balk RA, Cerra FB, et al. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis: the ACCP/SCCM consensus conference committee, American College of Chest Physicians/Society of Critical Care Medicine. Chest 1992;101:1644–55.

55. Lam SW, Bauer SR. Association between catecholamine dose at the onset of arginine vasopressin for septic shock and intensive care mortality [abstract]. Crit Care Med 2009;37:A242.

56. Grinevich V, Ma XM, Jirikowski G, Verbalis J, Aguilera G. Lipopolysaccharide endotoxin potentiates the effect of osmotic stimulation on vasopressin synthesis and secretion in the rat hypothalamus. J Neuroendocrinol 2003;15:141–9.

57. Kasting NW, Mazurek MF, Martin JB. Endotoxin increases vasopressin release independently of known physiological stimuli. Am J Physiol 1985;248:E420–4.

58. Jochberger S, Zitt M, Luckner G, et al. Postoperative vasopressin and copeptin levels in noncardiac surgery patients: a prospective controlled trial. Shock 2009;31:132–8.

59. Westermann I, Dunser MW, Haas T, et al. Endogenous vasopressin and copeptin response in multiple trauma patients. Shock 2007;28:644–9.

60. Dunser MW, Hasibeder WR, Wenzel V, et al. Endocrinologic response to vasopressin infusion in advanced vasodilatory shock. Crit Care Med 2004;32:1266–71.

61. Sharshar T, Annane D. Endocrine effects of vasopressin in critically ill patients. Best Pract Res Clin Anaesthesiol 2008;22:265–73.

62. Thibonnier M, Preston JA, Dulin N, Wilkins PL, Berti-Mattera LN, Mattera R. The human V3 pituitary vasopressin receptor: ligand binding profile and density-dependent signaling pathways. Endocrinology 1997;138:4109–22.

63. Aguilera G, Rabadan-Diehl C. Vasopressinergic regulation of the hypothalamic-pituitary-adrenal axis: implications for stress adaptation. Regul Pept 2000;96:23–9.

64. Pietranera L, Saravia F, Roig P, Lima A, De Nicola AF. Mineralocorticoid treatment upregulates the hypothalamic vasopressinergic system of spontaneously hypertensive rats. Neuroendocrinology 2004;80:100–10.

65. Kim JK, Summer SN, Wood WM, Schrier RW. Role of glucocorticoid hormones in arginine vasopressin gene regulation. Biochem Biophys Res Commun 2001;289:1252–6.

66. Kuwahara S, Arima H, Banno R, Sato I, Kondo N, Oiso Y. Regulation of vasopressin gene expression by cAMP and glucocorticoids in parvocellular neurons of the paraventricular nucleus in rat hypothalamic organotypic cultures. J Neurosci 2003;23:10231–7.

67. Lauand F, Ruginsk SG, Rodrigues HL, et al. Glucocorticoid modulation of atrial natriuretic peptide, oxytocin, vasopressin and Fos expression in response to osmotic, angiotensinergic and cholinergic stimulation. Neuroscience 2007;147:247–57.

68. Ertmer C, Bone HG, Morelli A, et al. Methylprednisolone reverses vasopressin hyporesponsiveness in ovine endotoxemia. Shock 2007;27:281–8.

69. Karmazyn M, Manku MS, Horrobin DF. Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. Endocrinology 1978;102:1230–6.

70. Bauer SR, Lam SW, Cha SS, Oyen LJ. Effect of corticosteroids on arginine vasopressin–containing vasopressor therapy for septic shock: a case control study. J Crit Care 2008;23:500–6.

PAR-VASO-0007204

Journal of Critical Care (2008) 23, 500–506



Journal of
Critical Care

# Effect of corticosteroids on arginine vasopressin–containing vasopressor therapy for septic shock: a case control study ☆,☆☆

Seth R. Bauer PharmD, BCPS[a],*, Simon W. Lam PharmD[b], Stephen S. Cha MS[c], Lance J. Oyen PharmD, BCPS, FCCM[d]

[a]Department of Pharmacy, Cleveland Clinic, Cleveland, Ohio
[b]Department of Pharmacy, NewYork-Presbyterian Hospital, Columbia University Medical Center, New York, New York
[c]Division of Biostatistics, Mayo Clinic, Rochester, Minnesota
[d]Department of Pharmacy, Mayo Clinic, Rochester, Minnesota

Keywords:
Arginine;
Corticosteroids;
Vasopressor therapy;
Septic shock

**Abstract**

**Purpose:** Studies showing corticosteroids decrease time to shock reversal in septic shock did not include arginine vasopressin, which also may reduce the duration of catecholamine therapy. Thus, the effect of corticosteroids on vasopressin-containing vasopressor regimens is unknown. We designed this study to evaluate the effect of corticosteroids on time to vasopressin-containing vasopressor withdrawal and the proportion of patients alive without vasopressors at day 7.

**Methods:** This retrospective, case-control study included patients admitted to the intensive care units of an academic medical center who received vasopressin-containing vasopressor regimens for septic shock with or without concomitant corticosteroids. Twenty-one corticosteroid-treated patients were matched to those without corticosteroids.

**Results:** Both groups had similar Acute Physiology And Chronic Health Evaluation (APACHE) II, Simplified Acute Physiology Score (SAPS) II, and Sequential Organ Failure Assessment (SOFA) scores. There was no significant difference in median time to vasopressor withdrawal (65 hours vs 20 hours, $P = .09$) whether corticosteroids were given or withheld. Patients who received corticosteroids, however, were significantly more likely alive without vasopressors at day 7 than patients who received a vasopressin-containing vasopressor regimen alone (80.9% vs 47.6%, $P = .02$).

**Conclusions:** Although corticosteroids did not improve the time to withdrawal of vasopressin-containing vasopressor therapy they significantly increased the proportion of patients alive without vasopressors at day 7.

© 2008 Elsevier Inc. All rights reserved.

☆ This study was performed at Mayo Clinic, Rochester, Minn.
☆☆ Supported by departmental funding of the Department of Pharmacy Services, Mayo Clinic, Rochester, Minn.
* Corresponding author. Department of Pharmacy, Cleveland Clinic (Mail Code JJN1-02), Cleveland, OH 44195, USA.
E-mail address: bauers@ccf.org (S.R. Bauer).

0883-9441/$ – see front matter © 2008 Elsevier Inc. All rights reserved.
doi:10.1016/j.jcrc.2008.04.002

## 1. Introduction

Despite numerous advances in the care of patients with septic shock, the mortality rate remains more than 50% [1]. Early goal-directed therapy has been shown to improve the mortality of septic shock patients through the restoration

PAR-VASO-0007205

of effective intravascular volume, catecholamine administration to improve mean arterial blood pressure (MAP), and augmentation of central venous oxygen saturation [2]. Even with the administration of intravenous fluids and catecholamines, patients often remain hypotensive necessitating further intervention.

Low-dose corticosteroids (CS) have been shown to improve the time to shock reversal [3-7] as well as mortality [5,8] in septic shock patients, although the recent Corticus study did not show an improvement in mortality [6]. This beneficial effect of CS has been attributed to modulation of the immunologic response through antiinflammation [9] as well as improved vasculature response to catecholamines [10]. In light of these potential benefits, the 2008 Surviving Sepsis Campaign guidelines recommend hydrocortisone for patients with blood pressure poorly responsive to fluid resuscitation and vasopressor therapy [11].

Arginine vasopressin (AVP) has been shown in prospective trials to improve hemodynamic response as well as reduce the dose and duration of catecholamines [12-14]. Considering these studies and numerous retrospective studies demonstrating the benefits of AVP, the 2008 Surviving Sepsis Campaign guidelines state vasopressin may be added to norepinephrine, but the effect may be equivalent to norepinephrine alone [11]. The potential benefit of AVP on MAP when used as the sole hemodynamic agent in early septic shock has also been reported [15].

In a rat model of vascular reactivity, AVP was shown to potentiate the vasoconstrictor effect of norepinephrine (NE) [16]. The addition of cortisol to AVP and NE negated the benefit of AVP, whereas the addition of cortisol did not hinder the response to norepinephrine alone [16]. The potential for cortisol to inhibit the effect of AVP has been noted by previous authors [17,18] and has even led some to hypothesize an inhibitory effect of CS on the benefit of AVP in septic shock [19]. Despite numerous studies showing the benefits of AVP and CS individually, the combined effect of these agents in septic shock patients has not been previously reported. We designed this retrospective case-control study to evaluate primarily the effects of CS in septic shock patients on time to AVP-containing vasopressor withdrawal and secondarily the proportion of patients alive without vasopressors at day 7 and the impact on mortality at various time points.

## 2. Patients and methods

### 2.1. Patients

Consecutive patients admitted to the intensive care units (ICUs) of a tertiary care academic medical center from August 2002 to July 2005 initiated on a continuous infusion of AVP were retrospectively evaluated (Fig. 1). Patients were included if they met each of the following criteria at AVP



**Fig. 1** Study flow chart.

initiation: (a) systolic blood pressure (SBP) not more than 90 mm Hg or MAP not more than 70 mm Hg within 1 hour before the start of AVP infusion; (b) positive fluid balance; (c) mechanical ventilation; (d) at least 2 systemic inflammatory response syndrome (SIRS) criteria (one criterion in addition to mechanical ventilation) [20]; and (e) positive result in microbial culture or strong clinical suspicion of infection with the initiation of antimicrobials. Excluded patients were patients with (a) AVP duration less than 1 hour, (b) AVP initiated in the operating room, (c) AVP for an indication other than septic shock, or (d) contraindication or preexisting disease indication for CS.

Included patients were assigned to the arm receiving CS if they received hydrocortisone 50 mg intravenously every 6 hours in addition to fludrocortisone 50 $\mu$g orally once daily each for a minimum of 5 days [5] initiated during the infusion of AVP. Patients who did not receive hydrocortisone were considered for the control arm. Patients who received CS were then matched one to one to control patients based on the following criteria (in order): (a) primary ICU service, (b) acute physiology score (APS) component of Acute Physiology And Chronic Health Evaluation (APACHE) II [21], (c) number of vasopressors at the initiation of AVP, (d) sex, and (e) age. This study was approved by the Institutional Review Board of Mayo Clinic (Rochester, Minn), and all patients granted authorization for use of their information for research purposes.

### 2.2. Definitions

*Shock reversal* was defined as the cessation of vasopressor therapy for greater than 6 hours. The *time to vasopressor withdrawal* was defined as the time from initiation of the first vasopressor to the initial time point of shock reversal. Patients who died before vasopressor cessation were considered to not achieve shock reversal; thus, their data were censored at the time of their death for analysis of time to

vasopressor withdrawal [4]. Patients were termed *nonresponders* to adrenocorticotropic hormone (ACTH) if the change in cortisol was 9 $\mu$g/dL or less after a 250-$\mu$g cosyntropin test [5]. The use of AVP was not regarded in calculation of the cardiovascular component of the Sequential Organ Failure Assessment (SOFA) score [22]. Definitions for organ dysfunction were as previously published [23]. Concordant antimicrobials for positive culture was defined as the use of an antimicrobial within 24 hours of the time a culture was drawn to which an isolated pathogen was susceptible.

## 2.3. Data collection

Hydrocortisone and fludrocortisone use was identified through pharmacy records and doses verified within the electronic medication administration record. APACHE II [21], Simplified Acute Physiology Score (SAPS) II [24], and

SOFA [22] were calculated using the most abnormal clinical values within 24 hours of AVP onset. Blood pressure measurements were extracted from the electronic medical record at 15-minute intervals.

## 2.4. Study objectives

The primary objective of this study was to evaluate the effect of CS on the time to withdrawal of AVP-containing vasopressor therapy in septic shock. Secondary outcomes included the proportion of patients alive without vasopressors at day 7, 28-day mortality, ICU mortality, and hospital mortality.

## 2.5. Statistical analysis

Baseline characteristics were compared with Pearson $\chi^2$ test, Fisher exact test, or Student $t$ test as appropriate.

**Table 1** Patient characteristics

| | Corticosteroids (n = 21) | Control (n = 21) | P |
|---|---|---|---|
| Age (y) | 63.5 ± 17.1 | 67.7 ± 11.4 | .36 |
| Male (n [%]) | 12 (57.1) | 11 (52.4) | .76 |
| Primary ICU service (n [%]) | | | 1.00 |
|   Medical | 9 (42.8) | 9 (42.8) | |
|   General surgery/trauma | 5 (23.8) | 5 (23.8) | |
|   Mixed medical/surgical | 4 (19.0) | 4 (19.0) | |
|   Thoracic/vascular surgery | 2 (9.5) | 2 (9.5) | |
|   Cardiac | 1 (4.8) | 1 (4.8) | |
| Admission type (n [%]) | | | |
|   Medical | 13 (61.9) | 12 (57.1) | .75 |
|   Elective surgical | 5 (23.8) | 5 (23.8) | 1.00 |
|   Emergency surgical | 3 (14.3) | 4 (19.0) | .68 |
| APS | 20.9 ± 7.7 | 20.8 ± 7.7 | .98 |
| APACHE II | 27.1 ± 7.7 | 27.7 ± 9.2 | .81 |
| SAPS II | 56.8 ± 11.8 | 59.2 ± 17.7 | .60 |
| SOFA | 11.0 ± 4.1 | 10.1 ± 4.3 | .51 |
| Dysfunctional organs | 2.52 ± 0.75 | 2.62 ± 0.92 | .72 |
| CRRT during AVP infusion (n [%]) | 8 (38.1) | 1 (4.8) | .02 |
| Broad-spectrum antimicrobials (n [%]) | 20 (95.2) | 21 (100) | 1.00 |
| Positive culture (n [%]) | 14 (66.7) | 10 (47.6) | .21 |
| Concordant antimicrobials for positive culture (n [%]) | 9/14 (64.3) | 8/10 (80.0) | .21 |
| No. of vasopressors at AVP initiation | 0.67 ± 0.80 | 0.52 ± 0.68 | .54 |
| Total no. of vasopressors other than AVP during AVP course | 1.19 ± 0.98 | 0.81 ± 0.98 | .22 |
| Maximum catecholamine doses | | | |
|   Norepinephrine ($\mu$g/kg per min) | 0.37 ± 0.32 (n = 10) | 0.41 ± 0.42 (n = 9) | .43 |
|   Dopamine ($\mu$g/kg per min) | 12.5 ± 6.5 (n = 4) | 13.8 ± 10.9 (n = 4) | .83 |
|   Phenylephrine ($\mu$g/kg per min) | 1.2 ± 1.1 (n = 8) | 0.4 (n = 1) | .54 |
|   Epinephrine ($\mu$g/kg per min) | 0.24 (n = 1) | 0.28 ± 0.24 (n = 3) | .67 |
| Hemodynamics at AVP onset | | | |
|   HR | 100.5 ± 22.5 | 96.1 ± 20.4 | .50 |
|   SBP | 86.2 ± 18.3 | 87.1 ± 17.6 | .88 |
|   MAP | 56.1 ± 10.9 | 60.3 ± 10.4 | .21 |
|   CVP | 15.4 ± 7.5 | 11.4 ± 5.1 | .12 |
| ACTH nonresponder (n [%]) | 18/19 (94.7) | 2/3 (66.7) | .02 |
| Drotrecogin α (activated) (n [%]) | 3 (14.3) | 0 (0) | .23 |

Data are presented as mean ± SD unless otherwise noted. HR indicates heart rate; CVP, central venous pressure.

Kaplan-Meier curves were constructed for the 2 groups to show the time to vasopressor withdrawal and were compared with the log-rank test. The median time to vasopressor withdrawal was per the estimated median of the Kaplan-Meier curves. A Cox proportional hazards model was constructed to analyze the time to vasopressor withdrawal, whereas stepwise logistic regression analysis was used for patients alive without vasopressors at day 7 with odds ratios calculated. All analyses were 2-sided and considered statistically significant at the $P < .05$ level. All statistics were computed using SAS/STAT software, version 9 (SAS Institute Inc, Cary, NC).

## 3. Results

### 3.1. Patients

Twenty-one patients who received CS were matched to control patients without statistically significant differences between the groups in the 5 matching characteristics previously noted (Table 1). In addition, severity of illness was similar between groups at AVP onset, as assessed by APACHE II, SAPS II, and SOFA scores. Although not a priori inclusion criteria for our study, upon review of our data, all patients included met 2 or more SIRS criteria other than mechanical ventilation (temperature, heart rate, or white blood cell count) and also qualified for at least one organ dysfunction other than cardiovascular failure. At the initiation of AVP, the groups had similar hemodynamics, with the mean MAP lower than 65 mm Hg and central venous pressure more than 10 mm Hg. Arginine vasopressin was used as the initial hemodynamic agent in 10 patients (47.6%) in the group receiving CS and 12 patients in the control group (57.1%; $P = .54$).



**Fig. 2** Kaplan-Meier plot of the probability of vasopressor support for the corticosteroids arm (solid line) and control arm (broken line) (log-rank $P = .09$).

### Table 2 Results

| | CS (n = 21) | Control (n = 21) | P |
|---|---|---|---|
| Median time to vasopressor withdrawal (h) | 65 | 20 | .09 |
| Alive without vasopressors at day 7 | 17 (80.9) | 10 (47.6) | .02 |
| 28-day mortality | 7 (33.3) | 10 (47.6) | .35 |
| ICU mortality | 8 (38.1) | 10 (47.6) | .53 |
| Hospital mortality | 8 (38.1) | 11 (52.3) | .35 |

Data are presented as n (%) unless otherwise noted.

Arginine vasopressin remained the only hemodynamic agent for 6 patients receiving CS (28.6%) and 10 control patients (47.6%; $P = .20$). The median maximum AVP dose was 0.04 U/min in each arm (range, 0.03-0.08 U/min in the arm receiving CS and 0.02-0.08 U/min in the control arm). Arginine vasopressin was generally initiated and maintained at a constant infusion rate for each group (71.4% vs 81.0%; $P = .47$).

Continuous renal replacement therapy (CRRT) was more frequently used during AVP infusion for patients receiving CS than patients in the control arm (38.1% vs 4.8%, $P = .02$). There was no difference between groups in SOFA renal score (2.1 ± 1.6 vs 1.4 ± 1.5, $P = .55$), proportion of patients with urine output less than 0.5 mL/kg per hour (57.1% vs 52.4%, $P = .76$), or prevalence of patients on chronic hemodialysis before admission (1 patient vs 2 patients, respectively). The median time from vasopressor initiation to the first dose of hydrocortisone in the arm receiving CS was 22.2 hours (range, 1.75-168.5 hours).

### 3.2. Outcomes

The median time to vasopressor withdrawal was similar between groups (65 vs 20 hours, $P = .09$) (Fig. 2). The proportion of patients alive without vasopressors at day 7, however, was significantly higher in the group receiving CS (80.9% vs 47.6%, $P = .02$) (Table 2). Intensive care unit, 28-day, and hospital mortality rates were numerically lower in the group receiving CS but were not statistically significant. A Cox proportional hazards model revealed only CRRT during AVP infusion was significantly associated with time to vasopressor withdrawal (hazard ratio, 0.307; 95% CI, 0.107-0.879; $P = .03$), whereas logistic regression analysis revealed that receipt of CS was the only variable independently associated with survival without vasopressors at day 7 (odds ratio, 4.68; 95% CI, 1.17-18.69; $P = .029$).

## 4. Discussion

In this case-control study of patients receiving AVP-containing vasopressor therapy, there was no difference in

time to withdrawal of vasopressor therapy whether CS were given or withheld. Patients who were treated with CS, however, were more frequently alive without vasopressors at day 7. In addition, mortality rates in patients treated with CS trended lower, although not statistically significant.

In this well-matched case-control study, we found no difference in time to shock reversal in patients treated with CS. Although not statistically significant, patients had a trend toward a longer median time to vasopressor withdrawal if they received CS. This is in contrast to the finding of reduced time to shock reversal with hydrocortisone in septic shock reported in several previous studies [3-7]. Oppert et al [7] found a reduction in median time to cessation of vasopressor support in patients treated with hydrocortisone as opposed to placebo (53 hours vs 120 hours, $P < .02$). In our study, we found a similar median time to vasopressor withdrawal in corticosteroid-treated patients as Oppert et al [7] but found a time to vasopressor withdrawal in patients in the control arm much lower than previously reported. However, with the exception of 5 patients in the Corticus study [6], the aforementioned studies only included patients receiving catecholamines for septic shock and did not analyze patients who were receiving AVP, as in the current study.

A previously noted animal model proposed an inhibitory effect of cortisol on the vascular effects of AVP [16]; however, this has not been shown in clinical models. Given that hydrocortisone is converted to cortisol in vivo it is plausible that exogenous CS diminish the vascular effects of AVP [19]. A negation of the vasoconstrictor effects of AVP by hydrocortisone may have led to a trend toward a longer need for vasopressors in the current study; this interaction should be further evaluated.

Although CS did not statistically significantly decrease time to vasopressor withdrawal, CS significantly increased the proportion of patients alive without vasopressors at day 7. After adjustment for baseline differences between groups, CS remained independently associated with survival without vasopressors at day 7. Bollaert et al [3] noted that not all patients randomized survived to complete the 5-day course of therapy and thus did not survive to shock reversal. Of 22 patients, 21 (95.5%) randomized to hydrocortisone survived to complete therapy, whereas only 15 (78.9%) of 19 patients receiving placebo survived to shock reversal. Briegel et al [4] noted that 6 of 40 patients died before shock reversal but did not state the relative proportion from each group. Although the outcome of survival without vasopressors at day 7 was not highlighted in previous studies, we believe it is an important reflection of the benefit of CS.

Previous authors have regarded AVP as endocrine replacement (and not a vasopressor) given to replace the relative AVP deficiency seen in vasodilatory shock [17,19,25,26]. The recently published Vasopressin in Septic Shock Trial (VASST) [27] failed to demonstrate an improvement in mortality with low-dose AVP added to catecholamine therapy for septic shock. Patients in this study, however, had a mean MAP at enrollment around 72 to 73 mm Hg, which is in contrast to the current study in which the mean MAP at initiation of AVP was about 60 mm Hg. Furthermore, most patients in VASST were treated with concomitant corticosteroids (approximately 75% overall); thus, the influence of corticosteroids on this outcome is not clear.

Although not statistically significant, we showed a trend toward improved mortality when CS were added to AVP-containing vasopressor therapy vs control patients not exposed to CS. Potentially, our findings represent CS rescued otherwise moribund patients who would have died to the septic shock episode, but were converted successfully with AVP support and CS, resulting in equal or longer resuscitation times but better short-term survival (eg, 7 days). In addition, the increased use of CRRT for fluid or renal goals in the group receiving CS may have produced a slightly longer duration of hypotension during resuscitation, resulting in no difference in time to withdrawal from AVP-containing vasopressor therapy but allowing successful 7-day outcomes. Because we did not stratify severity of illness by dose of vasopressor used, as in the VASST study, we cannot rule out similar benefits in a "less severe" subset of patients. This subset of patients may have more readily responded to the combination of AVP plus CS than AVP alone, resulting in differences in 7-day mortality similar to the VASST trial finding. Comparisons of the VASST trial to ours are otherwise difficult given the many differences in treatment methods between studies. The use of AVP, catecholamines, and CS together offers multiple (and possibly synergistic) pathways to augment blood pressure and potentially improve outcomes in septic shock.

With a median time from first vasopressor initiation to first hydrocortisone dose of 22.2 hours, the use of corticosteroids in the current study may be considered "late" when compared to Annane et al [5]. Although 77% of patients received hydrocortisone within 12 hours of enrollment in Corticus [6], the inclusion criteria allowed patients to be enrolled up to 72 hours after fulfilling entry criteria. Contrastingly, the mean time to study drug initiation in Annane et al [5] was about 4 hours after unsuccessful resolution of shock with catecholamines and fluids alone. This relative delay in administration time of hydrocortisone in the Corticus trial has been hypothesized as a reason for differing mortality results between the 2 studies. The use of corticosteroids in these studies, however, was part of a protocolized care scheme of a controlled trial. In a naturalistic setting, such as in the current study, one would expect delays in institution of "rescue" therapies, allowing more variations affecting assessment, administration of other care measures, extending time for fluid resuscitation, and a variety of alternative solutions all suitable for rescue therapy.

The strengths of our study include the similarity of the groups in acuity scores and other matching criteria. This is also the first study to evaluate the effect of corticosteroids

on vasopressin-containing vasopressor regimens. Limitations to our study include the small number of patients; therefore, we may have been underpowered to show a statistically significant difference in many of our outcomes. Thus, the effects of CS on AVP-containing vasopressor regimens should be evaluated in a larger study. Also, considering the retrospective nature of our study, it is possible that there were inherent differences between the 2 study groups. Most noticeably, a higher proportion of patients who received CS were nonresponders to ACTH stimulation and received CRRT. Previous literature has suggested higher AVP levels in patients who were nonresponders to ACTH [28]; thus, it is reasonable that there was a trend toward a higher proportion of patients in the arm receiving CS not achieving hemodynamic stability with AVP and necessitating rescue catecholamines. It has also been noted that patients who have cortisol deficiency have decreased sensitivity of $\alpha_1$ adrenergic receptors to catecholamines and thus will require higher doses of catecholamines (and possibly a higher number of agents) to maintain their blood pressure [10,29]. Despite a higher frequency of nonresponders to ACTH in the group receiving CS, which would portend a higher mortality rate [30], patients who received CS had a trend toward reduced mortality. Adrenal and vasopressin insufficiency may possibly have some similarities in endocrine dysregulation resulting in resistance of vascular response to catecholamines. Although not statistically significant, we noted a higher total number of vasopressors other than AVP during the AVP course along with a higher frequency of ACTH stimulation nonresponse in the group receiving CS. Thus, some relationship between ACTH stimulation nonresponse and nonresponse to AVP may exist, necessitating additional catecholamine support. An association between these endocrine dysregulations, including prognostic use of ACTH stimulation response to AVP response, should be studied further.

Patients receiving CS more frequently received continuous renal replacement therapy despite no differences in SOFA renal score at the onset of AVP, proportion with low urine output, or frequency of chronic hemodialysis before admission. When patients were rematched based on CRRT status, there remained no difference in observed outcomes (data not presented). The apparent elective use of CRRT may have added to multifactorial hypotension and influenced the end point of time to vasopressor withdrawal, as shown in our Cox proportional hazards model. However, the use of CRRT in our study was not found to be an independent predictor of survival without vasopressors at day 7; thus, the difference in CRRT use between groups may have had little effect on this outcome.

In our study, about half of the patients in each group were started on AVP as the initial hemodynamic agent, and 40% of the overall population remained on AVP as the sole vasoconstrictor, which is not in line with the recommendations from the 2004 or 2008 Surviving Sepsis Campaign guidelines [11,31]. The use of vasopressin as initial vasoconstrictor therapy is a part of the practice at Mayo Clinic because the publication of an analysis of this practice suggests no harm and perhaps less adversities [15]. None of the standing orders or protocols advocate AVP as initial therapy; thus, there is risk in prescriber bias selecting patients with perceived lower acuity, less aggressive fluid resuscitation requirements, or concern for catecholamine side effects alluding to initial use of vasopressin instead of norepinephrine or dopamine, as recommended in the Surviving Sepsis Campaign guidelines [11]. One of the early randomized prospective trials of AVP as rescue therapy suggesting positive benefits on renal function [12] was performed by a clinician at a Mayo site, which may have influenced this practice. Other biases may include lack of need for titration, leading to ease of use in a patient transitioning from the operating room, ward, or ED to the ICU. Lastly, whereas the 2008 Surviving Sepsis Campaign guidelines [11] do not advocate the use of AVP first-line (1C recommendation), no guideline is without some patient individualized deviation. The data presented represent a very small subset of patients treated for 4 years that is likely dwarfed in comparison to those treated with a catecholamine initially followed by CS for that same time span in an institution of approximately 200 ICU beds. This is not the standard of practice at Mayo Clinic but a noticeable portion worthy of analyzing for hypothesis generation.

We also cannot rule out the possibility of bias on the part of prescribers regarding which patients received CS. The 2004 Surviving Sepsis Campaign guidelines [31] recommend hydrocortisone for patients with septic shock who require vasopressors despite adequate fluid resuscitation. Following these guidelines, which were in place during our study period, prescribers would be justified in starting CS in all patients included in the current study. Although there were no differences in acuity measures between groups, we cannot exclude the possibility that CS were given to patients who were perceived as more ill. This may have led to the trend toward a prolonged median time to vasopressor withdrawal in the group receiving CS but would not have influenced the proportion alive without vasopressors at day 7. There also is not a protocolized method for weaning vasopressors at our institution; thus, the median time to vasopressor withdrawal may be dependent on either prescriber or nurse bias.

## 5. Conclusions

Although there was no difference in median time to AVP-containing vasopressor withdrawal whether CS were given or withheld, significantly more patients who received CS were alive without vasopressors at day 7. The role of CS in addition to AVP and catecholamines for patients in septic shock should be further evaluated.

# References

[1] Vincent JL, Sakr Y, Sprung CL, et al. Sepsis in European intensive care units: results of the SOAP study. Crit Care Med 2006;34:344-53.

[2] Rivers E, Nguyen B, Havstad S, et al. Early goal-directed therapy in the treatment of severe sepsis and septic shock. N Engl J Med 2001; 345:1368-77.

[3] Bollaert PE, Charpentier C, Levy B, et al. Reversal of late septic shock with supraphysiologic doses of hydrocortisone. Crit Care Med 1998; 26:645-50.

[4] Briegel J, Forst H, Haller M, et al. Stress doses of hydrocortisone reverse hyperdynamic septic shock: a prospective, randomized, double blind, single center study. Crit Care Med 1999;27:723-32.

[5] Annane D, Sebille V, Charpentier C, et al. Effect of treatment with low dose hydrocortisone and fludrocortisone on mortality in patients with septic shock. JAMA 2002;288:862-71.

[6] Sprung CL, Annane D, Keh D, et al. Hydrocortisone therapy for patients with septic shock. N Engl J Med 2008;358:111-24.

[7] Oppert M, Schindler R, Husung C, et al. Low-dose hydrocortisone improves shock reversal and reduces cytokine levels in early hyperdynamic septic shock. Crit Care Med 2005;33:2457-64.

[8] Annane D, Bellissant E, Bollaert PE, et al. Corticosteroids for severe sepsis and septic shock: a systematic review and meta-analysis. BMJ 2004;329:480.

[9] Keh D, Boehnke T, Weber-Cartens S, et al. Immunologic and hemodynamic effects of "low dose" hydrocortisone in septic shock: a double-blind, randomized, placebo-controlled, crossover study. Am J Respir Crit Care Med 2003;167:512-20.

[10] Annane D, Bellissant E, Sebille V, et al. Impaired pressor sensitivity to noradrenaline in septic shock patients with and without impaired adrenal function reserve. Br J Clin Pharmacol 1998;46:589-97.

[11] Dellinger RP, Levy MM, Carlet JM, et al. Surviving Sepsis Campaign: International guidelines for management of severe sepsis and septic shock: 2008. Crit Care Med 2008;36:296-327.

[12] Patel BM, Chittock DR, Russell JA, et al. Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 2002;96:576-82.

[13] Malay MB, Ashton Jr RC, Landry DW, et al. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999;47:699-703.

[14] Dünser MW, Mayr AJ, Ulmer H, et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation 2003;107:2313-9.

[15] Hall LG, Oyen LJ, Taner CB, et al. Fixed-dose vasopressin compared with titrated dopamine and norepinephrine as initial vasopressor therapy for septic shock. Pharmacotherapy 2004;24:1002-12.

[16] Karmazyn M, Manku MS, Horrobin DF. Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. Endocrinology 1978;102:1230-6.

[17] Holmes CL, Patel BM, Russell JA, et al. Physiology of vasopressin relevant to management of septic shock. Chest 2001; 120:989-1002.

[18] Mutlu GM, Factor P. Role of vasopressin in the management of septic shock. Intensive Care Med 2004;30:1276-91.

[19] Chant C. Endocrine interventions in the critically ill patient. In: Schumock G, Brundage D, Richardson M, et al, editors. Pharmacotherapy Self-Assessment Program, 5th ed. Critical care and transplantation. Kansas City: American College of Clinical Pharmacy; 2006. p. 21-45.

[20] Bone RC, Balk RA, Cerra FB, et al. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. Chest 1992;101:1644-55.

[21] Knaus WA, Draper EA, Wagner DP, et al. APACHE II: a severity of disease classification system. Crit Care Med 1985;13:818-29.

[22] Vincent JL, Moreno R, Takala J, et al. The SOFA (Sepsis-related Organ Failure Assessment) score to describe organ dysfunction/failure. Intensive Care Med 1996;22:707-10.

[23] Bernard GR, Vincent JL, Laterre PF, et al. Efficacy and safety of recombinant human activated protein C for severe sepsis. N Engl J Med 2001;344:699-709.

[24] Le Gall JR, Lemeshow S, Saulnier F. A new Simplified Acute Physiology Score (SAPS II) based in European/North American multicenter study. JAMA 1994;270:2957-63.

[25] Landry DW, Oliver JA. The pathogenesis of vasodilatory shock. N Engl J Med 2001;345:588-95.

[26] Barrett LK, Singer M, Clapp LH. Vasopressin: mechanism of action on the vasculature in health and in septic shock. Crit Care Med 2007;35: 33-40.

[27] Russell JA, Walley KR, Singer J, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med 2008;358:877-87.

[28] Sharshar T, Blanchard A, Paillard M, et al. Circulating vasopressin levels in septic shock. Crit Care Med 2003;31:1752-8.

[29] Ullian ME. The role of corticosteroids in the regulation of vascular tone. Cardiovasc Res 1999;41:55-64.

[30] Annane D, Sebille V, Troche G, et al. A 3-level prognostic classification in septic shock based on cortisol levels and cortisol response to corticotropin. JAMA 2000;283:1038-45.

[31] Dellinger RP, Carlet JM, Masur H, et al. Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. Crit Care Med 2004;32:858-73.

# New Antianginal Nitro Esters with Reduced Hypotensive Activity. Synthesis and Pharmacological Evaluation of 3-[(Nitrooxy)alkyl]-2*H*-1,3-benzoxazin-4(3*H*)-ones

Francesca Benedini, Giorgio Bertolini, Roberta Cereda, Giancarlo Donà, Gianni Gromo, Silvio Levi, Jacques Mizrahi, and Alberto Sala*

*Italfarmaco Research Center, Via Dei Lavoratori 54, 20092 Cinisello Balsamo, Milano, Italy*

*Received June 2, 1994*[®]

New nitro ester 3-[(nitrooxy)alkyl]-2*H*-1,3-benzoxazin-4(3*H*)-ones show marked inhibitory activity against ischemia-induced electrocardiographic changes, with only limited systemic hemodynamic effects, and are reported in the present study. These new nitro vasodilators are potent inhibitors of the electrocardiographic T-wave and S-T segment elevation induced by intravenous or intracoronary administration of Arg-vasopressin or methacholine in the anesthetized rat. The most active compounds are up to 300- and 600-fold more potent than glyceryl trinitrate or Nicorandil, respectively. These nitro esters relax in a concentration-dependent manner the isolated rabbit aorta, at higher concentrations (2–40-fold) than glyceryl trinitrate, and reduce the mean arterial blood pressure at doses 7–300-fold higher than those required by glyceryl trinitrate to exert a similar hypotensive effect. Remarkably, these compounds retain their anti-ischemic and hemodynamic profile after oral (po) administration. These new nitro ester derivatives, endowed with a marked antianginal activity, which is not associated with concurrent and pronounced falls in systemic blood pressure, represent the leads of a new class of selective nitrovasodilators having a preferential action on large coronary vessels, which could be clinically relevant in the treatment of coronary artery diseases.

## Introduction

Organic nitrates and glyceryl trinitrate (GTN) have been mainstays of cardiovascular therapy[1] for many years and of particular benefit in the treatment of an angina pectoris attack,[2,3] unstable angina,[4,5] and early stages of acute myocardial infarction.[6] They have shown a real efficacy in the presence of coronary atherosclerosis, hypercholesterolemia, and other associated vessel wall disorders involving endothelial dysfunction[7,8] and disordered vasodilatory capacity of the coronary arteries.[8,9] This group of drugs termed nitrovasodilators have a unique spectrum of efficacy, in that they dilate at low doses the large coronary conductance vessels and, as the dose is increased, dilate resistance vessels as well.[9] However, the preferential action of nitrovasodilators on large epicardial arteries is often limited by the concurrent effect on the arteriolar vessels,[10,11] which leads to a fall in coronary vascular resistance, a fall in mean arterial blood pressure (MABP), and a reflex increase in heart rate (HR). Despite the structural diversity of the molecular entities[12] belonging to this class, very few coronary dilators have shown a potent antianginal activity not associated with the effect on small coronary and systemic vessels and thus with limited hypotensive effect.

Nicorandil (**1,** Chart 1) is a hybrid molecule endowed with both a potassium channel-opening activity associated with the nicotinamide moiety and a guanylate cyclase activation property, attributed to the nitro ester side chain.[13] In order to obtain new organic nitrates devoid of any potassium channel-opening activity, we have designed new aryl amides of (nitrooxy)alkylamines, in which the pyridine ring was substituted with a simple aromatic group. Some of these compounds were chemically unstable because of the presence of a primary amide group. So this group was blocked as an intramolecular aminal using 2-hydroxybenzoic acid as an aromatic ring, giving 2*H*-1,3-benzoxazin-4(3*H*)-one molecules.

This paper reports a systematic investigation on the synthesis and evaluation of a new series of compounds derived from 3-[(nitrooxy)alkyl]-2*H*-1,3-benzoxazin-4(3*H*)-ones (**6a–q**). The biological activities were compared with those of GTN and Nicorandil as reference compounds. ITF 296 (**6a**),[14] the lead compound of this series, was previously reported as a potent anti-ischemic agent[15,16] whose action being, at low doses, devoid of major systemic hemodynamic changes,[17,18] suggesting a marked preferential action on large coronary vessels.

## Chemistry

Compounds **6a–o** were synthesized starting from the corresponding methyl salicylic esters (**2a–o**) which were converted to 2-hydroxy-*N*-(hydroxyalkyl)benzamides (**3a–o**) according to the procedure described by Black and Wade[19] (Scheme 1). The conversion of benzamides **3a–o** to the corresponding 3-substituted-2,3-dihydro-4*H*-1,3-benzoxazin-4(3*H*)-ones (**4a–o**) was carried out in a two-step procedure involving a cyclization with paraformaldehyde under acidic conditions[20] and the hydrolysis of the intermediate. The nature of the intermediate depends on the acid used in the cyclization. If *p*-toluenesulfonic acid was used, beside the ring-closing reaction, there was the formation of acetals on

## Chart 1



1

® Abstract published in *Advance ACS Abstracts,* November 15, 1994.

**Scheme 1**[a]



[a] (i) $NH_2(CH_2)_nOH$, 170 °C; (ii) $(CH_2O)_n$, AcOH, HCl, CHCl$_3$, then Na$_2$CO$_3$, CH$_3$OH; (iii) $(CH_2O)_n$, *p*-toluensulfonic acid, toluene, reflux, then HCl, THF; (iv) SOCl$_2$, CHCl$_3$, reflux; (v) AgNO$_3$, acetonitrile, reflux.

**Scheme 2**[a]



[a] (i) HNO$_3$, −10 °C; (ii) H, Pd/C, MeOH; (iii) SOCl$_2$, DMF, 0 °C; (iv) AgNO$_3$, acetonitrile.

the terminal hydroxy group, and in this case the hydrolysis was obtained with aqueous acid. If hydrochloric acid and acetic acid were used, beside the cyclization, the acetylation of the terminal hydroxy group occurs. It was then hydrolyzed using aqueous inorganic bases. Treatment of alcohols **4a−o** with thionyl chloride gave chloro derivatives **5a−o** which were converted into nitrate esters **6a−o** by reaction with silver nitrate in refluxing acetonitrile.[21]

6-Nitro compound **6p** was obtained directly from nitration of **6a** with nitric acid (Scheme 2). Catalytic hydrogenation of **6p** yielded the amino alcohol **7** which was transformed into compound **5q** by reaction with thionyl chloride in the presence of dimethylformamide. Compound **5q** was converted into **6q** using standard conditions.

All new organic nitrates **6a−q** were isolated by flash chromatography, recrystallized, and characterized by $^1$H-NMR and elemental analysis. The analytical data corresponding to each compound are reported in Table 1.

**Results**

**In Vitro and In Vivo Pharmacology.** The compounds **6a−q** were tested for their vasorelaxing activity in the isolated endothelium-denuded rabbit aorta and compared with GTN or Nicorandil. All the compounds

studied induced a concentration-dependent relaxation of the rabbit aorta precontracted by norepinephrine, being less active (IC$_{50}$: from $2.1 \times 10^{-8}$ to $9.8 \times 10^{-8}$ M) than GTN (EC$_{50}$: $1.6 \times 10^{-8}$ M) (Table 2). Some of them (**6e,i,n,q**) presented a very poor vasorelaxing activity ranging from 20- to 90-fold lower than that of GTN. Nicorandil (IC$_{50}$: $1.1 \times 10^{-6}$ M) was found to be a very weak vasorelaxing compound, being markedly less active than GTN. As compared with compounds **6a−q**, Nicorandil was about 2-fold less active than the weakest vasorelaxing compound of this series (**6q**).

In vivo, even though no correlation was found between the vasorelaxing activity and the hypotensive effect, the same overall pattern was observed; none of the compounds **6** tested was more active than GTN in reducing MABP. The most active compound in reducing MABP was 7-fold less active than GTN (**6l**, ED$_{20}$: 37 vs 5.4 $\mu$g/kg). Nicorandil induced a decrease in MABP, with a potency 30-fold lower than that of GTN (ED$_{20}$: 160 $\mu$g/kg).

**Antianginal Effect.** $2H$-1,3-Benzoxazin-4($3H$)-ones **6a−q**, given intravenously, inhibited the ECG changes (induced by the intravenous administration of vasopressin). All the compounds tested have shown a significant and dose-dependent inhibition of the T-wave elevation, being 5-fold (compound **6m**, ED$_{50}$: 107 $\mu$g/kg) to more than 200-fold (compound **6i**, ED$_{50}$: 1.5 $\mu$g/kg; **6a**, ED$_{50}$: 2.1 $\mu$g/kg) more active than GTN (ED$_{50}$:

PAR-VASO-0007213

**Table 1. Physical Data for Compounds 6a–q**

| compd | R | n | mp (°C) | 1H-NMR (200 MHz, DMSO) | anal.[a] |
|---|---|---|---|---|---|
| **6a** | H | 2 | 49–51 (n-hexane) | 7.81 (1H,dd), 7.52 (1H,dt), 7.14 (1H,t), 7.05 (1H,d), 5.36 (2H,s), 4.71 (2H,t), 3.85 (2H,t) | $C_{10}H_{10}N_2O_5$ |
| **6b** | H | 3 | 41–42 (n-hexane) | 7.82 (1H,dd), 7.53 (1H,dt), 7.16 (1H,t), 7.07 (1H,d), 5.35 (2H,s), 4.57 (2H,t), 3.88 (2H,t), 1.99 (2H,m) | $C_{11}H_{12}N_2O_5$ |
| **6c** | H | 5 | 39–40 (n-hexane) | 7.78 (1H,dd), 7.51 (1H,dt), 7.14 (1H,t), 7.04 (1H,d), 5.30 (2H,s), 4.50 (2H,t), 3.45 (2H,t), 1.76–1.26 (6H,m) | $C_{13}H_{16}N_2O_5$ |
| **6d** | 5-CH$_3$ | 2 | 71–73 (n-hexane) | 7.38 (1H,t), 6.96 (1H,d), 6.91 (1H,d), 5.28 (2H,s), 4.71 (2H,t), 3.86 (2H,t), 2.60 (3H,s) | $C_{11}H_{12}N_2O_5$ |
| **6e** | 8-CH$_3$ | 2 | 75–76 (n-hexane) | 7.65 (1H,d), 7.41 (1H,d), 7.06 (1H,t), 5.38 (2H,s), 4.73 (2H,t), 3.86 (2H,t), 2.21 (3H,s) | $C_{11}H_{12}N_2O_5$ |
| **6f** | 7-CH$_3$ | 2 | 89–91 (Et$_2$O–n-hexane) | 7.96 (1H,d), 7.67 (1H,d), 6.85 (1H,s), 5.32 (2H,s), 4.69 (2H,t), 3.82 (2H,t), 2.32 (3H,s) | $C_{11}H_{12}N_2O_5$ |
| **6g** | 7-Cl | 2 | 86–88 (n-hexane) | 7.81 (1H,d), 7.24 (1H,t), 7.22 (1H,d), 5.42 (2H,s), 4.69 (2H,t), 3.82 (2H,t), 2.32 (3H,s) | $C_{10}H_9ClN_2O_5$ |
| **6h** | 7-OCH$_3$ | 2 | 97–98 (n-hexane) | 7.72 (1H,d), 6.73 (1H,dd), 6.62 (1H,d), 5.35 (2H,s), 4.72 (2H,t), 3.83 (2H,t), 3.82 (3H,s) | $C_{11}H_{12}N_2O_6$ |
| **6i** | 7-CF$_3$ | 2 | 50–51 (n-hexane) | 8.02 (1H,d), 7.52 (1H,d), 7.50 (1H,m), 5.49 (2H,s), 4.74 (2H,t), 3.90 (2H,t) | $C_{11}H_9F_3N_2O_5$ |
| **6l** | 6-CH$_3$ | 2 | 76–78 (Et$_2$O–n-hexane) | 7.61 (1H,d), 7.35 (1H,dd), 6.97 (1H,d), 5.33 (2H,s), 4.72 (2H,t), 3.86 (2H,t), 2.30 (3H,s) | $C_{11}H_{12}N_2O_5$ |
| **6m** | 6-Cl | 2 | 98–99 (n-hexane) | 7.72 (1H,d), 7.57 (1H,dd), 7.12 (1H,d), 5.38 (2H,s), 4.70 (2H,t), 3.84 (2H,t) | $C_{10}H_9ClN_2O_5$ |
| **6n** | 6-OCH$_3$ | 2 | 62–63 (n-hexane) | 7.28 (1H,d), 7.14 (1H,dd), 7.03 (1H,d), 5.33 (2H,s), 4.70 (2H,t), 3.87 (2H,t), 3.78 (3H,s) | $C_{11}H_{12}N_2O_6$ |
| **6o** | 6-CN | 2 | 132–134 (AcOEt) | 8.21 (1H,d), 8.01 (1H,dd), 7.30 (1H,d), 5.50 (2H,s), 4.73 (2H,t), 3.88 (2H,t) | $C_{11}H_9N_3O_5$ |
| **6p** | 6-NO$_2$ | 2 | 97–99 (Et$_2$O) | 8.54 (1H,d), 8.40 (1H,dd), 7.36 (1H,d), 5.56 (2H,s), 4.74 (2H,t), 3.90 (2H,t) | $C_{10}H_9N_3O_7$ |
| **6q** | 6-N=CHN(CH$_3$)$_2$ | 2 | 140–141 (Et$_2$O) | 12.27 (1H,s), 8.79 (1H,s), 7.97 (1H,d), 7.84 (1H,dd), 7.19 (1H,d), 5.41 (2H,s), 4.74 (2H,t), 3.89 (2H,t), 3.37 (6H,s) | $C_{13}H_{17}ClN_4O_5$ |

[a] Combustion analyses gave results within 0.4% of theoretical values.

**Table 2. Antianginal and Hypotensive Effects of Compounds 6a–q**

| compd | R | n | vasorelaxation IC$_{50}$[a] | MABP ED$_{20}$[b] | ECG changes ED$_{50}$[c] | selectivity index[d] |
|---|---|---|---|---|---|---|
| **6a** | H | 2 | 0.094 | 190 | 2.1 | 90 |
| **6b** | H | 3 | 0.077 | 1800 | 4.1 | 44 |
| **6c** | H | 5 | 0.098 | 730 | 58 | 13 |
| **6d** | 5-CH$_3$ | 2 | 0.125 | 300 | 4.6 | 65 |
| **6e** | 8-CH$_3$ | 2 | 0.360 | 880 | 58.2 | 15 |
| **6f** | 7-CH$_3$ | 2 | 0.110 | 220 | 12 | 17.5 |
| **6g** | 7-Cl | 2 | 0.070 | 790 | 11 | 72 |
| **6h** | 7-OCH$_3$ | 2 | 0.047 | 290 | 2.0 | 147 |
| **6i** | 7-CF$_3$ | 2 | 0.220 | >300 | 1.5 | 200 |
| **6l** | 6-CH$_3$ | 2 | 0.035 | 37 | 6.0 | 8.6 |
| **6m** | 6-Cl | 2 | 0.037 | 88 | 107 | 0.87 |
| **6n** | 6-OCH$_3$ | 2 | 0.230 | >1000 | 5.1 | 421 |
| **6o** | 6-CN | 2 | 0.071 | >300 | 11.5 | 26 |
| **6p** | 6-NO$_2$ | 2 | 0.021 | 76 | 64 | 1.2 |
| **6q** | 6-N=CHN(CH$_3$)$_2$ | 2 | 0.640 | 1270 | 9.7 | 131 |
| Nicorandil | | | 1.1 | 160 | 940 | 0.17 |
| GTN | | | 0.016 | 5.4 | 545 | 0.01 |

[a] Vasorelaxation of the endothelium-denuded rabbit aorta, expressed as IC$_{50}$ ($\mu$M). [b] Reduction in mean arterial blood pressure, expressed as ED$_{20}$ ($\mu$g/kg), after intravenous administration. [c] Inhibition of vasopressine-induced ECG changes, expressed as ED$_{50}$ ($\mu$g/kg). [d] Selectivity index as the ratio of doses required to induce a reduction in MABP and that required to reduce ECG changes.

545 $\mu$g/kg) (Table 2). Remarkably, under such experimental conditions, Nicorandil (ED$_{50}$: 940 $\mu$g/kg) presented a weak preventive action against electrocardiographic changes induced by ischemia, being about 2-fold less active than GTN and much less potent than compounds **6a,b,l,n,o,q**. The inhibitory effect of compound **6a** on T-wave elevation is illustrated in Figure 1.

In order to assess the anti-ischemic potential of 2*H*-1,3-benzoxazin-4(3*H*)-ones **6**, the main active compounds (ED$_{50}$ < 10 $\mu$g/kg in the vasopressin assay) were tested for their capacity to inhibit the S-T segment elevation induced by the intracoronary administration of methacholine, which was shown to be a very potent coronary vasoconstrictor in the rat, most likely mimicking a coronary vasospasm situation.[22] The antianginal actions of compounds **6a,b,l,n,q** were fully retained on

this model as well (ED$_{50}$: 1.3, 1.0, 0.41, 13.0, and 17.1 $\mu$g/kg, respectively) (Table 3). ITF 296 (compound **6a**, ED$_{50}$: 1.3 $\mu$g/kg) induced a significant prevention of the ECG changes, being at least 30-fold more active than GTN (ED$_{50}$: 36 $\mu$g/kg) and Nicorandil (ED$_{50}$: 47 $\mu$g/kg) (Table 3). The most active compound in preventing ischemia-induced electrocardiographic changes, namely compound **6l**, was about 100-fold more potent than GTN or Nicorandil.

Remarkably, the potent anti-ischemic activity of compounds **6a,l,n** was retained even after oral (po) administration (ED$_{50}$: 118, 142, and 100 $\mu$g/kg) (Table 3). Under similar experimental conditions, Nicorandil has been reported[23] to reduce by 50% the methacholine-induced S-T segment elevation at 3 mg/kg, while GTN was almost inactive in various models of angina after oral administration.[24,25]



**Figure 1.** Representative tracings of ECG changes induced by iv administration of vasopressin (1 IU/kg) in control and ITF 296-treated rats. Vasopressin was administered 10 min after vehicle or drug. The T-wave elevation reached the maximum 30 s after the administration of vasopressin.

**Table 3.** Effect of Compounds **6** on Methacholine-Induced ECG Changes in the Anesthetized Rat

| | ECG changes Meth-ED$_{50}$ | |
|---|---|---|
| compd | iv[a] | po[a] |
| **6a** | 1.3 | 118 |
| **6b** | 1.0 | – |
| **6d** | >10 | – |
| **6h** | >10 | >300 |
| **6i** | 82 | >300 |
| **6l** | 0.41 | 142 |
| **6n** | 13 | 100 |
| **6q** | 17.1 | >300 |
| Nicorandil | 47 | 3000[b] |
| GTN | 36 | c |

[a] Inhibition of methacholine-induced ECG changes in the anesthetized rat, expressed as ED$_{50}$ ($\mu$g/kg), after intravenous (iv) or oral (po) administration. [b] Reference 23. [c] Reference 24.

**Hemodynamic Parameters.** $2H$-1,3-Benzoxazin-4($3H$)-ones **6** at doses which, after intravenous administration prevent significantly the T-wave or S-T segment elevation, were devoid of any significant hypotensive effect (Table 2). ITF 296 (compound **6a**) was found to induce a marked inhibition of the S-T segment elevation (ED$_{50}$: 2.1 $\mu$g/kg), while a 90-fold higher dose was required to induce 20% reduction of mean arterial blood pressure (ED$_{20}$: 190 $\mu$g/kg). The selectivity index taken as the ratio of anti-ischemic activity vs hypotension was higher than that of either GTN or Nicorandil. Compounds **6b,d,h,i,l,o,q** have also shown a quite good range of selectivity (Table 2). The selectivity was maintained after oral administration as well. Compound **6a**, after oral administration, prevented the methacholine-induced ECG changes with an ED$_{50}$ of 118 $\mu$g/kg, while a dose higher than 3 mg/kg, per os, was required to lower the MABP by about 20%. Remarkably, at doses corresponding to the ED$_{50}$ required to trigger a potent anti-ischemic effect, no consistent effect on heart rate was noted, assessing the primary observation suggested that these compounds are poor hypotensive agents.

Conversely, GTN exerted its antianginal action at doses (ED$_{50}$: 545 $\mu$g/kg) at least 100-fold higher than that required to induce a significant hypotensive response (ED$_{20}$: 5.4 $\mu$g/kg). A slight increase in heart rate accompanied the 20% reduction in the mean arterial blood pressure. Moreover, Nicorandil, at the dose corresponding to the ED$_{50}$ (940 $\mu$g/kg) of the anti-ischemic action, induced a marked fall in MABP ($-33$%) and a significant increase in heart rate (25%).

**Chart 2**

[structure of compound **8**]

**8**

**Table 4.** QSAR Parameters

| compd | R | selectivity index[a] | log selectivity index | log $P$[b] | $\sigma$ 6[c] | $\sigma$ 7[c] |
|---|---|---|---|---|---|---|
| **6a** | H | 90 | 1.954 | 1.85 | 0.00 | 0.00 |
| **6f** | 7-CH$_3$ | 17.5 | 1.243 | 2.41 | 0.00 | 0.07 |
| **6g** | 7-Cl | 72 | 1.857 | 2.56 | 0.00 | 0.37 |
| **6h** | 7-OCH$_3$ | 147 | 2.167 | 1.83 | 0.00 | 0.12 |
| **6i** | 7-CF$_3$ | 200 | 2.301 | 2.73 | 0.00 | 0.43 |
| **6l** | 6-CH$_3$ | 8.6 | 0.934 | 2.41 | $-0.17$ | 0.00 |
| **6m** | 6-Cl | 0.87 | $-0.060$ | 2.56 | 0.23 | 0.00 |
| **6n** | 6-OCH$_3$ | 421 | 2.624 | 1.83 | $-0.27$ | 0.00 |
| **6o** | 6-CN | 26 | 1.415 | 1.28 | 0.66 | 0.00 |
| **6p** | 6-NO$_2$ | 1.2 | 0.079 | 1.57 | 0.78 | 0.00 |

[a] See Table 3. [b] log $P$ value for **6a** was experimentally determined, and the others were calculated using tabulated additive values starting from the log $P$ of the unsubstituted compound **6a**. [c] Electrostatic effect of the substituents toward the oxygen in position 1 of the benzoxazin-4-one.

## Discussion

The structure–activity study was mainly based on the definition of the role of the (nitrooxy)alkylamine chain and the influence of the presence of substituents at the 5–8 positions of the benzoxazin-4-one ring in the derivative containing a (nitrooxy)ethyl side chain. The elongation of the methylene chain of the alkanolamine from two to five (compounds **6b,c** vs **6a**) did not influence the vasorelaxing activity but appeared to be responsible for decreasing the antianginal activity.

The substitution of positions 5–7 with a methyl group led to compounds with both a slightly reduced vasorelaxing and anti-ischemic activity (compounds **6d,f,l** vs **6a**). However a methyl group in position 8 caused a strong decrease in both of these activities (compound **6e** vs **6a**). Due to the steric hindrance of the methyl group, this data suggests the critical role of oxygen in position 1 of the $2H$-1,3-benzoxazin-4($3H$)-one molecule. This indication was confirmed by the strong reduction of the activities when we substituted the oxygen with heteroatoms such as in compound **8** (Chart 2).[14] The substitution of position 7 with electron-donating or electron-withdrawing groups led to compounds with a slightly reduced anti-ischemic activity as compared with the nonsubstituted compound (**6f-i** vs **6a**), indicating that this position is not sensitive to the electronic influence of the substituent. The substitution of the 6 position with an electron-donating group, such as a methyl or methoxy group, led to compounds with good antianginal activity (**6l,n** vs **6a**). Conversely, the substitution with an electron-withdrawing group in the 6 position, such as nitro or chlorine, reduced considerably the anti-ischemic activity (**6m,p** vs **6a**).

Quantitative structure–activity relationships were investigated for compounds **6a,f–q** (Table 4), using the selective index (Table 2) as biological variable, electronic parameters ($\sigma$) of the substituents, and the log $P$ of the compounds. The linear regression analysis, performed using 2R stepwise regression of BMDP

PAR-VASO-0007215

statistical package,[26] yielded to eq 1

$$\log(\text{selective index}) = 5.33 - 1.90 \log P - 2.59\sigma_6 + 4.47\sigma_7 \quad (1)$$

$$n = 10 \qquad r^2 = 0.9173 \qquad (p < 0.05)$$

From this equation it seems that in order to have a high selectivity index it is necessary to have the presence of an electron-donating group in position 6 and an electron-withdrawing group in position 7 of the 2H-1,3-benzoxazin-4(3H)-one system. However the introduction of substituent must not increase the hydrophobicity of the final molecule too much. Further detailed study of structure–activity is now necessary to identify other substituents and their respective physicochemical parameters allowing to increase the antianginal potency and/or the coronary selectivity.

Benzoxazinone nitro ester derivatives have shown a substantially different hemodynamic profile than reference compounds tested in this study. Conversely to GTN or Nicorandil, their antianginal activity occurred at doses which did not affect systemic pressure and heart rate. The design and synthesis of new 2H-1,3-benzoxazin-4(3H)-ones, using this structure–activity strategy, are currently under investigation in our laboratory, for assessing the molecular and biochemical rationales of their potent antianginal activity, not associated with significant changes in systemic hemodynamic parameters.

Among the main active compounds (6a,b,d,h,i,l,n,o,q), only compound 6l has shown a relatively small range of selectivity in that its antianginal effect took place at doses 10-fold lower than those required for inducing a concurrent hypotension. The other active compounds from this series are much more selective than either Nicorandil or GTN. Furthermore, the antianginal activity and the small reduced effect on systemic hemodynamic parameters were retained after oral administration as well, differentiating ITF 296 (6a) and its analogues from GTN, whose antianginal efficacy is strongly limited by its extensive first-pass effect.[24]

This structure–activity suggests that compounds 6a–q may induce a preferential dilatatory effect on coronary vessels and a very limited vasodilatation of the arteriolar vessels which would support their potential coronary selectivity and thus their potential beneficial therapeutic action in angina pectoris. Supporting this assertion, the main active compound, ITF 296, has been reported to selectively increase the diameter of epicardial coronary arteries at doses which do not affect coronary resistances or systemic hemodynamics.[16] The relaxation of vascular smooth muscle induced by ITF 296 is endothelium-independent and inhibited "in vitro" by methylene blue or hemoglobin, suggesting that the relaxation is mediated by a NO-dependent activation of guanylate cyclase.[15] Moreover, the vasorelaxating effect of ITF 296 on the isolated rabbit femoral artery was not affected by glibenclamide (data not shown), thus excluding an action on ATP-dependent K+-channels and differentiating this compound from Nicorandil.

The selective action of nitrovasodilators on large coronary arteries may be mediated by a different catalytic process involved in vessels of different size, modulated by the presence or absence of sulfhydryl groups, required for the conversion of and the NO release from this compound and the final activation of soluble guanylate cyclase.[27] According to this hypothesis, the coronary selectivity seen with compounds 6 could be the result of a conversion involving a different enzymatic pathway or alternatively a difference in the kinetics of NO release at different levels of the vascular tree.

Since hypotension and reflex tachycardia are well-known major side effects in the therapeutic daily use of nitro derivatives such as GTN, compounds 6 could therefore offer an attractive alternative to the classical nitrate therapy of the coronary heart diseases on account of their improved antianginal efficacy and limited systemic effects. In addition, the long lasting anti-ischemic effect of ITF 296 in the rat[17] as well as the maintenance of its vasodilating action on coronary artery during long term administration in the conscious dog[28] could witness a reduced tolerance phenomenon and thus add to the beneficial action of such agents on myocardial protection.

## Experimental Section

**General.** Melting points were determined on a Buchi apparatus in glass capillary tubes and are uncorrected. Thin-layer chromatography was performed on silica gel glass-backed plates (5719) purchased from E. Merck & Co., and flash chromatography was performed on silica gel 60 (230–400 mesh ASTM) (E. Merck & Co). [1]H-NMR spectra were recorded on a Varian Gemini 200 (200 MHz) spectrometer, and the chemical shifts are given in ppm ($\delta$) referenced to DMSO-$d_6$ (2.50 ppm). Elemental analyses were carried out on a Perkin Elmer 240 instrument. The analytical data of compounds 6a–q are illustrated in Table I.

*N*-(2-Hydroxyethyl)-2-hydroxybenzamide (3a). The compound was synthesized using the procedure described by Black and Wade.[19]

**Compounds 3b–o** were synthesized following the same procedure, and the analytical data ([1]H-NMR and elemental analysis) were in agreement with the proposed structure.

**3-(2-Hydroxyethyl)-2H-1,3-benzoxazin-4(3H)-one (4a). Method A.** Paraformaldehyde (5.5 g, 182 mmol) and acetic acid (11 mL) were added to a solution of 2-hydroxybenzamide 3a (18.5 g, 102 mmol) in CHCl$_3$ (500 mL). The reaction mixture was cooled to 0 °C and then the solution was saturated with HCl gas. After the reaction mixture was stirred for 24 h at room temperature, the chloroformic phase was separated from an oily residue by decantation, washed with water (200 mL), and dried with anhydrous Na$_2$SO$_4$. The solvent was removed under reduced pressure. The crude product was dissolved in methanol (400 mL), and Na$_2$CO$_3$ (5.4 g, 51 mmol) was added. The reaction mixture was stirred at room temperature for 12 h; then the salts were filtered off, and the solvent was evaporated under reduced pressure. The crude product was dissolved in CH$_2$Cl$_2$ (400 mL) and water (200 mL). The two phases were separated, the organic phase was dried with Na$_2$SO$_4$, and the solvent was removed under reduced pressure. The crude product was purified by flash chromatography (CH$_2$Cl$_2$–acetone, 9:1), yielding 9.5 g of pure 4a (yield 45%): mp 59–60 °C (*n*-hexane); [1]H-NMR (200 MHz, DMSO) $\delta$ 7.82 (1H, dd), 7.54 (1H, td), 7.18 (1H, t), 7.07 (1H, d), 5.34 (2H, s), 3.57 (4H, s). Anal. (C$_{10}$H$_{11}$NO$_3$) C,H,N.

**Method B.** Paraformaldehyde (28 g, 927 mmol) and *p*-toluenesulfonic acid (5.8 g, 31 mmol) were added to a solution of salicylamide 3a (56 g, 310 mmol) in toluene (840 mL). The reaction mixture was refluxed, and water was removed by azeotropic distillation (for 2 h). The mixture was cooled at room temperature, and the solvents were evaporated under reduced pressure. The crude mixture was dissolved in THF (600 mL), and a 3 N aqueous solution of HCl (600 mL) was added. The solution was refluxed, and after 24 h the reaction mixture was cooled to room temperature, THF was removed

PAR-VASO-0007216

under reduced pressure, and the aqueous solution was extracted with ethyl acetate (2 × 400 mL). The organic phase was dried with anhydrous $Na_2SO_4$, and the solvents were evaporated under reduced pressure. The crude product was purified by flash chromatography (*n*-hexane–ethyl acetate, 1:1), yielding 45 g of pure **4a** (yield 75%).

**Compounds 4b–o** were synthesized starting from compounds **4b–r** using either method A or method B, and the analytical data (¹H-NMR and elemental analysis) were in agreement with the proposed structure.

**3-(2-Chloroethyl)-2*H*-1,3-benzoxazin-4(3*H*)-one (5a).** Thionyl chloride (3.54 g, 48 mmol) was slowly added at 0 °C to a solution of alcohol **4a** (9 g, 46 mmol) in $CHCl_3$ (70 mL), and the solution was refluxed for 3 h. The solvent was removed under reduced pressure, and the crude product was dissolved in fresh $CHCl_3$ (50 mL) and evaporated to dryness three times. Purification of the crude product by flash chromatography (*n*-hexane–ethyl acetate, 8:2) yielded 9.3 g of pure **5a** (yield 95%): mp 48–49 °C (*n*-hexane); ¹H-NMR (200 MHz, DMSO) δ 7.83 (1H, dd), 7.53 (1H, dt), 7.16 (1H, t), 7.06 (1H, d), 5.39 (2H, s), 3.83 (4H, s). Anal. ($C_{10}H_{10}ClNO_2$) C,H,-Cl,N.

**Compounds 5b–o** were synthesized the same procedure, and the analytical data (¹H-NMR and elemental analysis) were in agreement with the proposed structure.

**3-[2-(Nitrooxy)ethyl]-2*H*-1,3-benzoxazin-4(3*H*)-one (6a).** A solution of **5a** (5 g, 23 mmol) and silver nitrate (6 g, 35 mmol) in acetonitrile (85 mL) was refluxed, and after 2 h the reaction mixture was cooled to room temperature, the salts were filtered off, and the solvent was evaporated under reduced pressure. The crude product was purified by flash chromatography (*n*-hexane–ethyl acetate, 8:2). The product was then treated with hot *n*-hexane, filtered, and dried, yielding 4.8 g of pure **6a** (yield 88%). Analytical data are illustrated in Table 1.

**Compounds 6b–o** were synthesized using the same procedure starting from compounds **5b–o**, and the analytical data of each compound are illustrated in Table 1.

**3-[2-(Nitrooxy)ethyl]-6-nitro-2*H*-1,3-benzoxazin-4(3*H*)-one (6p).** Fuming nitric acid (50 mL, 1.2 mol) was added dropwise to solid **6a** (50 g, 210 mmol), and the solution was stirred at −10 °C for 15 min and then poured into ice and extracted with $CHCl_3$ (3 × 1000 mL). The combined organic phases were washed with water, then with 0.1 N solution of NaOH, and finally with water again. The solution was then dried with anhydrous $Na_2SO_4$, and the solvent was evaporated under reduced pressure. The crude product was treated with hot ethyl ether, filtered, and dried, yielding 43 g of **6p** (yield 70%). Analytical data are illustrated in Table 1.

**3-(2-Hydroxyethyl)-6-amino-2*H*-1,3-benzoxazin-4(3*H*)-one (7).** Pd/C 10% (4.2 g) was added to a solution of **6p** (42 g, 148 mmol) in methanol (6300 mL), and the mixture was hydrogenated at room temperature at 15 psi. When the hydrogen consumption was over, the catalyst was filtered off and the solvent was removed under reduced pressure. The crude product was treated with hot ethyl ether, filtered, and dried, yielding 30 g of **7** (yield 88%): mp 94–96 °C (ethyl ether); ¹H-NMR (200 MHz, DMSO) δ 7.02 (1H, s), 6.78 (2H, m), 5.18 (2H, s), 5.05 (2H, s), 4.09 (1H, t), 3.53 (4H, m). Anal. ($C_{10}H_{12}N_2O_3$) C,H,N.

**3-(2-Chloroethyl)-6-(*N',N'*-dimethyl-*N*-formimido)-2*H*-1,3-benzoxazin-4(3*H*)-one (5q).** Amino alcohol **7** (10 g, 48 mmol) was slowly added to a solution of thionyl chloride (200 mL) and dimethylformamide (5 mL, 64 mmol) at 0 °C. The reaction mixture was then poured into ice, and the aqueous solution was neutralized with solid NaOH and then extracted with $CHCl_3$ (3 × 100 mL). The combined organic phases were dried with anhydrous $Na_2SO_4$, and the solvent was evaporated under reduced pressure. The crude product was treated with ethyl ether, filtered, and dried, yielding 9.2 g of pure **5q** (yield 67%): mp 94–95 °C (ethyl ether); ¹H-NMR (200 MHz, DMSO) δ 7.75 (1H, s), 7.30 (1H, d), 7.10 (1H, dd), 6.93 (1H, d), 5.32 (2H, s), 3.82 (4H, s), 3.01 (3H, s), 2.93 (3H, s). Anal. ($C_{13}H_{15}ClN_3O_2$) C,H,Cl,N.

**3-[2-(Nitrooxy)ethyl]-6-(*N',N'*-dimethyl-*N*-formimido)-2*H*-1,3-benzoxazin-4(3*H*)-one Hydrochloride (6q).** A solu-

tion of **5q** (9 g, 32 mmol) and silver nitrate (7.7 g, 45 mmol) in acetonitrile (100 mL) was refluxed for 2 h. The reaction was cooled to room temperature, the salts were filtered off, and the solvent was evaporated under reduced pressure. The crude product was dissolved in ethyl ether and treated with a solution of HCl in ethyl ether. The solid was filtered and dried, yielding 4.5 g of pure **6q** (yield 41%). Analytical data are illustrated in Table 1.

**Evaluation of Vasorelaxing Activity.** The vasorelaxation induced by each compound was evaluated in the endothelium-denuded rabbit aorta strip previously contracted by norepinephrine.[29] Male New Zealand rabbits weighing 2–3 kg were sacrificed by a blow on the neck. The thoracic aorta was exposed, rapidly dissected out from surrounding tissues, and cut into rings (0.3 cm length) whose endothelium was removed by gently rubbing the luminal surface with a cotton bud. Rings were suspended in organ chambers containing 10 mL of warm (37 °C), oxygenated (95% $O_2$, 5% $CO_2$) Krebs–Henseleit (pH: 7.4) solution of the following composition (mM): NaCl, 113; KCl, 4.7; $CaCl_2$ $2H_2O$, 2.5; $MgSO_4$, 1.2; $NaHCO_3$, 25; $K_2HPO_4$, 1.2; and glucose, 11.5; and allowed to equilibrate for 2 h under a resting tension of 2.0 g.

At the end of the equilibration period, tissues were contracted by adding norepinephrine (final concentration $10^{-7}$ M) directly to the organ bath and the response was recorded with isometric transducers. When the contraction had reached a stable plateau, dose–response curves were constructed by adding increasing concentrations for each compound, in a cumulative manner, in the organ chamber. $IC_{50}$s were calculated from the dose–response curves.

**Evaluation of Anti-ischemic and Hemodynamic Activities.** The in vivo antianginal action was monitored in the urethane-anesthetized rat as the inhibitory effect of the T-wave elevation induced by intravenous bolus of vasopressine[30] and the S-T segment elevation induced by intracoronary administration of methacholine.[22] Both antianginal activities were reported as $ED_{50}$ in µg/kg. The action on mean arterial blood pressure was expressed as the $ED_{20}$, in µg/kg, corresponding to the dose necessary to induce a 20% reduction of MABP. The heart rate was monitored throughout the experiment.

Male Sprague–Dawley rats, weighing 350–400 g, were anesthetized with urethane (1.25 g/kg) given ip and the trachea cannulated with poly(ethylene)tubing (PE 240) to facilitate breathing. Blood pressure was monitored by a poly-(ethylene) catheter (PE 50) inserted into the carotid artery and connected with a Statham pressure transducer (P23ID). Mean arterial blood pressure was continuously recorded on a Battaglia-Rangoni polygraph. Heart rate was derived from the pressure wave. The femoral vein was cannulated (PE 50) to allow the compounds administration which were given in a final volume of 1 mL/kg over 20 s. Results are expressed as percent of variation over basal values. $ED_{20}$s (corresponding to the dose necessary to induce a 20% reduction of the MABP) were calculated from the dose–response curve.

The standard limb lead II of the electrocardiogram was recorded on a Battaglia-Rangoni electrocardiograph. Arg⁸-vasopressin (1 IU/kg) was administered into the femoral vein in a final volume of 1 mL/kg over 20 s. The Arg⁸-vasopressin-induced rise in T-wave amplitude was measured in millivolts. Each compound, or the corresponding vehicle, was administered intravenously 10 min before the injection of vasopressin. GTN was given 1 min before. Groups of 8 rats were used for each tested dose. For each group, the percent of the inhibition of vasopressin-induced T-wave elevation was calculated from the ratio of the mean T-wave elevation over the mean value of the control group. $ED_{50}$s were calculated from the dose–effect regression line.

In a separate group of animals, a poly(ethylene) (PE 50) tube was inserted into the coronary ostia through the right carotid artery to a point near the aortic valve to allow the administration of methacholine into the coronary arteries. The S-T-wave elevation induced by methacholine, given at 8.0 µg in 0.02 mL over 1 s, was measured and expressed in millivolts. The methacholine injection was repeated at different times after drug administration. Drugs were administered intravenously or orally to separate groups of rats, each animal receiving a

single administration. Groups of five rats were used for each tested dose. The inhibition of methacholine-induced S-T segment elevation was calculated in percent over basal value. $ED_{50}$s were calculated from the dose–effect regression line.

## References

(1) Abrams, J. Heamodynamic effects of nitroglycerin and long-acting nitrates. *Am. Heart J.* **1985**, *110*, 216–214.

(2) Gunnar, R. M.; Fisch, C. Special Report: ACC/AHA guidelines for the early management of patients with acute myocardial infarction. *Circulation* **1990**, *82*, 664–707.

(3) Parker, J. O. Nitrate therapy in stable angina pectoris. *N. Engl. J. Med.* **1987**, *316*, 1635–1642.

(4) Conti, C. R. Use of Nitrates in unstable angina pectoris. *Am. J. Cardiol.* **1987**, *60*, 31H–34H.

(5) Mc Gregor, M. Pathogenesis of angina pectoris and role of nitrates in relief of myocardial ischaemia. *Am. J. Cardiol.* **1983**, *74* (6B), 21–27.

(6) Williams, D. O.; Amsterdam, E. A.; Mason, D. T. Haemodynamic effects of nitroglycerin in acute myocardial infarction: decrease in ventricular preload at the expense of cardiac output. *Circulation* **1975**, *51*, 421–427.

(7) Hayashi, Y.; Tomoike, H.; Nagasawa, K.; Yamada, A.; Nishimijima, H.; Nakamura, M. Functional and antomical recovery of endothelium after denudation of coronary artery. *Am. J. Physiol.* **1988**, *254*, H1081–1090.

(8) Nabel, E. G.; Selwyn, A. P.; Ganz, P. Large coronary arteries in humans are responsive to changing blood flow: an endothelium-dependent mechanism that fails in patients with atherosclerosis. *J. Am. Coll. Cardiol.* **1990**, *16*, 349–356.

(9) Bassenge, E.; Zanziger, J. Nitrates in different vascular beds, nitrate tolerance and interactions with endothelial function. *Am. J. Cardiol.* **1991**, *17*, 304–308.

(10) Ludbrook, P. A.; Byrne, J. D.; Kurnick, P. B.; McNight, R. C. Influence of reduction of preload and afterload by nitroglycerin on left ventricular diastolic pressure-volume relations and relaxation in man. *Circulation* **1977**, *56*, 937–943.

(11) Ferrer, M. I.; Bradley, S. E.; Wheeler, H. O.; Enson, Y.; Prersig, R.; Brickner, P. W.; Conroy, R. Y.; Harvey, R. M. Some effects of nitroglycerin upon the splanchnic, pulmonary and systemic circulations. *Circulation* **1966**, *33*, 357–373.

(12) Bertolini, G.; Sala, A. Recent advances in organic nitrates. *Curr. Opin. Ther. Patents* **1993**, *3*, 1499–1516.

(13) Taira, N. Nicorandil as a hybrid between nitrates and potassium channel activators. *Am. J. Cardiol.* **1989**, *63*, 18j–24j.

(14) Sala, A.; Benedini, F.; Cereda, R.; Del Soldato, P. *Eur. Pat. Appl.* 490183, 1992; *Chem. Abstr.* **1992**, *117*, 151005r.

(15) Mizrahi, J.; Bergamaschi, M.; Gromo, G. Pharmacological profile of ITF 296: A new nitro-ester derivative with potent anti-anginal and selective coronary dilatation properties. *Proc. Br. Pharmacol. Soc.* **1993**, S16.

(16) Ueno, A.; Nonaka, K.; Bergamaschi, M.; Cereda, R.; Gromo, G.; Mizrahi, J. Differential effect of the new nitrovasodilator ITF 296 on large and small coronary arteries in the conscious resting dog: A comparative study with Nitroglycerin and Nicorandil. *Cardiovasc. Drugs Ther.* **1993**, *7* (2), 465.

(17) Cereda, R.; Bergamaschi, M.; Mascheroni, C.; Levi, S.; Sala, A.; Gromo, G.; Mizrahi, J. Modulation of methacholine-induced ECG and haemodynamic changes by ITF 296 and other nitrovasodilators in the anaesthetised rat. *J. Mol. Cell. Cardiol.* **1993**, *25* (1), S101.

(18) Cereda, R.; Agozzino, S.; Mascheroni, G.; Bergamaschi, M.; Gromo, G.; Mizrahi, J. Protective effect of ITF 296 on methacholine-induced myocardial ischaemia and acute myocardial infarction in the rat. *Cardiovasc. Drugs Ther.* **1993**, *7* (2), 463.

(19) Black, D. St. C.; Wade, M. J. Synthetic studies related to mycobactins. *Aust. J. Chem.* **1972**, *25*, 1797–1810.

(20) Finkelstein, J.; Chiang, E. Synthesis of substituted 2,3-dihydro-4H-1,3-benzoxazin-4-ones and their biological activities. *J. Med. Chem.* **1968**, *11*, 1038–1040.

(21) Ferris, A. F.; Mc Lean, K. W.; Marks, I. G.; Emmons, W. D. Metathetical reactions of silver salts in solution. III. The synthesis of nitrate esters. *J. Am. Chem. Soc.* **1953**, *75*, 4078.

(22) Sakai, K.; Akima, M.; Aono, J. Evaluation of drug effects in a new experimental model of angina pectoris in the intact anaesthetised rat. *J. Pharmacol. Methods* **1981**, *5*, 325–336.

(23) Aono, J.; Akima, M.; Sakai, K. Effects of N-(2-Hydroxyethyl) nicotinamide nitrate (SG-75) on the methacholine-induced ECG changes in intact anaesthetized rats. *Jpn. J. Pharmacol.* **1981**, *31*, 823–830.

(24) Needleman, P.; Lang, S.; Johnson, E. M., Jr. Organic Nitrates: relationship between biotransformation and rational angina pectoris therapy. *J. Pharmacol. Exp. Ther.* **1972**, *181*, 489–497.

(25) Isono, T.; Sato, N.; Koibuchi, Y.; Sakai, S.; Yamamoto, T.; Ozaki, R.; Mori, J.; Kohsaka, M.; Ohtsuka, M. Effect of FK409, a novel nitric oxide donor, on acute experimental myocardial ischemia. *Jpn. J. Pharmacol.* **1993**, *62*, 315–324.

(26) BMDP Statistical Software, Inc., Ireland.

(27) Kurtz, M. A.; Lamping, K. G.; Bates, J. N.; Eastham, C. L.; Marcus, L. M.; Harrison, D. G. Mechanism responsible for the heterogeneous coronary microvascular response to nitroglycerin. *Circ. Res.* **1991**, *68*, 847–855.

(28) Bassenge, E. Personal communication.

(29) Martin, W.; Villani, G. M.; Jothianandan, D.; Furchgott, R. F. Selective blockade of endothelium-dependent and glyceryl trinitrate-induced relaxation by haemoglobin and by methylene blue in the rabbit aorta. *J. Pharmacol. Exp. Ther.* **1985**, *232*, 708–716.

(30) Leitold, Von. M.; Hader, S. Influence of antianginal drugs on Lypressin-induced T-wave enhancement in rat ECG. *Arzneim.-Forsch. Drug Res.* **1986**, *36*, 1454–1457.

PAR-VASO-0007218

# Clinical practice parameters for hemodynamic support of pediatric and neonatal septic shock: 2007 update from the American College of Critical Care Medicine*

Joe Brierley, MD; Joseph A. Carcillo, MD; Karen Choong, MD; Tim Cornell, MD; Allan DeCaen, MD;
Andreas Deymann, MD; Allan Doctor, MD; Alan Davis, MD; John Duff, MD; Marc-Andre Dugas, MD;
Alan Duncan, MD; Barry Evans, MD; Jonathan Feldman, MD; Kathryn Felmet, MD; Gene Fisher, MD;
Lorry Frankel, MD; Howard Jeffries, MD; Bruce Greenwald, MD; Juan Gutierrez, MD;
Mark Hall, MD; Yong Y. Han, MD; James Hanson, MD; Jan Hazelzet, MD; Lynn Hernan, MD; Jane Kiff, MD;
Niranjan Kissoon, MD; Alexander Kon, MD; Jose Irazusta, MD; John Lin, MD; Angie Lorts, MD;
Michelle Mariscalco, MD; Renuka Mehta, MD; Simon Nadel, MD; Trung Nguyen, MD; Carol Nicholson, MD;
Mark Peters, MD; Regina Okhuysen-Cawley, MD; Tom Poulton, MD; Monica Relves, MD; Agustin Rodriguez, MD;
Ranna Rozenfeld, MD; Eduardo Schnitzler, MD; Tom Shanley, MD; Sara Skache, MD; Peter Skippen, MD;
Adalberto Torres, MD; Bettina von Dessauer, MD; Jacki Weingarten, MD; Timothy Yeh, MD; Arno Zaritsky, MD;
Bonnie Stojadinovic, MD; Jerry Zimmerman, MD; Aaron Zuckerberg, MD

*Background:* The Institute of Medicine calls for the use of clinical guidelines and practice parameters to promote "best practices" and to improve patient outcomes.

*Objective:* 2007 update of the 2002 American College of Critical Care Medicine Clinical Guidelines for Hemodynamic Support of Neonates and Children with Septic Shock.

*Participants:* Society of Critical Care Medicine members with special interest in neonatal and pediatric septic shock were identified from general solicitation at the Society of Critical Care Medicine Educational and Scientific Symposia (2001–2006).

*Methods:* The Pubmed/MEDLINE literature database (1966–2006) was searched using the keywords and phrases: sepsis, septicemia, septic shock, endotoxemia, persistent pulmonary hypertension, nitric oxide, extracorporeal membrane oxygenation (ECMO), and American College of Critical Care Medicine guidelines. Best practice centers that reported best outcomes were identified and their practices examined as models of care. Using a modified Delphi method, 30 experts graded new literature. Over 30 additional experts then reviewed the updated recommendations. The document was subsequently modified until there was greater than 90% expert consensus.

*Results:* The 2002 guidelines were widely disseminated, translated into Spanish and Portuguese, and incorporated into Society of Critical Care Medicine and AHA sanctioned recommendations. Centers that implemented the 2002 guidelines reported best practice outcomes (hospital mortality 1%–3% in previously healthy, and 7%–10% in chronically ill children). Early use of 2002 guidelines was associated with improved outcome in the community hospital emergency department (number needed to treat = 3.3) and tertiary pediatric intensive care setting (number needed to treat = 3.6); every hour that went by without guideline adherence was associated with a 1.4-fold increased mortality risk. The updated 2007 guidelines continue to recognize an increased likelihood that children with septic shock, compared with adults, require 1) proportionally larger quantities of fluid, 2) inotrope and vasodilator therapies, 3) hydrocortisone for absolute adrenal insufficiency, and 4) ECMO for refractory shock. The major new recommendation in the 2007 update is earlier use of inotrope support through peripheral access until central access is attained.

*Conclusion:* The 2007 update continues to emphasize early use of age-specific therapies to attain time-sensitive goals, specifically recommending 1) first hour fluid resuscitation and inotrope therapy directed to goals of threshold heart rates, normal blood pressure, and capillary refill ≤2 secs, and 2) subsequent intensive care unit hemodynamic support directed to goals of central venous oxygen saturation >70% and cardiac index 3.3–6.0 L/min/m². (Crit Care Med 2009; 37:666–688)

KEY WORDS: guidelines; sepsis; severe sepsis

*See also p. 785.

The American College of Critical Care Medicine (ACCM), which honors individuals for their achievements and contributions to multidisciplinary critical care medicine, is the consultative body of the Society of Critical Care Medicine (SCCM) that possesses recognized expertise in the practice of critical care. The College has developed administrative guidelines and clinical practice parameters for the critical care practitioner. New guidelines and practice parameters are continually developed, and current ones are systematically reviewed and revised.

Dr. Brierley received meeting travel expenses from USCOM Ltd. Dr. Nadel has consulted, received honoraria, and study funding from Eli Lilly. Dr. Shanley has received a research grant from the National Institutes of Health. The remaining authors have not disclosed any potential conflicts of interest.

For information regarding this article, E-mail: carcilloja@ccm.upmc.edu

Copyright © 2009 by the Society of Critical Care Medicine and Lippincott Williams & Wilkins

DOI: 10.1097/CCM.0b013e31819323c6

PAR-VASO-0007219

Neonatal and pediatric severe sepsis outcomes were already improving before 2002 with the advent of neonatal and pediatric intensive care (reduction in mortality from 97% to 9%) (1–4), and were markedly better than in adults (9% compared with 28% mortality) (3). In 2002, the American College of Critical Care Medicine (ACCM) Clinical Practice Parameters for Hemodynamic Support of Pediatric and Neonatal Patients (5) were published, in part, to replicate the reported outcomes associated with implementation of "best clinical practices" (mortality rates of 0%–5% in previously healthy [6–8] and 10% in chronically ill children with septic shock [8]). There are two purposes served by this 2007 update of these 2002 clinical practice parameters. First, this 2007 document examines and grades new studies performed to test the utility and efficacy of the 2002 recommendations. Second, this 2007 document examines and grades relevant new treatment and outcome studies to determine to what degree, if any, the 2002 guidelines should be modified.

## METHODS

More than 30 clinical investigators and clinicians affiliated with the Society of Critical Care Medicine who had special interest in hemodynamic support of pediatric patients with sepsis volunteered to be members of the "update" task force. Subcommittees were formed to review and grade the literature using the evidence-based scoring system of the ACCM. The literature was accrued, in part, by searching Pubmed/MEDLINE using the following keywords and phrases: sepsis, septicemia, septic shock, endotoxemia, persistent pulmonary hypertension (PPHN), nitric oxide (NO), and extracorporeal membrane oxygenation (ECMO). The search was narrowed to identify studies specifically relevant to children. Best practice outcomes were identified and described; clinical practice in these centers was used as a model.

The clinical parameters and guidelines were drafted and subsequently revised using a modification of the Delphi method. Briefly, the initial step included review of the literature and grading of the evidence by topic-based subcommittees during a 6-month period. Subcommittees were formed according to participant interest in each subtopic. The update recommendations from each subcommittee were incorporated into the preexisting 2002 document by the task force chairperson. All members commented on the unified update draft, and modifications were made in an

iterative fashion until <10% of the task force disagreed with any specific or general recommendation. This process occurred during a 1-year period. Reviewers from the ACCM then requested further modifications that were considered for inclusion if supported by evidence and best practice. Grading of the literature and levels of recommendations were based on published ACCM criteria (Table 1).

## RESULTS

### Successful Dissemination, Acceptance, Implementation, and Outcome of 2002 Guidelines

The 2002 guidelines were initially distributed in the English language with official sanctioning by the Society for Critical Care Medicine with publication in *Critical Care Medicine*. The main pediatric algorithm was included in the Pediatric Advanced Life Support (PALS) manual published by the American Heart Association. In addition, the pediatric and newborn treatment algorithms were published in whole or part in multiple textbooks. The guidelines were subsequently published in Spanish and Portuguese allowing for dissemination in much of the American continents. There have been 57 peer-reviewed publications since 2002 that have cited these guidelines. Taken together these findings demonstrate academic acceptance and dissemination of the 2002 guidelines (Tables 2 and 3).

Many studies have tested the observations and recommendations of the 2002 guidelines. These studies reported evidence that the guidelines were useful and effective without any evidence of harm. For example, Wills et al (9) demonstrated near 100% survival when fluid resuscitation was provided to children with den-

gue shock. Maitland et al (10) demonstrated a reduction in mortality from malaria shock from 18% to 4% when albumin was used for fluid resuscitation rather than crystalloid. Han et al reported an association between early use of practice consistent with the 2002 guidelines in the community hospital and improved outcomes in newborns and children (mortality rate 8% vs. 38%; number needed to treat [NNT] = 3.3). Every hour that went by without restoration of normal blood pressure for age and capillary refill <3 secs was associated with a two-fold increase in adjusted mortality odds ratio (11). Ninis et al (12) similarly reported an association between delay in inotrope resuscitation and a 22.6-fold increased adjusted mortality odds ratio in meningococcal septic shock. In a randomized controlled study, Oliveira et al (13) reported that use of the 2002 guidelines with continuous central venous oxygen saturation (Scvo2) monitoring, and therapy directed to maintenance of Scvo2 >70%, reduced mortality from 39% to 12% (NNT = 3.6). In a before and after study, Lin et al (14) reported that implementation of the 2002 guidelines in a U.S. tertiary center achieved best practice outcome with a fluid refractory shock 28-day mortality of 3% and hospital mortality of 6% (3% in previously healthy children; 9% in chronically ill children). This outcome matched the best practice outcomes targeted by the 2002 guidelines (6–8). Similar to the experience of St. Mary's Hospital before 2002 (7), Sophia Children's Hospital in Rotterdam also recently reported a reduction in mortality rate from purpura and severe sepsis from 20% to 1% after implementation of 2002 guideline-based therapy in the referral center, transport system, and tertiary care settings (15). Both of these centers

Table 1. American College of Critical Care Medicine guidelines for evidence-based medicine rating system for strength of recommendation and quality of evidence supporting the references

| Rating system for references | |
|---|---|
| a | Randomized, prospective controlled trial |
| b | Nonrandomized, concurrent or historical cohort investigations |
| c | Peer-reviewed, state of the art articles, review articles, editorials, or substantial case series |
| d | Nonpeer reviewed published opinions, such as textbook statements or official organizational publications |
| Rating system for recommendations | |
| Level 1 | Convincingly justifiable on scientific evidence alone |
| Level 2 | Reasonably justifiable by scientific evidence and strongly supported by expert critical care opinion |
| Level 3 | Adequate scientific evidence is lacking but widely supported by available data and expert opinion |

PAR-VASO-0007220

**Table 2. American College of Critical Care Medicine hemodynamic definitions of shock**

| | |
|---|---|
| Cold or warm shock | Decreased perfusion manifested by altered decreased mental status, capillary refill >2 secs (cold shock) or flash capillary refill (warm shock), diminished (cold shock) or bounding (warm shock) peripheral pulses, mottled cool extremities (cold shock), or decreased urine output <1 mL/kg/h |
| Fluid-refractory/ dopamine-resistant shock | Shock persists despite ≥60 mL/kg fluid resuscitation (when appropriate) and dopamine infusion to 10 μg/kg/min |
| Catecholamine-resistant shock | Shock persists despite use of the direct-acting catecholamines; epinephrine or norepinephrine |
| Refractory shock | Shock persists despite goal-directed use of inotropic agents, vasopressors, vasodilators, and maintenance of metabolic (glucose and calcium) and hormonal (thyroid, hydrocortisone, insulin) homeostasis |

**Table 3. Threshold heart rates and perfusion pressure mean arterial pressure-central venous pressure or mean arterial pressure-intra-abdominal pressure for age**

| Threshold Rates | Heart Rate (bpm) | Mean Arterial Pressure-Central Venous Pressure (mm Hg) |
|---|---|---|
| Term newborn | 120–180 | 55 |
| Up to 1 yr | 120–180 | 60 |
| Up to 2 yrs | 120–160 | 65 |
| Up to 7 yrs | 100–140 | 65 |
| Up to 15 yrs | 90–140 | 65 |

bpm, beats per minute.

Modified from The Harriet Lane Handbook. Thirteenth Edition and National Heart, Lung, and Blood Institute, Bethesda. MD: Report of the second task force on blood pressure control in children - 1987 (306, 307).

also used high flux continuous renal replacement therapy (CRRT) and fresh frozen plasma infusion directed to the goal of normal international normalized ratio (INR) (prothrombin time). In a U.S. child health outcomes database (Kids' Inpatient Database or KID) analysis, hospital mortality from severe sepsis was recently estimated to be 4.2% (2.3% in previously healthy children, and 7.8% in children with chronic illness) (16), a decrease compared with 9% in 1999 (4). Taken together, these studies indirectly and directly support the utility and efficacy of implementation of the time-sensitive, goal-directed recommendations of the 2002 guidelines in the emergency/ delivery room and pediatric intensive care unit/neonatal intensive care unit settings.

## New Major Recommendations in the 2007 Update

Because of the success of the 2002 guidelines, the 2007 update compilation and discussion of the new literature were directed to the question of what changes, if any, should be implemented in the update. The members of the committee were asked whether there are clinical practices which the best outcome practices are using in 2007 that were not recommended in the 2002 guidelines and should be recommended in the 2007 guidelines? The changes recommended were few. Most importantly, there was no change in emphasis between the 2002 guidelines and the 2007 update. The continued emphasis is directed to: 1) first hour fluid resuscitation and inotrope drug therapy directed to goals of threshold heart rates (HR), normal blood pressure, and capillary refill ≤2 secs, and 2) subsequent intensive care unit hemodynamic support directed to goals of $Scvo_2$ >70% and cardiac index 3.3–6.0 L/min/ $m^2$. New recommendations in the 2007 update include the following: 1) The 2002 guidelines recommended not giving cardiovascular agents until central vascular access was attained. This was because there was and still is concern that administration of peripheral vasoactive agents (especially vasopressors) could result in peripheral vascular/tissue injury. However, after implementation of the 2002 guidelines, the literature showed that, depending on availability of skilled personnel, it could take two or more hours to establish central access. Because mortality went up with delay in time to inotrope drug use, the 2007 update now recommends use of peripheral inotropes (not vasopressors) until central access is attained. The committee continues to recommend close monitoring of the peripheral access site to prevent peripheral vascular/tissue injury; 2) The 2002 guidelines made no recommendations on what sedative/analgesic agent(s) to use to facilitate placement of central lines and/or intubation. Multiple editorials and cohort studies have since reported that the use of etomidate was associated with increased severity of illness adjusted mortality in adults and children with septic shock. The 2007 update now states that etomidate is not recommended for children with septic shock unless it is used in a randomized controlled trial format. For now, the majority of the committee uses atropine and ketamine for invasive procedures in children with septic shock. Little experience is available with ketamine use in newborn septic shock and the committee makes no recommendation in this population; 3) Since 2002, cardiac output (CO) can be measured not only with a pulmonary artery catheter, but also with Doppler echocardiography, or a pulse index contour cardiac output catheter catheter, or a femoral artery thermodilution catheter. Titration of therapy to CO 3.3–6.0 L/min/$m^2$ remains the goal in patients with persistent catecholamine resistant shock in 2007 guidelines. Doppler echocardiography can also be used to direct therapies to a goal of superior vena cava (SVC) flow >40 mL/ min/kg in very low birth weight (VLBW) infants; 4) There are several new potential rescue therapies reported since the 2002 guidelines. In children, enoximone and levosimendan have been highlighted in case series and case reports. Unlike vasopressin, which had been suggested by some as a vasoplegia rescue therapy, these agents are suggested by some as recalcitrant cardiogenic shock rescue agents. In newborns, inhaled prostacyclin and intravenous (IV) adenosine were reportedly successful in refractory PPHN. The 2007 update recommends further evaluation of these new agents in appropriate patient settings; and 5) The 2002 guidelines made no recommendation on fluid removal. Although fluid resuscitation remains the hallmark and first step of septic shock resuscitation, two cohort studies showed the importance of fluid removal in fluid overloaded septic shock/ multiple organ failure patients. The 2007 update recommends that fluid removal using diuretics, peritoneal dialysis, or CRRT is indicated in patients who have been adequately fluid resuscitated but cannot maintain subsequent even-fluid balance through native urine output. This can be done when such patients develop new onset hepatomegaly, rales, or 10% body weight fluid overload.

PAR-VASO-0007221

## Literature and Best Practice Review

*Developmental Differences in the Hemodynamic Response to Sepsis in Newborns, Children, and Adults.* The predominant cause of mortality in adult septic shock is vasomotor paralysis (17). Adults have myocardial dysfunction manifested as a decreased ejection fraction; however, CO is usually maintained or increased by two mechanisms: tachycardia and reduced systemic vascular resistance (SVR). Adults who do not develop this process to maintain CO have a poor prognosis (18, 19). Pediatric septic shock is associated with severe hypovolemia, and children frequently respond well to aggressive volume resuscitation; however, the hemodynamic response of fluid resuscitated vasoactive-dependent children seems diverse compared with adults. Contrary to the adult experience, low CO, not low SVR, is associated with mortality in pediatric septic shock (20–29). Attainment of the therapeutic goal of CI 3.3–6.0 L/min/m$^2$ may result in improved survival (21, 29). Also contrary to adults, a reduction in oxygen delivery rather than a defect in oxygen extraction, can be the major determinant of oxygen consumption in children (22). Attainment of the therapeutic goal of oxygen consumption (Vo$_2$) >200 mL/min/m$^2$ may also be associated with improved outcome (21).

It was not until 1998 that investigators reported patient outcome when aggressive volume resuscitation (60 mL/kg fluid in the first hour) and goal-directed therapies (goal, CI 3.3–6.0 L/min/m$^2$ and normal pulmonary capillary wedge pressure) (21) were applied to children with septic shock (29). Ceneviva et al (29) reported 50 children with fluid-refractory (≥60 mL/kg in the first hour), dopamine-resistant shock. The majority (58%) showed a low CO/high SVR state, and 22% had low CO and low vascular resistance. Hemodynamic states frequently progressed and changed during the first 48 hrs. Persistent shock occurred in 33% of the patients. There was a significant decrease in cardiac function over time, requiring addition of inotropes and vasodilators. Although decreasing cardiac function accounted for the majority of patients with persistent shock, some showed a complete change from a low output state to a high output/low SVR state (30–33). Inotropes, vasopressors, and vasodilators were directed to maintain normal CI and SVR in the patients.

Mortality from fluid-refractory, dopamine-resistant septic shock in this study (18%) was markedly reduced compared with mortality in the 1985 study (58%) (29), in which aggressive fluid resuscitation was not used. Since 2002, investigators have used Doppler ultrasound to measure CO (34), and similarly reported that previously healthy children with meningococcemia often had a low CO with a high mortality rate, whereas CO was high and mortality rate was low in septic shock related to catheter-associated blood stream infections.

Neonatal septic shock can be complicated by the physiologic transition from fetal to neonatal circulation. *In utero,* 85% of fetal circulation bypasses the lungs through the ductus arteriosus and foramen ovale. This flow pattern is maintained by suprasystemic pulmonary vascular resistance in the prenatal period. At birth, inhalation of oxygen triggers a cascade of biochemical events that ultimately result in reduction in pulmonary vascular resistance and artery pressure and transition from fetal to neonatal circulation with blood flow now being directed through the pulmonary circulation. Closure of the ductus arteriosus and foramen ovale complete this transition. Pulmonary vascular resistance and artery pressures can remain elevated and the ductus arteriosus can remain open for the first 6 wks of life, whereas the foramen ovale may remain probe patent for years. Sepsis-induced acidosis and hypoxia can increase pulmonary vascular resistance and thus arterial pressure and maintain patency of the ductus arteriosus, resulting in PPHN of the newborn and persistent fetal circulation. Neonatal septic shock with PPHN can be associated with increased right ventricle work. Despite *in utero* conditioning, the thickened right ventricle may fail in the presence of systemic pulmonary artery pressures. Decompensated right ventricular failure can be clinically manifested by tricuspid regurgitation and hepatomegaly. Newborn animal models of group B streptococcal and endotoxin shock have also documented reduced CO, and increased pulmonary, mesenteric, and SVR (35–39). Therapies directed at reversal of right ventricle failure, through reduction of pulmonary artery pressures, are commonly needed in neonates with fluid-refractory shock and PPHN.

The hemodynamic response in premature, VLBW infants with septic shock (<32 wks gestation, <1000 g) is least understood. Most hemodynamic information is derived only from echocardiographic evaluation and there are few septic shock studies in this population. Neonatology investigators often fold septic shock patients into "respiratory distress syndrome" and "shock" studies rather than conduct septic shock studies alone. Hence, the available clinical evidence on the hemodynamic response in premature infants for the most part is in babies with respiratory distress syndrome or shock of undescribed etiology. In the first 24 hrs after birth during the "transitional phase," the neonatal heart must rapidly adjust to a high vascular resistance state compared with the low resistance placenta. CO and blood pressure may decrease when vascular resistance is increased (40). However, the literature indicates that premature infants with shock can respond to volume and inotropic therapies with improved stroke volume (SV), contractility, and blood pressure (41–54).

Several other developmental considerations influence shock therapy in the premature infant. Relative initial deficiencies in the thyroid and parathyroid hormone axes have been reported and can result in the need for thyroid hormone and/or calcium replacement.(55, 56) Hydrocortisone has been examined in this population as well. Since 2002, randomized controlled trials showed that prophylactic use of hydrocortisone on day 1 of life reduced the incidence of hypotension in this population, (57) and a 7-day course of hydrocortisone reduced the need for inotropes in VLBW infants with septic shock (58–60). Immature mechanisms of thermogenesis require attention to external warming. Reduced glycogen stores and muscle mass for gluconeogenesis require attention to maintenance of serum glucose concentration. Standard practices in resuscitation of preterm infants in septic shock use a more graded approach to volume resuscitation and vasopressor therapy compared with resuscitation of term neonates and children. This more cautious approach is a response to anecdotal reports that preterm infants at risk for intraventricular hemorrhage (<30 wks gestation) can develop hemorrhage after rapid shifts in blood pressure; however, some now question whether long-term neurologic outcomes are related to periventricular leukomalacia (a result of prolonged under perfusion) more than to intraventricular hemorrhage. Another complicating factor in VLBW infants is the persistence

PAR-VASO-0007222

of the patent ductus arteriosus. This can occur because immature muscle is less able to constrict. The majority of infants with this condition are treated medically with indomethacin, or in some circumstances with surgical ligation. Rapid administration of fluid may further increase left to right shunting through the ductus with ensuant pulmonary edema.

One single-center randomized control trial reported improved outcome with use of daily 6-hr pentoxyfilline infusions in very premature infants with sepsis (61, 62). This compound is both a vasodilator and an anti-inflammatory agent. A Cochrane analysis agrees that this promising therapy deserves evaluation in a multicentered trial setting (63).

## What Clinical Signs and Hemodynamic Variables Can be Used to Direct Treatment of Newborn and Pediatric Shock?

Shock can be defined by clinical variables, hemodynamic variables, oxygen utilization variables, and/or cellular variables; however, after review of the literature, the committee continues to choose to define septic shock by clinical, hemodynamic, and oxygen utilization variables only. This decision may change at the next update. For example, studies demonstrate that blood troponin concentrations correlate well with poor cardiac function and response to inotropic support in children with septic shock (64–66). Lactate is recommended in adult septic shock laboratory testing bundles for both diagnosis and subsequent monitoring of therapeutic responses. However, most adult literature continues to define shock by clinical hypotension, and recommends using lactate concentration to identify shock in normotensive adults. For now the overall committee recommends early recognition of pediatric septic shock using clinical examination, not biochemical tests. Two members dissent from this recommendation and suggest use of lactate as well.

Ideally, shock should be clinically diagnosed before hypotension occurs by clinical signs, which include hypothermia or hyperthermia, altered mental status, and peripheral vasodilation (warm shock) or vasoconstriction with capillary refill >2 secs (cold shock). Threshold HR associated with increased mortality in critically ill (not necessarily septic) infants are a HR <90 beats per minute (bpm) or >160 bpm, and in children are

a HR <70 bpm or >150 bpm (67). Emergency department therapies should be directed toward restoring normal mental status, threshold HRs, peripheral perfusion (capillary refill <3 secs), palpable distal pulses, and normal blood pressure for age (Table 3) (11). Orr et al reported that specific hemodynamic abnormalities in the emergency department were associated with progressive mortality (in parenthesis): eucardia (1%) < tachycardia/bradycardia (3%) < hypotension with capillary refill <3 secs (5%) < normotension with capillary refill greater than 3 secs (7%) < hypotension with capillary refill greater than 3 secs (33%). Reversal of these hemodynamic abnormalities using ACCM/PALS recommended therapy was associated with a 40% reduction in mortality odds ratio regardless of the stage of hemodynamic abnormality at the time of presentation (68). One member of the committee wishes to emphasize that these signs are important only if the patients are considered ill.

In both neonates and children, shock should be further evaluated and resuscitation treatment guided by hemodynamic variables including perfusion pressure (mean arterial pressure [MAP] minus central venous pressure) and CO. As previously noted, blood flow (Q) varies directly with perfusion pressure (dP) and inversely with resistance (R). This is mathematically represented by $Q = dP/R$. For the systemic circulation this is represented by CO = (MAP − central venous pressure)/SVR. This relationship is important for organ perfusion. In the kidney, for example, renal blood flow = (mean renal arterial pressure − mean renal venous pressure)/renal vascular resistance. The kidney and brain have vasomotor autoregulation, which maintains blood flow in low blood pressure (MAP or renal arterial pressure) states. At some critical point, perfusion pressure is reduced below the ability of the organ to maintain blood flow.

One goal of shock treatment is to maintain perfusion pressure above the critical point below which blood flow cannot be effectively maintained in individual organs. The kidney receives the second highest blood flow relative to its mass of any organ in the body, and measurement of urine output (with the exception of patients with hyperosmolar states such as hyperglycemia which leads to osmotic diuresis) and creatinine clearance can be used as an indicator of adequate blood flow and perfusion pressure.

Maintenance of MAP with norepinephrine has been shown to improve urine output and creatinine clearance in hyperdynamic sepsis (69). Producing a supranormal MAP above this point is likely not of benefit (70).

Reduction in perfusion pressure below the critical point necessary for adequate splanchnic organ perfusion can also occur in disease states with increased intra-abdominal pressure (IAP) such as bowel wall edema, ascites, or abdominal compartment syndrome. If this increased IAP is not compensated for by an increase in contractility that improves MAP despite the increase in vascular resistance, then splanchnic perfusion pressure is decreased. Therapeutic reduction of IAP (measured by intrabladder pressure) using diuretics and/or peritoneal drainage for IAP >12 mm Hg, and surgical decompression for >30 mm Hg, results in restoration of perfusion pressure and has been shown to improve renal function in children with burn shock (71).

Normative blood pressure values in the VLBW newborn have been reassessed. A MAP <30 mm Hg is associated with poor neurologic outcome and survival, and is considered the absolute minimum tolerable blood pressure in the extremely premature infant (42). Because blood pressure does not necessarily reflect CO, it is recommended that normal CO and/or SVC flow, measured by Doppler echocardiography, be a primary goal as well (72–82).

Although perfusion pressure is used as a surrogate marker of adequate flow, the previous equation shows that organ blood flow (Q) correlates directly with perfusion pressure and inversely with vascular resistance. If the ventricle is healthy, an elevation of SVR results in hypertension with maintenance of CO. Conversely, if ventricular function is reduced, the presence of normal blood pressure with high vascular resistance means that CO is reduced. If the elevation in vascular resistance is marked, the reduction in blood flow results in shock.

A CI between 3.3 and 6.0 L/min/m² is associated with best outcomes in septic shock patients (21) compared with patients without septic shock for whom a CI above 2.0 L/min/m² is sufficient (83). Attainment of this CO goal is often dependent on attaining threshold HRs. However, if the HR is too high, then there is not enough time to fill the coronary arteries during diastole, and contractility and CO will decrease. Coronary perfusion

PAR-VASO-0007223

may be further reduced when an unfavorable transmural coronary artery filling pressure is caused by low diastolic blood pressure (DBP) and/or high end-diastolic ventricular pressure. In this scenario, efforts should be made to improve coronary perfusion pressure and reverse the tachycardia by giving volume if the SV is low, or an inotrope if contractility is low. Because $CO = HR \times SV$, therapies directed to increasing SV will often reflexively reduce HR and improve CO. This will be evident in improvement of the shock index (HR/systolic blood pressure), as well as CO. Children have limited HR reserve compared with adults because they are already starting with high basal HRs. For example, if SV is reduced due to endotoxin-induced cardiac dysfunction, an adult can compensate for the fall in SV by increasing HR two-fold from 70 to 140 bpm, but a baby cannot increase her HR from 140 bpm to 280 bpm. Although tachycardia is an important method for maintaining CO in infants and children, the younger the patient, the more likely this response will be inadequate and the CO will fall. In this setting, the response to falling SV and contractility is to vasoconstrict to maintain blood pressure. Increased vascular resistance is clinically identified by absent or weak distal pulses, cool extremities, prolonged capillary refill, and narrow pulse pressure with relatively increased DBP. The effective approach for these children is vasodilator therapy with additional volume loading as vascular capacity is expanded. Vasodilator therapy reduces afterload and increases vascular capacitance. This shifts the venous compliance curve so that more volume can exist in the right and left ventricles at a lower pressure. In this setting, giving volume to restore filling pressure results in a net increase in end-diastolic volume (i.e., preload) and a higher CO at the same or lower filling pressures. Effective use of this approach results in a decreased HR and improved perfusion.

At the other end of the spectrum, a threshold minimum HR is also needed because if the HR is too low then CO will be too low ($CO = HR \times SV$). This can be attained by using an inotrope that is also a chronotrope. In addition to threshold HRs, attention must also be paid to DBP. If the DBP–central venous pressure is too low then addition of an inotrope/vasopressor agent such as norepinephrine may be required to improve diastolic coronary blood flow. Conversely, if wall stress is too high due to an increased end-diastolic ventricular pressure and diastolic volume secondary to fluid overload, then a diuretic may be required to improve SV by moving leftward on the overfilled Starling function curve. The effectiveness of these maneuvers will similarly be evidenced by improvement in the HR/systolic blood pressure shock index, CO, and SVR along with improved distal pulses, skin temperature, and capillary refill.

Shock should also be assessed and treated according to oxygen utilization measures. Measurement of CO and $O_2$ consumption were proposed as being of benefit in patients with persistent shock because a CI between 3.3 and 6.0 L/min/m² and $O_2$ consumption >200 mL/min/m² are associated with improved survival (21). Low CO is associated with increased mortality in pediatric septic shock (20–29). In one study, children with fluid-refractory, dopamine-resistant shock were treated with goal-directed therapy (CI >3.3 and <6 L/min/m²) and found to have improved outcomes compared with historical reports (29). Because low CO is associated with increased $O_2$ extraction, (22) Scvo₂ saturation can be used as an indirect indicator of whether CO is adequate to meet tissue metabolic demand. If tissue oxygen delivery is adequate, then assuming a normal arterial oxygen saturation of 100%, mixed venous saturation is >70%. Assuming a hemoglobin concentration of 10 g/dL and 100% arterial $O_2$ saturation then a CI >3.3 L/min/m² with a normal oxygen consumption of 150 mL/min/m² ($O_2$ consumption = CI × [arterial $O_2$ content − venous $O_2$ content]) results in a mixed venous saturation of >70% because 150 mL/min/m² = 3.3 L/min/m² × [1.39 × 10 g/dL + Pao₂ × 0.003] × 10 × [1 −0.7]. In an emergency department study in adults with septic shock, maintenance of SVC $O_2$ saturation >70% by use of blood transfusion to a hemoglobin of 10 g/dL and inotropic support to increase CO, resulted in a 40% reduction in mortality compared with a group in whom MAP and central venous pressure were maintained at usual target values without attention to SVC $O_2$ saturation (84). Since 2002, Oliveira et al (13) reproduced this finding in children with septic shock reducing mortality from 39% to 12% when directing therapy to the goal of Scvo₂ saturation >70% (NNT 3.6).

In VLBW infants, SVC blood flow measurement was reportedly useful in assessing the effectiveness of shock therapies. The SVC flow approximates blood flow from the brain. A value >40 mL/kg/min is associated with improved neurologic outcomes and survival (78–82). Scvo₂ saturation can be used in low birth weight infants but may be misleading in the presence of left to right shunting through the patent ductus arteriosus.

*Intravascular Access.* Vascular access for fluid resuscitation and inotrope/vasopressor infusion is more difficult to attain in newborns and children compared with adults. To facilitate a rapid approach to vascular access in critically ill infants and children, the American Heart Association and the American Academy of Pediatrics developed neonatal resuscitation program and PALS guidelines for emergency establishment of intravascular support (85, 86). Essential age-specific differences include use of umbilical artery and umbilical venous access in newborns, and rapid use of intraosseous access in children. Ultrasound guidance may have a role in the placement of central lines in children.

*Fluid Therapy.* Several fluid resuscitation trials have been performed since 2002. For example, several randomized trials showed that when children with mostly stage III (narrow pulse pressure/tachycardia) and some stage IV (hypotension) World Health Organization classification dengue shock received fluid resuscitation in the emergency department, there was near 100% survival regardless of the fluid composition used (6, 9, 87, 88). In a randomized controlled trial, Maitland et al (10) demonstrated a reduction in malaria septic shock mortality from 18% to 4% when albumin was used compared with crystalloid. The large randomized adult SAFE trial that compared crystalloid vs. albumin fluid resuscitation reported a trend toward improved outcome ($p < 0.1$) in septic shock patients who received albumin (89). Preference for the exclusive use of colloid resuscitation was made based on a clinical practice position article from a group who reported outstanding clinical results in resuscitation of meningococcal septic shock (5% mortality) both using 4% albumin exclusively (20 mL/kg boluses over 5–10 mins) and intubating and ventilating all children who required greater than 40 mL/kg (7). In an Indian trial of fluid resuscitation of pediatric septic shock, there was no difference in outcome with gelatin compared with crystalloid (90). In the initial clinical case series

PAR-VASO-0007224

that popularized the use of aggressive volume resuscitation for reversal of pediatric septic shock, a combination of crystalloid and colloid therapies was used (91). Several new investigations examined both the feasibility of the 2002 guideline recommendation of rapid fluid resuscitation as well as the need for fluid removal in patients with subsequent oliguria after fluid resuscitation. The 2002 guideline recommended rapid 20 mL/kg fluid boluses over 5 mins followed by assessment for improved perfusion or fluid overload as evidenced by new onset rales, increased work of breathing, and hypoxemia from pulmonary edema, hepatomegaly, or a diminishing MAP−central venous pressure. Emergency medicine investigators reported that 20 mL/kg of crystalloid or colloid can be pushed over 5 mins, or administered via a pressure bag over 5 mins through a peripheral and/or central IV line (92). Ranjit et al (93) reported improved outcome from dengue and bacterial septic shock when they implemented a protocol of aggressive fluid resuscitation followed by fluid removal using diuretics and/or peritoneal dialysis if oliguria ensued. In this regard, Foland et al (94) similarly reported that patients with multiple organ failure who received CRRT when they were <10% fluid overloaded had better outcomes than those who were >10% fluid overloaded. Similarly, two best outcome practices reported routine use of CRRT to prevent fluid overload while correcting prolonged INR with plasma infusion in patients with purpura and septic shock (7, 15).

The use of blood as a volume expander was examined in two small pediatric observational studies, but no recommendations were given by the investigators (95, 96). In the previously mentioned study by Oliveira et al (13) reporting improved outcome with use of the 2002 ACCM guidelines and continuous Scvo₂ saturation monitoring, the treatment group received more blood transfusions directed to improvement of Scvo₂ saturation to >70% (40% vs. 7%). This finding agrees with the results of Rivers (84) who transfused patients with a SVC oxygen saturation <70% to assure a hemoglobin of 10 g/dL as part of goal-directed therapy based on central venous oxygen saturation. Although the members of the task force use conservative goals for blood transfusion in routine critical illness, the observations that for patients with septic shock, transfusion to a goal hemoglobin >10 g/dL to achieve Scvo₂ >70% is associated with increased survival suggests that this higher hemoglobin goal is warranted in this population.

Fluid infusion is best initiated with boluses of 20 mL/kg, titrated to assuring an adequate blood pressure and clinical monitors of CO including HR, quality of peripheral pulses, capillary refill, level of consciousness, peripheral skin temperature, and urine output. Initial volume resuscitation commonly requires 40−60 mL/kg but can be as much as 200 mL/kg (28, 91, 97−104). Patients who do not respond rapidly to initial fluid boluses, or those with insufficient physiologic reserve, should be considered for invasive hemodynamic monitoring. Monitoring filling pressures can be helpful to optimize preload and thus CO. Observation of little change in the central venous pressure in response to a fluid bolus suggests that the venous capacitance system is not overfilled and that more fluid is indicated. Observation that an increasing central venous pressure is met with reduced MAP−central venous pressure suggests that too much fluid has been given. Large volumes of fluid for acute stabilization in children have not been shown to increase the incidence of the acute respiratory distress syndrome (91, 103) or cerebral edema (91, 104). Increased fluid requirements may be evident for several days secondary to loss of fluid from the intravascular compartment when there is profound capillary leak (28). Routine fluid choices include crystalloids (normal saline or lactated Ringers) and colloids (dextran, gelatin, or 5% albumin) (6, 105−114). Fresh frozen plasma may be infused to correct abnormal prothrombin time and partial thromboplastin time values, but should not be pushed because it may produce acute hypotensive effects likely caused by vasoactive kinins and high citrate concentration. Because oxygen delivery depends on hemoglobin concentration, hemoglobin should be maintained at a minimum of 10 g/dL (13, 84). Diuretics/peritoneal dialysis/CRRT are indicated for patients who develop signs and symptoms of fluid overload.

*Mechanical Ventilation.* There are several reasons to initiate intubation and ventilation in relation to the hemodynamic support of patients with septic shock. In practice, the first indication is usually the need to establish invasive hemodynamic monitoring. In uncooperative, coagulopathic infants, this is most safely accomplished in the sedated, immobilized patient. This step should be considered in any patient who is not rapidly stabilized with fluid resuscitation and peripherally administered inotropes.

Ventilation also provides mechanical support for the circulation. Up to 40% of CO may be required to support the work of breathing, and this can be unloaded by ventilation, diverting flow to vital organs. Increased intrathoracic pressure also reduces left ventricular afterload that may be beneficial in patients with low CI and high SVR. Ventilation may also provide benefits in patients with elevated pulmonary vascular resistance. Mild hyperventilation may also be used to compensate for metabolic acidosis by altering the respiratory component of acid-base balance. Caution must be exercised as excessive ventilation may impair CO, particularly in the presence of hypovolemia. Additional volume loading is often necessary at this point.

Sedation and ventilation also facilitate temperature control and reduce oxygen consumption. Importantly but less commonly, ventilation is required because of clinical and laboratory evidence of respiratory failure, impaired mental state, or moribund condition.

*Sedation for Invasive Procedures or Intubation.* Airway and breathing can initially be managed according to PALS guidelines using head positioning, and a high flow oxygen delivery system. A report published since 2002 supports early management of dengue shock using high flow nasal cannula O₂/continuous positive airway pressure (115). When intubation or invasive procedures are required, patients are at risk of worsening hypotension from the direct myocardial depressant and vasodilator effects of induction agents as well as indirect effects due to blunting of endogenous catecholamine release. Propofol, thiopental, benzodiazepines, and inhalational agents all carry these risks. Yamamoto (116) and others (7, 15) suggest using ketamine with atropine premedication for sedation and intubation in septic shock. Ketamine is a central NMDA receptor blocker, which blocks nuclear factor-kappa B transcription and reduces systemic interleukin-6 production while maintaining an intact adrenal axis, which in turn maintains cardiovascular stability (117−125). Ketamine can also be used as a sedation/analgesia infusion to maintain cardiovascular stability during mechanical ventilation (126). Etomidate is popular as

PAR-VASO-0007225

an induction agent because it maintains cardiovascular stability through blockade of the vascular K+ channel; however, even one dose used for intubation is independently associated with increased mortality in both children and adults with septic shock, possibly secondary to inhibition of adrenal corticosteroid biosynthesis. Therefore, it is not recommended for this purpose (127–131). Only one member of the task force continues to support use of etomidate in pediatric septic shock with the caveat that stress dose hydrocortisone be administered. Little has been published on the use of ketamine or etomidate in newborns with shock so we cannot make recommendations for or against the use of these drugs in newborns. When intubation and ventilation are required the use of neuromuscular blocking agents should be considered.

*Intravascular Catheters and Monitoring.* Minimal invasive monitoring is necessary in children with fluid-responsive shock; however, central venous access and arterial pressure monitoring are recommended in children with fluid-refractory shock. Maintenance of perfusion pressure (MAP−central venous pressure), or (MAP−IAP) if the abdomen is tense secondary to bowel edema or ascitic fluid, is considered necessary for organ perfusion (38). Echocardiography is considered an appropriate noninvasive tool to rule out the presence of pericardial effusion, evaluate contractility, and depending on the skills of the echocardiographer, check ventricular filling. Doppler echocardiography can be used to measure CO and SVC flow. CO >3.3 L/min/m$^2$ <6.0 L/min/m$^2$ and SVC flow >40 mL/kg/min in newborns are associated with improved survival and neurologic function. Goal-directed therapy to achieve an Scvo$_2$ saturation >70% is associated with improved outcome (13). To gain accurate measures of Scvo$_2$, the tip of the catheter must be at or close to the SVC-right atrial or inferior vena cava-right atrial junction (132). A pulmonary artery catheter, pulse index contour cardiac output catheter, or femoral artery thermodilution catheter can be used to measure CO (133) in those who remain in shock despite therapies directed to clinical signs of perfusion, MAP-central venous pressure, Scvo$_2$, and echocardiographic analyses (134–144). The pulmonary artery catheter measures the pulmonary artery occlusion pressure to help identify selective left ventricular dysfunction, and can be used to determine the relative contribution of right

and left ventricle work. The pulse index contour cardiac output catheter estimates global end-diastolic volume in the heart (both chambers) and extravascular lung water and can be used to assess whether preload is adequate. None of these techniques is possible in neonates and smaller infants. Other noninvasive monitors undergoing evaluation in newborns and children include percutaneous venous oxygen saturation, aortic ultrasound, perfusion index (pulse-oximetry), near infrared spectroscopy, sublingual Pco$_2$, and sublingual microvascular orthogonal polarization spectroscopy scanning. All show promise; however, none have been tested in goal-directed therapy trials (145–152).

## Cardiovascular Drug Therapy

When considering the use of cardiovascular agents in the management of infants and children with septic shock, several important points need emphasis. The first is that septic shock represents a dynamic process so that the agents selected and their infusion dose may have to be changed over time based on the need to maintain adequate organ perfusion. It is also important to recognize that the vasoactive agents are characterized by varying effects on SVR and pulmonary vascular resistance (i.e., vasodilators or vasopressors), contractility (i.e., inotropy) and HR (chronotropy). These pharmacologic effects are determined by the pharmacokinetics of the agent and the pharmacodynamics of the patient's response to the agent. In critically ill septic children, perfusion and function of the liver and kidney are often altered, leading to changes in drug pharmacokinetics with higher concentrations observed than anticipated. Thus, the infusion doses quoted in many textbooks are approximations of starting rates and should be adjusted based on the patient's response. The latter is also determined by the pharmacodynamic response to the agent, which is commonly altered in septic patients. For example, patients with sepsis have a well-recognized reduced response to alpha-adrenergic agonists that is mediated by excess NO production as well as alterations in the alpha-adrenergic receptor system. Similarly, cardiac beta-adrenergic responsiveness may be reduced by the effect of NO and other inflammatory cytokines.

## Inotropes

Dopamine (5–9 μg/kg/min), dobutamine, or epinephrine (0.05–0.3 μg/kg/min) can be used as first-line inotropic support. Dobutamine may be used when there is a low CO state with adequate or increased SVR (29, 84, 153–165). Dobutamine or mid-dosage dopamine can be used as the first line of inotropic support if supported by clinical and objective data (e.g., assessment of contractility by echocardiogram) when one of the initial goals is to increase cardiac contractility in patients with normal blood pressure. However, children <12 months may be less responsive (161). Recent adult data raises the concern of increased mortality with the use of dopamine (166). There is not a clear explanation for these observations. Possible explanations include the action of a dopamine infusion to reduce the release of hormones from the anterior pituitary gland, such as prolactin, through stimulation of the DA$_2$ receptor, which can have important immunoprotective effects, and inhibition of thyrotropin releasing hormone release. Adult data favors the use of norepinephrine as a first line agent in fluid-refractory vasodilated (and often hypotensive) septic shock (167–170). Although the majority of adults with fluid-refractory, dopamine-resistant shock have high CO and low SVR, children with this condition predominantly have low CO.

Dobutamine- or dopamine-refractory low CO shock may be reversed with epinephrine infusion (29, 171–174). Epinephrine is more commonly used in children than in adults. Some members of the committee recommend use of low-dose epinephrine as a first-line choice for cold hypodynamic shock. It is clear that epinephrine has potent inotropic and chronotropic effects, but its effects on peripheral vascular resistance and the endocrine stress response may result in additional problems. At lower infusion doses (<0.3 μ/kg/min) epinephrine has greater beta-2-adrenergic effects in the peripheral vasculature with little alpha-adrenergic effect so that SVR falls, particularly in the skeletal musculature and skin. This may redirect blood flow away from the splanchnic circulation even though blood pressure and CO increases. This effect of epinephrine likely explains the observation that epinephrine transiently reduces gastric intramucosal pH in adults and animals with hyperdynamic sepsis (175), but there are no data avail-

PAR-VASO-0007226

able to evaluate whether gut injury does or does not occur with epinephrine use in children. Epinephrine stimulates gluconeogenesis and glycogenolysis, and inhibits the action of insulin, leading to increased blood glucose concentrations. In addition, as part of the stimulation of gluconeogenesis, epinephrine increases the shuttle of lactate to the liver as a substrate for glucose production (the Cori cycle). Thus, patients on epinephrine infusion have increased plasma lactate concentrations independent of changes in organ perfusion, making this parameter somewhat more difficult to interpret in children with septic shock.

Ideally, epinephrine should be administered by a secure central venous route, but in an emergency it may be infused through a peripheral IV route or through an intraosseous needle while attaining central access. The American Heart Association/PALS guidelines for children recommends the initial use of epinephrine by peripheral IV or interosseous for cardiopulmonary resuscitation or postcardiopulmonary resuscitation shock, and by the intramuscular route for anaphylaxis (176). Even though a common perception, there is no data clarifying if the peripheral infiltration of epinephrine produces more local damage than observed with dopamine. The severity of local symptoms likely depends on the concentration of the vasoactive drug infusion and the duration of the peripheral infiltration before being discovered. If peripheral infiltration occurs with any catecholamine, its adverse effects may be antagonized by local subcutaneous infiltration with phentolamine, 1–5 mg diluted in 5 mL of normal saline.

## Vasodilators

When pediatric patients are normotensive with a low CO and high SVR, initial treatment of fluid-refractory patients consists of the use of an inotropic agent such as epinephrine or dobutamine that tends to lower SVR. In addition, a short-acting vasodilator may be added, such as sodium nitroprusside or nitroglycerin to recruit microcirculation (177–182) and reduce ventricular afterload resulting in better ventricular ejection and global CO, particularly when ventricular function is impaired. Orthogonal polarizing spectroscopy showed that addition of systemic IV nitroglycerin to dopamine/norepinephrine infusion restored tongue microvascular blood flow

during adult septic shock (183). Nitrovasodilators can be titrated to the desired effect, but use of nitroprusside is limited if there is reduced renal function secondary to the accumulation of sodium thiocyanate; use of nitroglycerin may also have limited utility over time through the depletion of tissue thiols that are important for its vasodilating effect. Other vasodilators that have been used in children include prostacyclin, pentoxifylline, dopexamine, and fenoldopam (184–189).

An alternative approach to improve cardiac contractility and lower SVR is based on the use of type III phosphodiesterase inhibitors (PDEIs) (190–196). This class of agents, which includes milrinone and inamrinone (formerly amrinone, but the name was changed to avoid confusion with amiodarone), has a synergistic effect with beta-adrenergic agonists since the latter agents stimulate intracellular cyclic adenosine monophosphate (cAMP) production, whereas the PDEIs increase intracellular cAMP by blocking its hydrolysis. Because the PDEIs do not depend on a receptor mechanism, they maintain their action even when the beta-adrenergic receptors are down-regulated or have reduced functional responsiveness. The main limitation of these agents is their need for normal renal function (for milrinone clearance) and liver function (for inamrinone clearance). Inamrinone and milrinone are rarely used in adults with septic shock because catecholamine refractory low CO and high vascular resistance is uncommon; however, this hemodynamic state represents a major proportion of children with fluid-refractory, dopamine-resistant shock. Fluid boluses are likely to be required if inamrinone or milrinone are administered with full loading doses. Because milrinone and inamrinone have long half lifes (1–10 hrs depending on organ function) it can take 3–30 hrs to reach 90% of steady state if no loading dose is used. Although recommended in the literature some individuals in the committee choose not to use boluses of inamrinone or milrinone. This group administers the drugs as a continuous infusion only. Other members divide the bolus in five equal aliquots administering each aliquot over 10 mins if blood pressure remains within an acceptable range. If blood pressure falls, it is typically because of the desired vasodilation and can be reversed by titrated (e.g., 5 mL/kg) boluses of isotonic crystalloid or colloid. Because of the long elimination half-life, these drugs should

be discontinued at the first sign of arrhythmia, or hypotension caused by excessively diminished SVR. Hypotension-related toxicity can also be potentially overcome by beginning norepinephrine or vasopressin. Norepinephrine counteracts the effects of increased cAMP in vascular tissue by stimulating the alpha receptor resulting in vasoconstriction. Norepinephrine has little effect at the vascular $\beta_2$ receptor.

Rescue from refractory shock has been described in case reports and series using two medications with type III phosphodiesterase activity. Levosimendan is a promising new medication that increases $Ca^{++}$/actin/tropomyosin complex binding sensitivity and also has some type III PDEI and adenosine triphosphate-sensitive $K^+$ channel activity. Because one of the pathogenic mechanisms of endotoxin-induced heart dysfunction is desensitization of $Ca^{++}$/actin/tropomyosin complex binding (197–202), this drug allows treatment at this fundamental level of signal transduction overcoming the loss of contractility that characterizes septic shock. Enoximone is a type III PDEI with 10 times more $\beta_1$ cAMP hydrolysis inhibition than $\beta_2$ cAMP hydrolysis inhibition (203–205). Hence, it can be used to increase cardiac performance with less risk of undesired hypotension.

## Vasopressor Therapy

Dopamine remains the first-line vasopressor for fluid-refractory hypotensive shock in the setting of low SVR. However, there is some evidence that patients treated with dopamine have a worse outcome than those treated without dopamine (206) and that norepinephrine, when used exclusively in this setting, leads to adequate outcomes (168). There is also literature demonstrating an age-specific insensitivity to dopamine (207–216). Dopamine causes vasoconstriction by releasing norepinephrine from sympathetic vesicles as well as acting directly on alpha-adrenergic receptors. Immature animals and young humans (<6 months) may not have developed their full component of sympathetic innervation so they have reduced releasable stores of norepinephrine. Dopamine-resistant shock commonly responds to norepinephrine or high-dose epinephrine (29, 217–219). Some committee members advocate the use of low-dose norepinephrine as a first-line agent for fluid-refractory hypotensive hyperdynamic shock. Based on experi-

PAR-VASO-0007227

mental and clinical data, norepinephrine is recommended as the first-line agent in adults with fluid-refractory shock. If the patient's clinical state is characterized by low SVR (e.g., wide pulse pressure with DBP that is less than one-half the systolic pressure), norepinephrine is recommended alone. Other experts have recommended combining norepinephrine with dobutamine, recognizing that dobutamine is a potent inotrope that has intrinsic vasodilating action that may be helpful to counteract excessive vasoconstriction from norepinephrine. Improved capillary and gut blood flow were observed in animal and human studies with norepinephrine plus dobutamine in comparison with high-dose dopamine or epinephrine.

Vasopressin has been shown to increase MAP, SVR, and urine output in patients with vasodilatory septic shock and hyporesponsiveness to catecholamines (167, 220–229). Vasopressin's action is independent of catecholamine receptor stimulation, and therefore its efficacy is not affected by alpha-adrenergic receptor down-regulation often seen in septic shock. Terlipressin, a long acting form of vasopressin, has been reported to reverse vasodilated shock as well (228, 230).

Although angiotensin can also be used to increase blood pressure in patients who are refractory to norepinephrine, its clinical role is not as well defined (231). Phenylephrine is another pure vasopressor with no beta-adrenergic activity (232). Its clinical role is also limited since it may improve blood pressure but reduce blood flow through its action to increase SVR. Vasopressors can be titrated to end points of perfusion pressure (MAP-central venous pressure) or SVR that promote optimum urine output and creatinine clearance (69, 71, 217, 218), but excessive vasoconstriction compromising microcirculatory flow should be avoided. NO inhibitors and methylene blue are considered investigational therapies (233–235). Studies have shown an increased mortality with nonselective NO synthase inhibitors suggesting that simply increasing blood pressure through excessive vasoconstriction has adverse effects (138). Low-dose arginine vasopressin (in doses $\leq 0.04$ units/kg/min) as an adjunctive agent has short-term hemodynamic benefits in adults with vasodilatory shock. It is not currently recommended for treatment of cardiogenic shock, hence it should not be used without $Scvo_2/CO$ monitoring. The effect of low-dose argi-

nine vasopressin on clinically important outcomes such as mortality remains uncertain. The Vasopressin and Septic Shock Trial, a randomized controlled clinical trial that compared low-dose arginine vasopressin with norepinephrine in patients with septic shock, showed no difference between regimens in the 28-day mortality primary end point (236). The safety and efficacy of low-dose arginine vasopressin have yet to be demonstrated in children with septic shock, and await the results of an ongoing randomized controlled trial (237, 238).

*Glucose, Calcium, Thyroid, and Hydrocortisone Replacement.* It is important to maintain metabolic and hormonal homeostasis in newborns and children. Hypoglycemia can cause neurologic devastation when missed. Therefore, hypoglycemia must be rapidly diagnosed and promptly treated. Required glucose infusion rates for normal humans are age specific but can be met by delivering a D10%-containing solution at maintenance fluid rates (8 mg/kg/min glucose in newborns, 5 mg/kg/min glucose in children, and 2 mg/kg/min in adolescents). Patients with liver failure will require higher glucose infusion rates (up to 16 mg/kg/min). Hyperglycemia is also a risk factor for mortality. Lin and Carcillo (239) reported that children with septic shock, who had hyperglycemia (>140 mg/dL) and an elevated anion gap, showed resolution of their anion gap when insulin was added to their glucose regimen. This was associated with reversal of catabolism as measured by urinary organic acids. Infants with metabolic disease are particularly vulnerable to catabolic failure and must be treated with appropriate glucose delivery, and when needed insulin to assure glucose uptake, during septic shock. It is important to note that insulin requirements decrease at approximately 18 hrs after the onset of shock. Infusion of insulin and glucose are also effective inotropes. Two members of the task force preferred using D5%-containing solution for patients with hyperglycemia. Greater than 90% of the committee agreed with meeting glucose requirements and treating hyperglycemia with insulin. Hypocalcemia is a frequent, reversible contributor to cardiac dysfunction as well (56, 240, 241). Calcium replacement should be directed to normalize ionized calcium concentration. One member of the task force did not agree that calcium replacement should be given for hypocalcemia. All agreed that

care should be taken to not overtreat as calcium toxicity may occur with elevated concentrations.

Replacement with thyroid and/or hydrocortisone can also be lifesaving in children with thyroid and/or adrenal insufficiency and catecholamine-resistant shock (29, 55, 242–260). Infusion therapy with triiodothyronine has been beneficial in postoperative congenital heart disease patients but has yet to be studied in children with septic shock (253). Hypothyroidism is relatively common in children with trisomy 21 and children with central nervous system pathology (e.g., pituitary abnormality). Unlike adults, children are more likely to have absolute adrenal insufficiency defined by a basal cortisol <18 $\mu$g/dL and a peak adrenocorticotropic hormone (ACTH)-stimulated cortisol concentration <18 $\mu$g/dL. Nonsurvivors have exceedingly high ACTH/cortisol ratios within the first 8 hrs of meningococcal shock (206). Aldosterone levels are also markedly depressed in meningococcemia (261). Patients at risk of inadequate cortisol/aldosterone production in the setting of shock include children with purpura fulminans and Waterhouse-Friderichsen syndrome, children who previously received steroid therapies for chronic illness, and children with pituitary or adrenal abnormalities. Review of the pediatric literature found case series (251, 252) and randomized trials (242, 243) that used "shock dose" hydrocortisone in children. The first randomized controlled trial showed improved outcome with hydrocortisone therapy in children with dengue shock. The second study was underpowered and showed no effect of hydrocortisone therapy on outcome in children with dengue shock. The reported shock dose of hydrocortisone is 25 times higher than the stress dose (242, 243, 247, 248, 250–252, 258, 259). At present the committee makes no changes from the 2002 recommendation. The committee only recommends hydrocortisone treatment for patients with absolute adrenal insufficiency (peak cortisol concentration attained after corticotropin stimulation <18 $\mu$g/dL) or adrenal-pituitary axis failure and catecholamine-resistant shock. Some support the use of stress dose only whereas others support the use of shock dosage when needed. In the absence of any new studies shedding light on the subject since 2002, the dose can be titrated to resolution of shock using between 2 mg/kg and 50 mg/kg/day as a continuous infusion or intermittent

PAR-VASO-0007228

dosing if desired. The treatment should be weaned off as tolerated to minimize potential long-term toxicities.

Administration of prolonged hydro-cortisone and fludrocortisone (6 mg/kg/day cortisol equivalent × 7 days) had been recommended for adults with dopamine-resistant septic shock and relative adrenal insufficiency (basal cortisol >18 µg/dL with cortisol increment after corticotropin stimulation <9 µg/dL) (260); however, adult guidelines now recommend this therapy for any adult with dopamine-resistant septic shock. The continuing debate on whether this should similarly be an adjunctive therapy for pediatric sepsis will likely only be resolved with yet-to-be done pediatric trials. Since 2002, a randomized trial of a 7-day course of 3 mg/kg/day of intermittent hydrocortisone therapy for dopamine-treated septic shock in premature babies was performed. These babies had reduced dopamine requirements but no improvement in mortality (58, 262, 264). Unlike dexamethasone, which was associated with neurologic consequences in premature babies (261), hydrocortisone did not cause similar complications in premature babies (263).

Multiple pediatric studies conducted over the interval 1999–2006 provide consistent evidence that children who succumbed from septic shock exhibited lower cortisol levels than those who survived, and that septic shock nonsurvivors had lower random plasma cortisol concentrations compared with septic shock survivors; the latter had lower random plasma cortisol concentrations compared with sepsis survivors (254, 255, 265–267). This effect is not attributable to inadequate ACTH adrenal stimulation; on the contrary, an opposite trend prevails, namely septic shock nonsurvivors exhibit high circulating ACTH concentrations compared with septic shock survivors, who in turn have higher circulating ACTH concentrations compared with patients with sepsis. One retrospective cohort study using the Pediatric Health Information System database examined factors associated with outcome in children with severe sepsis as operationally identified by a combination of infection plus need for a vasoactive infusion and mechanical ventilation (268). Among 6693 children meeting the definition of severe sepsis, mortality was 30% for children who received steroids compared with 18% for those who did not (crude odds ratio 1.9) (95% confidence interval

1.7–2.2). An important liability of this investigation relates to lack of illness severity data. Although steroids may have been given preferentially to more severely ill children, their use was associated with increased mortality. Steroid use was linked to disseminated candidiasis in a case report (269). The committee continues to maintain equipoise on the question of adjunctive steroid therapy for pediatric sepsis (outside of classic adrenal or hypophyseal pituitary axis (HPA) axis insufficiency), pending prospective randomized clinical trials.

*Persistent Pulmonary Artery Hypertension of the Newborn Therapy.* Inhaled NO therapy is the treatment of choice for uncomplicated PPHN (270, 271). However, metabolic alkalinization remains an important initial resuscitative strategy during shock because PPHN can reverse when acidosis is corrected (272). For centers with access to inhaled NO, this is the only selective pulmonary vasodilator reported to be effective in reversal of PPHN (270, 271, 273–278). Milrinone or inamrinone may be added to improve heart function as tolerated (279–281). ECMO remains the therapy of choice for patients with refractory PPHN and sepsis (282–285). New investigations support use of inhaled iloprost (synthetic analog of prostacyclin) or adenosine infusion as modes of therapy for PPHN (286–291).

*Extracorporeal Therapies.* ECMO is not routinely used in adults (with the notable exception of the University of Michigan) (282). ECMO is a viable therapy for refractory septic shock in neonates (283) and children because neonates (approximately 80% survival) and children (approximately 50% survival) (292–295) have the same outcomes whether the indication for ECMO is refractory respiratory failure or refractory shock from sepsis or not. It is also effective in adult hantavirus victims with low CO/high SVR shock (296, 297). Although ECMO survival is similar in pediatric patients with and without sepsis, thrombotic complications can be more common in sepsis. Efforts are warranted to reduce ECMO-induced hemolysis because free heme scavenges NO, adenosine, and a disintegrin and metalloprotease with thrombospondin motifs-13 (ADAMTS-13; von Willebrand factor cleaving protease) leading to microvascular thrombosis, reversal of portal blood flow and multiple organ failure (298, 299). Nitroglycerin (NO donor), adenosine, and fresh frozen plasma (FFP) (ADAMTS-13) can be in-

fused to attempt to neutralize these effects. Hemolysis can be avoided, in part, by using the proper-sized cannula for age and limiting ECMO total blood flow to no greater than 110 mL/kg/min. Additional CO can be attained using inotrope/vaspodilator therapies.

Investigators also reported that the use of high flux CRRT (>35 mL/kg/h filtration-dialysis flux), with concomitant FFP or antithrombotic protein C infusion to reverse prolonged INR without causing fluid overload, reduced inotrope/vasopressor requirements in children with refractory septic shock and purpura (7, 15, 300–305). The basis of this beneficial effect remains unknown. It could result from prevention of fluid overload, clearance of lactate and organic acids, binding of inflammatory mediators, reversal of coagulopathy, or some combination of these actions.

## RECOMMENDATIONS

### Pediatric Septic Shock

*Diagnosis:* The inflammatory triad of fever, tachycardia, and vasodilation are common in children with benign infections (Fig. 1). Septic shock is suspected when children with this triad have a change in mental status manifested as irritability, inappropriate crying, drowsiness, confusion, poor interaction with parents, lethargy, or becoming unarousable. The clinical diagnosis of septic shock is made in children who 1) have a suspected infection manifested by hypothermia or hyperthermia, and 2) have clinical signs of inadequate tissue perfusion including any of the following; decreased or altered mental status, prolonged capillary refill >2 secs (cold shock), diminished pulses (cold shock) mottled cool extremities (cold shock) or flash capillary refill (warm shock), bounding peripheral pulses, and wide pulse pressure (warm shock) or decreased urine output <1 ml/kg/h. Hypotension is not necessary for the clinical diagnosis of septic shock; however, its presence in a child with clinical suspicion of infection is confirmatory.

### ABCs: The First Hour of Resuscitation (Emergency Room Resuscitation)

*Goals: (Level III).* Maintain or restore airway, oxygenation, and ventilation (Table 1); maintain or restore circulation, defined



Figure 1. Algorithm for time sensitive, goal-directed stepwise management of hemodynamic support in infants and children. Proceed to next step if shock persists. 1) First hour goals—Restore and maintain heart rate thresholds, capillary refill ≤2 sec, and normal blood pressure in the first hour/emergency department. Support oxygenation and ventilation as appropriate. 2) Subsequent intensive care unit goals—If shock is not reversed, intervene to restore and maintain normal perfusion pressure (mean arterial pressure [*MAP*]–central venous pressure [*CVP*]) for age, central venous $O_2$ saturation >70%, and CI >3.3, <6.0 L/min/m$^2$ in pediatric intensive care unit (*PICU*). *Hgb*, hemoglobin; *PICCO*, pulse contour cardiac output; *FATD*, femoral arterial thermodilution; *ECMO*, extracorporeal membrane oxygenation; *CI*, cardiac index; *CRRT*, continuous renal replacement therapy; *IV*, intravenous; *IO*, interosseous; *IM*, intramuscular.

as normal perfusion and blood pressure; maintain or restore threshold HR.

*Therapeutic End Points (Level III).* Capillary refill ≤2 secs, normal pulses with no differential between the quality of peripheral and central pulses, warm extremities, urine output >1 mL/kg/h, normal mental status, normal blood pressure for age (noninvasive blood pressure only reliable when pulses palpable), normal glucose concentration, normal ionized calcium concentration.

*Monitoring (Level III).* Pulse oximeter, continuous electrocardiography, blood pressure and pulse pressure. Note pulse pressure and diastolic pressure to help distinguish between low SVR (wide pulse pressure due to low DBP) and high SVR (narrow pulse pressure). Temperature, urine output, glucose, ionized calcium.

*Airway and Breathing (Level III).* Airway and breathing should be rigorously monitored and maintained. Lung compliance and work of breathing may change precipitously. In early sepsis, patients often have a respiratory alkalosis from centrally mediated hyperventilation. As sepsis progresses, patients may have hypoxemia as well as metabolic acidosis and are at high risk to develop respiratory acidosis secondary to a combination of parenchymal lung disease and/or inadequate respiratory effort due to altered mental status. The decision to intubate and ventilate is based on clinical assessment of increased work of breathing, hypoventilation, or impaired mental status. Waiting for confirmatory laboratory tests is discouraged. Up to 40% of CO is used for work of breathing. Therefore, intubation and mechanical ventilation can reverse shock. If possible, volume loading and peripheral or central inotropic/vasoactive drug support is recommended before and during intubation because of relative or absolute hypovolemia, cardiac dysfunction, and the risk of suppressing endogenous stress hormone response with agents that facilitate intubation. Etomidate is not recommended. Ketamine with atropine pretreatment and benzodiazepine postintubation can be used as a sedative/induction regimen of choice to promote cardiovascular integrity. A short-acting neuromuscular blocker can facilitate intubation if the provider is experienced and he/she can maintain airway patency.

*Circulation (Level II).* Vascular access should be rapidly attained. Establish intraosseous access if reliable venous access cannot be attained in minutes. Fluid resuscitation should commence immediately unless hepatomegaly/rales are present. Recall that rales may be heard in children with pneumonia as a cause of sepsis, so it does not always imply that the patient is fluid overloaded. If pneumonia is suspected or confirmed, fluid resuscitation should proceed with careful monitoring of the child's work of breathing and oxygen saturation. In the fluid-refractory patient, begin a peripheral inotrope (low-dose dopamine or epinephrine) if a second peripheral IV/intraosseus catheter is in place, while establishing a central venous line. When administered through a peripheral IV/intraosseus catheter, the inotrope should be infused either as a dilute solution or with a second carrier solution running at a flow rate to assure that it reaches the heart in a timely fashion. Care must be taken to reduce dosage if evidence of peripheral infiltration/ischemia occurs as alpha-adrenergic receptor-mediated effects occur at higher concentrations for epinephrine and dopamine. Central dopamine, epinephrine, or norepinephrine can be administered as a first line drug as indicated by hemodynamic state when a central line is in place. It is generally appropriate to begin central venous infusion

PAR-VASO-0007230

and wait until a pharmacologic effect is observed before stopping the peripheral infusion.

*Fluid Resuscitation (Level II).* Rapid fluid boluses of 20 mL/kg (isotonic crystalloid or 5% albumin) can be administered by push or rapid infusion device (pressure bag) while observing for signs of fluid overload (i.e., the development of increased work of breathing, rales, gallop rhythm, or hepatomegaly). In the absence of these clinical findings, repeated fluid boluses can be administered to as much as 200 mL/kg in the first hour. Children commonly require 40–60 mL/kg in the first hour. Fluid can be pushed with the goal of attaining normal perfusion and blood pressure. Hypoglycemia and hypocalcemia should be corrected. A D10%-containing isotonic IV solution can be run at maintenance IV fluid rates to provide age appropriate glucose delivery and to prevent hypoglycemia.

*Hemodynamic Support (Level II).* Central dopamine may be titrated through central venous access. If the child has fluid refractory/dopamine resistant shock, then central epinephrine can be started for cold shock (0.05–0.3 µg/kg/min) or norepinephrine can be titrated for warm shock to restore normal perfusion and blood pressure.

*Hydrocortisone Therapy (Level III).* If a child is at risk of absolute adrenal insufficiency or adrenal pituitary axis failure (e.g., purpura fulminans, congenital adrenal hyperplasia, prior recent steroid exposure, hypothalamic/pituitary abnormality) and remains in shock despite epinephrine or norepinephrine infusion, then hydrocortisone can be administered ideally after attaining a blood sample for subsequent determination of baseline cortisol concentration. Hydrocortisone may be administered as an intermittent or continuous infusion at a dosage which may range from 1–2 mg/kg/day for stress coverage to 50 mg/kg/day titrated to reversal of shock.

## Stabilization: Beyond the First Hour (Pediatric Intensive Care Unit Hemodynamic Support)

*Goals: (Level III).* Normal perfusion; capillary refill ≤2 secs, threshold HRs. perfusion pressure (MAP−central venous pressure, or MAP−IAP) appropriate for age. $Scvo_2$ >70%; CI >3.3 L/min/m$^2$ and <6.0 L/min/m$^2$.

*Therapeutic End Points: (Level III).* Capillary refill ≤2 secs, threshold HRs, normal pulses with no differential between the quality of the peripheral and central pulses, warm extremities, urine output >1 mL/kg/h, normal mental status, CI >3.3 and <6.0 L/min/m$^2$ with normal perfusion pressure (MAP−central venous pressure, or MAP−IAP) for age, $Scvo_2$ >70%; maximize preload to maximize CI, MAP − central venous pressure; normal INR, anion gap, and lactate.

*Monitoring (Level III).* Pulse oximetry, continuous electrocardiogram, continuous intra-arterial blood pressure, temperature (core), urine output, central venous pressure/$O_2$ saturation and/or pulmonary artery pressure/$O_2$ saturation, CO, glucose and calcium, INR, lactate, and anion gap.

*Fluid Resuscitation (Level II).* Fluid losses and persistent hypovolemia secondary to diffuse capillary leak can continue for days. Ongoing fluid replacement should be directed at clinical end points including perfusion, central venous pressure, echocardiographic determination of end-diastolic volume, pulmonary capillary wedge pressure/end-diastolic volume (when available), and CO. Crystalloid is the fluid of choice in patients with hemoglobin >10 g/dL. Red blood cell transfusion can be given to children with hemoglobin <10 g/dL. FFP is recommended for patients with prolonged INR but as an infusion, not a bolus. After shock resuscitation, diuretics/peritoneal dialysis/high flux CRRT can be used to remove fluid in patients who are 10% fluid overloaded and unable to maintain fluid balance with native urine output/extrarenal losses.

Elevated lactate concentration and anion gap measurement can be treated by assuring both adequate oxygen delivery and glucose utilization. Adequate oxygen delivery (indicated by a $Scvo_2 > 70\%$) can be achieved by attaining hemoglobin ≥10 g/dL and CO >3.3 L/min/m$^2$ using adequate volume loading and inotrope/vasodilator support when needed (as described below). Appropriate glucose delivery can be attained by giving a D10% containing isotonic IV solution at fluid maintenance rate. Appropriate glucose uptake can be attained in subsequently hyperglycemic patients by titrating an insulin infusion to reverse hyperglycemia (keep glucose concentration ≤150 mg/dL) while carefully monitoring to avoid hypoglycemia (keep glucose concentration ≥80 mg/dL). The use of lesser glucose infusion rates (e.g., D5% or lower

volumes of D10%) will not provide glucose delivery requirements.

*Hemodynamic support (Level II).* Hemodynamic support can be required for days in children with fluid-refractory dopamine resistant shock. Children with catecholamine resistant shock can present with low CO/high SVR, high CO/low SVR, or low CO/low SVR shock. Although children with persistent shock commonly have worsening cardiac failure, hemodynamic states may completely change with time. A pulmonary artery, pulse index contour cardiac output, or femoral artery thermodilution catheter, or Doppler ultrasound should be used when poor perfusion, including reduced urine output, acidosis, or hypotension persists despite use of hemodynamic therapies guided by clinical examination, blood pressure analysis, and arterial and $Scvo_2$ analysis. Children with catecholamine-resistant shock can respond to a change in hemodynamic therapeutic regimen with resolution of shock. Therapies should be directed to maintain mixed venous/$Scvo_2$ >70%, CI >3.3 L/min/m$^2$ <6.0 L/min/m$^2$, and a normal perfusion pressure for age (MAP-central venous pressure).

*Shock with Low CI, Normal Blood Pressure, and High Systemic Vascular Resistance (Level II).* This clinical state is similar to that seen in a child with cardiogenic shock in whom afterload reduction is a mainstay of therapy designed to improve blood flow by reducing ventricular afterload and thus increasing ventricular emptying. Thus, nitroprusside or nitroglycerin is first line vasodilators in patients with epinephrine-resistant septic shock and normal blood pressure. If cyanide or isothiocyanate toxicity develops from nitroprusside, or methemoglobin toxicity develops from nitroglycerin, or there is a continued low CO state, then the clinician should substitute milrinone or inamrinone. As noted above, the long elimination half-life of these drugs can lead to slowly reversible toxicities (hypotension, tachyarrhythmias, or both) particularly if abnormal renal or liver function exists. Such toxicities can be reversed, in part, with norepinephrine or vasopressin infusion. Additional volume loading may be necessary to prevent hypotension when loading doses of milrinone or inamrinone are used. Levosimendan and enoximone may have a role in recalcitrant low CO syndrome. Thyroid replacement with triiodothyronine is warranted for thyroid insufficiency, and

PAR-VASO-0007231

hydrocortisone replacement can be warranted for adrenal or hypothalamic-pituitary-adrenal axis insufficiency.

*Shock with Low CI, Low Blood Pressure, and Low Systemic Vascular Resistance (Level II).* Norepinephrine can be added to epinephrine to increase DBP and SVR. Once an adequate blood pressure is achieved, dobutamine, type III PDEI (particularly enoximone, which has little vasodilatory properties), or levosimendan can be added to norepinephrine to improve CI and Scvo$_2$. Thyroid replacement with triiodothyronine is warranted for thyroid insufficiency, and hydrocortisone replacement is warranted for adrenal or hypothalamic-pituitary-adrenal axis insufficiency.

*Shock with High CI and Low Systemic Vascular Resistance (Level II).* When titration of norepinephrine and fluid does not resolve hypotension, then low dose vasopressin, angiotensin, or terlipressin can be helpful in restoring blood pressure; however, these potent vasoconstrictors can reduce CO, therefore it is recommended that these drugs are used with CO/Scvo$_2$ monitoring. In this situation, additional inotropic therapies may be required, such as low-dose epinephrine or dobutamine, or the vasopressor infusion may be reduced. Terlipressin is a longer-acting drug than angiotensin or vasopressin so toxicities are more long acting. As with other forms of severe shock, thyroid hormone or adrenocortical replacement therapy may be added for appropriate indications.

*Refractory Shock (Level II).* Children with refractory shock must be suspected to have one or more of the following sometimes occult morbidities (treatment in parenthesis), including pericardial effusion (pericardiocentesis), pneumothorax (thoracentesis), hypoadrenalism (adrenal hormone replacement), hypothyroidism (thyroid hormone replacement), ongoing blood loss (blood replacement/hemostasis), increased IAP (peritoneal catheter, or abdominal release), necrotic tissue (nidus removal), inappropriate source control of infection (remove nidus and use antibiotics with the lowest minimum inhibitory concentration possible, preferably <1, use IV immunoglobulin for toxic shock), excessive immunosuppression (wean immunesuppressants), or immune compromise (restore immune function; e.g., white cell growth factors/transfusion for neutropenic sepsis). When these potentially reversible causes are addressed,

ECMO becomes an important alternative to consider. Currently, however, the expected survival with ECMO is no greater than 50%. If the clinician suspects that outcome will be better with ECMO, flows greater than 110 mL/kg/min should be discouraged as they may be associated with hemolysis. Measure free hemoglobin and maintain concentration <10 μg/dL by using adequate catheter, circuit, and oxygenator sizes for age. Calcium concentration should be normalized in the red blood cell pump prime (usually requires 300 mg CaCl$_2$ per unit of packed red blood cells). Additional venous access may be required if ECMO flow is <110 mL/kg/min with a negative pressure <−25 mm Hg. This may require the addition of intrathoracic drainage as well. Cannula placement should be checked using both chest radiograph and ultrasound guidance. High flux CRRT (>35 mL/kg/h) should also be considered, particularly in patients at risk for fluid overload, with septic shock and purpura. This extracorporeal therapy can reduce inotrope/vasopressor needs within 6 hrs of use.

## Newborn Septic Shock

*Diagnosis.* Septic shock should be suspected in any newborn with tachycardia, respiratory distress, poor feeding, poor tone, poor color, tachypnea, diarrhea, or reduced perfusion, particularly in the presence of a maternal history of chorioamnionitis or prolonged rupture of membranes (Fig. 2). It is important to distinguish newborn septic shock from cardiogenic shock caused by closure of the patent ductus arteriosus in newborns with ductal-dependent complex congenital heart disease. Any newborn with shock and hepatomegaly, cyanosis, a cardiac murmur, or differential upper and lower extremity blood pressures or pulses should be started on prostaglandin infusion until complex congenital heart disease is ruled out by echocardiographic analysis. Inborn errors of metabolism resulting in hyperammonemia or hypoglycemia may simulate septic shock and appropriate laboratory tests should be obtained to rule out these conditions. Newborn septic shock is typically accompanied by increased pulmonary vascular resistance and artery pressures. PPHN can cause right ventricle failure with right to left shunting at the atrial/ductal levels causing cyanosis.

## ABCs: The First Hour of Resuscitation (Delivery Room Resuscitation)

*Goals: (Level III).* Maintain airway, oxygenation, and ventilation; restore and maintain circulation, defined as normal perfusion and blood pressure; maintain neonatal circulation; and maintain threshold HRs.

*Therapeutic End Points (Level III).* Capillary refill ≤2 secs, normal pulses with no differential in quality between peripheral and central pulses, warm extremities, urine output >1 mL/kg/h, normal mental status, normal blood pressure for age, normal glucose, and calcium concentrations.

Difference in preductal and postductal O$_2$ saturation <5%.

95% arterial oxygen saturation.

*Monitoring (Level III).* Temperature, preductal and postductal pulse oximetry, intra-arterial (umbilical or peripheral) blood pressure, continuous electrocardiogram, blood pressure, arterial pH, urine output, and glucose, ionized calcium concentration.

*Airway and Breathing (Level III).* Airway patency and adequate oxygenation and ventilation should be rigorously monitored and maintained. The decision to intubate and ventilate is based on clinical diagnosis of increased work of breathing, inadequate respiratory effort, marked hypoxemia, or a combination of these abnormalities. Volume loading is often necessary before intubation and ventilation because positive pressure ventilation can reduce preload.

*Circulation (Level III).* Vascular access can be rapidly attained according to neonatal resuscitation program guidelines. Placement of an umbilical arterial and venous line is preferred.

*Fluid Resuscitation (Level II).* Fluid boluses of 10 mL/kg can be administered, observing for the development of hepatomegaly and increased work of breathing. Up to 60 mL/kg may be required in the first hour. Fluid should be infused with a goal of attaining normal perfusion and blood pressure. A D10%-containing isotonic IV solution run at maintenance rate will provide age appropriate glucose delivery to prevent hypoglycemia.

*Hemodynamic Support (Level II).* Patients with severe shock uniformly require cardiovascular support during fluid resuscitation. Although dopamine can be used as the first-line agent, its effect on pulmonary vascular resistance should be

PAR-VASO-0007232



**Figure 2.** Algorithm for time sensitive, goal-directed stepwise management of hemodynamic support in newborns. Proceed to next step if shock persists. 1) First hour goals—Restore and maintain heart rate thresholds, capillary refill ≤2 sec, and normal blood pressure in the (first hour), and 2) Subsequent intensive care unit goals—Restore normal perfusion pressure (mean arterial pressure [*MAP*]–central venous pressure [*CVP*]), preductal and postductal $O_2$ saturation difference <5%, and either central venous $O_2$ saturation (*ScvO₂*) >70%, superior vena cava (*SVC*) flow >40 ml/kg/min or cardiac index (*CI*) >3.3 L/min/m² in neonatal intensive care unit (*NICU*). *RDS*, respiratory distress syndrome; *NRP*, Neonatal Resuscitation Program; *PDA*, patent ductus arteriosus; *ECMO*, extracorporeal membrane oxygenation.

considered. A combination of dopamine at low dosage (<8 µg/kg/min) and dobutamine (up to 10 µg/kg/min) is initially recommended. If the patient does not adequately respond to these interventions, then epinephrine (0.05–0.3 µg/kg/min) can be infused to restore normal blood pressure and perfusion.

*Persistent Pulmonary Hypertension Therapy (Level II).* Hyperoxygenate initially with 100% oxygen and institute metabolic alkalinization (up to pH 7.50) with NaHCO₃ or tromethamine until inhaled NO is available. Mild hyperventilation to produce a respiratory alkalosis can also be instituted until 100% $O_2$ saturation and <5% difference in preductal and postductal saturations are obtained. Inhaled NO should be administered as the first treatment when available.

## Stabilization: Beyond the First Hour (Neonatal Intensive Care Unit Hemodynamic Support)

*Goals: (Level III).* Restore and maintain threshold HR; maintain normal perfusion and blood pressure; maintain neo-

natal circulation; Scvo₂ >70%; CI >3.3 L/min/m²; SVC flow >40 mL/kg/min.

*Therapeutic End points (Level III).* Capillary refill ≤2 secs, normal pulses with no differential between peripheral and central pulses, warm extremities, urine output >1 mL/kg/h, normal mental status, normal blood pressure for age.

>95% arterial oxygen saturation.

<5% difference in preductal and postductal arterial oxygen saturation.

Scvo₂ >70%.

Absence of right-to-left shunting, tricuspid regurgitation, or right ventricular failure on echocardiographic analysis.

Normal glucose and ionized calcium concentrations.

SVC flow >40 mL/kg/min.

CI >3.3 L/min/m².

Normal INR.

Normal anion gap and lactate.

Fluid overload <10%.

*Monitoring (Level III).* Pulse oximetry, blood gas analysis, electrocardiogram, continuous intra-arterial blood pressure, temperature, glucose and calcium concentration, "ins and outs," urine output, central venous pressure/$O_2$ saturation, CO, SVC flow, INR, and anion gap and lactate.

*Fluid Resuscitation (Level II).* Fluid losses and persistent hypovolemia secondary to diffuse capillary leak can continue for days. Ongoing fluid replacement should be directed at clinical end points, including perfusion and central venous pressure. Crystalloid is the fluid of choice in neonates with hemoglobin >12 g/dL. Packed red blood cells can be transfused in newborns with hemoglobin <12 g/dL. Diuretics or CRRT is recommended in newborns who are 10% fluid overloaded and unable to attain fluid balance with native urine output/extrarenal losses. A D10%-containing isotonic IV solution run at maintenance rate can provide age appropriate glucose delivery to prevent hypoglycemia. Insulin infusion can be used to correct hyperglycemia. Diuretics are indicated in hypervolemic patients to prevent fluid overload.

*Hemodynamic Support (Level II).* A 5-day, 6-hr per day course of IV pentoxifylline can be used to reverse septic shock in VLBW babies. In term newborns with PPHN, inhaled NO is often effective. Its greatest effect is usually observed at 20 ppm. In newborns with poor left ventricle function and normal blood pressure, the addition of nitrosovasodilators or type III phosphodiesterase inhibitors to epinephrine (0.05–0.3 µg/kg/min) can be effective but must be monitored for toxicities.

PAR-VASO-0007233

It is important to volume load based on clinical examination and blood pressure changes when using these systemic vasodilators. Triiodothyronine is an effective inotrope in newborns with thyroid insufficiency. Norepinephrine can be effective for refractory hypotension but $Scvo_2$ should be maintained >70%. An additional inotrope therapy should be added if warranted. Hydrocortisone therapy can be added if the newborn has adrenal insufficiency (defined by a peak cortisol after ACTH <18 μg/dL, or basal cortisol <18 μg/dL in an appropriately volume-loaded patient requiring epinephrine). The rescue use of vasopressin, terlipressin, or angiotensin can be considered in the presence of adequate CO, SVC flow, and/or $Scvo_2$ monitoring.

## ECMO and CRRT Therapy for Refractory Shock (Level II)

Newborns with refractory shock must be suspected to have unrecognized morbidities (requiring specific treatment) including pericardial effusion (pericardiocentesis), pneumothorax (thoracentesis), ongoing blood loss (blood replacement/hemostasis), hypoadrenalism (hydrocortisone), hypothyroidism (triiodothyronine), inborn errors of metabolism (responsive to glucose and insulin infusion or ammonia scavengers), and/or cyanotic or obstructive heart disease (responsive to prostaglandin $E_1$), or a critically large patent ductus arteriosus (patent ductus arteriosus closure). When these causes have been excluded, ECMO becomes an important therapy to consider in term newborns. The current ECMO survival rate for newborn sepsis is 80%. Most centers accept refractory shock or a $Pao_2$ <40 mm Hg after maximal therapy to be sufficient indication for ECMO support. ECMO flows greater than 110 mL/kg should be discouraged because hemolysis can ensue. With venovenous ECMO, persistent hypotension and/or shock should be treated with dopamine/dobutamine or epinephrine. Inotrope requirements frequently diminish when veno-arterial ECMO is used but not always. Calcium concentration should be normalized in the red blood cell pump prime (usually requires 300 mg $CaCl_2$ per unit of packed red blood cells). In newborns with inadequate urine output and 10% fluid overload despite diuretics, CRRT is best performed while on the ECMO circuit.

## ACKNOWLEDGMENTS

Approval Committee— Andrew Argent (South Africa), Anton (Indonesia), Ronaldo Arkader (Sao Paolo, Brazil), Debbie Bills, RN (Pittsburgh, PA), Desmond J. Bohn, MBBS (Toronto, Canada), Booy (London, England), Robert Boxer, MD (Roslyn, NY), George Briassoulis (Crete, Greece), Joe Briely (London, England), Richard Brilli, MD (Cincinnati, OH), Cynthia W. Broner, MD (Columbus, OH), Tim Bunchman (Grand Rapids, MI), Warwick Butt (Melbourne, Australia), Hector Carillo (Mexico City, Mexico), Juan Casado-Flores, MD (Spain), Billy Casey (Dublin, Ireland), Leticia Castillo, MD (Boston, MA), Gary D. Ceneviva, MD (Hershey, PA), Karen Choong (Ontario, Canada), Paolo Cogo (London, England), Andrew T. Costarino, MD (Wilmington, DE), Peter Cross (Toronto, Canada), Heidi J. Dalton, MD (Washington, DC), Alan L. Davis, MD (Summit, NJ), M. den Brinker (Rotterdam, The Netherlands), DeKleign (Rotterdam, NE), Lesley A. Doughty, MD (Providence, RI), Michelle Dragotta, RN (Pittsburgh, PA), Trevor Duke (Melbourne, Australia), Alan W. Duncan (Perth, Australia), J.R. Evans (Philadelphia, PA), N. Evans (Sydney, Australia), Elizabeth A. Farrington, PharmD (Durham, NC), Timothy F. Feltes, MD (Columbus, OH), Kate Felmet (Pittsburgh, PA), Melinda Fiedor (Pittsburgh, PA), Jason Foland (Atlanta, GA), James Fortenberry (Atlanta, GA), Brett P. Giroir, MD (Dallas, TX), Brahm Goldstein, MD (Portland, OR), Bruce Greenwald, MD (New York, NY), Mark Hall, MD (Columbus, OH), Yong Y. Han (Ann Arbor, MI), Steven E. Haun, MD (Sioux City, SD), Gabriel J. Hauser, MD (Washington, DC), Jan Hazelzet, MD (Rotterdam, The Netherlands), Sabrina Heidemann, MD (Detroit, MI), Lyn Hernan, MD (Buffalo, NY), Ronald B. Hirschl, MD (Ann Arbor, MI), Steven A. Hollenberg, MD (Chicago, IL), Jorge Irazusta, MD (Boston, MA), Brian Jacobs, MD (Cincinnati, OH), Stephen R. Johnson, MD (Los Angeles, CA), K.F. Joosten (Rotterdam The Netherlands), Robert Kanter, MD (Syracuse, NY), Carol King, MD (Buffalo, NY), Bulent Karapinar (Izmir, Turkey), Erica Kirsch, MD (Dallas, TX), M. Kluckow (Sydney, Australia), Martha Kutko (New York, NY), Jacques LaCroix, MD (Montreal, Canada), Stephen A Lawless, MD (Wilmington, DE), Lauterbach (Poland), Francis LeClerc, MD (Lille, France), Michael Levin (London, England), John Lin (San Antonio, TX), Steven E. Lucking, MD (Hershey, PA), Lucy Lum, MD (Kuala Lampur, Malaysia), Kath Maitland (Kilif, Kenya), Michele Mariscalco, MD (Houston, TX), I. Matok (Hashomer, Israel), Cris Mangia (Sao Paolo, Brazil), F.O. Odetola (Ann Arbor, MI), Jean-Christophe Mercier (Paris, France), Richard B. Mink (Los Angeles, CA), M. Michelle Moss, MD (Little Rock, AR), C. Munter (London, England), A.I. Murdoch (London, England), P.C. Ng (Hong Kong), Ninis (London, England), Daniel A. Notterman, MD (Newark, NJ), William Novotny (Greenville, NC), Claudio Oliveira (Sao Paolo, Brasil), D. Osborn (Sydney, Australia), Kristan M. Outwater, MD (Saginaw, MI), J.F. Padbury (Providence, RI), Hector S. Pabon, MD (Brandon, FL), Margaret M. Parker, MD (Stonybrook, NY), J. Alan Paschall, MD (Takoma, WA), Andy Petros (London, England), Jefferson P. Piva (Porto Alegre, Brazil), Ronald M. Perkin, MD (Greenville, NC), Pollard (London, England), Francois Proulx (Montreal, Canada), J. Ranjit (Chennai, India), E.M. Reynolds (Boston, MA), Gerardo Reyes, MD (Oak Lawn, IL), Gustavo Rios (Vina del Mar, Chile), Hannelore Ringe (Berlin, Germany), Ricardo Ronco, MD (Santiago, Chile), Cathy H. Rosenthal-Dichter, MN, CCRN (Yorktown, IN), James Royall, MD (Oklahoma City, OK), Istvan Seri (Los Angeles, CA), Thomas Shanley (Ann Arbor, MI), Billie L. Short, MD (Washington, DC), Sunit Singhi (Chandigarh, India), Peter Skippen (Vancouver, BC), N.V. Subhedar (Liverpool, England), Rod Tarrago (Minneapolis/St. Paul, MN), Neal Thomas (Hershey, PA), S.M. Tibby (London, England), Joseph Tobias (Columbia, MO), Scott Watson (Pittsburgh, PA), Wills (London, England), Arno Zaritsky (Gainesville, FL), Jerry Zimmerman (Seattle, WA).

## REFERENCES

1. DuPont HL, Spink WW: Infections due to gram negative organisms: An analysis of 860 patients with bacteremia at University of Minnesota Medical Center. 1958–1966, *Medicine* 1969; 48:307–332

2. Stoll BJ, Holman RC, Shuchat A: Decline in sepsis-associated neonatal and infant deaths 1974–1994. *Pediatrics* 1998; 102:e18

3. Angus DC, Linde Zwirble WT, Liddicker J, et al: Epidemiology of severe sepsis in the U.S.: Analysis of incidence, outcome, and associated costs of care. *Crit Care Med* 2001; 29:1303–1310

4. Watson RS, Carcillo JA, Linde-Zwirble WT, et al: The epidemiology of severe sepsis in

PAR-VASO-0007234

the United States. *Am J Respir Crit Care Med* 2003; 167:695–701

5. Carcillo JA, Fields AI: American College of Critical Care Medicine Task Force Committee Members: Clinical practice parameters for hemodynamic support of pediatric and neonatal patients in septic shock. *Crit Care Med* 2002; 30:1365–1378

6. Nhan NT, Phuong CXT, Kneen R, et al: Acute management of dengue shock syndrome: A randomized double-blind comparison of 4 intravenous fluid regimens in the first hour. *Clin Infect Dis* 2001; 32:204–212

7. Booy R, Habibi P, Nadel S, et al; Meningococcal Research Group: Reduction in case fatality rate from meningococcal disease associated with improved healthcare delivery. *Arch Dis Child* 2001; 85:386–390

8. Kutko MC, Calarco MP, Flaherty MB, et al: Mortality rates in pediatric septic shock with and without multiple organ failure. *Pediatr Crit Care Med* 2003; 4:333–337

9. Wills BA, Nguyen MD, Ha TL, et al: Comparison of the three fluid solutions for resuscitation in dengue shock. *N Engl J Med* 2005; 353:877–889

10. Maitland K, Pamba A, English M, et al: Randomized trial of volume expansion with albumin or saline in children with severe malaria: Preliminary evidence of albumin benefit. *Clin Infect Dis* 2005; 40:538–545

11. Han YY, Carcillo JA, Dragotta MA, et al: Early reversal of pediatric-neonatal septic shock by community physicians is associated with improved outcome. *Pediatrics* 2003; 112:793–799

12. Ninis N, Phillips C, Bailey L, et al: The role of healthcare delivery on outcome of meningococcal disease in children: Case-control study of fatal and non-fatal cases. *BMJ* 2005; 330:1475

13. de Oliveira CF, de Oliveira DS, Gottschald AF, et al: ACCM/PALS haemodynamic support guidelines for paediatric septic shock: An outcomes comparison with and without monitoring central venous oxygen saturation. *Intensive Care Med* 2008; 34:1065–1075

14. Karapinar B, Lin JC, Carcillo JA: ACCM guidelines use, correct antibiotic therapy, and immune suppressant withdrawal are associated with improved survival in pediatric sepsis, severe sepsis, and septic shock. *Crit Care Med* 2004; 32(12 Suppl 3):A161

15. Maat M, Buysse CM, Emonts M, et al: Improved survival in children with sepsis and purpura: Effects of age, gender, and era. *Crit Care* 2007; 11:172

16. Odetola FO, Gebremariam A, Freed GL: Patient and hospital correlates of clinical outcomes and resource utilization in severe pediatric sepsis. *Pediatrics* 2007; 119:487–494

17. Practice parameters for hemodynamic support of sepsis in adults with shock. Task force of the American College of Critical Care Medicine, Society of Critical Care Medicine. *Crit Care Med* 1999; 27:695–697

18. Parker MM, Shelhamer JH, Natanson C, et al: Serial cardiovascular variables in survivors and nonsurvivors of human septic shock: Heart rate as an early predictor of prognosis. *Crit Care Med* 1987; 15:923–929

19. Parker MM, Shelhamer JH, Bacharach SL, et al: Profound but reversible myocardial depression in patients with septic shock. *Ann Intern Med* 1984; 100:483–490

20. Pollack MM, Fields AI, Ruttimann UE, et al: Sequential cardiopulmonary variables of infants and children in septic shock. *Crit Care Med* 1984; 12:554–559

21. Pollack MM, Fields AI, Ruttimann UE: Distributions of cardiopulmonary variables in pediatric survivors and nonsurvivors of septic shock. *Crit Care Med* 1985; 13:454–459

22. Carcillo JA, Pollack MM, Ruttimann UE, et al: Sequential physiologic interactions in cardiogenic and septic shock. *Crit Care Med* 1989; 17:12–16

23. Monsalve F, Rucabado L, Salvador A, et al: Myocardial depression in septic shock caused by meningococcal infection. *Crit Care Med* 1984; 12:1021–1023

24. Mercier JC, Beaufils F, Hartmann JF, et al: Hemodynamic patterns of meningococcal shock in children. *Crit Care Med* 1988; 16:27–33

25. Simma B, Fritz MG, Trawoger R, et al: Changes in left ventricular function in shocked newborns. *Intensive Care Med* 1997; 23:982–986

26. Walther FJ, Siassi B, Ramadan NA: Cardiac output in newborn infants with transient myocardial dysfunction. *J Pediatr* 1985; 107:781–785

27. Ferdman B, Jureidini SB, Mink RB: Severe left ventricular dysfunction and arrhythmias as complication of gram positive sepsis: Rapid recovery in children. *Pediatr Cardiol* 1998; 19:482–486

28. Feltes TF, Pignatelli R, Kleinert S, et al: Quantitated left ventricular systolic mechanics in children with septic shock utilizing noninvasive wall stress analysis. *Crit Care Med* 1994; 22:1647–1659

29. Ceneviva G, Paschall JA, Maffei F, et al: Hemodynamic support in fluid refractory pediatric septic shock. *Pediatrics* 1998; 102:e19

30. Hoban LD, Paschal JA, Eckstein J, et al: Awake porcine model of intraperitoneal sepsis and altered oxygen utilization. *Circ Shock* 1991; 34:252–262

31. Green EM, Adams HR: New perspectives in circulatory shock: Pathophysiologic mediators of the mammalian response to endotoxemia and sepsis. *J Am Vet Med Assoc* 1992; 200:1834–1841

32. McDonough KH, Brumfield BA, Lang CH: In vitro myocardial performance after lethal and nonlethal doses of endotoxin. *Am J Physiol* 1986; 250:H240–H246

33. Natanson C, Fink MP, Ballantyne HK, et al: Gram-negative bacteremia produces both severe systolic and diastolic cardiac dysfunction in a canine model that simulates human septic shock. *J Clin Invest* 1986; 78:259–270

34. Brierly J, Thiruchelvan T, Peters MJ: Hemodynamics of early pediatric fluid resistant septic shock using non-invasive cardiac output (USCOM) distinct profiles of CVC infection and community acquired sepsis. *Crit Care Med* 2006; 33:171-I

35. Dobkin ED, Lobe TE, Bhatia J, et al: The study of fecal *E. coli* peritonitis-induced septic shock in a neonatal pig model. *Circ Shock* 1985; 16:325–336

36. Sosa G, Milstein JM, Bennett SH: *E. coli* endotoxin depresses left ventricular contractility in neonatal lambs. *Pediatr Res* 1994; 35:62–67

37. Peevy KJ, Chartrand SA, Wiseman HJ, et al: Myocardial dysfunction in group B streptococcal shock. *Pediatr Res* 1994; 19:511–513

38. Meadow WL, Meus PJ: Unsuspected mesenteric hypoperfusion despite apparent hemodynamic recovery in the early phase of septic shock in piglets. *Circ Shock* 1985; 15:123–129

39. Meadow WL, Meus PJ: Early and late hemodynamic consequences of group B beta streptococcal sepsis in piglets: Effects on systemic, pulmonary, and mesenteric circulations. *Circ Shock* 1986; 19:347–356

40. Gill AB, Wendling AM: Echocardiographic assessment of cardiac function in shocked very low birthweight infants. *Arch Dis Child* 1993; 68(1 Spec No):17–21

41. Kluckow M: Low systemic blood flow and pathophysiology of the preterm transitional circulation. *Early Hum Dev* 2005; 81:429–437

42. Munro MJ, Walker AM, Barfield CP: Hypotensive extremely low birth weight infants have reduced cerebral blood flow. *Pediatrics* 2004; 114:1591–1596

43. Jayasinghe D, Gill AB, Levene MI: CBF reactivity in hypotensive and normotensive preterm infants. *Pediatr Res* 2003; 54:848–853

44. Vavilala MS, Lam AM: CBF reactivity to changes in MAP (cerebral autoregulation) or $CO_2$ ($CO_2$ reactivity) is lost in hypotensive, ventilated, preterm infants. *Pediatr Res* 2004; 55:898–899

45. Al-Aweel I, Pursley DM, Rubin LP, et al: Variations in prevalence of hypotension, hypertension, and vasopressor use in NICUs. *J Perinat* 2001; 21:272–278

46. Martens SE, Rijken M, Stoelhorst GN, et al: Is hypotension a risk factor for neurological morbidity at term in very preterm infants? *Early Hum Dev* 2003 75:79–89

47. Subhedar NV: Treatment of hypotension in newborns. *Semin Neonatol* 2003; 8:413–423

48. Seri I, Noori S: Diagnosis and treatment of neonatal hypotension outside the transitional period. *Early Hum Dev* 2005; 81:405–411

49. Noori S, Seri I: Pathophysiology of newborn hypotension outside the transitional period. *Early Hum Dev* 2005; 81:399–404

50. Evans JR, Lou Short B, Van Meurs K,

Cheryl Sachs H: Cardiovascular support of preterm infants. *Clin Ther* 2006; 28: 1366–1384

51. Evans N: Which inotrope for which baby? *Arch Dis Child Fetal Neonatal Ed* 2006; 91:F213–F220

52. Osborn DA: Diagnosis and treatment of preterm transitional circulatory compromise. *Early Hum Dev* 2005; 81:413–422

53. Evans N: Management of hypotension and circulatory assessment on NICU. *Early Hum Dev* 2005; 81:397–398

54. Seri I: Inotrope, lusitrope, and pressor use in neonates. *J Perinatol* 2005; 25(Suppl 2): 528–530

55. Schonberger W, Grimm W, Gemp W, et al: Transient hypothyroidism associated with prematurity, sepsis, and respiratory distress. *Eur J Pediatr* 1979; 132:85–92

56. Roberton NR, Smith MA: Early neonatal hypocalcemia. *Arch Dis Child* 1975; 50: 604–609

57. Efird MM, Heerens AT, Gordon PV, et al: A randomized controlled trial of prophylactic hydrocortisone supplementation for the prevention of hypotension in extremely low birth weight infants. *J Perinatol* 2005; 25: 119–124

58. Ng PC, Lee CH, Bnur FL: A double blind, randomized controlled study of a stress dose of hydrocortisone for rescue treatment of refractory hypotension in preterm infants. *Pediatrics* 2006; 117:367–375

59. Fernandez E, Schrader R, Wattenberg K: Prevalence of low cortisol values in term and near term infants with vasopressor resistant hypotension. *J Perinatol* 2005; 25: 114–118

60. Noori S, Siassi B, Durand M, et al: Cardiovascular effects of low dose dexamethasone in very low birth weight neonates with refractory hypotension. *Biol Neonate* 2006; 89:82–87

61. Lauterbach R, Pawlik D, Kowalczyk D, et al: The effect of the immunomodulatory agent, pentoxyfilline in the treatment of sepsis in prematurely delivered infants; placebo controlled, double blinded trial. *Crit Care Med* 1999; 27:807–814

62. Zimmerman JJ: Appraising the potential of pentoxyfilline in septic premies. *Crit Care Med* 1999; 27:695–697

63. Haque K, Mohan P: Pentoxifylline for neonatal sepsis: *Cochrane Database Syst Rev* 2003:CD004205

64. Fenton KE, Sable CA, Bell MJ, et al: Increases in serum levels of troponin I are associated with cardiac dysfunction and disease severity in pediatric patients with septic shock. *Pediatr Crit Care Med* 2004; 5:533–536

65. Briassoulis G, Narlioglou, Zavras N, et al: Myocardial injury in meningococcus-induced purpura fulminans in children. *Intensive Care Med* 2001; 27:1073–1082

66. Thiru Y, Pathan N, Bignall S, et al: A myocardial cytotoxic process is involved in the cardiac dysfunction of meningococcal sep-

tic shock. *Crit Care Med* 2000; 28: 2979–2983

67. Pollack MM, Ruttiman UE, Getson PR, et al: Pediatric risk of mortality (PRISM) score. *Crit Care Med* 1988; 16:1110–1116

68. Carcillo JA, Kuch BA, et al: Early shock reversal is associated with reduced childhood neurologic morbidity and mortality. *Pediatrics* in press

69. Redl-Wenzl EM, Armbruster C, Edelman G, et al: The effects of norepinephrine on hemodynamics and renal function in severe septic shock. *Intensive Care Med* 1993; 19: 151–154

70. LeDoux D, Astiz ME, Carpati CM, et al: Effects of perfusion pressure on tissue perfusion in septic shock. *Crit Care Med* 2000; 28:2729–2732

71. Greenhalgh DG, Warden GD: The importance of intra-abdominal pressure measurements in burned children. *J Trauma* 1994; 36:685–690

72. Evans N, Osborn D, Kluckow M: Preterm circulatory support is more complex than just blood pressure. *Pediatrics* 2005; 115: 1114–1115

73. Osborn DA, Evan N, Kluckow M: Clinical detection of low upper body blood flow in very premature infants using blood pressure, capillary refill time, and central—Peripheral temperature difference. *Arch Dis Child Fetal Neonatal Ed* 2004; 69: F168–F173

74. Hunt RW, Evans N, Rieger I, et al: Low superior vena cava flow and neurodevelopment at 3 years in very pre term infants. *J Pediatr* 2004; 145:588–592

75. Evans N, Kluckow M, Simmons M, et al: Which to measure, systemic or organ blood flow? Middle cerebral artery and superior vena cava blood flow in very preterm infants. *Arch Dis Child Fetal Neonatal Ed* 2002; 87:F181–F184

76. Osborn DA, Evans N, Kluckow M: Hemodynamic and antecedent risk factors of early and late periventricular/intraventricular hemorrhage in premature infants. *Pediatrics* 2003; 112(1 Pt 1):33–39

77. Osborn DA, Evans N, Kluckow M: Effect of targeted indomethacin on the ductus arteriosus and blood flow to the upper body and brain in the preterm infant *Arch Dis Child Fetal Neonatal Ed* 2003; 88:F477–F482

78. Osborn D, Evans N, Kluckow M: Randomized trial of dobutamine versus dopamine in preterm infants with low systemic blood flow. *J Pediatr* 2002; 140:183–191

79. Evans N, Osborn D, Kluckow M: Mechanism of blood pressure increase induced by dopamine in hypotensive preterm neonates. *Arch Dis Child Fetal Neonatal Ed* 2000; 83:F75–F76

80. Kluckow M: Low systemic blood flow in the preterm infant. *Semin Neonatol* 2001; 6:75–84

81. Kluckow M, Evans N: Ductal shunting, high pulmonary blood flow, and pulmonary hemorrhage. *J Pediatr* 2000; 137:68–72

82. Kluckow M, Evans N: Low superior vena cava flow and intraventricular haemorrhage in preterm infants. *Arch Dis Child Fetal Neonatal Ed* 2000; 82:F188–F194

83. Parr GV, Blackstone EH, Kirklin JW: Cardiac performance and mortality early after intracardiac surgery in infants and young children. *Circulation* 1975; 51:867–874

84. Rivers E, Nguyen B, Havstad S, et al: Early goal-directed therapy in the treatment of severe sepsis and septic shock. *N Engl J Med* 2001; 346:1368–1377

85. Kanter RK, Zimmerman JJ, Strauss RH, et al: Pediatric emergency intravenous access. Evaluation of a protocol. *Am J Dis Child* 1986; 140:132–134

86. Idris AH, Melker RS: High flow sheaths for pediatric fluid resuscitation: A comparison of flow rates with standard pediatric catheters. *Pediatr Emerg Care* 1992; 8:119–122

87. Ngo NT, Cao XT, Kneen R, et al: Acute management of dengue shock syndrome: A randomized double-blind comparison of 4 intravenous fluid regimens in the first hour. *Clin Infect Dis* 2001; 32:204–213

88. Dung NM, Day NP, Tam DT, et al: Fluid replacement in dengue shock syndrome: A randomized double blind comparison of four intravenous fluid regimens. *Clin Infect Dis* 1999; 29:787–794

89. Finfer S, Bellomo R, Boyce N, et al; SAFE Study Investigators: A comparison of albumin and saline for fluid resuscitation in the intensive care unit. *N Engl J Med* 2004; 350:2247–2256

90. Upadhyay M, Singhi S, Murlidharan J, et al: Randomized evaluation of fluid resuscitation with crystalloid (saline) and colloid (polymer from degraded gelatin in saline) in pediatric septic shock. *Indian Pediatr* 2005; 42:223–231

91. Carcillo JA, Davis AI, Zaritsky A: Role of early fluid resuscitation in pediatric septic shock. *JAMA* 1991; 266:1242–1245

92. Stoner MJ, Goodman DG, Cohen DM, et al: Rapid fluid resuscitation in pediatrics; testing the ACCM guidelines. *Crit Care Med* 2005; 33:A68

93. Ranjit S, Kissoon N, Jayakumar I: Aggressive management of dengue shock syndrome may decrease mortality rate: A suggested protocol. *Pediatr Crit Care Med* 2005; 6:412–419

94. Foland FA, Fortenberry JD, Warshaw BL, et al: Fluid overload before continuous hemofiltration and survival in critically ill children; a retrospective analysis. *Crit Care Med* 2004; 32:1771–1776

95. Lucking SE, Williams TM, Chaten FC: Dependence of oxygen consumption on oxygen delivery in children with hyperdynamic septic shock and low oxygen extraction. *Crit Care Med* 1990; 18:1316–1319

96. Mink RB, Pollack MM: Effect of blood transfusion on oxygen consumption in pediatric septic shock. *Crit Care Med* 1990; 18: 1087–1091

97. Carrol CG, Snyder JV: Hyperdynamic severe

PAR-VASO-0007236

intravascular sepsis depends on fluid administration in cynomolgous monkey. *Am J Physiol* 1982; 243:R131–R141

98. Lee PK, Deringer JR, Kreiswirth BN, et al: Fluid replacement protection of rabbits challenged subcutaneous with toxic shock syndrome toxins. *Infect Immun* 1991; 59: 879–884

99. Ottoson J, Dawidson I, Brandberg A, et al: Cardiac output and organ blood flow in experimental septic shock and treatment with antibiotics, corticosteroids, and fluid infusion. *Circ Shock* 1991; 35:14–24

100. Hoban LD, Paschall JA, Eckstein J, et al: Awake porcine model of intraperitoneal sepsis and altered oxygen utilization. *Circ Shock* 1991; 34:252–262

101. Wilson MA, Choe MC, Spain DA: Fluid resuscitation attenuates early cytokine mRNA expression after peritonitis. *J Trauma* 1996; 41:622–627

102. Boldt J, Muller M, Heesen M: Influence of different volume therapies and pentoxifylline infusion on circulating adhesion molecules in critically ill patients. *Crit Care Med* 1998; 24:385–391

103. Zadrobilek E, Hackl W, Sporn P, et al: Effect of large volume replacement with balanced electrolyte solutions on extravascular lung water in surgical patients with sepsis syndrome. *Intensive Care Med* 1989; 15: 505–510

104. Powell KR, Sugarman LI, Eskenazi AE, et al: Normalization of plasma arginine vasopressin concentrations when children with meningitis are given maintenance plus replacement fluid therapy. *J Pediatr* 1990; 117:515–522

105. Pladys P, Wodey E, Betremieux P: Effects of volume expansion on cardiac output in the preterm infant. *Acta Paediatr* 1997; 86: 1241–1245

106. Lambert HJ, Baylis PH, Coulthard MG: Central-peripheral temperature difference, blood pressure, and arginine vasopressin in preterm neonates undergoing volume expansion. *Arch Dis Child Fetal Neonatal Ed* 1998; 78:F43–F45

107. Bressack MA, Morton NS, Hortop J: Group B streptococcal sepsis on the piglet: Effects of fluid therapy on venous return, organ edema, and organ blood flow. *Circ Res* 1987; 61:659–669

108. Pollard AJ, Britto J, Nadel S, et al: Emergency management of meningococcal disease. *Arch Dis Child* 1999; 80:290–296

109. Cochrane Injuries Group. Human albumin administration in critically ill patients: Systematic review of randomized controlled trials. *BMJ* 1998; 317:235–240

110. Boldt J, Heesen M, Welters I: Does the type of volume therapy influence endothelial-related coagulation in the critically ill? *Br J Anaesth* 1995; 75:740–746

111. Oca MJ, Nelson M, Donn SM: Randomized trial of normal saline versus 5% albumin for the treatment of neonatal hypotension. *J Perinatol* 2003; 23:473–476

112. Pamba A, Maitland K: Capillary refill: prognostic value in Kenyan children. *Arch Dis Child* 2004; 89:950–955

113. Maitland K, Pamba A, English M, et al: Pre-transfusion management of children with severe malarial anemia: A randomized controlled trial of intravascular expansion. *Br J Haematol* 2005; 128:393–400

114. Liet JM, Kuster A, Denizot S, et al: Effects of hydroxyethyl starch on cardiac output in hypotensive neonates: A comparison with isotonic saline and 5% albumin. *Acta Paediatr* 2006; 95:555–560

115. Cam BV, Tuan DT, Fonsmark L, et al: Randomized comparison of oxygen mask treatment vs nasal continuous positive airway pressure in dengue shock syndrome with acute respiratory failure. *J Trop Pediatr* 2002; 48:335–339

116. Yamamoto LG: Rapid sequence intubation. *In:* Textbook of Pediatric Emergency Care. Ludwig S, Fleisher GR (Eds). Philadelphia, PA, Lippincott, Wilkins and Williams, 2000

117. Van der Linde P, Gilbart E, Engelman E, et al: Comparison of halothane, isoflurane, alfentanil, and ketamine in experimental septic shock. *Anesth Analg* 1990; 70:608–617

118. Neder Meyer T, Lazaro Da Silva A: Ketamine reduces mortality of severely burnt rats, when compared to midazolam plus fentanyl. *Burns* 2004; 30:425–430

119. Song XM, Wang YL, Zhou Q, et al: Protective effect of ketamine against septic shock in rats. *Zhongguo Wei Zhwong Bing Ji Jiu Yi Xue* 2004 16:348–351

120. Koga K, Ogata M, Takenaka I, et al: Ketamine suppresses tumor necrosis factor alpha activity and mortality in carrageenan-sensitized endotoxin shock model. *Circ Shock* 1994; 44:160–168

121. Taniguchi T, Takemoto Y, Kanakura H, et al: The dose related effects of ketamine on mortality and cytokine response to endotoxin induced shock in rats. *Anesth Analg* 2003; 97:1769–1772

122. Taniguchi T, Kanakura H, Takemoto Y, et al: The anti-inflammatory effects of ketamine in endotoxemic rats during moderate and mild hypothermia. *Anesth Analg* 2004; 98:1114–1120

123. Taniguchi T, Shibata K, Yamamoto K: Ketamine inhibits endotoxin induced shock in rats. *Anesthesiology* 2001; 95:928–932

124. Yli-Hankala A, Kirveta M, Randell T, et al: Ketamine anaesthesia in a patient with septic shock. *Acta Anaesthesiol Scand* 1992; 36:483–485

125. Modig J: Positive effects of ketamine v. metomidate anesthesia on cardiovascular function, oxygen delivery and survival. Studies with a porcine endotoxin model. *Acta Chir Scand* 1987; 153:7–13

126. Tobias J, Martin LD, Wetzel RC: Ketamine by continuous infusion for sedation in the pediatric intensive care unit. *Crit Care Med* 1990; 18:819–821

127. Bloomfield R, Noble DW: Etomidate and fatal outcome—Even after a single dose

may be detrimental for some patients. *Br J Anaesth* 2006; 97:116–117

128. den Brinker M, Joosten KF, Liem O, et al: Adrenal insufficiency in meningococcal sepsis: Bioavailable cortisol levels and impact of interleukin-6 levels and intubation with etomidate on adrenal function and mortality. *J Clin Endocrinol Metab* 2005; 90: 5110–5117

129. Jackson WL Jr: Should we use etomidate as an induction agent for endotracheal intubation with septic shock? A critical appraisal. *Chest* 2005 127:1031–1038

130. Annane D: ICU physicians should abandon the use of etomidate! *Intensive Care Med* 2005; 31:325–326

131. Morris C, Mc Allister C: Etomidate for emergency anesthesia; mad, bad and dangerous to know? *Anaesthesia* 2005; 60: 737–740

132. Fernandez EG, Green TP, Sweenet M: Low inferior vena caval catheters for hemodynamic and pulmonary function monitoring in pediatric critical care patients. *Pediatr Crit Care Med* 2004; 5:14–18

133. Reynolds EM, Ryan DP, Sheridan RL, et al: Left ventricular failure complicating severe pediatric burn injury. *J Pediatr Surg* 1995; 30:264–269

134. Zaritsky A: *Curr Concepts Ped Emerg Care* 1998

135. Morrow WR, Murphy DJ Jr, Fisher DJ, et al: Continuous wave Doppler cardiac output: Use in pediatric patients receiving inotropic support. *Pediatr Cardiol* 1988; 9:131–136

136. Duke T, Butt W, South M: Predictors of mortality and multiple organ failure in children with sepsis. *Intensive Care Med* 1997; 23:684–692

137. Gueugniaud PY, Muchada R, Moussa M, et al: Continuous esophageal aortic blood flow echo-Doppler measurement during general anesthesia in infants. *Can J Anaesth* 1997; 44:745–750

138. Tibby SM, Hatherill M, Marsh MJ, et al: Clinical validation of cardiac output measurement using femoral artery thermodilution with direct Fick in ventilated children and adults. *Intensive Care Med* 1997; 23: 987–991

139. McLuckie A, Murdoch IA, Marsh MJ, et al: Comparison of pulmonary artery and thermodilution cardiac indices in pediatric intensive care patients. *Acta Paediatr* 1996; 85:336–338

140. Bay-Hansen R, Elfving B, Greisen G: Use of near infrared spectroscopy for estimation of peripheral venous saturation in newborns: Comparison with co-oximetry of central venous blood. *Biol Neonate* 2002; 82:1–8

141. Cecchetti C, Stoppa F, Vanacore N, et al: Monitoring of intrathoracic volemia and cardiac output in critically ill children. *Minerva Anestesiol* 2003; 69:907–918

142. Courand A, Marshall J, Chang Y, et al: Clinical applications of wall stress analysis in the pediatric intensive care unit. *Crit Care Med* 2001; 29:526–533

PAR-VASO-0007237

143. Cua CL, Hoffman TM, Taeed R, et al: Cerebral saturations trend with mixed venous saturations in patients undergoing extracorporeal life support. *Perfusion* 2004; 19: 171–176

144. Mahajan A, Shabanie A, Turner J, et al: Pulse contour analysis for cardiac output monitoring in cardiac surgery for congenital heart disease. *Anesth Analg* 2003; 97: 1283–1288

145. Martin M, Brown C, Bayard D, et al: Continuous noninvasive monitoring of cardiac performance and tissue perfusion in pediatric trauma patients. *J Pediatr Surg* 2005; 40:1957–1963

146. Mohan UR, Britto J, Habibi P, et al: Noninvasive measurement of cardiac output in critically ill children. *Pediatr Cardiol* 2002; 32:58–61

147. Nicklin SE, Hassan IA, Wickramasinghe YA, et al: The light shines but not that brightly? The current status of perinatal near infrared spectroscopy. *Arch Dis Child Fetal Neonatal Ed* 2003; 88:F263–F268

148. Pauli C, Fakle U, Genz T, et al: Cardiac output determination in children: equivalence of the transpulmonary thermodilution method to the direct Fick principle. *Intensive Care Med* 2002; 28:947–952

149. Sloth E, Pedersen J, Olsen KH, et al: Transesophageal echocardiographic monitoring during pediatric cardiac surgery: obtainable information and feasibility in 532 children. *Paediatr Anaesth* 2001; 11:657–662

150. Tibby SM, Hatherill M, Durward A, et al: Are transesophageal Doppler parameters a reliable guide to paediatric hemodynamic status and fluid management? *Intensive Care Med* 2001; 27:201–205

151. Tibby SM, Murdoch IA: Monitoring cardiac function in intensive care. *Arch Dis Child* 2003; 88:46–52

152. Torgay A, Pirat A, Akpek E, et al: Pulse contour cardiac output system use in pediatric orthotopic liver transplantation: Preliminary report of nine patients. *Transplant Proc* 2005; 37:3168–3170

153. Kim KK, Frankel LR: The need for inotropic support in a subgroup of infants with severe life threatening respiratory syncytial viral infection. *J Investig Med* 1997; 45:469–473

154. Jardin F, MC Eveleigh, F Gurdjian, et al: Venous admixture in human septic shock: Comparative effects on blood volume expansion, dopamine infusion and isoproterenol infusion on mismatch of ventilation and pulmonary blood flow in peritonitis. *Circulation* 1979; 60:155–159

155. Harada K, Tamura M, Ito T, et al: Effects of low-dose dobutamine on left ventricular diastolic filling in children *Pediatr Cardiol* 1996; 17:220–225

156. Stopfkuchen H, Schranz D, Huth R, et al: Effects of dobutamine on left ventricular performance in newborns as determined by systolic time intervals. *Eur J Pediatr* 1987; 146:135–139

157. Stopfkuchen H, Queisser-Luft A, Vogel K: Cardiovascular responses to dobutamine determined by systolic time intervals in preterm infants. *Crit Care Med* 1990; 18: 722–724

158. Habib DM, Padbury JF, Anas NG, et al: Dobutamine pharmacokinetics and pharmacodynamics in pediatric intensive care patients. *Crit Care Med* 1992; 20:601–608

159. Berg RA, Donnerstein RL, Padbury JF: Dobutamine infusions in stable, critically ill children: Pharmacokinetics and hemodynamic actions. *Crit Care Med* 1993; 21: 678–686

160. Martinez AM, Padbury JF, Thio S: Dobutamine pharmacokinetics and pharmacodynamics and cardiovascular responses in critically ill neonates. *Pediatrics* 1992; 89: 47–51

161. Perkin RM, Levin DL, Webb R, et al: Dobutamine: A hemodynamic evaluation in children with shock. *J Pediatr* 1982; 100: 977–983

162. Goto M, Griffin A: Adjuvant effects of beta-adrenergic drugs on indomethacin treatment of newborn canine endotoxic shock. *J Pediatr Surg* 1991; 26:1156–1160

163. Subhedar NV, Shaw NJ: Dopamine versus dobutamine for hypotensive preterm infants. *Cochrane Database Syst Rev* 2003; CD001242

164. Clark SJ, Yoxall CW, Subhedar NV: Right ventricular performance in hypotensive preterm neonates treated with dopamine. *Pediatr Cardiol* 2002; 23:167–170

165. Lopez SL, Leighton JO, Walther FJ: Supranormal cardiac output in the dopamine- and dobutamine-dependent preterm infant. *Pediatr Cardiol* 1997; 18:292–296

166. Beale RJ, Hollenberg SM, Vincent JL, et al: Vasopressor and inotropic support in septic shock: An evidence based review. *Crit Care Med* 2004; 32(Suppl 11):S455–S465

167. Klinzing S, Simon M, Reinhart K, et al: High-dose vasopressin is not superior to norepinephrine in septic shock. *Crit Care Med* 2003; 31:2646–2650

168. Morimatsu H, Singh K, Uchino S, et al: Early and exclusive use of norepinephrine in septic shock. *Resuscitation* 2004; 62: 249–254

169. Lopez A, Lorente JA, Steingrub J, et al: Multiple-center, randomized, placebo-controlled, double-blind study of the nitric oxide synthase inhibitor 546C88: Effect on survival in patients with septic shock. *Crit Care Med* 2004; 32:21–30

170. Albanese J, Leone M, Delmas A, et al: Terlipressin or norepinephrine in hyperdynamic septic shock: A prospective, randomized study. *Crit Care Med* 2005; 33: 1897–1902

171. Bollaert PE, Bauer P, Audibert G, et al: Effects of epinephrine on hemodynamics and oxygen metabolism in dopamine-resistant septic shock. *Chest* 1990; 98: 949–953

172. Heckmann M, Trotter A, Pohlandt F, et al: Epinephrine treatment of hypotension in very low birthweight infant. *Acta Paediatr* 2002; 91:566–570

173. Pellicer A, Valverde E, Elorza MD, et al: Cardiovascular support for low birth weight infants and cerebral hemodynamics: A randomized, blinded, clinical trial. *Pediatrics* 2005; 115:1501–1512

174. Valverde E, Pellicer A, Madero R, et al: Dopamine versus epinephrine for cardiovascular support in low birth weight infants: Analysis of systemic effects and neonatal outcomes. *Pediatrics* 2006; 117:e1213–e1222

175. Meier-Hellman A, Reinhart K, Bredle DC, et al: Epinephrine impairs splanchnic perfusion in septic shock. *Crit Care Med* 1997; 25:399–404

176. The International Liaison Committee on Resuscitation (ILCOR) consensus on science with treatment recommendations for pediatric and neonatal patients: Pediatric basic and advanced life support. *Pediatrics* 2006; 117:e955–e977

177. Keeley SR, Bohn DJ: The use of inotropic and afterload-reducing agents in neonates. *Clin Perinatol* 1988; 15:467–489

178. Butt W, Bohn D, Whyte H: Clinical experience with systemic vasodilator therapy in the newborn infant. *Aust Pediatr J* 1986; 22:117–120

179. Benitz WE, Rhine WD, Van Meurs KP, et al: Nitrosovasodilator therapy for severe respiratory distress syndrome. *J Perinatol* 1996; 16:443–448

180. Wong AF, McCulloch LM, Sola A: Treatment of peripheral tissue ischemia with topical nitroglycerin ointment in neonates. *J Pediatr* 1992; 121:980–983

181. Bailey JM, Miller BE, Kanter KR, et al: A comparison of the hemodynamic effects of amrinone and sodium nitroprusside in infants after cardiac surgery. *Anesth Analg* 1997; 84:294–298

182. Laitinen P, Happonen JM, Sairanae H, et al: Amrinone vs dopamine-nitroglycerin after reconstructive surgery for complete atrioventricular septal defect. *J Cardiothorac Vasc Anesth* 1997; 11:870–874

183. Spronk PE, Ince C, Gardien MJ, et al: Nitroglycerin in septic shock after intravascular volume resuscitation. *Lancet* 2002; 360: 1395–1396

184. Heyderman RS, Klein NJ, Shennan GI, et al: Deficiency of prostacyclin production in meningococcal shock. *Arch Dis Child* 1991; 66:1296–1299

185. Lauterbach R, Zembala M: Pentoxifylline reduces plasma tumor necrosis factor-alpha concentration in premature infants with sepsis. *Eur J Pediatr* 1996; 155:404–409

186. Kawczynski P, Piotrowski A: Circulatory and diuretic effects of dopexamine infusion in low-birth-weight infants with respiratory failure. *Intensive Care Med* 1996; 22:65–70

187. Habre W, Beghetti M, Roduit C, et al: Hemodynamic and renal effects of dopexamine after cardiac surgery in children. *Anaesth Intensive Care* 1996; 24:435–439

188. Moffet BS, Orellana R: Use of fenoldopam to

PAR-VASO-0007238

increase urine output in a patient with renal insufficiency secondary to septic shock: A case report. *Pediatr Crit Care Med* 2006; 7:600–602

189. Morelli A, Rocco M, Conti G, et al: Effects of short term fenoldopam infusion on gastric mucosal blood flow in septic shock. *Anesthesiology* 2004; 101:576–582

190. Barton P, Garcia J, Kouatli A, et al: Hemodynamic effects of i.v. milrinone lactate in pediatric patients with septic shock. A prospective, double-blinded, randomized, placebo-controlled, interventional study. *Chest* 1996; 109:1302–1312

191. Lindsay CA, Barton P, Lawless S, et al: Pharmacokinetics and pharmacodynamics of milrinone lactate in pediatric patients with septic shock. *J Pediatr* 1998; 132:329–334

192. Paradsis M, Evans N, Kluckow M, et al: Pilot study of milrinone for low sysyemic blood flow in very preterm infants. *J Pediatr* 2006; 148:306–313

193. Paradsis M, Jiang X, Mclachlan AJ, et al: Population pharmacokinetics and dosing regimen design of milrinone in preterm infants. *Arch Dis Child Fetal Neonatal Ed* 2007; 92:F204–F209

194. Irazusta JE, Pretzlaff RK, Rowin ME: Amrinone in pediatric refractory shock: An open label pharmacodynamic study. *Pediatr Crit Care Med* 2001; 2:24–28

195. Sorenson GK, Ramamoorthy C, Lynn AM, et al: Hemodynamic effects of amrinone in children after Fontan surgery. *Anesth Analg* 1996; 82:241–246

196. Chang AC, Atz AM, Wernovsky G, et al: Milrinone: Systemic and pulmonary hemodynamics effects in neonates after cardiac surgery. *Crit Care Med* 1995; 23:1907–1914

197. Matejovic M, Krouzecky A, Radej J, et al: Successful reversal of resistant hypodynamic septic shock with levosimendan. *Acta Anaesthesiol Scand* 2005; 49:127–128

198. Noto A, Giacomini M, Palandi A, et al: Levosimendan in septic cardiac failure. *Intensive Care Med* 2005; 31:164–165

199. Oldner A, Konrad D, Weitzberg E, et al: Effects of levosimendan, a novel inotropic calcium sensitizing drug in experimental septic shock. *Crit Care Med* 2001; 29:2185–2193

200. Morelli A, Teboul JL, Maggiore SM, et al: Effects of levosimendan on right ventricular afterload in patients with acute respiratory distress syndrome: A pilot study. *Crit Care Med* 2006; 34:2287–2293

201. Muller K, Peters A, Zeus T, et al: Therapy of acute decompensated heart failure with levosimendan. *Med Klin* 2006; (101Suppl 1): 119–122

202. Namachivayam P, Crossland DS, Butt WW, et al: Early experience with Levosimendan in children with ventricular dysfunction. *Pediatr Crit Care Med* 2006; 7:445–448

203. Ringe HI, Varnholt V, Gaedicke G: Cardiac rescue with enoximone in volume and catecholamine refractory septic shock. *Pediatr Crit Care Med* 2003; 4:471–475

204. Kern H, Schroder T, Kaulfuss M, et al: Enoximone in contrast to dobutamine improves hepatosplanchnic function in fluid optimized septic shock patients. *Crit Care Med* 2001; 29:1519–1525

205. Hoang P, Fosse JP, Fournier JL, et al: Enoximone-noradrenaline combination in septic shock. *Presse Med* 1991; 20:1785

206. Sakr Y, Reinhart K, Vincent JL, et al: Does dopamine administration in shock influence outcome? Results of the Sepsis Occurrence in Acutely Ill Patients study. *Crit Care Med* 2006; 34:589–597

207. Padbury JF, Agata Y, Baylen BG, et al: Pharmacokinetics of dopamine in critically ill newborn infants. *J Pediatr* 1990; 117: 472–476

208. Bhatt-Mehta V, Nahata MC, McClead RE, et al: Dopamine pharmacokinetics in critically ill newborn infants. *Eur J Clin Pharmacol* 1991; 40:593–597

209. Allen E, Pettigrew A, Frank D, et al: Alterations in dopamine clearance and catechol-O-methyltransferase activity by dopamine infusions in children. *Crit Care Med* 1997; 25:181–189

210. Outwater KM, Treves ST, Lang P: Renal and hemodynamic effects of dopamine in infants following cardiac surgery. *J Clin Anesth* 1990; 2:253–257

211. Lobe TE, Paone R, Dent SR: Benefits of high-dose dopamine in experimental neonatal septic shock. *J Surg Res* 1987; 42: 665–674

212. Seri I, Tulassay T, Kiszel J, et al: Cardiovascular response to dopamine in hypotensive preterm neonates with severe hyaline membrane disease. *Eur J Pediatr* 1984; 142:3–9

213. Padbury JF, Agata Y, Baylen BG, et al: Dopamine pharmacokinetics in critically ill newborn infants. *J Pediatr* 1987; 110: 293–298

214. Hentschel R, Hensel D, Brune T, et al: Impact on blood pressure and intestinal perfusion of dobutamine or dopamine in hypotensive preterm infants. *Biol Neonate* 1995; 68:318–324

215. Klarr JM, Faix RG, Pryce CJ: Randomized, blind trial of dopamine versus dobutamine for treatment of hypotension in preterm infants with respiratory distress syndrome. *J Pediatr* 1994; 125:117–122

216. Liet JM, Boscher C, Gras-Leguen C, et al: Dopamine effects on pulmonary artery pressure in hypotensive preterm infants with patent ductus arteriosus. *J Pediatr* 2002; 149:373–375

217. Meadows D, Edwards JD, Wilkins RG, et al: Reversal of intractable septic shock with norepinephrine therapy. *Crit Care Med* 1988; 16:663–666

218. Desjars P, Pinaud M, Potel G, et al: A reappraisal of norepinephrine therapy in human septic shock. *Crit Care Med* 1987; 15: 134–137

219. Hall LG, Oyen LJ, Taner CB, et al: Fixed-dose vasopressin compared with titrated dopamine and norepinephrine as initial vasopressor

therapy for septic shock. *Pharmacotherapy* 2004; 24:1002–1112

220. Delmas A, Leone M, Rousseau S, et al: Clinical review: Vasopressin and terlipressin in septic shock patients. *Critical Care* 2005; 9:212–222

221. Leibovitch L, Efrati O, Vardi A, et al: Intractable hypotension in septic shock: Successful treatment with vasopressin in an infant. *Isr Med Assoc J* 2003; 5:596–598

222. Matok I, Vard A, Efrati O, et al: Terlipressin as rescue therapy for intractable hypotension due to septic shock in children. *Shock* 2005; 23:305–310

223. Tsuneyoshi I, Yamada H, Kakihana Y, et al: Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. *Crit Care Med* 2001; 29: 487–493

224. Peters MJ, Booth RA, Petros AJ: Terlipressin bolus induces systemic vasoconstriction in septic shock. *Pediatric Crit Care Med* 2004; 5:112–115

225. Liedel JL, Meadow W, Nachman J, et al: Use of vasopressin in refractory hypotension in children with vasodilatory shock: Five cases and a review of the literature. *Pediatr Crit Care Med* 2002; 3:15–18

226. Vasudevan A, Lodha R, Kabra SK: Vasopressin infusion in children with catecholamine-resistant septic shock. *Acta Paediatr* 2005; 94:380–383

227. Rodriguez-Nunez A, Fernandez-Sanmartin M, Martinon-Torres F, et al: Terlipressin for catecholamine-resistant septic shock in children. *Intensive Care Med* 2004; 30: 477–480

228. Matok I, Leibovitch L, Vardi A, et al: Terlipressin as rescue therapy for intractable hypotension during neonatal septic shock. *Pediatr Crit Care Med* 2004; 5:116–118

229. Rosenzweig EB, Starc TJ, Chen JM, et al: Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. *Circulation* 1999; 100(Suppl 19): 11182–11186

230. Peters MJ, Booth RA, Petros AJ: Terlipressin bolus induces systemic vasoconstriction in septic shock. *Pediatr Crit Care Med* 2004; 5:188–189

231. Yunge M, Petros A: Angiotensin for septic shock unresponsive to noradrenaline. *Arch Dis Child* 2000; 82:388–389

232. Gregory JS, Binfiglio NF, dasta JF, et al: Experience with phenylephrine as a component of pharmacologic support of septic shock. *Crit Care Med* 1991; 19:1395–1340

233. Grover R, Lopez A, Lorente J, et al: Multicenter, randomized, double blind, placebo-controlled, double bind study of nitric oxide inhibitor 546C88: Effect on survival in patients with septic shock. *Crit Care Med* 1999; 27:A33

234. Driscoll W, Thutin S, Carrion V, et al: Effect of methylene blue on refractory neonatal hypotension. *J Pediatr* 1996; 129:904–908

235. Taylor K, Holtby H: Methylene blue revisited: Management of hypotension in a pedi-

PAR-VASO-0007239

atric patient with bacterial endocarditis. *J Thorac Cardiovasc Surg* 2005; 130:566

236. Copper DJ, Russell JA, Walley KR, et al: Vasopressin and septic shock trial (VASST): Innovative features and performance. *Am J Respir Crit Care Med* 2003; 167:A838

237. Choong K, Menon K, Litalien C, et al: A study of the efficacy of vasopressin in pediatric vasodilatory shock. Available at: http://www.controlled-trials.com/isrctn/trial//0/11597444.html

238. LeClerc F, Walter-Nicolet E, Leteutre S, et al: Admission plasma vasopressin levels in children with meningococcal septic shock. *Intensive Care Med* 2003; 29:1339–1344

239. Lin JC, Carcillo JA: Increased glucose/glucose infusion rate ratio predicts anion gap acidosis in pediatric sepsis. *Crit Care Med* 2004; 32(Suppl 20):A5

240. Drop LJ, Laver MB, Roberton NR, et al: Low plasma ionized calcium and response to calcium therapy in critically ill man. *Anesthesiology* 1975; 43:300–306

241. Cardenas-Rivero N, Chernow B, Stoiko MA, et al: Hypocalcemia in critically ill children. *J Pediatr* 1989; 114:946–951

242. Sumarmo: The role of steroids in dengue shock syndrome. *Southeast Asian J Trop Med Public Health* 1987; 18:383–389

243. Min M, U T, Aye M, et al: Hydrocortisone in the management of dengue shock syndrome. *Southeast Asian J Trop Med Public Health* 1975; 6:573–579

244. Hatherill M, Tibby SM, Hilliard T, et al: Adrenal insufficiency in septic shock. *Arch Dis Child* 1999; 80:51–55

245. Ryan CA: Fatal childhood pneumococcal Waterhouse-Friderichsen syndrome. *Pediatr Infect Dis J* 1993; 12:250–251

246. Kohane DS: Endocrine, mineral, and metabolic disease in pediatric intensive care. *In:* Textbook of Pediatric Intensive Care. Rogers MC (Ed). Baltimore, Williams and Wilkins, 1996

247. Matot I, Sprung CL: Corticosteroids in septic shock: Resurrection of the last rites? *Crit Care Med* 1998; 26:627–629

248. Briegel J, Forst H, Kellermann W, et al: Hemodynamic improvement in refractory septic shock with cortisol replacement therapy. *Intensive Care Med* 1992; 18:318

249. Moran JL, Chapman MJ, O'Fathartaigh MS, et al: Hypocortisolaemia and adrenocortical responsiveness at onset of septic shock. *Intensive Care Med* 1994; 20:489–495

250. Todd JK. Ressman M, Caston SA, et al: Corticosteroid therapy for patients with toxic shock syndrome. *JAMA* 1984; 252: 3399–3402

251. Sonnenschein H, Joos HA: Hydrocortisone treatment of endotoxin shock. Another paradox in pediatrics. *Clin Pediatr* 1970; 9:251–252

252. The American Hospital Formulary 1998

253. Bettendorf M, Schmitt KG, Grulich Henn J, et al: Tri-iodothyronine treatment in children after cardiac surgery a double blind,

randomized placebo controlled study. *Lancet* 2000; 356:529–534

254. Joosten KF, deKleign ED, Westerndorp M, et al: Endocrine and metabolic responses in children with meningococcal sepsis; striking differences between survivors and non-survivors. *J Clin Endocrinol Metab* 2000; 85:3746–3753

255. Riordan FA, Thomson AP, Ratcliffe JM, et al: Admission cortisol and adrenocorticotropin hormone levels in children with meningococcal disease: Evidence of adrenal insufficiency? *Crit Care Med* 1999; 27:2257–2261

256. Soni A, Pepper GM, Wyrwinski PM, et al: Adrenal insufficiency occurring during septic shock, incidence, outcome, and relationship to peripheral cytokine levels. *Am J Med* 1995; 98:266–271

257. Migeon CJ, Kenny FM, Hung W, et al: Study of adrenal function in children with meningitis. *Pediatrics* 1967; 40:163–181

258. Sonnenschein H, Joos HA: Use and dosage of hydrocortisone in endotoxic shock. *Pediatrics* 1970; 45:720

259. Hodes HL: Care of the critically ill child: Endotoxic shock. *Pediatrics* 1969; 44: 248–260

260. Annane D, Sebille V, Charpentier C, et al: Effect of treatment with low doses of hydrocortisone and fludrocortisone on mortality in patients with septic shock *JAMA* 2002; 288:862–871

261. Lichtarowicz-Krynska EJ, Cole TJ, Camacho-Hubner C, et al: Circulating aldosterone levels are unexpectedly low in children with acute meningococcal disease. *J Clin Endocrinol Metab* 2004; 89:1410–1414

262. Lodygensky GA, Rademaker K, Zimine S, et al: Structural and functional brain development after hydrocortisone treatment for neonatal chronic lung disease. *Pediatrics* 2005 116:1–7

263. Committee on Fetus and Newborn. Postnatal corticosteroids to treat or prevent chronic lung disease in preterm infants. *Pediatrics* 2002; 109:330–338

264. Seri I: Hydrocortisone and vasopressor-resistant shock in preterm neonates. *Pediatrics* 2006; 117:516–518

265. De Kleijn ED, Joosten KF, Van Rijn B, et al: Low serum cortisol in combination with high adrenocorticotropic hormone concentrations are associated with poor outcome in children with severe meningococcal disease. *Pediatr Infect Dis J* 2002; 21: 330–336

266. Onenli-Mungan N, Yildizdas D, Yapicioglu H, et al: Growth hormone and insulin-like growth factor 1 levels and their relation to survival in children with bacterial sepsis and septic shock. *J Paediatr Child Health* 2004; 40:221–226

267. den Brinker M, Joosten KF, Visser TJ, et al: Euthyroid sick syndrome in meningococcal sepsis: The impact of peripheral thyroid hormone metabolism and binding proteins. *J Clin Endocrinol Metab* 2005; 90: 5613–5620

268. Markovitz BP, Goodman DM, Watson RS, et al: A retrospective cohort study of prognostic factors associated with outcome in pediatric severe sepsis: What is the role of steroids? *Pediatr Crit Care Med* 2005; 6:270–274

269. Burmester M, Pierce C, Petros A: Disseminated candidiasis after steroid treatment for early neonatal hypotension. *Arch Dis Child Fetal Neonatal Ed* 2001; 85:F226

270. Roberts JD Jr, Rinnai JR, Main FC III, et al: Inhaled nitric oxide and persistent pulmonary hypertension of the newborn. The Inhaled Nitric Oxide Study Group. *N Engl J Med* 1997; 336:605–610

271. Inhaled Nitric Oxide Study Group. Inhaled nitric oxide in full term and nearly full-term infants with hypoxic respiratory failure. *N Engl J Med* 1997; 336:597–604

272. Wung JT, James LS, Kilchevsky E: Management of infants with severe respiratory failure and persistence of the fetal circulation, without hyperventilation. *Pediatrics* 1985; 76:488–494

273. Drummond WH, Gregory GA, Heyman MA, et al: The independent effects of hyperventilation, tolazoline, and dopamine on infants with persistent pulmonary hypertension need to be taken into consideration when using these drugs. *J Pediatr* 1981; 98:603–611

274. Drummond WH: Use of cardiotonic therapy in the management of infants with PPHN. *Clin Perinatol* 1984; 11:715–728

275. Gouyon JB, Francoise M: Vasodilators in persistent pulmonary hypertension of the newborn: A need for optimal appraisal of efficacy. *Dev Pharmacol Ther* 1992; 19: 62–68

276. Meadow WL, Meus PJ: Hemodynamic consequences of tolazoline in neonatal group B streptococcal bacteremia: An animal model. *Pediatr Res* 1984; 18:960–965

277. Sandor GG, Macnab AJ, Akesode FA, et al: Clinical and echocardiographic evidence suggesting afterload reduction as a mechanism of action of tolazoline in neonatal hypoxemia. *Pediatr Cardiol* 1984; 5:93–99

278. Benitz WE, Malachowski N, Cohen RS, et al: Use of sodium nitroprusside in neonates: Efficacy and safety. *J Pediatr* 1985; 106: 102–110

279. McNamara PJ, Laique F, Muang-In S, et al: Milrinone improves oxygenation in neonates with severe persistent pulmonary hypertension of the newborn. *J Crit Care* 2006; 21:217–222

280. Bassler D, Choong K, McNamara P, et al: Neonatal persistent pulmonary hypertension treated with milrinone: Four case reports. *Biol Neonate* 2006; 89:1–5

281. Rahis N, Morin FC III, Swartz DD, et al: Effects of prostacyclin and milrinone on pulmonary hemodynamics in newborn lambs with persistent pulmonary hypertension induced by ductal ligation. *Pediatr Res* 2006; 60:624–629

282. Bartlett RH, Roloff DW, Custer JR, et al:

PAR-VASO-0007240

Extracorporeal life support: The University of Michigan experience. *JAMA* 2000; 283: 904–908

283. Meyer DM, Jessen ME: Results of extracorporeal membrane oxygenation in neonates with sepsis. The Extracorporeal Life Support Organization experience. *J Thorac Cardiovasc Surg* 1995; 109:419–425

284. Bernbaum J, Schwartz IP, Gerdes M, et al: Survivors of extracorporeal oxygenation at 1 year of age: The relationship of primary diagnosis with health and neurodevelopmental sequalae. *Pediatrics* 1995; 96(5 Pt 1):907–913

285. The collaborative UK ECMO (Extracorporeal Membrane Oxygenation) trial: Follow-up to 1 year of age. *Pediatrics* 1998; 101:E1

286. Cincheiro Guisan A, Sousa Rouco C, Suarez Traba B, et al: Inhaled iloprost: A therapeutic alternative for persistent pulmonary hypertension of the newborn. *Ann Pediatr* 2005; 63:175–176

287. Ehlen M, Wiebe B: Iloprost in persistent pulmonary hypertension of the newborn. *Cardiol Young* 2003; 13:361–363

288. Patole S, Lee J, Buettner P, et al: Improved oxygenation following adenosine infusions in persistent pulmonary hypertension of the newborn. *Biol Neonate* 1998; 74:345–350

289. Konduri GG, Garcia DC, Kazzi NJ, et al: Adenosine infusion improves oxygenation in term infants with respiratory failure. *Pediatrics* 1996; 97:295–300

290. Motti A, Tissot C, Romensberger PC, et al: Intravenous adenosine for refractory pulmonary hypertension in a low-birthweight premature newborn: A potential new drug for rescue therapy. *Pediatr Crit Care Med* 2006; 7:380–382

291. Ng C, Franklin O, Vaidya M, et al: Adenosine infusion for the management of persistent pulmonary hypertension of the newborn. *Pediatr Crit Care Med* 2004; 5:10–13

292. Meyer DM, Jessen ME: Results of extracorporeal membrane oxygenation in children with sepsis. The Extracorporeal Life Support Organization. *Ann Thorac Surg* 1997; 63:756–761

293. Goldman AP, Kerr SJ, Butt W: Extracorporeal support for intractable cardiorespiratory failure due to meningococcal disease. *Lancet* 1997; 349:466–469

294. Beca J, Butt W: Extracorporeal membrane oxygenation for refractory septic shock in children. *Pediatrics* 1994; 93:726–729

295. Dalton HJ, Siewers RD, Fuhrman BP, et al: Extracorporeal membrane oxygenation for cardiac rescue in children with severe myocardial dysfunction. *Crit Care Med* 1993; 21:1020–1028

296. Hallin GW, Simpsom SQ, Crowell RE: Cardiopulmonary manifestations of Hantavirus pulmonary syndrome. *Crit Care Med* 1996; 24:252–258

297. Crowley MR, Katz RW, Kessler R, et al: Successful treatment of adults with Hantavirus pulmonary syndrome with ECMO. *Crit Care Med* 1998; 26:409–414

298. Jeffers A, Gladwin MT, Kim-Shapiro DB: Computation of plasma hemoglobin nitric oxide scavenging in hemolytic anemias. *Free Radic Biol Med* 2006; 41:1557–1565

299. Jackson EK, Koehler M, Mi Z, et al: Possible role fo adenosine deaminase in vaso-occlusive disease. *J Hypertens* 1996; 14: 19–29

300. Fortenberry JD, Paden ML: Extracorporeal therapies in the treatment of sepsis: Experience and promise. *Semin Pediatr Infect Dis* 2006; 17:72–79

301. Smith OP, White B, Vaughan D, et al: Use of protein C concentrate, heparin, and hemodiafiltration in meningococcus induced purpura fulminans. *Lancet* 1997; 350: 1590–1593

302. Ratanarat R, Brendolan A, Ricci Z, et al: Pulse high volume hemofiltration in critically ill patients: A new approach for patients with septic shock. *Semin Dial* 2006; 19:69–74

303. Piccini P, Dan M, Barbacini S, et al: Early isovolemic haemofiltration in oliguric patients with septic shock. *Intensive Care Med* 2006; 32:80–86

304. Bock KR: Renal replacement therapy in pediatric critical care medicine. *Curr Opin Pediatr* 2005; 17:368–371

305. Maheshwari P, Chhabra R, Clement M, et al: Hemodynamic changes during hemofiltration in meningococcal septicaemia. *Europediatrics* 2006; 61

306. Krovetz JL, Goldbloom S: Hemodynamics in normal children. *Johns Hopkins Med J* 1971; 130:187–195

307. Report of the second task force on blood pressure control in children–1987. Task Force on Blood Pressure Control in Children. National Heart, Lung, and Blood Institute, Bethesda, MD. *Pediatrics* 1987; 79:1–25

PAR-VASO-0007241

Intensive Care Med (2000) 26: S64–S74
© Springer-Verlag 2000

C. Brun-Buisson

# The epidemiology of the systemic inflammatory response

C. Brun-Buisson
Service de Réanimation Médicale & Unité
d'Hygiène et Prévention de L'Infection,
Hôpital Henri Mondor,
Assistance Publique-Hôpitaux de Paris &
Université Paris 12,
51, Ave de Lattre de Tassigny,
94010 Créteil, France
e-mail: christian.brun-buisson@hmn.
ap-hop-paris.fr
Tel.: + 33-1-49 81 23 91
Fax: + 33-1-42 07 99 43

**Abstract** *Objective*: To examine the incidence, risk factors, aetiologies and outcome of the various forms of the septic syndromes (the systemic inflammatory response syndrome [SIRS] sepsis, severe sepsis, and septic shock) and their relationships with infection.
*Design*: Review of published cohort studies examining the epidemiology of the septic syndromes, with emphasis on intensive care unit (ICU) patients.
*Results*: The prevalence of SIRS is very high, affecting one-third of all in-hospital patients, and > 50 % of all ICU patients; in surgical ICU patients, SIRS occurs in > 80 % patients. Trauma patients are at particularly high risk of SIRS, and most these patients do not have infection documented. The prevalence of infection and bacteraemia increases with the number of SIRS criteria met, and with increasing severity of the septic syndromes. About one-third of patients with SIRS have or evolve to sepsis. Sepsis may occur in approximately 25 % of ICU patients, and bacteraemic sepsis in 10 %. In such patients, sepsis evolves to severe sepsis in > 50 % of cases, whereas evolution to severe sepsis in non-ICU patients is about 25 %. Severe sepsis and septic shock occur in 2 %–3 % of ward patients and 10 %–15 % or more ICU patients, depending on the case-mix; 25 % of patients with severe sepsis have shock. There is a graded severity from SIRS to sepsis, severe sepsis and septic shock, with an associated 28-d mortality of approximately 10 %, 20 %, 20 %–40 %, and 40 %–60 %, respectively. Mortality rates are similar within each stage, whether infection is documented or not, and microbiological characteristics of infection do not substantially influence outcome, although the source of infection does. While about three of four deaths occur during the first months after sepsis, the septic syndromes significantly impact on long-term outcome, with an estimated 50 % reduction of life expectancy over the following five years. The major determinants of outcome, both short-term and long-term, of patients with sepsis are the severity of underlying diseases and comorbidities, the presence of shock and organ failures at onset of sepsis or evolving thereafter. It has been estimated that two-thirds of the overall mortality can be attributed to sepsis.
*Conclusions*: The prevalence of sepsis in ICU patients is very high, and most patients have clinically or microbiologically documented infection, except in specific subset of patients. The prognosis of septic syndromes is related to underlying diseases and the severity of the inflammatory response and its sequelae, reflected in shock and organ dysfunction/failures.

**Key words** Bacteraemia ·
Sepsis · Septic shock ·
Epidemiology · Prognosis · Risk
factors

PAR-VASO-0007242

## Introduction

Similarly to ARDS [1] the definition of septic syndromes has caused much controversy and debate in the past decade. Many of these controversies have stemmed from the frustration accumulated following the repeatedly negative results of new therapeutic interventions aiming at controlling the inflammatory response associated with infection. Hence the suggestions that new definitions were needed, that would allow a quicker and simpler identification of septic patients for accrual into randomised trials of new therapies [2] and that would help derive more consistent and comparable results from epidemiological studies and clinical trials. While the ultimate goal of showing the efficacy of these pharmacological interventions remains elusive, the definitions elaborated then and now in widespread use did provide the impetus for conducting several epidemiological studies aimed at better characterising the septic syndromes and their sequelae. In this paper, we shall review these studies and summarise the current understanding of the clinical and microbiological epidemiology of the septic syndromes, their interplay, and outcomes of patients affected. Finally, we shall discuss the implications of this information for conducting clinical trials.

## Definitions

The term "sepsis" has long been used interchangeably with bacteraemia, severe sepsis or even septic shock, undoubtedly a source of some confusion and difficulty in putting together results from published studies. In 1992 the US expert panel from the American College of Chest Physicians and the Society of Critical Care Medicine [2] produced a consensus statement on the suggested definitions to characterise the various stages of the associated inflammatory response and help in differentiating infectious from non-infectious processes.

While the recent definitions are centred on the documentation of infection, they aim at encompassing all potential clinical presentations of infection and its consequences. The principles followed in elaborating the definitions were that: (1) infectious (and some non-infectious) processes, whatever their cause, elicit a common systemic response which, although of variable intensity, is the expression of common pathophysiologic pathways resulting from the expression and interaction of various humoral and cellular mediators and cytokines; (2) sepsis and related terms should be reserved for infectious processes; and (3) there is a continuum between the various stages of this response to infection (Table 1).

Although the definitions do provide a framework for classifying patients – a useful achievement for enrolling patients into clinical trials – a persisting and unresolved problem facing clinicians in clinical practice is that the

Table 1  Definitions for the septic syndromes, adapted from the ACCP/SCCM expert panel [2]

| Term | Definition and criteria |
|------|------------------------|
| 1. Infection | Inflammatory response to the presence of micro-organisms or invasion of normally sterile tissue by these organisms |
| 2. Bacteremia | Presence of viable micro-organisms in the blood |
| 3. Systemic inflammatory response syndrome (SIRS)[1] | Two or more of the following: <br> – temperature > 38°C or < 36°C; <br> – Heart rate > 90 b/min; <br> – Respiratory rate > 20 b/min, or $PaCO_2$ < 32 mm Hg; <br> – White blood cell count > 12,000/mm³, or < 4,000/mm³, or > 10% band forms |
| 4. Sepsis (= 1 + 3) | The systemic response to infection |
| 5. Severe sepsis | Sepsis and organ dysfunction, hypoperfusion or hypotension. Manifestations of hypoperfusion may include, but are not limited to: <br> – lactic acidosis; <br> – oliguria; <br> – acute alteration in mental status |
| 6. Septic shock (=5 + 7) | Sepsis-induced hypotension, persisting despite adequate fluid resuscitation,[2, 3] and manifestations of hypoperfusion as listed in 5 |
| 7. Hypotension, sepsis-induced | A decrease in systolic blood pressure to < 90 mm Hg, or of > 40 mm Hg from baseline, in the absence of other cause for hypotension[3] |

[1] The SIRS may be caused by a variety of insults in addition to infection, including but not limited to trauma and status post-major surgery, acute pancreatitis, and burns

[2] An adequate fluid challenge is usually considered as at least 500 ml fluid infused rapidly, and persisting hypotension as one persisting for > 1 hour

[3] Patients on inotropic/vasoactive agents may not be hypotensive at time of evaluation

definitions are in part retrospective (based on the documentation of infection) and do not actually help them solve the major clinical issue when faced with a septic patient, which is to differentiate infectious from non-infectious processes. Another critique of this classification has been that its broad-based approach, intended to identify patients early in the course of the infectious process, did not in fact help physicians, and especially intensivists, to better characterise patients exhibiting the least severe presentations of the septic syndromes. In other words, the high sensitivity of the definition is counterbalanced by a rather low specificity. Finally, even the sensitivity of the definitions has been questioned, as there are unquestionably infected patients that do not meet sepsis criteria.

Nevertheless, several large epidemiological studies conducted after this conference have contributed to

Table 2 Incidence of severe sepsis and septic shock in hospital and ICUs, according to specialities

| | Nb pts screened | Nb pts with defined outcome | SIRS | Sepsis | Bacteremic sepsis | Severe sepsis | Septic shock |
|---|---|---|---|---|---|---|---|
| Hospital-wide | | | | | | | |
| Brun-Buisson[1] [5] | 85,750 | 842 | -- | NA | 9.8 [9.2–10.5]a | 6.0 [5.5–6.6]a | 1.4a |
| Sands[2] [8] | 12,759 | 3,376 | 180a (27b) | ~ 45a | NA | 11–33a (1.5–5.6)b | NA |
| Kieft[3] [15] | 6,762 | 92 | ... | ... | ... | 13.6a | 4.6a |
| Med/surg. wards | | | | | | | |
| Brun-Buisson [5] | 83,405 | 680 | -- | ... | 8.2 [7.5–8.8]a | 2.9 [2.5–3.2]a | 0.6a |
| Rangel-Frausto[4] [6] | NA | 354 | 300–320a | 60–80a | ... | 20–30a | 0 |
| Surgical ward | | | | | | | |
| Rangel-Frausto [6] | NA | NA | 495b | 127b | -- | 47b | 7b |
| Medical wards | | | | | | | |
| Rangel-Frausto [6] | NA | NA | 671b | 419b | NA | 57b | 1b |
| ICUs | | | | | | | |
| Brun-Buisson [5] | 2,345 | 276 | ... | ... | 69 [59–80]a | 119 [106–133]a | 87a |
| Brun-Buisson [13] | 11,828 | 1,052 | ... | ... | NA | 90 [8.5–9.5]a | 64a |
| Italian Sepsis [12][5] | 1,101 | 573 | 580a | 163a | NA | 55a | 61a |
| Medical ICU | | | | | | | |
| Rangel-Frausto [6] | NA | NA | 804b | 494b | NA | 358b | 69b |
| SICU | | | | | | | |
| Rangel-Frausto [6] | NA | NA | 857b | 470b | NA | 390b | 63b |
| Pittet [17][6] | 5457 | 173 | NA | NA | 32a | 24a | NA |
| Muckart [11] | 450 | 395 | 880b | 144a | NA | 136a | 202b |

Data are reported with 95% confidence intervals in brackets, when available. NA = not available
[1] 2-month incidence study in 24 hospitals in France; [2] Survey at 8 academic medical centres in the US; [3] Incidence study at one academic centre in the Netherlands; [4] Prevalence survey at one academic medical centre in the US; [5] Prevalence survey at n hospitals in Italy; [6] Incidence of bacteremic sepsis only at one academic medical centre in Switzerland
a Incidence/1,000 admissions; b incidence/1,000 patient-days

our better understanding and characterisation of the epidemiology and relationships to infection of the various stages of the inflammatory response, and of their outcome. In reviewing these, we will use definitions recommended by the expert panel [2] and will use the term "septic syndromes" to refer to all stages of the inflammatory response to infection.

## Incidence

### Bacteraemia

Evaluations of the incidence of sepsis have initially focused on the most indisputable evidence for infection, i.e., bacteraemia. The incidence of bacteraemia has been increasing steadily over the years. In 1990, the US National Center for Health Statistics reported that the rate of bacteraemia had increased from 0.74/1,000 to 1.76/1,000 hospital discharges between 1979 to 1987 [3]. Much – if not all – this change is caused by the increasing importance of nosocomial infection. At one tertiary-care institution, the rate of nosocomial bacteraemia has increased steadily from 6.7/1,000 to 18.4/1,000 discharges between 1980 and 1992 [4]. In the French multi-

center study conducted in 1993 in 24 public or public-affiliated hospitals [5] we recorded an overall incidence rate of bacteraemia of 9.8 (95 CI 9.2 to 10.5) per 1,000 admissions; this rate was more than eight-fold higher in ICUs (69/1,000) than in wards (8.2/1,000) (Table 2). Of the 842 bacteraemic episodes recorded in this study, 19% occurred in ICUs, 63% in medical wards, and 18% in surgical wards. Extrapolating these results to the whole country would give a figure of approximately 67,500 bacteraemic episodes occurring annually, of which 13,500 would occur in ICUs.

### SIRS and its relationships to sepsis

So far, the most comprehensive study on the clinical significance of the early stages of the septic syndromes was conducted by Rangel-Fausto et al. at the University of Iowa Hospital and Clinics [6]. This study was performed in three ICUs (medical, surgical, and cardiovascular) and 3 wards of a 900-bed teaching hospital including 200 ICU beds. The incidence of SIRS, sepsis, and severe sepsis and septic shock was assessed during a 9-month period, including a follow-up period of up to 28 days. Of the 3708 patients admitted during the study period,

PAR-VASO-0007244

2527 (68%) met at least two criteria for SIRS at some point in their hospital stay [6 <]. The major finding from this study was that medical or surgical ICU patients met 2 or more SIRS criteria during > 80% of their unit stay, whereas patients in the cardiovascular ICU met such criteria during slightly over one-half of their unit stay, and patients from other wards from 32% to 67% of their stay. It should be noted however, that the wards surveyed likely housed a population at unusually high risk of sepsis, as indicated by the two prevalence surveys done to complement the incidence study. In these surveys including all hospital wards, the prevalence of SIRS was about twice higher (64% and 61%) in the 3 wards participating in the incidence study than that recorded in the 27 other wards (25% and 27%) (Table 2). The prevalence of sepsis was of 6%–8% in the latter wards, and that of severe sepsis and shock was similar in both surveys in the two categories of wards, respectively at 2%–3%, and 0%.

Of the 2729 episodes of septic syndromes (i.e., at least SIRS) recorded in the incidence study, 1541 (56.4%) were classified as sepsis, 994 (36.4%) as severe sepsis, and 194 (7.1%) as septic shock [6]. Patients with infection were classified as having culture-proven or culture-negative sepsis. It is noteworthy that less than 50% of all episodes were microbiologically documented, although this proportion increased from 42% when patients only met criteria for SIRS, to 57% in patients presenting with shock.

Importantly, this study confirmed the expected natural progression between the different stages of septic syndromes: 32% and 36% of patients having 2 or 3 SIRS criteria, respectively developed culture-proven sepsis by day 14, and 45% of those with 4 criteria subsequently developed sepsis, while 64% of those with sepsis developed severe sepsis, a median of only 1 day after sepsis; conversely, only 23% of patients presenting with severe sepsis developed septic shock, and this occurrence was delayed by a median of 28 days after severe sepsis [6, 7]. The authors also noted an increasing prevalence of eventual organ dysfunctions (respiratory, renal, disseminated intravascular coagulation and shock) with increasing number of SIRS criteria. Of note, 27% of patients meeting four SIRS criteria developed shock at some point in time. Although there were some minor differences in risk of organ failures depending on the stage examined, the overall rate of organ failures was similar within each stage (as well as mortality) whether infection was confirmed or not, to the notable exception of acute renal failure, which was more frequent at all stages in the presence of confirmed infection.

Several conclusions can be drawn from this study:

1. The incidence of SIRS is very high in ICU patients, and its recognition cannot help in accurately identifying patients who will prove to be infected or those at higher risk of the more severe stages. This is confirmed by the fact that only about one-third to one-half of patients meeting SIRS criteria were subsequently proven to have confirmed (i.e., microbiologically proven) sepsis; the prevalence of infection, however, increases with the number of SIRS criteria met. However, this conclusion must be tempered by the fact that many patients with SIRS were thought to have infection, and were thus administered empirical antimicrobial therapy, which likely interfered with the documentation of infection; the actual proportion of non-infectious SIRS or "severe SIRS" in this study is unknown.

2. There is indeed a continuum between the different stages of the inflammatory response from SIRS to sepsis, severe sepsis and shock. However, only about one-third of patients presenting with SIRS have confirmed sepsis and about one-fourth will evolve to severe sepsis. Conversely, sepsis (microbiologically confirmed) appears at high risk of evolving rapidly to severe sepsis, as shown by the 64% proportion of cases subsequently developing severe sepsis, of which one-half will occur within one day of sepsis.

3. Whether infection is confirmed or not, the outcomes are similar in terms of organ dysfunctions and mortality, within each corresponding stage (with the possible exception of renal failure).

In another large study, Sands et al., have evaluated the incidence of SIRS in both the ICU and ward population at 8 academic tertiary care medical centres [8] by studying all ICU patients and a random sample of non-ICU patients having had blood cultures drawn during a 15-month period. They found that at least 2 of 3 criteria for SIRS were present in 44% of 15515 surveillance episodes among 12759 patients. Of these episodes, 25% eventually had clinically or microbiologically documented infection (i.e., sepsis). The authors estimated the incidence of SIRS at 18% of all admissions to these 8 centres, or 27/1000 patient-days (Table 2). In ICUs, 40% criteria fulfilled criteria for SIRS, half of which qualified for sepsis. In non-ICU patients, sepsis was more frequent in patients fulfilling criteria for SIRS, occurring in 67% of patients. However, it should be noted that only 70% of non-ICU patients with positive blood cultures had SIRS, pointing to a suboptimal sensitivity of those criteria for bacteraemic infection.

Other studies have confirmed the very high incidence of SIRS in various categories of ICU patients. Pittet et al. [9] published a separate analysis of a cohort of 170 patients derived from the surgical ICU studied at Iowa during a one-month period: 158 (93%) had SIRS at some point in time, with an incidence density of SIRS of 840 per 1000 patient-days; 49% of patients had sepsis; and 16% had severe sepsis. Smail et al. [10] have evaluated 168 patients with severe trauma during

PAR-VASO-0007245

the first 48 hours in the SICU; 95 (56%) had SIRS. When stratifying patients on the presence of multiple organ dysfunction (MODS), these authors found that the rate of SIRS was much higher in patients with MODS (22/27, 81%) than in patients without (73/136, 54%). The occurrence of MODS appeared related to the severity of injury, the volume of blood and fluid replacement, but not to the presence of infection: infection rates were 9% and 4%, respectively, in patients with and without MODS. As expected in this particular population, SIRS appeared as an extremely frequent and non-specific finding, irrespective of the presence of infection. Likewise, Muckart and Bhangwanjee assessed the incidence of the septic syndromes in penetrating or blunt trauma [11]. Of 450 patients followed-up, 399 (88%) fulfilled SIRS criteria: 22% had SIRS only and 14% sepsis; 14% had severe sepsis and 8% severe SIRS; and 20% had septic shock and 9% non-documented septic shock. Documentation of infection was more frequent with penetrating trauma.

In the Italian multicenter study conducted in 1993–1994 in 99 ICUs [12], 52% of 1101 patients had SIRS on admission; at any time during the study, SIRS only was recorded in 58% of patients, sepsis in another 16%, severe sepsis in 5.5%, and septic shock in 6%. Overall, 85% of patients had one of the septic syndromes, of which more than two-thirds were non-microbiologically documented SIRS. Similarly to the study from Iowa [6] the investigators noted that a substantial proportion of patients evolved from an earlier stage on admission to a more severe one: 15% of patients with SIRS evolved to sepsis, but only < 5% to severe sepsis, while 30% of patients with sepsis evolved to severe sepsis or shock.

## Severe sepsis and septic shock

These syndromes are of much more concern to intensivists than SIRS, given their more severe outcome, and the poor specificity (and suboptimal sensitivity) of the latter. A closer view of the overall incidence of these two severe syndromes, which are easier to characterise in the ICU, has been provided by two multicenter multi-institutional hospital-wide studies.

In the French Bacteraemia/Sepsis study, including 24 hospitals on the one hand [5] and 170 ICUs on the other [13] both surveyed during a 2-month period, the overall incidence of severe sepsis and shock (including clinically and microbiologically documented infection) was of 6/1000 of all hospital admissions, but only of 2.9/1000 in medical/surgical wards and 119/1000 in ICUs (Table 2). Of note, nearly half the episodes were of nosocomial origin. In the parallel larger ICU survey, severe sepsis or shock occurred in 9% ICU admissions; 71% of the 1064 episodes were microbiologically docu-

mented. The attack rate was higher in larger ( > 400 beds) than smaller hospitals (10.3 vs. 6.7/1000 admissions). Septic shock occurred in 6.3/1000 ICU admissions.

In the study by Sands et al. [8] sepsis was noted in 20% ICU patients and severe sepsis (defined in that study as sepsis + one of seven criteria for organ dysfunction) occurred in 10% of ICU admissions, a figure very close to the rate recorded in France in large hospitals.

While nearly 41% sepsis episodes occurred in non-ICU patients, only 24% episodes of severe sepsis occurred in such patients, and 76% were recorded in ICU patients [14].

## Risk factors for septic syndromes

Bacteraemia and septic syndromes

### Relationships between sepsis and bacteraemia

The relationship between bacteraemia and sepsis has been specifically studied in the French bacteraemia/sepsis multicenter survey [5]. Data from this study indicate that only 19% bacteraemic episodes occurred in ICUs, while 81% occurred in wards, including 63% in medical wards, and 18% in surgical wards. Sepsis was recorded in 74% of bacteraemic episodes, severe sepsis in 26%, of which 60% were associated with septic shock (16% of all bacteraemic episodes). However, the prevalence of severe sepsis during bacteraemia was much higher in ICUs than in medical/surgical wards (65% vs. 17% of bacteraemic episodes, P < 0.001), emphasising the much higher risk of organ dysfunction and shock during bacteraemia in critically ill patients.

Conversely, the prevalence of bacteraemia during severe sepsis was estimated at 38% by Kieft et al. [15] at 43% in the French multicenter study [5] and at 32.5% of episodes in the study conducted by Sands et al.[ 8]. Rangel-Frausto et al., recorded bacteraemia in 17% of patients with sepsis, 25% of those with severe sepsis, and 69% of patients with septic shock [6]. In non-ICU patients, the prevalence of bacteraemia during severe sepsis was estimated at 48%, compared to 38% in ICU patients [13]. Likewise, Sands et al., found a prevalence of bacteraemia during severe sepsis of 50% in non-ICU patients and of 26% in ICU patients [8, 14]. These data indicate that, although ICU patients are at much higher risk of severe sepsis than ward patients, bacteraemic severe sepsis is proportionally less often encountered in ICU than in non-ICU patients.

*Risk factors for bacteraemia during sepsis*

Factors associated with bacteraemia at the onset of sepsis have been examined in the study conducted by Sands et al. [14]. Independent predictors of bacteraemia during sepsis were: a suspected or documented focal infection, absence of antibiotic therapy, presence of liver disease, of a Hickman catheter, altered mental status, and focal abdominal signs. Infection caused by staphylococci were associated with hemodialysis and mechanical ventilation, while gram-negative infection were associated with the use of TPN, the absence of antibiotic therapy, the presence of a Hickman catheter, of focal abdominal signs, and of chills [14]. The prediction rules derived from these data performed reasonably well, although the rates of bacteraemia in the highest-risk groups varied from only 20 % to 60 %, depending on the source and micro-organisms involved.

Factors associated with severe sepsis and shock

*Risk factors for severe sepsis among ICU patients*

Host factors identified (by multivariate analysis) as independently associated with severe sepsis among the 11 740 admissions to the 170 ICUs participating in the French bacteraemia/sepsis study were: age, male sex, admission to a large ( > 400 beds) hospital, a medical or unscheduled surgical admission, presence of chronic liver insufficiency, of immunodepression, and of severe underlying disease [13]. There was no difference in these risk factors when excluding patients with non-documented severe sepsis (i.e., 'severe SIRS') from the cohort.

*Risk factors for severe sepsis during bacteraemia*

This question was specifically addressed in the French multicenter study of 832 patients with bacteraemia [5]. By Cox regression analysis, independent factors associated with severe sepsis during bacteraemia were increasing age ( > 50 years), sources other than the urinary tract, an intravascular catheter, or primary bacteraemia. Organisms involved were not associated with the occurrence of severe sepsis, nor was the severity of the underlying disease.

In another retrospective study of 1505 patients that had been included in the VA corticosteroids trials [16] (of whom 40 % had uncomplicated sepsis, 45 % met criteria for severe sepsis and 15 % for septic shock), independent risk factors for the development of severe sepsis or shock were age, gastro-intestinal tract disease, liver disease, haematological disorders, spinal cord injury, and drug abuse.

**Sources and microbial epidemiology**

SIRS, sepsis, and infection

As already mentioned, only a limited fraction of patients presenting with one of the septic syndromes have microbiologically documented infection. In patients meeting criteria for SIRS, only 42 % were found by Rangel-Fausto et al., to have documented infection (i.e., sepsis), and 58 % had culture-negative, but clinically documented, infection; the proportion of documented infection rose to only 47 % in patients with severe sepsis, and to 57 % in patients with septic shock [6]. Higher rates of infection were similarly found in the more severe forms of septic syndromes in other studies: clinically or microbiologically documented infection was recorded in 92 % of episodes in patients meeting clinical criteria for severe sepsis by Sands et al. [8] and in 95 % of episodes recorded by Brun-Buisson et al. [13]; in these two studies, 70 % and 71 % of patients had microbiologically documented infection, and 30 % and 29 % had clinically documented infection, respectively. Therefore, only a small fraction of patients presenting with clinically suspected severe sepsis (5 %--10 %) had no infection clinically or microbiologically documented.

Sources of infection in septic patients

The four major sources of infection in patients with severe sepsis, in descending order, are the respiratory tract, the abdomen, the urinary tract, and primary bacteraemia [8, 13]; these sources account for > 75 % of cases of severe sepsis (Table 3 a). This distribution differs somewhat from that observed in patients with bacteraemic sepsis, where the urinary tract is the major source of infection (Table 3 b), reflecting the lower risk associated with this source in causing severe sepsis, as already mentioned. Of note, there is no major difference in the distribution of sources of infection when one compares microbiologically documented cases to clinically documented cases, except for a higher proportion of urinary tract infection and catheter infection in the former group.

Microbial epidemiology of sepsis, severe sepsis or shock

The microbiological features of the septic syndromes may depend in part on the population studied and setting. Bacteraemia may be taken as the reference syndrome for looking at microbial aetiologies of sepsis. It should be recalled that major changes have occurred in the past two decades in the epidemiology of bacteraemia. These include increasing rates overall, and a

PAR-VASO-0007247

**Table 3a** Primary sources of infection in 1,052 Intensive Care Unit patients with clinically suspected severe sepsis, and according to microbiologic documentation of severe sepsis

| Source of sepsis † | Clinical severe sepsis | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Documented (n = 742) | | Non-Documented (n = 310) | | All cases (n = 1052) | | |
| | No. | % | No. | % | No. | % | P value* |
| Pulmonary | 307 | 41 | 112 | 36 | 419 | 40 | 0.11 |
| Abdominal | 237 | 32 | 103 | 33 | 340 | 32 | 0.68 |
| Urinary | 79 | 11 | 10 | 3 | 89 | 8 | < 0.001 |
| Soft tissue | 35 | 5 | 13 | 4 | 48 | 5 | 0.70 |
| Intravascular catheter | 37 | 5 | 6 | 2 | 43 | 4 | 0.02 |
| Primary bacteremia | 33 | 4 | 0 | ... | 33 | 3 | < 0.001 |
| Meningitis | 25 | 3 | 3 | 1 | 28 | 3 | 0.03 |
| Bone & joint | 10 | 13 | 1 | 0.3 | 11 | 1 | 0.19 |
| Other | 42 | 6 | 12 | 4 | 54 | 5 | 0.06 |

* P value for comparison between patients with documented or non-documented episodes
† All sources identified are listed; multiple sources were present in 66 patients (6.3 %), including 59 (8 %) patients with documented episodes, and 7 (2 %) patients with non-documented episodes. No primary source was identified in 57 (18 %) non-documented episodes. Reproduced from [13], with permission

**Table 3b** Sources of bacteremia in 842 episodes with or without associated severe sepsis

| Primary source* | All episodes (n = 842) | | Severe sepsis (n = 221) | | Sepsis (n = 621) | |
| --- | --- | --- | --- | --- | --- | --- |
| | No. | % | No. | % | No. | % |
| Urinary tract | 180 | 21 | 26 | 12 | 154 | 25 |
| Abdominal | 153 | 18 | 62 | 28 | 91 | 15 |
| Pulmonary | 132 | 16 | 44 | 20 | 88 | 14 |
| Intravascular catheter | 96 | 11 | 19 | 9 | 77 | 12 |
| Skin, Soft-tissue | 69 | 8 | 19 | 9 | 50 | 8 |
| Bone & joint | 14 | 2 | 2 | 1 | 12 | 2 |
| Cardiovascular | 18 | 2 | 5 | 2 | 13 | 2 |
| Neuromeningeal | 17 | 2 | 8 | 4 | 9 | 1 |
| Other | 11 | 1 | 2 | 1 | 9 | 1 |
| Multiple source | 35 | 4 | 15 | 7 | 20 | 3 |
| Unknown source | 117 | 14 | 19 | 9 | 98 | 16 |

* P < 0.001 for comparison of sources between episodes of bacteremic sepsis and bacteremic severe sepsis. Data from [5]; reproduced with permission

growing importance of gram-positive organisms over the years, especially among nosocomial episodes, which account for most of the recent increased rates [4]. Much of this increasing role of gram-positive organisms is due to catheter-related infections and primary bacteraemia. As a result, gram-positives now outweigh gram-negative among bacteraemic episodes (55 % vs 45 %), as shown in the French multicenter study (Table 4) [5].

In severe sepsis, however, the proportion of gram-positives and gram-negatives appear similar, reflecting the lower risk of severe sepsis associated with infection caused by coagulase-negative staphylococci [13]; in non-bacteraemic severe sepsis, however, gram-negative organisms appear to predominate [8]. Again, there was no major difference in the distribution of organisms when comparing bacteraemic episodes associated with sepsis only or with severe sepsis, except for a marginally higher proportion of polymicrobial infection (Table 4).

These data suggest that the microbiologic characteristics of infection are not a major determinant of the clinical presentation and intensity of the host response to infection. This notion is also consistent with the fact that it appears quite difficult to predict bacteraemia in patients presenting with clinical sepsis [14].

## Outcome of patients with septic syndromes

### Short-term mortality

It is apparent that the classification into three major syndromes (sepsis, severe sepsis, and sepsis shock) reflects a grading in prognosis of patients affected, and this is clearly an important outcome of the current classification. There are, however, wide variations in mortality rates reported in cohorts of patients with septic

PAR-VASO-0007248

**Table 4** Organisms recovered in 842 episodes of bacteremia with (n = 221) or without (n = 621) associated severe sepsis

| Organisms* | Bacteremic severe sepsis | | Bacteremic sepsis | |
|---|---|---|---|---|
| | No. | % | No. | % |
| **Gram positive (n = 473)** | | | | |
| Staphylococcus aureus | 50 | 19.8 | 130 | 19.3 |
| Coagulase-negative Staph. | 15 | 6.0 | 75 | 11.2 |
| Enterococci | 9 | 3.6 | 37 | 5.5 |
| β-hemolytic streptococci | 10 | 4.0 | 24 | 3.6 |
| Streptococcus pneumoniae | 22 | 8.7 | 52 | 7.7 |
| Other streptococci | 10 | 4.0 | 23 | 3.4 |
| Other Gram positive | 4 | 1.6 | 12 | 1.8 |
| **Gram negative (n = 407)** | | | | |
| E. coli | 57 | 22.6 | 189 | 28.1 |
| Klebsiella sp. | 13 | 5.2 | 23 | 3.4 |
| Enterobacter, Citrobacter, Serratia spp. | 11 | 4.4 | 17 | 2.5 |
| Salmonella sp. | 2 | 0.8 | 7 | 1.0 |
| Proteus sp. | 7 | 2.8 | 16 | 2.4 |
| Ps. aeruginosa | 14 | 5.6 | 18 | 2.7 |
| Acinetobacter sp. | 5 | 2.0 | 4 | 0.6 |
| Other Gram-negative aerobes | 1 | 0.4 | 4 | 0.6 |
| Haemophilus, Branhamella | 5 | 2.0 | 5 | 0.7 |
| Neisseria meningitidis | 0 | – | 2 | 0.3 |
| Other Gram negatives | 2 | 0.8 | 5 | 0.7 |
| **Others (n = 44)** | | | | |
| Anaerobes | 9 | 3.6 | 18 | 2.7 |
| Candida, fungi | 6 | 2.4 | 8 | 1.2 |
| Virus and others | 0 | ... | 3 | 0.4 |

* Polymicrobial bacteremia occurred in 26 (12%) episodes with severe sepsis and 46 (7%) episodes without severe sepsis syndrome (p = 0.05). Data from [5]; reproduced with permission

syndromes, especially for hospital-wide data. In the study by Rangel-Fausto et al. [6, 7] the 28-day mortality of the different stages from SIRS to septic shock was 7%, 16%, 20%, and 46% for SIRS, sepsis, severe sepsis and septic shock, respectively. In the study conducted by Sands et al. [8, 14] the 28-day mortality of patients with severe sepsis and septic shock was 34%. In the French multicenter study, the 28-day mortality was 25% in patients with bacteraemic sepsis (19% in ward patients), and of 54% in patients with bacteraemic severe sepsis or shock [5].

In studies restricted to ICU patients, mortality rates were slightly more consistent across studies. Pittet et al., reported a 28-day and hospital mortality rate of bacteraemic sepsis of 35% and 43%, respectively [17]; 77% of these patients had severe sepsis, as assessed by the presence of organ dysfunction at onset or secondarily. Brun-Buisson et al., reported a 28-day mortality of 55% in ICU patients with bacteraemic sepsis, 65% of whom had severe sepsis or shock [5]; overall, mortality was 56% at 28 days after severe sepsis among 1052 ICU patients, of whom 71% had septic shock [13]. It is apparent that the mortality rate for a given stage upon inclusion is dependent in large part on the proportion of patients rapidly evolving to a more severe stage.

Knaus et al., have shown that a wide range of mortality risk could be observed in patients classified as having sepsis or even shock [18]. Further insight into a better characterisation of outcome for septic patients has been provided by studies looking at mortality risk adjustment through risk factors analyses and models specific to septic patients.

As for all ICU patients, there are two major determinants of outcome for septic patients: the severity of underlying disease, and the severity of acute illness. Severity of underlying disease has been assessed via several indexes or systems, such as the simple (and robust, but somewhat subjective) three-classes index developed by MacCabe et al., for bacteraemic patients [19, 20] or a co-morbidity scoring index, a system primarily developed for adjusting the risk of nosocomial infection [21]; finally, general scoring systems such as the APACHE II include comorbidities, expressed as pre-existing organ dysfunction for the four major organ systems (respiratory, cardiovascular, renal, and liver), or include a few major comorbidities such as in the SAPS II (AIDS, metastatic cancer, and haematological malignancy) [22]. A more complete assessment of pre-existing conditions can probably be obtained by ascribing a weighted score to diagnosis and comorbidities, as used in the APACHE II and III scoring systems [18].

Stratifying patients by risk class according to one of the general scores provides a more accurate risk prediction of outcome for septic patients than a simple stratification in one of the stages of sepsis [18]. Further analysis of the performance of these scores in septic patients have led to the development of customised scores, either through the integration of additional variables [23]

or through modification of the weighting of variables included in the original score [24]. The use of such customised models in risk prediction in the context of clinical trials to accurately compare predicted to observed mortality and derive the efficacy of new therapies in subgroups of patients has, however, been disappointing [23, 25].

It is apparent that the general scores, whether or not customised, principally reflect the severity of acute physiologic disturbances when measured at time of sepsis; in other words, they reflect the severity of organ dysfunction associated with sepsis.

Two studies have examined risk factors for short-term mortality in a predefined cohort of ICU patients with sepsis or severe sepsis [13, 17]. In the French multicenter study [13] several factors recorded at onset of sepsis were found associated with early mortality of patients with severe sepsis: the MacCabe index (OR = 1.5 and 2 for ultimately and rapidly fatal underlying disease, respectively), and bacteraemia (OR = 1.7); however, the three most important independent risk factors for early mortality were the SAPS II (OR = 1.03 per unit of score, P = 0.003), the presence of shock (OR = 2.9, P = 0.01), and the presence of more than one organ system failures, as defined according to Knaus et al. [26] (OR = 8.4 and OR = 9.4 for 2 or > 3 organ failures, respectively; P = 0.002). Later mortality after severe sepsis was also associated with the SAPS II, and the number of organ system failures, but also with other factors related to underlying diseases, such as pre-existing liver or cardiovascular failure or the MacCabe index, the admission category, and presence of multiple sources of infection.

In 176 patients with bacteraemic sepsis, Pittet et al. [17] also found that the APACHE II score measured at the time of sepsis was highly predictive of mortality (and a better predictor than APACHE II measured on ICU admission). These authors also noted that prior antimicrobial therapy and hypothermia were associated with a poorer prognosis. Organ dysfunctions were also strongly associated with mortality; however, only those recorded *after* the onset of sepsis were associated with mortality in that study [17]. This surprising finding may have been due to the limited power of the study.

Therefore, in addition to a general severity score, and one assessing prior comorbidities such as the MacCabe score, organ dysfunctions at onset of sepsis and developing after its onset appear as the major determinants of the short-term outcome of septic patients. Whether customised models for sepsis perform better than the above combination of three major determinants has not been formally tested on a large cohort of patients, and remains unknown. An interesting approach would be to incorporate a score of organ dysfunction in the prognostic assessment of patients with sepsis. These refined scoring systems for organ dysfunction/failures [27, 28, 29] which allows identification of

organ dysfunction in a graded manner and at an earlier stage, would likely allow a more precise description of prognostic factors and of the interrelations between the various organ dysfunctions and their respective impact on outcome. However, from the viewpoint of mortality prediction, it is unlikely that these scores perform better than the general (or customised) scoring systems.

Long-term impact of sepsis on outcome

Most studies and clinical trials have focused on 28-day or hospital mortality, a relatively short-term view, which does not provide a complete picture of the impact of sepsis on life expectancy, an important consideration for cost-benefit studies of the impact of new therapies.

Admittedly, most deaths usually occur early in severe sepsis. For example, 77 % and 71 % of all deaths had occurred by day 14 and by day 21, respectively, in the French multicenter study [13] and in the study by Pittet et al. [17]. However, 16 % of patients remained in the hospital for more than 30 days in the former study, and the median hospital stay of survivors was 34 days, with lengths of stay ranging from 1 to 87 days [13]. These data suggest that it would be advisable to assess the outcome of sepsis at least after 3 rather than 1 months after sepsis. Similarly, Sands et al. reported that the crude mortality of patients with severe sepsis was 34 % at 28 days and 45 % at five months post-discharge [8].

Sasse et al. [30] reported a crude 28-day and hospital mortality rate of 40 % and 51 %, respectively, in 153 ICU patients with bacteraemic sepsis, and of 65 % and 72 % respectively at 6 months and 1 year after admission; it should be emphasised that in this particular study, 25 % of patients each had HIV infection or malignancy. Finally, Rangel-Frausto et al., reported a 28-day crude mortality of 9 % in the cohort of 2527 patients meeting at least SIRS criteria; an additional 111 patients died during the ensuing 3 months, and 113 more between 3 and 6 months follow-up [6]. The overall crude mortality rate at 6 months was therefore of 17 % in patients meeting at least SIRS criteria. However, the relative part of sepsis and other host factors in the overall mortality is unknown.

Perl et al., have addressed part of the problem by examining factors associated with late mortality after sepsis in a cohort of 100 patients with severe sepsis entered in one clinical trial of anti-endotoxin antibodies [20]. In that study, the crude mortality of patients was 32 % at 1 month, 37 % at 3 months, and 43 % at 6 months; after a mean follow-up of 30 months, 60 % patients had died. When examining factors associated with mortality at those different points in time after sepsis, they found that all models included the severity of underlying disease (MacCabe classification) and a combined index of comorbidities, in addition to vasopressors (or shock)

PAR-VASO-0007250

and ventilator use (or ARDS). Therefore, pre-existing illness and comorbidities, in addition to shock and organ failures (i.e., ARDS), are also confirmed as important predictors of long-term outcome in this study.

An elegant study by Quartin et al. [16] has provided some more insight into the problem of long-term mortality attributable to sepsis. These authors have estimated the increased risk of mortality attributable to sepsis over a 6-year follow-up period in patients qualifying for sepsis and entered into a clinical trial of corticosteroid therapy, as compared to a control cohort of non-septic hospitalised patients, after adjustment for risk factors for death in the control cohort. After 8 years, 1229 (82%) of the 1505 septic patients had died. The authors estimated that septic patients had an increased mortality risk persisting beyond one month and over the five years following sepsis; the increased risk was apparent in all stages of septic syndromes. The median predicted life expectancy was 5 years among septic patients. The average life expectancy cost of sepsis was estimated at 2.4 years and the median survival among 30-day survivors was reduced from 6.2 to 2.3 years. In the septic population, there were 452 (30%) more deaths than predicted from controls within the first month, 192 (13%) more within one year, and 61 (4%) more within 5 years; thus, the overall mortality attributable to sepsis was 43% at one year. Sepsis also appears to significantly affect the quality of life of survivors. In the study by Perl et al. [20] survivors had lower scores than normal by functional status and general health perception scales.

## Implications for clinical trials in sepsis

### Selection of patients for inclusion into trials

It is quite clear from the above epidemiological information that SIRS criteria are much too non-specific to be used for the selection of patients. Including patients characterised only by these criteria would only result in augmenting the 'background noise', by introducing a large population having a < 50% risk of sepsis, and a low risk of mortality. One would like sepsis or its more severe forms to be used as criteria for inclusion. However, physicians remain with the dilemma that there is no reliable method for identifying patients having sepsis among those presenting with clinical criteria for SIRS/sepsis. In this respect, the new classification has not provided a significant advance in identifying at-risk patients. It is noteworthy that all recent clinical trials have actually used criteria for severe sepsis or shock in their inclusion criteria. If this classification is used, and there is a need for studying patients at an early stage of infection, then a more in-depth analysis of risk factors for sepsis or its more severe forms in patients with SIRS patients is needed.

### Stratification of patients upon inclusion

Septic shock remains a major prognostic factor and, importantly, is readily available for stratification at inclusion of patients into clinical trials. A general severity score (original or customised) could also be used, or better, an organ dysfunction score, depending on objectives and end-points pursued in the trial. Consideration should also be given to major underlying conditions, using a simple index, such as the MacCabe score.

### End-points and efficacy analysis

It is apparent that the systemic response to infection, not infection itself, is the major determinant of the outcome of patients. Mortality remains the reference end-point. This simple and robust end-point is validated by the fact that mortality remains high, at least in the most severe forms of the septic syndromes, and by the estimated attributable mortality which is also very high, and likely accounts for two-thirds of the overall mortality, especially of the short-term mortality. Since sepsis has also substantial effects on long-term survival, a longer than usual follow-up (i.e., 6 months to 1 year) should be used, at least if some possible delayed effects of therapy on survival are expected.

Using mortality as an end-point implies that factors other than sepsis itself, which have a significant impact on patients' survival, are accounted for in the survival analysis. These factors include, (but may not be limited to) the severity of the underlying disease, the presence of comorbidities, and the severity of haemodynamic disturbances and other organ dysfunction at inclusion. The importance of underlying conditions is highlighted by the relatively low spontaneous life expectancy associated with underlying illness and comorbidities in most patients with sepsis.

It has been suggested that the assessment of organ dysfunction/failure, especially via a grading score could be used as a substitute for mortality. This debate is at present unsettled. Clearly, organ dysfunctions are strongly (linearly) related to mortality, and there is no obvious advantage from using such a score instead of mortality. Using organ failure-free days, as suggested when dealing with one organ system dysfunction such as ARDS, may be misleading, as death may still occur relatively late after onset of sepsis. At present, organ failure scores are best used as adjustment variables at onset of sepsis and their assessment over time should be viewed as explanatory observations in an attempt to provide better insight into the physiological effects of interventions.

PAR-VASO-0007251

# References

1. Bernard GR, Artigas A, Brigham KL, Carlet J, Falke K, Hudson L, Lamy M, Le Gall JR, Morris A, Spragg R (1994) The American-European consensus conference on ARDS: definitions, mechanisms, relevant outcomes and clinical trials coordination. Intensive Care Med 20: 225–232

2. Bone RC, Balk RA, Cerra FB, Dellinger RP, Fein AM, Knaus WA, Schein RMH, Sibbald WJ, the ACCP/SCCM Consensus Conference Committee. (1992) Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. Chest 101: 1656–1662

3. Centers for Disease Control (1990) Increase in national hospital discharge survey rates for septicemia – United States, 1979–1987. MMWR 39: 31–34

4. Pittet D, Wenzel RP (1995) Nosocomial bloodstream infections. Secular trends in rates, mortality, and contribution to total hospital deaths. Arch Intern Med 155: 1177–1184

5. Brun-Buisson C, Doyon F, Carlet J (1996) Bacteremia and severe sepsis in adults: A multicenter prospective survey in ICUs and wards of 24 hospitals. Am J Respir Crit Care Med 154: 617–624

6. Rangel-Frausto S, Pittet D, Costignan M, Hwang T, Davis CS, Wenzel RP (1995) The natural history of the systemic inflammatory response syndrome. JAMA 273: 117–123

7. Rangel-Frausto S, Pittet D, Hwang T, Woolson RF, Wenzel RP (1998) The dynamics of disease progression in sepsis: Markov modeling describing the natural history and the likely impact of effective antisepsis agents. Clin Infect Dis 27: 185–190

8. Sands KE, Bates DW, Lanken PN, Graman PS, Hibberd PL, Kahn KL, Parsonnet J, Panzer R, Orav EJ, Snydman DR, Black E, Schwartz JS, Moore R, Johnson BL, Platt R (1997) Epidemiology of sepsis syndrome in 8 academic medical centers. JAMA 1997: 234–240

9. Pittet D, Rangel-Frausto S, Tarara D, Costignan M, Rempe L, Jebson P, Wenzel RP (1995) Systemic inflammatory response syndrome, sepsis, severe sepsis and septic shock: incidence, morbidities and outcomes in surgical ICU patients. Intensive Care Med 21: 302–309

10. Smail N, Messiah A, Edouard A, Descorps-Declère A, Duranteau J, Vigué B, Mimoz O, Samii K (1995) Role of systemic inflammatory response syndrome and infection in the occurrence of early multiple organ dysfunction syndrome following severe trauma. Intensive Care Med 21: 813–816

11. Muckart DJJ, Bhagwanjee S (1997) American College of Chest Physicians/ Society of Critical Care Medicine Consensus Conference definitions of the systemic inflammatory response syndrome and allied disorders in relation to critically injured patients. Crit Care Med 25: 1789–1795

12. Salvo I, de Cian W, Musico M, Langer M, Piadena A, Wolfler A, Montant C, Magni E, the Sepsis Study Group (1995) The Italian SEPSIS study: Preliminary results on the incidence and evolution of SIRS, sepsis, severe sepsis and septic shock. Intensive Care Med 21: S244-S249

13. Brun-Buisson C, Doyon F, Carlet J, Dellamonica P, Gouin F, Lepoutre A, Mercier JC, Offenstadt G, Régnier B (1995) Incidence, risk factors, and outcome of severe sepsis and septic shock in adults. A multicenter prospective study in intensive care units. JAMA 274: 968–974

14. Bates DW, Sands KE, Miller E, Lanken PN, Hibberd PL, Graman PS, Schwartz JS, Kahn KL, Snydman DR, Parsonnet J, Moore R, Black E, Johnson BL, Jha A, Platt R (1998) Predicting bacteremia in patients with sepsis syndrome. J Infect Dis 176: 1538–1551

15. Kieft H, Hoepelman AIM, Zhou W, Rozenberg-Arski M, Struyvenberg A, Verhoef J (1993) The sepsis syndrome in a Dutch University Hospital. Clinical observations. Arch Intern Med 153: 2241–2247

16. Quartin AA, Schein RMH, Peduzzi PN, the Departement of Veterans Affairs Sepsis Cooperative Studies Group (1997) Magnitude and duration of the effect of sepsis on survival. JAMA 277: 1058–1063

17. Pittet D, Thiévent B, Wenzel RP, Li N, Auckenthaler R, Suter PM (1996) Bedside prediction of mortality from bacteremic sepsis. A dynamic analysis of ICU patients. Am J Respir Crit Care Med 153: 684–693

18. Knaus WA, Sun X, Nystrom PO, Wagner DP (1992) Evaluation of definitions for sepsis. Chest 101: 1656–1662

19. Kreger BE, Craven DE, McCabe WR (1980) Gram-negative bacteremia.IV. Re-evaluation of clinical features and treatment in 612 patients. Am J Med 68: 344–355

20. Perl TM, Dvorak L, Hwang T, Wenzel RP (1995) Long-term survival and function after suspected gram-negative sepsis. JAMA 274: 338–345

21. Pittet D, Thiévent B, Wenzel RP, Li N, Gurman G, Suter PM (1993) Importance of pre-existing comorbidities for prognosis of septicemia in critically ill patients. Intensive Care Med 19: 265–272

22. Le Gall JR, Lemeshow S, Saulnier F (1993) A new simplified acute physiology score (SAPS II) based on a European-North American multicenter study. JAMA 270: 2957–2963

23. Knaus WA, Harrel FE, Fisher CJ, Wagner DP, Opal SM, Sadoff JC, Draper EA, Walawander CA, Conboy K, Grasela TH (1993) The clinical evaluation of new drugs for sepsis: a prospective study design based on survival analysis. JAMA 270: 1233–1241

24. Le Gall JR, Lemeshow S, Leleu G, Klar J, Huillard J, Rué M, Teres D, Artigas A, The ICU Scoring Group (1995) Customized probability models for early severe sepsis in adult intensive care patients. JAMA 273: 644–650

25. Fisher CJ, Dhainaut J-F, Opal SM, Pribble JP, Balk RA, Slotman GJ, Iberti TJ, Rackow EC, Shapiro MJ, Greenman RL, Reines HD, Shelly MP, Thompson BW, LaBrecque JF, Catalano MA, Knaus WA, Sadoff JC, The Phase III rhIL-1ra Sepsis Study Group (1994) Recombinant human interleukin-1 receptor antagonist in the treatment of patients with sepsis syndrome: results from a randomized, double-blind, placebo-controlled trial. JAMA 271: 1836–1843

26. Knaus WA, Draper EA, Wagner DP, Zimmerman JE (1985) Prognosis in acute organ system failure. Ann Surg 202: 685–693

27. Le Gall JR, Klar J, Lemeshow S, Saulnier F, Alberti C, Artigas A, Teres D, The ICU Scoring Group (1996) The logistic organ dysfunction system: A new way to assess organ dysfunction in the intensive care unit. JAMA 276: 802–810

28. Marshall JC, Cook DJ, Christou NV, Bernard GR, Sprung CL, Sibbald WJ (1995) Multiple organ dysfunction score: A reliable descriptor of a complex clinical outcome. Crit Care Med 23: 1638–1652

29. Vincent JL, de Mendonca A, Cantraine F, Moreno R, Takala J, Suter PM, Sprung CL, Colardyn F, Blecher S (1998) Use of the SOFA score to assess the incidence of organ dysfunction/failure in intensive care units: results of a multicenter, prospective study. Crit Care Med 26: 1793–1800

30. Sasse KC, Nauenberg E, Long A, Anton B, Tucker HJ, Hu TW (1995) Long-term survival after intensive care unit admission with sepsis. Crit Care Med 23: 1040–1047

PAR-VASO-0007252

Vol. 108, No. 3, 1982    **BIOCHEMICAL AND BIOPHYSICAL RESEARCH COMMUNICATIONS**
October 15, 1982                                         Pages 1165-1171

DIFFERENCE IN SUSCEPTIBILITY OF ARGININE-VASOPRESSIN AND OXYTOCIN TO

AMINOPEPTIDASE ACTIVITY IN BRAIN SYNAPTIC MEMBRANES

J. Peter H. Burbach, Xinchang Wang, and Marjanne van Ittersum


Rudolf Magnus Institute for Pharmacology
Medical Faculty, University of Utrecht
Vondellaan 6, 3521 GD Utrecht, The Netherlands

Received August 10, 1982

Arginine-vasopressin and oxytocin, peptides which serve as putative precursors for neurotrophic fragments, were digested in the presence of the respective $^{14}C$-Tyr$^2$- and $^{14}C$-GlyNH$_2$$^9$-labeled nonapeptides with a purified synaptic membrane preparation of rat brain. In this preparation aminopeptidase activity predominates in the conversion of these peptides. The disappearance of intact peptide and the release of free $^{14}C$-Tyr and $^{14}C$-GlyNH$_2$ was followed simultaneously with time by HPLC. Oxytocin was about four times more resistant to proteolysis than arginine-vasopressin as measured by slower disappearance of intact oxytocin, and reflected by the slower release of $^{14}C$-Tyr, but not of $^{14}C$-GlyNH$_2$ from oxytocin. Comparison of degradation rates of structure analogues showed that peptides having Ile in position 3, as oxytocin, were more resistant than analogues having Phe in position 3, as arginine-vasopressin. The data demonstrate that arginine-vasopressin and oxytocin differ markedly in susceptibility to the aminopeptidase activity in brain synaptic membranes, and indicate that this difference resides primarily in the amino acid residue in position 3. It is suggested that the difference in susceptibility may affect the pattern of neurotrophic metabolites in brain.

INTRODUCTION

The nonapeptides arginine-vasopressin (AVP) and oxytocin (OXT) modulate

a variety of brain functions (1-4). One aspect of their functioning in brain

is attributed to their role as precursors for smaller peptide fragments with

central activities of their own (5,6). Consequently, the proteolytic enzymes

in brain which are involved in the processing of AVP and OXT may have a

regulatory role. Previously, we have considered synaptosomal plasma membranes

as sites of functional proteolytic processing of neuropeptides (7-9). Pro-

teolytic activities in brain synaptic membrane fractions which cleave OXT,

have been investigated (10) and metabolites of OXT and AVP characterized (11,

---

Abbreviations: AVP = arginine-vasopressin, OXT = oxytocin, LVP = lysine-vasopressin, AVT = arginine-vasotocin, OXP = oxypressin, PA = pressinamide, TA = tocinamide, HPLC = high-pressure liquid chromatography.

0006-291X/82/191165-07$01.00/0
Copyright © 1982 by Academic Press, Inc.
All rights of reproduction in any form reserved.

PAR-VASO-0007253

12). These studies have demonstrated that aminopeptidase activity predominates in the conversion of both AVP and OXT.

The present paper describes that, although the mechanism of conversion is similar for OXT and AVP, the peptides differ markedly in susceptibility to the aminopeptidase activity in brain synaptic membranes. It is indicated that this difference is dictated by the nature of the amino acid residue in position 3 in the peptides, and may have quantitative consequences for the profile of neurotrophic fragments of the peptides generated by the aminopeptidase activity.

MATERIALS AND METHODS

Oxytocin (OXT), arginine-vasopressin (AVP), lysine-vasopressin (LVP), arginine-vasotocin (AVT), oxypressin (OXP), pressinamide (PA), and tocinamide (TA) were synthesized and kindly provided by Drs. H.M. Greven and J.W. van Nispen (Organon, Oss, The Netherlands). $[^{14}C\text{-Tyr}^2]$-OXT, $[^{14}C\text{-GlyNH}_2^9]$-OXT, $[^{14}C\text{-Tyr}^2]$-AVP, and $[^{14}C\text{-GlyNH}_2^9]$-AVP were generous gifts of the late Dr. R. Walter (University of Illinois, Chicago, USA) and Dr. W.H. Simmons (Loyola University Medical Center, Maywood, Ill., USA). $^{14}C$-Labeled peptides were purified by high-pressure liquid chromatography (HPLC) before use. The primary structures of the peptides are presented in table I.

The preparation and characteristics of synaptic membranes of rat forebrain tissue have been described previously (9).

Peptides were incubated in a concentration of $2 \times 10^{-5}$ M with synaptic membranes (2.5 mg protein/ml) in 40 mM sodium phosphate, pH 7.0, at $37^{\circ}C$ in a total volume of 1300 µl. $^{14}C$-Labeled peptides (10,000 - 40,000 dpm) were made up to the final concentration with cold peptide and incubated under identical conditions. At time intervals aliquots of 200 µl were taken. The reaction was terminated by addition of 50 µl 2.5 N acetic acid and heating at $80^{\circ}C$ for 5 min. The membranes were removed by centrifugation at 10,000 $g_{av}$ for 20 min.

HPLC was performed on a µBondapak C18 column (Waters Associates, Milford, USA) eluted with mixtures of 10 mM ammonium acetate, pH 4.15, and acidified methanol (0.15% acetic acid) at a flow rate of 2.0 ml/min. Digests containing $^{14}C$-labeled compounds were fractionated by gradient elution: for $^{14}C$-OXT's the gradient ran linearly from 5% to 40% acidified methanol in 25 min; the concave gradient for $^{14}C$-AVP's from 0% to 40% organic solvent in 30 min. Fractions of 1.0 ml were collected and subjected to liquid scintillation counting. Digests of non-labeled peptides were fractionated under the following isocratic conditions: OXT, 37% methanol, retention time 10.4 min; AVT, 26%, 6.7 min; TA, 26%, 9.8 min; OXP, 40%, 12.0 min; AVP, 30%, 7.2 min; LVP, 26%, 7.8 min; PA, 32%, 8.8 min. Intact peptide substrates, thus separated from metabolites, were quantitated by the peak height in the UV absorbance (210 nm) profile of the column effluent.

RESULTS

The time course of proteolysis of AVP and OXT by brain synaptic membranes is shown in fig. 1. The conversion process was monitored by the disappearance of intact $^{14}C$-Tyr- and $^{14}C$-GlyNH$_2$-labeled AVP's and OXT's simultaneously with

PAR-VASO-0007254

 

Figure 1. Time course of conversion of AVP and OXT by brain synaptic membranes. [$^{14}$C-Tyr$^2$]-AVP, [$^{14}$C-GlyNH$_2$$^9$]-AVP, [$^{14}$C-Tyr$^2$]-OXT and [$^{14}$C-GlyNH$_2$$^9$]-OXT (2 x 10$^{-5}$ M) were separately incubated with the membrane preparation (2.5 mg protein/ml) in 40 mM sodium phosphate buffer pH 7.0 at 37°C. Aliquots taken at various time intervals were made membrane-free and subjected to HPLC. The separated products were quantitated by radioactivity content in collected 0.5 min fractions. The disappearance of $^{14}$C-Tyr$^2$-labeled (o) and $^{14}$C-GlyNH$_2$$^9$-labeled (●) nonapeptides and the formation of free $^{14}$C-Tyr (□) and $^{14}$C-GlyNH$_2$ (■) from AVP and OXT is shown.

the release of the free amino acids $^{14}$C-Tyr and $^{14}$C-GlyNH$_2$ employing HPLC. AVP was markedly more susceptible to proteolysis than OXT. This difference in conversion rate was reflected by the formation of free $^{14}$C-Tyr which is re-leased during aminopeptidase cleavage: the initial rate of $^{14}$C-Tyr released from AVP was 6.7 µM/h incubation medium, while that from OXT was 2.7 µM/h. The release of $^{14}$C-GlyNH$_2$ was relatively low as compared to that of $^{14}$C-Tyr and was not significantly different between the peptides (AVP: 0.58 µM/h, and OXT: 0.50 µM/h).

Peptides with structures related to AVP and OXT (see table I) were compared for their conversion rates during exposure to the synaptic membrane preparation. The time courses of disappearance of intact peptides during incubation is shown in fig. 2. Of all peptides tested PA was most susceptible to proteolysis; AVP, LVP and OXP were less rapidly degraded. The time course of LVP was similar to that of AVP and OXP (not shown). AVT was significantly more resistant, while OXT and TA were the most resistant peptides.

The disappearance of OXT, TA, and AVT was linear with time over 2 h, demonstrating zero-order kinetics of the conversion process. For OXP, AVP, LVP, and PA the conversion process only initially followed zero-order kine-

1167

PAR-VASO-0007255

Table I

STRUCTURES OF NEUROHYPOPHYSEAL HORMONES AND ANALOGUES

| peptide | | structure[a] |
|---------|------|-----------|
| oxytocin | OXT | H–Cys$^1$–Tyr–$Ile$–Gln–Asn–Cys–Pro–$Leu$–GlyNH$_2$$^9$ |
| arginine–vasotocin | AVT | H–Cys$^1$–Tyr–$Ile$–Gln–Asn–Cys–Pro–$Arg$–GlyNH$_2$$^9$ |
| tocinamide | TA | H–Cys$^1$–Tyr–$Ile$–Gln–Asn–Cys$^6$–NH$_2$ |
| oxypressin | OXP | H–Cys$^1$–Tyr–$Phe$–Gln–Asn–Cys–Pro–$Leu$–GlyNH$_2$$^9$ |
| arginine–vasopressin | AVP | H–Cys$^1$–Tyr–$Phe$–Gln–Asn–Cys–Pro–$Arg$–GlyNH$_2$$^9$ |
| lysine–vasopressin | LVP | H–Cys$^1$–Tyr–$Phe$–Gln–Asn–Cys–Pro–$Lys$–GlyNH$_2$$^9$ |
| pressinamide | PA | H–Cys$^1$–Tyr–$Phe$–Gln–Asn–Cys$^6$–NH$_2$ |

[a] The structural differences are indicated by the residues in italics.



Figure 2. Comparison of the conversion of AVP, OXT and related analogues by brain synaptic membranes. The peptides OXT (o), TA (Δ), AVT (□), OXP (■), AVP (●) and PA (▲) were separately incubated under identical conditions and quantitated by their peakheights in chromatograms obtained by HPLC and monitoring of the eluate at 210 nm. The amount of peptide is plotted against the incubation time. The structures of the peptides are presented in table I.

1168

Table II

RATE CONSTANTS OF CONVERSION OF NEUROHYPOPHYSEAL HORMONES AND ANALOGUES

| peptide | rate constant[a] ($\mu$M/h) | correlation coefficient of linearity $r^2$ | number of time points n |
|---------|--------------|-----------------|------------------------|
| OXT | 4.4 | 0.9964 | 6 |
| TA | 5.2 | 0.9949 | 6 |
| AVT | 7.2 | 0.9978 | 6 |
| OXP | 11.4 | 0.9889 | 5 |
| AVP | 11.6 | 0.9946 | 5 |
| LVP | 11.5 | 0.9960 | 5 |
| PA | 16.2 | 0.9919 | 4 |

[a] Rate constants of zero-order enzyme reaction were calculated by linear regression analysis using time points of the complete disappearance curve or time points in the linear phase.

tics. The rate constants of degradation of these peptides calculated during the zero-order phases are given in table II.

DISCUSSION

In general the structures of AVP and OXT are accessible to proteolytic attack at three sites (13), i.e. 1) the $NH_2$-terminus by aminopeptidases, 2) the COOH-terminal portion by enzymes cleaving off the COOH-terminal dipeptides or the $GlyNH_2$ residue, and 3) the disulfide bridge by reductases. In brain three types of cleavages have been recognized as well, depending on the subcellular fraction used (10,14,15). However, in synaptic membrane preparations, which are considered to contain the membrane structures involved in the functional proteolytic processing of secreted neuropeptides (7-9), aminopeptidase activity predominates largely in the conversion of oxytocin (10). Ultimate demonstration of the aminopeptidase nature of the AVP and OXT converting enzyme(s) has been obtained by identifying the early split products (12, and, in preparation). Moreover, the observation that the aminopeptidase cleavage of [14]C-OXT is similarly inhibited by cold OXT, AVP, and LVP suggests that the aminopeptidase activity involved is the same enzyme

PAR-VASO-0007257

for both peptides (Burbach and Scholtens, unpublished). Although this similarity in mechanism of conversion exists, a marked difference in conversion rates of AVP and OXT was found in the present experiments. This difference was reflected in the release of $^{14}$C-Tyr, but not of $^{14}$C-GlyNH$_2$, demonstrating that the peptides differ in susceptibility to the aminopeptidase activity specifically.

Comparison of structure analogues of AVP and OXT with regard to degradation rate provided clues to the structural features underlying this difference in susceptibility. Based on the conversion rates the peptides could be divided into two groups: peptides which were most rapidly degraded (PA, AVP, LVP, and OXP) had Phe in position 3; the most resistant group of peptides (OXT, TA, and AVT) had Ile at position 3. These data demonstrate that the amino acid residue in position 3 determines primarily the degree of susceptibility to the aminopeptidase activity. This finding is likely related to the marked conformational differences between OXT and AVP, which are mainly due to the residues in position 3 (16-19).

Within each group smaller differences were observed. For the Ile$^3$-containing peptides the amino acid residue in position 8 influenced the conversion rate. Replacement of Leu$^8$ in OXT by Arg$^8$ resulted in a significantly more rapid conversion, while deletion of the COOH-terminal tripeptide did not influence the conversion rate. In the group of Phe$^3$-containing peptides replacement of Leu$^8$ in OXP by Arg$^8$ or Lys$^8$ did not influence the conversion rate. Here, deletion of the COOH-terminal tripeptide increased the conversion rate. These observations suggest that the COOH-terminal tripeptide of AVP, OXT, and analogues contributes additionally to the susceptibility in the NH$_2$-terminal region. The extent of this contribution depends on the nature of the residue in position 3.

It is concluded that the different susceptibilities of AVP and OXT to conversion by brain synaptic membranes are primarily dictated by the nature of the amino acid residue in position 3: the aminopeptidase activity prefers to cleave Phe$^3$- over Ile$^3$-containing peptides. The efficiency of amino-

PAR-VASO-0007258

peptidase attack is secondarily influenced by the COOH-terminal tripeptide moiety. This influence differs for $Phe^3$ and $Ile^3$-containing peptides. The observed difference between AVP and OXT in susceptibility to brain aminopeptidase activity may indicate that endogenous AVP and OXT in brain have different turnover rates. Consequently, the pattern of generated AVP and OXT metabolites may differ quantitatively in brain and this could have functional implications for the activity profile of these peptides.

ACKNOWLEDGEMENT

Dr. Albert Witter is acknowledged for critical reading of the manuscript and helpful comments.

REFERENCES

1. De Wied, D. (1980) Proc. R. Soc. London B 210, 183-195.
2. Van Ree, J.M., Bohus, B., Versteeg, D.H.G., and de Wied, D. (1978) Biochem. Pharmacol. 27, 1793-1800.
3. Boer, G.J., Swaab, D.F., Uylings, H.B.M., Boer, K., Buijs, R.M., and Velis, D.N. (1980) Progr. Brain Res. 53, 207-227.
4. Pedersen, C.A., and Prange, A.J. (1979) Proc. Natl. Acad. Sci. USA 76, 6661-6665.
5. Walter, R. (1974) In: Psychoneuroendocrinology (Hatotani, N., ed.), pp. 285-294, Karger, Basel.
6. De Wied, D., and Bohus, B. (1978) Progr. Brain Res. 48, 327-334.
7. Burbach, J.P.H., and de Wied, D. (1981) In: Neurohypophyseal Peptide Hormones and Other Biologically Active Peptides (Schlesinger, D.H., ed.), pp. 69-87, Elsevier/North-Holland Inc., New York.
8. Burbach, J.P.H., and de Wied, D. (1980) In: Enzymes and Neurotransmitters in Mental Disease (Usdin, E., Sourkes, T.L., and Youdim, M.B.H., eds.), pp. 103-114, John Wiley & Sons Ltd., New York.
9. Burbach, J.P.H., de Kloet, E.R., Schotman, P., and de Wied, D. (1981) J. Biol. Chem. 256, 12463-12469.
10. Burbach, J.P.H., de Kloet, E.R., and de Wied, D. (1980) Brain Res. 202, 401-414.
11. Burbach, J.P.H., Schotman, P., and de Kloet, E.R. (1980) Biochem. Biophys. Res. Commun. 97, 1005-1013.
12. Burbach, J.P.H., Lebouille, J.L.M., de Kloet, E.R., and de Wied, D. (1981) Neurosci. Lett. Suppl. 7, S261.
13. Walter, R., and Simmons, W.H. (1977) In: Neurohypophysis (Mozes, A.M., and Share, L., eds.), pp. 167-188, Karger, Basel.
14. Marks, H., Abrash, L., and Walter, R. (1973) Proc. Soc. Exp. Biol. Med. 142, 455-460.
15. Walter, R. (1973) In: Peptides 1972 (Hanson, H., and Jakubke, H.D., eds.), pp. 363-378, Elsevier/North-Holland, Amsterdam.
16. Deslauriers, R., and Smith, I.C.P. (1970) Biochem. Biophys. Res. Commun. 40, 179-185.
17. Walter, R. (1977) Fed. Proc. 36, 1872-1878.
18. Walter, R., Smith, C.W., Metha, P.K., Boonjarern,S., Arruda, J.A.L., and Kurtzman, N.A. (1977) In: Disturbances in Body Fluid Osmolality (Andreoli, T.E., Grantham, J., and Rector, F.C., eds.), pp. 1-36, Amer. Physiol. Soc., Bethesda.
19. Smith, C.W. (1981) In: Neurohypophyseal Peptide Hormones and Other Biologically Active Peptides (Schlesinger, D.H., ed.), pp. 25-35, Elsevier/North-Holland Inc., New York.

PAR-VASO-0007259

**Feature Review Article**

# Vasopressin in pediatric shock and cardiac arrest

Karen Choong, MB, BCh; Niranjan Kissoon, MD

*Objective:* To review the physiology and the published literature on the role of vasopressin in shock in children.

*Data Source:* We searched MEDLINE (1966–2007), EMBASE (1980–2007), and the Cochrane Library, using the terms *vasopressin, terlipressin,* and *shock* and synonyms or related terms for relevant studies in pediatrics. We searched the online ISRCTN–Current Controlled Trials registry for ongoing trials. We reviewed the reference lists of all identified studies and reviews as well as personal files to identify other published studies.

*Results:* Beneficial effects have been reported in vasodilatory shock and asystolic cardiac arrest in adults. Solid evidence for

vasopressin use in children is scant. Observational studies have reported an improvement in blood pressure and rapid weaning off catecholamines during administration of low-dose vasopressin. Dosing in children is extrapolated from adult studies.

*Conclusions:* Vasopressin offers promise in shock and cardiac arrest in children. However, in view of the limited experience with vasopressin, it should be used with caution. Results of a double-blind, randomized controlled trial in children with vasodilatory shock will be available soon. (Pediatr Crit Care Med 2008; 9:372–379)

KEY WORDS: child; cardiac arrest; inotrope; vasopressin; shock; septic shock

S hock and hemodynamic compromise are among the most dramatic, dynamic, and life-threatening problems faced in pediatric critical care, with an unacceptably high mortality rate of up to 53% (1). Aggressive volume resuscitation is the mainstay of the initial management of hemodynamic instability in children. Catecholamines are the most common vasoactive agents used to maintain blood pressure and vital organ perfusion. However, decreased vascular and myocardial sensitivity to catecholamines has been demonstrated in shock, and as a result, unacceptable adverse effects may precede the desired clinical effects (2). A few small comparative clinical trials and a systematic review reported no single catecholamine agent as superior in improving outcomes in shock (3).

The effects of catecholamine agents on the cardiovascular system in children and infants are not without controversy. They

may increase the heart rate (via β-receptors), hence increasing myocardial oxygen consumption. In addition, if increased blood pressure occurs by increasing systemic vascular resistance, some end-organ perfusion may be compromised with high-dose catecholamine pressors (4). It has also been suggested that prolonged infusions of catecholamines in infants may impair myocardial performance, leading to a survival disadvantage (5). Hence, the evaluation of alternative and adjunctive therapies targeted at specific pathophysiologic pathways to reverse shock is important.

Vasopressin has been used since the 1950s primarily to treat patients with diabetes insipidus and to control gastrointestinal bleeding. However, only in the past decade has there been renewed interest in the use of *low-dose* vasopressin as a potent vasopressor as per its original description >100 yrs ago (6). Encouraged by reports in adult patients with cardiac arrest and vasodilatory shock, some authors have proposed that arginine vasopressin and its analogs are potentially beneficial agents for the treatment of shock and cardiopulmonary arrest in children (7).

The objective of this article is to review the physiology of vasopressin and the rationale for its use in shock and in critically ill children in the context of published clinical studies. We searched MEDLINE (1966–2007), EMBASE (1980–2007), and the Cochrane Library, using

the terms *vasopressin, terlipressin,* and *shock* and synonyms or related terms for relevant studies in pediatrics. We searched the online ISRCTN–Current Controlled Trials registry (http://www.controlled-trials.com) for ongoing trials. We reviewed the reference lists of all identified studies and reviews as well as personal files to identify other potential studies.

## Physiology of Vasopressin

Vasopressin is synthesized in the hypothalamus as the prohormone preprovasopressin. Prepro-vasopressin is degraded to pro-vasopressin, which migrates along neuronal axons to the posterior pituitary, where it is subsequently released in three fragments: vasopressin, neurophysin II, and copeptin. Most newly synthesized vasopressin is stored intracellularly, and only 10% to 20% of the total hormonal pool within the posterior pituitary can be readily released under appropriate stimuli (8). Once secreted into the circulation, vasopressin is accompanied by its carrier protein, neurophysin II, which does not appear to have any independent biological activity. The function of copeptin is unclear. Vasopressin is cleaved by vasopressinase and has a half-life of approximately 5–15 mins, which is why vasopressin is administered by continuous infusion during the management of vasodilatory shock (9).

Vasopressin is responsible for multiple physiologic functions, the most well-

From Pediatric Critical Care and Neonatology, McMaster Children's Hospital, Hamilton, Ontario, Canada (KC); and Acute and Critical Care Programs, Department of Pediatrics, University of British Columbia, Vancouver, British Columbia, Canada (NK).

The authors have not disclosed any potential conflicts of interest.

For information regarding this article, E-mail: choongk@mcmaster.ca

Copyright © 2008 by the Society of Critical Care Medicine and the World Federation of Pediatric Intensive and Critical Care Societies

DOI: 10.1097/PCC.0b013e318172d7c8

Copyright © Society of Critical Care Medicine and World Federation of Pediatric Intensive and Critical Care Societies.
Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007260

known being vasoconstriction of vascular smooth muscle and osmoregulation. The vasopressor effect of this pituitary extract was first observed by Drs. Oliver and Schäfer (6) in 1895; however, it was 20 yrs before its strong antidiuretic effects were recognized, at which point this hormone was renamed *antidiuretic hormone* (10). After its isolation and synthetic preparation were accomplished by Du Vigneaud et al. (11) in 1954 (Du Vigneaud subsequently was awarded the Nobel Prize), it was recognized that the same hormone in the posterior pituitary possessed both antidiuretic and vasopressor effects. However, it is now recognized that vasopressin has many other physiologic functions, including effects on memory, sleep cycles, temperature regulation, hemostasis, insulin, and corticotropin release (12). The effects of vasopressin on various vascular beds and tissues are complex and at times appear to be paradoxic. The diversity of its actions are related to the location and density of tissue-specific G-protein-coupled vasopressin receptor subtypes, which are currently classified into V1 vascular, V2 renal, V3 pituitary, oxytocin, and P2 purinergic receptors (Table 1) (13). V1 vascular receptors are located on vascular smooth muscle and mediate vasoconstriction. However, in the pulmonary circulation, vasopressin activation of V1 receptors mediates the release of nitric oxide (NO) and causes pulmonary vasodilation, in contrast to its vasoconstrictive action in the systemic circulation. Oxytocin receptors are a subset of vasopressin receptors found in the uterus, in the mammary gland, and, more recently, in endothelial cells of human umbilical vein, aorta, and pulmonary artery. Vaso-

pressin's binding to oxytocin receptors increases intracellular calcium, stimulating the release of NO and thus mediating vasodilation. Purinergic P2 receptors are located in cardiac endothelium and may play a role in cardiac contractility and selective coronary vasodilation. Vasopressin therefore not only is important in the control of water balance and cardiovascular regulation but also is actively involved in coordinating the autonomic and endocrine responses to homeostatic disturbances.

*Regulation of Vasopressin Secretion.* The normal plasma vasopressin concentration in hemodynamically stable patients ranges between 1 and 7 pg/mL, depending on the level of hydration and osmolality. The most important stimuli for vasopressin release are increased plasma osmolality, hypotension, and hypovolemia. Under normal conditions, vasopressin plays a minimal role in the vascular regulation of blood pressure, and its main role is in the regulation of water balance (14). During this time, secretion is regulated primarily by changes in plasma osmolality via input from osmoreceptors, and vasopressin levels may rise as high as 20 pg/mL during maximal urine osmolality (15). Vasopressin secretion is also under the control of the sympathetic nervous system. Under resting conditions or when stretched, baroreceptors inhibit vasopressin secretion. Decreased activity due to low blood pressure decreases baroreceptor neuronal output and results in the release of vasopressin from the hypothalamus. Nonosmotic stimuli, such as hypovolemia and hypotension, shift the osmotic threshold for vasopressin release to the left, without altering the slope or sensitivity of the

relationship of vasopressin and plasma osmolality (16). Therefore, regardless of plasma osmolality, during the initial phase of shock extremely high levels of vasopressin, in the range of 300–1800 pg/mL, can be observed (17). At these plasma concentrations, vasopressin is a critical mechanism for maintaining systemic vascular resistance and arterial blood pressure, and baroregulation overrides osmoregulation. There is an exponential inverse relationship between plasma vasopressin levels and the degree of hypotension. Small reductions in blood pressure to the order of 5% to 10% from baseline usually have little or no effect on plasma vasopressin, whereas a 20% to 30% decrease results in a 20- to 30-fold increase in serum vasopressin levels (18).

Other important secretagogues of vasopressin include endotoxin and proinflammatory cytokines (i.e., interleukin-1β, interleukin-6, tumor necrosis factor-α) (19, 20). Other nonosmotic stimuli, such as pain, nausea, hypoxia, anesthetic agents, and various endogenous and exogenous chemicals, such as norepinephrine and acetylcholine, may also trigger vasopressin release (21, 22).

*Vasopressin Levels in Shock.* A biphasic vasopressin response has been described, particularly in vasodilatory shock states where high levels are observed in the initial phase of profound hypotension, followed by inappropriately low levels to the order of 3–10 pg/mL as shock progresses (23–25). It seems unlikely that increased vasopressin clearance from the plasma accounts for vasopressin depletion, given observations that vasopressinase levels remain undetectable in this scenario (26). Several mechanisms responsible for vasopressin deficiency have been proposed, including the depletion of neurohypophyseal stores, impaired baroreflex-mediated release of vasopressin attributable to autonomic dysfunction, and down-regulation of vasopressin production by increased central NO production (15). The NO-mediated inhibition of vasopressin release may also have important implications in the pathogenesis of adrenal insufficiency, which is commonly observed in critically ill patients, as vasopressin modulates adrenocorticotropic hormone production (12, 27). Recent studies suggest that cytokines, such as interleukin-1β, tumor necrosis factor-α, and interferon-γ, may also contribute to vasopressin receptor down-regulation and reduced efficacy of

Table 1. Vasopressin receptor physiology

| Receptors | Location | Principle Effects |
|---|---|---|
| V1R | • Vascular smooth muscle | • Vasoconstriction |
| | • Kidney, platelets, bladder, spleen, testis | • Selective renal efferent arteriolar constriction |
| | • Myocardium | • ? inotropy |
| V2R | • Renal collecting duct | • Antidiuretic |
| | • Endothelium | • Coagulation factor release |
| V3R | • Pituitary | • ACTH release |
| Oxytocin (OTR) | • Reproductive and nonreproductive tissue | • Uterine contractions |
| | • Vascular endothelium | • NO mediated vasodilation |
| | • Heart | • ANP release |
| Purinergic (P2R) | • Myocardium | • ↑ Cardiac contractility |
| | • Cardiac endothelium | • Selective coronary vasodilation |

ANP, artrionatriuretic peptide; ACTH, adrenocorticotropic hormone; NO, nitric oxide.

Copyright © Society of Critical Care Medicine and World Federation of Pediatric Intensive and Critical Care Societies. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007261

exogenous hormone (28). These observations of endogenous absolute or relative vasopressin deficiency in critically ill adults have been used to justify a role for exogenous vasopressin infusions in patients in refractory shock.

Supporting data for absolute or relative vasopressin deficiency from pediatric studies, however, are limited and inconsistent. While Choi et al. (29) identified inappropriately low vasopressin levels in children with septic shock and Rosenzweig et al. (30) in postcardiotomy shock (median 4.8 pg/mL ± 4.2 SD), Leclerc et al. (31) observed a median admission vasopressin level in children with meningococcal septic shock of 41.6 pg/mL, while Lodha et al. (32) reported that serial vasopressin levels were elevated for up to 96 hrs in children with septic shock (41.4–259 pg/mL). There are several possible explanations for the discrepancy between findings in the pediatric and adult populations. There are hemodynamic differences at presentation between children with septic shock and their adult counterparts (33). Low cardiac index, high systemic vascular resistance shock is more common than vasodilatory shock in children, and this hemodynamic status often changes over time (34). The observations in adults clearly identify endogenous vasopressin deficiency, especially in vasodilatory shock, while the pediatric studies are inconsistent in that both cold and warm shock patients were not distinguished. These clinical differences between children and adults with shock reflect the age-related complexity of pathophysiologic mechanisms, which extends beyond vasopressin dysregulation. Therefore, the reliability of endogenous vasopressin level as a marker for use and indeed response to exogenous vasopressin infusions has not been adequately explored in children.

*Measurement of Vasopressin Levels.* A limitation of measuring circulating vasopressin levels is that the mature hormone is unstable, has a short half-life, and is largely attached to platelets, which are not measured in plasma. Accordingly, vasopressin concentration in platelet-rich plasma is approximately five- to six-fold higher than that in platelet-depleted plasma (35). Hence, interpretation of static measurements of vasopressin may be misleading. Copeptin, a stable peptide of the vasopressin precursor, is secreted in an equimolar ratio and thus mirrors the production of vasopressin. Plasma copeptin measurements recently were shown to be much more stable and easy to determine, and therefore copeptin has been proposed as a more sensitive and a potential prognostic marker in patients with sepsis (35, 36).

## A Role for Vasopressin in Shock

It is now well recognized that vasopressin has multiple physiologic functions beyond the control of water balance and cardiovascular regulation. Hence the name *antidiuretic hormone* is outdated, although the term *vasopressin* is still not indicative of its function beyond the vascular and renal systems. Vasopressin also plays an important role in homeostasis during shock states, like septicemia, and cardiopulmonary arrest. There is evidence that the human body discharges vasopressin as an adjunct stress hormone to catecholamines in life-threatening situations, such as shock and cardiac arrest (12). Vasopressin has been recognized as an important stress hormone after thermal injury in children and during congestive heart failure in neonates (37). Vasopressin levels have been noted to be higher in patients with cardiac arrest who were successfully resuscitated compared with those in whom spontaneous circulation was not restored (12). The most promising therapeutic role for vasopressin is in the management of vasodilatory shock states and cardiopulmonary resuscitation.

*Vasopressin in Vasodilatory Shock.* The efficacy of vasopressin has been demonstrated in various groups of patients with vasodilatory shock, including sepsis, postperfusion syndrome following cardiopulmonary bypass, and prolonged hemorrhage, and in hemodynamically unstable organ donors (38–42). Vasodilatory shock may result from many causes, and they share common pathogenic mechanisms that are responsible for vascular smooth muscle dysfunction and vascular hyporesponsiveness to catecholamines (2). Vasopressin is an attractive agent in this setting as it reverses the mechanisms responsible for vasoplegia and catecholamine resistance.

*Vasoconstrictor Effects of Vasopressin.* Vasopressin directly inactivates adenosine triphosphate sensitive potassium channels in vascular smooth muscle, a critical mechanism responsible for the pathologic vasodilation and resistance to catecholamine pressors that characterize vasodilatory shock (43). In addition, vasopressin blunts the increase in cyclic guanosine monophosphate induced by NO and atrionatriuretic peptide and inhibits the production of interleukin-1β, mechanisms strongly implicated in the pathogenesis of vasodilation (43). While inappropriately low plasma vasopressin levels have been described in adults and pediatric patients with vasodilatory shock, such patients appear to demonstrate a hypersensitivity to the pressor effects of exogenous vasopressin (15, 23, 38). The overall effect of vasopressin on systemic blood pressure is minimal at normal plasma concentrations and in healthy individuals (8, 44). Although vasopressin infusions of 0.2–2 units/min rarely affect blood pressure in euvolemic or normotensive subjects, low-dose infusions of 0.04 units/min substantially increase systemic pressure in patients with catecholamine-refractory hypotension. It is likely that because plasma vasopressin is low in this condition, its vascular receptors are available for occupancy by exogenous hormone. In contrast, exogenous norepinephrine may not increase receptor occupancy to the same extent, as endogenous concentrations of norepinephrine are high, which in turn may cause desensitization of receptors (45). Furthermore, there is evidence for adrenergic receptor downregulation in addition to hyperpolarization from the activation of potassium-adenosine triphosphate channels, which results in decreased vascular sensitivity to catecholamines despite high endogenous concentrations and exogenous infusions. The administration of low-dose vasopressin, however, has been shown to not only initiate vasoconstriction but also potentiate the vasoconstrictor effects of catecholamine pressors (46).

*Vasodilator Effects of Vasopressin.* Although vasopressin is a potent systemic vasoconstrictor, the same low-dose infusion of vasopressin concurrently causes vasodilation in pulmonary, cerebral, and coronary circulations via oxytocin receptor stimulation and endothelial NO release (13). Low-dose vasopressin may thus be more beneficial in preserving vital organ perfusion when compared with catecholamine pressors. Investigators have demonstrated in patients with septic shock that low-dose vasopressin not only improved mean arterial blood pressure and cerebral perfusion pressure but also spared the microcirculation to the mesenteric and renal beds when compared with norepinephrine or phenylephrine (41, 47–49).

Copyright © Society of Critical Care Medicine and World Federation of Pediatric Intensive and Critical Care Societies. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007262

*Renovascular Effects.* Paradoxically, vasopressin (or antidiuretic hormone) increases urine output and creatinine clearance in patients with septic shock when compared with norepinephrine (41). This effect has been attributed to V1-receptor-mediated, selective renal efferent arteriolar constriction. In contrast, increasing doses of catecholamine vasopressor agents increase the resistance in both afferent and efferent glomerular arterioles, which can contribute to decreased glomerular filtration rate and creatinine clearance and thus decreased urine output (50).

*Endocrine Effects.* Vasopressin is a potent stimulator of adrenocorticotropic hormone and, consequently, cortisol release (51), which are important considerations given the prevalence of adrenocortical dysfunction in the critically ill population (52). The interaction of corticotropin and vasopressin release in shock is complex and incompletely understood, and the influence of exogenous administrations of vasopressin and steroids on the respective axes is being explored (28, 53). Since corticosteroids have been shown to reverse tachyphylaxis against exogenous catecholamines, it has been suggested through an ovine model of endotoxemia that methylprednisolone may reverse vasopressin hyporesponsiveness (28). Vasopressin has also been reported to mediate atrial natriuretic factor and angiotensin II secretion as well as stimulate prolactin and endothelin I release (54). This latter effect on prolactin secretion plays a significant role in the cellular immune response, which in turn has important implications in the critically ill population with septic shock.

In summary, vasopressin is an attractive adjunctive or alternative to catecholamine vasoactive agents in vasodilatory shock for the following reasons: Vasopressin reverses the principle pathologic mechanisms responsible for vasoplegia, patients with vasodilatory shock exhibit an increased sensitivity to the pressor effects of vasopressin, low-dose vasopressin restores responsiveness to catecholamine resistance, and vasopressin has concurrent organ-specific vasodilator effects that may hence preserve vital organ flow. In this era of "endocrine support" in the critically ill, the final rationale for the use of vasopressin is to restore a physiologic hormone deficiency state.

*Clinical Application of Vasopressin in Pediatric Shock—The Evidence.* The evidence for the use of low-dose vasopressin in catecholamine-resistant vasodilatory shock states in adults is increasing, and the current literature demonstrates its efficacy on short-term clinical end points, such as mean arterial blood pressure, systemic vascular resistance, and decreased catecholamine requirements (25, 39–41). However, the beneficial effects on important patient outcomes, such as mortality, are yet to be determined. The Vasopressin in Septic Shock Trial (VASST) was recently completed (55). VASST analyzed 779 adult patients in septic shock requiring vasopressors for ≥6 hrs and having at least one additional dysfunctional organ system present for <24 hrs. These patients were randomized to receive low-dose infusion of vasopressin or norepinephrine (NE). Overall, there was no difference in 28-day survival between groups (35.4% vs. 39.3%, *p* = .27). However, when groups were stratified according to severity of hypotension (requiring >15 μg/min or <15 μg/min NE at enrollment), the patients receiving lower dose NE had improved survival with vasopressin (26.5% vs. 35.7%, *p* = .05). This result persisted at 90 days, when mortality was 35.8% vs. 46.1% (*p* = .04). However, it is acknowledged that the observed benefit in the low-dose NE subgroup may be due to chance. There were no differences in mean arterial blood pressure, although the addition of vasopressin to NE predictably resulted in a reduction in NE dose. Digital ischemia was somewhat more common in the vasopressin group (*p* = .06), while cardiac arrest was slightly more common in the NE group (*p* = .11).

Inspired by studies from the adult literature, some investigators have reported the successful use of vasopressin or terlipressin (the long-acting synthetic analog triglycyl-lysine-vasopressin) (Table 2). Solid evidence in children remains scant, as these studies are primarily observational in nature. However, each of these studies observed an improvement in blood pressure during the administration of low-dose vasopressin, enabling a rapid wean off catecholamine agents, and none reported adverse effects related to vasopressin. Improvement in systemic blood pressure was not necessarily associated with improved survival. Admittedly, in many of the earlier studies vasopressin was used as rescue therapy where shock was deemed refractory. Furthermore, pediatric studies have included a variety of patients with catecholamine refractory shock as opposed to restricting its use specifically to patients with vasodilatory shock for which there is good scientific rationale.

The multicenter, double-blind, randomized controlled Vasopressin in Pediatric Shock (VIP) trial, conducted on behalf of the Canadian Critical Care Trials Group, was recently completed. This is the first prospective trial of its kind in pediatric patients with vasodilatory shock, and it was designed to examine the effect of low-dose vasopressin on more clinically relevant outcomes (56). As mortality is acknowledged to be an impractical end point in pediatric critical care trials (57), the VIP trial examined the efficacy of low-dose vasopressin as an adjunctive agent on outcomes, such as time to hemodynamic stability and organ dysfunction, as well as the safety of its use in this setting.

*Vasopressin During Cardiopulmonary Resuscitation.* Experimental protocols for cardiopulmonary resuscitation (CPR) in adults and animals have suggested that vasopressin is superior to epinephrine in increasing vital organ blood flow, in particular coronary arterial and cerebral blood flow, when administered intravenously as well as endobronchially or via intraosseous route (58, 59). In a prospective study of 40 patients with out-of-hospital ventricular fibrillation resistant to electrical defibrillation, a significantly larger number of patients who received 40 units of vasopressin intravenously compared with 1 mg of epinephrine were successfully resuscitated and survived for 24 hrs (60). However, an in-hospital cardiac arrest, triple-blind, randomized controlled trial failed to demonstrated a survival advantage for vasopressin over epinephrine (61). Subsequently, a comparison of vasopressin and epinephrine for out-of-hospital cardiac arrest, which included 1,186 adult patients, demonstrated a significantly better outcome among patients with asystole who received vasopressin, although no significant difference in outcome was demonstrated in patients with ventricular tachycardia or pulseless electrical activity (79). The European Resuscitation Council recommends 40 units of vasopressin as an initial vasopressor in adults with shock-refractory ventricular fibrillation as an alternative to 1 mg of epinephrine (class IIb recommendation) (80), while the 2005 American Heart Association guidelines recommend that 40 units of intravenous or intraosseous vasopressin may replace the first or second dose of

Copyright © Society of Critical Care Medicine and World Federation of Pediatric Intensive and Critical Care Societies. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007263

Table 2. Pediatric studies of vasopressin in pediatric shock

| Reference | Study Type | Condition | Vasopressin Dose[a] | n | Findings |
|---|---|---|---|---|---|
| Lechner, 2007[62] | Retrospective review | Neonates with catecholamine resistant post-CPBP vasodilatory shock | 0.0001–0.001 U/kg/min | 17 | Increased MAP, decreased vasopressor requirements |
| Meyer, 2006[63] | Case series | Catecholamine-refractory shock and acute renal injury in ELBW infants | 0.0002–0.006 U/kg/min | 6 | Increase in MAP and urine output. Two survivors |
| Meyer, 2006[64] | Case series | Catecholamine-resistant septic and cardiogenic shock in ELBW infants | 0.0002–0.002 U/kg/min | 3 | Increased MAP and weaning of pressors in patient with septic shock. Death in two patients with cardiogenic shock |
| Masutani, 2005[65] | Retrospective review | Catecholamine-resistant hypotension | 0.0002–0.004 U/kg/min | 15 | Increase in MAP and urine output. Low vasopressin levels in all six measured. Five deaths |
| Vasudevan, 2005[66] | Case series | Septic shock | 0.0003–0.002 U/kg/min | 3 | Increase in MAP and urine output, catecholamine pressors weaned off. One death |
| Lechner, 2004[67] | Case report | Post-CPBP shock | 0.00005–0.0003 U/kg/min | 1 | Increase in MAP, weaned off all vasoactive drugs and extubated within 24 hours |
| Efrati, 2004[68] | Case series | Shock: septic, hemorrhagic, trauma and cardiogenic | 0.0003–0.002 U/kg/min | 8 | Increase in MAP, decreased in ventilatory support. One survivor |
| Leibovitch, 2003[69] | Case report | Septic shock | 0.002–0.004 U/kg/min | 1 | Increase in MAP and urine output. Catecholamine pressors discontinued |
| Tobias, 2002[70] | Case series | Vasodilatory shock | 0.0025–0.006 U/kg/min | 2 | Increase in MAP, decrease in catecholamine pressors. One (brain) death |
| Liedel, 2002[71] | Case series | Vasodilatory shock | 0.0006–0.008 U/kg/min | 5 | Increase in MAP, decrease in catecholamine pressors. Three deaths |
| Katz, 2000[72] | Retrospective, case-controlled | Organ donors | 0.0007 (SD 0.0011) U/kg/min | 34 | Increase in MAP, decrease in α-agonists in cases |
| Rosenzweig, 1999[32] | Case Series | Post-CPBP shock | 0.0003–0.002 U/kg/min | 11 | Increase in MAP. Weaned off vasoactive infusions. Vasopressin deficiency in four patients. Two deaths |

| Reference | Study Type | Condition | Terlipressin Dose | n | Findings |
|---|---|---|---|---|---|
| Papoff, 2007[73] | Case series | Catecholamine-resistant septic shock | 10 μg/kg/bolus, followed by infusion of 10–20 μg/kg/hr | 2 | Increase in MAP, increased urine output. Death in both patients |
| Zeballos, 2006[74] | Case report | Septic shock | 10–20 μg/kg/hr | 1 | Increase in MAP, significant cutaneous vasoconstriction |
| Rodriguez-Nunez, 2006[75] | Prospective cohort study | Catecholamine refractory shock | 20 μg/kg Q 4 hrs | 16 | Increase in MAP, reduction in catecholamine infusions. Death in nine patients |
| Matok, 2005[76] | Retrospective review | Septic shock | 7 μg/kg Q 12 hrs – 20 μg Q 6 hrs | 14 | Increase in MAP, reduction in catecholamine infusions. Death in eight patients |
| Rodriguez-Nunez, 2004[88] | Case series | Septic shock | 20 μg/kg/Q 4 hrs | 4 | Increase in MAP, decrease/withdrawal of Norepinephrine |
| Peters, 2004[77] | Case report | Septic shock | 500 μg over 20 mins, Q 6 hrs (13 μg/kg) | 1 | Increase in MAP, discontinuation of NE |
| Matok, 2004[78] | Case report | Septic shock | 7 μg/kg Q 12 hrs | 1 | Increase in MAP and perfusion |

CPBP, cardiopulmonary bypass; ELBW, extremely low birth weight infants; MAP, mean arterial blood pressure; NE, norepinephrine.
[a]All doses converted to U/kg/minute and corrected to 4 decimal places from original references.

epinephrine in cardiac arrest in adults (class indeterminate) (81).

In pediatric asphyxial animal models, vasopressin alone during CPR was less effective than epinephrine alone, whereas vasopressin plus epinephrine was as effective as epinephrine alone (82). However, when cardiac arrest was evoked by ventricular fibrillation, the combination of vasopressin and epinephrine was superior to either drug alone for resuscitation (83). A retrospective case series of children with cardiac arrest suggested that vasopressin (0.4 units/kg per dose) is beneficial during prolonged pediatric cardiac arrest, following failure of conventional CPR (84). A second retrospective case series of pediatric cardiac arrests unresponsive to epinephrine found that return of spontaneous circulation was achieved in six of eight episodes that were treated with 15–20 μg/kg of terlipressin, and four of those patients survived without neurologic sequelae (85). In the largest series

Copyright © Society of Critical Care Medicine and World Federation of Pediatric Intensive and Critical Care Societies. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007264

of vasopressin use in pediatric in-hospital cardiac arrest, Duncan et al. (86) found that return of spontaneous circulation occurred in 32 of 71 (45%) patients, and survival to hospital discharge was 14%. Because of the current evidence, vasopressin is recognized as a potential alternative vasopressor when standard therapies fail to restore spontaneous circulation. However, no firm recommendations exist concerning the use of vasopressin for CPR in infants and children.

*Vasopressin Dosage and Safety.* Although vasopressin infusions have been used in critical care for >50 yrs, low-dose infusions for hemodynamic instability are relatively recent in adults and novel in pediatrics. The most common use of intravenous infusions of vasopressin in children is to control gastrointestinal hemorrhage and the treatment of diabetes insipidus; however, the data regarding the safety of this drug in the management of shock in children are limited. The pediatric dosing for vasopressin infusion in vasodilatory shock is extrapolated from adult data. Table 2 lists the published pediatric experience with low-dose vasopressin in shock states. The dose ranges used in these patients were variable, with maximum doses of up to 0.008 units/kg/min. The upper dose limit considered safe in adults with vasodilatory shock is 0.04 units/min. Doses beyond this range were not associated with increased effectiveness but may have resulted in increased adverse events (87).

Reported adverse effects related to exogenous vasopressin include coronary ischemia, increased myocardial afterload, ischemic skin lesions and wound complications, new-onset tachyarrhythmias, and splanchnic hypoperfusion (88). The adverse effects of vasopressin are dose related, and experience suggests that these observed side effects may be limited at doses up to 0.04 units/min. Complications appear to be more commonly reported when there is coadministration of vasopressin and prolonged use of moderate- to high-dose norepinephrine (87, 89, 90). The actions of vasopressin on the heart are complex, and the studies are seemingly contradictory. Depending on the species studied, the dose used, and the experimental model, vasopressin can cause coronary vasoconstriction or vasodilation and exert positive or negative inotropic effects. V1-receptor-mediated coronary vasoconstriction is a dose-dependent phenomenon that may be attenuated by the endothelial vasodilat-ing actions mediated via the oxytocin receptor or P2 receptor. When cardiac contractility is studied independently of coronary perfusion, vasopressin may have a positive inotropic effect at low doses. In addition to its vascular effects on coronary blood flow, vasopressin has mitogenic and metabolic effects on the heart (43).

Data on the effects of vasopressin administration on the splanchnic microvasculature are also conflicting. Some studies in sepsis reported increased ileal or gastric $Pco_2$ gap with low-dose vasopressin compared with norepinephrine, indicating splanchnic hypoperfusion (49, 91), although these are in contrast to the findings of Dubois et al. (47) and others (40, 41), who suggested no worsening in microcirculatory alterations.

Because of the potent vasoconstrictor action of vasopressin, the possibility of impaired capillary blood flow and tissue oxygenation with vasopressin administration remains a concern. It is difficult to draw general conclusions from current reports because these side effects are also reported with norepinephrine and may be complicated by underlying disease processes (4, 9, 39). Furthermore, previous isolated clinical observations and studies on the effects of vasopressin used indirect measurements of tissue perfusion with inherent methodological constraints. More recent studies (47, 92, 93) have used more reliable methods of measuring microcirculatory perfusion, such as laser Doppler flowmetry and orthogonal polarization spectral imaging, and these studies as well as future such studies will provide invaluable information with respect to microcirculatory responses during vasopressor therapy in advanced vasodilatory shock.

## CONCLUSION

Vasopressin is a promising agent in shock and during cardiopulmonary resuscitation; however, the recommendations for its use in the pediatric literature are based on limited clinical data. It is clear that vasopressin may have an emerging role in pediatrics, but it should be embraced with caution. Despite numerous reports and small observational studies describing the successful and potentially life-saving effects of vasopressin in children, its benefits have only been reported in patients with vasodilatory shock and adults with asystolic cardiac arrest. Results of adult experience cannot be generalized to the pediatric population, as adults and children differ in physiology, predisposing diseases, and even shock management strategies (34). Adults and children have different adaptive responses that must be considered when assessing their hemodynamic status and selecting vasoactive agents.

A further challenge to our ability to select the most appropriate patients who may benefit from vasopressin therapy is the inaccuracy with which we can predict their hemodynamic status by physical exam (94). Awareness of evolving hemodynamic status during shock in children dictates that the fluid and vasoactive regimens be constantly reevaluated when there is a poor response. Generalized conclusions about the action of vasopressin on microcirculatory perfusion should be made with caution. The dosage, the vasopressin-analog used, the child's hemodynamic physiology, and severity of illness are all important factors to consider in assessing the efficacy of vasopressin in pediatrics. While we acknowledge that vasopressin is a valuable adjunct in catecholamine-resistant shock states, the results of major clinical outcome studies must be awaited before vasopressin is introduced into standard treatment protocols. Its administration is not without risks, particularly when combined with prolonged use of moderate- or high-dose pressor agents. The use of vasopressin, like any empirical therapy, requires assessment of therapeutic end points and surveillance for potential adverse effects, using clinical and biochemical markers of end-organ perfusion, measurements of cardiac index, oxygen utilization indexes, and monitoring of the microcirculatory homeostasis, which are all important tools during the titration of vasoactive therapy in critically ill patients (94).

## REFERENCES

1. Watson RS, Carcillo JA, Walter T, et al: The epidemiology of severe sepsis in children in the United States. *Am J Respir Crit Care Med* 2003; 167:695–701
2. Landry DW, Oliver JA: The pathogenesis of vasodilatory shock. *N Engl J Med* 2001; 345: 588–595
3. Mullner M, Urbanek B, Havel C, et al: Vasopressors for shock. *Cochrane Database Syst Rev* 2004; CD003709
4. Farand P, Hamel M, Lauzier F, et al: Review article: Organ perfusion/permeability-related effects of norepinephrine and vasopressin in sepsis. *Can J Anesth* 2006; 53:934–946
5. McNamara PJ: Too much of a good thing?

Copyright © Society of Critical Care Medicine and World Federation of Pediatric Intensive and Critical Care Societies. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007265

Epinephrine on trial! *J Perinatol* 2005; 25: 223–224

6. Oliver GS, Schäfer EA: On the physiological action of extracts of pituitary body and certain other glandular organs. *J Physiol (Lond)* 1895; 18:277–279

7. Carcillo JA, Fields AI: Clinical practice parameters for hemodynamic support of pediatric and neonatal patients in septic shock. *Crit Care Med* 2002; 30:1365–1378

8. Mutlu GM, Factor P: Role of vasopressin in the management of septic shock. *Intensive Care Med* 2004; 30:1276–1291

9. Russell JA: Vasopressin in vasodilatory and septic shock. *Curr Opin Crit Care* 2007; 13: 383–391

10. Velden RVD: Die Nierenwirkung con Hypophysenextrakten beim Menschen. *Berl Klin Wochenschr* 1913; 50:2083–2086

11. Du Vigneaud V, Gish DT, Katsoyannis P: A synthetic preparation possessing biological properties associated with arginine-vasopressin. *J Am Chem Soc* 1954; 76:4751–4752

12. Treshcan TA, Peters J: The vasopressin system: Physiology and clinical strategies. *Anesthiology* 2006; 105:599–612

13. Holmes CL, Landry DW, Granton JT: Science review: Vasopressin and the cardiovascular system part 1—Receptor physiology. *Crit Care* 2003; 7:427–434

14. Forrest P: Vasopression and Shock. *Anaesth Intensive Care* 2001; 29:463–472

15. Dünser MW, Wenzel V, Mayr AJ, et al: Management of vasodilatory shock: Defining the role of arginine vasopressin. *Drugs* 2003; 63: 237–256

16. Shrier R, Berl T, Anderson R: Osmotic and nonosmotic control of vasopressin release. *Am J Physiol* 1979; 236:F321–F332

17. Oliver JA, Landry DW: Endogenous and exogenous vasopressin in shock. *Curr Opin Crit Care* 2007; 13:376–382

18. Hirsch A, Majzoub J, Ren C, et al: Contribution of vasopressin to blood pressure regulation during hypovolemic hypotension in humans. *J Appl Physiol* 1993; 75:1984–1988

19. Kasting N, Mazurek M, Martin J: Endotoxin increases vasopressin release independently of known physiological stimuli. *Am J Physiol* 1985; 248:E420–E424

20. Chikanza I, Petrou P, Chrousos G: Perturbations of arginine vasopressin secretion during inflammatory stress: Pathophysiologic implications. *Ann NY Acad Sci* 2000; 917: 825–834

21. Gerigk M, Gnehm H, Rascher W: Arginine vasopressin and renin in acutely ill children: Implication for fluid therapy. *Acta Paediatr* 1996; 85:550–553

22. Neville K, Verge C, O'Meara M, et al: High antidiuretic hormone levels and hyponatremia in children with gastroenteritis. *Pediatrics* 2005; 116:1401–1407

23. Landry DW, Levin HR, Gallant EM, et al: Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation* 1997; 95:1122–1125

24. Sharshar T, Blanchard A, Paillard M, et al:

Circulating vasopressin levels in septic shock. *Crit Care Med* 2003; 31:1752–1758

25. Tsuneyoshi I, Yamada H, Kakihana Y, et al: Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. *Crit Care Med* 2001; 29: 487–493

26. Sharshar T, Carlier R, Blanchard A, et al: Depletion of neurohypophyseal content of vasopressin in septic shock. *Crit Care Med* 2002; 30:497–500

27. Robin JK, Oliver JA, Landry DW: Vasopressin deficiency in the syndrome of irreversible shock. *J Trauma* 2003; 54:S149–S154

28. Ertmer C, Bone H-G, Morelli A, et al: Methylprednisolone reverses vasopressin hyporesponsiveness in ovine endotoxemia. *Shock* 2007; 27:281–288

29. Choi SJ, Jefferies HE, Wills BC, et al: Vasopressin deficiency in pediatric septic shock. *Pediatr Crit Care Med* 2003; 4:S141

30. Rosenzweig EB, Starc TJ, Chen JM, et al: Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. *Circulation* 1999; 100:II182–II186

31. Leclerc F, Walter-Nicolet E, Leteurtre S, et al: Admission plasma vasopressin levels in children with meningococcal septic shock. *Intensive Care Med* 2003; 29:1339–1344

32. Lodha R, Vivekanandhan S, Sarthi M, et al: Serial circulating vasopressin levels in children with septic shock. *Pediatr Crit Care Med* 2006; 7:220–224

33. Carcillo JA, Pollack MM, Ruttimann UE, et al: Sequential physiologic interactions in pediatric cardiogenic and septic shock. *Crit Care Med* 1989; 17:12–16

34. Ceneviva G, Paschall JA, Maffei F, et al: Hemodynamic support in fluid-refractory pediatric septic shock. *Pediatrics* 1998; 102:e19

35. Müller B, Morgenthaler N, Stolz D, et al: Circulating levels of copeptin, a novel biomarker, in lower respiratory tract infections. *Eur J Clin Invest* 2007; 37:145–152

36. Morgenthaler N, Müller B, Struck J, et al: Copeptin, a stable peptide of the arginine vasopressin precursor, is elevated in hemorrhagic and septic shock. *Shock* 2007; 28: 219–226

37. Voelckel WG, Wenzel V, Lindner KH: Is one drug enough? Arginine vasopressin in pediatric cardiopulmonary resuscitation. *Resuscitation* 2002; 52:157–158

38. Argenziano M, Choudhri AF, Oz MC, et al: A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. *Circulation* 1997; 96:SII286–SII290

39. Dünser MW, Mayr AJ, Ulmer H, et al: Arginine vasopressin in advanced vasodilatory shock: A prospective, randomized, controlled study. *Circulation* 2003; 107:2313–2319

40. Malay MB, Ashton RC Jr, Landry DW, et al: Low-dose vasopressin in the treatment of vasodilatory septic shock. *J Trauma* 1999; 47: 699–703

41. Patel BM, Chittock DR, Russell JA, et al:

Beneficial effects of short-term vasopressin infusion during severe septic shock. *Anesthesiology* 2002; 96:576–582

42. Chen JM, Cullinane S, Spanier TB, et al: Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors. *Circulation* 1999; 100:II244–II246

43. Holmes CL, Landry DW, Granton JT: Science review: Vasopressin and the cardiovascular system part 2—Clinical physiology. *Crit Care* 2004; 8:15–23

44. Mohring J, Glanzer K, Maciel JA, et al: Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. *J Cardiovasc Pharmacol* 1980; 2:3677–3376

45. Thiemermann C, Szabo C, Mitchell JA, et al: Vascular hyporeactivity to vasoconstrictor agents and hemodynamic decompensation in hemorrhagic shock is mediated by nitric oxide. *Proc Natl Acad Sci U S A* 1993; 90: 267–271

46. Bartelstone HJ, Nasmyth PA: Vasopressin potentiation of catecholamine actions in dog, rat, cat, and rat aortic strip. *Am J Physiol* 1965; 208:754–762

47. Dubois MJ, De Backer D, Creteur J, et al: Effect of vasopressin on sublingual microcirculation in a patient with distributive shock. *Intensive Care Med* 2003; 29:1020–1023

48. Malay MB, Ashton JL, Dahl K, et al: Heterogeneity of the vasoconstrictor effect of vasopressin in septic shock. *Crit Care Med* 2004; 32:1327–1331

49. Sun Q, Dimopoulos G, Nguyen DN, et al: Low-dose vasopressin in the treatment of septic shock in sheep. *Am J Respir Crit Care Med* 2003; 168:481–486

50. Edwards RM, Trizna W, Kinter LB: Renal microvascular effects of vasopressin and vasopressin antagonists. Abstr. *Am J Physiol* 1989; 256:F274–F278

51. Bilezikjian LM, Vale WW: Regulation of ACTH secretion from corticotrophs: The interaction of vasopressin and CRF. *Ann NY Acad Sci* 1987; 512:85–96

52. Annane D: Corticosteroids for septic shock. *Crit Care Med* 2001; 29:S117–S120

53. Buijk SE, Bruining HA: Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation* 1998; 98:187

54. Dünser MW, Hasibeder WR, Wenzel V, et al: Endocrinologic response to vasopressin infusion in advanced vasodilatory shock. *Crit Care Med* 2004; 32:1266–1271

55. Russell JA: Hemodynamic support of sepsis. Vasopressin versus norepinephrine for septic shock. In: Program and Abstracts of the Society of Critical Care Medicine 36th Critical Care Congress, February 17–21, 2007, Orlando, FL

56. Choong K, Menon K, Bohn D, et al: Vasopressin in pediatric vasodilatory shock (VIP) study. ISRCTN–Current Controlled Trials registry, 11597444. Available at: http://www.controlled-trials.com/isrctn/trial/|/0/11597444.html. Accessed April 16, 2008

Copyright © Society of Critical Care Medicine and World Federation of Pediatric Intensive and Critical Care Societies. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007266

57. Curley MA, Zimmerman JJ: Alternative outcome measures for pediatric clinical sepsis trials. *Pediatr Crit Care Med* 2005; 6:S150–S156

58. Lindner KH, Dirks B, Strohmenger HU, et al: Vasopressin administration in refractory cardiac arrest. *Ann Intern Med* 1996; 124:1061–1064

59. Morris DC, Dereczyk BE, Grzybowski M, et al: Vasopressin can increase coronary perfusion pressure during human cardiopulmonary resuscitation. *Acad Emerg Med* 1997; 4:878–883

60. Lindner KH, Dirks B, Strohmenger HU, et al: Randomised comparison of epinephrine and vasopressin in patients with out-of-hospital ventricular fibrillation. *Lancet* 1997; 349:535–537

61. Stiell IG, Hebert PC, Wells GA, et al: Vasopressin versus epinephrine for inhospital cardiac arrest: A randomised controlled trial. *Lancet* 2001; 358:105–109

62. Lechner E, Hofer A, Mair R, et al: Arginine-vasopressin in neonates with vasodilatory shock after cardiopulmonary bypass. *Eur J Pediatr* 2007; 166:1221–1227

63. Meyer S, Gottschling S, Baghai A, et al: Arginine-vasopressin in catecholamine-refractory septic versus non-septic shock in extremely low birth weight infants with acute renal injury. *Crit Care* 2006; 10:R71 (doi:10.1186/cc4917)

64. Meyer S, Loffler G, Polcher T, et al: Vasopressin in catecholamine-resistant septic and cardiogenic shock in very-low-birthweight infants. *Acta Paediatr* 2006; 95:1309–1312

65. Masutani S, Senzaki H, Ishido H, et al: Vasopressin in the treatment of vasodilatory shock in children. *Pediatr Int* 2005; 47:132–136

66. Vasuvedan A, Lodha R, Kabra S: Vasopressin infusion in children with catecholamine-resistant septic shock. *Acta Paediatr* 2005; 94:380–383

67. Lechner E, Dickerson HA, Fraser CD Jr, et al: Vasodilatory shock after surgery for aortic valve endocarditis: Use of low-dose vasopressin. *Pediatr Cardiol* 2004; 25:558–561

68. Efrati O, Modan-Moses D, Vardi A, et al: Intravenous arginine vasopressin in critically ill children: Is it beneficial? *Shock* 2004; 22:213–217

69. Leibovitch L, Efrati O, Vardi A, et al: Intractable hypotension in septic shock: Successful treatment with vasopressin in an infant. *Isr Med Assoc J* 2003; 5:596–598

70. Tobias JD: Arginine vasopressin for refractory distributive shock in two adolescents. *J Intensive Care Med* 2002; 17:48–52

71. Liedel JL, Meadow W, Nachman J, et al: Use of vasopressin in refractory hypotension in children with vasodilatory shock: Five cases and a review of the literature. *Pediatr Crit Care Med* 2002; 3:15–18

72. Katz K, Lawler J, Wax J, et al: Vasopressin pressor effects in critically ill children during evaluation for brain death and organ recovery. *Resuscitation* 2000; 47:33–40

73. Papoff P, Mancuso M, Barbara CS, et al: The role of terlipressin in pediatric septic shock: A review of the literature and personal experience. *Int J Immunopathol Pharmacol* 2007; 20:213–221

74. Zeballos G, Lopez-Herce J, Fernandez C, et al: Rescue therapy with terlipressin by continuous infusion in a child with catecholamine-resistant septic shock. *Resuscitation* 2006; 68:151–153

75. Rodriguez-Nunez A, Lopez-Herce J, Gil-Anton J, et al: Rescue treatment with terlipressin in children with refractory septic shock: A clinical study. *Crit Care* 2006; 10: R20 (doi:10.1186/cc3984)

76. Matok I, Vard A, Efrati O, et al: Terlipressin as rescue therapy for intractable hypotension due to septic shock in children. *Shock* 2005; 23:305–310

77. Peters MJ, Booth RA, Petros AJ: Terlipressin bolus induces systemic vasoconstriction in septic shock. *Pediatr Crit Care Med* 2004; 5:112–115

78. Matok I, Leibovitch L, Vardi A, et al: Terlipressin as rescue therapy for intractable hypotension during neonatal septic shock. *Pediatr Crit Care Med* 2004; 5:116–118

79. Wenzel V, Krismer AC, Arntz HR, et al: A comparison of vasopressin and epinephrine for out-of-hospital cardiopulmonary resuscitation. *N Engl J Med* 2004; 350:105–113

80. Kern KB, Halperin HR, Field J: New guidelines for cardiopulmonary resuscitation and emergency cardiac care: Changes in the management of cardiac arrest. *JAMA* 2001; 285:1267–1269

81. American Heart Association guidelines for cardiopulmonary resuscitation and emergency cardiovascular care: Part 7.2. Management of cardiac arrest. *Circulation* 2005; 112:IV-58–IV-66

82. Voelckel WG, Lurie KG, McKnite S, et al: Comparison of epinephrine and vasopressin in a pediatric model of asphyxial cardiac arrest. *Crit Care Med* 2000; 28:3777–3783

83. Voelckel WG, Lurie KG, McKnite S, et al: Effects of epinephrine and vasopressin in a piglet model of prolonged ventricular fibrillation and cardiopulmonary resuscitation. *Crit Care Med* 2002; 30:957–962

84. Mann K, Berg RA, Nadkarni V: Beneficial effects of vasopressin in prolonged pediatric cardiac arrest: A case series. *Resuscitation* 2002; 52:149–156

85. Matok I, Vardi A, Augarten A, et al: Beneficial effects of terlipressin in prolonged pediatric cardiopulmonary resuscitation: A case series. *Crit Care Med* 2007; 35:1161–1164

86. Duncan JM, Schexnayder S, Goel R, et al: Vasopressin for in-hospital pediatric cardiac arrest: Results from the AHA national registry of CPR (NCPR):65. *Crit Care Med* 2005; 33:A17

87. Holmes CL, Walley KR, Chittock DR, et al: The effects of vasopressin on hemodynamics and renal function in severe septic shock: A case series. *Intensive Care Med* 2001; 27:1416–1421

88. Rodriguez-Nunez A, Fernandez-Sanmartin M, Martinon-Torres F, et al: Terlipressin for catecholamine-resistant septic shock in children. *Intensive Care Med* 2004; 30:477–480

89. Cartotto R, McGibney K, Smith T, et al: Vasopressin for the septic burn patient. *Burns* 2007; 33:441–451

90. Dünser MW, Mayr AJ, Tür A, et al: Ischemic skin lesions as a complication of continuous vasopressin infusion in catecholamine-resistant vasodilatory shock: Incidence and risk factors. *Crit Care Med* 2003; 31:1394–1398

91. van Haren FM, Rozendaal FW, van der Hoeven JG: The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. *Chest* 2003; 124:2256–2260

92. Luckner G, Dunser MW, Stadlbauer K-H, et al: Cutaneous vascular reactivity and flow motion response to vasopressin in advanced vasodilatory shock and severe postoperative multiple organ dysfunction syndrome. *Crit Care* 2006; 10:R40 (doi:10.1186/cc4845)

93. Boerma EC, van der Voort PHJ, Ince C: Sublingual microcirculatory flow is impaired by the vasopressin-analogue terlipressin in a patient with catecholamine-resistant septic shock. *Acta Anaesthesiol Scand* 2005; 49:1387–1390

94. Parker MM: Pathophysiology of cardiovascular dysfunction in septic shock. *New Horiz* 1998; 6:130–138

Copyright © Society of Critical Care Medicine and World Federation of Pediatric Intensive and Critical Care Societies. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007267

# Vasopressin in Pediatric Vasodilatory Shock
## A Multicenter Randomized Controlled Trial

Karen Choong[1], Desmond Bohn[2], Douglas D. Fraser[3], Isabelle Gaboury[4], James S. Hutchison[2], Ari R. Joffe[5], Catherine Litalien[6], Kusum Menon[7], Patrick McNamara[2], and Roxanne E. Ward[4], on behalf of the Canadian Critical Care Trials Group

[1]Department of Pediatrics and Critical Care, McMaster Children's Hospital, Hamilton, Ontario; [2]Department of Critical Care and Division of Neonatology, Department of Pediatrics, the Hospital for Sick Children, Ontario; [3]Department of Pediatrics and Critical Care, Children's Hospital of Western Ontario, London, Ontario; [4]Children's Hospital of Eastern Ontario Research Institute, Ottawa; [5]Division of Pediatric Critical Care, Department of Pediatrics and Critical Care, Stollery Children's Hospital, Edmonton, Alberta; [6]Division of Critical Care, Department of Pediatrics, CHU Ste-Justine, Montreal, Quebec; and [7]Department of Pediatrics, Children's Hospital of Eastern Ontario, Ottawa, Ontario, Canada

*Rationale*: Vasopressin has been proposed as a potent vasoactive agent in the treatment of vasodilatory shock in adults and children. The objective of this trial was to evaluate the efficacy and safety of vasopressin as an adjunctive agent in pediatric vasodilatory shock.
*Methods*: In this multicenter, double-blind trial, children with vasodilatory shock were randomized to receive low-dose vasopressin (0.0005–0.002 U/kg/min) or placebo in addition to open-label vasoactive agents. Vasoactive infusions were titrated to clinical endpoints of adequate perfusion. The primary outcome was time to vasoactive-free hemodynamic stability. Secondary outcomes included mortality, organ-failure–free days, length of critical care unit stay, and adverse events.
*Measurements and Main Results*: Sixty-five of 69 children (94%) who were randomized received the study drug (33 vasopressin, 32 placebo) and were included in the analysis. There was no significant difference in the primary outcome between the vasopressin and placebo groups (49.7 vs. 47.1 hours; $P = 0.85$). There were 10 deaths (30%) in the vasopressin group and five (15.6%) in the placebo group (relative risk, 1.94; 95% confidence interval, 0.75–5.05; $P = 0.24$). There were no significant differences with respect to organ failure–free days (22 vs. 25.5 days; $P = 0.11$), ventilator-free days (16.5 23 days; $P = 0.15$), length of stay (8 vs. 8.5 days; $P = 0.93$), or adverse event ratios (12.0%; 95% confidence interval, −2.6 to 26.7; $P = 0.15$).
*Conclusions*: Low-dose vasopressin did not demonstrate any beneficial effects in this pediatric trial. Although not statistically significant, there was a concerning trend toward increased mortality.
Clinical trial registered with www.controlled-trials.com (ISRCTN11597444).

**Keywords**: shock; pediatric; vasopressin

(*Received in original form February 11, 2009; accepted in final form July 10, 2009*)

Supported by grants from the Canadian Institutes of Health Research (200511MCT-154713), Heart and Stroke Foundation (NA 5937), Physicians Services Incorporated (02–65), Hospital for Sick Children Foundation (XG 02–071R), Canadian Intensive Care Foundation, Laerdal Foundation, and Ferring Inc. The funding agencies had no role in the design and conduct of the study, in the collection, analysis, or the interpretation of the data or in the preparation, review, or approval of the manuscript.

A list of participants in the Vasopressin in Pediatric Shock (VIP) Trial can be found at the end of the article.

Correspondence and requests for reprints should be addressed to Karen Choong, M.B., B.Ch., Department of Pediatrics and Critical Care McMaster Children's Hospital, 1200 Main Street West, Room 3A78, Hamilton, ON, L8N 3Z5 Canada. E-mail: choongk@mcmaster.ca

This article has an online supplement, which is accessible from this issue's table of contents at www.atsjournals.org

Am J Respir Crit Care Med Vol 180. pp 632–639, 2009
Originally Published in Press as DOI: 10.1164/rccm.200902-0221OC on July 16, 2009
Internet address: www.atsjournals.org

## AT A GLANCE COMMENTARY

### Scientific Knowledge on the Subject

Low-dose vasopressin has been suggested as a therapeutic agent in pediatric and adult vasodilatory shock. Although several clinical trials have been performed in adults, the efficacy and safety in pediatrics is unclear.

### What This Study Adds to the Field

Contrary to previous observational studies, the results of this pediatric trial suggest that there are no clinical benefits of vasopressin for pediatric vasodilatory shock and that there is the potential for harm.

The mortality rate among pediatric patients with shock and circulatory failure remains unacceptably high, with reported rates ranging from 35 to 53% (1–3). Aggressive volume resuscitation is the mainstay of the initial management of circulatory collapse, followed by vasoactive infusions in fluid refractory shock. The most appropriate vasoactive agent for the treatment of shock in adults and children remains controversial (4, 5). Although exogenous catecholamines are the most commonly used agents, their effectiveness has been debated in shock states where endogenous catecholamine levels are already high, catecholamine resistance is suspected, and the emergence of unacceptable adverse effects are observed (6, 7). Furthermore, adrenergic agents may exacerbate cellular immune dysfunction, catabolism, and unfavorable neuroendocrine responses during shock (8). As a result, alternative drugs targeted at other pathogenic mechanisms responsible for shock and vasoplegia are of great interest.

Vasopressin is a neurohypophyseal peptide hormone with diverse actions that are mediated by tissue-specific receptors, which are classified into $V_1$ vascular, $V_2$ renal, $V_3$ pituitary, oxytocin, and $P_2$ purinergic subtypes (9). Low-dose vasopressin and its analog terlipressin have emerged as promising therapeutic agents, particularly in vasodilatory shock states, for several reasons. First, vasopressin reverses the key pathogenic mechanisms responsible for vasoplegia and catecholamine resistance (10). Second, at the same low doses that mediate vasoconstriction, vasopressin exhibits organ-specific vasodilator effects in the pulmonary, renal, cerebral, and coronary circulations, potentially preserving vital organ perfusion (11). Third, endogenous vasopressin insufficiency has been demonstrated in patients with vasodilatory shock (12); however, impaired vaso-

pressin response in this setting has also been suggested, thereby raising questions as to whether hormone therapy would be beneficial (13). Finally, vasopressin influences other key hormones central to maintaining homeostasis during shock, such as ACTH, cortisol, and prolactin (14).

Adult trials conducted just before the start of this trial suggested a beneficial effect of vasopressin in shock (15, 16). In contrast, the evidence for its use in pediatric patients is primarily observational (9, 17). Children differ from adults with respect to underlying disease processes, hemodynamic responses, and oxygen utilization; accordingly, shock management strategies are not necessarily similar in children and adults (18, 19). Based on the strong physiologic rationale for vasopressin in vasodilatory shock in pediatric critical care, we hypothesized that low-dose vasopressin would be an effective adjunct in reversing vasodilatory shock in children when compared with placebo.

## METHODS

### Patients and Sites

We conducted this randomized, double-blind, placebo-controlled trial in seven Canadian Pediatric Critical Care Units (PCCUs). Patients aged 1 month to 17 years with indwelling arterial and central venous catheters were eligible if they were within 24 hours of the diagnosis of vasodilatory shock, as defined by the presence of all of the following criteria: (1) volume resuscitation of at least 40 ml/kg; (2) at least 10 µg/kg/min of dopamine or any dose of epinephrine, norepinephrine, or phenylephrine; and (3) clinical evidence of vasodilatory shock (defined as a diastolic blood pressure of less than half systolic blood pressure and two of the following: tachycardia, warm extremities, or flash capillary refill). We excluded patients with the following conditions: death anticipated within 24 hours or a lack of commitment to life support, use of vasopressin or its analogs in the previous 24 hours, known history of vasospastic diathesis, concurrent use of intravenous vasodilator agents (sodium nitroprusside or phenoxybenzamine), hypersensitivity to vasopressin, severe hyponatremia (serum sodium less than 125 mM despite water restriction), known diagnosis of diabetes insipidus or syndrome of inappropriate antidiuretic hormone secretion, and pregnancy. Patients were also excluded if a low cardiac index of equal to or less than 2.5 L/min/m² after fluid resuscitation was measured by pulmonary artery catheter or echocardiography. The trial was approved by the Research Ethics Board at each participating institution. Written informed consent was obtained from the guardians, and assent was obtained from the patients where appropriate.

### Randomization

After confirmation of eligibility, study site personnel randomly allocated participants using a central telephone-based system that was available 24 h/d. The randomization sequence was concealed and prepared by a statistician (in a 1:1 ratio), stratified according to study center using computer–generated, random-permuted blocks sizes within strata. All patients, caregivers, medical and nursing staff, investigators, and members of the Data Safety Monitoring Committee (DSMC) were masked to the study group assignment for the duration of the study.

### Study Intervention

Participants were randomized to receive arginine vasopressin or normal saline placebo, prepared in identical 50 ml syringes and infused at a starting dose of 0.0005 U/kg/min. The study drug was administered in addition to the open-label vasoactive infusions that the patients were already receiving at baseline and titrated every 5 minutes up to 0.002 U/kg/min (0.05 U/min maximum total dose) to maintain a target mean arterial blood pressure (MAP) for age. Guidelines for the management of ongoing hemodynamic instability and guidelines for the use of potentially confounding cointerventions such as steroids and activated protein C were established by consensus of the Steering Committee and participating investigators. Once the patient achieved their

target MAP for at least 4 hours without escalation in hemodynamic support, accompanied by clinical evidence of adequate end-organ perfusion, open-label vasoactive infusions were weaned in accordance with the recommended study guidelines. The study drug was weaned after both target MAP and end-organ perfusion were maintained without open-label infusions for at least 4 hours. The definitions and guidelines used in this trial are included in the online supplement.

### Outcome Measures

Baseline characteristics such as age, weight, pediatric risk of mortality (PRISM) III (20), multiple organ dysfunction (MODS) (21) and pediatric logistic organ dysfunction (PELOD) scores (22), the underlying cause(s) of vasodilatory shock, plasma vasopressin, and cortisol levels were recorded. Plasma vasopressin level was measured by radioimmunoassay as previously described (23). The primary outcome for this study was the time to vasoactive-free hemodynamic stability, defined as the time from study drug initiation to the time when all vasoactive agents were successfully discontinued. Secondary outcomes included the following: 30-day mortality, the change in organ dysfunction as determined by the PELOD and MODS scores, number of days alive and free of organ dysfunction (organ failure–free days), vasoactive infusions (vasoactive-free days), and mechanical ventilation (ventilator-free days), respectively, in the 30 days after randomization, length of PCCU stay, urine output, and MAP after study drug infusion. A modified vasoactive score was calculated to indicate the magnitude of vasoactive requirement for each participant (24). Plasma vasopressin level was remeasured 4 hours after the study drug infusion. We also evaluated the rate of all adverse events (AEs) and serious adverse events (SAEs). An adverse event (AE) was defined as any undesirable experience occurring to a trial participant that might reasonably occur as a consequence of the study drug. An AE was considered "serious" if it was life threatening; prolonged patient hospitalization; was considered medically important; or resulted in persistent or significant disability, incapacity, or death. The relationship of the AEs and SAEs to the study intervention was determined by blinded assessment of the site investigator and reviewed by the DSMC.

### Sample Size and Statistical Analysis

The primary outcome was time to vasoactive-free hemodynamic stability. We calculated that 69 patients were required for enrolment to achieve 90% power to detect a hazard ratio of 3 and a significance level of 5% using Lakatos' formula for survival analysis study design (25). This sample size calculation accounted for a 34% mortality rate and a 7% possible dropout or postrandomization exclusion rate. The estimate of effect size for time to vasoactive-free hemodynamic stability and other parameters that informed the calculation were based on evidence from adult trials, current available data in children, and anecdotal experience from Canadian pediatric intensivists (1–3). We neither planned nor conducted an interim analysis. The DSMC performed periodic reviews of AEs and all SAEs as they occurred and did not recommend stopping the trial.

We report descriptive summaries of demographic and clinical characteristics of all participants at baseline. We summarized data using means (standard deviation [SD]), medians (interquartile range [IQR]), and frequencies. Primary and secondary outcomes were analyzed according to the intention-to-treat principal. We analyzed the primary outcome using a cause-specific cumulative incidence approach because death could also be considered as a competing risk (26). Continuous secondary outcomes were analyzed using a nonparametric test (Wilcoxon Mann-Whitney). Fisher's exact tests were used for dichotomous outcomes such as use of cointervention drugs and indication for steroid use. Finally, time to discharge from PCCU after study drug administration was compared using survival analysis. Because the assumption of proportional hazard ratios was not met, a Breslow test was used to assess the difference between the two survival curves. AE and SAE rates were compared between groups using a Poisson regression model. We conducted two-sided significance testing; we considered P values of 0.05 to be significant. All analyses were performed using SPSS version 16.0 (SPSS, Inc., Chicago, IL) and R version 2.7.2.

## RESULTS

### Patients and Treatment Assignment

A total of 512 consecutive children with shock were admitted to participating PCCUs between August 2003 and April 2007 (Figure 1). Of the 512 potential patients, 106 (21%) met the eligibility criteria, of whom 14 were not approached, 23 declined consent, and 69 (65% of eligible patients) were enrolled. Thirty-five children were randomly assigned to receive vasopressin and 34 to receive placebo. Two patients in each group were withdrawn shortly after randomization but before initiation of any study procedures and without knowledge of group allocation; three of these patients no longer fulfilled eligibility criteria, and one patient was withdrawn when the attending physician chose to initiate open-label vasopressin because of rapidly progressive refractory shock. These postrandomization exclusions did not contribute to any statistical comparisons except for the baseline characteristics (27). Three additional patients were withdrawn for SAEs, two of whom were in the placebo group. Only one of these participants was subsequently

unblinded at the request of the treating physician for the purposes of initiating open-label vasopressin. There were two protocol violations: One patient in the vasopressin group temporarily received placebo for 6 hours, and the study drug was inadvertently suspended for 35 minutes in one patient in the placebo group.

The baseline characteristics were similar in the two groups (Table 1). The most common cause of vasodilatory shock was sepsis (78.2%). The severity of illness of the participants was similar as indicated by their PRISM III, MODS, and PELOD scores. Patients in both groups received a similar magnitude of volume resuscitation and open-label vasoactive infusions before the study intervention. Baseline vasopressin levels were inappropriately low in both groups (3.8 pg/ml), and baseline cortisol levels were markedly elevated in both groups.

### Intervention and Cointerventions

The median dose of vasopressin use during the study was 0.0011 U/kg/min (interquartile range [IQR] 0.0007–0.0018) or 0.04 U/min. There were no significant differences in cointer-



*Figure 1.* Study flow. AVP = arginine vasopressin; SDM = substitute decision maker.

**TABLE 1. BASELINE CHARACTERISTICS OF THE PATIENTS**

| Characteristic | Vasopressin ($n = 35$) | Placebo ($n = 34$) |
|---|---|---|
| Age, years | 9.0 (4.0–14.0) | 11.0 (3.8–14.3) |
| Weight, kg | 30.0 (20.0–46.0) | 37.5 (14.3–56.3) |
| Male, n (%) | 19 (54.3) | 17 (50.0) |
| Cause of vasodilatory shock, n (%) | | |
| Sepsis* | 24 (68.6) | 30 (88.2) |
| Postcardiopulmonary bypass | 3 (8.6) | 0 (0.0) |
| Hemophagocytic syndrome | 2 (5.7) | 0 (0.0) |
| Burns | 1 (2.8) | 0 (0.0) |
| Toxic shock | 0 (0.0) | 1 (2.9) |
| Cause undetermined | 5 (14.3) | 3 (8.8) |
| Clinical variables | | |
| Heart rate, bpm | 139.0 (128.0–151.0) | 133.0 (112.8–164.3) |
| Mean arterial blood pressure, mm Hg | 61.5 (12.4) | 65.7 (13.3) |
| Central venous pressure, mm Hg | 13 (11 −15) | 12 (8.3–15) |
| Urine output, ml/kg/h | 2.5 (1.1–5.1) | 1.7 (0.6–4.0) |
| PRISM III score within 12 hours of admission | 14.0 (10.0–20.0) | 12.0 (8.0–18.3) |
| MODS score | 3.0 (2.0–3.0) | 3.0 (2.3–4.0) |
| PELOD score | 11.7 (7.3–20.5) | 9.3 (4.7–16.9) |
| Arterial lactate, mmol/L | 1.9 (1.3–2.8) | 1.5 (0.9–2.6) |
| Cortisol, μg/dl | 26.2 (12.2–49.6) | 23.3 (13.5–42.4) |
| Vasopressin, pg/ml | 3.8 (1.5–26.4) | 3.8 (1.8–9.6) |
| Open-label vasoactive use at baseline | Vasopressin ($n = 33$) | Placebo ($n = 32$) |
| Number of vasoactive infusions, mean (SD) | 2.2 (0.8) | 2.0 (1.1) |
| Vasoactive score† | 20.0 (12.0–35.0) | 16.5 (10.1–25.0) |
| Dopamine, n (%) | 25 (75.8) | 24 (75) |
| Dose, μg/kg/min | 10.0 (10.0–15.0) | 10.0 (10.0–14.9) |
| Epinephrine, n (%) | 14 (42.4) | 14 (43.8) |
| Dose, μg/kg/min | 0.12 (0.05–0.23) | 0.07 (0.01–0.30) |
| Norepinephrine, n (%) | 24 (72.7) | 15 (46.9) |
| Dose, μg/kg/min | 0.10 (0.03–0.20) | 0.06 (0.03–0.20) |
| Milrinone, n (%) | 8 (24.2) | 10 (31.3) |
| Dose, μg/kg/min | 0.5 (0.13–0.88) | 0.5 (0.5–0.80) |
| Volume resuscitation, ml/kg | | |
| 4 hours before study drug infusion | 23.1 (13.5–53.8) | 21.0 (13.1–33.8) |
| Total volume received on day of randomization | 123.9 (61.3–154.4) | 98.5 (67.3–166.7) |
| Time between onset of vasodilatory shock and study drug, hours | 9.5 (6.2–20.3) | 11.8 (6.4–18.2) |

*Definition of abbreviations*: MODS = multiorgan dysfunction syndrome; PELOD = pediatric logistic organ dysfunction; PRISM = pediatric risk of mortality (PRISM) III. Values are presented as median and interquartile range unless otherwise noted.

\* Sepsis was defined as a systemic inflammatory response syndrome caused by a suspected (clinical evidence of infection) or proven infection (positive culture from any site).

† Vasoactive score: dose of dopamine + dobutamine + (epinephrine × 100) + (norepinephrine × 100) + (phenylephrine × 100) + (milrinone 10).

ventions between the two groups. A substantial proportion of patients received corticosteroids during the study period (64.6% in total; $P = 0.61$), which were administered for refractory shock in the majority of cases (Table 2).

**Study Outcomes**

There was no significant difference in the primary outcome between the two study groups. The median time to achieve hemodynamic stability was 49.7 hours in the vasopressin group and 47.1 hours in the placebo group ($P = 0.85$). The vasoactive-free, organ failure–free and ventilator-free days, organ dysfunction scores, and the length of PCCU stay were not significantly different between the experimental and control groups. There was a significant increase in MAP 1 hour after infusion of vasopressin compared with baseline. However, there was no difference among the markers of end-organ perfusion, such as serum lactate, creatinine, and urine output, between study groups (Table 3). There were 10 (30%) deaths in the vasopressin group, compared with five deaths (15.6%) in the placebo group (relative risk, 1.94; 95% confidence interval [CI], 0.75–5.05; $P = 0.24$). The causes of death for each patient are presented in Table 4. The most common cause of death was refractory shock and multiple organ dysfunction. Patients presenting with septic vasodilatory shock had a mortality rate of 18.5%, compared with

a mortality rate 33.3% among patients presenting with vasodilatory shock from nonseptic causes; however, the difference in mortality rate was not statistically significant in these subgroups (95% CI, −41.1 to 7.1; $P = 0.29$). There was no significant association between baseline vasopressin levels and mortality ($P = 0.148$). The use of steroids was similar between groups (60.6 vs. 65.6%; $P = 0.61$). The concurrent use of steroids and vasopressin was not associated with a statistically significant difference in mortality, when compared with those without steroid exposure (25 vs. 7.6%; $P = 0.46$). None of the deaths was attributed to the study drug upon review by the site investigator, the local Research Ethics Board and the DSMC.

All AEs and SAEs assessed by the site investigator to be reasonably related to the study drug are reported in Table 5. There was no significant difference in the AE ratio (12.0%; 95% CI, −2.6 to 26.7; $P = 0.15$) and the SAE ratio (−3.2%; 95% CI, −13.7 to 7.8; $P = 0.55$) between the vasopressin and placebo groups.

**DISCUSSION**

Despite earlier reports of improved urine output and favorable effects on short-term hemodynamic parameters, we found no evidence of improvement in clinical outcomes with low-dose

**TABLE 2. COINTERVENTIONS FOR HEMODYNAMIC SUPPORT DURING THE TREATMENT PERIOD**

| Variable | Vasopressin | Placebo | P Value |
|---|---|---|---|
| Corticosteroid use during the study period*, n (%) | 20 (60.6) | 21 (65.6) | 0.61 |
| Indications for corticosteroid use[†] | | | |
|   Replacement of chronic steroid use | 1 (3.0) | 5 (15.6) | 0.11 |
|   Adrenal insufficiency (documented or suspected) | 0 (0.0) | 5 (15.6) | 0.02 |
|   Purpura fulminans | 1 (3.0) | 1 (3.1) | 1.00 |
|   Refractory shock | 13 (39.4) | 14 (43.8) | 0.80 |
|   Immunomodulatory therapy | 2 (6.0) | 3 (9.4) | 0.67 |
|   Reactive airway disease | 1 (3.0) | 0 (0.0) | 1.00 |
|   Malignancy/chemotherapy regime | 3 (9.1) | 0 (0.0) | 0.24 |
|   Peri-extubation | 1 (3.0) | 1 (3.1). | 1.00 |
|   Not specified | 0 (0.0) | 1 (3.1) | 0.49 |
| Volume resuscitation (ml/kg) during treatment period, median (IQR) | 103.1 (74.9–138.8) | 97.6 (73.4–133.7) | 0.64 |
| Vasoactive score, median (IQR) | | | |
|   Hour 12 | 15.0 (8.0–25.0) | 15.5 (6.5–26.3) | 0.89 |
|   Hour 24 | 10.0 (5.0–25.0) | 13.4 (4.1–18.0) | 0.96 |
| Activated protein C, n (%) | 1 (3.1) | 0 (0.0) | 0.33 |
| Continuous renal replacement therapy, n (%) | 2 (6.1) | 5 (15.6) | 0.26 |

*Definition of abbreviation*: IQR = interquartile range.

* Treatment period is the time from study intervention until all vasoactive support is successfully discontinued for at least 24 hours.

[†] Patients may have more than one reason listed.

vasopressin in this multicenter, randomized, placebo-controlled trial in children with vasodilatory shock. There are several possible reasons why the addition of vasopressin did not result in any demonstrable clinical benefit in the context of this trial. First, the dosage of vasopressin may have been insufficient. The dosage of vasopressin reported in the pediatric literature ranges from 0.00001 up to 0.008 U/kg/min and is primarily extrapolated

from adult data. The dosage of vasopressin we used in this trial considered the current pediatric and adult experience (9). A parallel decrease in vasopressin receptor responsiveness and $\alpha_1$-adrenergic receptors has been observed in experimental models of septic shock. Therefore, it has been suggested that patients with more severe vasodilatory shock may benefit from larger doses of vasopressin (28, 29). However, given the evidence of

**TABLE 3. OUTCOMES**

| Variable | Vasopressin | Placebo | P Value |
|---|---|---|---|
| Time to hemodynamic stability in hours, median (IQR)[†] | 49.7 (29.8–218.5)* | 47.1 (25.6–87.1) | 0.85 |
| Secondary outcomes | | | |
|   30-d mortality, n (%) | 10 (30.3) | 5 (15.6) | 0.24 |
|   Vasoactive-free days[‡] | 25.2 (0.0–28.3) | 27.5 (23.1–28.9) | 0.13 |
|   Organ failure–free days[§] | 22.0 (0.0–26.5) | 25.5 (18.0–27.8) | 0.11 |
|   Ventilator-free days[¶] | 16.5 (0.0–24.0) | 23.0 (13.0–25.5) | 0.15 |
| Highest number of organ failures | 3.0 (3.0 –6.0) | 3.0 (3.0–4.0) | 0.66 |
| Highest PELOD score after randomization | 22.0 (13.5–71.0) | 13.0 (11.3–22.8) | 0.03 |
| Change in PELOD score[∥] | 1.0 (0.0–43.5) | 0.0 (0.0–8.8) | 0.14 |
| Length of PCCU stay, d | 8.0 (4.3–15.0) | 8.5 (5.3–16.8) | 0.93 |
| 4 h AVP levels, pg/ml | 99.2 (64.4–149.9) | 2.9 (1.0–6.1) | <0.001 |
| Change in vasoactive score (from baseline to highest score)** | 0.0 (−0.4–12.1) | 0.0 (0.0–7.0) | 0.93 |
| Mean arterial blood pressure 1 hour post-study drug | 73.5 (62.5–88.8) | 74.0 (60.0–80.0) | 0.18 |
| Change from baseline in mean arterial blood pressure 1 hour post-study drug, mean (SD) | 14.3 (16.6) | 5.1 (11.5) | 0.02 |
| Urine output at 24 hours, ml/kg/h | 1.7 (0.7 –3.5) | 1.5 (0.7–3.7) | 0.65 |
| Change in biochemical variables during study intervention (from baseline to most abnormal value) | | | |
|   Serum lactate, mmol/L | 0.2 (0.1–1.3) | 0.2 (0.0–1.3) | 0.57 |
|   Creatinine, µmol/L, mean (SD) | 19.1 (45.4) | 10.4 (25.0) | 0.35 |
|   Bilirubin, µmol/L, mean (SD) | 19.8 (15.9) | 29.3 (54.2) | 0.58 |
|   Platelet count, mean (SD) | −50.6 (66.5) | −47.64 (49.7) | 0.84 |
|   INR, mean (SD) | 0.5 (2.1) | 0.2 (0.6) | 0.38 |

*Definition of abbreviations*: AVP = arginine vasopressin; INR = international normalized ratio; IQR = interquartile range; PCCU = pediatric critical care unit; PELOD = pediatric logistic organ dysfunction.

* Values are presented as median and interquartile range unless otherwise noted.

[†] Analyzed using cause-specific cumulative incidence approach.

[‡] The number of days alive and free from vasoactive support in the 30-day period after randomization.

[§] The number of days alive and free or organ dysfunction as calculated by the MODS score in the 30-day period after randomization.

[¶] The number of days alive and free from ventilator support in the 30-day period after randomization.

[∥] The delta PELOD is the difference between the daily PELOD score at randomization and the worst daily PELOD score observed thereafter. Patients whose PELOD did not change or decreased after entry into the trial were considered to have a delta PELOD of zero.

** Vasoactive score: dose of dopamine + dobutamine + (epinephrine × 100) + (norepinephrine × 100) + (phenylephrine × 100) + (milrinone × 10).

**TABLE 4. ALL-CAUSE MORTALITY AT 30 DAYS AFTER RANDOMIZATION**

| Group/Patient No. | Underlying Condition | Cause of Death |
|---|---|---|
| Vasopressin group (n = 10; 30%) | | |
| 1 | Healthy | Refractory shock and MODS |
| 2 | Healthy | Refractory shock and MODS |
| 3 | Hemophagocytic syndrome | Refractory shock and MODS |
| 4 | Systemic lupus erythematosus and hemophagocytic syndrome | Refractory shock and MODS |
| 5 | Craniofacial dysostosis | Refractory shock and MODS |
| 6 | Pulmonary atresia, MAPCAs | Cardiac arrest and severe anoxic brain injury 18 days after treatment period |
| 7 | Biliary atresia | Diffuse anoxic brain injury and brain herniation 2 days after treatment period |
| 8 | Suspected metabolic disorder | Cerebral edema and brain herniation 5 days after treatment period |
| 9 | Cystic fibrosis, liver failure, bowel perforation | Fatal hemorrhage and MODS |
| 10 | Ewing's sarcoma, postradiation enterocolitis | Diffuse mesenteric ischemia |
| Placebo group (n = 5; 15.6%) | | |
| 11 | Healthy | Refractory shock and MODS |
| 12 | Acute myelogenous leukemia | Refractory shock and MODS |
| 13 | Myelodysplastic syndrome post bone marrow transplant | Refractory shock and MODS |
| 14 | Neuroblastoma, secondary lymphoma | Refractory shock and MODS |
| 15 | Cystic fibrosis, post lung transplant | Refractory hypoxemia |

*Definition of abbreviations*: MAPCAs = multiple aortopulmonary collateral arteries; MODS = multisystem organ dysfunction syndrome.

adverse events with larger doses in adults (29, 30), we cannot assume that higher doses of vasopressin would be beneficial or safe in children.

Second, the timing of which vasopressin was administered may not have been optimal. However, the stage of shock during which the exogenous vasopressin may be most beneficial is unclear. Observational studies report a high mortality rate of 48% when vasopressin is used as a rescue therapy in children with refractory shock, leading to the hypothesis that earlier administration may be more beneficial (17). Data from the adult Vasopressin in Septic Shock Trial suggest a survival benefit with earlier administration of vasopressin when the patient is in less severe shock (31). However, this pediatric trial did not demonstrate any incremental benefit when vasopressin was administered early (i.e., before the development of a refractory shock state in children). A recent randomized, open-label trial of terlipressin as a rescue therapy for children in catecholamine-resistant septic shock demonstrated increases in MAP and oxygenation with terlipressin but no statistical difference in the mortality (67.3 vs. 71.4%) (32). However, the mortality rate in Yildizdas' trial was double that observed in our intervention group.

A third possible explanation for lack of demonstrable efficacy is that children enrolled in the study may have progressed from warm to cold shock. A proportion of children with septic shock are known to evolve from a high cardiac output and low systemic vascular resistance state to a low cardiac output, high systemic vascular resistance profile (18). In this instance, vasopressin is unlikely to be of benefit and may be harmful because it increases left ventricular afterload (33). Unfortunately, in the absence of real-time invasive hemodynamic or echocardiographic measurements, as was the case in the majority of our patients, the progression in hemodynamic status in children is difficult to assess clinically (34).

The mortality was twice as high in the vasopressin group compared with the placebo group. This difference may be due to chance. Nonseptic causes of vasodilatory shock tended to occur more often in the vasopressin group, which may have contributed to the mortality difference. In the *post hoc* analysis of the VASST trial, a beneficial interaction between low-dose

vasopressin and steroids was observed; however, we did not demonstrate a survival advantage in the subgroup of children who received low-dose vasopressin and steroids. One patient who died of cerebral edema also had liver dysfunction with normal ammonia. The role of vasopressin in patients with liver failure remains unclear. It has been postulated that the effect of vasopressin on central $V_2$ receptors may increase cerebral blood flow and thus exacerbate preexisting intracranial hypertension in the setting of severe hepatic encephalopathy with high ammonia (35). Another patient in the vasopressin group died from progressive mesenteric ischemia after initial presentation with postradiation enterocolitis and sepsis. The splanchnic vascular effects of vasopressin are still a matter of debate. Several experimental studies have demonstrated compromised gut mucosal perfusion particularly after high-dose infusion of vasopressin analogs, whereas other studies suggest favorable systemic and splanchnic microcirculatory flow with low-dose therapy compared with norepinephrine, provided that sufficient fluid resuscitation is performed (36, 37). Nevertheless, dose-dependent impaired tissue perfusion from potent vasoconstriction and

**TABLE 5. ADVERSE AND SERIOUS ADVERSE EVENTS**

| | Vasopressin (n = 33) | Placebo (n = 32) | P Value |
|---|---|---|---|
| Adverse event | | | |
| Number of adverse events*, n (%); 95% CI | 5 (15.2; 4.9–35.4) | 1 (3.1; 0.1–17.4) | 0.15 |
| Digital ischemia | 2 | | |
| Thrombocytopenia | | 1 | |
| Bradycardia | 1 | | |
| Hypotension | 1 | | |
| Hypokalemia | 1 | | |
| Serious adverse event | | | |
| Number of serious adverse events*, n (%); 95% CI | 1; 3.0 (0.1–16.9) | 2; 6.8 (0.8–22.6) | 0.55 |
| Cardiac arrest | 1 | | |
| Gastrointestinal bleeding | | 1 | |
| Right brachial artery clot | | 1 | |

Definition of abbreviation: CI = confidence interval.
* Number of events per total number of patients.

resultant adverse sequelae, such as coronary ischemia, ischemic skin lesions, reduction in cardiac output and systemic oxygen delivery, new-onset tachyarrhythmias, and splanchnic hypoperfusion, are potential concerns with vasopressin therapy, especially among patients with shock and concurrent catecholamine pressor use (38–40). Other reported potential side effects such as platelet aggregation and thrombogenic effects, hyponatremia, and worsening of liver function tests were not observed with the addition of low-dose vasopressin in this trial, and there were no clear differences in the AE and SAE rate between groups.

Measurements of vasopressin levels in our cohort were consistent with a hormone deficient state; however, recent literature suggests limitations to the measurement of the mature hormone (41). Interpretation of static measurements of vasopressin should therefore be interpreted with caution. Nevertheless, the increase in measured plasma vasopressin levels to the range of approximately 60 to 130 pg/ml resulting from exogenous vasopressin infusion was not accompanied by earlier shock reversal.

There are multiple challenges to conducting clinical trials in critically ill pediatric patients, such as feasibility due to the nature of the patient population, relatively small numbers of any single type of patient, and limited funding opportunities (42). As a result, many therapeutic interventions, including the management of shock, have been adapted from adult literature without critical evaluation in children (43). On this background, this trial has numerous strengths. This is the first randomized controlled trial to our knowledge to evaluate the use of arginine vasopressin in children with shock and represents a multicentered, collaborative effort of pediatric critical care practitioners. We chose to evaluate vasopressin as an adjunctive, catecholamine-sparing agent rather than as a rescue therapy in a clinical scenario already deemed refractory because of the weak evidence that exists with respect to the management of children with fluid refractory shock (5, 44). As a result, we deliberately established pragmatic inclusion criteria and management guidelines to select patients for whom clinicians would potentially consider a second-line vasopressor agent and to strengthen the generalizability of the trial findings. Although the volume resuscitation administered in the two groups just before study drug infusion appears conservative, the median volume resuscitation administered on the day of enrolment of 123.9 ml/kg and 98.5 ml/kg, respectively, in the vasopressin and placebo groups was substantial and consistent with current pediatric recommendations for aggressive volume resuscitation before initiation and escalation in vasoactive therapy during shock (5).

Potential weaknesses of this trial include the choice of time to hemodynamic stability as a primary outcome. Ideal endpoints for clinical trials in critically ill children have not been determined; therefore, investigators must often rely on surrogate endpoints to evaluate an intervention (45, 46). Although it is unclear how well the time to vasoactive-free hemodynamic stability predicts survival, it is a clinically important outcome in that it reflects the resolution of shock and has significant potential economic implications on length of ICU and hospital stay and nursing resources. It is unlikely that a pediatric trial of this nature powered to reduce the typically lower mortality rates seen in this population would be feasible, given how few potentially eligible patients are admitted to each PCCU and considering that the adult VASST trial took 5 years and 27 international sites to recruit 776 patients (31).

Endocrine dysfunction in critical illness is an evolving complex and inadequately understood area of research. The notion of exogenous replacement of a presumed hormone-deficient state appears to be too simplistic. The role of hormonal therapy clearly requires ongoing prospective study. However, based on the results of this multicentered trial and a potentially clinically important increase in mortality, we do not recommend the routine use of low-dose vasopressin infusion as an adjunctive agent for children in vasodilatory shock. These results can be used to better inform practice guidelines for hemodynamic support in children, which to date have been lacking in pediatric-specific, clinical trial evidence (47).

*Conflict of Interest Statement*: None of the authors has a financial relationship with a commercial entity that has an interest in the subject of this manuscript.

*Acknowledgment*: The authors thank the study patients and families for participating in the trial; the research coordinators, research assistants, intensivists, pharmacists, lab technicians, and pediatric critical care nurses at each of the study centers who participated in the study; Dr. Daniel Bichet and his staff at the central laboratory at Hopital du Sacre-Coeur de Montreal; members of the Chalmers Research Group and CHEO Research Institute for expert coordination and data analysis; and the Canadian Critical Care Trials Group for their methodological and clinical expertise.

*The following individuals and institutions participated in the Vasopressin in Pediatric Shock (VIP) Trial*: *Steering Committee*—K. Choong (Chair), D. Bohn, D. Fraser, J.S. Hutchison, A. Joffe, C. Litalien, P. McNamara, K. Menon, I. Gaboury, R. Ward. *Data Safety Monitoring Committee*—H. Kirpalani, D. Heyland, A. Day, R. Connors. *Trial Management*—B. Murchison, I. Overvelde, A. Sumner, R. Ward for the Chalmers Research Group, Children's Hospital of Eastern Ontario Research Institute. *Central Laboratory*—Dr. D.G. Bichet, Hôpital du Sacré-Coeur de Montréal, Université de Montréal. *Participating Centers (no. of patients enrolled at that site), Investigators, and Study Personnel*: Children's Hospital of Eastern Ontario, Ottawa (4)—K. Menon, J. Sadler, K. Heddon, B. Murchison, R. Ward, J. Overvelde, C. Blanchard, D. Garceau. CHU Ste-Justine Hopital, Montreal (4)—C. Litalien, D. David, A. Proietti, N. Thomas, G. Cannizzaro, C. Marquis, B. Nguyen. Hospital for Sick Children, Toronto (22)—D. Bohn, J. Hutchison, P. McNamara, R. Farrell, R. Gaiteiro, K. Fusco, D. Nicksy. McMaster Children's Hospital, Hamilton (19)—J. Watson, D. Chandler, M. Bayer, M. Duffett, R. Gregoire, J. Gregoire, G. Sobi, K. Currie, J. Baldwin. Children's Hospital of Western Ontario, London (6)—D. Fraser, K. Dove, S. McKay, M. Scott, L. Coutu, T. Rooney, S. Campbell. Stollery Children's Hospital, Edmonton (13)—A. Joffe, C. Sheppard, T. Chattergoon, R. Pon, V. Taylor. Children's and Women's Health Centre of BC, Vancouver (1)—A. Cogswell, G. Krahn, K. Leung.

## References

1. Proulx F, Fayon M, Farrell CA, Lacroix J, Gauthier M. Epidemiology of sepsis and multiple organ dysfunction syndrome in children. *Chest* 1996;109:1033–1037.
2. Watson RS, Carcillo JA, Linde-Zwirble WT, Clermont G, Lidicker J, Angus DC. The epidemiology of severe sepsis in children in the United States. *Am J Respir Crit Care Med* 2003;167:695–701.
3. Leclerc F, Leteurtre S, Duhamel A, Grandbastien B, Proulx F, Martinot A, Gauvin F, Hubert P, Lacroix J. Cumulative influence of organ dysfunctions and septic state on mortality of critically ill children. *Am J Respir Crit Care Med* 2005;171:348–353.
4. Mullner M, Urbanek B, Havel C, Losert H, Waechter F, Gamper G. Vasopressors for shock. *Cochrane Database Syst Rev* 2004;CD003709.
5. Dellinger RP, Levy MM, Carlet JM, Bion J, Parker MM, Jaeschke R, Reinhart K, Angus DC, Brun-Buisson C, Beale R, *et al.*; for the International Surviving Sepsis Campaign Guidelines Committee. Surviving Sepsis Campaign: international guidelines for management of severe sepsis and septic shock:2008. *Crit Care Med* 2008;36:286–327.
6. Farand P, Hamel M, Lauzier F, Plante GE, Lesur O. Review article: organ perfusion/permeability-related effects of norepinephrine and vasopressin in sepsis. *Can J Anaesthia* 2006;53:934–946.
7. McNamara PJ. Too much of a good thing? Epinephrine on trial! *J Perinatol* 2005;25:223–224. [Author reply 5].
8. Asfar P, Hauser B, Radermacher P, Matejovic M. Catecholamines and vasopressin during critical illness. *Crit Care Clin* 2006;22:131–149.
9. Choong K, Kissoon N. Vasopressin in pediatric shock and cardiac arrest. *Pediatr Crit Care Med* 2008;9:372–379.
10. Landry DW, Oliver JA. The pathogenesis of vasodilatory shock. *N Engl J Med* 2001;345:588–595.
11. Holmes CL, Landry DW, Granton JT. Science review: vasopressin and the cardiovascular system part 1-receptor physiology. *Crit Care* 2003;7:427–434.
12. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA. Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation* 1997;95:1122–1125.

PAR-VASO-0007274

13. Jochberger S, Dörler J, Luckner G, Mayr VD, Wenzel V, Ulmer H, Morgenthaler NG, Hasibeder WR, Dünser MW. The vasopressin and copeptin response to infection, severe sepsis, and septic shock. *Crit Care Med* 2009;37:476–482.

14. Russell J. Vasopressin in vasodilatory and septic shock. *Curr Opin Crit Care* 2007;13:383–391.

15. Dünser MW, Mayr AJ, Ulmer H, Knotzer H, Sumann G, Pajk W, Friesenecker B, Hasibeder WR. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. *Circulation* 2003;107:2313–2319.

16. Patel BM, Chittock DR, Russell JA, Walley KR. Beneficial effects of short-term vasopressin infusion during severe septic shock. *Anesthesiology* 2002;96:576–582.

17. Meyer S, Gortner L, McGuire W, Baghai A, Gottschling S. Vasopressin in catecholamine-refractory shock in children. *Anaesthesia* 2008;63:228–234.

18. Ceneviva G, Paschall JA, Maffei F, Carcillo JA. Hemodynamic support in fluid-refractory pediatric septic shock. *Pediatrics* 1998;102:e19.

19. Carcillo JA, Pollack MM, Ruttimann UE, Fields AI. Sequential physiologic interactions in pediatric cardiogenic and septic shock. *Crit Care Med* 1989;17:12–16.

20. Pollack MM, Patel KM, Ruttimann UE. PRISM III: an updated Pediatric Risk of Mortality score. *Crit Care Med* 1996;24:743–752.

21. Marshall JC. Charting the course of critical illness: prognostication and outcome description in the intensive care unit. *Crit Care Med* 1999;27:676–678.

22. Leteurtre S, Martinot A, Duhamel A, Proulx F, Grandbastien B, Cotting J, Gottesman R, Joffe A, Pfenninger J, Hubert P, *et al.* Validation of the paediatric logistic organ dysfunction (PELOD) score: prospective, observational, multicentre study. *Lancet* 2003;362:192–197.

23. Bichet D, Arthus M, Barjon J, Lonergan M, Kortas C. Human platelet fraction arginine-vasopressin: potential physiological role. *J Clin Invest* 1987;79:881–887.

24. Wernovsky G, Wypij D, Jonas RA, Mayer JE Jr, Hanley FL, Hickey PR, Walsh AZ, Chang AC, Castañeda AR, Newburger JW, *et al.* Postoperative course and hemodynamic profile after the arterial switch operation in neonates and infants: a comparison of low-flow cardiopulmonary bypass and circulatory arrest. *Circulation* 1995;92:2226–2235.

25. Lakatos E, Lan KK. A comparison of sample size methods for the logrank statistic. *Stat Med* 1992;11:179–191.

26. Gray R. A class of k-sample test for comparing the cumulative incidence of a competing risk. *Ann Statist* 1988;16:1141–1154.

27. Fergusson D, Aaron SD, Guyatt G, Hébert P. Post-randomisation exclusions: the intention to treat principle and excluding patients from analysis. *BMJ* 2002;325:652–654.

28. Leone M, Boyle WA. Decreased vasopressin responsiveness in vasodilatory shock-like conditions. *Crit Care Med* 2006;34:1126–1130.

29. Luckner G, Mayer V, Jochberger S, Wenzel V, Ulmer H, Hasibeder WR, Dünser MW. Comparison of two dose regimens of arginine vasopressin in advanced vasodilatory shock. *Crit Care Med* 2007;35:2280–2285.

30. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. *Intensive Care Med* 2001;27:1416–1421.

31. Russell J, Walley K, Singer J, Gordon AC, Hébert PC, Cooper DJ, Holmes CL, Mehta S, Granton JT, Storms MM, *et al.*; VASST Investigators. Vasopressin versus norepinephrine infusion in patients with septic shock. *N Engl J Med* 2008;358:877–887.

32. Yildizdas D, Yapicioglu H, Celik U, Sertdemir Y, Alhan E. Terlipressin as a rescue therapy for catecholamine-resistant septic shock in children. *Intensive Care Med* 2008;34:511–517.

33. Ertmer C, Rehberg S, Westphal M. Vasopressin analogues in the treatment of shock states: potential pitfalls. *Best Pract Res Clin Anaesthesiol* 2008;22:393–406.

34. Parker MM. Pathophysiology of cardiovascular dysfunction in septic shock. *New Horiz* 1998;6:130–138.

35. Shawcross D, Davies N, Mookerjee R, Hayes PC, Williams R, Lee A, Jalan R. Worsening of cerebral hyperemia by the administration of terlipressin in acute liver failure with severe encephalopathy. *Hepatology* 2004;39:471–475.

36. Dubois MJ, De Backer D, Creteur J, Anane S, Vincent JL. Effect of vasopressin on sublingual microcirculation in a patient with distributive shock. *Intensive Care Med* 2003;29:1020–1023.

37. Asfar P, Radermacher P, Hauser B. Vasopressin and splanchnic blood flow: vasoconstriction does not equal vasoconstriction in every organ. *Intensive Care Med* 2006;32:21–23.

38. Dünser MW, Mayr AJ, Tür A, Pajk W, Barbara F, Knotzer H, Ulmer H, Hasibeder WR. Ischemic skin lesions as a complication of continuous vasopressin infusion in catecholamine-resistant vasodilatory shock: incidence and risk factors. *Crit Care Med* 2003;31:1394–1398.

39. Rodríguez-Núñez A, Fernández-Sanmartín M, Martinón-Torres F, González-Alonso N, Martinón-Sánchez JM. Terlipressin for catecholamine-resistant septic shock in children. *Intensive Care Med* 2004;30:477–480.

40. van Haren FM, Rozendaal FW, van der Hoeven JG. The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. *Chest* 2003;124:2256–2260.

41. Morgenthaler N, Struck J, Jochberger S, Dünser MW. Copeptin: clinical use of a new biomarker. *Trends Endocrinol Metab* 2008;19:43–49.

42. Nicholson C, Gans B, Chang A, Pollack MM, Blackman J, Giroir BP, Wilson D, Zimmerman JJ, Whyte J, Dalton HJ, *et al.* Pediatric critical care medicine: planning for our research future. *Pediatr Crit Care Med* 2003;4:196–202.

43. Wilson D, Dean J, Newth C, Pollack M, Anand KJ, Meert K, Carcillo J, Zimmerman J, Nicholson C. Collaborative Pediatric Critical Care Research Network (CPCCRN). *Pediatr Crit Care Med* 2006;7:301–307.

44. Carcillo JA, Fields AI. Clinical practice parameters for hemodynamic support of pediatric and neonatal patients in septic shock. *Crit Care Med* 2002;30:1365–1378.

45. Curley MA, Zimmerman JJ. Alternative outcome measures for pediatric clinical sepsis trials. *Pediatr Crit Care Med* 2005;6:S150–S156.

46. Goldstein B, Giroir B, Randolph A. International pediatric sepsis consensus conference: definitions for sepsis and organ dysfunction in pediatrics. *Pediatr Crit Care Med* 2005;6:2–8.

47. Brierley J, Carcillo J, Choong K, Cornell T, Decaen A, Deymann A, Doctor A, Davis A, Duff J, Dugas MA, *et al.* Clinical practice parameters for hemodynamic support of pediatric and neonatal septic shock: 2007 update from the American College of Critical Care Medicine. *Crit Care Med* 2009;37:666–688.

*Journal of Clinical Investigation*
*Vol. 43, No. 8, 1964*

# Physiologic Studies of Antidiuretic Hormone by Its Direct Measurement in Human Plasma *

J. W. Czaczkes,† C. R. Kleeman, and M. Koenig with the technical
assistance of Ralph Boston

(*From the Departments of Medicine, Cedars-Sinai Hospitals, Mount Sinai Hospital Division,
and the University of California Medical Center, Los Angeles, Calif.*)

Research on mammalian antidiuretic hormone (ADH) has been seriously limited by the lack of techniques for detection of physiological levels of ADH in blood and plasma.

The bioassay of Jeffers, Livezey, and Austin (1), using the ethanol-anesthetized rat for ADH in mammalian plasma, was significantly refined by Dicker (2), who was able to detect as little as 2 $\mu$U ADH per ml of plasma. More recently, Heller and Stulc (3), using rats with exteriorized urinary bladders, could detect as little as 0.65 $\mu$U per ml of plasma. With this technique Heller and Stulc (4) found mean levels of 1.67 $\mu$U per ml of ADH in the plasma of "normally" hydrated men.

The present study was undertaken to evaluate Heller's procedure and, if possible, to utilize it to study the release, turnover, and action of ADH.

## Methods

### A. Assay method for ADH

*1) Exteriorization of the urinary bladder.* Female rats of the Sprague-Dawley strain, weighing 100 to 120 g, were anesthetized with ether. After shaving the skin about 1 cm above the symphysis pubis, the linea alba was incised and the peritoneum was opened. The top of the bladder was drawn out with fine forceps. The upper half of the bladder was cut off, and the edges were sutured with thin catgut (5–0) to the edges of the skin

incision. Eight sutures were utilized, the first two being placed at the superior and inferior margins in the mid-line of the bladder. The mid-line can be identified by a fine dorsal or posterior mesentery. Care was taken not to twist the bladder during suturing. Distortion of the trigone could lead to ureteral obstruction. Four to five days after surgery the rats could be used for the assay. The same rats could be used twice at an interval of 4 to 6 days. After this period there frequently developed ascending pyelitis and pyelonephritis.

*2) Assay.* The rats were hydrated as well as anesthetized by giving 12% ethanol in water by stomach tube. The rats were given two doses, each equal to 3% body weight, at 30-minute intervals; a third dose, given after 20 minutes, was about 2% of the body weight. The amount of ethanol given with the third dose varied according to the state of the individual animal. Some rats were completely anesthetized by the first two doses, and in this case only tap water was administered as the third dose; others were quite awake and therefore needed an additional dose of 12% ethanol. Infrequently, in-between doses were given. Care was taken not to give larger amounts of ethanol than necessary to anesthetize the rats as this could bring on shock and even death.

When anesthesia was sufficiently deep, at the longest, 10 to 15 minutes after the third dose, a little vaseline was applied around the exteriorized bladder, and the animal was laid prone on a table-like board. A small funnel that fitted through a hole in the board was put in contact with the skin around the exteriorized bladder so that the urine flowed directly through this funnel into graduated tubes that could be read to 0.05 ml. These tubes were made from 5.0-ml serological pipettes. By means of a constant infusion pump, 0.12 ml per minute of a solution containing 0.3% NaCl, 1.67% glucose, and 1.2% ethanol was infused into a tail vein, through a 25-gauge, 2-inch needle. The hub of the latter was broken off, and ¼ of its length was inserted into the distal end of a 5-inch piece of polyethylene tubing (i.d., 0.023 inch; o.d., 0.038 inch).[1] The proximal end was attached to an adapter into which the tubing from the constant infusion pump fit. The dead space of the needle, polyethylene tubing, and adapter was 0.05 to 0.08 ml. The glucose in the infusion solution did not cause a detectable glycosuria.

* Submitted for publication May 11, 1963; accepted April 21, 1964.

Supported by U. S. Public Health Service grant AM 06427-01 and a grant from the Sandoz Co., Hanover, N. J.

Presented at the annual meeting of the American Society for Clinical Investigation, Atlantic City, N. J., April 1963.

† From the Laboratory of Clinical Research, Hadassah University Hospital, and the Hebrew University-Hadassah Medical School, Jerusalem, Israel; Celia Davidson Fellow in metabolic and renal diseases.

[1] Intramedic polyethylene tubing, catalogue no. PE50, Clay-Adams Co., Inc., New York, N. Y.

PAR-VASO-0007276

TABLE I
*Percentage of reduction in urine flow after administration of different amounts of antidiuretic hormone (ADH, arginine-vasopressin)*

| ADH | No. of rats | Weight of rats | | Basal urine flow | | Per cent reduction | | | SD expressed as per cent of the mean |
|---|---|---|---|---|---|---|---|---|---|
| | | Range | Mean | Range | Mean | Range | Mean | SD | |
| *μU/ml* | | *g* | | *ml/10 min* | | | | | |
| 0.25 | 8 | 100–120 | 105 | 1.0–1.3 | 1.05 | 3.3– 6.7 | 4.4 | 1.43 | 36 |
| 0.50 | 11 | 100–120 | 107 | 1.0–1.2 | 1.03 | 12.5–15.1 | 14.0 | 0.98 | 7 |
| 1.00 | 18 | 100–120 | 110 | 1.0–1.35 | 1.1 | 28.6–32.0 | 30.0 | 0.92 | 3 |
| 1.50 | 13 | 100–120 | 105 | 1.0–1.2 | 1.05 | 44.8–48.2 | 47.0 | 1.35 | 3 |
| 2.00 | 5 | 100–120 | 100 | 1.0–1.4 | 1.1 | 53.3–57.7 | 54.7 | 2.74 | 5 |
| 2.50 | 5 | 100–120 | 104 | 1.0–1.25 | 1.07 | 61.2–64.0 | 62.0 | 2.74 | 4.5 |
| 5.0 | 6 | 100–120 | 106 | 0.9–1.25 | 1.1 | 92.0–96.5 | 93.7 | 1.50 | 0.2 |

Urine volumes were measured every 10 minutes. In approximately 50% of the operated animals a suitable diuresis ($> 0.8$ ml per 10 minutes) could be achieved after 30 to 60 minutes of the infusion. Only these animals were used for the assay. When the urine volumes were constant for three 10-minute periods (usually between 1.0 and 1.3 ml per 10 minutes), the test solution was injected into the tail vein in a volume of 1.0 ml immediately after the end of the third 10-minute period.

The injection was given over a 30-second interval into the proximal end of the polyethylene tubing attached to the needle. During this interval the tubing from the constant infusion pump was disconnected from the adapter. The material in the dead space of the needle, tubing, and adapter was delivered to the animal by the reinstituted constant infusion. The procedure of disconnecting, injecting, and reconnecting must be done in such a way that air bubbles are not injected into the rat. Any air injection will prevent a reproducible response and the establishment of a stable base line. Test solutions should be about isotonic to the blood (saline, plasma, serum, etc.), and they were at room temperature when injected. The urine volumes in the periods following were observed till the excretion returned to the control level. Then the animals were ready for injection of another test substance. Usually 2 to 3 test substances, depending on their ADH content, can be given to an animal in a single run.

Rats to be used for assaying samples with unknown ADH content were injected first with 1.0 ml saline containing 0.5 to 1.0 μU of synthetic arginine-vasopressin.[2] The dilutions of arginine-vasopressin were made from a freshly opened 1-ml vial and used immediately. Residual undiluted standard was immediately frozen, to be diluted and used again at the end of the assay run. The frozen undiluted arginine-vasopressin was stable for at least 10 days. Longer periods of freezing were not evaluated. The potency of freshly opened samples of synthetic arginine-vasopressin was compared with a sample of the International Standard on three occasions over a

6-week period and found to contain the labeled activity.[3] In many cases a second standard dose was injected at the end of the assay run. The response to the injected standards was plotted on the dose-response curve. Throughout these studies the range of response fell within the limits noted in Table I. Unknown samples containing, before or after the initial dilution, greater amounts than 1.5 to 2.0 μU per ml, were then diluted or rediluted and injected again into another assay animal. The results agreed always within 0.5 μU per ml when calculated for the original sample. The ADH content of the plasma was read from the dose-response curve (Figure 1), which will be described in greater detail in Results.

Three 0.9-ml samples of dog plasma containing at least 40 μU per ml of endogenous antidiuretic activity were mixed with 0.1 ml of 0.1 M sodium-thioglycolate (5, 6), or with 0.1 ml of normal saline as controls. After standing 1 hour at room temperature, the control samples still contained between 30 and 40 μU of antidiuretic activity, whereas those containing thioglycolate had no antidiuretic activity. As none of the unknown human samples were from pathologic or unusual studies, thioglycolate inactivation of other samples was not carried out.

### B. Experiments on man

These were carried out on six normal male volunteers, ranging in age from 25 to 40. During the experiments the subjects were comfortably seated in an easy chair. After procaine infiltration, an indwelling needle was inserted into a vein of the forearm. The first blood sample was drawn about 15 minutes later. The subjects remained in the sitting position during the whole experiment, standing only to void. Blood samples were drawn at intervals of from 10 to 30 minutes into a heparinized syringe and immediately centrifuged at 3,000 rpm. Plasma was decanted and frozen by throwing in a few pebbles of dry ice (see below). Urine samples were collected at intervals of 15 to 30 minutes. Plasma samples were assayed for ADH activity, and osmolality was de-

[2] Synthetic arginine-vasopressin was obtained from the Sandoz Co., Hanover, N. J., through the courtesy of Mr. Harry Althouse.

[3] The authors are most grateful to Dr. Wilbur Sawyer, Department of Pharmacology, Columbia University, School of Medicine, for a generous supply of International Standard.

PAR-VASO-0007277



Fig 1. Log-log plot of the effect of increasing doses of arginine-vasopressin on the percentile reduction in urinary flow. Each point represents a different assay animal.

termined on plasma and urine samples with the Fiske osmometer.[4]

The general plan of the experiments called for the test subjects to arrive in the laboratory in various states of hydration. After the first blood sample was collected, an oral water load of 1,500 to 2,000 ml was given. In some of the experiments this water load was sustained by continued oral water intake. In four subjects, after a sustained maximal water diuresis was achieved, an iv injection of 15 to 25 mU arginine-vasopressin was given and the experiment continued until maximal water diuresis was again attained. The dose injected was calculated from the potency listed by the manufacturer on the label of the ampoule. Portions of the injected samples were not subjected to assay.

In two of the subjects participating in the latter type of experiments, two additional tests were performed. In the first, the subjects were tested after 3 days of "chronic overhydration." During these 3 days their fluid intake was 1,000 to 1,500 ml in every 4-hour period around the clock. Urines during the whole period were hypotonic to their plasma, and the ADH activity of their plasma was "zero." After this period of overhydration, 15 mU of arginine-vasopressin was again given.

In the second, the subjects were tested after a 3-day period of "chronic dehydration." During these 3 days they were allowed only 500 ml of fluid per day. Their urines were continuously hypertonic to plasma (urinary osmolality: 1,337 to 1,348 mOsm per L). After these 3

days they were given a water load, and plasma and urine samples were collected and tested as before.

*C. Protein binding of endogenous ADH*

Forty milliliters of blood was drawn from six healthy subjects after 15 to 24 hours of water deprivation. Plasma was separated, and approximately 6 ml was quickly placed in each Lavietes anaerobic ultrafiltration unit (7). One unit, set up in such a way that no ultrafiltration occurred, served as a control. Two sets of units (control and experimental) were kept at 4° C, 20° C, and 37° C. The units at 4° were set up in the cold room, while those kept at 37° were set up at room temperature and immediately placed in the constant-temperature oven. Approximately 10 minutes was required to set up a filtering unit and its control. The time required to obtain 2 ml of ultrafiltrate depended on the temperature (2 hours at 37°; 4 to 5 hours at 20°, and 7 to 8 hours at 4°). After 2 ml of filtrate was obtained, the ultrafiltrates and the control plasma were assayed for ADH activity, with the same animal used for both samples. Two samples of plasma, obtained in a similar way as above, were dialyzed against Ringer's solution for 6 hours at 37°, by the technique described by Craig and King (8). ADH concentration on both sides of the membrane was determined.

In both ultrafiltration and dialysis, Visking membranes[5] were used.

---

[4] Fiske Associates, Inc., Bethel, Conn.

[5] Supplied as dialyzing tubing by the Division of American Hospital Supply Corp., Evanston, Ill.

TABLE II

*Typical protocol of a rat assay run with saline containing known amounts of vasopressin*

| Elapsed time | Urine volume | Dose injected | % Reduction | Creatinine excretion |
|---|---|---|---|---|
| *min* | *ml/10 min* | *μU/ml in 1 ml saline* | | *mg/10 min* |
| 10 | 1.35 | | | |
| 20 | 1.35 | | | |
| 30 | 1.35 | 0.5 | | 0.065 |
| 40 | 1.15 | | 14.5 | 0.065 |
| 50 | 1.35 | 1.5 | | |
| 60 | 1.00 | | 48.2 | 0.072 |
| 70 | 1.05 | | | 0.072 |
| 80 | 1.35 | 2.0 | | |
| 90 | 0.80 | | 55.5 | 0.068 |
| 100 | 1.15 | | | 0.066 |
| 110 | 1.35 | 3.0 | | |
| 120 | 0.85 | | 70.5 | 0.070 |
| 130 | 0.90 | | | 0.072 |
| 140 | 1.35 | | | |
| 150 | 1.35 | | | 0.068 |

## Results

### A. Evaluation of assay method for ADH

*1) Sensitivity and dose-reaction curve.* The minimal response, i.e., a reduction in urine flow of 0.05 ml per 10 minutes, could be obtained consistently with 0.25 μU of ADH. Very often the same reaction could be elicited with 0.2 μU; 0.1 μU gave consistently negative results, i.e., no change in urine flow could be observed. From 0.5 to 5.0 μU, a reproducible dose-reaction curve could be obtained (see below). The response to a given dose was measured by the absolute amount by which urine volume was lowered, expressed as a percentage of the basic urine flow. If the reduction in urine flow extended over more than one

TABLE III

*Typical protocol of a rat assay run with unknown plasma samples*

| Elapsed time | Urinary volume | Material injected (1.0 ml) | % Reduction | Creatinine excretion |
|---|---|---|---|---|
| *min* | *ml/10 min* | | | *mg/10 min* |
| 10 | 1.2 | | | 0.053 |
| 20 | 1.2 | | | 0.057 |
| 30 | 1.2 | 0.5 μU in saline | | 0.063 |
| 40 | 1.05 | | 12.5 | 0.060 |
| 50 | 1.2 | Plasma no. 1 | | |
| 60 | 0.8 | | 33.3 | 0.059 |
| 70 | 1.2 | Plasma no. 2 | | |
| 80 | 1.00 | | 16.6 | 0.055 |
| 90 | 1.2 | 1.0 μU in saline | | |
| 100 | 0.85 | | 29.2 | 0.062 |
| 110 | 1.2 | | | |

10-minute period, the sum of the percentile reduction in each period was taken. Table I gives the results of measurements for doses of ADH (arginine-vasopressin), between 0.25 and 5.0 μU. Tables II and III give the results of a typical assay run. Creatinine excretion was measured (9) in order to demonstrate that the reduction in urine flow was not due to a lowering of glomerular filtration rate (GFR). Identical results were obtained by adding measured amounts of vasopressin in 0.1 ml saline to 0.9 ml plasma (rat, human, and dog), which showed on previous assay no ADH activity. Table IV gives results of recovery studies on human plasma. 0.5 ml of human plasma was mixed with 0.5 ml of saline containing a measured amount of vasopressin, or with 0.5 ml of another plasma with previously assayed ADH content. Calculated and actually assayed ADH were compared. Similar results were obtained in recovery studies performed with dog plasma. Figure 1 gives the dose-reaction curve plotted on logarithmic paper. As can be seen, the plot of the logarithm of the percentile reduction in urine flow against the logarithm of the dose gives one straight line for concentration from 0.5 to 1.5 μU per ml and a second straight line with a smaller slope for concentrations from 1.5 to 5.0 μU per ml. The equations of the two lines are, respectively: log % reduction = 1.31 log dose + 1.477, and log % reduction = 0.545 log dose + 1.585. In almost all of our experiments, plasma samples were suitably diluted in order to stay in the first part of the dose-reaction curve. This dilution saved time and enabled us to run more assays on one rat as the reduction in urine flow in response to this dose extends for one 10-minute period only.

*2) Stability of endogenous ADH in plasma.* Blood was drawn into a heparinized syringe and immediately centrifuged for 5 minutes at 3,000 rpm. Plasma was decanted and either assayed at once for its ADH activity or preserved by the addition of dry ice, as described below. Samples of the plasma were kept at room temperature (+ 20°), at 4° C, and at − 20° C. Table V shows that the plasma maintained its original activity at room temperature for 40 minutes after blood was drawn, but there was a slight but significant decrease in activity after 1 and 2 hours even on refrigeration. Plasma frozen quickly

TABLE IV
*Recovery experiments of ADH in saline and plasma*

| ADH in 0.5 ml plasma 1 | ADH in 0.5 ml plasma 2 | ADH in 0.5 ml saline | Theoretical value | Experimental value |
|---|---|---|---|---|
| $\mu U$ | $\mu U$ | $\mu U$ | $\mu U/ml$ | $\mu U/ml$ |
| 0 | | 2.0 | 2.0 | 2.0 |
| 1.35 | | 2.5 | 3.85 | 4.0 |
| 1.4 | | 0.5 | 1.9 | 2.1 |
| 0.6 | 0.6 | | 1.2 | 1.1 |
| 0.6 | 0.4 | | 1.0 | 0.9 |
| 0.7 | 0.5 | | 1.2 | 1.4 |

by packing with dry ice also showed a fall in activity. However, it was found that if the plasma was divided into 1- to 2-ml samples in 18- × 160-mm test tubes and pebbles of dry ice were dropped into it, ADH activity could be maintained. To avoid loss of activity during the thawing process, $CO_2$ gas was bubbled through the samples. Each sample was thawed just before injection. As shown in Table V, under such conditions frozen plasma can be kept at least 17 days. Once activity was lost, enriching the plasma with $CO_2$ did not return the ADH activity back to the original value.

## B. Experiments on man

*Plasma ADH levels in various states of hydration.* Table VI shows the hours of water deprivation and the plasma ADH levels from zero to 22.0 $\mu U$ per ml. The ADH level in a normally hydrated state, i.e., where slightly hypertonic urine is excreted, seems to be between 0.5 and 2.7 $\mu U$ per ml.

TABLE V
*Stability of ADH under various storage conditions**

| Time | +20° C | +4° C | −20° C | $CO_2$ treatment, kept at −20° C |
|---|---|---|---|---|
| 20 min | 100 (8) | | | |
| 40 min | 100 (8) | | | |
| 60 min | 75 (8) | 85 (8) | 95 (5.5) | |
| 2 hrs | 63 (8) | 65 (8) | 71 (5.5) | 100 (3.2) |
| 24 hrs | 20 (8) | 50 (8) | 60 (8) | 100 (8) |
| 7 days | | | | 100 (5) |
| 17 days | | | | 100 (5) |

* Values expressed as percentages of original value. Original value in microunits per milliliter given in parentheses. Stability study was carried out on six plasmas, two with original values of 8 $\mu U$ per ml, two with 5 $\mu U$ per ml, and one each with 5.5 and 3.2 $\mu U$ per ml. A given sample was assayed on one rat. Three rats were used to assay the plasmas with an original value of 8 $\mu U$ per ml, two rats for the plasma samples with 5 $\mu U$ per ml, and one rat each for the 5.5 and 3.2 $\mu U$ per ml samples.

*Disappearance curves of endogenous and exogenous ADH. a) Observed results.* Figures 2 and 3 represent graphically an experiment with a single water load and with sustained water-load response. Table VII gives the details of a typical experiment. In all cases basic plasma ADH levels fell to less than 0.25 $\mu U$ per ml in 70 to 120 minutes after the initial water load. In all experiments maximal water diuresis coincided with low

TABLE VI
*Plasma ADH levels in various states of hydration*

| Subject | Hours of water deprivation* | Plasma ADH content | Urine osmolality |
|---|---|---|---|
| | | $\mu U/ml$ | $mOsm/L$ |
| C. R. K. | 0† | 0 | 67 |
| D. A. | 0† | 0 | 65 |
| R. B. | 0† | 0 | 74 |
| J. W. C. | 0† | 0 | 128 |
| J. B. | 0† | 0 | 76 |
| G. R. | 0† | 0 | 60 |
| J. W. C. | 1 | 0.5 | 305‡ |
| J. W. C. | 3 | 2.7 | 382 |
| E. R. | 3 | 1.7 | 343 |
| E. C. | 3 | 1.5 | 370 |
| S. L. | 3 | 2.0 | 374 |
| R. B. | 3 | 2.2 | 365 |
| J. W. C. | 4 | 3.2 | 383 |
| R. B. | 4 | 3.5 | 405 |
| A. G. | 4 | 3.6 | 428 |
| C. R. K. | 4 | 3.8 | 423 |
| J. W. C. | 12 | 5.6 | 940 |
| C. R. K. | 12 | 7.0 | 875 |
| S. L. | 12 | 7.0 | 798 |
| R. B. | 16 | 10.0 | 1,124 |
| A. G. | 16 | 10.5 | 956 |
| G. R. | 24 | 18.0 | 1,134 |
| D. A. | 24 | 18.5 | 1,124 |
| D. A. | 72 | 20.0 | 1,348 |
| J. B. | 72 | 22.0 | 1,337 |

* This represents the time from the previous meal (breakfast) during which liquids (coffee, water, and milk) were taken ad libitum.
† One to two hours after 1,500 to 2,000 ml oral water load.
‡ This was the only random sample taken 1 hour after fluid ingestion. The urine collected at this time had been in the bladder at least 2 hours before this voiding.

or unmeasurable levels of ADH in the plasma. In the two individuals in whom the original water load was not sustained, plasma ADH levels started to rise again (Figure 2). Table VIII gives data on ADH levels before the water load and at the height of the water diuresis. Although Figures 2 and 3 demonstrate the general relationship between the water diuresis and the level of circulating ADH, the relatively long collection periods



Fig. 2. Relationship between the fall in the concentration of antidiuretic hormone (ADH) in the plasma and the development of a water diuresis in a normal subject after the oral ingestion of 1,500 ml of water.

while the rate of urinary flow is changing rapidly do not allow a critical comparison of these parameters.

*b) Calculated results.* Figure 4 illustrates the semilog graph for the falling ADH concentrations after water loading. The curves for endogenous ADH are composed of two parts, an initial slower and a second steeper part, both fitting fairly well the general formula of $C = C_0 \cdot e^{-KT}$. The fractional turnover (K) calculated from this equation for the second part of the curve seems to be identical for all individuals tested and was found to be 0.0433 per minute ($t_{\frac{1}{2}}$, 16 minutes).[6]

The fractional turnover of the first part of the curve apparently was related to the initial concentration of ADH in the plasma (Table IX). This relationship is illustrated in Figure 5. Although the slope of the first part of the curve may also

have been related to the rate of change of plasma osmolality d $P_{osm}$/dt after the intial water load, the degree of accuracy of the freezing point measurement of the plasma did not allow this relationship to be critically assessed. After the intravenous administration of vasopressin to individuals whose plasma activity was zero, the semilog plots depicted in Figure 6 were obtained. In each individual the disappearance of exogenous ADH was slightly slower than the disappearance of endogenous ADH. The mean fractional turnover is 0.0327 per minute as compared with 0.0433 per minute, the $t_{\frac{1}{2}}$ being 20 to 22 and 16 minutes, respectively (Table IX).

After intravenous injection of exogenous ADH (arginine-vasopressin) during maximal water diuresis, ADH levels rose from zero to 4 to 10 $\mu$U per ml of plasma and fell again to zero after 80 to 110 minutes.

After chronic dehydration the disappearance curves of endogenous and exogenous ADH were significantly steeper, whereas after chronic overhydration the curves for exogenous ADH were

---

[6] In subject JWC the second part of the curve was represented by only two points, and in subject CRK the fit of the points is poorer than in the others, thus decreasing slightly the validity of these two curves as compared to the others.

PAR-VASO-0007281

TABLE VII

*The protocol of a typical water-load experiment begun after 24 hours of water deprivation on subject G. R.\**

| Time | Elapsed time | Blood no. | Urine no. | Urine volume | Urine flow | Osmolality | ADH |
|---|---|---|---|---|---|---|---|
| | *min* | | | *ml* | *ml/min* | *mOsm/L* | *µU/ml* |
| 8:30 | | | 0† | 10 | | 1,134 | |
| 8:49 | | 0 | | | | 302 | 18.0 |
| 8:53–9:10 | | Oral water load, 2,000 ml followed by sustained water ingestion | | | | | |
| 9:10 | 0 | 1 | | | | 300 | 18.0 |
| | 10 | 2 | | | | 301 | |
| | 13 | | 1 | 54 | 1.02 | 1,062 | |
| | 20 | 3 | | | | 297 | 15.7 |
| | 30 | 4 | | | | 293 | 15.0 |
| | 34 | | 2 | 33 | 1.57 | 773 | |
| | 50 | 5 | | | | 287 | 6.5 |
| | 57 | | 3 | 101 | 5.4 | 267 | |
| | 70 | 6 | | | | 289 | 2.7 |
| | 73 | | 4 | 185 | 11.6 | 107 | |
| | 90 | 7 | | | | 291 | 1.2 |
| | 93 | | 5 | 350 | 17.5 | 79 | |
| | 110 | 8 | | | | 293 | 0 |
| | 113 | | 6 | 355 | 17.8 | 63 | |
| | 130 | 9 | | | | 294 | 0 |
| | 133 | | 7 | 350 | 17.5 | 60 | |
| | 136 | 15 mU arginine vasopressin iv | | | | | |
| | 146 | 10 | | | | 295 | 5.0 |
| | 156 | 11 | | | | 288 | 3.45 |
| | 157 | | 8 | 142 | 5.93 | 137 | |
| | 166 | 12 | | | | 282 | 2.3 |
| | 176 | 13 | | | | 281 | 1.75 |
| | 178 | | 9 | 32 | 1.52 | 586 | |
| | 196 | 14 | | | | 286 | 0.5 |
| | 201 | | 10 | 124 | 5.4 | 185 | |
| | 216 | 15 | | | | 288 | 0 |
| | 221 | | 11 | 220 | 11.0 | 75 | |
| | 236 | 16 | | | | 292 | 0 |
| | 241 | | 12 | 275 | 13.75 | 63 | |

\* Water deprivation means no preformed liquids ingested and high water content foods, i.e., fresh fruit and gelatin, were avoided for 24 hours.
† Represented a collection period of approximately 60 minutes.

less steep. (See below in calculated results, Table XII, Figures 7 and 8.)

*c) Volume of distribution and ADH release.* After intravenous injection of vasopressin, the apparent volume of distribution was calculated by the injected amount of ADH and zero time concentration estimated by extrapolating the disappearance curves to zero time. Table X gives the results and expresses them as a percentage of body weight.

TABLE VIII

*Plasma ADH levels during maximal water diuresis*

| Subject | Weight | Height | Duration of water restriction | Basal ADH | Maximal water diuresis | Urine osmolality | ADH at mid-point of maximal water diuresis period |
|---|---|---|---|---|---|---|---|
| | *kg* | *cm* | *hrs* | *µU/ml* | *ml/min* | *mOsm/L* | |
| C. R. K. | 70.0 | 179.1 | 15 | 7.0 | 12.5 | 67 | 0.4\* |
| J. W. C. | 70.4 | 190.5 | 12 | 5.6 | 13.0 | 128 | 0.3\* |
| R. B. | 85.0 | 195.6 | 16 | 10.0 | 13.5 | 74 | 1.9† |
| J. B. | 72.3 | 198.1 | 18 | 15.0 | 11.7 | 76 | 0 |
| G. R. | 68.2 | 177.8 | 24 | 18.0 | 17.5 | 60 | 1.2† |
| D. A. | 70.9 | 247.6 | 24 | 18.5 | 19.7 | 60 | 0 |
| D. A. | 70.9 | 247.6 | 72 | 20.0 | 28.4 | 87 | 0 |
| J. B. | 72.3 | 190.5 | 72 | 22.0 | 12.7 | 97 | 0 |

\* Fell to undetectable amounts within the next 5 to 10 minutes.
† Fell to zero within the next 20 to 25 minutes.

PAR-VASO-0007282



FIG. 3. EFFECT OF A SUSTAINED ORAL WATER LOAD (2,000 ML), FOLLOWED BY THE INTRAVENOUS INJECTION OF ARGININE-VASOPRESSIN, ON THE PLASMA LEVEL OF ADH AND THE PARAMETERS OF A MAXIMAL WATER DIURESIS.

The correlation between the slope of the first part of the disappearance curve and the initial endogenous ADH concentration in plasma, despite the extreme constancy of the second part of the curve, suggests that the differences between the various initial slopes may represent the quantity of ADH released from the posterior lobe subsequent to water ingestion (see Discussion).

If we assume that in the steady state the basal concentration of ADH in the plasma is relatively constant, that the input and removal rates are equal, that the volume of distribution of the hor-

TABLE IX

*The half-time fractional turnover of endogenous and exogenous ADH in six normal subjects*

| Subject | Hours of water deprivation | Type of curve | Basal plasma ADH | Half-time | $K_1$ in min$^{-1}$* | $K_2$ in min$^{-1}$† |
|---------|---------|---------|---------|---------|---------|---------|
| | | | *μU/ml* | *min* | | |
| J. W. C. | 12 | Endogenous | 5.6 | 16.0 | 0.014 | 0.043 |
| C. R. K. | 15 | Endogenous | 7.0 | 16.0 | 0.0117 | 0.0433 |
| R. B. | 18 | Endogenous | 10.0 | 16.5 | 0.0099 | 0.0420 |
| | | Exogenous | 10.0‡ | 22.0 | | 0.0314 |
| J. B. | 18 | Endogenous | 15.0 | 16.0 | 0.00767 | 0.0433 |
| | | Exogenous | 5.0§ | 20.0 | | 0.0346 |
| G. R. | 24 | Endogenous | 18 | 16.0 | 0.00693 | 0.0433 |
| | | Exogenous | 5§ | 20 | | 0.0346 |
| D. A. | 24 | Endogenous | 18.5 | 16.0 | 0.00557 | 0.0433 |
| | | Exogenous | 4.4§ | 23.0 | | 0.0301 |

* $K_1$ = fractional turnover of initial part of curve.
† $K_2$ = fractional turnover of second part of curve.
‡ 10 minutes after injection of 25 mU arginine-vasopressin.
§ 10 minutes after injection of 15 mU arginine-vasopressin.

mone is the plasma volume, and that removal is proportional to plasma concentration, then steady-state secretion rate equals the fractional turnover ($K_2$, Table IX) × estimated plasma volume × initial concentration. The results of these calculations are listed in Table XI.

   *d) The effect of chronic over- and dehydration.* Figures 7 and 8 compare the disappearance curves of endogenous and exogenous ADH after 24 hours of water deprivation, 3 days of water restriction, and 3 days of overhydration in the same individuals. Table XII compares the relevant data. The turnover rate is significantly decreased after chronic overhydration and significantly increased after chronic dehydration. As a consequence of the latter, the calculated "steady-state"



FIG. 5. RELATIONSHIP, AFTER VARYING PERIODS OF DEHYDRATION, BETWEEN THE INITIAL LEVEL OF ADH IN THE PLASMA AND THE SLOPE OF THE FIRST PART OF THE DISAPPEARANCE CURVE. (See Figure 4.) The line represents a visual approximation to the points.

secretion rate increased more than twofold in subject J.B. and almost twofold in subject D.A. (Table XII).

## C. Ultrafiltration and dialysis

   Table XIII demonstrates that endogenous ADH seems to be completely ultrafiltrable and dialyzable. Values for ADH concentration in the ultrafiltrate of 4°, 20°, and 37° C, as well as the dialyzate at 37°, are practically identical with the control plasma.

## Discussion

   The present investigation not only confirmed Heller and Stulc's (3) observations but, by the slight modification of maintaining hydration by continuous intravenous infusion rather than by stomach tube, detected as little as 0.25 $\mu$U of ADH. Heller pointed out that the limitation of the method was the difficulty of obtaining a constant base line of urinary volume. In the present study we found that by switching from discontinuous oral to continuous intravenous administration, the necessary constancy of base-line urinary flow could be achieved. The disappearance of antidiuretic activity in all water-loaded subjects, the accuracy of the recoveries from the diluted plasma (Table IV), as well as inactivation by sodium-



FIG. 4. SEMILOGARITHMIC DISAPPEARANCE OF ADH FROM THE PLASMA OF NORMAL SUBJECTS, IN VARIOUS STATES OF HYDRATION, AFTER AN ACUTE ORAL WATER LOAD. Each curve represents a different subject. The straight lines represent visual approximation to the points.

thioglycolate, strongly suggest that this assay specifically detected ADH. Furthermore, the authors (10) could find no antidiuretic activity in the plasma of two dehydrated patients with vasopressin-sensitive diabetes insipidus. The results suggest that physiologic studies with a more elaborate extraction procedure are unnecessary. However, to prevent partial or complete loss of activity the special precautions described in the present investigation must be observed (see Table V).

The zero levels of ADH referred to in the present study represent less than 0.25 μU per ml. The justification for considering this as a physiologically meaningful term will be discussed below.

The two slopes in the dose-response curve of Figure 1 indicate the complicated nature of the response to ADH within this range of dosage. It obviously involves all the multiple factors



Fig. 7. Effect of various states of hydration in subject J.B. on the disappearance from the plasma of endogenous ADH and synthetic arginine-vasopressin (exogenous ADH). The straight line represents the visual approximation to the points.

necessary to convert the urine from that of maximal water diuresis to that of a significantly hypertonic antidiuresis.

*Basal ADH level in various states of hydration (Table VI).* The range of ADH concentrations (0.5 to 2.7 μU per ml) detected in the plasma of normally hydrated subjects (within 3 hours of previous ad lib fluid ingestion) was similar to the levels found by Heller and Stulc (4). Since completion of this work, the paper on ADH assay by Yoshida, Motohashi, Ibayashi, and Okinaka (11) has appeared. These authors extracted ADH from human plasma with trichloroacetic acid and XE-64 resin and found a mean concentration of ADH in the plasma of normally hydrated humans of 1.9 ± 0.3 μU per ml. This correlates with indirect observations that the normally hydrated subject generally excretes a mod-



Fig. 6. Semilogarithmic disappearance from the plasma of intravenously administered arginine-vasopressin in normal water-loaded subjects. The straight line represents the visual approximation to the points. The line G.R. has not been drawn to incorporate the lowest point (0.5 μU per ml) observed in this subject. The reason for this marked deviation is unclear. Unfortunately, a sample with a comparably low but detectable concentration was not obtained from the other subjects receiving arginine-vasopressin.

TABLE X

*Apparent volume of distribution of injected ADH*

| Subject | Body weight | Extrapolated zero value | Injected ADH | Volume of distribution | Volume of distribution as percentage of body weight |
|---|---|---|---|---|---|
| | *kg* | *μU/ml* | *mU* | *ml* | |
| R. B. | 71 | 14.5 | 25 | 1,770 | 2.5 |
| J. B. | 80 | 7.1 | 15 | 2,120 | 2.6 |
| G. R. | 71 | 7.3 | 15 | 2,030 | 2.9 |
| D. A. | 99 | 5.9 | 15 | 2,550 | 2.6 |

erately hypertonic urine, and indicates that in this state a continuous low level of ADH secretion is taking place. Increasing degrees of dehydration are associated with progressive increments in the basal concentration of ADH. After 24 hours of water deprivation ADH plasma levels reached 18.5 μU per ml, and after 3 days of chronic dehydration the levels rose to 22.0 μU per ml. Our



ENDOGENOUS ADH
1. 24 hrs. dehydration
2. 72 hrs. dehydration

EXOGENOUS ADH
DURING SUSTAINED WATERLOAD
3. After 24 hrs. dehydration
4. After 72 hrs. overhydration
5. After 72 hrs. dehydration

FIG. 8. EFFECTS OF VARIOUS STATES OF HYDRATION IN SUBJECT D.A. ON THE DISAPPEARANCE FROM THE PLASMA OF ENDOGENOUS ADH AND SYNTHETIC ARGININE-VASO-PRESSIN (EXOGENOUS ADH). The straight line represents the visual approximation to the points.

observed values closely approximate those indirectly calculated by Lauson (12). The values observed by others utilizing a large number of different assay techniques have been completely tabulated by Lauson (12). Unfortunately, these values cannot be critically compared to those of the present study because of the different levels of sensitivity of the various assay procedures.

*Turnover of circulating endogenous ADH after periods of dehydration up to 24 hours.* In every subject the disappearance of endogenous circulating ADH after administration of an acute or sustained water load was characterized by two distinct semilogarithmic curves (Figure 4). If the basal plasma levels during the first 24 hours of deprivation are a consequence of the degree of dehydration (Table VI), this suggests that the rate of release of ADH is a function of the degree of dehydration. The direct measurements of ADH activity in the hypothalamus and posterior lobe of various animals with different degrees of dehydration (13–19), suggesting both increased production and increased release of antidiuretic material, are consistent with the present observations. Although the slopes of the first part of the disappearance curve were inversely correlated with the basal ADH plasma level (Table IX, Figure 5), that of the second, in periods of dehydration up to 24 hours, did not demonstrate this relationship. As the second part of the curve probably indicates peripheral removal of circulating ADH, when no further hormone was entering the bloodstream, the different slope of the first part may represent the continued, but diminishing, release of hormone from the posterior lobe. The diminishing release would be secondary to a diminishing osmotic stimulation of the neurohypophysis during absorption of the water load. Although this explanation for the continued release of the

TABLE XI

*Calculated steady-state secretion rate during moderate dehydration*

| Subject | Hours of water deprivation | Basal ADH plasma level | Plasma volume* | $K_2$ in min$^{-1}$ | Steady-state ADH secretion |
|---|---|---|---|---|---|
| | | $\mu U/ml$ | $ml$ | | $\mu U/min$ |
| J. W. C. | 12 | 5.6 | 3,660 | 0.0430 | 887 |
| C. R. K. | 15 | 7.0 | 3,200 | 0.0433 | 969 |
| R. B. | 18 | 10.0 | 3,220 | 0.0420 | 1,394 |
| J. B. | 18 | 15.0 | 3,600 | 0.0433 | 2,338 |
| G. R. | 24 | 18.0 | 3,200 | 0.0433 | 2,494 |
| D. A. | 24 | 18.5 | 4,450 | 0.0433 | 3,564 |

* Estimated as 4.5% of body weight.

hormone is probably correct, we have recently noted that the rapid iv administration of 2.5% glucose solution, rather than oral ingestion of the water load, did not change the form of the disappearance curve in one subject (10). Examination of the second part of the disappearance curve of endogenous ADH discloses a remarkable similarity of turnover rates in all normal subjects tested, the $t_{\frac{1}{2}}$ being 16 to 17 minutes. These observed values confirm the $t_{\frac{1}{2}}$ calculated by Lauson (12) from the data of Hollander, Williams, Fordham, and Welt (20) and Lauson (21). From the latter, a $t_{\frac{1}{2}}$ of 12 to 19 minutes, and from the former, 10 to 12 minutes was calculated.

In the normal subjects of the present study zero levels were attained 70 to 120 minutes after the initial water load. Although the assay could not differentiate between a true zero and 0.2 $\mu U$ per ml of ADH, each observed point so closely fell on a straight line that we can reasonably assume that the ADH levels truly approached zero.

Within the limits of urinary collections, peak water diuresis was obtained when the plasma concentration of ADH was either zero or slightly

TABLE XII

*The half-time fractional turnover rate of endogenous and exogenous ADH, the steady-state secretion as well as maximal urine osmolality after injection of 15 mU arginine-vasopressin*

| Subject | State of hydration | Type of curve | Basal plasma ADH | Minimal urine flow | Maximal urine osmolality | Plasma osmolality | $K_2/min$ | Steady-state secretion rate | Half-time |
|---|---|---|---|---|---|---|---|---|---|
| | | | $\mu U/ml$ | $ml/min$ | $mOsm/L$ | $mOsm/L$ | | $\mu U/min$ | $min$ |
| J. B. | 18-hr water deprivation | Endogenous | 15.0 | 0.4 | 1,126 | 300 | 0.0433 | 2,338 | 16 |
| | 72-hr dehydration | Endogenous | 22.0 | 0.8 | 1,337 | 336 | 0.0693 | 5,488 | 10 |
| | 18-hr water deprivation | Exogenous*·† | 5.0 | 0.8 | 641 | 282 | 0.0346 | | 20 |
| | 72-hr dehydration | Exogenous*·† | 5.0 | 1.2 | 812 | 293 | 0.0693 | | 10 |
| | 72-hr over-hydration | Exogenous† | 4.6 | 2.5 | 487 | 275 | 0.0173 | | 40 |
| D. A. | 24-hr water deprivation | Endogenous | 18.5 | ? <0.2 | 1,124 | 310 | 0.0433 | 3,564 | 16 |
| | 72-hr dehydration | Endogenous | 20 | 0.25 | 1,348 | 332 | 0.0693 | 6,167 | 10 |
| | 24-hr water deprivation | Exogenous*·† | 4.4 | 1.9 | 560 | 290 | 0.0315 | | 22 |
| | 72-hr dehydration | Exogenous*·† | 4.0 | 2.8 | 790 | 293 | 0.0693 | | 10 |
| | 72-hr over-hydration | Exogenous† | 4.0 | 4.7 | 327 | 282 | 0.0157 | | 44 |

* After water load.
† 10 minutes after iv injection of 15 mU arginine-vasopressin.

greater (Table VIII). This suggests that ADH activity at the renal tubular site reaches zero simultaneously with or slightly before the zero level in the plasma. Therefore one may conclude that peak water diuresis in humans represents the point where blood and tissue levels of ADH are minimal. These observations suggest a weak or loose "binding" of the hormone at its site of action on the nephron. This is in excellent accord with the *in vitro* observation on the toad bladder that vasopressin can be immediately removed from the tissue by simple washing with physiological solutions.

*Exogenous disappearance curves and apparent volume of distribution.* Figure 6 illustrates the disappearance curves of exogenous arginine-vasopressin after rapid (2 to 3 seconds) intravenous administration to normal subjects during a sustained maximal water diuresis. It is apparent that the slope of the disappearance curve is slightly less steep than the curve for the disappearance of endogenous ADH in the same subject in the same experiment, the mean fractional turnover being 0.0342 per minute and 0.0433 per minute, respectively, and the $t_{\frac{1}{2}}$, 20 and 16 minutes, respectively. Schröder and Rott (22) followed the disappearance of antidiuretic activity from the plasma of three normal adults subsequent to the iv injection of 4 U of Pitressin.[7] After 10 minutes the semilogarithmic disappearance curve was a straight line between approximately 200 $\mu$U per ml and 40 $\mu$U per ml with a $t_{\frac{1}{2}}$ of 7 to 8 minutes. It is difficult to assess Schröder and Rott's (22) results properly. First, the 4 U of Pitressin given intravenously was an extremely large dose physiologically. The patients developed headaches and abdominal cramps, and acute arterial vasoconstriction probably occurred also. What effect these physiologic changes would have on the disposal of the hormone is unknown. Secondly, in Figure 3 of their paper they have plotted the disappearance of ADH after the Pitressin injection from 100 $\mu$U per 0.5 ml down to 1 $\mu$U per 0.5 ml of plasma; yet, the minimal amount of antidiuretic activity that they could accurately detect was 20 $\mu$U. Their assay used the ethanol-anesthetized rat. We have assumed from the text of their paper that there was a 10-fold error in labeling the ordinate in Figure 3.

---

[7] Parke, Davis & Co., Detroit, Mich.

TABLE XIII

*Concentration of endogenous ADH in anaerobic ultrafiltrate and dialyzate compared with control plasma*

| Subject | Method | Temperature | ADH in filtrate or dialyzate | ADH in control |
|---|---|---|---|---|
| | | °C | $\mu$U/ml | $\mu$U/ml |
| A. B. | Ultrafiltrate | 4 | 8.75 | 8.8 |
| J. W. C. | Ultrafiltrate | 4 | 5.1 | 5.0 |
| R. B. | Ultrafiltrate | 20 | 3.0 | 3.0 |
| J. B. | Ultrafiltrate | 20 | 3.1 | 3.1 |
| E. R. | Ultrafiltrate | 37 | 2.5 | 2.7 |
| T. W. C. | Ultrafiltrate | 37 | 3.4 | 3.2 |
| T. W. C. | Dialysis | 37 | 2.7 | 2.9 |
| R. B. | Dialysis | 37 | 3.5 | 3.3 |

When the disappearance curve for exogenous ADH is extrapolated to zero time through the 10-minute point, and the zero time value divided into the injected dose, an apparent volume of distribution is obtained (Table X). This volume ranged between 2 and 3% of the body weight, a value less than the generally accepted figure for plasma volume of 4 to 5% of body weight (23).

In recent experiments the authors (10) have observed that the volume of distribution of exogenous ADH in hydrated dogs and rats approximates the true plasma volume when calculated from the "steady-state" concentrations of ADH in the plasma collected during a continuous infusion of the hormone and the fractional turnover rate (K), estimated from the plasma disappearance curve after the infusion was stopped. It is difficult to explain why the volume of distribution (2 to 3% body weight) calculated from the extrapolated zero time concentration of ADH and the injected dose should be less than the true volume. The validity of this technique is based on the assumption that an insignificant amount of the injected ADH has left the volume of distribution during the mixing phase. However, the rapid disappearance of the hormone, as indicated by the steepness of the slope, may indicate that a significant amount did leave the space before mixing. This would be equivalent to injecting less than the intended dose and then using the intended dose in the calculation of the volume, an error that should have overestimated the true volume of distribution. The figure of 2 to 3% of the body weight could be due to injecting more hormone than was intended or overestimating the concentration of ADH in the plasma at each point on the

PAR-VASO-0007288

disappearance curve. Although both of these possibilities are very unlikely, the authors do not believe that in the present study the extrapolation technique correctly estimates the true volume of distribution. If a figure of 4 to 5% of the body weight is correct, then as others have suggested (12) ADH distributes in a volume equivalent to plasma volume. Most authors (24, 25) explained this distribution by assuming binding of the active peptide to plasma proteins. We, however, utilizing both anaerobic ultrafiltration and dialysis, could not demonstrate any appreciable binding to plasma proteins *in vitro* (Table XIII). Similar results were obtained by Bocanegra and Lauson (26) and Lauson (27) in the dog, but Thorn and Silver (25) concluded that the hormone was bound in significant quantities to plasma proteins in the rat. Although this suggests a species difference, the present authors found the antidiuretic activity in rat plasma to be completely ultrafilterable and dialyzable (10).

If these observations indicate that there is no ADH binding to plasma proteins *in vivo* and that the volume distribution is equivalent to plasma volume, then the capillary membrane must represent a significant barrier to the free diffusion of ADH. These conclusions, plus the observation that the effect at the renal tubular level (effector site) disappears practically simultaneously with the loss of the hormone from the circulation, must mean that the interstitial concentration is at all times very low relative to the plasma level and that little or no barrier exists between the interstitial compartment and the effector site.

*Relationship of the previous state of hydration to the turnover rate of ADH.* As noted earlier, the $t_{\frac{1}{2}}$ for disappearance of exogenous ADH administered during a sustained water load was 20 to 22 minutes as compared with 16 minutes for endogenous ADH in the same experiment (Table XII). This indicated that either the turnover rate of synthetic arginine-vasopressin was less rapid than that of the individual's own ADH or that the absence of circulating ADH created by the sustained water load decreased the disappearance rate. If the latter were correct, the turnover of ADH should be influenced by chronic dehydration or overhydration, respectively, the former increasing, the latter decreasing the rate. The results tabulated in Table XII indicate that the state of

previous hydration did indeed influence the rate of disposal of the hormone in the manner predicted. Half-life of endogenous ADH of 16 minutes was decreased to 10 minutes after chronic dehydration, and the half-life of exogenous ADH was increased from 20 to 22 minutes to 40 to 44 minutes after chronic overhydration.

The antidiuretic effect of ADH can be correlated with the previous state of hydration, overhydration inhibiting, and dehydration enhancing its action (28). This was confirmed in the present study by comparing the maximal urinary osmolality after injection of 15 mU vasopressin into the same subject in different states of previous hydration (Table XII).

The above observations indicate that either chronic dehydration or an increase of ADH concentration in plasma both increase the turnover rate and the kidney's concentrating ability. Conversely, chronic overhydration or the absence of circulating ADH decreases both these phenomena. This suggests that the receptor sites for ADH are influenced by the state of previous hydration whether these sites are involved in a specific physiologic action or only in inactivation of the hormone. Sawyer, Chan, and Van Dyke (29) have recently demonstrated that lysine-vasopressin is less antidiuretic and less rapidly removed from the circulation of the rat than arginine-vasopressin.

*Secretion rates of endogenous ADH in different states of hydration.* Table XI lists the steady-state secretion rates after moderate dehydration as well as the observed data from which these were calculated. In the normal state of hydration (basal ADH level of 2 $\mu$U per ml) the calculated rate of ADH secretion in these subjects (Table XI) is approximately 275 to 380 $\mu$U per minute. This is, as previously mentioned, associated with the excretion of a slightly hypertonic urine. Under the stimulus of dehydration this secretion rate rises to 5,488 and 6,167 $\mu$U per minute after 3 days of water restriction (Table XII). The basal level of circulating ADH is only 10 to 20% higher at 3 days than after 18 to 24 hours of water deprivation. Therefore, the main factor contributing to the calculated increased secretion rate is the accelerated rate of turnover. The plasma osmolality after 3 days of dehydration was significantly higher than that after 18 and 24 hours (336 and 332 mOsm per L as compared with 300

and 310 mOsm per L, Table XII) and probably reflected the main stimulus for the increased secretion rate observed. Urinary osmolality, however, was only moderately higher (1,337 and 1,348 mOsm per L as compared with 1,126 and 1,124 mOsm per L, Table XII) after 3 days. The calculated secretion rate after 18 and 24 hours of dehydration probably represents the rate necessary to maintain a nearly maximally concentrated urine at physiological rates of solute excretion. Lauson (12) calculated, for a blood level of 1 $\mu$U per ml, a secretion rate of 87 $\mu$U per minute of ADH per m². With the fractional turnover of the present study and a plasma level of 1 $\mu$U per ml, a secretion rate of 140 $\mu$U per minute could be calculated.

The modification of Heller and Stulc's (3) reliable bioassay for ADH, used in the present study, has made it possible to investigate the normal physiology of ADH. With this technique it will now be possible to evaluate pathological states critically.

## Summary

A sensitive and reproducible bioassay for antidiuretic hormone (ADH) in mammalian plasma has been developed utilizing the hydrated ethanol-anesthetized rat. Bladder exteriorization (3) and a continuous intravenous infusion of hypotonic solution made it possible to maintain constant water diuresis. With this preparation as little as 0.25 $\mu$U of ADH per ml could be detected. At this plasma level a maximal water diuresis was always observed.

ADH disappeared from the circulation of water-loaded normal humans in an exponential manner with a $t_{\frac{1}{2}}$ of 16 to 17 minutes. The latter was increased by chronic overhydration and decreased by chronic dehydration. Calculation of the apparent volume of distribution of exogenous ADH from the extrapolated zero time concentration in the plasma gave a value of approximately 2.5% of the body weight. We felt that this technique underestimated the true volume of distribution and that the latter more closely approximated the plasma volume. Despite this, no binding of ADH to plasma proteins could be demonstrated. The peak of maximal water diuresis coincided with, or may even have preceded, the attainment of zero (< 0.25 $\mu$U per ml) ADH levels in the plasma.

## Acknowledgments

We gratefully acknowledge the contribution of Dr. Shun Ling, the technical assistance of Dr. Edith Czaczkes and Miss E. Radler, and the secretarial assistance of Mrs. M. Kauder.

## References

1. Jeffers, W. A., M. M. Livezey, and J. H. Austin. A method for demonstrating antidiuretic action of minute amounts of Pitressin; statistical analysis of results. Proc. Soc. exp. Biol. (N. Y.) 1942, 50, 184.

2. Dicker, S. E. A method for assay of very small amounts of antidiuretic activity with a note on the antidiuretic titre of rats' blood. J. Physiol. (Lond.) 1953, 122, 149.

3. Heller, J., and J. Stulc. A modified method of titration of antidiuretic hormone. Čs. Fysiol. 1958, 7, 466.

4. Heller, J., and J. Stulc. Significance of a new method of titration of antidiuretic hormone. Čs. Fysiol. 1959, 8, 194.

5. Martin, P. J., and H. O. Schild. Effects of thiols on oxytocin and vasopressin receptors. Nature (Lond.) 1962, 196, 382.

6. Van Dyke, H. B., B. F. Chow, R. O. Greep, and A. Rothen. The isolation of a protein from the pars neuralis of the ox pituitary with constant oxytocic, pressor and diuresis-inhibiting activities. J. Pharmacol exp. Ther. 1942, 74, 190.

7. Lavietes, P. H. Anaerobic ultrafiltration. J. biol. Chem. 1937, 120, 267.

8. Craig, L. C., and T. P. King. Dialysis in Methods of Biochemical Analysis, D. Glick, Ed. New York, Interscience, 1962, vol. 10, p. 178 and Figure 1.

9. Folin, O. On the determination of creatinine and creatine in the urine. J. biol. Chem. 1914, 17, 469.

10. Czaczkes, J. W., and C. R. Kleeman. The effect of various states of hydration and the plasma concentration on the turnover of antidiuretic hormone in mammals. J. clin. Invest. 1964, 43, 1649.

11. Yoshida, S., K. Motohashi, H. Ibayashi, and S. Okinaka. Method for the assay of antidiuretic hormone in plasma with a note on the antidiuretic titer of human plasma. J. Lab. clin. Med. 1963, 62, 279.

12. Lauson, H. D. Vasopressin and Oxytocin in the Plasma of Man and Other Mammals in Hormones in Human Plasma, 1st ed, H. N. Antoniades, Ed. London, J. & A. Churchill, 1960, p. 274.

13. Howe, A., and P. A. Jewell. Effects of water deprivation upon the neurosecretory material of the desert rat (Meriones meriones) compared with the laboratory rat. J. Endocr. 1959, 18, 118.

14. Andersson, B., and P. A. Jewell. The effect of long periods of continuous hydration in the neurosecretory material in the hypothalamus of the dog. J. Endocr. 1957, 15, 332.

15. Bargmann, W. The neurosecretory system of the diencephalon. Endeavour 1960, 19, 125.

16. Gershenfeld, H. M., J. H. Tremezzani, and E. De Robertis. Ultrastructure and function in neuro-hypophysis of the toad. Endocrinology 1960, 66, 741.

17. Bargmann, W. Relationship between Neurohypophysial Structure and Function in the Neurohypophysis, H. Heller, Ed. New York, Academic Press, 1957, pp. 11–12.

18. Hild, W., R. Guillemin, and C. A. Carton. Neurosecretion in the central nervous system in Hypothalamic Hypophyseal Interrelationships, W. S. Fields, Ed. Springfield, Ill., Charles C Thomas, 1956, pp. 17–26.

19. Sawyer, W. H. Neurohypophysial hormones. Pharmacol. Rev. 1961, 13, 225.

20. Hollander, W., Jr., T. F. Williams, C. C. Fordham III, and L. G. Welt. A study of the quantitative relationship between antidiuretic hormone (vasopressin) and the renal tubular reabsorption of water. J. clin. Invest. 1957, 36, 1059.

21. Lauson, H. D. Problem of estimating the rate of secretion of antidiuretic hormone in man. Amer. J. Med. 1951, 11, 135.

22. Schröder, R., and D. Rott. Über die bestimmung und das verhalten von ADH im menschlichen plasma. Klin. Wschr. 1959, 37, 1175.

23. Edelman, I. S., and J. Liebman. Anatomy of body water and electrolytes. Amer. J. Med. 1959, 27, 256.

24. Heller, H. The state and concentration of the neurohypophysial hormones in the blood. Unpublished data cited by H. Heller in Ciba Foundation Colloquia on Endocrinology, G. E. W. Wolstenholme and E. C. P. Millar, Eds. Boston, Little, Brown, 1957, vol. 11, pp. 3–18.

25. Thorn, N. A., and L. Silver. Chemical form of circulating antidiuretic hormone in rats. J. exp. Med. 1957, 105, 575.

26. Bocanegra, M., and H. D. Lauson. Ultrafiltrability of endogenous antidiuretic hormone from plasma of dogs. Amer. J. Physiol. 1961, 200, 486.

27. Lauson, H. D. Vasopressin and oxytocin in the plasma of man and other mammals in Hormones in Human Plasma, H. N. Antoniades, Ed. London, J. & A. Churchill, 1960, p. 242.

28. Epstein, F. H., C. R. Kleeman, and A. Hendrikx. The influence of bodily hydration on the renal concentrating process. J. clin. Invest. 1957, 36, 629.

29. Sawyer, W. H., W. Y. Chan, and H. B. Van Dyke. Antidiuretic responses to neurohypophysial hormones and some of their synthetic analogues in dogs and rats. Endocrinology 1962, 71, 536.

PAR-VASO-0007291

*Journal of Dairy Research* (1990), **57**, 479–487 *Printed in Great Britain*

# Effects of dehydration and arginine vasopressin infusions on the production of milk and the morphology of the goat udder

By KRISTINA DAHLBORN, JAMAL HOSSAINI HILALI* AND HERIBERTO RODRIGUEZ-MARTINEZ†

*Department of Animal Physiology, Faculty of Agriculture, and † Department of Anatomy and Histology, Faculty of Veterinary Medicine, Swedish University of Agricultural Sciences, S-750 07 Uppsala, Sweden*

(*Received 12 February 1990 and accepted for publication 22 May 1990*)

SUMMARY. Lactating goats were subjected to dehydration and to infusions of arginine vasopressin (AVP). Dehydration decreased milk production significantly but no changes were observed on the day of AVP infusion. The levels of AVP in plasma reached the same magnitude during both experimental procedures. AVP-immunoreactivity was immunocytochemically detected by light (peroxidase–antiperoxidase technique) and electron microscopy (immuno-Au technique on to glutaraldehyde-fixed, resin-embedded sections) in the mammary gland but not in the control experiments. In addition the cisternae of the rough endoplasmic reticulum in the secretory alveolar cells underwent significant swelling in response to the experimental procedures.

Milk secretion decreases only slightly during the first 24 h of water deprivation, but prolonged dehydration depresses milk secretion dramatically in domestic ruminants (Allen *et al.* 1976; Dahlborn, 1987; Konar & Tomas, 1970). Konar & Tomas (1970) suggested that elevated amounts of arginine vasopressin (AVP) could be the cause for the reduction in milk volume during dehydration and in addition they showed that intravenous infusions of AVP decreased the secretion of milk. Peaker & Linzell (1973) rejected this hypothesis on the grounds that infusions of AVP would have increased the concentration of AVP in plasma much above physiological levels. However, it has later been shown that AVP levels did increase greatly during water deprivation in high-yielding goats (Dahlborn *et al.* 1988), and that this occurred before milk secretion was reduced. AVP has two well known effects in the body: at low levels it has an antidiuretic effect upon the distal segments of the renal tubular system, while at high levels it also acts as a vasoconstrictor. After these studies (Dahlborn *et al.* 1988) had been reported new methods have been developed in the field of immunocytochemistry. The present study was performed in order to investigate if vasopressin could be detected immunocytochemically in the milk-producing mammary gland after water deprivation and during intravenous infusions of AVP in the goat.

* Permanent address: Department of Physiology and Therapeutics, Hassan II Agronomic and Veterinary Institute, P.B. 6202, Rabat, Morocco.

PAR-VASO-0007292

## Animals

Five lactating goats of the Swedish domestic breed, aged 1·5–5 years with a body weight of $34·7 \pm 3$ kg, were used. The animals were kept in metabolism cages and fed twice daily at 07.00 h and 15.30 h with hay and grain (with 3 g NaCl added) according to the procedure of Dahlborn (1987). They had free access to water except during the water deprivation experiments. They were hand-milked twice daily and milk volumes measured at feeding time. The animals were weighed every morning at 09.00 h.

## Water deprivation experiments

On the first day, a blood sample was taken by venepuncture at 10.00 h and the animals were weighed. A sample of mammary gland tissue was then removed by biopsy (Hoppe et al. 1986). On the following day, the animals were deprived of water from 08.00 h. A blood sample was taken at 10.00 h. On the third day, the goats were weighed at 08.00 h and a blood sample was withdrawn at 10.00 h. Two h later, a second tissue sample was removed, and the animals were allowed to drink. When the animals finished drinking, the volume of consumed water was measured and a final blood sample taken.

## AVP infusions

On the experimental day, cannulae were inserted into both jugular veins at 09.30 h. Two control blood samples were taken at 10.00 h and 10.15 h, and a biopsy was taken from the mammary gland. At 10.45 h a priming dose of 10 m$\mu$ AVP was given i.v., followed by an infusion of 6 m$\mu$/min for 60 min. Blood samples and biopsies of glandular tissue were taken at 15, 30 and 60 min after AVP infusion started. A final blood sample and a biopsy were taken 15 min after the end of the infusion.

## Analysis

For the determination of osmolality, blood (5 ml) was taken in Li-heparinized tubes, centrifuged and measured on an Adv. Osmometer Inc. 3-W wide-range osmometer (Needham Heights, MA, USA). Blood for determination of AVP contents was collected in pre-chilled tubes containing $K_3$-EDTA (Becton Dickinson, Meylan, Cedex-France, France) and then centrifuged at 4 °C. The plasma was separated and stored at $-80$ °C until analysed using the radioimmunoassay kit 'Vasopressin Rapid' (Bühlman Laboratories AG, Basel, Switzerland).

## Statistics

The results are expressed as means $\pm$ s.e.m. A paired $t$ test was used for statistical analysis.

## Biopsy procedure

Tissue samples of the mammary gland from each experimental goat were removed by needle-biopsy at well defined times using a Biopsy-cut® instrument (Biopty®, Radiplast, Uppsala). Real-time ultrasonography (Aloka SSD-210, Aloka Co. Ltd, Osaka, Japan) was initially used to ensure proper location of the sampling needle, avoiding major blood vessels and excretory ducts during the procedure.

*Immunocytochemistry*

The biopsied tissue samples (0·1 × 0·5 cm) were divided into portions (1 mm) and either frozen by plunging into liquid $N_2$, or immersion-fixed in a solution of 1–3 % glutaraldehyde in cacodylate buffer 0·067 M, 500 mOsM, pH 7·2 at 4 °C for 10–30 min. The glutaraldehyde-fixed samples were routinely dehydrated and embedded in Epon or Lowikryl resins. Semithin (1 μm) sections were cut on a LKB Ultrotome®, and stained with buffered Toluidine Blue to select appropriate areas for further thin sectioning.

AVP-immunoreactivity was localized at light microscopy (LM) level in cryostat (Cryo-cut, Ames, IA, USA) sections (5 μm thick), mounted on poly-L-lysine-coated glass slides, using a first layer AVP antiserum (rabbit anti-arginine vasopressin serum, Code AES 321, Sera-lab, Sweden) on a peroxidase–antiperoxidase (PAP) technique (Polak & Van Noorden, 1983). Positive and negative controls were run. After nuclear staining with haematoxylin, the sections were dehydrated, cleared and mounted. The sections were examined on a Nikon research microscope equipped with Nomarski interference optics.

At electron microscopy (EM) level, glutaraldehyde-fixed, complementary ultra-thin sections picked upon naked Ni grids were etched by flotation on 10 % $H_2O_2$ for 5–15 min before the labelling procedure. After etching, the ultrathin sections were washed in distilled water and sequentially floated, at room temperature, on 1 % casein in phosphate-buffered saline (PBS), pH 8·3 for 15–30 min, then on the primary antiserum (rabbit anti-AVP; Amersham International plc, Amersham, UK) diluted (1/100) in PBS, pH 8·3, containing 1 % casein, for 1–2 h. After careful washing through PBS (3 times), the grids were incubated in biotinylated goat anti-rabbit immunoglobulins (Amersham) diluted 1/40 in PBS, pH 8·3, containing 1 % casein for 10–30 min. Following another washing (3 times) in PBS, the grids were floated in 1 % colloidal Au (15 nm diam)–streptavidin bridge (Amersham) in PBS, pH 8·3, containing 1 % casein for 15–45 min. The grids were then washed with distilled water (4 times), dried and examined in a Philips 420 EM electron microscope at 60 kV without counterstaining. Controls included the use of primary antibody previously coupled to an excess antigen, and the omission of the primary or secondary antibodies following the procedure described above.

RESULTS

*Water deprivation experiments*

During dehydration, plasma osmolality and the concentration of AVP increased (Fig. 1). The body weight loss was 4·6 ± 0·6 kg after 24 h without water. When the animals were offered water they drank 4·6 ± 0·6 l. The volume of milk decreased during this short period of water deprivation. After rehydration, milk flow returned to control levels (Fig. 2). Before water deprivation, no binding to the anti-vasopressin antibody assayed could be immunocytochemically located in samples of mammary glands biopsied in any of the animals (Figs 3a, 4a). The controls for method were consistently negative. After dehydration, the immunoreactivity to AVP was detected at LM level around small blood vessels and conspicuously at the basal area of the glandular alveoli (Fig. 3b). EM confirmed these findings, showing the presence of colloidal-Au grains in the intralobular interstitium, around the blood vessels and the alveoli. Grains were also present at or in the proximity of the myoepithelial cells (Fig. 3c). Samples complementary to those incubated immuno-cytochemically, which were routinely processed for transmission electron microscopy

PAR-VASO-0007294



Fig. 1. Changes in plasma osmolality and arginine vasopressin (AVP) concentration during water deprivation (0, time water removed) and AVP infusions (0, time of start of infusions). Mean ± standard error, $n$ 5. Significantly different from control values: $*P < 0.05$; $**P < 0.01$; $***P < 0.001$.



Fig. 2. Changes in milk volume during water deprivation and with AVP infusions. Mean ± standard error, $n$ 5. Significantly different from control value, $*P < 0.05$.

(TEM) showed, in the control biopsies, a structure considered normal for the secretory tissue and the neighbouring stroma (Figs 3$d$, 4$d$). After dehydration, however, the presence of swollen cisternæ of the rough endoplasmic reticulum and various secretory vesicles was observed in all animals (Fig. 3$e$).

PAR-VASO-0007295



Fig. 3. (a) Cryostat section of a control biopsy after completed peroxidase–antiperoxidase (PAP) incubation (Nomarski, ×400). Neither the alveoli (A) nor the glandular interstitium (i) show any precipitate. (b) AVP-immunoreactivity on a cryostat section of a biopsy taken after dehydration following complete PAP incubation (Nomarski; ×400). Note the precipitate (arrows) located at the basal areas of the alveoli (A) and on small blood vessels (arrow heads). (c) AVP-immunoreactivity on a thin-sectioned mammary gland biopsy from a lactating, dehydrated goat (EM, ×50000) showing colloidal-Au grains in the connective tissue (ct) surrounding the basal membrane (bm) of the alveoli (m, myoepithelial cell). (d) Electron micrograph (×5000) of a control biopsy depicting a detail of a glandular alveolus with the surrounding connective tissue (ct) and blood vessels (bv). Note the myoepithelial cells (m) and the base of the secretory epithelium with the flattened rough endoplasmic reticular cisternae (RER). Nucleus denoted by N and secretory vesicle by *. (e) Electron micrograph (×5000) of biopsy sample from a dehydrated goat, showing a detail of the secretory mammary epithelium (sc). Note the dilated RER cisternae. N, nucleus; nu, nucleolus; m, myoepithelial cell; L, alveolar lumen; i, interstitium.

PAR-VASO-0007296



Fig. 4. (a) Cryostat section of biopsy sample (Nomarski, ×400) from a goat prior to AVP infusion after complete PAP incubation. No precipitate is seen. A, alveolus; i, interstitium. (b) Goat mammary gland biopsied 60 min after AVP infusion started, cryostat-sectioned and PAP-incubated (Nomarski, ×400). Sites of AVP-immunoreactivity (arrows) are clearly seen in the blood vessels (arrow heads) and the base of the alveoli (A). (c) AVP-immunoreactivity in a mammary gland biopsy removed at 60 min

*AVP infusions*

No significant changes were seen in plasma osmolality during AVP infusions (Fig. 1). Plasma concentrations of AVP increased after 15 min of infusion and then continued to increase until the infusion was stopped (Fig. 1). After 60 min of infusion the plasma concentration of AVP was significantly higher than during dehydration ($P < 0.05$). No changes in milk volume were seen on the day in which the goats received the AVP infusion (Fig. 2).

The PAP immunocytochemistry of the tissue removed by biopsy, during and after the AVP infusion, showed a similar location of the PAP precipitate, although it seemed more intensive than that described during dehydration (Fig. 4b). The immuno-Au incubated thin sections confirmed the ultracellular location of the AVP-immunoreactivity, with the presence of grains in the peri-alveolar connective tissue, the blood capillaries and even in the basal areas of the secretory cells (Fig. 4c). The controls for method run were consistently negative. Furthermore, the cytoplasmic changes described already in the samples collected in the dehydration experiment were also seen in the TEM-complementary samples removed during AVP infusion (Fig. 4e, f, g). The degree of swelling of the cisternae of the rough endoplasmic reticulum increased with the duration of the AVP infusion, and remained for 15 min after end of the infusion (not shown).

DISCUSSION

In the present study, plasma AVP concentration became elevated during water deprivation and AVP could be detected in the mammary gland in the tissue sample taken 30 h after onset of water deprivation. Furthermore, AVP was immuno-cytochemically located in the peri-glandular tissue after infusion of the peptide, which resulted in plasma concentrations similar to those found during dehydration.

The AVP–antibody complex was found surrounding blood vessels, which was not unexpected since it is well known that AVP has a vasoconstrictive effect upon blood vessels when present in high concentrations (Share, 1988). On the other hand, AVP was also detected around and at the base of the secretory epithelium. Whether or not this indicates that the secretory and the myoepithelial cells were target cells for the hormone remains uncertain. Studies tending to localize AVP membrane receptors must be performed before this question can be answered. Of particular interest is the characterization of the V2 receptors, which have been recently demonstrated in tissues other than the kidney (Maggi *et al.* 1988).

Recent findings in the rat show that the vasopressin gene expression in the hypothalamus increases during later pregnancy with a further rise during lactation, indicating a special role for vasopressin during lactation (Van Tol *et al.* 1988; Zingg & Lefebvre, 1988).

The most intriguing finding of the present investigation was the change in ultrastructure of the endoplasmic reticulum of the alveolar secretory epithelium,

of i.v. AVP infusion with the colloidal Au-labelled antibody method at EM level ($\times 20000$). Grains are present in the peri-alveolar connective tissue (ct), the blood capillaries (bc) and in the basal areas of the alveoli (A). (*d*) Electron micrograph of a mammary alveolus removed for biopsy from a goat prior to i.v. AVP infusion ($\times 4000$). m, Myoepithelial cell; N, nucleus of the secretory cell; RER, rough endoplasmic reticulum; *, secretory vesicles; L, lumen. (*e*). (*f*), (*g*) Electron micrographs of mammary gland tissue removed for biopsy from a goat at 15 (*e*), 30 (*f*) and 60 (*g*) min respectively after initiation of intravenous infusion of AVP. Note the conspicuous, successive dilatation of the RER cisternae (*). sc, Secretory cell; N, nucleus; nu, nucleolus; m, myoepithelial cell; i, interstitium; * secretory vesicles.

from the typical, predominant view of numerous flattened cisternae in the control biopsies, to conspicuously enlarged rough endoplasmic reticular vesicles in the biopsies from either dehydrated or AVP-infused goats. This might represent an artefact due to the removal of the tissue in question, the fixation, or the ulterior tissue processing. Against these possibilities is the fact that these changes were not present in the control biopsy samples which were removed, fixed and processed in the same manner. Furthermore, other membranous organelles, known to be very sensitive to changes in osmolality, remained intact.

The endoplasmic reticulum is the site where milk protein synthesis occurs and it has recently been shown that phosphorylation of proteins occurs in the lumen of the Golgi apparatus (Capasso *et al.* 1989). The protein content in the milk of goats (Dahlborn, 1987) and cows is depressed after dehydration, and this effect is maintained after rehydration, although milk volume and milk constituents are restored (Little *et al.* 1984). Whether or not these reported findings and the structural changes presented in the present study are connected deserves further investigation. In the present study, we measured only milk volumes, and the only change noticed was a slight decrease during dehydration but not during AVP infusion. Peaker & Linzell (1973) reported no changes in milk volumes or lactose and K contents, and an increase in the amount of Cl and Na. They did not measure the content of protein in milk.

In the camel (*Camelus dromedarius*), water deprivation has been reported to increase the aqueous and mineral content of milk (Yagil & Etzion, 1980). Animals living in arid regions and enduring severe dehydration might have become adapted to react to AVP in a different way, a possibility that could be the subject of further investigation.

To conclude, AVP was immunocytochemically detected at LM and EM levels in the mammary gland of the lactating goat subjected either to dehydration or infusion of the peptide. The cisternae of the rough endoplasmic reticulum in the secretory alveolar cells underwent significant swelling during the same periods.

The authors wish to thank Ms Åsa Jansson for her excellent technical help. This study received financial support from SAREC (project S/5.11, 87/20:1) and the Swedish Council for Forestry and Agricultural Research (project 559/85 D 210:3).

## REFERENCES

Allen, W. M., Little, W., Manston, R. & Sansom, B. F. 1976 The effects of partially or totally depriving dairy cows of water on their milk production, health, and blood composition. *9th International Congress on Diseases of Cattle*, Paris 793–798

Capasso, J. M., Keenan, T. W., Abeijon, C. & Hirschberg, C. B. 1989 Mechanism of phosphorylation in the lumen of the Golgi apparatus. Translocation of adenosine 5′-triphosphate into Golgi vesicles from rat liver and mammary gland. *Journal of Biological Chemistry* 264 5233–5240

Dahlborn, K. 1987 Effect of temporary food or water deprivation on milk secretion and milk composition in the goat. *Journal of Dairy Research* 54 153–163

Dahlborn, K., Holtenius, K. & Olsson, K. 1988 Effects of intraruminal load of saline or water followed by voluntary drinking in the dehydrated lactating goat. *Acta Physiologica Scandinavica* 132 67–73

Hoppe, F. E., Hager, D. A., Poulos, P. W., Ekman, S. & Lindgren, P. G. 1986 A comparison of manual and automatic ultrasound-guided biopsy techniques. *Veterinary Radiology* 27 99–101

Konar, A. & Tomas, P. C. 1970 The effect of dehydration and intravenous infusion of vasopressin on milk secretion in the goat. *British Veterinary Journal* 126 xxv–xxviii

Little, W., Sansom, B. F., Manston, R. & Allen, W. M. 1984 Importance of water for the health and productivity of the dairy cow. *Research in Veterinary Science* 37 283–289

Maggi, M., De Rossi, M., Amenta, F., Genazzani, A. D., Rodbard, D. & Serio, M. 1988 Similarity of vasopressin receptors in seminal vesicles and renal medulla of pigs. *Journal of Reproduction and Fertility* 84 401–407

PEAKER, M. & LINZELL, J. L. 1973 Vasopressin and milk secretion: lack of effect of low doses. *Journal of Endocrinology* **57** 87–95

POLAK, J. M. & VAN NOORDEN, S. 1983 *Immunocytochemistry*. Bristol, England: Wright PSG

SHARE, L. 1988 Role of vasopressin in cardiovascular regulation. *Physiological Reviews* **68** 1248–1284

VAN TOL, H. H. M., BOLWERK, E. L. M., LIU, B. & BURBACH, J. P. H. 1988 Oxytocin and vasopressin gene expression in the hypothalamo-neurohypophyseal system of the rat during the estrous cycle, pregnancy, and lactation. *Endocrinology* **122** 945–951

YAGIL, R. & ETZION, Z. 1980 Effect of drought conditions on the quality of camel milk. *Journal of Dairy Research* **47** 159–166

ZINGG, H. H. & LEFEBVRE, K. L. 1988 Oxytocin and vasopressin gene expression during gestation and lactation. *Molecular Brain Research* **4** 1–6

PAR-VASO-0007300

# Changes in the Metabolic Clearance of Vasopressin and in Plasma Vasopressinase throughout Human Pregnancy

John M. Davison, Elizabeth A. Sheills, William M. Barron,[‡] Alan G. Robinson,* and Marshall D. Lindheimer[‡]

*Medical Research Council (MRC) Human Reproduction Group, Princess Mary Maternity Hospital, University of Newcastle, Newcastle upon Tyne, NE2 3BD United Kingdom; *Departments of Medicine, University of Pittsburgh Medical School, Pittsburgh, Pennsylvania 15261; and ‡Departments of Obstetrics and Gynecology and Medicine, University of Chicago, Chicago, Illinois 60637*

## Abstract

Metabolic clearance rates (MCR) of arginine vasopressin (AVP) were measured serially in five women starting before conception, during gestational weeks 7–8 (early), 22–24 (middle), and 36–38 (late pregnancy), and again 10–12 wk postpartum. Hormonal disposal rates were determined after water loading to suppress endogenous AVP release using a constant infusion method designed to achieve three different steady-state concentrations of plasma AVP ($P_{AVP}$) on each test occasion. Dose schedules were altered in mid- and late pregnancy to obtain comparable AVP levels at each stage of the protocol. Prehydration decreased plasma osmolality sufficiently to suppress AVP release, as circulating AVP-neurophysin measured serially in three of the women was undetectable. The MCR of AVP was similar before conception (0.75±0.31, 0.79±0.34, and 0.76±0.28 liters/min at $P_{AVP}$ of 2.6±1.9, 4.7±2.4, and 8.3±3.9 pg/ml), in early pregnancy (0.89±0.34, 0.97±0.04, and 0.95±0.40 liters/min at $P_{AVP}$ of 2.2±2.1, 3.9±3.2, and 7.9±3.4 pg/ml), and postpartum (0.70±0.21, 0.69±0.24, and 0.75±0.20 liters/min at $P_{AVP}$ 3.5±1.8, 5.1±3.7, and 9.1±4.2 pg/ml). Values at mid-pregnancy (2.8±1.3, 3.0±1.2, and 2.7±1.2 liters/min at $P_{AVP}$ 2.3±2.2, 4.0±3.6, and 7.7±3.9 pg/ml) and late pregnancy (3.2±1.4, 3.3±1.4, and 2.9±1.2 liters/min at $P_{AVP}$ 1.9±2.0, 3.8±2.6, and 7.4±4.1 pg/ml) increased 3–4-fold (all $P < 0.01$). Plasma vasopressinase, undetectable at 7–8 gestational wk, increased markedly by mid- and slightly more by late gestation. Finally, relationships between $P_{AVP}$ and urine osmolality were similar before, during, and after pregnancy. We conclude that marked increments in the MCR of AVP occur between gestational weeks 7 and 8 and mid-pregnancy, which parallel the period of greatest rise in both trophoblastic mass and plasma vasopressinase. There was no evidence of a renal resistance to AVP during gestation.

## Introduction

Human gestation is characterized by profound alterations in osmoregulation. Plasma osmolality ($P_{osmol}$)[1] and osmotic

Reprint requests from Great Britain and the Eastern hemisphere should be addressed to Dr. Davison, MRC Reproduction Group, Princess Mary Maternity Hospital, University of Newcastle, Newcastle upon Tyne, NE2 3BD, UK. Reprint requests from the Western hemisphere should be addressed to Dr. Lindheimer, Department of Medicine, Section of Nephrology, Box 453, 5841 South Maryland Avenue, Chicago, IL 60637.

*Received for publication 22 August 1988 and in revised form 18 November 1988.*

1. *Abbreviations used in this paper:* DDAVP, 1-desamino-[8-D-arginine] vasopressin; DI, diabetes insipidus; MCR, metabolic clearance

J. Clin. Invest.
© The American Society for Clinical Investigation, Inc.
0021-9738/89/04/1313/06 $2.00
Volume 83, April 1989, 1313–1318

thresholds for thirst and arginine vasopressin (AVP) release decrease ~ 10 mosmol/kg during the first trimester. These decrements are maintained till term (1–3). Another interesting osmoregulatory change is that the rise in circulating AVP levels provoked by increases in body tonicity ($\Delta P_{AVP}/\Delta P_{osmol}$), unaltered early in gestation, is markedly decreased in the third trimester (3). This latter event could represent a reduced secretory response to osmotic stimuli, but might also reflect an increase in hormonal metabolic clearance rates (MCR). Indeed, in a preliminary report we have noted that the MCR are increased fourfold during the third trimester compared with measurements postpartum (4). The present study extends this latter observation. MCR of AVP were measured serially in volunteers, starting before conception, continuing throughout pregnancy, and again 10–12 wk postpartum. This study was designed to determine hormonal disposal rates at three different steady-state plasma concentrations during each test. Furthermore, by manipulating exogenous AVP infusion rates we succeeded in duplicating these levels and were able to compare their influence both on the MCR and urine osmolality ($U_{osmol}$) first before, three times during, and again after pregnancy. Results were also correlated with circulating levels of cystine-aminopeptidase (EC 3.4.11.3; vasopressinase), an enzyme recently implicated in the etiology of transient vasopressin-resistant diabetes insipidus (DI) of pregnancy (5).

## Methods

### Subjects

Serial studies were performed on five normotensive healthy subjects once before conception, between gestational weeks 7 and 8, 22 and 24, 36 and 38 (designated as early, mid-, and late pregnancy), and again 10–12 wk postpartum, when none were breast feeding or ingesting oral contraceptives. In addition, two women with a single kidney, one subject carrying twins and another triplets, were studied but only in late pregnancy and postpartum. All volunteers gave informed consent in writing to protocols approved by both the Ethical Committee of Newcastle Health Authority and the Clinical Investigation Committee of the University of Chicago Pritzker School of Medicine. All subjects had successful pregnancies.

### Protocols

Fig. 1 is a schema of the protocol. Each study began at 9:00 a.m. with the volunteers seated comfortably. Control blood samples were obtained and an infusion of normal saline (0.03 ml/kg per min) was started, after which the subject drank 20 ml/kg of tap water. Clearance measurements began 1 h later and after $U_{osmol}$ had decreased below 100 mosmol/kg. Three AVP (Argipressin; Parke-Davis, Detroit, MI) delivery rates, each preceded by a priming dose, were used during each test (Fig. 1).[2] Each infusion was maintained for 75 min, urine collected at

rates; $P_{AVP}$, plasma arginine vasopressin; $P_{osmol}$, plasma osmolality; $U_{osmol}$, urine osmolality.

2. Dose schedules, altered in mid- and late pregnancy to obtain comparable levels at each stage of the protocol, were based on preliminary

PAR-VASO-0007301



| (1) | Ingest water load (20 ml/kg) and begin sustaining infusion. After 60 min., priming dose followed by constant AVP infusion | | |
|---|---|---|---|

| (* denotes blood sampling) | | PRIME (pg/kg) | DELIVERY (pg/kg/min) |
|---|---|---|---|
| (2) | nonpregnant; early pregnancy | 35 | 24 |
| | midgestation; late pregnancy | 120 | 84 |
| (3) | non pregnant; early pregnancy | 60 | 42 |
| | midgestation; late pregnancy | 210 | 144 |
| (4) | nonpregnant; early pregnancy | 105 | 72 |
| | midgestation; late pregnancy | 360 | 246 |

*Figure 1.* Schema of infusion protocol.

15-min intervals during the last 45 min, and blood samples obtained at 45, 60, and 75 min, respectively (Fig. 1). Constancy of the delivery rate was verified at frequent intervals using a calibrated burette within the intravenous set-up, while $P_{osmol}$ were maintained at 270 mosmol/kg during pregnancy and 275 mosmol/kg preconception and postpartum, by periodic ingestion of water. These tonicities should be sufficiently low to ensure suppression of endogenous AVP release, but to confirm this, plasma AVP-neurophysin levels were determined in three of the subjects on 15 test occasions. Finally, vasopressinase levels were monitored starting with the initial test, and then every 2–3 wk until the postpartum study.

*Analytical procedures*

Blood for osmolality and vasopressinase activity was collected in chilled heparinized tubes, small portions were immediately drawn for microhematocrit determination, and the remainder was centrifuged at 4°C. Osmolality was determined by freezing point depression on an osmometer (model 3DII; Advanced Instruments, Inc., Needham Heights, MA) on freshly separated plasma, and the remaining sample was stored at −20°C until used. Blood for AVP determination was collected in a 10-ml syringe containing 0.1 ml phenanthroline (1-20-phenanthroline monohydrate; Sigma Chemical Co., St. Louis, MO) solution (60 mg/ml) and then rapidly added to chilled heparinized tubes, centrifuged in the cold, and extracted within 3 h of venipuncture. Validation of this technique, which immediately inactivates the high concentrations of cystine aminopeptidase (vasopressinase) present in the plasma of gravidas, is detailed elsewhere (2).

*RIA of AVP.* Details of our extraction technique and assay procedures have been published (2). Briefly, plasma is extracted by a modification of the acetone method and 200-$\mu$l samples are assayed by a nonequilibrium method. The tracer has a high specific activity (> 1,000 Ci $\times \mu g^{-1}$); highly purified AVP (potency, 400 U/mg, lot 800207; Ferring Arzneimittal GbhG, Wittland, FRG) is used for iodination and standards, and our antiserum (10169) is quite specific and sensitive. Assay sensitivity is 0.1 pg/assay tube, while its 50% displacement is 1.6 pg/assay tube.

*Vasopressinase activity.* An index derived from the rapidity by which the enzyme degraded the $^{125}$I-AVP tracer was used to monitor vasopressinase activity during and after pregnancy (5, 6). Phenanthroline-free plasma (1.0 ml) was incubated at 22°C with tracer ($2 \times 10^5$ cpm). 50-$\mu$l aliquots were drawn before and at 5, 10, 15, 30, and 60 min after incubation, and immediately diluted in 1 ml chilled 4°C assay

buffer containing phenanthroline (60 mg/ml), a step that inactivated the enzyme (2). Degradation of the iodinated tracer was measured by loss of binding to excess AVP antiserum and residual activity (at 60 min) expressed as percentage of bound tracer from the aliquot obtained before incubation (usually > 95%). Sensitivity of this index was compared with that of a standard photometric fluorometric assay that uses 5-benzyl-L-cystine-*p*-nitroanilide as a substrate (7).

*AVP-neurophysin.* Preparation of the antiserum, iodination of tracer, and RIA for AVP (nicotine-stimulated) neurophysin are described in detail elsewhere (8, 9). Briefly, 50 $\mu$l of plasma are assayed by a nonequilibrium technique, the minimal detectable level of neurophysin being 0.5 ng/ml.

*Calculations and statistical analysis.* MCR was measured by a standard formula: infusion rate (calibrated during each study) multiplied by infusate AVP concentration (verified by RIA), divided by $P_{AVP}$ (mean of three separate determinations obtained after reaching equilibrium). To assess if a steady-state AVP level had been achieved during each of the three constant infusions of AVP per study, a test of piecewise linear trend was used (10, 11). To determine whether or not the MCR was significantly different at the three infusion rates, the values at each rate of infusion within each subject or each of the five test occasions were analyzed using an analysis of variance (ANOVA). From the significance of the F ratio from this analysis, comparison was performed using the *t* test (11). Paired comparisons between test occasions were performed using *t* test. For all analyses, values of $P \leq 0.05$ were considered significant. All data are given as mean±SD.

## Results

Table I and Fig. 2 summarize results in all five subjects. Altering infusion rates produced similar $P_{AVP}$ levels at each stage of the serial study. $P_{AVP}$ during the final 30 min of all infusions were quite constant, demonstrating that steady-state levels had indeed been achieved by this time. This constancy is illustrated in Table II, which summarizes the mean variation and its SD for $P_{AVP}$ and $P_{osmol}$ at each infusion rate throughout the study. Not shown coefficients of variations were consistently below 10%. These data again underscore the adequacy of steady-state values used to calculate the MCR in this investigation.

Of particular interest, the MCR in mid- and late pregnancy (3–4 liters/min) were fourfold those measured before conception, early in gestation, or postpartum (all $P < 0.01$; Table I and Fig. 2). Small increases in hormonal disposal rates were noted during the first trimester (when osmotic secretory thresholds are decreasing or have just reached their lowest values, but the AVP response to osmotic stimuli [$\Delta P_{AVP}/\Delta P_{osmol}$] is similar to values in the nongravid state [3]), but these changes were not significant. Similarly, the MCR in late gestation were slightly higher than those in mid-pregnancy, but again these increments did not reach significance. In essence, the greatest changes took place between gestational weeks 6 and 8 and 22 and 24.

Note also that the MCR at any stage was unaltered despite virtually tripling circulating hormone concentrations between the first and final infusion rates of each test. Table I and Fig. 2 depict relationships between $P_{AVP}$ and $U_{osmol}$ during each phase of the study. Similar $U_{osmol}$ were recorded when $P_{AVP}$ was comparable before, during, and after gestation.

Table I also contains AVP-neurophysin levels measured in three volunteers. Values before water loading were similar to those reported in the literature (8, 9) and became undetectable (< 0.5 ng/ml) after hydration.

The MCR in the women with a single kidney and those carrying twins and triplets are summarized in Table III. These

PAR-VASO-0007302

Table I. MCR of Infused AVP in Pregnant Women

| | Pregnancy | | | | Early pregnancy | | | | Mid-pregnancy | | | | Late pregnancy | | | | Postpartum | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Infusion (pg/kg per min) | Basal | 24 | 42 | 72 | Basal | 24 | 42 | 72 | Basal | 84 | 144 | 246 | Basal | 84 | 144 | 246 | Basal | 24 | 42 | 72 |
| $P_{AVP}$ (pg/ml) | 0.9 ±0.5 | 2.6 ±1.9 | 4.7 ±2.4 | 8.3 ±3.9 | 0.8 ±0.5 | 2.2 ±2.1 | 3.9 ±3.2 | 7.9 ±3.4 | 0.7 ±0.5 | 2.3 ±2.2 | 4.0 ±3.6 | 7.7 ±3.9 | 1.0 ±0.6 | 1.9 ±2.0 | 3.8 ±2.6 | 7.4 ±4.1 | 1.1 ±0.6 | 3.5 ±1.8 | 5.1 ±3.3 | 9.1 ±4.2 |
| $P_{osmol}$ (mosmol/kg) | 286.1 ±2.9 | 279.2 ±2.1 | 277.1 ±2.1 | 272.8 ±2.2 | 279.1 ±3.4 | 272.2 ±2.6 | 268.4 ±2.4 | 267.1 ±2.2 | 279.1 ±2.9 | 271.1 ±2.7 | 270.2 ±2.4 | 268.6 ±2.0 | 278.9 ±3.4 | 268.4 ±2.1 | 265.6 ±2.8 | 264.1 ±2.2 | 287.8 ±3.1 | 276.1 ±2.6 | 276.0 ±2.8 | 275.7 ±1.9 |
| $U_{osmol}$ (mosmol/kg) | 594 ±248 | 619 ±94 | 742 ±86 | 842 ±109 | 608 ±262 | 648 ±90 | 841 ±106 | 977 ±114 | 519 ±101 | 544 ±92 | 781 ±116 | 829 ±138 | 500 ±82 | 489 ±141 | 658 ±131 | 742 ±97 | 628 ±104 | 641 ±109 | 774 ±126 | 848 ±137 |
| $U_{vol}$ (ml/min) | — | 1.1 ±0.83 | 0.72 ±0.42 | 0.52 ±0.41 | — | 0.86 ±0.61 | 0.80 ±0.32 | 0.58 ±0.41 | — | 0.99 ±0.80 | 0.72 ±0.59 | 0.67 ±0.39 | — | 1.31 ±0.37 | 0.92 ±0.41 | 0.70 ±0.36 | — | 1.29 ±0.71 | 1.18 ±0.62 | 0.65 ±0.51 |
| $MCR_{AVP}$ (ml/min) | — | 754 ±311 | 786 ±391 | 761 ±284 | — | 889 ±342 | 968 ±414 | 949 ±402 | — | 2848 ±1320 | 3016 ±1162 | 2742 ±1189 | — | 3176 ±1412 | 3284 ±1391 | 2889 ±1209 | — | 702 ±214 | 678 ±243 | 746 ±201 |
| $P_{vasopressinase}$* (ng/ml) | 0.94 ±0.61 | 0.52 ±0.51 | <0.5 | <0.5 | 0.81 ±0.72 | 0.50 ±0.50 | <0.5 | <0.5 | 0.91 ±0.59 | <0.5 | <0.5 | <0.5 | 0.77 ±0.54 | <0.5 | <0.5 | <0.5 | 0.74 ±0.61 | <0.5 | <0.5 | <0.5 |

n = 5 (mean±SD). * n = 3 (see text).

subjects, studied only during the third trimester and postpartum, were evaluated during an early phase of the investigation, before we appreciated the magnitude of the changes in MCR in late gestation, and when the experimental design at that time involved only a two-tier infusion. Not shown, only a single similar steady-state $P_{AVP}$ was achieved before and after pregnancy for each subject.

Fig. 3 compares vasopressinase activity derived by our isotope index and a standard substrate method. Activity was detected earlier in pregnancy using the tracer method (7–8 wk) and then the substrate technique (9–10 wk). Enzyme activity increased 40-fold by mid- and 50-fold by late pregnancy using either assay ($P < 0.001$), while vasopressinase remained detectable for a longer period after gestation using the tracer (5–6 wk) compared with the substrate (4 wk) assay. Not shown on the figure, enzyme levels in the women carrying twins and triplets were consistently at the upper 1 SD boundary, their final values near term being 270 and 281 mIU/ml, respectively.

## Discussion

We monitored clearances of exogenously infused AVP in five women starting before conception, continuing throughout pregnancy, and 8–10 wk postpartum. The MCR at mid- and late pregnancy was markedly increased compared with values in the first trimester as well as when the women were not pregnant. Hormonal disposal rates at any phase of the study were uninfluenced by the circulating levels of AVP and the increments observed during mid- and late gestation seemed to correlate with striking increases in vasopressinase activity present at these times. We also measured basal AVP in these subjects, noting that levels were similar throughout pregnancy as well as the nonpregnant state. Thus, hormonal production rates must also have increased by mid-gestation.

The observation that infused AVP is cleared more rapidly during gestation confirms and extends a recent report in which we suggested that the MCR of endogenously secreted hormone was increased in late pregnancy (12). This was based on observations during and after pregnancy in a protocol where $P_{AVP}$ had been increased secondarily to increments in $P_{osmol}$ induced by hypertonic saline infusion after which the subjects drank water, a maneuver that rapidly suppresses endogenous hormone release by an oropharyngeal-neuroendocrine reflex, even in the face of sustained hyperosmolality (12). Within minutes of drinking, AVP levels started to decrease and the hormonal $t_{1/2}$ in late gestation was half that in early pregnancy or postpartum. However, as noted in that report, peak AVP levels attained with hypertonic saline were too low (usually between 5 and 10 pg/ml), and post-drinking blood samples with detectable $P_{AVP}$ too few, to accurately assess the $t_{1/2}$. Nevertheless, these previous observations add confidence to the conclusion that our present infusion clearance data reflect the MCR of endogenously secreted hormone. This is not a moot point for in pregnancy it is conceivable that the intravenous infusion of AVP might activate or increase plasma vasopressinase. In this respect circulating vasopressinase activity measured before, during, or after an infusion was similar in a given subject on any test occasion (Sheills, E. A., and J. M. Davison, unpublished observations).

The reason for the striking increments in MCR in late gestation is not apparent from our data and one can only

PAR-VASO-0007303



*Figure 2.* Summary of $P_{AVP}$, $U_{osmol}$, and $MCR_{AVP}$, ($\pm$SD) measured serially in all five women starting before conception, then during gestational weeks 6–8, 22–24, and 36–38, as well as 10–12 wk postpartum. The three infusion rates are detailed in Fig. 1.

speculate concerning causality. Renal and hepatic blood flow increase during gestation and the kidney and liver are organs where considerable AVP degradation takes place. Renal hemodynamics, however, increase quite early in pregnancy (at a time when the MCR is hardly altered), and the combined increments in flow to both organs (controversial for the liver and 30–50% for the kidney) are far less than the increase in hormonal disposal recorded in mid- and late gestation (13). Also, the percent rise in MCR noted in the two gravidas with single kidneys was similar to that in the normal volunteers.

The placenta, the mass of which increases throughout gestation, may inactivate substantial quantities of AVP in situ. In preliminary studies we perfused $^{125}$I-AVP at rates comparable to in vivo conditions (14). The preparation perfused on the maternal side was capable of inactivating $\sim 1$ ng/min of tracer, while perfusion of the fetal side was without effect.

Thus, the placenta too may account for the increased MCR observed on these studies. Of interest, also, is that estimated trophoblastic mass increases 1,000-fold between gestational weeks 6 and 24, plateauing thereafter (15). Uteroplacental blood flow follows a similar pattern of change, and at term has been estimated to be about 500 ml/min blood flow (16). In these respects the MCR of AVP was almost maximal by 22–24 wk, increasing slightly but not significantly near term.

The placenta is also the source of circulating vasopressinase, an enzyme capable of inactivating large quantities of AVP in vitro. Whether or not this enzyme is active in vivo, however, is unclear, but it is of interest that alterations in the hormonal MCR correlated best with increments in plasma vasopressinase in the present study. Of further interest, pregnant sheep, whose placentae produce no detectable vasopressinase, do not have an increased MCR of AVP during their gestation (17). Currently we are measuring the MCR of 1-desamino-[8-D-arginine]vasopressin (DDAVP), an AVP analogue resistant to enzymatic inactivation by cystine-aminopeptidase (18). If vasopressinase does play a role in the increased MCR of AVP during mid- and late gestation, any increments in the disposal rate of infused DDAVP ought to be considerably less than those observed for the native hormone.

Oxytocin, which differs from AVP by just two amino acids, is also inactivated in vitro by cystine-aminopeptidase, and thus might be expected to be metabolized in a manner similar to vasopressin in pregnant women. Surprisingly, however, Amico et al. observed no differences in the MCR of infused oxytocin into term pregnant subjects compared with nonpregnant vol-

*Table II. Variation of $P_{AVP}$ and $P_{osmol}$ Measured at 15-min Intervals during Final 45 Min of Each Infusion during 225 Measurements of MCR Performed on Five Patients*

|  | Infusion | Variation of | |
|---|---|---|---|
|  |  | $P_{AVP}$ | $P_{osmol}$ |
|  | *pg/kg/min* | *pg/ml* | *mosmol/kg* |
| Prepregnancy | 24 | 0.52±0.29 | 1.3±0.7 |
|  | 42 | 0.44±0.28 | 0.9±0.7 |
|  | 72 | 0.57±0.26 | 0.9±0.9 |
| Early pregnancy | 24 | 0.42±0.31 | 1.2±0.9 |
|  | 42 | 0.63±0.34 | 1.1±0.8 |
|  | 72 | 0.50±0.29 | 0.8±0.4 |
| Mid-pregnancy | 84 | 0.64±0.29 | 0.9±0.9 |
|  | 144 | 0.61±0.26 | 1.4±0.6 |
|  | 246 | 0.43±0.27 | 1.2±0.6 |
| Late pregnancy | 84 | 0.29±0.19 | 0.9±0.9 |
|  | 144 | 0.41±0.20 | 1.3±0.8 |
|  | 246 | 0.34±0.21 | 1.1±0.8 |
| Postpartum | 24 | 0.56±0.34 | 1.1±0.7 |
|  | 42 | 0.61±0.32 | 1.1±0.7 |
|  | 72 | 0.53±0.34 | 1.5±0.6 |

Mean±SD; $n = 5$ patients.

*Table III. MCR of AVP in Third Trimester and Postpartum in One Woman with Twins, Another with Triplets, and Two Subjects with a Single Kidney*

|  | Third trimester | | Postpartum | |
|---|---|---|---|---|
| Infusion *(pg/kg per min)* | 84 | 144 | 42 | 72 |
| MCR |  |  |  |  |
| Twins *(ml/min)* | 3,417 | 2,994 | 981 | 818 |
| Triplets *(ml/min)* | 2,627 | 2,588 | 812 | 729 |
| One kidney *(ml/min)* | 1,895 | 2,806 | 339 | 550 |
| One kidney *(ml/min)* | 2,318 | 2,103 | 553 | 621 |

PAR-VASO-0007304



*Figure 3.* Plasma vasopressinase activity measured serially in the five women who underwent the metabolic clearance studies. Measurements of $P_{vasopressinase}$ started before conception and were repeated at 2–3-wk intervals until postpartum weeks 10–12. Two indices were used, one derived from the rapidity by which the enzyme degraded $^{125}$I-AVP tracer (*vertical lines*) and the other by photometry using 5-benzyl-L-cystine-*p*-nitroanilide as substrate (*speckled area*). Solid and dashed lines enclosing the vertical lines and speckled area represent ±1 SD.

unteers [19]. However, there is evidence that oxytocin may be more resistant to enzymatic degradation in vivo, especially in the central nervous system [20]. Also, and in contrast with observations reported by Amico et al. [19], we have preliminary data that suggest that the MCR of infused oxytocin is increased in a manner similar to that of AVP at term [21].

The increased MCR of AVP in pregnancy may explain certain other changes in osmoregulation during gestation. As noted previously, the rise in circulating hormone provoked by increasing body tonicity ($\Delta P_{AVP}/\Delta P_{osmol}$) decreases in the third trimester. Initially we considered that this might reflect a reduced secretory response to osmotic stimuli, as occurs in certain hypervolemic states such as primary aldosteronism [22], for indeed extracellular volume increases markedly in pregnancy [23]. However, the osmotic sensitivity to thirst ($\Delta$thirst intensity/$\Delta P_{osmol}$; see reference 3) would also be expected to be decreased in such circumstances [24] and it was not [3]. Another possibility considered was that an increase in hormonal disposal rate would explain reductions in the ratio $\Delta P_{AVP}/\Delta P_{osmol}$ with little influence on the relationship between thirst intensity and $P_{osmol}$. This led to the current study and data supporting the latter hypothesis.

Several problems in water handling known to occur in pregnancy may also relate to our observations. For example, some women with central DI may require more AVP during gestation. There is a syndrome labeled transient DI of pregnancy that usually presents during the second half of gestation and remits postpartum [25]. Some of the women with this complication may have subclinical lesions of central DI brought to the fore by the increased hormonal MCR of pregnancy [25–27]. Still other patients have been described with transient vasopressin-resistant DI and high circulating levels of vasopressinase, and one of them described by Dürr et al. [5] responded to DDAVP after large doses of AVP had failed to effect $U_{osmol}$.

Performance of a serial study also allowed us to evaluate the influence of pregnancy on renal effects of AVP. Some have suggested resistance to the hydrosmotic effects of AVP upon the kidney during gestation, both in humans and in two animal species [28–31]. Several reasons, including increments during pregnancy in PGE$_2$ excretion, a hormone that opposes the effects of AVP at the tubular level, have been offered to explain this resistance. Review of the literature, however, reveals that such claims have been based solely on the influence of exogenously administered hormone on $U_{osmol}$, without noting if such maneuvers achieve similar $P_{AVP}$ levels during the pregnant and nonpregnant states. For example, administration of similar quantities of AVP during the nongravid and pregnant states would be expected to produce lower $P_{AVP}$ values in the latter if either the MCR or volume of distribution were increased in pregnant and control subjects or animals. Our experiments permitted comparison of $U_{osmol}$ at similar AVP levels, measured during steady-state conditions. Similar levels of $P_{AVP}$ produced approximately the same $U_{osmol}$ in early, mid-, and late gestation as well as in the nonpregnant state (Table I and Fig. 2).

Finally, our observations in postpartum subjects are consistent with the MCR for AVP measured in nonpregnant populations and reported by Robertson et al. [32], Beardwell et al. [33], and Moses and Steciak [34], who used constant-infusion techniques, and Engel et al. [35], who performed a single-injection protocol. Moses and Steciak, however, observed increments in the MCR as $P_{AVP}$ increased, but we did not. This discrepancy may be explained by the fact that we measured $P_{AVP}$ at three levels within the physiological range, while even the lowest concentrations observed by Moses and Steciak [34] were supraphysiological.

In conclusion, these data demonstrate that the MCR of AVP similar to nonpregnant values during gestational weeks 7–8 measures fourfold by weeks 22–24 and remains at these elevated levels through term. These rises seem to parallel the periods of rapid increase in both trophoblastic mass and circulating vasopressinase. The increase in hormonal disposal rates may explain the appearance of certain polyuric syndromes in late gestation.

## Acknowledgments

We thank Ms. P. Papadatos and Ms. I. White for excellent secretarial assistance.

This work was supported by the Medical Research Council, Great Britain, National Institutes of Health grants HD-5572, 24498, and RR-55, and a Clinical Investigator Award (HL-01145) to William M. Barron.

## References

1. Davison, J. M., M. B. Vallotton, and M. D. Lindheimer. 1981. Plasma osmolality and urinary concentration and dilution during and after pregnancy: evidence that lateral recumbency inhibits maximal urinary concentrating ability. *Br. J. Obstet. Gynaecol.* 88:472–479.

PAR-VASO-0007305

2. Davison, J. M., E. A. Gilmore, J. Dürr, G. L. Robertson, and M. D. Lindheimer. 1984. Altered osmotic thresholds for vasopressin secretion and thirst in pregnancy. *Am. J. Physiol.* 246:F105–F109.

3. Davison, J. M., E. A. Shiells, P. R. Philips, and M. D. Lindheimer. 1988. Serial evaluation of vasopressin release and thirst in human pregnancy. Role of human chorionic gonadotrophin in the osmoregulatory changes of gestation. *J. Clin. Invest.* 81:798–806.

4. Davison, J. M., W. M. Barron, and M. D. Lindheimer. 1987. Metabolic clearance rates of vasopressin increase markedly in late gestation: a possible cause of polyuria in pregnant women. *Trans. Assoc. Am. Phys.* 100:91–98.

5. Dürr, J. A., J. G. Hoggard, J. M. Hunt, and R. W. Schrier. 1987. Diabetes insipidus in pregnancy associated with abnormally high circulating vasopressinase activity. *N. Engl. J. Med.* 316:1070–1074.

6. Dürr, J. A., R. W. Schrier, and M. D. Lindheimer. 1985. A new method for measuring vasopressinase activity in plasma. *Clin. Res.* 33:26A. (Abstr.)

7. Small, C. W., and W. B. Watkins. 1974. *S*-benzyl-L-cystine-*p*-nitroanilide: a new substrate for the determination of oxytocinase with improved specificity. *Biochem. Med.* 9:103–112.

8. Robinson, A. G., E. A. Zimmerman, E. G. Engeleman, and A. G. Frantz. 1971. Radioimmunoassay of bovine neurophysin: specificity of neurophysin I and neurophysin II. *Metab. Clin. Exp.* 20:1138–1147.

9. Robinson, A. G. 1975. Isolation, assay and secretion of individual human neurophysin. *J. Clin. Invest.* 55:360–367.

10. Johnson, R. A., and D. W. Wichern. 1982. Applied Multivariate Statistical Analysis. Prentice Hall, Englewood Cliffs, NJ. 107 pp.

11. Armitage, P. 1980. Statistical Methods in Medical Research. Blackwell Scientific Publications Ltd, Oxford, UK. 504 pp.

12. Davison, J. M., E. A. Shiells, P. R. Philips, and M. D. Lindheimer. 1988. Suppression of AVP release by drinking despite hypertonicity during and after gestation *Am. J. Physiol.* 254:F588–F592.

13. Davison, J. M. 1987. Kidney function in pregnant women. *Am. J. Kidney Dis.* 9:248–252.

14. Landon, M. J., M. D. Lindheimer, and J. M. Davison. 1987. Degradation of radiolabelled arginine vasopressin ($^{125}$I-AVP) by human placentae perfused in vitro. *Soc. Gynecol. Invest. Annu. Meet.* Atlanta. 137.

15. Braunstein, G. D., J. L. Rasor, E. Engrall, and M. E. Wade. 1980. Interrelationships of human chorionic gonadotropin, human placental lactogen and pregnancy-specific B1-glycoprotein throughout normal human gestation. *Am. J. Obstet. Gynecol.* 138:1205–1213.

16. Faber, J. J., and K. L. Thornburg. 1983. Placental Physiology. Raven Press, New York. 33–54.

17. Bell, R. J., B. M. Laurence, P. J. Meehan, M. Congin, B. A. Scoggins, and E. M. Wintour. 1986. Regulation and function of arginine vasopressin in pregnant sheep. *Am. J. Physiol.* 250:F777–F780.

18. Edwards, C. R. W., M. J. Kitau, T. Chard, and G. M. Besser. 1973. Vasopressin analogue DDAVP in diabetes insipidus: clinical and laboratory studies. *Br. Med. J.* iii:375–378.

19. Amico, J. A., J. Seitchick, and A. G. Robinson. 1987. Clearance studies of oxytocin in humans using radioimmunoassay measurements of the hormone in plasma and urine. *J. Clin. Endocrinol. Metab.* 64:340–345.

20. Burbach, J. P. H., Z. Wang, and M. Ittersum. 1982. Difference in susceptibility of arginine-vasopressin and oxytocin to aminopeptidase activity of brain synaptic membranes. *Biochem. Biophys. Res. Commun.* 108:1165–1168.

21. Thornton, S., J. M. Davison, and P. H. Baylis. 1988. The metabolic clearance rate of oxytocin is increased during gestation. *J. Endocrinol.* 122(Suppl):159.

22. Ganguly, A., and G. L. Robertson. 1980. Elevated threshold for vasopressin release in primary hyperaldosteronism. *Clin. Res.* 28:330A. (Abstr.)

23. Gallery, E. A. M. 1984. Volume homeostasis in normal and hypertensive human pregnancy. *Semin. Nephrol.* 4:221–231.

24. Robertson, G. L. 1984. Abnormalities of thirst regulation. *Kidney Int.* 25:460–469.

25. Durr, J. A. 1987. Diabetes insipidus in pregnancy. *Am. J. Kidney Dis.* 9:276–283.

26. Baylis, P. H., C. Thompson, J. Burd, W. M. G. Tunbridge, and C. A. Snodgrass. 1986. Recurrent pregnancy-induced polyuria and thirst due to hypothalamic diabetes insipidus: an investigation into possible mechanisms responsible for polyuria. *Clin. Endocrinol.* 24:459–460.

27. Hughs, J. M., W. M. Barron, and M. C. Vance. Recurrent diabetes insipidus associated with pregnancy and pathophysiology and therapy. *Obstet. Gynecol.* In press.

28. Kleeman, C. R., and H. Vorherr. 1974. Water metabolism and neurohypophyseal hormones. *In* Duncan's Disease of Metabolism. P. K. Bondy and L. E. Rosenberg, editors. W. B. Saunders Company, Philadelphia. 1479.

29. Olsson, K., S. Benlamih, K. Dahlborn, and F. Fyrquisit. 1982. Effect of water deprivation and hyperhydration in pregnant and lactating goats. *Acta Physiol. Scand.* 115:361–367.

30. Olsson, K. 1986. Pregnancy: a challenge to water balance. *News Physiol. Sci.* 1:131–134.

31. Barron, W. M., J. Dürr, B. A. Stamoutsos, and M. D. Lindheimer. 1985. Osmoregulation and vasopressin secretion during pregnancy in Brattleboro rats. *Am. J. Physiol.* 248:R29–R37.

32. Robertson, G. L., E. A. Mahr, S. Athar, and T. Swika. 1973. The development and clinical application of a new radioimmunoassay for arginine vasopressin in human plasma. *J. Clin. Invest.* 52:2340–2352.

33. Beardwell, C. G., G. Geelen, H. M. Palmer, D. Roberts, and L. Salamonson. 1973. Radioimmunoassay of plasma vasopressin in physiological and pathological states in man. *J. Endocrinol.* 67:189–202.

34. Moses, A. M., and E. Steciak. 1986. Urinary and metabolic clearance of arginine vasopressin in normal subjects. *Am. J. Physiol.* 251:R365–R370.

35. Engel, R., J. Rowe, K. Minaker, and G. L. Robertson. 1984. Effect of exogenous vasopressin on vasopressin release. *Am. J. Physiol.* 246:E202–E207.

PAR-VASO-0007306

## Special Article

# Surviving Sepsis Campaign: International guidelines for management of severe sepsis and septic shock: 2008*

R. Phillip Dellinger, MD; Mitchell M. Levy, MD; Jean M. Carlet, MD; Julian Bion, MD; Margaret M. Parker, MD; Roman Jaeschke, MD;
Konrad Reinhart, MD; Derek C. Angus, MD, MPH; Christian Brun-Buisson, MD; Richard Beale, MD; Thierry Calandra, MD, PhD;
Jean-Francois Dhainaut, MD; Herwig Gerlach, MD; Maurene Harvey, RN; John J. Marini, MD; John Marshall, MD; Marco Ranieri, MD;
Graham Ramsay, MD; Jonathan Sevransky, MD; B. Taylor Thompson, MD; Sean Townsend, MD; Jeffrey S. Vender, MD;
Janice L. Zimmerman, MD; Jean-Louis Vincent, MD, PhD; for the International Surviving Sepsis Campaign Guidelines Committee

*Objective:* To provide an update to the original Surviving Sepsis Campaign clinical management guidelines, "Surviving Sepsis Campaign Guidelines for Management of Severe Sepsis and Septic Shock," published in 2004.

*Design:* Modified Delphi method with a consensus conference of 55 international experts, several subsequent meetings of subgroups and key individuals, teleconferences, and electronic-based discussion among subgroups and among the entire committee. This process was conducted independently of any industry funding.

*Methods:* We used the Grades of Recommendation, Assessment, Development and Evaluation (GRADE) system to guide assessment of quality of evidence from high (A) to very low (D) and to determine the strength of recommendations. A strong recommendation (1) indicates that an intervention's desirable effects clearly outweigh its undesirable effects (risk, burden, cost) or clearly do not. Weak recommendations (2) indicate that the tradeoff between desirable and undesirable effects is less clear. The grade of strong or weak is considered of greater clinical importance than a difference in letter level of quality of evidence. In areas without complete agreement, a formal process of resolution was developed and applied. Recommendations are grouped into those directly targeting severe sepsis, recommendations targeting general care of the critically ill patient that are considered high priority in severe sepsis, and pediatric considerations.

*Results:* Key recommendations, listed by category, include early goal-directed resuscitation of the septic patient during the first 6 hrs after recognition (1C); blood cultures before antibiotic therapy (1C); imaging studies performed promptly to confirm potential source of infection (1C); administration of broad-spectrum antibiotic therapy within 1 hr of diagnosis of septic shock (1B) and severe sepsis without septic shock (1D); reassessment of antibiotic therapy with microbiology and clinical data to narrow coverage, when appropriate (1C); a usual 7–10 days of antibiotic therapy guided by clinical response (1D); source control with attention to the balance of risks and benefits of the chosen method (1C); administration of either crystalloid or colloid fluid resuscitation (1B); fluid challenge to restore mean circulating filling pressure (1C); reduction in rate of fluid administration with rising filing pressures and no improvement in tissue perfusion (1D); vasopressor preference for norepinephrine or dopamine to maintain an initial target of mean arterial pressure ≥65 mm Hg (1C); dobutamine inotropic therapy when cardiac output remains low despite fluid resuscitation and combined inotropic/vasopressor therapy (1C); stress-dose steroid therapy given only in septic shock after blood pressure is identified to be poorly responsive to fluid and vasopressor therapy (2C); recombinant activated protein C in patients with severe sepsis and clinical assessment of high risk for death (2B except 2C for postoperative patients). In the absence of tissue hypoperfusion, coronary artery disease, or acute hemorrhage, target a hemoglobin of 7–9 g/dL (1B); a low tidal volume (1B) and limitation of inspiratory plateau pressure strategy (1C) for acute lung injury (ALI)/acute respiratory distress syndrome (ARDS); application of at least a minimal amount of positive end-expiratory pressure in acute lung injury (1C); head of bed elevation in mechanically ventilated patients unless contraindicated (1B); avoiding routine use of pulmonary artery catheters in ALI/ARDS (1A); to decrease days of mechanical ventilation and ICU length of stay, a conservative fluid strategy for patients with established ALI/ARDS who are not in shock (1C); protocols for weaning and sedation/analgesia (1B); using either intermittent bolus sedation or continuous infusion sedation with daily interruptions or lightening (1B); avoidance of neuromuscular blockers, if at all possible (1B); institution of glycemic control (1B), targeting a blood glucose <150 mg/dL after initial stabilization (2C); equivalency of continuous veno-veno hemofiltration or intermittent hemodialysis (2B); prophylaxis for deep vein thrombosis (1A); use of stress ulcer prophylaxis to prevent upper gastrointestinal bleeding using H2 blockers (1A) or proton pump inhibitors (1B); and consideration of limitation of support where appropriate (1D). Recommendations specific to pediatric severe sepsis include greater use of physical examination therapeutic end points (2C); dopamine as the first drug of choice for hypotension (2C); steroids only in children with suspected or proven adrenal insufficiency (2C); and a recommendation against the use of recombinant activated protein C in children (1B).

*Conclusions:* There was strong agreement among a large cohort of international experts regarding many level 1 recommendations for the best current care of patients with severe sepsis. Evidenced-based recommendations regarding the acute management of sepsis and septic shock are the first step toward improved outcomes for this important group of critically ill patients.

KEY WORDS: sepsis; severe sepsis; septic shock; sepsis syndrome; infection; Grades of Recommendation, Assessment, Development and Evaluation criteria; GRADE; guidelines; evidence-based medicine; Surviving Sepsis Campaign; sepsis bundles

*The correct citation for this article is as follows.

Dellinger RP, Levy MM, Carlet, JM, et al: Surviving Sepsis Campaign: International guidelines for management of severe sepsis and septic shock: 2008 [published correction appears in *Crit Care Med* 2008; 36: 1394–1396]. *Crit Care Med* 2008; 36:296–327.

From Cooper University Hospital, Camden, NJ (RPD); Rhode Island Hospital, Providence, RI (MML); Hospital Saint-Joseph, Paris, France (JMC); Birmingham University, Birmingham, UK (JB); SUNY at Stony Brook, Stony Brook, NY (MMP); McMaster University, Hamilton, Ontario, Canada (RJ); Friedrich-Schiller-University of Jena, Jena, Germany (KR); University of Pittsburgh, Pittsburgh, PA (DCA); Hopital Henri Mondor, Créteil, France (CBB); Guy's and St Thomas' Hospital Trust, London, UK (RB); Centre Hospitalier Universitaire Vaudois, Lausanne, Switzerland (TC); French Agency for Evaluation of Research and Higher Education, Paris, France (JFD); Vivantes-Klinikum Neukoelin, Berlin, Germany (HG); Consultants in Critical Care, Inc, Glenbrook, NV (MH); University of Minnesota, St. Paul, MN (JJM); St. Michael's Hospital, Toronto, Ontario, Canada (JM); Università di Torino, Torino, Italy (MR); West Hertfordshire Health Trust, Hemel Hempstead, UK (GR); The Johns Hopkins University School of Medicine, Baltimore, MD (JS); Massachusetts General Hospital, Boston, MA (BTT); Rhode Island Hospital, Providence, RI (ST); Evanston Northwestern Healthcare, Evanston, IL (JSV); The Methodist Hospital, Houston, TX (JLZ); Erasmus University Hospital, Brussels, Belgium (JLV).

Sponsoring organizations: American Association of Critical-Care Nurses,* American College of Chest Physicians,* American College of Emergency Physicians,* Canadian Critical Care Society, European Society of Clinical Microbiology and Infectious Diseases,* European Society of Intensive Care Medicine,* European Respiratory Society,* Indian Society of Critical Care Medicine,** International Sepsis Forum,* Japanese Association for Acute Medicine, Japanese Society of Intensive Care Medicine; Society of Critical Care Medicine,* Society of Hospital Medicine,** Surgical Infection Society,* World Federation of Critical Care Nurses,** World Federation of Societies of Intensive and Critical Care Medicine.** Participation and endorsement by the German Sepsis Society and the Latin American Sepsis Institute. *Sponsor of 2004 guidelines. **Sponsors of 2008 guidelines who did not participate formally in revision process. Members of the 2008 SSC Guidelines Committee are listed in Appendix I. Appendix J provides author disclosure information.

Also published in *Intensive Care Medicine* (January 2008).

For information regarding this article, E-mail: Dellinger-Phil@CooperHealth.edu

Copyright © 2007 by the Society of Critical Care Medicine

DOI: 10.1097/01.CCM.0000298158.12101.41

PAR-VASO-0007307

Severe sepsis (acute organ dysfunction secondary to infection) and septic shock (severe sepsis plus hypotension not reversed with fluid resuscitation) are major healthcare problems, affecting millions of individuals around the world each year, killing one in four (and often more), and increasing in incidence (1–5). Similar to polytrauma, acute myocardial infarction, or stroke, the speed and appropriateness of therapy administered in the initial hours after severe sepsis develops are likely to influence outcome. In 2004, an international group of experts in the diagnosis and management of infection and sepsis, representing 11 organizations, published the first internationally accepted guidelines that the bedside clinician could use to improve outcomes in severe sepsis and septic shock (6, 7). These guidelines represented phase II of the Surviving Sepsis Campaign (SSC), an international effort to increase awareness and improve outcomes in severe sepsis. Joined by additional organizations, the group met again in 2006 and 2007 to update the guidelines document using a new evidence-based methodology system for assessing quality of evidence and strength of recommendations (8–11).

These recommendations are intended to provide guidance for the clinician caring for a patient with severe sepsis or septic shock. Recommendations from these guidelines cannot replace the clinician's decision-making capability when he or she is provided with a patient's unique set of clinical variables. Most of these recommendations are appropriate for the severe sepsis patient in both the intensive care unit (ICU) and non-ICU settings. In fact, the committee believes that currently, the greatest outcome improvement can be made through education and process change for those caring for severe sepsis patients in the non-ICU setting and across the spectrum of acute care. It should also be noted that resource limitations in some institutions and countries may prevent physicians from accomplishing particular recommendations.

## METHODS

Sepsis is defined as infection plus systemic manifestations of infection (Scheme 1) (12). Severe sepsis is defined as sepsis plus sepsis-induced organ dysfunction or tissue hypoperfusion. The threshold for this dysfunction has varied somewhat from one severe sepsis research study to another. An example of typical thresholds identification of severe sepsis is shown in Scheme 2 (12, 13). Sepsis-induced hypotension is defined as a systolic blood pressure (SBP) <90 mm Hg or mean arterial pressure <70 mm Hg or a SBP decrease >40 mm Hg or <2 SD below normal for age in the absence of other causes of hypotension. Septic shock is defined as sepsis-induced hypotension persisting de-

---

**Scheme 1. Diagnostic criteria for sepsis**

Infection, documented or suspected, and some of the following:
General variables
  Fever (>38.3°C)
  Hypothermia (core temperature <36°C)
  Heart rate >90 min$^{-1}$ or >2 SD above the normal value for age
  Tachypnea
  Altered mental status
  Significant edema or positive fluid balance (>20 mL/kg over 24 hrs)
  Hyperglycemia (plasma glucose >140 mg/dL or 7.7 mmol/L) in the absence of diabetes
Inflammatory variables
  Leukocytosis (WBC count >12,000 μL$^{-1}$)
  Leukopenia (WBC count <4000 μL$^{-1}$)
  Normal WBC count with >10% immature forms
  Plasma C-reactive protein >2 SD above the normal value
  Plasma procalcitonin >2 SD above the normal value
Hemodynamic variables
  Arterial hypotension (SBP <90 mm Hg; MAP <70 mm Hg; or an SBP decrease >40 mm Hg in adults or <2 SD below normal for age)
Organ dysfunction variables
  Arterial hypoxemia (Pao$_2$/Fio$_2$ <300)
  Acute oliguria (urine output <0.5 mL/Kg hr or 45 mmol/L for at least 2 hrs, despite adequate fluid resuscitation)
  Creatinine increase >0.5 mg/dL or 44.2 μmol/L
  Coagulation abnormalities (INR >1.5 or a PTT >60 secs)
  Ileus (absent bowel sounds)
  Thrombocytopenia (platelet count, <100,000 μL$^{-1}$)
  Hyperbilirubinemia (plasma total bilirubin >4 mg/dL or 70 μmol/L)
Tissue perfusion variables
  Hyperlactatemia (> upper limit of lab normal)
  Decreased capillary refill or mottling
Diagnostic criteria for sepsis in the pediatric population are signs and symptoms of inflammation plus infection with hyper- or hypothermia (rectal temperature >38.5°C or <35°C), tachycardia (may be absent in hypothermic patients), and at least one of the following indications of altered organ function: altered mental status, hypoxemia, increased serum lactate level, or bounding pulses.

WBC, white blood cell; SBP, systolic blood pressure; MAP, mean arterial blood pressure; INR, international normalized ratio; a PTT, activated partial thromboplastin time.

Adapted from Levy MM, Fink MP, Marshall JC, et al: 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. *Crit Care Med* 2003; 31:1250–1256

---

**Scheme 2.**

Severe sepsis = sepsis-induced tissue hypoperfusion or organ dysfunction (any of the following thought to be due to the infection)
  Sepsis-induced hypotension
  Lactate greater than the upper limits of normal laboratory results
  Urine output <0.5 mL/kg hr for >2 hrs, despite adequate fluid resuscitation
  ALI with Pao$_2$/Fio$_2$ <250 in the absence of pneumonia as infection source
  ALI with Pao$_2$/Fio$_2$ <200 in the presence of pneumonia as infection source
  Creatinine >2.0 mg/dL (176.8 μmol/L)
  Bilirubin >2 mg/dL (34.2 μmol/L)
  Platelet count <100,000
  Coagulopathy (INR >1.5)

ALI, acute lung injury; INR, international normalized ratio.

Adapted from Levy MM, Fink MP, Marshall JC, et al: 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. *Crit Care Med* 2003; 31:1250–1256. ACCP/SCCM Consensus Conference Committee: American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference: Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Crit Care Med* 1992; 20:864–874

---

PAR-VASO-0007308

spite adequate fluid resuscitation. Sepsis-induced tissue hypoperfusion is defined as either septic shock, an elevated lactate, or oliguria.

The current clinical practice guidelines build on the first and second editions from 2001 (discussed subsequently) and 2004 (6, 7, 14). The 2001 publication incorporated a MEDLINE search for clinical trials in the preceding 10 yrs, supplemented by a manual search of other relevant journals (14). The 2004 publication incorporated the evidence available through the end of 2003. The current publication is based on an updated search into 2007 (see following methods and rules).

The 2001 guidelines were coordinated by the International Sepsis Forum; the 2004 guidelines were funded by unrestricted educational grants from industry and administered through the Society of Critical Care Medicine (SCCM), the European Society of Intensive Care Medicine (ESICM), and the International Sepsis Forum. Two of the SSC administering organizations receive unrestricted industry funding to support SSC activities (ESICM and SCCM), but none of this funding was used to support the 2006/2007 committee meetings.

It is important to distinguish between the process of guidelines revision and the SSC. The SSC is partially funded by unrestricted educational industry grants, including those from Edwards Life-Sciences, Eli Lilly and Company, and Philips Medical Systems. SSC also received funding from the Coalition for Critical Care Excellence of the Society of Critical Care Medicine. The great majority of industry funding has come from Eli Lilly and Company.

Current industry funding for the SSC is directed to the performance improvement initiative. No industry funding was used in the guidelines revision process.

For both the 2004 and the 2006/2007 efforts, there were no members of the committee from industry, no industry input into guidelines development, and no industry presence at any of the meetings. Industry awareness or comment on the recommendations was not allowed. No member of the guideline committee received any honoraria for any role in the 2004 or 2006/2007 guidelines process. The committee considered the issue of recusement of individual committee members during deliberation and decision making in areas where committee members had either financial or academic competing inter-

ests; however, consensus as to threshold for exclusion could not be reached. Alternatively, the committee agreed to ensure full disclosure and transparency of all committee members' potential conflicts at time of publication. (See disclosures at the end of this document.)

The guidelines process included a modified Delphi method, a consensus conference, several subsequent meetings of subgroups and key individuals, teleconferences and electronic-based discussions among subgroups and members of the entire committee, and two follow-up nominal group meetings in 2007.

Subgroups were formed, each charged with updating recommendations in specific areas, including corticosteroids, blood products, activated protein C, renal replacement therapy, antibiotics, source control, and glucose control. Each subgroup was responsible for updating the evidence (into 2007, with major additional elements of information incorporated into the evolving manuscript throughout 2006 and 2007). A separate search was performed for each clearly defined question. The committee chair worked with subgroup heads to identify pertinent search terms that always included, at a minimum, sepsis, severe sepsis, septic shock, and sepsis syndrome crossed against the general topic area of the subgroup as well as pertinent key words of the specific question posed. All questions of the previous guidelines publications were searched, as were pertinent new questions generated by general topic-related search or recent trials. Quality of evidence was judged by predefined Grades of Recommendation, Assessment, Development and Evaluation (GRADE) criteria (discussed subsequently). Significant education of committee members on the GRADE approach was performed via e-mail before the first committee meeting and at the first meeting. Rules were distributed concerning assessing the body of evidence, and GRADE experts were available for questions throughout the process. Subgroups agreed electronically on draft proposals that were presented to committee meetings for general discussion. In January 2006, the entire group met during the 35th SCCM Critical Care Congress in San Francisco, California. The results of that discussion were incorporated into the next version of recommendations and again discussed using electronic mail. Recommendations were finalized during nominal group meetings

(composed of a subset of the committee members) at the 2007 SCCM (Orlando, FL) and 2007 International Symposium on Intensive Care and Emergency Medicine (Brussels) meetings with recirculation of deliberations and decisions to the entire group for comment or approval. At the discretion of the chair and following adequate discussion, competing proposals for wording of recommendations or assigning strength of evidence were resolved by formal voting. On occasions, voting was performed to give the committee a sense of distribution of opinions to facilitate additional discussion. The manuscript was edited for style and form by the writing committee with final approval by section leads for their respective group assignment and then by the entire committee.

The development of guidelines and grading of recommendations for the 2004 guideline development process were based on a system proposed by Sackett (15) in 1989, during one of the first American College of Chest Physicians (ACCP) conferences on the use of antithrombotic therapies. The revised guidelines recommendations are based on the GRADE system, a structured system for rating quality of evidence and grading strength of recommendation in clinical practice (8–11). The SSC Steering Committee and individual authors collaborated with GRADE representatives to apply the GRADE system to the SSC guidelines revision process. The members of GRADE group were directly involved, either in person or via e-mail, in all discussions and deliberations among the guidelines committee members as to grading decisions. Subsequently, the SSC authors used written material prepared by the GRADE group and conferred with GRADE group members who were available at the first committee meeting and subsequent nominal group meetings. GRADE representatives were also used as a resource throughout subgroup deliberation.

The GRADE system is based on a sequential assessment of the quality of evidence, followed by assessment of the balance between benefits vs. risks, burden, and cost and, based on the preceding, development and grading of a management recommendations (9–11). Keeping the rating of quality of evidence and strength of recommendation explicitly separate constitutes a crucial and defining feature of the GRADE approach. This system classifies quality of evidence as high (grade A), mod-

PAR-VASO-0007309

erate (grade B), low (grade C), or very low (grade D). Randomized trials begin as high-quality evidence but may be downgraded due to limitations in implementation, inconsistency or imprecision of the results, indirectness of the evidence, and possible reporting bias (Table 1). Examples of indirectness of the evidence include population studied, interventions used, outcomes measured, and how these relate to the question of interest. Observational (nonrandomized) studies begin as low-quality evidence, but the quality level may be upgraded on the basis of large magnitude of effect. An example of this is the quality of evidence for early administration of antibiotics.

The GRADE system classifies recommendations as strong (grade 1) or weak (grade 2). The grade of strong or weak is considered of greater clinical importance than a difference in letter level of quality of evidence. The committee assessed whether the desirable effects of adherence will outweigh the undesirable effects, and the strength of a recommendation reflects the group's degree of confidence in that assessment (Table 2). A strong recommendation in favor of an intervention reflects that the desirable effects of adherence to a recommendation (beneficial health outcomes, less burden on staff and patients, and cost savings) will clearly outweigh the undesirable effects (harms, more burden, and greater costs). A weak recommendation in favor of an intervention indicates that the desirable effects of adherence to a recommendation probably will outweigh the undesirable effects, but the panel is not confident about these tradeoffs—either because some of the evidence is low quality (and thus there remains uncertainty regarding the benefits and risks) or the benefits and downsides are closely balanced. While the degree of confidence is a continuum and there is no precise threshold between a strong and a weak recommendation, the presence of important concerns about one or more of the preceding factors makes a weak recommendation more likely. A strong recommendation is worded as "we recommend" and a weak recommendation as "we suggest."

The implications of calling a recommendation strong are that most well-informed patients would accept that intervention and that most clinicians should use it in most situations. There may be circumstances in which a strong recommendation cannot or should not be followed for an individual patient because of that patient's preferences or clinical characteristics that make the recommendation less applicable. Being a strong recommendation does not automatically imply standard of care. For example, the strong recommendation for administering antibiotics within 1 hr of the diagnosis of severe sepsis, although desirable, is not currently standard of care as verified by current practice (M Levy, personal communication, from first 8,000 patients entered internationally into the SSC performance improvement database). The implication of a weak recommendation is that although a majority of well-informed patients would accept it (but a substantial proportion would not), clinicians should consider its use according to particular circumstance.

Differences of opinion among committee members about interpretation of evidence, wording of proposals, or strength of recommendations were resolved using a specifically developed set of rules. We will describe this process in detail in a separate publication. In summary, the main approach for converting diverse opinions into a recommendation was as follows: 1) to give a recommendation a direction (for or against the given action), a majority of votes were to be in favor of that direction, with ≤20% preferring the opposite direction (there was a neutral vote allowed as well); 2) to call a given recommendation strong rather than weak, ≥70% "strong" votes were required; 3) if <70% of votes indicated "strong" preference, the recommendation was assigned a weak category of strength. We used a combination of modified Delphi process and nominal (expert) group techniques to ensure both depth and breadth of review. The entire review group (together with their parent organizations as required) participated in the larger, iterative, modified Delphi process. The smaller working group meetings, which took place in person, functioned as the nominal groups. If a clear consensus could not be obtained by polling within the nominal group meetings, the larger group was specifically asked to use the polling process. This was only required for corticosteroids

**Table 1. Determination of the quality of evidence**

- Underlying methodology
  - A. RCT
  - B. Downgraded RCT or upgraded observational studies
  - C. Well-done observational studies
  - D. Case series or expert opinion
- Factors that may decrease the strength of evidence
  1. Poor quality of planning and implementation of available RCTs, suggesting high likelihood of bias
  2. Inconsistency of results (including problems with subgroup analyses)
  3. Indirectness of evidence (differing population, intervention, control, outcomes, comparison)
  4. Imprecision of results
  5. High likelihood of reporting bias
- Main factors that may increase the strength of evidence
  1. Large magnitude of effect (direct evidence, RR >2 with no plausible confounders)
  2. Very large magnitude of effect with RR >5 and no threats to validity (by two levels)
  3. Dose-response gradient

RCT, randomized controlled trial; RR, relative risk.

**Table 2. Factors determining strong vs. weak recommendation**

| What Should Be Considered | Recommended Process |
|---|---|
| Quality of evidence | The lower the quality of evidence, the less likely a strong recommendation |
| Relative importance of the outcomes | If values and preferences vary widely, a strong recommendation becomes less likely |
| Baseline risks of outcomes | The higher the risk, the greater the magnitude of benefit |
| Magnitude of relative risk, including benefits, harms, and burden | Larger relative risk reductions or larger increases in relative risk of harm make a strong recommendation more or less likely, respectively |
| Absolute magnitude of the effect | The larger the absolute benefits and harms, the greater or lesser likelihood, respectively, of a strong recommendation |
| Precision of the estimates of the effects | The greater the precision, the more likely a strong recommendation |
| Costs | The higher the cost of treatment, the less likely a strong recommendation |

PAR-VASO-0007310

and glycemic control. The larger group had the opportunity to review all outputs. In this way the entire review combined intense focused discussion (nominal group) with broader review and monitoring using the Delphi process.

Note: Refer to Tables 3–5 for condensed adult recommendations.

# I. MANAGEMENT OF SEVERE SEPSIS

## A. Initial Resuscitation

1. We recommend the protocolized resuscitation of a patient with sepsis-induced shock, defined as tissue hypoperfusion (hypotension persisting after initial fluid challenge or blood lactate concentration $\geq 4$ mmol/L). This protocol should be initiated as soon as hypoperfusion is recognized and should not be delayed pending ICU admission. During the first 6 hrs of resuscitation, the goals of initial resuscitation of sepsis-induced hypoperfusion should include all of the following as one part of a treatment protocol:

> Central venous pressure 8–12 mm Hg
> Mean arterial pressure (MAP) $\geq 65$ mm Hg
> Urine output $\geq 0.5$ mL·kg$^{-1}$·hr$^{-1}$
> Central venous (superior vena cava) or mixed venous oxygen saturation $\geq 70\%$ or $\geq 65\%$, respectively (grade 1C)

*Rationale.* Early goal-directed resuscitation has been shown to improve survival for emergency department patients presenting with septic shock in a randomized, controlled, single-center study (16). Resuscitation directed toward the previously mentioned goals for the initial 6-hr period of the resuscitation was able to reduce 28-day mortality rate. The consensus panel judged use of central venous and mixed venous oxygen saturation targets to be equivalent. Either intermittent or continuous measurements of oxygen saturation were judged to be acceptable. Although blood lactate concentration may lack precision as a measure of tissue metabolic status, elevated levels in sepsis support aggressive resuscitation. In mechanically ventilated patients or patients with known preexisting decreased ventricular compliance, a higher target central venous pressure of 12–15 mm Hg is recommended to account for the imped-

Table 3. Initial resuscitation and infection issues

Strength of recommendation and quality of evidence have been assessed using the GRADE criteria, presented in parentheses after each guideline
  ● Indicates a strong recommendation, or "we recommend"
  ○ Indicates a weak recommendation, or "we suggest"
*Initial resuscitation (first 6 hrs)*
  ● Begin resuscitation immediately in patients with hypotension or elevated serum lactate >4 mmol/L; do not delay pending ICU admission (1C)
  ● Resuscitation goals (1C)
    CVP 8–12 mm Hg[a]
    Mean arterial pressure $\geq 65$ mm Hg
    Urine output $\geq 0.5$ mL·kg$^{-1}$·hr$^{-1}$
    Central venous (superior vena cava) oxygen saturation $\geq 70\%$ or mixed venous $\geq 65\%$
  ○ If venous oxygen saturation target is not achieved (2C)
    Consider further fluid
    Transfuse packed red blood cells if required to hematocrit of $\geq 30\%$ and/or
    Start dobutamine infusion, maximum 20 µg·kg$^{-1}$·min$^{-1}$
*Diagnosis*
  ● Obtain appropriate cultures before starting antibiotics provided this does not significantly delay antimicrobial administration (1C)
    Obtain two or more BCs
    One or more BCs should be percutaneous
    One BC from each vascular access device in place >48 hrs
    Culture other sites as clinically indicated
  ● Perform imaging studies promptly to confirm and sample any source of infection, if safe to do so (1C)
*Antibiotic therapy*
  ● Begin intravenous antibiotics as early as possible and always within the first hour of recognizing severe sepsis (1D) and septic shock (1B)
  ● Broad-spectrum: one or more agents active against likely bacterial/fungal pathogens and with good penetration into presumed source (1B)
  ● Reassess antimicrobial regimen daily to optimize efficacy, prevent resistance, avoid toxicity, and minimize costs (1C)
    ○ Consider combination therapy in *Pseudomonas* infections (2D)
    ○ Consider combination empiric therapy in neutropenic patients (2D)
    ○ Combination therapy $\leq 3$–5 days and de-escalation following susceptibilities (2D)
  ● Duration of therapy typically limited to 7–10 days; longer if response is slow or there are undrainable foci of infection or immunologic deficiencies (1D)
  ● Stop antimicrobial therapy if cause is found to be noninfectious (1D)
*Source identification and control*
  ● A specific anatomic site of infection should be established as rapidly as possible (1C) and within first 6 hrs of presentation (1D)
  ● Formally evaluate patient for a focus of infection amenable to source control measures (e.g. abscess drainage, tissue debridement) (1C)
  ● Implement source control measures as soon as possible following successful initial resuscitation (1C) (exception: infected pancreatic necrosis, where surgical intervention is best delayed) (2B)
  ● Choose source control measure with maximum efficacy and minimal physiologic upset (1D)
  ● Remove intravascular access devices if potentially infected (1C)

GRADE, Grades of Recommendation, Assessment, Development and Evaluation; ICU, intensive care unit; CVP, central venous pressure; BC, blood culture.
[a]A higher target CVP of 12–15 mm Hg is recommended in the presence of mechanical ventilation or preexisting decreased ventricular compliance.

iment to filling (17). Similar consideration may be warranted in circumstances of increased abdominal pressure or diastolic dysfunction (18). Elevated central venous pressures may also be seen with preexisting clinically significant pulmonary artery hypertension. Although the cause of tachycardia in septic patients may be multifactorial, a decrease in elevated pulse rate with fluid resuscitation is often a useful marker of improving intravascular filling. Recently published observational studies have demonstrated an association between good clinical out-

come in septic shock and MAP $\geq 65$ mm Hg as well as central venous oxygen saturation (Scvo$_2$, measured in superior vena cava, either intermittently or continuously) of $\geq 70\%$ (19). Many recent studies support the value of early protocolized resuscitation in severe sepsis and sepsis-induced tissue hypoperfusion (20–25). Studies of patients with shock indicate that mixed venous oxygen saturation (S$\bar{V}$o$_2$) runs 5–7% lower than central venous oxygen saturation (Scvo$_2$) (26) and that an early goal-directed resuscitation protocol can be established in a nonresearch general practice venue (27).

PAR-VASO-0007311

Table 4. Hemodynamic support and adjunctive therapy

Strength of recommendation and quality of evidence have been assessed using the GRADE criteria, presented in parentheses after each guideline.
- ● Indicates a strong recommendation, or "we recommend"
- ○ Indicates a weak recommendation, or "we suggest"

*Fluid therapy*
- ● Fluid-resuscitate using crystalloids or colloids (1B)
- ● Target a CVP of ≥8 mm Hg (≥12 mm Hg if mechanically ventilated) (1C)
- ● Use a fluid challenge technique while associated with a hemodynamic improvement (1D)
- ● Give fluid challenges of 1000 mL of crystalloids or 300–500 mL of colloids over 30 mins. More rapid and larger volumes may be required in sepsis-induced tissue hypoperfusion (1D)
- ● Rate of fluid administration should be reduced if cardiac filling pressures increase without concurrent hemodynamic improvement (1D)

*Vasopressors*
- ● Maintain MAP ≥65 mm Hg (1C)
- ● Norepinephrine and dopamine centrally administered are the initial vasopressors of choice (1C)
- ○ Epinephrine, phenylephrine, or vasopressin should not be administered as the initial vasopressor in septic shock (2C). Vasopressin 0.03 units/min may be subsequently added to norepinephrine with anticipation of an effect equivalent to norepinephrine alone
- ○ Use epinephrine as the first alternative agent in septic shock when blood pressure is poorly responsive to norepinephrine or dopamine (2B).
- ● Do not use low-dose dopamine for renal protection (1A)
- ● In patients requiring vasopressors, insert an arterial catheter as soon as practical (1D)

*Inotropic therapy*
- ● Use dobutamine in patients with myocardial dysfunction as supported by elevated cardiac filling pressures and low cardiac output (1C)
- ● Do not increase cardiac index to predetermined supranormal levels (1B)

*Steroids*
- ○ Consider intravenous hydrocortisone for adult septic shock when hypotension responds poorly to adequate fluid resuscitation and vasopressors (2C)
- ○ ACTH stimulation test is not recommended to identify the subset of adults with septic shock who should receive hydrocortisone (2B)
- ○ Hydrocortisone is preferred to dexamethasone (2B)
- ○ Fludrocortisone (50 μg orally once a day) may be included if an alternative to hydrocortisone is being used that lacks significant mineralocorticoid activity. Fludrocortisone if optional if hydrocortisone is used (2C)
- ○ Steroid therapy may be weaned once vasopressors are no longer required (2D)
- ● Hydrocortisone dose should be ≤300 mg/day (1A)
- ● Do not use corticosteroids to treat sepsis in the absence of shock unless the patient's endocrine or corticosteroid history warrants it (1D)

*Recombinant human activated protein C*
- ○ Consider rhAPC in adult patients with sepsis-induced organ dysfunction with clinical assessment of high risk of death (typically APACHE II ≥25 or multiple organ failure) if there are no contraindications (2B, 2C for postoperative patients).
- ● Adult patients with severe sepsis and low risk of death (typically, APACHE II <20 or one organ failure) should not receive rhAPC (1A)

GRADE, Grades of Recommendation, Assessment, Development and Evaluation; CVP, central venous pressure; MAP, mean arterial pressure; ACTH, adrenocorticotropic hormone; rhAPC, recombinant human activated protein C; APACHE, Acute Physiology and Chronic Health Evaluation.

There are recognized limitations to ventricular filling pressure estimates as surrogates for fluid resuscitation (28, 29). However, measurement of central venous pressure is currently the most readily obtainable target for fluid resuscitation. There may be advantages to targeting fluid resuscitation to flow and perhaps to volumetric indices (and even to microcirculation changes) (30–33). Technologies currently exist that allow measurement of flow at the bedside (34, 35). Future goals should be making these technologies more accessible during the critical early resuscitation period and research to validate utility. These technologies are already available for early ICU resuscitation.

2. We suggest that during the first 6 hrs of resuscitation of severe sepsis or septic shock, if $ScvO_2$ or $S\bar{V}O_2$ of 70% or 65%, respectively, is not achieved with fluid resuscitation to the central venous pressure target, then transfusion of packed red blood cells to achieve a hematocrit of ≥30% and/or administration of a dobutamine infusion (up to a maximum of 20 $\mu g \cdot kg^{-1} \cdot min^{-1}$) be used to achieve this goal (grade 2C).

*Rationale.* The protocol used in the study cited previously targeted an increase in $ScvO_2$ to ≥70% (16). This was achieved by sequential institution of initial fluid resuscitation, packed red blood cells, and then dobutamine. This protocol was associated with an improvement in survival. Based on bedside clinical assessment and personal preference, a clinician may deem either blood transfusion (if hematocrit is <30%) or dobutamine the best initial choice to increase oxygen delivery and thereby elevate $ScvO_2$, when fluid resuscitation is believed to be already adequate. The design of the aforementioned trial did not allow assessment of the relative contribution of these two components (i.e., increasing oxygen content or increasing cardiac output) of the protocol on achievement of improved outcome.

## B. Diagnosis

1. We recommend obtaining appropriate cultures before antimicrobial therapy is initiated if such cultures do not cause significant delay in antibiotic administration. To optimize identification of causative organisms, we recommend at least two blood cultures be obtained before antibiotics with at least one drawn percutaneously and one drawn through each vascular access device, unless the device was recently (<48 hrs) inserted. Cultures of other sites (preferably quantitative where appropriate), such as urine, cerebrospinal fluid, wounds, respiratory secretions, or other body fluids that may be the source of infection should also be obtained before antibiotic therapy if not associated with significant delay in antibiotic administration (grade 1C).

*Rationale.* Although sampling should not delay timely administration of antibiotics in patients with severe sepsis (e.g., lumbar puncture in suspected meningitis), obtaining appropriate cultures before administration of antibiotics is essential to confirm infection and the responsible pathogens and to allow deescalation of antibiotic therapy after receipt of the susceptibility profile. Samples can be refrigerated or frozen if processing cannot be performed immediately. Immediate transport to a microbiological lab is necessary. Because rapid sterilization of blood cultures can occur within a few hours after the first antibiotic dose, obtaining those cultures before starting therapy is essential if the causative organ-

PAR-VASO-0007312

**Table 5. Other supportive therapy of severe sepsis**

Strength of recommendation and quality of evidence have been assessed using the GRADE criteria, presented in parentheses after each guideline
- ● Indicates a strong recommendation, or "we recommend"
- ○ Indicates a weak recommendation, or "we suggest"

*Blood product administration*
- ● Give red blood cells when hemoglobin decreases to <7.0 g/dL (<70 g/L) to target a hemoglobin of 7.0–9.0 g/dL in adults (1B). A higher hemoglobin level may be required in special circumstances (e.g., myocardial ischaemia, severe hypoxemia, acute hemorrhage, cyanotic heart disease, or lactic acidosis)
- ● Do not use erythropoietin to treat sepsis-related anemia. Erythropoietin may be used for other accepted reasons (1B)
- ○ Do not use fresh frozen plasma to correct laboratory clotting abnormalities unless there is bleeding or planned invasive procedures (2D)
- ● Do not use antithrombin therapy (1B)
- ○ Administer platelets when (2D)
  Counts are <5000/mm$^3$ ($5 \times 10^9$/L) regardless of bleeding
  Counts are 5000–30,000/mm$^3$ ($5$–$30 \times 10^9$/L) and there is significant bleeding risk
  Higher platelet counts ($\geq$50,000/mm$^3$ [$50 \times 10^9$/L]) are required for surgery or invasive procedures

*Mechanical ventilation of sepsis-induced ALI/ARDS*
- ● Target a tidal volume of 6 mL/kg (predicted) body weight in patients with ALI/ARDS (1B)
- ● Target an initial upper limit plateau pressure $\leq$30 cm $H_2O$. Consider chest wall compliance when assessing plateau pressure (1C)
- ● Allow $Paco_2$ to increase above normal, if needed, to minimize plateau pressures and tidal volumes (1C)
- ● Set PEEP to avoid extensive lung collapse at end-expiration (1C)
- ○ Consider using the prone position for ARDS patients requiring potentially injurious levels of $Fio_2$ or plateau pressure, provided they are not put at risk from positional changes (2C)
- ● Maintain mechanically ventilated patients in a semirecumbent position (head of the bed raised to 45°) unless contraindicated (1B), between 30° and 45° (2C)
- ○ Noninvasive ventilation may be considered in the minority of ALI/ARDS patients with mild to moderate hypoxemic respiratory failure. The patients need to be hemodynamically stable, comfortable, easily arousable, able to protect/clear their airway, and expected to recover rapidly (2B)
- ● Use a weaning protocol and an SBT regularly to evaluate the potential for discontinuing mechanical ventilation (1A)
  - ● SBT options include a low level of pressure support with continuous positive airway pressure 5 cm $H_2O$ or a T piece
  - ● Before the SBT, patients should
    be arousable
    be hemodynamically stable without vasopressors
    have no new potentially serious conditions
    have low ventilatory and end-expiratory pressure requirement
    require $Fio_2$ levels that can be safely delivered with a face mask or nasal cannula
- ● Do not use a pulmonary artery catheter for the routine monitoring of patients with ALI/ARDS (1A)
- ● Use a conservative fluid strategy for patients with established ALI who do not have evidence of tissue hypoperfusion (1C)

*Sedation, analgesia, and neuromuscular blockade in sepsis*
- ● Use sedation protocols with a sedation goal for critically ill mechanically ventilated patients (1B)
- ● Use either intermittent bolus sedation or continuous infusion sedation to predetermined end points (sedation scales), with daily interruption/lightening to produce awakening. Re-titrate if necessary (1B)
- ● Avoid neuromuscular blockers where possible. Monitor depth of block with train-of-four when using continuous infusions (1B)

*Glucose control*
- ● Use intravenous insulin to control hyperglycemia in patients with severe sepsis following stabilization in the ICU (1B)
- ○ Aim to keep blood glucose <150 mg/dL (8.3 mmol/L) using a validated protocol for insulin dose adjustment (2C)
- ● Provide a glucose calorie source and monitor blood glucose values every 1–2 hrs (4 hrs when stable) in patients receiving intravenous insulin (1C)
- ● Interpret with caution low glucose levels obtained with point of care testing, as these techniques may overestimate arterial blood or plasma glucose values (1B)

*Renal replacement*
- ○ Intermittent hemodialysis and CVVH are considered equivalent (2B)
- ○ CVVH offers easier management in hemodynamically unstable patients (2D)

*Bicarbonate therapy*
- ● Do not use bicarbonate therapy for the purpose of improving hemodynamics or reducing vasopressor requirements when treating hypoperfusion-induced lactic acidemia with pH $\geq$7.15 (1B)

*Deep vein thrombosis prophylaxis*
- ● Use either low-dose UFH or LMWH, unless contraindicated (1A)
- ● Use a mechanical prophylactic device, such as compression stockings or an intermittent compression device, when heparin is contraindicated (1A)
- ○ Use a combination of pharmacologic and mechanical therapy for patients who are at very high risk for deep vein thrombosis (2C)
- ○ In patients at very high risk, LMWH should be used rather than UFH (2C)

*Stress ulcer prophylaxis*
- ● Provide stress ulcer prophylaxis using H2 blocker (1A) or proton pump inhibitor (1B). Benefits of prevention of upper gastrointestinal bleed must be weighed against the potential for development of ventilator-acquired pneumonia

*Consideration for limitation of support*
- ○ Discuss advance care planning with patients and families. Describe likely outcomes and set realistic expectations (1D)

---

GRADE, Grades of Recommendation, Assessment, Development and Evaluation; ALI, acute lung injury; ARDS, acute respiratory distress syndrome; PEEP, positive end-expiratory pressure; SBT, spontaneous breathing trial; ICU, intensive care unit; CVVH, continuous veno-venous hemofiltration; UFH, unfractionated heparin; LMWH, low-molecular weight heparin.

---

ism is to be identified. Two or more blood cultures are recommended (36). In patients with indwelling catheters (for >48 hrs), at least one blood culture should be drawn through each lumen of each vascular access device. Obtaining blood cultures peripherally and through a vascular access device is an important strategy. If the same organism is recovered from both cultures, the likelihood that the organism is causing the severe sepsis is enhanced. In addition, if the culture drawn through the vascular access device is positive much earlier than the peripheral blood culture (i.e., >2 hrs

PAR-VASO-0007313

earlier), the data support the concept that the vascular access device is the source of the infection (37). Quantitative cultures of catheter and peripheral blood are also useful for determining whether the catheter is the source of infection. Volume of blood drawn with the culture tube should be ≥10 mL (38). Quantitative (or semi-quantitative) cultures of respiratory tract secretions are recommended for the diagnosis of ventilator-associated pneumonia (39). Gram-negative stain can be useful, in particular for respiratory tract specimens, to help decide the microorganisms to be targeted. The potential role of biomarkers for diagnosis of infection in patients presenting with severe sepsis remains undefined. The procalcitonin level, although often useful, is problematic in patients with an acute inflammatory pattern from other causes (e.g., postoperative, shock) (40). In the near future, rapid diagnostic methods (polymerase chain reaction, micro-arrays) might prove extremely helpful for a quicker identification of pathogens and major antimicrobial resistance determinants (41).

2. We recommend that imaging studies be performed promptly in attempts to confirm a potential source of infection. Sampling of potential sources of infection should occur as they are identified; however, some patients may be too unstable to warrant certain invasive procedures or transport outside of the ICU. Bedside studies, such as ultrasound, are useful in these circumstances (grade 1C).

*Rationale.* Diagnostic studies may identify a source of infection that requires removal of a foreign body or drainage to maximize the likelihood of a satisfactory response to therapy. However, even in the most organized and well-staffed healthcare facilities, transport of patients can be dangerous, as can placing patients in outside-unit imaging devices that are difficult to access and monitor. Balancing risk and benefit is therefore mandatory in those settings.

## C. Antibiotic Therapy

1. We recommend that intravenous antibiotic therapy be started as early as possible and within the first hour of recognition of septic shock (1B) and severe sepsis without septic shock (1D). Appropriate cultures should be obtained before initiating antibiotic therapy but should not prevent prompt administration of antimicrobial therapy (grade 1D).

*Rationale.* Establishing vascular access and initiating aggressive fluid resuscitation are the first priority when managing patients with severe sepsis or septic shock. However, prompt infusion of antimicrobial agents should also be a priority and may require additional vascular access ports (42, 43). In the presence of septic shock, each hour delay in achieving administration of effective antibiotics is associated with a measurable increase in mortality (42). If antimicrobial agents cannot be mixed and delivered promptly from the pharmacy, establishing a supply of premixed antibiotics for such urgent situations is an appropriate strategy for ensuring prompt administration. In choosing the antimicrobial regimen, clinicians should be aware that some antimicrobial agents have the advantage of bolus administration, while others require a lengthy infusion. Thus, if vascular access is limited and many different agents must be infused, bolus drugs may offer an advantage.

2a. We recommend that initial empirical anti-infective therapy include one or more drugs that have activity against all likely pathogens (bacterial and/or fungal) and that penetrate in adequate concentrations into the presumed source of sepsis (grade 1B).

*Rationale.* The choice of empirical antibiotics depends on complex issues related to the patient's history, including drug intolerances, underlying disease, the clinical syndrome, and susceptibility patterns of pathogens in the community, in the hospital, and that previously have been documented to colonize or infect the patient. There is an especially wide range of potential pathogens for neutropenic patients.

Recently used antibiotics should generally be avoided. When choosing empirical therapy, clinicians should be cognizant of the virulence and growing prevalence of oxacillin (methicillin)-resistant *Staphylococcus aureus* (ORSA or MRSA) in some communities and healthcare settings (especially in the United States). If the prevalence is significant, and in consideration of the virulence of this organism, empirical therapy adequate for this pathogen would be warranted. Clinicians should also consider whether candidemia is a likely pathogen when choosing initial therapy. When deemed warranted, the selection of empirical antifungal therapy (e.g., fluconazole, amphotericin B, or echinocandin) will be tailored to the local pattern of the most prevalent *Candida* species and any prior administration of azoles drugs (44). Risk factors for candidemia should also be considered when choosing initial therapy.

Because patients with severe sepsis or septic shock have little margin for error in the choice of therapy, the initial selection of antimicrobial therapy should be broad enough to cover all likely pathogens. There is ample evidence that failure to initiate appropriate therapy (i.e., therapy with activity against the pathogen that is subsequently identified as the causative agent) correlates with increased morbidity and mortality (45–48).

Patients with severe sepsis or septic shock warrant broad-spectrum therapy until the causative organism and its antibiotic susceptibilities are defined. Restriction of antibiotics as a strategy to reduce the development of antimicrobial resistance or to reduce cost is not an appropriate initial strategy in this patient population.

All patients should receive a full loading dose of each antimicrobial. However, patients with sepsis or septic shock often have abnormal renal or hepatic function and may have abnormal volumes of distribution due to aggressive fluid resuscitation. Drug serum concentration monitoring can be useful in an ICU setting for those drugs that can be measured promptly. An experienced physician or clinical pharmacist should be consulted to ensure that serum concentrations are attained that maximize efficacy and minimize toxicity (49–52).

2b. We recommend that the antimicrobial regimen be reassessed daily to optimize activity, to prevent the development of resistance, to reduce toxicity, and to reduce costs (grade 1C).

*Rationale.* Although restriction of antibiotics as a strategy to reduce the development of antimicrobial resistance or to reduce cost is not an appropriate initial strategy in this patient population, once the causative pathogen has been identified, it may become apparent that none of the empirical drugs offers optimal therapy; that is, there may be another drug proven to produce superior clinical out-

PAR-VASO-0007314

come that should therefore replace empirical agents.

Narrowing the spectrum of antibiotic coverage and reducing the duration of antibiotic therapy will reduce the likelihood that the patient will develop superinfection with pathogenic or resistant organisms, such as *Candida* species, *Clostridium difficile*, or vancomycin-resistant *Enterococcus faecium*. However, the desire to minimize superinfections and other complications should not take precedence over the need to give the patient an adequate course of therapy to cure the infection that caused the severe sepsis or septic shock.

2c. We suggest combination therapy for patients with known or suspected *Pseudomonas* infections as a cause of severe sepsis (grade 2D).
2d. We suggest combination empirical therapy for neutropenic patients with severe sepsis (grade 2D).
2e. When used empirically in patients with severe sepsis, we suggest that combination therapy should not be administered for >3–5 days. De-escalation to the most appropriate single therapy should be performed as soon as the susceptibility profile is known (grade 2D).

*Rationale.* Although no study or meta-analysis has convincingly demonstrated that combination therapy produces a superior clinical outcome for individual pathogens in a particular patient group, combination therapies do produce *in vitro* synergy against pathogens in some models (although such synergy is difficult to define and predict). In some clinical scenarios, such as the two preceding, combination therapies are biologically plausible and are likely clinically useful even if evidence has not demonstrated improved clinical outcome (53–56). Combination therapy for suspected known *Pseudomonas* pending sensitivities increases the likelihood that at least one drug is effective against that strain and positively affects outcome (57).

3. We recommend that the duration of therapy typically be 7–10 days; longer courses may be appropriate in patients who have a slow clinical response, undrainable foci of infection, or immunologic deficiencies, including neutropenia (grade 1D).
4. We recommend that if the presenting clinical syndrome is determined to be due to a noninfectious cause, antimicrobial therapy be stopped promptly to minimize the likelihood that the patient will become infected with an antibiotic-resistant pathogen or will develop a drug-related adverse effect (grade 1D).

*Rationale.* Clinicians should be cognizant that blood cultures will be negative in >50% of cases of severe sepsis or septic shock, yet many of these cases are very likely caused by bacteria or fungi. Thus, the decisions to continue, narrow, or stop antimicrobial therapy must be made on the basis of clinician judgment and clinical information.

## D. Source Control

1a. We recommend that a specific anatomical diagnosis of infection requiring consideration for emergent source control (e.g., necrotizing fasciitis, diffuse peritonitis, cholangitis, intestinal infarction) be sought and diagnosed or excluded as rapidly as possible (grade 1C) and within the first 6 hrs following presentation (grade 1D).
1b. We further recommend that all patients presenting with severe sepsis be evaluated for the presence of a focus on infection amenable to source control measures, specifically the drainage of an abscess or local focus on infection, the debridement of infected necrotic tissue, the removal of a potentially infected device, or the definitive control of a source of ongoing microbial contamination (grade 1C). (Appendix A provides examples of potential sites needing source control.)
2. We suggest that when infected peripancreatic necrosis is identified as a potential source of infection, definitive intervention is best delayed until adequate demarcation of viable and nonviable tissues has occurred (grade 2B).
3. We recommend that when source control is required, the effective intervention associated with the least physiologic insult be employed (e.g., percutaneous rather than surgical drainage of an abscess (grade 1D).
4. We recommend that when intravascular access devices are a possible source of severe sepsis or septic shock, they be promptly removed after other vascular access has been established (grade 1C).

*Rationale.* The principals of source control in the management of sepsis include a rapid diagnosis of the specific site of infection and identification of a focus on infection amenable to source control measures (specifically the drainage of an abscess, debridement of infected necrotic tissue, removal of a potentially infected device, and definitive control of a source of ongoing microbial contamination) (58). Foci of infection readily amenable to source control measures include an intra-abdominal abscess or gastrointestinal perforation, cholangitis or pyelonephritis, intestinal ischemia or necrotizing soft tissue infection, and other deep space infection, such as an empyema or septic arthritis. Such infectious foci should be controlled as soon as possible following successful initial resuscitation (59), accomplishing the source control objective with the least physiologic upset possible (e.g., percutaneous rather than surgical drainage of an abscess [60], endoscopic rather than surgical drainage of biliary tree), and removing intravascular access devices that are potentially the source of severe sepsis or septic shock promptly after establishing other vascular access (61, 62). A randomized, controlled trial comparing early vs. delayed surgical intervention for peripancreatic necrosis showed better outcomes with a delayed approach (63). However, areas of uncertainty exist, such as definitive documentation of infection and appropriate length of delay. The selection of optimal source control methods must weigh benefits and risks of the specific intervention as well as risks of transfer (64). Source control interventions may cause further complications, such as bleeding, fistulas, or inadvertent organ injury. Surgical intervention should be considered when lesser interventional approaches are inadequate or when diagnostic uncertainty persists despite radiologic evaluation. Specific clinical situations require consideration of available choices, patient's preferences, and clinician's expertise.

## E. Fluid Therapy

1. We recommend fluid resuscitation with either natural/artificial colloids or crystalloids. There is no evidence-based support for one type of fluid over another (grade 1B).

*Rationale.* The SAFE study indicated that albumin administration was safe and equally as effective as crystalloid (65). There was an insignificant decrease in mortality rates with the use of colloid in a subset

PAR-VASO-0007315

analysis of septic patients ($p = .09$). Previous meta-analyses of small studies of ICU patients had demonstrated no difference between crystalloid and colloid fluid resuscitation (66–68). Although administration of hydroxyethyl starch may increase the risk of acute renal failure in patients with sepsis, variable findings preclude definitive recommendations (69, 70). As the volume of distribution is much larger for crystalloids than for colloids, resuscitation with crystalloids requires more fluid to achieve the same end points and results in more edema. Crystalloids are less expensive.

2. We recommend that fluid resuscitation initially target a central venous pressure of ≥8 mm Hg (12 mm Hg in mechanically ventilated patients). Further fluid therapy is often required (grade 1C).

3a. We recommend that a fluid challenge technique be applied wherein fluid administration is continued as long as the hemodynamic improvement (e.g., arterial pressure, heart rate, urine output) continues (grade 1D).

3b. We recommend that fluid challenge in patients with suspected hypovolemia be started with ≥1000 mL of crystalloids or 300–500 mL of colloids over 30 mins. More rapid administration and greater amounts of fluid may be needed in patients with sepsis-induced tissue hypoperfusion (see Initial Resuscitation recommendations) (grade 1D).

3c. We recommend that the rate of fluid administration be reduced substantially when cardiac filling pressures (central venous pressure or pulmonary artery balloon-occluded pressure) increase without concurrent hemodynamic improvement (grade 1D).

*Rationale.* Fluid challenge must be clearly separated from simple fluid administration; it is a technique in which large amounts of fluids are administered over a limited period of time under close monitoring to evaluate the patient's response and avoid the development of pulmonary edema. The degree of intravascular volume deficit in patients with severe sepsis varies. With venodilation and ongoing capillary leak, most patients require continuing aggressive fluid resuscitation during the first 24 hrs of management. Input is typically much greater than output, and input/output ratio is of no utility to judge fluid resuscitation needs during this time period.

## F. Vasopressors

1. We recommend that mean arterial pressure (MAP) be maintained ≥65 mm Hg (grade 1C).

*Rationale.* Vasopressor therapy is required to sustain life and maintain perfusion in the face of life-threatening hypotension, even when hypovolemia has not yet been resolved. Below a certain mean arterial pressure, autoregulation in various vascular beds can be lost, and perfusion can become linearly dependent on pressure. Thus, some patients may require vasopressor therapy to achieve a minimal perfusion pressure and maintain adequate flow (71, 72). The titration of norepinephrine to as low as MAP 65 mm Hg has been shown to preserve tissue perfusion (72). In addition, preexisting comorbidities should be considered as to most appropriate MAP target. For example, a MAP of 65 mm Hg might be too low in a patient with severe uncontrolled hypertension, and in a young previously normotensive, a lower MAP might be adequate. Supplementing end points, such as blood pressure, with assessment of regional and global perfusion, such as blood lactate concentrations and urine output, is important. Adequate fluid resuscitation is a fundamental aspect of the hemodynamic management of patients with septic shock and should ideally be achieved before vasopressors and inotropes are used, but using vasopressors early as an emergency measure in patients with severe shock is frequently necessary. When that occurs, great effort should be directed to weaning vasopressors with continuing fluid resuscitation.

2. We recommend either norepinephrine or dopamine as the first choice vasopressor agent to correct hypotension in septic shock (administered through a central catheter as soon as one is available) (grade 1C).

3a. We suggest that epinephrine, phenylephrine, or vasopressin should not be administered as the initial vasopressor in septic shock (grade 2C). Vasopressin 0.03 units/min may be added to norepinephrine subsequently with anticipation of an effect equivalent to that of norepinephrine alone.

3b. We suggest that epinephrine be the first chosen alternative agent in septic shock that is poorly responsive to norepinephrine or dopamine (grade 2B).

*Rationale.* There is no high-quality primary evidence to recommend one catecholamine over another. Much literature exists that contrasts the physiologic effects of choice of vasopressor and combined inotrope/vasopressors in septic shock (73–85). Human and animal studies suggest some advantages of norepinephrine and dopamine over epinephrine (the latter with the potential for tachycardia as well as disadvantageous effects on splanchnic circulation and hyperlactemia) and phenylephrine (decrease in stroke volume). There is, however, no clinical evidence that epinephrine results in worse outcomes, and it should be the first chosen alternative to dopamine or norepinephrine. Phenylephrine is the adrenergic agent least likely to produce tachycardia but as a pure vasopressor would be expected to decrease stroke volume. Dopamine increases mean arterial pressure and cardiac output, primarily due to an increase in stroke volume and heart rate. Norepinephrine increases mean arterial pressure due to its vasoconstrictive effects, with little change in heart rate and less increase in stroke volume compared with dopamine. Either may be used as a first-line agent to correct hypotension in sepsis. Norepinephrine is more potent than dopamine and may be more effective at reversing hypotension in patients with septic shock. Dopamine may be particularly useful in patients with compromised systolic function but causes more tachycardia and may be more arrhythmogenic (86). It may also influence the endocrine response via the hypothalamic-pituitary axis and have immunosuppressive effects.

Vasopressin levels in septic shock have been reported to be lower than anticipated for a shock state (87). Low doses of vasopressin may be effective in raising blood pressure in patients refractory to other vasopressors and may have other potential physiologic benefits (88–93). Terlipressin has similar effects but is long lasting (94). Studies show that vasopressin concentrations are elevated in early septic shock, but with continued shock the concentration decreases to normal range in the majority of patients between 24 and 48 hrs (95). This has been called *relative vasopressin deficiency* because in the presence of hypotension, vasopressin would be expected to be elevated. The significance of this finding is unknown. The recent VASST trial, a randomized, controlled trial comparing norepinephrine alone to norepinephrine plus vaso-

PAR-VASO-0007316

pressin at 0.03 units/min, showed no difference in outcome in the intent to treat population. An *a priori* defined subgroup analysis showed that the survival of patients receiving <15 µg/min norepinephrine at the time of randomization was better with vasopressin. However, the pretrial rationale for this stratification was based on exploring potential benefit in the ≥15 µg norepinephrine requirement population. Higher doses of vasopressin have been associated with cardiac, digital, and splanchnic ischemia and should be reserved for situations where alternative vasopressors have failed (96). Cardiac output measurement to allow maintenance of a normal or elevated flow is desirable when these pure vasopressors are instituted.

5. We recommend that low-dose dopamine not be used for renal protection (grade 1A).

*Rationale.* A large randomized trial and meta-analysis comparing low-dose dopamine to placebo found no difference in either primary outcomes (peak serum creatinine, need for renal replacement, urine output, time to recovery of normal renal function) or secondary outcomes (survival to either ICU or hospital discharge, ICU stay, hospital stay, arrhythmias) (97, 98). Thus, the available data do not support administration of low doses of dopamine solely to maintain renal function.

6. We recommend that all patients requiring vasopressors have an arterial catheter placed as soon as practical if resources are available (grade 1D).

*Rationale.* In shock states, estimation of blood pressure using a cuff is commonly inaccurate; use of an arterial cannula provides a more appropriate and reproducible measurement of arterial pressure. These catheters also allow continuous analysis so that decisions regarding therapy can be based on immediate and reproducible blood pressure information.

## G. Inotropic Therapy

1. We recommend that a dobutamine infusion be administered in the presence of myocardial dysfunction as suggested by elevated cardiac filling pressures and low cardiac output (grade 1C).
2. We recommend against the use of a strategy to increase cardiac index to predetermined supranormal levels (grade 1B).

*Rationale.* Dobutamine is the first-choice inotrope for patients with measured or suspected low cardiac output in the presence of adequate left ventricular filling pressure (or clinical assessment of adequate fluid resuscitation) and adequate mean arterial pressure. Septic patients who remain hypotensive after fluid resuscitation may have low, normal, or increased cardiac outputs. Therefore, treatment with a combined inotrope/vasopressor, such as norepinephrine or dopamine, is recommended if cardiac output is not measured. When the capability exists for monitoring cardiac output in addition to blood pressure, a vasopressor, such as norepinephrine, may be used separately to target specific levels of mean arterial pressure and cardiac output. Two large prospective clinical trials that included critically ill ICU patients who had severe sepsis failed to demonstrate benefit from increasing oxygen delivery to supranormal targets by use of dobutamine (99, 100). These studies did not specifically target patients with severe sepsis and did not target the first 6 hrs of resuscitation. The first 6 hrs of resuscitation of sepsis-induced hypoperfusion need to be treated separately from the later stages of severe sepsis (see Initial Resuscitation recommendations).

## H. Corticosteroids

1. We suggest that intravenous hydrocortisone be given *only* to adult septic shock patients after it has been confirmed that their blood pressure is poorly responsive to fluid resuscitation and vasopressor therapy (grade 2C).

*Rationale.* One French multicenter, randomized controlled trial (RCT) of patients in vasopressor-unresponsive septic shock (hypotension despite fluid resuscitation and vasopressors) showed a significant shock reversal and reduction of mortality rate in patients with relative adrenal insufficiency (defined as postadrenocorticotropic hormone [ACTH] cortisol increase ≤9 µg/dL) (101). Two additional smaller RCTs also showed significant effects on shock reversal with steroid therapy (102, 103). However, a recent large, European multicenter trial (CORTICUS), which has been presented in abstract form but not yet published, failed to show a mortality benefit with steroid therapy of septic shock (104).

CORTICUS did show a faster resolution of septic shock in patients who received steroids. The use of the ACTH test (responders and nonresponders) did not predict the faster resolution of shock. Importantly, unlike the French trial, which only enrolled shock patients with blood pressure unresponsive to vasopressor therapy, the CORTICUS study included patients with septic shock, regardless of how the blood pressure responded to vasopressors. Although corticosteroids do appear to promote shock reversal, the lack of a clear improvement in mortality—coupled with known side effects of steroids, such as increased risk of infection and myopathy—generally tempered enthusiasm for their broad use. Thus, there was broad agreement that the recommendation should be downgraded from the previous guidelines (Appendix B). There was considerable discussion and consideration by the committee on the option of encouraging use in those patients whose blood pressure was unresponsive to fluids and vasopressors, while strongly discouraging use in subjects whose shock responded well to fluids and pressors. However, this more complex set of recommendations was rejected in favor of the preceding single recommendation (Appendix B).

2. We suggest that the ACTH stimulation test not be used to identify the subset of adults with septic shock who should receive hydrocortisone (grade 2B).

*Rationale.* Although one study suggested those who did not respond to ACTH with a brisk surge in cortisol (failure to achieve or >9 µg/dL increase in cortisol 30–60 mins after ACTH administration) were more likely to benefit from steroids than those who did respond, the overall trial population appeared to benefit regardless of ACTH result, and the observation of a potential interaction between steroid use and ACTH test was not statistically significant (101). Furthermore, there was no evidence of this distinction between responders and nonresponders in a recent multicenter trial (104). Commonly used cortisol immunoassays measure total cortisol (protein-bound and free) while free cortisol is the pertinent measurement. The relationship between free and total cortisol varies with serum protein concentration. When compared with a reference method (mass spectrometry), cortisol immunoassays may over- or underestimate the actual cortisol level, affecting the assignment of patients to responders or nonresponders (105).

PAR-VASO-0007317

Although the clinical significance is not clear, it is now recognized that etomidate, when used for induction for intubation, will suppress the hypothalamic-pituitary-adrenal axis (106).

3. We suggest that patients with septic shock should not receive dexamethasone if hydrocortisone is available (grade 2B).

*Rationale.* Although often proposed for use until an ACTH stimulation test can be administered, we no longer suggest an ACTH test in this clinical situation (see the preceding point 3). Furthermore, dexamethasone can lead to immediate and prolonged suppression of the hypothalamic-pituitary-adrenal axis after administration (107).

4. We suggest the daily addition of oral fludrocortisone (50 μg) if hydrocortisone is not available and the steroid that is substituted has no significant mineralocorticoid activity. Fludrocortisone is considered optional if hydrocortisone is used (grade 2C).

*Rationale.* One study added 50 μg of fludrocortisone orally (101). Since hydrocortisone has intrinsic mineralocorticoid activity, there is controversy as to whether fludrocortisone should be added.

5. We suggest that clinicians wean the patient from steroid therapy when vasopressors are no longer required (grade 2D).

*Rationale.* There has been no comparative study between a fixed-duration and clinically guided regimen or between tapering and abrupt cessation of steroids. Three RCTs used a fixed-duration protocol for treatment (101, 103, 104), and in two RCTs, therapy was decreased after shock resolution (102, 108). In four RCTs steroids were tapered over several days (102–104, 108), and in two RCTs (101, 109) steroids were withdrawn abruptly. One crossover study showed hemodynamic and immunologic rebound effects after abrupt cessation of corticosteroids (110). It remains uncertain whether outcome is affected by tapering of steroids.

6. We recommend that doses of corticosteroids comparable to >300 mg of hydrocortisone daily not be used in severe sepsis or septic shock for the purpose of treating septic shock (grade 1A).

*Rationale.* Two randomized prospective clinical trials and a meta-analyses concluded that for therapy of severe sepsis or septic shock, high-dose corticosteroid therapy is ineffective or harmful (111–113). Reasons to maintain higher doses of corticosteroid for medical conditions other than septic shock may exist.

7. We recommend that corticosteroids not be administered for the treatment of sepsis in the absence of shock. There is, however, no contraindication to continuing maintenance steroid therapy or to using stress-dose steroids if the patient's endocrine or corticosteroid administration history warrants (grade 1D).

*Rationale.* No studies exist that specifically target severe sepsis in the absence of shock and offer support for use of stress doses of steroids in this patient population. Steroids may be indicated in the presence of a history of steroid therapy or adrenal dysfunction. A recent preliminary study of stress-dose level steroids in community-acquired pneumonia is encouraging but needs confirmation (114).

## I. Recombinant Human Activated Protein C (rhAPC)

1. We suggest that adult patients with sepsis-induced organ dysfunction associated with a clinical assessment of high risk of death, most of whom will have Acute Physiology and Chronic Health Evaluation (APACHE) II ≥25 or multiple organ failure, receive rhAPC if there are no contraindications (grade 2B except for patients within 30 days of surgery, for whom it is grade 2C). Relative contraindications should also be considered in decision making.

2. We recommend that adult patients with severe sepsis and low risk of death, most of whom will have APACHE II <20 or one organ failure, do not receive rhAPC (grade 1A).

*Rationale.* The evidence concerning use of rhAPC in adults is primarily based on two RCTs: PROWESS (1,690 adult patients, stopped early for efficacy) (115) and ADDRESS (stopped early for futility) (116). Additional safety information comes from an open-label observational study, ENHANCE (117). The ENHANCE trial also suggested that early administration of rhAPC was associated with better outcomes.

PROWESS involved 1,690 patients and documented 6.1% in absolute total mortality reduction with a relative risk reduction of 19.4%, 95% confidence interval 6.6–30.5%, and number needed to treat 16 (115). Controversy associated with the results focused on a number of subgroup analyses. Subgroup analyses have the potential to mislead due to the absence of an intent to treat, sampling bias, and selection error (118). The analyses suggested increasing absolute and relative risk reduction with greater risk of death using both higher APACHE II scores and greater number of organ failures (119). This led to drug approval for patients with high risk of death (such as APACHE II ≥25) and more than one organ failure in Europe.

The ADDRESS trial involved 2,613 patients judged to have a low risk of death at the time of enrollment. The 28-day mortality rate from all causes was 17% on placebo vs. 18.5% on APC, relative risk 1.08, 95% confidence interval 0.92–1.28 (116). Again, debate focused on subgroup analyses; analyses were restricted to small subgroups of patients with APACHE II score >25 or more than one organ failure, which failed to show benefit. However, these patient groups also had a lower mortality than in PROWESS.

Relative risk reduction of death was numerically lower in the subgroup of patients with recent surgery (n = 502) in the PROWESS trial (30.7% placebo vs. 27.8% APC) (119) when compared with the overall study population (30.8% placebo vs. 24.7% APC) (115). In the ADDRESS trial, patients with recent surgery and single organ dysfunction who received APC had significantly higher 28-day mortality rates (20.7% vs. 14.1%, $p =$ .03, n = 635) (116).

Serious adverse events did not differ in the studies (115–117) with the exception of serious bleeding, which occurred more often in the patients treated with APC: 2% vs. 3.5% (PROWESS; $p =$ .06) (115); 2.2% vs. 3.9% (ADDRESS; $p <$ .01) (116); 6.5% (ENHANCE, open label) (117). The pediatric trial and implications are discussed in the pediatric consideration section of this article. (Appendix C provides absolute contraindications to use of rhAPC and prescribing information for relative contraindications.)

Intracranial hemorrhage (ICH) occurred in the PROWESS trial in 0.1% (placebo) and 0.2% (APC) (not significant); in the ADDRESS trial 0.4% (placebo) vs. 0.5 % (APC) (not significant) (116); and in ENHANCE 1.5% (108). Registry studies of rhAPC report higher bleeding rates than randomized controlled trials, suggesting that the risk of bleeding in actual practice may be greater

PAR-VASO-0007318

than reported in PROWESS and ADDRESS (120, 121).

The two RCTs in adult patients were methodologically strong and precise and provided direct evidence regarding death rates. The conclusions are limited, however, by inconsistency that is not adequately resolved by subgroup analyses (thus the designation of moderate-quality evidence). Results, however, consistently fail to show benefit for the subgroup of patients at lower risk of death and consistently show increases in serious bleeding. The RCT in pediatric severe sepsis failed to show benefit and has no important limitations. Thus, for low-risk and pediatric patients, we rate the evidence as high quality.

For adult use there is probable mortality reduction in patients with clinical assessment of high risk of death, most of whom will have APACHE II ≥25 or multiple organ failure. There is likely no benefit in patients with low risk of death, most of whom will have APACHE II <20 or single organ dysfunction. The effects in patients with more than one organ failure but APACHE II <25 are unclear, and in that circumstance one may use clinical assessment of the risk of death and number of organ failures to support decision. There is a certain increased risk of bleeding with administration of rhAPC, which may be higher in surgical patients and in the context of invasive procedures. Decision on utilization depends on assessing likelihood of mortality reduction vs. increases in bleeding and cost. (Appendix D provides the nominal committee vote on recommendation for rhAPC.) A European regulatory mandated RCT of rhAPC vs. placebo in patients with septic shock is now ongoing (122).

## J. Blood Product Administration

1. Once tissue hypoperfusion has resolved and in the absence of extenuating circumstances, such as myocardial ischemia, severe hypoxemia, acute hemorrhage, cyanotic heart disease, or lactic acidosis (see recommendations for initial resuscitation), we recommend that red blood cell transfusion occur when hemoglobin decreases to <7.0 g/dL (<70 g/L) to target a hemoglobin of 7.0–9.0 g/dL (70–90 g/L) in adults (grade 1B).

*Rationale.* Although the optimum hemoglobin for patients with severe sepsis has not been specifically investigated, the Transfusion Requirements in Critical Care trial suggested that a hemoglobin of 7–9 g/dL (70–90 g/L) when compared with 10–12 g/dL (100–200 g/L) was not associated with increased mortality in adults (123). Red blood cell transfusion in septic patients increases oxygen delivery but does not usually increase oxygen consumption (124–126). This transfusion threshold of 7 g/dL (70 g/L) contrasts with the early goal-directed resuscitation protocol that uses a target hematocrit of 30% in patients with low Scvo$_2$ (measured in superior vena cava) during the first 6 hrs of resuscitation of septic shock.

2. We recommend that erythropoietin not be used as a specific treatment of anemia associated with severe sepsis but may be used when septic patients have other accepted reasons for administration of erythropoietin, such as renal failure-induced compromise of red blood cell production (grade 1B).

*Rationale.* No specific information regarding erythropoietin use in septic patients is available, but clinical trials in critically ill patients show some decrease in red cell transfusion requirement with no effect on clinical outcome (127, 128). The effect of erythropoietin in severe sepsis and septic shock would not be expected to be more beneficial than in other critical conditions. Patients with severe sepsis and septic shock may have coexisting conditions that do warrant use of erythropoietin.

3. We suggest that fresh frozen plasma not be used to correct laboratory clotting abnormalities in the absence of bleeding or planned invasive procedures (grade 2D).

*Rationale.* Although clinical studies have not assessed the impact of transfusion of fresh frozen plasma on outcomes in critically ill patients, professional organizations have recommended fresh frozen plasma for coagulopathy when there is a documented deficiency of coagulation factors (increased prothrombin time, international normalized ratio, or partial thromboplastin time) and the presence of active bleeding or before surgical or invasive procedures (129–131). In addition, transfusion of fresh frozen plasma in nonbleeding patients with mild abnormalities of prothrombin time usually fails to correct the prothrombin time (132). There are no studies to suggest that correction of more severe coagulation ab-

normalities benefits patients who are not bleeding.

4. We recommend against antithrombin administration for the treatment of severe sepsis and septic shock (grade 1B).

*Rationale.* A phase III clinical trial of high-dose antithrombin did not demonstrate any beneficial effect on 28-day all-cause mortality in adults with severe sepsis and septic shock. High-dose antithrombin was associated with an increased risk of bleeding when administered with heparin (133). Although a *post hoc* subgroup analysis of patients with severe sepsis and high risk of death showed better survival in patients receiving antithrombin, antithrombin cannot be recommended until further clinical trials are performed (134).

5. In patients with severe sepsis, we suggest that platelets be administered when counts are <5000/mm$^3$ (5 × 10$^9$/L) regardless of apparent bleeding. Platelet transfusion may be considered when counts are 5000–30,000/mm$^3$ (5–30 × 10$^9$/L) and there is a significant risk of bleeding. Higher platelet counts (≥50,000/mm$^3$ [50 × 10$^9$/L]) are typically required for surgery or invasive procedures (grade 2D).

*Rationale.* Guidelines for transfusion of platelets are derived from consensus opinion and experience in patients undergoing chemotherapy. Recommendations take into account the etiology of thrombocytopenia, platelet dysfunction, risk of bleeding, and presence of concomitant disorders (129, 131).

## II. SUPPORTIVE THERAPY OF SEVERE SEPSIS

## A. Mechanical Ventilation of Sepsis-Induced Acute Lung Injury (ALI)/Acute Respiratory Distress Syndrome (ARDS)

1. We recommend that clinicians target a tidal volume of 6 mL/kg (predicted) body weight in patients with ALI/ARDS (grade 1B).

2. We recommend that plateau pressures be measured in patients with ALI/ARDS and that the initial upper limit goal for plateau pressures in a passively inflated patient be ≤30 cm H$_2$O. Chest wall compliance should be considered in the assessment of plateau pressure (grade 1C).

PAR-VASO-0007319

*Rationale.* Over the past 10 yrs, several multicenter randomized trials have been performed to evaluate the effects of limiting inspiratory pressure through moderation of tidal volume (135–139). These studies showed differing results that may have been caused by differences between airway pressures in the treatment and control groups (135, 140). The largest trial of a volume- and pressure-limited strategy showed a 9% decrease of all-cause mortality in patients with ALI or ARDS ventilated with tidal volumes of 6 mL/kg of predicted body weight (PBW), as opposed to 12 mL/kg, and aiming for a plateau pressure ≤30 cm $H_2O$ (135). The use of lung-protective strategies for patients with ALI is supported by clinical trials and has been widely accepted, but the precise choice of tidal volume for an individual patient with ALI may require adjustment for such factors as the plateau pressure achieved, the level of positive end-expiratory pressure chosen, the compliance of the thoracoabdominal compartment, and the vigor of the patient's breathing effort. Some clinicians believe it may be safe to ventilate with tidal volumes >6 mL/kg PBW as long as the plateau pressure can be maintained ≤30 cm $H_2O$ (141, 142). The validity of this ceiling value will depend on breathing effort, as those who are actively inspiring generate higher transalveolar pressures for a given plateau pressure than those who are passively inflated. Conversely, patients with very stiff chest walls may require plateau pressures >30 cm $H_2O$ to meet vital clinical objectives. One retrospective study suggested that tidal volumes should be lowered even with plateau pressures ≤30 cm $H_2O$ (143). An additional observational study suggested that knowledge of the plateau pressures was associated with lower plateau pressures; however, in that trial plateau pressure was not independently associated with mortality rates across a wide range of plateau pressures that bracketed 30 cm $H_2O$ (144). The largest clinical trial employing a lung-protective strategy coupled limited pressure with limited tidal volumes to demonstrate a mortality benefit (135).

High tidal volumes that are coupled with high plateau pressures should be avoided in ALI/ARDS. Clinicians should use as a starting point the objective of reducing tidal volume over 1–2 hrs from its initial value toward the goal of a "low" tidal volume (≈6 mL/kg PBW) achieved in conjunction with an end-inspiratory plateau pressure ≤30 cm $H_2O$. If plateau pressure remains >30 after reduction of tidal volume to 6 mL/kg PBW, tidal volume should be reduced further to as low as 4 mL/kg PBW. (Appendix E provides ARDSNet ventilator management and formulas to calculate predicted body weight.)

No single mode of ventilation (pressure control, volume control, airway pressure release ventilation, high-frequency ventilation) has been consistently shown advantageous when compared with any other that respects the same principles of lung protection.

3. We recommend that hypercapnia (allowing $Paco_2$ to increase above its premorbid baseline, so-called permissive hypercapnia) be allowed in patients with ALI/ARDS if needed to minimize plateau pressures and tidal volumes (grade 1C).

*Rationale.* An acutely elevated $Paco_2$ may have physiologic consequences that include vasodilation as well as an increased heart rate, blood pressure, and cardiac output. Allowing modest hypercapnia in conjunction with limiting tidal volume and minute ventilation has been demonstrated to be safe in small, nonrandomized series (145, 146). Patients treated in larger trials that have the goal of limiting tidal volumes and airway pressures have demonstrated improved outcomes, but permissive hypercapnia was not a primary treatment goal in these studies (135). The use of hypercapnia is limited in patients with preexisting metabolic acidosis and is contraindicated in patients with increased intracranial pressure. Sodium bicarbonate or tromethamine (THAM) infusion may be considered in selected patients to facilitate use of permissive hypercarbia (147, 148).

4. We recommend that positive end-expiratory pressure (PEEP) be set so as to avoid extensive lung collapse at end-expiration (grade 1C).

*Rationale.* Raising PEEP in ALI/ARDS keeps lung units open to participate in gas exchange. This will increase $Pao_2$ when PEEP is applied through either an endotracheal tube or a face mask (149–151). In animal experiments, avoidance of end-expiratory alveolar collapse helps minimize ventilator-induced lung injury when relatively high plateau pressures are in use. One large multicenter trial of the protocol-driven use of higher PEEP in conjunction with low tidal volumes did not show benefit or harm when compared with lower PEEP levels (152). Neither the control nor experimental group in that study, however, was clearly exposed to hazardous plateau pressures. A recent multicenter Spanish trial compared a high PEEP, low-moderate tidal volume approach to one that used conventional tidal volumes and the least PEEP achieving adequate oxygenation. A marked survival advantage favored the former approach in high-acuity patients with ARDS (153). Two options are recommended for PEEP titration. One option is to titrate PEEP (and tidal volume) according to bedside measurements of thoracopulmonary compliance with the objective of obtaining the best compliance, reflecting a favorable balance of lung recruitment and overdistension (154). The second option is to titrate PEEP based on severity of oxygenation deficit and guided by the $Fio_2$ required to maintain adequate oxygenation (135) (Appendix D). Whichever the indicator—compliance or oxygenation—recruiting maneuvers are reasonable to employ in the process of PEEP selection. Blood pressure and oxygenation should be monitored and recruitment discontinued if deterioration in these variables is observed. A PEEP >5 cm $H_2O$ is usually required to avoid lung collapse (155).

5. We suggest prone positioning in ARDS patients requiring potentially injurious levels of $Fio_2$ or plateau pressure who are not at high risk for adverse consequences of positional changes in facilities that have experience with such practices (grade 2C).

*Rationale.* Several small studies and one larger study have shown that a majority of patients with ALI/ARDS respond to the prone position with improved oxygenation (156–159). One large multicenter trial of prone positioning for approximately 7 hrs/day did not show improvement in mortality rates in patients with ALI/ARDS; however, a *post hoc* analysis suggested improvement in those patients with the most severe hypoxemia by $Pao_2/Fio_2$ ratio, in those exposed to high tidal volumes, and in those who improved $CO_2$ exchange as a result of proning (159). A second large trial of prone positioning, conducted for an average of approximately 8 hrs/day for 4 days in adults with hypoxemic respiratory failure of low-moderate acuity, confirmed improvement in oxygenation but also failed to show a survival advantage (160). However, a randomized study that extended the length of time for

PAR-VASO-0007320

proning each day to a mean of 17 hrs for a mean of 10 days supported benefit of proning, with randomization to supine position an independent risk factor for mortality by multivariate analysis (161). Prone positioning may be associated with potentially life-threatening complications, including accidental dislodgment of the endotracheal tube and central venous catheters, but these complications can usually be avoided with proper precautions.

6a. Unless contraindicated, we recommend that mechanically ventilated patients be maintained with the head of the bed elevated to limit aspiration risk and to prevent the development of ventilator-associated pneumonia (grade 1B).

6b. We suggest that the head of bed be elevated approximately 30–45° (grade 2C).

*Rationale.* The semirecumbent position has been demonstrated to decrease the incidence of ventilator-associated pneumonia (VAP) (162). Enteral feeding increased the risk of developing VAP; 50% of the patients who were fed enterally in the supine position developed VAP (163). However, the bed position was only monitored once a day, and patients who did not achieve the desired bed elevation were not included in the analysis (163). A recent study did not show a difference in incidence of VAP between patients maintained in supine and semirecumbent positions (164). In this study, patients in the semirecumbent position did not consistently achieve the desired head of the bed elevation, and the head of bed elevation in the supine group approached that of the semirecumbent group by day 7 (164). When necessary, patients may be laid flat for procedures, hemodynamic measurements, and during episodes of hypotension. Patients should not be fed enterally with the head of the bed at 0°.

7. We suggest that noninvasive mask ventilation (NIV) only be considered in that minority of ALI/ARDS patients with mild-moderate hypoxemic respiratory failure (responsive to relatively low levels of pressure support and PEEP) with stable hemodynamics who can be made comfortable and are easily arousable; who are able to protect the airway and spontaneously clear the airway of secretions; and who are anticipated to recover rapidly from the precipitating insult. A low threshold

for airway intubation should be maintained (grade 2B).

*Rationale.* Obviating the need for airway intubation confers multiple advantages: better communication, lower incidence of infection, reduced requirements for sedation. Two RCTs demonstrate improved outcome with the use of NIV when it can be employed successfully (162, 165). Unfortunately, only a small percentage of patients with life-threatening hypoxemia can be managed in this way.

8. We recommend that a weaning protocol be in place and that mechanically ventilated patients with severe sepsis undergo spontaneous breathing trials regularly to evaluate the ability to discontinue mechanical ventilation when they satisfy the following criteria: a) They are arousable; b) they are hemodynamically stable (without vasopressor agents); c) they have no new potentially serious conditions; d) they have low ventilatory and end-expiratory pressure requirements; and e) their FIO2 requirements could be safely delivered with a face mask or nasal cannula. If the spontaneous breathing trial is successful, consideration should be given for extubation (Appendix E). Spontaneous breathing trial options include a low level of pressure support, continuous positive airway pressure (≈5 cm $H_2O$), or a T-piece (grade 1A).

*Rationale.* Recent studies demonstrate that daily spontaneous breathing trials in appropriately selected patients reduce the duration of mechanical ventilation (166–169). Successful completion of spontaneous breathing trials leads to a high likelihood of successful discontinuation of mechanical ventilation.

9. We recommend against the routine use of the pulmonary artery catheter for patients with ALI/ARDS (grade 1A).

*Rationale.* While insertion of a pulmonary artery catheter may provide useful information on a patient's volume status and cardiac function, potential benefits of such information may be confounded by differences in interpretation of results (170–172), lack of correlation of pulmonary artery occlusion pressures with clinical response (173), and absence of a proven strategy to use catheter results to improve patient outcomes (174). Two multicenter randomized trials, one in patients with shock or acute lung injury

(175) and one in patients with acute lung injury (176), failed to show benefit with the routine use of pulmonary artery catheters in patients with acute lung injury. In addition, other studies in different types of critically ill patients have failed to show definitive benefit with routine use of the pulmonary artery catheter (177–179). Well-selected patients remain appropriate candidates for pulmonary artery catheter insertion when the answers to important management decisions depend on information only obtainable from direct measurements made within the pulmonary artery.

10. To decrease days of mechanical ventilation and ICU length of stay we recommend a conservative fluid strategy for patients with established acute lung injury who do not have evidence of tissue hypoperfusion (grade 1C).

*Rationale.* Mechanisms for the development of pulmonary edema in patients with acute lung injury include increased capillary permeability, increased hydrostatic pressure, and decreased oncotic pressure (180, 181). Small prospective studies in patients with critical illness and acute lung injury have suggested that less weight gain is associated with improved oxygenation (182) and fewer days of mechanical ventilation (183, 184). Use of a fluid-conservative strategy directed at minimizing fluid infusion and weight gain in patients with acute lung injury based on either a central venous catheter or a pulmonary artery catheter along with clinical variables to guide treatment strategies led to fewer days of mechanical ventilation and reduced length of ICU stay without altering the incidence of renal failure or mortality rates (185). Of note, this strategy was only used in patients with established acute lung injury, some of whom had shock present. Active attempts to reduce fluid volume were conducted only during periods free from shock.

## B. Sedation, Analgesia, and Neuromuscular Blockade in Sepsis

1. We recommend sedation protocols with a sedation goal when sedation of critically ill mechanically ventilated patients with sepsis is required (grade 1B).

*Rationale.* A growing body of evidence indicates that the use of protocols for

PAR-VASO-0007321

sedation of critically ill ventilated patients can reduce the duration of mechanical ventilation and ICU and hospital length of stay (186–188). A randomized, controlled clinical trial found that protocol use reduced duration of mechanical ventilation, lengths of stay, and tracheostomy rates (186).

A report describing the implementation of protocols, including sedation and analgesia, using a short-cycle improvement methodology in the management of critically ill patients demonstrated a decrease in the cost per patient-day and a decrease of ICU length of stay (187). Furthermore, a prospective before-and-after study on the implementation of a sedation protocol demonstrated enhanced quality of sedation with reduced drug costs. Although this protocol also may have contributed to a longer duration of mechanical ventilation, ICU discharge was not delayed (188). Despite the lack of evidence regarding the use of subjective methods of evaluation of sedation in septic patients, the use of a sedation goal has been shown to decrease the duration of mechanical ventilation in critically ill patients (186). Several subjective sedation scales have been described in the medical literature. Currently, however, there is not a clearly superior sedation evaluation methodology against which these sedation scales can be evaluated (189). The benefits of sedation protocols appear to outweigh the risks.

2. We recommend intermittent bolus sedation or continuous infusion sedation to predetermined end points (e.g., sedation scales) with daily interruption/lightening of continuous infusion sedation with awakening and retitration if necessary for sedate administration to septic mechanically ventilated patients (grade 1B).

*Rationale.* Although not specifically studied in patients with sepsis, the administration of intermittent sedation, daily interruption, and retitration or systemic titration to a predefined end point have been demonstrated to decrease the duration of mechanical ventilation (186, 189, 190). Patients receiving neuromuscular blocking agents (NMBAs) must be individually assessed regarding discontinuation of sedative drugs because neuromuscular blocking drugs must also be discontinued in that situation. The use of intermittent vs. continuous methods for the delivery of sedation in critically ill patients has been examined. An observa-

tional study of mechanically ventilated patients showed that patients receiving continuous sedation had significantly longer durations of mechanical ventilation and ICU and hospital length of stay (191).

Similarly, a prospective, controlled study in 128 mechanically ventilated adults receiving continuous intravenous sedation demonstrated that a daily interruption in the continuous sedative infusion until the patient was awake decreased the duration of mechanical ventilation and ICU length of stay (192). Although the patients did receive continuous sedative infusions in this study, the daily interruption and awakening allowed for titration of sedation, in effect making the dosing intermittent. Systematic (protocolized) titration to a predefined end point has also been shown to alter outcome (186). Additionally, a randomized prospective blinded observational study demonstrated that although myocardial ischemia is common in critically ill ventilated patients, daily sedative interruption is not associated with an increased occurrence of myocardial ischemia (193). Thus, the benefits of daily interruption of sedation appear to outweigh the risks. These benefits include potentially shorter duration of mechanical ventilation and ICU stay, better assessment of neurologic function, and reduced costs.

3. We recommend that NMBAs be avoided if possible in the septic patient due to the risk of prolonged neuromuscular blockade following discontinuation. If NMBAs must be maintained, either intermittent bolus as required or continuous infusion with monitoring the depth of blockade with train-of-four monitoring should be used (grade 1B).

*Rationale.* Although NMBAs are often administered to critically ill patients, their role in the ICU is not well defined. No evidence exists that maintaining neuromuscular blockade in this patient population reduces mortality or major morbidity. In addition, no studies have been published that specifically address the use of NMBAs in septic patients.

The most common indication for NMBA use in the ICU is to facilitate mechanical ventilation (194). When appropriately used, NMBAs may improve chest wall compliance, prevent respiratory dyssynchrony, and reduce peak airway pressures (195). Muscle paralysis may also reduce oxygen consumption by decreas-

ing the work of breathing and respiratory muscle blood flow (196). However, a randomized, placebo-controlled clinical trial in patients with severe sepsis demonstrated that oxygen delivery, oxygen consumption, and gastric intramucosal pH were not improved during profound neuromuscular blockade (197).

An association between NMBA use and myopathies and neuropathies has been suggested by case studies and prospective observational studies in the critical care population (195, 198–201). The mechanisms by which NMBAs produced or contribute to myopathies and neuropathies in critically ill patients are presently unknown. There appears to be an added association with the concurrent use of NMBAs and steroids. Although no studies exist specific to the septic patient population, it seems clinically prudent based on existent knowledge that NMBAs not be administered unless there is a clear indication for neuromuscular blockade that cannot be safely achieved with appropriate sedation and analgesia (195).

Only one prospective, randomized clinical trial has evaluated peripheral nerve stimulation vs. standard clinical assessment in ICU patients. Rudis et al. (202) randomized 77 critically ill patients requiring neuromuscular blockade in the ICU to receive dosing of vecuronium based on train-of-four stimulation or clinical assessment (control). The peripheral nerve stimulation group received less drug and recovered neuromuscular function and spontaneous ventilation faster than the control group. Nonrandomized observational studies have suggested that peripheral nerve monitoring reduces or has no effect on clinical recovery from NMBAs in the ICU (203, 204).

Benefits to neuromuscular monitoring, including faster recovery of neuromuscular function and shorter intubation times, appear to exist. A potential for cost savings (reduced total dose of NMBAs and shorter intubation times) also may exist, although this has not been studied formally.

## C. Glucose Control

1. We recommend that following initial stabilization, patients with severe sepsis and hyperglycemia who are admitted to the ICU receive intravenous insulin therapy to reduce blood glucose levels (grade 1B).
2. We suggest use of a validated protocol for insulin dose adjustments and tar-

PAR-VASO-0007322

geting glucose levels to the <150 mg/dL range (grade 2C).

3. We recommend that all patients receiving intravenous insulin receive a glucose calorie source and that blood glucose values be monitored every 1–2 hrs until glucose values and insulin infusion rates are stable and then every 4 hrs thereafter (grade 1C).

4. We recommend that low glucose levels obtained with point-of-care testing of capillary blood be interpreted with caution, as such measurements may overestimate arterial blood or plasma glucose values (grade 1B).

*Rationale.* The consensus on glucose control in severe sepsis was achieved at the first committee meeting and subsequently approved by the entire committee. (Appendix G presents the committee vote.) One large randomized single-center trial in a predominantly cardiac surgical ICU demonstrated a reduction in ICU mortality with intensive intravenous insulin (Leuven protocol) targeting blood glucose to 80–110 mg/dL (for all patients, a relative 43% and absolute 3.4% mortality reduction; for those with >5 days in the ICU, a 48% relative and 9.6% absolute mortality reduction) (205). A reduction in organ dysfunction and ICU length of stay (LOS) (from a median of 15 to 12 days) was also observed in the subset with ICU LOS >5 days. A second randomized trial of intensive insulin therapy using the Leuven protocol enrolled medical ICU patients with an anticipated ICU LOS of >3 days in three medical ICUs (206). Overall mortality was not reduced, but ICU and hospital LOS were reduced associated with earlier weaning from mechanical ventilation and less acute kidney injury. In patients with a medical ICU LOS >3 days, hospital mortality was reduced with intensive insulin therapy (43% vs. 52.5%; *p* = .009). However, investigators were unsuccessful in predicting ICU LOS, and 433 patients (36%) had an ICU LOS of <3 days. Furthermore, use of the Leuven protocol in the medical ICU resulted in a nearly three-fold higher rate of hypoglycemia in the original experience (18% vs. 6.2% of patients) (205, 206).

One large before-and-after observational trial showed a 29% relative and 6.1% absolute reduction in mortality and a 10.8% reduction in median ICU LOS (207). In a subgroup of 53 patients with septic shock, there was an absolute mortality reduction of 27% and a relative reduction of 45% (*p* = .02). Two additional observational studies reported an association of mean glucose levels with reductions in mortality, polyneuropathy, acute renal failure, nosocomial bacteremia, and number of transfusions, and they suggested that a glucose threshold for improved mortality lies somewhere between 145 and 180 mg/dL (208, 209). However, a large observational study (n = 7,049) suggested that both a lower mean glucose and less variation of blood glucose may be important (210). A meta-analysis of 35 trials on insulin therapy in critically ill patients, including 12 randomized trials, demonstrated a 15% reduction in short-term mortality (relative risk 0.85, 95% confidence interval 0.75–0.97) but did not include any studies of insulin therapy in medical ICUs (211).

Two additional multicenter RCTs of intensive insulin therapy, one focusing on patients with severe sepsis (VISEP) and the second on medical and surgical ICU patients, failed to demonstrate improvement in mortality but are not yet published (212, 213). Both were stopped earlier than planned because of high rates of hypoglycemia and adverse events in the intensive insulin groups. A large RCT that is planned to compare targeting 80–110 mg/dL (4.5–6.0 mmol/L) vs. 140–180 mg/dL (8–10 mmol/L) and recruit >6,000 patients (Normoglycemia in Intensive Care Evaluation and Survival Using Glucose Algorithm Regulation, or NICE-SUGAR) is ongoing (214).

Several factors may affect the accuracy and reproducibility of point-of-care testing of blood capillary glucose, including the type and model of the device used, user expertise, and patient factors, including hematocrit (false elevation with anemia), Pa$o_2$, and drugs (215). One report showed overestimation of arterial plasma glucose values by capillary point-of-care testing sufficient to result in different protocol-specified insulin dose titration. The disagreement between protocol-recommended insulin doses was largest when glucose values were low (216). A recent review of 12 published insulin infusion protocols for critically ill patients showed wide variability in insulin dose recommendations and variable glucose control during simulation (217). This lack of consensus about optimal dosing of intravenous insulin may reflect variability in patient factors (severity of illness, surgical vs. medical settings) or practice patterns (e.g., approaches to feeding, intravenous dextrose) in the environments in which these protocols were developed and tested. Alternatively, some protocols may be more effective than others. This conclusion is supported by the wide variability in hypoglycemia rates reported with protocols (205–207, 212, 213). Thus, the use of a validated and safe intensive insulin protocol is important not only for clinical care but also for the conduct of clinical trials to avoid hypoglycemia, adverse events, and premature termination of these trials before the efficacy signal, if any, can be determined.

The finding of reduced morbidity and mortality within the longer ICU length of stay subsets along with acceptable cost weighed heavily on our recommendation to attempt glucose control after initial stabilization of the patient with hyperglycemia and severe sepsis. However, the mortality benefit and safety of intensive insulin therapy (goal to normalize blood glucose) have been questioned by two recent trials, and we recommend maintaining glucose levels <150 mg/dL until recent and ongoing trials are published or completed. Further study of protocols that have been validated to be safe and effective for controlling blood glucose concentrations and blood glucose variation in the severe sepsis population is needed.

## D. Renal Replacement

1. We suggest that continuous renal replacement therapies and intermittent hemodialysis are equivalent in patients with severe sepsis and acute renal failure (grade 2B).

2. We suggest the use of continuous therapies to facilitate management of fluid balance in hemodynamically unstable septic patients (grade 2D).

*Rationale.* Although numerous nonrandomized studies have reported a nonsignificant trend toward improved survival using continuous methods (218–225), two meta-analyses (226, 227) reported the absence of significant difference in hospital mortality between patients who receive continuous and intermittent renal replacement therapies. This absence of apparent benefit of one modality over the other persists even when the analysis is restricted to only randomized studies (227). To date, five prospective randomized studies have been published (228–232). Four of them found no significant difference in mortality (229–232). One study found significantly higher

mortality in the continuous treatment group (228), but imbalanced randomization had led to a higher baseline severity of illness in this group. When a multivariable model was used to adjust for severity of illness, no difference in mortality was apparent between the groups (228). Most studies comparing modes of renal replacement in the critically ill have included a small number of patients and some major weaknesses (randomization failure, modifications of therapeutic protocol during the study period, combination of different types of continuous renal replacement therapies, small number of heterogenous groups of patients enrolled). The most recent and largest randomized study (232) enrolled 360 patients and found no significant difference in survival between the two groups. Moreover, there is no current evidence to support the use of continuous therapies in sepsis independent of renal replacement needs.

Concerning the hemodynamic tolerance of each method, no current evidence exists to support a better tolerance with continuous treatments. Only two prospective studies (230, 233) have reported a better hemodynamic tolerance with continuous treatment, with no improvement in regional perfusion (233) and no survival benefit (230). Four other prospective studies did not find any significant difference in mean arterial pressure or drop in systolic pressure between the two methods (229, 231, 232, 234). Concerning fluid balance management, two studies reported a significant improvement in goal achievement with continuous methods (228, 230). In summary, current evidence is insufficient to draw strong conclusions regarding the mode of replacement therapy for acute renal failure in septic patients.

Four randomized controlled trials have addressed whether the dose of continuous renal replacement affects outcomes in patients with acute renal failure (235–238). Three found improved mortality in patients receiving higher doses of renal replacement (235, 237, 238), while one (236) did not. None of these trials was conducted specifically in patients with sepsis. Although the weight of current evidence suggests that higher doses of renal replacement may be associated with improved outcomes, these results may not be easily generalizable. The results of two very large multicenter randomized trials comparing the dose of renal replacement (ATN in the United States and RENAL in Australia and New Zealand) will be available in 2008 and will greatly inform practice.

## E. Bicarbonate Therapy

1. We recommend against the use of sodium bicarbonate therapy for the purpose of improving hemodynamics or reducing vasopressor requirements in patients with hypoperfusion-induced lactic acidemia with pH ≥7.15 (grade 1B).

*Rationale.* No evidence supports the use of bicarbonate therapy in the treatment of hypoperfusion-induced lactic acidemia associated with sepsis. Two randomized, blinded, crossover studies that compared equimolar saline and bicarbonate in patients with lactic acidosis failed to reveal any difference in hemodynamic variables or vasopressor requirements (239, 240). The number of patients with pH <7.15 in these studies was small. Bicarbonate administration has been associated with sodium and fluid overload, an increase in lactate and $P_{CO_2}$, and a decrease in serum ionized calcium, but the relevance of these variables to outcome is uncertain. The effect of bicarbonate administration on hemodynamics and vasopressor requirements at lower pH as well as the effect on clinical outcomes at any pH is unknown. No studies have examined the effect of bicarbonate administration on outcomes.

## F. Deep Vein Thrombosis Prophylaxis

1. We recommend that patients with severe sepsis receive deep vein thrombosis (DVT) prophylaxis with either a) low-dose unfractionated heparin (UFH) administered twice or three times per day; or b) daily low-molecular weight heparin (LMWH) unless there are contraindications (i.e., thrombocytopenia, severe coagulopathy, active bleeding, recent intracerebral hemorrhage) (grade 1A).
2. We recommend that septic patients who have a contraindication for heparin use receive mechanical prophylactic device, such as graduated compression stockings or intermittent compression devices, unless contraindicated (grade 1A).
3. We suggest that in very high-risk patients, such as those who have severe sepsis and history of DVT, trauma, or orthopedic surgery, a combination of pharmacologic and mechanical ther-

apy be used unless contraindicated or not practical (grade 2C).
4. We suggest that in patients at very high risk, LMWH be used rather than UFH as LMWH is proven superior in other high-risk patients (grade 2C).

*Rationale.* ICU patients are at risk for DVT (241). Significant evidence exists for benefit of DVT prophylaxis in ICU patients in general. No reasons suggest that severe sepsis patients would be different from the general patient population.

Nine randomized placebo-controlled clinical trials of DVT prophylaxis in general populations of acutely ill patients exist (242–250). All nine trials showed reduction in DVT or pulmonary embolism. The prevalence of infection/sepsis was 17% in all studies in which this was ascertainable, with a 52% prevalence of infection/sepsis patients in the study that included ICU patients only. Benefit of DVT prophylaxis is also supported by meta-analyses (251, 252). With that in mind, DVT prophylaxis would appear to have a high grade for quality of evidence (A). Because the risk of administration to the patient is small, the gravity of the potential result of not administering is great, and the cost is low, the grading of the strength of the recommendation is strong. The evidence supports equivalency of LMWH and UFH in general medical populations. A recent meta-analysis comparing UFH twice daily and three times daily demonstrated that UFH three times daily produced better efficacy and twice daily produced less bleeding (253). Practitioners should use underlying risk for VTE and bleeding to individualize choice of twice daily vs. three times daily.

The cost of LMWH is greater and the frequency of injection is less. UFH is preferred over LMWH in patients with moderate to severe renal dysfunction.

Mechanical methods (intermittent compression devices and graduated compression stockings) are recommended when anticoagulation is contraindicated or as an adjunct to anticoagulation in very high-risk patients (254–256). In very high-risk patients, LMWH is preferred over UFH (257–259). Patients receiving heparin should be monitored for development of heparin-induced thrombocytopenia.

## G. Stress Ulcer Prophylaxis

1. We recommend that stress ulcer prophylaxis using H2 blocker (grade 1A) or proton pump inhibitor (grade 1B) be given to patients with severe sepsis

PAR-VASO-0007324

to prevent upper gastrointestinal (GI) bleed. The benefit of prevention of upper GI bleed must be weighed against the potential effect of an increased stomach pH on development of ventilator-associated pneumonia.

*Rationale.* Although no study has been performed specifically in patients with severe sepsis, trials confirming the benefit of stress ulcer prophylaxis in reducing upper GI bleeds in general ICU populations would suggest that 20% to 25% of patients enrolled in these types of trials have sepsis (260–263). This benefit should be applicable to patients with severe sepsis and septic shock. In addition, the conditions shown to benefit from stress ulcer prophylaxis (coagulopathy, mechanical ventilation, hypotension) are frequently present in patients with severe sepsis and septic shock (264, 265).

Although there are individual trials that have not shown benefit from stress ulcer prophylaxis, numerous trials and a meta-analysis show reduction in clinically significant upper GI bleeding, which we consider significant even in the absence of proven mortality benefit (266–269). The benefit of prevention of upper GI bleed must be weighed against the potential effect of increased stomach pH on greater incidence of ventilator-associated pneumonia (270). Those severe sepsis patients with the greatest risk of upper GI bleeding are likely to benefit most from stress ulcer prophylaxis. The rationale for preferring suppression of acid production over sulcrafate was based on the study of 1,200 patients by Cook et al. (271, 272) comparing H2 blockers and sulcrafate and a meta-analysis. Two studies support equivalency between H2 blockers and proton pump inhibitors. One study included very ill ICU patients; the second study was larger and demonstrated noninferiority of omeprazole suspension for clinically significant stress ulcer bleeding (273, 274). No data relating to utility of enteral feeding in stress ulcer prophylaxis exist. Patients should be periodically evaluated for continued need for prophylaxis.

## H. Selective Digestive Tract Decontamination (SDD)

The guidelines group was evenly split on the issue of SDD, with equal numbers weakly in favor and against recommending the use of SDD (Appendix H). The committee therefore chose not to make a recommendation for the use of SDD specifically in severe sepsis at this time. The final consensus on use of SDD in severe sepsis was achieved at the last nominal committee meeting and subsequently approved by the entire committee (Appendix H provides the committee vote).

*Rationale.* The cumulative conclusion from the literature demonstrates that prophylactic use of SDD (enteral nonabsorbable antimicrobials and short-course intravenous antibiotics) reduces infections, mainly pneumonia, and mortality in the general population of critically ill and trauma patients (275–286) without promoting emergence of resistant Gram-negative bacteria. *Post hoc* subgroup analyses (287, 288) of two prospective blinded studies (289, 290) suggest that SDD reduces nosocomial (secondary) infections in ICU patients admitted with primary infections (268) and may reduce mortality (288). No studies of SDD specifically focused on patients with severe sepsis or septic shock. The use of SDD in severe sepsis patients would be targeted toward preventing secondary infection. As the main effect of SDD is in preventing ventilator-associated pneumonia (VAP), studies comparing SDD with nonantimicrobial interventions, such as ventilator bundles for reducing VAP, are needed. Further investigation is required to determine the comparative efficacy of these two interventions, separately or in combination. Although studies incorporating enteral vancomycin in the regimen appear to be safe (291–293), concerns persist about the potential for emergence of resistant Gram-positive infections.

## I. Consideration for Limitation of Support

1. We recommend that advance care planning, including the communication of likely outcomes and realistic goals of treatment, be discussed with patients and families (grade 1D).

*Rationale.* Decisions for less aggressive support or withdrawal of support may be in the patient's best interest (294–296). Too frequently, inadequate physician/family communication characterizes end-of-life care in the ICU. The level of life support given to ICU patients may not be consistent with their wishes. Early and frequent caregiver discussions with patients who face death in the ICU and with their loved ones may facilitate appropriate application and withdrawal of life-sustaining therapies. A recent RCT demonstrated reduction of anxiety and depression in family members when end-of-life meetings were carefully planned and conducted, included advance care planning, and provided relevant information about diagnosis, prognosis, and treatment (297).

## III. Pediatric Considerations in Severe Sepsis

While sepsis in children is a major cause of mortality, the overall mortality from severe sepsis in children is much lower that that in adults, estimated at about 10% (298). The definitions for severe sepsis and septic shock in children are similar but not identical to the definitions in adults (299). In addition to age-appropriate differences in vital signs, the definition of systemic inflammatory response syndrome requires the presence of either temperature or leukocyte abnormalities. The presence of severe sepsis requires sepsis plus cardiovascular dysfunction *or* ARDS *or* two or more other organ dysfunctions (299).

### A. Antibiotics

1. We recommend that antibiotics be administered within 1 hr of the identification of severe sepsis, after appropriate cultures have been obtained (grade 1D).

Early antibiotic therapy is as critical for children with severe sepsis as it is for adults.

### B. Mechanical Ventilation

No graded recommendations.

Due to low functional residual capacity, young infants and neonates with severe sepsis may require early intubation (300). Drugs used for intubation have important side effects in these patients; for example, concerns have been raised about the safety of using etomidate in children with meningococcal sepsis because of adrenal suppression effect (301). The principles of lung-protective strategies are applied to children as they are to adults.

### C. Fluid Resuscitation

1. We suggest that initial resuscitation begin with infusion of crystalloids with boluses of 20 mL/kg over 5–10 mins, titrated to clinical monitors of cardiac output, including heart rate,

urine output, capillary refill, and level of consciousness (grade 2C).

Intravenous access for fluid resuscitation and inotrope/vasopressor infusion is more difficult to attain in children than in adults. The American Heart Association and the American Academy of Pediatrics have developed pediatric advanced life support guidelines for emergency establishment of intravascular support encouraging early intraosseous access (302). On the basis of studies, it is accepted that aggressive fluid resuscitation with crystalloids or colloids is of fundamental importance to survival of septic shock in children (303–308). Three randomized controlled trials compared the use of colloid to crystalloid resuscitation in children with dengue shock (303, 307, 308). No difference in mortality between colloid or crystalloid resuscitation was shown.

Children normally have a lower blood pressure than adults, and fall in blood pressure can be prevented by vasoconstriction and increasing heart rate. Therefore, blood pressure by itself is not a reliable end point for assessing the adequacy of resuscitation. However, once hypotension occurs, cardiovascular collapse may soon follow. Hepatomegaly occurs in children who are fluid overloaded and can be a helpful sign of adequacy of fluid resuscitation. Large fluid deficits typically exist, and initial volume resuscitation usually requires 40–60 mL/kg but can be much higher (304–308). However, the rate of fluid administration should be reduced substantially when there are (clinical) signs of adequate cardiac filling without hemodynamic improvement.

## D. Vasopressors/Inotropes (Should Be Used in Volume-Loaded Patients With Fluid Refractory Shock)

1. We suggest dopamine as the first choice of support for the pediatric patient with hypotension refractory to fluid resuscitation (grade 2C).

In the initial resuscitation phase, vasopressor therapy may be required to sustain perfusion pressure, even when hypovolemia has not yet been resolved. Children with severe sepsis can present with low cardiac output and high systemic vascular resistance, high cardiac output and low systemic vascular resistance, or low cardiac output and low sys-

temic vascular resistance shock. At various stages of sepsis or the treatment thereof, a child may move from one hemodynamic state to another. Vasopressor or inotrope therapy should be used according to the clinical state of the child.

Dopamine-refractory shock may reverse with epinephrine or norepinephrine infusion (309).

2. We suggest that patients with low cardiac output and elevated systemic vascular resistance states (cool extremities, prolonged capillary refill, decreased urine output but normal blood pressure following fluid resuscitation) be given dobutamine (grade 2C).

The choice of vasoactive agent is determined by the clinical examination. For the child with a persistent low cardiac output state with high systemic vascular resistance despite fluid resuscitation and inotropic support, vasodilator therapy may reverse shock (310). When pediatric patients remain in a normotensive low cardiac output and high vascular resistance state despite epinephrine and vasodilator therapy, the use of a phosphodiesterase inhibitor may be considered (311–313). In the case of extremely low systemic vascular resistance despite the use of norepinephrine, vasopressin use has been described in a number of case reports. There is no clear evidence for the use of vasopressin in pediatric sepsis (314, 315).

## E. Therapeutic End Points

1. We suggest that the therapeutic end points of resuscitation of septic shock be normalization of the heart rate, capillary refill of <2 secs, normal pulses with no differential between peripheral and central pulses, warm extremities, urine output >1 mL·kg$^{-1}$·hr$^{-1}$, and normal mental status (290) (grade 2C).

Capillary refill may be less reliable in a cold environment. Other end points that have been widely used in adults and may logically apply to children include decreased lactate and improved base deficit, $ScvO_2$ ≥70% or $S\bar{V}O_2$ ≥65%, central venous pressure of 8–12 mm Hg, or other methods to analyze cardiac filling. Optimizing preload optimizes cardiac index. In terms of identifying acceptable cardiac output in children with systemic arterial hypoxemia, such as cyanotic congenital heart disease or severe pulmonary disease, arterial-venous oxygen content dif-

ference is a better marker than mixed venous hemoglobin saturation with oxygen. As noted previously, blood pressure by itself is not a reliable end point for resuscitation. If a thermodilution catheter is used, therapeutic end points are cardiac index >3.3 and <6.0 L·min$^{-1}$·m$^{-2}$ with normal coronary perfusion pressure (mean arterial pressure minus central venous pressure) for age (290). Using clinical end points, such as reversal of hypotension and restoration of capillary refill, for initial resuscitation at the community hospital level before transfer to a tertiary center was associated with significantly improved survival rates in children with septic shock (305). Development of a transport system including publicizing to local hospitals and transport with mobile intensive care services significantly decreased the case fatality rate from meningococcal disease in the United Kingdom (316).

## F. Approach to Pediatric Septic Shock

Figure 1 shows a flow diagram summarizing an approach to pediatric septic shock (317).

## G. Steroids

1. We suggest that hydrocortisone therapy be reserved for use in children with catecholamine resistance and suspected or proven adrenal insufficiency (grade 2C).

Patients at risk for adrenal insufficiency include children with severe septic shock and purpura (318, 319), children who have previously received steroid therapies for chronic illness, and children with pituitary or adrenal abnormalities. Children who have clear risk factors for adrenal insufficiency should be treated with stress-dose steroids (hydrocortisone 50 mg/m$^2$/24 hrs).

Adrenal insufficiency in pediatric severe sepsis is associated with a poor prognosis (320). No strict definitions exist, but absolute adrenal insufficiency in the case of catecholamine-resistant septic shock is assumed at a random total cortisol concentration <18 μg/dL (496 nmol/L). A post 30- or 60-min ACTH stimulation test increase in cortisol of ≤9 μg/dL (248 mmol/L) has been used to define relative adrenal insufficiency. The treatment of relative adrenal insufficiency in children with septic shock is controversial. A retrospective study from a large administrative database recently

PAR-VASO-0007326



Figure 1. Approach to pediatric shock. *Normalization of blood pressure and tissue perfusion; **hypotension, abnormal capillary refill or extremity coolness. *PALS,* Pediatric Advanced Life Support; *PICU,* pediatric intensive care unit; *CI,* cardiac index; ECMO, extracorporeal membrane oxygenation.

reported that the use of any corticosteroids in children with severe sepsis was associated with increased mortality (odds ratio 1.9, 95% confidence interval 1.7–2.2) (321). While steroids may have been given preferentially to more severely ill children, the use of steroids was an independent predictor of mortality in multivariable analysis (321). Given the lack of data in children and potential risk, steroids should not be used in children who do not meet minimal criteria for adrenal insufficiency. A randomized, controlled trial in children with septic shock is very much needed.

## H. Protein C and Activated Protein C

1. We recommend against the use rhAPC in children (grade 1B).

Protein C concentrations in children reach adult values at the age of 3 yrs. This might indicate that the importance of protein C supplementation either as protein C concentrate or as rhAPC is even greater in young children than in adults (322). There has been one dose-finding, randomized, placebo-controlled study performed using protein C concentrate. This study was not powered to show an effect on mortality rate but did show a positive effect on sepsis-induced coagulation disturbances (323). An RCT of rhAPC in pediatric severe sepsis patients was stopped by recommendation of the Data Monitoring Committee for futility after enrollment of 399 patients: 28-day all cause mortality was 18% placebo group vs. 17% APC group. Major amputations occurred in 3% of the placebo group vs. 2% in the APC group (324). Due to the increased risk of bleeding (7% vs. 6% in the pediatric trial) and lack of proof of efficacy, rhAPC is not recommended for use in children.

## I. DVT Prophylaxis

1. We suggest the use of DVT prophylaxis in postpubertal children with severe sepsis (grade 2C).

Most DVTs in young children are associated with central venous catheters. Femoral venous catheters are commonly used in children, and central venous catheter-associated DVTs occur in approximately 25% of children with a femoral central venous catheter. Heparin-bonded catheters may decrease the risk of catheter-associated DVT and should be considered for use in children with severe sepsis (325, 326). No data on the efficacy of UFH or LMWH prophylaxis to prevent catheter-related DVT in children in the ICU exist.

## J. Stress Ulcer Prophylaxis

No graded recommendations.
Studies have shown that the rate of clinically important gastrointestinal bleeding in children occurs at rates similar to adults (327, 328). As in adults, coagulopathy and mechanical ventilation are risk factors for clinically important gastrointestinal bleeding. Stress ulcer prophylaxis strategy is commonly used in mechanically ventilated children, usually with H2 blockers. Its effect is not known.

## K. Renal Replacement Therapy

No graded recommendations.
Continuous veno-venous hemofiltration (CVVH) may be clinically useful in children with anuria/severe oliguria and fluid overload, but no large RCTs have been performed comparing CVVH with intermittent dialysis. A retrospective study of 113 critically ill children reported that children with less fluid overload before CVVH had better survival, especially in those children

PAR-VASO-0007327

with dysfunction of three or more organs (329). CVVH or other renal replacement therapy should be instituted in children with anuria/severe oliguria before significant fluid overload occurs.

## L. Glycemic Control

No graded recommendations.

In general, infants are at risk for developing hypoglycemia when they depend on intravenous fluids. This means that a glucose intake of $4-6$ mg·kg$^{-1}$·min$^{-1}$ or maintenance fluid intake with glucose 10%/NaCl-containing solution is advised. Associations have been reported between hyperglycemia and an increased risk of death and longer length of stay (330). A recent retrospective pediatric ICU study reported associations of hyperglycemia, hypoglycemia, and glucose variability with length of stay and mortality rates (331). No studies in pediatric patients (without diabetes mellitus) analyzing the effect of strict glycemic control using insulin exist. In adults, the recommendation is to maintain serum glucose <150 mg/dL. Insulin therapy to avoid long periods of hyperglycemia seems sensible in children as well, but the optimal goal glucose is not known. However, continuous insulin therapy should only be conducted with frequent glucose monitoring in view of the risks for hypoglycemia.

## M. Sedation/Analgesia

1. We recommend sedation protocols with a sedation goal when sedation of critically ill mechanically ventilated patients with sepsis is required (grade 1D).

Appropriate sedation and analgesia are the standard of care for children who are mechanically ventilated. Although there are no data supporting any particular drugs or regimens, it should be noted that propofol should not be used for long-term sedation in children because of the reported association with fatal metabolic acidosis (332, 333).

## N. Blood Products

No graded recommendations.

The optimal hemoglobin for a critically ill child with severe sepsis is not known. A recent multicenter trial reported similar outcomes in stable critically ill children managed with a transfusion threshold of 7 g/dL compared with those managed with a transfusion threshold of 9.5 g/dL (334). Whether a lower transfusion trigger is safe or appropriate in the initial resuscitation of septic shock has not been determined.

## O. Intravenous Immunoglobulin

1. We suggest that immunoglobulin be considered in children with severe sepsis (grade 2C).

Administration of polyclonal intravenous immunoglobulin has been reported to reduce mortality rate and is a promising adjuvant in the treatment of sepsis and septic shock in neonates. A recent randomized controlled study of polyclonal immunoglobulin in pediatric sepsis syndrome patients (n = 100) showed a significant reduction in mortality and LOS and less progress to complications, especially disseminated intravascular coagulation (335).

## P. Extracorporeal Membrane Oxygenation (ECMO)

1. We suggest that use of ECMO be limited to refractory pediatric septic shock and/or respiratory failure that cannot be supported by conventional therapies (grade 2C).

ECMO has been used in septic shock in children, but its impact is not clear. Survival from refractory shock or respiratory failure associated with sepsis is 80% in neonates and 50% in children. In one study analyzing 12 patients with meningococcal sepsis in ECMO, eight of the 12 patients survived, with six leading functionally normal lives at a median of 1 yr (range, 4 months to 4 yrs) of follow-up. Children with sepsis on ECMO do not perform worse than children without sepsis at long-term follow-up (336, 337).

Although the pediatric considerations section of this article offers important information to the practicing pediatric clinician for the management of critically ill children with sepsis, the reader is referred to the reference list for more in-depth descriptions of appropriate management of pediatric septic patients.

## SUMMARY AND FUTURE DIRECTIONS

Although this document is static, the optimum treatment of severe sepsis and septic shock is a dynamic and evolving process. New interventions will be proven and, as stated in the current recommen-

dations, established interventions may need modification. This publication represents an ongoing process. The Surviving Sepsis Campaign and the consensus committee members are committed to updating the guidelines regularly as new interventions are tested and published.

Although evidence-based recommendations have been published frequently in the medical literature, documentation of impact on patient outcome is limited (338). However, there is growing evidence that protocol implementation associated with education and performance feedback does change clinician behavior and may improve outcomes and reduce costs in severe sepsis (20, 24, 25). Phase III of the Surviving Sepsis Campaign targets the implementation of a core set of the previous recommendations in hospital environments where change in behavior and clinical impact are being measured. The sepsis bundles were developed in collaboration with the Institute of Healthcare Improvement (339). Concurrent or retrospective chart review will identify and track changes in practice and clinical outcome. Software and software support are available at no cost in seven languages, allowing bedside data entry and allowing creation of regular reports for performance feedback. The SSC also offers significant program support and educational materials at no cost to the user (www.survivingsepsis.org).

Engendering evidence-based change in clinical practice through multifaceted strategies while auditing practice and providing feedback to healthcare practitioners is the key to improving outcomes in severe sepsis. Nowhere is this more evident than in the worldwide enthusiasm for phase III of the SSC, a performance improvement program using SSC guideline-based sepsis bundles. Using the guidelines as the basis, the bundles have established a global best practice for the management of critically ill patients with severe sepsis. As of November 2007, nearly 12,000 patients had been entered into the SSC central database, representing efforts of 239 hospitals in 17 countries. Changes in practice and potential effects on survival are being measured.

## ACKNOWLEDGMENTS

As mentioned previously, the Surviving Sepsis Campaign (SSC) is partially funded by unrestricted educational industry grants, including those from Edwards LifeSciences, Eli Lilly and Com-

PAR-VASO-0007328

pany, and Philips Medical Systems. The SSC also received funding from the Coalition for Critical Care Excellence of the Society of Critical Care Medicine. The great majority of industry funding has come from Eli Lilly and Company.

Current industry funding for the Surviving Sepsis Campaign is directed to the performance improvement initiative. No industry funding was used for committee meetings. No honoraria were provided to committee members. The revision process was funded primarily by the Society of Critical Care Medicine, with the sponsoring professional organizations providing travel expenses for their designated delegate to the guidelines revision meeting where needed.

## OTHER ACKNOWLEDGMENTS

In addition, we acknowledge Toni Piper and Rae McMorrow for their assistance in bringing the manuscripts together; and Gordon Guyatt and Henry Masur, MD, for their guidance on grading of evidence and antibiotic recommendations, respectively.

Nine of the 11 organizations that sponsored the first guidelines are sponsors of the revision. Four additional national organizations (Canadian Critical Care Society, Japanese Association for Acute Medicine, Japanese Society of Intensive Care Medicine, and Society of Hospital Medicine), the World Federation of Intensive and Critical Care Societies, and two sepsis organizations (German Sepsis Society and the Latin American Sepsis Institute) have also come on board as sponsors. Two organizations that sponsored the first guidelines (American Thoracic Society and Australian and New Zealand Intensive Care Society) elected not to sponsor the revision.

## REFERENCES

1. Angus DC, Linde-Zwirble WT, Lidicker J, et al: Epidemiology of severe sepsis in the United States: Analysis of incidence, outcome, and associated costs of care. *Crit Care Med* 2001; 29:1303–1310

2. Dellinger RP: Cardiovascular management of septic shock. *Crit Care Med* 2003; 31: 946–955

3. Martin GS, Mannino DM, Eaton S, et al: The epidemiology of sepsis in the United States from 1979 through 2000. *N Engl J Med* 2003; 348:1546–1554

4. Linde-Zwirble WT, Angus DC: Severe sepsis epidemiology: Sampling, selection, and society. *Crit Care* 2004; 8:222–226

5. Dombrovskiy VY, Martin AA, Sunderram J, et al: Rapid increase in hospitalization and mortality rates for severe sepsis in the United States: A trend analysis from 1993 to 2003. *Crit Care Med* 2007; 35:1414–1415

6. Dellinger RP, Carlet JM, Masur H, et al: Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. *Crit Care Med* 2004; 32:858–873

7. Dellinger RP, Carlet JM, Masur H, et al: Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. *Intensive Care Med* 2004; 30: 536–555

8. Guyatt G, Schünemann H, Cook D, et al: Applying the grades of recommendations for antithrombotic and thrombolytic therapy: The seventh ACCP conference of antithrombotic and thrombolytic therapy. *Chest* 2004; 126:179S–187S

9. GRADE working group: Grading quality of evidence and strength of recommendations. *BMJ* 2004; 328:1490–1498

10. Guyatt G, Gutterman D, Baumann MH, et al: Grading strength of recommendations and quality of evidence in clinical guidelines: Report from an American College of Chest Physicians task force. *Chest* 2006; 129:174–181

11. Schünemann HJ, Jaeschke R, Cook DJ, et al, on behalf of the ATS Documents Development and Implementation Committee: An official ATS statement: Grading the quality of evidence and strength of recommendations in ATS guidelines and recommendations. *Am J Respir Crit Care Med* 2006; 174:605–614

12. Levy MM, Fink MP, Marshall JC, et al: 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. *Crit Care Med* 2003; 31:1250–1256

13. Bone RC, Balk RA, Cerra FB, et al, and members of the ACCP/SCCM Consensus Conference: Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Chest* 1992; 101:1644–1655 and *Crit Care Med* 1992; 20:864–874

14. Sprung CL, Bernard GR, Dellinger RP (Eds): Guidelines for the management of severe sepsis and septic shock. *Intensive Care Med* 2001; 27(Suppl 1):S1–S134

15. Sackett DL: Rules of evidence and clinical recommendations on the use of antithrombotic agents. *Chest* 1995; 95:2S–4S

16. Rivers E, Nguyen B, Havstad S, et al: Early goal-directed therapy in the treatment of severe sepsis and septic shock. *N Engl J Med* 2001; 345:1368–1377

17. Bendjelid K, Romand JA: Fluid responsiveness in mechanically ventilated patients: A review of indices used in intensive care. *Intensive Care Med* 2003; 29:352–360

18. Malbrain ML, Deeren D, De Potter TJ: Intra-abdominal hypertension in the critically ill: It is time to pay attention. *Curr Opin Crit Care* 2005; 11:156–171

19. Varpula M, Tallgren M, Saukkonen K, et al: Hemodynamic variables related to outcome in septic shock. *Intensive Care Med* 2005; 31:1066–1071

20. Kortgen A, Niederprum P, Bauer M: Implementation of an evidence-based "standard operating procedure" and outcome in septic shock. *Crit Care Med* 2006; 34:943–949

21. Sebat F, Johnson D, Musthafa AA, et al: A multidisciplinary community hospital program for early and rapid resuscitation of shock in nontrauma patients. *Chest* 2005; 127:1729–1743

22. Shapiro NI, Howell MD, Talmor D, et al: Implementation and outcomes of the Multiple Urgent Sepsis Therapies (MUST) protocol. *Crit Care Med* 2006; 34:1025–1032

23. Micek SST, Roubinian N, Heuring T, et al: Before-after study of a standardized hospital order set for the management of septic shock. *Crit Care Med* 2006; 34:2707–2713

24. Nguyen HB, Corbett SW, Steele R, et al: Implementation of a bundle of quality indicators for the early management of severe sepsis and septic shock is associated with decreased mortality. *Crit Care Med* 2007; 35:1105–1112

25. Shorr AF, Micek ST, Jackson WL Jr, et al: Economic implications of an evidence-based sepsis protocol: Can we improve outcomes and lower costs? *Crit Care Med* 2007; 35:1257–1262

26. Reinhart K, Kuhn HJ, Hartog C, et al: Continuous central venous and pulmonary artery oxygen saturation monitoring in the critically ill. *Intensive Care Med* 2004; 30: 1572–1578

27. Trzeciak S, Dellinger RP, Abate N, et al: Translating research to clinical practice: A 1-year experience with implementing early goal-directed therapy for septic shock in the emergency department. *Chest* 2006; 129: 225–232

28. Magder S: Central venous pressure: A useful but not so simple measurement. *Crit Care Med* 2006; 34:2224–2227

29. Bendjelid K: Right arterial pressure: Determinant or result of change in venous return? *Chest* 2005; 128:3639–3640

30. Vincent JL, Weil MH: Fluid challenge revisited. *Crit Care Med* 2006; 34:1333–1337

31. Trzeciak S, Dellinger RP, Parrillo JE, et al: Early microcirculatory perfusion derangements in patients with severe sepsis and septic shock: Relationship to hemodynamics, oxygen transport, and survival. *Ann Emerg Med* 2007; 49:88–98

32. De Backer D, Creteur J, Dubois MJ, et al: The effects of dobutamine on microcirculatory alternations in patients with septic shock are independent of its systemic effects. *Crit Care Med* 2006; 34:403–408

33. Buwalda M, Ince C: Opening the microcirculation: Can vasodilators be useful in sepsis? *Intensive Care Med* 2002; 28:1208–1217

34. Boldt J: Clinical review: Hemodynamic monitoring in the intensive care unit. *Crit Care* 2002; 6:52–59

35. Pinsky MR, Payen D: Functional hemodynamic monitoring. *Crit Care* 2005; 9:566–572

36. Weinstein MP, Reller LP, Murphy JR, et al: The clinical significance of positive blood cultures: A comprehensive analysis of 500 episodes of bacteremia and fungemia in adults. I. Laboratory and epidemiologic observations. *Rev Infect Dis* 1983; 5:35–53

37. Blot F, Schmidt E, Nitenberg G, et al: Earlier positivity of central venous versus peripheral blood cultures is highly predictive of catheter-related sepsis. *J Clin Microbiol* 1998; 36:105–109

38. Mermel LA, Maki DG: Detection of bacteremia in adults: Consequences of culturing an inadequate volume of blood. *Ann Intern Med* 1993; 119:270–272

39. Guidelines for the management of adults with hospital-acquired, ventilator-associated, and healthcare-associated pneumonia. *Am J Respir Crit Care Med* 2005; 171: 388–416

40. Giamarellos-Bourboulis EJ, Giannopoulou P, Grecka P, et al: Should procalcitonin be introduced in the diagnostic criteria for the systemic inflammatory response syndrome and sepsis? *J Crit Care* 2004; 19:152–157

41. Tenover FC: Rapid detection and identification of bacterial pathogens using novel molecular technologies: Infection control and beyond. *Clin Infect Dis* 2007; 44:418–423

42. Kumar A, Roberts D, Wood KE, et al: Duration of hypotension prior to initiation of effective antimicrobial therapy is the critical determinant of survival in human septic shock. *Crit Care Med* 2006; 34:1589–1596

43. Morrell M, Fraser VJ, Kollef MH: Delaying the empiric treatment of candida bloodstream infection until positive blood culture results are obtained: A potential risk factor for hospital mortality. *Antimicrob Agents Chemother* 2005; 49:3640–3645

44. Pappas PG, Rex JH, Sobel JD, et al: Guidelines for treatment of candidiasis. *Clin Infect Dis* 2004; 38:161–189

45. McCabe WR, Jackson GG: Gram negative bacteremia. *Arch Intern Med* 1962; 110: 92–100

46. Kreger BE, Craven DE, McCabe WR: Gram negative bacteremia: IV. Re-evaluation of clinical features and treatment in 612 patients. *Am J Med* 1980; 68:344–355

47. Leibovici L, Shraga I, Drucker M, et al: The benefit of appropriate empirical antibiotic treatment in patients with bloodstream infection. *J Intern Med* 1998; 244:379–386

48. Ibrahim EH, Sherman G, Ward S, et al: The influence of inadequate antimicrobial treatment of bloodstream infections on patient outcomes in the ICU setting. *Chest* 2000; 118:146–155

49. Hatala R, Dinh T, Cook DJ: Once-daily aminoglycoside dosing in immunocompetent adults: A meta-analysis. *Ann Intern Med* 1996; 124:717–725

50. Ali MZ, Goetz MB: A meta-analysis of the relative efficacy and toxicity of single daily dosing versus multiple daily dosing of aminoglycosides. *Clin Infect Dis* 1997; 24: 796–809

51. Amsden GW, Ballow CH, Bertino JS: Pharmacokinetics and pharmacodynamics of anti-infective agents. *In*: Principles and Practice of Infectious Diseases. Fifth Edition. Mandell GL, Bennett JE, Dolin R (Eds). Philadelphia, Churchill Livingstone, 2000, pp 253–261

52. Hyatt JM, McKinnon PS, Zimmer GS, et al: The importance of pharmacokinetic/pharmacodynamic surrogate markers to outcomes: Focus on antibacterial agents. *Clin Pharmacokinet* 1995; 28:143–160

53. Hughes WT, Armstrong D, Bodey GP, et al: 2002 Guidelines for the use of antimicrobial agents in neutropenic patients with cancer. http://www.idsociety.org. Accessed July 10, 2007

54. Klastersky J: Management of fever in neutropenic patients with different risks of complications. *Clin Infect Dis* 2004; 39(Suppl 1):S32–S37

55. Safdar N, Handelsman J, Maki DG: Does combination antimicrobial therapy reduce mortality in Gram-negative bacteraemia? A meta-analysis. *Lancet Infect Dis* 2004; 4:519–527

56. Paul M, Silbiger I, Grozinsky S, et al: Beta lactam antibiotic monotherapy versus beta lactam-aminoglycoside antibiotic combination therapy for sepsis. *Cochrane Database Syst Rev* 2006; (1):CD003344

57. Garnacho-Montero J, Sa-Borges M, Sole-Violan J, et al: Optimal management therapy for Pseudomonas aeruginosa ventilator-associated pneumonia: An observational, multicenter study comparing monotherapy with combination antibiotic therapy. *Crit Care Med* 2007; 25:1888–1895

58. Jimenez MF, Marshall JC: Source control in the management of sepsis. *Intensive Care Med* 2001; 27:S49–S62

59. Moss RL, Musemeche CA, Kosloske AM: Necrotizing fasciitis in children: Prompt recognition and aggressive therapy improve survival. *J Pediatr Surg* 1996; 31:1142–1146

60. Bufalari A, Giustozzi G, Moggi L: Postoperative intraabdominal abscesses: Percutaneous versus surgical treatment. *Acta Chir Belg* 1996; 96:197–200

61. Centers for Disease Control and Prevention: Guidelines for the prevention of intravascular catheter-related infections. *MMWR Morbid Mortal Wkly Rep* 2002; 51(RR-10):1–29

62. O'Grady NP, Alexander M, Dellinger EP, et al: Guidelines for the prevention of intravascular catheter-related infections. *Clin Infect Dis* 2002; 35:1281–1307

63. Mier J, Leon EL, Castillo A, et al: Early versus late necrosectomy in severe necrotizing pancreatitis. *Am J Surg* 1997; 173: 71–75

64. Evans A, Winslow BH: Oxygen saturation and hemodynamic response in critically ill mechanically ventilated adults during intrahospital transport. *Am J Crit Care* 1995; 4:106–111

65. Finfer S, Bellomo R, Boyce N, et al: A comparison of albumin and saline for fluid re-
suscitation in the intensive care unit. *N Engl J Med* 2004; 350:2247–2256

66. Choi PTL, Yip G, Quinonez LG, et al: Crystalloids vs. colloids in fluid resuscitation: A systematic review. *Crit Care Med* 1999; 27: 200–210

67. Cook D, Guyatt G: Colloid use for fluid resuscitation: Evidence and spin. *Ann Intern Med* 2001; 135:205–208

68. Schierhout G, Roberts I: Fluid resuscitation with colloid or crystalloid solutions in critically ill patients: A systematic review of randomized trials. *BMJ* 1998; 316:961–964

69. Schortgen F, Lacherade JC, Bruneel F, et al: Effects of hydroxyethyl starch and gelatin on renal function in severe sepsis: A multicentre randomised study. *Lancet* 2001; 357: 911–916

70. Sakr Y, Payen D, Reinhart K, et al: Effects of hydroxyethyl starch administration on renal function in critically ill patients. *Br J Anaesth* 2007; 98:216–224

71. Hollenberg SM, Ahrens TS, Annane D, et al: Practice parameters for hemodynamic support of sepsis in adult patients: 2004 update. *Crit Care Med* 2004; 32:1928–1948

72. LeDoux D, Astiz ME, Carpati CM, et al: Effects of perfusion pressure on tissue perfusion in septic shock. *Crit Care Med* 2000; 28:2729–2732

73. Martin C, Papazian L, Perrin G, et al: Norepinephrine or dopamine for the treatment of hyperdynamic septic shock? *Chest* 1993; 103:1826–1831

74. Martin C, Viviand X, Leone M, et al: Effect of norepinephrine on the outcome of septic shock. *Crit Care Med* 2000; 28:2758–2765

75. De Backer D, Creteur J, Silva E, et al: Effects of dopamine, norepinephrine, and epinephrine on the splanchnic circulation in septic shock: Which is best? *Crit Care Med* 2003; 31:1659–1667

76. Day NP, Phu NH, Bethell DP, et al: The effects of dopamine and adrenaline infusions on acid-base balance and systemic haemodynamics in severe infection. *Lancet* 1996; 348:219–223

77. Le Tulzo Y, Seguin P, Gacouin A, et al: Effects of epinephrine on right ventricular function in patients with severe septic shock and right ventricular failure: A preliminary descriptive study. *Intensive Care Med* 1997; 23:664–670

78. Bollaert PE, Bauer P, Audibert G, et al: Effects of epinephrine on hemodynamics and oxygen metabolism in dopamine-resistant septic shock. *Chest* 1990; 98: 949–953

79. Zhou SX, Qiu HB, Huang YZ, et al: Effects of norepinephrine, epinephrine, and norepinephrine-dobutamine on systemic and gastric mucosal oxygenation in septic shock. *Acta Pharm Sin* 2002; 23:654–658

80. Levy B, Bollaert PE, Charpentier C, et al: Comparison of norepinephrine and dobutamine to epinephrine for hemodynamics, lactate metabolism, and gastric tonometric variables in septic shock: A prospective, ran-

domized study. *Intensive Care Med* 1997; 23:282–287

81. Mackenzie SJ, Kapadia F, Nimmo GR, et al: Adrenaline in treatment of septic shock: Effects on haemodynamics and oxygen transport. *Intensive Care Med* 1991; 17: 36–39

82. Moran JL, O'Fathartaigh MS, Peisach AR, et al: Epinephrine as an inotropic agent in septic shock: A dose-profile analysis. *Crit Care Med* 1993; 21:70–77

83. Yamazaki T, Shimada Y, Taenaka N, et al: Circulatory responses to afterloading with phenylephrine in hyperdynamic sepsis. *Crit Care Med* 1982; 10:432–435

84. Gregory JS, Bonfiglio MF, Dasta JF, et al: Experience with phenylephrine as a component of the pharmacologic support of septic shock. *Crit Care Med* 1991; 19:1395–1400

85. Djillali A, Vigno P, Renault A, et al, for the CATS STUDY Group: Norepinephrine plus dobutamine versus epinephrine alone for management of septic shock: A randomized trial. *Lancet* 2007; 370:676–684

86. Regnier B, Rapin M, Gory G, et al: Haemodynamic effects of dopamine in septic shock. *Intensive Care Med* 1977; 3:47–53

87. Landry DW, Levin HR, Gallant EM, et al: Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation* 1997; 95:1122–1125

88. Patel BM, Chittock DR, Russell JA, et al: Beneficial effects of short-term vasopressin infusion during severe septic shock. *Anesthesiology* 2002; 96:576–582

89. Dünser MW, Mayr AJ, Ulmer H, et al: Arginine vasopressin in advanced vasodilatory shock: A prospective, randomized, controlled study. *Circulation* 2003; 107: 2313–2319

90. Holmes CL, Patel BM, Russell JA, et al: Physiology of vasopressin relevant to management of septic shock. *Chest* 2001; 120: 989–1002

91. Malay MB, Ashton RC, Landry DW, et al: Low-dose vasopressin in the treatment of vasodilatory septic shock. *J Trauma* 1999; 47:699–705

92. Holmes CL, Walley KR, Chittock DR, et al: The effects of vasopressin on hemodynamics and renal function in severe septic shock: A case series. *Intensive Care Med* 2001; 27:1416–1421

93. Lauzier F, Levy B, Lamarre P, et al: Vasopressin or norepinephrine in early hyperdynamic septic shock: A randomized clinical trial. *Intensive Care Med* 2006; 32: 1782–1789

94. O'Brien A, Calpp L, Singer M: Terlipressin for norepinephrine-resistant septic shock. *Lancet* 2002; 359:1209–1210

95. Sharshar T, Blanchard A, Paillard M, et al: Circulating vasopressin levels in septic shock. *Crit Care Med* 2003; 31:1752–1758

96. Dünser MW, Mayr AJ, Tura A, et al: Ischemic skin lesions as a complication of continuous vasopressin infusion in catecholamine-resistant vasodilatory shock:

Incidence and risk factors. *Crit Care Med* 2003; 31:1394–1398

97. Bellomo R, Chapman M, Finfer S, et al: Low-dose dopamine in patients with early renal dysfunction: A placebo-controlled randomised trial. Australian and New Zealand Intensive Care Society (ANZICS) Clinical Trials Group. *Lancet* 2000; 356: 2139–2143

98. Kellum J, Decker J: Use of dopamine in acute renal failure: A meta-analysis. *Crit Care Med* 2001; 29:1526–1531

99. Gattinoni L, Brazzi L, Pelosi P, et al: A trial of goal-oriented hemodynamic therapy in critically ill patients. *N Engl J Med* 1995; 333:1025–1032

100. Hayes MA, Timmins AC, Yau EHS, et al: Elevation of systemic oxygen delivery in the treatment of critically ill patients. *N Engl J Med* 1994; 330:1717–1722

101. Annane D, Sebille V, Charpentier C, et al: Effect of treatment with low doses of hydrocortisone and fludrocortisone on mortality in patients with septic shock. *JAMA* 2002; 288:862–871

102. Briegal J, Forst H, Haller M, et al: Stress doses of hydrocortisone reverse hyperdynamic septic shock: A prospective, randomized, double-blind, single-center study. *Crit Care Med* 1999; 27:723–732

103. Bollaert PE, Charpentier C, Levy B, et al: Reversal of late septic shock with supraphysiologic doses of hydrocortisone. *Crit Care Med* 1998; 26:645–650

104. Sprung CL, Annane D, Briegal J, et al: Corticosteroid therapy of septic shock (CORTICUS). Abstr. *Am Rev Respir Crit Care Med* 2007; 175:A507

105. Briegal J, Vogeser M, Annane D, et al: Measurement of cortisol in septic shock: Interlaboratory harmonization. *Am Rev Respir Crit Care Med* 2007; 175:A436

106. Allolio B, Dorr H, Stuttmann R, et al: Effect of a single bolus of etomidate upon eight major corticosteroid hormone and plasma ACTH. *Clin Endocrinol (Oxf)* 1985; 22: 281–286

107. Reincke M, Allolio B, Würth G, et al: The hypothalamic-pituitary-adrenal axis in critical illness: Response to dexamethasone and corticotropin-releasing hormone. *J Clin Endocrinol Metab* 1993; 77:151–156

108. Oppert M, Schindler R, Husung C, et al: Low dose hydrocortisone improves shock reversal and reduces cytokine levels in early hyperdynamic septic shock. *Crit Care Med* 2005; 33:2457–2464

109. Yildiz O, Doganay M, Aygen B, et al: Physiologic-dose steroid therapy in sepsis. *Crit Care* 2002; 6:251–259

110. Keh D, Boehnke T, Weber-Carstens S, et al: Immunologic and hemodynamic effects of "low-dose" hydrocortisone in septic shock: A double-blind, randomized, placebo-controlled, crossover study. *Am J Respir Crit Care Med* 2003; 167:512–520

111. Bone RC, Fisher CJ, Clemmer TP: A controlled clinical trial of high-dose methyl-

prednisolone in the treatment of severe sepsis and septic shock. *N Engl J Med* 1987; 317:653–658

112. Cronin L, Cook DJ, Carlet J, et al: Corticosteroid treatment for sepsis: A critical appraisal and meta-analysis of the literature. *Crit Care Med* 1995; 23:1430–1439

113. The Veterans Administration Systemic Sepsis Cooperative Study Group: Effect on high-dose glucocorticoid therapy on mortality in patients with clinical signs of sepsis. *N Engl J Med* 1987; 317:659–665

114. Confalonieri M, Urbino R, Potena A, et al: Hydrocortisone infusion for severe community-acquired pneumonia: A preliminary randomized study. *Am J Respir Crit Care Med* 2005; 171:242–248

115. Bernard GR, Vincent JL, Laterre PF, et al: Efficacy and safety of recombinant human activated protein c for severe sepsis. *N Engl J Med* 2001; 344:699–700

116. Abraham E, Laterre PF, Garg R, et al: Drotrecogin alfa (activated) for adults with severe sepsis and a low risk of death. *N Engl J Med* 2005; 353:1332–1341

117. Vincent JL, Bernard GR, Beale R, et al: Drotrecogin alfa (activated) treatment in severe sepsis from the global open-label trial ENHANCE: Further evidence for survival and safety and implications for early treatment. *Crit Care Med* 2005; 33:2266–2277

118. Oxman AD, Guyatt GH: A consumer's guide to subgroup analyses. *Ann Intern Med* 1992; 116:78–84

119. Ely EW, Laterre PF, Angus DC, et al: Drotrecogin alfa (activated) administration across clinically important subgroups of patients with severe sepsis. *Crit Care Med* 2003; 31:12–19

120. Kanji S, Perreault MM, Chant C, et al: Evaluating the use of drotrecogin alfa activated in adult severe sepsis: a Canadian multicenter observational study. *Intensive Care Med* 2007; 33:517–523

121. Bertolini G, Rossi C, Anghileri A, et al: Use of drotrecogin alfa (activated) in Italian intensive care units: The results of a nationwide survey. *Intensive care med* 2007; 33: 426–434

122. European Medicines Agency *Evaluation of Medicines for Human Use.* http://www.emea.europa.eu/pdfs/human/press/pr/8509607en.pdf. Accessed October 22, 2007

123. Hébert PC, Wells G, Blajchman MA, et al: A multicenter, randomized, controlled clinical trial of transfusion in critical care. *N Engl J Med* 1999; 340:409–417

124. Marik PE, Sibbald WJ: Effect of stored-blood transfusion on oxygen delivery in patients with sepsis. *JAMA* 1993; 269:3024–3029

125. Lorente JA, Landín L, dePablo R, et al: Effects of blood transfusion on oxygen transport variables in severe sepsis. *Crit Care Med* 1993; 21:1312–1318

126. Fernandes CJ, Akamine N, DeMarco FVC, et al: Red blood cell transfusion does not increase oxygen consumption in critically ill septic patients. *Crit Care* 2001; 5:362–567

PAR-VASO-0007331

127. Corwin HL, Gettinger A, Rodriguez RM, et al: Efficacy of recombinant human erythropoietin in the critically ill patient: A randomized double-blind, placebo-controlled trial. *Crit Care Med* 1999; 27:2346–2350

128. Corwin HL, Gettinger A, Pearl RG, et al: Efficacy of recombinant human erythropoietin in critically ill patients. *JAMA* 2002; 28:2827–2835

129. College of American Pathologists: Practice parameter for the use of fresh-frozen plasma, cryoprecipitate, and platelets. *JAMA* 1994; 271:777–781

130. Canadian Medical Association Expert Working Group: Guidelines for red blood cell and plasma transfusion for adults and children. *Can Med Assoc J* 1997; 156:S1–S24

131. American Society of Anaesthesiologists Task Force on Blood Component Therapy: Practice guidelines for blood component therapy. *Anesthesiology* 1996; 84:732–747

132. Abdel-Wahab OI, Healy B, Dzik WH: Effect of fresh-frozen plasma transfusion on prothrombin time and bleeding in patients with mild coagulation abnormalities. *Transfusion* 2006; 46:1279–1285

133. Warren BL, Eid A, Singer P, et al: High-dose antithrombin III in severe sepsis: A randomized controlled trial. *JAMA* 2001; 286: 1869–1878

134. Wiedermann CJ, Hoffmann JN, Juers M, et al: High-dose antithrombin III in the treatment of severe sepsis in patients with a high risk of death: Efficacy and safety. *Crit Care Med* 2006; 34:285–292

135. The Acute Respiratory Distress Syndrome Network: Ventilation with lower tidal volumes as compared with traditional tidal volumes for acute lung injury and the acute respiratory distress syndrome. *N Engl J Med* 2000; 342:1301–1308

136. Amato MBP, Barbas CS, Medeiros DM, et al: Effect of a protective-ventilation strategy on mortality in the acute respiratory distress syndrome. *N Engl J Med* 1998; 338:347–354

137. Brochard L, Roudot-Thoraval F, Roupie E, et al: Tidal volume reduction for prevention of ventilator-induced lung injury in acute respiratory distress syndrome. *Am J Respir Crit Care Med* 1998; 158:1831–1838

138. Brower RG, Fessler HE, Shade DM, et al: Prospective, randomized, controlled clinical trial comparing traditional versus reduced tidal volume ventilation in acute respiratory distress syndrome patients. *Crit Care Med* 1999; 27:1492–1498

139. Stewart TE, Meade MO, Cook DJ, et al: Evaluation of a ventilation strategy to prevent barotrauma in patients at high risk for acute respiratory distress syndrome. *N Engl J Med* 1998; 338:355–361

140. Eichacker PQ, Gerstenberger EP, Banks SM, et al: Meta-analysis of acute lung injury and acute respiratory distress syndrome trials testing low tidal volumes. *Am J Respir Crit Care Med* 2002; 166:1510–1514

141. Tobin MJ: Culmination of an era in research on the acute respiratory distress syndrome. *N Engl J Med* 2000; 342:1360–1361

142. Marini JJ, Gattinoni L: Ventilatory management of acute respiratory distress syndrome: A consensus of two. *Crit Care Med* 2004; 32:250–255

143. Hager DN, Krishnan JA, Hayden DL, et al: Tidal volume reduction in patients with acute lung injury when plateau pressures are not high. *Am J Respir Crit Care Med* 2005; 172:1241–1245

144. Ferguson ND, Frutos-Vivar F, Esteban A et al: Airway pressures, tidal volumes, and mortality in patients with acute respiratory distress syndrome *Crit Care Med* 2005; 33: 21–30

145. Hickling KG, Henderson S, Jackson R: Low mortality rate in adult respiratory distress syndrome using low-volume, pressure-limited ventilation with permissive hypercapnia: A prospective study. *Crit Care Med* 1994; 22:1568–1578

146. Bidani A, Tzouanakis AE, Cardenas VJ, et al: Permissive hypercapnia in acute respiratory failure. *JAMA* 1994; 272:957–962

147. Kallet RH, Jasmer RM, Luce JM, et al: The treatment of acidosis in acute lung injury with THAM. *Am J Respir Crit Care Med* 2000; 161:1149–1153

148. Weber T, Tschernich H, Sitzwohl C, et al: Tromethamine buffer modifies the depressant effect of permissive hypercapnia on myocardial contractility in patients with acute respiratory distress syndrome. *Am J Respir Crit Care Med* 2000; 162:1361–1365

149. Marini JJ, Ravenscraft SA: Mean airway pressure: Physiologic determinants and clinical importance—Part I: Physiologic determinants and measurements. *Crit Care Med* 1992; 20:1461–1472

150. Gattinoni L, M.R., Caspani ML, et al: Constant mean airway pressure with different patterns of positive pressure breathing during the adult respiratory distress syndrome. *Bull Eur Physiopathol Respir* 1985; 21: 275–279

151. Pesenti L, Marcolin R, Prato P, et al: Mean airway pressure vs. positive end-expiratory pressure during mechanical ventilation. *Crit Care Med* 1985; 13:34–37

152. The National Heart, Lung, and Blood Institute ARDS Clinical Trials Network: Higher versus lower positive end-expiratory pressures in patients with the acute respiratory distress syndrome. *N Engl J Med* 2004; 351: 327–336

153. Villar J, Kacmarek RM, Pérez-Méndez L, et al, for the ARIES Network: A high PEEP-low tidal volume ventilatory strategy improves outcome in persistent ARDS: A randomized controlled trial. *Crit Care Med* 2006; 34: 1311–1318

154. Amato MB, Barbas CS, Medeiros DM, et al: Beneficial effects of the "open lung approach" with low distending pressures in acute respiratory distress syndrome: A prospective randomized study on mechanical ventilation. *Am J Respir Crit Care Med* 1995; 152:1835–1846

155. Gattinoni L, Caironi P, Cressoni M, et al: Lung recruitment in patients with acute respiratory distress syndrome. *N Engl J Med* 2006; 354:1775–1786

156. Stocker R, Neff T, Stein S, et al: Prone positioning and low-volume pressure-limited ventilation improve survival in patients with severe ARDS. *Chest* 1997; 111: 1008–1017

157. Lamm WJ, Graham MM, Albert RK: Mechanism by which prone position improves oxygenation in acute lung injury. *Am J Respir Crit Care Med* 1994; 150:184–193

158. Jolliet P, Bulpa P, Chevrolet JC: Effects of the prone position on gas exchange and hemodynamics in severe acute respiratory distress syndrome. *Crit Care Med* 1998; 26: 1977–1985

159. Gattinoni L, Tognoni G, Pesenti A, et al: Effect of prone positioning on the survival of patients with acute respiratory failure. *N Engl J Med* 2001; 345:568–573

160. Guerin C, Gaillard S, Lemasson S, et al: Effects of systematic prone positioning in hypoxemic acute respiratory failure: A randomized controlled trial. *JAMA* 2004; 292: 2379–2387

161. Mancebo J, Fernandez R, Blanch L, et al: A multicenter trial of prolonged prone ventilation in severe acute respiratory distress syndrome. *Am J Respir Crit Care Med* 2006; 173:1233–1239

162. Antonelli M, Conti G, Rocco M, et al: A comparison of noninvasive positive-pressure ventilation and conventional mechanical ventilation in patients with acute respiratory failure. *N Engl J Med* 1998; 339: 429–435

163. Drakulovic MB, Torres A, Bauer TT, et al: Supine body position as a risk factor for nosocomial pneumonia in mechanically ventilated patients: A randomised trial. *Lancet* 1999; 354:1851–1858

164. van Nieuwenhoven CA, Vandenbroucke-Grauls C, van Tiel FH, et al: Feasibility and effects of the semirecumbent position to prevent ventilator-associated pneumonia: A randomized study. *Crit Care Med* 2006; 34: 396–402

165. Ferrer M, Esquinas A, Leon M, et al: Noninvasive ventilation in severe hypoxemic respiratory failure: A randomized clinical trial *Am J Respir Crit Care Med* 2003; 168: 1438–1444

166. Ely EW, Baker AM, Dunagan DP, et al: Effect on the duration of mechanical ventilation of identifying patients capable of breathing spontaneously. *N Engl J Med* 1996; 335:1864–1869

167. Esteban A, Alia I, Tobin MJ, et al: Effect of spontaneous breathing trial duration on outcome of attempts to discontinue mechanical ventilation. *Am J Respir Crit Care Med* 1999; 159:512–518

168. Esteban A, Alia I, Gordo F, et al: Extubation outcome after spontaneous breathing trials

PAR-VASO-0007332

with T-tube or pressure support ventilation. *Am J Respir Crit Care Med* 1997; 156: 459–465

169. Brochard L, Rauss A, Benito S, et al: Comparison of three methods of gradual withdrawal from ventilatory support during weaning from mechanical ventilation. *Am J Respir Crit Care Med* 1994; 150:896–903

170. Connors AF Jr, McCaffree DR, Gray BA: Evaluation of right-heart catheterization in the critically ill patient without acute myocardial infarction. *N Engl J Med* 1983; 308: 263–267

171. Iberti TJ, Fischer EP, Leibowitz AB, et al: A multicenter study of physicians' knowledge of the pulmonary artery catheter: Pulmonary artery catheter study group. *JAMA* 1990; 264:2928–2932

172. Al-Kharrat T, Zarich S, Amoateng-Adjepong Y, et al: Analysis of observer variability in measurement of pulmonary artery occlusion pressures. *Am J Respir Crit Care Med* 1999; 160:415–420

173. Osman D, Ridel C, Ray P, et al: Cardiac filling pressures are not appropriate to predict hemodynamic response to volume challenge. *Crit Care Med* 2007; 35:64–68

174. Gattinoni L, Brazzi L, Pelosi P, et al: A trial of goal-oriented hemodynamic therapy in critically ill patients: SvO2 collaborative group. *N Engl J Med* 1995; 333:1025–1032

175. Richard C, Warszawski J, Anguel N, et al: Early use of the pulmonary artery catheter and outcomes in patients with shock and acute respiratory distress syndrome: A randomized controlled trial. *JAMA* 2003; 290: 2713–2720

176. Wheeler AP, Bernard GR, National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network: Pulmonary-artery versus central venous catheter to guide treatment of acute lung injury. *N Engl J Med* 2006; 354:2213–2224

177. Sandham JD, Hull RD, Brant RF, et al: A randomized, controlled trial of the use of pulmonary-artery catheters in high-risk surgical patients. *N Engl J Med* 2003; 348: 5–14

178. Shah MR, Hasselblad V, Stevenson LW, et al: Impact of the pulmonary artery catheter in critically ill patients: Meta-analysis of randomized clinical trials. *JAMA* 2005; 294: 1664–1670

179. Harvey S, Harrison DA, Singer M, et al: Assessment of the clinical effectiveness of pulmonary artery catheters in management of patients in intensive care (PAC-man): A randomised controlled trial. *Lancet* 2005; 366:472–477

180. Ware LB, Matthay MA: The acute respiratory distress syndrome. *N Engl J Med* 2000; 342:1334–1349

181. Sibbald WJ, Short AK, Warshawski FJ, et al: Thermal dye measurements of extravascular lung water in critically ill patients: Intravascular starling forces and extravascular lung water in the adult respiratory distress syndrome. *Chest* 1985; 87:585–592

182. Martin GS, Mangialardi RJ, Wheeler AP, et al: Albumin and furosemide therapy in hypoproteinemic patients with acute lung injury. *Crit Care Med* 2002; 30:2175–2182

183. Schuller D, Mitchell JP, Calandrino FS, et al: Fluid balance during pulmonary edema: Is fluid again a marker or a cause of poor outcome? *Chest* 1991; 100:1068–1075

184. Mitchell JP, Schuller D, Calandrino FS, et al: Improved outcome based on fluid management in critically ill patients requiring pulmonary artery catheterization. *Am Rev Respir Dis* 1992; 145:990–998

185. Wiedemann HP, Wheeler AP, National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network: Comparison of two fluid-management strategies in acute lung injury. *N Engl J Med* 2006; 354:2564–2575

186. Brook AD, Ahrens TS, Schaiff R, et al: Effect of a nursing-implemented sedation protocol on the duration of mechanical ventilation. *Crit Care Med* 1999; 27:2609–2615

187. Marx WH, DeMaintenon NL, Mooney KF, et al: Cost reduction and outcome improvement in the intensive care unit. *J Trauma* 1999; 46:625–629

188. MacLaren R, Plamondon JM, Ramay KB, et al: A prospective evaluation of empiric versus protocol-based sedation and analgesia. *Pharmacotherapy* 2000; 20:662–672

189. De Jonghe B, Cook D, Appere-De-Vecchi C, et al: Using and understanding sedation scoring systems: A systematic review. *Intensive Care Med* 2000; 20:662–672

190. Devlin JW, Boleski G, Mlynarek M, et al: Motor activity assessment scale: A valid and reliable sedation scale for use with mechanically ventilated patients in an adult surgical intensive care unit. *Crit Care Med* 1999; 27:1271–1275

191. Kollef MH, Levy NT, Ahrens TS, et al: The use of continuous IV sedation is associated with prolongation of mechanical ventilation. *Chest* 1998; 114:541–548

192. Kress JP, Pohlman AS, O'Connor MF, et al: Daily interruption of sedative infusions in critically ill patients undergoing mechanical ventilation. *N Engl J Med* 2000; 342: 1471–1477

193. Kress JP, Vinayak AG, Levitt J, et al: Daily sedative interruption in mechanically ventilated patients at risk for coronory disease. *Crit Care Med* 2007; 35:365–371

194. Klessing HT, Geiger HJ, Murray MJ, et al: A national survey on the practice patterns of anesthesiologist intensivists in the use of muscle relaxants. *Crit Care Med* 1992; 20: 1341–1345

195. Murray MJ, Cowen J, Deblock H, et al: Clinical practice guidelines for sustained neuromuscular blockade in the critically ill adult. *Crit Care Med* 2002; 30:142–156

196. Hansen-Flaschen JH, Brazinsky S, Basile C, et al: The use of sedating drugs and neuromuscular blocking agents in patients requiring mechanical ventilation for respiratory failure. *JAMA* 1991; 266:2870–2875

197. Freebairn RC, Derrick J, Gomersall CD, et al: Oxygen delivery, oxygen consumption, and gastric intramucosal pH are not improved by a computer-controlled, closed-loop, vecuronium infusion in severe sepsis and septic shock. *Crit Care Medicine* 1997; 25:72–77

198. Shapiro BA, Warren J, Egol AB, et al: Practice parameters for sustained neuromuscular blockade in the adult critically ill patient: An executive summary. *Crit Care Med* 1995; 23:1601–1605

199. Meyer KC, Prielipp RC, Grossman JE, et al: Prolonged weakness after infusion of atracurium in tow intensive care unit patients. *Anesth Analg* 1994; 78:772–774

200. Lacomis D, Petrella JT, Giuliani MJ: Causes of neuromuscular weakness in the intensive care unit: A study of ninety-two patients. *Muscle Nerve* 1998; 21:610–617

201. Gooch JL, Suchyta MR, Balbierz JM, et al: Prolonged paralysis after treatment with neuromuscular blocking agents. *Crit Care Med* 1991; 19:1125–1131

202. Rudis MI, Sikora CA, Angus E, et al: A prospective randomized controlled evaluation of peripheral nerve stimulation versus standard clinical dosing of neuromuscular blocking agents in critically ill patients. *Crit Care Med* 1997; 25:575–583

203. Frankel H, Jeng J, Tilly E, et al: The impact of implementation of neuromuscular blockade monitoring standards in a surgical intensive care unit. *Am Surg* 1996; 62: 503–506

204. Strange C, Vaughan L, Franklin C, et al: comparison of train-of-four and best clinical assessment during continuous paralysis. *Am J Respir Crit Care Med* 1997; 156:1556–1561

205. Van den Berghe G, Wouters P, Weekers F, et al: Intensive insulin therapy in critically ill patients. *N Engl J Med* 2001; 345: 1359–1367

206. Van den Berghe G, Wilmer A, Hermans G, et al: Intensive insulin therapy in the medical ICU. *N Engl J Med* 2006; 354:449–461

207. Krinsley JS: Effect of an intensive glucose management protocol on the mortality of critically ill adult patients. *Mayo Clin Proc* 2004; 79:992–1000

208. Finney SJ, Zekveld C, Elia A, et al: Glucose control and mortality in critically ill patients. *JAMA* 2003; 290:2041–2047

209. Krinsley JS: Association between hyperglycemia and increased hospital mortality in a heterogeneous population of critically ill patients. *Mayo Clin Proc* 2003; 78:1471–1478

210. Egi M, Bellomo R, Stachowski E, et al: Variability in blood glucose concentrations and short-term mortality in critically ill patients. *Anesthesiology* 2006; 105:233–234

211. Pittas AG, Siegel RD, Lau J: Insulin therapy for critically ill hospitalized patients. *Arch Int Med* 2004; 164:2005–2011

212. Brunkhorst FM, Kuhnt E, Engel C, et al: Intensive insulin therapy in patient with

PAR-VASO-0007333

severe sepsis and septic shock is associated with an increased rate of hypoglycemia—Results from a randomized multicenter study (VISEP). Abstr. *Infection* 2005; 33: 19–20

213. Preiser JC: Intensive glycemic control in med-surg patients (European Glucontrol trial). Program and abstracts of the Society of Critical Care Medicine 36th Critical Care Congress, February 17–21, 2007, Orlando, FL

214. Current Controlled Trials: A multi-centre, open label, randomised controlled trial of two target ranges for glycaemic control in intensive care unit (ICU) patients. http://controlled-trials.com/isrctn/trial/ISRCTN04968275/0/04968275.html. Accessed June 10, 2007

215. Nichols JH: Bedside testing, glucose monitoring, and diabetes management. *In:* Principles of Point of Care Testing. Kost GJ (Ed). Philadelphia, Lippincott Williams & Wilkins, 2002

216. Kanji S, Buffie J, Hutton B, et al: Reliability of point-of-care testing for glucose measurement in critically ill adults. *Crit Care Med* 2005; 33:2778–2785123

217. Wilson M, Weinreb J, Soo Hoo GW: Intensive insulin therapy in critical care: A review of a dozen protocols. *Diabetes Care* 2007; 30:1005–1011

218. Mauritz W, Sporn P, Schindler I, et al: Acute renal failure in abdominal infection: Comparison of hemodialysis and continuous arteriovenous and continuous hemofiltration. *Anasth Intensivether Notfallmed* 1986; 21:212–217

219. Bartlett RH, Mault JR, Dechert RE, et al: Continuous arteriovenous hemofiltration: Improved survival in surgical acute renal failure. *Surgery* 1986; 100:400–408

220. Kierdorf H: Continuous versus intermittent treatment: Clinical results in acute renal failure. *Contrib Nephrol* 1991; 93:1–12

221. Bellomo R, Mansfield D, Rumble S, et al: Acute renal failure in critical illness: Conventional dialysis versus continuous hemodiafiltration. *Am Soc Artif Intern Organs J* 1992; 38:M654–M657

222. Bellomo R, Farmer M, Parkin G, et al: Severe acute renal failure: A comparison of acute continuous hemodiafiltration and conventional dialytic therapy. *Nephron* 1995; 71:59–64

223. Kruczinski K, Irvine-Bird K, Toffelmire EB, et al: A comparison of continuous arteriovenous hemofiltration and intermittent hemodialysis in acute renal failure patients in intensive care. *Am Soc Artif Intern Organs J* 1993; 38:M778–M781

224. Van Bommel EH, Bouvy ND, Sob KL, et al: Acute dialytic support for the critically ill: Intermittent hemodialysis versus continuous arteriovenous hemodiafiltration. *Am J Nephrol* 1995; 15:192–200

225. Guerin C, Girard R, Selli JM, et al: Intermittent versus continuous renal replacement therapy for acute renal failure in intensive care units: Results from a multicenter prospective epidemiological survey. *Intensive Care Med* 2002; 28:1411–1418

226. Kellum JA, Angus DC, Johnson JP, et al: Continuous versus intermittent renal replacement therapy: A meta-analysis. *Intensive Care Med* 2002; 28:29–37

227. Tonelli M, Manns B, Feller-Kopman D: Acute renal failure in the intensive care unit: A systematic review of the impact of dialytic modality on mortality and renal recovery. *Am J Kidney Dis* 2002; 40:875–885

228. Mehta RL, McDonald B, Gabbai FB, et al: A randomized clinical trial of continuous versus intermittent dialysis for acute renal failure. *Kidney Int* 2001; 60:1154–1163

229. Gasparovic V, Filipovic-Greie I, Merkler M, et al: Continuous renal replacement therapy (CRRT) or intermittent hemodialysis (IHD)—What is the procedure of choice in critically ill patients? *Ren Fail* 2003; 25:855–862

230. Augustine JJ, Sandy D, Seifert TH, et al: A randomized controlled trial comparing intermittent with continuous dialysis in patients with ARF. *Am J Kidney Dis* 2004; 44:1000–1007

231. Uehlinger DE, Jakob SM, Ferrari P, et al: Comparison of continuous and intermittent renal replacement therapy for acute renal failure. *Nephrol Dial Transplant* 2005; 20:1630–1637

232. Vinsonneau C, Camus C, Combes A, et al: Continuous venovenous haemodiafiltration versus intermittent haemodialysis for acute renal failure in patients with multiple-organ dysfunction syndrome: A multicentre randomised trial. *Lancet* 2006; 368:379–45

233. John S, Griesbach D, Baumgärtel M, et al: Effects of continuous haemofiltration vs intermittent haemodialysis on systemic haemodynamics and splanchnic regional perfusion in septic shock patients: A prospective, randomized clinical trial. *Nephrol Dial Transplant* 2001; 16:320–327

234. Misset B, Timsit JF, Chevret S, et al: A randomized cross-over comparison of the hemodynamic response to intermittent hemodialysis and continuous hemofiltration in ICU patients with acute renal failure. *Intensive Care Med* 1996; 22:742–746

235. Ronco C, Bellomo R, Homel P, et al: Effects of different doses in continuous venovenous haemofiltration on outcomes of acute renal failure: A prospective randomised trial. *Lancet* 2000; 356:26–30

236. Bouman CS, Oudemans-Van Straaten HM, Tijssen JG, et al: Effects of early high-volume continuous venovenous hemofiltration on survival and recovery of renal function in intensive care patients with acute renal failure: A prospective, randomized trial. *Crit Care Med* 2002; 30:2205–2211

237. Schiffl H, Lang SM, Fischer R: Daily hemodialysis and the outcome of acute renal failure. *N Engl J Med* 2002; 346:305–310

238. Saudan P, Niederberger M, De Seigneux S, et al: Adding a dialysis dose to continuous hemofiltration increases survival in patients with acute renal failure. *Kidney Int* 2006; 70:1312–1317

239. Cooper DJ, Walley KR, Wiggs BR, et al: Bicarbonate does not improve hemodynamics in critically ill patients who have lactic acidosis: A prospective, controlled clinical study. *Ann Intern Med* 1990; 112:492–498

240. Mathieu D, Neviere R, Billard V, et al: Effects of bicarbonate therapy on hemodynamics and tissue oxygenation in patients with lactic acidosis: A prospective, controlled clinical study. *Crit Care Med* 1991; 19:1352–1356

241. Cade JF: High risk of the critically ill for venous thromboembolism. *Crit Care Med* 1982; 10:448–450

242. Halkin H, Goldberg J, Modal M, et al: Reduction in mortality in general medical in-patients by low-dose heparin prophylaxis. *Ann Intern Med* 1982; 96:561–565

243. Pingleton SK, Bone RC, Pingleton WW, et al: Prevention of pulmonary emboli in a respiratory intensive care unit. *Chest* 1981; 79:647–650

244. Belch JJ, Lowe DO, Ward AG, et al: Prevention of deep vein thrombosis in medical patients by low-dose heparin. *Scott Med J* 1981; 26:115–117

245. Gardlund B: Randomized, controlled trial of low-dose heparin for prevention of fatal pulmonary embolism in patients with infectious diseases: The Heparin Prophylaxis Study Group. *Lancet* 1996; 347:1357–1361

246. Samama MM, Cohen AT, Darmon JY, et al: A comparison of enoxaparin with placebo for the prevention of venous thromboembolism in acutely ill medical patients. *N Engl J Med* 1999; 341:793–800

247. Dahan R, Houlbert D, Caulin C, et al: Prevention of deep vein thrombosis in elderly medical in-patients by a low molecular weight heparin: A randomized double-blind trial. *Haemostasis* 1986; 16:159–164

248. Hirsch DR, Ingenito EP, Goldhaber SZ: Prevalence of deep venous thrombosis among patients in medical intensive care. *JAMA* 1995; 274:335–337

249. Fraisse F, Holzapfel L, Couland JM, et al: Nadroparin in the prevention of deep vein thrombosis in acute decompensated COPD: The Association of Non-University Affiliated Intensive Care Specialist Physicians of France. *Am J Respir Crit Care Med* 2000; 161:1109–1114

250. Kupfer Y, Anwar J, Seneviratne C, et al: Prophylaxis with subcutaneous heparin significantly reduces the incidence of deep venous thrombophlebitis in the critically ill. Abstr. *Am J Crit Care Med* 1999; 159(Suppl):A519

251. Geerts W, Cook D, Shelby R, et al: Venous thromboembolism and its prevention in critical care. *J Crit Care* 2002; 17:95–104

252. Attia J, Ray JG, Cook DJ, et al: Deep vein thrombosis and its prevention in critically ill adults. *Arch Intern Med* 2001; 161:1268–1279

253. King CS, Holley AB, Jackson JF, et al: Twice

vs three times daily heparin dosing for thromboembolism prophylaxis in the general medical population: A metaanalysis. *Chest* 2007; 131:507–516

254. Vanek VW: Meta-analysis of effectiveness of intermittent pneumatic compression devices with a comparison of thigh-high to knee-high sleeves. *Am Surg* 1998; 64: 1050–1058

255. Turpie AG, Hirsh J, Gent M, et al: Prevention of deep vein thrombosis in potential neurosurgical patients: A randomized trial comparing graduated compression stockings alone or graduated compression stockings plus intermittent pneumatic compression with control. *Arch Intern Med* 1989; 149:679–681

256. Agu O, Hamilton G, Baker D: Graduated compression stocking in the prevention of venous thromboembolism. *Br J Surg* 1999; 86:992–1004

257. German Hip Arthroplasty Trial Group (GHAT): Prevention of deep vein thrombosis with low molecular-weight heparin in patients undergoing total hip replacement: A randomized trial. *Arch Orthop Trauma Surg* 1992; 111:110–120

258. Colwell CW, Spiro TE, Trowbridge AA, et al: Use of enoxaparin, a low-molecular-weight-heparin, and unfractionated heparin for the prevention of deep venous thrombosis after elective hip replacement: A clinical trial comparing efficacy and safety. *J Bone Joint Surg Am* 1994; 76:3–14

259. Geerts WH, Jay RM, Code KI, et al: A comparison of low-dose heparin with low-molecular-weight heparin as prophylaxis against venous thromboembolism after major trauma. *N Engl J Med* 1996; 335: 701–707

260. Basso N, Bagarani M, Materia A, et al: Cimetidine and antacid prophylaxis of acute upper gastrointestinal bleeding in high risk patients. *Am J Surg* 1981; 141:339–342

261. Bresalier RS, Grendell JH, Cello JP, et al: Sucralfate versus titrated antacid for the prevention of acute stress-related gastrointestinal hemorrhage in critically ill patients. *Am J Med* 1987; 83:110–116

262. Poleski MH, Spanier AH: Cimetidine versus antacids in the prevention of stress erosions in critically ill patients. *Am J Gastroenterol* 1986; 81:107–111

263. Stothert JC, Simonowitz DA, Dellinger EP, et al: Randomized prospective evaluation of cimetidine and antacid control of gastric pH in the critically ill. *Ann Surg* 1980; 192: 169–174

264. Cook DJ, Fuller HD, Guyatt GH, et al: Risk factors for gastrointestinal bleeding in critically ill patients. *N Engl J Med* 1994; 330: 377–381

265. Schuster DP, Rowley H, Feinstein S, et al: Prospective evaluation of the risk of upper gastrointestinal bleeding after admission to a medical intensive care unit. *Am J Med* 1984; 76:623–629

266. Misra UK, Kalita J, Pandey S, et al: A randomized placebo controlled trial of ranitidine versus sucralfate in patients with spontaneous intracerebral hemorrhage for prevention of gastric hemorrhage. *J Neurol Sci* 2005; 239:5–10

267. Friedman CJ, Oblinger MJ, Suratt PM, et al: Prophylaxis of upper gastrointestinal hemorrhage in patients requiring mechanical ventilation. *Crit Care Med* 1982; 10: 316–319

268. Hastings PR, Skillman JJ, Bushnell LS, et al: Antacid titration in the prevention of acute gastrointestinal bleeding: A controlled, randomized trial in 100 critically ill patients. *N Engl J Med* 1978; 298:1041–1045

269. Cook DJ, Witt LG, Cook RJ, et al: Stress ulcer prophylaxis in the critically ill: A meta-analysis. *Am J Med* 1991; 91:519–257

270. Kahn JM, Doctor JN, Rubenfeld GD: Stress ulcer prophylaxis in mechanically ventilated patients: Integrating evidence and judgment using a decision analysis. *Intensive Care Med* 2006; 32:1151–1158

271. Cook D, Guyatt G, Marshall J, et al: A comparison of sucralfate and ranitidine for the prevention of upper gastrointestinal bleeding in patients requiring mechanical ventilation. *N Engl J Med* 1998; 338:791–797

272. Cook DJ, Reeve BK, Guyatt GH, et al: Stress ulcer prophylaxis in critically ill patients: Resolving discordant meta-analyses. *JAMA* 1996; 275:308–314

273. Levy MJ, Seelig CB, Robinson NJ, et al: Comparison of omeprazole and ranitidine for stress ulcer prophylaxis. *Dig Dis Sci* 1997; 42:1255–1299

274. Conrad SA, Gabrielli A, Margolis B, et al: Randomized, double-blind comparison of immediate-release omeprazole oral suspension versus intravenous cimetidine for the prevention of upper gastrointestinal bleeding in critically ill patients. *Crit Care Med* 2005; 33:760–765

275. Vandenbroucke-Grauls CMJ, Vandenbroucke JP: Effect of selective decontamination of the digestive tract on respiratory tract infections and mortality in the intensive care unit. *Lancet* 1991; 338:859–862

276. Selective Decontamination of the Digestive Tract Trialists' Collaborative Group: Meta-analysis of randomised controlled trials of selective decontamination of the digestive tract. *BMJ* 1993; 307:525–532

277. Kollef M: The role of selective digestive tract decontamination on mortality and respiratory tract infections: A meta-analysis. *Chest* 1994; 105:1101–1108

278. Heyland DK, Cook DJ, Jaeschke R, et al: Selective decontamination of the digestive tract: An overview. *Chest* 1994; 105: 1221–1229

279. Hurley JC: Prophylaxis with enteral antibiotics in ventilated patients: Selective decontamination or selective cross-infection? *Antimicrob Agents Chemother* 1995; 39: 941–947

280. D'Amico R, Pifferi S, Leonetti C, et al: Effectiveness of antibiotic prophylaxis in critically ill adult patients: Systematic review of randomised controlled trials. *BMJ* 1998; 316:1275–1285

281. Nathens AB, Marshall JC: Selective decontamination of the digestive tract in surgical patients: A systematic review of the evidence. *Arch Surg* 1999; 134:170–176

282. Redman R, Ludington E, Crocker M, et al: Analysis of respiratory and non-respiratory infections in published trials of selective digestive decontamination. Abstr. *Intensive Care Med* 2001; 27(Suppl 1):S128

283. Safdar N, Said A, Lucey MR: The role of selective digestive decontamination for reducing infection in patients undergoing liver transplantation: A systematic review and meta-analysis. *Liver Transpl* 2004; 10: 817–827

284. Liberati A, D'Amico R, Pifferi S, et al: Antibiotic prophylaxis to reduce respiratory tract infections and mortality in adults receiving intensive care (Cochrane Review). *In:* The Cochrane Library. Issue 1. Chichester, UK: Wiley, 2004

285. Silvestri L, van Saene HKF, Milanese M, et al: Impact of selective decontamination of the digestive tract on fungal carriage and infection: Systematic review of randomised controlled trials. *Intensive Care Med* 2005; 31:898–910

286. Silvestri L, Milanese M, Durì D, et al: Impact of SDD on bloodstream infections: A systematic review of randomized trials. Abstr. *Intensive Care Med* 2005; 31(Suppl 1): S87

287. Hammond JMJ, Potgieter PD: Is there a role for selective decontamination of the digestive tract in primarily infected patients in the ICU? *Anaesth Intensive Care* 1995; 23: 168–174

288. De Jonge E, Schultz M, Spanjaard L, et al: Selective decontamination of digestive tract in intensive care. *Lancet* 2003; 362: 2119–2120

289. De Jonge E, Schultz MJ, Spanjaard L, et al: Effects of selective decontamination of the digestive tract on mortality and acquisition of resistance bacteria on intensive care: A randomised controlled trial. *Lancet* 2003; 362:1011–1016

290. Hammond JM, Potgieter PD, Saunders GL, et al: Double blind study of selective decontamination of the digestive tract in intensive care. *Lancet* 1992; 340:5–9

291. de la Cal MA, Cerda E, van Saene HKF, et al: Effectiveness and safety of enteral vancomycin to control endemicity of methicillin-resistant Staphylococcus aureus in a medical/surgical intensive care unit. *J Hosp Infect* 2004; 56:175–183

292. Silvestri L, van Saene HKF, Milanese M, et al: Prevention of MRSA pneumonia by oral vancomycin decontamination: A randomised trial. *Eur Respir J* 2004; 23:921–926

293. Cerda E, Abella A, de la Cal MA, et al: Enteral vancomycin controls methicillin-resistant Staphylococcus aureus endemicity in an intensive care burn unit: A 9-year

PAR-VASO-0007335

prospective study. *Ann Surg* 2007; 245: 397–407

294. Curtis JR: Interventions to improve care during withdrawal of life-sustaining treatments. *J Palliat Med* 2005; 8(Suppl 1): S116–S131

295. Thompson BT, Cox PN, Antonelli M, et al: Challenges in end-of-life care in the ICU: Statement of the 5th International Consensus Conference in Critical Care: Brussels, Belgium, April 2003: Executive summary. *Crit Care Med* 2004; 32:1781–1784

296. Heyland DK, Tranmer J, O'Callaghan CJ, et al: The seriously ill patient: Preferred role in end of life decision making. *J Crit Care* 2003; 18:3–10

297. Curtis JR, Engelberg RA, Wenrich MD, et al: Missed opportunities during family conferences about end-of-life care in the intensive care unit. *Am J Respir Crit Care Med* 2005; 171:844–849

298. Watson RS, Carcillo JA, Linde-Zwirble WT, et al: The epidemiology of severe sepsis in children in the United States. *Am J Respir Crit Care Med* 2003; 167:695–701

299. Goldstein B, Giroir B, Randolph A: International pediatric sepsis consensus conference: Definitions for sepsis and organ dysfunction in pediatrics. *Pediatr Crit Care Med* 2005; 6:2–8

300. Pollard AJ, Britto J, Nadel S, et al: Emergency management of meningococcal disease. *Arch Dis Child* 1999; 80:290–296

301. den Brinker M, Joosten KFM, Lime O, et al: Adrenal insufficiency in meningococcal sepsis: Bioavailable cortisol levels and impact of interleukin-6 levels and intubation with etomidate on adrenal function and mortality. *Clin Endocrinol Metab* 2005; 90: 5110–5117

302. Kanter RK, Zimmerman JJ, Strauss RH, et al: Pediatric emergency intravenous access: Evaluation of a protocol. *Am J Child* 1986; 140:132–134

303. Ngo NT, Cao XT, Kneen R, et al: Acute management of dengue shock syndrome: A randomized double-blind comparison of 4 intravenous fluid regimens in the first hour. *Clin Infect Dis* 2001; 32:204–213

304. Carcillo JA, Davis AL, Zaritsky A: Role of early fluid resuscitation in pediatric septic shock. *JAMA* 1991; 266:1242–1245

305. Han YY, Carcillo JA, Dragotta MA, et al: Early reversal of pediatric-neonatal septic shock by community physicians is associated with improved outcome. *Pediatrics* 2003; 112:793–799

306. Ranjit S, Kissoon N, Jayakumar I: Aggressive management of dengue shock syndrome may decrease mortality rate: A suggested protocol. *Pediatr Crit Care Med* 2005; 6:412–419

307. Willis BA, Dung NM, Loan HT, et al: Comparison of three fluid solutions for resuscitation in dengue shock syndrome. *N Engl J Med* 2005; 353:877–889

308. Dung NM, Day NP, Tam DT, et al: Fluid replacement in dengue shock syndrome: A randomized, double-blind comparison of four intravenous-fluid regimens. *Clin Infect Dis* 1999; 29:787–794

309. Ceneviva G, Paschall JA, Maffei F, et al: Hemodynamic support in fluid-refractory pediatric septic shock. *Pediatrics* 1998; 102: e19

310. Keeley SR, Bohn DJ: The use of inotropic and afterload-reducing agents in neonates. *Clin Perinatol* 1988; 15:467–489

311. Barton P, Garcia J, Kouatli A, et al: Hemodynamic effects of i.v. milrinone lactate in pediatric patients with septic shock: A prospective, double-blinded, randomized, placebo-controlled, interventional study. *Chest* 1996; 109:1302–1312

312. Lindsay CA, Barton P, Lawless S, et al: Pharmacokinetics and pharmacodynamics of milrinone lactate in pediatric patients with septic shock. *J Pediatr* 1998; 132:329–334

313. Irazuzta JE, Pretzlaff RK, Rowin ME: Amrinone in pediatric refractory septic shock: An open-label pharmacodynamic study. *Pediatr Crit Care Med* 2001; 2:24–28

314. Powell KR, Sugarman LI, Eskenazi AE, et al: Normalization of plasma arginine vasopressin concentrations when children with meningitis are given maintenance plus replacement fluid therapy. *J Pediatr* 1991; 117:515–522

315. Masutani S, Senzaki H, Ishido H, et al: Vasopressin in the treatment of vasodilatory shock in children. *Pediatr Int* 2005; 47: 132–136

316. Booy R, Habibi P, Nadel S, et al: Reduction in case fatality rate from meningococcal disease associated with improved healthcare delivery. *Arch Dis Child* 2001; 85:386–390

317. Carcillo JA, Fields AI, American College of Critical Care Medicine Task Force Committee Members: Clinical practice parameters for hemodynamic support of pediatric and neonatal patients in septic shock. *Crit Care Med* 2002; 30:1365–1378

318. Pizarro CF, Troster EJ, Damiani D, et al: Absolute and relative adrenal insufficiency in children with septic shock. *Crit Care Med* 2005; 33:855–859

319. Riordan FA, Thomson AP, Ratcliffe JM, et al: Admission cortisol and adrenocorticotrophic hormone levels in children with meningococcal disease: Evidence of adrenal insufficiency? *Crit Care Med* 1999; 27: 2257–2261

320. De Kleijn ED, Joosten KF, Van Rijn B, et al: Low serum cortisol in combination with high adrenocorticotrophic hormone concentrations is associated with poor outcome in children with severe meningococcal disease. *Pediatr Infect Dis J* 2002; 21:330–336

321. Markovitz BP, Goodman DM, Watson S, et al: A retrospective cohort study of prognostic factors associated with outcome in pediatric severe sepsis: What is the role of steroids? *Pediatr Crit Care Med* 2005; 6:270–274

322. Hazelzet JA, de Kleijn ED, de Groot R: Endothelial protein C activation in meningococcal sepsis. *N Engl J Med* 2001; 345: 1776–1777

323. de Kleijn ED, de Groot R, Hack CE, et al: Activation of protein C following infusion of protein C concentrate in children with severe meningococcal sepsis and purpura fulminans: A randomized, double-blind, placebo-controlled, dose-finding study. *Crit Care Med* 2003; 31:1839–1847

324. Nadel S, Goldstein B, Williams MD, et al: Drotrecogin alfa (activated) in children with severe sepsis: A multicentre phase III randomized controlled trial. *Lancet* 2007; 369: 836–843

325. Krafte-Jacobs B, Sivit CJ, Mejia R, et al: Catheter-related thrombosis in critically ill children: Comparison of catheters with and without heparin bonding. *J Pediatr* 1995; 126:50–54

326. Pierce CM, Wade A, Mok Q: Heparin-bonded central venous lines reduce thrombotic and infective complications in critically ill children. *Intensive Care Med* 2000; 26:967–972

327. Chaïbou M, Tucci M, Dugas MA, et al: Clinically significant upper gastrointestinal bleeding acquired in a pediatric intensive care unit: A prospective study. *Pediatrics* 1998; 102:933–938

328. Gauvin F, Dugas M, Chaïbou M, et al: The impact of clinically significant upper gastrointestinal bleeding in a pediatric intensive care unit. *Pediatr Crit Care Med* 2001; 2:294–298

329. Foland JA, Fortenberry JD, Warshaw BL, et al: Fluid overload before continuous hemofiltration and survival in critically ill children: A retrospective analysis. *Crit Care Med* 2004; 32:1771–1776

330. Branco RG, Garcia PC, Piva JP, et al: Glucose level and risk of mortality in pediatric septic shock. *Pediatr Crit Care Med* 2005; 6:470–472

331. Faustino EV, Apkon M: Persistent hyperglycemia in critically ill children. *J Pediatr* 2005; 146:30–34

332. Cam PC, Cardone D: Propofol infusion syndrome. *Anaesthesia* 2007; 62:690–701

333. Parke TJ, Stevens JE, Rice AS, et al: Metabolic acidosis and fatal myocardial failure after propofol infusion in children: Five case reports. *BMJ* 1992; 305:613–616

334. Lacroix J, Hebert PC, Hutchison JS, et al: Transfusion strategies for patients in pediatric intensive care units. *N Engl J Med* 2007; 256:1609–1619

335. El-Nawawy A, El-Kinany H, Hamdy El-Sayed M, et al: Intravenous polyclonal immunoglobulin administration to sepsis syndrome patients: A prospective study in a pediatric intensive care unit. *J Trop Pediatr* 2005; 51:271–278

336. Meyer DM, Jessen ME: Results of extracorporeal membrane oxygenation in children with sepsis: The Extracorporeal Life Support Organization. *Ann Thorac Surg* 1997; 63:756–761

337. Goldman AP, Kerr SJ, Butt W, et al: Extracorporeal support for intractable cardiorespiratory failure due to meningococcal disease. *Lancet* 1997; 349:466–469

PAR-VASO-0007336

338. Cinel I, Dellinger RP: Guidelines for severe infections: Are they useful. *Curr Opin Crit Care* 1006; 12:483–488

339. Levy MM, Pronovost PJ, Dellinger RP, et al: Sepsis change bundles: Converting guidelines into meaningful change in behavior and clinical outcome. *Crit Care Med* 2004; 32(Suppl):S595–S597

340. Meduri GU, Golden E, Freire AX, et al: Methylprednisolone infusion in early severe ARDS: Results of a randomized controlled trial. *Chest* 2007; 131:1954–1963

341. The National Heart, Lung, and Book Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network: Efficacy and safety of corticosteroids for persistent acute respiratory distress syndrome. *N Engl J Med* 2006; 354:1671–1684

## APPENDIX A

### Source Control

| Source Control Technique | Examples |
| --- | --- |
| Drainage | Intra-abdominal abscess |
| | Thoracic empyema |
| | Septic arthritis |
| Debridement | Pyelonephritis, cholangitis |
| | Infected pancreatic necrosis |
| | Intestinal infarction |
| | Mediastinitis |
| Device removal | Infected vascular catheter |
| | Urinary catheter |
| | Infected intrauterine contraceptive device |
| Definitive control | Sigmoid resection for diverticulitis |
| | Cholecystectomy for gangrenous cholecystitis |
| | Amputation for clostridial myonecrosis |

## APPENDIX B

### Steroids

Considerable difference of opinion existed among committee members as to the best option for the style of the recommendations for steroid use in septic shock. Some committee members argued for two recommendations and pointed to the two distinct patient populations of the French Trial (enrollment early in septic shock and blood pressure unresponsive to vasopressors) and the CORTICUS trial (enrollment allowed up to 72 hrs and did not target patients with blood pressure unresponsive to vasopressin), leading to two distinct results. Furthermore,

a single recommendation suggested to some that this approach might lead to excessive use of steroids and increased incidence of superinfections, citing the sepsis and septic shock adverse events in the steroid-treated patients in the CORTICUS trial. Those who argued for one recommendation pointed to problems with two different recommendations that would require the bedside clinician to choose a time point for classification of one or the other as well as a distinct blood pressure cutoff with the potential for the blood pressure to vary over time. In addition, there are inadequate data to provide standardization of how much fluids and vasopressors should be in place to call the blood pressure unresponsive or poorly responsive. These members also pointed to the fact that the increased superinfection/sepsis/septic shock adverse events in CORTICUS are contrary to the results of other stress-dose steroid trials, such as early ARDS (lower incidence of infections) (341), late ARDS (decreased development of septic shock), and community-acquired pneumonia (decreased development of septic shock) (114). Based on GRADE adjudication guidelines, a secret ballot vote was conducted to resolve the issue.

The two options put to vote were:

### Two-Recommendation Option

1. We suggest that intravenous hydrocortisone be given to adult septic shock patients if blood pressure is inadequate with appropriate fluid resuscitation and vasopressor therapy (grade 2B).
2. We suggest intravenous hydrocortisone not be given to adult septic shock patients if blood pressure is adequate with appropriate fluid resuscitation and vasopressor therapy (grade 2B).

### One-Recommendation Option

1. We suggest that intravenous hydrocortisone be given only to adult septic shock patients with blood pressure poorly responsive to fluid resuscitation and vasopressor therapy (grade 2C).

The committee vote that determined the current recommendation was:

Favor two-recommendation option—19
Favor one-recommendation option—31
Abstain—1

## APPENDIX C

### Contraindications to Use of Recombinant Human Activated Protein C (rhAPC)

rhAPC increases the risk of bleeding and is contraindicated in patients with the following clinical situations in which bleeding could be associated with a high risk of death or significant morbidity:

Active internal bleeding
Recent (within 3 months) hemorrhagic stroke
Recent (within 2 months) intracranial or intraspinal surgery, or severe head trauma
Trauma with an increased risk of life-threatening bleeding
Presence of an epidural catheter
Intracranial neoplasm or mass lesion or evidence of cerebral herniation
Known hypersensitivity to rhAPC or any component of the product

See labeling instructions for relative contraindications. The committee recommends that platelet count be maintained at ≥30,000 during infusion of rhAPC. (*Physicians' Desk Reference, 61st Edition*. Montvale, NJ, Thompson PDR, 2007, p 1829).

## APPENDIX D

### Recombinant Activated Protein C Nominal Group Vote

Strong for use, 6
Weak for use, 15
Neutral, 1
Weak for not using, 0
Strong for not using, 0

## APPENDIX E

### ARDSNet Ventilator Management

Assist control mode—volume ventilation (96)
Reduce tidal volume to 6 mL/kg lean body weight
Keep inspiratory plateau pressure (Pplat) ≤30 cm $H_2O$
Reduce tidal volume as low as 4 mL/kg predicted body weight to limit Pplat
Maintain arterial oxygen saturation/pulse oximetry oxyhemoglobin saturation ($Spo_2$) 88% to 95%

PAR-VASO-0007337

Anticipated PEEP settings at various $F_{IO_2}$ requirements

$F_{IO_2}$ 0.3, 0.4, 0.4, 0.5, 0.5, 0.6, 0.7, 0.7, 0.7, 0.8, 0.9, 0.9, 0.9, 1.0

PEEP 5, 5, 8, 8, 10, 10, 10, 12, 14, 14, 14, 16, 18, 20–24

Predicted Body Weight Calculation

Male—50 + 2.3 (height [inches] − 60) or 50 + 0.91 (height [cm] − 152.4)

Female—45.5 + 2.3 (height [inches] − 60) or 45.5 + 0.91 (height [cm] − 152.4)

## APPENDIX G

## Glycemic Control Committee Vote

Glycemic control—90%
Total votes = 51
Agree—34
Too conservative, but accept—4
Too liberal, but accept—8
Disapprove, too conservative—0
Disapprove, too liberal—5
Disapprove, other—0

## APPENDIX F

Use of spontaneous breathing trial in weaning ARDS patients

Original illness resolving; no new illness
Off vasopressors and continuous sedatives
Cough during suctioning
$PaO_2/F_{IO_2} > 200$
PEEP ≤ 5 cm $H_2O$
Minute ventilation < 15 L min
Frequency/tidal volume (F/TV) ratio ≤ 105 during two-minute spontaneous breathing trial



Spontaneous Breathing Trial * (30 to 120 minutes )

Respiratory rate > 35
Oxygen saturation < 90
Pulse > 140/min or change ≥ 20%
SBP > 180 mm Hg or < 90 mm Hg
Agitation, diaphoresis, or anxiety
F/TV ratio > 105

Note: Achieving any of these criteria for a sustained period at any time during the trial represents a weaning failure and the need to return to maintenance MV.



No                                              Yes

Cough Adequate to Clear Secretions
Able To Protect Airway

Yes                          No

Extubate                     Return to maintenance MV

PEEP, positive end-expiratory pressure; F/TV, frequency/tidal volume; SBP, systolic blood pressure; MV, mechanical ventilation

*Options include T-Piece, continuous positive airway pressure 5 cm $H_2O$ or low level (5- 10 cm $H_2O$ typically based on ET tube size) pressure support ventilation (167-170)

PAR-VASO-0007338

**Appendix H. Selective Digestive Decontamination Nominal Group Vote**

| Antibiotics | Strong for Use | Weak for Use | Neutral | Weak for Not Using | Strong for Not Using |
|---|---|---|---|---|---|
| Systemic and oral | — | 9 | 4 | 8 | 1 |
| Systemic alone | — | 2 | 7 | 5 | 3 |

## APPENDIX I

### 2008 SSC Guidelines Committee

R. Phillip Dellinger (Chair), Tom Ahrens,[a] Naoki Aikawa,[b] Derek Angus, Djillali Annane, Richard Beale, Gordon R. Bernard, Julian Bion,[c] Christian Brun-Buisson, Thierry Calandra, Joseph Carcillo, Jean Carlet, Terry Clemmer, Jonathan Cohen, Edwin A. Deitch,[d] Jean-Francois Dhainaut, Mitchell Fink, Satoshi Gando,[b] Herwig Gerlach, Gordon Guyatt,[e] Maurene Harvey, Jan Hazelzet, Hiroyuki Hirasawa,[f] Steven M. Hollenberg, Michael Howell, Roman Jaeschke,[e] Robert Kacmarek, Didier Keh, Mitchell M. Levy,[g] Jeffrey Lipman, John J. Marini, John Marshall, Claude Martin, Henry Masur, Steven Opal, Tiffany M. Osborn,[h] Giuseppe Pagliarello,[i] Margaret Parker, Joseph Parrillo, Graham Ramsay, Adrienne Randolph, Marco Ranieri, Robert C. Read,[j] Konrad Reinhart,[k] Andrew Rhodes, Emmanuel Rivers,[h] Gordon Rubenfeld, Jonathan Sevransky, Eliezer Silva,[l] Charles L. Sprung, B. Taylor Thompson, Sean R. Townsend, Jeffery Vender,[m] Jean-Louis Vincent,[n] Tobias Welte,[o] Janice Zimmerman.

[a]American Association of Critical-Care Nurses; [b]Japanese Association for Acute Medicine; [c]European Society of Intensive Care Medicine; [d]Surgical Infection Society; [e]Grades of Recommendation, Assessment, Development and Evaluation (GRADE) Group; [f]Japanese Society of Intensive Care Medicine; [g]Society of Critical Care Medicine; [h]American College of Emergency Physicians; [i]Canadian Critical Care Society; [j]European Society of Clinical Microbiology and Infectious Diseases; [k]German Sepsis Society; [l]Latin American Sepsis Institute; [m]American College of Chest Physicians; [n]International Sepsis Forum; [o]European Respiratory Society.

## APPENDIX J

### Author Disclosure Information 2006–2007

Dr. Dellinger has consulted for AstraZeneca, Talecris, and B Braun. He has received honoraria from Eli Lilly (2), Brahms (2), INO Therapeutics (1), Pulsion (1), and bioMerieux (1). He has also received grant support from AstraZeneca and Artisan.

Dr. Levy has received honoraria from Eli Lilly and Edwards Lifesciences. He has also received grant support from Philips Medical Systems, Edwards Lifesciences, Philips Medical Systems, Novartis, Biosite, and Eisai.

Dr. Carlet has consulted for Forrest, Wyeth, Chiron, bioMerieux, and GlaxoSmithKline. He has also received honoraria from Eli Lilly, Becton Dickinson, Jansen, Cook, AstraZeneca, Hutchinson, Bayer, Gilead, MSD, and Targanta.

Dr. Bion has not disclosed any potential conflicts of interest.

Dr. Parker has consulted for Johnson & Johnson.

Dr. Jaeschke has received honoraria from AstraZeneca, Boehringer, Eli Lilly, GlaxoSmithKline, and MSD.

Dr. Reinhart has consulted for Eli Lilly and Edwards Lifesciences. He has also received honoraria from B Braun and royalties from Edwards Lifesciences.

Dr. Angus has consulted for or received speaking fees from AstraZeneca, Brahms Diagnostica, Eisai, Eli Lilly, GlaxoSmithKline, OrthoBiotech, Takeda, and Wyeth-Ayerst. He has also received grant support from GlaxoSmithKline, Ortho-Biotech, and Amgen.

Dr. Brun-Buisson has not disclosed any potential conflicts of interest.

Dr. Beale has received honoraria from Eisai and speaking fees (paid to university) from Lilly UK, Philips, Lidco, and Chiron.

Dr. Calandra has consulted for Baxter, received honoraria from Roche Diagnostics, and received grant support from Baxter and Roche Diagnostics. He also served on the advisory board for Biosite.

Dr. Dhainaut has consulted for Eli Lilly and Novartis. He has also received honoraria from Eli Lilly.

Dr. Gerlach has not disclosed any potential conflicts of interest.

Ms. Harvey has not disclosed any potential conflicts of interest.

Dr. Marini has consulted for KCI and received honoraria from Maquet.

Dr. Marshall has consulted for Becton Dickinson, Takeda, Pfizer, Spectral Diagnostics, Eisai, and Leo-Pharma. He has also received honoraria from Spectral Diagnostics.

Dr. Ranieri has served on the advisory board for Maquet and received support for a sponsored trial from Eli Lilly. He has also received grant support from Tyco, Draeger, and Hamilton.

Dr. Ramsay has consulted for Edwards Lifesciences and Respironics.

Dr. Sevransky has not disclosed any potential conflicts of interest.

Dr. Thompson has consulted for Eli Lilly, Abbott, and AstraZeneca. He has also received grant support from the NIH for a study on computerized glucose control.

Dr. Townsend has not disclosed any potential conflicts of interest.

Dr. Vender has consulted and received honoraria from Eli Lilly.

Dr. Zimmerman has not disclosed any potential conflicts of interest.

Dr. Vincent has consulted for AstraZeneca, Biosite, bioMerieux, Edwards Lifesciences, Eli Lilly, Eisai, Ferring, GlaxoSmithKline, Intercell, Merck, Novartis, NovoNordisk, Organon, Pfizer, Philips Medical Systems, Roche Diagnostics, Spectral Diagnostics, Takeda, and Wyeth-Lederle. He has also received honoraria from Eli Lilly, Edwards Lifesciences, Eisai, GlaxoSmithKline, Novartis, NovoNordisk, and Pfizer.

PAR-VASO-0007339

# Arginine Vasopressin in Advanced Vasodilatory Shock
## A Prospective, Randomized, Controlled Study

Martin W. Dünser, MD; Andreas J. Mayr, MD; Hanno Ulmer, PhD; Hans Knotzer, MD;
Günther Sumann, MD; Werner Pajk, MD; Barbara Friesenecker, MD; Walter R. Hasibeder, MD

***Background***—Vasodilatory shock is a potentially lethal complication of severe disease in critically ill patients. Currently, catecholamines are the most widely used vasopressor agents to support blood pressure, but loss of catecholamine pressor effects is a well-known clinical dilemma. Arginine vasopressin (AVP) has recently been shown to be a potent vasopressor agent to stabilize cardiocirculatory function even in patients with catecholamine-resistant vasodilatory shock.

***Methods and Results***—Forty-eight patients with catecholamine-resistant vasodilatory shock were prospectively randomized to receive a combined infusion of AVP and norepinephrine (NE) or NE infusion alone. In AVP patients, AVP was infused at a constant rate of 4 U/h. Hemodynamic, acid/base, single-organ, and tonometrically derived gastric variables were reported before the study and 1, 12, 24, and 48 hours after study entry. For statistical analysis, a mixed-effects model was used. AVP patients had significantly lower heart rate, NE requirements, and incidence of new-onset tachyarrhythmias than NE patients. Mean arterial pressure, cardiac index, stroke volume index, and left ventricular stroke work index were significantly higher in AVP patients. NE patients developed significantly more new-onset tachyarrhythmias than AVP patients (54.3% versus 8.3%). Gastrointestinal perfusion as assessed by gastric tonometry was better preserved in AVP-treated patients. Total bilirubin concentrations were significantly higher in AVP patients.

***Conclusions***—The combined infusion of AVP and NE proved to be superior to infusion of NE alone in the treatment of cardiocirculatory failure in catecholamine-resistant vasodilatory shock. (***Circulation***. 2003;107:2313-2319.)

**Key Words:** vasopressin ■ norepinephrine ■ shock, vasodilatory ■ shock, postcardiotomy ■ shock, septic

V asodilatory shock is characterized by low arterial blood pressure due to significantly decreased systemic vascular resistance.[1] Although sepsis and cardiovascular surgery requiring cardiopulmonary bypass are the most frequent causes,[2] massive vasodilatation can result from shock of any origin.[1]

Adequate therapy includes specific treatment of the underlying disease, volume resuscitation, and use of vasopressor drugs to restore arterial blood pressure.[3] Currently, catecholamines are the clinically used vasopressor agents of choice for supporting arterial blood pressure and ensuring adequate organ perfusion. Unfortunately, development of adrenergic hyposensitivity with loss of catecholamine pressor effects is a feared complication in advanced states of vasodilatory shock.[4] Progressively increasing catecholamine therapy frequently enters into a vicious cycle of major adverse side effects resulting in continuous clinical deterioration necessitating further catecholamine excess. In these situations, mortality rates approach 100%.[5] Therefore, vasopressor agents able to stabilize cardiocirculatory function in situations of catecholamine excess would be of great benefit.

Arginine vasopressin (AVP) is a potent endogenous vasopressor hormone of the neurohypophysis. Case reports and small clinical trials have shown that continuous infusion of AVP can reverse hypotension in catecholamine-resistant vasodilatory shock.[6–8] Unfortunately, little is known about possible adverse side effects of AVP used for this indication. In particular, gastrointestinal hypoperfusion, a common complication of severe critical illness, may be aggravated by AVP.[9]

Therefore, we performed a prospective, randomized, controlled study to evaluate differences in hemodynamic response and organ functions in patients with advanced vasodilatory shock receiving either a combined infusion of AVP and norepinephrine (NE) or NE alone.

## Methods

The study protocol was approved by the ethics committee of the Leopold Franzens University of Innsbruck. The study was performed at the Division of General and Surgical Intensive Care Medicine, which is responsible for 23 intensive-care beds located in two separate units in a university teaching hospital.

Received December 31, 2002; revision received February 20, 2003; accepted February 26, 2003.
From the Division of General and Surgical Intensive Care Medicine, Department of Anaesthesia and Critical Care Medicine (M.W.D., A.J.M., H.K., G.S., W.P., B.F., W.R.H.), and Department of Medical Biostatistics (H.U.), The Leopold Franzens University of Innsbruck, Austria.
Correspondence to Walter R. Hasibeder, MD, Division of General and Surgical Intensive Care Medicine, Department of Anesthesia and Critical Care Medicine, The Leopold Franzens University of Innsbruck, Anichstrasse 35, 6020 Innsbruck, Austria. E-mail Walter.Hasibeder@uibk.ac.at
© 2003 American Heart Association, Inc.

PAR-VASO-0007340



Overview of patient enrollment and study design.

## Patients

From February 2001 through April 2002, 48 critically ill patients suffering from vasodilatory shock related to cardiovascular surgery or due to the systemic inflammatory response syndrome, both with and without sepsis,[10] with a mean arterial pressure (MAP) <70 mm Hg despite adequate volume resuscitation, and with NE requirements exceeding 0.5 $\mu g \cdot kg^{-1} \cdot min^{-1}$ were prospectively enrolled. All patients were invasively monitored, including via the use of a pulmonary artery catheter. Volume resuscitation was performed according to the response of stroke volume to fluid loading. Normovolemia was assumed when repeated infusion of colloids failed to augment stroke volume. The pulmonary capillary wedge pressure, where the stroke volume was maximal, was used as a therapeutic target for further volume resuscitation. If the stroke volume index remained <25 mL $\cdot min^{-1} \cdot m^{-2}$ or cardiac index <2 L $\cdot min^{-1} \cdot m^{-2}$, milrinone infusion was started at dosages ranging from 0.3 to 0.6 $\mu g \cdot kg^{-1} \cdot min^{-1}$.

## Study Design

Patients were randomly assigned into an AVP group and an NE group (Figure). In the AVP group, additional AVP infusion (Pitressin, Parke Davis) was administered according to our institutional protocol, including infusion of AVP at a constant rate of 4 U/h. No bolus injections were given. NE infusion was adjusted to maintain MAP ≥70 mm Hg. When NE requirements decreased to <0.3 $\mu g \cdot kg^{-1} \cdot min^{-1}$, AVP infusion was tapered off stepwise according to the response of MAP to AVP reductions.

In NE patients, MAP ≥70 mm Hg was achieved by adjusting NE infusion as necessary. For those patients in whom NE requirements exceeded 2.26 $\mu g \cdot kg^{-1} \cdot min^{-1}$, the study protocol was abandoned, and additional AVP infusion was initiated at 4 U/h. In a previous retrospective study, we have determined NE dosages exceeding 2.26 $\mu g \cdot kg^{-1} \cdot min^{-1}$ to be significantly associated with intensive care unit (ICU) mortality.[9]

## Study End Points

The primary study end point was to evaluate differences in hemodynamics between groups during the 48-hour observation period. As a secondary study end point, changes in other single-organ functions, including tonometrically derived gastric parameters during the study period, were evaluated.

## Demographic Data

Age, American Society of Anesthesiologists classification,[11] admission diagnosis, and the Simplified Acute Physiological Score II[12] during the first 24 hours after admission to the ICU were recorded. At study entry, a modified Goris Multiple Organ Dysfunction Syndrome Score[9] was calculated from worst clinical and laboratory data. Length of ICU stay and ICU mortality were documented.

## Hemodynamics

Heart rate, MAP, mean pulmonary arterial blood pressure, pulmonary capillary wedge pressure, and cardiac and stroke volume indices were recorded in all patients and documented together with NE and milrinone requirements before study entry and at 1, 12, 24, and 48 hours after study entry. Systemic vascular resistance index, left ventricular stroke work index (LVSWI), systemic oxygen transport, and consumption index were calculated according to standard formulas. Incidence and types of new-onset tachyarrhythmias were monitored during the study. Tachyarrhythmias were defined as nonsinus rhythm with heart rates exceeding 100 bpm. Twelve-lead ECG examinations and serum troponin I determinations were performed before study entry and 24 and 48 hours after study entry to scan for myocardial ischemia or infarction.

## Single-Organ Functions

Gut mucosal $PCO_2$ ($PrCO_2$) and $PrCO_2$ to arterial $PCO_2$ gradient ($Pr\text{-}aCO_2$), as indicators of splanchnic perfusion, were assessed by using an automated recirculating air tonometer (Tonocap, Datex) before study entry and 1, 24, and 48 hours after study entry. The Tonocap system was used to analyze $CO_2$ content by infrared absorption at set intervals. In patients on enteral feeding, feeding was interrupted at least 1.5 hours before measurements. All patients received $H_2$-blockers or proton pump inhibitors during the observation period.

Arterial acid/base status and arterial lactate concentrations were documented before study entry and 1, 24, and 48 hours after study entry. A $PaO_2/FiO_2$ quotient was calculated at the same intervals. Measurements were performed using Rapidlab 860 (Chiron Diagnostics). Serum concentrations of creatinine, aspartate aminotransferase, alanine aminotransferase, total bilirubin, and platelet count were recorded before study entry and 24 and 48 hours after study entry. Incidence of veno-venous hemofiltration and occurrence of new ischemic skin lesions, defined as new areas of mottled or livid

PAR-VASO-0007341

**TABLE 1.    Characteristics of AVP and NE Patients**

| | AVP Patients (n=24) | NE Patients (n=24) | P |
|---|---|---|---|
| Age, y | 68±9.4 | 68±13.5 | 0.961 |
| ASA | 3.7±0.7 | 3.5±0.9 | 0.280 |
| Diagnosis, n (%) | | | |
| SIRS | 7/24 (29.2) | 7/24 (29.2) | 0.942 |
| SS | 7/24 (29.2) | 8/24 (33.3) | 0.942 |
| PS | 10/24 (41.6) | 9/24 (37.5) | 0.862 |
| SAPS II | 51.6±16.8 | 49.7±18.3 | 0.701 |
| MODS | 12.1±0.9 | 11.8±0.9 | 0.353 |
| ICU stay, d | 19.5±16.8 | 13.6±12.5 | 0.174 |
| ICU mortality, n (%) | 17/24 (70.8) | 17/24 (70.8) | 1 |

Values are mean±SD or n/N (%). ASA indicates American Society of Anesthesiologists classification; SIRS, systemic inflammatory response syndrome; SS, septic shock; PS, postcardiotomy shock; SAPS II, Simplified Acute Physiologic Score II; and MODS, Multiple Organ Dysfunction Syndrome score.

skin in one or more body locations, were documented during the study period.

## Statistical Analysis

The sample size was precalculated on the basis of a previous retrospective study.[9] To detect clinically relevant differences in main outcome variables and assuming an alpha error of 0.05 and a power of 80%, a sample size of at least 20 patients in each group was calculated. The number of patients enrolled was increased to 48 to compensate for death-related data dropout. Randomization of patients was performed by using a random number–generating scheme.

Demographic data, incidence of new-onset tachyarrhythmias and myocardial ischemia/infarction, occurrence of ischemic skin lesions, and number of patients on veno-venous hemofiltration were compared with the use of Student's $t$ tests, $\chi^2$ tests, or Mann-Whitney $U$ tests, as appropriate.

Differences in hemodynamic and single-organ variables between groups and within repeated measurements were analyzed by using linear mixed-effects models to account for death-related dropouts.[13] Main effects between groups and within repeated measurements were given and considered to indicate statistical significance if <0.05. Shapiro-Wilks tests were used to check for normality, which was approximately fulfilled in all reported variables except for $PrCO_2$ and $Pr$-$aCO_2$, which were log-transformed. All data are given as mean values±SD, if not indicated otherwise.

## Results

Table 1 shows characteristics of AVP and NE patients. There were no significant differences in age, American Society of Anesthesiologists classification, incidence of systemic inflammatory response syndrome, septic and postcardiotomy shock, Simplified Acute Physiological Score II at ICU admission, severity of multiple organ dysfunction syndrome, length of ICU stay, and ICU mortality between groups.

## Hemodynamics

Table 2 shows changes in hemodynamic variables of AVP and NE patients. AVP patients exhibited a significantly higher heart rate at baseline ($P=0.033$). During AVP infusion, heart rate decreased ($P=0.003$) and was significantly lower when compared with NE patients, whereas MAP increased ($P<0.001$) and remained significantly higher than in NE patients. Cardiac index, stroke volume index, and LVSWI were significantly higher, with NE requirements

significantly lower in AVP patients. We observed a significant increase in LVSWI ($P=0.004$) simultaneously with a significant reduction in NE support ($P=0.001$) in AVP patients. In contrast, NE requirements significantly increased in NE patients ($P=0.019$). In both groups, 75% of patients (18 of 24) received a continuous milrinone infusion.

We observed a significant difference in the incidence of new-onset tachyarrhythmias between groups. Two of 24 patients (8.3%) receiving AVP developed new-onset tachycardic atrial fibrillation, whereas 14 of 24 NE patients (54.3%) experienced new-onset tachycardic atrial fibrillation during the observation period ($P<0.001$). There were no differences in the incidence of myocardial ischemia and myocardial infarction between groups. Two NE patients developed myocardial ischemia, and 1 NE patient developed myocardial infarction during the study. There were no differences in troponin I values between AVP and NE patients (Table 3).

## Single-Organ Functions

Changes in tonometrically derived gastric variables, acid/base status, arterial lactate concentrations, $PaO_2/FiO_2$ gradient, serum creatinine concentrations, liver enzymes, total bilirubin concentrations, and platelet counts are displayed in Table 3. $PrCO_2$ and $Pr$-$aCO_2$ were significantly lower in study patients when compared with NE patients. $PrCO_2$ significantly increased in NE patients ($P=0.027$) during the observation period.

Arterial lactate concentrations significantly decreased in AVP ($P=0.002$) and NE ($P=0.005$) patients, whereas platelet count significantly decreased ($P=0.018$) in AVP patients only. Total bilirubin concentrations were significantly higher in AVP patients when compared with NE patients and significantly increased during the observation period ($P=0.037$). There were no differences between groups in other variables. During the study period, 22 of 24 AVP and NE patients (91.7%) were on continuous veno-venous hemofiltration.

Clinical complication occurrence during the study period is as follows: 7 of 24 AVP patients (29.2%) and 6 of 24 NE patients (25%) developed new ischemic skin lesions ($P=1$). One patient of the NE group died of total intestinal ischemia and necrosis during the study period.

## Discussion

In this prospective, randomized, controlled study, combined infusion of AVP and NE proved to be an effective vasopressor regimen to treat cardiocirculatory failure in patients with catecholamine-resistant vasodilatory shock. Patients receiving an additional AVP infusion had higher MAP, cardiac index, stroke volume index, and LVSWI and needed less vasopressor support than patients receiving NE alone.

The significantly higher MAP in study patients can be explained by AVP-induced intense constriction of peripheral resistance vessels. In arteriolar smooth muscle cells, stimulation of V1a-receptors leads to an increase in cytoplasmatic ionized calcium via the phosphatidyl-inositol-bisphosphonate cascade and thus causes vasoconstriction.[14] Unlike catecholamine-mediated vasoconstriction, vasopressor effects of AVP

**TABLE 2. Changes in Hemodynamic Variables of AVP and NE Patients**

| | 0 Hours (n=48) | 1 Hour (n=48) | 12 Hours (n=47) | 24 Hours (n=39) | 48 Hours (n=27) | P |
|---|---|---|---|---|---|---|
| HR, bpm | | | | | | |
| AVP group†§ | 115±17 | 103±16‡ | 99±16‡ | 99±15‡ | 93±15‡ | 0.003* |
| NE group | 103±20 | 102±15 | 103±15 | 108±20 | 98±19 | |
| MAP, mm Hg | | | | | | |
| AVP group† | 63±7 | 82±10‡ | 78±9‡ | 76±9‡ | 81±8‡ | <0.001* |
| NE group | 67±8 | 71±12 | 67±9 | 66±11 | 75±12 | |
| MPAP, mm Hg | | | | | | |
| AVP group | 31±8 | 29±6 | 26±5 | 28±9 | 30±10 | |
| NE group | 29±7 | 28±6 | 29±8 | 28±7 | 25±5 | |
| PCWP, mm Hg | | | | | | |
| AVP group | 17±3 | 16±5 | 16±4 | 15±4 | 17±3 | |
| NE group | 16±6 | 16±6 | 17±6 | 15±5 | 15±4 | |
| CI, L · min⁻¹ · m⁻² | | | | | | |
| AVP group | 4.1±1.4 | 3.7±1.2 | 4.3±1.7 | 4.1±1.1 | 4.1±1 | 0.001* |
| NE group | 3.5±1 | 3.5±1.2 | 3.4±1.1 | 3.3±1 | 3.6±1.2 | |
| SVI, mL · beat⁻¹ · m⁻² | | | | | | |
| AVP group | 36±12 | 35±11 | 42±14 | 41±14 | 44±15 | 0.005* |
| NE group | 36±12 | 34±11 | 34±10 | 32±12 | 36±10 | |
| LVSWI, gxm · m⁻² · beat⁻¹ | | | | | | |
| AVP group† | 23±10 | 31±13‡ | 35±14‡ | 34±14‡ | 39±16‡ | <0.001* |
| NE group | 24±10 | 26±11 | 24±11 | 24±10 | 30±12 | |
| SVRI, dyne · cm⁻⁵ · xm⁻² | | | | | | |
| AVP group | 1160±567 | 1697±702 | 1383±528 | 1340±438 | 1334±517 | |
| NE group | 1452±689 | 1645±919 | 1435±642 | 1484±571 | 1613±513 | |
| Do₂I, mL · min⁻¹ · m⁻² | | | | | | |
| AVP group | 566±222 | 513±154 | . . . | 559±139 | 574±143 | |
| NE group | 504±139 | 495±170 | . . . | 472±165 | 525±201 | |
| Vo₂I, mL · min⁻¹ · m⁻² | | | | | | |
| AVP group | 157±58 | 148±42 | . . . | 155±27 | 154±37 | |
| NE group | 140±40 | 142±51 | . . . | 131±46 | 151±56 | |
| NE requirements, µg · kg⁻¹ · min⁻¹ | | | | | | |
| AVP group† | 0.84±0.55 | 0.55±0.31 | 0.5±0.4 | 0.59±0.54‡ | 0.34±0.25‡ | <0.001* |
| NE group† | 0.84±0.41 | 1.05±0.87 | 1.21±1‡ | 1.36±1.86‡ | 0.54±0.42‡ | |
| Mil requirements, µg · kg⁻¹ · min⁻¹ | | | | | | |
| AVP group | 0.32±0.3 | 0.31±0.3 | 0.29±0.29 | 0.21±0.27 | 0.19±0.26 | |
| NE group | 0.24±0.25 | 0.25±0.26 | 0.26±0.26 | 0.27±0.28 | 0.18±0.27 | |

Values are mean±SD. HR indicates heart rate; MPAP, mean pulmonary arterial pressure; PCWP, pulmonary capillary wedge pressure; CI, cardiac index; SVI, stroke volume index; SVRI, systemic vascular resistance index; Do₂I, systemic oxygen transport index; Vo₂I, systemic oxygen consumption index; Mil, milrinone; and ellipses (. . .), not measured.

*Significant group effect.

†Significant time effect.

‡Significant effect vs baseline.

§Significant difference at baseline between groups.

seem to be preserved during hypoxia and acidosis.[15] In vasodilatory shock, AVP has also been shown to influence several mechanisms causally involved in the pathogenesis of vasodilatation. Such AVP-mediated effects include blockage of ATP-activated potassium channels, attenuation of nitric oxide production, as well as reversal of adrenergic receptor downregulation.[16–18]

As recent investigations have reported inadequately low AVP serum concentrations in patients with vasodilatory shock,[19] it is speculated that deficiency of endogenous AVP may contribute to loss of vascular tone in vasodilatory shock.[1] Dysfunction of the baroreceptor reflex, inhibition of AVP production, and depletion of AVP stores during sustained hypotension have been discussed as responsible mecha-

PAR-VASO-0007343

**TABLE 3.  Changes in Single-Organ Laboratory Variables of AVP and NE Patients**

| | 0 Hours (n=48) | 1 Hour (n=48) | 24 Hours (n=39) | 48 Hours (n=27) | P |
|---|---|---|---|---|---|
| $Prco_2$, mm Hg | | | | | |
| AVP group | 53±18 | 55±15 | 60±21 | 63±25 | 0.03* |
| NE group† | 54±17 | 64±23‡ | 71±20‡ | 67±24‡ | |
| $Pr\text{-}aco_2$, mm Hg | | | | | |
| AVP group | 9±15 | 11±12 | 17±17 | 20±24 | 0.014* |
| NE group | 12±17 | 21±25 | 26±21 | 21±24 | |
| PH | | | | | |
| AVP group | 7.35±0.11 | 7.31±0.1 | 7.36±0.09 | 7.41±0.07 | |
| NE group | 7.34±0.11 | 7.33±0.11 | 7.34±0.12 | 7.40±0.06 | |
| $Paco_2$, mm Hg | | | | | |
| AVP group | 45±9 | 44±8 | 44±9 | 43±6 | |
| NE group | 42±8 | 43±7 | 46±9 | 46±4 | |
| Arterial lactate, mmol/L | | | | | |
| AVP group† | 48±44 | 50±45 | 37±30 | 20±12‡ | |
| NE group† | 45±47 | 46±47 | 42±47 | 20±12 | |
| $Pao_2/Fio_2$ | | | | | |
| AVP group | 194±76 | ... | 205±84 | 233±91 | |
| NE group | 207±94 | ... | 197±87 | 232±98 | |
| Creatinine, mg/dL | | | | | |
| AVP group | 2.2±0.91 | ... | 2.1±0.82 | 2.1±0.98 | |
| NE group | 2.14±0.74 | ... | 2.3±0.88 | 2.2±1.04 | |
| ASAT, U/L | | | | | |
| AVP group | 351±822 | ... | 458±992 | 153±313 | |
| NE group | 131±208 | ... | 312±700 | 46±46 | |
| ALAT, U/L | | | | | |
| AVP group | 217±498 | ... | 273±506 | 178±345 | |
| NE group | 126±222 | ... | 291±631 | 72±105 | |
| Bilirubin, mg/dL | | | | | |
| AVP group† | 4.64±3.87 | ... | 6.9±5.2‡ | 9.26±5.81‡ | 0.001* |
| NE group | 2.87±2.96 | ... | 3.75±3.52 | 3.86±5.56 | |
| Platelets, 1000 cells/L | | | | | |
| AVP group† | 165±147 | ... | 116±151‡ | 74±54‡ | |
| NE group | 144±144 | ... | 122±103 | 135±93 | |
| Troponin I, mg/dL | | | | | |
| AVP group | 20±33 | ... | 11±17 | 8±15 | |
| NE group | 57±154 | ... | 43±113 | 27±81 | |

Values are mean±SD. $Pco_2$ indicates arterial $Pco_2$; $Pao_2$, arterial $Po_2$; $Fio_2$, fractional inspiratory oxygen concentration; ASAT, aspartate aminotransferase; ALAT, alanine aminotransferase; and ellipses (...), not measured.

*Significant group effect.

†Significant time effect.

‡Significant effect vs baseline.

nisms.[20] A continuous infusion of AVP at 2 to 4 U/h restores AVP serum concentrations to values observed in other types of hypotension.[19] Therefore, infusion of AVP may reverse AVP deficiency and restore endogenous vasopressor effects in vasodilatory shock.

Patients receiving AVP in the present study had a significantly better myocardial performance, as assessed by cardiac index, stroke volume index, and LVSWI, than NE patients. These data are in accordance with results of a recent retrospective analysis[21] and findings by other authors.[22,23] Several mechanisms may explain this improvement of myocardial performance during AVP infusion. First, study patients received significantly lower NE dosages, which are known to have cardiotoxic and proarrhythmic effects.[24] Therefore, study patients probably had a lower incidence of tachyarrhythmias. Second, AVP has been shown to attenuate

endotoxin- and interleukin-1$\beta$–stimulated generation of nitric oxide,[17] thus possibly reversing negative inotropic effects of cardiodepressant mediators. Third, recent studies have shown that AVP increases intracellular calcium in myocardial cells through stimulation of V1a-receptors, leading to a direct positive inotropic response.[25,26] Fourth, AVP may increase myocardial blood flow due to increased systemic perfusion pressure and selective coronary vasodilatation.[27]

In both groups, 75% of patients received a milrinone infusion because of low cardiac output. Therefore, hemodynamic effects of AVP do not seem to be biased by unequal milrinone treatment in study groups. Furthermore, an additional model that integrated milrinone as a cofactor in the mixed-effects model demonstrated that milrinone infusion did not influence any of the results of this study.

Study patients had a significantly lower incidence of new-onset tachyarrhythmias. It may be speculated that the significant reduction in NE dosages, known to have substantial proarrhythmic effects,[24] together with an improvement of myocardial blood flow, has contributed to this finding. Severity of cardiovascular failure, which is mainly determined by the extent of catecholamine support, was identified to be an independent predictor for the development of tachyarrhythmias in cardiac surgery patients in a previous study.[28]

Another important finding of this study was that gastrointestinal perfusion assessed by gastric tonometry was significantly better during combined AVP and NE infusion when compared with patients receiving NE alone. These results are in striking contrast to reports on significant deteriorations of gastrointestinal blood flow after AVP therapy in upper gastrointestinal bleeding[29] and during AVP infusion in catecholamine-resistant hypotension.[30] Whereas bolus injections and high AVP dosages have been applied in these studies, AVP dosages in this protocol never exceeded 4 U/h. In low dosages, AVP-mediated vasodilatation of the splanchnic vascular bed has been reported.[31] Significantly improved systemic perfusion pressure may further explain lower PrCO$_2$ and Pr-aCO$_2$ in patients receiving AVP. However, it must be considered that gastric tonometry does not directly measure gastrointestinal perfusion and cannot be regarded as an accurate indicator of splanchnic circulation under pathophysiological conditions.[32] Therefore, interpretation of tonometrically derived results can only be done very cautiously in these patients.

In patients treated with AVP, total bilirubin concentrations not only increased during the observation period but were also significantly higher than in control patients. A significant increase in total bilirubin has already been reported in patients with septic and postcardiotomy shock.[9] However, direct AVP-induced hepatic dysfunction has not been described before. Possible mechanisms for the increase in bilirubin may be an AVP-mediated reduction in hepatic blood flow[33] or a direct impairment of hepatocellular function.

AVP is a potent arteriolar vasoconstrictor in the skin.[34] Ischemic skin lesions have been reported in patients receiving AVP treatment.[35] In the present study, the incidence of ischemic skin lesions was not different between groups. In advanced cardiovascular failure, ischemic skin lesions seem to be an epiphenomenon of severe underlying disease rather than a specific complication of AVP administration.

In this prospective, randomized, controlled study, the combined infusion of AVP and NE proved to be superior when compared with NE alone in the treatment of cardiocirculatory failure in catecholamine-resistant vasodilatory shock. Patients receiving AVP had a significantly higher blood pressure, had improved cardiac performance, and needed less NE. A continuous infusion of AVP further reduced cardiotoxic effects of high catecholamine dosages, such as new-onset tachyarrhythmias. Gastrointestinal perfusion as assessed by gastric tonometry seemed to be better preserved in AVP-treated patients. However, larger studies will be needed to evaluate advantages of a combined infusion regimen of AVP and NE on mortality and morbidity in catecholamine-resistant vasodilatory shock.

## Acknowledgment

This study was supported in part by the Lorenz Böhler Fund.

## References

1. Landry DW, Oliver JA. The pathogenesis of vasodilatory shock. *N Engl J Med*. 2001;345:588–595.
2. Prielipp RC, Butterworth J. Cardiovascular failure and pharmacologic support of the peripheral vasculature after cardiac surgery. *New Horiz*. 1999;7:472–488.
3. The American Heart Association in Collaboration with the International Liaison Committee on Resuscitation (ILCOR). Part 6: Advanced cardiovascular life support. Section 6: Pharmacology II: Agents to optimize cardiac output and blood pressure. *Resuscitation*. 2000;46:55–62.
4. Chernow B, Rothl BL. Pharmacological manipulation of the peripheral vasculature in shock: clinical and experimental approaches. *Circ Shock*. 1986;18:141–155.
5. Goldstein DJ, Oz MC. Mechanical support for postcardiotomy cardiogenic shock. *Semin Thorac Cardiovasc Surg*. 2000;12:220–228.
6. Tsuneyoshi I, Yamada H, Kakihana Y, et al. Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. *Crit Care Med*. 2001;29:487–493.
7. Patel BM, Chittock DR, Russell JA, et al. Beneficial effects of short-term vasopressin infusion during severe septic shock. *Anesthesiology*. 2002; 96:576–582.
8. Argenziano M, Chen JM, Choudhri AF, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. *J Thorac Cardiovasc Surg*. 1998;116: 973–980.
9. Dünser MW, Mayr AJ, Ulmer H, et al. The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. *Anesth Analg*. 2001;93:7–11.
10. American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference: definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Crit Care Med*. 1992;20:864–874.
11. Dripps RD, Lamont A, Eckenhoff JE. The role of anesthesia in surgical mortality. *JAMA*. 1961;178:261–267.
12. Le Gall JR, Lemeshow S, Saulnier F. A new simplified acute physiologic score (SAPS II) based on a European/North American multicenter study. *JAMA*. 1993;270:2957–2963.
13. Laird NM, Ware JH. Random effects models for longitudinal data. *Biometrics*. 1982;38:963–974.
14. Birnbaumer M. Vasopressin receptors. *Trends Endocrinol Metab*. 2000; 11:406–410.
15. Fox AW, May RE, Mitch WE. Comparison of peptide and nonpeptide receptor-mediated responses in the rat tail artery. *J Cardiovasc Pharmacol*. 1992;20:282–289.
16. Salzman AL, Vromen A, Denenberg A, et al. K(ATP)-channel inhibition improves hemodynamics and cellular energetics in hemorrhagic shock. *Am J Physiol*. 1997;272:H688–H694.
17. Kusano E, Tian S, Umino T, et al. Arginine vasopressin inhibits interleukin-1 beta-stimulated nitric oxide and cyclic guanosine mono-

PAR-VASO-0007345

phosphate production via the V1 receptor in cultured rat vascular smooth muscle cells. *J Hypertens.* 1997;15:627–632.

18. Hamu Y, Kanmura Y, Tsuneyoshi I, et al. The effects of vasopressin on endotoxin-induced attenuation of contractile responses in human gastro-epiploic arteries in vitro. *Anesth Analg.* 1999;88:542–548.

19. Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to vasodilation in septic shock. *Circulation.* 1997;95:1122–1125.

20. Sharshar T, Carlier R, Blanchard, et al. Depletion of neurohypophyseal content of vasopressin in septic shock. *Crit Care Med.* 2002;30:497–500.

21. Dünser M, Mayr A, Stallinger A, et al. Cardiac performance during vasopressin infusion in catecholamine-resistant postcardiotomy shock. *Intensive Care Med.* 2002;28:746–751.

22. Overand PT, Teply JF. Vasopressin for the treatment of refractory hypotension after cardiopulmonary bypass. *Anesth Analg.* 1998;86:1207–1209.

23. Eyraud D, Babant S, Dieudonne N, et al. Treatment of intraoperative refractory hypotension with terlipressin in patients chronically treated with an antagonist of the renin-angiotensin-system. *Anesth Analg.* 1999;88:980–984.

24. Podrid PF, Fuchs T, Candinas R. Role of the sympathetic nervous system in the genesis of ventricular arrhythmia. *Circulation.* 1990;82(suppl):I-103–I-113.

25. Xu YJ, Gopalakrishnan V. Vasopressin increases cytosolic free [Ca$^{2+}$] in the neonatal rat cardiomyocyte: evidence for V1 subtype receptors. *Circ Res.* 1991;69:239–245.

26. Fujisawa S, Iijima T. On the inotropic actions of arginine vasopressin in ventricular muscle of the guinea pig heart. *Jp J Pharmacol.* 1999;81:309–312.

27. Okamura T, Ayajiki K, Fujioka H, et al. Mechanisms underlying arginine vasopressin induced relaxation in monkey isolated coronary arteries. *J Hypertens.* 1999;17:673–678.

28. Mayr A, Knotzer H, Pajk W, et al. Risk factors associated with new-onset tachyarrhythmias after cardiac surgery: a retrospective analysis. *Acta Anesth Scand.* 2001;45:543–549.

29. Shelly MP, Greatorex R, Calne RY, et al. The physiological effects of vasopressin when used to control intraabdominal bleeding. *Intensive Care Med.* 1988;14:526–531.

30. Bracco D, Chiotéro RL, Revelly JP. Systemic and splanchnic hemodynamic effects of vasopressin administration in vasodilatory shock. *Intens Care Med.* 2001;27(suppl 2):A15. Abstract.

31. Martinez MC, Vila JM, Aldasoro M, et al. Relaxation of human isolated mesenteric arteries by vasopressin and desmopressin. *Br J Pharmacol.* 1994;113:419–424.

32. Groeneveld AB, Kolkman JJ. Splanchnic tonometry: a review of physiology, methodology, and clinical applications. *J Crit Care.* 1994;9:198–210.

33. Fasth S, Haglund U, Hulten L, et al. Vascular responses of small intestine and liver to regional infusion of vasopressin. *Acta Chir Scand.* 1981;147:583–588.

34. Nilsson G, Lindblom P, Palmer B, et al. The effect of triglycyl-lysine-vasopressin (terlipressin INN, Glypressin) on skin blood flow, measured with laser Doppler flowmetry, thermography and plethysmography: a dose-response study. *Scand J Plast Reconstr Surg Hand Surg.* 1987;21:149–157.

35. Thomas TK. Cutaneous manifestations of intravenous vasopressin therapy. *Am J Gastroenterol.* 1985;80:704–705.

PAR-VASO-0007346

Intensive Care Med (2002) 28:746–751
DOI 10.1007/s00134-002-1265-y

M.W. Dünser
A. J. Mayr
A. Stallinger
H. Ulmer
N. Ritsch
H. Knotzer
W. Pajk
N.J. Mutz
W.R. Hasibeder

# Cardiac performance during vasopressin infusion in postcardiotomy shock

Received: 18 July 2001
Accepted: 11 February 2002
Published online: 30 April 2002
© Springer-Verlag 2002

This study was in part supported by a
Lorenz Böhler Fund

M.W. Dünser · A.J. Mayr · A. Stallinger
N. Ritsch · H. Knotzer · W. Pajk
N.J. Mutz · W.R. Hasibeder (✉)
Division of General
and Surgical Intensive Care Medicine,
Department of Anesthesia
and Critical Care Medicine,
The Leopold Franzens University
of Innsbruck, Anichstrasse 35,
6020 Innsbruck, Austria
e-mail: Walter.Hasibeder@uibk.ac.at
Tel.: +43-512-5045845
Fax: +43-512-5045832

H. Ulmer
Department of Medical Biostatistics,
The Leopold Franzens University
of Innsbruck, Innsbruck, Austria

**Abstract** *Objective:* Arginine-vaso-pressin (AVP) might be a potent vaso-pressor agent in catecholamine-resistant postcardiotomy shock. However, its use remains experimental because of considerations about deleterious effects on the heart. We report on the effects of continuous AVP-infusion on cardiac performance, biomarkers of myocardial ischemia, and systemic hemodynamics in catecholamine-resistant postcardiotomy shock. *Design:* Retrospective study. *Setting:* Twenty-one-bed general and surgical intensive care unit. *Patients:* Forty-one patients with catecholamine-resistant postcardiotomy shock. *Interventions:* Continuous infusion of AVP. *Measurements and results:* Heart rate (HR), heart rhythm, mean arterial pressure (MAP), central venous pressure, mean pulmonary arterial pressure, cardiac index (CI), stroke volume index (SVI), left ventricular stroke work index (LVSWI), systemic vascular resistance (SVR) as well as milrinone and norepinephrine requirements were collected before and 1, 4, 12, 24, and 48 h after start of AVP infusion. Creatine kinase MB and troponin-I serum concentrations were measured daily. During AVP administration we observed a significant decrease in HR (–14.8%), milrinone (–17.5%), and norepinephrine requirements (–54.9%) as well as biomarkers of cardiac ischemia and a significant increase in LVSWI (+46.2%), MAP (+41.8%) and SVR (+60%). CI and SVI remained unchanged. Forty-five percent of postoperative new-onset tachyarrhythmias (TA) converted into sinus rhythm during AVP infusion. *Conclusions:* AVP was devoid of adverse effects on the heart in these patients with catecholamine-resistant postcardiotomy shock. The significant reduction in HR, vasopressor, and inotropic support suggest a substantial improvement in myocardial performance. These findings are supported by a significant decrease of cardiac enzymes and cardioversion of TA into sinus rhythm in 45.5% of patients with new-onset TA.

**Keywords** Arginine-vasopressin · Cardiac surgery · Shock · Heart · Vasopressor

## Introduction

Cardiopulmonary bypass may lead to postcardiotomy shock, a syndrome characterized by vasodilatory shock sometimes accompanied by low cardiac index [1, 2]. Although the exact pathophysiology still remains obscure, excessive release of inflammatory mediators, inadequate surgery, and use of vasodilatory inotropes may be major contributing factors [3]. Mortality rates of postcardiotomy shock have been reported to exceed 70% [4].

Currently, catecholamines are the traditional vasopressor agents to support perfusion pressure in postcardiotomy shock. However, evolving catecholamine-resistance is a common clinical problem [5]. Adrenergic receptor

downregulation, acidosis, as well as excessive generation of nitric oxide and other vasodilatory mediators may all contribute to low catecholamine effectiveness [3, 6]. With increasing catecholamine dosages, however, several negative side effects on the cardiovascular system may occur. Tachyarrhythmias (TA), pulmonary hypertension with increased right ventricular afterload, increases of myocardial oxygen consumption, shortened myocardial relaxation time, and ß-adrenergic receptor downregulation can deteriorate cardiac performance. Ischemia, cardiomyocyte destruction, and myocardial infarction have been reported at very high catecholamine dosages [7].

In several studies and case reports low-dose infusion of arginine-vasopressin (AVP), a physiological hormone of the neurohypophysis, has been shown to be a potent vasopressor in postcardiotomy shock, in vasodilatory shock after left ventricular-assist device placement, as well as in other vasodilatory shock states [8, 9, 10, 11]. However, high dosages of AVP were reported to exert significant negative side effects on the heart. When used to control upper gastrointestinal bleeding high-dose AVP infusion led to myocardial ischemia and negative inotropic effects in up to 20% of patients [12]. In earlier reports ultra-high AVP dosages were even used as a stress test to provoke ischemic changes in ECG [13]. Therefore, intensivists hesitate to use AVP as an alternative vasopressor agent in catecholamine-resistant shock [14].

Between January 1998 and January 2001 forty-one patients with catecholamine-resistant postcardiotomy

shock were treated with continuous AVP infusion in our institution. In this study we retrospectively analyzed the effects of continuous AVP infusion on cardiac performance, biomarkers of myocardial ischemia, and systemic hemodynamics.

## Materials and methods

Between January 1998 and January 2001 all medical records of a 21-bed general and surgical intensive care unit (ICU) were reviewed for patients with catecholamine-resistant postcardiotomy shock who were treated with a continuous i.v. infusion of AVP (Pitressin®; Parke Davis, Berlin, Germany).

Catecholamine-resistant shock was defined as a failing effect of a stepwise increase of norepinephrine by 0.2 $\mu$g·kg·min over a 2-h period to keep mean arterial pressure (MAP) above 60 mmHg. All patients were volume-resuscitated according to the response of stroke volume index (SVI) to volume infusion. Normovolemia was assumed if a trial of further volume loading using colloids produced no effect on SVI. If SVI or cardiac index (CI) remained below 25 ml·beat·m² or 2 l·min·m² continuous milrinone infusion was started. AVP infusion was given continuously with dosages ranging from 4 U/h to 6 U/h. No bolus injections were used. After initiating AVP infusion norepinephrine therapy was targeted to maintain MAP equal to or above 60 mmHg in all patients. When MAP exceeded 60 mmHg norepinephrine infusion was stepwise decreased according to MAP. Norepinephrine was not completely withdrawn in any patient. AVP infusion was continuously reduced and tapered off when norepinephrine requirements fell below a dose of 0.3–0.4 $\mu$g·kg·min. In this situation weaning from AVP occurred first and individually according to the patients response to the stepwise decrease of AVP.

**Table 1** Definitions and grading of organ dysfunction. (MODS Score; modified from Goris et al. [36]). (*PaO₂* arterial oxygen tension, *FiO₂* fractional inspiratory oxygen concentration, *ASAT* aspartate-aminotransferase, *ALAT* alanine-aminotransferase, *PT* prothrombin time, *aPTT* activated thromboplastin time, *AVP* arginine vasopressin, *IABP* intra-aortic balloon pump, *VAD* ventricular assist device, *GCS* Glasgow Coma Scale)

| Function | 0 | 1 | 2 |
|---|---|---|---|
| Pulmonary | PaO₂/FiO₂ ≥300 | PaO₂/FiO₂ ≥250 | PaO₂/FiO₂ <250 |
| Renal | Creatinine ≤2.0 mg% | Creatinine >2.0 mg%; doubling of creatinine in patients with previous compensated renal failure | Acute hemofiltration |
| Hepatic | Bilirubin <2 mg%; ASAT/ALAT within normal range | Bilirubin 2–5 mg%; ASAT/ALAT ≤ three times normal value | Bilirubin >5 mg%; ASAT/ALAT > three times normal value |
| Hematologic | Thrombocytes within normal range; normal coagulation | Thrombocyte decrease ≥25%; abnormal PT/aPTT with and without bleeding | Hemorrhagic diathesis; massive transfusion five blood products/h or > ten blood products/24 h |
| Cardiovascular | Normal blood pressure; no vasoactive drugs except dopamine ≤5 $\mu$g·kg·min | Fluid resuscitation >50% of normal need and/or dopamine >5 $\mu$g × kg⁻¹ × min⁻¹, dobutamine <10 $\mu$g × kg⁻¹ × min⁻¹, phenylephrine | Dobutamine >10 $\mu$g·kg·min, AVP, epinephrine, norepinephrine, combination of catecholamines, IABP, VAD |
| Gastrointestinal | Normal gastrointestinal function; no bleeding | Ileus >7 days or bleeding requiring ≤ six blood products/24 h | Massive bleeding requiring > six blood products/24 h |
| Central nervous system | GCS ≥12 | GCS 11–9 | GCS ≤8 |

The following data were collected from all patients: age, sex, admission diagnosis, preoperative ejection fraction, the Simplified Acute Physiologic Score (SAPS) [15], time on cardiopulmonary bypass, aortic cross clamp time, a MODS-Score (Table 1), ICU-mortality, and dosage and length of AVP infusion. In all patients creatine kinase MB (CKMB) and troponin-I (TROP) serum concentrations were obtained immediately after surgery and at least once daily during the ICU-stay. SAPS-Score was calculated from worst physiologic data during the first 24 h. MODS-Score was calculated from data obtained during 24 h before onset of AVP infusion.

Hemodynamic data including heart rate (HR), MAP, central venous pressure (CVP), mean pulmonary arterial pressure (MPAP) as well as milrinone and norepinephrine requirements were recorded before and 1, 4, 12, 24, and 48 h after start of continuous AVP infusion. Pulmonary artery catheter measurements including cardiac output (CO), CI, SVI, and pulmonary capillary wedge pressure (PCWP) were measured before and 1–3, 4–8, 12–16, 24±5, and 48±5 h after start of AVP infusion. Left ventricular stroke work index (LVSWI), right ventricular stroke work index (RVSWI), systemic vascular resistance (SVR), and pulmonary vascular resistance (PVR) were calculated according to standard hemodynamic formulas.

Postoperative new-onset TA defined as a non-sinus rhythm exceeding 100 bpm were recorded by continuous ECG-monitoring on the bedside screen and noted in the patients protocols. A 12-lead ECG was performed daily and in case of new-onset TA.

### Statistical analysis

Exploratory methods were performed to describe demographic data. Repeated measurements were analyzed using a mixed effects model (SAS PROC MIXED, SAS Institute, Cary, USA) in order to account for death-related drop-outs [16]. Variables which did not meet normality assumptions (PVR, CKMB, TROP) were log-transformed. If trends were significant comparisons versus baseline were performed using the same model. Due to the explorative character of the study no corrections for multiple comparisons were used. $P$-values <0.05 were regarded as statistically significant. Data are given as mean values±standard deviations (SD).

## Results

During the observation period 991 cardiac surgery patients were admitted to the intensive care unit. Forty-one patients (male, $n=30$; female, $n=11$) developed catecholamine-resistant postcardiotomy shock and severe MODS (MODS-Score 10.7±1.6 points) and received continuous AVP infusion (0.0012±0.0008 U·kg·min) for a mean period of 64±56 h. Demographic data of the study population are shown in Table 2. ICU-mortality in patients with

postcardiotomy shock was 53.7%. In contrast, overall mortality from elective cardiac surgery was 2.8% and from emergency cardiac surgery 27% during the observation period.

Table 3 presents serial hemodynamic data as well as milrinone and norepinephrine requirements during continuous AVP infusion. AVP led to a significant decrease in HR. There were no significant changes in CI and SVI during continuous AVP infusion. LVSWI significantly increased. AVP caused a significant rise in MAP due to a significant increase in SVR. During the observation period milrinone and norepinephrine requirements significantly decreased by 17.5% and 54.9%, respectively. There were no changes in CVP, MPAP, PCWP, CO, RVSWI, and PVR during the observation period.

CKMB and TROP significantly fell in all patients with increased serum concentrations at study entry and remained low in patients without postoperative serum elevations.

Twenty-two patients experienced TA at study entry or during the observation period (atrial fibrillation 90.9%, regular, non-sinus rhythm tachycardia 9.1%). Ten patients (45.5%) converted into sinus rhythm during AVP infusion. One was started on antiarrhythmic medication simultaneously with AVP infusion. Six patients were already receiving a continuous infusion of amiodarone for at least 6 h before start of AVP infusion or did not receive any antiarrhythmic therapy ($n=3$). Three patients developed new-onset atrial fibrillation during AVP infusion.

## Discussion

In this retrospective analysis continuous AVP infusion demonstrated no adverse effects on myocardial performance assessed by CI and SVI in catecholamine-resistant postcardiotomy shock. We observed a significant increase in LVSWI and MAP. This was accompanied by a pronounced decrease in HR. Simultaneously milrinone and norepinephrine requirements could be substantially reduced. In addition, 45.5% of postoperative new-onset TA converted into sinus rhythm during AVP infusion.

Despite the significant reduction in HR and inotropic support myocardial performance remained unchanged

**Table 2** Characteristics of study population. Mean values±SD. (*ACBP* aorto-coronary bypass surgery, *surg* surgery, *Preop EF* preoperative ejection fraction, *CPB-Time* cardiopulmonary bypass time, *ACC-Time* aortic cross clamp time)

| | All | ACBP | Valvular surg | Valvular surg+ACBP | Others |
|---|---|---|---|---|---|
| | 41 | 26 | 8 | 3 | 4 |
| Age (years) | 71±8 | 73±5.5 | 65±12 | 74±4 | 66±6 |
| Preop EF (%) | 41±15 | 41±17 | 34 | 39±9 | 45 |
| SAPS-Score | 16±3.8 | 16±3.4 | 15±5 | 16±1.5 | 20±2.6 |
| CPB-Time (min) | 153±54 | 141±52 | 166±41 | 220±55 | 129±50 |
| ACC-Time (min) | 84±41 | 71±38 | 110±35 | 124±38 | 62 |
| MODS-Score | 10.7±1.6 | 10.7±1.6 | 10.8±1.8 | 11.3±1.2 | 10.3±1 |

Table 3 Cardiac parameters and systemic hemodynamics of study patients. Mean values±SD. [*HR* heart rate (beats/min), *CO* cardiac output (l/min), *CI* cardiac index (l/min/m²), *SVI* stroke volume index (ml·beat·m²), *LVSWI* left ventricular stroke work index (g·m·m²·beat), *RVSWI* right ventricular stroke work index (g·m·m²·beat), *MAP* mean arterial pressure (mmHg), *SVR* systemic vascular resistance (dyne·sec/cm⁵), *CVP* central venous pressure (mmHg), *MPAP* mean pulmonary arterial pressure (mmHg), *PVR* pulmonary vascular resistance (dyne·sec/cm⁵), *PCWP* pulmonary capillary wedge pressure (mmHg), *Milrinone* milrinone requirements (μg·kg·min), *Norepinephrine* norepinephrine requirements (μg·kg·min), *Troponin-I* troponin-I serum concentrations (mg/dl), *CKMB* creatine kinase MB (U/l)]

| | 0 h | 1 h | 4 h | 12 h | 24 h | 48 h | P-value |
|---|---|---|---|---|---|---|---|
| Number | 41 | 41 | 38 | 36 | 32 | 21 | |
| HR[a] | 108±19 | 102±18 | 96±15[b] | 94±16[b] | 91±17[b] | 92±16[b] | <0.0001 |
| CO | 6±2 | 5.4±1.5 | 5.7±2.1 | 5.5±1.5 | 5.5±1.4 | 5.3±1.4 | 0.3478 |
| CI | 3.3±1 | 2.9±0.8 | 3±1 | 3±0.9 | 3.1±0.9 | 2.8±0.8 | 0.0895 |
| SVI | 30±10 | 30±8 | 30±8 | 31±8 | 32±8 | 30±7 | 0.1578 |
| MAP[a] | 55±12 | 82±14[b] | 78±12[b] | 78±11[b] | 76±12[b] | 78±8[b] | <0.0001 |
| MPAP | 28±6 | 26±6 | 26±6 | 25±5 | 25±5 | 25±5 | 0.1255 |
| CVP | 12±4 | 13±4 | 12±3 | 13±2 | 12±3 | 12±3 | 0.8024 |
| PCWP | 16±4 | 16±4 | 15±4 | 15±4 | 15±3 | 16±5 | 0.5790 |
| SVR[a] | 733±305 | 1078±432[b] | 1019±486[b] | 1000±321[b] | 1024±313[b] | 1173±335[b] | <0.0001 |
| PVR | 168±108 | 1 64±68 | 168±85 | 159±81 | 188±86 | 162±65 | 0.3284 |
| LVSWI[a] | 17.3±8.3 | 25.7±8[b] | 25±8.4[b] | 26±7.9[b] | 26.8±7.1[b] | 25.3±6[b] | <0.0001 |
| RVSWI | 6±3.8 | 5.8±3.5 | 5.7±3 | 6.2±5.7 | 5.8±2.3 | 5.3±2.6 | 0.6455 |
| Milrinone[a] | 0.4±0.24 | 0.4±0.25 | 0.39±0.24 | 0.35±0.23 | 0.33±0.24[b] | 0.33±0.23[b] | 0.0205 |
| Norepinephrine[a] | 1.62±1.93 | 1.13±1.72 | 0.91±1.5[b] | 0.58±0.94[b] | 0.57±1.3[b] | 0.73±1.63[b] | 0.001 |
| Troponin-I[a] | 121±164 | | | | 65±90[b] | 43±53[b] | <0.0001 |
| CK-MB[a] | 37±64 | | | | 28±41[b] | 21±30[b] | 0.0009 |

[a] Significant time effect
[b] Significant changes compared to baseline

during continuous infusion of AVP suggesting no deleterious effects of AVP on myocardial function. In contrast, our data indicate that AVP in the dosages used may even have positive inotropic effects on the heart. This is consistent with the work of Eyraud and Overand reporting improvement of myocardial performance during AVP infusion in catecholamine-resistant hypotension [17, 18].

Several mechanisms may account for the observed preservation of myocardial performance during AVP infusion. Increased MAP and thus increased coronary perfusion pressure leading to higher myocardial oxygen delivery could in part explain the observed improvement of myocardial performance.

High plasma norepinephrine levels have been shown to induce downregulation and uncoupling of myocardial beta-1 adrenergic receptors thus decreasing beta-1-mediated positive inotropic effects [1]. The significant decrease in norepinephrine requirements during AVP infusion may have causally reversed beta-1 receptor dysfunction thereby improving positive inotropic effects of norepinephrine on the heart.

Several in vitro and animal experiments suggest additional pharmacological mechanisms of AVP-mediated improvement in myocardial performance. First, numerous vasodilatory substances and mediators stimulate nitric oxide production in cardiac tissue exerting negative inotropic effects on the myocardium [19, 20]. AVP has been shown to attenuate endotoxin and interleukin-1beta-stimulated generation of nitric oxide thus possibly reversing negative inotropic effects of cardiodepressant mediators in postcardiotomy shock [21, 22]. Second, recent studies have shown that AVP increases intracellular calcium in myocardial cells through stimulation of $V_1$-receptors leading to a positive inotropic response [23, 24]. Third, AVP has been reported to enhance agonist-stimulated cAMP-formation in aortic smooth muscle cells by a calcium-calmodulin-dependent mechanism [25]. In cardiomyocytes this may amplify the positive inotropic action of norepinephrine and milrinone. Fourth, selective coronary vasodilatation and increased myocardial blood flow probably due to stimulation of $V_1$- and $V_2$-receptors have been demonstrated in animal experiments [26].

The significant reduction of elevated CKMB and TROP serum concentrations during the observation period further indicates absent deleterious effects of AVP on the myocardium when given as a continuous infusion at dosages not exceeding 6 U/h in catecholamine-resistant postcardiotomy shock.

These findings are in contrast to earlier reports indicating development of myocardial ischemia during bolus or continuous AVP infusion and negative inotropic side effects of AVP on the heart. Sirinek et al. reported a significant reduction in CO requiring isoproterenol infusion in awake patients with cirrhosis and portal hypertension when infusing AVP at a dosage of 40 U/h [27]. Shelly et al. found postmortem evidence of myocardial ischemia in 20% of patients with massive intraabdomi-

nal bleeding after infusion of AVP at dosages of up to 24 U/h [12].

Different dose regiments may attribute to controversial findings indicating dose-dependent effects of AVP on myocardial perfusion and performance. AVP dosages used in patients with upper gastrointestinal bleeding were 5–20fold higher than doses continuously given in catecholamine-resistant postcardiotomy shock [28, 29]. Furthermore, the negative inotropic effects of AVP commonly seen at very high dosages used to control upper gastrointestinal bleeding in normotensive subjects can be explained by strong baroreflex suppression of CO in response to massive AVP-mediated vasoconstriction. When used to achieve normotension in catecholamine-resistant postcardiotomy shock this baroreflex suppression of CO is absent.

The pharmacological mechanisms of AVP-mediated increases in arterial pressure are still a matter of speculation. However, four molecular pathways have been discussed. First, stimulation of vascular smooth muscle $V_1$-receptors by AVP increase cytoplasmatic ionized calcium via the phosphatidyl-inositol-bisphosphate cascade leading to arteriolar vasoconstriction [30]. Second, blockage of activated ATP-potassium channels within the smooth muscle cell membrane facilitates myocyte depolarization and thus vasoconstriction [31]. Third, under pathophysiologic conditions, AVP attenuates endotoxin and interleukin-1beta-stimulated generation of nitric oxide and its second messenger cyclic-guanosine-monophosphate thus inhibiting excessive arteriolar vasodilatation [21, 22]. Fourth, during endotoxinemia AVP has been shown to enhance adrenergic responsiveness through stimulation of smooth muscle $V_1$-receptors [32]. The last three mechanisms may be especially important in counteracting excessive vasodilatation in postcardiotomy shock.

An interesting finding of this study was the spontaneous cardioversion of TA into sinus rhythm in approximately half of patients with new-onset TA during AVP infusion. Although most patients already received a continuous infusion of amidodarone, the coincidence of cardioversion into sinus rhythm and simultaneous reduction in norepinephrine and milrinone requirements suggests a beneficial effect of AVP due to a reduction of catecholamine stress on the heart. High milrinone and catecholamine dosages are known to have substantial proarrhythmogenic effects [33, 34]. In a recent investigation we could demonstrate that severity of cardiovascular failure – which is mainly determined by the extent of catecholamine support to stabilize hemodynamics – is an independent predictor for the development of postoperative TA in cardiac surgery patients [35]. Therefore, it may be speculated that the significant reduction in norepinephrine and milrinone requirements together with an improvement of myocardial perfusion may have contributed to the observed high conversion rate of TA into sinus rhythm during continuous AVP infusion. Of course, restoration of sinus rhythm may have further been a major contributing factor regarding the improvement of myocardial performance in patients with TA.

AVP given as a continuous infusion not exceeding 6 U/h proved to be devoid of adverse effects on the heart in these patients with catecholamine-resistant postcardiotomy shock. The observation of a significant reduction in heart rate, vasopressor, and inotropic support even suggests a substantial improvement in myocardial performance. These findings are supported by the observation of a significant decrease of cardiac enzymes and the spontaneous cardioversion of TA into sinus rhythm in nearly half of patients with new-onset TA. Therefore, AVP may provide an important additional treatment option in patients receiving high vasopressor and inotropic support after cardiac surgery.

## References

1. Prielipp RC, Butterworth J (1999) Cardiovascular failure and pharmacological support after cardiac surgery. New Horiz 7:472–488
2. Wan S, LeClerc JL, Vincent JL (1997) Inflammatory response to cardiopulmonary bypass: mechanisms involved and possible therapeutic strategies. Chest 112:676–692
3. Wan S, Yim AP, Vincent JL (1999) Inflammatory response to cardiopulmonary bypass. New Horiz 7:462–471
4. Goldstein DJ, Oz MC (2000) Mechanical support for postcardiotomy cardiogenic shock. Semin Thorac Cardiovasc Surg 12:220–228

5. Chernow B, Rothl BL (1986) Pharmacological manipulation of the peripheral vasculature in shock: clinical and experimental approaches. Circ Shock 18:141–155
6. Tsuneyoshi I, Kanmura Y, Yoshimura N (1996) Nitric oxide as a mediator of reduced arterial responsiveness in septic patients. Crit Care Med 24:1083–1086
7. Aragona M, Aragona F (1992) Pheochromocytoma and catecholamine cardiomyopathy. Pathologica 84:197–203
8. Morales DLS, Greg D, Helman DN, Williams MR, Naka Y, Landry DW, Oz MC (2000) Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surg 69:102–106

9. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW (1997) Prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 96 [Suppl II]:286–290
10. Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Bohle III WA (2001) Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. Crit Care Med 29:487–493

11. Morales D, Madigan J, Cullinane S, Chen J, Heath M, Oz M, Oliver JA, Landry DW (1999) Reversal by vasopressin of intractable hypotension in late phase of hemorrhagic shock. Circulation 100:226–229

12. Shelly MP, Greatorex R, Calne RY, Park GR (1988) The physiological effects of vasopressin when used to control intra-abdominal bleeding. Intensive Care Med 14:526–531

13. Ruskin A (1947) Pitressin test of coronary insufficiency. Am J Heart 34:569

14. Goldsmith SR (1997) Vasopressin deficiency and vasodilation of septic shock. Circulation 97:292–293

15. Le Gall JR, Lirat P, Alperovitch A, Glaser P, Granthil C, Mathieu D, Mercier P, Thomas R, Villers D (1984) A simplified acute physiology score for ICU patients. Crit Care Med 12:975–977

16. Laird NM, Ware JH (1982) Random effects models for longitudinal data. Biometrics 38:963–974

17. Eyraud D, Brabant S, Dieudonne N, Fleron MH, Gilles G, Bertrand M, Coriat P (1999) Treatment of intraoperative refractory hypotension with terlipressin in patients chronically treated with an antagonist of the renin-angiotensin system. Anesth Analg 88:980–984

18. Overand PT, Teply JF (1998) Vasopressin for the treatment of refractory hypotension after cardiopulmonary bypass. Anesth Analg 86:1207–1209

19. Werdan K, Müller-Werdan U (1996) Elucidating molecular mechanisms of septic cardiomyopathy – the cardiomyocyte model. Mol Cell Biochem 163–164:291–303

20. Meldrum DR (1998) Tumor necrosis factor in the heart. Am J Physiol 274:R577–R595

21. Kusano E, Tian S, Umino T, Tetsuka T, Ando Y, Asano Y (1997) Arginine vasopressin inhibits interleukin-1beta-stimulated nitric oxide and cyclic guanosine monophosphate production via the V1 receptor in cultured rat vascular smooth muscle cells. J Hypertens 15:627–632

22. Umino T, Kusano E, Muto S, Akimoto T, Yanagiba S, Ono S, Amemiya M, Ando Y, Homma S, Ikeda U, Shimada K, Asano Y (1999) AVP inhibits LPS- and IL-1beta-stimulated NO and cGMP via V1 receptor in cultured rat mesangial cells. Am J Physiol 276:F433–F441

23. Xu YJ, Gopalakrishnan V (1991) Vasopressin increases cytosolic free [Ca2+] in the neonatal rat cardiomyocyte. Evidence for V1 subtype receptors. Circ Res 69:239–245

24. Fujisawa S, Iijima T (1999) On the inotropic actions of arginine vasopressin in ventricular muscle of the guinea pig heart. Jpn J Pharmacol 81:309–312

25. Zhang J, Sato M, Duzic E, Kubalak SW, Lanier SM, Webb JG (1997) Adenylyl cyclase isoforms and vasopressin enhancement of agonist-stimulated cAMP in vascular smooth muscle cells. Am J Physiol 273:H971-H980

26. Okamura T, Ayajiki K, Fujioka H, Toda N (1999) Mechanisms underlying arginine vasopressin-induced relaxation in monkey isolated coronary arteries. J Hypertens 17:673–678

27. Sirinek KR, Thomford NR (1975) Isoproterenol in offsetting adverse effects of vasopressin in cirrhotic patients. Am J Surg 129:130–136

28. Sirinek KR, Levine BA (1988) High-dose vasopressin for acute variceal hemorrhage. Clinical advantages without adverse effects. Arch Surg 123:876–880

29. Sagar S, Harrison ID, Brearley R, Shields R (1979) Emergency treatment of variceal hemorrhage. Br J Surg 66:824–826

30. Rozenfeld V, Cheng JWM (2000) The role of vasopressin in the treatment of vasodilation in shock states. Ann Pharmacother 34:250–254

31. Salzman AL, Vromen A, Denenberg A, Szabo C (1997) KATP-channel inhibition improves hemodynamics and cellular energetics in hemorrhagic shock. Am J Physiol 272:H688–604

32. Hamu Y, Kanmura Y, Tsuneyoshi I, Yoshimura T (1999) The effects of vasopressin on endotoxin-induced attenuation of contracile responses in human gastroepiploic arteries in vitro. Anesth Analg 88:542–548

33. Stump GL, Wallace AA, Gilberto DB, Gehret JR, Lynch JJ Jr (2000) Arrhythmogenic potential of positive inotropic agents. Basic Res Cardiol 95:186–198

34. Podrid PF, Fuchs T, Candinas R (1990) Role of the sympathetic nervous system in the genesis of ventricular arrhythmia. Circulation 82 [Suppl]:I103–I113

35. Mayr A, Knotzer H, Pajk W, Luckner G, Ritsch N, Dünser M, Ulmer H, Schobersberger W, Hasibeder W (2001) Risk factors associated with new-onset tachyarrhythmias after cardiac surgery – a retrospective analysis. Acta Anesth Scand 45:543–549

36. Goris RJA, te Boekhorst TPA, Nuytinck JKS, Gimbrere JS (1985) Multiple-organ failure. Arch Surg 120:1109–1115

PAR-VASO-0007352

The Mount Sinai Journal of Medicine
Vol. 50, No. 1, January–February, 1983
Printed in U.S.A.

# Ventricular Arrhythmia Induced by Vasopressin: Torsade de Pointes Related to Vasopressin-Induced Bradycardia

Edward Eden, M.D., Alvin Teirstein, M.D., and Isaac Wiener, M.D.

Ventricular tachycardia secondary to intravenous vasopressin therapy has been described by Kelly (1). We report a second case which allows important observations on the mechanism of arrhythmia induction and the appropriate therapy.

## Case Report

A 37-year-old white man was admitted to The Mount Sinai Hospital with hematemesis. In 1978, liver biopsy demonstrated alcoholic hepatitis; subsequently the patient had been hospitalized on many occasions for hemorrhage from esophageal varices which had been treated successfully with vasopression infusion and when necessary a Sengsterken Blakemore tube. There was no history of hypertension, congestive heart failure, or ischemic heart disease. On past admissions, periods of bradycardia with ventricular premature beats had been noted during vasopressin therapy. The patient was undergoing a course of variceal sclerosis therapy when the current episode of bleeding occurred.

His pulse rate was 80/min. and regular blood pressure 170/102 mm Hg lying, 145/82 mm Hg standing. He was jaundiced and pale with palmar erythema and spider nevi. A II/VI systolic ejection murmur was heard best at the left sternal border and transmitted to the apex. There were no signs of congestive heart failure.

From the Divisions of Cardiology and Pulmonary Disease, Department of Medicine, The Mount Sinai Medical Center, New York, NY.

Address reprint requests to Alvin Teirstein, M.D., Department of Medicine, Mount Sinai Medical Center, One Gustave L. Levy Place, New York, NY 10029.

ECG revealed sinus rhythm at 80/min with a QT interval of 0.42 seconds (N < 0.35) and nonspecific ST-T changes. Chest roentgenogram was normal. Hemoglobin concentration was 12.2 gm/dl. Serum electrolyte concentrations were sodium, 137 mEq/l; potassium, 3.5 mEq/l; chloride, 110 mEq/l; carbon dioxide, 27 mEq/l; magnesium, 1.7 mg%; and calcium, 8.7 mg%. Total bilirubin was 3.1 mg% and the prothrombin time was 13.8 sec (control 11.8).

Nasogastric aspirate yielded fresh blood which did not clear with ice saline lavage. The patient was transfused with packed cells treated with intravenous vasopressin infusion at a rate of 20 U/hour, gradually increasing to 30 U/hour. Emergency gastroscopy showed brisk eosphageal bleeding from varices.

During infusion, periods of sinus bradycardia developed. Runs of multiform premature ventricular contractions and periods of ventricular bigeminy became more frequent. There was no chest pain. The vasopressin was gradually tapered but approximately 46 hours after the start of vasopressin, the infusion rate now being 12 U/hr, asymptomatic ventricular tachycardia of the Torsade de Pointes type developed. (Figure 1, Panels A and B.) Marked QT prolongation (>0.6 sec) was noted immediately before the onset of the arrhythmia. Immediately after spontaneous termination, sinus rate was 56/min with a QT interval of 0.52 sec. Electrolytes were normal at this time, with potassium at 4.7 mEq/l (Figure 1, Panel C). The patient was treated with 0.6 mg of IV atropine and as the heart rate rose, ventricular ectopy diminished. Repeated atropine boluses were given to maintain heart rate above 70/min

49

## Lead II



Fig. 1. Representative electrocardiogram. **Panel A:** Several short runs of polymorphous VT. Note the markedly prolonged QT interval on the sinus beats preceding the arrhythmias. **Panel B:** A longer run of ventricular tachycardia, demonstrating the Torsades de Pointes morphology. **Panel C:** A period of sinus bradycardia immediately following Panels A and B. Note the prolonged QTc (QT interval, .52 msec at heart rate 56 bpm).

and the vasopressin was rapidly reduced. After 24 hours an adequate rate was maintained without atropine. Repeated 12-lead electrocardiograms showed no acute changes and repeated estimations of cardiac enzymes were normal. A Holter monitor tracing off vasopressin showed occasional ventricular bigeminy and an M-mode echocardiogram was normal.

In anticipation of further hemorrhage requiring vasopressin therapy and to prevent further periods of sinus bradycardia, a permanent transvenous demand pacemaker programmed to a rate of 70/min was inserted. During a further upper gastrointestinal bleed, vasopressin at 25 U/Hour slowed the heart rate from an initial 95/min to a pacemaker rhythm.

### Discussion

We have described a case of torsade de pointes related to a prolonged QT interval in the setting of sinus bradycardia secondary to intravenous vasopressin infusion. On admission, our patient had a minimally prolonged QT interval, with no history of malignant ventricular arrhythmias in the resting state. We postulate that vasopressin, by inducing sinus bradycardia, caused sufficient further prolongation of the QT interval to induce torsade de pointes.

In a report by Kelly et al (1), ventricular arrhythmias secondary to vasopressin were ascribed to the hemodynamic effects of vasopressin, including prolongation of pre-ejection period, reduction of cardiac output, and constriction of coronary ar-

teries (2–5). It is of interest, however, in reviewing the report by Kelly, that QT interval was prolonged before pitressin (.38 sec for heart rate 93 beats per minute) and became more prolonged during the bradycardia induced by vasopressin (0.44 sec at 64 beats per minute). Bradycardia is a well-known effect of vasopressin (2, 3).

The causes of a prolonged QT interval in our patient are unknown (7). Electrolyte concentrations, including potassium and calcium, were normal. There was no recent alcohol intake and no evidence of cardiac ischemia during bradycardia. A case of cardiomyopathy with a prolonged QT interval and spontaneous ventricular tachycardia has been described (6) and although our patient's echocardiogram was normal, the possibility cannot be excluded. There is no clinical evidence that the patient's prolonged repolarization was of any significance except when exacerbated by vasopressin.

Antiarrhythmic agents that prolong the QT interval are contraindicated in such patients (7–8). These contraindicated agents include procainamide, quinidine, and disopyramide. Atropine and isoproterenol increase cardiac rate, decrease the dispersion of refractoriness in ventricular myocardium (9), and are recommended as acute treatment for torsade de pointes. Atrial or ventricular pacing achieves the same effect; both have been used effectively to prevent ventricular arrhythmias in the setting of a prolonged QT interval (8, 10).

We wish to draw attention to an entity of bradycardia and secondary QT prolongation dur-

vasopressin infusion followed by torsade de pointes. This arrhythmia should be treated in the acute stage with atropine or isoproterenol, followed by possible use of a pacemaker.

## References

1. Kelly K, Stang J, Mekhjian H. Vasopressin provocation of ventricular dysrhythmia. Ann Int Med 1980; 92:205–206.
2. Sirivek K, Momford N. Isoproterenol in offsetting the adverse effects of vasopressin in cirrhotic patients. Am J Surg 1975; 129:130–136.
3. Azar D. Intra-arterial vasopressin administration complicated by adverse cardiodynamic effects. Rev of Surgery 1977; March–April:140–144.
4. Nolasco JB. The effects of vasopressin on the systolic time intervals in the dog. Cardiology 1976; 61:353–359.
5. Drapanas T, Gowe CP, Shim WKT, Schenk WG Jr. The effect of pitressin on CO and coronary hepatic and intestinal blood flow. Surg Gynecol Obstet 1961; 113:484–489.
6. Bissett J, Watson J, Scovil J, DeSoyza N, Ohrt D. Sudden death in cardiomyopathy: role of bradycardia-dependent repolarization changes. Am Heart J 1980; 99:625–629.
7. Schwartz P, Perite M, Malliani A. The long QT syndrome. Am Heart J 1975; 89:378–390.
8. Smith W, Gallagher JJ. Les torsades de pointes: an unusual ventricular arrhythmia. Ann Intern Med 1980; 93:578–584.
9. Han J, Millet D, Chizzonitti B, Moe GK. Temporal dispersion of recovery of excitability in atrium and ventricle as a function of heart rate. Am Heart J 1966; 71:481–487.
10. Wiener I. Pacing techniques in the treatment of tachycardias. Ann Intern Med 1980; 93:326–329.

*Submitted for publication May 1982.*

PAR-VASO-0007355

# Renal microvascular effects of vasopressin and vasopressin antagonists

RICHARD M. EDWARDS, WALTER TRIZNA, AND LEWIS B. KINTER
*Department of Pharmacology, Smith Kline & French Laboratories,*
*King of Prussia, Pennsylvania 19406-0939*

EDWARDS, RICHARD M., WALTER TRIZNA, AND LEWIS B. KINTER. *Renal microvascular effects of vasopressin and vasopressin antagonists.* Am. J. Physiol. 256 (Renal Fluid Electrolyte Physiol. 25): F274–F278, 1989.—The effects of vasopressin (AVP) and vasopressin antagonists on lumen diameters of cortical afferent and efferent arterioles isolated from rabbit kidneys were examined. Over a concentration range of $10^{-14}$ to $10^{-7}$ M, AVP had no effect on lumen diameters of afferent arterioles, although the arterioles were responsive to norepinephrine. Similarly, addition of $10^{-8}$ M AVP to the lumen of afferent arterioles or to the bath of arterioles pretreated with indomethacin had no effect. In contrast, AVP caused a concentration-dependent reduction of lumen diameters of efferent arterioles. AVP was approximately 100-fold more potent than norepinephrine in producing contraction of efferent arterioles. The $V_1$-selective antagonist, [d(CH$_2$)$_5$Tyr(Me)]AVP, and the $V_1/V_2$-antagonist, d(CH$_2$)$_5$D-Tyr(Et) desGlyVAVP, inhibited the vasoconstriction produced by AVP in a concentration-dependent but noncompetitive manner. The $V_2$-selective antagonist, [d(CH$_2$)$_5$D-Ile]VAVP, had no significant effect on AVP-induced vasoconstriction. We conclude that, under the in vitro conditions used, AVP selectively contracts efferent arterioles. The results provide direct evidence for a postglomerular vascular effect of AVP in the renal cortex. This activity, together with its previously described effects on the glomerulus, suggests that AVP may produce changes in glomerular function and/or peritubular forces that are involved in tubular reabsorption.

rabbit; afferent arteriole; efferent arteriole; vasopressin receptors

---

THE MAJOR RENAL EFFECT of arginine vasopressin (AVP) is to increase the water permeability of the collecting duct system (14). This well known antidiuretic activity of AVP is associated with an increase in intracellular adenosine 3′,5′-cyclic monophosphate (cAMP) (8), and occurs via activation of $V_2$-receptors (21). Although, in some vascular beds, AVP, by occupying $V_1$ receptors, is a very potent vasoconstrictor (2, 23), its role in the regulation of renal blood flow is controversial. Over the past two decades, AVP has been shown to increase, decrease or to have no effect on either total renal blood flow or on regional blood flows within the kidney (1, 5, 11, 12, 16, 17, 25, 26). Possible explanations for these conflicting results include the techniques used to measure renal blood flow, the dose of AVP used and the different experimental preparations employed (1).

Recently, Zimmerhackl et al. (26), in an elegant videomicroscopic study of papillary blood flow in the rat, demonstrated that physiological concentrations of AVP decreased vasa recta blood flow. This effect of AVP was antagonized by the selective $V_1$-receptor antagonist, d(CH$_2$)$_5$Tyr(Me)AVP. In a subsequent study using the same technique, Kiberd et al. (17) showed that part of the decrease in papillary flow induced by AVP was due indirectly to a $V_2$-mediated action of AVP.

Although the above studies clearly demonstrate that AVP decreases papillary blood flow, the exact vascular site of action of AVP could not be determined. Moreover, it is not clear whether or not the renal vascular effects of AVP are restricted to the medullary circulation or if AVP vascular receptors have a more generalized distribution throughout the renal microcirculation. Therefore, the purpose of the present study was to evaluate directly the in vitro activity of AVP on cortical afferent and efferent arterioles of the rabbit kidney and to characterize the renal vascular AVP receptor through the use of selective AVP receptor antagonists.

## METHODS

Afferent and efferent arterioles were dissected and mounted on micropipettes as previously described in detail (6, 7). Briefly, adult male New Zealand White rabbits (2–2.5 kg), maintained on standard chow and tap water, were killed by pentobarbital sodium overdose. A kidney was removed and thin slices were cut along the corticomedullary axis and immediately placed in chilled dissection medium. During dissection, afferent arterioles could be clearly seen to originate from the interlobular artery and to terminate at the glomerulus. Efferent arterioles could be identified by their small size (approximately one-half the diameter of afferent arterioles) and their origination from the glomerulus. A single afferent or efferent arteriole was dissected from the outer one-third of the cortex and transferred to a temperature-controlled chamber (1 ml vol) on the stage of an inverted microscope. One end of the arteriole was cannulated with glass micropipettes, and any residual erythrocytes were flushed out of the lumen. The other end of the arteriole was occluded with a glass constriction pipette. Intraluminal pressure was set at 70 mmHg for afferent arterioles and at 20 mmHg for efferent arterioles by a syringe connected in series with the perfusion pipette. After the pressure was set, the chamber temperature was gradually increased to 37 ± 0.5°C, and the arteriole was allowed to equilibrate for at least 30 min before an experiment was started.

The image of the arteriole was displayed on a cali-

0363-6127/89 $1.50 Copyright © 1989 the American Physiological Society

PAR-VASO-0007356

brated video monitor at a final magnification of ×1,440, and changes in lumen diameter were measured directly on the video screen at two to three points along the length of the arteriole. As we have previously observed (6), the contractile response to the agonists occurred uniformly along the length of the afferent arteriole, but was restricted to the most proximal 50–75 $\mu$m of the efferent arteriole. The mean (± SE) lumen diameter of unstimulated arterioles used in this study was $21.7 \pm 1.3$ ($n = 5$) and $11.3 \pm 0.3$ $\mu$m ($n = 46$) for afferent and efferent arterioles, respectively.

Throughout the experiment, the arteriole was continuously superfused (1 ml/min) with a solution consisting of the following (in mM): 120 NaCl, 25 NaHCO₃, 4.7 KCl, 1.2 NaH₂PO₄, 1.2 MgSO₄, 2.0 CaCl₂, 5.0 glucose, 2.0 pyruvate, and 0.026 disodium-calcium EDTA, pH 7.4. The dissection medium and perfusate were of identical composition except that they contained 1 g/100 ml of dialyzed bovine serum albumin (fraction V, Sigma Chemical). The bath solution was continuously gassed with 95% O₂-5% CO₂.

Cumulative concentration-response curves were generated with AVP ($10^{-14}$ to $10^{-7}$ M) and norepinephrine ($10^{-9}$ to $10^{-6}$ M) added to the bath. The concentration of agonist was increased only after the response to the previous addition had stabilized, which was 1 min for afferent and 2 min for efferent arterioles. To test for possible tachyphylaxis to AVP, following the first administration of AVP, the bath was continuously exchanged with fresh medium at a rate of 1 ml/min for 30 min before the second application of AVP.

The effects of AVP antagonists were evaluated in a paired manner on the same arterioles. Following a control concentration-response curve to AVP, the arteriole was extensively washed with fresh bath medium. The AVP antagonist was then added to the bath at the appropriate concentration, and a second concentration curve to AVP was repeated 30 min later. Only one antagonist at one concentration was tested on a given arteriole.

In a limited number of experiments, the effects of single concentrations of AVP ($10^{-8}$ M) and norepinephrine ($10^{-6}$ M) applied to the luminal side of afferent arterioles were examined. In these experiments, after control lumen diameter measurements, the occluding pipette was removed and 5 ml of perfusate containing AVP or norepinephrine (NE) were perfused through the arteriole lumen for 2 min using a fluid-exchange pipette (10). The arteriole was then reoccluded, pressurized, and lumen diameter was measured. This maneuver was repeated for the second agonist and a final control period. The agonists were tested sequentially but in a random order.

*Drugs.* The following drugs were used: *l*-norepinephrine bitartrate (Sigma Chemical, St. Louis, MO), arginine vasopressin (Bachem, Torrance, CA), and the AVP antagonists, [d(CH₂)₅D-Tyr(Et)²Val⁴desGly]AVP, abbreviated as d(CH₂)₅D-Tyr(Et)desGlyVAVP, d(CH₂)₅Tyr(Me)]AVP, [d(CH₂)₅Tyr(Me) AVP], and [d(CH₂)₅D-Ile²Val⁴]AVP, [d(CH₂)₅D-IleVAVP], which were synthesized at Smith Kline & French Laboratories, Department of Peptide Chemistry (Swedeland, PA). All drugs were

prepared daily and diluted to the final concentrations with bath medium.

*Data analysis.* Contractile responses of the arterioles are expressed as the percent decrease in lumen diameter or as a percent of the maximum response to AVP. Results are reported as means ± SE. Statistical analysis was performed using a paired Student's *t* test for single comparisons or analysis of variance followed by Dunnett's test for multiple comparisons. Differences were considered to be statistically significant if $P < 0.05$.

## RESULTS

Over a concentration range of $10^{-14}$ to $10^{-7}$ M, AVP had no effect on lumen diameter of afferent arterioles (Fig. 1). The absence of an effect of AVP on afferent arterioles was not due to a general lack of responsiveness of the arterioles, since NE produced a concentration-dependent decrease in lumen diameter yielding an EC₅₀ (and 95% confidence limits) of $3.5 \times 10^{-7}$ M (1.7–5.3), which is similar to values previously reported by us (9). In contrast to afferent arterioles, AVP produced sustained concentration-dependent decreases in lumen diameter of efferent arterioles (Fig. 2). Significant reductions in lumen diameter occurred between $10^{-13}$ and $10^{-12}$ M and the EC₅₀ (95% confidence limit) for AVP was $4.3 \times 10^{-10}$ M (1.1–7.5). For comparison, in the same arterioles, NE was approximately 100-fold less potent than AVP with an EC₅₀ of $3.6 \times 10^{-8}$ M (1.8–5.4). The maximum response to AVP, $83.1 \pm 4.6\%$ reduction in lumen diameter, was not different from that observed with NE, $85.0 \pm 4.3\%$.

We performed two additional series of experiments to verify that the afferent arteriole was unresponsive to AVP. First, since AVP is a circulating hormone, we examined the effect of a single high concentration of AVP ($10^{-8}$ M) applied to the luminal surface of afferent arterioles as described in METHODS. Before the addition of AVP to the perfusate, lumen diameter averaged 21.7



FIG. 1. Effect of vasopressin (AVP) and norepinephrine (NE) on lumen diameter of afferent arterioles. AVP and NE were tested in same arterioles. Results are expressed as percent reduction in control lumen diameter that was $21.7 \pm 1.3$ $\mu$m. Each point is mean ± SE of 5 arterioles.



FIG. 2. Effect of vasopressin (AVP) and norepinephrine (NE) on lumen diameter of efferent arterioles. Results are expressed as percent reduction in control lumen diameter that was 10.9 ± 0.5 μm. Each point is mean ± SE of 15 arterioles.



FIG. 3. Lack of tachyphylaxis to vasopressin (AVP) in efferent arterioles. A second concentration-response curve was repeated in same arterioles 30 min following initial exposure to AVP. Results are expressed as percent reduction in control lumen diameter, which was 9.9 ± 0.9 for first run and 9.6 ± 1.2 for second run, $n = 4$.

± 0.3 μm ($n = 3$). Lumen diameter remained unchanged following AVP (21.7 ± 0.5 μm) but decreased by 71% to 6.4 ± 1.9 μm after perfusing the arterioles with $10^{-6}$ M NE. Following washout of NE, lumen diameter returned to control values, 22.2 ± 1.1 μm. Second, we examined the effect of pretreatment of afferent arterioles ($n = 5$) with $10^{-5}$ M indomethacin for 30 min on the response to $10^{-8}$ M AVP and $3 \times 10^{-7}$ M NE. Prior to the addition of indomethacin, AVP caused an insignificant (3.2 ± 1.3%) reduction in lumen diameter, whereas NE caused a 59.5 ± 2.3% reduction in diameter. After indomethacin treatment, AVP caused a 8.3 ± 4.6% decrease in diameter that was not different from control conditions. However, the response to NE was significantly enhanced by indomethacin, resulting in an 84.9 ± 9.2% reduction in lumen diameter ($P < 0.03$).

In the efferent arteriole, there was no demonstrable tachyphylaxis to a second application of AVP (Fig. 3). The EC$_{50}$s and 95% confidence limit for AVP were 9.5 × $10^{-10}$ M (6.7–12.3) and 8.2 × $10^{-10}$ M (4.4–12.0) for the first and second application of AVP, respectively. Although the maximum response to AVP tended to be lower with the second exposure to AVP (78 ± 15.7 vs. 90.2 + 5.7% decrease), the difference did not reach statistical significance.

The V$_1$-selective AVP antagonist, d(CH$_2$)$_5$Tyr(Me)-AVP, was a potent antagonist of the contractile response to AVP in efferent arterioles (Fig. 4). However, the antagonism did not appear to be competitive in nature in that the maximum response to AVP was markedly depressed ($P < 0.01$) even at the lowest concentration of antagonist used (1 nM). The concentration of d(CH$_2$)$_5$Tyr(Me)AVP needed to reduce the maximum response to AVP by 50% was ~3 nM.

Like d(CH$_2$)$_5$Tyr-(Me)AVP, the antagonism produced by the mixed V$_1$/V$_2$-receptor antagonist, d(CH$_2$)$_5$D-Tyr(Et)desGlyVAVP, was not competitive (Fig. 5). In the presence of 1 nM antagonists, the maximum response to AVP was only 40% of that obtained under control



FIG. 4. Effect of the V$_1$-selective antagonist, [d(CH$_2$)$_5$Tyr(Me)] AVP, on response to vasopressin (AVP) in efferent arterioles. Results are expressed as percent of maximum response to AVP under control conditions. Control lumen diameter was 12.7 ± 0.5 μm. Control, $n = 15$; 1 nM, $n = 6$; 3 nM, $n = 5$; 10 nM, $n = 4$.

conditions ($P < 0.01$). The contractile response to AVP was almost totally abolished in the presence of the V$_1$-V$_2$-antagonist at a concentration of 10 nM.

In contrast to the results obtained with the V$_1$- and V$_1$/V$_2$-antagonists, the V$_2$-selective antagonist, d(CH$_2$)$_5$D-IleVAVP, had no significant effect on the concentration response curve to AVP at concentrations of 10 and 100 nM (Fig. 6). The antagonists alone had no effect on lumen diameter.

The antagonism induced by the V$_1$- and V$_1$/V$_2$-antagonists was not readily reversible. For example, in arterioles that had been exposed to $10^{-8}$ M d(CH$_2$)$_5$Tyr(Me)AVP or d(CH$_2$)$_5$D-Tyr(Et)desGly-VAVP, the maximum response to AVP ($10^{-5}$ M) was still depressed by 67 and 73%, respectively, after 1 h of



FIG. 5. Effect of the $V_1/V_2$-antagonist, $[d(CH_2)_5D\text{-}Tyr(Et)desGly]$ VAVP, on response to vasopressin (AVP) in efferent arterioles. Control lumen diameter was $9.9 \pm 0.5$. Control, $n = 9$; 1 nM, $n = 6$; 10 nM, $n = 3$.



FIG. 6. Effect of the $V_2$-selective antagonist, $[d(CH_2)_5D\text{-}Ile]$VAVP, on response to vasopressin (AVP) in efferent arterioles. Control lumen diameter was $11.6 \pm 0.6$ $\mu$m. Control, $n = 11$; 10 nM, $n = 5$; 100 nM, $n = 6$.

continuous washing of the bath chamber with fresh medium. This was not due to a loss of viability since $3 \times 10^{-7}$ M NE produced a 64.4 and 66.1% reduction in lumen diameter in the two groups of arterioles.

## DISCUSSION

The results of this study provide in vitro evidence for a direct action of AVP on renal resistance vessels. Furthermore, the vasoconstriction induced by AVP occurred at physiological concentrations ($10^{-12}$ to $10^{-11}$ M) [13] and was localized to the efferent arteriole. Under the present experimental conditions and at the concentrations of AVP used, no effect of this peptide was observed in afferent arterioles whether the peptide was in the bath, lumen or applied to indomethacin-pretreated arterioles.

In 1960 Thurau et al. [25] reported that physiological concentrations of AVP decreased inner medullary blood flow. Since that time, various studies have reported that AVP reduces inner cortical and medullary blood flow [1, 12], whereas others have reported exactly the opposite results [11, 16]. Recent studies utilizing videomicroscopic analysis of papillary blood flow in the rat have shown that AVP reduces vasa recta blood flow [17, 26]. While these studies were unable to determine the site of action of AVP in the renal microvasculature, several indirect observations suggest that the renal vascular effect of AVP is localized to the efferent arteriole. For example, Fisher et al. [11], using latex injection techniques, showed that the development of diabetes insipidus in dogs was associated with vasodilation of efferent arterioles. In the rat, Davis and Schnermann [5] reported that single nephron glomerular filtration rate increased during antidiuresis, suggesting an increase in efferent arteriolar resistance and effective filtration pressure. Finally, Zimmerhackl et al. [26] found no difference in the diameters of either ascending or descending vasa recta following administration of AVP despite a significant fall in papillary blood flow. These latter results are consistent with the general lack of smooth muscle cells in the vasa recta [22], and suggest that any direct AVP-induced vasoconstriction must occur proximal to the vasa recta. Since juxtamedullary efferent arterioles are the source of blood flow to the papilla, it was suggested that the decrease in papillary blood flow produced by AVP was the result of a direct action of this peptide on juxtamedullary efferent arterioles [26]. Although we were unable to successfully isolate juxtamedullary efferent arterioles, the results of the present study, performed on cortical efferents, are consistent with this possibility. Moreover, since our experiments were conducted on efferent arterioles dissected from the upper one-third of the cortex, the effects of AVP on postglomerular blood flow may not be restricted to juxtamedullary nephrons but may also occur throughout the different regions of the kidney.

The use of selective AVP antagonists has led to the identification of two subtypes of AVP receptor. The renal tubular AVP receptor that is associated with antidiuretic activity and an increase in cAMP accumulation [6, 14] has been designated as the $V_2$-receptor [21]. The vascular and glycogenolytic activities of AVP are associated with the $V_1$-receptor and are thought to be mediated by the phosphotidylinositol pathway [21]. In the present study we used a $V_1$-selective antagonist, $d(CH_2)_5Tyr(Me)AVP$ [18], a mixed $V_1/V_2$-antagonist, $d(CH_2)_5Tyr(Et)$-desGlyAVP, [24], and a $V_2$-selective antagonist, $d(CH_2)_5Tyr(Me)AVP$ [20] to characterize the AVP receptor involved in the renal vascular activity of AVP. Both the $V_1$-selective antagonist and the $V_1/V_2$-antagonist were potent antagonists of AVP-induced vasoconstriction. In contrast, no significant effect was observed with the $V_2$ antagonist. Based on these results, the AVP receptor located on efferent arterioles appears to be of the $V_1$ subtype.

The antagonism produced by $d(CH_2)_5D\text{-}Tyr(Et)des$-GlyVAVP and $d(CH_2)_5Tyr(Me)AVP$ was not competitive in nature in that the maximum response to AVP was

markedly depressed. Similar observations have been made with d(CH$_2$)$_5$Tyr(Me)AVP in the rat caudal artery (4) and with d(CH$_2$)$_5$D-Tyr(Et)desGlyVAVP in the human mesenteric artery (23). However, d(CH$_2$)$_5$Tyr-(Me)AVP was found to be a competitive antagonist in human mesenteric arteries (23). In addition, in the anesthetized rat, no suppression of the maximal pressor response to AVP in the presence of these antagonists was observed (18). The reasons for these different findings are not immediately obvious. In addition to suppressing the maximum response to AVP, the antagonism produced by the V$_1$- and V$_1$/V$_2$-antagonists persisted for up to 1 h after removal of the antagonists. Similar findings have been reported for these antagonists from both in vitro and in vivo studies (4, 18, 19, 23). Therefore, these compounds appear to be high affinity, slowly dissociable antagonists of the V$_1$-receptor.

Although the renal vascular action of AVP observed in this study as well as in previous studies (17, 26) occurs at concentrations of AVP well within the physiological range (13), the significance of this action of AVP in terms of overall renal function is unclear. Zimmerhackl et al. (26) showed that the concomitant administration of AVP and a V$_1$-antagonist had no effect on the antidiuretic action of AVP. They concluded, therefore, that the renal vascular action of AVP was not important for its antidiuretic activity. However, the effects of AVP on postglomerular blood flow, together with its previously described actions on glomerular mesangial cell contractility (3) and the ultrafiltration characteristics of the glomerulus (15), may produce subtle changes in glomerular function and/or peritubular physical forces involved in tubular reabsorption that deserve further study.

We acknowledge the expert assistance of S. Tirri in the preparation of this manuscript.

Address for reprint requests: R. M. Edwards, Smith Kline & French Laboratories, Dept. of Pharmacology, L-521, P.O. Box 1539, King of Prussia, PA 19406-0939.

Received 16 May 1988; accepted in final form 26 September 1988.

REFERENCES

1. AL-OMAR AZZAWI, S., AND D. G. SHIRLEY. The effect of vasopressin on renal blood flow and its distribution in the rat. *J. Physiol. Lond.* 341: 233–244, 1983.
2. ALTURA, B. M., AND B. T. ALTURA. Actions of vasopressin, oxytocin and synthetic analogs on vascular smooth muscle. *Federation Proc.* 43: 80–86, 1984.
3. AUSIELLO, D. A., J. I. KREISBERG, C. ROY, AND M. J. KARNOVSKY. Contraction of cultured rat glomerular mesangial cells of apparent mesangial origin after stimulation with angiotensin II and arginine vasopressin. *J. Clin. Invest.* 65: 754–760, 1980.
4. CLINESCHMIDT, B. V., AND E. V. LIS. Pharmacological evaluation of d(CH$_2$)$_5$Tyr(Me)AVP as an antagonist of vasopressin-induced contraction of the isolated rat caudal artery. *Arch. Int. Pharmacodyn.* 284: 72–84, 1986.
5. DAVIS, J. M., AND J. SCHNERMANN. The effect of antidiuretic hormone on the distribution of nephron filtration rates in rats with hereditary diabetes insipidus. *Pfluegers Arch.* 330: 323–334, 1971.
6. EDWARDS, R. M. Segmental effects of norepinephrine and angiotensin II on isolated renal microvessels. *Am. J. Physiol.* 244 (*Renal Fluid Electrolyte Physiol.* 13): F526–F534, 1983.
7. EDWARDS, R. M. Effects of prostaglandins in vasoconstrictor action in isolated renal arterioles. *Am. J. Physiol.* 248 (*Renal Fluid Electrolyte Physiol.* 17): F779–F784, 1985.
8. EDWARDS, R. M., B. A. JACKSON, AND T. P. DOUSA. ADH-sensitive cAMP system in papillary collecting duct: effect of osmolality and PGE$_2$. *Am. J. Physiol.* 240 (*Renal Fluid Electrolyte Physiol.* 9): F311–F318, 1981.
9. EDWARDS, R. M., AND W. TRIZNA. Characterization of $\alpha$-adrenoceptors on isolated rabbit renal arterioles. *Am. J. Physiol.* 254 (*Renal Fluid Electrolyte Physiol.* 23): F178–F183, 1988.
10. EDWARDS, R. M., AND E. F. WEIDLEY. Lack of effect of atriopeptin II on rabbit glomerular arterioles in vitro. *Am. J. Physiol.* 252 (*Renal Fluid Electrolyte Physiol.* 21): F317–F321, 1987.
11. FISHER, R. D., J. P. GRUNFELD, AND A. C. BARGER. Intrarenal distribution of blood flow in diabetes insipidus: role of ADH. *Am. J. Physiol.* 219: 1348–1358, 1970.
12. FOURMAN, J., AND G. C. KENNEDY. An effect of antidiuretic hormone on the flow of blood through the vasa recta of the rat kidney. *J. Endocrinol.* 35: 173–176, 1966.
13. GELLAI, M., J. H. SILVERSTEIN, J. C. HWANG, F. T. LA ROCHELLE, JR., AND H. VALTIN. Influence of vasopressin on renal hemodynamics in conscious Brattleboro rats. *Am. J. Physiol.* 246 (*Renal Fluid Electrolyte Physiol.* 15): F819–F827, 1984.
14. GRANTHAM, J. J., AND M. B. BURG. Effect of vasopressin and cyclic AMP on permeability of isolated collecting tubules. *Am. J. Physiol.* 211: 255–259, 1966.
15. ICHIKAWA, I., AND B. M. BRENNER. Evidence for glomerular actions of ADH and dibutyryl cyclic AMP in the rat. *Am. J. Physiol.* 233 (*Renal Fluid Electrolyte Physiol.* 2): F102–F117, 1977.
16. JOHNSON, M. D., C. S. PARK, AND R. L. MALVIN. Antidiuretic hormone and the distribution of renal cortical blood flow. *Am. J. Physiol.* 232 (*Renal Fluid Electrolyte Physiol.* 1): F111–F116, 1977.
17. KIBERD, B., C. R. ROBERTSON, T. LARSON, AND R. L. JAMISON. Effect of V$_2$-receptor-mediated changes on inner medullary blood flow induced by AVP. *Am. J. Physiol.* 253 (*Renal Fluid Electrolyte Physiol.* 22): F576–F581, 1987.
18. KRUSZYNSKI, M., B. LAMMEK, M. MANNING, J. SETO, J. HALDAN, AND W. H. SAWYER. [1-($\beta$-mercapto-$\beta$,$\beta$-cyclopentamethylenepropionic acid),2-(O-methyl)tyrosine] arginine vasopressin and [1-($\beta$-mercapto-$\beta$,$\beta$-cyclopentamethyl-enepropionic acid)] arginine vasopressin, two highly potent antagonists of the vasopressor response to arginine vasopressin. *J. Med. Chem.* 23: 364–368, 1980.
19. LIARD, J. F., AND J. C. SPADONE. Hemodynamic effects of antagonists of the vasoconstrictor action of vasopressin in conscious dogs. *J. Cardiovasc. Pharmacol.* 6: 713–719, 1984.
20. MANNING, M., E. NAWROCKA, A. MISICKA, A. OLMA, W. A. KLIS, J. SETO, AND W. H. SAWYER. Potent and selective antagonists of the antidiuretic responses to arginine vasopressin based on modification of [1-($\beta$-mercapto-$\beta$,$\beta$-pentamethylenepropionic acid), 2-isoleucine-4 valine] arginine vasopressin at position 4. *J. Med. Chem.* 27: 423–429, 1984.
21. MICHELL, R. H., S. J. KIRK, AND M. M. BILLAH. Hormonal stimulation of phosphotidylinositol breakdown with particular reference to the hepatic effects of vasopressin. *Biochem. Soc. Trans.* 7: 861–865, 1979.
22. MOFFAT, D. B. The fine structure of the blood vessels of the renal medulla with particular reference to the control of the medullary circulation. *J. Ultrastruct. Res.* 19: 532–545, 1967.
23. OHLSTEIN, E. H., AND B. A. BERKOWITZ. Human vascular vasopressin receptors: analysis with selective vasopressin receptor antagonists. *J. Pharmacol. Exp. Ther.* 239: 737–741, 1986.
24. STASSEN, F., G. HECKMAN, D. SCHMIDT, J. STEFANIEWICW, L. SULAT, W. HUFFMAN, M. MOORE, AND L. B. KINTER. Actions of vasopressin antagonists: molecular mechanisms. In: *Vasopressin*, edited by R. Schrier. New York: Raven, 1985, p. 145–154.
25. THURAU, K., P. DEETJEN, AND K. KRAMER. Hamodynamik des Nierenmarkes. II. Mitteilung. Wechsel beziehung zwischen vascularem und tubularem Gengenstromsystem bei arteriolar Drucksteigerungen, Wasserdiurese und osmotischer Diuresis. *Pfluegers Arch.* 270: 270–285, 1960.
26. ZIMMERHACKL, B., C. R. ROBERTSON, AND R. L. JAMISON. Effect of arginine vasopressin on renal medullary blood flow: a videomicroscopic study in the rat. *J. Clin. Invest.* 76: 770–778, 1985.

PAR-VASO-0007360

*Quarterly Journal of Medicine, New Series 64, No. 244, pp. 671–678, August 1987*

# Impaired Water Excretion and Elevated Plasma Vasopressin in Patients with Alcohol-withdrawal Symptoms

R. A. EMSLEY*†, A. POTGIETER†, J. J. F. TALJAARD*, D. COETZEE†, G. JOUBERT§ and R. F. GLEDHILL‡

*From the *Medical Research Council Unit for the Neurochemistry of Mental Diseases, the †Department of Psychiatry, University of Stellenbosch, and §Institute for Biostatistics, Medical Research Council and the ‡Department of Internal Medicine, University of Pretoria*

Accepted 2 April 1987

## SUMMARY

**Reports describing the fluid balance status of alcoholics in withdrawal are varied, and conflicting. We examined this question by recording values for a variety of parameters in response to a standard water load test. Compared with age and sex matched healthy volunteers ($n=14$), alcoholics in withdrawal ($n=17$) exhibited lower cumulative urine output ($p=0.0001$), higher minimum urine osmolality ($p=0.0001$), lower serum sodium ($p=0.0024$ before loading) and elevated plasma arginine vasopressin levels ($p=0.0045$ before loading). We believe that these findings are best explained by a resetting of osmoreceptors, a supposition in keeping with contemporary views on the pathogenesis of alcohol dependence and withdrawal.**

**This additional evidence of an antidiuretic state in alcohol withdrawal leads us to question the practice of fluid supplementation in its management and we suggest that this policy be revised.**

## INTRODUCTION

Fluid balance derangement in the circumstances of alcohol withdrawal has been the subject of debate for over 70 years. Following the discovery of the diuretic properties of alcohol [1], an early belief that delirium tremens resulted from cerebral oedema [2] was superseded by the view that such individuals are in fact dehydrated and require fluid supplementation [3, 4]. Although this policy continues to be practised, a number of studies have provided evidence for the existence of an antidiuretic state in alcoholics with withdrawal symptoms. This evidence includes the finding of increased blood and plasma volumes [5], isosmotic overhydration [6] and elevated levels of plasma arginine vasopressin (AVP) [7]. In addition, restriction of fluid intake has been reported to result in a more rapid resolution of symptoms [8].

This lack of consensus concerning the fluid balance status of alcoholics in withdrawal places those responsible for their immediate management in a quandary: should the policy be one of

Address correspondence to Dr R. A. Emsley, Department of Psychiatry, University of Stellenbosch, P.O. Box 63, Tygerberg 7505, South Africa.
© Oxford University Press 1987

supplementation or restriction of fluid intake? We have addressed this issue by administering a water load to patients exhibiting symptoms of alcohol withdrawal and recording resultant changes in a number of relevant parameters, including levels of plasma AVP. Reference data were obtained from a similar, parallel study of healthy volunteers.

## PATIENTS AND METHODS

After obtaining informed consent, two groups of subjects were studied. The first comprised 17 male inpatients aged between 24 and 56 years (median 33 years) who were admitted manifesting symptoms of alcohol withdrawal. The symptoms that occurred most frequently were tremulousness ($n=17$), agitation ($n=16$), hallucinosis ($n=13$) and disorientation ($n=8$). All of these patients met Research Diagnostic Criteria (RDC) [9] for alcoholism, had been drinking excessively for between two and 24 years (median 10 years) and admitted to consuming 150 to 310 g (median 200 g) of alcohol per day before admission. Wine and beer were the most common beverages. Studies were performed on the morning following admission, one to four days (median two days) after the last drink. At this time each patient was rated on the Selected Severity Assessment Scale (SSA) [10] for symptoms of alcohol withdrawal and the Hamilton Anxiety Rating Scale (HARS) [11]. The other group consisted of 14 healthy male volunteers aged between 21 and 55 years (median 30 years), all of whom were either total abstainers or occasional drinkers who had not consumed alcohol for at least 48 h before testing. None of the subjects in the two groups had other disorders associated with an abnormal fluid balance or had conditions, or were taking drugs, associated with the syndrome of inappropriate antidiuretic hormone secretion [12].

From the previous evening until the completion of the test the subjects fasted and abstained from smoking. They remained recumbent throughout the test period. The alcoholics in withdrawal received chlordiazepoxide, 20 mg eight-hourly as necessary. Blood and urine samples were obtained before the application of a standard water load test [12]. Blood was analysed for sodium, potassium, creatinine, urea, osmolality, glucose, albumin, globulin, conjugated and unconjugated bilirubin, $\gamma$-glutamyl transferase, haematocrit, thyroid stimulating hormone, triiodothyronine, tetraiodothyronine, 0900-h cortisol, plasma renin activity, $\beta_2$ microglobulin (as an indicator of glomerular function), ethanol and AVP levels, and was screened for the presence of toxins. Urine was analysed for sodium, potassium, osmolality, $\beta_2$ microglobulin (as an indicator of renal tubular function) and ethanol and was screened for the presence of toxins. Sodium levels were estimated using an Astra 8 Analyser and osmolality was determined on a Wescor 5100 B Vapour Pressure Osmometer. Blood and urine samples were analysed for the presence of ethanol by means of gas chromatography. Only subjects in whom ethanol was absent were included in the study.

For the water load test, subjects were instructed to drink 20 ml/kg body weight of cool tap water within 15 min. Each hour for the next four hours the blood pressure was recorded and samples of blood and total urine output were collected. These were analysed for electrolyte and osmolality concentrations. Blood for AVP assay was drawn at 0, 2 and 4 h and was collected in ice-cooled EDTA vacutainer tubes, immediately transported on ice to the laboratory and the plasma separated in a cold centrifuge at 4°C. The separated plasma was frozen and stored at $-20$°C until extraction. AVP was measured by means of a radioimmunoassay kit (Immuno Nuclear Corporation), between three and 12 weeks after sampling. Samples were assayed in a blind fashion, with samples from the test and control group being randomly distributed.

Because of small sample sizes the median and interquartile range were used to summarize the continuous measurements within the groups. Pairwise comparisons were performed using the

Kruskal–Wallis test. Correlations were performed using the Spearman coefficient of correlation ($r$). A significance level of 0.05 was used throughout.

## RESULTS

For the two groups of subjects, the percentage water load excreted, the minimum urine osmolalities recorded during the tests and the serum sodium levels before and during testing are illustrated in Figs. 1, 2 and 3, respectively. Compared with healthy volunteers, alcoholics in withdrawal excreted a smaller volume of water ($p=0.0001$), had higher urine osmolalities ($p=0.0001$) and had lower pre-test levels of serum sodium ($p=0.0024$). The group median values for serum osmolality in the alcoholics in withdrawal and in the healthy volunteers were, respectively, 284 and 289 mmol/kg $H_2O$ before loading ($p=0.0068$), 276 and 281 mmol/kg $H_2O$ at 2 h ($p=0.0016$) and 276 and 284 mmol/kg $H_2O$ at 4 h ($p=0.0001$). Measurements of plasma AVP levels before loading, 2 h, and 4 h are recorded in Fig. 4. Group median values for alcoholics in withdrawal were higher at all three sampling times, the differences being statistically significant before loading ($p=0.0045$) and 2 h ($p=0.0319$).

For all subjects in both groups the results of the following tests were within normal limits: Haematocrit, blood glucose, creatinine, potassium, albumin, thyroid stimulating hormone, triiodothyronine, tetraiodothyronine, plasma renin activity and serum and urine $\beta_2$ microglobulin. Group median values for blood pressure for the alcoholics in withdrawal (130/90 mmHg) did not differ significantly from those for the healthy volunteers (115/80 mmHg). Compared with the healthy volunteers, the group median values for the alcoholics in withdrawal were significantly higher for $\gamma$-glutamyl transferase ($p=0.0001$) and 0900-h cortisol ($p=0.0104$), and significantly lower for urea ($p=0.0110$).

To determine whether impaired function on the water load test was related to severity of



FIG. 1. The percentage of a standard water load excreted for patients with alcohol withdrawal symptoms (Group A, $n=17$) and healthy volunteers (Group B, $n=14$). The closed circles represent group median values, the lower bars 25th percentiles and the upper bars 75th percentiles.

PAR-VASO-0007363



FIG. 2. Minimum urine osmolalities obtained during the water load test for patients with alcohol withdrawal symptoms (Group A, $n=17$) and healthy volunteers (Group B, $n=14$). The closed circles represent individual values and the horizontal bars represent group median values.

withdrawal symptoms, anxiety levels or plasma renin activity, values for the Selected Severity Assessment Scale (SSA), the Hamilton Anxiety Rating Scale and plasma renin activity were correlated with values for the percentage water load excreted, minimum urinary osmolality obtained and plasma AVP levels. Correlations of statistical significance were found only between quality of contact (SSA item 7) and percentage water load excreted ($r=0.55$, $p=0.0200$), between quality of contact and minimum urine osmolality ($r=0.53$, $p=0.0300$) and between the Hamilton Anxiety Rating Scale score and percentage water load excreted ($r=-0.53$, $p=0.0300$).

## DISCUSSION

This study has provided additional evidence for the occurrence of an antidiuretic state in patients with symptoms of alcohol withdrawal. Thus, all the alcoholics in withdrawal and only three of the 14 healthy volunteers failed to fulfil criteria for a normal standard water load test result, i.e., they failed to achieve a cumulative urine output of 90 per cent or more after 4 h, together with a fall in urine osmolality to less than 100 mmol/kg $H_2O$ [12].

PAR-VASO-0007364



FIG. 3. Serum sodium levels before and during a water load test for patients with alcohol withdrawal symptoms (Group A, $n=17$) and healthy volunteers (Group B, $n=14$). The closed circles represent group median values, the lower bars 25th percentiles and the upper bars 75th percentiles.



FIG. 4. Plasma AVP levels at 0, 2 and 4 h during a water load test for patients with alcohol withdrawal symptoms (Group A, $n=17$) and healthy volunteers (Group B, $n=14$). The closed circles represent individual values, and the horizontal bars represent group median values.

PAR-VASO-0007365

Five patients in the alcohol-withdrawal group merit special comment. Not only did they excrete a very small proportion of the water load ($\leqslant 25$ per cent after 4 h), but they also had the poorest urinary diluting capacity (minimum urinary osmolality $\geqslant 593$ mmol/kg $H_2O$) and their plasma AVP levels were particularly high. Why the antidiuretic state in this subgroup was so profound is not readily apparent. In particular no clinical or other laboratory features distinguished these five patients from the others with withdrawal symptoms, and these symptoms did not differ in duration or in the degree of severity.

We believe the antidiuretic state exhibited by alcoholics in withdrawal can be attributed to the concurrent elevation of plasma AVP, as there was no evidence of renal or cardiac failure, hypothyroidism or adrenal insufficiency, and the only sign of disordered hepatic function was elevated levels of $\gamma$-glutamyl transferase. Also, in none of them was there clinical or laboratory evidence of dehydration. In fact, levels of serum urea, sodium and osmolality were significantly lower than those of the healthy controls – findings that accord with observations that a state of overhydration exists in these patients [5, 6]. With respect to the mechanism of increased AVP secretion, evidence suggests this was most probably mediated *via* osmolar pathways. First, recognized non-osmolar stimuli to AVP secretion [12], such as hypotension, nausea and hypoglycaemia were not present. Second, the activity of plasma renin – implicated in the control of AVP secretion [13] – was not elevated. Finally, the weak correlation between anxiety (as assessed by the Hamilton Anxiety Rating Score) and plasma AVP levels ($r=0.44$, $p=0.0720$ before loading) fails to support a causative role for emotional stress, which has been proposed as a stimulus to AVP secretion [14]. Whereas it is possible that some other disturbance of cerebral function underlying the neuropsychologic manifestations of the alcohol withdrawal state could have caused an increase in AVP secretion, it is noteworthy that the levels of plasma AVP correlated poorly with the severity of withdrawal symptoms as assessed by the Selected Severity Assessment Scale ($r=0.04$ to $0.44$; $p=0.9177$ to $0.0729$).

The pattern of AVP hypersecretion in the patients with alcohol withdrawal symptoms is consistent with a resetting of osmoreceptors [15]. Thus, while the ability to suppress AVP secretion in response to a reduction in serum sodium levels indicates the preservation of osmoregulatory mechanisms, the higher levels of plasma AVP relative to serum sodium imply a lowering of the threshold to osmotic stimuli. (The use in this context of levels of serum sodium rather than values for serum osmolality is in accordance with recommendations [12] when, as in our case, the methodology for determining osmolality employs serum rather than plasma and vapour pressure osmometry instead of freezing point depression.)

This situation of increased AVP secretion as a result of a lowered threshold to osmotic stimuli is in direct contrast to that which follows acute ingestion of alcohol, where the threshold to osmotic stimuli is elevated through an upward resetting of osmoreceptors and there is diminished AVP secretion relative to changes in plasma osmolality [16]. To explain the change from diminished to increased AVP secretion when alcoholics discontinue drinking and develop withdrawal symptoms, it is necessary to invoke the occurrence of an augumented, rebound phenomenon. Such a phenomenon was proposed over 20 years ago by Sereny *et al.* [5] to explain their observations of increased blood and plasma volumes in the alcohol withdrawal syndrome. It is also the case that a process of this nature would be in keeping with contemporary views on the pathogenesis of alcohol dependence and withdrawal [17, 18]. In concise terms, these views hold that dependence is basically an expression of adaptation to the depressant effect of alcohol on neuronal function and that the condition of withdrawal may be the result of returning to the original drug-free state so rapidly that re-adaptation cannot take place. The individual would then be adjusted to circumstances that no longer prevail and consequently would exhibit abnormalities opposite to those of the initial drug effect, i.e. a state of neuronal hyperactivity would supervene.

The finding that alcoholics in withdrawal have elevated plasma AVP levels affirms the observations of Eisenhofer *et al.* [7]. While these workers did not attempt to establish whether the excretory capacity of their patients was affected in any way, our study indicates that the elevated plasma AVP levels are associated with an antidiuretic state. Our study was not designed to investigate the mechanisms underlying the neuropsychologic manifestations of the alcohol withdrawal state, but it is noteworthy that none of our patients had levels of serum sodium or values for serum osmolality normally associated with the development of encephalopathy [19], thereby calling into question the suggestion that water intoxication (as a consequence of raised AVP levels) may be responsible [20]. We also wish to reiterate that levels of plasma AVP correlated poorly with the severity of withdrawal symptoms.

In conclusion, this additional evidence of an antidiuretic state in alcohol withdrawal leads us to question whether the practice of fluid supplementation in its management may not be potentially hazardous. We suggest that this policy be revised.

## ACKNOWLEDGEMENTS

We thank Professor F. S. Hough for helpful advice and Andre Wiedeman for technical assistance. This work was supported by the Medical Research Council of South Africa.

## REFERENCES

1. Eggleton MG. The diuretic action of alcohol in man. J Physiol 1942; 101: 172–191.
2. Steinbach R. Treatment of delirium tremens by spinal drainage. Deutsch Med Wschr 1915; 41: 369–375.
3. Victor M, Wolfe SM. Causation and treatment of the alcohol withdrawal syndrome. *In:* Bourne PG, Fox R, eds. Alcoholism; progress in research and treatment. New York: Academic Press, 1973: 137–169.
4. Thompson WL. Management of alcohol withdrawal syndromes. Arch Intern Med 1978; 138: 278–283.
5. Sereny G, Rapaport A, Husdan H. The effect of alcohol withdrawal on electrolyte and acid-base balance. Metabolism 1966; 15: 896–904.
6. Beard JD, Knott DH. Fluid and electrolyte balance during acute withdrawal in chronic alcoholic patients. JAMA 1968; 204: 135–139.
7. Eisenhofer G, Lambie DG, Whiteside EA, Johnson RH. Vasopressin concentrations during alcohol withdrawal. Br J Addict 1985; 80: 195–199.
8. Balsano NA, Reynolds BM. Fluid restriction in the management of acute alcoholic withdrawal. Surgery 1970; 68: 283–286.
9. Spitzer RL, Endicott J, Robins E. Research Diagnostic Criteria (RDC) for a selected group of functional disorders. 3rd edn. updated. New York: New York Psychiatric Institute, Biometric Research, 1981.
10. Gross MM, Lewis E, Hastey J. Acute alcohol withdrawal syndrome. *In:* Kissin B, Begleiter H, eds. Biology of alcoholism. New York: Plenum Press, 1973; 3: 191–263.
11. Hamilton M. The assessment of anxiety states by rating. Br J Med Psychol 1959; 32: 50–55.
12. Robertson GL. Diseases of the posterior pituitary. *In:* Felig P, Baxter JD, Broadus AE, Frohman LA, eds. Endocrinology and metabolism. New York: McGraw-Hill Book Company, 1981: 251–277.
13. Bonjour JP, Malvin RL. Stimulation of ADH release by the renin angiotensin system. Am J Physiol 1970; 218: 1555–1559.
14. Rydin H, Verney EB. The inhibition of water diuresis by emotional stress and by muscular exercise. Q J Exp Physiol 1938; 27: 343–374.
15. Zerbe R, Stropes L, Robertson G. Vasopressin function in the syndrome of inappropriate antidiuresis. Ann Rev Med 1980; 31: 315–327.
16. Eisenhofer G, Johnson RH. Effect of ethanol ingestion on plasma vasopressin and water balance in humans. Am J Physiol 1982; 242: R522–527.

17. Littleton JM. *In*: Richter D, ed. Addiction and brain damage. London: Croom Helm, 1980: 46–74.
18. Goldstein DB. Pharmacology of alcohol. New York: Oxford, 1983: 100–114.
19. Plum F, Posner JB. The diagnosis of stupor and coma. 3rd edn. Philadelphia: F A Davis Co., 1980: 177–303.
20. Mander AJ, Smith MA, Kean DM, *et al.* Brain water measured in volunteers after alcohol and vasopressin. Lancet 1985; 2: 1075.

PAR-VASO-0007368

# Coronary Revascularization Trends in the United States, 2001-2008

Andrew J. Epstein, PhD

Daniel Polsky, PhD

Feifei Yang, MS

Lin Yang, MS

Peter W. Groeneveld, MD, MS

CORONARY REVASCULARIZA-
tion, comprising coronary
artery bypass graft (CABG)
surgery and percutaneous
coronary intervention (PCI), is among
the most common major medical pro-
cedures provided by the US health
care system, with more than 1 million
procedures performed annually.[1] It is
also among the most costly (Medicare
inpatient payments to hospitals for
coronary revascularizations exceeded
$6.7 billion in fiscal year 2006,[2] an
amount larger than the reimburse-
ment for any other medical or surgical
procedure).

Several innovations in coronary re-
vascularization, such as drug-eluting
stents (DES), minimally invasive CABG
surgery, and "off-pump" CABG sur-
gery, have been adopted widely in the
past decade,[3-5] with the promise of im-
proved clinical outcomes compared
with older revascularization technolo-
gies and techniques.[5-7] In addition, pub-
lication of randomized controlled trial
results from the 2007 Clinical Out-
comes Utilizing Revascularization and
Aggressive Drug Evaluation trial[8] and
the 2009 Synergy Between PCI With
Taxus and Cardiac Surgery (SYNTAX)
trial[9] have provided important new in-
formation about both the potential
clinical value of revascularization com-
pared with pharmacotherapy, as well as
the outcomes of CABG surgery com-
pared with PCI in the DES era. In ad-

**Context** Coronary revascularization is among the most common hospital-based ma-
jor interventional procedures performed in the United States. It is uncertain how new
revascularization technologies, new clinical evidence from trials, and updated clinical
guidelines have influenced the volume and distribution of coronary revascularizations
over the past decade.

**Objective** To examine national time trends in the rates and types of coronary re-
vascularizations.

**Design, Setting, and Patients** A serial cross-sectional study with time trends of
patients undergoing coronary artery bypass graft (CABG) surgery or percutaneous coro-
nary interventions (PCIs) between 2001 and 2008 at US hospitals in the Healthcare
Cost and Utilization Project's Nationwide Inpatient Sample, which reports inpatient
coronary revascularizations. These data were supplemented with Medicare outpatient
hospital claims.

**Main Outcome Measures** Annual procedure rates of coronary revascularizations,
CABG surgery, and PCI.

**Results** A 15% decrease (P<.001) in the annual rate of coronary revasculariza-
tions was observed from 2001-2002 to 2007-2008. The annual CABG surgery rate
decreased steadily from 1742 (95% confidence interval [CI], 1663-1825) CABG
surgeries per million adults per year in 2001-2002 to 1081 (95% CI, 1032-1133)
CABG surgeries per million adults per year in 2007-2008 (P<.001), but PCI rates
did not significantly change (3827 [95% CI, 3578-4092] PCI per million adults per
year in 2001-2002 vs 3667 [95% CI, 3429-3922] PCI per million adults per year in
2007-2008, P=.74). Between 2001 and 2008, the number of hospitals in the
Nationwide Inpatient Sample providing CABG surgery increased by 12% (212 in
2001 vs 241 in 2008, P=.03), and the number of PCI hospitals increased by 26%
(246 in 2001 vs 331 in 2008, P<.001). The median CABG surgery caseload per
hospital decreased by 28% (median [interquartile range], 253 [161-458] in 2001 vs
183 [98-292] in 2008; P<.001) and the number of CABG surgery hospitals provid-
ing fewer than 100 CABG surgeries per year increased from 23 (11%) in 2001 to
62 (26%) in 2008 (P<.001).

**Conclusions** In US hospitals between 2001 and 2008, a substantial decrease in CABG
surgery utilization rates was observed, but PCI utilization rates remained unchanged.

*JAMA. 2011;305(17):1769-1776*                                    www.jama.com

dition, during the past decade, up-
dated appropriateness criteria for
coronary revascularization have been
issued, revised, or both by the major
cardiovascular societies.[10-14]

During this period of technological
innovation, new published evidence,
and updated guidelines, it is not well
known whether or how the volume of
coronary revascularization and its con-
stituent types changed in the United

**Author Affiliations:** Department of Veterans
Affairs' Center for Health Equity Research and Pro-
motion, Philadelphia Veterans Affairs Medical Cen-
ter (Drs Epstein and Groeneveld); Department of
Medicine, University of Pennsylvania School of
Medicine (Drs Epstein, Polsky, and Groeneveld and
Mss F. Yang and L. Yang); and Leonard Davis Insti-
tute of Health Economics, University of Pennsylva-
nia (Drs Epstein, Polsky, and Groeneveld), Philadel-
phia, Pennsylvania.
**Corresponding Author:** Peter W. Groeneveld, MD, MS,
Department of Medicine, University of Pennsylvania
School of Medicine, 1229 Blockley Hall, 423 Service
Dr, Philadelphia, PA 19104-6021 (petergro@mail.med
.upenn.edu).

©2011 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ on 06/19/2012

PAR-VASO-0007369

States. Substantial changes in the overall volume of revascularizations or the relative use of CABG surgery vs PCI would have important ramifications on clinical outcomes, health care costs, and the future organization and delivery of hospital-based cardiovascular care. Therefore, the goal of our study was to use a representative national sample of hospitalization claims to estimate temporal trends in the annual volume of coronary revascularization procedures between 2001 and 2008.

## METHODS

### Study Data

The University of Pennsylvania's institutional review board approved the study protocol. Data were obtained from the Agency for Healthcare Research and Quality Healthcare Cost and Utilization Project–Nationwide Inpatient Sample (NIS) files between 2001 and 2008. The NIS data sets contain patient-level hospital discharge data provided by states (n = 42 in 2008) that participate in the Agency for Healthcare Research and Quality Healthcare Cost and Utilization Project. The NIS includes data from approximately 1000 hospitals and is designed as a stratified, 20% representative sample of all nonfederal US hospitals.[15] Criteria used for stratified sampling of hospitals into the NIS include hospital ownership, patient volume, teaching status, urban or rural location, and geographic region. Weighting the patient-level observations in the NIS data sets to account for the complex sampling scheme provides estimates for the entire US population of hospitalized patients. Each record in the NIS includes all procedure and diagnosis codes recorded on each patient's hospital discharge abstract. Because the NIS is derived from state-mandated hospital discharge reports, it includes all claims from each selected hospital regardless of payer or insurance status.

### Identifying Coronary Revascularizations

Coronary revascularizations were identified on NIS claims by the appearance of procedure codes 36.01 to 36.07,

36.09, or 00.66 for PCI, or by codes 36.1x for CABG surgery. A claim was classified as a DES if procedure code 36.07 appeared or if the claim was assigned to diagnosis related group (DRG) 526-527 between April 1, 2003, and September 30, 2005; DRG 557-558 between October 1, 2005, and September 30, 2007; or DRG 246-247 after October 1, 2007. The claim was designated as a bare metal stent (BMS) if there was no DES coding and if procedure code 36.06 or codes 00.45 to 00.48 combined with 00.66 appeared, or if the DRG assignment was 116 between January 1, 2001, and September 30, 2001; 517 between October 1, 2001, and September 30, 2005; 555-556 between October 1, 2005, and September 30, 2007; or 248-249 after October 1, 2007. The claim was assigned as a nonstent coronary angioplasty if codes 00.66, 36.01 to 36.05, or 36.09 appeared and were unaccompanied by any code indicating a DES or BMS.

### Calculation of Procedure Rates

The NIS was constructed as a 20% stratified random sample of US hospitals. Accordingly, the population at risk for treatment at these hospitals was a 20% random sample of the US population. Because our study excluded pediatric procedures, we calculated procedure rates as the number of CABG surgery, DES, BMS, and nonstent coronary angioplasties reported in the NIS sample, weighted according to the NIS stratified sampling scheme,[15] divided by 20% of the total number of US adults during the same periods. Estimates of the size of the US adult population in each year between 2001 and 2008 were obtained from the US Census Bureau.[16]

### Measuring Outpatient PCI

The NIS is assembled solely from hospital inpatient discharge data. Although CABG surgery is invariably an inpatient procedure, our prior work has determined that between 6% and 18% of PCI procedures were performed on outpatients, including low-risk elective procedures performed at hospitals in so-called 23-hour stays.[17] These out-

patient PCI procedures would not be included in the NIS.[18] For Medicare beneficiaries, however, outpatient procedure claims are available from the Centers for Medicare & Medicaid Services. We used these outpatient Medicare procedure claims to identify PCI by the appearance of Healthcare Common Procedure Coding System codes 92980, 92981, 92982, or 92984. Codes 92980 and 92981 on outpatient claims specifically indicated stent use, and the concurrent appearance of codes C1874, C1875, G0290, or G0291 further indicated use of a DES.

We estimated the ratio of outpatient to inpatient PCI claims, using a 100% national sample of Medicare claims, for beneficiaries aged 65 to 69 years in each calendar quarter between 2001 and 2008 as a proxy measure for the national mean outpatient:inpatient PCI ratio. Because prior reports of the demographics of PCI recipients indicate their mean age is in the mid-60s,[3,19,20] the outpatient:inpatient PCI ratio of patients aged 65 to 69 years would reasonably approximate the ratio for all patients with PCI. Because the likelihood of obtaining outpatient PCI may be correlated with the type of PCI received, we separately calculated outpatient:inpatient ratios for recipients of DES, BMS, and nonstent angioplasty. These outpatient:inpatient ratios derived from Medicare data then were multiplied by the quarterly inpatient PCI rates generated from NIS data to estimate the national outpatient PCI rate for each calendar quarter. In addition, the outpatient PCI rate was added to the inpatient PCI rate generated directly from the NIS to obtain the total PCI rate.

### Validation of NIS Count Data

Because NIS hospitals were not designed specifically to represent the national provision of cardiovascular hospital services, it is possible that national rate estimates using the NIS may not perfectly approximate the rates in the full population of US coronary revascularization hospitals. To assess the level of agreement between the NIS and

 ©2011 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ on 06/19/2012

PAR-VASO-0007370

**Table 1.** Annual Rates of Coronary Revascularization Procedures[a]

| Revascularization Procedure | No. (%) [95% CI] of Average Annual Procedures per Million Adults During the 2-Year Period | | | | P for Trend[c] |
| --- | --- | --- | --- | --- | --- |
| | 2001-2002 (n = 42.7 million[b]) | 2003-2004 (n = 43.6 million[b]) | 2005-2006 (n = 44.6 million[b]) | 2007-2008 (n = 45.8 million[b]) | |
| CABG surgery | 1742 (31) [1663-1825] | 1457 (27) [1413-1502] | 1261 (24) [1223-1300] | 1081 (23) [1032-1133] | <.001 |
| PCIs | 3827 (69) [3578-4092] | 3873 (73) [3708-4046] | 4101 (76) [3926-4284] | 3667 (77) [3429-3922] | .74 |
| Bare metal stents | 3326 (60) [3090-3579] | 1557 (29) [1425-1700] | 468 (9) [393-559] | 1167 (25) [1048-1300] | <.001 |
| Drug-eluting stents | NA | 2040 (38) [1905-2185] | 3507 (65) [3339-3683] | 2383 (50) [2225-2552] | NA[d] |
| Angioplasty (no stent) | 501 (9) [399-630] | 276 (5) [238-321] | 126 (2) [109-147] | 117 (2) [93-147] | <.001 |
| Total | 5569 (100) [5315-5835] | 5330 (100) [5170-5494] | 5362 (100) [5202-5528] | 4748 (100) [4532-4975] | <.001 |

Abbreviations: CABG, coronary artery bypass graft; CI, confidence interval; NA, not applicable; NIS, Nationwide Inpatient Sample; PCI, percutaneous coronary intervention.
[a]Data in parentheses indicate the percentages of total revascularizations in the 2-year period. Percentages may not add to 100, or to the subgroup total, due to rounding.
[b]Indicates millions of adult patients at risk for inclusion in the NIS. The NIS is designed to represent the hospital services provided to a random 20% of the US population. Because this study excluded pediatric procedures, the NIS at risk population was therefore a 20% random sample of US adults. Population size estimates for this sample were obtained from US Census interim reports.[18]
[c]Trends tested with negative binomial regressions on quarterly count data from 2001-2008 reported in the 20% NIS, offset by catchment population size.
[d]An increasing trend was observed in drug-eluting stents rate from 2003-2006 (P=.001) and a decreasing trend in drug-eluting stents rate from 2006-2008 (P=.003).

national claims data, we compared CABG surgery and PCI quarterly national count estimates from NIS for Medicare beneficiaries older than 65 years to the counts of CABG surgery and PCI claims obtained from a 100% sample of Medicare inpatient claims for 2001 to 2008.

## Differences in Revascularization Between 2001 and 2008

To assess for differences between patients with revascularization in 2001 compared with 2008, we compared age, sex, and geographic distributions between CABG surgery recipients in 2001 vs 2008, as well as PCI recipients in 2001 vs 2008. Because race is unreported for many hospitals in NIS data, we separately calculated the 2001-2008 difference in race percentages among CABG surgery and PCI recipients using Medicare claims for CABG surgery or PCI between 2001 and 2008. After excluding hospitals reporting fewer than 5 coronary revascularizations per year, we then examined changes over time in the number and case-volume of the hospitals performing CABG surgery or PCI between 2001 and 2008.

## Statistical Analyses

Trends in the annual rates of CABG surgery and PCI were assessed using negative binomial regressions with procedure count as the dependent variable and calendar quarter as the key inde-

pendent variable, with the size of the population at risk as an offset term. Characteristics of patients undergoing CABG surgery or PCI in 2001 vs 2008 were compared with $\chi^2$ tests, except age, which was compared with a $t$ test. Characteristics of hospitals providing CABG surgery or PCI were compared using $\chi^2$ tests for categorical variables and the Wilcoxon rank sum test for differences in hospital caseloads. All statistical analyses were performed using SAS version 9.2 (SAS Institute Inc, Cary, North Carolina) or STATA version 11.1 (Stata Corp, College Station, Texas). All statistical tests were 2-sided, with $P < .05$ indicating statistical significance.

## RESULTS

For each year between 2001 and 2008, the NIS data set included all-payer inpatient discharge data from 212 hospitals per year in 2001 to 241 hospitals per year in 2008 that provided CABG surgery and from 246 hospitals per year in 2001 to 331 hospitals per year in 2008 that provided PCI. Medicare PCI claims from patients aged 65 to 69 years indicated outpatient PCI became more prevalent over time, increasing from 5769 of 77 080 PCI (7.5%) in 2001 to 16 269 of 96 580 PCI (16.8%) in 2008. The annual US rate of coronary revascularizations decreased by 15% from 5569 (95% confidence interval [CI], 5315-5835) procedures per million adults per year in 2001-2002 to 4748

(95% CI, 4532-4975) procedures per million adults per year in 2007-2008 (P<.001) (TABLE 1). There was a 38% decrease in the annual CABG surgery rate between 2001 and 2008, with the CABG surgery rate decreasing steadily throughout the 8-year period (FIGURE 1) from 1742 (95% CI, 1663-1825) per million adults per year in 2001-2002 to 1081 (95% CI, 1032-1133) per million adults per year in 2007-2008 (P<.001). However, the PCI rate changed minimally with a 4% decrease from 3827 (95% CI, 3578-4092) per million adults per year in 2001-2002 to 3667 (95% CI, 3429-3922) per million adults per year in 2007-2008 (P=.74). Projected to the entire US population, these rate changes implied that 130 000 fewer CABG surgeries were performed in 2008 compared with 2001, and the 2001-2008 decrease in the total number of US coronary revascularizations was 80 000 (7%) from a 2001 total volume of 1.21 million revascularizations.

## Patient and Hospital Characteristics

Statistically significant decreases in CABG surgery rates between 2001 and 2008 were observed across sex, age, racial, and regional subgroups (FIGURE 2). Comparison of the demographics of CABG surgery recipients and PCI recipients between 2001 and 2008 revealed slight differences in age, sex, racial, and geographic distributions over

©2011 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ on 06/19/2012

PAR-VASO-0007371

**Figure 1.** Revascularization Procedure Rates of CABG Surgery, Bare Metal Stents, Drug-Eluting Stents, and Angioplasty per Million Adults per Quarter Between 2001 and 2008



CABG indicates coronary artery bypass graft.

**Figure 2.** CABG Surgery Rates Between 2001 and 2008 By Sex, Race, Age, and US Census Region of CABG Surgery Recipients



CABG indicates coronary artery bypass graft. The y-axes indicate quarterly procedure rates.

time (TABLE 2). Twelve percent more hospitals provided CABG surgery in 2008 than in 2001 (241 vs 212 hospitals in NIS providing procedure, $P=.03$), and a 26% increase in the number of PCI hospitals occurred between 2001 and 2008 (246 vs 331 hospitals in NIS providing procedure, $P<.001$). The increase in the number of hospitals providing CABG surgery combined with the decrease in national CABG surgery rates resulted in a 28% decrease in the median caseload per hospital (median [interquartile range], 253 [161-458] in 2001 vs 183 [98-292] in 2008; $P<.001$) and a substantial increase in the number of hospitals that provided fewer than 100 CABG surgeries per year (23 [11%] in 2001 to 62 [26%] in 2008, $P<.001$).

## DES Percentage of PCI Between 2001 and 2008

Drug-eluting stents were approved by the US Food and Drug Administration in April 2003. By the third quarter of 2005, the use of DES as a percentage of all PCI procedures peaked at nearly 90% (FIGURE 3). Percentage use of DES subsequently decreased during 2006-2007 to 26 353 of 43 330 PCI procedures (61%) in the first quarter of 2008, followed by a sustained increase in DES use through the end of 2008. Data from the final calendar quarter in 2008 indicated DES was used in 29 002 of 42 407 PCI procedures (68%).

## Validation of NIS Estimates With Medicare Claims Data

Comparisons of the counts of CABG surgery and PCI estimated by NIS among Medicare beneficiaries older than 65 years compared very closely to the actual counts of CABG surgery and PCI claims submitted to Medicare between 2001 and 2008 (eAppendix; available at http://www.jama.com). Quarterly CABG surgery counts differed by a mean value of 0.1% (range, −14% to 13%) and quarterly PCI counts differed by a mean of 0.2% (range, −9% to 9%) between these 2 data sources. Medicare claims revealed similar trends in CABG surgery and PCI rates be-

©2011 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ on 06/19/2012

PAR-VASO-0007372

**Table 2.** Patient and Hospital Characteristics of CABG Surgery and PCI in the United States in 2001 and 2008[a]

| Characteristics | CABG Surgery | | | PCI | | |
|---|---|---|---|---|---|---|
| | 2001 | 2008 | P Value | 2001 | 2008 | P Value |
| | **Patient Characteristics** | | | | | |
| | (n = 77 952) | (n = 53 483) | | (n = 151 893) | (n = 153 800) | |
| Female sex | 23 518 (30) | 15 296 (29) | <.001 | 52 661 (35) | 52 107 (34) | .04 |
| Age, mean (SD), y | 66 (10) | 66 (10) | .64 | 65 (12) | 65 (12) | .94 |
| Age groups, y | | | | | | |
| <55 | 12 761 (16) | 8375 (16) | | 35 102 (23) | 34 513 (22) | |
| 55-64 | 19 457 (25) | 14 767 (28) | <.001 | 37 533 (25) | 41 388 (27) | .001 |
| 65-74 | 26 231 (34) | 17 013 (32) | | 42 955 (28) | 41 249 (27) | |
| ≥75 | 19 503 (25) | 13 328 (25) | | 36 303 (24) | 36 650 (24) | |
| Nonwhite race[b] | 6509 (8) | 5190 (10) | <.001 | 14 314 (9) | 17 129 (11) | <.001 |
| US Census region | | | | | | |
| Northwest | 16 370 (21) | 7996 (15) | | 30 080 (20) | 27 668 (18) | |
| Midwest | 16 619 (21) | 15 071 (28) | .01 | 36 682 (24) | 41 434 (27) | .68 |
| South | 33 504 (43) | 22 233 (42) | | 63 127 (42) | 60 659 (39) | |
| West | 11 459 (15) | 8183 (15) | | 22 024 (15) | 24 039 (16) | |
| | **Hospital Characteristics** | | | | | |
| Actual No. of hospitals in NIS providing procedure | 212 | 241 | .03 | 246 | 331 | <.001 |
| Projected No. of estimated total US hospitals providing procedure[c] | 1059 | 1188 | NA | 1223 | 1637 | NA |
| Procedure volume per year, median (IQR) | 253 (161-458) | 183 (98-292) | <.001 | 446 (191-777) | 318 (140-631) | .001 |
| Procedure volume per year by volume category[d] | | | | | | |
| 5-49 | 10 (5) | 23 (10) | | 23 (9) | 30 (9) | |
| 50-99 | 13 (6) | 39 (16) | | 15 (6) | 34 (10) | |
| 100-249 | 82 (39) | 106 (44) | <.001 | 41 (17) | 75 (23) | .008 |
| 250-499 | 63 (30) | 57 (24) | | 57 (23) | 90 (27) | |
| ≥500 | 44 (21) | 16 (7) | | 110 (45) | 102 (31) | |

Abbreviations: CABG, coronary artery bypass graft; IQR, interquartile range; NA, not applicable; NIS, Nationwide Inpatient Sample; PCI, percutaneous coronary intervention.
[a] Data are No. (%) unless otherwise indicated. Percentages may not sum to 100 due to rounding.
[b] Race identification was absent for a sizeable fraction of NIS data; therefore, data are reported from Medicare beneficiaries older than 65 years who underwent CABG surgery or PCI in 2001 and 2008.
[c] NIS weighted estimates.
[d] No. (%) of all hospitals providing procedure. Categories are ranges of procedure caseload per year.

tween 2001 and 2008 as were observed in the NIS. Further analysis of Medicare PCI claims, which unlike NIS data include patient identifiers, also revealed that the percentage of all PCI procedures that were repeat PCIs (ie, PCI performed within 365 days of a prior PCI) decreased slightly from 16.1% in 2001 to 12.9% in 2008 (P for trend = .003).

## COMMENT

Although there was only a modest decrease in the annual rate of coronary revascularizations in the United States between 2001 and 2008, we found a substantial decrease in the rate of CABG surgery, with approximately one-third fewer CABG surgeries being performed in 2008 compared with 2001.



**Figure 3.** Percentage of All Percutaneous Coronary Interventions Using Drug-Eluting Coronary Stents Between the First Quarter of 2003 and the Last Quarter of 2008

The US Food and Drug Administration approval of drug-eluting coronary stents occurred in April 2003.

©2011 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ on 06/19/2012

PAR-VASO-0007373

This decrease in CABG surgery rate occurred as a roughly linear trend throughout the 8-year period, suggesting that the decrease was not triggered by any single event occurring during the past decade, such as the introduction of competing technologies, advances in CABG surgical techniques, publication of clinical trials, or issuance of clinical guidelines. During the same 8-year period, there was an increase in the number of US hospitals providing CABG surgery, therefore causing a substantial decrease in the median hospital CABG surgery case volume and a marked increase in the number of US hospitals with relatively low (ie, <100 cases per year) annual CABG surgery case volume.

## Decrease in CABG Surgery Rates

**Clinical Implications.** Although it is possible that the decrease in CABG surgery rate was entirely unrelated to PCI utilization and it cannot be known with certainty whether physicians were increasingly substituting PCI for CABG surgery during the past decade for the treatment of coronary artery disease, our findings suggest the possibility that several thousand patients who underwent PCI in 2008 would have undergone CABG surgery had patterns of care not changed markedly between 2001 and 2008. Our data imply a sizeable shift in cardiovascular clinical practice patterns away from surgical treatment toward percutaneous, catheter-based interventions. However, the results of the recent SYNTAX trial[9] indicated CABG surgery remains the better choice for coronary revascularization among patients with previously untreated 3-vessel or left main coronary artery disease, even in the DES era. The clinical indications for CABG surgery validated by the SYNTAX trial are virtually identical to the class IA indications for CABG surgery published by the American College of Cardiology/American Heart Association in 1999,[11] indicating stability in the published evidence supporting CABG surgery use. The decreasing CABG surgery

rate during this period of stable evidence and guidelines implies either overuse of CABG surgery in 2001, which has been progressively corrected by better patient selection, or increasing underuse of CABG surgery between 2001 and 2008 because patients who would have been optimally treated with CABG surgery were instead treated with PCI.

Other published data suggest CABG surgery use decreased over time for treatment of coronary artery disease.[12] Gogo et al[19] examined 2002-2005 data from 365 US hospitals participating in an American College of Cardiology/American Heart Association Guidelines Quality Improvement Initiative and found that CABG surgery was used in only 40% of patients with 3-vessel disease in late 2005 compared with nearly 50% in early 2002. Similarly, Frutkin et al[21] examined PCI indications from the National Cardiovascular Data Registry and determined that after the introduction of DES in 2003, increasing numbers of patients with class I clinical indications for CABG surgery underwent PCI. Our results extend these findings by demonstrating that the trend in decreasing CABG surgery rates was occurring in a broadly representative sample cohort of US hospitals providing CABG surgery, was persistent across 8 years, and resulted in a marked reduction in the rate of CABG surgery procedures performed at the end of the decade compared with the beginning.

**Potential Explanations.** Because our data could not distinguish which patients with revascularization were more appropriate candidates for CABG surgery vs PCI, and because our data could not identify patients in later years who would have undergone CABG surgery in prior years, it was not possible to measure the characteristics of the patients whose care was "shifted" toward PCI between 2001 and 2008. It is possible that this group included many patients with less compelling clinical indications for CABG surgery over PCI, such as 2-vessel or non–left-main single-vessel coronary artery dis-

ease. It is also possible that the shift involved patients who were at very high risk for adverse perioperative outcomes from cardiac surgery, although it is unlikely that large numbers of such patients would have undergone CABG surgery in 2001, because alternative treatments were available. Increasing use of primary PCI for the emergent treatment of acute myocardial infarction between 2001 and 2008 may have obviated the need for additional coronary revascularization and thus decreased the CABG surgery rate. However, our observations combined with those of prior investigators suggest that a sizeable fraction of patients who did not undergo CABG surgery in 2007-2008 might have been appropriate CABG surgery recipients.

## Hospital Volume of CABG Surgery

The decrease in the national case volume of CABG surgery was accompanied by an increase in the number of US hospitals providing CABG surgery. The combination of these phenomena implies that over time greater numbers of patients were obtaining CABG surgery at hospitals with low volumes of CABG surgery. Although there is controversy in the literature on whether low-volume hospitals inherently have worse CABG surgery outcomes,[22,23] our findings highlight the increasing role of low-volume hospitals in the provision of CABG surgery.

## Variation in DES Use

Changes in PCI market share between DES and BMS have been previously reported among selected subsets of US hospitals,[3,21,24] and these changes possibly reflect a high level of clinician enthusiasm for DES in the years immediately following US Food and Drug Administration approval, followed by a "cooling off" period after publication of data suggesting DES safety concerns (ie, late in-stent thrombosis),[25,26] as well as increasing clinician awareness of the imperative for DES patients' adherence to long-duration antiplatelet therapy following DES implantation.[27] Our results extend these

©2011 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ on 06/19/2012

PAR-VASO-0007374

prior findings to a national sample of hospitals and provide further evidence that PCI practice patterns involving the choice of DES or BMS were highly volatile in the years following DES approval. An important implication of this volatility is that thousands of patients may have received DES during the peak years (2004-2005) who would have instead received BMS in 2007-2008. Whether these patients were appropriately treated with DES instead of BMS during these years of high enthusiasm for DES is uncertain.

Stable PCI rates between 2001 and 2008 were unanticipated, because clinical trials consistently have reported that DES reduces a recipient's likelihood of repeat target vessel revascularization due to lower rates of subsequent restenosis.[6,7] Our analysis of Medicare claims indicated the rate of repeat revascularization did in fact decrease during the DES era; therefore, an overall decrease in PCI rates subsequent to the introduction of DES would have been unsurprising. However, the stability of the PCI rate, combined with our findings from Medicare claims of decreasing rates of repeat PCI, suggests that there are increasing numbers of patients receiving PCI over time. Recipients of PCI in 2008 possibly included patients who would have been treated with CABG surgery, not PCI, if the coronary revascularization practice patterns of 2001 had not subsequently changed.

## Limitations

Our national estimates for CABG surgery and PCI rates were derived from a 20% sample of US hospitals, with the sample designed to approximate the national distribution of key hospital characteristics, including location, ownership, volume, and academic status. Although the NIS sampling design is statistically sound and the NIS has been used extensively in prior research to estimate national health care trends, it is possible that coronary revascularization or its subtypes were either overrepresented or underrepresented by the sample. However, the number of CABG

surgeries and PCI procedures among NIS patients who were Medicare beneficiaries closely approximated the volume of procedures indicated by 100% Medicare claims data. This agreement between independent data sources increases our confidence that the NIS accurately represented national rates of coronary revascularization procedures.

Our method of estimating percentages of outpatient PCI was possibly inaccurate, because this ratio was derived solely from a subset of Medicare beneficiaries aged 65 to 69 years rather than from all patients undergoing PCI. However, as the mean age of US patients undergoing PCI is approximately 64 years,[28] the national ratio of outpatient:inpatient PCI among all patients approximates the ratio observed among patients aged 65 to 69 years. In addition, because outpatient PCI remains relatively infrequent, a systematic bias in our estimate of the outpatient PCI fraction would not have changed our findings substantially.

The NIS does not include detailed information about patient clinical characteristics, such as coronary anatomy, angina class, ejection fraction, medications, surgical risk, or smoking status, which could explain changes over time in utilization of CABG surgery or PCI. Furthermore, the absence of these variables complicates comparisons of revascularization practices across hospitals, and therefore a detailed exploration of the drivers of the time trends we observed is beyond the scope of our study. In addition, the NIS does not report coronary revascularizations occurring in federal hospitals, such as those operated by the US Department of Veterans Affairs, US Department of Defense, or the Indian Health Service. Although these hospitals represent only a small fraction of the national health care system[29] and thus exclusion of their procedures is unlikely to affect our primary findings, it is likewise unknown whether the trends we observed are applicable to patients in federal health care systems.

In conclusion, although the total rate of US coronary revascularization de-

creased modestly between 2001 and 2008, there was a substantial decrease in the CABG surgery rate. Between 2001 and 2008, the rate of PCI did not significantly change; however, there were continual changes in the frequency of stent types used for PCI.

**Author Contributions:** Dr Groeneveld had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.
*Study concept and design:* Epstein, Polsky, Groeneveld.
*Acquisition of data:* Epstein, Polsky, Groeneveld.
*Analysis and interpretation of data:* Epstein, Polsky, F. Yang, L. Yang, Groeneveld.
*Drafting of the manuscript:* Epstein, Polsky, Groeneveld.
*Critical revision of the manuscript for important intellectual content:* Epstein, Polsky, F. Yang, L. Yang, Groeneveld.
*Statistical analysis:* Epstein, Polsky, F. Yang, L. Yang, Groeneveld.
*Obtained funding:* Polsky, Groeneveld.
*Administrative, technical, or material support:* F. Yang, L. Yang
*Study supervision:* Groeneveld.
**Conflict of Interest Disclosures:** All authors have completed and submitted the ICMJE Form for Disclosure of Potential Conflicts of Interest and none were reported.
**Funding/Support:** This work was supported by grants 1R01HL086919 from the National Heart, Lung, and Blood Institute and 1R01HS018403 from the Agency for Healthcare Research and Quality. This work was also funded in part under a grant from the Pennsylvania Department of Health.
**Role of the Sponsors:** The National Heart, Lung, and Blood Institute, the Agency for Healthcare Research and Quality, and the Pennsylvania Department of Health had no role in the design and conduct of the study, in the collection, analysis, and interpretation of the data, or in the preparation, review, or approval of the manuscript.
**Online-Only Material:** An eAppendix is available at http://www.jama.com.
**Additional Contributions:** Gina Pugliano, MA (research assistant, University of Pennsylvania School of Medicine, Philadelphia, Pennsylvania) provided assistance with the production of this article. No compensation was received for her contribution.

## REFERENCES

1. DeFrances CJ, Lucas CA, Vuie VC, Golosinskiy A. *2006 National Hospital Discharge Survey.* Hyattsville, MD: National Center for Health Statistics; 2008.
2. Centers for Medicare & Medicaid Services. Inpatient hospital payment information for value-driven health care. http://www.cms.gov/HealthCareConInit/02_Hospital.asp. Accessed February 24, 2010.
3. Roe MT, Chen AY, Cannon CP, et al. Temporal changes in the use of drug-eluting stents for patients with non-ST-segment-elevation myocardial infarction undergoing percutaneous coronary intervention from 2006 to 2008. *Circ Cardiovasc Qual Outcomes.* 2009;2(5):414-420.
4. Hernandez AF, Li S, Dokholyan RS, O'Brien SM, Ferguson TB, Peterson ED. Variation in perioperative vasoactive therapy in cardiovascular surgical care: data from the Society of Thoracic Surgeons. *Am Heart J.* 2009;158(1):47-52.
5. Li Z, Yeo KK, Parker JP, Mahendra G, Young JN. Amsterdam EA. Off-pump coronary artery bypass graft surgery in California, 2003 to 2005. *Am Heart J.* 2008; 156(6):1095-1102.
6. Moses JW, Leon MB, Popma JJ, et al. Sirolimus-

©2011 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ on 06/19/2012

**PAR-VASO-0007375**

eluting stents versus standard stents in patients with stenosis in a native coronary artery. *N Engl J Med.* 2003; 349(14):1315-1323.

**7.** Stone GW, Ellis SG, Cox DA, et al. A polymer-based, paclitaxel-eluting stent in patients with coronary artery disease. *N Engl J Med.* 2004;350(3): 221-231.

**8.** Boden WE, O'Rourke RA, Teo KK, et al. Optimal medical therapy with or without PCI for stable coronary disease. *N Engl J Med.* 2007;356(15):1503-1516.

**9.** Serruys PW, Morice MC, Kappetein AP, et al. Percutaneous coronary intervention versus coronary-artery bypass grafting for severe coronary artery disease. *N Engl J Med.* 2009;360(10):961-972.

**10.** Eagle KA, Guyton RA, Davidoff R, et al. ACC/ AHA 2004 guideline update for coronary artery bypass graft surgery: summary article: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee to Update the 1999 Guidelines for Coronary Artery Bypass Graft Surgery). *J Am Coll Cardiol.* 2004; 44(5):e213-e310.

**11.** Eagle KA, Guyton RA, Davidoff R, et al. ACC/ AHA guidelines for coronary artery bypass graft surgery: a report of the American College of Cardiology/ American Heart Association Task Force on Practice Guidelines (Committee to Revise the 1991 Guidelines for Coronary Artery Bypass Graft Surgery). *J Am Coll Cardiol.* 1999;34(4):1262-1347.

**12.** Patel MR, Dehmer GJ, Hirshfeld JW, et al. ACCF/ SCAI/STS/AATS/AHA/ASNC 2009 appropriateness criteria for coronary revascularization: a report by the American College of Cardiology Foundation Appropriateness Criteria Task Force, Society for Cardiovascular Angiography and Interventions, Society of Thoracic Surgeons, American Association for Thoracic Surgery, American Heart Association, and the American Society of Nuclear Cardiology Endorsed by the American Society of Echocardiography, the Heart Failure Society of America, and the Society of Cardiovascular Computed Tomography. *J Am Coll Cardiol.* 2009; 53(6):530-553.

**13.** Smith SC Jr, Dove JT, Jacobs AK, et al. ACC/ AHA guidelines of percutaneous coronary interventions (revision of the 1993 PTCA guidelines): executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (committee to revise the 1993 guidelines for percutaneous transluminal coronary angioplasty). *J Am Coll Cardiol.* 2001;37(8):2215-2239.

**14.** Smith SC Jr, Feldman TE, Hirshfeld JW Jr, et al. ACC/AHA/SCAI 2005 guideline update for percutaneous coronary intervention-summary article: a report of the American College of Cardiology/ American Heart Association Task Force on Practice Guidelines (ACC/AHA/SCAI Writing Committee to Update the 2001 Guidelines for Percutaneous Coronary Intervention). *J Am Coll Cardiol.* 2006;47(1):216-235.

**15.** Agency for Healthcare Research and Quality. Healthcare Cost and Utilization Project: Introduction to the Nationwide Inpatient Sample (NIS) 2008. http: //www.hcup-us.ahrq.gov/db/nation/nis /NIS_2008_INTRODUCTION.pdf. Accessed March 8, 2010.

**16.** US Census Bureau. Annual estimates of the resident population by sex and selected age groups for the United States: April 1, 2000 to July 1, 2009 (NC-EST2009-02). http://www.census.gov/popest /national/asrh/NC-EST2009-sa.html. Accessed March 2, 2011.

**17.** Cohen MM, Wreford M, Barnes M, Voight P. Reengineering surgical services in a community teaching hospital. *Cost Qual Q J.* 1997;3(2):48-57.

**18.** Groeneveld PW, Matta MA, Greenhut AP, Yang F. Drug-eluting compared with bare-metal coronary stents among elderly patients. *J Am Coll Cardiol.* 2008; 51(21):2017-2024.

**19.** Gogo PB Jr, Dauerman HL, Mulgund J, et al. Changes in patterns of coronary revascularization strategies for patients with acute coronary syndromes (from the CRUSADE Quality Improvement Initiative). *Am J Cardiol.* 2007;99(9):1222-1226.

**20.** Dunlay SM, Rihal CS, Sundt TM, Gerber Y, Roger VL. Current trends in coronary revascularization. *Curr Treat Options Cardiovasc Med.* 2009;11(1):61-70.

**21.** Frutkin AD, Lindsey JB, Mehta SK, et al. Drug-eluting stents and the use of percutaneous coronary intervention among patients with class I indications for coronary artery bypass surgery undergoing index revascularization: analysis from the NCDR (National Cardiovascular Data Registry). *JACC Cardiovasc Interv.* 2009;2(7):614-621.

**22.** Rathore SS, Epstein AJ, Volpp KG, Krumholz HM. Hospital coronary artery bypass graft surgery volume and patient mortality, 1998-2000. *Ann Surg.* 2004;239(1):110-117.

**23.** Vaughan-Sarrazin MS, Hannan EL, Gormley CJ, Rosenthal GE. Mortality in Medicare beneficiaries following coronary artery bypass graft surgery in states with and without certificate of need regulation. *JAMA.* 2002;288(15):1859-1866.

**24.** Krone RJ, Rao SV, Dai D, et al. Acceptance, panic, and partial recovery the pattern of usage of drug-eluting stents after introduction in the U.S. (a report from the American College of Cardiology/National Cardiovascular Data Registry). *JACC Cardiovasc Interv.* 2010;3(9):902-910.

**25.** Daemen J, Wenaweser P, Tsuchida K, et al. Early and late coronary stent thrombosis of sirolimus-eluting and paclitaxel-eluting stents in routine clinical practice: data from a large two-institutional cohort study. *Lancet.* 2007;369(9562):667-678.

**26.** Shuchman M. Trading restenosis for thrombosis? new questions about drug-eluting stents. *N Engl J Med.* 2006;355(19):1949-1952.

**27.** Eisenstein EL, Anstrom KJ, Kong DF, et al. Clopidogrel use and long-term clinical outcomes after drug-eluting stent implantation. *JAMA.* 2007;297 (2):159-168.

**28.** Anderson HV, Shaw RE, Brindis RG, et al. A contemporary overview of percutaneous coronary interventions. *J Am Coll Cardiol.* 2002;39(7):1096-1103.

**29.** Harrison JP, Coppola MN, Wakefield M. Efficiency of federal hospitals in the United States. *J Med Syst.* 2004;28(5):411-422.

©2011 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ on 06/19/2012

PAR-VASO-0007376

Exp. Clin. Endocrinol. Vol. 90, No. 1, 1987, pp. 17—25          J. A. Barth, Leipzig

[1]) Department of Cell Biology and Regulation (Head: Prof. Dr. sc. nat. A. Ermisch), Section Biosciences, Karl Marx University, Leipzig/GDR and
[2]) Institute of Organic Chemistry and Biochemistry, Czechoslovak Academy of Sciences (Head: Dr. Ing. K. Šebesta, Dr.Sc.) Prague/Czechoslovakia

## Improved Behavioral Performance of Rats after Pre- and Postnatal Administration of Vasopressin

A. Ermisch[1]), Heidrun Bigl[1]), Michaela Koch[1]), T. Barth[2]) and G. Sterba[1])

With 2 Figures

Summary. In two separate and independent experimental series it was studied, whether 8-arginine-vasopressin (AVP) or 8-lysine-vasopressin (LVP) administered daily in µg amounts to pregnant rats, and/or to their offspring postnatally for 30 days, induce alterations that can be registered by a behavioral test. The realization of the test used, a foot-shock motivated brightness discrimination (BD) reaction, includes learning and memory processes. There is one general result of the two experimental series, which include 263 rats divided up in different combinations of pretreatment. Vasopressin (VP), AVP or LVP, pre- and postnatally administered, induces a significantly improved BD performance of approximately 40%, compared to the control groups. The improvement is detectable in different ages of the offspring, in females as well as in males. A smaller though also significant improvement was observed when AVP or LVP was injected only postnatally. The critical period in which the peptides are able to induce the alterations measured probably includes prenatal and postnatal periods in the lifes of the rats. What molecular interactions actually underly the improved behavioral performance remain to be clarified.

Key words: Vasopressin — Learning — Brain development

### Introduction

The nonapeptide VP, produced within some nerve cell populations of the hypothalamus, but also in neurons of ancient forebrain areas and the locus coeruleus (Sterba et al., 1981; Buijs, 1983; Sofroniew, 1983, van Leuwen and Caffé, 1983; Caffé and van Leuwen, 1983), can be released into both the synaptic cleft and the blood stream. The targets for VP released into the synaptic cleft may be neurons localized within a dozen or more nuclei of the brain (Sofroniew, 1983; Petter, 1985). In the periphery, specific binding sites for VP were characterized on membranes of distinct cell populations (Jard, 1983; Kretzschmar et al., 1986). Additional cell populations, among them cells of the adenohypophysis, should be peripheral targets for the peptide molecules. Therefore, VP is a signal within dozens of communication pathways (Ermisch, 1980).

PAR-VASO-0007377

Various complex brain performance of adult animals are generated by neuronal pathways in which VP-releasing neurons should be included. The examples currently under intensive discussion concern learning and memory performances (van Wimersma Greidanus, 1983; de Wied, 1984; Saghal, 1984; Le Moal et al., 1984; Ermisch et al., 1986b).

In the developing brain, VP, among other neuropeptides, is suspected of permanently influencing CNS growth processes (Boer et al., 1980; Swaab, 1980; Swaab and Boer, 1983). There are, regarding VP, two main reasons. VP is present very early in the fetal brain, as observed by radioimmunoassay (Sinding et al., 1980) and by immunocytochemical methods (Wolf, 1978; Boer et al., 1980a). Furthermore, the brain development of Brattleboro rats — a rat strain with a single deletion in the VP gene preventing the regular processing of the peptide within the brain — is protracted (Boer et al., 1982; Swaab and Boer, 1983). Growth processes of the CNS constitute the neuronal pathways underlying behavioral performance. Therefore, it can be assumed that influences of any process summarized by the term "growth" alter behavioral performance.

We now report on experiments to trace whether an enhanced level of VP during early development which we intended to produce by AVP or LVP administration to pregnant rats and to their offspring — elicits longlasting detectable behavioral alterations which include learning and memory performance. Improved learning and memory performance were reported to occur after neonatal application of other peptides ACTH (Nyakas, 1973; Jakoubek, 1978), TRH (Stratton et al., 1976) and α-MSH (Beckwith et al., 1977b) but not after pre- or postnatal treatment with cholecystokinin (Telegdy et al., 1985). A few preliminary data of the experiments with LVP (Bigl, 1979) and a few selected data of the experiments with AVP (Ermisch et al., 1986a) have been presented.

## Materials and Methods

The data were gained by two separate and independent experimental series (Table 1), based on similar principles, but performed by independent coworkers. Series 1 (Table 2) includes experiments with AVP, series 2 those in which LVP was administered.

Table 1   Groups of animals and treatment procedure

| Group | Treatment Pregnant females | Offspring |
|---|---|---|
| AVP/AVP | AVP | AVP |
| AVP/NaCl | AVP | NaCl |
| NaCl/AVP | NaCl | AVP |
| NaCl/NaCl | NaCl | NaCl |
| —/— | — | — |
| LVP/LVP | LVP | LVP |
| LVP/— | LVP | — |
| —/LVP | — | LVP |
| NaCl/NaCl | NaCl | NaCl |
| —/— | — | — |

Substances: synthetic 8-arginine- and 8-lysine-vasopressin (Institute or Organic Chemistry and Biochemistry of the Czechoslovak Academy of Sciences) biological activity 450 IU/mg (AVP) and 260 IU/mg (LVP). Administration: subcutaneous injection. Pregnant females: daily 0.5 ml AVP (2.2 μg = 1 IU) or LVP (7.7 μg = 2 IU) in physiological saline up to the day of delivery. Offspring daily 0.02 ml AVP (1.1 μg = 0.5 IU) or LVP (3.8 μg = 1 IU) up to the 30th day of life.

PAR-VASO-0007378

Table 2  Testing procedure of the brightness discrimination reaction

| Populations/Y-chamber-tests | Training | Relearning | Extinction |
|---|---|---|---|
| Series 1 (AVP) | | | |
| Population 1 (6—10 weeks): n = 83 | first day | second day | 42th day |
| Population 2 (18—22 weeks): n = 82 | first day | second day | 77th day |
| Series 2 (LVP) | | | |
| Population 1 (6—11 weeks): n = 98 | first day | second day | — |

Animals and Procedure of Treatment. Adult female and male Wistar rats, randomly selected, with free access to food and water, were housed in groups consisting of three females and one male. Conception was checked by studying daily whether vaginal smears contain sperm. Table 1 presents the treatment of the females after the conception and of the offspring for the first month of life. At the age of 6 weeks the offspring were separated from the mothers. Groups with identical pretreatment were housed together, and each of these groups contained offspring of at least 3 broods. Females and males were separated in the 8th week of life, and animals of the same sex were housed up to ten in one cage.

The body weight of the animals of both series was estimated, for series 1 (AVP) at day 10, 18, 25, 32 and 175, for series 2 (LVP) daily for the time of treatment.

Learning task. Each of the 263 animals — 156 males and 107 females — was trained in a BD learning task in a Y-chamber model (Ott, 1977). Briefly, a rat was placed in one of the three terminals of a Y-chamber, the starting box, to which an electric foot shock was administered. The animal could escape to either one of the two terminals, the dark or the bright one, but only by running to the bright terminal was the rat able to avoid further foot shock. After each trial, the terminal in which the animal was located became the starting box. Bright and dark terminals altered randomly. In total, each animal completed a so called "training" (T) and a "relearning" (R) session of 31 trials each, 62 trials total. The animal of the series 1 (AVP) (Table 2) furthermore completed an "extinction" (E) session of 31 trials, 93 trials total. The R was 1 day, the E 6 or 11 weeks after T (Table 2). Contrary to T and R, in the E-session no punishment occurs when the animal escapes to the dark box. The number of errors in the training ($T_e$), the relearning ($R_e$) and the extinction ($E_e$) were registered. Furthermore the "relearning index" (RI, Ott, 1977) was calculated from the equation $RI = (T_e - R_e/T_e) \, 100$.

Of the series 1 (AVP) 83 animals (48 males and 35 females) were tested at the age of 6—10 weeks (population 1) and 82 animals (55 males and 27 females) at the age of 18—22 weeks (population 2) (Table 2). The 98 animals of the series 2 (LVP), tested in the Y-chamber, were 6—11 weeks old (Table 2).

Statistics. All data were evaluated statistically by the Mann-Whithney U-test.

## Results

General Aspects. The mortality of pups injected with AVP was about 50% and obviously higher than that of the non-peptide treated. In the first period of life, the body weight of the pups of the AVP/AVP group was approximately 15% smaller than that of offspring of the NaCl/NaCl group. In the second experimental series neither the mortality of the pups injected with LVP (approximately 25%) nor their body weight differed from that of other treated offspring.

PAR-VASO-0007379

Learning Performance. Fig. 1 shows the realization of the BD reaction of different pretreated rats, expressed in the RI. There is one general result of both experimental series. VP, AVP or LVP can induce significant improvements of the RI. Most effective is the pre- and postnatal administration of the peptides. Both AVP/AVP and



Fig. 1   Relearning Index (RI (%), mean ± S.D.) of brightness discrimination reaction of the groups of the experimental series 1 (AVP) and 2 (LVP).
Explanations. Top: Groups of animals with different pretreatment, in parenthesis number of animals used. Bottom: Percent alteration of the RI related to the −/− group. Significances: × × × × = α < 0.001, × × × = α < 0.01, × × = α < 0.025, × = α < 0.05

LVP/LVP administration induce a highly significant RI enhancement — numerically about 40% — compared to the group of untreated animals. A significantly improved RI, about 25%, is also detectable when AVP or LVP are administered only postnatally. Fig. 2 shows the realization of single parameters of the BD performance of different pretreated rats, demonstrated for the population 1 of the AVP series. The mean of the errors declined from $T_e$ to $R_e$ and ascended to $E_e$. There are significant differences between the means of the different pretreated groups (Fig. 2, legend). The extreme positions of the means ($T_e$, $R_e$, $E_e$) are occupied by the AVP/AVP group on the one hand and the NaCl/NaCl or the control (−/−) group, respectively, on the other hand. Furthermore, significant differences were found when comparing the sums of all errors ($T_e + R_e + E_e$) or the calculated RI (Table 3).



Fig. 2 Percent errors in the training (T), the relearning (R), and the extinction (E) session in the BD-reaction of 6—10 weeks old offspring after different treatment. n, number of rats. Statistics, p < 0.05: AVP/AVP — NaCl/NaCl = T, R, E; AVP/AVP — —/— = R, E; AVP/NaCl — NaCl/NaCl = T; NaCl/AVP — NaCl/NaCl = E; NaCl/AVP — —/— = E

Table 3 Relearning Index (RI, means ± S.D.) of the brightness discrimination reaction of the groups of rats with different pretreatment

| Group | RI age (weeks) 6—10 | 18—22 |
|---|---|---|
| AVP/AVP | 72.4 ± 15.0[v]* | 64.9 ± 23.7[v]* |
| AVP/NaCl | 43.6 ± 31.9 | 53.2 ± 27.8 |
| NaCl/AVP | 56.8 ± 26.5 | 57.2 ± 27.9 |
| NaCl/NaCl | 54.8 ± 19.5 | 51.5 ± 14.0 |
| —/— | 44.5 ± 24.4 | 50.1 ± 25.8 |

v, * = significant differences (p < 0.05) to the untreated (v) or the NaCl/NaCl (*) group.

The statistical evaluation of the data for animals of different age, does not reveal significant differences in the learning performance between the corresponding groups neither for the $T_e$, $R_e$ and $E_e$, nor for the calculated RI (Table 3). Therefore, the data of the corresponding groups of both populations of series 1 can be pooled, as done for the RI in Fig. 1.

The learning performance ($T_e$, $R_e$, RI) of the groups in series 2 (LVP) is in general similar to that of the corresponding groups in series 1 (AVP). The RI (Fig. 1) was approximately 10% higher than that of the experimental series 1, but the order of the ranges of the corresponding groups was nearly identical (Fig. 1). When comparing the $T_e$ of the groups in series 2 no significant differences were observed.

PAR-VASO-0007381

Evaluating the learning performances of females and males in groups of AVP or LVP treatment, respectively, there was also considering different ages of the populations 1 and 2 of the AVP series no significant difference.

### Discussion

In two separate and independent experimental series we studied whether pre- and/or postnatally applicated AVP or LVP, respectively, induces alterations that can be registered by a behavioral test. The realization of the test used, the foot-shock motivated BD reaction, includes learning and memory processes. General consequences observed following the treatment with the peptide (Table 1) are that postnatal AVP- but not LVP-application implies a higher mortality of the pups, caused very probably by the vasoconstriction elicited by AVP.

There is one general conclusion regarding the behavioral reaction registered: VP, AVP or LVP induces significant improvement in the realization of the BD-reaction, which includes learning and memory processes (Fig. 1, 2). The alteration is detectable in both sexes and, as tested in the AVP series, in different ages of the offspring (Table 3).

Alterations in behavioral performances were reported to have occurred after neonatal administration of different peptides, ACTH (Nyakas, 1973; Jakoubek, 1978), TRH (Stratton et al., 1976), α-MSH (Beckwith et al., 1977a, b) and after pre- and postnatal treatment with cholecystokinin (Telegdy et al., 1985). In view of this and the development of peptidergic systems within the brain, a hypothesis has been formulated (Swaab, 1980; Swaab and Boer, 1983) implying that neuropeptides are suspected of permanently influencing CNS growth processes when present during early development. The interpretation of the experiments with AVP and LVP does not contradict that hypothesis. The improved BD performance should underly, at least in part, differently developed neuronal pathways, which arise in the ontogeny of the brain. The data indicate, the critical period, in which VP is able to induce the alterations mentioned probably includes both prenatal and postnatal phases (Ermisch et al., 1986a). This is because postnatal treatment alone, compared to both pre- and postnatal administration, induces a smaller — in the series with AVP a significantly smaller — improvement of the behavior studied. Nevertheless, the postnatal treatment with the peptide should have potent consequences, because prenatal treatment alone in both series was without any measurable alteration in the RI of the BD reaction (Fig. 1). A significant alteration of prenatal treatment with AVP, was observed only in the T-session with reference to the NaCl/NaCl group (Fig. 2).

It should be emphasized, that the alterations mentioned after the treatment with the peptides are detectable in both females and males and independent of age. The rat brain, including the vasopressinergic innervation is sexually dimorphic (Swaab and Boer, 1983; Landgraf, 1986). Furthermore, neonatal application of peptides can induce sex dependent alterations in behavior (α-MSH, Beckwith et al., 1977a; ACTH, Van der Helm-Hylkemy, 1973; Van der Helm-Hykema and de Wied, 1976), including learning and memory performance (α-MSH, Beckwith et al., 1977b). An age effect on passive avoidance behavior of VP-deficient Brattleboros (van Haaren et al., 1985) was registered.

There are no facts directly showing what actually occurred within the animals between the time of the administration of the peptides and the registration of the improved performance. Therefore, conclusions referring to this must be highly hypothetical. One of the possibilities which cannot be excluded is that the brains of the animals with improved BD reactions differ in their concentrations of endogenous brain AVP (and OXT). That means that within the groups treated with the peptides pre- and postnatally or postnatally alone there could be such concentrations of endogenous AVP as in the brains

PAR-VASO-0007382

of rats with inborn higher performance in the BD reaction (Ermisch et al., 1986b). Given this, the administration of VP — among other factors — would (directly or indirectly) stimulate, the ontogenetical development of distinct neuronal pathways containing the peptide itself. This implies that treatment with VP alters information processing. This alteration affects complex brain performances, one of which is learning and memory.

Alterations supposed to be induced by VP in the ontogenetical development are the mitogenic action (Hanley, 1985) and the amplification of receptor sites (Csaba et al., 1980). Furthermore, the relation of VP to the ACTH release and thus to the corticosteroid levels should be noted (Gillies and Lowry, 1982). Lastly, a lack of VP is correlated with changes in the number of neurons (Boer et al., 1982; Boer and Patel, 1983; Swaab and Boer, 1983). All these data could have significance for the explanation of the alterations here presented. But, among others, two points especially make it difficult to ascertain the actual relations. The bioavailability of the injected VP for distinct cells, localized either within the body, or the brain, is unknown. That includes the half life of the peptides and their distribution within different compartments which comprise the fluid environment of brain cells. Finally, we do not known whether or not there are really contacts between the peptidic signal and a receptor. But considering the arguments in favour of such a contact (Ermisch et al., 1985), a second problem arises. We do not know which of the events induced by the signal in dozens of cell populations of the body and the brain with receptor sites for VP (Jard, 1983; Kretzschmar et al., 1986) directly or indirectly contributes to the ultimately improved behavioral performance.

In conclusion, our data indicate, that VP in the course of the ontogenetical development induces longlasting alterations in a behavioral reaction which includes learning and memory processes. What events are really affected by VP remains to be clarified.

### References

[1] BECKWITH, B. E.; O'QUINN, R. K.; PETRO, M. S.; KASTIN, A. J.; SANDMANN, C. A.: The effects of postnatal injections of α-MSH on the open-field behavior of juvenile and adults rats. Physiol. Psychol. **5** (1977a) 195—299.

[2] BECKWITH, B. E.; SANDMANN, C. A.; HOTHERSALL, D.; KASTIN, A. J.: Influence of neonatal injections of α-MSH on learning, memory and attention in rats. Physiol. Psychol. **18** (1977b) 63—71.

[3] BIGL, H.: Beeinflussung des Lernverhaltens von Ratten durch prä- und postnatale Gaben von Lysin-Vasopressin. In: Jahrestagung der Gesellschaft für Neurowissenschaften der DDR, Abstracts, Berlin (1979) 11.

[4] BOER, G. J.; BUIJS, R. M.; SWAAB, D. F.; DE VRIES, G. J.: Vasopressin in the developing rat brain. Peptides **1** (1980a) 203—209.

[5] BOER, G. J.; SWAAB, D. F.; UYLINGS, H. B. M.; BOER, K.; BUIJS, R. M.; VELIS, D. N.: Neuropeptides in rat brain development. In: Adaptive Capabilities of the Nervous System. Progress in Brain Research. Eds. McCONELL; BOER; RALJN; VAN DE POLL; VORNER; Vol 53, Amsterdam: Elsevier Biomedical Press 1980b, pp. 207—227.

[6] BOER, G. J.; VAN RHEENEN-VERBERG, C. M. H.; UYLINGS, H. B. M.: Impaired brain development of the diabetes insipidus brattleboro rat. Develop. Brain Res. **3** (1982) 557—575.

[7] BOER, G. J.; PATEL, A. J.: Disorders of cell aquisition in the brain of rats deficient in vasopressin (Brattleboro mutant). Neurochem. Intern. **5** (1983) 463—469.

[8] BUIJS, R. M.: Vasopressin and oxytocin — their role in neurotransmission. Pharmacol. Ther. **22** (1983) 127—141.

[9] CAFFÉ, A. R.; VAN LEEUWEN, F. W.: Vasopressin-immunoreactive cells in the dorsomedial hypothalamic region, medial amygdaloid nucleus and locus coeruleus of the rat. Cell Tiss. Res. **233** (1983) 23—33.

[10] CSABA, G.; RONAI, A.; LASZLO, V.; DARVAS, Z.; BERZETAI, I.: Amplification of hormone receptors by neonatal oxytocin and vasopressin treatment. Horm. Metabolic Res. 12 (1980) 28.

[11] DE WIED, D.: The importance of vasopressin in memory. Trends Neurosci. 7 (1984) 62—64.

[12] ERMISCH, A.: Neurohormone und Hirnfunktionen. Biol. Rdsch. 18 (1980) 13—29.

[13] ERMISCH, A.; RÜHLE, H.-J.; LANDGRAF, R.; HESS, J.: Blood-brain barrier and peptides. J. Cereb. Blood Flow Metab. 5 (1985) 350—357.

[14] ERMISCH, A.; KOCH, M.; BARTH, T.: Learning performance. of rats after pre- and postnatal application of arginine-vasopressin. In: FEBEL. Monogr. neural Sci., Vol. 12: Systemic Hormones, Neurotransmitters and Brain Development. Eds. DÖRNER, G., MCCANN, S. M., MARTINI, L., Basel: Karger A.G. 1986a, pp. 142—147.

[15] ERMISCH, A.; LANDGRAF, R.; MÖBIUS, P.: Vasopressin and oxytocin in brain areas of rats with high or low behavioral performance. Brain Res. 379 (1986b) 26—29.

[16] GILLIES, G.; LOWRY. P. J.: Corticotropin-releasing hormone and its vasopressin component. In: Frontiers in Neuroendocrinology. Eds. GANONG, W. F.; MARTINI, L., Vol. 7, New York: Raven Press 1970, pp. 45—75.

[17] HANLEY, M. R.: Neuropeptides as mitogens. Nature 315, 6014 (1985) 14—15.

[18] JAKOUBEK, B.: The effect of ACTH and for tranquilisers on the development of brain macromolecular metabolism. In: Hormones and Brain Development. Eds. DÖRNER, G.; KAWAKAMI, M., Amsterdam: Elsevier Biomedical Press 1978, pp. 259—264.

[19] JARD, S.: Vasopressin isoreceptors in mammals: Relation to cyclic AMP dependent and cyclic AMP-independent transduction mechanisms. In: Current Topics in Membranes and Transport. Eds. KLEINZELLER, A.; MARTIN, B. R., Vol. 18, New York: Academic Press 1983, pp. 255—285.

[20] KRETZSCHMAR, R.; LANDGRAF, R.; GJEDDE, A.; ERMISCH, A.: Vasopressin binds to microvessels from rat hippocampus. Brain Res.: 380 (1986) 325—330.

[21] LANDGRAF, R.: Vasopressin and oxytocin in rat brain: Sexual differences and vesicular localisation. 3rd Reinhardsbrunn Symposium on Circumventricular Organs and Brain Fluid Environment. Abstracts (1986) 44.

[22] LE MOAL, M.; DANKER, R.; MORMEDE, P.; BADUEL, A.; LEBRUN, C.; ETTENBERG, A.; VAN DER KOOY, D.; WENGER, J.; DEYO, S.; KOOB, F.; BLOOM, F. E.: Behavioral effects of peripheral administration of arginine vasopressin: a review of our search for a mode of action and a hypothesis. Psychoendocrinol. 9 (1984) 319—341.

[23] NYAKAS, C. S.: Influence of corticosterone and ACTH on the postnatal development of learning and memory functions. In: Hormones and Brain Function. Ed. KISSAK, K., New York: Plenum Presse 1973, pp. 83—89.

[24] OTT, T.: Mechanismen der Gedächtnisbildung: Verhaltensphysiologische und pharmakologische Studie. Abhandlungen aus dem Gebiet der Hirnforschung und Verhaltensphysiologie 7, Jena: VEB Gustav Fischer Verlag 1977.

[25] PETTER, H.: Immunzytochemische Untersuchungen zur möglichen Beteiligung des klassischen neurosekretorischen Systems an cerebralen Prozessen der Herz-Kreislauf-Regulation. J. Hirnforsch. 26 (1985) 479—498.

[26] SAGHAL, A.: A critique of the vasopressin-memory-hypothesis. Psychopharmacol. 83 (1984) 215—228.

[27] SINDING, CH.; SEIF, S. M.; ROBINSON, A. G.: Levels of neurohypophyseal peptides in the rat during the first month of life. I. Basal levels in plasma, pituitary and hypothalamus. Endocrinology 107 (1980) 749—754.

[28] SOFRONIEW, M. V.: Vasopressin and oxytocin in the mammalian brain and spinal cord. Trends Neurosci. 6 (1983) 467—472.

[29] STERBA, G.; ERMISCH, A.; RÜHLE, H.-J.: The classic neurosecretory system — a paradigm of peptidergic neuronal mechanisms influencing brain functions. In: Neurosecretion. Molecules, Cells, Systems. Eds. FARNER, D. S.; LEDERIS, K., New York: Plenum Press 1981, pp. 29—31.

PAR-VASO-0007384

[30] Stratton, L. O.; Gibson, C. A.; Kolar, K. G.; Kastin, A. J.: Neonatal treatment with TRH affects development of learning and emotionality in the rat. Pharmacol., Biocchem. Behav. **5** (1976) 65—67.

[31] Swaab, D. F.: Neuropeptides and brain development — a working hypothesis. In: Multidisciplinary Approach to Brain Development. Eds. Di Benedetta, C. et al., Amsterdam: Elsevier Biomedical Press 1980, pp. 181—195.

[32] Swaab, D. F.; Boer, G. J.: Neuropeptides and brain development. Current perils and future potential. J. Physiol. **5** (1983) 67—75.

[33] Telegdy, G.; Fekete, M.; Balazs, M.: Effects of pre- and postnatal cholecystokinin treatment on brain development in rats. In: International Symposium on Systemic Hormones, Neurotransmitters and Brain Development. Abstracts, Berlin (1985) 24.

[34] Van der Helm-Hylkema, H.: Effecten van vroeg neonatal toegediend ACTH en aan ACTH verwante peptiden op de somatische en gedrags ontwikkeling van de rat. Thesis, University of Utrecht, 1973.

[35] Van der Helm-Hylkema, H.; De Wied, D.: Effect of neonatally injected ACTH and ACTH analoges on eye opening of the rat. Life Sci. **18** (1976) 1095—1104.

[36] Van Haaren, F.; Van de Poll, N. E.; van Oyen, H. S.: Age effects on passive avoidance behavior of vasopressin-deficient brattleboro. Physiol. Behav. **34** (1) (1985) 115—117.

[37] Van Leeuwen, F. W.; Caffé, A. R.: Vasopressin immunoreactive cell bodies in the bed nucleus of the stria-terminalis of the rat. Cell Tiss. Res. **228** (1983) 525—534.

[38] Van Wimersma Greidanus, Tj. B.; Van Ree, J. M.; De Wied, D.: Vasopressin and memory. Pharmacol. Ther. **20** (1983) 437—458.

[39] Wolf, G.; Sterba, G.: Development of the hypothalamoneurohypophysial system in rats. In: Hormones and Brain Development. Eds. Dörner, G., Kawakami, M., Amsterdam: Elsevier North Holland Biomedical Press 1978, pp. 217—222.

(Accepted 16 August 1986)

Author's address: Prof. Dr. A. Ermisch, Department of Cell Biology and Regulation,
Section of Biosciences, Karl Marx University, Talstraße 33, Leipzig, GDR-7010

PAR-VASO-0007385

SHOCK, Vol. 27, No. 3, pp. 281–288, 2007

# METHYLPREDNISOLONE REVERSES VASOPRESSIN HYPORESPONSIVENESS IN OVINE ENDOTOXEMIA

Christian Ertmer,* Hans-Georg Bone,* Andrea Morelli,[†] Hugo Van Aken,*
Michael Erren,[‡] Matthias Lange,* Daniel L. Traber,[§] and Martin Westphal*

*Department of Anesthesiology and Intensive Care, University of Muenster, Muenster, Germany;
[†]Department of Anesthesiology and Intensive Care, University of Rome "La Sapienza," Rome, Italy;
[‡]Department of Laboratory Medicine, University of Muenster, Muenster, Germany; and [§]Investigational
Intensive Care Unit, University of Texas Medical Branch, Galveston, Texas

Received 31 May 2006; first review completed 15 Jun 2006; accepted in final form 24 Jul 2006

ABSTRACT—Tachyphylaxis against catecholamines often complicates hemodynamic support in patients with septic shock. Recent experimental and clinical research suggests that the hemodynamic response to exogenous arginine vasopressin (AVP) infusion may also be blunted. The purpose of the present study was therefore to clarify whether the efficacy of a continuous AVP infusion (0.04 U · min⁻¹) decreases over time in ovine endotoxemia. An additional objective was to determine whether the anticipated hyporesponsiveness can be counteracted by corticosteroids. Fourteen adult ewes (37 ± 1 kg) were instrumented for chronic hemodynamic monitoring. All ewes received a continuous endotoxin infusion that contributed to a hypotensive-hyperdynamic circulation. After 16 h of endotoxemia, the sheep were randomized to receive either AVP (0.04 U · min⁻¹) or the vehicle (normal saline; n = 7 each). After 6 h of AVP or placebo infusion, respectively, methylprednisolone (30 mg · kg⁻¹) was injected. Arginine vasopressin infusion increased mean arterial pressure and systemic vascular resistance index at the expense of a reduced cardiac index ($P < 0.05$ each). Supraphysiologic AVP plasma levels in the treatment group (298 ± 15 pg · mL⁻¹) were associated with increased surrogate parameters of liver, mesenterial, and myocardial dysfunction. After 6 h of continuous AVP infusion, the vasopressor effect was significantly reduced. Interestingly, a bolus infusion of methylprednisolone (30 mg · kg⁻¹) reestablished mean arterial pressure by increasing both cardiac index and systemic vascular resistance index. The present study demonstrates that in endotoxemia, (a) the vasopressor effect of AVP infusion may be reduced, (b) corticosteroids may potentially be useful to increase the efficacy of AVP infusion, and (c) even moderate AVP doses may potentially impair myocardial and hepatic function.

KEYWORDS—Blood pressure, corticosteroids, endotoxemia, sepsis, septic shock

## INTRODUCTION

Severe sepsis and septic shock are leading causes of morbidity and mortality in noncoronary intensive care unit patients (1). Death mainly results from multiple organ failure and protracted arterial hypotension hyporesponsive to catecholamines, contributing to tissue hypoperfusion of vital organs (2). In this specific patient population, mortality approaches 60% (3).

Therapeutic strategies to prevent tissue hypoperfusion and hypoxia in septic patients aim at the maintenance of a sufficient perfusion pressure and a balance between oxygen delivery and oxygen consumption (4). When aggressive volume challenge and inotropic therapy fail to improve the pressure-flow relationship, vasopressor agents have to be administered to prevent irreversible organ dysfunction or even death (5, 6).

Because of adrenergic receptor and signaling abnormalities in sepsis, the efficacy of catecholamines often gradually decreases over time (7). Excessive liberation of nitric oxide and inadequate opening of adenosine triphosphate (ATP)–dependent potassium channels play a pivotal role in this regard (7). In addition, it has been reported that arginine vasopressin (AVP) plasma levels are inadequately low in human septic shock (8) and

that exogenous substitution of low-dose AVP (0.01–0.067 U · min⁻¹) (8–10) or analogues (11, 12) increases mean arterial pressure (MAP) while allowing weaning from exogenous catecholamines.

However, recent studies suggest that cytokines, such as interleukin 1β, tumor necrosis factor α, and interferon γ may also contribute to a reduced efficacy of exogenous AVP by receptor downregulation (13–15) and impairment of the post–receptor signaling pathway (16, 17). The purpose of the present study was therefore to explicitly clarify whether the efficacy of a continuous AVP infusion (0.04 U · min⁻¹) gradually decreases in an established and clinically relevant ovine model of endotoxic shock (18–22). Since corticosteroids have been shown to reverse tachyphylaxis against exogenous catecholamines (23, 24), it was an additional objective to determine whether corticosteroids may also be suitable to stabilize MAP in endotoxemic sheep treated with a continuous AVP infusion. Methylprednisolone was chosen as a proper substance to maximize glucocorticoid effects while minimizing mineralocorticoid potency.

## MATERIALS AND METHODS

Fourteen adult ewes weighing 37 ± 1 kg were instrumented for chronic hemodynamic monitoring using an established protocol (18–22). Study approval was conferred by the local animal research committee.

### Animal preparation

Anesthesia was induced by i.m. injection of xylazine 2% (Xylazin, 0.15 mg · kg⁻¹; CEVA Tiergesundheit GmbH, Düsseldorf, Germany) and S-ketamine (Ketanest 50,

Address reprint requests to Priv.-Doz. Dr. Martin Westphal, Department of Anesthesiology and Intensive Care, University of Muenster, Albert-Schweitzer-Str. 33, 48149 Muenster, Germany. E-mail: martin.westphal@gmx.net.

This study was funded by the Department of Anesthesiology and Intensive Care, University of Muenster, Muenster, Germany.

DOI: 10.1097/01.shk.0000235140.97903.90
Copyright © 2007 by the Shock Society

281

Copyright @ 2007 by the Shock Society. Unauthorized reproduction of this article is prohibited.

15 mg · kg⁻¹; Parke-Davis, Berlin, Freiburg, Germany) and maintained with a continuous i.v. propofol infusion (Disoprivan, 4 – 6 mg · kg⁻¹ · h⁻¹; AstraZeneca, Schwetzingen, Germany). The unconscious, spontaneously breathing ewes were instrumented with a left femoral arterial catheter (18-gauge Leader Cath; Vygon, Aachen, Germany) and an indwelling pulmonary artery catheter, which was inserted via the right jugular vein through an introducer sheath (8.5-F Catheter Introducer Set; pvb Medizintechnik GmbH, Kirchseeon, Germany; 7.5-F Edwards Swan Ganz; Edwards Critical Care Division, Irvine, Calif). Urine output was monitored by a balloon catheter inserted into the urinary bladder (Porgès S.A., Le Plessis–Robinson Cedex, France). As postsurgical infection prophylaxis, the ewes received a single dose of 1 g ceftriaxone (Rocephin; Homann-La Roche AG, Grenzach-Wyhlen, Germany). Infection prophylaxis was performed to guarantee that the hypotensive-hyperdynamic circulation induced by endotoxin infusion was independent from potential bacterial contamination. Instrumentation was followed by a 24-h recovery period. During this time, all sheep received a continuous i.v. infusion of lactated Ringer solution (2 mL · kg⁻¹ · h⁻¹) to prevent postoperative dehydration.

### Measurement equipment and determined variables

To monitor hemodynamic variables, the catheters were connected to a physiological recorder (Hellige Servomed; Hellige, Freiburg, Germany) via pressure transducers (DTX pressure transducer; Ohmeda, Erlangen, Germany). Hemodynamic monitoring included MAP, mean pulmonary arterial pressure (MPAP), central venous pressure, and pulmonary arterial occlusion pressure. In addition, heart rate (HR) was determined by calculating the mean frequency of arterial pressure curve peeks. Core body temperature (T) was continuously measured by the thermistor at the tip of the pulmonary artery catheter. The thermodilution technique (9520A cardiac output computer; Edward Lifescience, Irvine, Calif) was applied to measure cardiac output by threefold central venous

injection of 10 mL physiological saline solution at a temperature of 2°C to 5°C. Cardiac index (CI), systemic vascular resistance index (SVRI), and pulmonary vascular resistance index were determined using standard equations (21).

Arterial and mixed venous blood samples (0.5 mL) were collected in heparinized tubes designed to determine blood gases (Sarstedt; Nümbrecht, Germany). Partial pressures of $O_2$ and $CO_2$ ($Po_2$, $Pco_2$) and pH were determined using an ABL 725 blood gas analyzer with SAT 100 calibration (Radiometer Copenhagen, Copenhagen, Denmark). In addition, hemoglobin concentration, arterial and mixed venous oxygen saturation (Sa/vo₂), blood glucose, and arterial lactate concentrations were assessed. Standard bicarbonate ($HCO_3^-$) and base excess were calculated from $Pco_2$ and pH. Oxygen delivery index ($Do_2I$), oxygen consumption index ($\dot{V}o_2I$), and oxygen extraction rate ($O_2$-ER) were determined using standard formulas (21).

Furthermore, arterial serum and plasma samples were collected to measure AVP plasma levels (Vasopressin RIA; Bühlmann, Allschwill, Switzerland), troponin I serum levels (Troponin I-Immulite FC-EIA; Bühlmann), alanine aminotransferase (ALT), aspartate aminotransferase (AST), lactate dehydrogenase (LDH), and lipase activity as well as serum concentrations of bilirubin, creatinine, potassium, and sodium (Hitachi 747 Automatic Analyzer; Böhringer, Mannheim, Germany). EDTA plasma samples for AVP determination were immediately centrifuged, aliquoted, and stored at −20°C until radioimmunoassay was performed (25). Urine samples were analyzed for creatinine, potassium, and sodium concentrations. All measurements were performed according to the experimental protocol.

### Experimental protocol

Inclusion criteria for the present study were an initial HR of less than 100 beats · min⁻¹; blood temperature, less than 39.8°C; MPAP, less than 20 mmHg; and arterial lactate, 1 mmol · L⁻¹ or less.



FIG. 1. **Changes in mean arterial pressure, systemic vascular resistance index, heart rate, and cardiac index in sheep treated with arginine vasopressin as compared with endotoxemic controls (control, n = 7 each).** $^\#P < 0.05$ vs BL1, $^\S P < 0.05$ vs BL2. MAP indicates mean arterial pressure; BL, baseline; SVRI, systemic vascular resistance index; HR, heart rate; CI, cardiac index; AVP, arginine vasopressin.

Copyright © 2007 by the Shock Society. Unauthorized reproduction of this article is prohibited.

During the experiment, animals were housed in metabolic cages with free access to water and food. All ewes were spontaneously breathing and studied in a conscious state.

Following a baseline measurement in the healthy state (BL1), the ewes were randomized into two equally sized groups, that is, AVP group and control group (n = 7 each). Thereafter, a hypotensive-hyperdynamic circulation was induced and maintained by a continuous central venous infusion of *Salmonella typhosa* endotoxin (10 ng · kg⁻¹ · min⁻¹; Sigma Chemicals, Deisenhofen, Germany) diluted with lactated Ringer solution (4 mL · kg⁻¹ · h⁻¹) for the next 24 h. After 16 h of endotoxemia, a second baseline measurement (BL2) was performed and followed by the 8-h study protocol. The AVP group was treated with a continuous central venous infusion of AVP (0.04 U · min⁻¹), Disoprivan; AstraZeneca) and killed with a lethal dose of 100 mL potassium chloride (7.45%).

After the last measurement had been performed, the ewes were deeply anesthetized with a bolus injection of propofol (4 mg · kg⁻¹, Disoprivan; AstraZeneca) and killed with a lethal dose of 100 mL potassium chloride (7.45%).

### Statistical analysis

Data are expressed as means ± SEM. Sigma Stat 2.03 software (SPSS, Chicago, Ill) was used for statistical analysis. After confirming normal distribution of all variables (Kolmogorov-Smirnov), differences within and between groups were analyzed using a two-way analysis of variance for repeated measurements. Because there were significant group differences over time, appropriate *post hoc* comparisons (Student-Newman-Keuls) were performed. For all statistical tests, an error probability of *P* less than 0.05 was regarded as statistically significant.

## RESULTS

### Effects of endotoxin infusion

All ewes (n = 14; body weight, 37 ± 1 kg) met the including criteria for the present study. Baseline hemodynamic and metabolic variables before endotoxin infusion (BL1) are presented in Figures 1–4 and Tables 1–4. There were no statistical differences between groups, neither at BL1 nor at BL2.

Endotoxin infusion increased core body temperature (Table 3) and arterial lactate concentration (from 0.6 ± 0.1 to 1.3 ± 0.3 mmol · L⁻¹; BL1 vs BL2; *P* < 0.05) (Fig. 3). All sheep exhibited a hypotensive-hyperdynamic circulation, characterized by an elevated CI and HR and a reduced MAP, SVRI, and LVSWI (all *P* < 0.05) (Fig. 1, Table 1).

In addition, all sheep showed signs of pulmonary arterial hypertension, as indicated by an increase in MPAP (*P* < 0.05) (Fig. 2).

After 16 h of endotoxin infusion, V̇o₂I increased, whereas Do₂I was increased (*P* < 0.05), and O₂-ER decreased (*P* < 0.05) (Fig. 3).

Endotoxin infusion also increased bilirubin and creatinine serum concentrations (Table 4). Arginine vasopressin plasma levels were not significantly different from BL1 (4.7 ± 1.2 vs 3.8 ± 1.3 pg · mL⁻¹; BL1 vs BL2; *P* = 0.14) (Fig. 4).

### Effects of AVP infusion

Arginine vasopressin infusion significantly increased MAP and SVRI, whereas CI and HR decreased (all *P* < 0.05) (Fig. 1). Peak values of MAP and SVRI were reached at 3 and 1 h, respectively. In the sequel, both variables decreased until hour 6 (*P* < 0.05 for MAP and SVRI, 6 vs 1 h) (Fig. 1).

Except for an initial increase in pulmonary vascular resistance index (1 h vs BL2, *P* < 0.05), AVP infusion had no effect on pulmonary hemodynamics (Fig. 2).

Whereas Do₂I and Svo₂ decreased, O₂-ER was markedly elevated after 6 h of AVP infusion (6 h vs BL2; all *P* < 0.05) (Fig. 3).





FIG. 2. **Changes in mean pulmonary arterial pressure and pulmonary vascular resistance index in sheep treated with arginine vasopressin as compared with endotoxemic controls (control, n = 7 each).** #*P* < 0.05 vs BL1, §*P* < 0.05 vs BL2. MPAP indicates mean pulmonary arterial pressure; BL, baseline; PVRI, pulmonary vascular resistance index; AVP, arginine vasopressin.

With respect to organ function, AVP significantly increased serum activities of ALT, AST, and LDH (Table 4). In the AVP group, troponin I and bilirubin serum concentrations were elevated as compared with the control group (Table 4). Arterial lactate levels tended to increase in the AVP group (Fig. 3). However, these changes did not reach statistical significance (1.7 ± 0.4 vs 1.2 ± 0.4 mg · dL⁻¹; AVP vs control; *P* = 0.2).

Exogenous AVP infusion increased AVP plasma levels to supraphysiologic values (298 ± 15 vs 4.6 ± 1.4 pg · mL⁻¹; AVP vs control; *P* < 0.05) (Fig. 4).

### Effects of methylprednisolone injection

Methylprednisolone injection resulted in a rapid and significant increase in MAP in the AVP group (Fig. 1). Apart from decreases in CI and HR (Fig. 1), there were no changes in hemodynamic variables in the control group.

Methylprednisolone significantly decreased core body temperature in both groups (Table 3).

Pulmonary hemodynamics, global oxygen transport, and parameters of organ function were not affected by

Copyright © 2007 by the Shock Society. Unauthorized reproduction of this article is prohibited.



FIG. 3. **Changes in oxygen delivery index, oxygen extraction rate, mixed-venous oxygen saturation, and arterial lactate in sheep treated with arginine vasopressin as compared with endotoxemic controls (control, n = 7 each).** $^{\#}P < 0.05$ vs BL1, $^{\S}P < 0.05$ vs BL2, $^{*}P < 0.05$ vs control. Do$_2$I indicates oxygen delivery index; BL, baseline; O$_2$-ER, oxygen extraction rate; Svo$_2$, mixed-venous oxygen saturation; AVP, arginine vasopressin.

methylprednisolone. In addition, AVP plasma levels remained unchanged in both groups (Fig. 4).

## DISCUSSION

In the present study, the effects of a methylprednisolone bolus infusion on hemodynamics, global oxygen transport,



FIG. 4. **Changes in arginine vasopressin plasma concentrations in sheep treated with arginine vasopressin as compared with endotoxemic controls (control, n = 7 each).** AVP indicates arginine vasopressin; BL, baseline. $^{\#}P < 0.05$ vs BL1, $^{\S}P < 0.05$ vs BL2, $^{*}P < 0.05$ vs control.

and organ function were investigated in endotoxemic sheep with and without preceding 6 h of AVP infusion.

The major findings are that (1) the efficacy of exogenous AVP infusion (0.04 U · min⁻¹) gradually diminished over

TABLE 1. **Changes in hemodynamic variables in sheep treated with arginine vasopressin as compared with endotoxemic controls (control, n = 7 each)**

| Variable | Group | BL1 | BL2 | 6 h | 8 h |
|---|---|---|---|---|---|
| CVP (mmHg) | Control | 5 ± 1 | 7 ± 1 | 7 ± 1 | 7 ± 1 |
| | AVP | 5 ± 1 | 6 ± 1 | 6 ± 1 | 6 ± 1 |
| PAOP (mmHg) | Control | 10 ± 1 | 11 ± 1 | 12 ± 1 | 12 ± 1 |
| | AVP | 10 ± 1 | 12 ± 1 | 13 ± 1 | 13 ± 1 |
| SVI (mL · beat⁻¹ · m⁻²) | Control | 67 ± 3 | 64 ± 3 | 64 ± 3 | 62 ± 2 |
| | AVP | 62 ± 4 | 64 ± 5 | 67 ± 6 | 70 ± 6 |
| LVSWI (g · m · m⁻²) | Control | 78 ± 4 | 66 ± 4$^{\#}$ | 61 ± 4 | 62 ± 5 |
| | AVP | 73 ± 5 | 67 ± 6 | 80 ± 8* | 94 ± 9$^{\S\#}$ |
| RVSWI (g · m · m⁻²) | Control | 12 ± 1 | 14 ± 1$^{\#}$ | 14 ± 1$^{\#}$ | 14 ± 1$^{\#}$ |
| | AVP | 1 ± 1 | 16 ± 1$^{\#}$ | 16 ± 1$^{\#}$ | 17 ± 1$^{\#}$ |

$^{\#}P < 0.05$ vs BL1, $^{\S}P < 0.05$ vs BL2, $^{*}P < 0.05$ vs control.
BL indicates baseline; CVP, central venous pressure; AVP, arginine vasopressin; LVSWI, left ventricular stroke work index; PAOP, pulmonary artery occlusion pressure; RVSWI, right ventricular stroke work index; SVI, stroke volume index.

Copyright © 2007 by the Shock Society. Unauthorized reproduction of this article is prohibited.

Table 2. Changes in variables of global oxygen supply in sheep treated with arginine vasopressin as compared with endotoxemic controls (control, n = 7 each)

| Variable | Group | BL1 | BL2 | 6 h | 8 h |
|---|---|---|---|---|---|
| $Pao_2$ (mmHg) | Control | 108 ± 3 | 105 ± 3 | 101 ± 3 | 100 ± 3 |
| | AVP | 111 ± 4 | 105 ± 2 | 101 ± 3 | 100 ± 4 |
| $Paco_2$ (mmHg) | Control | 37 ± 0 | 38 ± 1 | 41 ± 1 | 40 ± 2 |
| | AVP | 37 ± 2 | 38 ± 1 | 40 ± 1 | 40 ± 1 |
| $Sao_2$ (%) | Control | 98 ± 0 | 97 ± 1 | 95 ± 1 | 96 ± 1 |
| | AVP | 99 ± 0 | 98 ± 1 | 97 ± 1 | 97 ± 1 |
| ctHb (g · dL$^{-1}$) | Control | 10.7 ± 0.3 | 10.7 ± 0.2 | 10.6 ± 0.2 | 10.3 ± 0.2 |
| | AVP | 11.0 ± 0.3 | 10.9 ± 0.3 | 10.6 ± 0.4 | 10.7 ± 0.3 |
| Hematocrit (g · dL$^{-1}$) | Control | 29.7 ± 1.9 | 30.9 ± 1.6 | 29.2 ± 1.5 | 29.9 ± 1.3 |
| | AVP | 31.3 ± 1.1 | 31.9 ± 1.3 | 32.7 ± 1.3 | 33.1 ± 1.0 |

BL indicates baseline; ctHb, total hemoglobin concentration; $Paco_2$, arterial carbon dioxide partial pressure; $Pao_2$, arterial oxygen partial pressure; $Sao_2$, arterial oxygen saturation.

time, as indicated by decreases in MAP and SVRI; (2) methylprednisolone reestablished MAP secondary to an increase in CI and SVRI; and (3) even moderate doses of AVP caused increases in surrogate parameters of organ dysfunction, such as liver aminotransferases, LDH, bilirubin, and troponin I.

All measurements were performed in a clinically valid, large-animal model, which closely mimics hemodynamic and metabolic changes seen in human septic shock (18). After 16 h of endotoxemia, all animals showed signs of systemic inflammation, such as increases in core body temperature and arterial lactate levels, and exhibited a hypotensive-hyperdynamic circulation. These hemodynamic and metabolic alterations are similar to those found in previous studies using the same (21, 22) or similar sepsis models (19). The fact that sheep are used to

slightly higher blood pressure than human beings explains the quite high MAP of approximately 85 mmHg after 16 h of endotoxemia. However, endotoxin infusion decreased the SVRI by approximately 30%, which reflects severe vasodilation as compared with the healthy state. Therefore, measurements were performed in a condition where vasopressor agents are indicated.

The fact that AVP plasma levels after 16 h of endotoxemia did not significantly differ from the values determined before injury is in harmony with previous clinical studies. In this context, it is noteworthy that Sharshar et al. (26) demonstrated that in acute human sepsis, AVP plasma levels reach peak values within the first 8 h and decline thereafter in proportion to the time from onset of septic shock. Likewise, Landry et al. reported that septic shock patients have low AVP levels of approximately 3 pg · mL$^{-1}$ at 1 to 2 days after the onset of septic shock (8).

Notably, in the present study, AVP was not used as endocrine support but as a vasopressor to restore MAP. However, the increases in MAP and SVRI occurred at the expense of decreases in CI and HR. These findings are well documented in previous experimental and clinical investigation evaluating the role of AVP in sepsis (21, 27, 28). The increase in SVRI reflects vasoconstriction, mainly due to activation of vascular $V_1$ receptors (29), inhibition of nitric oxide–mediated release of cyclic guanosyl monophosphate (30), and reduction of the opening probability of potassium channels (31). The observed decrease in CI is in line with some clinical and most animal research studies (21, 27, 28) and might be due to $V_1$-mediated activation of baroreceptors resulting in reflex bradycardia (29). In a recent retrospective study of 316 patients treated with AVP (0.067 U · min$^{-1}$), no significant overall reduction in CI was found (32). In the subpopulation of patients with a hyperdynamic circulation (CI, >3.6 L · min$^{-1}$ · m$^{-2}$), however, CI was significantly reduced by AVP infusion.

Table 3. Changes in variables of acid-base balance, electrolytes, serum osmolality, and core body temperature in sheep treated with arginine vasopressin as compared with endotoxemic controls (control, n = 7 each)

| Variable | Group | BL1 | BL2 | 6 h | 8 h |
|---|---|---|---|---|---|
| $pH_a$ ($-log_{10}cH^+$) | Control | 7.44 ± 0.01 | 7.46 ± 0.01 | 7.44 ± 0.01 | 7.47 ± 0.02 |
| | AVP | 7.45 ± 0.01 | 7.47 ± 0.01 | 7.47 ± 0.01 | 7.47 ± 0.01 |
| $c_aHCO_3^-$ (mmol · L$^{-1}$) | Control | 25.3 ± 0.6 | 26.6 ± 0.7 | 27.4 ± 0.9 | 28.0 ± 1.0 |
| | AVP | 25.2 ± 1.3 | 26.9 ± 0.8 | 27.5 ± 1.3 | 27.6 ± 1.3 |
| BE (mmol · L$^{-1}$) | Control | 1.7 ± 0.8 | 2.7 ± 0.6 | 3.5 ± 0.9 | 4.1 ± 1.1 |
| | AVP | 2.5 ± 1.4 | 3.3 ± 0.8 | 4.1 ± 1.2 | 4.2 ± 1.2 |
| cNa (mmol · L$^{-1}$) | Control | 144 ± 1 | 144 ± 1 | 146 ± 1 | 146 ± 1 |
| | AVP | 145 ± 1 | 146 ± 1 | 142 ± 2[#]* | 142 ± 2[#]* |
| cK (mmol · L$^{-1}$) | Control | 4.7 ± 0.1 | 4.3 ± 0.2 | 4.2 ± 0.4 | 3.6 ± 0.3[#§§] |
| | AVP | 4.6 ± 0.1 | 4. ± 0.3 | 3.4 ± 0.3[#§]* | 3.1 ± 0.3[#§] |
| Osmolality (mOsm · kg$^{-1}$) | Control | 311 ± 2 | 305 ± 1 | 308 ± 2 | 309 ± 3 |
| | AVP | 310 ± 3 | 306 ± 2 | 302 ± 4[#] | 302 ± 4[#] |
| T (°C) | Control | 39.4 ± 0.1 | 40.9 ± 0.2[#] | 40.6 ± 0.2[#] | 40.1 ± 0.2[#§§] |
| | AVP | 39.6 ± 0.4 | 40.7 ± 0.2[#] | 40.6 ± 0.1[#] | 40.2 ± 0.1[#§] |

[#]$P < 0.05$ vs BL1, [§]$P < 0.05$ vs BL2, [$]$P < 0.05$ vs 6 h, *$P < 0.05$ vs control.
BE indicates base excess; BL, baseline; $pH_a$, arterial *potentia hydrogenii*; AVP, arginine vasopressin; caHCO3$^-$, arterial bicarbonate concentration; cK, potassium concentration; cNa, sodium concentration; T, core body temperature.

Copyright © 2007 by the Shock Society. Unauthorized reproduction of this article is prohibited.

Table 4. Changes in surrogate parameters of organ dysfunction in sheep treated with arginine vasopressin as compared with endotoxemic controls (control, n = 7 each)

| Variable | Group | BL1 | BL2 | 6 h | 8 h |
|---|---|---|---|---|---|
| Trop I (ng · mL$^{-1}$) | Control | 0.21 ± 0.01 | 0.22 ± 0.02 | 0.20 ± 0.01 | 0.24 ± 0.04 |
| | AVP | 0.20 ± 0.01 | 0.28 ± 0.06 | 0.43 ± 0.11[#]* | 0.43 ± 0.11[#]* |
| AST (U · L$^{-1}$) | Control | 250 ± 22 | 240 ± 20 | 229 ± 23 | 231 ± 18 |
| | AVP | 270 ± 24 | 276 ± 19 | 294 ± 22* | 311 ± 27[§]* |
| ALT (U · L$^{-1}$) | Control | 42 ± 4 | 40 ± 4 | 37 ± 4 | 39 ± 3 |
| | AVP | 46 ± 4 | 42 ± 4 | 49 ± 4* | 52 ± 4[§]* |
| LDH (U · L$^{-1}$) | Control | 498 ± 47 | 428 ± 33 | 372 ± 34 | 380 ± 25 |
| | AVP | 505 ± 46 | 491 ± 45 | 543 ± 52* | 580 ± 76* |
| Bilirubin (mg · dL$^{-1}$) | Control | 0.13 ± 0.02 | 0.22 ± 0.03[#] | 0.22 ± 0.04[#] | 0.21 ± 0.03[#] |
| | AVP | 0.13 ± 0.02 | 0.23 ± 0.03[#] | 0.33 ± 0.03[#][§]* | 0.3 ± 0.03[#][§]* |
| Lipase (U · L$^{-1}$) | Control | 7 ± 1 | 5 ± 1 | 5 ± 1 | 5 ± 1 |
| | AVP | 7 ± 1 | 6 ± 1 | 6 ± 1 | 6 ± 1 |
| Urine output (mL · h$^{-1}$) | Control | 59 ± 8 | 145 ± 14 | 99 ± 30 | 194 ± 46 |
| | AVP | 58 ± 7 | 137 ± 15 | 213 ± 32[#]* | 216 ± 32[#] |
| Creatinine$_{Serum}$ (mg · dL$^{-1}$) | Control | 0.67 ± 0.03 | 0.88 ± 0.09[#] | 0.89 ± 0.08[#] | 0.91 ± 0.09[#] |
| | AVP | 0.60 ± 0.05 | 0.84 ± 0.11[#] | 0.73 ± 0.13* | 0.76 ± 0.14* |
| Clearance$_{Crea}$ (mL · min$^{-1}$) | Control | 157 ± 31 | 120 ± 17 | 115 ± 22 | 177 ± 50 |
| | AVP | 183 ± 17 | 110 ± 32 | 237 ± 63* | 178 ± 41 |

[#]$P < 0.05$ vs BL1, [§]$P < 0.05$ vs BL2, *$P < 0.05$ vs control.
BL indicates baseline; Trop I, troponin I; AVP, arginine vasopressin; AST, aspartate aminotransferase; ALT, alanine aminotransferase; LDH, lactate dehydrogenase.

In addition, AVP infusion was associated with increases in surrogate parameters of organ dysfunction, such as ALT, AST, LDH, bilirubin, and troponin I. Elevations of bilirubin concentration and aminotransferases activity have also been observed in three clinical studies of Dünser et al. (10, 27) and Luckner et al. (32) and may reflect ischemic liver injury. Importantly, in the most recent study by Luckner et al. (32), the rise in bilirubin levels was significantly associated with increased mortality.

It is still unclear whether mesenterial and hepatic vasoconstriction and hypoperfusion represent general risks of AVP therapy in sepsis or do only appear with high supraphysiologic AVP plasma levels (33). In this context, Landry et al. (8) suggested that AVP infusion in septic shock should be aimed to establish plasma concentrations of approximately 20 to 30 pg · mL$^{-1}$, which reflect the levels found in patients with cardiogenic (nonseptic) shock, where endogenous AVP release is not suppressed. To date, no optimal AVP plasma levels for hemodynamic support in septic shock have been evaluated. Inasmuch as Van Haren et al. (34) reported that high plasma levels (>50 pg · mL$^{-1}$) proportionally correlate with mucosal hypoperfusion, it may well be that the biochemical markers of organ injury in the present study were related to high AVP plasma levels (298 ± 15 pg · mL$^{-1}$). In contrast, AVP increased urinary output and improved renal function in endotoxemic ewes. These results are in accordance with previous experimental and clinical findings (21, 28, 35) and can be explained by V$_1$-mediated selective constriction of efferent glomerular vessels and downregulation of renal V$_2$ receptors (28, 29, 36, 37).

Patil et al. (38) were the first to describe a tachyphylaxis against AVP in healthy dogs. Notably, a progressively decreasing efficacy of exogenous AVP in sepsis or endotoxemia has not yet been reported, neither in experimental nor in clinical research. The fact that hemodynamics remained constant in the control group throughout the entire period of endotoxin infusion indicates that there was no progress of the endotoxin-induced SIRS. Vice versa, hyporesponsiveness against exogenous AVP appears suitable to explain the progressive reduction of MAP and SVRI in the AVP group. High AVP plasma levels in the present study may have resulted in V$_1$-receptor desensitization or downregulation. This assumption is supported by the study of Bucher et al. (13), showing that high endogenous AVP levels are associated with a cytokine-mediated V$_1$-receptor downregulation in acute endotoxemia. As AVP hyporesponsiveness in the present study was reversed by methylprednisolone, the underlying mechanism appears to be similar to catecholamine tachyphylaxis in sepsis and endotoxemia (i.e., receptor downregulation and desensitization, impairment of post–receptor signaling pathway and inducible nitric oxide synthase induction) (39–41). However, methylprednisolone administration in critically ill patients having septic shock remains controversial as a multicenter study showed no reduction in overall mortality in the subgroup of patients treated with

Copyright © 2007 by the Shock Society. Unauthorized reproduction of this article is prohibited.

methylprednisolone (30 mg · kg$^{-1}$) (42). In the subgroup of patients with increased creatinine plasma concentrations, significantly more patients died because of secondary infections. However, lower doses of methylprednisolone (10 mg · kg$^{-1}$) seem to provide beneficial effects on hemodynamics and adrenergic receptor physiology in patients with septic shock treated with high doses of catecholamines (43). Although the latter study was not adequately powered to determine mortality, it appears that lower doses of methylprednisolone may have similar beneficial effects in septic shock as hydrocortisone.

Because the pathophysiology of AVP hyporesponsiveness is complex and still not fully understood, future research should focus on the impact of glucocorticoids on AVP receptor physiology in the setting of AVP infusion in sepsis or endotoxemia, respectively.

The present study is limited by using an animal model. However, the model used in the present study closely reflects hemodynamic reactions in human septic diseases (18), and response to exogenous AVP application also equals clinical experience (8, 9, 21, 28). Thus, the results of our experiments can probably be translated into clinical practice. In addition, we attempted to explain the hemodynamic effects of AVP hyporesponsiveness, but did not perform analyses on receptor physiology. Because we did not perform multiple measurements of AVP plasma levels during the onset of endotoxemia, it remains unclear whether circulating AVP levels followed the characteristic profile of human septic shock as described by Sharshar et al. (26). Furthermore, the study period was limited to 8 h. The long-term effects of steroid application on AVP efficacy in endotoxemic or septic shock, respectively, should be focused in future studies. Finally, we infused 30 mg · kg$^{-1}$ methylprednisolone to revert AVP hyporesponsiveness. The current guidelines on septic shock treatment, however, recommend the daily use of 200 to 300 mg hydrocortisone, which is 13 to 20 times lower (5, 6, 44). In this regard, it is noteworthy that we intentionally departed from the international recommendations on the use of corticosteroids in septic shock for two reasons:

1. To only analyze the effects of glucocorticoid receptor agonism on AVP tachyphylaxis, we chose a substance, which performs only marginal intrinsic activity on mineralocorticoid receptors, that is, methylprednisolone.
2. Some of the acute glucocorticoid effects are only apparent with very high exogenous doses. These effects may be independent from glucocorticoid receptors and are possibly related to interferences with the cell membrane itself or membrane-bound receptors (45). These specific effects would possibly have been masked when using (only) stress-dose hydrocortisone. Notably, Bone et al. (42) reported that high steroid doses negatively affect long-term survival of septic shock patients mainly due to infectious complications. As survival was not an end point of the present study and the intention was to clearly demonstrate the effects of maximal glucocorticosteroidal agonism, we chose to apply a dose as high as 30 mg · kg$^{-1}$ methylprednisolone.

However, the impact of a stress-dose hydrocortisone therapy on AVP efficacy in endotoxemia or septic shock, respectively, should be determined in future studies. This is especially true because the present study shows that glucocorticoids do have a significant impact on AVP pressor response.

In summary, this is the first study showing that infusion of 0.04 U · min$^{-1}$ AVP over 6 h is linked to a reduced vasopressor effect in ovine endotoxemia and that methylprednisolone (30 mg · kg$^{-1}$) is suitable to partially reverse AVP hyporesponsiveness. As a multicenter study is currently evaluating the efficacy and safety of AVP in human septic shock (46), the presence of a hyporesponsiveness against exogenous AVP is of particular interest for clinical practice.

## REFERENCES

1. Angus DC, Linde-Zwirble WT, Lidicker J, Clermont G, Carcillo J, Pinsky MR: Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. *Crit Care Med* 29:1303–1310, 2001.
2. Groeneveld AB, Bronsveld W, Thijs LG: Hemodynamic determinants of mortality in human septic shock. *Surgery* 99:140–153, 1986.
3. Annane D, Aegerter P, Jars-Guincestre MC, Guidet B: Current epidemiology of septic shock—the CUB-Rea network. *Am J Respir Crit Care Med* 168:165–172, 2003.
4. Vincent JL: The available clinical tools—oxygen-derived variables, lactate, and pHi. In: Vincent JL (ed.): *Tissue Oxygenation in Acute Medicine. Update in Intensive Care Medicine.* Berlin: Springer, pp 193–203, 2002.
5. Dellinger RP, Carlet JM, Masur H, Gerlach H, Calandra T, Cohen J, Gea-Banacloche J, Keh D, Marshall JC, Parker MM, et al.: Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. *Crit Care Med* 32:858–873, 2004.
6. Hollenberg SM, Ahrens TS, Annane D, Astiz ME, Chalfin DB, Dasta JF, Heard SO, Martin C, Napolitano LM, Susla GM, et al.: Practice parameters for hemodynamic support of sepsis in adult patients: 2004 update. *Crit Care Med* 32:1928–1948, 2004.
7. Landry DW, Oliver JA: The pathogenesis of vasodilatory shock. *N Engl J Med* 345:588–595, 2001.
8. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA: Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation* 95:1122–1125, 1997.
9. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA: Vasopressin pressor hypersensitivity in vasodilatory septic shock. *Crit Care Med* 25:1279–1282, 1997.
10. Dünser MW, Mayr AJ, Ulmer H, Knotzer H, Sumann G, Pajk W, Friesenecker B, Hasibeder WR: Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. *Circulation* 107:2313–2319, 2003.
11. Matok I, Vard A, Efrati O, Rubinshtein M, Vishne T, Leibovitch L, Adam M, Barzilay Z, Paret G: Terlipressin as rescue therapy for intractable hypotension due to septic shock in children. *Shock* 23:305–310, 2005.
12. Leone M, Albanese J, Delmas A, Chaabane W, Garnier F, Martin C: Terlipressin in catecholamine-resistant septic shock patients. *Shock* 22:314–319, 2004.
13. Bucher M, Hobbhahn J, Taeger K, Kurtz A: Cytokine-mediated downregulation of vasopressin V(1A) receptors during acute endotoxemia in rats. *Am J Physiol Regul Integr Comp Physiol* 282:R979–R984, 2002.
14. Hollenberg SM, Tangora JJ, Piotrowski MJ, Easington C, Parrillo JE: Impaired microvascular vasoconstrictive responses to vasopressin in septic rats. *Crit Care Med* 25:869–873, 1997.
15. Roth BL, Spitzer JA: Altered hepatic vasopressin and alpha 1-adrenergic receptors after chronic endotoxin infusion. *Am J Physiol* 252:E699–E702, 1987.
16. Rodriguez de Turco EB, Spitzer JA: Kinetics of diacylglycerol accumulation in response to vasopressin stimulation in hepatocytes of continuously endotoxaemic rats. *Biochem J* 253:73–79, 1988.
17. Rodriguez de Turco EB, Spitzer JA: Impairments in vasopressin-stimulated inositol lipid metabolism in hepatocytes of septic rats. *Circ Shock* 25:299–307, 1988.
18. Traber DL: Animal models: the sheep. *Crit Care Med* 28:591–592, 2000.
19. Murakami K, Enkhbaatar P, Shimoda K, Cox RA, Burke AS, Hawkins HK, Traber LD, Schmalstieg FC, Salzman AL, Mabley JG, et al.: Inhibition of poly (ADP-ribose) polymerase attenuates acute lung injury in an ovine model of sepsis. *Shock* 21:126–133, 2004.
20. Lange M, Szabo C, Van Aken H, Williams W, Traber DL, Daudel F, Broking K, Salzman AL, Bone HG, Westphal M: Short-term effects of glipizide (an

Copyright © 2007 by the Shock Society. Unauthorized reproduction of this article is prohibited.

adenosine triphosphate–sensitive potassium channel inhibitor) on cardiopulmonary hemodynamics and global oxygen transport in healthy and endotoxemic sheep. Shock 26:516–521, 2006.

21. Westphal M, Stubbe H, Sielenkamper AW, Ball C, Van Aken H, Borgulya R, Bone HG: Effects of titrated arginine vasopressin on hemodynamic variables and oxygen transport in healthy and endotoxemic sheep. Crit Care Med 31:1502–1508, 2003.

22. Westphal M, Sielenkamper AW, Van Aken H, Stubbe HD, Daudel F, Schepers R, Schulte S, Bone HG: Dopexamine reverses the vasopressin-associated impairment in tissue oxygen supply but decreases systemic blood pressure in ovine endotoxemia. Anesth Analg 99:878–885, 2004.

23. Annane D, Bellissant E, Sebille V, Lesieur O, Mathieu B, Raphael JC, Gajdos P: Impaired pressor sensitivity to noradrenaline in septic shock patients with and without impaired adrenal function reserve. Br J Clin Pharmacol 46:589–597, 1998.

24. Annane D, Cavaillon JM: Corticosteroids in sepsis: from bench to bedside? Shock 20:197–207, 2003.

25. Vasopressin Direct RIA Kit Manual. Allschwill, Switzerland: Bühlmann Laboratories AG, 2003.

26. Sharshar T, Blanchard A, Paillard M, Raphael JC, Gajdos P, Annane D: Circulating vasopressin levels in septic shock. Crit Care Med 31:1752–1758, 2003.

27. Dünser MW, Mayr AJ, Ulmer H, Ritsch N, Knotzer H, Pajk W, Luckner G, Mutz NJ, Hasibeder WR: The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. Anesth Analg 93:7–13, 2001.

28. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA: The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 27:1416–1421, 2001.

29. Holmes CL, Patel BM, Russell JA, Walley KR: Physiology of vasopressin relevant to management of septic shock. Chest 120:989–1002, 2001.

30. Giusti-Paiva A, De Castro M, Antunes-Rodrigues J, Carnio EC: Inducible nitric oxide synthase pathway in the central nervous system and vasopressin release during experimental septic shock. Crit Care Med 30:1306–1310, 2002.

31. Wakatsuki T, Nakaya Y, Inoue I: Vasopressin modulates K(+)-channel activities of cultured smooth muscle cells from porcine coronary artery. Am J Physiol 263:H491–H496, 1992.

32. Luckner G, Dünser MW, Jochberger S, Mayr VD, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, et al.: Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med 33:2659–2666, 2005.

33. Westphal M, Ertmer C, Bone HG: Role of vasopressin and terlipressin in the setting of systemic inflammation. In: Vincent JL (ed.): Yearbook of Intensive Care and Emergency Medicine. Berlin: Springer, pp 193–205, 2004.

34. Van Haren FM, Rozendaal FW, van der Hoeven JG: The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. Chest 124:2256–2260, 2003.

35. Patel BM, Chittock DR, Russell JA, Walley KR: Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 96:576–582, 2002.

36. Holmes CL, Landry DW, Granton JT: Science review: vasopressin and the cardiovascular system. Part 1—receptor physiology. Crit Care 7:427–434, 2003.

37. Holmes CL, Landry DW, Granton JT: Science review: vasopressin and the cardiovascular system. Part 2—clinical physiology. Crit Care 8:15–23, 2004.

38. Patil PN, Nelson JW, Tye A: Vasopressin tachyphylaxis. J Pharm Sci 53:684–686, 1964.

39. Mansart A, Bollaert PE, Seguin C, Levy B, Longrois D, Mallie JP: Hemodynamic effects of early versus late glucocorticosteroid administration in experimental septic shock. Shock 19:38–44, 2003.

40. Wu LL, Dong LW, Liu MS: Alterations of G-protein and adenylate cyclase signaling in rat liver during the progression of sepsis. Shock 11:39–43, 1999.

41. Kim HW, Greenburg AG: Nitric oxide scavenging, alone or with nitric oxide synthesis inhibition, modulates vascular hyporeactivity in rats with intraperitoneal sepsis. Shock 17:423–426, 2002.

42. Bone RC, Fisher CJ Jr, Clemmer TP, Slotman GJ, Metz CA, Balk RA: A controlled clinical trial of high-dose methylprednisolone in the treatment of severe sepsis and septic shock. N Engl J Med 317:653–658, 1987.

43. Saito T, Fuse A, Gallagher ET, Cutler S, Takanashi M, Yamada K, Carlsson C, Carney E, Abou-Sayf FK, Ogawa R: The effect of methylprednisolone on myocardial beta-adrenergic receptors and cardiovascular function in shock patients. Shock 5(4):241–246, 1996.

44. Keh D, Sprung CL: Use of corticosteroid therapy in patients with sepsis and septic shock: an evidence-based review. Crit Care Med 32:S527–S533, 2004.

45. Orchinik M, Murray TF, Moore FL: A corticosteroid receptor in neuronal membranes. Science 252:1848–1851, 1991.

46. Russell JA, Cooper DJ, Walley KR, Holmes CL, Singer J, Hebert PC, Granton J, Mehta S, Terins T: Vasopressin and Septic Shock Trial (VASST): baseline characteristics and organ dysfunction in vasopressor dependent patients with septic shock [abstract]. Am J Respir Crit Care Med 167:A548, 2003.



   

Copyright © 2007 by the Shock Society. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007393

*J. Physiol.* (1969), **204**, *pp.* 653–668
*With 6 text-figures*
*Printed in Great Britain*

# THE CLEARANCE
# AND ANTIDIURETIC POTENCY OF NEUROHYPOPHYSIAL
# HORMONES IN MAN, AND THEIR PLASMA BINDING
# AND STABILITY

By MIRIAM FABIAN,* MARY L. FORSLING,†
J. J. JONES AND J. S. PRYOR

*From the Department of Physiology, Charing Cross Hospital
Medical School, London, W.C. 2*

(*Received 2 April* 1969)

## SUMMARY

1. Bio-assay techniques have been used to measure plasma levels of neurohypophysial hormones in man, following either a single injection or a continuous infusion.

2. The median half-life of oxytocin after a single injection of 2 u. was 3·2 min (2·0–5·7, 95 % confidence limits); this increased significantly ($P < 0.01$) to 4·8 min (4·4–6·1) when the hormone was infused at a rate of 500 m-u./min. The vasopressins had appreciably longer half-lives. After a single injection of 1 or 1·5 u. 8-lysine vasopressin (LVP), the half-life was 5·7 min (3·6–6·0). Continuous infusions of the hormones at a rate of 120 m-u./min yielded half-lives of 5·5 min (5·0–7·1) for LVP, and 5·6 min (3·9–9·5) for 8-arginine vasopressin (AVP).

3. The apparent volumes of distribution of the hormones were all of the order of two thirds the extracellular volume.

4. In accordance with its shorter half-life, the clearance of oxytocin was greater than that of the vasopressins (1·5 l./min, compared with 1·0 l./min).

5. The antidiuretic potencies of the hormones were studied in over-hydrated subjects, by measuring the rate of urine excretion following an I.V. injection. Duration of antidiuretic action increased in the order: oxytocin, LVP, AVP. A 5 : 1 mixture of oxytocin and AVP was not as long-lasting as AVP alone. 8·5 % (4–22) of an administered dose of AVP was excreted in the urine, and this amount was significantly correlated with urine volume ($r = +0.67, P < 0.05$).

\* In receipt of grant from the Dan Mason Foundation.
† In receipt of grant from the Medical Research Council.

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007394

6. Ultrafiltration of human plasma containing exogenous hormones showed that 30 % (13–50) of AVP was bound, the degree of binding being independent of concentration over the range used (50–400 $\mu$-u./ml.) In contrast, oxytocin was completely unbound.

7. Exogenous oxytocin was more stable than exogenous AVP in human plasma. At 4° C there was no significant loss of oxytocin until 7 days, whereas 20 % of AVP was inactivated in 2 days. At 37° C a 20 % loss of AVP occurred within 4 hr, and a 50 % loss within 24 hr; corresponding times for oxytocin were 24 and 48 hr.

## INTRODUCTION

In man, there is still uncertainty as to whether the neurohypophysial hormones circulate in a bound form, and their half-lives in the blood are as yet unsatisfactorily determined. Czaczkes, Kleeman & Koenig's (1964) original results for arginine vasopressin (AVP), using an extremely sensitive preparation, must be regarded with caution, in view of the subsequent statement by the senior author (Vorherr, Kleeman & Hoghoughi, 1968). The half-life of oxytocin has been measured in pregnant women, but with high dosage (Gonzalez-Panizza, Sica-Blanco & Mendez-Bauer, 1961). Furthermore, most workers have used the single injection technique, which is less reliable than continuous infusion. In the present study, small amounts of the hormones were infused intravenously, following a preliminary investigation with single injections. Determinations were also made of the stability of the hormones in human plasma, as there is still confusion on this issue. Some of these findings have been reported in brief previously (Fabian, Forsling, Ibbitson, Jones & Stone, 1968).

Since lysine vasopressin (LVP) is the vasopressin commercially available, there is interest whether this hormone is equipotent to AVP in man. Some investigators have failed to realize that the essential difference may be only of duration of effect, and not of intensity. The antagonistic action of oxytocin on the antidiuretic activity of the vasopressins has been cited mainly in the German literature, with isolated findings emanating from different laboratories. An investigation was undertaken by this department in order to clarify the situation.

## METHODS

### Injections and infusions of the hormones
*Blood level determinations*

Normal male and female volunteers, 20–48 years of age, were studied. The hormones were injected into a forearm vein (usually antecubital) either as a single dose, or by continuous infusion from a syringe-driven pump (1 ml./min). For the infusion

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007395

experiments a polyethylene catheter (Intracath '1936', 36 in. long) was introduced under local anaesthesia, and the subjects remained in the supine position throughout. No adverse effects were recorded; some subjects showed minor reactions such as flushing with oxytocin and pallor with vasopressin. Venous blood samples were collected from the opposite arm.

*Oxytocin.* Most of the subjects were in the age range 20–25 years; one was 37 and one 48. Nine subjects (eight ♂, one ♀) were given an injection of 2 u. oxytocin, and blood samples were taken at 2, 4 and 6 min. Seven subjects (five ♂, two ♀) were given an infusion at a rate of 500 m-u./min for 25 min, and blood was withdrawn 3 min before, and about 3, 6 and 9 min after stopping the infusion.

*Lysine vasopressin.* All subjects were 20–22 years old. Six ♂ subjects were given an injection of 1 or 1·5 u. LVP, and blood samples were taken at either 2 and 8, 2 and 9, or 4 and 8 min. Four subjects (two ♂, two ♀) were given an infusion at a rate of 120 m-u./min for 18 min, and blood was withdrawn 2 min before, and either 3 and 6, or 4 and 8 min after stopping the infusion.

*Arginine vasopressin.* All subjects were 20–22 years old. Six subjects (five ♂, one ♀) were given an infusion at a rate of 120 m-u./min for 20 min, and blood was withdrawn 2 min before, and either about 4 and 8, or 5 and 10 min after stopping the infusion.

Since the single injection studies indicated that the $t_{\frac{1}{2}}$ was unlikely to be more than 6 min, the infusions were continued for about 20 min, so that equilibration would be about 90 % complete. Only one sample was collected before stopping the infusion, because the accuracy of the bio-assay would not allow such a small error in equilibration to be detected.

### Antidiuretic potency of the hormones

Thirty-five male subjects, 18–21 years of age, were studied. The quantities of hormone administered were standardized to the following doses per 70 kg: AVP 100 m-u.; LVP 100 m-u.; oxytocin 1 u.; AVP + oxytocin mixture 100 m-u. + 500 m-u.; these doses were given in a volume of 1 ml. 0·9 % NaCl (w/v) was used as a control, and the experiment was performed as a double blind.

After emptying the bladder, the subjects were hydrated with an oral water load standardized at 1 l./70 kg. Thirty minutes after the initial drink the urine voided was measured. An equal volume of water was drunk to maintain the water load, and as soon as possible after this the hormones were administered. This procedure of measuring the urine passed every half hour and drinking an appropriate volume of water was continued for another 2½ hr. The subjects were ambulant during the experiment.

After an interval of 1 week the procedure was repeated on thirty-four of the subjects, who were now injected with a different substance. The total number of subjects receiving each treatment was as follows: control thirteen; AVP twenty-one; LVP fifteen; oxytocin thirteen; mixture seven. Each of ten of the subjects given 100 m-u. AVP pooled the five samples of urine passed over 2½ hr, and each specimen of pooled urine was subsequently assayed for antidiuretic activity.

### Collection of blood

Blood was collected into plastic syringes containing about 0·1 ml. heparin (5000 u./ml.), and centrifuged in plastic containers for 20 min at 3000 rev/min. The plasma was stored at 4° C, and assayed within 48 hr of collection.

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

*Binding*

Oxytocin or AVP was added to eleven samples of plasma to give concentrations of 50–400 $\mu$-u./ml. Ultrafiltration was carried out by the method of Bocanegra & Lauson (1961), as described in detail by Fabian, Forsling, Jones & Lee (1969a).

*Stability*

Oxytocin or AVP was added to plasma samples to give concentrations of 50–1000 $\mu$-u./ml. The samples were maintained at either 4° C (sixteen oxytocin, eighteen AVP) or 37° C (ten oxytocin, eighteen AVP), and aliquots were taken for assay up to 15 days.

*Bio-assay*

(a) Antidiuretic activity was determined in the water-loaded, ethanol-anaesthetized rat (Dicker, 1953), with the modifications introduced by Forsling, Jones & Lee (1968).

(b) Oxytocin-like activity was measured either on the isolated strip of rat mammary gland (Rydén & Sjöholm, 1962), or by the milk-ejection response in the lactating rat (Bisset, Clark, Haldar, Harris, Lewis & Rocha e Silva, 1967). The relative advantages of these two methods have been discussed previously (Fabian, Forsling, Jones & Lee, 1969b).

*Hormones*

The oxytocin and 8-lysine vasopressin used were both synthetic hormones (Sandoz). For the arginine vasopressin experiments, a partially purified extract of bovine pituitaries (40 u./mg.) was made up into sterile ampoules containing 10 u./ml. (Parke-Davis: arginine Pitressin (Vasopressin), Lot 274927). The hormone preparation used for injection or infusion was also used for bio-assay of the plasma samples.

*Statistics*

All results are expressed in terms of the median and its 95 % confidence limits. Wilcoxon's test (Mainland, 1963) was used to assess the significance of the difference between groups of data. A worked example using these methods has already been published (Forsling *et al.* 1968).

The use of arginine vasopressin was approved by the Ethical Committee of Charing Cross Hospital. All experiments were carried out under the supervision of Dr J. Lee.

## RESULTS

### Half-life, clearance and volume of distribution

In Figs. 1 to 4, plasma concentrations of the hormones have been plotted against time after injection or cessation of infusion. Individual measurements of half-life were made from such graphs. The method of determining clearance and 'apparent' volume of distribution in a continuous infusion experiment has been described in detail elsewhere (Fabian *et al.* 1969a). In the single injection experiments, volume of distribution was calculated by dividing the amount injected by the extrapolated zero time concentration, and clearance, by dividing this volume by the time constant of decay.

The results are summarized in Table 1. The half-lives of the vasopressins,

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007397

following either a single injection or a continuous infusion, were essentially the same, viz. about 5·5 min. Oxytocin had an appreciably shorter half-life, and there was a significant difference between the injection and infusion values ($P < 0·01$). The apparent volumes of distribution of the



Fig. 1. Concentration of oxytocin in the plasma, following an injection of 2 u. at time zero. Results are plotted on a semi-log scale, and expressed as percentages of the 3 min value. Each point represents the median of nine experiments; the bars indicate the 95 % confidence limits. The median absolute concentration at 2 min was 170 $\mu$-u./ml. (110–470, 95 % confidence limits).



Fig. 2. Concentration of oxytocin in the plasma, following an infusion at the rate of 500 m-u./min. Results are plotted on a semi-log scale, and expressed as percentages of the value at equilibrium, i.e. before stopping the infusion. Points from individual experiments (seven) have been plotted, as the samples were all taken at different times. The median absolute concentration at equilibrium was 360 $\mu$-u./ml. (280–560, 95 % confidence limits).

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007398



Fig. 3. Concentration of LVP in the plasma, following an injection of 1 or 1·5 u. at time zero. Results are plotted on a semi-log scale, and expressed as percentages of the 3 min value. Each point represents the median of three to six experiments; the bars indicate the range. The median absolute concentration at 2 min was 110 $\mu$-u./ml. (80–150, range).



Fig. 4. Concentration of LVP (●) and AVP (×) in the plasma, following an infusion at the rate of 120 m-u./min. Results are plotted on a semi-log scale; they are expressed as percentages of the value at 4 min to obtain the best fit for the data from all ten subjects. Points from individual experiments have been plotted (four LVP, six AVP), as the samples were all taken at different times. The median absolute concentrations at equilibrium were: LVP-110 $\mu$-u./ml. (75–240, range); AVP-120 $\mu$-u./ml. (110–300, 95 % confidence limits).

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007399

three neurohypophysial hormones did not differ greatly; all were of the order of two thirds of the extracellular volume. In accordance with its shorter half-life, oxytocin was cleared more rapidly than LVP or AVP.

TABLE 1. Half-life ($t_{\frac{1}{2}}$), apparent volume of distribution ($V$) and clearance ($C$) of neurohypophysial hormones after injection or infusion

| Hormone | Dose | Median $t_{\frac{1}{2}}$ (min) | 95% confidence limits | Median $V$ (l.) | 95% confidence limits | Median $C$ (l./min) | 95% confidence limits | No. |
|---|---|---|---|---|---|---|---|---|
| Oxytocin | 2 u. | *⎰3·2 | 2·0–5·7 | 7·4 | 2·7–11·4 | 1·6 | — | 9 |
| | 500 m-u./min | ⎱4·8 | 4·4–6·1 | 10·5 | 7·0–13·5 | 1·4 | 0·9–1·8 | 7 |
| LVP | 1·0–1·5 u. | 5·7 | 3·6–6·0 | 9·0 | 6·2–12·0 | 1·1 | — | 6 |
| | 120 m-u./min | 5·5 | †5·0–7·1 | 8·3 | †5·1–11·6 | 1·1 | †0·5–1·6 | 4 |
| AVP | 120 m-u./min | 5·6 | 3·9–9·5 | 8·5 | 5·2–11·0 | 1·0 | 0·4–1·1 | 6 |

\* $P < 0.01$.    † Range.



Fig. 5. Antidiuretic activity of neurohypophysial hormones in sixty-nine overhydrated subjects, following an I.V. injection at time zero. Nos. 1–5 represent successive half-hour periods of urine collection. Median volumes excreted are plotted in ml./min. C = control (0·9 % NaCl), O = oxytocin 1 u.), L = 8-lysine vasopressin (100 m-u.), M = mixture of oxytocin and 8-arginine vasopressin (500 m-u. + 100 m-u.), A = 8-arginine vasopressin (100 m-u.), all doses/70 kg. Numbers in blocks denote number of subjects in each group. Wilcoxon's test gave the following results: A 1, L 1 < C 1 ($P < 0.01$); A 2, L 2 < C 2 ($P < 0.01$); L 3 > A 3 ($P < 0.01$); C 5, M 5 > A 5 ($P < 0.02$).

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007400

### Antidiuretic potency

Figure 5 shows the effect of the injections on the rate of urine excretion. Oxytocin had a transient antidiuretic action, which was over within half an hour. LVP induced a large antidiuresis, but its action was complete within 60 min. Both AVP alone, and the mixture of oxytocin and AVP produced a very marked inhibition of urine flow, the peak of which occurred within the second half hour. The effect of the mixture had disappeared by the last half hour period, whereas AVP alone was still causing a significant reduction in urine flow at this time (C5, M5 > A5, $P < 0.02$). Following the injection of AVP, a total of $8.5\%$ ($4.0$–$22.0$) was excreted in the urine, and this fraction was significantly correlated with the urine volume ($r = +0.67$, $P < 0.05$, for volumes of $172$–$1015$ ml./$2\frac{1}{2}$ hr).

### Binding

Some $30\%$ ($13$–$50$) of AVP was bound, and the degree of binding was independent of concentration. No binding of oxytocin could be detected.



Fig. 6. Inactivation of exogenous oxytocin and 8-arginine vasopressin (AVP) by human plasma at 4 and 37° C. Percentages denote the amount lost. The number of samples were as follows: 4° C, sixteen oxytocin, eighteen AVP; 37° C, ten oxytocin, eighteen AVP; concentration ranged from 50 to 1000 $\mu$-u./ml. Values plotted are the medians. Note that upper scale is in hr, lower scale in days.

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007401

*Stability*

The results are summarized in Fig. 6. Oxytocin lost only 20 % of its activity after 7 days at 4° C, or 24 hr at 37° C, whereas AVP lost 50 % under the same conditions; these differences were significant ($P < 0.02$ at 4° C, $P < 0.001$ at 37° C).

### DISCUSSION

While it is generally agreed that neurohypophysial hormones are rapidly inactivated in plasma from pregnant women (50 % of oxytocin disappears in 5 min at 38° C from plasma obtained at term; Mendez-Bauer, Carballo, Cabot, Negreiros de Paiva & Gonzalez-Panizza, 1961), reports on their stability in plasma from non-pregnant subjects vary widely. Although Dieckmann, Egenolf, Morley & Pottinger (1950) showed that Pitressin suffered no loss of antidiuretic activity after 1 hr at 38° C, Czaczkes *et al.* (1964) found that, even at 4° C, there was an appreciable loss (15 %) of AVP in this time. In the present experiments the stability of AVP at 4° C was much greater, only 20 % being inactivated in 2 days. Oxytocin decayed even more slowly, though the difference in the stabilities of the two hormones in human plasma was not as marked as in rat plasma (Fabian *et al.* 1969*a*).

About one third of AVP was bound in the ultrafiltration experiments, and this fraction was independent of concentration over the range used (50–400 $\mu$-u./ml.), indicating that the binding protein was present in relatively large quantities. If there were a simple equilibrium between the bound and unbound forms of the hormone:

$$HP \rightleftharpoons H + P,$$

where H denotes free hormone, P denotes protein, and HP denotes the protein–hormone complex, the

$$K_{equil.} = \frac{[H][P]}{[HP]} \text{ or } \frac{[H]}{[HP]} = \frac{K_{equil.}}{[P]},$$

i.e. the fraction of the total hormone bound is constant when the quantity of protein present is much greater than the amount of hormone. Whether human plasma also contains small quantities of a specific binding protein such as neurophysin has not yet been determined. In contrast to AVP, oxytocin was completely unbound over the same range of concentrations.

Several other workers have investigated the question of binding of neurohypophysial hormones, and have obtained results ranging from no binding of AVP (Holliday, Burstin & Hurrah, 1963; Czaczkes *et al.* 1964; Vorherr *et al.* 1968), to 'some' binding of both oxytocin and AVP (Heller & Lederis, 1957), to complete binding of AVP (Ahmed, George, Gonzalez-

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

Auvert & Dingman, 1967). The methods used to demonstrate binding in these studies were all *in vitro* ones involving dialysis or ultrafiltration. Brook & Share (1966) attempted a definitive experiment by using an intact dog in their dialysis experiments. They also collected fluid from lymph ducts and the thoracic and peritoneal cavities, and showed that, in the dog, AVP could cross capillary membranes. However, as they point out, their data did not preclude a small degree of binding at low concentrations. We are at present re-investigating this problem to determine the influence of such factors as pH and temperature on the ultrafiltration of the hormones.

While no evidence could be found for the binding of oxytocin, its apparent volume of distribution was not very different from that of the vasopressins, viz. about two thirds of the extracellular volume. Schröder & Rott (1959), Holliday *et al.* (1963), and Klein & Roth (1967) found the distribution volume of injected vasopressin to lie between the plasma and extracellular volumes, but Czaczkes *et al.* (1964) obtained a value less than that of the plasma. The apparent discrepancy between binding and distribution volume has been considered by these and other authors (Brook & Share, 1966; Lauson, 1967), but at present it remains unsolved.

When considering an equilibrium state, the problem is relatively simple if the substance remains within the vascular system, for virtually complete equilibration will be attained after a period of time equal to $4 . \tau$. In the case of the neurohypophysial hormones, whose volume of distribution exceeds the plasma volume, diffusion presents an additional complicating factor. However, our major consideration in the vasopressin experiments was that the total quantity administered should not exceed what we regarded as a safe single dose (viz. 2·5 u.), since the biological half-life for pressor activity may be relatively long. In calculating the rate of infusion required, we assumed a half-life in the blood of about 5 min, and a volume of distribution of the order of the extracellular volume. An equilibrium concentration of 100 $\mu$-u./ml. was chosen, so that the 10 min samples would still be easily measurable. With all these pre-conditions, we were therefore limited in the period of time for which we could infuse, and it is fully appreciated that the half-lives obtained in these experiments may be only approximations. In the case of oxytocin, where much larger doses can be administered with impunity, our initial results with single injections led us to believe that the half-life after infusion would be only about 4 min; hence a 25 min period should have been sufficient to reach equilibrium. As the half-life subsequently proved to be only marginally longer, we felt it unnecessary to modify the established procedure for a negligible gain in accuracy.

Gonzalez-Panizza *et al.* (1961) obtained a much shorter half-life for

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

oxytocin in their experiments on pregnant women, viz. 1·2–4·0 min, compared with 4·4–6·1 min in the present study. While this may simply have been due to the fact that their subjects were in a late stage of pregnancy (immediately before, or just after, parturition), another explanation is that, because the quantities of hormones administered were unphysiologically high (8–16 u./min), a more rapid turnover occurred. This phenomenon has been observed in the rat (Fabian *et al.* 1969*a*) and attributed to some less specific inactivating process, which is called into play at very high blood concentrations. It is difficult to account for the very short half-life of 15 sec recorded by Fitzpatrick (1961) following a single injection, since we found the half-life to be 3·2 min with this technique.

Czaczkes *et al.* (1964) reported that the half-life of exogenous AVP depended on the degree of hydration, ranging from 20 to 44 min. However, problems of assay make the interpretation of these data questionable. Considerably earlier, Schröder & Rott (1959) obtained a value of 7·8 min, following an injection of Tonephin (probably AVP). Single injections were also used by Silver, Schwartz, Fong, Debons & Dahl (1961), who reported a half-life of 2·3–5·5 min for [$^3$H]AVP and by Klein & Roth (1967), who obtained a value of 2 min for the unlabelled hormone. Our median value of 5·6 min for the continuous infusion of AVP is in approximate agreement with these authors.

As the distribution volumes of the neurohypophysial hormones include the interstitial volume, the determination of their half-life in the blood, following an infusion, may be influenced by diffusion across the capillary membrane. Vane (1969) has considered *back* diffusion to be the overriding problem, but his technique of infusing for a very short period of time (5–10 min) may have the same disadvantages as a single injection, viz. inadequate mixing in the volume of distribution. In support of this criticism is the observation that thiocyanate (mol. wt. 81) requires 20 min to reach 90 % equilibration (Gaudino & Levitt, 1949). An additional problem, not considered in the present investigation, is the possibility that inactivation may occur in the interstitial fluid. It would therefore appear that, with the experimental procedures currently available, a definitive half-life is virtually unattainable. Nonetheless, it is important to realize that, when the neurohypophysis secretes, both inactivation and diffusion take place simultaneously, so that non-equilibrium conditions may not be unphysiological. Notwithstanding the difficulties of interpreting a half-life measured in the blood, it is interesting that the fall in concentration with time was linear on a semi-log scale over the entire 10 min period of measurement. Ideally, one should continue for a longer time to see whether there is a second component to the curve, such as has been found in the rat (Fabian *et al.* 1969*a*).

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007404

The half-life of LVP in the plasma, and its clearance from the plasma, were essentially the same as those of AVP; however, its biological half-life, as measured by its effect on the rate of urine excretion, was considerably shorter. This shorter duration of action of LVP has been noted in the rat, and the different pattern of response employed as an aid to identification (Jones & Lee, 1967). It has also been observed in the human. Miller, Fisch & Kleeman (1967) infused LVP or AVP into subjects who had been over-hydrated, until a steady antidiuresis was induced, and measured the time taken for the free water excretion to return to the overhydrated level, once the infusion was stopped. They found that AVP was more potent than LVP, and that the biological half-lives were 24 and 15 min, respectively. It should be emphasized that, despite Miller's statement that certain data are strongly suggestive of a close correlation between degree of antidiuresis and plasma hormone concentration, a comparison of our experimental results using LVP and AVP suggests that the two concepts of half-life may be quite unrelated. This view is supported by findings in the rat (Sawyer, 1963), in which LVP has a shorter biological half-life, but a longer plasma half-life, than AVP.

Guhl (1961) states that 'the antidiuretic effect of Lys-VP and Arg-Vp is virtually identical'; however, the data are not convincing that LVP is equipotent to AVP. LVP would therefore appear to be less suitable than AVP as a therapeutic agent in diabetes insipidus, since duration of action is obviously of importance. With increasing dosage of LVP the intensity of the effect could be increased, but duration would be only marginally lengthened. Furthermore, the two vasopressins are equipotent as pressor agents, and there is a limit to the amount of pressor material that can be administered.

It has been generally recognized that the threshold dose for anti-diuresis in man is about 1–10 m-u., and that oxytocin has antidiuretic activity of the order of 1 % of its oxytocic activity. Our finding that 1 u. oxytocin produced a minimal antidiuretic effect confirms this. Hence, only when hundreds of units of oxytocin are administered would an unphysiological antidiuresis occur. Somewhat surprisingly, such large doses have been given in clinical medicine, over a period of 24 hr, with the result that serious water retention occurred, leading to a state of water intoxication (Pittman, 1963; Silva & Allan, 1966).

Frey, Kerp & Reichardt (1959) observed a reduction of the antidiuretic effect of I.V. Tonephin (probably AVP) in water-loaded subjects, when oxytocin was administered simultaneously in twice the dose. This inhibitory action of oxytocin on AVP was not detectable until the final period in our experiments (500 m-u. oxytocin: 100 m-u. AVP). Whether the ratio of the neurohypophysial hormones is critical has not yet been

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007405

ascertained; neither is it known whether these findings are of any significance physiologically.

The fraction of administered hormone which was excreted, following a single injection of AVP, was 8·5 % (4–22 %). This does not differ greatly from the results previously obtained by other workers (Burn & Singh Grewal, 1951; review by Lauson, 1967). Theoretically, the amount of AVP appearing in the urine, assuming 30 % binding, is

$$\frac{0{\cdot}7 \times \text{G.F.R.} \times I \times t_{\frac{1}{2}}}{V \times 0{\cdot}693},$$

where G.F.R. denotes the glomerular filtration rate, $I$ the amount injected, $V$ the volume of distribution, and $t_{\frac{1}{2}}$ the half-life. Thus,

$$\text{Filtered AVP} = \frac{0{\cdot}7 \times 130 \times 100 \times 5{\cdot}6}{8500 \times 0{\cdot}693}$$

$$= 8{\cdot}6 \text{ m-u.}$$

$$= 8{\cdot}6 \text{ % of the administered dose (100 m-u.)}$$

Values for half-life and distribution volume used in this calculation are derived from the experiments on the infusion of AVP. It would therefore appear that the whole of the AVP excreted in the urine had been filtered. If the human kidney clears half the injected hormone, as occurs in many species (Lauson, 1967), and only 8·5 % appears in the urine, a considerable quantity of AVP must be inactivated by the kidney tissue.

It should be emphasized that the values used in the calculation of filtered AVP are all medians for subjects in a normal state of hydration. However, in this experiment, all subjects were given an excess of water, and it is possible that, under these conditions, a variable increase in both G.F.R. (O'Connor, 1962) and half-life (Czaczkes *et al.* 1964) may have occurred. Hence, the calculated value may be an under-estimate and some hormone may in fact have been inactivated during its passage down the kidney tubule.

There was a very wide range in the volumes of urine excreted by both the control subjects, and those receiving AVP. This large variation (six- to tenfold) was probably due to variation in the degree of hydration before the experiment. Those subjects who were already normally or over-hydrated would tend to pass larger volumes, drink more water, and thus maintain their body fluids at a more expanded level. It is well known that the responsiveness of the kidney to injected AVP is decreased under these circumstances (de Wardener, 1967). In addition, G.F.R. may have increased relatively more in these subjects. The apparent correlation between volume of urine and quantity of AVP excreted can also be explained in

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007406

terms of the state of hydration of the subjects. If the half-life and the G.F.R. increase progressively as the degree of overhydration increases, then those subjects who pass the largest urine volumes because they are in the most overhydrated state will also filter the greatest quantity of AVP. This somewhat surprising finding is therefore readily explicable.

The value of clearance measurements is to assess both the rate of inactivation of a hormone and the rate of its removal from the circulation, these processes being of equal importance to the rate of secretion in the determination of its concentration in the blood. It is impossible accurately to measure the clearance following a single injection, since the estimates of both apparent volume of distribution and half-life are subject to considerable errors. On the other hand, when a steady state is achieved following an infusion, the total clearance of the hormone can be unequivocally calculated. For all three hormones, the total clearance was found to be about 1 l./min; assuming that inactivation occurs predominantly in the liver and kidneys (Lauson, 1967), most of the activity must be removed from the blood in a single passage through these organs.

We are grateful to Dr B. Berde (Sandoz) and Dr R. E. O'Connor (Parke-Davis) for the supply of hormones. Our thanks are due to Mr W. Penn for his valuable technical assistance.

### REFERENCES

AHMED, A. B. J., GEORGE, B. C., GONZALEZ-AUVERT, C. & DINGMAN, J. F. (1967). Increased plasma arginine vasopressin in clinical adrenocortical insufficiency and its inhibition by glucosteroids. *J. clin. Invest.* **46**, 111–123.

BISSET, G. W., CLARK, B. J., HALDAR, J., HARRIS, M. C., LEWIS, G. P. & ROCHA E SILVA, M. (1967). The assay of milk-ejecting activity in the lactating rat. *Br. J. Pharmac. Chemother.* **31**, 537–549.

BOCANEGRA, M. & LAUSON, H. D. (1961). Ultrafiltrability of endogenous antidiuretic activity from plasma of dogs. *Am. J. Physiol.* **200**, 486–492.

BROOK, A. H. & SHARE, L. (1966). On the question of protein-binding and the diffusibility of circulating antidiuretic-hormone in the dog. *Endocrinology* **78**, 779–785.

BURN, G. P. & SINGH GREWAL, L. R. (1951). The antidiuretic response to and excretion of pituitary (posterior lobe) extract in man, with reference to the action of nicotine. *Br. J. Pharmac. Chemother.* **6**, 471–482.

CZACZKES, J. W., KLEEMAN, C. R. & KOENIG, M. (1964). Physiologic studies of antidiuretic hormone by its direct measurement in human plasma. *J. clin. Invest.* **43**, 1625–1640.

DE WARDENER, H. E. (1967). *The Kidney*, 3rd edn., p. 311. London: Churchill.

DICKER, S. E. (1953). A method for the assay of very small amounts of antidiuretic activity with a note on the antidiuretic titre of rat's blood. *J. Physiol.* **122**, 149–157.

DIECKMANN, W. J., EGENOLF, G. F., MORLEY, B. & POTTINGER, R. E. (1950). The inactivation of the antidiuretic hormone of the posterior pituitary gland by blood from pregnant patients. *Am. J. Obstet. Gynec.* **60**, 1043–1050.

FABIAN, MIRIAM, FORSLING, MARY L., IBBITSON, D., JONES, J. J. & STONE, D. (1968). The half-times $(t_{\frac{1}{2}})$, clearance, binding and stability of neurohypophysial hormones in human plasma. *J. Physiol.* **198**, 19–20*P*.

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007407

FABIAN, MIRIAM, FORSLING, MARY L., JONES, J. J. & LEE, J. (1969a). The release, clearance and plasma protein binding of oxytocin in the anaesthetized rat. *J. Endocr.* **43**, 175–189.

FABIAN, MIRIAM, FORSLING, MARY L., JONES, J. J. & LEE, J. (1969b). Comparison of two methods for the bioassay of oxytocin. *Endocrinology*, **85** (In the Press).

FITZPATRICK, R. J. (1961). The estimation of small amounts of oxytocin in blood. In *Oxytocin*, ed. CALDEYRO-BARCIA, R. & HELLER, H., pp. 358–379. London and Oxford: Pergamon Press.

FORSLING, MARY L., JONES, J. J. & LEE, J. (1968). Factors affecting the sensitivity of the rat to vasopressin. *J. Physiol.* **196**, 495–505.

FREY, J., KERP, L. & REICHARDT, W. (1959). Zum Vasopressin-Oxytocin-Antagonismus beim Menschen. *Klin. Wschr.* **37**, 325–329.

GAUDINO, M. & LEVITT, M. F. (1949). Inulin space as a measure of extracellular fluid. *Am. J. Physiol.* **157**, 387–393.

GONZALEZ-PANIZZA, V. H., SICA-BLANCO, Y. & MENDEZ-BAUER, C. (1961). The fate of injected oxytocin in the pregnant woman near term. In *Oxytocin*, ed. CALDEYRO-BARCIA, R. & HELLER, H., pp. 347–357. London and Oxford: Pergamon Press.

GUHL, URSULA (1961). Die antidiuretische und pressorische Wirksamkeit von Arginin 8-Vasopressin, Lysin 8-Vasopressin und Phenylalanin 2-lysin 8-Vasopressin beim Menschen. *Schweiz. med. Wschr.* **91**, 798–804.

HELLER, H. & LEDERIS, K. (1957). Cited by HELLER, H. (1957). *Ciba Fdn Coll. Endocr.* **11**, 3–14.

HOLLIDAY, M. A., BURSTIN, C. & HURRAH, J. (1963). Evidence that the antidiuretic substance in the plasma of children with nephrogenic diabetes insipidus is antidiuretic hormone. *Pediatrics, Springfield* **32**, 384–388.

JONES, J. J. & LEE, J. (1967). The value of rats with hereditary hypothalamic diabetes insipidus for the bioassay of vasopressin. *J. Endocr.* **37**, 335–344.

KLEIN, L. A. & ROTH, J. (1967). Antidiuretic hormone metabolism studied by radioimmunoassay. *Surg. Forum* **18**, 289–291.

LAUSON, M. D. (1967). Metabolism of antidiuretic hormones. *Am. J. Med.* **42**, 713–744.

MAINLAND D. (1963). *Elementary Medical Statistics*, 2nd edn., pp. 266–283. London: Saunders.

MENDEZ-BAUER, C. J., CARBALLO, M. A., CABOT, H. M., NEGREIROS DE PAIVA, C. E. & GONZALEZ-PANIZZA, V. H. (1961). Studies on plasma oxytocinase. In *Oxytocin*, ed. CALDEYRO-BARCIA, R. & HELLER, H., pp. 325–335. London and Oxford: Pergamon Press.

MILLER, L., FISCH, L. & KLEEMAN, C. R. (1967). Relative potency of arginine-8-vasopressin and lysine-8-vasopressin in humans. *J. Lab. clin. Med.* **69**, 270–291.

O'CONNOR, W. J. (1962). *Renal Function. Physiol. Soc. Monograph* **10**.

PITTMAN, J. G. (1963). Water intoxication due to oxytocin. *New Engl. J. Med.* **268**, 481–482.

RYDÉN, G. & SJÖHOLM, I. (1962). Assay of oxytocin by rat mammary gland in vitro. *Br. J. Pharmac. Chemother.* **19**, 136–141.

SAWYER, W. H. (1963). Neurohypophysial peptides and water secretion in the vertebrates. In *Hormones and the Kidney, Mem. Soc. Endocr.* **13**, ed. WILLIAMS, P. C., pp. 45–58. London and New York: Academic Press.

SCHRÖDER, W. & ROTT, D. (1959). Uber die Bestimmung und das Verhalten von ADH im menschlichen Plasma. *Klin. Wschr.* **37**, 1175–1181.

SILVA, P. & ALLAN, M. S. (1966). Water intoxication due to high doses of synthetic oxytocin. *Obstet. Gynec.* **27**, 517–520.

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007408

SILVER, L., SCHWARTZ, I. L., FONG, C. T., DEBONS, A. F. & DAHL, L. K. (1961). Disappearance of plasma radioactivity after injection of $H^3$-or $I^{131}$-labelled arginine vasopressin. *J. appl. Physiol.* **16**, 1097–1099.

VANE, J. R. (1969). The release and fate of vaso-active hormones in the circulation. *Br. J. Pharmac. Chemother.* **35**, 209–242.

VORHERR, H., KLEEMAN, C. R. & HOGHOUGHI, M. (1968). Factors influencing the sensitivity of rats under ethanol anaesthesia to antidiuretic hormone (ADH). *Endocrinology* **82**, 218–224.

Downloaded from J Physiol (jp.physoc.org) by guest on June 28, 2012

PAR-VASO-0007409

0002-9270/95/9005-0822$03.00/0
THE AMERICAN JOURNAL OF GASTROENTEROLOGY
Copyright © 1995 by Am. Coll. of Gastroenterology

Vol. 90, No. 5, 1995
Printed in U.S.A.

# Torsade de Pointes Complicating the Treatment of Bleeding Esophageal Varices: Association with Neuroleptics, Vasopressin, and Electrolyte Imbalance

Douglas O. Faigel, M.D., David C. Metz, M.D., and Michael L. Kochman, M.D.

*Department of Medicine, Division of Gastroenterology, Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania*

**Torsade de pointes is an unusual life-threatening ventricular arrhythmia that has been associated with vasopressin, neuroleptic drugs, and electrolyte imbalances, including hypokalemia and hypomagnesemia. Over a 9-month period, we observed torsade de pointes in three patients with cirrhosis and bleeding esophageal varices who did not have prior cardiac disease. All had received endoscopic sclerotherapy and continuous infusions of vasopressin and nitroglycerin. For sedation, two patients received haloperidol and one droperidol. In addition, two patients had either hypokalemia or hypomagnesemia. In all three patients, there was prolongation of the electrocardiographic QT interval and a "long-short" initiating sequence followed by ventricular tachycardia with torsade de pointes morphology. All were successfully cardioverted; there was one late death due to aspiration and septicemia. We conclude that cirrhotics with variceal hemorrhage may be at increased risk of developing this arrhythmia in the setting of treatment with vasopressin, sedation with neuroleptic drugs, and electrolyte abnormalities. We urge close monitoring of these patients for cardiac arrhythmia and recommend that neuroleptics be used cautiously, if at all.**

## INTRODUCTION

Torsade de pointes (TdP) is a life-threatening ventricular tachycardia (VT) which is often associated with prolongation of the electrocardiographic QT interval (1–3). Typically, it occurs in the setting of antiarrhythmic drugs such as quinidine that cause QT widening (1–3). Besides prolongation of the QT interval, typical electrocardiographic features include a "long-short" initiating sequence in which there is a pause followed by a premature ventricular beat. Polymorphic VT then ensues, exhibiting a typical undulating or sinusoidal appearance (1, 3). This "long-short" sequence is also referred to as pause dependency and distinguishes this from other forms of VT (3).

In addition to the antiarrhythmic drugs, other medications

*Received Sept. 26, 1994; accepted Jan. 16, 1995.*

and underlying conditions have been associated with TdP (1–3). Whereas cirrhosis itself may not predispose to TdP, cirrhotics admitted to intensive care units (ICU) for the treatment of bleeding varices may be exposed to several conditions capable of provoking this arrhythmia. Vasopressin, which is often used to treat variceal hemorrhage (4), has been associated with TdP (5–8). Concomitant nitroglycerin administration has been advocated to prevent cardiac complications of vasopressin (4), yet TdP has been reported despite the use of nitroglycerin (8). Cirrhotics, like other ICU patients, may require sedation for the treatment of agitation. Neuroleptic drugs, such as haloperidol and droperidol, have been advocated as safe sedative agents (9–12) even in high doses (10–12), although TdP has been reported to complicate their use (13–16). Electrolyte abnormalities, particularly hypokalemia and hypomagnesemia, predispose to this arrhythmia (1–3).

Over a 9-month period, we observed the occurrence of TdP in three patients without prior cardiac disease who were admitted with cirrhosis and bleeding varices. All three patients received intravenous (*i.v.*) vasopressin, nitroglycerin, and sedation with neuroleptic drugs, and two of these patients had concurrent electrolyte abnormalities.

## CASE REPORTS

### Case 1

The first patient was a 42-yr-old male alcoholic and former intravenous drug abuser admitted with 2 days of coffee ground emesis and melena. On admission, he had a hemoglobin of 3.9 g/dl, Na 135 mmol/L (normal 133–143), K 4.3 mmol/L (normal 3.5–5.3), and Mg 1.8 mg/dl (normal 1.8–2.9). His admission EKG was notable for QT = 0.416 s and corrected QT (QTc)=0.533 s (normal < 0.40 s). Esophagogastroduodenoscopy demonstrated large nonbleeding esophageal varices with stigmata of recent hemorrhage that were sclerosed with 9 ml of sodium morrhuate. He was treated with *i.v.* vasopressin 0.4 U/min and *i.v.* nitroglycerin titrated to 27 µg/min. He had no further bleeding. That evening he became agitated and was treated with a total of 28 mg of haloperidol: 8 mg *i.v.* in incremental doses over 6 h and then 20 mg by *i.v.* bolus. Throughout this

PAR-VASO-0007410



FIG. 1. Rhythm strip showing torsade de pointes. Two episodes are shown. Note the pause-dependent "long-short" initiating sequences. *Bar* indicates time. Interval between marks = 0.2 s.

time, his pulse and blood pressure remained stable at approximately 88 beats/min and 136/70 mm Hg, respectively. Within 20 min of the 20 mg haloperidol bolus, the patient developed pause-dependent polymorphic VT consistent with TdP (Fig. 1). He was intubated and converted to sinus rhythm after a precordial thump. His EKG was notable for a QT = 0.520 s and a QTc = 0.630 s. Lidocaine was administered, vasopressin discontinued, and further neuroleptics withheld. He had no further arrhythmia, and an echocardiogram was normal. His QT and QTc returned to baseline by discharge, 5 days after the TdP.

*Case 2*

The second patient was a 39-yr-old male cirrhotic transferred to our hospital for further treatment of bleeding varices. At the referring hospital, he underwent esophagogastroduodenoscopy, sclerotherapy, and treatment with *i.v.* vasopressin 0.4 U/min and *i.v.* nitroglycerin 100 μg/min. On admission, he had hyponatremia (Na = 124 mmol/L), hypokalemia (K = 2.8 mmol/L), and hypomagnesemia (Mg = 1.6 mg/dl). For severe agitation, he received midazolam and haloperidol 10 mg *i.v.* over 30 min. Because of continued agitation, he received additional haloperidol in increasing *i.v.* boluses of 5 mg, 10 mg, and 20 mg, given over 1 h. Throughout this time, his pulse and blood pressure remained stable at approximately 80 beats/min and 150/80 mm Hg, respectively. Within 5 min of the 20-mg bolus of haloperidol, he developed pause-dependent TdP that converted to monomorphic VT at 200 beats/min. Cardioversion to normal sinus rhythm was achieved with a single 200-joule countershock. His post-cardioversion EKG was remarkable for a prolonged QT (0.604 s), and QTc (0.654 s). The vasopressin and nitroglycerin were discontinued and neuroleptics withheld. There was no further arrhythmia and his EKG 24 h later showed a QT = 0.480 s and QTc = 0.536 s.

*Case 3*

The third patient was a 52-yr-old male with alcoholic cirrhosis and bleeding esophageal varices who continued to bleed despite sclerotherapy. He was started on *i.v.* vasopressin 0.4 U/h and transferred to our institution for placement of a transjugular intrahepatic portosystemic shunt (TIPS). On arrival, *i.v.* nitroglycerin was started and titrated to 50 μg/min. His transfer EKG demonstrated Q waves in the

anterior leads, a QT = 0.324 s and a QTc = 0.448 s. The patient remained stable and underwent successful placement of the transjugular intrahepatic portosystemic shunt 12 h later, with droperidol 3.75 mg *i.v.* for sedation. He developed a cold extremity, and the vasopressin and nitroglycerin were stopped. Within 4 h, he developed TdP that degenerated into ventricular fibrillation which was successfully defibrillated. Immediately after the cardiac arrest, his Hgb was 11.7 g/dl, Na 143 mmol/L, K 3.1 mmol/L, and Mg 2.1 mg/dl. His post-arrest EKG was notable for QT = 0.376 s and QTc = 0.513 s. The following day the QTc had returned to his baseline of 0.426 s. The patient subsequently developed noncardiogenic pulmonary edema, sepsis, and, despite maximum ventilatory and pressor support, died 8 days later.

DISCUSSION

Torsade de pointes is a life-threatening arrhythmia usually associated with the administration of drugs that prolong the QT interval (1–3). Although unusual in cirrhotics, it has previously been reported as a complication of the treatment of bleeding esophageal varices in the setting of vasopressin administration (5–8). This effect appears to be independent of underlying cardiac disease and has occurred both with and without concomitant infusion of nitroglycerin. Hypertension and bradycardia with prolongation of the QT interval have been observed in most of these patients immediately before the onset of the arrhythmia and thus may represent a hemodynamic or rate-dependent phenomenon. Kelly *et al.* (5), Eden *et al.* (6) and Mauro *et al.* (7) all reported alcoholic patients with bleeding varices who, after receiving vasopressin without nitroglycerin, developed bradycardia, QT prolongation, and TdP. Stein *et al.* (8), in contrast, reported an 81-yr-old male alcoholic who died after developing TdP while receiving vasopressin for bleeding varices. Their case differed from the previous reports in that *i.v.* nitroglycerin was coadministered, and sinus bradycardia was not observed, although the QT interval was prolonged. Similar to Stein's findings (8), we did not observe sinus bradycardia or hypertension before the TdP, and each of our patients received *i.v.* nitroglycerin.

Neuroleptic drugs probably played a key role in the pathogenesis of the arrhythmia seen in our patients. Haloperidol and droperidol have been advocated as safe agents for the sedation of the agitated patient (9–12). For the treatment of ICU delirium, haloperidol has been believed to be safe in doses exceeding 100 mg/day (11), given as either a continuous infusion (12) or *i.v.* boluses of 30 mg or more (10, 11). A recent survey found that 60% of ICUs use haloperidol for sedation (17). However, haloperidol has been reported to cause TdP both in intentional overdoses (13) and in patients receiving therapeutic doses for the treatment of schizophrenia (14) and ICU psychosis (15). The English literature contains no previous reports that droperidol caused ventricular arrhythmia, although there is one report of QT interval prolongation and TdP in the

PAR-VASO-0007411

French literature (16). Animal studies with droperidol have shown the induction of early afterdepolarizations, which are thought to be part of the underlying mechanism for TdP (18).

Hypokalemia and hypomagnesemia have both been associated with TdP (1–3). Even mild hypokalemia may be an etiological factor (1) and indicate profound total body potassium depletion. Only one of our patients had normal values, although his magnesium was borderline low. It is possible that because of the large volume shifts associated with active GI hemorrhage and subsequent therapeutic volume repletion, there was intracellular potassium and/or magnesium depletion not reflected in the acute serum values (1).

We believe that the etiology of the TdP in our patients was multifactorial but primarily due to the administration of neuroleptic drugs resulting in prolongation of the QT interval. Underlying liver disease likely contributed by altering the normal metabolism of these drugs. Alternatively, hepatic dysfunction may have resulted in the abnormal accumulation of other metabolites that may have interacted with the drugs, potentiating their proarrhythmic effects. Vasopressin, which may have contributed to the pathogenesis of the TdP, is unlikely to have been the primary etiology of the arrhythmia in our patients, but appears to have been synergistic with other factors, including the neuroleptic drug administration and electrolyte abnormalities. Whereas a component of underlying cardiac disease cannot be definitively ruled out, we do not think that structural heart disease was an important factor in any of the three cases reported here. Even though we did not observe a normal QTc in any of our cases, it is unlikely that congenital prolongation of the QT interval (3) was present in all three patients.

In conclusion, TdP is an unusual, life-threatening complication of the treatment of bleeding esophageal varices. We urge close monitoring of similar patients for the detection of ventricular arrhythmia. The potassium and magnesium levels need to be measured frequently and repleted aggressively. We feel that neuroleptic drugs should be avoided if possible. If they are used, we recommend employing low doses with close monitoring of the cardiac rhythm. Particular attention should be paid to the QT interval, and these drugs should be withheld if QT or QTc prolongation occurs.

Reprint requests and correspondence: Michael L. Kochman, M.D., Division of Gastroenterology, 8 Gates Building, Hospital of the University of Pennsylvania, 3400 Spruce Street, Philadelphia, PA 19104.

## REFERENCES

1. Kay GN, Plumb VJ, Arciniegas JG, et al. Torsade de pointes: The long-short initiating sequence and other clinical features. Observations in 32 patients. J Am Coll Cardiol 1983;2:806–17.
2. Laakso M, Aberg A, Jarkko S, et al. Diseases and drugs causing prolongation of the QT interval. Am J Cardiol 1987;59:862–5.
3. Jackman WM, Friday KJ, Anderson JL, et al. The long QT syndromes: A critical review, new clinical observations and a unifying hypothesis. Prog Cardiovasc Dis 1988;31:115–72.
4. Terblanche J, Burroughs AK, Hobbs KEF. Controversies in the management of bleeding esophageal varices. N Engl J Med 1989;320: 1393–8.
5. Kelly KJ, Stang JM, Mekhjian HS. Vasopressin provocation of ventricular dysrhythmia. Ann Intern Med 1980;92:205–6.
6. Eden E, Teirstein A, Wiener I. Ventricular arrhythmia induced by vasopressin: Torsade de pointes related to vasopressin-induced bradycardia. Mt Sinai J Med 1983;50:49–51.
7. Mauro VF, Bingle JF, Ginn SM, et al. Torsade de pointes in a patient receiving intravenous vasopressin. Crit Care Med 1988;16:200–1.
8. Stein LB, Dabezies MA, Silverman M, et al. Fatal torsade de pointes occurring in a patient receiving intravenous vasopressin and nitroglycerin. J Clin Gastroenterol 1992;15:171–4.
9. Thomas H, Schwartz E, Petrilli R. Droperidol versus haloperidol for chemical restraint of agitated combative patients. Ann Emerg Med 1992;21:407–13.
10. Tesar GE, Stern TA. Rapid tranquilization of the agitated intensive care unit patient. J Intens Care Med 1988;3:195–201.
11. Sanders KM, Minnema AM, Murray GB. Low incidence of extrapyramidal symptoms in treatment of delirium with intravenous haloperidol and lorazepam in the intensive care unit. J Intens Care Med 1989;4:201–4.
12. Riker RR, Fraser GL, Cox PM. Continuous infusion of haloperidol controls agitation in critically ill patients. Crit Care Med 1994;22:433–40.
13. Zee-Cheng CS, Mueller CE, Seifert CF, et al. Haloperidol and torsades de pointes [Letter]. Ann Intern Med 1985;102:418.
14. Kriwisky M, Perry GY, Tarchitsky D, et al. Haloperidol-induced torsades de pointes. Chest 1990;98:482–4.
15. Wilt JL, Minnema AM, Johnson RF, et al. Torsade de pointes associated with the use of intravenous haloperidol. Ann Intern Med 1993; 119:391–4.
16. Guy JM, André-Fouet X. Porte J, et al. Torsades de pointes et allongement de la durée de l'intervalle QT après injection de dropéridol. Ann Cardiol Angéiol 1991;40:541–5.
17. Hansen-Flaschen JH, Brazinsky S, Basile C, et al. Use of sedating drugs and neuromuscular blocking agents in patients requiring mechanical ventilation for respiratory failure. JAMA 1991;266:2870–5.
18. Adamantidis MM, Kerram P, Caron JF, et al. Droperidol exerts dual effects on repolarization and induces afterdepolarizations triggered activity in rabbit Purkinje fibers. J Pharmacol Exp Ther 1993;266: 884–93.

PAR-VASO-0007412

*J. Endocr.* (1977), **72**, 409–410   *Printed in Great Britain*                                    409

# PERMEABILITY OF THE FOETAL GUINEA-PIG PLACENTA TO
## ARGININE-VASOPRESSIN

MARY L. FORSLING* AND ENID FENTON

*Departments of Physiology, *The Middlesex Hospital Medical School, Cleveland Street, London, W1P 6DB, and St Mary's Hospital Medical School, Praed Street, London, W2 1PG*

(Received 13 October 1976)

Recently there has been increasing interest in the possible role of foetal neurohypophysial hormones in parturition (Alexander, Bashore, Britton & Forsling, 1974; Burton, Illingworth, Challis & McNeilly, 1974). The significance of plasma levels in the mother and foetus depends on the placental permeability to the hormone. It has been suggested that in the sheep there is no placental transfer of oxytocin (Forsling, Jack & Nathanielsz, 1975) or arginine-vasopressin (AVP) (Alexander *et al.* 1974). Burton and her co-workers, however, reported that the guinea-pig placenta allows passage of oxytocin. It is therefore of interest to know whether this placenta which is haemochorial in nature is also permeable to AVP.

The placentae of nine guinea-pigs in the third trimester of pregnancy were perfused by recirculation of heparinized adult guinea-pig blood through an umbilical artery and vein (E. Fenton, unpublished results). The maternal blood pressure (mean $59 \pm 14$ (S.D.) mmHg) and heart rate (mean $229 \pm 27$ beats/min) were measured in all experiments. The mean perfusion pressure was $70 \pm 16$ mmHg and the mean perfusion rate was $2 \cdot 3 \pm 1 \cdot 2$ ml/min, which is very similar to intact umbilical flow rates of $2 \cdot 6$ ml/min for the guinea-pig (Shepherd & Whelan, 1951). The stability of the perfusate reservoir's volume (allowing for sample loss) indicated little formation of oedema or loss of fluid to the mother. Mean terminal potential differences of 19 mV with perfusate negative to the mother were similar to those between guinea-pig foetus and mother (Štulc, Rietveld, Soeteman & Versprille, 1972).

Two control perfusions were performed in which samples were taken from the maternal circulation and perfusate at 10 min intervals. The antidiuretic activity of the plasma was determined in the water-loaded rat anaesthetized with ethanol (Forsling, 1974). The pre-operative procedures were shown not to stimulate the release of vasopressin. Transfer of the hormone from the mother to foetus was followed after injections of 25–50 mu. AVP in seven animals. No transfer was noted in four of the experiments but in the other three a mean

Table 1. *Effect of increased maternal plasma arginine-vasopressin (AVP) on plasma concentrations across the placenta of guinea-pigs*

| Foetal age (days) | AVP (mu.) i.v. to mother | Control | | 5 min | | 10 min | | 15 min | |
|---|---|---|---|---|---|---|---|---|---|
| | | Maternal | Perfusate | Maternal | Perfusate | Maternal | Perfusate | Maternal | Perfusate |
| 56 | 25 | < 7·5 | 21·0 | <20·0 | 2·5 | – | – | – | – |
| 56 | 50 | <12·5 | 9·0 | 51·5 | < 4·0 | – | – | 24·0 | 22·0 |
| 57 | 50 | < 7·5 | 13·6 | 92·0 | < 7·5 | 68·0 | < 6·0 | 14·6 | 15·0 |
| 59 | 25 | 15·0 | < 6·2 | 19·5 | < 4·0 | – | – | – | – |
| 61 | 30 | < 6·2 | 7·5 | 95·0 | < 7·0· | <10·0 | < 9·0 | 20·0 | 16·0 |
| 61 | 30 | <11·0 | <11·0 | 80·0 | <10·0 | – | – | – | – |
| 61 | 50 | <15·0 | 10·5 | 184·0 | <11·0 | 92·8 | <10·0 | – | – |

Maternal: maternal plasma AVP (μu./ml). Perfusate: placental perfusate plasma AVP (μu./ml)

17–2

PAR-VASO-0007413

concentration of $17 \cdot 6 \pm 4 \cdot 6 \,\mu u./ml$ was found in the perfusate 15 min after the injections (see Table 1). The concentration in the maternal circulation at this time was $22 \,\mu u./ml$, a value higher than the resting concentration, but within the range seen following a stimulus such as haemorrhage. In a further four experiments 40 mu. vasopressin were added to the reservoir to give a concentration of $827 \pm 282 \,\mu u./ml$. Vasopressin was not cleared from the perfusate. In contrast Jones & Rurak (1976) found the sheep placenta to be of major importance for vasopressin clearance. No hormone was transferred from the perfusate to the mother.

It appears, therefore, that vasopressin is not transferred, or only in undetectable quantities from the foetus to the mother. It is, however, possible that the hormones may be transferred in the other direction. The physiological significance of this transfer is not clear.

## REFERENCES

Alexander, D. P., Bashore, R. A., Britton, H. G. & Forsling, M. L. (1974). *Biology of the Neonate* 25, 242-248.
Burton, A. M., Illingworth, P. V., Challis, J. R. G. & McNeilly, A. S. (1974). *Journal of Endocrinology* 60, 499-506.
Forsling, M. L. (1974). *Journal of Physiology* 241, 4P-5P.
Forsling, M. L., Jack, P. M. B. & Nathanielsz, P. W. (1975). *Journal of Endocrinology* 64, 41P-42P.
Jones, C. T. & Rurak, D. (1976). *Quarterly Journal of Experimental Physiology* 61, 287-295.
Shepherd, J. T. & Whelan, R. F. (1951). *Journal of Physiology* 115, 150-157.
Štulc, J. J., Rietveld, W. J., Soeteman, D. W. & Versprille, A. (1972). *Biology of the Neonate* 21, 130-147.

PAR-VASO-0007414

*J Pineal Res 1993;14:45–51*
*Printed in the United States of America—all rights reserved*

Copyright © Munksgaard, 1993
**Journal of Pineal Research**
*ISSN 0742-3098*

# The role of the pineal in the control of the daily patterns of neurohypophysial hormone secretion

Forsling ML, Stoughton RP, Zhou Y, Kelestimur H, Demaine C. The role of the pineal in the control of the daily patterns of neurohypophysial hormone secretion. J. Pineal Res. 1993:14:45–51.

**Mary L. Forsling,[1]**
**Roger P. Stoughton,[2]**
**Yan Zhou,[1]**
**Haluk Kelestimur,[1] and**
**Cedric Demaine[2]**

[1]Department of Obstetrics and Gynaecology, UMDS, St Thomas's Campus, Lambeth Palace Road, London, England, [2]Physiology Group, Bomedical Sciences Division, King's College, Strand, London, England

Abstract: Plasma concentrations of neurohypophysial hormones show clear rhythms over 24 hr which can be suppressed by exposure to constant light, an observation consistent with pineal involvement. A study has therefore been performed on the changes in the hormone levels in the hypothalamus, posterior pituitary, and plasma over 24 hr in control, pinealectomised, and sham pinealectomised animals to determine if the pineal could play a role. Water intake, urine excretion, packed cell volume, plasma osmolality, and electrolytes were also monitored. Pinealectomy had little effect on fluid balance, but after 8 weeks for oxytocin and 2 weeks for vasopressin the morning values (0700–0800) for the circulating concentrations of the hormones were significantly higher in the pinealectomized group compared with the combined sham operated and unoperated groups (pineal intact). By contrast, the pituitary vasopressin was significantly lower in the pinealectomised group. The increase in plasma oxytocin and vasopressin seen over the hours of daylight and accompanying fall in plasma osmolality seen in the pineal intact group were absent in the pinealectomised group. Similarly, the evening fall in pituitary hormone concentrations and increase in hypothalamic hormone content were absent in the pinealectomised animals. After 10 days of exposure to constant light, the fall in plasma osmolality in the pineal-intact animals over the day was no longer significant; instead a significant increase in plasma osmolality and sodium was seen in the pinealectomised group. Exposure to constant light, while altering the patterns of neurohypophysial activity in the pineal intact group, had little effect on the pinealectomised animals.

Key words: vasopressin—oxytocin—melatonin—diurnal rhythms—fluid balance

Address reprint requests to Dr. Mary L. Forsling, Department of Obstetrics and Gynecology, UMDS, St. Thomas's Campus, Lambeth Palace Road, London SE1 7EH, England.

Received July 28, 1992; accepted November 16, 1992.

## Introduction

The circulating concentrations of many hormones show regular fluctuations. For some hormones such as cortisol the changes represent true circadian rhythms, while those for other hormones such as aldosterone reflect changes in posture or activity. Characteristically, the hypothalamic hormones controlling anterior pituitary function show clear patterns over the course of the 24 hr. There has been some debate as to whether this is also true of the neurohypophysial hormones, but there is now evidence accumulating to show that there are clear rhythms over the 24 hr dark/light cycle in the content of neurohypophysial hormones in the hypothalamus [Noto et al., 1983; Earnest and Sladek, 1987] and pituitary [Dyball et al., 1988; Forsling and Peysner, 1988], as well as in the circulating concentrations of the hormones [Greeley et al., 1982; Windle et al., 1992]. The pattern of release in the rat is such that neurohypophysial hormone concentrations are low in the morning, increasing over the hours of daylight. Such observations would be consistent with the known patterns of urinary excretion in the rat with some 70–90% of solute and water being excreted during the hours of activity [Cohn et al, 1970, Windle et al., 1992]. Vasopressin is well established as an antidiuretic hor-

45

mone, but additionally recent evidence suggests that, in conjunction with oxytocin, it may influence excretion of sodium [Balment et al., 1986].

Both the rhythms in the neurohypophysial system and in the plasma were influenced by exposure to constant light [Forsling et al., 1989], a condition known to suppress pineal hormone production [Rivest et al., 1980], suggesting that the pineal may be involved. It has been shown that melatonin is released in the rat at the onset of the dark phase [Reiter, 1983], so it is possible that the nocturnal rise in melatonin suppresses the release of neurohypophysial hormones. The observations on pinealectomised rats made by Juszczak and Guzek [1983] would be consistent with this idea. They reported a decrease in pituitary stores on pinealectomy, which suggests increased hormone release in these animals. However, Juszczak et al. [1986] found that melatonin injection caused a drop in neurohypophysial hormone content.

In order to determine if the pineal can influence neurohypophysial hormone release and fluid balance, a series of experiments (study 1) was performed on the daily patterns of fluid balance, together with observations on the changes of hormone content in the neurohypophysial system and in the circulating hormone concentrations in control, sham operated (SPx), and pinealectomised (Px) rats. A second, similar series (study 2) was performed in rats exposed to constant light. A preliminary report of part of this study has been presented [Demaine et al., 1990].

## Materials and methods

### Animal preparations

All experiments were performed on male Sprague Dawley rats weighing 200–300 g and maintained under conditions of constant temperature and humidity. Except for one period of exposure to constant light in study 2, controlled lighting conditions (200 $\mu$W/cm$^2$; lights on from 0800–2000) were maintained throughout. The animals were divided into three groups. One group were pinealectomised under halothane anaesthesia. The area of the dorsal surface of the brain around the confluence of the transverse and sagittal sinuses was exposed and the dura mater ruptured at a point just lateral and anterior to the sinus confluence. Fine forceps were then inserted beneath the confluence at an angle of 60° to the horizontal and withdrawn enclosing the pineal, thus rupturing the pineal stalk. A second group underwent sham operations which consisted of a similar procedure, but the forcepts were kept closed during the insertion so that no tissue was removed. Unoperated control animals constituted the third group.

### Experimental protocol

For the observations on fluid balance, rats were housed in individual metabolism cages (Technoplast Ltd., U.K.) with water in excess of requirements and free access to premeasured amounts of diet (Rat and Mouse powdered No 3, Special Diet Services Ltd, Witham, Essex, U.K.). Analysis of the food showed a composition of Na$^+$ (148 $\mu$mol/g), K$^+$ (190 $\mu$mol/g), and Cl$^-$ (141 $\mu$mol/g). The rats were weighed daily, and in the morning (0800–0900) and evening (1900–2000) food and water intake were recorded, urine volumes measured, and samples taken for the determination of osmolality and electrolytes. The cages were washed with de-ionised water to collect any dried urine residues. The period from 0800–2000 will be referred to as the day phase and from 2000–0800h as the night phase. Observations were made 10–14 days and 7–8 weeks after surgery for animals housed under conditions of light:dark (LD) 12:12. In study 2, observations were made 6 weeks after surgery and following 7 days of constant light. In parallel with these studies, blood samples were obtained from rats on decapitation at the end of the period of fluid balance observations, namely 2 and 8 weeks after surgery in study 1 and after 10 days in constant light, a total of 9 weeks after surgery in study 2. Brain tissue was dissected to obtain hypothalamic and pituitary samples and to confirm the presence or absence of the pineal. Estimates of packed cell volume were made and plasma separated for the determination of osmolality and electrolytes. An aliquot was stored at $-20$°C until oxytocin and vasopressin levels were determined by radioimmunoassay. The oxytocin and vasopressin contents in the pituitaries were also determined as described by Forsling and Peysner [1988].

### Analyses

Plasma and urine osmolalities were determined by the method of depression of freezing point (Digmatic Osmometer Model 3D2, Advanced Instrument Inc, Needham Heights, MA, USA). Concentrations of Na$^+$ and K$^+$ were measured using a flame photometer (Corning, Halstead, Essex, U.K.) and chloride was measured using a chloride meter (Corning Eil, model 925, Halstead, Essex, UK). Plasma vasopressin was determined by radioimmu-

PAR-VASO-0007416

TABLE 1. Morning and evening values of packed cell volume and plasma sodium in control, pinealectomised, and sham operated animals exposed to conditions of constant light or LD 12:12

| | Pinealectomised | | Sham operated | | Control | |
|---|---|---|---|---|---|---|
| | a.m. | p.m. | a.m. | p.m. | a.m. | p.m. |
| **LD 12:12** | | | | | | |
| Packed cell volume (%) | 42.4 ± 0.4 | 43.5 ± 0.5 | 44.3 ± 1.0 | 43.1 ± 0.6 | 42.8 ± 0.3 | 42.0 ± 1.2 |
| Plasma sodium (mmol/l) | 139.5 ± 0.5 | 141.2 ± 0.6 | 140.5 ± 0.6 | 140.5 ± 0.8 | 141.7 ± 0.7 | 135.0 ± 0.5 |
| **Constant light** | | | | | | |
| Packed cell volume (%) | 41.0 ± 1.0 | 44.0 ± 0.8 | 41.0 ± 0.9 | 42.2 ± 0.9 | 40.0 ± 0.6 | 42.4 ± 1.0 |
| Plasma sodium (mmol/l) | 143.5 ± 1.6 | 145.4 ± 0.6 | 142.5 ± 2.1 | 143.5 ± 2.0 | 144.5 ± 0.9 | 143.1 ± 1.3 |

noassay after prior extraction using Sep Pak $C_{18}$ cartridges (Water Associates Inc, Milford MA, USA) [Forsling, 1985] using the first international standard for vasopressin (77/501). The lower limit of detection was 0.12 ± 0.02 pmol/l. The intra-assay coefficient of variation was 7.7% and the interassay coefficient of variation was 11.9% for 2.5 pmol/l. Oxytocin was assayed as described by Windle et al. [1992]. The intra-assay coefficient of variation was 4.1% and the interassay coefficient of variation was 9.0% for 5.0 pmol/l.

Statistical analysis

The data obtained were analyzed by examination of variance and, where appropriate, by Student's t test. Differences with probability values of less than 0.05 were considered to be statistically significant.

Results

Except for some observations immediately follow-ing surgery, there were no significant differences between the control group and the SPx group in any of the parameters measured and, therefore, for ease of presentation, the data from these two groups have been combined in a pineal intact (Pi) group.

Fluid balance

Study 1; Observations under conditions of LD 12:12. Over the period 10–14 days after surgery, there were no significant differences between the weights of the groups of animals Pi and Px, neither was there any difference in the amount of food ingested. The food intake in the control group (n = 12) followed a clear diurnal pattern with a mean of 7.75 ± 1.42 g/100 g body weight (86% total intake) being ingested during the night and 1.28 ± 0.05 g/100 g during the day. By contrast, the Px animals ingested only 66% of their food

during the night. The SPx group also showed an initial disturbance in the diurnal pattern of food ingestion. Both Pi and Px groups showed a similar diurnal pattern of water intake, with 87% being drunk during the night. This was reflected in the pattern of urine excretion in the Pi group, with 74% of the total volume of urine being voided during the night. The diurnal pattern was less consistent in the Px group with 55–70% of the urine being excreted during successive dark periods. Initially, the urine osmolality was significantly lower in both the operated groups (SPx and Px), but by the end of the period of observation only that in the Px group was significantly lower, being 1543 ± 223 mmol/kg in the collection made during the light phase as compared with 2199 ± 144 mmol/kg. By 7 weeks after pinealectomy, there were no significant differ-ences in salt and water intake and output between any of the groups.

As shown in Table 1, 8 weeks after surgery the packed cell volume in the Pi rats was not signifi-cantly different from that of the Px group and neither was the fall in packed cell volume over the hours of daylight. The plasma osmolality of the sample taken in the morning from the Pi animals was not significantly different from the Px group. The fall in osmolality shown in Figure 1 for the Pi group over the day was significant, but the small increase in the Px group failed to reach statistical significance. Changes in the plasma osmolality were reflected in changes in the plasma sodium concentrations.

Study 2: Observations under conditions of con-stant light. After 10 days exposure to constant light, patterns of salt and water balance in Pi and Px groups were similar to those seen in the Pi group under conditions of LD 12:12, except that both groups drank significantly more water (27 ± 3.2%) during the period 0800–2000.

The morning values for packed cell volume were not significantly different from those in the evening

47

PAR-VASO-0007417



*Fig. 1.* Changes in plasma osmolality over the period from 0700–0800 to 1900–2000 in pineal intact and pinealectomised rats under conditions of LD 12:12 and constant light.

in any of the groups studied. The fall in plasma osmolality in the Pi animals over the day (0800–2000) was no longer significant on exposure to constant light; instead a significant increase in plasma osmolality and plasma sodium was seen in the Px group.

Plasma concentrations of oxytocin and vasopressin

Study 1. Both at two weeks and eight weeks after surgery, the plasma concentrations of vasopressin in the morning were significantly higher in the Px animals than in the Pi groups (Fig. 2). Similar observations were made for oxytocin after eight weeks. The increase in the plasma hormone concentrations of both hormones over the hours of daylight observed in the Pi groups was absent in the Px group. Additionally the ratio of oxytocin:vasopressin, which fell over the course of the day in the Pi groups, remained constant in the Px animals.

Study 2. After exposure to constant light, there were no significant differences between plasma oxytocin concentrations in Pi and Px animals, nor between the "morning" and "evening" values for both groups. Plasma vasopressin concentrations in the Px group were low, with no significant difference between morning and evening values. In the Pi group, however, morning values were significantly higher than those in samples taken 12 hr later (Fig. 2).

Posterior pituitary lobe content of oxytocin and vasopressin

Study 1. In the Pi group, there was a decrease in the pituitary content of both oxytocin and vasopressin over the hours of daylight (Fig. 3). The morning levels of pituitary vasopressin were significantly lower and the evening levels of oxytocin signifi-





*Fig. 2.* Morning (0700–0800) and evening (1900–2000) plasma concentrations of oxytocin (OT) and vasopressin (AVP) in pineal intact and pinelaectomised rats under conditions of LD 12:12 and constant light.

cantly higher in Px rats. The evening fall in posterior pituitary hormone content was absent in the Px animals.

Study 2. After exposure to constant light, there were no significant differences in pituitary hormone content of Pi and Px rats, nor any significant variation over the 24 hr.

Hypothalamic content of oxytocin and vasopressin

Study 1. Two weeks after surgery, there were no significant differences in oxytocin and vasopressin content in the morning sample from Pi and Px animals. In the Pi group, vasopressin content was found to be significantly higher in material obtained in the evening, the levels being $9.6 \pm 0.32$ mU/100 g body weight as compared to $6.3 \pm 0.4$ mU/100 g body weight. This increase over the hours of daylight was not observed in the Px group. After 8 weeks, there was no significant increase in the

PAR-VASO-0007418





*Fig. 3.* Pituitary content of oxytocin (OT) and vasopressin (AVP) in the morning (0700–0800) and evening (1900–2000) in pineal intact and pinealectomised rats under conditions of LD 12:12 and constant light.

hypothalamic content of oxytocin and vasopressin over the hours of daylight in the Pi group, and pinealectomy had no effect on the hypothalamic content of either hormone.

Study 2. After constant light exposure, neither the Pi nor the Px rats showed a change in vasopressin content over the day, nor was there any difference in the total hormone content between the Pi and Px group. By contrast oxytocin hypothalamic content was significantly higher in the "evening" in material obtained from Pi rats, the mean value being 9.2 ± 0.8 mU/100 g body weight as compared to 6.2 ± 0.5 mU/100 g body weight. Such a change was not observed in the Px animals.

## Discussion

While it is now clear that the pineal plays a major role in the control of seasonal breeding, its functions in those animals which do not exhibit this pattern of breeding are not clear. It has been suggested that the pineal may be involved in regulating a wide variety of physiological rhythms including those of a number of anterior pituitary hormones [Binkley, 1988].

Evidence is now accumulating to show that the pineal gland interacts with the neurohypophysial system. Oxytocin and vasopressin have been demonstrated in the pineal gland of a number of species including the rat [Geelen et al., 1981; Liu and Burbach, 1987]. Circadian variations in the vasopressin content and the activity of the vasopressin-converting aminopeptidase have also been reported, with an increase in the enzyme activity and a fall in vasopressin content at the onset of the light phase [Liu and Burbach, 1988]. Thus, vasopressin could be involved in the regulation and modulation of pineal indole metabolism, a hypothesis supported by the observation that, when administered intra-arterially in the rat, vasopressin inhibits the nocturnal rise of pineal melatonin synthesis [Schroder et al., 1988].

Equally, there is evidence to suggest that the pineal influences synthesis and release of neurohypophysial hormones. As early as 1960, Milcou and Pavel observed an increase in the oxytocin content of the paraventricular nucleus after injection of pineal extracts. While de Vries and Kappers [1972] found a decrease in the neurosecretory activity in the hypothalamic nuclei of rats following pinealectomy, Szczepanska-Szyburska et al., [1980] found that the hypothalamic content of vasopressin was unaltered. However, there was a fall in the pituitary content of vasopressin [Szczepanska-Szyburska et al., 1980] and in the content of oxytocin in both the hypothalamus and neurohypophysis [Juszczak and Guzek, 1983]. This could result from increased release or from altered rates of synthesis or transport to the pituitary. That melatonin may influence hormone release is suggested by the observation that it increases vasopressin release from the isolated rat neurohypophysis in vitro [Lemay et al., 1979]. However, pinealectomy did not influence the plasma vasopressin concentrations achieved after 48 hr dehydration, although the plasma oxytocin concentrations were increased [Summy Long et al., 1983], suggestive of an inhibitory effect of melatonin on oxytocin release.

In contrast to the studies of Guzek and his co-workers [Juszczak and Guzek, 1983; Szczepanska-Szyburska et al., 1980] in which there was a fall in the biologically active oxytocin and vasopressin in the hypothalamus of Px rats, no change was found in the immunological content in the present studies. Consistent with the observations of Juszczak and Guzek [1983], there was no alteration in the pituitary content of immunoreactive vasopressin in

49

PAR-VASO-0007419

Px rats, but no fall in the oxytocin content was observed; rather, the content was higher in the evening samples in this group. The present studies did indicate that the pineal can influence the patterns of neurohypophysial hormone release with the normal increase in hormone concentrations over the day being reversed. The observations are unlikely to be caused by nonspecific surgical damage, as the patterns of release in the SPx animals undergoing full surgery were not significantly different from those seen in unoperated animals. As other workers reported, there did appear to be some differential effect on the release of the two hormones, the ratio of oxytocin:vasopressin remaining constant over the course of the day rather than falling.

Despite the change in plasma osmolality and in the patterns of secretion of oxytocin and vasopressin, neither short term nor long term pinealectomy resulted in marked changes in food and water intake and urinary output. This is in contrast to published reports, which have shown a reduction in daily urine output following pinealectomy, an effect which could be reversed by administration of pineal extracts [Guzek, 1986]. Such a finding would indeed be consistent with the observed increase in plasma vasopressin concentrations on pinealectomy. An increase sodium excretion has also been reported in the absence of the pineal [Guzek, 1986]. Other workers have reported that pinealectomy causes an increase in both food and water intake up to 7 weeks after surgery [Zanobi et al., 1978], although by the eighth week intake had returned to normal.

On exposure to constant light, melatonin secretion is suppressed, but episodes of secretion still occur with a free running circadian rhythm so that one would expect a new pattern of hormone secretion and fluid balance to emerge. In the present studies, exposure to constant light generally abolished the 24 hr rhythms of plasma levels and pituitary content of both vasopressin and oxytocin, suggesting that the influence of endogenous pineal melatonin production was suppressed in the pineal intact groups. This conclusion is supported by the observation that, under these conditions, there were no longer any major differences between the pineal intact and Px groups. Thus, these results are consistent with the hypothesis that exposure to constant light "functionally pinealectomised" the animals [Reiter, 1980]. Recent studies of pineal intact animals in constant light in which samples were taken at additional time points over the 24 hr cycle showed that, although the hormonal rhythms were initially suppressed, they were later reestablished, but with a phase shift relative to the time of day [Windle et al., 1992].

## Acknowledgments

Financial support from the Nuffield Foundation and the Central Research Fund of London University is gratefully acknowledged.

## Literature cited

BALMENT, R.J., M.J. BRIMBLE, M.L. FORSLING, C.J. MUSABAYANE (1986) The influence of neurohypophysial hormones on renal function in the acutely hypophysectomised rat. J. Physiol. 381:439–452.

BINKLEY, S. (1988) The Pineal; Endocrine and neuroendocrine function, Endocrinology Series. Prentice Hall, Englewood Cliffs.

COHN, C., L. WEBB, D. JOSEPH (1970) Diurnal rhythms in urinary electrolyte excretion in the rat: influence of feeding habits. Life. Sci. 9:803–809.

DEMAINE, C., M.L. FORSLING, H. KELESTIMUR, R. STOUGHTON (1990) Effects of pinealectomy on daily rhythms of vasopressin release in the rat. J. Physiol. 423:12.

DYBALL, R.E.J., M.L. FORSLING, A.H. PATTERSON, K. PEYSNER (1988) Daily turnover of vasopressin in the neurohypophysis. J. Physiol. 398:90.

EARNEST, D.J., C.D. SLADEK (1987) Circadian vasopressin release from perifused suprachiasmatic explants in vitro: effects of acute stimulation. Brain Res. 422:398–402.

FORSLING, M.D. (1985) Measurement of vasopressin in body fluids. In: Posterior Pituitary P.H. Baylis, P.L. Padfield eds. Marcel Dekker Inc. pp. 161–192.

FORSLING, M.L., J.W. GUZEK, R.J. WINDLE (1989) Daily rhythms of vasopressin in the hypothalamus, neurohypophysis and plasma of the male rat: effects of constant light. J. Physiol. 413:44.

FORSLING, M.L., K. PEYSNER (1988) Pituitary and plasma vasopressin concentrations and fluid balance over the oestrous cycle of the rat. J. Physiol. 117:397–402.

GEELEN, G., A.M. ALLEVARD-BURGUBURU, G. GAUQUELIN, G. XIAO, J. FRUTOSO, C. GHARIB, C. SEMPORE, C. MEUNIER, C. AUGOYARD (1981) Radioimmunoassay of arginine vasopressin, oxytocin and vasotocin-like material in the human pineal gland. Peptides 2:459–466.

GREELEY, G.H., M. MORRIS, J.C. ELDRIDGE, J.S. KIZER (1982) A diurnal plasma rhythm in rats. Life Sci. 31:2843–2846.

GUZEK, J.W. (1986) The pineal–neurohypophysial interactions. Advances in Pineal Res. 3:139–147.

JUSZCZAK, M., J.W. GUZEK (1983) The content of oxytocin and vasopressin in the hypothalamus and neurohypophysis of pinealectomised male rats. Acta Physiol. Pol. 34:41–46.

JUSZCZAK, M., J.W. GUZEK, A. LEVY (1986) The influence of melatonin on the content of neurohypophysis in euhydrated and dehydrated rats. J. Pineal Res. 5:199–211.

LEMAY, A., A. BROUILLETTE, F. DENIEAU, M. LAVOIE (1979) Melatonin and serotonin stimulated release of vasopressin from rat neurohypophysis in vitro. Mol. Cell. Endocrinol. 14:157–166.

LIU, B., J.P.H. BURBACH (1987) Detection and high performance liquid chromatography identification of the summer rises of vasopressin and oxytocin immunoreactivity in the rat pineal gland. Endocrinology 12:1716–1720.

LIU, B., J.P.H. BURBACH (1988) Changes in vasopressin-converting aminopeptidase activity in the rat pineal gland during summer: relationship to vasopressin contents. Peptides 9:1235–1240.

MILCOU, S.M., S. PAVEL (1960) Antigonadotrophic function of the pineal gland and the oxytocin of the neurosecretory hypothalamic system. Nature 187:950–951.

PAR-VASO-0007420

NOTO, T., H. HASHIMOTO, Y. DOI, T. NAKAJIMA, N. KATO (1983) Biorhythm of arginine vasopressin in the paraventricular and suprachiasmatic nuclei of rats. Peptides 4:875–878.

REITER, R.J. (1980) The pineal and its hormones in the control of reproduction in mammals. Endocrine Reviews 1:109–131.

REITER, R.J. (1983) The role of light and age in determining melatonin production in the pineal gland. In: The Pineal Gland and its Endocrine Role. J. Axelrod, F. Fraschini, G.P. Velo, eds. Plenum Press, New York, pp. 227–241.

RIVEST, R.W., H.J. LYNCH, P.M. RONSHEIM, R.J. WURTMAN (1980) Effect of light intensity on regulation of melatonin secretion and drinking behaviour in the albino rat. Adv. in Bioci. 29:119–123.

SCHRODER, H., S. REUSS, J. STEHLE, L. VOLLRATH (1988) Intra-arterially administered vasopressin inhibits nocturnal pineal melatonin synthesis in the rat. Comp. Biochem. Physiol. 89A:651–653.

SZCZEPANSKA-SZYBURSKA, I., J.W. GUZEK, K. KIMEC (1980) The hypothalamic and neurohypophysial vasopressin content in pinealectomised male rats. In: Neuropeptides and neural transmission (IBRO Symposium). C.A. Marsan, W.Z. Traczyk, eds. Raven Press, New York, Vol VII, pp. 359–363.

SUMMY LONG, J.Y., L. KEIL, S. EMMERT (1983) Effects of pinealectomy on neurohypophysial hormones in the SFO and plasma of dehydrated rats exposed to 12 hours of light. Brain. Res. Bull. 11:505–513.

DE VRIES, R.A.C., J.A. KAPPERS (1971) Influence of the pineal gland on the neurosecretory activity of the supraoptic hypothalmic nucleus in the rat. Neuroendocrinology 8:359–366.

WINDLE, R.J., M.L. FORSLING, J.W. GUZEK (1992) Daily rhythms in the hormone content of the neurohypophysial system and release of oxytocin and vasopressin in the male rat: effect of constant light. J. Endocrinol. 133:283–290.

ZANOBI A., A. FORNI, W. ZANOBONI-MUCIACCIA, C. ZANUSSI (1978) Effect of pinealectomy on arterial blood pressure and food and water intake in the rat. J. Endocrinol. Invest. 2:125–130.

PAR-VASO-0007421

# Ovine fetal cardiovascular, renal, and fluid balance responses to 3 days of high arginine vasopressin levels

KAREN J. GIBSON AND EUGENIE R. LUMBERS
*School of Physiology and Pharmacology, University of New South Wales, Sydney 2052, Australia*

**Gibson, Karen J., and Eugenie R. Lumbers.** Ovine fetal cardiovascular, renal, and fluid balance responses to 3 days of high arginine vasopressin levels. *Am. J. Physiol.* 272 (*Regulatory Integrative Comp. Physiol.* 41): R1069–R1076, 1997.—To determine the effects of sustained high levels of arginine vasopressin (AVP) on the fetus and whether these effects were the same as those found during acute infusion of AVP, chronically catheterized fetal sheep aged 121–136 days were infused for 3 days with either AVP (45 mU·kg$^{-1}$·h$^{-1}$) or saline. The bradycardia, acidemia, and failure of glomerulotubular balance that occurred with acute AVP infusion were reversed by *day 3* of AVP ($P < 0.005$) and the acute rise in arterial pressure was attenuated ($P < 0.005$). By contrast, the rise in the glomerular filtration rate was sustained ($P < 0.005$) and urinary osmolality increased further to 426 ± 30 mosmol/kg ($P < 0.01$). Although placental blood flow did not change acutely with AVP, it had fallen by *day 3* ($P < 0.01$). In addition, with AVP but not saline extracellular volume fell from 588 ± 28 to 493 ± 29 ml/kg ($P < 0.002$) and the plasma/interstitial volume ratio rose from 0.18 ± 0.01 to 0.21 ± 0.01 ($P = 0.001$). These findings suggest that although release of AVP may be beneficial in acute stress in utero, sustained high levels may be detrimental to fetal health and sodium balance.

fetal stress; placental blood flow; arterial pressure; sodium

---

PREVIOUS STUDIES HAVE examined the effects of short-term infusions of arginine vasopressin (AVP) on the fetal cardiovascular system, renal function, lung liquid, and sodium balance (6, 12, 16, 21, 31). However, an event causing release of AVP in utero might be sustained, as in inadequate placental function, or be regularly repeated, as in intermittent cord occlusion. Therefore, in this study we examined the effects of an infusion of AVP for 3 days.

Others have examined the effects of a 3-day infusion of AVP on the composition of amniotic fluid and found that amniotic fluid osmolality and sodium and potassium concentrations increase (22). Our aim was to determine whether the cardiovascular, renal, and lung liquid effects observed when AVP was infused acutely and the lack of effects of AVP on net sodium balance (6) were maintained when elevated levels of AVP were sustained for a longer period. Because most sodium is contained extracellularly, we used fetal extracellular volume (ECV) and fetal plasma sodium concentration as indicators of sodium balance. The results of the AVP infusion were also compared with those obtained when saline was infused.

## METHODS

All procedures and protocols were approved by the Animal Care and Ethics Committee, University of New South Wales.

Studies were conducted in eight fetal sheep aged 121–136 days.

*Surgical preparation.* Ewes were anesthetized with 1.5 g of sodium thiopentone (Pentothal; Abbott, Kurnell, New South Wales, Australia) intravenously and then intubated and maintained with 2–3% halothane (Fluothane; ICI, Macclesfield, Cheshire, UK) in oxygen. As previously described (18), catheters were placed into a carotid artery and jugular vein of the ewe, and in the fetus the esophagus was ligated and catheters were inserted into a femoral artery, both tarsal veins, the bladder, the trachea, and the amniotic cavity. The tracheal catheter was connected via a T piece to an intrauterine bag into which lung liquid collected when it was not being drained to the exterior (18). Procaine penicillin (600 mg) and dihydrostreptomycin sulfate (750 mg, Hydropen; Bomac Laboratories, Asquith, New South Wales, Australia) were administered intramuscularly to the ewe and into the amniotic cavity at the end of surgery and into the amniotic cavity on the following 2 days.

*Animal care.* Ewes were housed in metabolic cages. They had free access to water and ate lucerne chaff and oats. Each day the lung liquid contained in the intrauterine bag was drained under gravity and discarded and the vascular catheters were flushed with heparinized saline (100 U/ml). At least 6 days were allowed for recovery from surgery before experimentation.

*Experimental protocol.* On the first experimental day (*day 0*) the fetal bladder and lung liquid catheters were drained under gravity for at least 40 min, and samples of fetal urine, lung liquid, and fetal and maternal plasma were taken so that their background radioactivities could be measured. The ewe and the fetus were given lithium chloride intravenously (150 and 250 µmol/kg, respectively). At a known time ($t = 0$), the fetus was given weighed loading doses of [$^3$H]inulin (3.6 µCi/kg; Amersham Laboratories, Buckinghamshire, UK) and [$^{14}$C]mannitol (1.8–3.6 µCi/kg; Amersham) mixed together in 0.15 M saline (4 ml). Within 2 min a continuous infusion of [$^3$H]inulin (0.6 µCi·kg$^{-1}$·h$^{-1}$), [$^{14}$C]mannitol (0.6 µCi·kg$^{-1}$·h$^{-1}$), and lithium chloride (10 µmol·kg$^{-1}$·h$^{-1}$) contained in 0.15 M saline was commenced at 0.95 ml/h and continued for the remainder of the experiment. The total time of infusion and the weight of the solution that was infused were measured.

Fetal urine and lung liquid samples were collected every 30 min for 6 h. Fetal (3.5–4.0 ml) and maternal (4 ml) blood samples were taken at the end of every other 30-min collection period and replaced with equal volumes of heparinized saline (100 U/ml). Amniotic pressure and maternal and fetal arterial pressures and heart rates were monitored by using pressure transducers (Bell & Howell, Pasadena, CA) and a polygraph (model 7 or 79D; Grass Instrument, Quincy, MA).

Data obtained in the first six collection periods on *day 0* were averaged and served as a control. During the 7th–12th collection periods on *day 0*, the fetus was infused with either 0.15 M saline at 1.9 ml/h or AVP (vasopressin, grade V; Sigma, St. Louis, MO) at 45 mU·kg$^{-1}$·h$^{-1}$ in the same volume of saline. Because the maximum effect of AVP was observed in the later collection periods, data collected in the first 1.5 h of either infusion are not reported here. Data collected during

PAR-VASO-0007422

the second 1.5 h of these infusions (i.e., collection periods 10–12) were averaged and will be referred to as acute saline and acute AVP, respectively.

After 3 h, the saline infusion rate was reduced to 0.66 ml/h and continued for 3 days. This reduced flow rate minimized the volume load to the fetus and meant that the infusion needed to be replaced only once per day. Similarly, although AVP continued to be infused at $45 \text{ mU} \cdot \text{kg}^{-1} \cdot \text{h}^{-1}$ for 3 days, the concentration of AVP in the infusion was increased so that the fetus was infused with only 0.66 ml/h. All infusions were prepared freshly each day, but the dose of AVP was not increased for anticipated fetal growth during the 3-day period.

During infusion of saline at 0.66 ml/h, no measurements were made until the end of 3 days of infusion when a 3-h experiment (day 3 saline) was conducted using the procedures described for the control (day 0) experiment above. During infusion of AVP, some variables were measured at the end of each day of infusion. At the end of day 1 and day 2 of AVP, after drainage of residual urine and lung liquid from the bladder and tracheal catheters, respectively, urine and lung liquid were collected for 30 min. As well, samples (2 ml) were taken of fetal and maternal blood. At the end of 3 days of infusion of AVP, a 3-h experiment (day 3 AVP) was conducted using the procedures described for the control experiment.

To minimize the number of animals required, seven of eight fetuses underwent both infusions. When this occurred, the 3-h period at the end of the saline infusion (day 3 saline) doubled as the control period of day 0 for the AVP experiment.

*Measurement of fetal ECV.* ECV was measured by indicator dilution technique by using both [$^3$H]inulin and [$^{14}$C]mannitol. The methodology, $V_d$ extrapolation, we previously described in detail (7). In brief, fetuses received both indicators together in a loading dose followed by a continuous infusion (see above). The weights of the loading dose and infusion were known and a 1-ml aliquot of each was diluted to 100 ml and counted as described below. Throughout the experiment all indicator removed from the fetus in urine, lung liquid, and fetal plasma samples was measured. At 1, 2, and 3 h the total counts injected into the fetus by time $t$ ($C_{\text{injt}}$) and the total counts removed from the fetus by time $t$ ($C_{\text{lostt}}$) were determined. The volume of distribution ($V_{dt}$) of each isotope at 1, 2, and 3 h was calculated as ($C_{\text{injt}} - C_{\text{lostt}})/C_{\text{plt}}$, where $C_{\text{plt}}$ is the counts in 1 ml of fetal plasma at time $t$. Regression lines were computed for $V_{dt}$ against time to determine the $V_d$ at $t = 0$. ECV was calculated as the mean of the $V_d$ for inulin and the $V_d$ for mannitol at $t = 0$. Interstitial volume was calculated as ECV minus plasma volume.

Before counting, all samples (diluted loading dose, diluted infusion, plasma, urine, and lung liquid) were treated with trichloroacetic acid to ensure equal quenching. Samples of fetal urine, lung liquid, and plasma were taken before injection of the loading dose of [$^3$H]inulin and [$^{14}$C]mannitol. This was so that when determining $C_{\text{lostt}}$ and $C_{pt}$ any radioactivity in these fluids due to the $^{51}$Cr used to label fetal red cells (see below) or that which remained from previous injections of [$^3$H]inulin and [$^{14}$C]mannitol could be subtracted. $^3$H and $^{14}$C were counted on a Packard Tri-Carb liquid scintillation counter (model 300CD or 1900TR; Packard, Meriden, CT).

Although others have reported that some batches of [$^3$H]inulin (Amersham) have low molecular weight decomposition products, we did not observe the progressive decrease in apparent glomerular filtration rate that occurs with this problem (26). Furthermore, we have no evidence that either [$^3$H]inulin or [$^{14}$C]mannitol is metabolized in fetal sheep (7).

*Measurement of blood volume (BV).* BV was measured by indicator dilution technique using $^{51}$Cr-labeled fetal red blood cells. The cells were labeled with 20–50 µCi of $^{51}$Cr-labeled sodium chromate (Amersham Laboratories) and injected into the fetus on the evening before an experiment. These procedures have previously been described in detail (7). Because $^{51}$Cr elutes off fetal red cells, absolute BV was measured 1 h later rather than on the morning of the experiment (7). Because each fetus received up to three injections of labeled red blood cells, 1 ml of blood was taken before the second and third injections to enable correction to be made for radioactivity remaining from previous injections. Counting of $^{51}$Cr was not affected by the presence of $^3$H or $^{14}$C in the plasma. Plasma volume was calculated as BV * (100 − hematocrit)/100. Red blood cell volume was calculated as BV * hematocrit/100.

*Measurement of blood flows.* To measure blood flows in the AVP experiments, radioactive microspheres (15 µm diameter; NEN-TRAC, DuPont, Sydney, Australia) were injected just before the control period, after 3 h of AVP, and after 3 days of AVP. Each time ~2.4 million microspheres labeled with either $^{46}$Sc, $^{103}$Ru, $^{113}$Sn, or $^{141}$Ce suspended in 0.15 M saline containing 0.01–0.02% Tween 80 (DuPont) were injected into a fetal tarsal vein catheter and flushed in with 6 ml of 0.15 M saline. To provide a reference sample, blood was withdrawn from the femoral artery catheter (dead space 1 ml) at 1.67 ± 0.02 ml/min ($n = 20$) into a preweighed heparinized syringe. Withdrawal commenced before the microspheres were injected and continued for 3 min after injection was complete. The volume of the reference sample was calculated by dividing the mass of blood withdrawn by the specific gravity of blood (1.05 g/ml). The total withdrawal time was monitored with a stopwatch.

At postmortem, the kidneys, placenta, and membranes were removed and weighed. The radioactivities in tissues and reference samples were counted on a Packard Auto Gamma counter (model 5650; Packard Instrument, Downers Grove, IL). An IBM-compatible personal computer and Microsoft Excel were used to calculate the activity of each individual isotope (including $^{51}$Cr used for BV measurements) in each sample. The mean percentage of difference between right and left renal blood flows was $4.0 ± 0.7\%$ ($n = 20$), which indicates adequate mixing of spheres within the cardiac output (9). Vascular resistances were calculated as mean arterial pressure (mmHg)/blood flow ($\text{ml} \cdot \text{min}^{-1} \cdot \text{g}^{-1}$).

*Biochemical analysis.* Arterial blood gases and pH at 39.5°C were determined by using a Ciba–Corning blood gas system (model 288; Medfield, MA). Plasma bicarbonate concentration was calculated by using a modified Henderson-Hasselbalch equation (1). Hematocrit was measured in duplicate by using a hematocrit centrifuge and reader (Hettich, Tuttlingen, Germany). The remaining blood was centrifuged at 1,000 $g$ for 10 min. Plasma, urine, and lung liquid samples were stored at −20°C.

A flame photometer (model FLM 3; Radiometer, Copenhagen, Denmark) was used to measure sodium and potassium levels and a chloride titrator (model CMT 10; Radiometer) was used to measure chloride levels. Osmolality was measured by freezing point depression by using a Fiske One-Ten osmometer (Needham Heights, MA). Fetal plasma AVP levels at the end of the AVP infusion were measured by radioimmunoassay by using methods described by Horne et al. (10).

Glomerular filtration rate (GFR) was measured as the clearance of [$^3$H]inulin. The fractional reabsorption of sodium by the proximal tubule ($FR_{Na}P$) was calculated from the formula: 1 − clearance of lithium/GFR. The fractional reabsorption of sodium by the distal tubule ($FR_{Na}D$) was calculated from the formula: clearance of lithium/GFR − clearance of sodium/GFR (17). Lithium concentrations were measured

by using a Perkin-Elmer 272 atomic absorption spectrometer (Norwalk, CT).

*Analysis of data.* At the time of the experiment, fetal body weight was estimated (BWE$_{est}$) from gestational age by using a formula derived from postmortem weights and ages of 84 fetuses in this laboratory (7). This formula was also used to determine the expected weight at death (BWD$_{est}$). For analysis of data, body weight at the time of the experiment (BWE) was calculated by multiplying the measured weight at death (BWD) by the ratio BWE$_{est}$/BWD$_{est}$ (18).

Unless otherwise stated, results are expressed as means ± SE with $n = 8$ for the saline infusion and $n = 7$ for the AVP infusion. Calculations and statistics were computed by using an IBM-compatible personal computer and Statistical Package for the Social Sciences (SPSS/PC; SPSS, Chicago, IL). To determine whether there was a difference in the response to AVP compared with saline, the results of the three time periods that were studied in both infusions (i.e., control, acute, and *day 3*) for the seven fetuses that underwent both infusions were analyzed by three-factor analysis of variance, the three factors being animal, type of infusion, and period. A difference in response was determined as a significant $F$ value ($P < 0.05$) for either type of infusion or for the interaction between type of infusion and period. If this occurred, results for each infusion were analyzed separately by two-way analysis of variance, the two factors being animal (8 animals for saline and 7 animals for AVP) and period (control, acute, and *day 3* for saline and control, acute, *day 1, day 2*, and *day 3* for AVP). If there was a significant $F$ value for period, Newman-Keuls test was used to determine which means were different. When only two periods were studied, they were compared by using a paired Student's $t$-test.

**RESULTS**

Fetal age was 126 ± 1 and 130 ± 2 days at the beginning of the saline and AVP infusions, respectively. By using urinary osmolality as an indicator, AVP levels were low at the beginning of these infusions (urinary osmolalities were 137 ± 11 and 174 ± 34 mosmol/kg). On *day 3* of saline, urinary osmolality was not changed (196 ± 36 mosmol/kg, not significant), whereas on *day 3* of AVP, urinary osmolality was 426 ± 30 mosmol/kg ($P < 0.005$) and fetal plasma AVP levels were 660 ± 156 pg/ml.

*Maternal Variables*

There were no differences in maternal arterial pressure, heart rate, hematocrit, oxygen, and carbon dioxide tensions, plasma osmolality, or plasma concentrations of sodium, chloride, or bicarbonate between the two infusions. Although by three-factor analysis of variance maternal arterial pH ($P < 0.05$) and plasma potassium levels ($P < 0.05$) differed between the two infusions, no differences were detected by two-factor analysis of variance for these variables.

*Fetal Variables*

*Cardiovascular (Table 1).* Fetal arterial pressure and heart rate responses to the two infusions differed ($P < 0.001$). On *day 3* of AVP, fetal arterial pressures (systolic, diastolic, and mean) were higher than during control but lower than during acute infusion. Pulse

Table 1. *Fetal cardiovascular parameters during infusion of arginine vasopressin*

|  | Control | Acute AVP | Day 3 AVP |
|---|---|---|---|
| SP, mmHg | 57 ± 1 | 79 ± 2* | 67 ± 2*† |
| DP, mmHg | 36 ± 1 | 52 ± 2* | 41 ± 2*† |
| MP, mmHg | 44 ± 1 | 61 ± 2* | 51 ± 2*† |
| PP, mmHg | 21 ± 1 | 27 ± 1* | 26 ± 1* |
| HR, beats/min | 177 ± 5 | 130 ± 5* | 167 ± 5† |
| Plac BF, ml/min | 575 ± 70 | 696 ± 77 (6) | 417 ± 53† |
| Memb BF, ml/min | 61 ± 9 | 20 ± 3* (6) | 37 ± 8* |
| RBF, ml/min | 51 ± 5 | 44 ± 2 (6) | 64 ± 10 |
| Plac Res, mmHg·ml⁻¹·min·g | 20 ± 4 | 23 ± 4 (6) | 31 ± 5* |
| Memb Res, mmHg·ml⁻¹·min·g | 202 ± 29 | 840 ± 63* (6) | 408 ± 66*† |
| Kid Res, mmHg·ml⁻¹·min·g | 20 ± 1 | 31 ± 2* (6) | 21 ± 3† |

Values are means ± SE, with $n = 7$ unless otherwise stated in parentheses. AVP, arginine vasopressin; SP, systolic pressure; DP, diastolic pressure; MP, mean pressure; PP, pulse pressure; HR, heart rate; Plac BF, placental blood flow; Memb BF, membrane blood flow; RBF, renal blood flow; Plac Res, placental vascular resistance; Memb Res, membrane vascular resistance; Kid Res, kidney vascular resistance. By Newman-Keuls test: *$P < 0.05$ compared with control; †$P < 0.05$ compared with acute AVP.

pressure was higher than control but similar during acute infusion. Heart rate was similar to control, although it was slower during acute infusion (Table 1). On *day 3* of saline, there were small rises in systolic pressure compared with control (57 ± 1 and 54 ± 1 mmHg, $P < 0.05$), in pulse pressure compared with control (21 ± 1 and 19 ± 1, $P < 0.005$), and acute saline (20 ± 1, $P < 0.05$). There were no changes in diastolic pressure, mean pressure, or heart rate.

Fetal blood flows were measured during AVP infusions only. On *day 3* of AVP, placental blood flow was lower than during acute AVP ($P < 0.01$); it was also lower than control in five of seven fetuses (not significant). Placental vascular resistance on *day 3* was higher than control (Table 1). Membrane blood flow on *day 3* was similar during acute AVP; both were lower than control ($P \leq 0.05$; Table 1). Membrane vascular resistance was higher than control both acutely and on *day 3;* however, it was lower on *day 3* than it was acutely (Table 1). On *day 3* of AVP, renal blood flow was higher than control in six of seven fetuses (not significant) and higher than during acute AVP in five of six fetuses (not significant). Kidney vascular resistance increased acutely with AVP ($P < 0.05$) but fell again and was similar to control by *day 3*.

*Arterial blood gases.* Fetal arterial pH and oxygen tensions differed between the two infusions ($P < 0.005$). Fetal arterial pH fell during the acute infusion of AVP (7.317 ± 0.008, $P < 0.001$) but was similar to control (7.360 ± 0.009) on *days 1, 2,* and *3* (7.374 ± 0.009, 7.355 ± 0.011, and 7.353 ± 0.014, respectively). Oxygen tension rose with acute AVP infusion (23 ± 1 mmHg, $P < 0.005$); however, it then fell and was lower than control (20 ± 1) on *day 2* (17 ± 1, $P < 0.05$) and *day 3* (17 ± 1, $P < 0.05$).

During the saline infusion, there was no change in pH. Oxygen tension was lower on *day 3* (19 ± 1 mmHg) than it was during control (22 ± 1, $P < 0.005$) or acute saline (21 ± 1, $P < 0.005$).

Table 2. *Renal function during infusion of AVP*

| | Control | Acute AVP | *Day 1* AVP | *Day 2* AVP | *Day 3* AVP |
|---|---|---|---|---|---|
| Flow, ml/min | $0.31 \pm 0.06$ | $0.76 \pm 0.14^*$ | $0.24 \pm 0.03$ | $0.18 \pm 0.04\dagger$ | $0.18 \pm 0.05\dagger$ |
| $U_{osm}$, mosmol/kg | $174 \pm 34$ | $320 \pm 17^*$ | $402 \pm 15^*\dagger$ | $430 \pm 28^*\dagger$ | $426 \pm 30^*\dagger$ |
| $C_{H_2O}$, ml/min | $0.14 \pm 0.06$ | $-0.05 \pm 0.03^*$ | $-0.10 \pm 0.01^*$ | $-0.08 \pm 0.01^*$ | $-0.07 \pm 0.01^*$ |
| $U_{Na}V$, $\mu$mol/min | $9 \pm 1$ | $90 \pm 16^*$ | $30 \pm 5\dagger$ | $18 \pm 3\dagger$ | $19 \pm 5\dagger$ |
| $U_KV$, $\mu$mol/min | $2.3 \pm 0.6$ | $9.2 \pm 1.3^*$ | $5.7 \pm 0.8^*$ | $6.0 \pm 1.4^*$ | $6.9 \pm 2.4^*$ |
| $U_{Cl}V$, $\mu$mol/min | $4 \pm 0.6$ | $76 \pm 13^*$ | $20 \pm 4\dagger$ | $11 \pm 4\dagger$ | $11 \pm 5\dagger$ |
| $U_{Osm}V$, $\mu$osmol/min | $44 \pm 3$ | $229 \pm 35^*$ | $95 \pm 11\dagger$ | $72 \pm 12\dagger$ | $72 \pm 16\dagger$ |

Values are means $\pm$ SE with $n = 7$. Flow, urine flow rate; $U_{osm}$, urinary osmolality; $C_{H_2O}$, free water clearance; $U_{Na}V$, urinary excretion rate of sodium; $U_KV$, urinary excretion rate of potassium; $U_{Cl}V$, urinary excretion rate of chloride; $U_{Osm}V$, urinary excretion rate of osmoles. By Newman-Keuls test: $^*P < 0.05$ compared with control; $\dagger P < 0.05$ compared with acute AVP.

There was no difference in carbon dioxide tensions between the two infusions. Control values were $56 \pm 1$ mmHg for AVP and $55 \pm 1$ mmHg for saline.

*Plasma osmolality and electrolytes.* Fetal plasma concentrations of sodium ($P < 0.05$), chloride ($P < 0.05$), potassium ($P < 0.05$), and bicarbonate ($P < 0.005$) differed between the two infusions. When AVP was infused, there were no changes in fetal plasma concentrations of sodium or chloride from control values of $146 \pm 2$ and $106 \pm 1$ mmol/l, respectively. Plasma potassium was higher during acute AVP ($4.12 \pm 0.12$ mmol/l) than on *day 1* of infusion ($3.51 \pm 0.15$, $P < 0.005$). However, all periods (acute, *day 1, day 2,* and *day 3*) were similar to control ($3.81 \pm 0.16$). Fetal plasma bicarbonate was low during acute infusion ($26.1 \pm 0.5$ mmol/l, $P < 0.001$) but in all other periods it was similar to control ($30.4 \pm 0.6$).

When saline was infused, fetal plasma chloride concentrations did not change but plasma sodium was lower on *day 3* ($147 \pm 2$ mmol/l) than during acute infusion ($149 \pm 1$, $P < 0.01$). Fetal plasma potassium was higher on *day 3* ($3.84 \pm 0.14$ mmol/l) than in control ($3.58 \pm 0.13$, $P < 0.001$) or acute infusion ($3.60 \pm 0.13$, $P < 0.001$). Fetal plasma bicarbonate was lower during acute infusion ($29.3 \pm 0.5$, $n = 7$) than in control ($30.3 \pm 0.5$, $P < 0.01$) or on *day 3* ($30.3 \pm 0.5$ mmol/l, $n = 7$, $P < 0.005$).

There were no differences in fetal plasma osmolality between the two infusions. Control values were $282 \pm 1$ and $283 \pm 1$ mosmol/kg for AVP and saline, respectively.

*Body fluid compartments.* Fetal fluid volumes expressed per kilogram of weight (ECV, interstitial volume, BV, plasma volume, and red blood cell volume), as well as the hematocrit and the plasma-to-interstitial volume ratio differed between the two infusions ($P = 0.002$, $P < 0.005$, $P < 0.02$, $P < 0.05$, $P < 0.01$, $P < 0.01$, and $P < 0.05$, respectively). When AVP was infused, ECV/kg fell from $588 \pm 28$ in control to $493 \pm 29$ ml/kg on *day 3* ($P < 0.002$) and calculated interstitial volume/kg fell from $500 \pm 26$ to $410 \pm 25$ ml/kg ($P < 0.001$). Although BV/kg, plasma volume/kg, and red blood cell volume/kg fell in six of the seven fetuses, these decreases were not significant (control values $139 \pm 7$, $88 \pm 4$, and $50 \pm 6$ ml/kg, respectively; *day 3* values $131 \pm 8$, $83 \pm 5$, and $48 \pm 6$ ml/kg). There was no change in hematocrit (control $36 \pm 2\%$ and *day 3* $36 \pm 3\%$). The plasma-to-interstitial volume ratio rose from $0.18 \pm 0.01$ in control to $0.21 \pm 0.01$ on *day 3* ($P = 0.001$).

When saline was infused, there were no changes in ECV/kg, interstitial volume/kg, BV/kg, plasma volume/kg, or red blood cell volume/kg (control values $628 \pm 18$, $538 \pm 18$, $139 \pm 8$, $91 \pm 3$, and $49 \pm 5$ ml/kg; *day 3* $601 \pm 27$, $514 \pm 27$, $136 \pm 7$, $87 \pm 4$, and $49 \pm 5$ ml/kg). There was no change in either hematocrit (control $34 \pm 2\%$ and *day 3* $36 \pm 2\%$) or the plasma-to-interstitial volume ratio (control $0.17 \pm 0.01$ and *day 3* $0.17 \pm 0.01$).

*Renal function.* There were significant differences between the two infusions in the following: urine flow ($P < 0.02$), excretion rates of sodium ($P < 0.001$), potassium ($P = 0.002$), chloride ($P < 0.001$), and osmoles ($P < 0.001$), urinary osmolality ($P < 0.005$), free water clearance ($P < 0.001$), GFR ($P < 0.001$), filtered load of sodium ($P = 0.001$), potassium ($P < 0.005$), and chloride ($P = 0.001$), reabsorption and fractional reabsorption of sodium ($P = 0.002$ and $P = 0.001$) and chloride ($P = 0.002$ and $P < 0.001$), fractional reabsorption of potassium ($P < 0.001$), absolute reabsorption of sodium by the proximal tubule and $FR_{Na}P$ ($P < 0.02$ and $P < 0.001$) and absolute reabsorption of sodium by the distal tubule and $FR_{Na}D$ ($P < 0.001$ and $P = 0.001$), and the delivery of sodium to the distal tubule ($P < 0.001$).

Urine flow and the excretion rates of sodium, potassium, chloride, and osmoles increased during acute AVP but returned to levels similar to control by *day 1* (Table 2). Urinary osmolality also increased during acute AVP but it was even higher on *day 1* and remained elevated. Free water clearance became negative during acute AVP and remained at similar negative levels (Table 2).

GFR rose during acute AVP and remained elevated (Table 3). Thus the filtered loads of sodium, potassium, and chloride increased and remained elevated ($P < 0.005$). However, acutely, there were no changes in the amounts of these electrolytes reabsorbed and therefore fractional reabsorption rates fell (Table 3). In particular, $FR_{Na}P$ fell. Because sodium delivery to the distal tubule decreased (control $162 \pm 20$ and acute $400 \pm 44$ $\mu$mol/min, $P < 0.001$), absolute reabsorption of sodium by the distal tubule and $FR_{Na}D$ increased (Table 3).

By *day 3* of AVP, the amounts of sodium and chloride reabsorbed by the tubules had increased, so fractional reabsorption rates returned to levels similar to control (Table 3). Fractional reabsorption of potassium was

Table 3. *Renal function during AVP experiments*

| | Control | Acute AVP | *Day 3 AVP* |
|---|---|---|---|
| GFR, ml/min | $2.78 \pm 0.32$ | $3.93 \pm 0.35*$ | $4.18 \pm 0.47*$ |
| $R_{Na}$, μmol/min | $398 \pm 48$ | $479 \pm 53$ | $576 \pm 63*\dagger$ |
| $FR_{Na}$, % | $97.7 \pm 0.2$ | $83.4 \pm 3.5*$ | $97.2 \pm 0.4\dagger$ |
| $R_K$, μmol/min | $8.2 \pm 1.4$ | $7.2 \pm 2.3$ | $9.3 \pm 1.6$ |
| $FR_K$, % | $75.4 \pm 8.1$ | $39.9 \pm 9.2*$ | $61.1 \pm 8.1\dagger$ |
| $R_{Cl}$, μmol/min | $291 \pm 36$ | $344 \pm 42$ | $416 \pm 45*\dagger$ |
| $FR_{Cl}$, % | $98.4 \pm 0.4$ | $81.0 \pm 3.8*$ | $98.0 \pm 0.6\dagger$ |
| $R_{Na}P$, μmol/min | $245 \pm 29$ | $169 \pm 50$ | $306 \pm 27\dagger$ |
| $FR_{Na}P$, % | $60.0 \pm 1.3$ | $28.2 \pm 6.4*$ | $53.7 \pm 5.0\dagger$ |
| $R_{Na}D$, μmol/min | $153 \pm 20$ | $310 \pm 35*$ | $271 \pm 52*$ |
| $FR_{Na}D$, % | $37.6 \pm 1.5$ | $55.2 \pm 4.5*$ | $43.5 \pm 4.8\dagger$ |

Values are means $\pm$ SE with $n = 7$. GFR, fetal glomerular filtration rate; $R_{Na}$, reabsorption of sodium; $FR_{Na}$, fractional reabsorption of sodium; $R_K$, reabsorption of potassium; $FR_K$, fractional reabsorption of potassium; $R_{Cl}$, reabsorption of chloride; $FR_{Cl}$, fractional reabsorption of chloride; $R_{Na}P$, reabsorption of sodium by proximal tubules; $FR_{Na}P$, fractional reabsorption of sodium by proximal tubules; $R_{Na}D$, reabsorption of sodium by distal tubules; $FR_{Na}D$, fractional reabsorption of sodium by distal tubules. By Newman-Keuls test: $*P < 0.05$ compared with control; $\dagger P < 0.05$ compared with acute AVP.

also similar to control. The increase in sodium reabsorption occurred primarily in the proximal tubule. Thus by *day 3* $FR_{Na}P$ was similar to control. Distal delivery of sodium ($289 \pm 56$ μmol/min) was lower than during acute infusion ($P < 0.01$) but higher than during control ($P < 0.005$). Similarly, $FR_{Na}D$ was lower than during acute infusion but higher than during control (Table 3).

When saline was infused, reabsorption of sodium by the proximal tubule was lower on *day 3* ($236 \pm 27$ μmol/min) than during control ($291 \pm 40$, $P < 0.01$) and acute saline ($295 \pm 40$, $P < 0.01$). $FR_{Na}P$ was also lower (*day 3* $57.0 \pm 3.2\%$, control $64.6 \pm 3.3\%$, $P < 0.05$, acute infusion $66.8 \pm 2.9\%$, $P < 0.05$). $FR_{Na}D$ was higher (*day 3* $39.9 \pm 2.6\%$, control $32.3 \pm 2.5\%$, $P < 0.005$, acute infusion $30.7 \pm 2.4\%$, $P < 0.01$). Total sodium reabsorption and total fractional sodium reabsorption did not change. They were $427 \pm 42$, $423 \pm 44$, and $403 \pm 42$ μmol/min and $96.8 \pm 1.0$, $97.5 \pm 0.7$, and $96.9 \pm 0.8\%$ in control, acute saline, and on *day 3* of saline, respectively. There were no changes in any other aspects of renal function.

*Lung liquid.* There were no significant differences between the two experiments in lung liquid flow rate and the excretion rates of electrolytes in lung liquid. Control values for the AVP and saline experiments, respectively, were flow $0.22 \pm 0.03$ and $0.17 \pm 0.03$ ml/min, sodium excretion $33 \pm 5$ and $26 \pm 4$ μmol/min, potassium excretion $1.1 \pm 0.2$ and $0.69 \pm 0.09$ μmol/min, chloride excretion $33 \pm 5$ and $26 \pm 4$ μmol/min, osmolar excretion $65 \pm 9$ and $50 \pm 7$ μosmol/min.

## DISCUSSION

The dose of AVP ($45$ mU$\cdot$kg$^{-1}\cdot$h$^{-1}$) was chosen to achieve plasma levels similar to those caused by hemorrhage or hypoxemia in fetal sheep (21, 24). However, the AVP levels measured on *day 3* of the AVP infusion ($660 \pm 156$ pg/ml or $287 \pm 68$ μU/ml) were much higher than would be anticipated from the published clearance data ($\sim35$ μU/ml; Refs. 21, 24). Furthermore, although the infusion rate was less than one-sixth of that used by

Wallace et al. (33), the resulting plasma levels were similar ($849 \pm 75$ pg/ml).

Possibly this discrepancy between measured and expected AVP levels results from the longer duration of infusion of AVP in this study. In the other studies the infusions lasted for $\leq2$ h instead of 3 days. If there was a small difference between the real and expected clearance rates of AVP, this difference would be magnified over a longer infusion. Consequently, the plasma AVP levels may have increased progressively during this study. As well, the high levels may be due to the intramembranous absorption of AVP excreted unchanged in fetal urine (8). In addition, if the placenta is a major route of AVP clearance (21), the reduction in placental blood flow during infusion of AVP may have reduced AVP clearance. Finally, endogenous AVP release may have been stimulated during the study, therefore adding to the plasma levels achieved by exogenous infusion.

It is unlikely that the high AVP levels on *day 3* were due to elevated endogenous fetal AVP levels before commencement of the infusion. Although control AVP levels were not measured, urinary osmolality is a very sensitive indicator of AVP levels in the fetus (34, 35), and control urinary osmolalities in both the saline and AVP groups of fetuses were not elevated. Furthermore, in the AVP group there was no relationship between urinary osmolality during the control period and fetal plasma AVP levels at the end of the infusion.

The presence of high plasma AVP levels on *day 3* of the AVP infusion indicates that the reversal of many of the effects seen when AVP was infused acutely (e.g., the bradycardia, acidemia, and the failure of glomerulotubular balance) cannot be attributed to inadequate plasma levels of AVP. Instead, it suggests that the fetus may have been able to compensate for the inappropriately high AVP levels.

The degree of reversal varied considerably. For example, after 3 days of infusion of AVP, although arterial pressure had fallen slightly, it remained above control levels, whereas heart rate returned to control levels. This dissociation between heart rate and arterial pressure supports the suggestion that the bradycardia associated with AVP is not merely a baroreflex response but due to a central effect of AVP on $V_{1b}$ receptors to alter vagal outflow (3), although it is also possible that the baroreceptors were reset at a lower level.

The reduction in arterial pressure by *day 3* of AVP was consistent with the data of Ross et al. (22). It suggested that the fetal vasculature became less sensitive to $V_1$-mediated vasoconstriction when AVP levels were continuously elevated (22). This may have been due to downregulation of $V_1$ receptors, although in response to elevated AVP levels caused by 72 h of dehydration there was no downregulation of $V_2$ receptors in the fetal renal medulla (15). Alternatively, the reduction in arterial pressure may have reflected other hormonal changes. For instance, AVP decreases plasma renin activity in the fetus (21, 31) and may increase atrial natriuretic peptide levels (2).

In contrast to arterial pressure and membrane vascular resistance, both of which were lower on *day 3* of AVP than with acute infusion, cotyledonary vascular resistance was higher. Thus the placental vasculature, which during acute infusion was relatively insensitive (12), increased its sensitivity to AVP. A similar increase in placental sensitivity occurred when another vasoactive peptide, angiotensin II, was infused for 3–5 days, possibly because the production of vasoconstrictor prostaglandins was stimulated (28). The differential effect of AVP on the placental versus the fetal systemic vascular beds with the increased duration of infusion suggests that although high levels of AVP have adaptive value for the fetus in the short term, when high levels are sustained this stress hormone may be detrimental to fetal health.

GFR was similar during acute AVP and on *day 3* of AVP. Because arterial pressure fell during this time, it is probable the fall that occurred in renal vascular resistance was predominantly at the level of the afferent rather than efferent arteriole. Also, the reduction in urine flow rate from *day 1* onward may have caused a reduction in hydrostatic pressure in the tubule and thus helped maintain GFR at high levels (11).

Not surprisingly, urinary osmolality, which rose with acute infusion, increased further on *day 1* of infusion and remained elevated. This is consistent with the finding that $V_2$ receptors are not downregulated by high AVP levels in fetal sheep (15). The urinary osmolalities achieved (highest values were 566 and 515 mosmol/kg) were similar to previously reported highest urinary osmolalities in fetal sheep (16, 21, 35).

Although the high GFR seen with acute AVP continued to *day 3* of AVP, the sodium, chloride, and osmolar excretion rates returned to control levels. Thus the reabsorptive capacity of the tubules must have increased. This increase occurred primarily in the proximal tubule. The increase in absolute proximal sodium reabsorption seen with AVP was much greater than could be explained by gestation alone (17).

Several factors might explain the increase in proximal reabsorption by *day 3* of AVP. One is the reduction in arterial pressure (compared with acute infusion). This would have both increased the proportion of glomerular filtration occurring in juxtamedullary nephrons, which are more mature and able to reabsorb more sodium (13, 27), and decreased any effect of arterial pressure on sodium excretion (pressure natriuresis). Second, the fall in ECV/kg could have enhanced proximal reabsorption via effects on bicarbonate reabsorption (20). Third, increased cortisol levels could contribute. AVP stimulates cortisol release in fetal sheep (5) and glucocorticoids stimulate Na-K-ATPase pump activity in developing proximal tubules (25). Finally, because it is usual in the developing kidney for tubular reabsorptive capacity to lag behind glomerular filtration (13, 27), we speculate that the presence of a high filtered load with AVP may have hastened the maturation of tubular reabsorption. Development of the proximal tubule is accelerated in rat pups when tubular load is increased after maternal uninephrectomy (20). Of course, if the increase in proximal reabsorption was purely because of prolonged delivery of large amounts of sodium to the proximal tubular cells, then the increased reabsorption could not be considered to be a direct effect of AVP. AVP has been reported to increase sodium reabsorption in a number of nephron segments in adult animals, but primarily in distal rather than proximal segments (32).

Doubt exists as to the validity of using lithium as a marker for proximal tubular function when levels of AVP are high because lithium may be reabsorbed at amiloride-sensitive sites beyond the proximal tubule (14). Distal reabsorption of lithium is more likely to occur if plasma lithium levels are high and the animals are excreting <0.4% of the filtered load tubule (14, 29). On *day 3* of AVP, plasma lithium levels ranged from 0.21 to 0.47 mmol/l and the fractional excretion of sodium ranged from 1.5 to 4.8%; therefore significant distal reabsorption was unlikely. However, we cannot exclude the possibility that the apparently high proximal reabsorption of sodium on *day 3* is an overestimate. It should be emphasized here that there is no doubt that total reabsorption of sodium increased; the only question is the extent that this increase was proximal versus distal. The magnitude of the apparent increase in $FR_{Na}P$ (from 28 to 54%) makes it likely that most of this increase occurred in the proximal tubule.

When we studied the effects of a 3-h infusion of AVP, we examined BV and plasma sodium levels as indexes of net sodium balance and found that these remained normal, despite an increase in total sodium excretion of ~83 µmol/min (6). The longer duration of this study meant that we could also examine the effects of AVP infusion on ECV/kg. By *day 3* of AVP, ECV/kg had declined by ~16%. The rise in the plasma-to-interstitial volume ratio indicates that this fall was primarily due to the fall in interstitial fluid with relative sparing of the plasma compartment. Interstitial volume/kg gradually falls as weight increases in fetal sheep (7). However, over the 3 days of infusion this would only explain ~15 ml/kg of the 90 ml/kg decrease.

A rise in the plasma-to-interstitial volume ratio could occur if there was a decrease in capillary hydrostatic pressure, an increase in capillary oncotic pressure, or a rise in lymphatic flow during AVP infusion. We did not measure any of these variables. However, with short-term AVP infusions others have suggested that capillary hydrostatic pressure increased due to increased venous pressure (31), and plasma protein concentration did not change (21). Thus it is not obvious why interstitial volume/kg fell with AVP.

Because the size of the extracellular space is determined by the sodium content, the fall in ECV/kg suggests that a sodium deficit occurred during infusion with AVP. During the acute stage of the infusion, there were excessive urinary sodium losses that might contribute to this but note that urinary sodium excretion had returned to normal by the following day. Lung liquid secretion, which is another route of sodium loss, was not elevated at any stage. Furthermore, although we could not clearly demonstrate a difference between AVP

PAR-VASO-0007427

and saline infusions on lung liquid flow and electrolyte excretion, other studies have shown that lung liquid decreases rather than increases with AVP (6, 33).

Alternatively a sodium deficit would occur if sodium acquisition was impaired during the AVP infusion. Potentially, placental transfer of sodium may have been reduced because placental blood flow fell. As well, if venous pressure increased with AVP, the resulting increase in placental capillary hydrostatic pressure may also have reduced net transfer of sodium and water to the fetus (31). Finally, there may have been changes in placental diffusion permeability or the placental sodium reflection coefficient (4). However, if anything, a decrease in the reflection coefficient for sodium rather than an increase would be expected with AVP (30).

Blood flow to the membranes was also reduced with AVP. This potentially reduced access to sodium in the amniotic/allantoic cavities via intramembranous absorption (8). Furthermore, because the esophagus was ligated in these fetuses, they could not gain sodium by swallowing the normal 500–1,000 ml/day of amniotic fluid (23).

In summary, when AVP was infused for 3 days the high urinary osmolality, high GFR, and negative free water clearance seen during acute infusion continued but the acidemia, bradycardia, and disruption of glomerulotubular balance were reversed and the rise in blood pressure was attenuated. Placental blood flow fell and despite normal urinary and lung liquid excretion rates of sodium, by *day 3* of AVP ECV/kg had fallen and the plasma-to-interstitial volume ratio was increased. The falls in placental blood flow and ECV/kg imply that although AVP release may be beneficial in acute stress in utero, sustained high levels of this fetal stress hormone may be detrimental.

We are grateful to Dr. E. M. Wintour (Howard Florey Institute of Experimental Physiology and Medicine) for the AVP assays. We also thank Dr. A. D. Stevens and G. Ustundag for excellent assistance and R. Menzies for measuring the lithium levels.

This work was supported by the National Health and Medical Research Council (Australia). K. J. Gibson was supported by a National Health and Medical Research Council Medical Postgraduate Scholarship.

Address reprint requests to K. J. Gibson.

Received 6 December 1995; accepted in final form 15 October 1996.

## REFERENCES

1. **Armentrout, T., S. Katz, K. L. Thornburg, and J. J. Faber.** Osmotic flow through the placental barrier of chronically prepared sheep. *Am. J. Physiol.* 233 (*Heart Circ. Physiol.* 2): H466–H474, 1977.
2. **Cases, A., I. Munoz, W. Jimenez, G. Sanz, L. I. Revert, and F. Rivera-Fillat.** Arginine vasopressin infusion increases plasma levels of atrial natriuretic factor in humans. *Horm. Metab. Res.* 24: 127–129, 1992.
3. **Ervin, M. G., M. G. Ross, R. D. Leake, and D. A. Fisher.** $V_1$- and $V_2$-receptor contributions to ovine fetal renal and cardiovascular responses to vasopressin. *Am. J. Physiol.* 262 (*Regulatory Integrative Comp. Physiol.* 31): R636–R643, 1992.
4. **Faber, J. J., and D. F. Anderson.** Model study of placental water transfer and causes of fetal water disease in sheep. *Am. J. Physiol.* 258 (*Regulatory Integrative Comp. Physiol.* 27): R1257–R1270, 1990.
5. **Faucher, D. J., A. R. Laptook, C. R. Parker, J. C. Porter, and C. R. Rosenfeld.** Increased fetal secretion of ACTH and cortisol by arginine vasopressin. *Am. J. Physiol.* 254 (*Regulatory Integrative Comp. Physiol.* 23): R410–R416, 1988.
6. **Gibson, K. J., and E. R. Lumbers.** The roles of arginine vasopressin in fetal sodium balance and as a mediator of the effects of fetal "stress." *J. Dev. Physiol.* 19: 125–135, 1993.
7. **Gibson, K. J., and E. R. Lumbers.** Extracellular volume and blood volume in chronically catheterized fetal sheep. *J. Physiol. Lond.* 485: 835–844, 1995.
8. **Gilbert, W. M., C. Y. Cheung, and R. A. Brace.** Rapid intramembranous absorption into the fetal circulation of arginine vasopressin injected intraamniotically. *Am. J. Obstet. Gynecol.* 164: 1013–1020, 1991.
9. **Heymann, M. A., B. D. Payne, J. I. E. Hoffman, and A. M. Rudolf.** Blood flow measurements with radionuclide labelled particles. *Prog. Cardiovasc. Dis.* 20: 55–79, 1977.
10. **Horne, R. S. C., R. J. MacIsaac, K. M. Moritz, K. Tangalakis, and E. M. Wintour.** Effect of arginine vasopressin and parathyroid hormone-related protein on renal function in the ovine fetus. *Clin. Exp. Pharmacol. Physiol.* 20: 569–577, 1993.
11. **Ichikawa, I., and B. M. Brenner.** Evidence for glomerular actions of ADH and dibutyryl cyclic AMP in the rat. *Am. J. Physiol.* 233 (*Renal Fluid Electrolyte Physiol.* 2): F102–F117, 1977.
12. **Iwamoto, H. S., A. M. Rudolph, L. C. Keil, and M. A. Heymann.** Hemodynamic responses of the sheep fetus to vasopressin infusion. *Circ. Res.* 44: 430–436, 1979.
13. **Kleinman, L. I.** Developmental renal physiology. *Physiologist* 25: 104–110, 1982.
14. **Koomans, H. A., W. H. Boer, and E. J. D. Mees.** Evaluation of lithium clearance as a marker of proximal tubule sodium handling. *Kidney Int.* 36: 2–12, 1989.
15. **Kullama, L. K., M. G. Ross, R. Lam, R. D. Leake, M. G. Ervin, and D. A. Fisher.** Ovine maternal and fetal renal vasopressin receptor response to maternal dehydration. *Am. J. Obstet. Gynecol.* 167: 1717–1722, 1992.
16. **Lingwood, B., K. J. Hardy, I. Horacek, M. L. McPhee, B. A. Scoggins, and E. M. Wintour.** The effects of antidiuretic hormone on urine flow and composition in the chronically-cannulated ovine fetus. *Q. J. Exp. Physiol.* 63: 315–330, 1978.
17. **Lumbers, E. R., K. J. Hill, and V. J. Bennett.** Proximal and distal tubular activity in chronically catheterized fetal sheep compared with the adult. *Can. J. Physiol. Pharmacol.* 66: 697–702, 1988.
18. **Lumbers, E. R., F. G. Smith, and A. D. Stevens.** Measurement of net transplacental transfer of fluid to the fetal sheep. *J. Physiol. Lond.* 354: 289–299, 1985.
19. **Okada, T., T. Yamagishi, Y. Kiso, Y. Morikawa, and F. Sasaki.** Morphometry on proximal tubule of the kidney in rat pups from uninephrectomized mothers. *J. Vet. Med. Sci.* 57: 415–417, 1995.
20. **Purkerson, M. L., H. Lubowitz, R. W. White, and N. S. Bricker.** On the influence of extracellular fluid volume expansion on bicarbonate reabsorption in the rat. *J. Clin. Invest.* 48: 1754–1760, 1969.
21. **Robillard, J. E., and R. E. Weitzman.** Developmental aspects of the fetal renal response to exogenous vasopressin. *Am. J. Physiol.* 238 (*Renal Fluid Electrolyte Physiol.* 7): F407–F414, 1980.
22. **Ross, M. G., M. G. Ervin, R. D. Leake, and D. A. Fisher.** Amniotic fluid ionic concentration in response to chronic fetal vasopressin infusion. *Am. J. Physiol.* 249 (*Endocrinol. Metab.* 12): E287–E291, 1985.
23. **Ross, M. G., and D. Sherman.** Fetal thirst, swallowing and gastrointestinal function. In: *Fetal and Neonatal Body Fluids: The Scientific Basis for Clinical Practice*, edited by R. A. Brace, M. G. Ross, and J. E. Robillard. Ithaca, New York: Perinatology Press, 1989, p. 23–39.
24. **Rurak, D. W.** Plasma vasopressin levels during hypoxaemia and the cardiovascular effects of exogenous vasopressin in foetal and adult sheep. *J. Physiol. Lond.* 277: 341–357, 1978.
25. **Schwartz, G. J., and A. P. Evan.** Development of solute transport in rabbit proximal tubule. III. Na-K-ATPase activity.

PAR-VASO-0007428

*Am. J. Physiol.* 246 (*Renal Fluid Electrolyte Physiol.* 15): F845–F852, 1984.

26. **Shalmi, M., H. E. Lunau, J. S. Petersen, M. Bak, and S. Christensen.** Suitability of tritiated inulin for determination of glomerular filtration rate. *Am. J. Physiol.* 260 (*Renal Fluid Electrolyte Physiol.* 29): F283–F289, 1991.

27. **Spitzer, A.** The role of the kidney in sodium homeostasis during maturation. *Kidney Int.* 21: 539–545, 1982.

28. **Stevenson, K. M., and E. R. Lumbers.** Effects of angiotensin II in fetal sheep and modification of its actions by indomethacin. *J. Physiol. Lond.* 487: 147–158, 1995.

29. **Thomsen, K., N. H. Holstein-Rathlou, and P. P. Leyssac.** Comparison of three measures of proximal tubular reabsorption: lithium clearance, occlusion time, and micropuncture. *Am. J. Physiol.* 241 (*Renal Fluid Electrolyte Physiol.* 10): F348–F355, 1981.

30. **Thornburg, K. L., N. D. Binder, and J. J. Faber.** Diffusion permeability and ultrafiltration-reflection-coefficients of Na⁻ and Cl⁻ in the near term placenta of the sheep. *J. Dev. Physiol.* 1: 47–60, 1979.

31. **Tomita, H., R. A. Brace, C. Y. Cheung, and L. D. Longo.** Vasopressin dose-response effects on fetal vascular pressures, heart rate, and blood volume. *Am. J. Physiol.* 249 (*Heart Circ. Physiol.* 18): H974–H980, 1985.

32. **Tomita, K., J. J. Pisano, and M. A. Knepper.** Control of sodium and potassium transport in the cortical collecting duct of the rat. *J. Clin. Invest.* 76: 132–136, 1985.

33. **Wallace, M. J., S. B. Hooper, and R. Harding.** Regulation of lung liquid secretion by arginine vasopressin in fetal sheep. *Am. J. Physiol.* 258 (*Regulatory Integrative Comp. Physiol.* 27): R104–R111, 1990.

34. **Wintour, E. M., R. J. Bell, M. Congui, R. J. MacIsaac, and X. Wang.** The value of urine osmolality as an index of stress in the ovine fetus. *J. Dev. Physiol.* 7: 347–354, 1985.

35. **Wintour, E. M., M. Congiu, K. J. Hardy, and D. P. Hennessy.** Regulation of urine osmolality in fetal sheep. *Q. J. Exp. Physiol.* 67: 427–435, 1982.



PAR-VASO-0007429

J. Endocrin. (1953) 9, 283–291

# THE CLEARANCE OF INJECTED VASOPRESSIN FROM THE CIRCULATION AND ITS FATE IN THE BODY

By M. GINSBURG and H. HELLER

*From the Department of Pharmacology, University of Bristol*

*(Received 26 November 1952)*

## SUMMARY

1. The decrease of antidiuretic potency in the blood was studied in anaesthetized rats after the intravenous injection of vasopressin (100 mU/100 g) and was shown to follow an exponential course.

2. Removal of the kidneys retarded the rate of disappearance of injected vasopressin from the circulation, and so did tying of the coeliac and mesenteric arteries.

3. In rats in which the kidneys had been removed and the coeliac *and* mesenteric arteries had been tied, the disappearance of vasopressin was almost entirely prevented.

4. It was concluded that under the experimental conditions used, the extraction of vasopressin was almost complete after the passage of blood through the kidneys and the splanchnic vascular bed.

5. The kidneys accounted for about 50 % of the vasopressin cleared, and the splanchnic vascular area for at least 40 %.

6. The antidiuretic activity found in the urine after the intravenous injection of vasopressin into unanaesthetized rats was equivalent to 6·7 % of the dose administered.

It has been shown [Heller & Urban, 1935; Melville, 1937] that following intravenous injection of posterior pituitary extracts the antidiuretic activity in the circulating blood decreases rapidly, and several investigators [Eversole, Birnie & Gaunt, 1949; Eser & Tuzunkam, 1950; Møller-Christensen, 1951] have suggested that the liver is the main organ concerned with this disappearance of antidiuretic hormone from the blood. Since, however, it has been shown many times that a fraction of the antidiuretic activity of an injected dose of posterior pituitary extract appears in the urine, the kidneys must also participate in the removal of neurohypophysial principles from the circulation. Indeed, Burn & Singh Grewal [1951] appear to have assumed that the kidney is the only organ involved.

In the present paper an attempt has been made to identify the organs which remove injected vasopressin and to determine their relative importance.

## METHODS

In all experiments young adult male albino rats weighing from 200 to 250 g were used.

*Disappearance of vasopressin from the circulation.* Under ether anaesthesia, polythene cannulae were inserted into the right external jugular vein and the left common carotid artery of rats. Vasopressin (Pitressin, Parke Davis and Co.) was injected into the external jugular vein. The dose was uniformly 100 milliunits (mU)/100 g body weight and the injection was completed in 15–20 sec. Blood samples were then withdrawn from the carotid artery at short intervals after injection (measured from 10 sec before the completion of the injection). Immediately after withdrawal, the blood (or a suitable aliquot of the sample) was injected

T

intravenously into rats, for the assay of antidiuretic activity as described by Ginsburg & Heller [1953 $a$]. The total volume of blood withdrawn was never > 0·8 ml.

Experiments were performed on intact rats, nephrectomized rats, and on intact and nephrectomized rats in which the coeliac, superior mesenteric and inferior mesenteric arteries had been tied. Animals in which abdominal operations were performed were injected with vasopressin 15 min after the completion of the operations.

*Excretion of vasopressin in urine.* In rats under ether anaesthesia a polythene cannula was inserted into the right external jugular vein and brought through the skin at a point between the ears. The abdomen was opened to place a cannula into the bladder and the urethra was tied. Two hours after recovery from the operation the rats were given tepid tap water (5 % of the body weight) by stomach tube. When the urine flow reached 1·0 ml./10 min, vasopressin (100 mU/100 g) was injected into the external jugular vein, the injection being completed in 15–20 sec. When urine flow started again, urine samples were collected; between samples, the bladder cannula was washed out with warm 0·9% NaCl solution. The urine plus the appropriate washings were diluted in 0·9 % sodium chloride and the antidiuretic activity estimated by the assay method of Ginsburg & Heller [1953 $a$].

*Measurement of liver blood flow.* Grayson's method [1952] was used.

## RESULTS

To study the disappearance of injected vasopressin from the circulation it was essential that, following the injection, the amounts of exogenous antidiuretic principle in blood should greatly exceed that of endogenous posterior pituitary antidiuretic hormone. Since haemorrhage stimulates the neurohypophysis, the concentration of endogenous antidiuretic hormone found in blood depends on the volume of blood withdrawn [Ginsburg & Heller, 1953 $b$]. However, with small haemorrhages (up to 2·0 ml.) in normal rats anaesthetized with ether, the antidiuretic potency of carotid blood was low, i.e. < 0·05 mU/ml. (four animals). In anaesthetized nephrectomized rats (three animals), and rats with the coeliac and mesenteric arteries tied (three animals), when 1·0 ml. of blood was drawn from a carotid artery 15 min after the completion of the abdominal operation, the concentration of antidiuretic hormone in the blood was < 0·1 mU/ml. When it was intended to measure the concentration of exogenous vasopressin in blood, the total volume of blood withdrawn was never > 0·8 ml.

The disappearance of a drug from circulating blood may, firstly, be the result of destruction or inactivation of the drug by blood. However, when vasopressin was added to blood (containing 10 units/ml. heparin (Pularin; Evans Medical Supplies Ltd.)) to a concentration of 15 mU/ml. and kept for 10 min at 37° C, no loss in antidiuretic activity could be detected after intravenous injection. Thus any disappearance of vasopressin from the circulation within 10 min cannot have been due to inactivation by blood.

Fig. 1 shows the concentration of vasopressin found in arterial blood following the intravenous injection of 100 mU/100 g into intact rats under ether anaesthesia. The concentration of vasopressin shown at the time of injection was calculated by assuming that the volume of distribution of vasopressin, immediately upon intravenous

PAR-VASO-0007431

injection, was equal to the blood volume of the rat. The blood volume for rats weighing 200–250 g was taken to be 6·6 ml./100 g [Cartland & Koch, 1928; Went & Drinker, 1929; Montgomery, 1951]. The disappearance of vasopressin from the circulation clearly followed an exponential course, and when the concentrations of vasopressin in blood were plotted on a logarithm scale against the time after injection, the points were well fitted by a straight line. The extrapolation of that line to



Fig. 1. Concentrations of vasopressin in arterial blood following the intravenous administration of 100 mU/100 g to anaesthetized rats. Ordinate, concentration of vasopressin (mU/ml.). Abscissa, time after injection in min. *A*, concentration of vasopressin on a linear scale; *B*, concentration of vasopressin on a logarithmic scale.

time = 0 gives a concentration of vasopressin in blood which agrees with the concentration calculated for that time. The calculated concentration at the time of injection was approximately 30 times greater than that found in blood 4 min after injection.

The results of experiments in which the disappearance of vasopressin from the circulation was studied in nephrectomized rats and rats with the coeliac and mesenteric arteries tied are shown in Fig. 2. For each rat, the equation was calculated for the straight line relating the natural logarithm of the concentration of vasopressin in blood to the time after injection. The standard errors for the constants in the equation were obtained for each group, and these gave the ranges shown in Fig. 2. There were six control rats and four rats in each of the other groups. Removal of the kidneys, or tying of the coeliac and mesenteric arteries retarded the disappearance of vasopressin from the blood, so that 4 min after injection the concentration of vasopressin in blood was respectively 6·7 times and 4·2 times greater than in control animals. It may therefore be concluded that in intact animals the kidney and the organs in the splanchnic vascular bed participate in the removal of vasopressin from the circulation. With rats in which both the coeliac and mesenteric arteries were tied and the kidneys removed, the concentration of vasopressin in blood 4 min after injection was

PAR-VASO-0007432

18 times greater than in intact rats, although the disappearance of vasopressin was not entirely prevented. This may have been due to some blood reaching the liver and intestines in these animals from anastomotic connexions between the haemorrhoidal (i.e. systemic) and portal circulations.

Fig. 3 shows the effect of tying the coeliac and mesenteric arteries in anaesthetized rats on the blood flow in the liver measured by Grayson's method. It will be seen that after the initial fall in blood flow there was a slight recovery, so that 15 to 20 min after tying the arteries the blood flow in the liver was about 30 % of the original flow.



Fig. 2. Disappearance of vasopressin from the circulation following the intravenous administration of 100 mU/100 g to anaesthetized rats. *A*, intact rats (6); *B*, rats with coeliac and mesenteric arteries tied (4); *C*, nephrectomized rats (4); *D*, nephrectomized rats with coeliac and mesenteric arteries tied (4). For further details see text.

The assumption has been made (p. 284) that the injected vasopressin was uniformly distributed in the whole of the blood volume of the rat immediately upon injection. The time taken to complete the injection (20 sec) was chosen as a rough approximation to the time during which the total cardiac output equals the total blood volume in the rat. In this way, the injected vasopressin would be diluted uniformly in as large a volume of blood as possible. To test the assumption, T. 1824 (Evans Blue) was injected intravenously (0·1 ml./100 g of a 0·8 % solution in normal saline) into rats in ether anaesthesia, the injection being completed in 20 sec. Blood samples were withdrawn from a cannula in a carotid artery, 20 sec and 3 min after completion of the injection. The apparent plasma volumes were calculated from the concentration of T. 1824 in the plasma. For samples taken 20 sec after the injection, the mean apparent plasma volume was $3·46 \pm 0·08$ ml./100 g (S.E. of 7 observations), and $3·58 \pm 0·08$ ml./100 g (7 observations) for samples obtained 3 min after the injection.

PAR-VASO-0007433

When T. 1824 and vasopressin (100 mU/100 g) were injected simultaneously, the apparent plasma volumes 20 sec and 3 min after injection were $3\cdot37 \pm 0\cdot13$ (4 observations) and $3\cdot52 \pm 0\cdot12$ ml./100 g (4 observations) respectively. There are no significant differences between any of these estimates of apparent plasma volume, and it may be concluded that with the technique of injection employed the injected substances mix with the whole blood volume in $< 20$ sec after the injection is completed; also, the high dose of vasopressin given does not alter the plasma volume or impede the mixing of injected substances with the circulating blood.



Fig. 3. Effect of tying coeliac and mesenteric arteries on liver blood flow measured by Grayson's method [1952] in anaesthetized rats.

Since the kidneys were shown to remove vasopressin from the circulation, it seemed of interest to find out how much of the vasopressin was excreted into the urine. Vasopressin (100 mU/100 g) was injected into the external jugular vein of unanaesthetized rats in water diuresis. After the injection the urine flow was completely suppressed, the mean duration of the effect was $18\cdot5 \pm 4\cdot9$ min (S.E. of 4 observations). Fig. 4 shows the excretion of antidiuretic activity in the urine. The equivalent of $6\cdot7 \pm 0\cdot7 \%$ (4 observations) of the dose was excreted. Most of this was found in the first sample of urine obtained after the period of antidiuresis. However, in all cases, the second sample, obtained in periods beginning 16–25 min and ending 30–55 min after urine flow restarted, still produced a significant antidiuretic effect.

PAR-VASO-0007434



Fig. 4. Cumulative urinary excretion of antidiuretic activity following intravenous injection of 100 mU/100 g vasopressin in unanaesthetized rats.

## DISCUSSION

Consider the disappearance from the circulation of intravenously injected vaso-pressin. At time $t$ after injection let $X$ be the total amount of the substance in the blood and suppose that in a short time, $dt$, a quantity $\alpha X dt$ is removed from the circulation; thus

$$dX = \alpha X dt.$$

The disappearance of vasopressin from the circulation follows an exponential course, and thus $\alpha$ is constant. If $X = X_o$ at time $t = 0$ then,

$$X = X_o e^{-\alpha t}.$$

If $x$ is the concentration of the substance in the blood at time $t$ (i.e. $x = X/V$, where $V$ is the blood volume), then

$$x = x_o e^{-\alpha t},$$

or
$$\log_e x = \log_e X_o - \alpha t.$$

Thus, $\alpha$ is the slope of the straight line relating the natural logarithm of the con-centration of vasopressin in blood to the time after injection. There are two expres-sions derived from $\alpha$ which may be calculated.

(1) The expression $\log_e 2/\alpha$ gives the half life of vasopressin in the circulation (in the same units as $t$).

(2) $\alpha V_p$ (where $V_p =$ plasma volume/100 g body weight) gives the volume of plasma cleared of vasopressin per 100 g body weight in unit time (that is, in terms similar to those obtained in conventional renal clearance determinations). Similar calculations have been made by Dost [1949]. Thus $\alpha$, the half lives and plasma clearances of

PAR-VASO-0007435

vasopressin can be calculated from the data illustrated on Fig. 2, and are given in Table 1. The plasma volume for rats was taken as 3·37 ml./100 g obtained from the blood volume, 6·6 ml./100 g [Cartland & Koch, 1928; Went & Drinker, 1929; Montgomery, 1951] and the haematocrit value, 49 % [Creskoff, Fitzhugh & Farris, 1942].

The difference between the clearance of vasopressin from the circulation in intact animals and animals where blood was prevented from reaching an organ would give the clearance of the substance by that organ. It must be stressed that such results refer only to the rate of removal of vasopressin from the blood and do not depend upon, or give any information regarding the fate of the substance *in* the organs concerned.

Table 1. *α, half life and plasma clearance for vasopressin in anaesthetized rats*

| | $\alpha$ | Half-life (min) $= \log_e 2/\alpha$ | Plasma clearance (ml./100 g/min) $= \alpha V p$ |
|---|---|---|---|
| Intact | 0·81 ± 0·03 (6) | 0·85 | 2·7 |
| Nephrectomized | 0·35 ± 0·02 (4) | 2·0 | 1·2 |
| Coeliac and mesenteric arteries tied | 0·45 ± 0·02 (4) | 1·5 | 1·5 |
| Nephrectomized and coeliac + mesenteric arteries tied | 0·094 ± 0·02 (4) | 7·3 | 0·3 |

Figures in parentheses give the number of experiments.
± = S.E.

The renal clearance of vasopressin given by the difference between the clearance in intact and in nephrectomized rats was 1·5 ml. plasma/100 g/min. According to Smith [1951] the best figure for the effective renal plasma flow (R.P.F.) in unanaesthetized rats is 2·2 ml./100 g/min, which is of the same order as the clearance of vasopressin by the kidneys. However, it is probable that the R.P.F. of the anaesthetized rats in our experiments was less than this, since Craig, Visscher & Houk [1945] have shown that deep ether anaesthesia depresses the R.P.F. in dogs. It may be concluded from this that the supposition of Burn & Singh Grewal [1951] 'that the kidneys extract all the hormone from the blood that passes through them' is correct.

The clearance of vasopressin by the kidneys accounted for approximately half of the clearance in intact anaesthetized rats. However, antidiuretic activity equivalent to only 6·7 % of the dose injected into unanaesthetized rats was recovered from the urine. It seems likely that the proportion of the dose taken up by the kidneys in unanaesthetized rats was not vastly different from that found in rats under ether anaesthesia, suggesting that only about 10 % of the hormone extracted by the kidneys was excreted in the urine, the remaining 90 % being inactivated or destroyed in the kidneys. However, the possibility cannot be excluded that the antidiuretic activity found in the urine was due to the product of a metabolic conversion of the hormone in the kidneys which was less potent than vasopressin.

Tying the coeliac and mesenteric arteries reduced the clearance of vasopressin in intact rats by 1·2 ml. plasma/100 g/min. This figure does not represent the entire contribution of the splanchnic vascular bed to the clearance of vasopressin from the circulation, as it could be shown that, after tying the coeliac and mesenteric arteries, the blood flow in the liver was still 30 % of its original level. (Tying the portal vein in addition to the arteries would have stopped all circulation in the liver [Ginsburg &

Grayson, 1952], but the concomitant pooling of blood in the intestines would invalidate clearance estimations.) The clearance of vasopressin by the whole of the splanchnic bed must therefore have been slightly $> 1\cdot 2$ ml. plasma/100 g/min, and therefore of the same order as the clearance by the kidneys. The high rate of clearance indicates that the extraction of vasopressin from the blood in this vascular bed must have been very high. It is not possible to say from our results whether the clearance of vasopressin in the splanchnic bed was due to extraction of the hormone by a particular organ in that vascular area, although the liver is probably the most important.

After both the removal of the kidneys and reduction of the circulation in the splanchnic vascular bed by 70 %, the clearance of vasopressin was only about 10 % of that of intact rats and was probably mainly due to the continued flow of some blood in the splanchnic bed. Thus, organs other than the kidneys and those supplied by the coeliac and mesenteric arteries cannot participate to a great extent in the removal of vasopressin from the circulation.

Techniques which use the changing plasma concentration of a test substance for the measurement of renal clearance, as used in the quantitative treatment of the results presented, have been criticized by Smith [1951] and Robson [1952], because of the difficulty of assessing the transfer of the substance between plasma and non-renal extravascular spaces while the clearance is in progress. The slow disappearance of vasopressin from the circulation in nephrectomized rats with the coeliac and mesenteric arteries tied can be accounted for by the remaining circulation in the splanchnic area. Thus the diffusion of vasopressin from the blood into the extravascular fluids (other than in the kidneys and the organs of the splanchnic vascular area) must be slow or non-existent. The calculations made in this paper apply only to the experimental conditions described, and are not valid for substances which diffuse rapidly into extravascular fluids.

The results for the clearance of vasopressin from the circulation were obtained in anaesthetized rats and after the administration of a high dose of vasopressin. Further work will have to be done to show whether vasopressin is cleared in the same way in unanaesthetized rats and in smaller doses. Moreover, the fate of endogenous posterior pituitary antidiuretic hormone may differ from that of vasopressin, though previous results [Ginsburg & Heller, 1953 b] indicate that the endogenous neurohypophysial antidiuretic hormone, too, is 'removed from the blood during passage through the splanchnic vascular area, or the kidneys, or both'.

We wish to thank Dr J. Grayson for his co-operation and for the use of his apparatus in the measurement of liver blood flow, and Mr M. Ireland for his technical assistance. Thanks are also due to the Colston Society for a grant towards laboratory expenses.

REFERENCES

Burn, G. P. & Singh Grewal, R. [1951]. *Brit. J. Pharmacol.* **6**, 471.
Cartland, G. F. & Koch, F. C. [1928]. *Amer. J. Physiol.* **85**, 540.
Craig, F. M., Visscher, F. E. & Houk, C. R. [1945]. *Amer. J. Physiol.* **143**, 108.
Creskoff, A. J., Fitzhugh, T. & Farris, E. J. [1942]. *The Rat in Laboratory Investigation*, 1st ed. Philadelphia: J. B. Lippincot and Co.
Dost, F. H. [1949]. *Klin. Wschr.* **27**, 257.
Eser, S. & Tuzunkam, P. [1950]. *Ann. Endocr., Paris*, **11**, 124.
Eversole, W. J., Birnie, J. H. & Gaunt, R. [1949]. *Endocrinology*, **45**, 378.

Ginsburg, M. & Grayson, J. [1952]. *J. Physiol.* **118**, 16 P.

Ginsburg, M. & Heller, H. [1953 a]. *J. Endocrin.* **9**, 267.

Ginsburg, M. & Heller, H. [1953 b]. *J. Endocrin.* **9**, 274.

Grayson, J. [1952]. *J. Physiol.* **118**, 54.

Heller, H. & Urban, F. [1935]. *J. Physiol.* **85**, 502.

Melville, K. I. [1937]. *J. Exp. Med.* **65**, 415.

Møller-Christensen, E. [1951]. *Acta Endocr., Copenhagen*, **6**, 163.

Montgomery, P. O. [1951]. *Proc. Soc. Exp. Biol., N.Y.*, **77**, 445.

Robson, J. S. [1952]. *Methods in Medical Research*, vol. v. Chicago: Year Book Publishers.

Smith, H. [1951]. *The Kidney*, 1st ed. New York: Oxford University Press.

Went, S. & Drinker, C. K. [1929]. *Amer. J. Physiol.* **88**, 468.

Intensive Care Med (2010) 36:83–91
DOI 10.1007/s00134-009-1687-x

Anthony C. Gordon
James A. Russell
Keith R. Walley
Joel Singer
Dieter Ayers
Michelle M. Storms
Cheryl L. Holmes
Paul C. Hébert
D. James Cooper
Sangeeta Mehta
John T. Granton
Deborah J. Cook
Jeffrey J. Presneill

# The effects of vasopressin on acute kidney injury in septic shock

Received: 31 October 2008
Accepted: 27 September 2009
Published online: 20 October 2009
© Copyright jointly hold by Springer and
ESICM 2009

For the Vasopressin and Septic Shock Trial
(VASST) Investigators.

A. C. Gordon (✉)
Intensive Care Unit, Charing Cross
Hospital, Imperial College NHS Trust,
Fulham Palace Road, London W6 8RF, UK
e-mail: anthony.gordon@imperial.ac.uk
Tel.: +44-20-83830657
Fax: +44-20-88461975

J. A. Russell · K. R. Walley · M. M. Storms
iCAPTURE Centre, St. Paul's Hospital,
University of British Columbia, Vancouver,
Canada

J. Singer · D. Ayers
Department of Epidemiology and
Biostatistics, St. Paul's Hospital, University
of British Columbia, Vancouver, Canada

C. L. Holmes
Kelowna General Hospital,
University of British Columbia, Kelowna,
Canada

P. C. Hébert
Ottawa Hospital, General Campus,
University of Ottawa, Ottawa, Canada

S. Mehta
Mount Sinai Hospital,
University of Toronto, Toronto, Canada

J. T. Granton
Toronto General and Toronto Western
Hospital, University of Toronto, Toronto,
Canada

D. J. Cook
St. Joseph's Hospital, McMaster University,
Hamilton, Canada

D. J. Cooper
Alfred Hospital, Monash University,
Melbourne, Australia

J. J. Presneill
Royal Melbourne Hospital, University of
Melbourne, Parkville, Australia

**Abstract** *Objective:* To compare
the effects of vasopressin versus
norepinephrine infusion on the out-
come of kidney injury in septic shock.
*Design and setting:* Post-hoc anal-
ysis of the multi-center double-blind
randomized controlled trial of vaso-
pressin versus norepinephrine in adult
patients who had septic shock
(VASST). *Patients and interven-
tion:* Seven hundred seventy-eight
patients were randomized to receive a
blinded infusion of either low-dose
vasopressin (0.01–0.03 U/min) or
norepinephrine infusion (5–15 μg/
min) in addition to open-label vaso-
pressors and were included in the
outcome analysis. All vasopressors
were titrated and weaned to maintain
a target blood pressure. *Measurement
and results:* RIFLE criteria for

acute kidney injury were used to
compare the effects of vasopressin
versus norepinephrine. In view of
multiple simultaneous comparisons, a
p value of 0.01 was considered sta-
tistically significant. Kidney injury
was present in 464 patients (59.6%) at
study entry. In patients in the RIFLE
"Risk" category ($n = 106$), vaso-
pressin as compared with
norepinephrine was associated with a
trend to a lower rate of progression to
renal "Failure" or "Loss" categories
(20.8 vs. 39.6%, respectively,
$p = 0.03$), and a lower rate of use of
renal replacement therapy (17.0 vs.
37.7%, $p = 0.02$). Mortality rates in
the "Risk" category patients treated
with vasopressin compared to nor-
epinephrine were 30.8 versus 54.7%,
$p = 0.01$, but this did not reach sig-
nificance in a multiple logistic
regression analysis (OR = 0.33, 99%
CI 0.10–1.09, $p = 0.02$). The inter-
action of treatment group and RIFLE
category was significant in predicting
mortality. *Conclusions:* Vasopres-
sin may reduce progression to renal
failure and mortality in patients at
risk of kidney injury who have septic
shock.

**Keywords** Sepsis · Kidney failure ·
Vasopressins · Septic shock

PAR-VASO-0007439

## Introduction

Acute kidney injury is a common complication of sepsis that is associated with high mortality [1]. The incidence ranges from 15 to 50% [2–4], and is associated with a mortality rate of 30–75% [2–5]. This variation in reported incidence and outcome is partly due to heterogeneous patients and different definitions of kidney injury used in these studies. Recently, the acute dialysis quality initiative (ADQI) group recommended a consensus definition for kidney injury called the RIFLE criteria [6]. Patients are defined as being at "Risk" of kidney injury, having renal "Injury" or "Failure", having "Loss" of renal function or having "End-stage" renal failure based on decreased glomerular filtration rate (or increased serum creatinine) and urine output.

Despite the high prevalence of acute kidney injury during critical illness in general, and severe sepsis specifically, success has been limited in improving the outcome of this complication [7]. The mainstays of prevention and treatment include avoidance of nephrotoxins and ensuring adequate renal perfusion. In addition to its potent vasoconstrictor effects, vasopressin may also have specific beneficial effects on renal function secondary to its binding to a family of vasopressin receptors [8]. In several small studies of vasodilatory shock, vasopressin increased glomerular filtration rate, urine output and creatinine clearance [9–12]. However, to date no large studies have assessed the effect of vasopressin, as compared with norepinephrine, on the outcome of acute kidney injury.

Therefore, we studied patients who had septic shock recruited to the randomized controlled trial of vasopressin versus norepinephrine (VASST: Vasopressin and Septic Shock Trial) to compare the effects of vasopressin versus norepinephrine on the outcome of acute kidney injury using the RIFLE criteria. Some of these data have been presented in the form of an abstract at the American Thoracic Society International Conference, San Francisco, in 2007 [13].

## Materials and methods

### Patients

All patients ($n = 779$) randomized and infused with study drug from the VASST study were included. The study protocol has been previously described [14]. In summary, this was a multi-center randomized double-blind controlled trial of vasopressin versus norepinephrine in addition to standard vasopressors for the treatment of septic shock. Patients were greater than 16 years of age and had septic shock, defined by the presence of two or more of the systemic inflammatory response syndrome

(SIRS) criteria [15], proven or suspected infection, new dysfunction of at least one organ, and hypotension despite adequate fluid resuscitation requiring vasopressor support of at least 5 μg/min of norepinephrine (or equivalent) for 6 h. Important clinical exclusion criteria were unstable coronary syndromes, acute mesenteric ischemia, severe chronic heart disease (New York Heart Association class III and IV) and vasospastic diathesis [14]. Patients were randomized to receive a blinded infusion of study drug, either vasopressin (0.01–0.03 U/min) or norepinephrine (5–15 μg/min). The study drug and all other vasopressors were titrated and weaned according to protocols. The initial target mean arterial pressure was 65–75 mmHg. Other treatment decisions (including the need for renal replacement therapy) were at the local physician's discretion.

All patients were classified into one of the RIFLE categories at study baseline (see Table 1 for RIFLE classification definitions) based on the rise in serum creatinine measured at baseline (i.e., just prior to study drug infusion) compared to the patient's "normal" creatinine. For patients with known chronic renal failure, their "normal" creatinine was taken as the lowest creatinine measured in the previous 24 h. For patients without chronic renal failure, the "normal" creatinine was taken as the lower of: the lowest creatinine measured in the previous 24 h or the estimated creatinine calculated using the MDRD (Modification of Diet in Renal Disease) equation as in the original RIFLE description [6]. Patients without end-stage renal failure who were receiving renal replacement therapy at study baseline were assigned to the "Failure" category as previously described [16]. Patients with known end-stage kidney disease at study inclusion were classified as class "E" within RIFLE and were excluded from analyses of change in renal function. Details of fluid balance and diuretic therapy were available for the first 4 days of the study only. Data were not available to use the urine output criteria for the RIFLE definition.

Table 1 RIFLE criteria definitions used in this study [6]

| | Serum creatinine change criteria |
|---|---|
| Risk | Increased serum creatinine ×1.5 |
| Injury | Increased serum creatinine ×2 |
| Failure | Increased serum creatinine ×3 or Increased serum creatinine $\geq 44$ μmol/l if baseline $\geq 350$ μmol/l |
| Loss | Persistent acute renal failure = complete loss of renal function for >4 weeks |
| End stage | End-stage kidney disease (>3 months) |

Serum creatinine 88 μmol/l = 1 mg/dl
*GFR* glomerular filtration rate

PAR-VASO-0007440

## Statistics

Outcome measures were 28-day mortality (the primary endpoint of the main trial), rate of progression to renal "Failure"/"Loss", the use of renal replacement therapy and serum creatinine over time up to day 28. Survival status at day 90 was also recorded. Comparison of outcome between the two treatment groups, vasopressin and norepinephrine patients, was performed using the chi-squared test. A multiple logistic regression model including age, sex, APACHE II score (measured in the 24 h prior to study inclusion), medical/surgical admission, dose of norepinephrine at baseline and treatment group was used to adjust for possible imbalances at baseline between the two treatment groups within the patient subgroups in each RIFLE category. As the analyses were repeated in each of the five RIFLE classes at baseline, a Bonferroni correction for multiple testing was applied, and a $p$ value of 0.01 was considered statistically significant.

A linear mixed effects model was used to analyse longitudinal data (i.e., creatinine over time). Serum creatinine values were not normally distributed and so the values were log transformed for analysis. This analysis was also repeated adjusting for the dose of norepinephrine over time. A differential response to vasopressin compared to norepinephrine according to RIFLE category was tested using the interaction terms in the regression analyses. Other continuous variables are presented as mean ($\pm$ standard deviation) or median (interquartile range) and tested using the $T$-test, ANOVA or Mann–Whitney U test, as appropriate.

## Results

A total of 779 patients were randomized and infused with study drug, 397 with vasopressin, and 382 with norepinephrine. One patient in the vasopressin group was lost to follow-up at day 28, and therefore only 778 patients were included in the outcome analysis. All patients had septic shock and at baseline required a mean norepinephrine dose of 20.7 $\pm$ 20.2 µg/min to maintain a mean arterial pressure of 72.7 $\pm$ 9.5 mmHg. The average baseline APACHE II score was 27.1 $\pm$ 7.3, and patients had 3.4 $\pm$ 1.1 organ failures using the Brussels scoring system [17]. Full details of patient characteristics have previously been published [14].

We compared clinical outcomes between vasopressin-treated patients and norepinephrine-treated patients within each RIFLE category (Table 2). Within the "Risk" category, there was a trend for fewer patients to progress to renal "Failure" or "Loss" over the 28-day study period in the vasopressin-treated group than in the norepinephrine group [11 (20.8%) vs. 21 (39.6%), respectively; $p = 0.03$]. Within the "Risk" category, the use of renal replacement therapy at any time during the study period was less than half in the vasopressin group compared to the norepinephrine group [9 (17.0%) vs. 20 (37.7%); $p = 0.02$]. There was no significant difference in progression of kidney injury between treatment groups in any other RIFLE category.

Serum creatinine decreased more in the "Risk" category of patients who were treated with vasopressin as compared with norepinephrine ($p = 0.02$) despite similar baseline creatinine values (Fig. 1). This difference remained the same after adjusting for dose of norepinephrine ($p = 0.02$). There was no difference in serum creatinine over time between vasopressin- and norepinephrine-treated patients in any other RIFLE category (Fig. 1). There was no significant difference in fluid input, fluid balance or diuretic use over the first 4 days between vasopressin- and norepinephrine-treated patients (data not shown).

We also compared 28-day mortality rates between vasopressin-treated patients and norepinephrine-treated patients within each RIFLE category (Table 2). Of those patients who were in the "Risk" category, mortality in the vasopressin-treated patients compared to norepinephrine-treated patients was 16/52 (30.8%) versus 29/53 (54.7%), $p = 0.01$. There were no significant differences in mortality between treatment groups in any other RIFLE category. The interaction of treatment group and RIFLE category ("Risk" versus "Non-risk") for 28-day mortality rate was statistically significant ($p = 0.03$). However, after adjusting for baseline characteristics (Table 3) using a logistic regression model, the odds ratio for mortality in patients randomized to receive vasopressin in the Risk category was not statistically significant (OR = 0.33, 99% confidence intervals 0.10–1.09, $p = 0.02$). The Kaplan–Meier survival curves demonstrate that the variation in mortality rates between vasopressin-treated and norepinephrine-treated patients began at about day 2 and then persisted throughout the full 90-day follow-up period ($p = 0.007$, log rank statistic) (Fig. 2).

In the "Risk" category, vasopressin was associated with a significant decrease in norepinephrine infusion rate from a median of 20 (IQR 8–27) µg/min to 9 (IQR 4–23.5) µg/min, and the total norepinephrine infusion rate remained lower in the vasopressin-treated group throughout the study (Fig. 3, Panel A). This vasopressin infusion rate maintained mean arterial pressure at values similar to the mean arterial pressure in the norepinephrine-treated group (Fig. 3, Panel B).

Kidney injury (as defined by "Risk" category or worse) was present in 464 (59.6%) of patients at baseline (Table 2) and was associated with significantly higher 28-day mortality than patients with no kidney injury (44.3 vs. 27.0%, $p < 0.001$). A further 117 patients who had "normal" renal function (non-AKI) at baseline had a deterioration in renal function so that in total, 581 (74.6%) patients had kidney injury ("Risk" category or worse) at some time during the 28-day study period.

**Table 2** Baseline characteristics at time of study drug infusion, 28-day mortality rates and other outcomes according to RIFLE categories, and comparing the vasopressin and norepinephrine treatment groups according to RIFLE category

| | Non-AKI | | | | Risk | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | NE | AVP | p value[#] | Total | NE | AVP | p value[#] |
| Number | 315 (40.4) | 160 | 155 | | 106 (13.6) | 53 | 53 | |
| Age | 57.8 ± 16.6 | 59.8 ± 16.7 | 56.2 ± 16.1 | 0.06 | 61.2 ± 16.8 | 64.3 ± 16.8 | 58.1 ± 16.4 | 0.06 |
| Sex—male | 203 (64.4) | 101 (63.1) | 102 (65.8) | 0.70 | 69 (65.1) | 37 (69.8) | 32 (60.4) | 0.42 |
| APACHE II | 23.7 ± 6.4 | 24.5 ± 6.0 | 22.8 ± 6.7 | 0.007 | 27.0 ± 6.2 | 26.9 ± 6.3 | 27.0 ± 6.2 | 0.91 |
| Recent surgery | 120 (41.7) | 62 (38.8) | 58 (37.4) | 0.81 | 38 (38.0) | 16 (30.2) | 22 (41.5) | 0.22 |
| Ethnicity—Caucasian | 266 (84.4) | 134 (83.8) | 132 (85.2) | 0.73 | 92 (86.8) | 47 (88.7) | 45 (84.9) | 0.57 |
| Serum creatinine at enrollment (μmol/l) | 101 ± 66 | 100 ± 64 | 102 ± 69 | 0.73 | 154 ± 34 | 156 ± 37 | 152 ± 30 | 0.55 |
| Mean arterial pressure at baseline (mmHg) | 74.3 ± 8.4 | 74.6 ± 8.4 | 74.1 ± 8.4 | 0.86 | 72.2 ± 9.8 | 72.9 ± 10.4 | 71.5 ± 9.2 | 0.49 |
| More severe shock (NE >15 μg/min) | 131 (41.6) | 72 (45.0) | 59 (38.1) | 0.26 | 66 (62.3) | 33 (62.3) | 33 (62.3) | 1.0 |
| Cardiac index at baseline (l/min/m$^2$)** | 4.1 ± 1.5 | 4.0 ± 1.4 | 4.3 ± 1.5 | 0.43 | 3.6 ± 1.3 | 3.6 ± 1.4 | 3.5 ± 1.3 | 0.79 |
| Mechanically ventilated at inclusion | 301 (95.6) | 157 (98.1) | 144 (92.9) | 0.03 | 96 (90.6) | 45 (84.9) | 51 (96.2) | 0.05 |
| Comorbidities | | | | | | | | |
| Ischemic heart disease | 45 (14.3) | 25 (15.6) | 20 (12.9) | 0.49 | 15 (14.2) | 8 (15.1) | 7 (13.2) | 0.78 |
| Congestive heart failure | 20 (6.3) | 13 (8.1) | 7 (4.5) | 0.19 | 7 (6.6) | 4 (7.5) | 3 (5.7) | 0.70 |
| Diabetes | 55 (17.5) | 32 (20.0) | 23 (14.8) | 0.22 | 20 (18.9) | 11 (20.8) | 9 (17.0) | 0.62 |
| COPD | 65 (20.6) | 38 (23.8) | 27 (17.4) | 0.16 | 14 (13.2) | 8 (15.1) | 6 (11.3) | 0.57 |
| 28-day mortality | 85 (27.0) | 45 (28.1) | 40 (25.8) | 0.64 | 45 (42.9)* | 29 (54.7) | 16 (30.8) | 0.01 |
| Adjusted OR[##] (99% CI) | | | 1.07 (0.52–2.22) | 0.81 | | | 0.33 (0.10–1.09) | 0.02 |
| Need for RRT during 28-day study period | 36 (11.4) | 20 (12.5) | 16 (10.3) | 0.54 | 29 (27.4) | 20 (37.7) | 9 (17.0) | 0.02 |
| ICU length of stay (days) | 18 (10–36) | 18 (11–33.5) | 17 (9–37) | 0.73 | 14 (6–26) | 14 (4–26) | 14 (11–25) | 0.60 |

| | Injury | | | | Failure | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | NE | AVP | p value[#] | Total | NE | AVP | p value[#] |
| Number | 130 (16.7) | 62 | 68 | | 179 (23.0) | 82 | 97 | |
| Age | 64.0 ± 14.8 | 64.8 ± 13.6 | 63.4 ± 16.0 | 0.63 | 61.9 ± 16.4 | 62.4 ± 16.0 | 61.5 ± 16.7 | 0.74 |
| Sex—male | 75 (57.7) | 32 (51.6) | 43 (63.2) | 0.25 | 99 (55.3) | 43 (52.4) | 56 (57.7) | 0.58 |
| APACHE II | 28.0 ± 7.7 | 27.1 ± 6.4 | 29.2 ± 7.8 | 0.06 | 31.3 ± 6.5 | 31.7 ± 6.5 | 31.1 ± 6.5 | 0.53 |
| Recent surgery | 49 (41.5) | 20 (32.3) | 29 (42.6) | 0.22 | 62 (35.6) | 25 (30.5) | 37 (38.1) | 0.28 |
| Ethnicity—Caucasian | 113 (86.9) | 51 (82.3) | 62 (91.2) | 0.28 | 147 (82.1) | 66 (80.5) | 81 (83.5) | 0.60 |
| Serum creatinine at enrollment (μmol/l) | 205 ± 39 | 203 ± 36 | 207 ± 42 | 0.53 | 321 ± 123 | 333 ± 135 | 310 ± 112 | 0.21 |
| Mean arterial pressure at baseline (mmHg) | 72.0 ± 8.9 | 72.9 ± 8.2 | 71.2 ± 9.4 | 0.28 | 71.6 ± 11.4 | 72.2 ± 12.7 | 71.0 ± 10.2 | 0.46 |
| More severe shock (NE >15 μg/min) | 75 (57.7) | 35 (56.5) | 40 (58.8) | 0.92 | 105 (58.7) | 47 (57.3) | 58 (59.8) | 0.86 |
| Cardiac Index at baseline (l/min/m$^2$)** | 3.5 ± 1.0 | 3.9 ± 1.1 | 3.3 ± 0.9 | 0.19 | 4.1 ± 1.3 | 4.3 ± 1.1 | 4.0 ± 1.3 | 0.42 |
| Mechanically ventilated at inclusion | 118 (90.8) | 54 (87.1) | 64 (94.1) | 0.17 | 169 (94.4) | 81 (98.8) | 88 (90.7) | 0.02 |
| Comorbidities | | | | | | | | |
| Ischemic heart disease | 28 (21.5) | 11 (17.7) | 17 (25.0) | 0.31 | 35 (19.6) | 15 (18.3) | 20 (20.6) | 0.69 |
| Congestive heart failure | 12 (9.2) | 5 (8.1) | 7 (10.3) | 0.66 | 13 (7.3) | 5 (6.1) | 8 (8.2) | 0.58 |
| Diabetes | 26 (20.0) | 13 (21.0) | 13 (19.1) | 0.79 | 45 (25.1) | 22 (26.8) | 23 (23.7) | 0.63 |
| COPD | 11 (8.5) | 6 (9.7) | 5 (7.4) | 0.63 | 31 (17.3) | 18 (22.0) | 13 (13.4) | 0.13 |
| 28-day mortality | 51 (39.2) | 22 (35.5) | 29 (42.6) | 0.47 | 82 (45.8) | 39 (47.6) | 43 (44.3) | 0.67 |
| Adjusted OR[##] (99% CI) | | | 1.44 (0.50–4.10) | 0.37 | | | 0.87 (0.38–1.98) | 0.67 |
| Need for RRT during 28-day study period | 47 (36.4) | 23 (37.7) | 24 (35.3) | 0.78 | 135 (75.4) | 60 (73.2) | 75 (77.3) | 0.52 |
| ICU length of stay (days) | 12 (7–31) | 13 (8–33) | 12 (5–23.5) | 0.15 | 15 (7–29.5) | 15 (8–31) | 16 (6–28) | 0.55 |

PAR-VASO-0007442

**Table 2** continued

| | End-stage | | | | $p$ value$^S$ between RIFLE categories |
| --- | --- | --- | --- | --- | --- |
| | Total | NE | AVP | $p$ value$^\#$ | |
| Number | 49 (6.3) | 25 | 24 | | |
| Age | 62.3 ± 13.3 | 61.9 ± 12.2 | 62.6 ± 14.7 | 0.87 | 0.002 |
| Sex—male | 29 (59.2) | 16 (64.0) | 13 (54.2) | 0.68 | 0.25 |
| APACHE II | 31.5 ± 6.1 | 30.1 ± 6.4 | 33.0 ± 5.4 | 0.09 | <0.001 |
| Recent surgery | 14 (28.6) | 9 (36.0) | 5 (20.8) | 0.24 | 0.37 |
| Ethnicity—caucasian | 38 (77.6) | 22 (88.0) | 16 (66.7) | 0.07 | 0.48 |
| Serum creatinine at enrollment (µmol/l) | 472 ± 207 | 463 ± 181 | 480 ± 235 | 0.78 | <0.001 |
| Mean arterial pressure at baseline (mmHg) | 70.1 ± 8.4 | 69.1 ± 10.2 | 71.2 ± 6.0 | 0.40 | 0.002 |
| More severe shock (NE >15 µg/min) | 24 (49.0) | 13 (52.0) | 11 (45.8) | 0.88 | <0.001 |
| Cardiac Index at baseline (l/min/m$^2$)** | 3.3 ± 0.4 | 3.4 ± 0.5 | 3.2 ± 0.3 | 0.48 | 0.10 |
| Mechanically ventilated at inclusion | 45 (91.8) | 23 (92.0) | 22 (91.7) | 0.97 | 0.21 |
| Comorbidities | | | | | |
| Ischemic heart disease | 10 (20.4) | 6 (24.0) | 4 (16.7) | 0.52 | 0.29 |
| Congestive heart failure | 6 (12.2) | 3 (12.0) | 3 (12.5) | 0.96 | 0.60 |
| Diabetes | 19 (38.8) | 10 (40.0) | 9 (37.5) | 0.86 | 0.03 |
| COPD | 6 (12.2) | 2 (8.0) | 4 (16.7) | 0.14 | 0.01 |
| 28-day mortality | 27 (55.1) | 15 (60.0) | 12 (50.0) | 0.48 | <0.001 |
| Adjusted OR$^{\#\#}$ (99% CI) | | | 0.67 (0.13–3.47) | 0.53 | |
| Need for RRT during 28-day study period | 49 (100) | 25 (100) | 24 (100) | – | <0.001 |
| ICU length of stay (days) | 15.5 (7–27.5) | 14 (2–25.5) | 20 (7.5–48.5) | 0.25 | 0.006 |

Values are numbers (%) or mean ± SD or median (25–75th centiles). Patients' "normal" creatinine was estimated in 394/779 (50.6%) of cases for RIFLE classification

RRT renal replacement therapy, NE norepinephrine, AVP vasopressin

*One patient in the "Risk" group was lost to follow-up and therefore not included in the mortality analysis

**Cardiac index was measured in a subset of 153 patients at baseline

$^\#$ $p$ values compare variable between NE and AVP group within RIFLE category

$^{\#\#}$ Adjusted OR refers to multivariate logistic regression model of 28-day mortality rates

$^S$ Compares variable between RIFLE categories in all patients

**Table 3** Multivariate logistic regression model for 28-day mortality in "Risk" category patients

| | Odds ratio | 99% CI | | $p$ value |
| --- | --- | --- | --- | --- |
| Age | 1.01 | 0.97 | 1.06 | 0.38 |
| Male sex | 0.87 | 0.24 | 3.14 | 0.87 |
| APACHE II | 1.04 | 0.94 | 1.16 | 0.31 |
| Surgical admission | 0.61 | 0.18 | 2.08 | 0.30 |
| Dose of NE at baseline | 1.03 | 1.00 | 1.06 | 0.02 |
| Vasopressin treatment | 0.33 | 0.10 | 1.09 | 0.02 |

For the continuous variables the odds ratio refers to each year of age, each point of APACHE II score and each µg/min of norepinephrine. For dichotomous variables comparison references are male versus female sex, surgical versus medical admission, and vasopressin versus norepinephrine treatment allocation

NE norepinephrine

Excluding the 49 patients who had end-stage renal failure prior to inclusion, 532 of 730 (72.9%) had acute kidney injury during the 28-day study period. Of these 730 patients, 247 (33.8%) required renal replacement therapy. One hundred fifty-nine patients underwent continuous renal replacement therapy, 31 underwent intermittent hemodialysis, and 57 underwent both types of replacement therapy. Nineteen (4.1%) of the 466 survivors without pre-existing end-stage renal failure were still dependent on renal replacement therapy at day 28. Of the 49 patients who had end-stage renal failure at baseline, 19 were managed with continuous renal replacement therapy, 8 with intermittent hemodialysis and 22 with both during the study period.

## Discussion

Comparison of vasopressin versus norepinephrine

In this large multi-center study of patients who had septic shock, we found that acute kidney injury was very common, found in 73% of patients, and was associated with a high mortality rate. In patients who were at risk of kidney injury who had septic shock, we found that vasopressin compared to norepinephrine was associated with a trend to reduced creatinine over time, reduced progression to renal failure/loss and reduced mortality. As a result, fewer patients treated with vasopressin compared to norepinephrine required renal replacement therapy.

These results are consistent with previous small studies showing that vasopressin compared to norepinephrine increased urine output and creatinine clearance [9–12]. The findings in the "Risk" category contrast those

PAR-VASO-0007443





**Fig. 2** Kaplan-Meier survival curves for at "Risk" patients in the vasopressin-treated group, *solid black line*, and the norepinephrine-treated group, *dotted line* ($p = 0.007$). *p* value was calculated using the log rank statistic

**Fig. 1** Mean serum creatinine (and 95% CI) over the first 20 days from start of study drug infusion in A, "Non-AKI" category; B, "Risk" category; C, "Injury" category; D, "Failure" category of RIFLE. *Grey circles* represent norepinephrine group; *black squares* represent vasopressin group. Serum creatinine values recorded whilst receiving renal replacement therapy have been excluded from the analysis. Data after day 20 have not been shown because of small numbers in each group. *AVP* vasopressin, *NE* norepinephrine

of patients who had already sustained more severe kidney injury (RIFLE categories "Injury" or "Failure") at the time of study drug infusion; there was no difference in renal function or mortality according to vasopressin or norepinephrine allocation. Similarly, there was no significant beneficial effect of vasopressin in patients who had no acute kidney injury at baseline.

The interaction between treatment group and RIFLE category on mortality was significant, suggesting that the response to vasopressin treatment in the "Risk" category was significantly different to the response of patients in the other categories of RIFLE. These findings raise the possibility that patients classified in the RIFLE "Risk" category could be targeted for future therapeutic trials.

### Incidence and outcome of acute kidney injury

Numerous studies have evaluated the RIFLE criteria in various critically ill populations [3, 16, 18–26]. The incidence of acute kidney injury varied between 11% and 67% in studies of general ICU patients [16, 18, 20–22]. To our knowledge, the current study is the largest study using RIFLE criteria in patients who have septic shock.

The 73% incidence of acute kidney injury in this cohort is slightly higher than in previous studies. However, this is not surprising, as we studied only severely ill patients who had septic shock. Previous studies have shown that the severity of sepsis correlates with the incidence of kidney injury [4]. The incidence of acute kidney injury we report is substantially higher than the incidence in the most severely ill patients described by Rangel-Frausto et al. [4], which may reflect between-

PAR-VASO-0007444





**Fig. 3** Median (±IQR) norepinephrine infusion rates are shown (Panel A) for patients receiving open-label norepinephrine at baseline in vasopressin and in norepinephrine treatment groups of patients in VASST who were in the "Risk" category of acute kidney injury according to RIFLE. Vasopressin-treated patients (*black squares*) had significantly reduced norepinephrine infusion rates compared to the norepinephrine-treated patients (*grey circles*) (*p* < 0.001). Mean arterial pressure was similar between the two treatment groups (Panel B)

study differences because of case mix or a true increased incidence of acute kidney injury in sepsis today compared with the past, as has been suggested by others [20]. The high incidence we observed may also reflect greater sensitivity of the RIFLE definitions compared to older definitions of renal failure. In RIFLE, a rise in serum creatinine of only 50% from baseline is defined as "Risk" [6]. In agreement with previous studies examining outcomes using the RIFLE criteria [27, 28], we found that mortality was markedly higher among patients who were in the "Risk" category compared to patients with non-AKI at enrollment (43 vs. 27%, *p* = 0.002). Our study also suggests that patients in the RIFLE "Risk" category were indeed at increased risk of renal failure. Half of patients in the "Risk" category had deterioration in renal function. Interestingly, it was in the "Risk" subgroup of patients where a beneficial effect of vasopressin treatment was observed.

## Study limitations

There are several limitations of this study. Although we used the consensus RIFLE definitions, like many other studies [19, 20] we were not able to asses the urine output criteria of the RIFLE definition; thus, the incidence of acute kidney injury using RIFLE may actually be higher than the 73% that we observed. Second, we did not examine the mechanisms of potential benefit of vasopressin in this study. Vasopressin has complex effects on renal function because of its global hemodynamic effects and because of its binding to the vasopressin family of receptors. The renal-specific effects of vasopressin include binding to AVPR1a receptors of glomerular efferent arterioles, which causes glomerular efferent arteriolar vasoconstriction and thus increases glomerular filtration [29]. Furthermore, vasopressin analogues have been shown to increase renal perfusion in decompensated liver cirrhosis [30] and are a standard of care in this condition. In contrast, norepinephrine binds to alpha-1 receptors of renal afferent arterioles and decreases glomerular perfusion pressure and filtration [31], although effects may vary between normal healthy states and sepsis [32]. Vasopressin-treated patients (Fig. 3) had significantly lower norepinephrine infusion rates compared to the norepinephrine-treated patients. Mean arterial pressure was similar between the two treatment groups (Fig. 3). Thus, differences between vasopressin and norepinephrine-treated patient outcomes may be due to beneficial effects of vasopressin or, alternatively, due to reduction in detrimental effects of norepinephrine.

Third, the findings of this post-hoc subgroup analysis should be interpreted cautiously [33] since they may represent a chance finding. Although we did correct for multiple comparisons, some of the RIFLE categories are quite small, and there were some imbalances in baseline characteristics. Adjusting for these baseline characteristics in a multiple logistic regression model resulted in the mortality rates within the "Risk" category no longer reaching statistical significance. However, the RIFLE criteria have been previously defined by an independent expert group [6] and have been well described in a number of other studies of critically patients [27]. Furthermore, the trend to a lower mortality rate in the vasopressin-treated patients at "Risk" of acute kidney injury was also accompanied by an improvement in renal function. This may provide a biologically plausible explanation for the finding of improved outcome associated with vasopressin treatment. This result is also consistent with the primary subgroup analysis of the VASST study in which vasopressin treatment was associated with decreased mortality in patients who had less severe shock and not in patients who had more severe shock [14].

Taken together, these data raise the hypothesis that if there is any benefit of treatment using vasopressin in septic

PAR-VASO-0007445

shock, it may occur before significant organ failure is established. This hypothesis will need further testing. Strategies to improve the outcome of established renal failure have so far not provided any convincing benefit [34].

## Conclusion

In a post hoc analysis of this large randomized controlled multicenter study, we found that vasopressin was associated with a trend to improved renal function, lower mortality and less renal replacement therapy in patients at "Risk" of acute kidney injury, but not in those who had already sustained significant renal injury. These results will need further testing in another randomized trial before adoption into routine clinical practice.

**Acknowledgments** *Support*: Canadian Institutes of Health Research, grant number: MCT 44152. Registration: IS-RCTN94845869, http://www.controlled-trials.com. Anthony C. Gordon is grateful for support from the NIHR Biomedical Research Centre funding scheme. Keith R. Walley is a Michael Smith Foundation for Health Research Distinguished Scholar. Deborah J. Cook is a Chair of the Canadian Institutes of Health Research.

## Appendix

In addition to the authors, the following persons and institutions participated in the VASST trial: **Writing Committee**: A.C. Gordon, J.A. Russell (chair), K.R. Walley, C.L. Holmes, J.T. Granton, P.C. Hebert, D.J. Cooper, S. Mehta, J. Singer, D.J. Cook, J.J. Presneill, M.M. Storms; **Executive Committee**: J.A. Russell (chair), K.R. Walley, C.L. Holmes, J.T. Granton, P.C. Hebert, D.J. Cooper, S. Mehta, J. Singer, A.C. Gordon, M.M. Storms (project coordinator), S. Jones (administrative assistant); **Management Committee**: J.A. Russell (chair), M.M. Storms (project coordinator), K.R. Walley, C.L. Holmes, J. Singer, A.C. Gordon, S. Jones (administrative assistant); **DSMB**: G.R. Bernard (chair), A.S. Slutsky, G.A Wells; **CIHR**: A. Gasparini; **Data Management**: J. Singer, B. Savage, D. Ayers, R. Woods, K. Wu, M. Maralit. Dr Gordon had full access to all the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis. VASST Clinical Centers: Canada. British Columbia; St. Paul's Hospital; Vancouver General; Kelowna General Hospital; Richmond General Hospital; Royal Columbian. Manitoba; St. Boniface; Winnipeg Health Science Centre. Ontario; Ottawa Hospital, General Campus; UHN—Toronto General & Toronto Western Hospitals; St. Joseph's Hospital; Mount Sinai Hospital; Ottawa Hospital, Civic Campus; St. Michael's; Sunnybrook and Women's College Health Science Centre; Hamilton Health Sciences Centre; London Health Sciences Centre; Sudbury Regional Hospital; Charles LeMoyne Hospital; Windsor—Hotel Dieu Hospital. Australia. Victoria; Alfred Hospital; Royal Melbourne; Monash Medical Center. Western Australia; Royal Perth Hospital. South Australia; Flinders Medical Center. USA. Mayo Hospital.

## References

1. Schrier RW, Wang W (2004) Acute renal failure and sepsis. N Engl J Med 351:159–169
2. Hoste EA, Lameire NH, Vanholder RC, Benoit DD, Decruyenaere JM, Colardyn FA (2003) Acute renal failure in patients with sepsis in a surgical ICU: predictive factors, incidence, comorbidity, and outcome. J Am Soc Nephrol 14:1022–1030
3. Lopes JA, Jorge S, Resina C, Santos C, Pereira A, Neves J, Antunes F, Prata MM (2007) Prognostic utility of RIFLE for acute renal failure in patients with sepsis. Crit Care 11:408
4. Rangel-Frausto MS, Pittet D, Costigan M, Hwang T, Davis CS, Wenzel RP (1995) The natural history of the systemic inflammatory response syndrome (SIRS). A prospective study. Jama 273:117–123
5. Neveu H, Kleinknecht D, Brivet F, Loirat P, Landais P (1996) Prognostic factors in acute renal failure due to sepsis. Results of a prospective multicentre study. The French Study Group on Acute Renal Failure. Nephrol Dial Transplant 11:293–299
6. Bellomo R, Ronco C, Kellum JA, Mehta RL, Palevsky P (2004) Acute renal failure—definition, outcome measures, animal models, fluid therapy and information technology needs: the Second International Consensus Conference of the Acute Dialysis Quality Initiative (ADQI) Group. Crit Care 8:R204–R212
7. Bellomo R, Chapman M, Finfer S, Hickling K, Myburgh J (2000) Low-dose dopamine in patients with early renal dysfunction: a placebo-controlled randomised trial. Australian and New Zealand Intensive Care Society (ANZICS) Clinical Trials Group. Lancet 356:2139–2143
8. Barrett LK, Singer M, Clapp LH (2007) Vasopressin: mechanisms of action on the vasculature in health and in septic shock. Crit Care Med 35:33–40
9. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA (1997) Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 25:1279–1282
10. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA (2001) The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 27:1416–1421

11. Patel BM, Chittock DR, Russell JA, Walley KR (2002) Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 96:576–582

12. Lauzier F, Levy B, Lamarre P, Lesur O (2006) Vasopressin or norepinephrine in early hyperdynamic septic shock: a randomized clinical trial. Intensive Care Med 32:1782–1789

13. Gordon AC, Russell JA, Holmes Boulton CL, Singer J, Storms MM, Walley KR (2007) The effect of vasopressin on renal function in septic shock. Am J Respir Crit Care Med 175:A596

14. Russell JA, Walley KR, Singer J, Gordon AC, Hebert PC, Cooper DJ, Holmes CL, Mehta S, Granton JT, Storms MM, Cook DJ, Presneill JJ, Ayers D (2008) Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med 358:877–887

15. (1992) American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference: definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. Crit Care Med 20:864–874

16. Ahlstrom A, Kuitunen A, Peltonen S, Hynninen M, Tallgren M, Aaltonen J, Pettila V (2006) Comparison of 2 acute renal failure severity systems to general scoring systems in the critically ill. Am J Kidney Dis 48:262–268

17. Bernard G (1997) The Brussels Score. Sepsis 1:43–44

18. Hoste EA, Clermont G, Kersten A, Venkataraman R, Angus DC, De Bacquer D, Kellum JA (2006) RIFLE criteria for acute kidney injury are associated with hospital mortality in critically ill patients: a cohort analysis. Crit Care 10:R73

19. Uchino S, Bellomo R, Goldsmith D, Bates S, Ronco C (2006) An assessment of the RIFLE criteria for acute renal failure in hospitalized patients. Crit Care Med 34:1913–1917

20. Ostermann M, Chang RW (2007) Acute kidney injury in the intensive care unit according to RIFLE. Crit Care Med 35:1837–1843

21. Bagshaw SM, George C, Dinu I, Bellomo R (2008) A multi-centre evaluation of the rifle criteria for early acute kidney injury in critically ill patients. Nephrol Dial Transplant 23:1203–1210

22. Cruz DN, Bolgan I, Perazella MA, Bonello M, de Cal M, Corradi V, Polanco N, Ocampo C, Nalesso F, Piccinni P, Ronco C (2007) North East Italian Prospective Hospital Renal Outcome Survey on Acute Kidney Injury (NEiPHROS-AKI): targeting the problem with the RIFLE Criteria. Clin J Am Soc Nephrol 2:418–425

23. Lopes JA, Jorge S, Silva S, de Almeida E, Abreu F, Martins C, do Carmo JA, Lacerda JF, Prata MM (2006) An assessment of the RIFLE criteria for acute renal failure following myeloablative autologous and allogeneic haematopoietic cell transplantation. Bone Marrow Transpl 38:395

24. Lopes JA, Jorge S, Neves FC, Caneira M, da Costa AG, Ferreira AC, Prata MM (2007) An assessment of the RIFLE criteria for acute renal failure in severely burned patients. Nephrol Dial Transplant 22:285

25. Lopes JA, Fernandes J, Jorge S, Neves J, Antunes F, Prata MM (2007) An assessment of the RIFLE criteria for acute renal failure in critically ill HIV-infected patients. Crit Care 11:401

26. Kuitunen A, Vento A, Suojaranta-Ylinen R, Pettila V (2006) Acute renal failure after cardiac surgery: evaluation of the RIFLE classification. Ann Thorac Surg 81:542–546

27. Ricci Z, Cruz D, Ronco C (2008) The RIFLE criteria and mortality in acute kidney injury: a systematic review. Kidney Int 73:538–546

28. Joannidis M, Metnitz B, Bauer P, Schusterschitz N, Moreno R, Druml W, Metnitz PG (2009) Acute kidney injury in critically ill patients classified by AKIN versus RIFLE using the SAPS 3 database. Intensive Care Med. doi: 10.1007/s00134-00009-01530-00134

29. Edwards RM, Trizna W, Kinter LB (1989) Renal microvascular effects of vasopressin and vasopressin antagonists. Am J Physiol 256:F274–F278

30. Lenz K, Hortnagl H, Druml W, Reither H, Schmid R, Schneeweiss B, Laggner A, Grimm G, Gerbes AL (1991) Ornipressin in the treatment of functional renal failure in decompensated liver cirrhosis. Effects on renal hemodynamics and atrial natriuretic factor. Gastroenterology 101:1060–1067

31. Bomzon L, Rosendorff C (1975) Renovascular resistance and noradrenaline. Am J Physiol 229:1649–1653

32. Bellomo R, Kellum JA, Wisniewski SR, Pinsky MR (1999) Effects of norepinephrine on the renal vasculature in normal and endotoxemic dogs. Am J Respir Crit Care Med 159:1186–1192

33. Assmann SF, Pocock SJ, Enos LE, Kasten LE (2000) Subgroup analysis and other (mis)uses of baseline data in clinical trials. Lancet 355:1064–1069

34. Palevsky PM, Zhang JH, O'Connor TZ, Chertow GM, Crowley ST, Choudhury D, Finkel K, Kellum JA, Paganini E, Schein RM, Smith MW, Swanson KM, Thompson BT, Vijayan A, Watnick S, Star RA, Peduzzi P (2008) Intensity of renal support in critically ill patients with acute kidney injury. N Engl J Med 359:7–20

PAR-VASO-0007447

# CIRCULATORY EFFECTS FOLLOWING THE INTRAVENOUS ADMINISTRATION OF PITRESSIN IN NORMAL PERSONS AND IN PATIENTS WITH HYPERTENSION AND ANGINA PECTORIS

Ashton Graybiel, M.D., and R. Earle Glendy, M.D.

Boston, Mass.

THIS report deals with some of the cardiovascular reactions observed during the administration of posterior pituitary extract to nine normal persons, to four patients with essential hypertension, and to two with angina pectoris. Previous studies have been concerned chiefly with the effects of large single doses given subcutaneously or intramuscularly. In the present study, pitressin was given intravenously over relatively long periods of time, and the circulatory effects observed suggested certain clinical possibilities.

## METHOD

Pitressin* (1 c.c. = 20 I. U.) was diluted with normal saline to provide a concentration of 1:1,000, and the rate of flow, during the administration, was controlled and measured by means of an especially prepared burette. Save in the earlier tests, a second burette containing normal saline was included in the circuit in such a manner that a change in flow from saline to pitressin, or vice versa, could be made readily. In most instances, 0.1 c.c./Kg./min. of the pitressin solution was given over a period of from thirty minutes to one hour or more. If this was insufficient to produce severe abdominal cramps, the rate of flow was doubled or tripled. Blood pressures were measured with a mercury sphygmomanometer. Skin temperatures were determined by means of a Tycos dermatherm. Electrocardiograms were taken with the subject recumbent. Grollman's acetylene method was used in determining the cardiac output.

The person to be tested was allowed to lie quietly for at least thirty minutes while control observations were made in a room with nearly constant temperature. When these observations indicated that a stable state had been reached, the intravenous infusion of saline solution was begun. When the reactions incident to this procedure had disappeared, the change to pitressin solution was made by simply turning a stopcock. Notes were made on the changes in skin color, character of the pulse, and subjective symptoms during the course of the experiment.

## THE EFFECTS: GENERAL CONSIDERATIONS

Almost immediately after the administration of pitressin was started, pallor of the skin and mucous membranes became apparent. The subject appeared ill but felt well. This discrepancy was very striking and sometimes almost unbelievable. The temperature of the skin fell very

From the Cardiac Clinic of the Massachusetts General Hospital.

Received for publication May 21, 1940.

*Pitressin as prepared commercially by Parke, Davis & Co. was used throughout these experiments.

PAR-VASO-0007448

little during the test period, and, again, a sharp contrast was observed between color and warmth of the skin. The pulse rate did not change significantly, but the amplitude of the radial pulse grew much smaller and, in some subjects, the pulse became difficult to palpate. Despite this obvious arterial constriction, the alterations in blood pressure were small. As a rule, restlessness developed, followed by general malaise and weakness. Sweating always occurred toward the end of the test and was sometimes profuse, interfering with accurate skin temperature determinations.

Abdominal symptoms occurred in every instance, but with wide variations as to time and character of onset. The onset was heralded with nausea, a feeling of weight or a burning sensation in the epigastrium, and borborygmus. Cramplike pains in the lower abdomen usually were followed by bowel urgency; three subjects had a large evacuation immediately following the test.

### SKIN COLOR

Pallor of the skin developed very rapidly following the injection of pitressin. Pallor was observed when the dilution of pitressin in the blood was calculated to be approximately 1:3,000,000. This is in keeping with the well-known fact that the active principles of the posterior portion of the pituitary gland act in minute doses, smaller than those of any known substance, except perhaps the protein poisons. Sacks[1] has shown this pallor to be the result of the action of posterior pituitary extract on the capillaries and subpapillary venous plexuses, which are the vessels chiefly responsible for skin color.

Affecting the more highly colored portions of the face first, the pallor gradually increased in intensity, involving the entire face, neck, ears, lips, and mucous membranes of the mouth. Later, pallor of the hands, arms, and other portions of the body was observed. The pallor persisted for one and one-half to two hours after the injection of pitressin was stopped.

It is important to point out the rapidity with which changes in skin color occurred as compared with changes in skin temperature. The former were almost immediate and were striking. The latter took place more slowly and were less definite. This adds further confirmation to the work of Sacks in showing that there is only a slight pressor effect, at least in the higher dilutions of pitressin, on the vessels responsible for the warmth of the skin.

### SKIN TEMPERATURE

Skin temperature determinations were made in sixteen experiments on thirteen subjects. The areas most commonly tested were the forehead and left hypothenar eminence. The usual precautions were observed in so far as possible, but in many tests some factor was present

PAR-VASO-0007449

which vitiated the results. In four tests the conditions were ideal, but the results did not differ significantly from the others. The reason for this probably rested in the fact that the duration of the experiment was rarely over two hours. In general, skin temperature fell slightly, about 1 to 2° F., during the course of the experiment. Exceptionally, the temperature rose a degree or remained at the control level. As emphasized above, even when the pallor was extreme, there was little change in skin temperature. This is in keeping with the observations of Krogh[2] and others who found that in high dilution posterior pituitary extracts have little effect on the size of the arterioles upon which skin temperature is mainly dependent.

### BLOOD PRESSURE AND PULSE RATE

Oliver and Schafer,[3] in 1895, observed a rise in blood pressure in anesthetized animals following the intravenous injection of extracts of the pituitary gland. A few years later Howell[4] proved that extracts of the posterior lobe of the gland are responsible for this pressor effect, and this extract became known as vasopressin. Since then, numerous investigators[5] have studied the pressor response of this hormone, both in animals and in man, but reports of its effect on blood pressure have been conflicting. The fact emerges that the blood pressure response



Fig. 1.—Average changes in blood pressure and pulse rate in nine normal persons during intravenous administration of pitressin.

depends on several variable factors, including the amount of the substance given, manner of administration, number of injections, and the presence of other drugs. From a review of published reports, it would appear that in man, moderate amounts of posterior pituitary extract usually do not cause marked changes in blood pressure. A certain tolerance may be established with repeated injections so that the blood pressure response becomes less marked.

PAR-VASO-0007450

Fig. 1 shows the average changes in blood pressure and pulse rate in nine normal persons during the intravenous administration of pitressin. It is readily seen that after a slight initial rise in systolic and diastolic blood pressure, and a slight fall in pulse rate, control values are quickly reached. These changes are probably significant even though slight, because a temporary rise in pressure was observed in each instance. Furthermore, the change from saline to pitressin was made without the subject's being aware of it, and the rise in blood pressure usually occurred before subjective symptoms were apparent. Slight temporary slowing of the pulse rate is probably due to the depressor effect resulting from the increase in blood pressure.

Four patients with essential hypertension were similarly tested, and blood pressure and pulse rate responses of similar magnitude were observed. The only difference was that in the hypertensive subjects, the return of the blood pressure toward the control level occurred more slowly. The changes observed in two patients with angina pectoris were insignificant, but the absence of any fall in blood pressure is of interest because it is thought by some that a fall in blood pressure following posterior pituitary extracts is the result of cardiac weakness resulting from constriction of the coronary vessels.

### CARDIAC OUTPUT

There has been little study of the alteration in cardiac output in man following the injection of pituitary extracts. Grollman and Geiling[6] made a series of determinations at fifteen-minute intervals on two normal subjects after a single intramuscular injection of posterior pituitary extract. Immediately after administration, they found a slight decrease in cardiac output (average 12 per cent), followed by an increase, and then by a return to the initial level.

TABLE I

| NO. | BEFORE PITRESSIN | DURING PITRESSIN | CHANGE IN METABOLIC RATE (%) | CHANGE IN CARDIAC OUTPUT (%) |
|---|---|---|---|---|
| 1 | 5.11 | 4.82 | −27 | −5.1 |
| 2 | 5.92 | 5.35 | −15 | −9.6 |
| 3 | 5.03 | 5.15 | −10 | +2.4 |
| 4 | 6.08 | 5.75 | −16 | −5.0 |
| 5 | 6.43 | 5.99 | ± 0 | −6.8 |
| 6 | 6.35 | 5.98 | + 3 | −5.8 |
| Average | 5.82 | 5.50 | −10.8 | −5.0 |

In our experiments we followed Grollman's technique, except that basal conditions were not observed. The tests were performed in the afternoon; the subject was allowed a small luncheon, and the experiment was begun about one and one-half hours later. Although the food affected the absolute values of the cardiac output, the relative values

PAR-VASO-0007451

were valid because of the short duration of the experiment. Determinations were made just before and during the height of administration of pitressin.

Table I shows the results in the six cases tested. Cardiac output, on the average, was decreased 5.0 per cent. The large decreases in cardiac output observed in animal experiments have been thought by some observers to be due to a direct effect of the drug on the myocardium. In these experiments much larger doses were employed than in the present tests.

## ELECTROCARDIOGRAMS

Electrocardiograms were taken of six normal subjects before administration of pitressin and at intervals during the administration. No significant changes were observed.

## PITRESSIN AND ANGINA PECTORIS

The action of posterior pituitary extract on coronary vessels and on the heart is better known for animals than for man. Numerous investigators[7] have shown that this extract causes constriction of the coronary vessels and weakening of the heart in animals. It should be noted, however, that the doses used are usually much greater than the amount normally excreted. It is assumed that posterior pituitary extracts cause constriction of the coronary vessels in man. Kountz and Smith,[8] however, did not observe any significant alteration in coronary flow when pituitary solution was added to the perfusate of a revived dilated human heart. Goldenberg and Rothberger[9] conclude, from their experiments and from a survey of the pertinent literature, that the coronary constrictor action of pitressin provides a means of testing the ''spasm theory'' of angina pectoris. We thought it would be of interest, therefore, to give pitressin to patients with angina pectoris.

Two patients who had easily provoked anginal pain were selected for testing. Both experienced pain on very small effort or excitement and occasionally even while resting in bed. The tests were carried out in the usual manner, except that the rate of injection of the pitressin was increased more cautiously.

The readings and notes given in abbreviated form in Table II were made while testing Mr. G., a cook, 56 years of age.

After a suitable control period, physiologic saline solution was allowed to run into a vein. The unpleasantness and excitement incident to the introduction of the needle were sufficient to provoke slight but definite substernal discomfort. This quickly passed, and some time later the change was made from saline to pitressin without the subject's knowledge. The solution of pitressin was allowed to run until abdominal cramps became uncomfortable. Anginal pain was not

produced. This same patient on another occasion was given adrenaline, in a dilution of 1:1,000,000, intravenously. Pain resulted very quickly and was preceded only by a slight rise in blood pressure and pulse rate.

TABLE II

| TIME | PITRESSIN (C.C./KG./MIN.) | BLOOD PRESSURE | | PULSE RATE | REMARKS |
|---|---|---|---|---|---|
| | | SYSTOLIC | DIASTOLIC | | |
| 2.16 | 0 | 140 | 92 | 88 | Comfortable |
| 2.40 | 0 | 140 | 90 | 84 | |
| 2.56 | 0 | 142 | 90 | 88 | |
| 2.57 | | | | | Injection of saline begun |
| 2.58 | 0 | 160 | 100 | 100 | |
| 3.00 | 0 | 158 | 110 | 100 | Slight substernal pain |
| 3.02 | 0 | 148 | 90 | 96 | Pain less |
| 3.04 | 0 | 140 | 92 | 96 | Pain gone |
| 3.12 | 0 | 136 | 90 | 86 | |
| 3.24 | 0 | 132 | 88 | 86 | |
| 3.28 | 0 | 132 | 90 | 84 | |
| 3.30 | | | | | Injection of pitressin begun |
| 3.32 | 0.02 | 134 | 90 | 88 | Beginning pallor |
| 3.42 | 0.02 | 136 | 86 | 80 | Pallor marked |
| 3.52 | 0.04 | 134 | 90 | 80 | |
| 4.02 | 0.10 | 138 | 88 | 78 | |
| 4.12 | 0.12 | 138 | 84 | 80 | Cramps |
| 4.18 | 0.12 | 138 | 86 | 82 | Complained of abdominal cramps |
| 4.22 | 0.12 | 134 | 84 | 80 | |
| 4.24 | | | | | Pitressin solution stopped |

TABLE III

| TIME | PITRESSIN (C.C./KG./MIN.) | BLOOD PRESSURE | | PULSE RATE | REMARKS |
|---|---|---|---|---|---|
| | | SYSTOLIC | DIASTOLIC | | |
| 2.00 | 0 | 120 | 65 | 68 | Face a ruddy color |
| 2.05 | 0 | 115 | 65 | 68 | |
| 2.13 | 0 | 115 | 70 | 68 | |
| 2.20 | | | | | Saline solution started |
| 2.22 | 0 | 112 | 70 | 68 | |
| 2.27 | 0 | 110 | 65 | 64 | |
| 2.30 | | | | | Saline stopped; pitressin started |
| 2.32 | 0.06 | | | | Slight pallor |
| 2.34 | 0.06 | 120 | 72 | 60 | Moderate pallor |
| 2.42 | 0.06 | 114 | 72 | 60 | |
| 2.52 | 0.12 | | | | Rate of injection increased |
| 2.55 | 0.12 | 118 | 70 | 64 | Slight abdominal distress; slight sweating; pallor marked |
| 3.04 | 0.12 | 112 | 70 | 64 | Abdominal cramps moderately severe |
| 3.06 | | | | | Pitressin stopped |

A similar test was carried out on Mr. H.,* aged 58 years, and anginal pain did not occur although sufficient pitressin was given to provoke well-marked abdominal cramps. The notes on the case are given in Table III.

---

*This patient has since died, and autopsy revealed an extreme degree of coronary arteriosclerosis.

The above results would seem to point to a curious paradox, in that pitressin, a drug known to cause coronary vasoconstriction, did not provoke pain in anginal patients, while adrenaline, a drug known to cause coronary vasodilatation, readily provoked pain. These facts require explanation. It would appear either that coronary vasoconstriction was not produced with pitressin, or, if it was, that there must have been at least a corresponding decrease in the work of the heart. Experimental evidence points to the fact that pitressin actually does constrict the coronary vessels to a marked degree. Our results show that both the cardiac output is slightly decreased and the metabolic rate is lowered by an average of 10.8 per cent. Accordingly, it would seem that the decrease in coronary flow was compensated for by the decrease in the work of the heart. An interesting parallel is seen in the case of adrenaline. This drug may quickly provoke pain in anginal patients although it causes coronary vasodilation. The explanation lies in the fact that the work of the heart is increased to a greater extent than is the coronary flow.

Katz and Lindner[10] point out that "for practical purposes the important thing is not whether the substance has a coronary vasodilator or vasoconstrictor action nor whether the substance increases coronary flow or decreases it but rather how it influences the relation of the change in coronary flow to the alteration in the work of the heart and to the energy cost on the part of the heart doing this work." On this basis, we may conclude, therefore, that pitressin in amounts sufficient to provoke distressing abdominal cramps does not significantly decrease the blood supply to the myocardium in relation to the work of the heart and that it is safe and practical to give pitressin to patients with coronary heart disease.

## DISCUSSION

It is clearly apparent from these results that pitressin, given in the manner described above, has a cumulative effect in that a point of tolerance is reached. The limiting symptoms are related to the gastrointestinal tract, and these may be pronounced if enough of the drug is given. These symptoms include nausea, vomiting, and abdominal cramps, sometimes followed by evacuation of the bowel. There was not a single instance of significant cardiovascular symptoms in either normal persons or cardiac patients. There was evidence of constriction of the minute vessels and capillaries of the skin and of the large arteries; there was little effect on the arterioles, judging by the minor alterations in blood pressure and skin temperature. Furthermore, there was no evidence that the heart was adversely affected. The cardiac output was slightly decreased, and the metabolic rate was lowered. Pain was not produced in patients with severe coronary arteriosclerosis who were subject to easily induced attacks of angina pectoris.

In contrast to the above, severe symptoms have been reported following large single injections of posterior pituitary extract. These include cyanosis, shallow respirations, sweating, palpitation, faintness, feeling of heat, and abdominal cramps. Sometimes these symptoms are severe and alarming, and convulsions have been observed. These symptoms may be accompanied by considerable rises in blood pressure and other evidence of vasoconstriction. For these reasons and because of the known coronary vasoconstrictor action in animals, there has been a natural hesitancy to use posterior pituitary extracts in certain patients, especially those with heart disease.

Our experience suggests that pitressin may be slowly injected intravenously in amounts sufficient to produce marked gastrointestinal symptoms without producing alarming or even significant circulatory symptoms. This is true for normal persons and for patients with hypertensive or coronary heart disease. By the same technique it is possible that in pregnancy or in the treatment of ileus the desired therapeutic effect could be produced without fear of untoward circulatory symptoms.

### SUMMARY AND CONCLUSIONS

A dilute solution of pitressin given by intravenous infusion has a cumulative effect.

Nine normal persons, four patients with essential hypertension, and two patients with coronary heart disease were given a dilute solution of pitressin intravenously over a period of from thirty minutes to one hour or more.

Gradually developing gastrointestinal symptoms limited the amount which could be given.

Significant cardiovascular symptoms were observed neither in the normal persons nor in the patients with heart disease. There was evidence of marked constriction of the minute vessels and of the large arteries, but not of the arterioles. There were only slight changes in the pulse rate, blood pressure, metabolic rate, and cardiac output.

Anginal pain was not reproduced in two patients with severe coronary heart disease who received sufficient pitressin to cause uncomfortable abdominal cramps. A minute amount of adrenaline when given to one of these patients produced anginal pain. It is suggested that in certain respects pitressin and adrenaline act in an opposite manner; the former causes coronary vasoconstriction but a decrease in the work of the heart, while the latter causes coronary vasodilation but an increase in the work of the heart.

Following the procedure used in these tests, pitressin, in therapeutic amounts, may be given without fear of untoward cardiovascular effects.

PAR-VASO-0007455

We should like to express our thanks to Dr. Paul D. White, in whose laboratory this work was carried out, for his interest and advice.

### REFERENCES

1. Sacks, B.: Observations Upon the Vascular Reactions in Man in Response to Infundin, With Special Reference to the Behavior of the Capillaries and Venules, Heart 11: 353, 1924.
2. Krogh, A.: The Anatomy and Physiology of Capillaries, revised edition, New Haven, 1929, Yale University Press.
3. Oliver, G., and Schafer, E. A.: On the Physiological Action of Extracts of Pituitary Body and Certain Other Glandular Organs, J. Physiol. 18: 277, 1895.
4. Howell, W. H.: The Physiological Effects of Extracts of the Hypophysis Cerebri and Infundibular Body, J. Exper. Med. 3: 245, 1898.
5. Dale, H. H.: The Action of Extracts of the Pituitary Body, Biochem. J. 4: 427, 1909.
   Behrenroth, E.: Über die Einwirkung des Hirnanhangsextraktes auf den Blutdruck des Menschen nebst Bemerkungen über einige Injektionsversuche am wachsenden Tier, Deutsches Arch. f. klin. Med. 113: 393, 1913-14.
   Geiling, E. M. K., and Campbell, D.: Variations in Blood Pressure Induced by Repeated Injections of the Posterior Lobe of the Pituitary Gland, J. Pharmacol. & Exper. Therap. 29: 449, 1926.
   Gaddum, J. H.: Some Properties of the Separated Active Principles of the Pituitary (Posterior Lobe), J. Physiol. 65: 434, 1928.
   Henstell, H.: The Pituitary Gland and the Maintenance of Blood Pressure, Yale J. Biol. & Med. 5: 531, 1933.
   Moffat, W. M.: The Effect of Pituitrin Injections on Blood Pressure in Man, Am. J. M. Sc. 186: 854, 1933.
   Melville, K. I.: The Action of Pituitary Extract Upon the Blood Pressure of the Normal Unanesthetized Animal and the Effects of Ephedrine or Adrenaline Thereupon, J. Pharmacol. & Exper. Therap. 47: 355, 1933.
6. Grollman, A., and Geiling, E. M. K.: The Cardiovascular and Metabolic Reactions of Man to the Intramuscular Injection of Posterior Pituitary Liquid (Pituitrin), Pitressin and Pitocin, J. Pharmacol. & Exper. Therap. 46: 447, 1932.
7. Tigerstedt, C., and Airila, Y.: Über die Einwirkung des Pituitrins auf die durch die Aorta stromende Blutmenge, Skandinav. Arch. f. Physiol. 30: 302, 1913.
   Resnik, W. H., and Geiling, E. M. K.: The Action of Pituitary Extract on the Heart of the Unanesthetized Dog, J. Clin. Investigation 1: 217, 1925.
   Gruber, C. M., and Kountz, W. B.: The Electrocardiogram of Non-Anesthetized Dogs as Modified by the Intravenous Injection of Pitressin, Atropine Sulphate and Vagus Section, J. Pharmacol. & Exper. Therap. 40: 253, 1930.
   Holz, P.: The Action of Pituitary Posterior Lobe Extracts on Different Parts of the Circulatory System, J. Physiol. 76: 149, 1932.
   Antapol, W., and Rössler, R.: Über die Herzwirkung von Hypophysenhinterlappenextrakten am Hund unter naturlichen Kreislaufbedingungen, Ztschr. f. d. ges. exper. Med. 94: 453, 1934.
   Bickel, G., and Frommel, E.: Étude sur l'action cardiaque de l'extrait hypophysaire posterieur. I. L'electrocardiogramme de la pitressine, Arch. internat. de méd. expér. 12: 309, 1937.
   Frommel, E., and Zimmet, D.: Étude sur l'action cardiaque de l'extrait hypophysaire posterieur. II. Ischemie coronarienne et aire cardiaque, Ibid. 12: 323, 1937.
8. Kountz, W. B., and Smith, J. R.: The Flow of Blood in the Coronary Arteries in Pathological Hearts, J. Clin. Investigation 17: 147, 1938.
9. Goldenberg, M., and Rothberger, C. J.: Experimentelle Beitrage zur Theorie der Angina pectoris, Ztschr. f. d. ges. exper. Med. 76: 1, 1931.
10. Katz, L. N., and Lindner, E.: The Reaction of the Coronary Vessels to Drugs and Other Substances, J. A. M. A. 113: 2116, 1939.