# THE CARDIOVASCULAR AND METABOLIC REACTIONS OF MAN TO THE INTRAMUSCULAR INJECTION OF POSTERIOR PITUITARY LIQUID (PITUITRIN), PITRESSIN AND PITOCIN

ARTHUR GROLLMAN AND E. M. K. GEILING

*From the Laboratories of Physiology and Pharmacology, the Johns Hopkins University School of Medicine*

Received for publication May 25, 1932

## INTRODUCTION

The present investigation consisting of a series of simultaneous studies on the cardiac output, its related cardiovascular functions, and the oxygen consumption was carried out in the hope of presenting a more complete picture than hitherto available of the pharmacodynamic actions occurring in man in response to the extracts of the posterior pituitary gland.

One of the chief difficulties in evaluating the action of the hormones on the circulation is the fact that they are seldom chemical entities and one is always confronted with the question as to whether the observed results may not be due to impurities or decomposition products formed during their preparation. Potent extracts (pituitrin or pituitary liquid of commerce) of the posterior lobe of the pituitary body are separable into two fractions, pitressin and pitocin (16). It is still debatable whether these substances are elaborated as separate compounds in the gland and that the post-pituitary extract (pituitrin) is merely a mixture of the two, or whether they are really components of a single molecule which breaks up in the body and each fraction elicits its characteristic physiological effects (1). Pitressin manifests the pressor, diuretic-antidiuretic, hyperglycemic, melanophore expanding properties of pituitrin.

The mass of literature dealing with the effect of posterior pituitary extracts on the circulation has been based for the most

PAR-VASO-0007457

part on experiments on the lower animals. Such studies as have been made on man have, for the most part, been limited to consideration of the pulse rate, blood pressure or oxygen consumption. The only previous study of the cardiac output of man following pituitary therapy was carried out by Eppinger, Papp and Schwarz (5) who in a few experiments found that the administration of pituglandol caused a decrease in the cardiac output. The method of determining the cardiac output as used by these investigators is questionable (13) as evidenced by the absurdly high values which they obtained previous to the administration of the pituglandol.

METHODS

The methods used in the present study were identical with those employed in preceding studies of the cardiac output under various conditions (10, 11, 12). The pulse rate was determined by radial palpation for thirty seconds; the blood pressure by the recording sphygmomanometer; the oxygen consumption by the Krogh spirometer or by the Douglas bag method; the cardiac output by the acetylene method. Strictly basal conditions were observed and the necessary precautions were taken to avoid all vitiating influences. For the injections the following extracts were used: Parke Davis and Company's surgical pituitrin, 1 cc. containing 20 international units; pitressin, 1 cc. containing 20 pressor units; and pitocin containing only 0.1 unit of pitressin per cubic centimeter. The last named preparation was a highly purified product kindly supplied by Dr. Oliver Kamm of the Parke Davis Company's laboratories.

A series of experiments with the three above-mentioned substances was carried out on two normal subjects: a male, aged forty; height, 175 cm.; weight, 71 kgm.; and a female, aged twenty-four; height, 153 cm., weight, 48.5 kgm. The effect of pitocin was also studied on a third subject. Owing to the consistency of the results a study of more subjects did not seem necessary.

A series of cardiac output determinations were made at fifteen-minute intervals before and after the intramuscular administra-

tion of the drug; in the interim, measurements of the other functions were made. The observations were continued until the various functions studied had returned to their basal values. The general procedure followed was the same as that previously described (12) and need not therefore be further described here.

## RESULTS

### Posterior pituitary liquid (pituitrin surgical)

A typical result obtained on injecting 0.4 cc. of surgical pituitary liquid (whose potency was 20 international units per cubic

TABLE 1

*The effect of injecting 0.4 cc. (8 international units) of surgical pituitrin intramuscularly on the cardiac output and related functions of a normal male subject, aged forty, weight 71 kgm., height 175 cm.*

| TIME | PULSE RATE | ARTERIAL BLOOD PRESSURE | OXYGEN CONSUMPTION | ARTERIO-VENOUS OXYGEN DIFFERENCE | CARDIAC OUTPUT |
|---|---|---|---|---|---|
| a.m. | | mm. Hg | cc. per minute | cc. per liter | liters per minute |
| 8:45 | 68 | 115/80 | 220 | 51 | 4.3 |
| 8:56 | Injected 0.4 cc. of pituitrin | | | | |
| 9:00 | 68 | 116/83 | | 50 | 4.0 |
| 9:08 | 67 | 112/82 | 190 | 38 | 5.0 |
| 9:15 | 66 | 104/76 | | | |
| 9:19 | 67 | 110/79 | 240 | 45 | 5.3 |
| 9:30 | 68 | 114/82 | 225 | 47 | 4.8 |
| 9:40 | 68 | 112/83 | | | |
| 9:50 | 68 | 114/80 | 220 | 53 | 4.1 |

centimeter) is shown in table 1. Except for slight abdominal sensations, no marked subjective effects resulted from the injection. As seen in this table pituitrin caused a slight drop in the pulse rate and systolic blood pressure. The oxygen consumption was markedly decreased at first from its basal value of 220 cc. per minute before the injection to 190 cc. at twelve minutes after the injection. It then rose to 240 cc. eleven minutes later after which it gradually returned to its normal level. Pituitrin thus apparently first interferes, in some unknown manner, with the utilization of oxygen by the tissues. Cellular metabolism, how-

PAR-VASO-0007459

ever, is not completely abolished for there is an accumulation of catabolites, particularly lactic acid (6). The cells thus become anaerobic in their activity and go into an oxygen debt analogous to that which exists during exercise. This oxygen debt is later removed and the oxygen consumed in its removal is manifested in the increased oxygen consumption observed in table 1.

The arterio-venous oxygen difference is at first markedly reduced and gradually resumes its normal value. This marked reduction in the arterio-venous oxygen difference is a reflection of the low oxygen consumption by the tissues. The cells are not removing their normal quota of oxygen from the arterial blood and hence the venous blood is returning to the heart with an abnormally high oxygen content. This high oxygen content of the venous blood can be observed in the color of the venous blood as pointed out by Geiling, DeLawder and Rosenfeld (8) after the administration of both large and small doses of pituitrin and pitressin. Immediately after the administration of the drug, there is a slight decrease in cardiac output which is followed by a more prolonged increase and then a return to the initial level.

From table 1 it will be seen that in man there is often no rise of blood pressure despite the increase in cardiac output and vaso-constricting effect of the drug indicated in the blanching of the skin (24). Apparently, then, in the intact animal, pituitrin in the therapeutic doses causes compensatory vasomotor changes in the vascular system in areas other than the skin (dilatation of capillaries in the muscles and viscera) or acts on the liver and viscera in such a way as to increase the venous return to the heart.

The subject of table 2 experienced a very violent reaction to the injections of pituitrin and pitressin. There was a death-like pallor, cold, clammy skin, and practical collapse particularly when the subject was inspiring oxygen. It appeared that the oxygen inspiration initiated the collapse which might possibly be attrib-uted to an effect of the increased oxygen tension of the blood in further reducing the cardiac output. To avoid this possible action of oxygen, subsequent metabolic determinations were made with the Douglas-bag method. The low pulse rate and blood pressure observed in table 2 at 9:15 a.m., were obtained while the

PAR-VASO-0007460

subject was respiring pure oxygen and appeared to result from this effect of oxygen in the presence of pituitary extract. These marked effects were elicited by doses which in the average subject produce little symptoms. In table 3 are given the results of an experiment on the same subject as in table 2 in which only 0.07 cc. produced a marked effect on the oxygen consumption and appreciable effects on the pulse rate and blood pressure. The changes in cardiac output are within the experimental error.

TABLE 2

*The effect of an intramuscular injection of 0.25 cc. of surgical pituitrin (5 units) on a female subject, aged twenty-four, weight 48.5 kgm., height 153 cm.*

| TIME | PULSE RATE | ARTERIAL BLOOD PRESSURE | OXYGEN CONSUMPTION | ARTERIO-VENOUS OXYGEN DIFFERENCE | CARDIAC OUTPUT |
|---|---|---|---|---|---|
| *a.m.* | | *mm. Hg* | *cc. per minute* | *cc. per liter* | *liters per minute* |
| 8:22 | | | 177 | | |
| 8:40 | 64 | 103/64 | | 50 | 3.5 |
| 8:52 | Injected 0.25 cc. surgical pituitrin | | | | |
| 8:55 | 63 | 103/65 | | | |
| 8:57 | | | 150 | 50 | 3.0 |
| 9:05 | 76 | 102/61 | 196 | | |
| 9:12 | 75 | 107/65 | | | |
| 9:15 | 64 | 93/63 | | | |
| 9:23 | 84 | 110/63 | 270 | | |
| 9:32 | 72 | 107/72 | | 50 | 4.7 |
| 9:42 | 66 | 102/65 | 200 | | |
| 9:50 | 66 | 102/65 | | 45 | 4.0 |
| 10:00 | 64 | 103/66 | | | |
| 10:05 | | | 175 | | |
| 10:20 | 64 | 103/65 | | 50 | 3.5 |

## Pitressin

Pitressin (the pressor fraction of pituitrin) resembles pituitrin in regard to the circulatory effects observed in man. An example of its action as obtained on the subject of the experiment cited in table 1 is reproduced in table 4. The decrease in pulse rate following the injection is followed by an increase in this function. The arterial blood pressure, unlike that in the experiment with pituitrin injection of table 1, rose to a maximum thirty-three

minutes after the intramuscular injection when the systolic level was 16 mm. above the basal value with a somewhat lesser elevation in the diastolic level. The pulse pressure was diminished four minutes after the injection when the pulse rate also was lowered. This decrease in pulse rate and pulse pressure soon after the injection was accompanied by a decrease in the cardiac output. It is probably in this stage of its action that pitressin

TABLE 3

*The effect of an intramuscular injection of 0.07 cc. of pitressin (1.4 international units) on the cardiac output and its related functions of the subject of table 2*

| TIME | PULSE RATE | BLOOD PRESSURE | OXYGEN CONSUMPTION | ARTERIO-VENOUS OXYGEN DIFFERENCE | CARDIAC OUTPUT |
|---|---|---|---|---|---|
| *a.m.* | | *mm. Hg* | *cc. per minute* | *cc. per liter* | *liters per minute* |
| 8:15 | | | 180 | | |
| 8:20 | 68 | 101/65 | | | |
| 8:25 | | | | 50 | 3.6 |
| 8:30 | 68 | 102/65 | | | |
| 8:36 | Injected 0.07 cc. of pitressin | | | | |
| 8:39 | 64 | 106/72 | | | |
| 8:41 | | | | 49 | 3.6 |
| 8:46 | 66 | 105/70 | 150 | | |
| 8:55 | 72 | 100/62 | | | |
| 8:58 | | | | 52 | 3.5 |
| 9:05 | 68 | 100/60 | | | |
| 9:10 | | | 216 | | |
| 9:18 | 68 | 101/63 | | | |
| 9:20 | | | | 55 | 3.5 |
| 9:25 | | | 180 | | |
| 9:35 | 68 | 103/63 | | | |
| 9:37 | | | | 50 | 3.6 |

causes vaso-constriction with a diminution in cardiac output which prevents as great a rise in arterial pressure as one might anticipate from its vaso-constricting action. This preliminary decrease in cardiac output probably also occurs after pituitrin injections but being slight and transitory is often not detected, as will be seen in table 1. As in the case of pituitrin, pitressin causes first an inhibition followed by an increase in the rate of oxygen consumption.

PAR-VASO-0007462

## Pitocin

Pitocin, the oxytocic fraction of the posterior lobe secretion, does not show the marked circulatory effects elicited by pituitrin

### TABLE 4

*The effect of injecting 0.4 cc. (8 international units) of pitressin intramuscularly on the cardiac output and its related functions of the subject of table 1*

| TIME | PULSE RATE | ARTERIAL BLOOD PRESSURE | OXYGEN CONSUMPTION | ARTERIO-VENOUS OXYGEN DIFFERENCE | CARDIAC OUTPUT |
|---|---|---|---|---|---|
| *a.m.* | | *mm. Hg* | *cc. per minute* | *cc. per liter* | *liters per minute* |
| 9:05 | 67 | 102/70 | 200 | 54 | 3.7 |
| 9:17 | Injected 0.4 cc. pitressin | | | | |
| 9:21 | 64 | 107/81 | | 55 | 3.1 |
| 9:28 | | | 147 | | |
| 9:35 | 72 | 113/80 | | 37 | 4.3 |
| 9:45 | 73 | 112/83 | 189 | | |
| 9:50 | 70 | 118/83 | | 40 | 5.0 |
| 10:00 | 66 | 113/83 | | | |
| 10:03 | | | 233 | | |
| 10:08 | | | | 53 | 4.4 |
| 10:20 | 66 | 109/76 | 230 | | |
| 10:35 | 66 | 110/78 | | 55 | 3.8 |
| 10:45 | 66 | 112/80 | 200 | | |

### TABLE 5

*The effect of injecting 0.8 cc. (8 oxytocic units) of pitocin intramuscularly on the cardiac output and its related functions of the subject of table 1*

| TIME | PULSE RATE | ARTERIAL BLOOD PRESSURE | OXYGEN CONSUMPTION | ARTERIO-VENOUS OXYGEN DIFFERENCE | CARDIAC OUTPUT |
|---|---|---|---|---|---|
| *a.m.* | | *mm. Hg* | *cc. per minute* | *cc. per liter* | *liters per minute* |
| 8:40 | 60 | 104/72 | 220 | 50 | 4.4 |
| 8:51 | Injected 0.8 cc. pitocin (containing 0.08 unit of pitressin) | | | | |
| 8:55 | 60 | 102/76 | | | |
| 9:02 | 64 | 111/79 | 234 | 51 | 4.6 |
| 9:07 | 66 | 117/80 | | | |
| 9:15 | 68 | 117/80 | 218 | 51 | 4.3 |
| 9:28 | 60 | 112/78 | | | |

or pitressin. Unfortunately it is extremely difficult to obtain this substance free of pitressin and hence one is justified in attrib-

PAR-VASO-0007463

uting any slight circulatory action of the usual pitocin preparations to their contamination by pitressin. In table 5 are given the results obtained on injecting 0.8 cc. of a highly purified pitocin into the subject of the experiments of tables 1 and 4. This particular sample contained 10 oxytocic units per cubic centimeter and 0.1 pressor unit. The subject thus received 8 oxytocic units and 0.08 pressor unit (equivalent to 0.004 cc. surgical pituitrin). This amount of pitressin is extremely small and renders improbable the assumption that the results obtained with this pitocin are due to the pitressin which it contains. Moreover, the absence of any decrease in the oxygen consumption after the injection, such as occurs after pitressin, indicates that the result is probably due to pitocin. The possibility remains, however, that any diminution in oxygen consumption caused soon after the injection by the small amount of pitressin may be masked by an increase due to pitocin and that the increased oxygen consumption observed later is in part also due to the presence of pitressin. A third possibility is that the result observed after pitocin is due to some impurity rather than to the active oxytocic principle. At the time when the oxygen consumption is increased, the subject usually experiences a chilly sensation as if the external temperature were suddenly decreased. This chill with its accompanying increased oxygen consumption may possibly be due to the effect of a foreign substance in the pitocin, for the train of symptoms observed after pitocin are strikingly similar to those encountered after the injection of certain foreign substances into the body. The onset of foreign protein reactions is generally much slower than that observed in our experiments with pitocin but other decomposition products may be responsible for the observed phenomenon.

The results of table 5 show a rise in pulse rate, systolic and diastolic pressures, and oxygen consumption. These changes, unlike those seen after pitressin, are of brief duration, being over in about twenty minutes after the injection. The effect of pitocin on the cardiac output, as seen in table 5, is so slight as to be almost within the experimental error. During a chill in fever (10) there is a constriction of the blood vessels in the skin which

PAR-VASO-0007464

aids in the conservation of heat for the body. We may consider the effects of pitocin to be analogous to that of a chill during fever with constriction in the skin compensating for any increased blood flow through the muscles or viscera. There is thus a marked difference in the circulatory effects of pitressin and pitocin as regards their action on the circulatory and metabolic functions of man. The cardiac output, which is markedly affected by pitressin or by pituitrin, is not appreciably altered by pitocin.

## DISCUSSION

In experiments on the lower animals it has usually been found that there is a decrease in the cardiac output after pituitrin injections (17). This apparent difference in reaction of man and the dog and cat may be easily explained as due to a quantitative difference in the manner in which different animal species react to a given drug and to differences in the experimental conditions. In the case of an anesthetized animal, the cardiac output, as observed by the "Stromuhr," is decreased after pituitrin (2), no secondary increase as observed in man being detectable. The metabolism of the tissues in such an animal is already markedly abnormal and any further metabolic change may not be able to cause a reversal of the constricting effect of pituitrin (or pitressin). Compensatory changes in the circulation of anesthetized animals are often absent in cases where they are easily brought about in normal man. This fact may explain the variation in results obtained in man and in anesthetized animals. The frequent absence of a significant rise in blood pressure or of a bradycardiac effect after pituitrin injections in man, as compared to the occurrence of these changes after its injection into an anesthetized animal, may be explained on the same basis. That anesthesia markedly affects the response of animals to pituitrin (and other drugs in general) is also shown not only by the fact that the blood pressure response of the dog differs between the anesthetized and unanesthetized state (17) but also that different responses are obtained under different anesthetics (14). The usual drop and subsequent rise in blood pressure attributed to pituitary liquids is associated with ether anesthesia. During amytal anesthesia,

on the other hand, we have at times observed a marked and prolonged drop in the blood pressure with no subsequent rise. This drop is so intense as often to be fatal in its consequences. These findings are in agreement with those reported by Raginsky, Ross and Stehle (21, 22) who used sodium phenobarbital (Luminal).

As will be seen in a subsequent section, pituitrin and pitressin have a direct action on the heart. This deleterious action might be expected to be more pronounced during anesthesia which would explain the greater depressor and cardiac output lowering effects of these drugs on the anesthetized animal as compared to their effects on man.

It is also necessary to point out that the mode of administration of a drug and its dosage will often affect the result obtained. In experiments on unanesthetized dogs doses of pituitrin intravenously injected have generally been much larger (1 cc.) than those therapeutically used in man. Such injections, instead of the intramuscular injections as reported in tables 1 to 4, may easily cause a prolongation and accentuation of the decrease in cardiac output so that a single determination made a few minutes after the injection would (as has been found in normal unanesthetized dogs) show a decreased cardiac output. Only repeated determinations such as those of tables 1 to 4 will show the subsequent rise in cardiac output which after intramuscular injections in man is by far the more prominent and prolonged effect of pituitrin or pitressin.

### Effects of pituitrin and pitressin on the metabolism

The action of extracts of the posterior lobe of the hypophysis on the metabolism is as great in magnitude as are its effects on the blood vessels. It is to be remembered, however, that the results obtained after dosages such as were used in the experiments of tables 1 to 4 render any conclusions as to the physiological function of pituitrin in the organism purely hypothetical.

Previous studies of the effect of posterior pituitary extract or of pitressin on the oxygen consumption of man or the lower animals have been very conflicting. With the exception of the results of Lambie and Redhead (18) who found that pituitary

liquid caused a transient fall followed by a rise or sometimes only a rise in the oxygen consumption, a number of authors have been deluded into the view that pituitrin or pitressin caused either an acceleration, a retardation or no change in the oxygen consumption and missed completely the true state of affairs.    Thus Castex and Schteingart (4), Nitzescu and Gavrila (20), and Zloczower, Müller and Nickau (27) found an increase in the metab-



FIG. 1. THE EFFECT OF AN INTRAMUSCULAR INJECTION OF 0.4 CC. OF PITRESSIN
INTO A NORMAL MALE ADULT

The pulse rate and cardiac output are decreased below the normal for a brief period followed by an increase of more prolonged duration.    Similar changes occur in the oxygen consumption except that both the decrease and increase are more prolonged than in the case of the cardiac functions.

olism of man.    Schill and Fernbach (25) found slight rises which they attributed to the increased motor activity of the visceral organs stimulated by pituitrin.    Bernstein and Falta (3), on the other hand, observed a decrease in the metabolism.    Missal and Johnston (19) and others have found no effect.    The same inconsistency in results has been found on the lower animals (15, 26). It is obvious, of course, from the shape of the oxygen consump-

PAR-VASO-0007467

tion-time curve, as given in figure 1, that the results obtained are dependent on the time at which the determinations are made and failure to regard this fact has led to the mistaken views of workers in the past. This importance of the time factor was also shown in a series of experiments on dogs, the results of which are in harmony with those obtained in the present study on man (7).

### Effect of pituitrin and pitressin on the myocardium

The question arises as to what extent cardiovascular effects observed after pituitrin are to be attributed to secondary changes in the metabolism and effects on the peripheral circulation and how far they may be due to direct action of the posterior pituitary preparations on the heart. Resnik and Geiling (23) observed a prolongation of the auriculo-ventricular conduction time and changes in the electrocardiogram indicative of a sino-auricular block. They concluded that pituitrin had a direct action upon the myocardium. An essentially similar result was obtained by Gruber and Kountz (14) when using pitressin. Goldenberg and Rothberger (9) have also demonstrated similar changes in man which they attribute to spasm of the coronary arteries. Pituitrin probably acts on the myocardium both by vasoconstriction of the coronary vessels and by inhibiting the oxidative processes (similarly to its effect on the peripheral musculature). There is thus an anoxemic condition of the heart which may well be responsible for the observed dilatation (17) and, in part at least, for the changes in the various cardiovascular functions observed, particularly in anesthetized animals.

### Effect of pituitrin and pitressin on the cardiac output

The effects of posterior pituitary liquid and pitressin on the cardiac output may be explained as a result of compensatory changes occurring in order to maintain a constant blood pressure in the organism. The importance of this regulation of the blood pressure and its regular occurrence in response to a number of circulatory reactions in the normal individual has been discussed elsewhere (13). The marked constriction of the cutaneous vessels in man after pituitary injections would lead to an abnormal rise

PAR-VASO-0007468

in blood pressure were this rise not avoided by a diminished cardiac output. The decrease in pulse rate accompanying the observed decreases in the cardiac output may be looked upon as the expression of reflex stimuli compatible with a diminution in the cardiac output (13). The direct action of the pituitary extracts on the myocardium would not, according to this view, be responsible for the diminished cardiac output, which conclusion is further substantiated by the fact that such myocardial effects in man occur at a time when the cardiac output is actually increased (9). This protracted and large increase in the cardiac output observed in man may be looked upon as a response to the accumulation of catabolites in the blood. Such catabolites, as in muscular exercise, call forth a vasodilatation probably in the muscles and viscera which overcomes the decrease in peripheral resistance due to constriction in the cutaneous areas and results in an increase in the peripheral vascular bed. An increase in the cardiac output prevents a diminution in the arterial blood pressure. The observed increased pulse rate would be expected to accompany this increased cardiac output (13).

## SUMMARY

A study has been made of the effects of pituitrin, pitressin and pitocin when injected in therapeutic doses into man. Pituitrin and pitressin produce for a brief period a fall in pulse rate, oxygen consumption and cardiac output which is succeeded by a more prolonged rise in these functions. Pitocin causes only a slight increase in the oxygen consumption and negligible changes in the circulation. The decreased cardiac output after pituitrin and pitressin injections is attributed to a reflex initiated by the threatened increase in blood pressure which would result from the constriction of cutaneous vessels. The subsequent elevation in the cardiac output and pulse rate is due to the accumulation of catabolites during the period of decreased oxygen consumption after pituitrin and pitressin. This accumulation of catabolites brings about a condition of "oxygen debt" the removal of which is manifested in a later increased oxygen consumption. The marked pressor effect of pituitary extracts observed in animals under

PAR-VASO-0007469

certain anesthetics is not observed in normal man in the doses used in this study.

## REFERENCES

(1) ABEL: Jour. Pharmacol. and Exper. Therap., 1930, xl, 139.
(2) AIRILA: Skand. Arch. für Physiol., 1914, xxxi, 381.
(3) BERNSTEIN AND FALTA: Deut. Archiv. für klin. Med., 1918, cxxv, 233.
(4) CASTEX AND SCHTEINGART: Compt. rend. de la soc. de biol., 1926, xcv, 1512.
(5) EPPINGER, PAPP AND SCHWARZ: Ueber das Asthma Cardiale. Versuch zu einer peripheren Kreislaufpathologie. Berlin, 1924.
(6) GEILING AND DELAWDER: Bull. Johns Hopkins Hosp., 1932, li, 335.
(7) GEILING AND DELAWDER: Bull. Johns Hopkins Hosp., 1932, li, 335.
(8) GEILING, DELAWDER AND ROSENFELD: Jour. Pharmacol. and Exper. Therap., 1931, xlii, 263.
(9) GOLDENBERG AND ROTHBERGER: Zeit. für die ges. exper. Med., 1931, lxxvi, 1.
(10) GROLLMAN: Jour. Clin. Invest., 1929, viii, 25.
(11) GROLLMAN: Amer. Jour. Physiol., 1929, xc, 210.
(12) GROLLMAN: Jour. Pharmacol. and Exper. Therap., 1930, xxxix, 313.
(13) GROLLMAN: The Cardiac Output of Man in Health and Disease. Charles C. Thomas, Springfield and Baltimore, 1932.
(14) GRUBER AND KOUNTZ: Jour. Pharmacol. and Exper. Therap., 1930, xxxix, 275.
(15) HIMWICH AND HAYNES: Amer. Jour. Physiol., 1931, xcvi, 640.
(16) KAMM, ALDRICH, GROTE, ROWE AND BUGBEE: Jour. Amer. Chem. Soc., 1928, l, 573.
(17) KOLLS AND GEILING: Jour. Pharmacol. and Exper. Therap., 1924, xxiv, 67.
(18) LAMBIE AND REDHEAD: Biochem. Jour., 1929, xxiii, 608.
(19) MISSAL AND JOHNSTON: Jour. Lab. and Clin. Med., 1929, xiv, 314.
(20) NITZESCU AND GAVRILA: Compt. rend. de la soc. de biol., 1929, cii, 184.
(21) RAGINSKY, ROSS AND STEHLE: Jour. Pharmacol. and Exper. Therap., 1930, xxxviii, 473.
(22) RAGINSKY AND STEHLE: Jour. Pharmacol. and Exper. Therap., 1932, xliv, 385
(23) RESNIK AND GEILING: Jour. Clin. Invest., 1925, iii, 217.
(24) SACKS: Heart, 1924, xi, 353.
(25) SCHILL AND FERNBACH: Zeit. für die ges. exper. Med., 1929, lxvii, 551.
(26) WEISS AND REISS: Zeit. für die ges. exper. Med., 1923, xxxviii, 428.
(27) ZLOCZOWER, MÜLLER AND NICKAU: Zeit. für die ges. exper. Med., 1923, xxxvii, 68.

PAR-VASO-0007470

0270-9139/82/0206-0757$02.00/0
HEPATOLOGY
Copyright © 1982 by the American Association for the Study of Liver Diseases

Vol. 2, No. 6, pp. 757–762, 1982
*Printed in U.S.A.*

# Original Articles

# Nitroglycerin Improves the Hemodynamic Response to Vasopressin in Portal Hypertension

ROBERTO J. GROSZMANN, DAVID KRAVETZ, JAIME BOSCH, MORTON GLICKMAN,
JORDI BRUIX, JAMES BREDFELDT, HAROLD O. CONN, JUAN RODES,
AND EDWARD H. STORER

*Departments of Medicine, Surgery, and Radiology, Veterans Administration Medical Center,
West Haven, Connecticut 06516; Yale University School of Medicine, New Haven,
Connecticut 06520; and the Liver Unit, Hospital Clínico y Provincial, University of Barcelona
School of Medicine, Barcelona, Spain*

This study was designed to investigate whether the addition of nitroglycerin to vasopressin infusion could avoid the deleterious systemic effects of vasopressin while maintaining or enhancing the therapeutic benefits of portal pressure reduction. The effect of nitroglycerin on splanchnic and systemic hemodynamics was studied in cirrhotic patients and portal hypertensive dogs receiving i.v. vasopressin. During i.v. vasopressin infusion (0.4 units per min), the cardiac output decreased in patients by 14% from $7.6 \pm 0.9$ (mean $\pm$ S.E.) to $6.5 \pm 0.7$ liters per min, $p < 0.01$, the mean arterial pressure increased 21% from $87 \pm 2$ to $105 \pm 4$, $p < 0.01$, and the heart rate decreased 11% from $79 \pm 3$ to $71 \pm 3$, $p < 0.01$. The administration of sublingual nitroglycerin (0.4 mg) returned all the systemic hemodynamic parameters to baseline values. In dogs, vasopressin infusion significantly reduced portal pressure and flow while increasing portal venous resistance. Nitroglycerin when added to the vasopressin infusion reduced portal venous resistance and further decreased portal pressure in dogs. In patients, vasopressin reduced the hepatic blood flow (44%), wedged hepatic venous pressure (11%), and the gradient between wedged and free hepatic venous pressures (23%). Nitroglycerin administration caused a further reduction of the wedged hepatic venous pressure ($23.6 \pm 2.3$ to $21.1 \pm 2.0$, 11%, $p < 0.01$). There was a small but not significant further decline (7%) in the hepatic venous pressure gradient. These results provide evidence that the addition of nitroglycerin to an i.v. infusion of vasopressin reversed the detrimental effects of vasopressin while preserving the beneficial effects.

For the last 25 years, vasopressin has been used in the management of bleeding esophageal varices and has become an important agent for the pharmacological control of portal hypertension. Vasopressin, by its constrictive effect upon the splanchnic vessels, reduces blood flow and pressure in the portal vein and thereby, bleeding from variceal sources is decreased or arrested. Unfortunately, both systemic i.v. and superior mesenteric arterial infusions of vasopressin (1–6) are associated with multiple adverse hemodynamic effects upon the heart and systemic circulation. Myocardial ischemia and infarction, cardiac dysfunction, and ventricular arrhythmias are the most frequent complications encountered with vasopressin therapy (2, 7–10). These complications have been explained by the combined effects of decreased coronary blood flow and increased blood pressure (11, 12) which induces an imbalance between myocardial oxygen supply and demand and may result in significant cardiac dysfunction. The failure of vasopressin therapy to improve survival, despite control of bleeding from esophageal varices, may be partly due to these undesirable side effects (2). If the toxic effects could be prevented while maintaining the therapeutic benefit of portal pressure (PP) reduction, vasopressin might become a more effective and safe therapy for the treatment of bleeding varices.

Received July 8, 1982; accepted September 1, 1982.

This study was supported by a Merit Review of the Veterans Administration Research Service.

Dr. Groszmann is a recipient of a Public Health Service Career Development Award 5 K04-AM00670.

Parts of this work have been published in abstract form in *Gastroenterology* 1979; 77:A15 and in *Hepatology* 1981; 1:513.

Address reprint requests to: R. J. Groszmann, M.D., Veterans Administration Medical Center (111E), West Spring Street, West Haven, Connecticut 06516.

PAR-VASO-0007471

Data from our laboratory show that nitroglycerin improves cardiac performance when added to vasopressin infusion in normal dogs (Zito, R. A., Groszmann, R. J., *Clinical Research* 1980; 28:246A, abstract). It is possible, however, that an increase in cardiac output (CO) induced by nitroglycerin during vasopressin administration is accompanied by an increase in portal blood flow and pressure, thus offsetting the beneficial aspects of vasopressin. To establish whether nitroglycerin improves cardiac performance in patients receiving vasopressin and to assess the effect of the vasopressin-nitroglycerin combination on splanchnic hemodynamics, studies were performed in patients and dogs with portal hypertension. The animal studies enabled us to delineate the mechanism of the vasopressin-nitroglycerin interaction, and the studies in patients defined the clinical potential of this combination.

## MATERIALS AND METHODS

### PORTAL HYPERTENSIVE DOGS

Portal hypertension was induced in dogs by feeding them dimethylnitrosamine (DMN), 2 μl per kg body weight, every other day for 6 weeks and thereafter with a dose of DMN administration titrated according to abnormalities in serum aminotransferases and bilirubin (13). After 12 weeks, DMN was stopped. Dogs were treated according to the guidelines for animals established by the American Physiological Society. Complete hemodynamic studies were performed in seven dogs (21.2 ± 1.8 kg), all of which had PP above 12 mm Hg. The techniques used for the hemodynamic evaluations have been previously described (14–16). In brief, dogs were anesthetized with sodium pentobarbital (25 mg per kg i.v.) after an overnight fast and ventilated on room air through a cuffed endotracheal tube connected to a respirator (Harvard Apparatus, Millis, Mass.). A heating blanket was used to maintain rectal temperature at 37° to 38°C. Catheters were introduced through both femoral veins into the inferior vena cava, through the jugular vein into the right atrium and through a femoral artery into the abdominal aorta.

CO was measured by the indocyanine green (Hynson Wescott and Dunning Inc., Baltimore, Md.) dilution method after injection of 2.5 mg of the dye into the inferior vena cava and sampling from the aorta (Waters densitometer, Waters Instruments, Inc., Rochester, Minn.). CO measurements were calculated by a computer program (14) from indicator dilution curves.

Measurement of hepatic arterial flow (HAF) and portal venous flow (PVF) were recorded from two square wave electromagnetic flowmeters (Statham electromagnetic flowmeters, Model M-4001, Statham Instruments, Oxnard, Calif.).

A catheter was introduced through a jejunal vein to measure PP. Strain-gauge transducers (Statham Gould P 23Db) were used to measure arterial and venous pressures. Mean arterial pressure (MAP) and mean venous pressure were electronically obtained. The heart rate (HR) was derived from electrocardiographic monitoring.

Portal venous resistance (PVR) was calculated as follows:

$$PVR = \frac{PP - RAP \ (mm \ Hg) \times 80}{PVF \ (liters \ per \ min)} \ dyne\text{-}sec\text{-}cm^{-5}$$

where RAP is right atrial pressure. Although the gradient, PP minus free hepatic venous pressure (FHVP), may be more appropriate than the gradient PP − RAP to estimate the effective perfusion pressure in the portal system, FHVP was not available in most dogs. However, because ascites, when present in two dogs, was drained to allow for placement of flow probes and catheters, the gradient between FHVP and RAP would not be large. In fact, in the two dogs in which both pressures were measured, the FHVP − RAP gradient was 1 mm Hg.

The following baseline readings were obtained over a 30-min period: CO; HR; MAP; PP; RAP; HAF, and PVF. After baseline values were recorded, vasopressin (5.5 milliunits per kg per min) was infused i.v. (Harvard pump) for 30 min. Nitroglycerin was then added and infused i.v. for 10 min at 0.6 μg per kg per min. The nitroglycerin infusion rate was determined from previous experimental observations. The results were obtained from a mean of 8 to 10 simultaneous readings obtained during the last 3 min of each study period. Baseline values were compared with each of the infusion periods. In addition, the vasopressin period was compared with the vasopressin plus nitroglycerin combined infusion period. Statistical analysis was performed using the Wilcoxon signed rank test for paired observations using absolute values (17) and p < 0.05 was considered significant.

### PORTAL HYPERTENSIVE PATIENTS

Fifteen patients (9 males and 6 females) were studied during evaluation for portal-systemic shunt surgery. All patients, except one who had idiopathic portal hypertension, had alcoholic cirrhosis. Patients were admitted to either the West Haven, Connecticut, Veterans Administration Medical Center or the Hospital Clinico y Provincial, Universidad de Barcelona, Spain because of bleeding varices. The patients were stable and not bleeding at the time of the study. No history of cardiac disease or EKG changes suggestive of ischemic heart disease were present. The investigation was approved by the Human Investigation Committee of the West Haven Veterans Administration Medical Center and the Direccion Tecnica, Hospital Clinico y Provincial, Barcelona, Spain. Informed consent was obtained from each patient. Patients were fasted overnight. Under fluoroscopic visualization, a 7-F balloon catheter (Medi-Tech Cooper Scientific Corp, Watertown, Mass.) was advanced into the right hepatic vein. With the catheter in the hepatic vein, the FHVP and wedged hepatic venous pressure (WHVP) can be measured repeatedly over an extended period of time (18). The external zero reference point was arbitrarily set at 5 cm below the sternum. Arterial pressure was obtained from an angiographic catheter placed into the femoral artery. In seven patients, a Swan-Ganz catheter was guided into the pulmonary artery for measurement

of CO by the thermodilution technique and RAP. In seven patients, hepatic blood flow was estimated using a constant i.v. infusion of indocyanine green (19). After 40 min equilibration, the following measurements were obtained over a 10-min period: MAP; HR; CO; RAP; WHVP; FHVP and estimated hepatic blood flow (EHBF). CO was measured in triplicate; EHBF was obtained from the results of three consecutive samples of arterial and hepatic venous blood obtained 3 min apart (19, 20).

After baseline values were obtained, vasopressin was infused i.v. at 0.4 units per min by a constant infusion pump for 20 to 30 min under continuous EKG monitoring. At the end of this period and while the vasopressin infusion was continued, a tablet of 0.4 mg of nitroglycerin was administered sublingually. Hemodynamic measurements as described for the baseline period were obtained during the last 10 min of vasopressin infusion and 5 min after administration of nitroglycerin. In four patients, the nitroglycerin effect was prolonged by administering a second tablet of nitroglycerin.

Student's paired t test and $\chi^2$ test for paired observations were used for statistical analysis (17). Baseline results were *compared* with results during infusion of vasopressin and following administration of nitroglycerin sublingually together with infusion of vasopressin. In addition, the results of vasopressin alone were compared with those during administration of both agents.

## RESULTS

### Portal Hypertensive Dogs

The results of the animal studies are depicted in Figure 1.

*Systemic Hemodynamics.* Vasopressin increased arterial pressure (26%) while decreasing HR (20%) and CO (32%). RAP ranged from 0 to 2 mm Hg and did not change significantly during either vasopressin or vasopressin plus nitroglycerin infusion. Addition of nitroglycerin partly reversed all systemic effects produced by vasopressin. All measurements returned to baseline with the exception of CO. The latter, although increased significantly (10%) during nitroglycerin infusion, was significantly lower than in the control period.

*Splanchnic Hemodynamics.* Vasopressin decreased PP and PVF by 21 and 50%, respectively. This disproportionate decrease in PVF in relation to PP resulted in increased estimated portal venous resistance during vasopressin infusion (6.5 ± 1.5 vs. 3.8 ± 0.9 dyne-sec-cm$^{-5}$ × 10$^3$; p < 0.02) compared with the baseline level. The addition of nitroglycerin to vasopressin infusion resulted in a further decrease in PP while PVF and HAF remained unchanged. The effect on PP was due to an 18% reduction in portal venous resistance during vasopressin plus nitroglycerin administration (5.3 ± 1.2 dyne-sec-cm$^{-5}$ × 10$^3$; p < 0.05) compared to vasopressin infusion.

When nitroglycerin was discontinued, all vasopressin effects returned. The effect of the combined administration of vasopressin plus nitroglycerin was observed throughout the infusion, including three dogs in which the infusion was prolonged for 1 hr.



Fig. 1. Effects of the administration of vasopressin and vasopressin plus nitroglycerin on splanchnic and systemic hemodynamics in portal hypertensive dogs.

### Patient Studies

The results of studies in patients are depicted in Figures 2 and 3 and Table 1.

*Systemic Hemodynamics.* Significant increments in MAP (21%) and CO (14%) and HR (11%) were reduced. In addition, RAP increased significantly during vasopressin infusion (5.0 ± 1.3 vs. 6.5 ± 1.2 mm Hg; p < 0.01). The addition of nitroglycerin reversed all systemic effects produced by vasopressin (Figure 2) including a return of RAP to baseline levels. Within 2 to 5 min after nitroglycerin administration was begun, reduction in arterial pressure and an increase in HR was observed in every patient. These effects lasted between 15 to 20 min.

*Splanchnic Hemodynamics.* Infusion of vasopressin at a dose of 0.4 units per min, comparable to the dose in dogs, decreased WHVP (13%) (Figure 3). In two patients, WHVP increased by 3 and 1.5 mm Hg during vasopressin infusion. The addition of nitroglycerin to the vasopressin infusion produced a further and significant decrease in WHVP (12%) including a decrease in WHVP in patients in whom the WHVP had increased. The decrease in WHVP produced by addition of nitroglycerin ranged from 1 to 11 mm Hg (2.6 ± 1 mm Hg, mean ± S.E.).

The FHVP increased significantly during vasopressin

TABLE 1. SPLANCHNIC AND SYSTEMIC HEMODYNAMICS IN PATIENTS

| | Baseline | p | Vasopressin | p | Vasopressin + nitroglycerin | p[a] |
|---|---|---|---|---|---|---|
| MAP (mm Hg) | 86.7 ± 2.9 | 0.01 | 105 ± 4 | 0.01 | 88 ± 3 | NS[b] |
| HR (beats/min) | 79 ± 3 | 0.01 | 71 ± 3 | 0.01 | 76 ± 0.9 | NS |
| CO (liters/min) | 7.6 ± 0.9 | 0.01 | 6.5 ± 0.7 | 0.01 | 7.6 ± 0.9 | NS |
| RAP (mm Hg) | 5.0 ± 1.3 | 0.01 | 6.5 ± 1.2 | 0.01 | 4.4 ± 1.2 | NS |
| WHVP (mm Hg) | 26.6 ± 2.0 | 0.01 | 23.6 ± 2.3 | 0.01 | 21.1 ± 2.0 | 0.01 |
| FHVP (mm Hg) | 7.6 ± 1.4 | 0.01 | 9.1 ± 1.3 | 0.01 | 7.5 ± 1.2 | NS |
| HVPG (mm Hg) | 19.0 ± 1.4 | 0.01 | 14.6 ± 1.4 | NS | 13.6 ± 1.0 | 0.01 |
| EHBF (liters/min) | 1.89 ± 0.1 | 0.05 | 1.06 ± 0.1 | NS | 1.15 ± 0.1 | 0.05 |

[a] Vasopressin plus nitroglycerin vs. baseline.

[b] NS, not significant.



FIG. 2. The effects of vasopressin and vasopressin plus nitroglycerin upon systemic hemodynamics in portal hypertensive patients. Note that nitroglycerin reserves all the detrimental effects of vasopressin. The *asterisk* represents p < 0.01.



FIG. 3. The effect of vasopressin and the combination of vasopressin plus nitroglycerin on splanchnic hemodynamics in portal hypertensive patients is shown. *, p < 0.05; **, p < 0.01; ⊕, significant difference from baseline.

and returned to basal levels with nitroglycerin infusion. These changes in FHVP paralleled the increase in RAP observed during vasopressin infusion (Figures 2 and 3). Vasopressin administration decreased the hepatic venous pressure gradient (HVPG), WHVP minus FHVP, from 19.0 ± 1.4 to 14.6 ± 1.4 mm Hg, p < 0.01. Addition of nitroglycerin resulted in an additional but not significant decrease in HVPG from 14.6 ± 1.4 to 13.6 ± 1 mm Hg. The decrease in HVPG during vasopressin infusion was in part produced by an increase in FHVP. Since nitroglycerin decreased both WHVP and FHVP, the net effect of addition of nitroglycerin to vasopressin on the HVPG was minimized. EHBF was significantly reduced during vasopressin administration (p < 0.05). Addition of nitroglycerin did not change EHBF. In four patients, a second tablet of nitroglycerin reproduced the effects of the first dose.

## DISCUSSION

Different forms of vasopressin therapy have been tried over the years, including i.v. bolus injection (3), selective intraarterial infusion, (2, 5, 21), low-dose constant i.v. infusion (2, 4, 21), and a synthetic long-acting vasopressin

(22). Cardiotoxicity has been encountered with each form of vasopressin administration (23). Therapeutic failures are also common (2, 6).

Our study clearly demonstrates that nitroglycerin can reverse the cardiotoxic effects while enhancing the beneficial splanchnic hemodynamic effects of vasopressin. Studies from our laboratory and others have shown in normal dogs that vasopressin exerts its cardiac effect by a combined increase in cardiac afterload and decrease in coronary artery blood flow. In these studies, the impairment in cardiac performance is manifested by an increase in left ventricular end diastolic pressure and a decrease in the first derivative of left ventricular pressure (peak dp/dt) and CO. The addition of nitroglycerin to vasopressin infusion improves cardiac performance by increasing coronary blood flow and peak dp/dt and decreasing left ventricular end diastolic pressure and arterial pressure (Zito, R. A., Groszmann, R. J., *Clinical Research* 1980; 28:246A, abstract). In the present study, we confirmed the beneficial effect of nitroglycerin upon systemic hemodynamics in portal hypertensive dogs and cirrhotic patients receiving vasopressin (Figures 1 and 2).

PAR-VASO-0007474

These effects are particularly beneficial in patients in that the cardiac action of vasopressin was abolished (Figure 2).

The reduction in PP induced by vasopressin is a direct result of a reduction in gastrointestinal and splenic arterial blood flow. In the dog, this effect is complicated by reduction in intestinal oxygen extraction and consumption (16) and also, as shown by this study, an increase in portal venous resistance. While the first effect endangers the viability of the intestine, the increase in portal venous resistance diminishes the portal hypotensive effect resulting from reduction in portal blood flow.

Nitroglycerin is a powerful venous and a mild arterial dilator. At the low doses used in the dog, nitroglycerin dilates the portal venous system without influencing the vasoconstrictive effect of vasopressin upon the splanchnic arteries. In effect, nitroglycerin reduces portal venous resistance and thereby enhances the reduction in PP produced by vasopressin. Unfortunately, nitroglycerin does not improve intestinal oxygen consumption which was previously decreased by vasopressin (R. J. Groszmann, unpublished observations).

The studies in normal and portal hypertensive dogs provided basic and detailed physiological studies necessary to understand the mechanism of vasopressin plus nitroglycerin interaction in man. These studies were followed by investigation in patients with portal hypertension to establish the clinical use of the vasopressin plus nitroglycerin combination. As expected, vasopressin reduced EHBF, which was maintained with the addition of nitroglycerin. Accompanying these changes in EHBF, WHVP, which reflects PP in alcoholic cirrhosis (24), declined with vasopressin and further with vasopressin plus nitroglycerin. It is customary to express the PP in patients as HVPG, the gradient between the WHVP and FHVP (25). Expressing pressure as HVPG provides a dependable internal zero reference point (inferior vena cava or FHVP) and excludes changes in PP that are not due to changes in hepatic blood flow or sinusoidal and postsinusoidal resistance. Whether the corrected pressure relates more or less to variceal bleeding than uncorrected wedged pressure remains to be investigated. HVPG was reduced by vasopressin. During vasopressin plus nitroglycerin administration, there was a tendency for further reduction in the HVPG, although it did not reach statistical significance. The effect of vasopressin and/or vasopressin plus nitroglycerin on portal venous resistance could not be assessed in patients because the PVF was not measured. Furthermore, the indirect method used to measure PP in patients may not detect changes in PP due to modifications in presinusoidal resistance such as those produced by vasopressin or vasopressin plus nitroglycerin in the dog.

Viallet et al. (*Gastroenterology* 1980; 79:1129) have shown that variceal bleeding is rare when the HVPG is less than 14 mm Hg. It is, therefore, interesting to speculate how treatment with vasopressin and vasopressin plus nitroglycerin affected the number of patients below and above the HVPG of 14 mm Hg. During the baseline period, all patients except one had HVPG above 14 mm Hg, i.e., in the bleeding range. As shown in Figure 4,



Fig. 4. Effect of vasopressin and vasopressin plus nitroglycerin on the distribution of patients above and below the HVPG of 14 mm Hg. Only 13 patients were available for this analysis. One patient was excluded because the measurements of the gradient were not available. Another patient was excluded because he had presinusoidal portal hypertension.

HVPG decreased below 14 mm Hg in five additional patients during vasopressin infusion. The resulting percentage of patients below the minimal threshold pressure for bleeding (45%) corresponds closely with the per cent of patients who had control of bleeding during vasopressin therapy reported in a recent study from this institution (2). Addition of nitroglycerin to the vasopressin infusion decreased HVPG in three additional patients. The number of patients below the HVPG of 14 mm Hg is significantly greater than during the baseline period ($\chi^2$ for paired observations 6.12; $p < 0.02$). This observation, together with the finding of a significant reduction in portal venous resistance and pressure in dogs and WHVP in patients when nitroglycerin was added to vasopressin, strongly suggest that nitroglycerin improves the beneficial effects of vasopressin.

The most distressing and uniform finding of controlled clinical trials of vasopressin therapy is that no significant improvement in survival was observed despite vasopressin-induced cessation of hemorrhage. A few fatalities can be attributed to complications of vasopressin *per se*, but the cardiotoxic effects of vasopressin may contribute to many of the other deaths. If nitroglycerin can diminish or reverse these undesirable systemic effects while enhancing its PP-reducing properties, it may prove an important adjunct to vasopressin therapy. Future controlled studies are required to prove or disprove this hypothesis.

*Acknowledgments:* The authors wish to thank Dr. Colin A. Atterbury for his support and advice and Mary Murray and Deborah Beauvais for typing this manuscript.

## REFERENCES

1. Conn HO, Ramsby GR, Storer EH, et al. Intraarterial vasopressin in the treatment of upper gastrointestinal hemorrhage: a prospective, controlled clinical trial. Gastroenterology 1975; 68:211–221.
2. Chojkier M, Groszmann RJ, Atterbury CE, et al. A controlled comparison of continuous intraarterial and intravenous infusions of vasopressin in hemorrhage from esophageal varices. Gastroenterology 1979; 77: 540–546.
3. Merigan TC Jr, Plotkin GR, Davidson CS. Effect of intravenously administered posterior pituitary extract on hemorrhage from bleeding esophageal varices. A controlled evaluation. N Engl J Med 1962; 266:134.
4. Johnson WE, Widrich WC, Ansell JE, et al. Control of bleeding varices by vasopressin. Ann Surg 1977; 186:369–376.
5. Mallory A, Schafer JW, Cohen JR, et al. Selective intraarterial vasopressin infusion for upper gastrointestinal hemorrhage. Arch Surg 1980; 115:30–32.
6. Fogel MR, Knauer M, Lyudevit L, et al. Continuous intravenous vasopressin in upper gastrointestinal bleeding. Ann Intern Med 1982; 96:565–569.
7. Beller BM, Treviso A, Urban E. Pitressin-induced myocardial injury and depression in a young woman. Am J Med 1971; 51:675–679.
8. Mills MD, Burchell HB, Parker RL, et al. Myocardial infarction and sudden death following the administration of pitressin: additional electrocardiographic study of 100 patients given pitressin for cholecystography. Proc Staff Meet Mayo Clin 1949; 24:254–258.
9. Slotnik JL, Teigland JD. Cardiac accidents following vasopressin injection (pitressin). JAMA 1957; 146:1126–1129.
10. Kelly KJ, Stang JM, Mekhjian HS. Vasopressin provocation of ventricular dysrhythmia. Ann Intern Med 1980; 92:205–206.
11. Nakano J. Studies on the cardiovascular effects of synthetic vasopressin. J Pharmacol Exp Ther 1967; 157:19–34.
12. Heyndricks RG, Boettcher DH, Vatner SF. Effects of angiotensin, vasopressin and methoxamine on cardiac function and blood flow distribution in conscious dogs. Am J Physiol 1976; 231:1597–1587.
13. Levy M. Sodium retention and ascites formation in dogs with experimental portal cirrhosis. Am J Physiol 1977; 233:F572–585.
14. Groszmann RJ, Blei A, Storer EH, et al. Pharmacological vs. mechanical reduction in portal pressure: A comparative study. Surgery 1978; 84:679–685.
15. Groszmann RJ, Blei A, Kniaz JL, et al. Portal pressure reduction induced by partial mechanical obstruction of the superior mesenteric artery in the anesthetized dog. Gastroenterology 1978; 75:187–192.
16. Groszmann RJ, Blei AT, Storer EH, et al. Intestinal oxygen consumption during mechanical and pharmacological reduction in portal pressure. Am J Physiol 1974; 238:G502–508.
17. Colton T. Statistics in medicine. Boston: Little Brown & Co., 1974: 169–178 and 219–221.
18. Groszmann RJ, Glickman M, Blei AT, et al. Wedged and free hepatic venous pressure measured with a balloon catheter. Gastroenterology 1979; 76:253–258.
19. Bosch J, Kravetz D, Rodes J. Effect of somatostatin on hepatic and systemic hemodynamics in patients with cirrhosis of the liver: comparison with vasopressin. Gastroenterology 1981; 80:518–525.
20. Rowell LB. Measurement of hepatic-splanchnic blood flow in man by dye techniques. In: Bloomfield DA, ed. Dye curves, the theory and practice of indicator dilution. Baltimore: University Park Press, 1974: 209–230.
21. Barr JW, Raking RC, Rosch J. Similarity of arterial and intravenous vasopressin on portal and systemic hemodynamics. Gastroenterology 1975; 69:13–17.
22. Blei AT, Groszmann RJ, Gusberg R, et al. Comparison of vasopressin and triglycyl-lysine vasopressin on splanchnic and systemic hemodynamics in dogs. Dig Dis Sci 1980; 25:688–694.
23. Sirinek KR, Thomford NR, Page WG. Adverse cardiodynamic effects of vasopressin not avoided by selective intraarterial administration. Surgery 1977; 81:723–728.
24. Viallet A, Jolly J, Marleau D. Comparison of free portal venous pressure and wedged hepatic venous pressure in patients with cirrhosis of the liver. Gastroenterology 1970; 59:372–375.
25. Reynolds TB, Ito S, Iwatsuki S. Wedged hepatic venous pressure. Am J Med 1970; 49:649–657.

PAR-VASO-0007476

*Journal of Neuroendocrinology, 2004, Vol. 16, 191–197*

# Plasma Vasopressin Concentrations and Fos Protein Expression in the Supraoptic Nucleus Following Osmotic Stimulation or Hypovolaemia in the Ovariectomized Rat: Effect of Oestradiol Replacement

D. E. Hartley,* S. L. Dickson† and M. L. Forsling*

*Neuroendocrine Laboratories, New Hunt's House, GKT School of Medicine, Guy's Campus, London, UK.
†Department of Physiology, University of Cambridge, Cambridge, UK.

Key words: vasopressin, oestradiol, hyperosmotic stimulation, hypovolaemia, supraoptic nucleus, gene expression.

## Abstract

The set points for vasopressin release in response to increasing plasma osmolality and hypovolaemia alter with reproductive status. Here, we studied stimulated vasopressin release following ovariectomy and oestrogen replacement, neuronal activity being measured in terms of immediate early gene expression. Observations were carried out on three groups of female Sprague-Dawley rats. The first group were ovariectomized. The second group were given a subcutaneous oestrogen implant (20 μg/ml oestradiol-17β) at the time of ovariectomy. The final group were left intact and observations performed at oestrus. Two weeks after ovariectomy, vascular cannulae were implanted under anaesthesia and at least 48 h allowed for recovery before hormone release was stimulated by infusion of 1.5 M NaCl for 90 min, or hypovolaemia induced by the removal of 10 mg/kg body weight taken in 1-ml aliquots. Blood pressure was monitored, and blood samples were taken for determination of packed cell volume and plasma vasopressin and osmolality. After a minimum of 48 h, the challenge was repeated, the rats anaesthetized, and perfused with 4% paraformaldehyde. Brain sections were processed for immunocytochemical detection of Fos protein. Vasopressin release in response to both stimuli was reduced in ovariectomized compared to intact rats and the response could be substantially restored by oestradiol replacement. The number of Fos positive cells in the supraoptic nucleus of oestrogen-replaced rats was significantly higher than in the ovariectomized group and not statistically different from the intact group.

The magnocellular neurones synthesizing oxytocin and vasopressin in the supraoptic (SON) and paraventricular (PVN) nuclei play a key role in reproduction and body fluid homeostasis. As might be predicted from their roles, release of these hormones in the female is markedly affected by fluctuations in plasma oestrogen concentrations. Clear variations in circulating concentrations of oxytocin and vasopressin occur over the reproductive cycles of both animal models (1, 2) and man (3, 4), the highest concentrations being seen when oestrogen concentrations are at their highest (5). Oestrogen administration augments oxytocin release in the rat (6) and human (7), as well as increasing the electrical activity of oxytocin neurones in the PVN (8). Oestrogen is also important in the control of vasopressin secretion (9). On ovariectomy, both the increase in circulating hormone concentrations (10) and the increase in vasopressin mRNA (11) on hyperosmotic stimulation are attenuated, and the latter response was shown to be restored by treatment with gonadal steroids. Basal vasopressin concentrations

in ovariectomized rats were also found to increase on treatment with oestradiol (12). However, not all studies have shown that oestradiol enhances vasopressin release (13) or osmotically stimulated vasopressin mRNA expression (14). The reason for the inconsistent results may lie in the models employed. For example, Barron *et al.* (15) performed studies on intact rats, while Skowsky *et al.* (12) employed rats ovariectomized when mature and Crofton *et al.* (13) used rats that were immature at the time of ovariectomy. The studies of Swenson and Sladek (14) were performed on perfused explants of the hypothalamic-neurohypophysial system. Oestrogen may alter the balance between inhibitory and stimulatory inputs to the magnocellular nuclei. It can bring about its effects through both indirect genomic and direct nongenomic effects, and through binding to oestrogen receptors alpha and beta. The former are expressed on neurones projecting to the SON (16), while the latter are found on the neurohypophysial neurones themselves (17). The balance of inputs to neurones *in vitro* could

*Correspondence to:* Professor Mary L. Forsling, 2–38A, Neuroendocrine Laboratories, New Hunt's House, GKT School of Medicine, Guy's Campus, London Bridge, London SE1 1UL, UK (e-mail: mary.forsling@kcl.ac.uk).

© 2004 Blackwell Publishing Ltd

PAR-VASO-0007477

well affect the expression of oestrogen receptors (18). To help answer the questions raised, we investigated the effect of ovariectomy on the basal and stimulated activity of neurohypophysial neurones, both in terms of immediate early gene expression and vasopressin release. The response on oestrogen replacement was also monitored. Two stimuli involving different afferent inputs were employed because similar responses may indicate an effect on the final common pathway.

## Materials and methods

The studies were performed in accordance with the Animals (Scientific Procedures) Act 1986. At the end of these experiments, rats were killed using an anaesthetic overdose (60 mg/kg i.p. Sagatal, Rhone Merieux, Dagenham, UK). Female Sprague-Dawley rats weighing approximately 300 g were studied, housed under conditions of constant temperature and humidity and given free access to water and food (R and M no. 1 maintenance diet, Special Diet Services Ltd, Witham, UK). A 12 : 12 h light/dark cycle was maintained with lights on at 06.00 h. The rats were divided into three groups: (i) ovariectomized with placebo implants; (ii) ovariectomized with oestradiol implants; and (iii) intact rats. The reproductive status of the rats in the latter group was determined by microscopic analysis of vaginal smears and the rats were studied on the day of oestrus.

### Ovariectomy

Rats were anaesthetized using fentanyl citrate and fluanisone anaesthesia given intramuscularly at 0.32 and 10 mg/kg body weight (Hypnorm, Janssen Pharmaceuticals Ltd., Oxford, UK) combined with diazepam given intraperitoneally at 2.6 mg/kg body weight (Phoenix Pharmaceuticals Ltd, Gloucester, UK) and bilateral ovariectomy was performed between 10.00 h and 12.00 h. Oestrogen replacement was given in the form of a subcutaneous implant. The implant comprised 20 μg/ml oestradiol-17β in 25-mm silastic implant giving a constant physiological release of oestradiol for a period of 2 weeks (19). Control implants contained corn oil alone.

### Vascular cannulation

At least 2 days before experimentation, the rats were again anaesthetized as described, and polyethylene cannulae (outside diameter 0.96 mm, internal diameter 0.58 mm, Portex Ltd, Hythe, UK) filled with 50 U heparin/ml isotonic saline were introduced into the carotid artery and jugular vein. The cannulae were exteriorized at the nape of the neck and secured to the skin using plastic sleeves. The cannulae were cut and closed leaving approximately 1.5 cm exposed for later connection. Vasopressin release was subsequently stimulated in each rat either by increasing plasma osmolality or decreasing blood volume.

### Determination of neurohypophysial hormone release in response to physiological stimulation

#### Osmotic stimulation

Each rat was placed in an individual metabolism cage. The jugular vein was attached via a saline-filled extension line to a syringe infusion pump (Precidor 5003, Infors HT, Bottmingen, Switzerland), calibrated to deliver a standard (35 °C) sterile saline solution at a rate of 150 μl/min. Following a 30-min infusion period of 0.15 M (isotonic) NaCl solution, osmotic stimulation was given by the administration of 1.5 M (hypertonic) NaCl solution for 90 min. Control rats were infused with isotonic saline for the entire duration of the experiment. Blood samples were collected after the initial 30-min saline infusion (time 0), and 45 min and 90 min after infusion of the hypertonic saline commenced. Packed cell volume was determined and the blood samples were centrifuged, an aliquot being taken for the determination of plasma electrolyte concentration and osmolality, the remainder being frozen immediately (−20 °C). The red blood cells were resuspended in sterile saline and returned to the rat via the jugular vein. Packed cell volume and blood pressure, determined using a precalibrated blood pressure transducer, were also monitored at the three sampling time points. This procedure was shown not to affect vasopressin release in the intact control rats.

#### Hypovolaemic stimulation

Each rat was placed in an individual metabolism cage and attached via the exteriorized arterial cannula to a precalibrated blood pressure transducer (Bell and Howell Ltd, Basingstoke, UK). After a short period to allow stabilization, each

rat was subjected to a graded haemorrhage (10 ml/kg body weight) taken in three equal aliquots) via the arterial cannula. Between each blood sample, the blood pressure was observed and allowed to stabilize before subsequent aliquots were sampled. The blood samples were centrifuged to allow for collection of the plasma; which in turn was immediately frozen (−20 °C) to allow for determination of hormone concentration by radioimmunoassay. The red blood cells were resuspended and returned to the rat via the jugular vein cannula after the end of hypovolaemic stimulation. At the three sampling points, the packed cell volume was monitored. Plasma osmolality and electrolyte concentration were also measured.

### Determinations

Packed cell volume was determined in duplicate using heparinized microhaematocrit tubes (Hawksley and Sons Ltd, Lancing, UK). Sodium and potassium concentrations in plasma were measured by flame photometry using a clinical flame photometer (Ciba Corning 410C, Ciba Corning, Halstead, UK). Plasma osmolality was measured using a vapour pressure osmometer (5500 Vapor Pressure Osmometer, Wescor Inc., Logan, UT, USA).

Vasopressin was extracted from plasma using C18 Sep-pak columns (Water Associates Ltd, Northwick, UK) as described by Zhou et al. (20) using the First International Standard for Vasopressin (77/501). The lower limit of detection of the assay was 0.12 ± 0.02 pmol/l with intra- and inter assay variations of 7.7% and 11.9%, respectively, for 2.5 pmol/l.

### Determination of cellular activity in terms of Fos expression

After at least 48 h, the rats previously subjected to osmotic challenge or hypovolaemia were weighed, placed in individual metabolism cages between 09.00 h and 12.00 h.

### Animal preparation, tissue collection and preparation

*Osmotic stimulation.* Vascular cannulae were connected to extension lines as previously described. After 1 h, a 50-μl blood sample was collected for determination of osmolality, and the rats infused with either 0.15 M or 1.5 M NaCl at 225 μl/min to a final volume of 5.5 ml/kg body weight, which gave an increase in plasma osmolality similar to that seen with the slower infusion employed for blood sampling. A further 50-μl blood sample was collected at the end of infusion and the rats returned to their home-cages without access to water. After 90 min, the rats were anaesthetized using sodium pentobarbitone (Sagatal, Rhone Merieux) (1 ml/kg i.p. or 0.7 ml/kg i.v) and perfused transcardially with heparinized isotonic saline (5 U/ml) for 5 min followed by 4% paraformaldehyde in 0.1 M phosphate buffer (PB) (pH 7.4; 15min). The tissue was then postfixed in 4% paraformaldehyde containing 15% sucrose for at least 2 h. The tissue was then briefly rinsed in 0.1 M PB, and then soaked in 30% sucrose in 0.1 M PB overnight. The brains were frozen rapidly using solid carbon dioxide and stored at −80 °C. Tissue sections were cut at 40 μm on a freezing sliding microtome (Leitz, Harlow, UK) and each brain collected into individual pots containing 0.1 M phosphate buffer.

*Hypovolaemic stimulation.* After a minimum period of 48 h following the initial haemorrhage, hypovolaemic stimulation was carried out as previously described with the tissue being collected using the same procedure as that following osmotic stimulation, 90 min after the final blood sample was taken.

### Immunocytochemistry

The endogenous peroxidase in the tissue was deactivated in 20% methanol, 0.2% Triton, and 1.5% hydrogen peroxide in double distilled water. The sections were then washed in 0.1 M PB followed by 0.1 M PB, 0.3% Triton, and 1% normal sheep serum (NSS) for 60 min at room temperature. Subsequently, the sections were incubated for 24 h at 4 °C in rabbit anti-Fos serum (Ab-2, PC05, Oncogene Science, New York, NY, USA), diluted 1 : 10 000 in 0.1 M PB, 0.3% Triton and 1% NSS. The sections were washed three times in phosphate buffer and Triton followed by a further 24-h incubation period at 4°C in goat anti-rabbit IgG-peroxidase complex diluted 1 : 500 in 0.1 M PB, 0.3% Triton and 1% NSS. Again the sections were washed three times in 0.1 M PB. The sections were given approximately 10 min in 0.1% Nickel 3,3'-diaminobenzidine, and 0.01% hydrogen peroxide with the reaction being observed under the microscope. Following a wash in 0.1 M acetate buffer, the sections were washed repeatedly in 0.1 M PB.

### Fos-expression determination

For each brain, the sections were ordered (18 sections per brain), mounted on gelatinized slides, and allowed to dry overnight. Finally the sections were dehydrated in 100% ethanol and xylene before mounting in Ralmount. The slides were

© 2004 Blackwell Publishing Ltd, *Journal of Neuroendocrinology*, **16**, 191–197

PAR-VASO-0007478

examined microscopically, and the number of Fos-positive cells was counted manually for specific areas.

### Statistical analysis

All values are presented as mean ± SEM. The statistical analysis used was one-way analysis of variance (ANOVA) with the Bonferroni correction for multiple analysis as a post-hoc test. The nonparametric Mann–Whitney U-test was used for comparisons of Fos expression. Regression analysis was used to determine the relationship between plasma vasopressin concentrations and osmolality and arterial blood pressure for each individual rat.

## Results

### Intact control rats

The control rats for the hypertonic experiment, infused with an isotonic saline solution, showed no change in blood pressure, osmolality, electrolyte concentration or packed cell volume (P > 0.05, n = 8, ANOVA, all nonsignificant).

### The response to hypertonic stimulation

**Plasma osmolality, packed cell volume and blood pressure**
The plasma osmolality significantly increased in all animal groups as the hypertonic saline infusion progressed. However, no significant difference was noted between the groups at the end of the challenge (Table 1). The mean arterial blood pressure did not differ significantly between any of the experimental groups (Table 1). The packed cell volume did not vary during hypertonic challenge, nor between any of the groups (Table 1).

**Plasma vasopressin concentrations**
During osmotic stimulation plasma vasopressin concentrations significantly increased in all rats (P < 0.05; ANOVA) (Fig. 1). The basal plasma vasopressin concentration did not differ significantly between any of the groups under observation, neither was there any difference at 45 min. After 90 min of hypertonic saline infusion (1.5 M NaCl), the circulating vasopressin concentrations in

TABLE 1. Mean ± SEM Plasma Osmolality, Arterial Blood Pressure, and Packed Cell Volume in Intact and Ovariectomized Rats and Ovariectomized Rats With Oestrogen Replacement During Osmotic Stimulation.

| Osmotic stimulation | Plasma osmolality (mOsmol/kg) | Mean arterial blood pressure (mmHg) | Packed cell volume (%) |
|---|---|---|---|
| Intact | | | |
| 1 min | 286 ± 2 | 117 ± 1 | 41 ± 1 |
| 45 min | 293 ± 2 | 118 ± 1 | 41 ± 1 |
| 90 min | 307 ± 2* | 120 ± 1 | 42 ± 1 |
| Ovariectomized | | | |
| 1 min | 285 ± 2 | 120 ± 1 | 42 ± 1 |
| 45 min | 294 ± 3 | 122 ± 1 | 42 ± 1 |
| 90 min | 305 ± 3* | 122 ± 1 | 42 ± 1 |
| Ovariectomized with oestrogen replacement | | | |
| 1 min | 285 ± 3 | 117 ± 1 | 41 ± 1 |
| 45 min | 297 ± 3 | 118 ± 1 | 41 ± 1 |
| 90 min | 307 ± 3* | 118 ± 1 | 41 ± 1 |

*P < 0.05; 90-min value significantly greater than 1-min value in all treatment groups.



FIG. 1. Plasma vasopressin concentrations after 90-min hypertonic saline infusion (1.5 M NaCl) in intact, ovariectomized, and ovariectomized with oestrogen replacement female rats. Data are mean ± SEM. *P < 0.02, significantly greater plasma vasopressin concentration compared to the previous plasma samples (t-test with Bonferroni correction). †P < 0.02, significantly lower plasma vasopressin concentration compared to the intact rats (t-test with Bonferroni correction).

the ovariectomized rats (7.1 ± 0.9 pmol/l, n = 15) were significantly lower compared to the intact rats (16.0 ± 2.0 pmol/l, n = 12, P < 0.02, t-test with Bonferroni correction). The plasma vasopressin concentration in the oestrogen replaced rats was significantly lower compared to the intact group (P < 0.01, n = 12, t-test with Bonferroni correction) and was higher compared to ovariectomized rats; however, this failed to reach significance.

There was a significant difference in the slope of the gradient of the relationship between plasma vasopressin concentration and plasma osmolality between the three groups, with the ovariectomized rats showing a significantly lower gradient (0.34 ± 0.05 pmol/l per mOsmol per kg, P < 0.05, ANOVA with Bonferroni correction) and with oestrogen replacement partially restoring the response (0.63 ± 0.07 pmol/l per mOsmol per kg) to that of the intact rats (0.77 ± 0.2 pmol/l per mOsmol per kg) (Table 3). Following ovariectomy, there was a fall in the osmotic threshold; however, this just failed to reach statistical significance (P = 0.06, t-test).

**Neuronal activity during hypertonic challenge**
Nuclear staining for Fos protein was counted bilaterally in the SON for all experimental groups. There was an increase in the number of cells expressing nuclear Fos staining in both the intact and oestrogen replaced rats after hypertonic saline infusion compared to the ovariectomized group (Fig. 2). The Fos-positive cells were equally distributed between the rostral and caudal areas of the SON with 57 ± 5%, 52 ± 9% and 58 ± 2% of the cells being found in the rostral area of the intact, ovariectomized and oestrogen-treated ovariectomized rats, respectively.

The number of cells expressing Fos in the ovariectomized group (48 ± 16 cells/section, n = 8) was significantly lower compared to the intact group (95 ± 15 cells/section, n = 8, P = 0.01). Fos expression in the oestrogen-replaced rats (84 ± 5 cells/section, n = 8) was significantly higher compared to the ovariectomized rats (P = 0.01), but showed no significant difference from the intact rats.

PAR-VASO-0007479





Fig. 2. The number of cells detected in the supraoptic nucleus that express Fos protein (A) from the rostral to caudal extent (every 40 µm, extending from Bregma –0.80 to –2.80; n = 8 per group) and (B) the mean values, in osmotically stimulated intact, ovariectomized, and ovariectomized with oestrogen replacement female rats (n = 8 per group). Data are mean ± SEM. *P=0.01, Mann–Whitney U-test compared to intact rats.

*The response to hypovolaemic stimulation*

**Plasma osmolality, packed cell volume and blood pressure**
The plasma osmolality showed no significant variation during hypovolaemic challenge in any of the groups studied. The mean arterial blood pressure decreased in all groups; however, no significant difference was seen between groups. The packed cell volume decreased significantly during haemorrhage, again with no significant variation between groups (Table 2).

**Plasma vasopressin concentrations**
During hypovolaemic stimulation, the plasma vasopressin concentrations significantly increased from the basal levels in all rats (P < 0.05, ANOVA) (Fig. 3). There was no significant variation in the values from intact and oestrogen replaced rats after the haemorrhage (8.2 ± 0.5, n = 19 and 7.0 ± 0.3 pmol/l, n = 12, respectively). However, the ovariectomized rats had a significantly lower plasma vasopressin concentration after stimulation (5.5 ± 0.6 pmol/l, n = 12, P < 0.02, t-test with Bonferroni correction). The slope of the relationship between plasma vasopressin concentration and mean arterial blood pressure was similar for oestrogen-treated and intact rats (–0.24 ± 0.02 pmol/l/mmHg and –0.18 ± 0.02 pmol/l/mmHg, respectively), but significantly

Table 2. Mean ± SEM Plasma Osmolality, Arterial Blood Pressure, and Packed Cell Volume in Intact and Ovariectomized Rats and Ovariectomized Rats With Oestrogen Replacement During Hypovolaemic Stimulation.

| Hypovolaemic stimulation | Plasma osmolality (mOsmol/kg) | Mean arterial blood pressure (mmHg) | Packed cell volume (%) |
|---|---|---|---|
| Intact | | | |
| Sample 1 | 284 ± 2 | 116 ± 1 | 42 ± 1 |
| Sample 2 | 285 ± 2 | 108 ± 2 | 37 ± 1 |
| Sample 3 | 284 ± 2 | 84 ± 4* | 33 ± 1* |
| Ovariectomized | | | |
| Sample 1 | 287 ± 2 | 118 ± 1 | 43 ± 1 |
| Sample 2 | 287 ± 2 | 110 ± 1 | 38 ± 1 |
| Sample 3 | 287 ± 2 | 82 ± 2* | 35 ± 1* |
| Ovariectomized with oestrogen replacement | | | |
| Sample 1 | 286 ± 3 | 116 ± 2 | 43 ± 1 |
| Sample 2 | 287 ± 2 | 107 ± 2 | 39 ± 1 |
| Sample 3 | 286 ± 2 | 85 ± 3* | 35 ± 1* |

*P < 0.05; sample 3 significantly lower than sample 1 in all treatment groups.



Fig. 3. Plasma vasopressin concentrations after hypovolaemia (10ml/kg) in intact, ovariectomized, and ovariectomized with oestrogen replacement female rats. Data are mean ± SEM. *P<0.02, Significantly greater plasma vasopressin concentration than the previous plasma samples (t-test with Bonferroni correction). †P < 0.02, Significantly lower plasma vasopressin concentration compared to the intact group (t-test with Bonferroni correction).

reduced for the ovariectomized rats (–0.09 ± 0.02 pmol/l/mmHg) (P < 0.05, ANOVA with Bonferroni correction) (Table 3).

**Fos protein expression during hypovolaemic challenge**
The Fos expression profiles indicate a greater activation of cells in both the intact and oestrogen replaced rats as compared to the ovariectomized group (Fig. 4). The rostral–caudal distribution of the Fos-positive cells was different to that observed with the osmotic challenge with 80 ± 6%, 61 ± 5% and 74 ± 5% being found in the rostral area of the SON in the intact, ovariectomized and oestrogen-treated ovariectomized rats, respectively. The expression of Fos protein was significantly lower in the SON of ovariectomized rats (82 ± 8 cells/section, n = 8) compared to the corresponding value of 119 ± 7 cells/section (n = 8) in the intact rats (P < 0.01; Mann–Whitney U-test). The number of cells expressing Fos protein in the oestrogen-replaced rats did not differ

PAR-VASO-0007480

TABLE 3. The Relationship Between Plasma Vasopressin Concentrations and Plasma Osmolality or Blood Pressure in Intact, Ovariectomized and Oestrogen-Treated Ovariectomized Female Rats During Osmotic or Hypovolaemic Stimulation.

| | Osmotic stimulation | | Hypovolaemic stimulation | |
|---|---|---|---|---|
| | Gradient (pmol/l)/(mOsmol/kg) | Intercept (mOsmol/kg) | Gradient (pmol/l)/(mm Hg) | Intercept (mm Hg) |
| Intact | 0.77 ± 0.07 | 286.7 ± 1.6 | −0.24 ± 0.02 | 129.9 ± 2.5 |
| Ovariectomized | 0.34 ± 0.05* | 281.2 ± 2.2* | −0.09 ± 0.02* | 112.5 ± 22.4 |
| Ovariectomized with oestrogen replacement | 0.63 ± 0.07 | 283.4 ± 3.2 | −0.18 ± 0.02 | 130.7 ± 40.3 |

*P < 0.05 (ANOVA). Ovariectomized group significantly lower than the intact and oestrogen-treated rats. Data are the mean for each individual rat. *P = 0.06 (t-test). Ovariectomized group significantly lower than the intact and oestrogen-treated rats.

significantly from the intact rats, but was significantly higher compared to the ovariectomized rats (P < 0.01).

## Discussion

Vasopressin release in the female is influenced by reproductive status, with both the set point and the slope of the osmoregulatory





FIG. 4. The number of cells detected in the supraoptic nucleus that express Fos protein (A) from the rostral to caudal extent (every 40 μm, extending from Bregma −0.80 to −2.30; n = 8 per group; *P < 0.05 t-test with Bonferroni correction, Fos-positive cells in the intact rat significantly greater than the other treatment groups) and (B) the mean values, after hypovolaemia in intact, ovariectomized, and ovariectomized with oestrogen replacement female rats (n = 8 per group). Data are mean ± SEM. *P < 0.01, Mann–Whitney U-test compared to the intact group.

line being markedly altered in pregnancy (21). Volume control of vasopressin release is also affected. In addition to secretion of placental hormones, there are many other changes in pregnancy, including increased vasopressin clearance, thus it is hard to determine the underlying factors. The physiological changes over the menstrual cycle are less complex, but differences are still seen in the slope and intercept of the osmoregulatory line between the follicular and luteal phase, with the slope of the line being greater in the follicular phase, indicating a stimulatory effect of oestrogen (22). Consistent with this is the observation in the rat that circulating vasopressin concentrations and pituitary content are highest during the day of pro-oestrus (1, 12, 23). However, the effects of oestrogen on vasopressin synthesis and secretion have not been consistent in the different preparations used. For example, while Skowsky (12) found that oestrogen replacement in adult female castrated rats produced an increase in circulating vasopressin concentrations, Crofton et al. (13) found no effect in rats ovariectomized at 3 weeks. Similarly, ovariectomy attenuated vasopressin release in response to osmotic stimulation in vivo (10) as well as the rise in hypothalamic vasopressin mRNA (11), although in vitro oestrogen inhibited the hormone release and increase in mRNA following osmotic stimulation (14).

These studies confirmed the observations originally made for a single time point (10) that, in rats ovariectomized when adult, the vasopressin response to an osmotic stimulus is reduced on ovariectomy. The observations are unlikely to be due to altered clearance of vasopressin because this does not vary over the oestrus cycle (24). The results also showed that neuronal activity expressed in terms of immediate early gene expression was reduced. Both hormone release and neuronal activity (assessed by Fos expression) were altered by oestrogen replacement, with the neuronal activity increasing to values similar to those seen in the intact female rat. Following ovariectomy, there was a fall in the osmotic threshold for vasopressin release, but this just failed to reach statistical significance. Thus, factors other than ovarian steroids could contribute to the resetting of the threshold during the menstrual cycle and pregnancy.

Barron et al. (25) and Forsling et al. (10) showed that the vasopressin response to hypovolaemia, induced by polyethylene glycol, was affected by reproductive status, although Barron et al. (15), employing a much larger dose of oestrogen, could find no evidence for oestrogen involvement. The results from the current study confirm that the vasopressin response induced by progressive haemorrhage was attenuated on ovariectomy. There is little information published on the vasopressin response to haemorrhage following ovariectomy, although Morrissey et al. (26)

found that arterial blood pressure recovery immediately following haemorrhage was significantly impaired in ovariectomized rats treated with oestradiol. While the results could indicate impaired vasopressin release, they were taken to indicate inhibition of vascular responsiveness to vasopressin. Again, the present studies showed that both hormone release and Fos expression could, at least to some extent, be restored by oestradiol. Although they employed male rats, Valiquette and Martini (27) found that long-term orchidectomy reduced the vasopressin response to dehydration by more than 50% and, furthermore, that oestradiol increased the response to dehydration towards normal control levels. The rostral–caudal distribution of the Fos-positive cells in the SON differed between the two stimuli, with the hypovolaemic challenge eliciting a greater number of Fos-positive cells in the rostral region of the SON compared to the more equal rostral–caudal distribution of cells after the osmotic challenge. Despite these differences, it is difficult to say whether it is the vasopressin or oxytocin neurones that are activated because there is no clear rostral–caudal division of these neurones in the SON (28).

Because the responses to both elevated plasma sodium and hypovolaemia were similarly affected, oestradiol could be acting on the neurohypophysial neurones themselves. Magnocellular neurones in the SON that secrete vasopressin have been shown to express oestrogen receptor beta (ERβ) (29, 30). Many synaptic inputs influence vasopressin release, including signals related to blood volume, blood pressure and osmolality. While the magnocellular neurones themselves are sensitive to changes in osmolality (31) information also comes from the region anterior to the third ventricle including the subfornical organ (SFO) and the organum vasculosum of the lamina terminalis (OVLT) (32). There is some debate as to the relative role of atrial receptors and baroreceptors in the control of vasopressin release during haemorrhage (33, 34). However, baroreceptor information enters the central nervous system at the nucleus of the tractus solitarius (NTS) (35). Unloading of arterial baroreceptors when blood pressure decreases leads to activation of neurones in the A1 region of the ventrolateral medulla that projects to vasopressin neurones in the SON (36). Oestrogen receptors have been demonstrated in the OVLT, SFO and NTS (17). The various signals influence each other and four brain regions emerge from the literature as being potential points of integration for signals that control the activity of the vasopressin neurones in the SON. They are: (i) NTS, the entry point for information from arterial baroreceptors and cardiopulmonary receptors; (ii) the PNZ, also important in cardiovascular related vasopressin responses; (iii) the AV3V region, central in osmoregulation; and (iv) the SON itself. Oestradiol could contribute to modulation at these points. It could thus act on the final common pathway, although the observations made in vitro would not support this (14).

The fact that oestrogen modulates vasopressin release in response to altered plasma osmolality and volume has obvious clinical implications. Fluid balance changes over reproductive cycles and in pregnancy and, on occasions, can be markedly disturbed. These findings are also important in the context of oestrogen administration, either in the contraceptive pill or postmenopausally as hormone replacement.

Accepted 15 December 2003

## References

1   Forsling ML, Peysner K. Pituitary and plasma vasopressin concentrations and fluid balance throughout the oestrous cycle of the rat. J Endocrinol 1988; 117: 397–402.
2   Windle RJ, Forsling ML. Variations in oxytocin secretion during the 4-day oestrous cycle of the rat. J Endocrinol 1993; 136: 305–311.
3   Forsling ML, Akerlund M, Stromberg P. Variations in plasma concentrations of vasopressin during the menstrual cycle. J Endocrinol 1981; 89: 263–266.
4   Mitchell MD, Haynes PJ, Anderson AB, Turnbull AC. Plasma oxytocin concentrations during the menstrual cycle. Eur J Obstet Gynecol Reprod Biol 1981; 1: 12: 195–200.
5   Sarkar DK, Gibbs DM. Cyclic variation of oxytocin in the blood of pituitary portal vessels of rats. Neuroendocrinology 1984; 39: 481–483.
6   Yamaguchi K, Akaishi T, Negoro H. Effect of estrogen treatment on plasma oxytocin and vasopressin in ovariectomised rats. Endocrinol Jpn 1979; 26: 197–205.
7   Amico JA, Seif SM, Robinson AG. Oxytocin in human plasma: correlation with neurophysin and stimulation with estrogen. J Clin Endocrinol Metab 1981; 19: 52: 988–993.
8   Akaishi T, Sakuma Y. Estrogen excites oxytocinergic, but not vasopressinergic cells in the paraventricular nucleus of female rat hypothalamus. Brain Res 1985; 335: 302–305.
9   Barron WM, Durr J, Stamoutsos BA, Lindheimer MD. Osmoregulation and vasopressin secretion during pregnancy in Brattleboro rats. Am J Physiol 1985; 248: R29–R37.
10  Forsling ML, Kelestimur H, Windle R. The influence of reproductive status on vasopressin release in the rat. J Endocrinol 1991; 130: 387–393.
11  Crowley RS, Amico JA. Gonadal steroid modulation of oxytocin and vasopressin gene expression in the hypothalamus of the osmotically stimulated rat. Endocrinology 1993; 133: 2711–2718.
12  Skowsky WR, Swan L, Smith P. Effects of sex steroid hormones on arginine vasopressin in intact and castrated male and female rats. Endocrinology 1979; 104: 105–108.
13  Crofton JT, Baer PG, Share L, Brooks DP. Vasopressin release in male and female rats: effects of gonadectomy and treatment with gonadal steroid hormones. Endocrinology 1985; 117: 1195–1200.
14  Swenson KL, Sladek CD. Gonadal steroid modulation of vasopressin secretion in response to osmotic stimulation. Endocrinology 1997; 138: 2089–2097.
15  Barron WM, Schreiber J, Lindheimer MD. Effect of ovarian sex steroids on osmoregulation and vasopressin secretion in the rat. Am J Physiol 1986; 250: E352–E361.
16  Voisin DL, Simonian SX, Herbison AE. Identification of estrogen receptor-containing neurons projecting to the rat supraoptic nucleus. Neuroscience 1997; 78: 215–228.
17  Laflamme N, Nappi RE, Drolet G, Labrie C, Rivest S. Expression and neuropeptidergic characterization of estrogen receptors (ERalpha and ERbeta) throughout the rat brain: anatomical evidence of distinct roles of each subtype. J Neurobiol 1998; 36: 357–378.
18  Zhou W, Koldzic-Zivanovic N, Clarke CH, de Beun R, Wassermann K, Bury PS, Cunningham KA, Thomas ML. Selective estrogen receptor modulator effects in the rat brain. Neuroendocrinology 2002; 75: 24–33.
19  Cagampang FR, Cates PS, Sandhu S, Strutton PH, McGarvey C, Coen CW, O'Byrne KT. Hypoglycaemia-induced inhibition of pulsatile luteinizing hormone secretion in female rats: role of oestradiol, endogenous opioids and the adrenal medulla. J Neuroendocrinol 1997; 9: 867–872.
20  Zhou Y, Forsling ML. Effect of reproductive status on plasma oxytocin concentrations and the renal response to oxytocin in the conscious rat. Exp Physiol 2000; 85: 73–78.
21  Lindheimer MD, Barron WM, Davison JM. Osmotic and Volume control of vasopressin release in pregnancy. Am J Kidney Dis 1991; 17: 105–111.
22  Spruce BA, Baylis PH, Burd J, Watson MJ. Variation in osmoregulation of arginine vasopressin during the human menstrual cycle. Clin Endocrinol (Oxford) 1985; 22: 37–42.
23  Crowley WR, O'Donohue TL, George JM, Jacobowitz DM. Changes in pituitary oxytocin and vasopressin during the estrous cycle and after ovarian hormones: evidence for mediation by norepinephrine. Life Sci 1978; 23: 2579–2585.
24  Hartley DE, Forsling ML. Renal response to arginine vasopressin during the oestrous cycle in the rat: comparison of glucose and saline infusion using physiological doses of vasopressin. Exp Physiol 2002; 87: 9–15.

PAR-VASO-0007482

25  Barron WM, Stamoutsos BA, Lindheimer MD. Role of volume in the regulation of vasopressin secretion during pregnancy in the rat. *J Clin Invest* 1984; 73: 923–932.

26  Morrissey SE, Edwards TJ, Wilson KJ, Whitehead SA, Laycock JF. Effect of ovariectomy and steroid hormone replacement on the recovery of arterial blood pressure following haemorrhage in anaesthetized Brattleboro rats. *Eur J Endocrinol* 1997; 136: 330–337.

27  Valiquette G, Martini L. Effects of orchidectomy and sex steroids on vasopressin response to dehydration. *Acta Endocrinol (Copenh)* 1982; 99: 493–499.

28  Hou YuA, Lamme AT, Zimmerman EA, Silverman AJ. Comparative distribution of vasopressin and oxytocin neurons in the rat brain using a double-label procedure. *Neuroendocrinology* 1986; 44: 235–246.

29  Alves SE, Lopez V, McEwen BS, Weiland NG. Differential colocalization of estrogen receptor beta (ERbeta) with oxytocin and vasopressin in the paraventricular and supraoptic nuclei of the female rat brain: an immunocytochemical study. *Proc Natl Acad Sci USA* 1998; 95: 3281–3286.

30  Hrabovszky E, Kallo I, Hajszan T, Shughrue PJ, Merchenthaler I, Liposits Z. Expression of estrogen receptor-beta messenger ribonucleic acid in oxytocin and vasopressin neurons of the rat supraoptic and paraventricular nuclei. *Endocrinology* 1998; 139: 2600–2604.

31  Oliet SH, Bourque CW. Mechanosensitive channels transduce osmosensitivity in supraoptic neurons. *Nature* 1993; 364: 341–343.

32  Bourque CW, Renaud LP. Electrophysiology of mammalian magnocellular vasopressin and oxytocin neurosecretory neurons. *Front Neuroendocrinol* 1990; 11: 183–212.

33  Grindstaff RR, Cunningham JT. Cardiovascular regulation of vasopressin neurons in the supraoptic nucleus. *Exp Neurol* 2001; 171: 219–226.

34  Thrasher TN, Chen HG, Keil LC. Arterial baroreceptors control plasma vasopressin responses to graded hypotension in conscious dogs. *Am J Physiol Regul Integr Comp Physiol* 2000; 278: R469–R475.

35  Dampney RA. Functional organization of central pathways regulating the cardiovascular system. *Physiol Rev* 1994; 74: 323–364.

36  Li YW, Gieroba ZJ, Blessing WW. Chemoreceptor and baroreceptor responses of A1 area neurons projecting to supraoptic nucleus. *Am J Physiol* 1992; 263: R310–R317.

PAR-VASO-0007483

# Renal response to arginine vasopressin during the oestrous cycle in the rat: comparison of glucose and saline infusion using physiological doses of vasopressin

David E. Hartley and Mary L. Forsling *

*2–38A, Neuroendocrine Laboratories, New Hunt's House, GKT School of Medicine, Guy's Campus, London Bridge, London SE1 1UL, UK*

(Manuscript received 20 August 2001; accepted 19 November 2001)

**The renal response to arginine vasopressin in the rat has been shown to depend on reproductive status. However there is no consensus as to when the kidney is most responsive. The varying results could depend on the protocol and the dose of hormone used. A study has been performed, with physiological doses of vasopressin, comparing the responses during infusion of hypotonic saline and glucose. After an equilibration period of 150 min, conscious rats were infused on each of the four days of the oestrous cycle with either isotonic saline (0.077 M) or 0.14 M glucose for a control period of 45 min. Vasopressin was then infused at 10–40 fmol min$^{-1}$ for 1 h, followed by a recovery period of 90 min. Timed urine samples were collected for determination of volume, sodium concentration and osmolality. During the control period urine flow was greatest at oestrus and dioestrus day 2 and sodium excretion on dioestrus day 2 irrespective of the infusate. Vasopressin concentrations achieved lay within the physiological range and no difference was observed between the different days for a given dose. Infusion of vasopressin in both saline and glucose produced a dose-dependent antidiuresis, the greatest responses being seen at pro-oestrus and dioestrus day 2. It was only with the highest rate of infusion that a significant increase in sodium excretion was seen on each day of the cycle and the greatest responses were seen on pro-oestrus and dioestrus day 1 for both infusates. Thus the kidney shows the greatest response to physiological doses of vasopressin at pro-oestrus and dioestrus day 1 irrespective of the infusate employed.** *Experimental Physiology* (2002) **87.1**, 9–15.

Fluid balance in women is known to be influenced by reproductive status. The changing ability to excrete a water load could reflect an action of gonadal steroids on either the release or renal actions of vasopressin (Claybaugh *et al.* 2000). Observations on the action of steroids on vasopressin release have not produced a consistent picture, but oestradiol has been reported to stimulate hormone release (Skowsky *et al.* 1979; Forsling, 1993) while progesterone is inhibitory (Crofton *et al.* 1985). Studies in women confirm these actions of oestrogen and progesterone (Bossmar *et al.* 1995; Stachenfeld, 1998) as well as in rats. Studies on the effects of gonadal steroids on the renal effects of vasopressin have also failed to produce a consistent picture. A sexual dimorphic difference has been found in the magnitude of the renal response to vasopressin occurring in the rat, with a greater response being observed in the male compared to the female (Wang *et al.* 1993). These studies were extended to show that the responsiveness in female rats was greatest at oestrous compared to non-oestrous days. In a later study in which observations were performed on each of the

4 days of the rat oestrous cycle, the renal responsiveness to vasopressin infusion was found to vary, with both the antidiuretic and natriuretic actions of the hormone being affected by the phase of the oestrous cycle (Forsling *et al.* 1996), and the greatest response being found at pro-oestrus and dioestrus day 1. There have been similar inconsistencies in the effect of exogenous steroids on the renal actions of the hormone. Wang *et al.* (1995) found no effect of progesterone in ovariectomised rats while oestrogen was found to attenuate the response. By contrast Eckert *et al.* (1999) studying intact animals found little effect of the steroids on water excretion, but a significant effect on the excretion of electrolytes following infusion of oxytocin and vasopressin. There are a number of differences in the protocols adopted in the various studies, but a major difference is the use of either saline or glucose infusion. It is possible that the excretion of the saline load could modify the responses. The current study has been performed using either a glucose or a hypotonic saline infusion to determine whether the inclusion of sodium in

*Corresponding author: mary.forsling@kcl.ac.uk

PAR-VASO-0007484

the infusate influences the magnitude of the antidiuretic and natriuretic responses and hence possibly the effects produced during the oestrous cycle. Low doses of vasopressin were also employed because in the previous studies the doses used had produced near maximum responses, possibly masking differences.

## METHODS

### Animals and surgical preparation

The studies were performed in accordance with the Animals (Scientific Procedures) Act, 1986. At the end of the experiments the animals were killed using an anaesthetic overdose.

Female Sprague-Dawley rats weighing approximately 250–300 g were studied, housed under conditions of constant temperature and humidity and given free access to water and standard rat diet (Rat and Mouse No. 1 maintenance diet; Special Diet Services Ltd, Witham, Essex, UK). A lighting regime of 12 h light and 12 h dark was maintained throughout the experiments. The reproductive status of each animal was determined by microscopic analysis of vaginal smearing and each was observed to be cycling regularly before commencement of the experiment. Jugular vein and carotid artery cannulae (polyethylene tubing with outside diameter 0.96 mm and inside diameter 0.58 mm; Portex Ltd, Hythe, Kent, UK) were surgically implanted under anaesthesia (fentanyl citrate and fluanisone (Hypnorm); 0.32 and 10 mg kg$^{-1}$ I.M., respectively; Janssen Pharmaceuticals Ltd, Oxford, Oxon, UK) and diazepam (0.25 mg kg$^{-1}$, I.P.). The cannulae were filled with heparinised saline and exteriorised at the nape of the neck (Forsling & Wells, 1991) and secured with sutures. The rats were then left for at least 48 h prior to vasopressin infusion. The sequence of the days on which the animals were studied was randomly allocated. Each animal was studied on different days of the cycle, but on no more than three occasions over a period of 2 weeks and with at least 48 h between each experiment.

### Infusion protocol

The rats were placed in individual metabolism cages (NKP Ltd, Dartford, Kent, UK) during the light phase at 10.00 h with food and water being withheld throughout the experiments. Experiments were carried out on all 4 days of the oestrous cycle, the days being established by vaginal smearing. The exteriorised jugular vein cannula was attached to a syringe pump (Precidor 5003; Infors HT, Bottmingen, Switzerland) calibrated to deliver a warmed (35 °C) sterile solution of 0.14 M glucose or 0.077 M NaCl at a rate of 150 $\mu$l min$^{-1}$. Each animal was infused for an equilibration period of at least 2.5 h enabling urine production to increase to a rate approximately equal to that of the infusion rate, this period ending after a spontaneous urination. Each following spontaneous urination was timed and collected in pre-weighed plastic tubes. After a 45 min control period, again ending in a spontaneous urination, the rats were switched to an infusate containing arginine vasopressin (Ferring, Malmo, Sweden) at the required dose (10, 20, or 40 fmol min$^{-1}$). Vasopressin infusion for 60 min was followed by a 90 min recovery period infusion of hormone-free glucose or saline infusion, again terminating in a spontaneous urination. A blood sample of 1 ml was taken via the carotid artery cannula at the end of the hormone infusion period to measure the circulating plasma vasopressin concentration. In some animals an additional sample was taken during the control period.

The rats did not appear to be affected by the presence of the exteriorised cannulae at any time throughout the experiment.

During the infusion the cannula attached to the syringe pump did not inhibit free movement within the metabolism cage.

### Determinations

Urine volume was measured gravimetrically to determine urine flow rate during the experiment. Sodium and potassium concentrations were measured by flame photometry (410C Corning, Halstead, Essex, UK), with osmolality being determined by vapour pressure osmometry (Wescor Vapour Pressure Osmometer, UT, USA).

Vasopressin was extracted from plasma using C18 Sep-Pak columns (Waters Associates Ltd, Northwick, Middx, UK). The hormone was then measured by radioimmunoassay as described by Forsling & Peysner (1988) using the First International Standard for Vasopressin (77/501).

### Statistical analyses

All values presented are the mean ± standard error of the mean. Fluid retention was calculated by subtracting excreted volumes from infused volumes over the course of the experiment. Taking the time of the spontaneous urination at the start of the control period as time 0, the experiment was divided into 15 min time blocks and excretion rates determined for each time block. All responses to vasopressin were evaluated by comparing the values calculated for the 45 min control period with the final two 15 min time blocks during the hormone infusion and the first 15 min time block of the recovery period. The values for each experimental run were compared using Student's paired $t$ test determine if a significant response occurred. The antidiuretic and natriuretic responses on the 4 days of the cycle were compared using one-way analysis of variance (ANOVA) and Student's unpaired $t$ test with Bonferroni correction for multiple analysis. Significance was taken at the 5 % level.

## RESULTS

### Fluid balance during the equilibration period

The mean duration of the equilibration period was 158.26 ± 1.56 min. There was no significant variation in the volume of fluid retained over the cycle whether hypotonic saline or glucose was infused ($P > 0.05$, ANOVA). The mean fluid retained during the glucose infusion was, however, significantly lower than during hypotonic saline infusion, 1.87 ± 0.44 ml compared to 4.66 ± 0.37 ml. Sodium retention was observed on hypotonic saline infusion, which did not vary significantly over the cycle, although the sodium excretion was significantly higher on dioestrus day 1 during the 45 min control period. During the equilibration period sodium rentention on dioestrus day 1 was 308 ± 28 $\mu$mol compared to a mean of 322 ± 57 $\mu$mol on the other days of the cycle. There was, however, no change in the weight of the animals during the course of the whole experiment. The initial weights in the groups receiving hypotonic saline and glucose were 264 ± 2.4 and 259 ± 2.0 g, respectively, while the final weights were 258 ± 2.9 and 256 ± 2.0 g.

### Renal excretion during the 45 min control infusion

**Urine flow.** During the 45 min control infusion the urine flow rate varied significantly in both the glucose and hypotonic saline-infused animals over the 4 days of the oestrous cycle ($P < 0.05$, ANOVA). During hypotonic saline infusion urine flow rates on pro-oestrus and dioestrus day 1 were

significantly lower than on oestrus and dioestrus day 2 ($P < 0.008$: $t$ test with Bonferroni correction). A similar result was obtained for the glucose-infused animals. Again no significant difference between the two infused solutions was observed at any stage of the cycle (Fig. 1*A*).

**Sodium excretion.** Similarly, sodium excretion during the control period showed significant variation over the oestrous cycle with both of the infusates employed ($P < 0.05$, ANOVA) (Fig. 1*B*), maximal excretion occurring on dioestrus day 1. As expected significantly higher sodium excretion was obtained with hypotonic saline infusion ($P < 0.05$, Student's $t$ test).

**Plasma vasopressin concentrations during arginine vasopressin infusion**

The circulating plasma vasopressin concentrations over the 60 min arginine vasopressin infusion increased linearly with the increasing dose infused (Fig. 2). There was no significant difference between the concentrations achieved on saline or glucose infusion; neither was there significant variation over the 4 days of the oestrous cycle. Plasma vasopressin concentrations during the control period were below the limit of detection of the assay.





**Figure 1**

Urine flow and sodium excretion during the 45 min control period. Either hypotonic saline (0.077 M) or 0.14 M glucose solution was infused at a rate of 150 $\mu$l min$^{-1}$ on pro-oestrus ($n = 20$ and 24, respectively), oestrus ($n = 21$ and 20), dioestrus day 1 ($n = 20$ and 23) and dioestrus day 2 ($n = 19$ and 24). Values are given as mean + S.E.M. The dashed line gives the rate of infusion. Significant variation was observed in both urine flow and sodium excretion over the 4 days of the cycle ($P < 0.05$, ANOVA). * $P < 0.05$ compared with oestrus and dioestrus day 2 (Student's $t$ test); + $P < 0.05$ compared to other days of the cycle.

PAR-VASO-0007486

**Variations in the antidiuretic response over the 4 days of the oestrous cycle**

Infusion of vasopressin in both saline and glucose groups produced a dose-dependent antidiuresis. However at 10 fmol min$^{-1}$ vasopressin, a significant antidiuretic response was only obtained at pro-oestrus and dioestrus day 1 ($P < 0.05$; $t$ test) (Fig. 3) At 20 fmol min$^{-1}$ vasopressin a significant antidiuretic response was obtained on each day of the cycle and a significant variation in the magnitude of the antidiuretic response observed over the oestrous cycle ($P < 0.05$, ANOVA). The greatest response was seen on pro-oestrus and dioestrus day 1 as compared to oestrus and dioestrus day 2 ($P < 0.05$, $t$ test with Bonferroni correction). With 40 fmol min$^{-1}$ vasopressin a maximal antidiuretic response appears to have been reached with no significant variation being observed during the cycle with either saline- or glucose-infused groups. On cessation of vasopressin infusion, flow generally returned to basal within 30 min, followed by a period during which urine flow rose above the infusion rate, the magnitude of this increase being proportional to the preceding antidiuresis. With the exception of the highest rate of vasopressin infusion (40 fmol min$^{-1}$) flow approximated the rate of infusion by 90 min.

**Variations in the natriuretic response over the 4 days of the oestrous cycle**

Although the rate of sodium excretion was significantly higher during the infusion of hypotonic saline, when the responses were expressed as a percentage of the control period there was no significant difference in the magnitude of the responses obtained with infusion of hypotonic saline or glucose. At the lowest dose a significant natriuresis was seen only at pro-oestrus, whereas with 20 fmol min$^{-1}$ a significant response was additionally obtained on dioestrus day 2. Infusion of vasopressin at 40 fmol min$^{-1}$ produced a significant natriuretic response on each day of the cycle (Fig. 4), the greatest responses being seen on pro-oestrus and dioestrus day 1. There was no correlation between the extent natriuresis with the volume of fluid retained. Increased sodium excretion was maintained for approximately 30 min after the vasopressin infusion was stopped. Thereafter sodium excretion fell, returning to basal by 75–90 min, depending on the dose of vasopressin employed.

## DISCUSSION

This study has shown that the profile of responses to vasopressin infusion is the same in rats infused with



**Figure 2**

The circulating plasma vasopressin concentration after 60 min hormone administration during the oestrus cycle of the conscious female rat infused with glucose (0.14 M, *A*) or saline (0.077 M, *B*) at a rate of 150 $\mu$l min$^{-1}$. Values are given as mean + S.E.M. ($n = 7$) of the plasma concentrations (pmol l$^{-1}$) after 60 min vasopressin administration. No significant variation was seen between concentrations achieved on different days of the cycle for any given dose. † $P < 0.05$ compared with the infusion rates of 10 and 40 fmol min$^{-1}$; * $P < 0.05$ compared with 10 and 20 fmol min$^{-1}$.









**Figure 3**

The antidiuretic response to 10 fmol min$^{-1}$ (*A*), 20 fmol min$^{-1}$ (*B*) and 40 fmol min$^{-1}$ vasopressin (*C*) during the oestrous cycle of the conscious female rat. The infusate was 0.077 M NaCl or 0.14 M glucose. The values are given as mean + S.E.M. (*n* = 8). * $P < 0.05$ compared with oestrus (E) and dioestrus day 2 (D2); † antidiuresis not statistically significant. The percentage antidiuresis represents the mean flow during the final two 15 min time blocks during the hormone infusion and the first 15 min time block of the recovery period, expressed as a percentage of the mean flow during the 45 min control period.

**Figure 4**

The natriuretic response to 10 fmol min$^{-1}$ (*A*), 20 fmol min$^{-1}$ (*B*) and 40 fmol min$^{-1}$ vasopressin (*C*) during the oestrous cycle of the conscious female rat. The infusate was 0.077 M NaCl or 0.14 M glucose. The values are given as mean + S.E.M. (*n* = 8). There was no significant difference in the responses obtained with the different infusion media. Significant variation was seen in the natriuretic responses at the two higher doses. * $P < 0.05$ compared with oestrus (E) and dioestrus day 2 (D2). + $P < 0.05$: pro-oestrus (P) compared with oestrus (E), dioestrus day 1 (D1) and dioestrus day 2 (D2). The percentage natriuresis represents the mean sodium excretion during the final two 15 min time blocks during the hormone infusion and the first 15 min time block of the recovery period, expressed as a percentage of the mean sodium excretion during the 45 min control period.

PAR-VASO-0007488

dextrose or hypotonic saline, so that the excretion of the sodium load does not affect the relative magnitude of the antidiuretic and natriuretic responses to vasopressin seen on different days of the cycle. The magnitude of the responses, expressed as a percentage of the control, on each day were also found to be independent of the infusate used. Neither did infusion of a sodium-free solution affect the concentrations of vasopressin achieved during infusion of the hormone These studies confirmed the findings of Forsling *et al.* (1996) that the natriuretic effect of vasopressin was greatest at pro-oestrus and dioestrus day 1. The natriuretic effect was produced with circulating concentrations of vasopressin which had no effect on glomerular filtration rate (Forsling *et al.* 1994). The use of lower doses of vasopressin also showed that the antidiuretic effect of the hormone was greatest at pro-oestrus and dioestrus day 1. This would be consistent with the fact that the vasopressin concentrations were lower on these 2 days of the cycle (Forsling & Peysner, 1988; Windle & Forsling, 1993). Greater renal responsiveness on these days would allow for a relatively more constant urine flow during the oestrous cycle than would be predicted from the circulating hormone concentrations, as has been reported (Forsling & Peysner, 1988). Gonadal steroids are known to affect vasopressin release and effects have been demonstrated in hypothalamo-neurohypophysial explants (Sladek *et al.* 2000). The observations on varying renal responsiveness suggest the possibility that in the short term ovarian steroids may affect vasopressin indirectly via the renal effects. Thus when the kidney is most responsive to vasopressin, additional fluid is retained which inhibits vasopressin release unless there is significant alteration in the responsiveness of the osmoreceptors.

In contrast, Wang *et al.* (1994) reported a greater renal response to vasopressin in the oestrus animal compared to the other days of the cycle. There is a similar discrepancy when the responses of female and male rats are compared. Brimble *et al.* (1988), employing an infusion rate of vasopressin of 12 fmol min$^{-1}$ observed an antidiuresis falling in the middle of the range of the responses observed with 10 fmol min$^{-1}$ in female rats, whereas Wang *et al.* (1993) found that the response in male animals was greater than that in normally cycling females, except at oestrus Since the differences do not arise from the nature of the infusate or the size of the dose employed, it is possible that they stem from other differences in the protocol. The control urine flow rate was greater in the studies of Wang *et al.* (1994) than those reported here, although interestingly they found the greatest control flow in the female rats at oestrus, as was noted in this study. The varying baseline could affect the percentage response. Thus the fall in urine flow is much greater in the oestrus rat than in the ovariectomised animal, although the percentage antidiuresis is similar. It is possible that there are differences in the time of day at which the studies were performed. This would have implications for the renal responsiveness to vasopressin as this has been shown to

exhibit a daily rhythm in the male rat (Forsling, 2000). In this context the fact that Wang *et al.* (1994) infused hormone for an overall period of 2.5 h as opposed to 1 h in the present study could be important. Furthermore different responses been found at different times of the day at pro-oestrous (Forsling, 1993). However, whereas in the male rat the maximum response was seen at 19.00 h (Forsling, 2000) in the female animal at pro-oestrus the response at this time was less than that seen at 14.00 h. This could be related to the changing concentrations of circulating ovarian steroids (Butcher *et al.* 1974). The 24 h pattern of fluid balance has also been shown to vary in rats of the same strain, but differing colonies (Wells *et al.* 1993).

The early studies in the laboratories of Share were performed on anaesthetised rats (Toba *et al.* 1991) and differences in the renal responsiveness to neurohypophysial hormone have been demonstrated in anaesthetised and conscious animals (Windle *et al.* 1990). However, their later studies were carried out on conscious restrained rats. Immobilisation is known to stimulate cortisol release (Inoue *et al.* 1993), which in turn influences the renal response to vasopressin. Furthermore such stress responses could be affected by the stage of the oestrous cycle (Holdcroft *et al.* 2000).

There are many endocrine changes over the oestrous cycle, but it is most likely that the observed changes in the renal responses to vasopressin result from changes in circulating concentrations of ovarian steroids. They could be acting at one of a number of sites to alter the renal response to vasopressin. Evidence has accumulated indicating steroidal modulation of both V1- and V2-vasopressin receptors. St Louis (1986) demonstrated an increase in the number of V1-vasopressin receptors in the presence of oestrogen. Wang *et al.* (1994) showed steroidal modulation of the V2-vasopressin receptor. Ovarian steroids could also affect the expression of aquaporin-2 which is vasopressin sensitive. Upregulation of aquaporin-2 water channel expression, for example, has been demonstrated in pregnant rats (Ohara *et al.* 1998). Excretion of aquaporins in women has also been shown to be affected by the stage of the menstrual cycle (Elliot *et al.* 1996). Other intrarenal mechanisms such as prostaglandin formation could be involved (Wang *et al.* 1997).

While the changes in fluid retention induced by changing reproductive status are unlikely to be important during the oestrous cycle they are likely to be significant during pregnancy and lactation, times when there is increased total body water. Indeed altered renal responsiveness to vasopressin has been shown during pregnancy and lactation (Hartley *et al.* 1996). The changes observed would be consistent with increased vasopressin sensitivity in the presence of increased ovarian steroids

In summary these studies indicate that neither the circulating hormone concentrations of vasopressin during

hormone infusion, nor the renal response is significantly influenced by the inclusion of sodium in the infusate. The studies also confirm that the antidiuretic reponse to vasopressin is greatest at pro-oestrus and diestrus day 1.

BOSSMAR, T., FORSLING, M. L. & AKERLUND, M. (1995). Circulating oxytocin and vasopressin is influenced by ovarian steroid replacement in women. *Acta Obstetricia Gynecologica Scandinavica* **74**, 544–548.

BRIMBLE, M. J., FORSLING, M. L. & MUSABAYANE, C. T (1988). Natriuretic action of arginine vasopressin in the conscious unrestrained rat. *Acta Endocrinologica* **119**, 386–390.

BUTCHER, R. L., COLLINS, W. E. & FUGO, N. W. (1974). Plasma concentrations of LH, FSH, prolactin, progesterone and oestradiol 17$\beta$ throughout the 4 day oestrous cycle of the rat. *Endocrinology* **94**, 1704–1708.

CLAYBAUGH, J. R., SATO, A. K., CROSSWHITE, L. K. & HASSELL, L. H. (2000). Effects of time of day, gender and menstrual cycle phase on the human response to a water load. *American Journal of Physiology – Regulatory, Integrative and Comparative Physiology* **279**, R966–973.

CROFTON, J. T., BAER, P. G., SHARE, L. & BROOKS D. P. (1985). Vasopressin release in male and female rats; effect of gonadectomy and treatment with gonadal steroid hormones. *Endocrinology* **117**, 1195–1200.

ECKERT, T., FORSLING, M. L. & SCHWARZBERG, H. (1999). Effect of combined oestrogen and progesterone replacement on the renal responses to oxytocin and vasopressin in the ovariectomised rat. *European Journal of Endocrinology* **141**, 297–302.

ELLIOT, S., GOLDSMITH, P., KNEPPER, M., HAUGHEY, M. & OSLON, B. (1996). Urinary excretion of aquaporin-2 in humans: a potential marker of collecting duct responsiveness to vasopressin. *Journal of the American Society of Nephrology* **7**, 403–409.

FORSLING, M. L. (1993). The influence of gonadal steroids on the release and actions of neurohypophysial peptides. *Regulatory Peptides* **45** 193–196.

FORSLING, M. L. (2000). Diurnal rhythms in neurohypophysial function. *Experimental Physiology* **85S**, 179S–186S.

FORSLING, M. L., JUDAH, J. M. & WINDLE, R. J. (1994). The effect of vasopressin and oxytocin on glomerular filtration rate in the conscious rat: contribution to the natriuretic response. *Journal of Endocrinology* **141**, 59–67.

FORSLING, M. L. & PEYSNER, K. (1988). Pituitary and plasma vasopressin concentrations and fluid balance over the oestrous cycle of the rat. *Journal of Endocrinology* **117**, 397–402.

FORSLING, M. L. & WELLS, T. (1991). Intracerebroventricular implantation and vascular cannulation in conscious unrestrained rats for neuroendocrine studies. In *Neuroendocrine Research Methods*, ed. GREENSTEIN, B., pp. 148–165. Harwood Academic Publishers, New York.

FORSLING, M. L., ZHOU, Y. & WINDLE, R. J. (1996). The natriuretic actions of vasopressin in the female rat: variations during the four days of the oestrous cycle. *Journal of Endocrinology* **148**, 457–464.

HARTLEY, D. E., STAFFORD, G., ZAMAN, Z. & FORSLING, M. L (1996). Does the renal responsiveness to vasopressin change during pregnancy and lactation in the rat? *British Journal of Pharmacology* **119**, 142P

HOLDCROFT, A., SAPSED-BYRNE, S., MA, D., HAMMAL, D. & FORSLING, M. L (2000). Sex and oestrous cycle differences in visceromotor responses and vasopressin release in response to colonic distension in male and female rats anaesthetised with halothane. *British Journal of Anaesthesiology* **85**, 907–910.

INOUE, T., KOYAMA, T., MURAKI, A. & YAMASHITA, I. (1993). Effects of single and repeated immobilization stress on corticotropin-releasing factor concentrations in discrete rat brain regions. *Progress in Neuropsychopharmacology and Biology of Psychiatry* **17**, 161–170.

OHARA, M., MARTIN P. Y., XU D. L., ST JOHN, J., PATTISON T. A., KIM, J. K. & SCHRIER, R. W. (1998). Upregulation of aquaporin 2 water channel expression in pregnant rats. *Journal of Clinical Investigation* **101**,1076–1083.

ST LOUIS, J., PARENT, A., LARIVIERE, R. & SCHIFFRIN, E. L. (1986). Vasopressin responses and receptors in the mesenteric vasculature of estrogen-treated rats. *American Journal of Physiology,* H885–889.

SKOWSKY, W. R. SWAN, L. & SMITH, P. (1979). Effects of sex steroid hormones on arginine vasopressin in intact and castrated male and female rats. *Endocrinology* **104**, 105–108.

SLADEK, C. D., SWENSON, K. L., KAPOOR, R. & SIDOROWICZ, H. E. (2000). The role of steroid hormones in the regulation of vasopressin and oxytocin release and mRNA expression in hypothalamo-neurohypophysial explants from the rat. *Experimental Physiology* **85S**, 171S–177S.

STACHENFELD, N. S., DIPIETRO, L., PALTER S. F., NADEL, E. R. (1998). Estrogen influences osmotic secretion of AVP and body water balance in postmenopausal women. *American Journal of Physiology* **274**, R187–195.

TOBA, K., CROFTON, J. T., OTA, M. & SHARE, L. (1991). Sexually dimorphic antidiuretic response to vasopressin in alcohol-anaesthetised rats. *FASEB Journal* **5**, A377.

WANG, Y. X., CROFTON, J. T., LIU, H., BROOKS, D. P. & SHARE, L. (1994). Effects of gonadectomy on sexually dimorphic antidiuretic action of vasopressin in conscious rats. *American Journal of Physiology* **267**, R536–541.

WANG, Y. X., CROFTON, J. T., LIU, H., SATO, K., BROOKS, D. P. & SHARE, L. (1995). Estradiol attenuates the antidiuretic action of vasopressin in ovariectomized rats. *American Journal of Physiology* **268**, R951–957.

WANG Y. K., CROFTON J. T. & SHARE, L. (1997). Sex differences in the cardiovascular and renal actions of vasopressin in conscious rats. *American Journal of Physiology* **272**, R370–376.

WANG, Y. X., EDWARDS, R. M., NAMBI, P., STACK, E. J., PULLEN, M., SHARE, L., CROFTON, J. T. & BROOKS D. P. (1993). Sex difference in the antidiuretic activity of vasopressin in the rat. *American Journal of Physiology* **265**, R1284–1290.

WELLS, T., WINDLE, R. J., PEYSNER, K. & FORSLING, M. L. (1993). Inter-colony variation and its relationship to vasopressin secretion in male Sprague Dawley rats. *Laboratory Animals* **27**, 40–46.

WINDLE, R. J. & FORSLING, M. L. (1993). Variations in oxytocin secretion during the 4-day oestrous cycle of the rat. *Journal of Endocrinology* **136**, 305–311.

WINDLE, R., SMITH, C. P., FORSLING, M. L. & BALMENT, R. J. (1990). The renal actions of vasopressin, comparison of anaesthetised and conscious preparations. *Journal of Endocrinological Investigation* **13** (suppl. 2), 102.

# Prophylactic Vasopressin in Patients Receiving the Angiotensin-Converting Enzyme Inhibitor Ramipril Undergoing Coronary Artery Bypass Graft Surgery

Suruchi Hasija, MD,* Neeti Makhija, MD,* Minati Choudhury, MD,* Milind Hote, MS, MCh,†
Sandeep Chauhan, MD,* and Usha Kiran, MD*

*Objective:* The purpose of this study was to compare the effects of continuation versus discontinuation of the angiotensin-converting enzyme (ACE) inhibitor ramipril and assess the efficacy of prophylactic vasopressin infusion on hemodynamic stability and vasoactive drug requirements in patients undergoing coronary artery bypass graft (CABG) surgery.

*Design:* A prospective, randomized, double-blinded, single-center clinical study.

*Setting:* Tertiary care hospital.

*Participants:* Forty-seven patients on the ACE inhibitor ramipril for 6 weeks before undergoing elective primary CABG surgery on cardiopulmonary bypass (CPB).

*Interventions:* Patients were randomly divided into 3 groups: group A (n = 16), patients discontinued ramipril 24 hours before surgery; group B (n = 16), patients continued ramipril until the morning of surgery; and group C (n = 15), patients continued ramipril until the morning of surgery and received vasopressin infusion (0.03 U/min) from the onset of rewarming until the hemodynamics were stable without vasopressor agents. The anesthetic technique and conduct

of CPB were standardized for all the groups. Hemodynamic parameters and vasoactive drug requirements were recorded for 3 days postoperatively.

*Measurements and Main Results:* Patients in group A maintained stable mean arterial pressure (MAP) and systemic vascular resistance (SVR). In group B, MAP and SVR decreased after the induction of anesthesia and remained so throughout surgery ($p < 0.05$). In group C, MAP and SVR decreased upon the induction of anesthesia ($p < 0.05$) but normalized after CPB.

*Conclusions:* Preoperative ACE inhibitor continuation predisposed to hypotension upon the induction of anesthesia and in the post-CPB period. Prophylactic low-dose vasopressin infusion prevented post-CPB hypotension. Low-dose vasopressin can be considered as potential therapy in these patients.

© 2010 Elsevier Inc. All rights reserved.

KEY WORDS: angiotensin-converting enzyme inhibitor, hemodynamic, vasoactive, vasopressin, coronary artery bypass graft surgery

A NGIOTENSIN-CONVERTING ENZYME (ACE) inhibitors are used widely in the treatment of hypertensive and ischemic heart disease. ACE inhibitors have been shown to decrease mortality and adverse cardiovascular events and improve the quality of life in such patients.[1,2] Therefore, patients receiving ACE inhibitors are presenting for cardiac surgery in increasing numbers. The discontinuation of ACE inhibitors before cardiac surgery is a matter subject to debate.[3] Some authors advocate the discontinuation of ACE inhibitors before cardiac surgery,[3-8] whereas others do not.[9-16]

The continuation of ACE inhibitors has the following potential beneficial effects during cardiac surgery: attenuation of sympathetic responses to intubation and skin incision,[13,14] prevention of hypertension,[17] improved renal function,[17] and protection of the heart against ischemia and reperfusion injury.[18,19] The sudden withdrawal of ACE inhibitors after chronic use may cause rebound hypertension and increase ischemia-related events.[12]

On the contrary, there are several reports of adverse events in the perioperative period in patients receiving preoperative ACE inhibitors, including hypotension upon induction of anesthesia[20-23] and weaning from cardiopulmonary bypass (CPB)[23,24] and an increased requirement for vasoconstrictors during and after separation from CPB in patients undergoing cardiac sur-

gery.[23,25,26] In patients with a limited cardiovascular reserve, such as after myocardial infarction and under the effect of anesthesia, pharmacologic renin-angiotensin system (RAS) blockade with ACE inhibitors is thought to precipitate unstable hemodynamics.[9] Preoperative treatment with ACE inhibitors also blunts the vasoactive response in anesthetized patients by modulating other vasoconstrictive neurohormones such as arginine vasopressin (AVP).[26] AVP deficiency has been purported to be one of the mechanisms of post-CPB vasodilatory shock,[27-29] thus rendering patients receiving ACE inhibitors at risk for developing this syndrome.[24] Moreover, low-dose exogenous vasopressin has little vasoconstrictor effect in normotensive subjects[30] but dramatically improves hemodynamics in post-CPB vasodilatory shock.[27,28,31,32]

Therefore, it was hypothesized that the correction of AVP deficiency with low-dose vasopressin "replacement" therapy would be the ideal prophylaxis for preventing post-CPB vasodilatory syndrome in patients receiving preoperative ACE inhibitors. The study was conducted to compare the effects of continuation versus preoperative discontinuation of the ACE inhibitor ramipril on hemodynamic stability and vasoactive drug requirement in patients undergoing coronary artery bypass graft (CABG) surgery and to assess whether low-dose vasopressin can alter post-CPB hemodynamics and vasoactive drug requirement in patients receiving the ACE inhibitor ramipril.

## METHODS

Forty-seven patients undergoing elective primary CABG surgery on CPB between April and October 2008 were included in this prospective, randomized, double-blinded study. Only patients receiving the ACE inhibitor ramipril for at least the past 6 weeks were included. The study protocol was approved by the ethics committee of the authors' institute, and written informed consent was obtained from each patient.

Patients with concomitant valvular disease, congestive heart failure, renal dysfunction (serum creatinine ≥2.0 mg/dL), hepatic dysfunction

*From the Departments of *Cardiac Anaesthesia and †Cardiothoracic and Vascular Surgery, Cardiothoracic Centre, All India Institute of Medical Sciences, Ansari Nagar, New Delhi, India.*

*Address reprint requests to Neeti Makhija, MD, 7th Floor, Department of Cardiac Anaesthesia, Cardiothoracic Centre, All India Institute of Medical Sciences, Ansari Nagar, New Delhi 110029, India. E-mail: neetimakhija@hotmail.com*

*© 2010 Elsevier Inc. All rights reserved.*
*1053-0770/10/2402-0003$36.00/0*

*doi:10.1053/j.jvca.2009.08.001*

PAR-VASO-0007491

(serum bilirubin ≥3.0 mg/dL), severe lung disease, peripheral vascular disease, history of stroke, hypersensitivity to vasopressin, and those undergoing emergency surgery or reoperation were excluded from the study.

Using computer-generated tables, patients were randomly allocated to 1 of 3 groups: patients who discontinued ramipril 24 hours before surgery (group A), patients who continued ramipril until the morning of surgery (group B), and patients who continued ramipril until the morning of surgery and received vasopressin infusion intraoperatively (group C).

Hematologic and biochemical measurements, a chest x-ray, electrocardiography, transthoracic echocardiography, and coronary angiography were performed preoperatively. With the exception of diuretics, all other cardiac medications consisting of β-blockers, nitrates, calcium channel blockers, potassium channel openers, lipid-lowering drugs, and metabolic agents were continued until the day of surgery. Antiplatelet drugs were stopped 7 days before surgery. Ramipril was continued or discontinued on the day of surgery according to the group allocation.

Patients were fasted overnight. They were premedicated with diazepam, 5 mg orally, the night before surgery and at 6 AM on the morning of surgery and morphine (0.1 mg/kg) and promethazine (0.5 mg/kg) intramuscularly 1 hour before the induction of anesthesia. In the operating room, basic monitoring with 5-lead electrocardiography, noninvasive blood pressure, and pulse oximetry were established. Peripheral venous and radial artery cannulation were performed under local anesthesia. A pulmonary artery catheter (7.5F) with a rapid-response thermistor probe (Edwards Lifesciences LLC, Irvine, CA) was then inserted via the right internal jugular vein. Cardiac output was measured by thermodilution technique using 10 mL of 0.9% ice cold saline with the help of a hemodynamic monitor (Sirecust 1261 Bedside Monitor; Siemens, Solna, Sweden) having inbuilt capacity to measure cardiac output and other calculated hemodynamic parameters. Three consecutive successful determinations were averaged, provided that the difference between any 2 readings did not exceed 15%. Cardiac index (CI) and systemic vascular resistance (SVR) were calculated using standard formulae by online inbuilt capabilities of the monitor.

A standard anesthetic technique was used for all patients in the 3 groups. General anesthesia was induced with fentanyl (3-5 μg/kg), midazolam (0.05 mg/kg), thiopental (3-5 mg/kg), and rocuronium (0.9 mg/kg) intravenously. Patients were intubated and mechanically ventilated to maintain normoxia and normocarbia (Aestiva/5; Datex Ohmeda, Inc, GE Healthcare, Madison, WI) (tidal volume 7-10 mL/kg, rate 12-14/min, positive end-expiratory pressure 5 cmH₂O, inspiratory: expiratory ratio 1:2, fractional inspired oxygen concentration 0.5 [oxygen-air mixture] before CPB and 1.0 after separation from CPB). Anesthesia was maintained before CPB with hourly boluses of fentanyl, 5 μg/kg, midazolam, 0.03 mg/kg, pancuronium, 2 mg, and ≤1% isoflurane in oxygen-air mixture. Hypotension upon the induction of anesthesia (systolic arterial pressures [SAP] ≤90 mmHg) was treated with intravenous fluids. SAP >130 mmHg was controlled initially with ≤1% isoflurane and then nitroglycerin infusion. Continuous electrocardiography, invasive blood pressure, end-tidal carbon dioxide, pulse oximetry, central venous pressure (CVP), temperature, urine output, intermittent arterial blood gas, serum electrolytes, blood sugar, activated coagulation time, cardiac output and its related parameters, and transesophageal echocardiography monitoring were performed intraoperatively for all patients.

CABG surgery was performed under standard CPB techniques following institutional protocol, which consisted of median sternotomy, systemic anticoagulation with 400 IU/kg of heparin, activated coagulation time >480 seconds, ascending aorta and right atrial appendage cannulation, and nonpulsatile flow of 2.5 L/min/m² at normothermia and 1.8 L/min/m² at 28°C. CPB circuit prime included lactated Ringer's solution, mannitol and blood, or hydroxyethyl starch added to obtain a hematocrit of 22% to 27%. Fentanyl, 5 μg/kg, midazolam, 0.05 mg/kg, and pancuronium, 0.1 mg/kg, were added to the pump

prime. Antegrade cold cardioplegia solution at 4°C was administered after aortic cross-clamping at a dose of 20 mL/kg and repeated at a dose of 10 mL/kg every 20 minutes. The concentrated cardioplegia solution of 40 mL (St Thomas Hospital solution; Plegiocard, Samarth Life Sciences, Mumbai, India) was reconstituted with 500 mL of lactated Ringer's solution. The final cardioplegia was delivered with circulating blood as a 4:1 ratio (blood 4 parts: cardioplegia 1 part). Systemic hypothermia of 28°C to 30°C was used during distal anastomoses. An α-stat method of arterial blood gas was used, and the pH was maintained at 7.4. The mean arterial pressure (MAP) was maintained between 50 and 75 mmHg during CPB by the administration of nitroglycerin or phenylephrine. Rewarming was started at the time of anastomosing the last distal graft. Nitroglycerin infusion (0.5 μg/kg/min) was started at the onset of rewarming in all patients. The aortic cross-clamp was removed after anastomosis of the last distal graft. Magnesium sulphate, 2 g, was added in the pump in all patients. Lidocaine was administered on the occurrence of ventricular arrhythmias. Ventricular fibrillation was managed with defibrillation, additional lidocaine and magnesium sulphate, and repeat defibrillation as required. Atrial fibrillation was managed with cardioversion and overdrive pacing. A slow sinus rhythm (heart rate < 60/min) was managed with atrial pacing. All proximal anastomoses were performed with partial clamping of the aorta and low tidal volume ventilation. Patients were weaned from CPB at a nasopharyngeal temperature of 35°C to 36°C after resuming ventilation with 8 to 10 mL/kg tidal volume.

After separation from CPB, fentanyl, 2 μg/kg, and pancuronium, 2 mg, were repeated. Hemodynamic parameters were stabilized. In the presence of SAP <90 mmHg and CVP <10 mmHg, intravenous fluids were administered. In the presence of SAP <90 mmHg, CI ≤2.2 L/min/m² and SVR >600 dynes · s · cm⁻⁵, dopamine (5-10 μg/kg/min), epinephrine (0.025-0.1 μg/kg/min), and intra-aortic balloon pump support were added sequentially. In the presence of SAP <90 mmHg, CI ≥2.2 L/min/m², and SVR <600 dynes · s · cm⁻⁵, norepinephrine (0.025-0.1 μg/kg/min) was added. SAP >130 mmHg was treated with nitroglycerin infusion (0.5-2.0 μg/kg/min) followed by sodium nitroprusside infusion (0.5-2.0 μg/kg/min). Anticoagulation was reversed with protamine (1.3 times heparin dose) intravenously. A persistently elevated activated coagulation time was managed with an additional dose of protamine (1-2 mg/kg). The transfusion of blood and blood components was used to maintain the post-CPB hematocrit >30% and/or to correct postprotamine coagulopathy.

Patients in groups A and B received normal saline infusion, and patients in group C received vasopressin infusion for the duration of the study. The study drug was reconstituted by an unbiased anesthesiology resident in normal saline to yield a concentration of 1.8 U/mL and infused via a syringe pump into the central catheter at 1 mL/h (0.03 U/min) along with other vasoactive drugs. It was started at the onset of rewarming and was continued until the patients were stable without vasopressor support. Doctors, clinical staff, and patients were blinded to the identity of the study drug.

Postoperatively, all patients were shifted to the intensive care unit (ICU). The same team of doctors cared for all patients and followed standard practices with regard to patient care. Whole blood was given if hematocrit decreased <30%. Platelet concentrates and fresh frozen plasma were transfused if chest drainage exceeded 150 mL/h. For analgesia, tramadol (50 mg intravenously, 8 hourly) was administered before extubation and ketorolac (30 mg intravenously, 8 hourly) after extubation. No further sedation was given in the ICU. The requirement, dose, and duration of vasoactive drugs were recorded. Dose requirements for the intraoperative period and postoperative days 0, 1, and 2 were calculated in terms of dose (μg/kg/min) × hours for the whole group and then used to calculate the mean.

Hemodynamic measurements were made before and after intubation, after sternotomy, 5 minutes after termination of CPB, before shifting,

**Table 1. Demographic Data**

| Variables (Mean ± SD) | Group A (n = 16) | Group B (n = 16) | Group C (n = 15) | p Value |
|---|---|---|---|---|
| Age (y) | 55.8 ± 8.1 | 51.9 ± 10.9 | 58.5 ± 8.4 | 0.15 |
| Sex (n) (male/female) | 15/1 | 16/0 | 13/2 | 0.32 |
| Height (cm) | 164.5 ± 8.9 | 165.1 ± 6.7 | 160.2 ± 5.6 | 0.14 |
| Weight (kg) | 66.9 ± 8.5 | 69.3 ± 9.9 | 62.0 ± 10.0 | 0.10 |

Abbreviation: SD, standard deviation.

**Table 3. Intraoperative Variables**

| Variables (Mean ± SD) | Group A (n = 16) | Group B (n = 16) | Group C (n = 15) | p Value |
|---|---|---|---|---|
| Duration of anesthesia (h) | 4.8 ± 0.8 | 4.3 ± 0.9 | 4.4 ± 0.6 | 0.22 |
| CPB time (min) | 80.6 ± 24.8 | 73.8 ± 22.6 | 74.0 ± 17.1 | 0.67 |
| Aortic cross-clamp time (min) | 44.1 ± 12.2 | 42.8 ± 13.6 | 44.0 ± 11.5 | 0.97 |
| Number of grafts | 3.3 ± 0.9 | 3.4 ± 0.6 | 2.9 ± 0.8 | 0.23 |

Abbreviation: SD, standard deviation.

on admission to ICU, 1 and 2 hours postoperatively and on postoperative days 1, 2 and 3. Hemodynamic parameters that were recorded included heart rate (HR), MAP, CVP, mean pulmonary artery pressure (MPAP), pulmonary capillary wedge pressure (PCWP), CI, and SVR. Of these, MPAP, PCWP, CI, and SVR were recorded only in the operating room.

The duration of mechanical ventilation, ICU stay, hospital stay, mediastinal drainage, blood and blood products requirement, occurrence of ischemia, and other complications also were recorded. The criteria for extubation and the discharge from the ICU and the hospital are given in Appendix 1.

To detect a 20% decrease in MAP, the sample size of 47 (16, 16, and 15, respectively in the 3 groups) carried 75% statistical power and 0.05 level of significance. Statistical package SPSS 15.0 for Windows (SPSS Inc, Chicago, IL) was used for statistical analysis. All values are expressed as mean ± standard deviation. Qualitative data were analyzed by a chi-square test. Quantitative data were analyzed by analysis of variance or the Mann-Whitney $U$ test. The hemodynamic parameters obtained at various time intervals within the same group were com-

pared with the baseline values using the paired $t$ test. A $p$ value of ≤0.05 was deemed significant.

## RESULTS

Forty-seven patients were randomized to group A (n = 16), group B (n = 16), and group C (n = 15). The 3 groups were similar with respect to age, sex, height, and weight (Table 1). The 3 groups were similar with respect to the incidence of hypertension; diabetes; obesity; previous myocardial infarction; physical status; functional class; preoperative risk stratification; hematologic, biochemical, echocardiographic, and angiographic data; and preoperative medications (Table 2). The duration of anesthesia, CPB and aortic cross-clamp times, and the number of grafts were comparable in the 3 groups (Table 3).

All patients were in normal sinus rhythm preoperatively. The baseline hemodynamic parameters were similar in the 3 groups.

**Table 2. Preoperative Variables**

| Variables (Mean ± SD) | Group A (n = 16) | Group B (n = 16) | Group C (n = 15) | p Value |
|---|---|---|---|---|
| Hypertension (n) (%) | 8 (50) | 11 (68.8) | 5 (33.3) | 0.14 |
| Diabetes (n) (%) | 6 (37.5) | 4 (25) | 3 (20) | 0.53 |
| Smoker (n) (%) | 6 (37.5) | 5 (31.3) | 7 (46.7) | 0.68 |
| Alcoholic (n) (%) | 0 (0) | 2 (12.5) | 3 (20) | 0.19 |
| Obesity (n) (%) | 4 (25) | 2 (12.5) | 2 (13.3) | 0.58 |
| Previous myocardial infarction (n) (%) | 2 (12.5) | 6 (37.5) | 6 (40) | 0.18 |
| ASA physical status (n) (II/III/IV) | 1/12/3 | 1/9/6 | 0/11/4 | 0.65 |
| NYHA functional class (n) (II/III/IV) | 10/5/1 | 10/6/0 | 7/8/0 | 0.50 |
| EURO score | 1.7 ± 1.1 | 1.7 ± 1.7 | 1.9 ± 1.5 | 0.81 |
| Parsonnet score | 4.5 ± 3.4 | 4.8 ± 2.3 | 4.0 ± 3.4 | 0.48 |
| Hemoglobin (g/dL) | 12.1 ± 1.3 | 13.2 ± 1.5 | 12.6 ± 1.2 | 0.08 |
| Serum creatinine (mg/dL) | 1.1 ± 0.1 | 0.9 ± 0.1 | 0.9 ± 0.2 | 0.24 |
| Number of vessels diseased (1/2/3) | 1/4/11 | 0/1/15 | 0/7/8 | 0.06 |
| Left main disease (n) (%) | 3 (18.8) | 2 (12.5) | 2 (13.3) | 0.87 |
| Left ventricular ejection fraction (%) | 46 ± 7 | 50 ± 7 | 49 ± 5 | 0.14 |
| Left ventricular dysfunction (n) (absent/mild/moderate/severe) | 6/2/8/0 | 11/2/2/1 | 10/3/2/0 | 0.14 |
| Regional wall motion abnormality (n) (%) | 8 (50) | 8 (50) | 3 (20) | 0.15 |
| Mitral regurgitation (n) (absent/mild/moderate) | 12/4/0 | 14/1/1 | 15/0/0 | 0.26 |
| Ramipril dose (mg/d) | 3.1 ± 1.1 | 3.4 ± 1.3 | 3.7 ± 2.2 | 0.47 |
| Medications (n) (%) | | | | |
| β-blocker | 15 (93.8) | 14 (87.5) | 14 (93.3) | 0.78 |
| Calcium channel blocker | 2 (12.5) | 3 (18.8) | 4 (26.7) | 0.61 |
| Statin | 10 (62.5) | 11 (68.8) | 10 (66.7) | 0.81 |
| Nitrate | 13 (81.2) | 13 (81.2) | 13 (86.7) | 0.58 |
| Potassium channel opener | 4 (25) | 1 (6.3) | 2 (13.3) | 0.32 |
| Trimetazidine | 2 (12.5) | 2 (12.5) | 1 (6.7) | 0.83 |
| Diuretic | 3 (18.8) | 0 (0) | 1 (6.7) | 0.16 |

Abbreviations: ASA, American Society of Anesthesiologists; NYHA, New York Heart Association; EURO, European System for Cardiac Operative Risk Evaluation.

Table 4. Hemodynamic Parameters Observed at Various Stages in the 3 Groups

| Variables (Mean ± SD) | Group | Baseline | Postintubation | Poststernotomy | Post-CPB | Before Shifting | Arrive in ICU | 1 Hour in ICU | 2 Hours in ICU | Postoperative Day 1 | Postoperative Day 2 | Postoperative Day 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR (beats/min) | A | 72 ± 18 | 76 ± 19 | 79 ± 18 | 90 ± 11* | 93 ± 13* | 98 ± 11* | 99 ± 10* | 99 ± 12* | 101 ± 12* | 91 ± 10* | 96 ± 0 |
| | B | 71 ± 11 | 78 ± 16 | 82 ± 21 | 90 ± 9* | 97 ± 11* | 108 ± 18* | 104 ± 18* | 106 ± 17* | 106 ± 13* | 109 ± 10* | 110 ± 1 |
| | C | 71 ± 15 | 77 ± 16 | 80 ± 20 | 87 ± 14* | 93 ± 10* | 94 ± 15* | 90 ± 15* | 95 ± 14* | 95 ± 12* | 94 ± 14* | 101 ± 0 |
| Mean AP (mmHg) | A | 99 ± 28 | 90 ± 14 | 92 ± 14 | 85 ± 21 | 90 ± 12 | 89 ± 10 | 90 ± 13 | 92 ± 10 | 96 ± 11 | 98 ± 10 | 101 ± 0 |
| | B | 98 ± 17 | 72 ± 12* | 80 ± 13* | 70 ± 11* | 76 ± 14* | 85 ± 13* | 85 ± 12* | 90 ± 10 | 92 ± 11 | 91 ± 12 | 93 ± 10 |
| | C | 96 ± 17 | 76 ± 16* | 86 ± 12* | 88 ± 9 | 90 ± 9 | 96 ± 15 | 96 ± 11 | 98 ± 10 | 100 ± 9 | 98 ± 10 | — |
| CVP (mmHg) | A | 8 ± 3 | 9 ± 3 | 8 ± 2 | 9 ± 2 | 8 ± 2 | 4 ± 3 | 4 ± 3 | 6 ± 3 | 5 ± 3 | 8 ± 3 | 8 ± 0 |
| | B | 6 ± 7 | 8 ± 5 | 7 ± 4 | 7 ± 4 | 7 ± 4 | 6 ± 3 | 6 ± 3 | 6 ± 3 | 5 ± 2 | 8 ± 3 | 9 ± 4 |
| | C | 7 ± 3 | 8 ± 3 | 8 ± 4 | 9 ± 2 | 9 ± 2 | 6 ± 2 | 5 ± 3 | 5 ± 2 | 5 ± 3 | 6 ± 6 | — |
| Mean PAP (mmHg) | A | 22 ± 7 | 20 ± 14 | 24 ± 15 | 19 ± 8 | 22 ± 6 | | | | | | |
| | B | 18 ± 7 | 16 ± 10 | 24 ± 7 | 14 ± 9 | 14 ± 6 | | | | | | |
| | C | 16 ± 6 | 14 ± 8 | 11 ± 5 | 13 ± 7 | 16 ± 5 | | | | | | |
| PCWP (mmHg) | A | 14 ± 11 | 17 ± 13 | 19 ± 17 | 12 ± 7 | 16 ± 6 | | | | | | |
| | B | 9 ± 4 | 9 ± 5 | 6 ± 3 | 5 ± 3 | 5 ± 3 | | | | | | |
| | C | 9 ± 5 | 7 ± 4 | 7 ± 2 | 9 ± 5 | 7 ± 3 | | | | | | |
| CI (L/min/m²) | A | 2.0 ± 0.4 | 1.5 ± 0.3 | 2.0 ± 0.5 | 2.3 ± 0.5 | 2.4 ± 0.4 | | | | | | |
| | B | 2.1 ± 0.4 | 1.7 ± 0.3 | 2.2 ± 0.4 | 2.5 ± 0.5 | 2.6 ± 0.3 | | | | | | |
| | C | 2.4 ± 0.9 | 1.9 ± 0.6 | 2.6 ± 1.4 | 2.6 ± 0.9 | 2.7 ± 0.6 | | | | | | |
| SVR (dyne · s · cm$^{-5}$) | A | 2,262 ± 594 | 2,034 ± 693 | 2,052 ± 622 | 2,026 ± 600 | 2,147 ± 610 | | | | | | |
| | B | 2,223 ± 675 | 1,693 ± 555* | 1,741 ± 692* | 1,550 ± 545* | 1,732 ± 572* | | | | | | |
| | C | 2,315 ± 679 | 1,740 ± 523* | 1,772 ± 625* | 2,143 ± 480 | 2,351 ± 593* | | | | | | |

Abbreviation: SD, standard deviation.

*$p < 0.05$ for mean change from baseline within the group.

PAR-VASO-0007494



Fig 1. The HR at various stages in the 3 groups; *$p < 0.05$ for intergroup differences between group A and group B; $^{†}p < 0.05$ for intergroup differences between group B and group C. (Color version of figure is available online.)

The HR increased after the termination of CPB and remained so for the duration of the study in the 3 groups. Patients in whom ramipril was discontinued on the morning of surgery (group A) had stable MAP and SVR over the entire study period. In patients who continued ramipril until the morning of surgery but did not receive vasopressin (group B), the MAP and SVR decreased from $98 \pm 17$ mmHg and $2,223 \pm 675$ dynes $\cdot$ s $\cdot$ cm$^{-5}$ to $72 \pm 12$ mmHg and $1,693 \pm 535$ dynes $\cdot$ s $\cdot$ cm$^{-5}$ ($p < 0.05$) after the induction of anesthesia and $70 \pm 11$ mmHg and $1,530 \pm 545$ dynes $\cdot$ s $\cdot$ cm$^{-5}$ ($p < 0.05$) after CPB. In patients who continued ramipril until the morning of surgery and received vasopressin (group C), MAP and SVR decreased from $96 \pm 17$ mmHg and $2,315 \pm 679$ dynes $\cdot$ s $\cdot$ cm$^{-5}$ to $76 \pm 16$ mmHg and $1,740 \pm 523$ dynes $\cdot$ s $\cdot$ cm$^{-5}$ ($p < 0.05$) after the induction of anesthesia but normalized to $88 \pm 9$ mmHg and $2,143 \pm 480$ dynes $\cdot$ cm$^{-5}$ after CPB. CVP, MPAP, PCWP, and CI were stable and comparable throughout the study period in the 3 groups (Table 4).

In group B, there was a significant rise in HR in the postoperative period compared with groups A and C ($p < 0.05$) (Fig 1). In groups B and C, MAP and SVR were significantly less than in group A after the induction of anesthesia ($p < 0.05$). After CPB, MAP and SVR in group C became comparable to group A but was significantly higher than in group B ($p < 0.05$) (Figs 2 and 3).

There were no differences in the groups with regard to the duration of requirement for different vasoactive drugs. Similarly, the frequency of requirement for vasodilators did not differ. However, patients who continued ramipril until the morning of surgery but did not receive vasopressin (group B) required dopamine (75%) and epinephrine (31.3%) more frequently than those who continued ramipril until the morning of surgery and received vasopressin (group C: dopamine 26.7%, epinephrine 6.7%). This difference was present but not significant in comparison to patients who discontinued ramipril on the morning of surgery (group A: dopamine 56.3%, epinephrine 25%) (Table 5).

Patients in group C required a higher dose of nitroglycerin on the first postoperative day compared with the other 2 groups (Table 6). The requirement of blood and blood products, mediastinal drainage, surgical re-exploration, fluid requirement, urine output, duration of mechanical ventilation, ICU stay, and hospital stay were similar in the 3 groups (Table 7).

Various transient arrhythmias were observed on aortic cross-clamp removal. One patient in group C manifested atrial fibrillation, 1 patient in group A developed ventricular fibrillation, and 2 patients each in groups A and B developed ventricular extrasystoles. One patient in group B developed 2° atrioventricular block and 6, 5, and 3 patients in groups A, B, and C, respectively, were in slow sinus rhythm. One of the patients in



Fig 2. The MAP at various stages in the 3 groups; *$p < 0.05$ for intergroup differences between group A and group B; $^{†}p < 0.05$ for intergroup differences between group A and group C; $^{§}p < 0.05$ for intergroup differences between group B and group C. (Color version of figure is available online.)



Fig 3. SVR at various stages in the 3 groups; *p < 0.05 for intergroup differences between group A and group B; §p < 0.05 for intergroup differences between group A and group C; ¶p < 0.05 for intergroup differences between group B and group C. (Color version of figure is available online.)

group A developed cardiogenic shock (SAP <90 mmHg, PCWP >15 mmHg, and CI <2.2 L/min/m² for > 15 minutes) after coming off CPB, which mandated intra-aortic balloon pump support. One patient in group B underwent a femoral artery embolectomy. No instance of postoperative myocardial infarction, renal or hepatic insufficiency, intestinal infarction, limb digit ischemia, bronchospasm, water intoxication, or stroke was noted in any patient. There was no mortality in any group.

## DISCUSSION

Perioperative hemodynamic control is principally determined by the interplay between the sympathetic nervous system, RAS, hypothalamic release of AVP, and end-organ responsiveness within the cardiovascular system.[9] In patients with a limited cardiovascular reserve such as after myocardial infarction and under the effect of anesthesia, pharmacologic RAS blockade with ACE inhibitors is thought to precipitate

**Table 5. Frequency and Duration of Vasoactive Drug Use**

| Inotropes (Mean ± SD) | Group A (n = 16) | Group B (n = 16) | Group C (n = 15) |
|---|---|---|---|
| Nitroglycerin | | | |
| n (%) | 16 (100) | 16 (100) | 15 (100) |
| Duration (d) | 1.8 ± 0.4 | 1.9 ± 0.6 | 1.7 ± 0.6 |
| Sodium nitroprusside | | | |
| n (%) | 2 (12.5) | 2 (12.5) | 2 (13.3) |
| Duration (d) | 1.5 ± 0.7 | 1.0 ± 0.0 | 1.5 ± 0.7 |
| Dopamine | | | |
| n (%) | 9 (56.3) | 12 (75) | 4 (26.7)* |
| Duration (d) | 2.1 ± 1.2 | 2.2 ± 0.6 | 2.3 ± 0.5 |
| Epinephrine | | | |
| n (%) | 4 (25) | 5 (31.3) | 1 (6.7)* |
| Duration (d) | 2.0 ± 0.8 | 2.4 ± 0.9 | 2.0 ± 0.0 |
| Norepinephrine | | | |
| n (%) | 1 (6.3) | 0 (0) | 0 (0) |
| Duration (d) | 3.0 ± 0.4 | — | — |
| Vasopressin | | | |
| n (%) | 0 (0) | 0 (0) | 15 (100) |
| Duration (d) | — | — | 1.6 ± 0.5 |

Abbreviations: n, number of patients; SD, standard deviation.
*p < 0.05.

unstable hemodynamics.[9] In patients receiving preoperative ACE inhibitors, attenuation of the effects of angiotensin II may reduce circulating norepinephrine levels[33,34] and decrease vascular responsiveness to norepinephrine after CPB.[9] ACE inhibitors also blunt the vasoactive response in anesthetized patients by modulating other vasoconstrictive neurohormones such as AVP.[26] These effects may be compounded by downregulation of the baroreceptor reflex[35] as well as downregulation and desensitization of adrenergic receptors after cardiac surgery.[36] Increased levels of atrial natriuretic peptide during rewarming and after the discontinuation of CPB also decrease vasomotor tone in the presence of ACE inhibitors.[37]

Preoperative treatment with ACE inhibitors has been associated with hypotension upon the induction of anesthesia[20-23] and separation from CPB,[23,24] and an increased requirement for vasoconstrictors after separation from CPB.[23,25,26] In a study of 40 patients with good left ventricular function undergoing CABG surgery,[38] patients who omitted ACE inhibitors had a higher MAP and required lesser vasopressor support during CPB. These findings were reproduced in the present study. Patients who discontinued ramipril on the morning of surgery (group A) had higher MAP and SVR over the entire study period compared with patients who continued ramipril until the morning of surgery (group B). In patients who continued ramipril until the morning of surgery (group B), MAP and SVR decreased after the induction of anesthesia (p < 0.05) and further after CPB (p < 0.05). They required dopamine and epinephrine more frequently than those who discontinued ramipril on the morning of surgery (group A). Even though it was expected that group B patients would require more norepinephrine than dopamine or epinephrine, SVR remained >600 dynes · s · cm⁻⁵ so that dopamine and epinephrine were used in accordance with the criteria. Had a higher threshold value of SVR been used (rather than <600 dynes · s · cm⁻⁵ found in vasoplegia) in the present low-risk population, the results may have been more gratifying. Patients in group B had a significantly higher HR than patients in the other 2 groups. This was explained by the increase in HR secondary to lower MAP and SVR and higher inotropic requirement.

The vasodilatory response, subsequent to CPB, is usually mild, requiring low doses of catecholamine vasopressor support

**Table 6. Doses of Vasoactive Drugs at Different Intervals**

| Group | Inotropes (Mean ± SD) | Intraoperative | Postoperative Day 0 | Postoperative Day 1 | Postoperative Day 2 |
|---|---|---|---|---|---|
| A | Nitroglycerin (μg/kg/min) | 0.56 ± 0.23 | 0.48 ± 0.28 | 0.33 ± 0.12 | — |
| B | | 0.72 ± 0.41 | 0.47 ± 0.24 | 0.35 ± 0.23 | 0.25 ± 0.00 |
| C | | 0.57 ± 0.18 | 0.63 ± 0.24 | 0.50 ± 0.22* | 0.25 ± 0.00 |
| A | Sodium nitroprusside (μg/kg/min) | — | 0.50 ± 0.00 | 0.25 ± 0.00 | — |
| B | | 2.00 ± 0.00 | 1.00 ± 0.00 | — | — |
| C | | 1.00 ± 0.00 | 0.38 ± 0.18 | 0.25 ± 0.00 | — |
| A | Dopamine (μg/kg/min) | 4.06 ± 3.77 | 6.56 ± 2.29 | 4.29 ± 2.78 | 10.00 ± 0.00 |
| B | | 5.55 ± 1.89 | 5.25 ± 1.60 | 4.00 ± 1.24 | 3.13 ± 1.25 |
| C | | 5.00 ± 0.00 | 6.88 ± 2.39 | 4.38 ± 1.25 | 5.00 ± 0.00 |
| A | Epinephrine (μg/kg/min) | 0.05 ± 0.05 | 0.06 ± 0.03 | 0.04 ± 0.04 | 0.03 ± 0.00 |
| B | | 0.04 ± 0.01 | 0.04 ± 0.01 | 0.03 ± 0.01 | 0.03 ± 0.00 |
| C | | — | 0.05 ± 0.00 | 0.05 ± 0.00 | — |
| A | Norepinephrine (μg/kg/min) | 0.10 ± 0.00 | 0.10 ± 0.00 | 0.05 ± 0.00 | 0.03 ± 0.00 |
| B | | — | — | — | — |
| C | | — | — | — | — |
| C | Vasopressin (U/min) | 0.03 ± 0.0 | 0.03 ± 0.0 | 0.03 ± 0.0 | — |

Abbreviation: SD, standard deviation.

*$p < 0.05$.

to maintain perfusion pressure for the first few hours after CPB. However, in about 5% to 22% of cases, a more severe state of low SVR syndrome (defined as MAP <80 mmHg, SVR <800 dynes · s · cm⁻⁵, CI >2.5 L/min/m², and norepinephrine dependence) develops, necessitating high-dose catecholamine vasopressor therapy.[24,39] Patients who develop post-CPB low SVR syndrome are predicted by a preoperative ejection fraction <35% and ACE inhibitor use.[24]

Three main mechanisms of low SVR syndrome have been identified: activation of K⁺ adenosine phosphate channels on vascular smooth muscle[40,41]; pathologic activation of vasodilator mechanisms as suggested by increased levels of tumor necrosis factor, nitric oxide, and atrial natriuretic peptide[24]; and impaired baroreflex-mediated AVP secretion/deficiency.[27] Patients with post-CPB low SVR syndrome have AVP levels in the range of 5 to 15 pg/mL, whereas normally AVP levels during and after CPB are in the range of 100 to 200 pg/mL.

AVP is a vital homeostatic protein secreted by the posterior pituitary gland that regulates vascular tone via its vasoconstrictive effects (mediated by V₁ receptors) and fluid balance via its antidiuretic effects (mediated by V₂ receptors). AVP mediates vasoconstriction by inhibiting K⁺ ATP channels on vascular smooth muscle and blunting the rise in cGMP (because of nitric oxide and atrial natriuretic peptide) and cAMP (because of β-adrenergic stimulation), which normally cause vasodilatation.[40-43] Methylene blue (which acts by inhibiting cGMP) has

also proved beneficial in reducing the morbidity and mortality associated with vasoplegia after cardiac surgery.[44]

Because preoperative ACE inhibitor use is a risk factor for post-CPB vasodilatory syndrome[24] and because AVP mediates vasoconstriction by inhibiting the effectors that cause post-CPB vasodilation, low-dose vasopressin appeared to be the ideal prophylaxis for its prevention in patients taking ACE inhibitors.

Initial reports of AVP use were primarily case reports. Many cases have been described wherein AVP was used for hypotension refractory to catecholamine vasopressors in patients on CPB.[45-47] The first randomized trial comparing vasopressin (0.1 U/min) with saline placebo was performed in patients after left-ventricular–assist device placement[29] and orthotopic heart transplantation.[48] Vasopressin resulted in significant improvement in MAP by nearly 40% and reduction in norepinephrine requirement by almost 30% without any complications. Morales et al[30] studied the effect of prophylactic vasopressin infusion (0.03 U/min) initiated before CPB in patients receiving ACE inhibitors for >2 weeks before undergoing CABG and/or valve surgery. The vasopressin group required a lower peak norepinephrine dose, a shorter time on catecholamines, had fewer hypotensive episodes, a shorter intubation time, and a shorter ICU stay than the placebo group. In the present study, in patients who continued ramipril until the morning of surgery and received prophylactic vasopressin at 0.03 U/min during CPB and postoperatively (group C), MAP and SVR decreased

**Table 7. Postoperative Variables**

| Variables (Mean ± SD) | Group A (n = 16) | Group B (n = 16) | Group C (n = 15) | p Value |
|---|---|---|---|---|
| Blood, platelet concentrate, fresh frozen plasma (mL) | 1,804 ± 1,430 | 2,372 ± 976 | 1,958 ± 796 | 0.05 |
| Mediastinal drainage over first 48 hours (mL) | 623 ± 369 | 793 ± 496 | 682 ± 362 | 0.05 |
| Re-exploration for excessive mediastinal drainage (n) | 1 | 2 | 2 | 0.78 |
| Duration of mechanical ventilation (h) | 18.8 ± 16.1 | 16.8 ± 6.5 | 15.1 ± 3.5 | 0.67 |
| Duration of ICU stay (d) | 2.6 ± 1.5 | 2.6 ± 0.8 | 2.1 ± 0.5 | 0.26 |
| Duration of hospital stay (d) | 5.8 ± 2.3 | 5.7 ± 1.3 | 5.2 ± 0.4 | 0.34 |

Abbreviation: SD, standard deviation.

after the induction of anesthesia ($p < 0.05$) (similar to group B but significantly lower than group A) but normalized after the termination of CPB. This was in contrast to patients who continued ramipril until the morning of surgery but did not receive vasopressin (group B) in whom MAP and SVR remained low ($p < 0.05$). Among patients who continued ramipril until the morning of surgery and received vasopressin, group C required dopamine and epinephrine less frequently than those who did not receive vasopressin (group B) ($p < 0.05$). They also required a higher dose of nitroglycerin on the first postoperative day ($p < 0.05$).

In cardiac surgery patients exhibiting low SVR syndrome, the replacement of low-dose vasopressin at 0.05 to 0.1 U/min increased MAP and SVR and reduced catecholamine pressor requirements.[24] Although the present authors did not encounter any case of post-CPB low SVR syndrome, prophylactic infusion of low-dose vasopressin had the same effects in patients at risk. Dosing guidelines for the treatment of vasodilatory shock have not yet been established. There are no studies examining the dose-response relationship so far. Most studies have used doses of 0.01 to 0.1 U/min in patients with low SVR syndrome without causing any adverse effects.[24-26,49] However, the escalation of a dose beyond 0.1 U/min in unresponsive patients may be hazardous. AVP differs from catecholamines. In contrast to norepinephrine, AVP causes less vasoconstriction in the coronary and cerebral circulations[50] and mesenteric and pulmonary beds,[51] and improves creatinine clearance and urine output at the same systemic blood pressure.[52] In the present study, no ischemic complications of low-dose vasopressin (0.03 U/min) were noted, and the urine output in patients who received vasopressin was similar to the other patients.

Plasma levels of epinephrine, norepinephrine, arginine vasopressin, and angiotensin II were not measured. Patients with concomitant valvular disease, congestive heart failure, renal dysfunction, hepatic dysfunction, peripheral vascular disease, history of stroke, and those undergoing emergency surgery or reoperation were excluded from the study. Patients with a left ventricular ejection fraction <35% did not appear in the present study. Therefore, the findings of the present study may not be representative of all patients receiving ACE inhibitors.

The sample size was small. Facility for measuring cardiac output and related parameters was not available in the ICU. A safety profile of higher doses of vasopressin up to 0.1 U/min was not tested.

In summary, the authors found that preoperative continuation of an ACE inhibitor predisposed to hypotension upon the induction of anesthesia and a post-CPB vasodilatory state and increased inotropic requirement in the post-CPB period. Recommendations to discontinue the ACE inhibitor on the day before surgery may be justified. Prophylactic low-dose vasopressin prevented post-CPB hypotension and decreased vasopressor requirement in these patients. Low-dose vasopressin can be considered a potential therapy for post-CPB low-SVR syndrome. However, larger studies are needed to assess the general utility of vasopressin prophylaxis.

## APPENDIX 1: POSTOPERATIVE CRITERIA

Criteria for extubation
  Patient responsive to simple commands
  Core temperature >35°C
  Hemodynamically stable
  Absence of arrhythmias
  Mediastinal drainage <1 mL/kg over 30 minutes
  Acceptable arterial blood gas (pH >7.3, arterial oxygen tension >60 mmHg, and arterial carbon dioxide tension <50 mmHg at an inspired oxygen fraction <0.4)
Criteria for discharge from ICU
  Alert and cooperative patient
  Hemodynamically stable without inotropic support
  Absence of arrhythmias
  Adequate spontaneous ventilation
  Mediastinal drainage <1 mL/kg over 120 minutes
  Urine output >0.5 mL/kg/h
Criteria for discharge from hospital
  Hemodynamically stable
  Stable cardiac rhythm
  No active infection
  Afebrile
  Normal bowel and bladder function
  Independent ambulation
  Accepting liquids

## REFERENCES

1. Sutton MS: Should angiotensin converting enzyme (ACE) inhibitors be used routinely after infarction? Perspectives from the Survival and Ventricular Enlargement (SAVE) trial. Br Heart J 71:115-118, 1994

2. Garg R, Yusuf S: Overview of randomized trials of angiotensin-converting enzyme inhibitors on mortality and morbidity in patients with heart failure. Collaborative Group on ACE Inhibitor Trials. JAMA 273:1450-1456, 1995

3. Raja SG, Fida N: Should angiotensin converting enzyme inhibitors/angiotensin II receptor antagonists be omitted before cardiac surgery to avoid postoperative vasodilation? Interact Cardiovasc Thorac Surg 7:470-475, 2008

4. Coriat P, Richer C, Douraki T, et al: Influence of chronic angiotensin-converting enzyme inhibition on anesthetic induction. Anesthesiology 81:299-307, 1994

5. Augoustides JGT: Angiotensin blockage and general anesthesia: So little known, so far to go. J Cardiothorac Vasc Anesth 22:177-179, 2008

6. Smith MS, Muir H, Hall R: Perioperative management of drug therapy, clinical considerations. Drugs 51:238-259, 1996

7. Ryckwaert F, Colson P: Hemodynamic effects of anesthesia in patients with ischemic heart failure chronically treated with angiotensin-converting enzyme inhibitors. Anesth Analg 84:945-949, 1997

8. Mirenda JV, Grissom TE: Anesthetic implications of the renin-angiotensin system and angiotensin-converting enzyme inhibitors. Anesth Analg 72:667-683, 1991

9. Licker M, Neidhart P, Lustenberger S, et al: Long-term angiotensin-converting enzyme inhibitor treatment attenuates adrenergic responsiveness without altering hemodynamic control in patients undergoing cardiac surgery. Anesthesiology 84:789-800, 1996

10. Boldt J, Schindler E, Harter K, et al: Influence of intravenous administration of angiotensin-converting enzyme inhibitor enalaprilat on cardiovascular mediators in cardiac surgery patients. Anesth Analg 80:480-485, 1995

11. Myles PS, Olenikov I, Bujor MA, et al: ACE-inhibitors, calcium antagonists and low systemic vascular resistance following cardiopulmonary bypass. A case-control study. Med J Aust 158:675-677, 1993

PAR-VASO-0007498

12. Konstam MA, Rousseau MF, Kronenberg MW, et al: Effects of the angiotensin converting enzyme inhibitor enalapril on the long-term progression of left ventricular dysfunction in patients with heart failure. SOLVD Investigators. Circulation 86:431-438, 1992

13. Bottcher M, Behrens JK, Moller EA, et al: ACE inhibitor premedication attenuates sympathetic responses during surgery. Br J Anaesth 72:633-637, 1994

14. Heropoulos M, Schieren H, Seltzer JL, et al: Intraoperative hemodynamic, renin, and catecholamine responses after prophylactic and intraoperative administration of intravenous enalaprilat. Anesth Analg 80:583-590, 1995

15. Colson P: Angiotensin-converting enzyme inhibitors, in Jones RM, Aitkenhead AR, Foex P (eds): Clinical Cardiovascular Medicine in Anaesthesia. London, BMJ Publishing Group, 1997, pp 52-73

16. Tamayo E, Di Stefano S, Carassiti M, et al: Evaluation of the withdrawal of ACE inhibitors in coronary artery surgery. Clin Ter 155:171-174, 2004

17. Colson P, Ribstein J, Mimran A, et al: Effect of angiotensin converting enzyme inhibition on blood pressure and renal function during open heart surgery. Anesthesiology 72:23-27, 1990

18. Boldt J, Rothe G, Schindler E, et al: Can clonidine, enoximone, and enalaprilat help to protect the myocardium against ischaemia in cardiac surgery? Heart 76:207-213, 1996

19. Hock CE, Ribeiro LG, Lefer AM: Preservation of ischemic myocardium by a new converting enzyme inhibitor, enalaprilic acid, in acute myocardial infarction. Am Heart J 109:222-228, 1985

20. Colson P, Saussine M, Seguin JR, et al: Hemodynamic effects of anesthesia in patients chronically treated with angiotensin-converting enzyme inhibitors. Anesth Analg 74:805-808, 1992

21. Yates AP, Hunter DN: Anaesthesia and angiotensin-converting enzyme inhibitors. The effect of enalapril on perioperative cardiovascular stability. Anaesthesia 43:935-938, 1988

22. Kataja JH, Kaukinen S, Viinamaki OV, et al: Hemodynamic and hormonal changes in patients pretreated with captopril for surgery of the abdominal aorta. J Cardiothorac Anesth 3:425-432, 1989

23. Thaker U, Geary V, Chalmers P, et al: Low systemic vascular resistance during cardiac surgery: Case reports, brief review, and management with angiotensin II. J Cardiothorac Anesth 4:360-363, 1990

24. Argenziano M, Chen JM, Choudhri AF, et al: Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 116:973-980, 1998

25. Tuman KJ, McCarthy RJ, O'Connor CJ, et al: Angiotensin-converting enzyme inhibitors increase vasoconstrictor requirements after cardiopulmonary bypass. Anesth Analg 80:473-479, 1995

26. Oh YJ, Lee JH, Nam SB, et al: Effects of chronic angiotensin II receptor antagonist and angiotensin-converting enzyme inhibitor treatments on neurohormonal levels and haemodynamics during cardiopulmonary bypass. Br J Anaesth 97:792-798, 2006

27. Landry DW, Levin HR, Gallant EM, et al: Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 95:1122-1125, 1997

28. Morales DL, Gregg D, Helman DN, et al: Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surg 69:102-106, 2000

29. Argenziano M, Choudhri AF, Oz MC, et al: A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 96:286-290, 1997

30. Morales DL, Garrido MJ, Madigan JD, et al: A double-blind randomized trial: prophylactic vasopressin reduces hypotension after cardiopulmonary bypass. Ann Thorac Surg 75:926-930, 2003

31. Morales D, Madigan J, Cullinane S, et al: Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation 100:226-229, 1999

32. Landry DW, Levin HR, Gallant EM, et al: Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 25:1279-1282, 1997

33. Peach MJ, Cline WH, Watts DT: Release of adrenal catecholamines by angiotensin II. Circ Res 19:571-575, 1966

34. Khairallah PA: Action of angiotensin on adrenergic nerve endings: Inhibition of norepinephrine reuptake. Fed Proc 31:1351-1357, 1972

35. Giudicelli JF, Berdeaux A, Edouard A, et al: The effect of enalapril on baroreceptor mediated reflex function in normotensive subjects. Br J Clin Pharmacol 20:211-218, 1985

36. Smiley RM, Pantuck CB, Chadburn A, et al: Downregulation and desensitization of the beta-adrenergic receptor system of human lymphocytes after cardiac surgery. Anesth Analg 77:653-661, 1993

37. Hedner J, Towle A, Saltzman L, et al: Changes in plasma atrial natriuretic peptide immunoreactivity in patients undergoing coronary artery bypass graft placements. Regul Pept 17:151-157, 1987

38. Pigott DW, Nagle C, Allman K, et al: Effect of omitting regular ACE inhibitor medication before cardiac surgery on haemodynamic variables and vasoactive drug requirements. Br J Anaesth 83:715-720, 1999

39. Carrel T, Englberger L, Mohacsi P, et al: Low systemic vascular resistance after cardiopulmonary bypass: Incidence, etiology, and clinical importance. J Card Surg 15:347-353, 2000

40. Salzman AL, Vromen A, Denenberg A, et al: K(ATP)-channel inhibition improves hemodynamics and cellular energetics in hemorrhagic shock. Am J Physiol 272:H688-H694, 1997

41. Landry DW, Oliver JA: The ATP-sensitive K+ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. J Clin Invest 89:2071-2074, 1992

42. Howl J, Wheatley M: Molecular pharmacology of V1a vasopressin receptors. Gen Pharmacol 26:1143-1152, 1995

43. Kusano E, Tian S, Umino T: Arginine vasopressin inhibits interleukin-1 beta-stimulated nitric oxide and cyclic guanosine monophosphate production via the V1 receptor in cultured rat vascular smooth muscle cells. J Hypertens 15:627-632, 1997

44. Levin RL, Degrange MA, Bruno GF, et al: Methylene blue reduces mortality and morbidity in vasoplegic patients after cardiac surgery. Ann Thorac Surg 77:496-499, 2004

45. Talbot MP, Tremblay I, Denault AY, et al: Vasopressin for refractory hypotension during cardiopulmonary bypass. J Thorac Cardiovasc Surg 120:401-402, 2000

46. Licker M, Schweizer A: Vasopressin and postcardiopulmonary bypass refractory hypotension. Anesth Analg 88:695, 1999

47. Overand PT, Teply JF: Vasopressin for the treatment of refractory hypotension after cardiopulmonary bypass. Anesth Analg 86:1207-1209, 1998

48. Argenziano M, Chen JM, Cullinane S, et al: Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant 18:814-817, 1999

49. Albright TN, Zimmerman MA, Selzman CH: Vasopressin in the cardiac surgery intensive care unit. Am J Crit Care 11:326-330, 2002

50. Rosenzweig EB, Starc TJ, Chen JM, et al: Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation 100:II182-II186, 1999

51. Dunser MW, Mayr AJ, Ulmer H, et al: The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: A retrospective analysis. Anesth Analg 93:7-13, 2001

52. Patel BM, Chittock DR, Russell JA, et al: Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 96:576-582, 2002

PAR-VASO-0007499

# Vasopressors for hypotensive shock (Review)

Havel C, Arrich J, Losert H, Gamper G, Müllner M, Herkner H



## THE COCHRANE COLLABORATION®

This is a reprint of a Cochrane review, prepared and maintained by The Cochrane Collaboration and published in *The Cochrane Library* 2011, Issue 5

http://www.thecochranelibrary.com



*Publishers Since 1807*

PAR-VASO-0007500

# TABLE OF CONTENTS

HEADER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
ABSTRACT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PLAIN LANGUAGE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
SUMMARY OF FINDINGS FOR THE MAIN COMPARISON . . . . . . . . . . . . . . . . . 2
BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
OBJECTIVES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Figure 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Figure 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Figure 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Figure 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    Figure 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
AUTHORS' CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
ACKNOWLEDGEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
CHARACTERISTICS OF STUDIES . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
DATA AND ANALYSES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Analysis 1.1. Comparison 1 Norepinephrine, Outcome 1 Mortality. . . . . . . . . . . . . 55
    Analysis 1.2. Comparison 1 Norepinephrine, Outcome 2 LOS ICU. . . . . . . . . . . . . 56
    Analysis 1.3. Comparison 1 Norepinephrine, Outcome 3 LOS hospital. . . . . . . . . . . . 57
    Analysis 1.4. Comparison 1 Norepinephrine, Outcome 4 Arrhythmia. . . . . . . . . . . . 58
    Analysis 2.1. Comparison 2 Epinephrine, Outcome 1 Mortality. . . . . . . . . . . . . . 58
    Analysis 3.1. Comparison 3 Vasopressin, Outcome 1 Mortality. . . . . . . . . . . . . . 59
    Analysis 3.2. Comparison 3 Vasopressin, Outcome 2 LOS ICU. . . . . . . . . . . . . . 60
    Analysis 4.1. Comparison 4 Terlipressin, Outcome 1 Mortality. . . . . . . . . . . . . . 61
    Analysis 4.2. Comparison 4 Terlipressin, Outcome 2 LOS ICU. . . . . . . . . . . . . . 62
    Analysis 5.1. Comparison 5 Dopamine, Outcome 1 Mortality. . . . . . . . . . . . . . . 63
    Analysis 5.2. Comparison 5 Dopamine, Outcome 2 LOS ICU. . . . . . . . . . . . . . . 63
    Analysis 5.3. Comparison 5 Dopamine, Outcome 3 LOS hospital. . . . . . . . . . . . . 64
    Analysis 5.4. Comparison 5 Dopamine, Outcome 4 Arrhythmia. . . . . . . . . . . . . . 64
    Analysis 6.1. Comparison 6 Sensitivity analysis norepinephrine, Outcome 1 Mortality. . . . . . 65
    Analysis 7.1. Comparison 7 Sensitivity analysis epinephrine, Outcome 1 Mortality. . . . . . . 67
    Analysis 8.1. Comparison 8 Sensitivity analysis vasopressin, Outcome 1 Mortality. . . . . . . 68
    Analysis 9.1. Comparison 9 Sensitivity analysis terlipressin, Outcome 1 Mortality. . . . . . . 70
    Analysis 10.1. Comparison 10 Sensitivity analysis dopamine, Outcome 1 Mortality. . . . . . . 71
APPENDICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
WHAT'S NEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
HISTORY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
CONTRIBUTIONS OF AUTHORS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
DECLARATIONS OF INTEREST . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
SOURCES OF SUPPORT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
INDEX TERMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76

PAR-VASO-0007501

[Intervention Review]

# Vasopressors for hypotensive shock

Christof Havel[1], Jasmin Arrich[1], Heidrun Losert[1], Gunnar Gamper[2], Marcus Müllner[3], Harald Herkner[1]

[1]Department of Emergency Medicine, Medical University of Vienna, Vienna, Austria. [2]Department of Cardiology, Landesklinikum Sankt Pölten, Sankt Pölten, Austria. [3]AGES PharmMed, Austrian Medicines and Medical Devices Agency, Vienna, Austria

Contact address: Harald Herkner, Department of Emergency Medicine, Medical University of Vienna, Vienna General Hospital;, Währinger Gürtel 18-20 / 6D, Vienna, 1090, Austria. harald.herkner@meduniwien.ac.at.

Editorial group: Cochrane Anaesthesia Group.
Publication status and date: New search for studies and content updated (conclusions changed), published in Issue 5, 2011.
Review content assessed as up-to-date: 4 April 2011.

Citation: Havel C, Arrich J, Losert H, Gamper G, Müllner M, Herkner H. Vasopressors for hypotensive shock. *Cochrane Database of Systematic Reviews* 2011, Issue 5. Art. No.: CD003709. DOI: 10.1002/14651858.CD003709.pub3.

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

## A B S T R A C T

**Background**

Initial goal directed resuscitation for shock usually includes the administration of intravenous fluids, followed by initiating vasopressors. Despite obvious immediate effects of vasopressors on haemodynamics their effect on patient relevant outcomes remains controversial. This review was originally published in 2004 and was updated in 2011.

**Objectives**

Our primary objective was to assess whether particular vasopressors reduce overall mortality, morbidity, and health-related quality of life.

**Search strategy**

We searched the Cochrane Central Register of Controlled Trials (CENTRAL) (*The Cochrane Library* 2010, Issue 2), MEDLINE, EMBASE, PASCAL BioMed, CINAHL, BIOSIS, and PsycINFO (from inception to March 2010). The original search was performed in November 2003. We also asked experts in the field and searched meta-registries for ongoing trials.

**Selection criteria**

Randomized controlled trials comparing various vasopressor regimens for hypotensive shock.

**Data collection and analysis**

Two authors abstracted data independently. Disagreement between the authors was discussed and resolved with a third author. We used a random-effects model for combining quantitative data.

**Main results**

We identified 23 randomized controlled trials involving 3212 patients, with 1629 mortality outcomes. Six different vasopressors, alone or in combination, were studied in 11 different comparisons.

All 23 studies reported mortality outcomes; length of stay was reported in nine studies. Other morbidity outcomes were reported in a variable and heterogeneous way. No data were available on quality of life or anxiety and depression outcomes. We classified 10 studies as being at low risk of bias for the primary outcome mortality; only four studies fulfilled all trial quality items.

PAR-VASO-0007502

In summary, there was no difference in mortality in any of the comparisons between different vasopressors or combinations. More arrhythmias were observed in patients treated with dopamine compared to norepinephrine. Norepinephrine versus dopamine, as the largest comparison in 1400 patients from six trials, yielded almost equivalence (RR 0.95, 95% confidence interval 0.87 to 1.03). Vasopressors used as add-on therapy in comparison to placebo were not effective either. These findings were consistent among the few large studies as well as in studies with different levels of within-study bias risk.

### Authors' conclusions

There is some evidence of no difference in mortality between norepinephrine and dopamine. Dopamine appeared to increase the risk for arrhythmia. There is not sufficient evidence of any difference between any of the six vasopressors examined. Probably the choice of vasopressors in patients with shock does not influence the outcome, rather than any vasoactive effect per se. There is not sufficient evidence that any one of the investigated vasopressors is clearly superior over others.


## PLAIN LANGUAGE SUMMARY

### Vasopressors for shock

Circulatory shock is broadly defined as circulatory failure resulting in the body's inability to maintain organ perfusion and to meet oxygen demands. It usually presents with low blood pressure. Up to every third patient with circulatory shock may be admitted to the intensive care unit because of circulatory failure, and mortality in the intensive care unit ranges from 16% to 60%. For treatment, fluid replacement is followed by vasopressor agents, if necessary. A vasopressor agent is an agent that causes a rise in blood pressure. Vasopressor therapy is an important part of haemodynamic support in patients with shock (where haemodynamics is defined as the flow of blood in the circulatory system). A number of different vasopressors are available.

This systematic review included 23 randomized controlled trials. Overall 3212 patients, with 1629 deaths, were analysed. Six different vasopressors alone or in combination with dobutamine or dopexamine were studied in 11 different comparisons. The strength of evidence differed greatly between several comparisons and the most data are available for norepinephrine. Dopamine seems to increase the risk for heart arrhythmias. In summary, there is not sufficient evidence to prove that any of the vasopressors, in the assessed doses, were superior to others. The choice of a specific vasopressor may therefore be individualized and left to the discretion of the treating physicians.

PAR-VASO-0007503

# SUMMARY OF FINDINGS FOR THE MAIN COMPARISON [Explanation]

**norepinephrine compared to dopamine for hypotensive shock**

**Patient or population:** hypotensive shock
**Settings:**
**Intervention:** norepinephrine
**Comparison:** dopamine

| Outcomes | Illustrative comparative risks* (95% CI) | | Relative effect (95% CI) | No of Participants (studies) | Quality of the evidence (GRADE) | Comments |
|---|---|---|---|---|---|---|
| | Assumed risk | Corresponding risk | | | | |
| | dopamine | norepinephrine | | | | |
| Mortality<br>Follow-up: 12 months[1] | Study population[2] | | RR 0.95<br>(0.87 to 1.03) | 1400<br>(6 studies) | ⊕⊕⊕⊕<br>high[3,4] | |
| | 61 per 100 | 58 per 100<br>(53 to 63) | | | | |
| | Medium risk population[7] | | | | | |
| | 38 per 100 | 36 per 100<br>(33 to 39) | | | | |
| Arrhythmia<br>Follow-up: 28 days | Study population[5,6] | | RR 0.43<br>(0.26 to 0.69) | 1931<br>(2 studies) | ⊕⊕⊕⊕<br>high[7] | |
| | 260 per 1000 | 112 per 1000<br>(68 to 179) | | | | |
| | Low risk population[5,6] | | | | | |
| | 122 per 1000 | 52 per 1000<br>(32 to 84) | | | | |
| | Medium risk population[5,6] | | | | | |

PAR-VASO-0007504

| | **176 per 1000** | **76 per 1000**<br>(46 to 121) | | | |
|---|---|---|---|---|---|
| **Length of stay in intensive care unit**<br>Days in ICU. Scale from: 5 to 6.8. | The mean length of stay in intensive care unit in the control groups was **5 days in ICU** | The mean Length of stay in intensive care unit in the intervention groups was **0.09 higher**<br>(0.57 lower to 0.75 higher) | | 1931<br>(2 studies) | ⊕⊕⊕⊕<br>**high**[7] |
| **Length of stay in hospital**<br>Days in hospital. Scale from: 11 to 14. | The mean length of stay in hospital in the control groups was **11 days in hospital** | The mean Length of stay in hospital in the intervention groups was **0.66 higher**<br>(0.96 lower to 2.29 higher) | | 1931<br>(2 studies) | ⊕⊕⊕⊕<br>**high**[7] |
| **Health related quality of life** - not reported | See comment | See comment | Not estimable | - | See comment |
| **Anxiety and depression** - not reported | See comment | See comment | Not estimable | - | See comment |

*The basis for the **assumed risk** (e.g. the median control group risk across studies) is provided in footnotes. The **corresponding risk** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).
**CI:** Confidence interval; **RR:** Risk ratio;

GRADE Working Group grades of evidence
**High quality:** Further research is very unlikely to change our confidence in the estimate of effect.
**Moderate quality:** Further research is likely to have an important impact on our confidence in the estimate of effect and may change the estimate.
**Low quality:** Further research is very likely to have an important impact on our confidence in the estimate of effect and is likely to change the estimate.
**Very low quality:** We are very uncertain about the estimate.

[1] The largest study reported 12 Mo mortality, one study reported 28day mortality and one hospital mortality. For the remaining 3 studies the time-point of mortality assessment was undetermined. A sensitivity analysis does indicate no influence on the effects by differences in mortality definition.
[2] Sakr 2006

[3] There are 4 smaller studies with up to 50 patients each which do not fulfil some of the quality criteria and one high risk of bias study that contributes 252 patients . However, the summary result is mainly made up by the biggest study of over 1000 patients that fulfils all low bias risk criteria.

[4] The main outcome of the four smaller studies are haemodynamics and metabolic measures. Mortality is only reported at the end of the results and often unclear timepoint-wise. However the study by De Baker (which contributes mainly to the summary result) clearly defines mortality endpoints.

[5] Reinelt P Karth DG, Geppert A, Heinz G. Intens Care Med 2001;27:1466-73

[6] Annane J, Sebille V, Duboc D, et al. Am J Resp Crit Care Med 2008;178:20-25

[7] Information comes from 992 patients where 86% of these patients were studied in a low risk of bias study (DeBacker 2010) and the remaining patients come from a high risk of bias study (Patel 2010). The effects show into the same direction.

PAR-VASO-0007506

## BACKGROUND

### Description of the condition

Shock is a state of severe systemic deterioration in tissue perfusion, characterized by decreased cellular oxygen delivery and utilization as well as decreased removal of waste byproducts of metabolism. Hypotension, although common in shock, is not synonymous to shock. One can have hypotension and normal perfusion or shock without hypotension in a patient who is usually very hypertensive. Shock is the final pre-terminal event in many diseases. Progressive tissue hypoxia results in loss of cellular membrane integrity, reversion to a catabolic state of anaerobic metabolism, and a loss of energy-dependent ion pumps and chemical and electrical gradients. Mitochondrial energy production begins to fail. Multiple organ dysfunction follows localized cellular death, followed by organism death (Young 2008). A widely used classification for mechanisms of shock is hypovolaemic, cardiogenic, obstructive and distributive (Hinshaw 1972).

Currently the definition of septic shock is more pragmatic because hypotension instead of hypoperfusion is the main clinical criterion. The current standard definition for septic shock (Dellinger 2008) in adults refers to a state of acute circulatory failure characterised by persistent arterial hypotension that is unexplained by other causes. Hypotension is defined by systolic blood pressure < 90 mm Hg, mean arterial pressure < 60 mm Hg, or a reduction in systolic blood pressure of > 40 mm Hg despite adequate volume resuscitation in the absence of other causes for hypotension (Levy 2003). A large study recently defined shock even more pragmatically, as haemodynamic compromise necessitating the administration of vasopressor catecholamines (Sakr 2006).

Estimates of the incidence of shock in the general population vary considerably. From an observational study, 31 cases of septic shock per 100,000 population/year (Esteban 2007) were reported. Many patients develop shock from severe sepsis, which has an incidence of 25 to 300 cases per 100,000 population/year (Angus 2001; Blanco 2008; Sundararajan 2005); among those 30% are expected to develop septic shock (Esteban 2007).

The frequency of shock at healthcare facilities is somewhat better described. In the large observational SOAP study, in 3147 critically ill patients from 198 intensive care units (ICUs), 34% had shock; among those 15% had septic shock (Sakr 2006). In another large European ICU cohort study 32% were found to have septic shock. In a prospective observational study in 293,633 patients with ST-elevation myocardial infarction from 775 US hospitals, 9% developed cardiogenic shock (Babaev 2005). From an observational study on 2445 patients admitted to a trauma level I centre, 22% were reported to already have shock on admission in the emergency department (ED) (Cannon 2009).

Hospital mortality is high, at around 38% (Sakr 2006), in patients with shock but seems to depend much on shock type. For patients with septic shock mortality ranges from 46% (Esteban 2007; Sakr 2006) up to 61% (Alberti 2005). Mortality in patients with traumatic shock was somewhat lower at 16% (Cannon 2009). Whereas the incidence of cardiogenic shock was almost constant between 1995 and 2004, mortality has decreased from 60% in 1995 to 48% over the years (Babaev 2005).

### Description of the intervention

Vasopressors are a heterogenous class of drugs with powerful and immediate haemodynamic effects. Vasopressors can be classified according to their adrenergic and non-adrenergic actions. Catecholamines are sympathomimetics that act directly or indirectly on adrenergic receptors. Their haemodynamic effects depend on their varying pharmacological properties. They may increase the contractility of the myocardial muscle fibres and heart rate (via beta-adrenergic receptors) but they may also, and sometimes exclusively, increase vascular resistance (via alpha-adrenergic receptors). There are many good textbooks outlining the detailed mechanisms of action (see, for example, Hoffman 1992; Zaritsky 1994).

The haemodynamic properties of vasopressin, a neurohypophysial peptide hormone, were first reported in 1926 (Geiling 1926). Vasopressin and analogues like terlipressin display their vasopressor effects via vasopressin receptors and are newer drugs for the treatment of shock (Levy 2010).

Utilisation of different vasopressors was described recently in a large European multicentre cohort study in 198 ICUs (Sakr 2006). The most frequently used vasopressor was norepinephrine (80%), followed by dopamine (35%), and epinephrine (23%) alone or in combination. Single agent use was reported for norepinephrine (32%), dopamine (9%), and epinephrine (5%). A combination of norepinephrine, dopamine, and epinephrine was used in only 2% of patients with shock. Vasopressin and terlipressin were not contained in this report. Currently the choice of vasopressors seems mainly based on physicians' preferences (Leone 2004).

### How the intervention might work

Initial goal directed resuscitation to support vital functions are essential in the management of shock. The first-line treatment for the manifestation of circulatory failure is usually the administration of intravenous fluids. If fluid treatment does not restore circulatory function, vasopressors such as norepinephrine, dopamine, epinephrine, and vasopressin are recommended.

### Why it is important to do this review

The effects of vasopressors on the cardiovascular system are largely undisputed. It is, however, unclear if there is a vasopressor of choice, either for the treatment of particular forms of shock or for the treatment of shock in general.

PAR-VASO-0007507

# OBJECTIVES

Our objective was to assess the effect of one vasopressor regimen (vasopressor alone, or in combination) compared to another vasopressor regimen on mortality in critically ill patients with shock. We further aimed to investigate effects on other patient relevant outcomes and to assess the influence of bias on the robustness of our effect estimates.

# METHODS

## Criteria for considering studies for this review

### Types of studies

We included randomized controlled trials (RCTs) investigating the effect of vasopressors for the treatment of any kind of circulatory failure. For simplicity, we refer to circulatory failure as 'shock' (see also search terms for shock). We were exclusively interested in patient relevant outcomes (see below). Such endpoints, particularly death, can only be assessed with parallel group trials. Therefore we excluded crossover trials.

### Types of participants

We included trials with acutely and critically ill adult and paediatric patients. We excluded trials looking at pre-term infants with hypotension as this patient group is covered in another Cochrane Review (Subhedar 2003). We excluded animal experiments. The definition of 'shock' was as used as given by the study authors.

### Types of interventions

The intervention was the administration of different vasopressors, vasopressors versus intravenous fluids, and vasopressors versus placebo.

### Types of outcome measures

#### Primary outcomes

We looked at total mortality (in the ICU, in hospital, and at one year) as the main endpoint. If mortality was assessed at several time points in a study we used data from the latest follow-up time.

#### Secondary outcomes

Other pre-defined outcomes were morbidity (given as length of ICU stay; length of hospital stay; duration of vasopressor treatment; duration of mechanical ventilation; renal failure (as defined by authors: such as oliguria or need for renal replacement therapy)); measures of health-related quality of life at any given time; and measures of anxiety and depression (together or separately) at any given time.

## Search methods for identification of studies

We did not apply language restrictions.

### Electronic searches

We searched MEDLINE (1966 to March 2010) (see Appendix 1); the Cochrane Central Register of Controlled Trials (*The Cochrane Library* 2010, Issue 2) (see Appendix 2, Search filter for CENTRAL); EMBASE (1989 to March 2010) (see Appendix 3, Search filter for EMBASE); PASCAL BioMed (1996 to March 2010); and BIOSIS (1990 to March 2010) (see Appendix 4 and Appendix 5, Search filter for PASCAL BioMed, CINAHL, and BIOSIS); PsycINFO (1978 to March 2010) (see Appendix 6, Search filter for PsychINFO) using the Ovid platform. CINAHL (1984 to March 2010) was searched via EBCSO. We searched for key words describing the condition or describing the intervention and combined the results with a methodological filter (RCT filter). We used a validated RCT filter for MEDLINE and EMBASE (Higgins 2011).

### Searching other resources

We searched ongoing clinical trials and unpublished studies via the Internet (date of latest search 29 June 2010) on www.controlled-trials.com using the multiple database search option metaRegister of Controlled Trials. This register includes the ISRCTN Register, Action Medical Research, Leukaemia Research Fund, Medical Reserch Council (UK), NHS Research and Development HTA Programme, ClinicalTrials.gov, Wellcome Trust, and UK Clinical Trials Gateway.
Further, we searched textbooks and references of papers selected during the electronic search for relevant references. Finally, we contacted experts in the field to identify further trials (see 'Acknowledgements').

## Data collection and analysis

### Selection of studies

We entered all search results into a bibliographic software (Endnote X1, The Thomson Corp, USA) then we removed duplicates.

PAR-VASO-0007508

Two authors independently screened the studies by title and abstract for exclusion using a template with inclusion and exclusion criteria. We recorded the reasons for exclusion. For the remaining studies, full papers were retrieved. Two authors independently recorded the inclusion and exclusion criteria using the first section of the data extraction form. We resolved all disagreements through arbitration by a third author.

### Data extraction and management

Two authors abstracted data independently onto a pre-defined data extraction form and entered the data into RevMan 5.1. The results were compared and disagreements were resolved by discussion amongst at least three review authors.

Besides data on intervention and outcome, we also recorded study characteristics such as: age; gender; severity of illness, as given (for example acute physiology and chronic health evaluation (APACHE), multiple organ failure (MOF) score, simplified acute physiology score (SAPS)); underlying diagnosis and particular type of shock, given definition of shock; duration of ICU stay before enrolment into study; duration of mechanical ventilation before enrolment; and study setting.

### Assessment of risk of bias in included studies

Two authors independently abstracted data to a pre-defined data extraction form. We abstracted whether adequate methods were used to generate a random sequence, that allocation to treatment was concealed, whether inclusion and exclusion criteria were explicit, if the data were analysed by intention to treat, whether patient descriptions were adequate, whether care during the study period was identical in both groups, whether the outcome description was adequate, whether the involved clinical staff were blinded to the intervention, and whether the assessor of the outcome was blinded to the intervention. The results were compared and disagreements were resolved by discussion amongst at least three review authors. Data were then entered into RevMan. We produced a risk of bias graph and a risk of bias table.

### Assessment of reporting biases

We planned to assess reporting bias and small study effects graphically using funnel plots of standard errors versus effect estimates for the primary outcome. We also planned to formally test funnel plot asymmetry by using the arcsine test (Rucker 2008) if at least 10 studies per comparison for the primary outcome were available.

### Data synthesis

We combined data quantitatively only if clinical heterogeneity was assumed to be negligible. Statistical heterogeneity was assessed with the $I^2$ statistic and the Cochrane Q tests for heterogeneity. We used a random-effects model to combine relative risks by default because we expected a number of different comparisons with

at least some heterogeneity. In two trials (Dünser 2003; Martin 1993), some participants crossed over to the other treatment; these patients were analysed according to the intention-to-treat principle, that is according to the group to which they were initially assigned.

We did not plan any a priori subgroup analyses.

### Sensitivity analysis

We planned a sensitivity analysis to assess the influence of the risk of bias on the main effect of the interventions, and thereby the robustness of our estimates. We classified studies as 'low risk of bias' and 'no low risk of bias'. Studies were classified as having low risk of bias if they have adequate allocation concealment and if the other bias items in the summary were not believed to have a major influence on the robustness of the single study effect. Unclear or inadequate allocation concealment in any case resulted in classification as 'study with no low risk of bias'. Our primary outcome was mortality, which was generally considered robust against outcome assessor knowledge of treatment allocation. Lack of blinding of the outcome assessors therefore had smaller weight on the bias risk assessment for this outcome. On the contrary this bias risk item had strong weight for outcomes where the assessment included individual judgement, as for measures of quality of life. In the sensitivity analysis we grouped studies according to our classification of 'low risk of bias' and 'no low risk of bias' in a forest plot.

We also performed a post hoc sensitivity analysis to investigate the influence of different time points on the mortality outcome assessment.

## RESULTS

### Description of studies

See: Characteristics of included studies; Characteristics of excluded studies; Characteristics of studies awaiting classification; Characteristics of ongoing studies.

### Results of the search

#### Search result

The electronic search resulted in 1176 hits after removing duplicates with the bibliographic software (Figure 1). We identified and retrieved 134 potentially relevant articles (this number included 12 articles identified from reading the references of potentially relevant articles and writing to 14 specialists in the field, of whom five replied, see 'Acknowledgements'). Two trials were not retrievable (Hai Bo 2002; Singh 1966). Of these 134 articles, after closer

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007509

inspection 101 failed our inclusion criteria due to the following
reasons:

## Figure 1. Trial flow chart



- 39 trials were about other interventions;
- 35 were not randomized;
- 23 were crossover trials;
- 3 were animal studies;
- 1 trial was a duplicate (abstract presented at a scientific meeting and then report subsequently published) (Martin 1993).

Of the remaining 34 potentially relevant clinical trials we excluded 11 studies (Characteristics of excluded studies). Finally we included 23 studies in our review (Characteristics of included studies).

### Included studies

In our original review (Müllner 2004) we included eight studies. In this updated review we included 15 new studies. In total we have included 23 studies investigating several comparisons (Figure 2). Details are presented in the table 'Characteristics of included studies'. Among these studies seven were multicentre studies (

PAR-VASO-0007510

Annane 2007; Choong 2009; De Backer 2010; Lauzier 2006;
Malay 1999; Myburgh 2008; Russell 2008) and all but three (
Annane 2007; Malay 1999; Myburgh 2008) were performed in
university hospitals only.

**Figure 2.    Comparison of vasopressor identified from the systematic review. The 26 comparisons come
from 23 studies. Line thickness is proportional to the number of included patients.**



Fifteen studies were performed in patients with septic shock
(Albanese 2005; Annane 2007; Lauzier 2006; Malay 1999; Marik
1994; Martin 1993; Morelli 2008a; Morelli 2008b; Morelli
2009; Ruokonen 1993; Russell 2008; Seguin 2002; Seguin 2006;
Yildizdas 2008; Patel 2010). Three studies included patients with
peri-operative shock (Boccara 2003; Dünser 2003; Luckner 2006).
Two studies were performed in paediatric patients (Choong 2009;
Yildizdas 2008).
Fifteen studies had norepinephrine as an intervention (Albanese
2005; Boccara 2003; De Backer 2010; Dünser 2003; Lauzier
2006; Luckner 2006; Marik 1994; Martin 1993; Mathur 2007;
Morelli 2008a; Morelli 2008b; Myburgh 2008; Ruokonen 1993;
Russell 2008; Patel 2010), another three studies examined the
combination of norepinephrine plus dobutamine (Annane 2007;
Levy 1997; Seguin 2002), and one study used the combination of

norepinephrine plus dopexamine (Seguin 2006).
Dopamine was used in six studies (De Backer 2010; Marik 1994;
Martin 1993; Mathur 2007; Patel 2010; Ruokonen 1993), and
epinephrine was used in five studies (Annane 2007; Levy 1997;
Myburgh 2008; Seguin 2002; Seguin 2006). Vasopressin was used
in seven studies (Choong 2009; Dünser 2003; Lauzier 2006;
Luckner 2006; Malay 1999; Morelli 2009; Russell 2008), and
another five studies used terlipressin (Albanese 2005; Boccara
2003; Morelli 2008a; Morelli 2009; Yildizdas 2008). Phenyle-
phrine (Morelli 2008b) was used in one study. Three studies com-
pared vasopressors to placebo as an add-on therapy (Choong 2009;
Malay 1999; Yildizdas 2008).

**Excluded studies**

PAR-VASO-0007511

In our original review we excluded nine studies (Müllner 2004). In this updated version we excluded two new studies (Schmoelz 2006; Sperry 2008). In total we excluded 11 studies from our review. Some detail of the excluded studies is presented in the table 'Characteristics of excluded studies'. Eight studies were excluded because they did not report on any of our pre-defined endpoints but haemodynamic variables and other surrogate endpoints instead (Argenziano 1997; Hentschel 1995; Kinstner 2002; Levy 1999; Majerus 1984; Patel 2002; Totaro 1997; Zhou 2002). We excluded one trial looking at pre-term infants with hypotension (Rozé 1993) as this topic is covered in another Cochrane Review (Subhedar 2003). One study was a non-randomized multicentre prospective cohort study and was therefore excluded (Sperry 2008). Another study compared low dopamine to dopexamine and to placebo added to norepinephrine with the intention of improving renal and splanchnic blood flow. Low dose dopamine at 3 µg/kg/min is not considered to have relevant vasopressor properties, therefore we excluded this study too (Schmoelz 2006).

**Studies waiting to be assessed**

There are two studies that we have not yet been able to retrieve.

One, which was published in 1966 (Singh 1966), is a 'comparative study of angiotensin and norepinephrine in hypotensive states' according to the title. As there is no abstract available, we do not know how many patients were enrolled. The second study, published in the journal *Critical Care Shock* in 2002 (Hai Bo 2002), was also not retrievable. This paper is on the 'renal effect of dopamine, norepinephrine, epinephrine, or norepinephrine-dobutamine in septic shock'. We do not know if this study contained original data of human experiments, if it was randomized and, if so, whether relevant outcomes were reported.

**Ongoing studies**

Our search resulted in 52 potentially relevant ongoing studies. Three ongoing studies were considered relevant (Characteristics of ongoing studies).

**Risk of bias in included studies**

**Methodological quality of included studies**

Risk of bias is presented in Figure 3 and Figure 4.

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007512

**Figure 3.** Risk of bias summary: review authors' judgements about each risk of bias item for each included study.



Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007513

**Figure 4.** Risk of bias graph: review authors' judgements about each risk of bias item presented as percentages across all included studies.



Generally the risk of bias in the included studies was moderate to low. Random sequence generation was reported in all but three studies (Mathur 2007; Patel 2010; Seguin 2002). Allocation concealment was appropriate in 10 studies (Annane 2007; Boccara 2003; Choong 2009; De Backer 2010; Lauzier 2006; Malay 1999; Morelli 2008b; Myburgh 2008; Russell 2008; Seguin 2006) and not appropriate in two studies (Yildizdas 2008; Patel 2010). All but two studies described inclusion and exclusion criteria explicitly (Boccara 2003; Ruokonen 1993). All but eight studies presented intention-to-treat analyses; for six studies this item was unclear (Boccara 2003; Levy 1997; Malay 1999; Martin 1993; Ruokonen 1993; Seguin 2002) and for two studies this was not fulfilled (Luckner 2006; Morelli 2008a). Patients were adequately described in all but two studies (Luckner 2006; Ruokonen 1993). From the available information identical care for intervention group and control group could be assumed for 12 studies (Albanese 2005; Annane 2007; Choong 2009; De Backer 2010; Marik 1994; Mathur 2007; Morelli 2008b; Morelli 2009; Russell 2008; Seguin 2002; Seguin 2006; Patel 2010). An appropriate outcome description was present in 16 studies; for the remaining studies this was unclear (Albanese 2005; Lauzier 2006; Mathur 2007; Morelli 2008a; Morelli 2008b; Ruokonen 1993; Seguin

2002). Treating personnel were blinded in nine studies (Annane 2007; Choong 2009; De Backer 2010; Malay 1999; Martin 1993; Mathur 2007; Morelli 2008b; Myburgh 2008; Russell 2008). In the same nine studies outcome assessors were blinded too.

## Effects of interventions

See: **Summary of findings for the main comparison**
Norepinephrine compared to dopamine for hypotensive shock
In total, six vasopressors were compared in several combinations and directions (Figure 2). We have therefore organized our comparisons to present each vasopressor against all comparators in a separate analysis per outcome. Vasopressors that were used in both study arms were considered as constant between groups and were generally not explicitly described in the analyses. For studies with more than two study arms we used each comparison separately. We refrained from overall summary effects within the analyses because of considerable clinical heterogeneity due to major differences in comparators and additionally, where applicable, to avoid a unit of analysis error.

PAR-VASO-0007514

## A) Mortality

Mortality was assessed in all included studies. If mortality was assessed at several time points in a study we used data from the latest follow-up time point. Mortality was assessed at an undetermined time point in Boccara 2003, Levy 1997, Marik 1994, Mathur 2007, Seguin 2002, and Ruokonen 1993.

- Norepinephrine was compared to dopamine, epinephrine, terlipressin, vasopressin, phenylephrine, and norepinephrine + terlipressin + dobutamine (Analysis 1.1). In addition Morelli 2009 compared norepinephrine to norepinephrine plus vasopressin and norepinephrine to norepinephrine plus terlipressin and found no difference for both comparisons (RR 1.25, 95% CI 0.69 to 2.26; and RR 1.43, 95% CI 0.75 to 2.70). Overall 1359 deaths were observed in 2593 patients. Studies were performed in patients with septic shock (Albanese 2005; Lauzier 2006; Levy 1997; Marik 1994; Martin 1993; Mathur 2007; Morelli 2008a; Morelli 2008b; Morelli 2009; Patel 2010; Ruokonen 1993; Russell 2008; Seguin 2002; Seguin 2006), in critically ill patients (De Backer 2010; Myburgh 2008), in patients with refractory hypotension after anaesthesia (Boccara 2003), and in adult post-operative patients (Luckner 2006). In none of the comparisons a significant difference was found.

- Epinephrine was compared to norepinephrine, norepinephrine + dobutamine, and norepinephrine + dopexamine (Analysis 2.1). Overall 289 deaths were observed in 673 patients. Studies were performed in patients with septic shock (Annane 2007; Levy 1997; Seguin 2002; Seguin 2006) and in critically ill patients (Myburgh 2008). In none of the comparisons a significant difference was found.

- Vasopressin was compared to placebo, terlipressin, and norepinephrine (Analysis 3.1). In the comparisons described as 'versus placebo' two studies actually used a placebo (Choong 2009; Malay 1999), in two studies (Dünser 2003; Morelli 2009) fixed dose vasopressin + variable dose norepinephrine was compared to variable dose norepinephrine. Overall 442 deaths were observed in 999 patients. Studies were performed in patients with septic shock (Dünser 2003; Lauzier 2006; Malay 1999; Morelli 2009; Russell 2008), adult post-operative patients (Luckner 2006), and paediatric vasodilatory shock (Choong 2009). In none of the comparisons a significant difference was found.

- Terlipressin was compared to placebo, norepinephrine, and vasopressin (Analysis 4.1). In the comparisons described as 'versus placebo' one study actually used a placebo (Yildizdas 2008), in two studies (Morelli 2008a; Morelli 2009) fixed dose terlipressin + variable dose norepinephrine was compared to variable dose norepinephrine. Overall 107 deaths were observed in 197 patients. Studies were performed in patients with septic shock (Albanese 2005; Morelli 2008a; Morelli 2009), in catecholamine-resistant shock in children (Yildizdas 2008), and in patients with refractory hypotension after anaesthesia (Boccara 2003). In none of the comparisons a significant difference was found.

- Dopamine was compared to norepinephrine (Analysis 5.1). Overall 838 deaths were observed in 1400 patients. Studies were performed in patients with septic shock (Marik 1994; Martin 1993; Mathur 2007; Patel 2010; Ruokonen 1993) and in patients with several causes of shock (De Backer 2010). In none of the comparisons a significant difference was found.

- Phenylephrine was compared to norepinephrine in patients with septic shock (Morelli 2008b). Out of 16 patients 10 died in the phenylephrine infusion group compared to 9 of 16 patients in the norepinephrine group (RR 1.11, 95% CI 0.63 to 1.97).

## B) Morbidity

Morbidity was assessed as length of ICU stay; length of hospital stay; duration of vasopressor treatment; duration of mechanical ventilation; and renal failure (as defined by authors: such as oliguria or renal replacement therapy). Renal outcomes are presented separately in Table 1.

Table 1. Morbidity outcomes - measures of renal function comparing several vasopressor regimens. Each single vasopressor is compared to other available vasopressor regimens.

| Vasopressor | Comparator (Reference) | Outcome | Effect* |
|---|---|---|---|
| Norepinephrine | Vasopressin (Lauzier 2006) | Cretinine Clearance | 54ml min$^{-1}$1.73m$^{-2}$±38 versus. 122ml min$^{-1}$1.73m$^{-2}$±66 , P<0.001 |
| | Vasopressin (Russell 2008) | Days alive free of renal replacement therapy | (23 [IQR 5-28] versus 25 [IQR 6-28], P=0.64) |
| | Nore-pinephrine+terlipressin+dobutamin (Morelli 2008a) | Urine output 4hours after study start | 96ml/h±48 versus 130ml/h±76 (P<0.05) |

PAR-VASO-0007515

**Table 1. Morbidity outcomes - measures of renal function comparing several vasopressor regimens. Each single vasopressor is compared to other available vasopressor regimens.** *(Continued)*

| | | | |
|---|---|---|---|
| | Norepinephrine + terlipressin (Morelli 2008a) | Urine output 4hours after study start | 96ml/h±48 versus 147ml/h±119 (P=0.08) |
| | Dopamine (Mathur 2007) | Post-treatment urine output | 1.17ml/kg/h ± 0.47 versus 0.81ml/kg/h±0.75, P<0.05 |
| | Dopamine (De Backer 2010) | Days free of renal support within 28 days | 14.0 ± 12.3 days versus 12.8 ± 12.4 days, P=0.07 |
| | Phenylephrine (Morelli 2008b) | Creatinine clearance<br>urine output | no difference (P=0.61)<br>no difference (P=0.17) |
| | Terlipressin (Boccara 2003) | Renal failure postoperatively | (0/10 versus 0/10) |
| | Terlipressin plus norepinephrine and vasopressin plus norepinephrine (Morelli 2009) | Need for renal replacement therapy | (8/15 versus 4/15 versus 5/15, P= 0.29) |
| Epinephrine | Norepinephrine+dobutamine ( Levy 1997) | Oliguria reversal | 9/12 vs 10/11,<br>RR 0.36 (95% CI 0.04 to 3.00) |
| Vasopressin | Norepinephrine (Lauzier 2006) | Cretinine Clearance | 122ml min$^{-1}$1.73m$^{-2}$±66 versus 54ml min$^{-1}$1.73m$^{-2}$±38, P<0.001 |
| | Norepinephrine (Russell 2008) | Days alive free of renal replacement therapy | 25 (IQR 6-28) versus 23 (IQR 5-28), P=0.64 |
| | Norepinephrine versus terlipressin (Morelli 2009) | Need for renal replacement therapy | 8/15 versus 4/15 versus 5/15, P= 0.29 |
| | Placebo (Choong 2009) | Urine output | 1,7ml/kg/h (IQR 0.7 - 3.5) versus 1.5 ml/kg/h (IQR 0.7 -3.7), P= 0.65<br><br>n.A. |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007516

| | Placebo (Malay 1999) | Creatinine | |
|---|---|---|---|
| Terlipressin | Norepinephrine versus vasopressin (Morelli 2009) | Need for renal replacement therapy | 8/15 versus 4/15 versus 5/15, P= 0.29 |
| | Placebo (add on in patients on norepinephrine) (Morelli 2008a) | Urine output 4hours after study start | 147ml/h±119 versus 96ml/h±48 (P=0.08) |
| Dopamine | Norepinephrine (Mathur 2007) | Post-treatment urine output | 0.81ml/kg/h±0.75 versus 1.17ml/kg/h ± 0.47, P<0.05 |
| | Norepinephrine (De Backer 2010) | Days free of renal support within 28 days | 12.8 ± 12.4 days versus 14.0 ± 12.3 days, P=0.07 |

*All effects are presented as outcome in the vasopressor group (left hand column) versus comparator (second column) with a relative risk or P value for the difference between groups.

-Norepinephrine was compared to dopamine, vasopressin, phenylephrine, and norepinephrine + terlipressin + dobutamine in terms of ICU length of stay (Analysis 1.2). All studies included patients with septic shock. There was no difference in ICU and hospital length of stay (Analysis 1.2 and Analysis 1.3). Additionally Russell 2008 compared norepinephrine versus vasopressin and found no significant difference in hospital length of stay (difference 1.00 day, 95% CI -3.01 to 5.01). Further there was no significant difference in days alive free of mechanical ventilation (6, interquartile range (IQR) 0 to 20 versus 9, IQR 0- to 20; P = 0.24), vasopressor use (17, IQR 0 to 24 versus 19, IQR 0 to 24; P = 0.61). Myburgh 2008 compared norepinephrine with epinephrine and found no difference in the number of vasopressor-free days (25 days, IQR 14 to 27 versus 26 days, IQR 19 to 27; P = 0.31). De Backer 2010 compared norepinephrine to dopamine and found no difference in days free of mechanical ventilation within 28 days (9.5 ± 11.4 days versus 8.5 ± 11.2 days; P = 0.13). There was a small difference in days free of any vasopressor therapy within 28 days (14.2 ± 12.3 days versus 12.6 ± 12.5 days; P = 0.007). The largest study by De Backer 2010 and a smaller study by Patel 2010 compared dopamine versus norepinephrine and found a significant difference in arrhythmia (Analysis 1.4), including mostly sinus tachycardia (Patel 2010): 25% versus 6%; atrial fibrillation: 21% versus 11% (De Backer 2010), 13% versus 3% (Patel 2010); ventricular tachycardia (De Backer 2010): 2.4% versus 1.0%; and ventricular

fibrillation (De Backer 2010): 1.2% versus 0.5%. Boccara 2003 compared noradrenaline to terlipressin and found no difference in length of hospital stay (5 days, IQR 4 to 7 versus 5 days, IQR 4 to 7).

-Epinephrine was compared to norepinephrine + dobutamine in terms of ICU length of stay in patients with septic shock (Annane 2007). No significant difference in ICU length of stay was found (difference 1.00 day, 95% CI -3.01 to 5.01). In another study (Annane 2007) the number of vasopressor-free days until day 90 was reported as a median 53 days (IQR 0 to 86) in the epinephrine group and 66 days (IQR 6 to 86) in the norepinephrine + dobutamine group (P = 0.18). In the same study, duration of vasopressor support was presented as a Kaplan Meier plot (logrank test P = 0.09). Myburgh 2008 compared epinephrine with norepinephrine and found no difference in the number of vasopressor-free days (26 days, IQR 19 to 27 versus 25 days, IQR 14 to 27; P = 0.31). -Vasopressin was compared to placebo, terlipressin, and norepinephrine in terms of ICU length of stay (Analysis 3.2). Studies were performed in patients with septic shock (Morelli 2009; Russell 2008) and paediatric vasodilatory shock (Choong 2009). In none of the comparisons a significant difference was found. Vasopressin was compared to norepinephrine in terms of hospital length of stay in one study (Russell 2008) and no significant difference was found (difference 1.00 day, 95% CI -3.01 to 5.01).

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007517

Further there was no significant difference in days alive free of mechanical ventilation (9, IQR 0 to 20 versus 6, IQR 0 to 20; P = 0.24), vasopressor use (19, IQR 0 to 24 versus 17, IQR 0 to 24; P = 0.61). Choong 2009 compared vasopressin to placebo and found no difference in time to vasopressors discontinuation (50 hours, IQR 30 to 219 versus 47, IQR 26 to 87; P = 0.85), and mechanical ventilation-free days until day 30 (17 days, IQR 0 to 24 versus 23 days, IQR 13 to 26; P = 0.15).

-Terlipressin was compared to placebo and vasopressin in terms of ICU length of stay (Analysis 4.2). In the comparisons described as 'versus placebo' one study actually used a placebo (Yildizdas 2008), in two studies (Morelli 2008a; Morelli 2009) fixed dose terlipressin + variable dose norepinephrine was compared to variable dose norepinephrine. Studies were performed in patients with septic shock (Morelli 2008a; Morelli 2009) and in catecholamine-resistant shock in children (Yildizdas 2008). In none of these comparisons a significant difference was found. One study also assessed duration of mechanical ventilation (Yildizdas 2008). In the terlipressin group the mean duration was 4.4 ± 1.4 days versus 4.8 ± 1.5 days in the control group (-0.40 days, 95% CI -1.15 to 0.35). Boccara 2003 compared terlipressin to noradrenaline and found no difference in length of hospital stay (5 days, IQR 4 to 7 versus 5 days, IQR 4 to 7).

-Dopamine was compared to norepinephrine. De Backer 2010 and Patel 2010 compared dopamine to norepinephrine and found no difference in ICU and hospital length of stay (Analysis 5.2 and Analysis 5.3). Further De Backer 2010 assessed days free of mechanical ventilation within 28 days (8.5 ± 11.2 days versus 9.5 ± 11.4 days; P = 0.13). There was a small difference in days free of any vasopressor therapy within 28 days (12.6 ± 12.5 days versus 14.2 ± 12.3 days; P = 0.007). The largest study by De Backer 2010 and a smaller study by Patel 2010 compared dopamine versus norepinephrine and found a significant difference in arrhythmias (Analysis 5.4), including mostly sinus tachycardia (Patel 2010): 25% versus 6%; atrial fibrillation: 21% versus 11% (De Backer 2010), 13% versus 3% (Patel 2010); ventricular tachycardia (De Backer 2010): 2.4% versus 1.0%; and ventricular fibrillation (De Backer 2010): 1.2% versus 0.5%.

-Phenylephrine was compared to norepinephrine in patients with septic shock (Morelli 2008b). Mean length of ICU stay was 16 ± 13 versus 16 ± 10 days (difference 0.00 days, 95% CI -8.27 to 8.27).

## C) Health-related quality of life

In none of the studies health-related quality of life was assessed.

## D) Anxiety and depression

In none of the studies measures of anxiety and depression were assessed.

## Sensitivity analysis

We classified 10 studies as being at low risk of bias for the primary outcome, mortality (Annane 2007; Boccara 2003; Choong 2009; De Backer 2010; Lauzier 2006; Malay 1999; Morelli 2008b; Myburgh 2008; Russell 2008; Seguin 2006); for the remaining studies at least some risk of bias could not be excluded due to the lack of information or if we had an indication of high risk of bias due to the study design.

In none of the comparisons within-study bias risk seemed to affect the overall estimates (Analysis 6.1; Analysis 7.1; Analysis 8.1; Analysis 9.1; Analysis 10.1).

In four comparisons we included heterogeneous mortality outcomes (Analysis 1.1; Analysis 2.1; Analysis 3.1; Analysis 5.1).

For the comparison of norepinephrine versus dopamine (Analysis 1.1; Analysis 5.1) the effect of using the latest mortality outcome gave a RR of 0.95 (95% CI 0.87 to 1.03) as compared to a RR of 0.92 (95% CI 0.85 to 1.01) if acknowledging 28-day mortality, hospital mortality and undetermined periods.

For the comparison of epinephrine versus norepinephrine + dobutamine (Analysis 2.1) the effect from using the latest mortality outcome was RR 1.04 (95% CI 0.85 to 1.26) as compared to a RR of 1.19 (95% CI 0.92 to 1.54) if acknowledging 28-day mortality and undetermined periods.

For the comparison of vasopressin versus placebo (Analysis 3.1) the effect from using the latest mortality outcome was an RR of 1.00 (95% CI 0.60 to 1.66) as compared to RR 0.90 (95% CI 0.06 to 12.64) if restricted to studies reporting 24-hour mortality (Dünser 2003; Malay 1999) and RR of 1.05 (95% CI 0.63 to 1.75) restricted to studies reporting 30-day or ICU mortality (Choong 2009; Dünser 2003; Morelli 2009).

For the comparison of norepinephrine versus vasopressin (Analysis 1.1; Analysis 3.1) the effect of using the latest mortality outcome was an RR of 1.12 (95% CI 0.98 to 1.29) as compared to an RR of 1.10 (95% CI 0.94 to 1.30) if acknowledging 28-day mortality and ICU mortality.

In summary the estimates remained virtually unchanged if definitions of mortality were changed or studies with different mortality definitions were compared.

## Reporting bias

Funnel plots of the primary outcome of all comparisons did not suggest major asymmetry. We present the funnel plot for comparison 1.1 (Figure 5). We had too few studies per comparison to sensibly perform a formal test for funnel plot asymmetry. Overall, however, reporting bias does not seem to be a major problem in this review and in particular does not explain the results.

PAR-VASO-0007518

**Figure 5. Funnel plot of comparison: I norepinephrine, outcome: 1.1 mortality.**



# DISCUSSION

## Summary of main results

We found 23 studies fulfilling our inclusion criteria. Overall 3212 patients with 1629 mortality outcomes were analysed. Information comes mainly from five studies (Annane 2007; De Backer 2010; Myburgh 2008; Patel 2010; Russell 2008). These five studies reported on 2658 patients (82% of total) and 1402 mortality outcomes (85% of total mortality outcomes). Six different vasopressors, alone or in combination with dobutamine or dopexamine, were compared in 11 different combinations.

All 23 studies reported mortality outcomes. Length of stay was reported in 10 studies (Annane 2007; Choong 2009; Boccara 2003; De Backer 2010; Morelli 2008a; Morelli 2008b; Morelli 2009; Patel 2010; Russell 2008; Yildizdas 2008). Other morbidity outcomes were reported in a variable and heterogeneous way. No data were available on quality of life or anxiety and depression outcomes.

In summary there was no difference in mortality outcome in any of the studies comparing different vasopressors or combinations.

In particular, for the comparison between dopamine and norepinephrine, which included most patients, there was no difference in mortality (Summary of findings for the main comparison).

The two studies De Backer 2010 and Patel 2010 comparing dopamine versus norepinephrine found a higher risk of arrhythmia in the dopamine group (Analysis 1.4). In total 347 arrhythmia episodes were documented in 1891 patients (Summary of findings for the main comparison). Other adverse events like new infectious episodes, skin ischaemias and arterial occlusion did not differ between the intervention groups.

We found no difference in other relevant morbidity outcomes within any of the comparisons. This finding was consistent among the few large studies as well as in studies with different levels of within-study bias risk.

In our review we had no pre-defined subgroup analyses, therefore we cannot make inferences about whether the effect of vasopressors differs across populations with different causes of shock. However in one of the large trials comparing norepinephrine with dopamine (De Backer 2010) a pre-defined subgroup analysis according to shock type revealed a beneficial effect on 28-day mortality in patients with cardiogenic shock if treated with norepinephrine. However, although the subgroups were pre-defined, randomization was not stratified and moreover the test for subgroup differences (P =

PAR-VASO-0007519

0.87) suggests that this subgroup effect can be explained by chance alone.

Probably the choice of vasopressor in patients with shock does not influence outcome, rather than any vasoactive effect per se. There is no evidence that any of the investigated vasopressors are clearly superior over others.

Seven studies can be regarded as placebo controlled add-on studies. Morelli 2008a and Morelli 2009 compared norepinephrine versus norepinephrine plus terlipressin and dobutamine, which might be seen as an add-on therapy of terlipressin plus dobutamine versus no extra vasopressor in patients receiving norepinephrine. No difference in mortality or length of stay was reported. Likewise Morelli 2009 included a vasopressin + norepinephrine arm compared to norepinephrine alone. This add-on vasopressin therapy did not have an effect. Yildizdas 2008 compared terlipressin with placebo in paediatric septic shock patients who did not respond to fluid resuscitation and high dose catecholamines and found no difference in mortality but a significant reduction of length of stay. This effect was no longer found if data were combined with the Morelli 2008a study. Malay 1999 studied vasopressin versus placebo in patients with septic shock who were already on catecholamines; Dünser 2003 compared norepinephrine versus norepinephrine plus vasopressin; and Choong 2009 compared vasopressin with placebo in paediatric vasodilatory shock after volume resuscitation under catecholamines. In none of these comparisons could a significant effect on mortality or morbidity be found. This result must not be interpreted as no effect of vasopressors versus placebo in terms of no absolute effect of vasopressors. Moreover, these results indicate that in patients requiring massive vasoactive support additional vasopressors have no major effect. It is noteworthy that this evidence on placebo comparisons comes from a few small studies only and must therefore be interpreted with caution.

## Overall completeness and applicability of evidence

Even though 23 studies met inclusion criteria, a large number of comparisons were necessary. Accordingly the actual number of studies per comparison, as well as the number of patients in the majority of studies, was small. Therefore some of the comparisons resulted in under-powered effects. Also no subgroup analyses could be performed to investigate potential sources of heterogeneity.

## Quality of the evidence

Only four studies (Annane 2007; Choong 2009; De Backer 2010; Russell 2008) fulfilled all criteria in the risk of bias assessment (Figure 3). However, considering only bias items that assumably strongly influence the effects, 11 studies were classified as low risk of bias studies. Small study bias usually tends to overestimate a true effect but on the other hand, in the case of a null effect,

the limited power to exclude the absence of an effect may matter more. Therefore many of the comparisons must be interpreted with caution. In summary, however, within study bias does not seem to explain our findings.

There were too few studies to examine reporting bias in detail. However, taking into account that here was no obvious asymmetry in the funnel plots and considering the comprehensive search strategy using several electronic databases without restrictions, searching trial registers, and contacting experts in the field, reporting bias may not be a major source of distortion.

## Agreements and disagreements with other studies or reviews

Several cohort studies have come to different conclusions about the effects of different vasopressors.

In a university hospital-based cohort study Martin 2000 studied 97 patients with septic shock. Patients were treated with a mix of catecholamines, mainly comparing high dose dopamine versus norepinephrine in a non-randomized design. Norepinephrine in comparison to other vasopressors was significantly associated with a better outcome. This effect was adjusted for many potential confounders but still treatment allocation may have been poorly controlled.

In a multicentre cohort study in 198 European ICUs (Sakr 2006) (SOAP study) the effect of norepinephrine, dopamine, dobutamine and epinephrine was assessed in 1058 patients with shock. Epinephrine and in particular dopamine were found to worsen the outcome. In a smaller subset of patients with septic shock epinephrine was associated with a poor outcome and dopamine showed a trend towards a poor outcome. These data come from a very heterogenous sample and, despite extensive multivariable adjustments, residual confounding may explain the effect.

Povoa 2009 (SACiUCI study) reported a multicentre cohort study from 17 Portuguese ICUs, where 897 patients with community acquired sepsis were studied. In this population norepinephrine and dobutamine were associated with worse outcomes, whereas dopamine was a predictor for a better outcome. In particular when comparing patients who received dopamine only to patients who received norepinephrine only, the latter had a significantly worse outcome. This effect was adjusted for age, sex, admission diagnosis, SAPS II, SOFA score, and inotropic support but residual confounding cannot reasonably be excluded. Specifically, there was a concern that the choice of vasopressors was driven by disease severity, simply that sicker patients were more likely to receive norepinephrine than dopamine.

In contrast to the observational evidence recent reviews (Beale 2004; Holmes 2009; Leone 2008) are conservative in stating differences between several vasopressors, where norepinephrine and dopamine are mostly considered to be the vasopressors of choice in patients with shock.

**Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.**

PAR-VASO-0007520

# AUTHORS' CONCLUSIONS

## Implications for practice

Vasopressor therapy is an important part of haemodynamic support in patients with shock. A number of different vasopressors are available, and for six vasopressors the effect was assessed in randomised controlled trials. The strength of evidence differs greatly between several comparisons but, in summary, there is not sufficient evidence to prove that any of the vasopressors in the assessed doses are superior over others in terms of mortality. Dopamine appears to increase the risk for arrhythmia. The most data are available for norepinephrine. The choice of the specific vasopressor may therefore be individualized and left to the discretion of the treating physicians. Factors like experience, physiological effects (for example heart rate, intrinsic inotropic effects, splanchnic perfusion), drug interaction with other therapeutics, availability, and cost should be considered.

## Implications for research

A large number of randomised trials are available now, but still the sample size population for specific comparisons is small. We hope that our review encourages the scientific community to design future studies in a way that outcomes which matter to patients, such as survival, but also long-term health-related quality of life, can be evaluated. Such studies ideally would be large, multicentre trials following simple and pragmatic study protocols. Such studies are also needed to evaluate whether surrogate endpoints, such as filling pressures, are of any clinical use and, if so, how they should be used. Maybe a more suitable approach to the treatment of shock is not the choice of a specific vasopressor but a goal directed approach (Rivers 2001). To the best of our knowledge this has not yet been assessed in a systematic way.

As with all Cochrane Reviews, this review will be updated regularly. Hopefully answers to the questions under study will be found over the next few years.

# ACKNOWLEDGEMENTS

We would like to thank Jane Ballantyne, Anna Lee, Nathan Pace, Mike Grocott, Lance Richard, Ann Møller, Karen Hovhannisyan, Janet Wale, Nete Villebro, Kathie Godfrey, and of course Jane Cracknell for their help and editorial advice during the preparation of the review at several stages. We are also grateful to the experts in the field for sharing their knowledge with us: Daniel De Backer, Djillali Annane, Claude Martin, and Jean Louis Vincent. Particular thanks to Djillali Annane for providing a list of potentially relevant articles on vasopressors and inotropic drugs for septic shock.

We also like to acknowledge Bernhard Urbanek, an author of the original version of this review (Müllner 2004), who did not participate as author in the current updated review.

# REFERENCES

## References to studies included in this review

**Albanese 2005** *{published data only}*
Albanese J, Leone M, Delmas A, Martin C. Terlipressin or norepinephrine in hyperdynamic septic shock: A prospective, randomized study. *Critical Care Medicine* 2005;**33**(9):1897–902. [PUBMED: 16148457]

**Annane 2007** *{published data only}*
Annane D, Vignon P, Renault A, Bollaert PE, Charpentier C, Martin C, et al. Norepinephrine plus dobutamine versus epinephrine alone for management of septic shock: a randomised trial. *Lancet* 2007;**370**(9588):676–84. [PUBMED: 17720019]

**Boccara 2003** *{published data only}*
* Boccara G, Ouattara A, Godet G, Dufresne E, Bertrand M, Riou B, et al. Terlipressin versus norepinephrine to correct refractory arterial hypotension after general anesthesia in patients chronically treated with renin-angiotensin system inhibitors. *Anesthesiology* 2003;**98**:1338–44. [PUBMED: 12766641]

**Choong 2009** *{published data only}*
Choong K, Bohn D, Fraser DD, Gaboury I, Hutchison JS, Joffe AR, et al. Vasopressin in pediatric vasodilatory shock: a multicenter randomized controlled trial. *American Journal of Respiratory and Critical Care Medicine* 2009;**180**(7):632–9. [PUBMED: 19608718]

**De Backer 2010** *{published data only}*
De Backer D, Biston P, Devriendt J, Madl C, Chochrad D, Aldecoa C, et al. Comparison of dopamine and norepinephrine in the treatment of shock. *The New England Journal of Medicine* 2010;**362**(9):779–89. [PUBMED: 20200382]

**Dünser 2003** *{published data only}*
* Dünser MW, Mayr AJ, Ulmer H, Knotzer H, Sumann G, Pajk W, et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. *Circulation* 2003;**107**:2313–9. [PUBMED: 12732600]

**Lauzier 2006** *{published data only}*
Lauzier F, Levy B, Lamarre P, Lesur O. Vasopressin or norepinephrine in early hyperdynamic septic shock: A randomized clinical trial. *Intensive Care Medicine* 2006;**32**(11):1782–9. [PUBMED: 17019548]

PAR-VASO-0007521

**Levy 1997** *{published data only}*
* Levy B, Bollaert PE, Charpentier C, Nace L, Audibert G, Bauer P, et al.Comparison of norepinephrine and dobutamine to epinephrine for hemodynamics, lactate metabolism, and gastric tonometric variables in septic shock: a prospective, randomized study. *Intensive Care Medicine* 1997;**23**:282–7. [PUBMED: 9083230]

**Luckner 2006** *{published data only}*
Luckner G, Dunser MW, Stadlbauer KH, Mayr VD, Jochberger S, Wenzel V, et al.Cutaneous vascular reactivity and flow motion response to vasopressin in advanced vasodilatory shock and severe postoperative multiple organ dysfunction syndrome. *Critical Care* 2006;**10**(2):R40. [PUBMED: 16542484]

**Malay 1999** *{published data only}*
* Malay MB, Ashton RC Jr, Landry DW, Townsend RN. Low-dose vasopressin in the treatment of vasodilatory septic shock. *Journal of Trauma* 1999;**47**:699–703. [PUBMED: 10528604]

**Marik 1994** *{published data only}*
* Marik PE, Mohedin M. The contrasting effects of dopamine and norepinephrine on systemic and splanchnic oxygen utilization in hyperdynamic sepsis. *JAMA* 1994; **272**:1354–7. [PUBMED: 7933396]

**Martin 1993** *{published data only}*
* Martin C, Papazian L, Perrin G, Saux P, Gouin F. Norepinephrine or dopamine for the treatment of hyperdynamic septic shock?. *Chest* 1993;**103**:1826–31. [PUBMED: 8404107]

**Mathur 2007** *{published data only}*
Mathur S, Dhunna R, Chakraborty A. Comparison of norepinephrine and dopamine in the management of septic shock using impedance cardiography. *Indian Journal of Critical Care Medicine* 2007;**11**(4):186–91. [EMBASE: 2008016347]

**Morelli 2008a** *{published data only}*
Morelli A, Ertmer C, Lange M, Duenser M, Rehberg S, Van Aken H, et al.Effects of short-term simultaneous infusion of dobutamine and terlipressin in patients with septic shock: the DOBUPRESS study. *British Journal of Anaesthesia* 2008;**100**(4):494–503. [PUBMED: 18308741]

**Morelli 2008b** *{published data only}*
Morelli A, Ertmer C, Rehberg S, Lange M, Orecchioni A, Laderchi A, et al.Phenylephrine versus norepinephrine for initial hemodynamic support of patients with septic shock: A randomized, controlled trial. *Critical Care* 2008;**12**(6) (R143):1–11. [PUBMED: 19017409 ]

**Morelli 2009** *{published data only}*
Morelli A, Ertmer C, Rehberg S, Lange M, Orecchioni A, Cecchini V, et al.Continuous terlipressin versus vasopressin infusion in septic shock (TERLIVAP): a randomized, controlled pilot study. *Critical Care* 2009;**13**(4):R130. [PUBMED: 19664253]

**Myburgh 2008** *{published data only}*
Myburgh JA, Higgins A, Jovanovska A, Lipman J, Ramakrishnan N, Santamaria J, et al.A comparison of epinephrine and norepinephrine in critically ill patients. *Intensive Care Medicine* 2008;**34**(12):2226–34. [PUBMED: 18654759]

**Patel 2010** *{published data only}*
Patel GP, Grahe JS, Sperry M, Singla S, Elpern E, Lateef O, et al.Efficacy and safety of dopamine versus norepinephrine in the management of septic shock. *Shock (Augusta, Ga.)* 2010;**33**(4):375–80. [PUBMED: 19851126]

**Ruokonen 1993** *{published data only}*
* Ruokonen E, Takala J, Kari A, Saxen H, Mertsola J, Hansen EJ. Regional blood flow and oxygen transport in septic shock. *Critical Care Medicine* 1993;**21**:1296–303. [PUBMED: 8370292]

**Russell 2008** *{published data only}*
Russell JA, Walley KR, Gordon AC, Cooper DJ, Hébert PC, Singer J, et al.Interaction of vasopressin infusion, corticosteroid treatment, and mortality of septic shock. *Critical Care Medicine* 2009;**37**(3):811–8. [PUBMED: 19237882]
* Russell JA, Walley KR, Singer J, Gordon AC, Hébert PC, Cooper DJ, et al.Vasopressin versus norepinephrine infusion in patients with septic shock. *New England Journal of Medicine* 2008;**358**(9):877–87. [PUBMED: 18305265]

**Seguin 2002** *{published data only}*
* Seguin P, Bellissant E, Le-Tulzo Y, Laviolle B, Lessard Y, Thomas R, et al.Effects of epinephrine compared with the combination of dobutamine and norepinephrine on gastric perfusion in septic shock. *Clinical Pharmacology and Therapeutics* 2002;**71**:381–8. [MEDLINE: 12011824]

**Seguin 2006** *{published data only}*
Seguin P, Laviolle B, Guinet P, Morel I, Malledant Y, Bellissant E. Dopexamine and norepinephrine versus epinephrine on gastric perfusion in patients with septic shock: A randomized study [NCT00134212]. *Critical Care* 2006;**10**(1)(R32):1–8.

**Yildizdas 2008** *{published data only}*
Yildizdas D, Yapicioglu H, Celik U, Sertdemir Y, Alhan E. Terlipressin as a rescue therapy for catecholamine-resistant septic shock in children. *Intensive Care Medicine* 2008;**34** (3):511–7. [PUBMED: 18092150]

### References to studies excluded from this review

**Argenziano 1997** *{published data only}*
Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. *Circulation* 1997;**96** Suppl II:286–90. [PUBMED: 9386112]

**Hentschel 1995** *{published data only}*
Hentschel R, Hensel D, Brune T, Rabe H, Jorch G. Impact on blood pressure and intestinal perfusion of dobutamine or dopamine in hypotensive preterm infants. *Biology of the Neonate* 1995;**68**:318–24. [PUBMED: 8835086]

**Kinstner 2002** *{published data only}*
Kinstner C, Germann P, Ullrich R, Landry D, Sladen R. Infusion of arginine-vasopressin (AVP) enhances blood

PAR-VASO-0007522

pressure and renal function while preserving cerebral and splanchnic perfusion in patients in septic shock. *Anesthesiology Abstracts of Scientific Papers*, Annual Meeting. 2002:Abstract No A-439.

**Levy 1999** *{published data only}*
Levy B, Nace L, Bollaert PE, Dousset B, Mallie JP, Larcan A. Comparison of systemic and regional effects of dobutamine and dopexamine in norepinephrine-treated septic shock. *Intensive Care Medicine* 1999;**25**:942–8. [PUBMED: 10501749]

**Majerus 1984** *{published data only}*
Majerus TC, Chodoff P, Borel CO. Dopamine and dobutamine in septic shock. A comparison. *Archives Internationales de Physiologie et de Biochimie* 1984;**92**:S65–7. [PUBMED: 6085242]

**Patel 2002** *{published data only}*
Patel BM, Chittock DR, Russell JA, Walley KR. Beneficial effects of short-term vasopressin infusion during severe septic shock. *Anesthesiology* 2002;**96**:576–82. [PUBMED: 11873030]

**Rozé 1993** *{published data only}*
Roze JC, Tohier C, Maingueneau C, Lefevre M, Mouzard A. Response to dobutamine and dopamine in the hypotensive very preterm infant. *Archives of Disease in Childhood* 1993; **69**:59–63. [PUBMED: 8346957]

**Schmoelz 2006** *{published data only}*
Schmoelz M, Schelling G, Dunker M, Irlbeck M. Comparison of systemic and renal effects of dopexamine and dopamine in norepinephrine-treated septic shock. *Journal of Cardiothoracic and Vascular Anesthesia* 2006;**20** (2):173–8. [PUBMED: 16616656]

**Sperry 2008** *{published data only}*
Sperry JL, Minei JP, Frankel HL, West MA, Harbrecht B G, Moore EE, et al.Early use of vasopressors after injury: caution before constriction. *Journal of Trauma* 2008;**64**(1): 9–14. [PUBMED: 18188092]

**Totaro 1997** *{published data only}*
Totaro RJ, Raper RF. Epinephrine-induced lactic acidosis following cardiopulmonary bypass. *Critical Care Medicine* 1997;**25**:1693–99. [PUBMED: 9377884]

**Zhou 2002** *{published data only}*
Zhou SX, Qiu HB, Huang YZ, Yang Y, Zheng RQ. Effects of norepinephrine, epinephrine, and norepinephrine-dobutamine on systemic and gastric mucosal oxygenation in septic shock. *Acta Pharmacologica Sinica* 2002;**23**:654–8. [PUBMED: 12100762 ]

## References to studies awaiting assessment

**Hai Bo 2002** *{published data only}*
Hai Bo Q, Yi Y, Shao Xia Z, Ying Zi H, Rui Qiang Z. Renal effect of dopamine, norepinephrine, epinephrine, or norepinephrine-dobutamine in septic shock. *Critical Care and Shock* 2002;**5**:9–14.

**Singh 1966** *{published data only}*
Singh S, Malhotra RP. Comparative study of angiotensin and nor-adrenaline in hypotensive states (shock). *The Journal of the Association of Physicians of India* 1966;**14**: 639–45. [PUBMED: 4292372]

## References to ongoing studies

**Cohn 2007** *{published data only}*
Prospective randomized double blind multicentre trial of low dose vasopressin versus placebo in traumatic shock resuscitation. Ongoing study February 2007.

**Fernandez 2006** *{published data only}*
Terlipressin in Septic Shock in Cirrhosis; Effects on Survival of Terlipressin Administration in Cirrhotic Patients With Severe Sepsis or Septic Shock. A Randomized, Open Labelled Controlled Trial. Ongoing study October 2006.

**Lienhart 2007** *{published data only}*
Lienhart H G, Wenzel V, Braun J, Dorges V, Dunser M, Gries A, et al.Vasopressin for therapy of persistent traumatic hemorrhagic shock. The VITRIS.at study. [German]. *Anaesthesist* 2007;**56**(2):145–50.

## Additional references

**ACCP/SCCM 1992**
American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Critical Care Medicine* 1992; **20**:864–74. [PUBMED: 1597042]

**Alberti 2005**
Alberti C, Brun-Buisson C, Chevret S, Antonelli M, Goodman SV, Martin C, et al.Systemic inflammatory response and progression to severe sepsis in critically ill infected patients. *American journal of respiratory and critical care medicine* 2005;**171**(5):461–8. [PUBMED: 15531752]

**Angus 2001**
Angus DC, Linde-Zwirble WT, Lidicker J, Clermont G, Carcillo J, Pinsky MR. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. *Critical Care Medicine* 2001;**29**(7): 1303–10. [PUBMED: 11445675]

**Babaev 2005**
Babaev A, Frederick PD, Pasta DJ, Every N, Sichrovsky T, Hochman JS. Trends in management and outcomes of patients with acute myocardial infarction complicated by cardiogenic shock. *JAMA* 2005;**294**(4):448–54. [PUBMED: 16046651]

**Beale 2004**
Beale RJ, Hollenberg SM, Vincent JL, Parrillo JE. Vasopressor and inotropic support in septic shock: an evidence-based review. *Critical Care Medicine* 2004;**32** **Suppl**(11):455–65. [PUBMED: 15542956]

**Blanco 2008**
Blanco J, Muriel-Bombin A, Sagredo V, Taboada F, Gandia F, Tamayo L, et al.Incidence, organ dysfunction

and mortality in severe sepsis: a Spanish multicentre
study. *Critical Care (London, England)* 2008;**12**(6):R158.
[PUBMED: 19091069]

**Cannon 2009**

Cannon CM, Braxton CC, Kling-Smith M, Mahnken
JD, Carlton E, Moncure M. Utility of the shock index
in predicting mortality in traumatically injured patients.
*The Journal of Trauma* 2009;**67**(6):1426–30. [PUBMED:
20009697]

**Dellinger 2008**

Dellinger RP, Levy MM, Carlet JM, Bion J, Parker MM,
Jaeschke R, et al.Surviving Sepsis Campaign: international
guidelines for management of severe sepsis and septic
shock: 2008. *Critical Care Medicine* 2008;**36**(1):296–327.
[PUBMED: 18158437]

**Esteban 2007**

Esteban A, Frutos-Vivar F, Ferguson ND, Penuelas O,
Lorente JA, Gordo F, et al.Sepsis incidence and outcome:
contrasting the intensive care unit with the hospital ward.
*Critical Care Medicine* 2007;**35**(5):1284–9. [PUBMED:
17414725]

**Geiling 1926**

Geiling EMK, Campbell DJ. Variations in blood pressure
induced by repeated injections of extracts of the posterior
lobe of the pituitary gland. *Journal of Pharmacological and
Experimental Therapeutics* 1926;**29**:449-60.

**Hayden 1994**

Hayden WR. Sepsis terminology in pediatrics. The Journal
of Pediatrics 1994; Vol. 124, issue 4:657–8. [PUBMED:
8151490]

**Higgins 2011**

Higgins JPT, Green S, editors.Cochrane Handbook for
Systematic Reviews of Interventions Version 5.1.0 [updated
March 2011]. Available from www.cochrane-handbook.org.

**Hinshaw 1972**

Hinshaw LB, Cox BG. *The Fundamental Mechanisms of
Shock*. New York: Plenum Press, 1972.

**Hoffman 1992**

Hoffman B, Lefkowitz. Catecholamines and
sympatomimetic drugs. In: A Goodman Gilman editor
(s). *The pharmacological basis of therapeutics*. 8th Edition.
Singapore: McGraw-Hill, 1992:187–220.

**Holmes 2009**

Holmes CL, Walley KR. Vasoactive drugs for vasodilatory
shock in ICU. *Current Opinion in Critical Care* 2009;**15**(5):
398–402. [PUBMED: 19542884]

**Leone 2004**

Leone M, Vallet B, Teboul JL, Mateo J, Bastien O, Martin
C. Survey of the use of catecholamines by French physicians.
*Intensive Care Medicine* 2004;**30**(5):984–8. [PUBMED:
14997293]

**Leone 2008**

Leone M, Martin C. Vasopressor use in septic shock: an
update. *Current Opinion in Anaesthesiology* 2008;**21**(2):
141–7. [PUBMED: 18443479]

**Levy 2003**

Levy MM, Fink MP, Marshall JC, Abraham E, Angus
D, Cook D, et al.2001 SCCM/ESICM/ACCP/ATS/SIS
International Sepsis Definitions Conference. *Critical Care
Medicine* 2003;**31**(4):1250–6. [PUBMED: 12682500]

**Levy 2010**

Levy B, Collin S, Sennoun N, Ducrocq N, Kimmoun A,
Asfar P, et al.Vascular hyporesponsiveness to vasopressors
in septic shock: from bench to bedside. *Intensive Care
Medicine* 2010;**36**(12):2019–29. [PUBMED: 20862451]

**Martin 2000**

Martin C, Viviand X, Leone M, Thirion X. Effect
of norepinephrine on the outcome of septic shock.
*Critical Care Medicine* 2000;**28**(8):2758–65. [PUBMED:
10966247]

**Povoa 2009**

Povoa PR, Carneiro AH, Ribeiro OS, Pereira AC. Influence
of vasopressor agent in septic shock mortality. Results
from the Portuguese Community-Acquired Sepsis Study
(SACiUCI study). *Critical Care Medicine* 2009;**37**(2):
410–6. [PUBMED: 19114885]

**RevMan 5.1**

The Nordic Cochrane Centre, The Cochrane Collaboration.
Review Manager (RevMan). 5.1. Copenhagen: The Nordic
Cochrane Centre, The Cochrane Collaboration, 2011.

**Rivers 2001**

Rivers E, Nguyen B, Havstad S, Ressler J, Muzzin
A, Knoblich B, et al.Early goal-directed therapy in
the treatment of severe sepsis and septic shock. *The
New England Journal of Medicine* 2001;**345**:1368–77.
[PUBMED: 11794169]

**Rucker 2008**

Rucker G, Schwarzer G, Carpenter J. Arcsine test for
publication bias in meta-analyses with binary outcomes.
*Statistics in Medicine* 2008;**27**(5):746–63. [PUBMED:
17592831]

**Sakr 2006**

Sakr Y, Reinhart K, Vincent JL, Sprung CL, Moreno R,
Ranieri VM, et al.Does dopamine administration in shock
influence outcome? Results of the Sepsis Occurrence in
Acutely Ill Patients (SOAP) Study. *Critical Care Medicine*
2006;**34**(3):589–97. [PUBMED: 16505643]

**Subhedar 2003**

Subhedar NV, Shaw NJ. Dopamine versus dobutamine
for hypotensive preterm infants. *Cochrane Database
of Systematic Reviews* 2003, Issue 3. [DOI: 10.1002/
14651858.CD001242; : CD001242]

**Sundararajan 2005**

Sundararajan V, Macisaac CM, Presneill JJ, Cade JF,
Visvanathan K. Epidemiology of sepsis in Victoria,
Australia. *Critical Care Medicine* 2005;**33**(1):71–80.
[PUBMED: 15644651]

**Young 2008**

Young WF. SHOCK. In: Stone CK, Humphries R editor(s).
*CURRENT Diagnosis and Treatment Emergency Medicine*.

6th Edition. New York: LANGE CURRENT Series/
McGraw-Hill, 2008:160.

**Zaritsky 1994**
Zaritsky AL. Catecholamines, inotropic medications, and
vasopressor agents. In: Chernow B editor(s). *Essentials
of Critical Care Pharmacology*. 2nd Edition. Williams &
Wilkins, 1994:255–72.

## References to other published versions of this review

**Müllner 2004**
Müllner M, Urbanek B, Havel C, Losert H, Gamper G,
Herkner H. Vasopressors for shock. *Cochrane Database
of Systematic Reviews* 2004, Issue 3. [DOI: 10.1002/
14651858.CD003709]
* *Indicates the major publication for the study*

PAR-VASO-0007525

# CHARACTERISTICS OF STUDIES

## Characteristics of included studies *[ordered by study ID]*

**Albanese 2005**

| Methods | Single centre, open label randomized controlled study in a tertiary care university hospital |
|---|---|
| Participants | Adult patients with hyperdynamic septic shock after fluid resuscitation<br>Mean age=66yrs, 35% female<br>APACHE II score = 28.5 (N=20) |
| Interventions | Norepinephrine started with 0.3mcg/kg and increased by 0.3mcg/kg every 4 min until MAP 65-75mmHg<br>versus<br>Terlipressin 1mg bolus, followed by second bolus of 1mg if MAP<65mmHg |
| Outcomes | In-hospital mortality, renal function (urine flow, creatinine clearance up to 8 hours - presented in a graph only, no numbers provided), haemodynamic parameters, blood gas, lactate at 6 hours.<br>For the mortality analysis we used data on in-hospital mortality. |
| Notes | No explicit primary outcome defined |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer generated randomization schedule |
| Allocation concealment (selection bias) | Unclear risk | Unclear if allocation was concealed |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | Only for 6 hours |
| Outcome description | Unclear risk | Implicitly described |
| Physicians blinded | High risk | Open label |
| Outcome assessors blinded? | Unclear risk | Not reported |

PAR-VASO-0007526

**Annane 2007**

| Methods | Multicentre versus double-blinded randomized controlled trial in 19 ICUs (CATS study) |
|---|---|
| Participants | Adult patients with septic shock (authors' definition)<br>Mean age=63, 39% female<br>SAPS II score=53, SOFA score=11 (N=330) |
| Interventions | Epinephrine infusion 0.2mcg/kg/min (N=161)<br>versus<br>Norepinephrine infusion 0.2mcg/kg/min and dobutamine 5mcg/kg/min (N=169)<br>Both adjusted according to MAP, pulmonary arterial wedge pressure, cardiac index and response to fluid challenge. |
| Outcomes | 28-day mortality (primary), 7,14,90 day- ICU-, and hospital-mortality, duration of vasopressor therapy, time to haemodynamic success, adverse events.<br>For the mortality analysis we used data on 90-day mortality. |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer randomization sequence, stratified by centre, 1:1, blocks of 6 |
| Allocation concealment (selection bias) | Low risk | Double blind, double dummy |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Low risk | |
| Physicians blinded | Low risk | |
| Outcome assessors blinded? | Low risk | |

**Boccara 2003**

| Methods | Single centre; university hospital |
|---|---|
| Participants | Adult patients scheduled for carotid endarterectomy and refractory perioperative hypotension<br>(N=20) |

PAR-VASO-0007527

**Boccara 2003** *(Continued)*

| | |
|---|---|
| Interventions | Goal directed (terlipressin infused in 1 mg intravenous boluses up to 3 mg versus norepinephrine (50 mcg/ml) initial rate of 10 ml/h, incrementally by 2 ml/h) |
| Outcomes | Death, stroke, myocardial ischemias; renal failure; hospital stay<br>For the mortality analysis we used data on undetermined mortality. |
| Notes | It is unclear when patients died (peri-operative or in-hospital) |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | |
| Allocation concealment (selection bias) | Low risk | Envelopes |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Unclear risk | Not reported |
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Not reported |
| Outcome description | Low risk | |
| Physicians blinded | Unclear risk | Not reported |
| Outcome assessors blinded? | Unclear risk | Not reported |

**Choong 2009**

| | |
|---|---|
| Methods | Multicentre versus double-blind randomized controlled trial, university hospital PCCUs (Paediatric Critical Care Unit) |
| Participants | Pediatric patients with vasodilatory shock (authors' definition)<br>Mean age= 10yrs, 48% female<br>PRISM III score=13, MODS score=3; PELOD score=10.5 (N=69) |
| Interventions | Vasopressin infusion 0.0005U/kg/min, increased every 5 min up to 0.002U/kg/min (max. dose 0.05U/min) to maintain target MAP for age<br>versus<br>Saline placebo |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007528

**Choong 2009**    *(Continued)*

| | |
|---|---|
| Outcomes | Time to vasopressors discontinuation (primary), 30 day mortality, organ dysfunction, urine output, haemodynamics, vasopressor dose, vasopressin serum levels, vasopressor free days until day 30, organ failure free days until day 30, mechanical ventilation free days until day 30, length of PCCU stay, adverse events. For the mortality analysis we used data on 30 day mortality. |
| Notes | All other vasopressors were open label and up to the treating physician's discretion. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer randomization sequence, 1:1, stratified by centre, permuted blocks within strata |
| Allocation concealment (selection bias) | Low risk | Central telephone-based randomization |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Low risk | |
| Physicians blinded | Low risk | Identical syringes |
| Outcome assessors blinded? | Low risk | |

**De Backer 2010**

| | |
|---|---|
| Methods | Multicentre versus randomized blinded controlled trial, 8 university hospitals (SOAP II study) |
| Participants | Adult patients with shock (authors´ definition)<br>Mean age=68yrs, 57%female<br>APACHE II score = 20, SOFA score =9 (N=1679) |
| Interventions | Dopamine incrementally increased dose by 2 mcg/kg/min (max 20 mcg)<br>versus<br>Norepinephrine incrementally increased dose by 0.02 mcg/kg/min (max 0.19 mcg) |
| Outcomes | 28 day mortality (primary), 6 months-12 months- ICU-, and hospital-mortality, length of stay ICU, length of stay in hospital, number of days without need of organ support |

PAR-VASO-0007529

**De Backer 2010** *(Continued)*

|  | (vasopressors, ventilators, renal replacement therapy), time to reach MAP>65 mmHg, adverse events (arrhythmia, myocardial necrosis, skin necrosis, ischemias in limbs or distal extremities, secondary infections). For the mortality analysis we used data on 12 months mortality. |
| --- | --- |
| Notes | If patients hypotensive after max dosage, open label norepinephrine |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
| --- | --- | --- |
| Random sequence generation (selection bias) | Low risk | Computer generated permuted blocks of 6-10, stratified to centres |
| Allocation concealment (selection bias) | Low risk | Sealed opaque envelopes |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Low risk | |
| Physicians blinded | Low risk | Identical syringes |
| Outcome assessors blinded? | Low risk | |

**Dünser 2003**

| Methods | Single centre; university hospital |
| --- | --- |
| Participants | Adult surgical and medical patients with vasodilatory shock (N=48) |
| Interventions | Fixed dose of vasopressin (4 U/h) plus goal directed norepinephrine (MAP>=70mmHg) versus goal directed norepinephrine (MAP≥70mmHg) |
| Outcomes | 24h mortality; 48h mortality; ICU mortality; length of ICU stay For the mortality analysis we used data on ICU mortality. |
| Notes | Patients were allowed to receive vasopressin in the norepinephrine group if "failed" |

*Risk of bias*

PAR-VASO-0007530

**Dünser 2003** *(Continued)*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | 'patients were randomly assigned into and AVP group and an NE group' |
| Allocation concealment (selection bias) | Unclear risk | Not reported |
| Explicit in-/exclusion criteria | Low risk | Implicitly described |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Not reported |
| Outcome description | Low risk | Implicitly described |
| Physicians blinded | Unclear risk | Not reported |
| Outcome assessors blinded? | Unclear risk | Not reported |

**Lauzier 2006**

| Methods | Multicentre versus open label randomized controlled at university hospitals |
|---|---|
| Participants | Adult patients with septic shock (ACCP/SCCM Definition ACCP/SCCM 1992) mean age=55yrs, 39% female<br>Mean APACHE II score = 23.15, mod. SOFA score =8.9 (N=23) |
| Interventions | Arginine-vasopression (AVP) infusion 0.04 to 0.2U/min (N=13), at doses >0.2U/min rescue therapy with norepinephrine or additional AVP allowed.<br>versus<br>Norepinephrine 0.1-2.8mcg/kg/min (N=10), at doses >2.8mcg/kg/min rescue therapy with norepinephrine or additional AVP allowed.<br>both for 48 hours to achieve MAP>70mmHg |
| Outcomes | Hemodynamic parameters, organ dysfunction, kreatinine clearance based on two hour collection 24h after randomisation, ICU mortality<br>For the mortality analysis we used data on ICU mortality. |
| Notes | Dobutamine allowed if cardiac index < 3l/min/m$^2$ |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|

---

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007531

**Lauzier 2006**  *(Continued)*

| | | |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer generated block randomisation list, stratified by centre |
| Allocation concealment (selection bias) | Low risk | Sequentially numbered opaque sealed envelopes |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Groups differ in steroid therapy and baseline vasopressor support |
| Outcome description | Unclear risk | Only implicitly described, no primary outcome |
| Physicians blinded | High risk | Open label |
| Outcome assessors blinded? | High risk | |

**Levy 1997**

| | |
|---|---|
| Methods | Single centre; university hospital |
| Participants | Adult surgical and medical patients with septic shock (N=30) |
| Interventions | Goal directed epinephrine versus norepinephrine + fixed dobutamine (5 mcg/kg/min) |
| Outcomes | Survival (not further clarified); haemodynamics, tonometry<br>For the mortality analysis we used data undetermined mortality. |
| Notes | It is unclear when patients died |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | 'according to a randomisation code' |
| Allocation concealment (selection bias) | Unclear risk | Not reported |
| Explicit in-/exclusion criteria | Low risk | Explicitly described |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007532

**Levy 1997**   *(Continued)*

| ITT-analysis | Unclear risk | Not reported |
|---|---|---|
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Not reported |
| Outcome description | Low risk | Implicit |
| Physicians blinded | Unclear risk | Not reported |
| Outcome assessors blinded? | Unclear risk | Not reported |

**Luckner 2006**

| Methods | Single centre randomized controlled trial, university hospital |
|---|---|
| Participants | Adult postoperative patients (major surgery or cardiac surgery) with MAP<65mmHg and norepinephrine support>0.5mcg/kg/min<br>Mean age=69yrs, 39% female<br>Modified Goris score=12.3 (N=18) |
| Interventions | Arginine vasopressin-infusion 4U/h and norepinephrine-infusion to achieve and maintain MAP>65mmHg<br>versus<br>Norepinephrine-infusion to achieve and maintain MAP>65mmHg |
| Outcomes | Cutaneous vascular reactivity and flow motion at 1 hour (primary), haemodynamics, metabolic variables, ICU mortality<br>For the mortality analysis we used data on ICU mortality. |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Random number generating computer program |
| Allocation concealment (selection bias) | Unclear risk | No sufficient detail reported |
| Explicit in-/exclusion criteria | Unclear risk | No sufficient detail reported |
| ITT-analysis | High risk | The analysis was performed 'as treated' |
| Adequate patient description | High risk | No sufficient detail reported |

PAR-VASO-0007533

**Luckner 2006**  *(Continued)*

| | | |
|---|---|---|
| Identical care | Unclear risk | No sufficient detail reported, in particular on catecholamine therapy |
| Outcome description | Low risk | |
| Physicians blinded | High risk | |
| Outcome assessors blinded? | Unclear risk | Not reported |

**Malay 1999**

| | |
|---|---|
| Methods | Multicentre |
| Participants | Adult surgical and trauma patients with septic shock (N=10) |
| Interventions | Fixed dose of vasopressin (0.04 U/min) versus placebo |
| Outcomes | 24h mortality<br>For the mortality analysis we used data on 24h mortality. |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer generated list |
| Allocation concealment (selection bias) | Low risk | Pharmacy controlled |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Unclear risk | Not reported |
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Not reported |
| Outcome description | Low risk | |
| Physicians blinded | Low risk | |
| Outcome assessors blinded? | Low risk | |

PAR-VASO-0007534

**Marik 1994**

| Methods | Single centre; university hospital |
|---|---|
| Participants | Adult patients with septic shock; unclear whether medical or surgical (N=20) |
| Interventions | Goal directed norepinephrine (to achieve a MAP>75mmHg) versus dopamine ("... and in case of dopamine ... to keep pulse rate <150/min") |
| Outcomes | Death<br>For the mortality analysis we used data on undetermined mortality. |
| Notes | It is unclear when patients died |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Random number generator |
| Allocation concealment (selection bias) | Unclear risk | Not reported |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Low risk | Implicit |
| Physicians blinded | Unclear risk | Not reported |
| Outcome assessors blinded? | Unclear risk | Not reported |

**Martin 1993**

| Methods | Single centre; university hospital |
|---|---|
| Participants | Adult patients with septic shock; unclear whether medical or surgical (N=32) |
| Interventions | Goal directed dopamine (max 25 mcg/kg/min; if goal not reached, addition of norepinephrine) versus norepinephrine (max 5 mcg/kg/min; if goal not reached addition of dopamine) |

PAR-VASO-0007535

**Martin 1993** *(Continued)*

| Outcomes | Hospital mortality<br>For the mortality analysis we used data on hospital mortality. |
|---|---|
| Notes | |

**Risk of bias**

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | 'according to the randomisation code' |
| Allocation concealment (selection bias) | Unclear risk | Not reported in sufficient detail |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Unclear risk | Not reported |
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Not reported |
| Outcome description | Low risk | |
| Physicians blinded | Low risk | |
| Outcome assessors blinded? | Low risk | |

**Mathur 2007**

| Methods | Single centre, randomized controlled trial; university hospital |
|---|---|
| Participants | Adult patients with septic shock (authors' definition)<br>Mean age=54yrs, 36% female<br>APACHE II score=25 (N=50) |
| Interventions | Dopamine-infusion 10mcg/kg/min, increase by 2.5mcg/kg/min every 15 min (up to 25mcg/kg/min) to achieve goal.<br>versus<br>Norepinephrine-infusion 0.5mcg/kg/min, increase by 0.25mcg/kg/min every 15 min (up to 2.5mcg/kg/min) to achieve goal.<br>Goal (to be achieved and maintained for 6 hours): SBP>90mmHg and SVRI>1100dynes*s/cm5*m2 and CI>4l/min/m2 and IDO2>550ml/min/m2 and IVO2>150ml/min/m2 |
| Outcomes | Haemodynamic parameters, haemodynamic response (goal achieved), urine output, mortality. |

PAR-VASO-0007536

**Mathur 2007**    *(Continued)*

|  | For the mortality analysis we used data on undetermined mortality. |
|---|---|
| Notes | |

**Risk of bias**

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | 'were randomly allocated into two groups' |
| Allocation concealment (selection bias) | Unclear risk | Not reported |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Unclear risk | Implicitly described |
| Physicians blinded | Low risk | |
| Outcome assessors blinded? | Low risk | |

**Morelli 2008a**

| Methods | Single centre open label randomized controlled pilot study, university hospital |
|---|---|
| Participants | Adult patients with septic shock (ACCP/SCCM 1992 ACCP/SCCM 1992) and norepinephrine support >0.9mcg/kg/min<br>Mean age=66yrs, 27% female<br>SAPS score=60 (N=59) |
| Interventions | 1) Norepinephrine infusion incrementally to achieve MAP 65-75<br>versus<br>2) Terlipressin 1mg (bolus) and norepinephrine infusion to achieve MAP 65-75<br>versus<br>3) Terlipressin 1mg (bolus) and dobutamine infusion 3mcg/kg/min (increasing by 1-3mcg/kg/min up to 20mcg/kg/min to maintain mixed venous oxygen saturation at baseline) and norepinephrine infusion to achieve MAP 65-75<br>We used the comparisons 1 versus 2 and 1 versus 3, but not 2 versus 3, because this is virtually a comparison of dobutamine versus control. Dobutamine is not considered a vasopressor. |

PAR-VASO-0007537

**Morelli 2008a**  *(Continued)*

| | |
|---|---|
| Outcomes | Organ dysfunction, urine output two and four hours after study start, haemodynamics, vasopressor requirements, length of ICU stay, ICU mortality<br>For the mortality analysis we used data on ICU mortality. |
| Notes | |

**Risk of bias**

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer based procedure reported |
| Allocation concealment (selection bias) | Unclear risk | No means to conceal the allocation is reported |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | High risk | One patient with inappropriate noradrenaline dosing was excluded from the analysis. |
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Not reported in sufficient detail |
| Outcome description | Unclear risk | Not reported in sufficient detail |
| Physicians blinded | High risk | |
| Outcome assessors blinded? | Unclear risk | Not reported |

**Morelli 2008b**

| | |
|---|---|
| Methods | Single centre double blind randomized controlled study, university hospital |
| Participants | Adult patients with septic shock (Surviving Sepsis Campaign 2008 criteria Dellinger 2008)<br>Mean age=70yrs, 34% female<br>Simplifies APACHE II score=56 (N=32) |
| Interventions | Norepinephrin infusion to achieve MAP 65-75mmHg<br>versus<br>Phenylephrine infusion to achieve MAP 65-75mmHg<br>For both arms explicit dosing schemes are not reported. |

PAR-VASO-0007538

**Morelli 2008b**    *(Continued)*

| | |
|---|---|
| Outcomes | Plasma disappearance rate of indocyanine green (PDR) and blood clearance of indocyanine green (CBI) (primary), haemodynamics, organ function, length of ICU stay, ICU mortality. Creatinine clearance and urine output are presented only graphically, P values are reported.<br>For the mortality analysis we used data on ICU mortality. |
| Notes | Noradrenaline dose at baseline was 0.8±0.7mcg/kg/min<br>Dobutamine was added to achieve mixed venous oxygen saturation >64% if necessary. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer based procedure |
| Allocation concealment (selection bias) | Low risk | Double blind study drug |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Unclear risk | Only primary outcome described in the methods |
| Physicians blinded | Low risk | |
| Outcome assessors blinded? | Low risk | |

**Morelli 2009**

| | |
|---|---|
| Methods | Single centre randomized controlled trial, university hospital |
| Participants | Adult patients with septic shock (Surviving Sepsis Campaign criteria 2008 Dellinger 2008)<br>Mean age 66yrs, 27% female<br>SAPS II score=60 (N=45) |
| Interventions | Terlipressin infusion 1.3mcg/kg/h<br>versus<br>Arginine vasopressin infusion 0.03U/min<br>versus<br>Norepinephrine infusion 15mcg/min |

PAR-VASO-0007539

**Morelli 2009**    *(Continued)*

| | For all groups open label norepinephrine was added to achieve MAP 65-75mmHg |
|---|---|
| Outcomes | Norepinephrine requirements (primary), haemodynamics, metabolic parameters, blood gas, cytokine levels, ICU mortality, length of ICU stay, adverse events, renal replacement therapy, creatinine clearance and urine output at 48hrs (data presented in a graph only, with intra-group comparisons)<br>For the mortality analysis we used data on ICU mortality. |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer based procedure |
| Allocation concealment (selection bias) | Unclear risk | No concealment procedure reported |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Low risk | |
| Physicians blinded | Unclear risk | Not explicitly reported |
| Outcome assessors blinded? | Unclear risk | Not explicitly reported |

**Myburgh 2008**

| Methods | Multicenter versus double blind randomized controlled trial, four multidisciplinary university hospital ICUs |
|---|---|
| Participants | Adult ICU patients requiring vasopressors for any reason<br>Mean age=60yrs, 39% female<br>APACHE II score=22 (N=280) |
| Interventions | Switch from the vasopressor at inclusion to either<br>Epinephrine (no dosing scheme reported)<br>or<br>Norepinephrine (no dosing scheme reported)<br>To achieve MAP>70mmHg ( or individualised by treating physicians), no restriction on other vasopressors except the study drugs |

PAR-VASO-0007540

**Myburgh 2008**   *(Continued)*

| | |
|---|---|
| Outcomes | Time to achieve MAP goal, drug free days from randomization (primary); mortality at days 28, 90.<br>For the mortality analysis we used data on 90 day mortality. |
| Notes | Subgroup analysis: septic shock, circulatory failure;<br>22 patients withdrawn by treating physicians due to adverse events. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Random number generator (StatMate, GraphPad), stratified by centre in invari-able blocks |
| Allocation concealment (selection bias) | Low risk | Independently prepared double blind study drugs |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Sufficient detail not described |
| Outcome description | Low risk | |
| Physicians blinded | Low risk | |
| Outcome assessors blinded? | Low risk | |

**Patel 2010**

| | |
|---|---|
| Methods | Single centre (university hospital), prospective, quasi-randomized, open label, clinical trial in a medical intensive care unit |
| Participants | Adult fluid-resuscitated patients with septic shock<br>Age not stated, 54% female<br>APACHE II score=28<br>SOFA score=12, (N=252) |
| Interventions | Dopamine 5-20 mcg/kg/min to pre-determined max of 20 mcg/kg/min<br>versus<br>Norepinephrine 5-20 mcg/min, to a pre-determined max of 20 mcg/kg/min<br>as the initial vasopressor<br>If haemodynamic goal was not achieved (MAP > 60 mmHg and/or SBP > 90mmHg): |

PAR-VASO-0007541

**Patel 2010**   *(Continued)*

| | |
|---|---|
| | add (1) vasopressin 0.04 U/min and (2) phenylephrine (25-200 mcg/min)<br>If ScvO2 < 70%: add dobutamine |
| Outcomes | Primary: all-cause 28 day mortality. Secondary: organ dysfunction, hospital and intensive care unit length of stay, and safety (primarily occurrence of arrhythmias)<br>For the mortality analysis we used data on 28 day mortality. |
| Notes | SOFA score as secondary outcome not explicitly presented |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | High risk | Even and odd calender day enrolment |
| Allocation concealment (selection bias) | High risk | |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | But age not stated |
| Identical care | Low risk | |
| Outcome description | Low risk | |
| Physicians blinded | High risk | |
| Outcome assessors blinded? | Unclear risk | But not explicitly reported |

**Ruokonen 1993**

| | |
|---|---|
| Methods | Single centre; university hospital |
| Participants | Adult, medical patients with septic shock<br>(N=10) |
| Interventions | Goal directed norepinephrine versus dopamine<br>Patients in the norepinephrine group received additional low-dose dopamine (not considered as vasopressor). |
| Outcomes | Death<br>For the mortality analysis we used data on undetermined mortality. |
| Notes | It is unclear when patients died; duration of the intervention is unclear |

PAR-VASO-0007542

**Ruokonen 1993** *(Continued)*

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | 'patients received in random order ...' |
| Allocation concealment (selection bias) | Unclear risk | Not reported |
| Explicit in-/exclusion criteria | Unclear risk | Not reported |
| ITT-analysis | Unclear risk | Not reported |
| Adequate patient description | Unclear risk | Not reported |
| Identical care | Unclear risk | Not reported |
| Outcome description | Unclear risk | Not reported |
| Physicians blinded | Unclear risk | Not reported |
| Outcome assessors blinded? | Unclear risk | Not reported |

### Russell 2008

| | |
|---|---|
| Methods | Multicentre versus double blind randomized controlled trial, university hospitals (VASST study) |
| Participants | Adult patients with septic shock defined by ACCP/SCCM 1992 criteria (ACCP/SCCM 1992)<br>Mean age 61yrs, 39% female<br>APACHE score=27 (N=778) |
| Interventions | Vasopressine infusion 0.01U/min, increased by 0.005U/min every 10 min (max 0.03U/min) until MAP 65-75 mmHg<br>versus<br>Norepinephrine infusion 5mcg/min, increased by 2.5mcg/min every 10 min (max 15mcg/min) until MAP 65-75 mmHg<br>Additional open label vasopressors were allowed if MAP not reached at maximum doses of study drugs |
| Outcomes | 28day mortality (primary), 90 days mortality, days alive and organ dysfunction free (renal replacement therapy, mechanical ventilation) until day 28, days alive and free of SIRS until day 28, days alive and free of corticosteroids until day 28, length of stay in ICU and hospital, serious adverse events<br>For the mortality analysis we used data on 90 day mortality. |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007543

**Russell 2008**  *(Continued)*

| Notes | | |
|---|---|---|

**Risk of bias**

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer generated procedure, stratified by centre and severity of shock, variable permutated blocks (size 2-6) |
| Allocation concealment (selection bias) | Low risk | Central telephone-based allocation system |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Low risk | |
| Physicians blinded | Low risk | |
| Outcome assessors blinded? | Low risk | |

**Seguin 2002**

| Methods | Single centre; university hospital |
|---|---|
| Participants | Adult patients with septic shock; unclear whether medical or surgical (N=22) |
| Interventions | Goal directed epinephrine versus norepinephrine + fixed dobutamine (5 microgram/kg/min) |
| Outcomes | Death<br>For the mortality analysis we used data on undetermined mortality. |
| Notes | It is unclear when patients died |

**Risk of bias**

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | 'the patient was randomised to either epinephrine or dobutamine-norepinephrine..' |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007544

**Seguin 2002**    *(Continued)*

| | | |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | Not reported |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Unclear risk | Not reported |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Unclear risk | Not reported |
| Physicians blinded | Unclear risk | Not reported |
| Outcome assessors blinded? | Unclear risk | Not reported |

**Seguin 2006**

| | |
|---|---|
| Methods | Single centre, randomised controlled trial, university hospital |
| Participants | Adult patients with septic shock (authors' definition)<br>Mean age= 66yrs, 23% female<br>SAPS II score=54, SOFA score =10 (N=22) |
| Interventions | Dopexamine(DX) infusion 0.5mcg/kg/min and norepinephrine(NE)-infusion 0.2 mcg/kg/min.<br>If cardiac index>3l/kg/min NE increased by 0.2mcg/kg/min every 3 min until MAP 70 to 80 mmHg<br>If cardiac index <3l/kg/min DX increased by 0.5mcg/kg/min every 3 min until MAP 70 to 80 mmHg<br>versus<br>Epinephrine infusion 0.2mcg/kg/min. Icreased by 0.2mcg/kg/min every 3 min until MAP 70 to 80 mmHg |
| Outcomes | Gastro mucosal blood flow (primary), haemodynamics, 28 day mortality, 90 day mortality<br>For the mortality analysis we used data on 90 day mortality. |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer generated randomisation list, unequal blocks |

PAR-VASO-0007545

**Seguin 2006**  *(Continued)*

| | | |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | By independent pharmacist |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Low risk | |
| Outcome description | Low risk | |
| Physicians blinded | Unclear risk | Independent pharmacist involved, but masking not described |
| Outcome assessors blinded? | Unclear risk | Not described |

**Yildizdas 2008**

| | |
|---|---|
| Methods | Single centre randomized controlled trial, university hospital PICUs (Paediatric Intensive Care Unit) |
| Participants | Pediatric patients with septic shock (Hayden 1994,ACCP/SCCM 1992) and non-response to fluid resuscitation and high dose catecholamines<br>Mean age= 28months, 47% female<br>PRISM score=29 (N=58) |
| Interventions | Terlipressin bolus 20mcg/kg every 6 hours up to 96 hours (if MAP <2SD for age and at treating physicians discretion)<br>versus<br>Placebo |
| Outcomes | ICU mortality. length of ICU stay, biochemical markers, mechanical ventilation, haemodynamics, adverse events (digital ischemias). Urine output was narratively described as unchanged within the intervention group, but no numbers or between-group comparisons are presented)<br>For the mortality analysis we used data on ICU mortality. |
| Notes | Placebo administration is not described in sufficient detail |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Open random table |

PAR-VASO-0007546

**Yildizdas 2008**  *(Continued)*

| | | |
|---|---|---|
| Allocation concealment (selection bias) | High risk | Open random table |
| Explicit in-/exclusion criteria | Low risk | |
| ITT-analysis | Low risk | |
| Adequate patient description | Low risk | |
| Identical care | Unclear risk | Catecholamine therapy not described in sufficient detail |
| Outcome description | Low risk | |
| Physicians blinded | High risk | |
| Outcome assessors blinded? | Unclear risk | Not reported |

h, hour; ICU, intensive care unit; PCCU, paediatric critical care unit; PICU, paediatric intensive care unit; MAP, mean arterial pressure; SBP, systolic blood pressure; U, units;

## Characteristics of excluded studies  *[ordered by study ID]*

| Study | Reason for exclusion |
|---|---|
| Argenziano 1997 | No relevant endpoints<br>(Study population: vasodilatory shock after left ventricular assist device placement)<br>Intervention: vasopressin or saline placebo |
| Hentschel 1995 | No relevant endpoints and other population<br>(Study population: hypotensive preterm infants)<br>Intervention: dobutamine or dopamine |
| Kinstner 2002 | No relevant endpoints<br>(Study population: adult patients with septic shock)<br>Intervention: arginine-vasopressin, or placebo<br>Study population: adults with septic shock<br>NB only published as abstract |
| Levy 1999 | No relevant endpoints<br>(Study population: adult patients with septic shock)<br>Intervention: dobutamine or dopexamine |

PAR-VASO-0007547

*(Continued)*

| | |
|---|---|
| Majerus 1984 | No relevant endpoints<br>(Study population: adult patients after abdominal surgery with septic shock)<br>Intervention: dopamine or dobutamine |
| Patel 2002 | No relevant endpoints<br>(Study population: adult patients with severe septic shock)<br>Intervention: norepinephrine or vasopressin |
| Rozé 1993 | Other population<br>(Study population: preterm infants with refractory shock)<br>Intervention: dopamine versus dobutamine |
| Schmoelz 2006 | Patients with septic shock treated with norepinephrine received either dopexamine (2mcg/kg/min), dopamine (3mcg/kg/min), or saline placebo<br>The comparison between dopamine and saline placebo as add-on therapy was initially considered relevant. However, the dopamine dose (3mcg/kg/min) is not considered to have vasopressor properties and accordingly does not fulfil our inclusion criteria of vasopressor versus placebo |
| Sperry 2008 | Data from a multicentre prospective cohort study in patients with blunt injury and haemorrhagic shock, not randomized study |
| Totaro 1997 | No relevant endpoints<br>(Study population: adult patients with hypotension after cardiopulmonary bypass)<br>Intervention: epinephrine or norepinephrine |
| Zhou 2002 | No relevant endpoints<br>(Study population: adults with septic shock)<br>Intervention: norepinephrine, epinephrine, and norepinephrine-dobutamine in a crossover fashion |

## Characteristics of studies awaiting assessment *[ordered by study ID]*

**Hai Bo 2002**

| | |
|---|---|
| Methods | Not available |
| Participants | Not available |
| Interventions | Not available |
| Outcomes | Not available |
| Notes | Not available |

PAR-VASO-0007548

**Singh 1966**

| Methods | Not available |
|---|---|
| Participants | Not available |
| Interventions | Not available |
| Outcomes | Not available |
| Notes | Not available |

## Characteristics of ongoing studies  *[ordered by study ID]*

**Cohn 2007**

| Trial name or title | Prospective randomized double blind multicentre trial of low dose vasopressin versus placebo in traumatic shock resuscitation |
|---|---|
| Methods | Randomized, placebo controlled parallel group efficacy study |
| Participants | age 18+, systolic blood pressure <90mmHg, clinical evidence of acute traumatic injury, infusion of study drug within 1 hour after shock onset. |
| Interventions | Vasopressin bolus 4U, followed by continuous infusion 2.4U/h for 5 hours versus Placebo |
| Outcomes | Organ dysfunction, 28-day mortality |
| Starting date | February 2007 |
| Contact information | Stephen Cohn, MD, University of Texas San Antonio |
| Notes | Estimated enrolment: 333 patients NCT00420407 |

**Fernandez 2006**

| Trial name or title | Terlipressin in Septic Shock in Cirrhosis; Effects on Survival of Terlipressin Administration in Cirrhotic Patients With Severe Sepsis or Septic Shock. A Randomized, Open Labelled Controlled Trial |
|---|---|
| Methods | Treatment, Randomized, Open Label, Uncontrolled, Single Group Assignment, Safety/Efficacy Study |
| Participants | Adults with liver cirrhosis and septic shock |
| Interventions | Terlipressin 1, 1.5 and 2 mg/4h intravenously in patients with body weight < 50 kg, between 50 and 70 Kg and > 70 Kg respectively until 24h after shock resolution plus Dopamine (1-20 µg/Kg/min) and/or norepinephrine (0.05-4 µg/Kg/min) until shock resolution |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007549

**Fernandez 2006** *(Continued)*

|  |  |
|---|---|
|  | versus<br>Dopamine (1-20 µg/Kg/min) and/or norepinephrine (0.05-4 µg/Kg/min) until shock resolution |
| Outcomes | Hospital survival (primary), Refractory shock, Variceal bleeding, Hepatorenal syndrome |
| Starting date | October 2006 |
| Contact information | Javier Fernandez, MD Jfdez@clinic.ub.es Hospital Clinic Barcelona, Catalonia, Spain |
| Notes | NCT00628160 |

**Lienhart 2007**

| | |
|---|---|
| Trial name or title | Vasopressin for the therapy of persistent traumatic hemorrhagic shock. The VITRIS.at study |
| Methods | European multicentre randomized controlled study in the pre-hospital emergency medical helicopter setting |
| Participants | Adult pre-hospital traumatic haemorrhagic shock despite standard treatment within 60 min |
| Interventions | Vasopressin (10IU IV) versus saline placebo up to 3 injections at least 5 min apart |
| Outcomes | Hospital admission rate (primary), haemodynamics, fluid requirements, hospital discharge rate |
| Starting date | Jan 2009 |
| Contact information | www.vitris.at |
| Notes | NCT 00379522<br>EudraCT-Nummer 2006-004252-20 |

PAR-VASO-0007550

# D A T A   A N D   A N A L Y S E S

**Comparison 1.   Norepinephrine**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 14 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Norepinephrine versus dopamine | 6 | 1400 | Risk Ratio (M-H, Random, 95% CI) | 0.95 [0.87, 1.03] |
| 1.2 Norepinephrine versus epinephrine | 1 | 269 | Risk Ratio (M-H, Random, 95% CI) | 1.13 [0.80, 1.60] |
| 1.3 Norepinephrine versus terlipressin | 2 | 40 | Risk Ratio (M-H, Random, 95% CI) | 0.8 [0.30, 2.13] |
| 1.4 Norepinephrine versus vasopressin | 3 | 812 | Risk Ratio (M-H, Random, 95% CI) | 1.12 [0.98, 1.29] |
| 1.5 Norepinephrine versus norepinephrine+terlipressin+dobutamine | 1 | 40 | Risk Ratio (M-H, Random, 95% CI) | 1.0 [0.67, 1.50] |
| 1.6 Norepinephrine versus phenylephrine | 1 | 32 | Risk Ratio (M-H, Random, 95% CI) | 0.9 [0.51, 1.60] |
| 2 LOS ICU | 5 | | Mean Difference (IV, Random, 95% CI) | Subtotals only |
| 2.1 Norepinephrine versus vasopressin | 1 | 778 | Mean Difference (IV, Random, 95% CI) | 1.0 [-1.40, 3.40] |
| 2.2 Norepinephrine versus norepinephrine+terlipressin+dobutamine | 1 | 40 | Mean Difference (IV, Random, 95% CI) | -1.0 [-7.20, 5.20] |
| 2.3 Norepinephrine versus phenylephrine | 1 | 32 | Mean Difference (IV, Random, 95% CI) | 0.0 [-8.27, 8.27] |
| 2.4 Norepinephrine versus dopamine | 2 | 1931 | Mean Difference (IV, Random, 95% CI) | 0.09 [-0.57, 0.75] |
| 3 LOS hospital | 2 | 1931 | Mean Difference (IV, Random, 95% CI) | 0.66 [-0.96, 2.29] |
| 4 Arrhythmia | 2 | 1931 | Risk Ratio (M-H, Random, 95% CI) | 0.43 [0.26, 0.69] |

**Comparison 2.   Epinephrine**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 5 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Epinephrine vs norepinephrine | 1 | 269 | Risk Ratio (M-H, Random, 95% CI) | 0.88 [0.63, 1.25] |
| 1.2 Epinephrine versus norepinephrine+dobutamine | 3 | 382 | Risk Ratio (M-H, Random, 95% CI) | 1.04 [0.85, 1.26] |

PAR-VASO-0007551

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1.3 Epinephrine versus norepinephrine+dopexamine | 1 | 22 | Risk Ratio (M-H, Random, 95% CI) | 1.6 [0.46, 5.53] |

## Comparison 3.   Vasopressin

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 7 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Vasopressin versus placebo | 4 | 157 | Risk Ratio (M-H, Random, 95% CI) | 1.00 [0.60, 1.66] |
| 1.2 Vasopressin versus terlipressin | 1 | 30 | Risk Ratio (M-H, Random, 95% CI) | 1.14 [0.56, 2.35] |
| 1.3 Vasopressin versus norepinephrine | 3 | 812 | Risk Ratio (M-H, Random, 95% CI) | 0.89 [0.77, 1.03] |
| 2 LOS ICU | 3 | | Mean Difference (IV, Random, 95% CI) | Subtotals only |
| 2.1 Vasopressin versus terlipressin | 1 | 30 | Mean Difference (IV, Random, 95% CI) | 3.0 [-7.21, 13.21] |
| 2.2 Vasopressin versus norepinephrine | 1 | 778 | Mean Difference (IV, Random, 95% CI) | -1.0 [-3.40, 1.40] |
| 2.3 Vasopressin versus placebo | 2 | 99 | Mean Difference (IV, Random, 95% CI) | -0.26 [-3.88, 3.36] |

## Comparison 4.   Terlipressin

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 5 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Terlipressin versus placebo | 3 | 127 | Risk Ratio (M-H, Random, 95% CI) | 0.88 [0.69, 1.14] |
| 1.2 Terlipressin versus norepinephrine | 2 | 40 | Risk Ratio (M-H, Random, 95% CI) | 1.25 [0.47, 3.33] |
| 1.3 Terlipressin versus vasopressin | 1 | 30 | Risk Ratio (M-H, Random, 95% CI) | 0.88 [0.43, 1.80] |
| 2 LOS ICU | 3 | | Mean Difference (IV, Random, 95% CI) | Subtotals only |
| 2.1 Terlipressin versus placebo | 3 | 127 | Mean Difference (IV, Random, 95% CI) | -2.90 [-8.61, 2.81] |
| 2.2 Terlipressin versus vasopressin | 1 | 30 | Mean Difference (IV, Random, 95% CI) | -3.0 [-13.21, 7.21] |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007552

## Comparison 5.   Dopamine

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 6 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
|   1.1 Dopamine versus norepinephrine | 6 | 1400 | Risk Ratio (M-H, Random, 95% CI) | 1.05 [0.97, 1.15] |
| 2 LOS ICU | 2 | 1931 | Mean Difference (IV, Random, 95% CI) | -0.86 [-2.11, 0.38] |
| 3 LOS hospital | 2 | 1931 | Mean Difference (IV, Random, 95% CI) | -0.66 [-2.29, 0.96] |
| 4 Arrhythmia | 2 | 1931 | Risk Ratio (M-H, Random, 95% CI) | 2.34 [1.46, 3.78] |

## Comparison 6.   Sensitivity analysis norepinephrine

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 14 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
|   1.1 Low risk of bias norepinephrine versus dopamine | 1 | 1036 | Risk Ratio (M-H, Random, 95% CI) | 0.95 [0.87, 1.04] |
|   1.2 No low risk of bias norepinephrine versus dopamine | 5 | 364 | Risk Ratio (M-H, Random, 95% CI) | 0.93 [0.72, 1.19] |
|   1.3 Low risk of bias norepinephrine versus epinephrine | 1 | 269 | Risk Ratio (M-H, Random, 95% CI) | 1.13 [0.80, 1.60] |
|   1.4 No low risk of bias norepinephrine versus epinephrine | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
|   1.5 Low risk of bias norepinephrine versus terlipressin | 1 | 20 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
|   1.6 No low risk of bias norepinephrine versus terlipressin | 1 | 20 | Risk Ratio (M-H, Random, 95% CI) | 0.8 [0.30, 2.13] |
|   1.7 Low risk of bias norepinephrine versus vasopressin | 2 | 794 | Risk Ratio (M-H, Random, 95% CI) | 1.13 [0.97, 1.31] |
|   1.8 No low risk of bias norepinephrine versus vasopressin | 1 | 18 | Risk Ratio (M-H, Random, 95% CI) | 1.09 [0.73, 1.64] |
|   1.9 Low risk of bias norepinephrine versus norepinephrine+terlipressin+dobutamine | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007553

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1.10 No low risk of bias norepinephrine versus norepinephrine+terlipressin+dobutamine | 1 | 40 | Risk Ratio (M-H, Random, 95% CI) | 1.0 [0.67, 1.50] |
| 1.11 Low risk of bias norepinephrine versus phenylephrine | 1 | 32 | Risk Ratio (M-H, Random, 95% CI) | 0.9 [0.51, 1.60] |
| 1.12 No low risk of bias norepinephrine versus phenylephrine | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |

## Comparison 7. Sensitivity analysis epinephrine

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 5 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Low risk of bias epinephrine versus norepinephrine | 1 | 269 | Risk Ratio (M-H, Random, 95% CI) | 0.88 [0.63, 1.25] |
| 1.2 No low risk of bias epinephrine versus norepinephrine | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Low risk of bias epinephrine versus norepinephrine+dobutamine | 1 | 330 | Risk Ratio (M-H, Random, 95% CI) | 1.04 [0.84, 1.28] |
| 1.4 No low risk of bias epinephrine versus norepinephrine+dobutamine | 2 | 52 | Risk Ratio (M-H, Random, 95% CI) | 1.02 [0.60, 1.75] |
| 1.5 Low risk of bias epinephrine versus norepinephrine+dopexamine | 1 | 22 | Risk Ratio (M-H, Random, 95% CI) | 1.6 [0.46, 5.53] |
| 1.6 No low risk of bias epinephrine versus norepinephrine+dopexamine | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |

## Comparison 8. Sensitivity analysis vasopressin

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 7 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Low risk of bias vasopressin versus placebo | 2 | 79 | Risk Ratio (M-H, Random, 95% CI) | 0.92 [0.11, 7.67] |
| 1.2 No low risk of bias vasopressin versus placebo | 2 | 78 | Risk Ratio (M-H, Random, 95% CI) | 1.36 [0.27, 6.95] |

PAR-VASO-0007554

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1.3 Low risk of bias vasopressin versus terlipressin | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.4 No low risk of bias vasopressin versus terlipressin | 1 | 30 | Risk Ratio (M-H, Random, 95% CI) | 1.14 [0.56, 2.35] |
| 1.5 Low risk of bias vasopressin versus norepinephrine | 2 | 794 | Risk Ratio (M-H, Random, 95% CI) | 0.89 [0.76, 1.03] |
| 1.6 No low risk of bias vasopressin versus norepinephrine | 1 | 18 | Risk Ratio (M-H, Random, 95% CI) | 0.91 [0.61, 1.37] |

## Comparison 9.    Sensitivity analysis terlipressin

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 5 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Low risk of bias terlipressin versus placebo | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.2 No low risk of bias terlipressin versus placebo | 3 | 127 | Risk Ratio (M-H, Random, 95% CI) | 0.88 [0.69, 1.14] |
| 1.3 Low risk of bias terlipressin versus norepinephrine | 1 | 20 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.4 No low risk terlipressin versus norepinephrine | 1 | 20 | Risk Ratio (M-H, Random, 95% CI) | 1.25 [0.47, 3.33] |
| 1.5 Low risk of bias terlipressin versus vasopressin | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.6 No low risk terlipressin versus vasopressin | 1 | 30 | Risk Ratio (M-H, Random, 95% CI) | 0.88 [0.43, 1.80] |

## Comparison 10.    Sensitivity analysis dopamine

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Mortality | 6 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Low risk of bias dopamine versus norepinephrine | 1 | 1036 | Risk Ratio (M-H, Random, 95% CI) | 1.05 [0.96, 1.15] |
| 1.2 No low risk of bias dopamine versus norepinephrine | 5 | 364 | Risk Ratio (M-H, Random, 95% CI) | 1.08 [0.84, 1.38] |

PAR-VASO-0007555

## Analysis 1.1. Comparison 1 Norepinephrine, Outcome 1 Mortality.

Review: Vasopressors for hypotensive shock

Comparison: 1 Norepinephrine

Outcome: 1 Mortality



| Study or subgroup | Norepinephrine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|
| **1 Norepinephrine versus dopamine** | | | | |
| Ruokonen 1993 | 4/5 | 3/5 | | 1.33 [ 0.58, 3.09 ] |
| Martin 1993 | 7/16 | 10/16 | | 0.70 [ 0.36, 1.37 ] |
| Manik 1994 | 5/10 | 6/10 | | 0.83 [ 0.37, 1.85 ] |
| Mathur 2007 | 11/25 | 6/25 | | 1.83 [ 0.80, 4.19 ] |
| Patel 2010 | 51/118 | 67/134 | | 0.86 [ 0.66, 1.13 ] |
| De Backer 2010 | 319/507 | 349/529 | | 0.95 [ 0.87, 1.04 ] |
| **Subtotal (95% CI)** | **681** | **719** | | **0.95 [ 0.87, 1.03 ]** |
| Total events: 397 (Norepinephrine), 441 (Control) | | | | |
| Heterogeneity: Tau² = 0.0; Chi² = 4.44, df = 5 (P = 0.49); I² =0.0% | | | | |
| Test for overall effect: Z = 1.25 (P = 0.21) | | | | |
| **2 Norepinephrine versus epinephrine** | | | | |
| Myburgh 2008 | 46/134 | 41/135 | | 1.13 [ 0.80, 1.60 ] |
| **Subtotal (95% CI)** | **134** | **135** | | **1.13 [ 0.80, 1.60 ]** |
| Total events: 46 (Norepinephrine), 41 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.69 (P = 0.49) | | | | |
| **3 Norepinephrine versus terlipressin** | | | | |
| Boccara 2003 | 0/10 | 0/10 | | 0.0 [ 0.0, 0.0 ] |
| Albanese 2005 | 4/10 | 5/10 | | 0.80 [ 0.30, 2.13 ] |
| **Subtotal (95% CI)** | **20** | **20** | | **0.80 [ 0.30, 2.13 ]** |
| Total events 4 (Norepinephrine), 5 (Control) | | | | |
| Heterogeneity: Tau² = 0.0; Chi² = 0.0, df = 0 (P = 1.00); I² =0.0% | | | | |
| Test for overall effect: Z = 0.45 (P = 0.66) | | | | |
| **4 Norepinephrine versus vasopressin** | | | | |
| Luckner 2006 | 7/8 | 8/10 | | 1.09 [ 0.73, 1.64 ] |
| Lauzier 2006 | 1/10 | 2/13 | | 0.65 [ 0.07, 6.19 ] |
| Russell 2008 | 188/379 | 172/392 | | 1.13 [ 0.97, 1.31 ] |
| **Subtotal (95% CI)** | **397** | **415** | | **1.12 [ 0.98, 1.29 ]** |
| Total events: 196 (Norepinephrine), 182 (Control) | | | | |
| Heterogeneity: Tau² = 0.0; Chi² = 0.25, df = 2 (P = 0.88); I² =0.0% | | | | |

0.5  0.7  1  1.5  2

Favours norepinephrine    Favours control

(Continued ... )

PAR-VASO-0007556



| Study or subgroup | Norepinephrine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|

(... Continued)

Test for overall effect: Z = 1.62 (P = 0.11)

5 Norepinephrine versus norepinephrine+terlipressin+dobutamine

Morelli 2008a — 14/20 — 14/20 — 1.00 [ 0.67, 1.50 ]

**Subtotal (95% CI)** — **20** — **20** — **1.00 [ 0.67, 1.50 ]**

Total events: 14 (Norepinephrine), 14 (Control)

Heterogeneity: not applicable

Test for overall effect: Z = 0.0 (P = 1.0)

6 Norepinephrine versus phenylephrine

Morelli 2008b — 9/16 — 10/16 — 0.90 [ 0.51, 1.60 ]

**Subtotal (95% CI)** — **16** — **16** — **0.90 [ 0.51, 1.60 ]**

Total events: 9 (Norepinephrine), 10 (Control)

Heterogeneity: not applicable

Test for overall effect: Z = 0.36 (P = 0.72)

0.5   0.7   1   1.5   2

Favours norepinephrine     Favours control

**Analysis 1.2. Comparison 1 Norepinephrine, Outcome 2 LOS ICU.**

Review: Vasopressors for hypotensive shock

Comparison: 1 Norepinephrine

Outcome: 2 LOS ICU



| Study or subgroup | Norepinephrine N | Mean(SD) | Control N | Mean(SD) | Mean Difference IV,Random,95% CI | Weight | Mean Difference IV,Random,95% CI |
|---|---|---|---|---|---|---|---|

1 Norepinephrine versus vasopressin

Russell 2008 — 382 — 16 (17.8) — 396 — 15 (16.3) — 100.0 % — 1.00 [ -1.40, 3.40 ]

**Subtotal (95% CI)** — **382** — — **396** — — — **100.0 %** — **1.00 [ -1.40, 3.40 ]**

Heterogeneity: not applicable

Test for overall effect: Z = 0.82 (P = 0.41)

2 Norepinephrine versus norepinephrine+terlipressin+dobutamine

Morelli 2008a — 20 — 14 (10) — 20 — 15 (10) — 100.0 % — -1.00 [ -7.20, 5.20 ]

**Subtotal (95% CI)** — **20** — — **20** — — — **100.0 %** — **-1.00 [ -7.20, 5.20 ]**

Heterogeneity: not applicable

Test for overall effect: Z = 0.32 (P = 0.75)

-10   -5   0   5   10

Favours norepinephrine     Favours control

(Continued ... )

**Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.**

PAR-VASO-0007557



| Study or subgroup | Norepinephrine | | Control | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Random,95% CI | | IV,Random,95% CI |
| 3 Norepinephrine versus phenylephrine | | | | | | | |
| Morelli 2008b | 16 | 16 (10.4) | 16 | 16 (13.3) | | 100.0 % | 0.0 [ -8.27, 8.27 ] |
| **Subtotal (95% CI)** | **16** | | **16** | | | **100.0 %** | **0.0 [ -8.27, 8.27 ]** |
| Heterogeneity: not applicable | | | | | | | |
| Test for overall effect: Z = 0.0 (P = 1.0) | | | | | | | |
| 4 Norepinephrine versus dopamine | | | | | | | |
| De Backer 2010 | 821 | 5 (7.4) | 858 | 5 (7.4) | | 87.2 % | 0.0 [ -0.71, 0.71 ] |
| Patel 2010 | 118 | 7.5 (7.6) | 134 | 6.8 (7.3) | | 12.8 % | 0.70 [ -1.15, 2.55 ] |
| **Subtotal (95% CI)** | **939** | | **992** | | | **100.0 %** | **0.09 [ -0.57, 0.75 ]** |
| Heterogeneity: Tau² = 0.0; Chi² = 0.48, df = 1 (P = 0.49); I² =0.0% | | | | | | | |
| Test for overall effect: Z = 0.27 (P = 0.79) | | | | | | | |

-10   -5   0   5   10

Favours norepinephrine      Favours control

**Analysis 1.3.   Comparison 1 Norepinephrine, Outcome 3 LOS hospital.**

Review:   Vasopressors for hypotensive shock

Comparison:   1 Norepinephrine

Outcome:   3 LOS hospital



| Study or subgroup | Norepinephrine | | Dopamine | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Random,95% CI | | IV,Random,95% CI |
| De Backer 2010 | 821 | 12 (19) | 858 | 11 (19) | | 80.2 % | 1.00 [ -0.82, 2.82 ] |
| Patel 2010 | 118 | 13.5 (13.3) | 134 | 14.2 (16.3) | | 19.8 % | -0.70 [ -4.36, 2.96 ] |
| **Total (95% CI)** | **939** | | **992** | | | **100.0 %** | **0.66 [ -0.96, 2.29 ]** |
| Heterogeneity: Tau² = 0.0; Chi² = 0.67, df = 1 (P = 0.41); I² =0.0% | | | | | | | |
| Test for overall effect: Z = 0.80 (P = 0.42) | | | | | | | |

-50   -25   0   25   50

Favours experimental      Favours control

PAR-VASO-0007558

## Analysis 1.4.   Comparison 1 Norepinephrine, Outcome 4 Arrhythmia.

Review:   Vasopressors for hypotensive shock

Comparison:   1 Norepinephrine

Outcome:   4 Arrhythmia



| Study or subgroup | Norepinephrine n/N | Dopamine n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| De Backer 2010 | 102/821 | 207/858 | | 62.4 % | 0.51 [ 0.41, 0.64 ] |
| Patel 2010 | 14/118 | 51/134 | | 37.6 % | 0.31 [ 0.18, 0.53 ] |
| **Total (95% CI)** | **939** | **992** | | **100.0 %** | **0.43 [ 0.26, 0.69 ]** |

Total events: 116 (Norepinephrine), 258 (Dopamine)
Heterogeneity: Tau$^2$ = 0.08; Chi$^2$ = 2.89, df = 1 (P = 0.09); I$^2$ =65%
Test for overall effect: Z = 3.50 (P = 0.00046)

```
        0.1  0.2  0.5   1    2    5   10
       Favours experimental    Favours control
```

## Analysis 2.1.   Comparison 2 Epinephrine, Outcome 1 Mortality.

Review:   Vasopressors for hypotensive shock

Comparison:   2 Epinephrine

Outcome:   1 Mortality



| Study or subgroup | epinephrine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| 1 Epinephrine vs norepinephrine | | | | | |
| Myburgh 2008 | 41/135 | 46/134 | | 100.0 % | 0.88 [ 0.63, 1.25 ] |
| **Subtotal (95% CI)** | **135** | **134** | | **100.0 %** | **0.88 [ 0.63, 1.25 ]** |
| Total events: 41 (epinephrine); 46 (Control) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.69 (P = 0.49) | | | | | |
| 2 Epinephrine versus norepinephrine+dobutamine | | | | | |
| Levy 1997 | 9/15 | 8/15 | | 9.7 % | 1.13 [ 0.60, 2.11 ] |
| Seguin 2002 | 4/11 | 5/11 | | 3.7 % | 0.80 [ 0.29, 2.21 ] |
| Annane 2007 | 84/161 | 85/169 | | 86.6 % | 1.04 [ 0.84, 1.28 ] |
| **Subtotal (95% CI)** | **187** | **195** | | **100.0 %** | **1.04 [ 0.85, 1.26 ]** |

```
        0.2   0.5    1    2    5
       Favours epinephrine    Favours control
```

(Continued . . . )

PAR-VASO-0007559



| Study or subgroup | epinephrine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|

Total events 97 (epinephrine), 98 (Control)

Heterogeneity: Tau² = 0.0; Chi² = 0.32, df = 2 (P = 0.85); I² =0.0%

Test for overall effect: Z = 0.35 (P = 0.73)

3 Epinephrine versus norepinephrine+dopexamine

| Seguin 2006 | 4/10 | 3/12 | | 100.0 % | 1.60 [ 0.46, 5.53 ] |
| **Subtotal (95% CI)** | **10** | **12** | | **100.0 %** | **1.60 [ 0.46, 5.53 ]** |

Total events 4 (epinephrine), 3 (Control)

Heterogeneity: not applicable

Test for overall effect: Z = 0.74 (P = 0.46)

0.2  0.5  1  2  5

Favours epinephrine    Favours control

## Analysis 3.1.   Comparison 3 Vasopressin, Outcome 1 Mortality.

Review:   Vasopressors for hypotensive shock

Comparison:   3 Vasopressin

Outcome:   1 Mortality



| Study or subgroup | Vasopressin n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| 1 Vasopressin versus placebo | | | | | |
| Malay 1999 | 0/5 | 2/5 | | 3.2 % | 0.20 [ 0.01, 3.35 ] |
| Dnser 2003 | 7/24 | 7/24 | | 26.7 % | 1.00 [ 0.41, 2.42 ] |
| Choong 2009 | 10/35 | 5/34 | | 23.1 % | 1.94 [ 0.74, 5.10 ] |
| Morelli 2009 | 8/15 | 10/15 | | 47.1 % | 0.80 [ 0.44, 1.45 ] |
| **Subtotal (95% CI)** | **79** | **78** | | **100.0 %** | **1.00 [ 0.60, 1.66 ]** |

Total events 25 (Vasopressin), 24 (Control)

Heterogeneity: Tau² = 0.05; Chi² = 3.67, df = 3 (P = 0.30); I² =18%

Test for overall effect: Z = 0.01 (P = 0.99)

2 Vasopressin versus terlipressin

| Morelli 2009 | 8/15 | 7/15 | | 100.0 % | 1.14 [ 0.56, 2.35 ] |
| **Subtotal (95% CI)** | **15** | **15** | | **100.0 %** | **1.14 [ 0.56, 2.35 ]** |

Total events 8 (Vasopressin), 7 (Control)

0.01  0.1  1  10  100

Favours vasopressin    Favours control

(Continued . . . )

**PAR-VASO-0007560**



| Study or subgroup | Vasopressin n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.36 (P = 0.72) | | | | | |
| 3 Vasopressin versus norepinephrine | | | | | |
| Lauzier 2006 | 2/13 | 1/10 | | 0.4 % | 1.54 [ 0.16, 14.66 ] |
| Luckner 2006 | 8/10 | 7/8 | | 12.1 % | 0.91 [ 0.61, 1.37 ] |
| Russell 2008 | 172/392 | 188/379 | | 87.5 % | 0.88 [ 0.76, 1.03 ] |
| **Subtotal (95% CI)** | **415** | **397** | | **100.0 %** | **0.89 [ 0.77, 1.03 ]** |
| Total events: 182 (Vasopressin), 196 (Control) | | | | | |
| Heterogeneity: Tau² = 0.0; Chi² = 0.25, df = 2 (P = 0.88); I² = 0.0% | | | | | |
| Test for overall effect: Z = 1.62 (P = 0.11) | | | | | |

0.01  0.1  1  10  100

Favours vasopressin    Favours control

## Analysis 3.2. Comparison 3 Vasopressin, Outcome 2 LOS ICU.

Review: Vasopressors for hypotensive shock

Comparison: 3 Vasopressin

Outcome: 2 LOS ICU



| Study or subgroup | vasopressin N | Mean(SD) | Control N | Mean(SD) | Mean Difference IV,Random,95% CI | Weight | Mean Difference IV,Random,95% CI |
|---|---|---|---|---|---|---|---|
| 1 Vasopressin versus terlipressin | | | | | | | |
| Morelli 2009 | 15 | 17 (16.3) | 15 | 14 (11.9) | | 100.0 % | 3.00 [ -7.21, 13.21 ] |
| **Subtotal (95% CI)** | **15** | | **15** | | | **100.0 %** | **3.00 [ -7.21, 13.21 ]** |
| Heterogeneity: not applicable | | | | | | | |
| Test for overall effect: Z = 0.58 (P = 0.56) | | | | | | | |
| 2 Vasopressin versus norepinephrine | | | | | | | |
| Russell 2008 | 396 | 15 (16.3) | 382 | 16 (17.8) | | 100.0 % | -1.00 [ -3.40, 1.40 ] |
| **Subtotal (95% CI)** | **396** | | **382** | | | **100.0 %** | **-1.00 [ -3.40, 1.40 ]** |
| Heterogeneity: not applicable | | | | | | | |
| Test for overall effect: Z = 0.82 (P = 0.41) | | | | | | | |
| 3 Vasopressin versus placebo | | | | | | | |
| Morelli 2009 | 15 | 17 (16.3) | 15 | 17 (11.9) | | 12.6 % | 0.0 [ -10.21, 10.21 ] |

-10  -5  0  5  10

Favours vasopressin    Favours control

(Continued . . . )

PAR-VASO-0007561



| Study or subgroup | vasopressin | | Control | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Random,95% CI | | IV,Random,95% CI |
| Choong 2009 | 35 | 8 (7.9) | 34 | 8.3 (8.5) | | 87.4 % | -0.30 [ -4.17, 3.57 ] |
| **Subtotal (95% CI)** | **50** | | **49** | | | **100.0 %** | **-0.26 [ -3.88, 3.36 ]** |

Heterogeneity: Tau² = 0.0; Chi² = 0.00, df = 1 (P = 0.96); I² =0.0%

Test for overall effect: Z = 0.14 (P = 0.89)

-10    -5    0    5    10

Favours vasopressin    Favours control

## Analysis 4.1.  Comparison 4 Terlipressin, Outcome 1 Mortality.

Review:  Vasopressors for hypotensive shock

Comparison:  4 Terlipressin

Outcome:  1 Mortality



| Study or subgroup | terlipressin | Control | Risk Ratio | Risk Ratio |
|---|---|---|---|---|
| | n/N | n/N | M-H,Random,95% CI | M-H,Random,95% CI |
| 1 Terlipressin versus placebo | | | | |
| Morelli 2008a | 12/19 | 14/20 | | 0.90 [ 0.58, 1.41 ] |
| Yildizdas 2008 | 20/30 | 20/28 | | 0.93 [ 0.66, 1.32 ] |
| Morelli 2009 | 7/15 | 10/15 | | 0.70 [ 0.37, 1.34 ] |
| **Subtotal (95% CI)** | **64** | **63** | | **0.88 [ 0.69, 1.14 ]** |

Total events 39 (terlipressin), 44 (Control)

Heterogeneity: Tau² = 0.0; Chi² = 0.61, df = 2 (P = 0.74); I² =0.0%

Test for overall effect: Z = 0.96 (P = 0.34)

| 2 Terlipressin versus norepinephrine | | | | |
|---|---|---|---|---|
| Boccara 2003 | 0/10 | 0/10 | | 0.0 [ 0.0, 0.0 ] |
| Albanese 2005 | 5/10 | 4/10 | | 1.25 [ 0.47, 3.33 ] |
| **Subtotal (95% CI)** | **20** | **20** | | **1.25 [ 0.47, 3.33 ]** |

Total events 5 (terlipressin), 4 (Control)

Heterogeneity: Tau² = 0.0; Chi² = 0.0, df = 0 (P = 1.00); I² =0.0%

Test for overall effect: Z = 0.45 (P = 0.66)

| 3 Terlipressin versus vasopressin | | | | |
|---|---|---|---|---|
| Morelli 2009 | 7/15 | 8/15 | | 0.88 [ 0.43, 1.80 ] |
| **Subtotal (95% CI)** | **15** | **15** | | **0.88 [ 0.43, 1.80 ]** |

0.01    0.1    1    10    100

Favours terlipressin    Favours control

(Continued . . . )

PAR-VASO-0007562



| Study or subgroup | terlipressin | Control | Risk Ratio | | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Random,95% CI | | M-H,Random,95% CI |

Total events: 7 (terlipressin), 8 (Control)

Heterogeneity: not applicable

Test for overall effect: Z = 0.36 (P = 0.72)

0.01  0.1  1  10  100

Favours terlipressin   Favours control

## Analysis 4.2.   Comparison 4 Terlipressin, Outcome 2 LOS ICU.

Review:   Vasopressors for hypotensive shock

Comparison:   4 Terlipressin

Outcome:   2 LOS ICU



| Study or subgroup | terlipressin | | Control | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Random,95% CI | | IV,Random,95% CI |
| 1 Terlipressin versus placebo | | | | | | | |
| Morelli 2008a | 19 | 16 (10) | 20 | 14 (10) | | 33.5 % | 2.00 [ -4.28, 8.28 ] |
| Yildizdas 2008 | 30 | 13.4 (7.9) | 28 | 20.2 (9.7) | | 41.4 % | -6.80 [ -11.37, -2.23 ] |
| Morelli 2009 | 15 | 14 (11.9) | 15 | 17 (11.9) | | 25.0 % | -3.00 [ -11.52, 5.52 ] |
| **Subtotal (95% CI)** | **64** | | **63** | | | **100.0 %** | **-2.90 [ -8.61, 2.81 ]** |
| Heterogeneity: Tau² = 15.06; Chi² = 4.96, df = 2 (P = 0.08); I² =60% | | | | | | | |
| Test for overall effect: Z = 0.99 (P = 0.32) | | | | | | | |
| 2 Terlipressin versus vasopressin | | | | | | | |
| Morelli 2009 | 15 | 14 (11.9) | 15 | 17 (16.3) | | 100.0 % | -3.00 [ -13.21, 7.21 ] |
| **Subtotal (95% CI)** | **15** | | **15** | | | **100.0 %** | **-3.00 [ -13.21, 7.21 ]** |
| Heterogeneity: not applicable | | | | | | | |
| Test for overall effect: Z = 0.58 (P = 0.56) | | | | | | | |

-10  -5  0  5  10

Favours terlipressin   Favours control

PAR-VASO-0007563

**Analysis 5.1.   Comparison 5 Dopamine, Outcome 1 Mortality.**

Review:   Vasopressors for hypotensive shock

Comparison:   5 Dopamine

Outcome:   1 Mortality



| Study or subgroup | Dopamine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| 1 Dopamine versus norepinephrine | | | | | |
| Ruokonen 1993 | 3/5 | 4/5 | | 1.0 % | 0.75 [ 0.32, 1.74 ] |
| Martin 1993 | 10/16 | 7/16 | | 1.6 % | 1.43 [ 0.73, 2.80 ] |
| Marik 1994 | 6/10 | 5/10 | | 1.1 % | 1.20 [ 0.54, 2.67 ] |
| Mathur 2007 | 6/25 | 11/25 | | 1.0 % | 0.55 [ 0.24, 1.25 ] |
| De Backer 2010 | 349/529 | 319/507 | | 85.5 % | 1.05 [ 0.96, 1.15 ] |
| Patel 2010 | 67/134 | 51/118 | | 9.8 % | 1.16 [ 0.89, 1.51 ] |

0.2    0.5    1    2    5

Favours dopamine        Favours control

**Analysis 5.2.   Comparison 5 Dopamine, Outcome 2 LOS ICU.**

Review:   Vasopressors for hypotensive shock

Comparison:   5 Dopamine

Outcome:   2 LOS ICU



| Study or subgroup | Dopamine N | Mean(SD) | Norepinephrine N | Mean(SD) | Mean Difference IV,Random,95% CI | Weight | Mean Difference IV,Random,95% CI |
|---|---|---|---|---|---|---|---|
| De Backer 2010 | 858 | 11 (17.6) | 821 | 12 (17.6) | | 54.6 % | -1.00 [ -2.68, 0.68 ] |
| Patel 2010 | 134 | 6.8 (7.3) | 118 | 7.5 (7.6) | | 45.4 % | -0.70 [ -2.55, 1.15 ] |
| **Total (95% CI)** | **992** | | **939** | | | **100.0 %** | **-0.86 [ -2.11, 0.38 ]** |

Heterogeneity: Tau$^2$ = 0.0; Chi$^2$ = 0.06, df = 1 (P = 0.81); I$^2$ =0.0%
Test for overall effect: Z = 1.36 (P = 0.17)

-100    -50    0    50    100

Favours experimental        Favours control

PAR-VASO-0007564

## Analysis 5.3. Comparison 5 Dopamine, Outcome 3 LOS hospital.

Review: Vasopressors for hypotensive shock

Comparison: 5 Dopamine

Outcome: 3 LOS hospital



| Study or subgroup | Dopamine | | Norepinephrine | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Random,95% CI | | IV,Random,95% CI |
| De Backer 2010 | 858 | 11 (19) | 821 | 12 (19) | | 80.2 % | -1.00 [ -2.82, 0.82 ] |
| Patel 2010 | 134 | 14.2 (16.3) | 118 | 13.5 (13.3) | | 19.8 % | 0.70 [ -2.96, 4.36 ] |
| **Total (95% CI)** | **992** | | **939** | | | **100.0 %** | **-0.66 [ -2.29, 0.96 ]** |

Heterogeneity: Tau² = 0.0; Chi² = 0.67, df = 1 (P = 0.41); I² =0.0%
Test for overall effect: Z = 0.80 (P = 0.42)

-100  -50  0  50  100
Favours experimental    Favours control

## Analysis 5.4. Comparison 5 Dopamine, Outcome 4 Arrhythmia.

Review: Vasopressors for hypotensive shock

Comparison: 5 Dopamine

Outcome: 4 Arrhythmia



| Study or subgroup | Dopamine | Norepinephrine | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Random,95% CI | | M-H,Random,95% CI |
| De Backer 2010 | 207/858 | 102/821 | | 62.4 % | 1.94 [ 1.56, 2.41 ] |
| Patel 2010 | 51/134 | 14/118 | | 37.6 % | 3.21 [ 1.87, 5.49 ] |
| **Total (95% CI)** | **992** | **939** | | **100.0 %** | **2.34 [ 1.46, 3.78 ]** |

Total events: 258 (Dopamine), 116 (Norepinephrine)
Heterogeneity: Tau² = 0.08; Chi² = 2.89, df = 1 (P = 0.09); I² =65%
Test for overall effect: Z = 3.50 (P = 0.00046)

0.05  0.2  1  5  20
Favours experimental    Favours control

PAR-VASO-0007565

**Analysis 6.1.  Comparison 6 Sensitivity analysis norepinephrine, Outcome 1 Mortality.**

Review:  Vasopressors for hypotensive shock

Comparison:  6 Sensitivity analysis norepinephrine

Outcome:  1 Mortality



| Study or subgroup | Norepinephrine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|
| **1 Low risk of bias norepinephrine versus dopamine** | | | | |
| De Backer 2010 | 319/507 | 349/529 | | 0.95 [ 0.87, 1.04 ] |
| **Subtotal (95% CI)** | **507** | **529** | | **0.95 [ 0.87, 1.04 ]** |
| Total events: 319 (Norepinephrine), 349 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 1.03 (P = 0.31) | | | | |
| **2 No low risk of bias norepinephrine versus dopamine** | | | | |
| Ruokonen 1993 | 4/5 | 3/5 | | 1.33 [ 0.58, 3.09 ] |
| Martin 1993 | 7/16 | 10/16 | | 0.70 [ 0.36, 1.37 ] |
| Marik 1994 | 5/10 | 6/10 | | 0.83 [ 0.37, 1.85 ] |
| Mathur 2007 | 11/25 | 6/25 | | 1.83 [ 0.80, 4.19 ] |
| Patel 2010 | 51/118 | 67/134 | | 0.86 [ 0.66, 1.13 ] |
| **Subtotal (95% CI)** | **174** | **190** | | **0.93 [ 0.72, 1.19 ]** |
| Total events: 78 (Norepinephrine), 92 (Control) | | | | |
| Heterogeneity: Tau² = 0.01; Chi² = 4.34, df = 4 (P = 0.36); I² =8% | | | | |
| Test for overall effect: Z = 0.58 (P = 0.56) | | | | |
| **3 Low risk of bias norepinephrine versus epinephrine** | | | | |
| Myburgh 2008 | 46/134 | 41/135 | | 1.13 [ 0.80, 1.60 ] |
| **Subtotal (95% CI)** | **134** | **135** | | **1.13 [ 0.80, 1.60 ]** |
| Total events: 46 (Norepinephrine), 41 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.69 (P = 0.49) | | | | |
| **4 No low risk of bias norepinephrine versus epinephrine** | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (Norepinephrine), 0 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: not applicable | | | | |
| **5 Low risk of bias norepinephrine versus terlipressin** | | | | |
| Boccara 2003 | 0/10 | 0/10 | | 0.0 [ 0.0, 0.0 ] |
| **Subtotal (95% CI)** | **10** | **10** | | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (Norepinephrine), 0 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.0 (P < 0.00001) | | | | |

0.2    0.5    1    2    5

Favours norepinephrine    Favours control

(Continued . . . )

PAR-VASO-0007566

(. . . Continued)



| Study or subgroup | Norepinephrine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|
| 6 No low risk of bias norepinephrine versus terlipressin | | | | |
| Albanese 2005 | 4/10 | 5/10 | | 0.80 [ 0.30, 2.13 ] |
| **Subtotal (95% CI)** | **10** | **10** | | **0.80 [ 0.30, 2.13 ]** |
| Total events: 4 (Norepinephrine), 5 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.45 (P = 0.66) | | | | |
| 7 Low risk of bias norepinephrine versus vasopressin | | | | |
| Lauzier 2006 | 1/10 | 2/13 | | 0.65 [ 0.07, 6.19 ] |
| Russell 2008 | 188/379 | 172/392 | | 1.13 [ 0.97, 1.31 ] |
| **Subtotal (95% CI)** | **389** | **405** | | **1.13 [ 0.97, 1.31 ]** |
| Total events: 189 (Norepinephrine), 174 (Control) | | | | |
| Heterogeneity: Tau² = 0.0; Chi² = 0.23, df = 1 (P = 0.63); I² =0.0% | | | | |
| Test for overall effect: Z = 1.56 (P = 0.12) | | | | |
| 8 No low risk of bias norepinephrine versus vasopressin | | | | |
| Luckner 2006 | 7/8 | 8/10 | | 1.09 [ 0.73, 1.64 ] |
| **Subtotal (95% CI)** | **8** | **10** | | **1.09 [ 0.73, 1.64 ]** |
| Total events: 7 (Norepinephrine), 8 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.43 (P = 0.67) | | | | |
| 9 Low risk of bias norepinephrine versus norepinephrine+terlipressin+dobutamine | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (Norepinephrine), 0 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: not applicable | | | | |
| 10 No low risk of bias norepinephrine versus norepinephrine+terlipressin+dobutamine | | | | |
| Morelli 2008a | 14/20 | 14/20 | | 1.00 [ 0.67, 1.50 ] |
| **Subtotal (95% CI)** | **20** | **20** | | **1.00 [ 0.67, 1.50 ]** |
| Total events: 14 (Norepinephrine), 14 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.0 (P = 1.0) | | | | |
| 11 Low risk of bias norepinephrine versus phenylephrine | | | | |
| Morelli 2008b | 9/16 | 10/16 | | 0.90 [ 0.51, 1.60 ] |
| **Subtotal (95% CI)** | **16** | **16** | | **0.90 [ 0.51, 1.60 ]** |
| Total events: 9 (Norepinephrine), 10 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.36 (P = 0.72) | | | | |
| 12 No low risk of bias norepinephrine versus phenylephrine | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (Norepinephrine), 0 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: not applicable | | | | |

0.2  0.5  1  2  5
Favours norepinephrine  Favours control

PAR-VASO-0007567

## Analysis 7.1.   Comparison 7 Sensitivity analysis epinephrine, Outcome 1 Mortality.

Review:   Vasopressors for hypotensive shock

Comparison:   7 Sensitivity analysis epinephrine

Outcome:   1 Mortality



| Study or subgroup | epinephrine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| 1 Low risk of bias epinephrine versus norepinephrine | | | | | |
| Myburgh 2008 | 41/135 | 46/134 | | 100.0 % | 0.88 [ 0.63, 1.25 ] |
| **Subtotal (95% CI)** | **135** | **134** | | **100.0 %** | **0.88 [ 0.63, 1.25 ]** |
| Total events: 41 (epinephrine), 46 (Control) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.69 (P = 0.49) | | | | | |
| 2 No low risk of bias epinephrine versus norepinephrine | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | **0.0 %** | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (epinephrine), 0 (Control) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: not applicable | | | | | |
| 3 Low risk of bias epinephrine versus norepinephrine+dobutamine | | | | | |
| Annane 2007 | 84/161 | 85/169 | | 100.0 % | 1.04 [ 0.84, 1.28 ] |
| **Subtotal (95% CI)** | **161** | **169** | | **100.0 %** | **1.04 [ 0.84, 1.28 ]** |
| Total events: 84 (epinephrine), 85 (Control) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.34 (P = 0.73) | | | | | |
| 4 No low risk of bias epinephrine versus norepinephrine+dobutamine | | | | | |
| Levy 1997 | 9/15 | 8/15 | | 72.3 % | 1.13 [ 0.60, 2.11 ] |
| Seguin 2002 | 4/11 | 5/11 | | 27.7 % | 0.80 [ 0.29, 2.21 ] |
| **Subtotal (95% CI)** | **26** | **26** | | **100.0 %** | **1.02 [ 0.60, 1.75 ]** |
| Total events: 13 (epinephrine), 13 (Control) | | | | | |
| Heterogeneity: Tau² = 0.0; Chi² = 0.32, df = 1 (P = 0.57); I² =0.0% | | | | | |
| Test for overall effect: Z = 0.09 (P = 0.93) | | | | | |
| 5 Low risk of bias epinephrine versus norepinephrine+dopexamine | | | | | |
| Seguin 2006 | 4/10 | 3/12 | | 100.0 % | 1.60 [ 0.46, 5.53 ] |
| **Subtotal (95% CI)** | **10** | **12** | | **100.0 %** | **1.60 [ 0.46, 5.53 ]** |
| Total events: 4 (epinephrine), 3 (Control) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.74 (P = 0.46) | | | | | |
| 6 No low risk of bias epinephrine versus norepinephrine+dopexamine | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | **0.0 %** | **0.0 [ 0.0, 0.0 ]** |

0.2   0.5   1   2   5

Favours epinephrine    Favours control

(Continued . . . )

PAR-VASO-0007568



| Study or subgroup | epinephrine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | (... Continued) Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| Total events: 0 (epinephrine), 0 (Control) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: not applicable | | | | | |

0.2    0.5    1    2    5

Favours epinephrine    Favours control

### Analysis 8.1. Comparison 8 Sensitivity analysis vasopressin, Outcome 1 Mortality.

Review:   Vasopressors for hypotensive shock

Comparison:   8 Sensitivity analysis vasopressin

Outcome:   1 Mortality



| Study or subgroup | Vasopressin n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| **1 Low risk of bias vasopressin versus placebo** | | | | | |
| Malay 1999 | 0/5 | 2/5 | | 32.8 % | 0.20 [ 0.01, 3.35 ] |
| Choong 2009 | 10/35 | 5/34 | | 67.2 % | 1.94 [ 0.74, 5.10 ] |
| **Subtotal (95% CI)** | **40** | **39** | | **100.0 %** | **0.92 [ 0.11, 7.67 ]** |
| Total events: 10 (Vasopressin), 7 (Control) | | | | | |
| Heterogeneity: Tau² = 1.50; Chi² = 2.30, df = 1 (P = 0.13); I² =56% | | | | | |
| Test for overall effect: Z = 0.08 (P = 0.94) | | | | | |
| 2 No low risk of bias vasopressin versus placebo | | | | | |
| Dünser 2003 | 4/24 | 1/24 | | 32.9 % | 4.00 [ 0.48, 33.22 ] |
| Morelli 2009 | 8/15 | 10/15 | | 67.1 % | 0.80 [ 0.44, 1.45 ] |
| **Subtotal (95% CI)** | **39** | **39** | | **100.0 %** | **1.36 [ 0.27, 6.95 ]** |
| Total events: 12 (Vasopressin), 11 (Control) | | | | | |
| Heterogeneity: Tau² = 0.94; Chi² = 2.50, df = 1 (P = 0.11); I² =60% | | | | | |
| Test for overall effect: Z = 0.37 (P = 0.71) | | | | | |
| 3 Low risk of bias vasopressin versus terlipressin | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | **0.0 %** | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (Vasopressin), 0 (Control) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: not applicable | | | | | |
| 4 No low risk of bias vasopressin versus terlipressin | | | | | |

0.01    0.1    1    10    100

Favours vasopressin    Favours control

(Continued ... )

PAR-VASO-0007569



| Study or subgroup | Vasopressin n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| Morelli 2009 | 8/15 | 7/15 | | 100.0 % | 1.14 [ 0.56, 2.35 ] |
| **Subtotal (95% CI)** | **15** | **15** | | **100.0 %** | **1.14 [ 0.56, 2.35 ]** |

Total events: 8 (Vasopressin), 7 (Control)
Heterogeneity: not applicable
Test for overall effect: Z = 0.36 (P = 0.72)

5 Low risk of bias vasopressin versus norepinephrine

| Lauzier 2006 | 2/13 | 1/10 | | 0.4 % | 1.54 [ 0.16, 14.66 ] |
| Russell 2008 | 172/392 | 188/379 | | 99.6 % | 0.88 [ 0.76, 1.03 ] |
| **Subtotal (95% CI)** | **405** | **389** | | **100.0 %** | **0.89 [ 0.76, 1.03 ]** |

Total events: 174 (Vasopressin), 189 (Control)
Heterogeneity: Tau² = 0.0; Chi² = 0.23, df = 1 (P = 0.63); I² =0.0%
Test for overall effect: Z = 1.56 (P = 0.12)

6 No low risk of bias vasopressin versus norepinephrine

| Luckner 2006 | 8/10 | 7/8 | | 100.0 % | 0.91 [ 0.61, 1.37 ] |
| **Subtotal (95% CI)** | **10** | **8** | | **100.0 %** | **0.91 [ 0.61, 1.37 ]** |

Total events: 8 (Vasopressin), 7 (Control)
Heterogeneity: not applicable
Test for overall effect: Z = 0.43 (P = 0.67)

0.01    0.1    1    10    100

Favours vasopressin    Favours control

PAR-VASO-0007570

**Analysis 9.1. Comparison 9 Sensitivity analysis terlipressin, Outcome 1 Mortality.**

Review: Vasopressors for hypotensive shock

Comparison: 9 Sensitivity analysis terlipressin

Outcome: 1 Mortality



| Study or subgroup | terlipressin n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|
| 1 Low risk of bias terlipressin versus placebo | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (terlipressin), 0 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: not applicable | | | | |
| 2 No low risk of bias terlipressin versus placebo | | | | |
| Yildizdas 2008 | 20/30 | 20/28 | | 0.93 [ 0.66, 1.32 ] |
| Morelli 2008a | 12/19 | 14/20 | | 0.90 [ 0.58, 1.41 ] |
| Morelli 2009 | 7/15 | 10/15 | | 0.70 [ 0.37, 1.34 ] |
| **Subtotal (95% CI)** | **64** | **63** | | **0.88 [ 0.69, 1.14 ]** |
| Total events: 39 (terlipressin), 44 (Control) | | | | |
| Heterogeneity: Tau² = 0.0; Chi² = 0.61, df = 2 (P = 0.74); I² =0.0% | | | | |
| Test for overall effect: Z = 0.96 (P = 0.34) | | | | |
| 3 Low risk of bias terlipressin versus norepinephrine | | | | |
| Boccara 2003 | 0/10 | 0/10 | | 0.0 [ 0.0, 0.0 ] |
| **Subtotal (95% CI)** | **10** | **10** | | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (terlipressin), 0 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.0 (P < 0.00001) | | | | |
| 4 No low risk terlipressin versus norepinephrine | | | | |
| Albanese 2005 | 5/10 | 4/10 | | 1.25 [ 0.47, 3.33 ] |
| **Subtotal (95% CI)** | **10** | **10** | | **1.25 [ 0.47, 3.33 ]** |
| Total events: 5 (terlipressin), 4 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.45 (P = 0.66) | | | | |
| 5 Low risk of bias terlipressin versus vasopressin | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | **0.0 [ 0.0, 0.0 ]** |
| Total events: 0 (terlipressin), 0 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: not applicable | | | | |
| 6 No low risk terlipressin versus vasopressin | | | | |
| Morelli 2009 | 7/15 | 8/15 | | 0.88 [ 0.43, 1.80 ] |
| **Subtotal (95% CI)** | **15** | **15** | | **0.88 [ 0.43, 1.80 ]** |
| Total events: 7 (terlipressin), 8 (Control) | | | | |
| Heterogeneity: not applicable | | | | |
| Test for overall effect: Z = 0.36 (P = 0.72) | | | | |

0.01    0.1    1    10    100

Favours terlipressin    Favours control

PAR-VASO-0007571

## Analysis 10.1. Comparison 10 Sensitivity analysis dopamine, Outcome 1 Mortality.

Review: Vasopressors for hypotensive shock

Comparison: 10 Sensitivity analysis dopamine

Outcome: 1 Mortality



| Study or subgroup | Dopamine n/N | Control n/N | Risk Ratio M-H,Random,95% CI | Weight | Risk Ratio M-H,Random,95% CI |
|---|---|---|---|---|---|
| 1 Low risk of bias dopamine versus norepinephrine | | | | | |
| De Backer 2010 | 349/529 | 319/507 | | 100.0 % | 1.05 [ 0.96, 1.15 ] |
| **Subtotal (95% CI)** | **529** | **507** | | **100.0 %** | **1.05 [ 0.96, 1.15 ]** |
| Total events: 349 (Dopamine), 319 (Control) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 1.03 (P = 0.31) | | | | | |
| 2 No low risk of bias dopamine versus norepinephrine | | | | | |
| Martin 1993 | 10/16 | 7/16 | | 12.9 % | 1.43 [ 0.73, 2.80 ] |
| Ruokonen 1993 | 3/5 | 4/5 | | 8.5 % | 0.75 [ 0.32, 1.74 ] |
| Marik 1994 | 6/10 | 5/10 | | 9.3 % | 1.20 [ 0.54, 2.67 ] |
| Mathur 2007 | 6/25 | 11/25 | | 8.8 % | 0.55 [ 0.24, 1.25 ] |
| Patel 2010 | 67/134 | 51/118 | | 60.6 % | 1.16 [ 0.89, 1.51 ] |
| **Subtotal (95% CI)** | **190** | **174** | | **100.0 %** | **1.08 [ 0.84, 1.38 ]** |
| Total events: 92 (Dopamine), 78 (Control) | | | | | |
| Heterogeneity: Tau$^2$ = 0.01; Chi$^2$ = 4.34, df = 4 (P = 0.36); I$^2$ =8% | | | | | |
| Test for overall effect: Z = 0.58 (P = 0.56) | | | | | |

0.1 0.2 0.5 1 2 5 10

Favours dopamine    Favours control

# A P P E N D I C E S

## Appendix 1. Search terms for MEDLINE (Ovid)

1. exp Vasoconstrictor Agents/ or exp Epinephrine/ or exp Norepinephrine/ or exp Catecholamines/ or exp Orciprenaline/ or exp dobutamine/ or exp Vasopressins/ or exp Argipressin/ or exp Deamino Arginine Vasopressin/ or exp Lypressin/ or exp Felypressin/ or exp Ornipressin/

2. (Epinephrine or Norepinephrine or Catecholamines or Orciprenaline or dobutamine or dopamine or adrenaline or noradrenaline or Vasopressins or Argipressin or Desmopressin or Lypressin or Felypressin or Ornipressin or Terlipressin or Glypressin or (Vasoconstrictor* adj3 Agent*)).mp.

3. 2 or 1

4. exp Shock, Cardiogenic/ or exp Shock, Hemorrhagic/ or exp shock/ or exp Sepsis Syndrome/ or exp Shock, Septic/ or exp Shock, Surgical/ or exp Shock, Traumatic/ or exp hypotension/ or exp Intensive Care, Neonatal/ or exp Intensive Care/

5. (shock or Sepsis Syndrome or Cardiogenic Shock or Hemorrhagic Shock or Haemorrhagic Shock or Septic Shock or Surgical Shock or Traumatic Shock or Anaphylactic Shock or Allergic Shock or Burn Shock).mp.

**Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.**

PAR-VASO-0007572

6. ((circulatory adj6 failure) or ((hypotension or neonatal) and (care adj5 (critical or intensive)))).mp.

7. 4 or 5 or 6

8. 3 and 7

9. ((randomized controlled trial or controlled clinical trial).pt. or randomized.ab. or placebo.ab. or clinical trials as topic.sh. or randomly.ab. or trial.ti.) and humans.sh.

10. 8 and 9

## Appendix 2. Search filter for the Cochrane Central Register of Controlled Trials (CENTRAL)

#1 MeSH descriptor Shock explode all trees

#2 MeSH descriptor Systemic Inflammatory Response Syndrome explode all trees

#3 MeSH descriptor Shock, Cardiogenic explode all trees

#4 MeSH descriptor Shock, Hemorrhagic explode all trees

#5 MeSH descriptor Shock, Septic explode all trees

#6 MeSH descriptor Shock, Surgical explode all trees

#7 MeSH descriptor Shock, Traumatic explode all trees

#8 MeSH descriptor Hypotension explode all trees

#9 MeSH descriptor Intensive Care, Neonatal explode all trees

#10 MeSH descriptor Intensive Care explode all trees

#11 circulatory near failure

#12 shock or Sepsis Syndrome or Cardiogenic Shock or Hemorrhagic Shock or Haemorrhagic Shock or Septic Shock or Surgical Shock or Traumatic Shock or Anaphylactic Shock or Allergic Shock or Burn Shock

#13 hypotension and ((critical near care) or (intensive near care))

#14 neonatal near intensive near care

#15 (#1 OR #2 OR #3 OR #4 OR #5 OR #6 OR #7 OR #8 OR #9 OR #10 OR #11 OR #12 OR #13 OR #14)

#16 MeSH descriptor Vasoconstrictor Agents explode all trees

#17 MeSH descriptor Epinephrine explode all trees

#18 MeSH descriptor Norepinephrine explode all trees

#19 MeSH descriptor Catecholamines explode all trees

#20 MeSH descriptor Orciprenaline explode all trees

#21 MeSH descriptor Dobutamine explode all trees

#22 MeSH descriptor Dopamine explode all trees

#23 MeSH descriptor Vasopressins explode all trees

#24 MeSH descriptor Arginine Vasopressin explode all trees

#25 MeSH descriptor Deamino Arginine Vasopressin explode all trees

#26 MeSH descriptor Lysine Vasopressin explode all trees

#27 MeSH descriptor Felypressin explode all trees

#28 MeSH descriptor Ornipressin explode all trees

#29 Vasoconstrictor near Agents

#30 Epinephrine or Norepinephrine or Catecholamines or Orciprenaline or dobutamine or dopamine or adrenaline or noradrenaline or Vasopressins or Argipressin or Desmopressin or Lypressin or Felypressin or Ornipressin or Terlipressin or Glypressin

#31 (#16 OR #17 OR #18 OR #19 OR #20 OR #21 OR #22 OR #23 OR #24 OR #25 OR #26 OR #27 OR #28 OR #29 OR #30)

#32 (#15 AND #31)

PAR-VASO-0007573

## Appendix 3. Search filter for EMBASE (Ovid SP)

1. Vasoconstrictor Agent/ or Adrenalin/ or Noradrenalin/ or Catecholamine/ or Orciprenaline/ or Dobutamine/ or Vasopressin Derivative/ or Argipressin/ or "Argipressin[1 Deamino]"/ or Lypressin/ or Felypressin/ or Ornipressin/
2. (Epinephrine or Norepinephrine or Catecholamines or Orciprenaline or dobutamine or dopamine or adrenaline or noradrenaline or Vasopressins or Argipressin or Desmopressin or Lypressin or Felypressin or Ornipressin or Terlipressin or Glypressin or (Vasoconstrictor* adj3 Agent*)).ti,ab.
3. 1 or 2
4. Cardiogenic Shock/ or Hemorrhagic Shock/ or Septic Shock/ or Shock/ or Sepsis/ or Traumatic Shock/ or Hypotension/ or Newborn Intensive Care/ or Intensive Care/ (141799)
5. (shock or Sepsis Syndrome or Cardiogenic Shock or Hemorrhagic Shock or Haemorrhagic Shock or Septic Shock or Surgical Shock or Traumatic Shock or Anaphylactic Shock or Allergic Shock or Burn Shock or ((circulatory adj6 failure) or ((hypotension or neonatal) and (care adj5 (critical or intensive)))))).ti,ab.
6. 4 or 5
7. (placebo.sh. or controlled study.ab. or random*.ti,ab. or trial*.ti,ab.) and human*.ec,hw,fs.
8. 6 and 3 and 7


## Appendix 4. Search filter forCINAHL (EBSCO host)

S1. TX circulatory failure
S2. MW (shock or Sepsis Syndrome or Carcinogenic Shock or Hemorrhagic Shock or Hemorrhagic Shock or Septic Shock or Surgical Shock Traumatic Shock or Anaphylactic Shock or Allergic Shock or Burn Shock)
S3. TX (hypotension and ((critical care) or (intensive care) or (neonatal intensive care)))
S4. S3 or S2 or S1
S5. TX Vasopressor or Vasoconstrictor or Epinephrine or Norepinephrine or Catecholamines or Orciprenaline or dobutamine or dopamine or adrenaline or noradrenaline or Vasopressins or Argipressin or Desmopressin or Lypressin or Felypressin or Ornipressin or Terlipressin or Glypressin
S6. S5 and S4
S7. TX (PLACEBO* or random* or trial* or control* or compar* or blind*)
S8. S6 and S7


## Appendix 5. Search filter for BIOSIS (Ovid SP)

1. (circulatory failure or shock or Sepsis Syndrome or ((Cardiogenic or Hemorrhagic or Haemorrhagic or Septic or Surgical or Traumatic or Anaphylactic or Allergic or Burn) adj3 Shock) or (hypotension adj3 (critical care or intensive care or neonatal intensive care))).tw.
2. (Vasopressor* or Vasoconstrictor* or Epinephrine or Norepinephrine or Catecholamine* or Orciprenaline or dobutamine or dopamine or adrenaline or noradrenaline or Vasopressins or Argipressin or Desmopressin or Lypressin or Felypressin or Ornipressin or Terlipressin or Glypressin).ti,ab.
3. (PLACEBO* or random* or ((clinical or controlled) adj3 trial*)).ti,ab.
4. 1 and 3 and 2


## Appendix 6. Search filter for PsycINFO (Ovid SP)

1. (circulatory failure or shock or Sepsis Syndrome or Cardiogenic Shock or Hemorrhagic Shock or Haemorrhagic Shock or Septic Shock or Surgical Shock or Traumatic Shock or Anaphylactic Shock or Allergic Shock or Burn Shock or (hypotension and (critical care or intensive care or neonatal intensive care))).af.
2. (Vasopressor or Vasoconstrictor or Epinephrine or Norepinephrine or Catecholamines or Orciprenaline or dobutamine or dopamine or adrenaline or noradrenaline or Vasopressins or Argipressin or Desmopressin or Lypressin or Felypressin or Ornipressin or Terlipressin or Glypressin).ti,ab.
3. (PLACEBO* or random* or trial*).af.
4. 1 and 2 and 3

PAR-VASO-0007574

## Appendix 7. Search filter for Pascal Biomed

S1. TX circulatory failure
S2. MW (shock or Sepsis Syndrome or Carcinogenic Shock or Hemorrhagic Shock or Hemorrhagic Shock or Septic Shock or Surgical Shock Traumatic Shock or Anaphylactic Shock or Allergic Shock or Burn Shock)
S3. TX (hypotension and ((critical care) or (intensive care) or (neonatal intensive care)))
S4. S3 or S2 or S1
S5. TX Vasopressor or Vasoconstrictor or Epinephrine or Norepinephrine or Catecholamines or Orciprenaline or dobutamine or dopamine or adrenaline or noradrenaline or Vasopressins or Argipressin or Desmopressin or Lypressin or Felypressin or Ornipressin or Terlipressin or Glypressin
S6. S5 and S4
S7. TX (PLACEBO* or random* or trial* or control* or compar* or blind*)
S8. S6 and S7

# WHAT'S NEW

Last assessed as up-to-date: 4 April 2011.

| Date | Event | Description |
|---|---|---|
| 5 April 2011 | New citation required and conclusions have changed | This review is an update of the previous Cochrane systematic review (Müllner 2004) that included eight RCTs and excluded nine studies.<br><br>In the previous version we searched the databases until November 2003. In this updated version we reran the searches to March 2010. This updated version contains 15 new RCTs (Albanese 2005; Annane 2007; Choong 2009; De Backer 2010; Lauzier 2006; Luckner 2006; Mathur 2007; Morelli 2008a; Morelli 2008b; Morelli 2009; Myburgh 2008; Patel 2010; Russell 2008; Seguin 2006; Yildizdas 2008;) and two new excluded studies (Sperry 2008; Schmoelz 2006) and three new ongoing studies (Cohn 2007; Fernandez 2006; Lienhart 2007).<br><br>These new studies changed the conclusion of our review, in particular for the comparison of norepinephrine versus dopamine.<br><br>Change in authors: Bernhard Urbanek (co-author Müllner 2004) has left the review team. A new author (Jasmin Arrich) has joined the review team of this updated version. |
| 5 April 2011 | New search has been performed | In this updated systematic review we reorganized all analyses and present new analyses for all comparisons and sensitivity analyses, 'Risk of bias' tables, and a 'Summary of findings' table. |

Copyright © 2011 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

PAR-VASO-0007575

# HISTORY

Protocol first published: Issue 3, 2002

Review first published: Issue 3, 2004

| Date | Event | Description |
|------|-------|-------------|
| 7 August 2008 | Amended | Minor edit to text |
| 1 August 2008 | Amended | Converted to new review format. |

# CONTRIBUTIONS OF AUTHORS

CH: revising the protocol for content and clarity; building a database for data extraction; selecting, reading, and comparing titles, abstracts, and papers; extracting data from studies; drafting a data extraction sheet; drafting the update review.

HL: selecting, reading, and comparing titles, abstracts, and papers; reading and correcting the full review.

JA: literature search; selecting, reading, and comparing titles, abstracts, and papers; drafting a data extraction sheet; data extraction; preparing the SoF-table; reading and correcting the full review.

GG: selecting, reading, and comparing titles, abstracts, and papers; drafting a data extraction sheet; data extraction; reading and correcting the full review.

MM: conception of the initial review; drafting the protocol; literature search; selecting, reading, and comparing titles, abstracts, and papers; drafting a data extraction sheet; data extraction; drafting the first review, reading and correcting the full review.

HH: conception of the update review; overseeing the search process, arbiter for trial selection in case of discrepancies, arbiter for data extraction in case of discrepancies; statistical analyses; drafting the update review.

# DECLARATIONS OF INTEREST

None known

# SOURCES OF SUPPORT

## Internal sources

- Medical University Vienna, where most of the reviewers are employed, Austria.

PAR-VASO-0007576

**External sources**

- No sources of support supplied

## I N D E X   T E R M S

### Medical Subject Headings (MeSH)

Drug Therapy, Combination; Hypotension [*drug therapy; mortality]; Randomized Controlled Trials as Topic; Shock [*drug therapy; mortality]; Shock, Septic [drug therapy; mortality]; Vasoconstrictor Agents [adverse effects; *therapeutic use]

### MeSH check words

Humans

PAR-VASO-0007577

*Jap. J. Pharmac.* 20, 313–324 (1970)

# ANTAGONIZING SUBSTANCES OBTAINED FROM WHALE HEART EXTRACT TO VASOPRESSIN INDUCED MYOCARDIAL HYPOXIA

YOSHIO HIRAMATSU, AKIHIRO IZUMI, TADASHI TEZUKA
AND YUICHIRO KUROSAWA

*Pharmacological and Chemical Research Departments, Teikoku Hormone Mfg. Co. Ltd., Kawasaki*

Received for publication December 12, 1969

There are several reports that a protein-free extract of heart muscles from mammalian animals dilates coronary vessels (1, 2), increases the amplitude of heart (3), and improves the efficiency of contractions in heart lung preparations (4). Clinically, the extract has been used as an antianginal drug (5, 6), and a drug for heart failure contradictorily (7, 8). One of the main approaches to antianginal drugs has been studies of coronary dilators. However, the majority of pharmacological studies have been carried out in animals with a normal coronary circulation and the results obtained may not predict the status of the abnormal coronary circulation. Certainly, studies in man indicate that the coronary bed of the anginal patient is incapable of dilatation so that nitroglycerin produces no increase in coronary flow (9, 10). Furthermore, some reports show that dipyridamol having specific potent coronary vasodilating activity is not effective for angina pectoris (11–13). Thus, many other approaches have been tried to investigate antianginal drugs. Clinically, ST segment depression in electrocadiogram of patients of angina pectoris is very common phenomenon, and we consider ST segment depression in rats produced with vasopressin or adrenaline might be one of the experimental models of angina pectoris. Lindner et al. have shown that the vasopressin induced ischemia of the dog heart was improved after three daily injections of the large doses of a heart extract (14). Black have shown that oral administration of a heart extract for two weeks produced improvement on the above mentioned ischemia in rabbits (15). This paper describes a modification of similar experimental methods in rats and the identification of components which improves the ST segment depression in the heart extract.

## MATERIALS AND METHODS

### I. *Animal experiments*

Electrocardiogram (ECG) was recorded with male rats of Donryu strain weighing 170 to 220 g, anesthetized with intra-peritoneal administration of sodium pentobarbital (60 mg/kg). Conscious rats and male rabbits, being conscious or anesthetized with sodium pentobarbital, were used in the preliminary experiment. Myocardial hypoxia was pro-

平松 義郎・和泉 昭弘・手塚 堂・黒沢 雄一郎

PAR-VASO-0007578



FIG. 1. Relationship between ST-segment depression and doses of vasopressin (Vaso.).
*Standard error of mean at 3 minutes after vasopressin intravenous administration.
n : Number of rats, 20 mm : 1 mV.



FIG. 2. The pattern of ECG change induced with vasopressin (Vaso.).

Two dimentionals (treats.× times with repeats (animals))

| Times (min)<br>Treats. Repeats (animals) | $B_1$ | $B_2$ | $B_3$ | $B_4$ | $B_5$ |
|---|---|---|---|---|---|
| $A_1$   $R_{1 \cdot 1}$ | $X_{1 \cdot 1 \cdot 1}$ | ........ | ........ | ........ | $X_{1 \cdot 1 \cdot 5}$ |
| $R_{1 \cdot 1}$ | $X_{1 \cdot 1 \cdot 1}$ | | | | $X_{1 \cdot 1 \cdot 5}$ |
| $A_n$   $R_{n \cdot 1}$ | $X_{n \cdot 1 \cdot 1}$ | ........ | ........ | ........ | $X_{n \cdot 1 \cdot 5}$ |
| $R_{n \cdot 1}$ | $X_{n \cdot 1 \cdot 1}$ | ........ | ........ | ........ | $X_{n \cdot 1 \cdot 5}$ |

FIG. 3. The pattern of statistical analysis of antagonistic activities to vaso-
pressin induced ST-segment depression in rats.

$B_1$, $B_2$, $B_3$, $B_4$ and $B_5$ : 1, 2, 3, 4 and 5 minutes after vasopressin
administration.

$A_1 \cdots A_n$ : Treatments, Repeats : Numbers of rats in each treatment.

duced by the intravenous administration of ox pituitary vasopressin containing negligible (less than one thirtieth) oxytocin. ECG was registered in the second lead, and the sensitivity was adjusted to give 2 cm deflection for 1 mV input. Drugs were administered intravenously 2 minutes before intravenous administration of vasopressin. Since in preliminary experiments, the maximum ST depression was produced with 0.25 u/kg-0.5 u/kg of vasopressin, and the depression continued for five minutes (Fig. 1), the lowest dose was used as a standard. The difference of the amplitudes of ST segment between after vasopressin and just before vasopressin, was measured as the depression of ST segment (Fig. 2). The amplitude of ST segment was measured at 1, 2, 3, 4, and 5 minutes after the administration of vasopressin in each rat, and the data was analysed statistically

TABLE 1. An example of statistical analysis of antagonistic activities to vasopressin induced ST-segment depression in rats (mm, 20 mm : 1 mV).

| | 1 min | 2 min | 3 min | 4 min | 5 min | T |
|---|---|---|---|---|---|---|
| | − 3.5 | − 5.5 | − 7.5 | − 7.2 | − 3.0 | − 26.7 |
| $A_1$ | − 6.3 | − 7.3 | − 7.8 | − 5.8 | − 4.3 | − 31.5 |
| Control | − 2.0 | − 5.0 | − 8.0 | − 8.0 | − 7.0 | − 30.0 |
| | − 3.5 | − 6.5 | − 8.0 | − 7.0 | − 5.0 | − 30.0 |
| Tr | −15.3 | −24.3 | −31.3 | −28.0 | −19.3 | $TA_1$ −118.2 |
| | − 2.0 | − 4.3 | − 2.5 | − 1.0 | + 0.5 | − 9.3 |
| $A_2$ | − 2.0 | − 2.5 | − 3.3 | − 0.7 | + 0.5 | − 8.0 |
| Inosine | − 5.0 | − 7.0 | − 8.5 | − 4.5 | − 1.0 | − 26.0 |
| 250 µg/kg | − 1.0 | − 4.0 | − 5.5 | − 2.0 | 0 | − 12.5 |
| Tr | −10.0 | −17.8 | −19.8 | − 8.2 | 0 | $TA_2$ − 55.8 |
| | + 0.8 | − 1.2 | − 4.2 | − 4.2 | − 3.7 | − 12.5 |
| $A_3$ | 0 | − 1.0 | − 1.0 | 0 | 0 | − 2.0 |
| Inosine | 0 | − 0.5 | − 0.5 | − 0.5 | + 0.5 | − 1.0 |
| 500 µg/kg | − 1.0 | − 3.0 | − 4.5 | − 3.0 | − 1.0 | − 12.5 |
| Tr | − 0.2 | − 5.7 | −10.2 | − 7.7 | − 4.2 | $TA_3$ − 28.0 |
| Tb | −25.5 | −47.8 | −61.3 | −43.9 | −23.5 | −202.0 |

| | S.S. | f. | D |
|---|---|---|---|
| A : Treatment | 213.4 | (A−1) : 2 | 106.7 |
| R : Repeat | 67.6 | A(R−1) : 9 | 7.5 ($V_E$) |
| B : Time | 84.3 | (B−1) : 4 | 21.1 |
| A × B | 32.4 | 8 | 4.1 |
| B × R | | 36 | |

Inosine 250 µg to control, $\dfrac{\dfrac{(TA_1-TA_2)^2}{2R}}{V_E} = \dfrac{\dfrac{3,893.76}{8}}{7.5} = 64.81 > 13.6 (F'_9, 0.005)$

Inosine 500 µg to control, 135.42>13.6 (F'₉, 0.005)
Inosine 500 µg to 250 µg, 12.7>10.6 (F'₉, 0.01)
Y=9.02 x −5.9 Vb=(1.73)²

by two-dimensional analysis (treatments×time course after vasopressin) with repeat (number of rats in one treatment) for measurement of the antagonistic activities of drugs (Fig. 3). Minimum dose that improved the ST depression significantly ($p<0.01$) was expressed as minimum effective dose. An example of the statistical analysis of the antagonistic drug (inosine), and the equation of the regression line was shown in Table 1.

### 2. Purification procedures of active components from whale heart

All operations were carried out at 4–10°C. Frozen heart (1 kg) was minced, and extracted with 1 liter of 10 per cent $HClO_4$. After stirring for 2 hours, the extract was filtered. The residue was extracted once more with 1 liter of 5 per cent $HClO_4$. These two filtrates were combined, and PH of the extract was adjusted to 7.0 with 5 N-KOH, then, the precipitated $KClO_4$ was removed by filtration. Filtrate was adsorbed in 30 g of activated charcoal. The adsorbed fraction was washed three times with deionized water, then eluted with 1 liter of 50 per cent ethanol containing 0.3 per cent $NH_4OH$. The effluent was concentrated under reduced pressure and then lyophilized.

### 3. Identification and quantitative analyses of active substances

#### a) Hypoxanthine and inosine

Hypoxanthine and inosine were separated and identified by paper chromatography, with following solvents.

Solvent    I: PH 10 water ($NH_4OH$) (16)

Solvent   II: 5 per cent $Na_2HPO_4$: isoamylalcohol (2:1) (17)

Solvent III: 80 per cent saturated $(NH_4)_2SO_4$: tertiary butylalcohol: 1 N-$NH_4OH$
        (200:3:1) (18)

Quantitative analyses were as follows. The portions of hypoxanthine and inosine developed in solvent I were cut out, and extracted with 0.1 N-$NH_4OH$ at 30°C for 48 hours. Optical density of the effluent was measured at 260 m$\mu$ (at PH 12) and the amount of nucleosides was calculated by following formula.

$$g = \frac{EM}{cd} \quad \cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots \text{Formula} \quad (1)$$

  ε: coefficient       d : thickness of cell (cm)

  c: concentration (g/l)     M: molecular weight

  E: absorbance of the effluent

#### b) Column chromatography of nucleotides

Nucleotides were separated by anion exchange chromatography using Dowex-1×8-formate (200–400 mesh) column. The adsorbed materials were then eluted stepwise with formic acid and sodium formate (19). The identification of these separated fractions was performed by paper chromatography with solvent II and IV, and they were quantitatively analysed by the method as same as the case of a). Solvent IV: Saturated $(NH_4)_2$ $SO_4$: isopropanol: water (79:2:19) (20)

#### c) Free amino acids

Amino acids were separated and identified by amino acid autoanalyser.

## RESULTS

*1. Preliminary experiments*

We divided the vasopressin induced ECG changes into two phases: the first phase continuing for 10 to 20 seconds was characterized by elevated T and ST segment, and the second phase succeeding the first phase and continuing for several minutes was characterized by depressed ST and sometimes inverted T.

*a) Effect of sodium pentobarbital anesthesia on ECG changes induced with vasopressin (0.25 u/kg)*

   *1) In conscious and sodium pentobarbital (10 mg/kg) anesthetized rats*

The elevation of the T wave in the first phase was large. In the second phase, however, the depression of ST varied largely animal to animal, and the duration was extremely short. Moreover, it was impossible to obtain clear and stable ECG, because all the animals often moved violently or ventricular extrasystoles appeared constantly.

   *2) In sodium pentobarbital (30 mg/kg) anesthetized rats*

In the first phase, the elevation of the T wave was less than that in the case of 1). In the second phase, the degree of ST depression became larger and more continuous, but varied largely animal to animal, and sometimes appeared ventricular extrasystoles.

   *3) In sodium pentobarbital (60 mg/kg) anesthetized rats*

The procedure was similar to that in the case of 2), however individual variation of ST depression was smaller than in the case of 2), and after the second phase, 8 to 10 minutes after administration of vasopressin when ST segment recovered completely, ventricular extrasystoles appeared occasionally.

*b) Selection of the optimal dose for vasopressin*

The maximum ST depression was produced with 0.25 u/kg-0.5 u/kg of vasopressin, and the depression continued for 5 minutes (long enough to allow even the observation of the evanescent phase of the vasodilator action) (Fig. 1).

*c) The characteristic changes in the ECG produced with 0.1 u/kg to 1.0 u/kg of vasopressin*

In the first phase, T wave showed a gradual rise. Duration of the first phase was about 10–15 seconds. Continuous ST depression was characteristic in the second phase. Heart rate decreased gradually and became minimum in 3–8 minutes after vasopressin injection, and these changes were independent of vasopressin dosage.

*d) Reproducibility of response in the same rat and individual difference*

The administration of vasopressin could not be repeated on the same day, because the depression of ST was not produced by the second administration. This tachyphylaxis-like phenomenon was shown in some rats on the next day and the day after next. However, the response became reproducible on the fourth day (Fig. 4D) except for a few rats (one out fifteen) which showed nonrecovered ST changes. But, variation of the individual response was not so large as to require the same rat to compare the response (Fig. 4), and the effect of inosine was demonstrated in a cross examination, in which inosine was equally effective in a pair of experiments done on two separate days with two groups of rats (Fig. 4E).

*e) Effect of vasopressin on ECG in conscious and sodium pentobarbital anesthetized rabbits*

Vasopressin (2 u/kg) induced ECG changes in rabbits were variable, that is, some rabbits showed only the elevated T wave which continued considerably, but had large individual variation, and other rabbits showed depressions of ST, in addition.

Considering the result of preliminary experiments, we decided to use vasopressin (0.25 u/kg) induced ECG change in rats under sodium pentobarbital (60 mg/kg) anesthesia as a standard assay method.

*2. Measurement of antagonistic activities of some drugs*

Minimum effective doses of nitroglycerin and iproveratril to the ST depression was 1.6 mg/kg, and 0.5 mg/kg respectively. Nitroglycerin (0.8 mg/kg), papaverine (5 mg/kg), dipyridamol (10 mg/kg), and pyridinolcarbamate (5 mg/kg) were not effective.



FIG. 4. Reproducibility of ST-segment depression induced with 0.25 u/kg vasopressin. 20 mm : 1 mV.

A, B, C : Reproducibility of the antagonistic activity of inosine against ST-segment depression in 3 separate experiment.

D : Reproducibility of ST-segment depression in the same rats.

E : Cross test of the antagonistic activity of inosine against ST-segment depression.



FIG. 5. The effects of a whale heart extract and papaverine on vasopressin induced ST-segment depression in rats. 20 mm : 1 mV.

Vaso. : Vasopressin, Heart ext. : Heart extract.

PAR-VASO-0007583



FIG. 6. Outline of fractionation used to obtain active substances to
vasopressin induced ST-segment depression.
ad.f. : Adsorbed fraction.



FIG. 7. The effect of activated charcoal adsorbed fraction on vasopressin
induced ST-segment depression in rats. 20 mm : 1 mV.
Cont. : Control.
C-fraction : Activated charcoal adsorved fraction.
Vaso. : Vasopressin   n : Number of rats in one group.

*3. Activity of a whale heart extract (40% ethanol extract)*

This extract was effective to vasopressin induced heart ischemia at the doses of 25 mg/kg, and antagonized perfectly this heart ischemia at the 50 mg/kg (Fig. 5).

*4. Purification of the active substances in whale heart*

The procedure of purification from crude whale heart was shown in Fig. 6. Active components were condensed in the activated charcoal adsorbed fraction. The minimum effective dose of this fraction was 1 mg/kg, and the perfect antagonizing dose was about 1.5 mg/kg (Fig. 7).



FIG. 8. Separation of inosine and hypoxanthine from activated charcoal adsorbed fraction by paper chromatography.
    Ino. : Inosine, Hypo. : Hypoxanthine.



FIG. 9. Separation of nucleotides from activated charcoal adsorbed fraction by column chromatography.
    Exchanger : Dowex-1×8-formate, 200–400 mesh, 1.4×27 cm³.
    Flow rate : 0.5 ml/m, Fraction size was 10 ml.
    (1) Adsorption and water          (2) 0.005 M formic acid
    (3) 0.02 M formic acid            (4) 0.1 M formic acid
    (5) 0.01 M formic acid            (6) 0.1 M formic acid
        0.05 M sodium formate             0.1 M sodium formate
    (7) 0.1 M formic acid             (8) 0.1 M formic acid
        0.3 M sodium formate              0.4 M sodium formate
    (9) 0.5 M formic acid             (10) 2.0 M formic acid
        0.5 M sodium formate              2.0 M sodium formate
    I, II and III : Main fraction number.

5. *Analysis of activated charcoal adsorbed fraction*

a) *Paper chromatography of inosine and hypoxanthine*

Separation and identification of inosine and hypoxanthine from the activated charcoal adsorbed fraction were achieved as Fig. 8. The optical density was measured at 260 m$\mu$, then the quantity was calculated by formula I with coeficient ($\varepsilon$) 12,100 for inosine, and 11,000 for hypoxanthine. This fraction contained 31.2 per cent inosine, and 5.6 per cent hypoxanthine.



FIG. 10. Separation of 5'-AMP, ADP, and ATP from fraction I, II, and III (Fig. 9) by paper chromatography.

b) *Column chromatography of nucleotides*

Separation of nucleotides from the activated charcoal adsorbed fraction was achieved as Fig. 9, and three main fractions of 5'-nucleotides were obtained. Identifications of fraction I, II, and III in Fig. 9 were achieved by paper chromatography as Fig. 10, and it was confirmed that each of them was identical to 5'-AMP, ADP, and ATP. Optical density of fraction I, II, and III was measured at 260 m$\mu$ (at PH 12), and the quantity of nucleotides was calculated by formula I using coeficients ($E$) 12,900 for 5'-AMP, 15,000 for ADP, and 16,200 for ATP. The percentage of their contents in the activated charcoal adsorbed fraction was 0.34, 2.5, and 0.48 respectively.

c) *Free amino acids*

Amino acids in the fraction were analysed quantitatively by amino acid autoanalyser, and 0.2 per cent lysine, 0.6 per cent histidine, 0.4 per cent arginine, 1.0 per cent tyrosine, and 1.7 per cent phenylalanine were found.

6. *Antagonistic activities of separated substances to vasopressin induced ST segment depression*

The minimum effective dose of inosine was 0.25 mg/kg and the perfect antagonizing dose was 0.5 mg/kg (Table 1, Fig. 11), but neither hypoxanthine nor amino acids contained in the heart extract had activities. Although 5'-AMP (0.5 mg/kg), ADP (0.25 mg/kg), and ATP (0.5 mg/kg) were effective, we decided that the main active component in the protein free extract of whale heart was inosine. Because the recovery of activity from the activated charcoal adsorbed fraction to inosine was about 100 per cent. All these substances were not effective to the rise of the T wave in the first phase, and the decrease of heart rate.

PAR-VASO-0007586



Fig. 11. The effect of inosine on vasopressin induced ST-segment depression in rats. 20 mm : 1 mV.

Vaso. : Vasopressin, Cont. : Control, Ino. : Inosine, n : Number of rats in one group.

## DISCUSSION

There are some reports on vasopressin induced myocardial hypoxia, and its antagonizing drugs. However, many of them were tried only quantitatively with rabbits and dogs (21–23). Papp and Szekeres reported quantitative result in rabbits (24), and Tardos and Leszkovszky reported it in rats (25). A disadvantage common to the methods described in both reports, is that the response is all or none, and require more than ten animals per one dose of a drug, furthermore the test animal in the former report is not so easy to handle and per kg and total doses of vasopressin are very large (maximum is 20 u/kg) in the latter report. Main advantages of our method are: *1)* simple and inexpensive,: *2)* sensitive, quantitative, reproducible, and small in individual variation, : *3)* maybe, a good model of myocardial ischemia.

*1)* As to the first point, it is very easy to manage anesthetized rats. It is possible to treat 4 rats in one hour, so that many drugs are able to be assayed on the same day against the same control.

*2)* As to the second point, although the response is reproducible on the fourth day, a tachyphylaxis-like phenomenon is present in the vasopressin repeated animal on the same day, or sometimes even on the next day and the day after next. But, individual

variation is small, that is 0.25 u/kg vasopressin induces constant ST depression, then it is unnecessary to compare the response in the same animal. Since ST depression is continuous and the variation in the time course is small from 1 minute to 5 minutes after the administration of vasopressin, two-dimensional analysis of data (treatment × time) (Fig. 3) is possible only in our method.

3) As to the third point, subendocardial injury is known to produce ST depression. In the present experiment, continuous ST depression is observed only in the deep anesthetized rats with pentobarbital. The short duration of the ST depression in conscious state or under light anesthesia may due to the stronger homeostatic mechanism in cardiovascular system than under the deep anesthesia. In our other experiments, it have been proved that inosine improves adrenaline induced ST depression in pentobarbital anesthetized rats, and inhibits the increases in coronary lactic acid induced with vasopressin or adrenaline in pentobarbital anesthetized dogs (to be published). Nitroglycerin, iproveratril, and inosine were equally effective against the ST depression, but not effective against the rise of T wave. These data will be considered to indicate indirectly that such a continuous ST depression is a good model of myocardial hypoxia. Inosine is not a specific substance of the heart, however it is known that ATP converts inosine rapidly in heart with ischemia but not in skeletal muscle (26, 27). Some physiological role of inosine in the anoxic heart is presumed from these reports and our experimental result.

## SUMMARY

1. A new assay method of antagonistic drugs to vasopressin induced ST segment depression in the anesthetized rats with sodium pentobarbital was introduced.

2. Because the depression of ST segment was continuous and had a little individual variation, the two-dimensional (time, and treatment) analysis of data was possible.

3. Then this method was shown to be far simpler, more inexpensive, and more quantitative than the methods hitherto used.

4. This ST segment depression may be a good model of myocardial hypoxia.

5. Active components which improved the ST segment depression, in the whale heart extract were identifyed, and the main component was inosine.

*Acknowledgement:* We thank to Prof. R. Ito, Toho University, Prof. K. Takagi, Tokyo University and Drs. H. Ando and Drs. R. Suzuki for their valuable advice.

## REFERENCES

1) RYSER, H. AND WILBRANDT, W.: *Archs int. Pharmacodyn. Thér.* 96, 131 (1953)

2) CONWAY, C.M.: *J. Pharm. Pharmac.* 11, 477 (1959)

3) MORIYA, H.: *Yakugaku zasshi* 78, 341 (1958)

4) WITZLEB, E., GOLLWITZER-MEIER, K. AND DONAT, K.: *Klin. Wschr.* 32, 297 (1954)

5) WEISS, S.: *Schweiz. med. Wschr.* 82, 767 (1952)

6) BLÜMER, H. AND SCHIMERT, G.: *Schweiz. med. Wsche.* 81, 1108 (1951)

7) STRAUSS, L.H.: *Dt. med. Wschr.* 77, 42, 1284 (1952)

**PAR-VASO-0007588**

8) CHARLIER, R.: *Coronary Vasodilators*, 10, p. 112, Pergamon Press, London (1961)

9) GORLIN, R.: *Fedn Proc.* 21, 93 (1962)

10) GORLIN, R.: *Am. J. Cardiol.* 9, 419 (1962)

11) KINSELLA, D., TROUP, W. AND McGREGOR, M.: *Am. Heart J.* 63, 146 (1962)

12) NEWHOUSE, M.T. AND McGREGOR, M.: *Am. J. Cardiol.* 16, 234 (1965)

13) FOULDS, T. AND MACKENNON, J.: *Br. med. J.* 17, 835 (1960)

14) LINDNER, A., LOUDON, M. AND WERNER, G.: *Schweiz. med. Wschr.* 15, 366 (1953)

15) BLACK, J.W.: *J. Pharm. Pharmac.* 12, 87 (1960)

16) LEDERER, E. AND LEDERER, M.: *Chromatography* 364, (1957)

17) CARTER, C.E.: *J. Am. chem. Soc.* 72, 1466 (1950)

18) MARKHAM, R. AND SMITH, J.D.: *Biochem. J.* 49, 401 (1951)

19) OGATA, K., IMADA, A. AND NAKAO, Y.: *Agr. biol. Chem.* 26, 586 (1962)

20) BERGKVIST, R. AND DEUTSCH, A.: *Acta chem. scand.* 9, 1398 (1955)

21) GOLDENBERG, M. AND ROTHBERGER, C.J.: *Z. ges. exp. Med.* 76, 1 (1931)

22) ANTOPOL, W. AND RÖSSLER, R.: *Z. ges. exp. Med.* 94, 453 (1934)

23) MELVILLE, K.I.: *J. Pharmac. exp. Ther.* 64, 86 (1938)

24) PAPP, J. AND SZEKERES, L.: *Archs int. Pharmacodyn. Thér.* 160, 147 (1966)

25) TARDOS, L. AND LESKOVSKY, G.: *Archs int. Pharmacodyn. Thér.* 145, 293 (1963)

26) BERNE, R.M.: *Am. J. Physiol.* 204, 317 (1963)

27) RICHMAN, H.G. AND WYBORNY, L.: *Am. J. Physiol.* 207, 1139 (1964)

PAR-VASO-0007589

*Journal of Cardiovascular Pharmacology*™
31:322–326 © 1998 Lippincott–Raven Publishers, Philadelphia

# Effect of JTV-506, a Novel Vasodilator, on Experimental Angina Model in Rats

Yukiya Hirata, Hisato Miyai, Yukiyo Mabuchi, and Kazuo Aisaka

*Biological/Pharmacological Research Laboratories, Central Pharmaceutical Research Institute, Japan Tobacco, Inc., Takatsuki, Osaka, Japan*

**Summary:** The antianginal effects of JTV-506, a newly synthesized 2,2-bis-methoxymethyl benzopyran-derivative potassium channel opener, were evaluated in experimental angina models in rats and compared with those of levcromakalim, nicorandil, and nifedipine. JTV-506 (0.01–0.1 mg/kg, i.d.) dose-dependently inhibited S-wave elevation induced by injection of methacholine but caused almost no changes in blood pressure or heart rate. Other vasodilators including levcromakalim, nicorandil, and nifedipine, when administered intraduodenally, also inhibited the S-wave elevation and elicited a decrease in blood pressure. Oral administration of JTV-506 (1 and 3 mg/kg), levcromakalim (1 and 3 mg/kg), and nicorandil (30 mg/kg) significantly inhibited the S-wave depression induced by intravenous administration of arginine vasopressin (AVP). Thus JTV-506 exerts a potent protective effect on angina pectoris models to an extent similar to those of levcromakalim, nicorandil, and nifedipine, whereas its action on systemic blood pressure is different from that of other vasodilators, including reference potassium channel openers. These results suggest that JTV-506 may clinically be useful as an antianginal agent. **Key Words:** Potassium channel opener—Angina model—Vasodilator—JTV-506.

Myocardial ischemia, which remains one of the major diseases among industrialized nations, occurs when there is an imbalance between supply and demand of myocardial oxygen. As Berdeaux et al. (1) pointed out, the mere observation that most patients with ischemic heart disease are concurrently treated with several antianginal agents illustrates the fact that an ideal antianginal agent has not yet been found, and thus there remains a demand for new and original antianginal agents.

JTV-506, (−) - (3S,4R) - 2,2-bis (methoxymethyl)-4[(1, 6 - dihydro - 1 - methyl - 6 - oxo - 3 -pyridazinyl) amino]-3-hydroxychroman-6-carbonitrile hemihydrate (Fig. 1), is a newly synthesized K channel opener (2). Such adenosine triphosphate (ATP)-sensitive potassium channel openers belong to a recently identified class of ion- channel modulators, which increase potassium conductance in different types of excitable tissue, including vascular and other smooth muscle, skeletal muscle, cardiac muscle, and neurons (3–5). Recently activation of K channels has been considered a mechanism of interest for the design of new cardiovascular drugs. For example, K channel openers such as the 2,2-dimethyl benzopyran derivatives cromakalim and levcromakalim produce clinically useful cardiovascular effects such as coronary vasodilatation and

hypotension (6–9). In experiments using isolated porcine large epicardial arteries under constriction with various types of vasoconstrictors, JTV-506 produces a vasorelaxation (10), whereas in dogs, it elicits an increase in coronary blood flow (11). These results suggest that JTV-506 possesses antianginal activity. In this experiment, we investigated the antianginal effect of JTV-506 in rats and compared it with levcromakalim, nicorandil, and nifedipine, agents that have been used in therapy for ischemic heart diseases and hypertension.

## MATERIALS AND METHODS

### Methacholine-induced angina model

Male Sprague–Dawley (SD) rats, weighing 300–340 g, were fasted overnight and anesthetized with sodium pentabarbital (50 mg/kg, i.p.). The change of the S wave of the standard limb-lead II electrocardiogram (ECG) was used as the parameter indicating ischemic changes in the heart, whereas the femoral artery was cannulated with a polyethylene tube to measure arterial blood pressure. Experiments were performed according to the method of Sakai et al. (12). In brief, a polyethylene tube was inserted to the aortic valve through the right carotid artery to inject methacholine at the ostia of the coronary arteries (i.e. administration), and this tube was in turn connected to a microsy-

Received March 4, 1997; revision accepted September 16, 1997.
Address correspondence and reprint requests to Dr. K. Aisaka at Biological/Pharmacological Research Laboratories, Central Pharmaceuti-cal Research Institute, Japan Tobacco, Inc., 1-1 Murasaki-cho, Takat-suki, Osaka 569, Japan.

PAR-VASO-0007590

ringe for i.c. administration. Methacholine (5 μg) dissolved in saline solution was injected into coronary arteries over a 1-s period in a volume of 25 μl, and methacholine-induced S-wave elevation instead of ST-segment elevation was observed. Methacholine was injected before and 15, 30, and 60 min after intraduodenal administration of drugs. The experiment was conducted by using selected rats in which the S-wave elevation was > 0.15 mV. The values of S-wave elevation by methacholine after administration of vehicle or test drugs were expressed as percentage of each pretreatment value.

### Arginine vasopressin (AVP)-induced angina model

Male Donryu rats, weighing 250–410 g, were fasted overnight and anesthetized with sodium pentobarbital (50 mg/kg, i.p.). According to the method of Uchida et al. (13), the antianginal effect of each drug was tested. The standard limb-lead II electrocardiogram (ECG) was measured to observe the lowering of the S-wave instead of ST-segment depression in the ECG. The test drugs were orally administered 20 min before the anesthesia, and AVP (0.1 IU/kg) was injected into the femoral vein 60 min after administration of test drugs. The values of S-wave change were measured for the first 10 min after AVP injection.

### Data analysis

Values are shown as the mean ± SEM. The values in S-wave changes after drug administration were compared with the control values after vehicle administration by using one-way analysis of variance. When a significant difference was detected, Dunnett's test was used to determine the statistical significance of the difference; p values < 0.05 were considered to be statistically significant.

### Drugs

JTV-506 was synthesized by Japan Tobacco Inc. (Takatsuki, Japan) Levcromakalim was kindly provided by Yoshitomi Pharmaceutical Ind., Ltd. (Osaka, Japan). Other drugs were purchased: nicorandil (Chugai, Tokyo, Japan) and nifedipine (Sigma, St. Louis, MO, U.S.A.).

## RESULTS

### Effects on methacholine-induced angina model

Typical changes of the S wave in the ECG, blood pressure, and heart rate induced by methacholine are shown in Fig. 2. Injection of methacholine, 5 μg, close to the coronary ostia in anesthetized rats was followed by a

sharp reduction in heart rate and blood pressure and by significant S-wave elevation (0.205 ± 0.006 mV; n = 66), which was maximal 30–60 s after methacholine injection. All parameters returned to control levels within 5 min. Administration of vehicle did not significantly modify the ECG changes caused by methacholine.

None of the drugs significantly changed methacholine-induced S-wave elevation 15 min after their administration, but all reduced the elevation after 30 and 60 min. The average values of methacholine-induced elevation of S-wave (MIES), which was measured 30 and 60 min after test-drug administration, are shown in Fig. 3. JTV-506, at a dose of 0.01 mg/kg, had almost no effect on methacholine-induced ECG changes. However, MIES was significantly reduced by JTV-506 at a dose as low as 0.03 mg/kg (−37.3 ± 12.4%; p < 0.05), and a higher dose of 0.1 mg/kg progressively antagonized the ischemic effect of methacholine. Levcromakalim at a dose of 0.1 mg/kg significantly reduced MIES (Fig. 3), as did nicorandil (1 mg/kg) and nifedipine (1 mg/kg; Fig. 3). Blood pressure was measured just before and after injection of methacholine, with maximal changes observed 15 min after the administration of these drugs, as shown in Fig. 4. In contrast, JTV-506 at all doses had no effect on blood pressure. JTV-506 also caused no changes in blood pressure 30 and 60 min after its administration (data not shown). Levcromakalim (0.01, 0.03, and 0.1 mg/kg) elicited a dose-dependent decrease in blood pressure, with significant decreases observed at 0.03 and 0.1 mg/kg (Fig. 4). Nicorandil (1 mg/kg) and nifedipine (0.3 and 1 mg/kg) also decreased blood pressure (Fig. 4). Nifedipine (1 mg/kg) slightly decreased heart rate (10.7 ± 3.2%), and all drugs tested except for nifedipine (1 mg/kg) elicited no changes in heart rate.

### Effects on AVP-induced angina model

When AVP (0.1 IU/kg) was injected, a depression of the S-wave (VIDS) in the lead II ECG appeared 10 min after the AVP challenge. Maximal VIDS was observed



**FIG. 2.** Changes of arterial blood pressure (ABP), heart rate (HR), and electrocardiogram (ECG, lead II) induced by methacholine.

**FIG. 1.** Chemical structure of JTV-506.

PAR-VASO-0007591



**FIG. 3.** Effect of JTV-506, levcromakalim, nicorandil, and nifedipine on S-wave elevation in rats. Each drug was administered intraduodenally. Each column represents the mean ± SEM of six animals. *p < 0.05, **p < 0.01 vs. vehicle.

1–2 min after the challenge, as shown in Fig. 5. Oral administration of JTV-506 (0.3–3 mg/kg) dose-dependently inhibited this VIDS at 1 and 3 mg/kg, p.o., and levcromakalim (1 and 3 mg/kg, p.o.) and nicorandil (30 mg/kg, p.o.) also significantly inhibited VIDS (Fig. 5).

## DISCUSSION

Our previous pharmacologic studies in isolated tissues and anesthetized dogs clearly showed that JTV-506, a novel benzopyran derivative, exhibits ATP-sensitive potassium channel–opening activities (2). We also reported that JTV-506 is a potent and selective coronary vasodilator, effective by both i.v. and oral routes of administration in dogs (2,11). In addition, we observed that JTV-506 causes an increase in myocardial oxygen supply (14).

Angina pectoris is a clinical syndrome caused by myocardial ischemia, resulting from an imbalance between supply and demand of myocardial oxygen. In general, coronary vasodilators such as organic nitrates and calcium antagonists are used for the treatment of angina pectoris. Because myocardial ischemia is closely reflected by changes in the ST segment of the ECG, this has became a useful diagnostic method for angina pectoris (15). In our study, we used two types of experimental angina models, those using methacholine and AVP. From the mechanism of action of methacholine and the methacholine-induced changes of the S wave, this angina model is thought to reflect clinically variant angina pectoris (12). All drugs tested inhibited this S-wave elevation, and except for JTV-506, all decreased blood pressure. Nifedipine and levcromakalim, a calcium channel



**FIG. 4.** Effect of JTV-506, levcromakalim, nicorandil, and nifedipine on mean blood pressure in rats. Each drug was administered intraduodenally. Each column represents the mean ± SEM of six animals. Blood pressure was measured at 15 min after administration of drugs. *p < 0.05, **p < 0.01 vs. vehicle.

PAR-VASO-0007592



**FIG. 5.** Effect of JTV-506, levcromakalim, and nicorandil on S-wave depression in rats. Each drug was administered orally 1 h before arginine vasopressin (AVP) injection. Each column represents the mean ± SEM of five or six animals. *p < 0.05, **p < 0.01 vs. vehicle.

antagonist and potassium channel opener, respectively, have vasodilatory effects on both large and small coronary arteries, as does JTV-506 (16–18). These drugs, except for JTV-506, attenuate an afterload by dilating peripheral arteries, and this effect might partly contribute to the inhibition of S-wave elevation. In this experiment, however, a lower dose of nifedipine decreased blood pressure but did not affect S-wave changes. Another mechanism, such as coronary vasodilatation, is necessary to inhibit S-wave elevation in this model.

AVP is an antidiuretic hormone and a vasoconstrictor, as demonstrated in dogs, where AVP produces vasoconstriction of small coronary arteries and increases total coronary resistance (19). In cats, AVP constricts small coronary arteries, while it minimally dilates large coronary arteries (20). It has also been reported that an AVP-induced angina model using anesthetized rats was useful for evaluating antispasmodic effects in vivo (13,21). We thus evaluated the effects of potassium channel openers by using the AVP-induced angina model in rats. Injection of AVP produced S-wave depression, which was dose-dependently inhibited by JTV-506, levcromakalim, nicorandil, potassium openers, and the calcium antagonist nifedipine. Karasawa et al. (21) showed that the S-wave depression induced by intravenous injection of AVP is effectively inhibited by calcium antagonists but not by adrenergic β-blocking agents. JTV-506 slightly reduced myocardial oxygen consumption at a dose that was much higher than the coronary vasodilatory effect (14). From these results, we speculate that the direct coronary vasodilatation resulting from potassium channel opening or calcium-entry blockade plays a role in the efficacy of these drugs in the AVP-induced coronary vasospasm model, as well as in the methacholine model. However, contrary to the effect on methacholine-induced angina, the antianginal activity of JTV-506 in AVP-induced

angina was less potent than that of levcromakalim. Because the dose of AVP increased blood pressure remarkably, we assume that levcromakalim inhibited AVP-induced S-wave depression via coronary vasodilatation and hypotension. In addition, it is known that ATP-sensitive potassium channel openers have direct cardioprotective effects in many animal models of acute myocardial ischemia (22–24). This protective effect may contribute to the antianginal effect in these animal models and in clinical angina pectoris.

In conclusion, JTV-506, a selective coronary vasodilator, is effective in both methacholine and AVP experimental angina models without causing hypotension. Thus JTV-506 is expected to be an effective antianginal agent in the treatment of various types of angina pectoris, especially in variant angina.

**Acknowledgment:** We thank Ms. Ayumi Inami for her technical assistance.

## REFERENCES

1. Berdeaux A, Lablanche JM. Potassium channel openers in coronary heart disease. In: Escande D, Standen N, eds. *K⁺ channels in cardiovascular disease*. Paris: Springer-Verlag France, 1993: 293–303.
2. Cho H, Kato S, Sayama S, et al. Synthesis and selective coronary vasodilatory activity of 3,4-dihydro-2,2-bis(methoxymethyl)-2H-1-benzopyran-3-ol derivatives: novel potassium channel openers. *J Med Chem* 1996;39:3797–805.
3. Quast U, Cook NS. Moving together: K⁺ channel openers and ATP-sensitive K⁺ channels. *Trends Pharmacol Sci* 1989;10:431–5.
4. Longman SD, Hamilton TC. Potassium channel activator drugs: mechanism of action, pharmacological properties, and therapeutic potential. *Med Res Rev* 1992;12:73–148.
5. Edwards G, Weston AH. The pharmacology of ATP-sensitive potassium channels. *Annu Rev Pharmacol Toxicol* 1993;33:597–637.
6. Buckingham RE, Clapham JC, Hamilton TC, Longman SD, Norton J, Poyser RH. BRL-34915, a novel antihypertensive agent: comparison of effects on blood pressure and other hemodynamic parameters with those of nifedipine in animal models. *J Cardiovasc Pharmacol* 1986;8:798–804.
7. Longman SD, Clapham JC, Wilson C, Hamilton TC. Cromakalim, a potassium channel activator: a comparison of its cardiovascular haemodynamic profile and tissue specificity with those of pinacidil and nicorandil. *J Cardiovasc Pharmacol* 1988;12:535–42.
8. Hof RP, Quast U, Cook NS, Blarer S. Mechanism of action and systemic and regional hemodynamics of the potassium channel activator BRL34915 and its enantiomers. *Circ Res* 1988;62:679–86.
9. Clapham JC, Hamilton TC, Longman SD, Buckingham RE, Campbell CA, Ilsley GL. Antihypertensive and haemodynamic properties of potassium channel activating (–)enantiomer of cromakalim in animal models. *Arzneimittelforschung* 1991;41:385–91.
10. Hirata Y, Miyai H, Kanada A, Aisaka K. Effect of JTV-506, a novel vasodilator, on coronary vessels in vitro and in vivo. Cardiac and vascular effects of JTV-506, a coronary artery-selective potassium channel opener, in experimental animals. *J Mol Cell Cardiol* 1996; 28:A309.
11. Hirata Y, Aisaka K. Effect of JTV-506, a novel vasodilator, on coronary blood flow in conscious dogs. *J Cardiovasc Pharmacol* 1997;29:397–405.
12. Sakai K, Akima M, Aono J. Evaluation of drug effects in a new experimental model of angina pectoris in the intact anesthetized rat. *J Pharmacol Methods* 1981;5:325–36.
13. Uchida W, Shibasaki K, Asano M, Takenaka T. Antianginal effects of YM-16154-4 in various experimental angina models. *J Cardiovasc Pharmacol* 1993;21:701–8.
14. Suzuki Y, Miyai H, Hirata Y, Aisaka K. Cardiac effect of JTV-506, a

PAR-VASO-0007593

new coronary artery-selective potassium channel opener, in anesthetized and conscious dogs. *Jpn J Pharmacol* 1996;71(suppl I):135.

15. Yasue H, Omote S, Takizawa A, Nagao, A. Coronary arterial spasm in ischemic heart disease and its pathogenesis. *Circ Res* 1983;52 (suppl I):147–52.

16. Stephen FV, Thomas HH. Effects of calcium-channel antagonist on large and small coronary arteries in conscious dogs. *Circulation* 1982;3:579–88.

17. Clapham JC, Hamilton TC, Longma SD, et al. Anti-hypertensive and hemodynamic properties of potassium channel activating (–)enantiomer of cromakalim in animal models. *Arzneimittelforschung* 1991; 41:385–91.

18. Jean-Francosis G, Christophe DR, Alain B. Effects of cromakalim and pinacidil on large epicardial and small coronary arteries in conscious dogs. *J Pharmacol Exp Ther* 1990;255:836–42.

19. Matury FM, Sharon EM, Maret M, et al. Coronary vasoconstriction induced by vasopressin. *Circulation* 1991;83:2111–21.

20. Lamping KG, Kanatuka H, Eastham CL, Chilian WM, Marcus ML. Nonuniform vasomotor responses of the coronary microcirculation to serotonin and vasopressin. *Circ Res* 1989;65:343–51.

21. Karasawa A, Kubo K, Shuto K, Oka T, Nakamizo N. Antianginal effects of the new calcium antagonist benidipine hydrochloride in anesthetized rats and spontaneously hypertensive rats: electrocardiographic study. *Arzneimittelforschung* 1988;38:1702–7.

22. Grover GJ, Dzwonczyk S, Parham CS, Sleph PG. The protective effects of cromakalim and pinacidil on reperfusion function and infarct size in isolated perfused rat hearts and anesthetized dogs. *Cardiovasc Drugs Ther* 1990;4:465–74.

23. Auchampach JA, Maruyama M, Cavero I, Gross GJ. The new K⁺ channel opener aprikalim (RP 52891) reduces experimental infarct size in dogs in the absence of hemodynamic changes. *J Pharmacol Exp Ther* 1991;259:961–7.

24. Cole WC, McPherson CD, Sontag D. ATP-Regulated channels protect the myocardium against ischemia/reperfusion damage. *Circ Res* 1991;69:571–81.

PAR-VASO-0007594



Best Practice & Research Clinical Anaesthesiology
Vol. 22, No. 2, pp. 275–286, 2008
doi:10.1016/j.bpa.2008.03.002
available online at http://www.sciencedirect.com



4

<hr />

# Arginine vasopressin in the treatment of vasodilatory septic shock ☆

**Cheryl L. Holmes**[a] MD, FRCPC

Clinical Instructor

*University of British Columbia, Division of Critical Care, Department of Medicine,
Kelowna General Hospital, BC, Canada*

**Keith R. Walley**[*] MD, FRCPC

Professor of Medicine

*University of British Columbia, Division of Critical Care, Department of Medicine,
St. Paul's Hospital, Vancouver, BC, Canada*

Vasodilatory septic shock is characterized by profound vasodilation of the peripheral circulation, relative refractoriness to catecholamines and a relative deficiency of the posterior pituitary hormone, vasopressin. Arginine vasopressin is effective in restoring vascular tone in vasodilatory septic shock and may be associated with decreased mortality in less severe septic shock as well as improved mortality and decreased renal failure in septic shock patients at risk for renal failure.

**Key words:** acute renal failure; adrenergic agents; antidiuretic hormone; arginine Vasopressin; hypotension; muscle, smooth, vascular/physiology; norepinephrine; nitric oxide; potassium channels; shock, septic; vasoconstriction; vasodilation; vasopressin.

## VASODILATORY SEPTIC SHOCK

Vasodilatory septic shock refers to a state of hypotension and organ dysfunction due to infection. Hypovolaemic, cardiogenic and obstructive forms of shock are

<hr />

☆ Support: Heart & Stroke Foundation of B.C. and Yukon. Keith R. Walley is a B.C. Lung Association/St. Paul's Hospital Foundation Scientist.

\* Corresponding author. Keith R. Walley, MD, UBC McDonald Research Laboratories, St. Paul's Hospital, 1081 Burrard Street, Vancouver, BC, Canada V6Z 1Y6. Tel.: +604 806 8136; Fax: +604 806 8351.

   *E-mail addresses:* clholmes@telus.net (C.L. Holmes), kwalley@mrl.ubc.ca (K.R. Walley).

   [a] Tel.: +1 250 212 9450; Fax: +1 250 764 9083.

1521-6896/$ - see front matter © 2008 Published by Elsevier Ltd.

PAR-VASO-0007595

characterized by decreased cardiac output, hypotension and profound vasoconstriction in the peripheral circulation. In vasodilatory shock there is a complex interaction between pathologic vasodilation, relative and absolute hypovolaemia, myocardial depression, and altered blood flow distribution, which occur as a consequence of the inflammatory responsive to injury.[1] Sepsis is the most frequent cause of vasodilatory shock, however, vasodilatory shock is also the final common pathway for prolonged and severe shock of any cause.[2]

Endogenous vasopressin release is essential for both osmotic and cardiovascular homeostasis. A deficiency of vasopressin exists in septic shock and replacement of physiologic levels of vasopressin can restore vascular tone and may improve organ function in vasodilatory septic shock.

## Pathogenesis of vasodilatory septic shock

Vasodilation in septic shock is due to inappropriate activation of vasodilator mechanisms and failure of vasoconstrictor mechanisms in vascular smooth muscle despite high plasma catecholamine levels and activation of the renin-angiotensin system. Three mechanisms have been implicated: activation of ATP-sensitive and calcium-regulated potassium channels ($K_{ATP}$ and $K_{Ca++}$ channels) in the plasma membrane of vascular smooth muscle, activation of the inducible form of nitric oxide synthase (NOS) and depletion of the pituitary stores of vasopressin (Figure 1).[2]

## Vasopressin deficiency in septic shock

Vasopressin is synthesized in the hypothalamus and then transported down the pituitary stalk and stored in the posterior pituitary gland. Plasma vasopressin levels are normally less than 4 pg/mL in overnight fasted, hydrated humans.[3] Both septic and haemorrhagic shock are associated with a biphasic response in vasopressin levels. Hypotension is a profound stimulus to increase plasma vasopressin levels. In early shock, increased secretion of vasopressin leads to appropriately high plasma levels of vasopressin to defend organ perfusion.[4-6] As the shock state progresses, plasma vasopressin levels fall[6,7], for reasons that are not entirely clear. Several investigators have observed inappropriately low vasopressin levels in established septic shock and vasodilatory shock.[6,8-18]

Landry and coworkers were the first to demonstrate that patients in advanced vasodilatory septic shock had inappropriately low plasma levels of vasopressin and furthermore, exogenous infusion of low-dose arginine vasopressin increased vasopressin levels, indicating that the low vasopressin levels in septic shock were due to impaired vasopressin secretion, not increased vasopressin metabolism or clearance.[8]

Many studies report vasopressin levels in the late phases of septic shock. Lin and coworkers studied vasopressin and norepinephrine levels in 182 patients presenting to the emergency department in the first six hours who had sepsis, severe sepsis and septic shock.[17] Interestingly, vasopressin levels were highest in severe sepsis and lowest in patients with septic shock, consistent with enhanced pituitary secretion of vasopressin in severe sepsis and then depletion of stores in established septic shock. Also interesting was that norepinephrine levels were highest in septic shock (Table 1).[17] Russell calculated the vasopressin to norepinephrine (VP/NE) ratios in these patients and found that in sepsis and severe sepsis the ratio was similar



**Figure 1. Mechanisms of Vasodilatory Shock.**[2] Septic shock and states of prolonged shock causing tissue hypoxia with lactic acidosis increase nitric oxide synthesis, activate ATP-sensitive and calcium-regulated potassium channels ($K_{ATP}$ and $K_{Ca}$, respectively) in vascular smooth muscle, and lead to depletion of vasopressin. The abbreviation cGMP denotes cyclic guanosine monophosphate.

(1/165) but that in the septic shock patients is much lower (1/1000).[19] Thus it appears that even in early septic shock there is a deficiency of vasopressin relative to norepinephrine.

The reason for the relative deficiency of vasopressin in vasodilatory septic shock is uncertain: and at least four mechanisms have been proposed. First, early enhanced secretion of vasopressin leads to depletion of neurohypophysial stores in advanced shock.[20] Second, others have postulated autonomic insufficiency in sepsis[21] citing lack of baroreflex-mediated bradycardia after vasopressin infusion as evidence of autonomic insufficiency.[8] Third, low concentrations of norepinephrine excite central

Table 1. Vasopressin and norepinephrine levels in patients in emergency with sepsis, severe sepsis and septic shock.[17,19]

| | Sepsis (N = 54) | Severe sepsis (N = 56) | Septic shock (N = 72) |
|---|---|---|---|
| Vasopressin (pg/ml) | 10.6 ± 6.5 | 21.8 ± 4.1 | 3.6 ± 2.5 |
| Norepinephrine | 1730 ± 320 | 3600 ± 1000 | 3650 ± 980 |
| VP/NE Ratio | 1/165 | 1/165 | 1/1000 |

vasopressinergic neurons whereas elevated norepinephrine levels have a central inhibitory effect on vasopressin release.[22] Finally, increased nitric oxide production by vascular endothelium within the posterior pituitary during sepsis may inhibit vasopressin production.[23]

## Vasopressin administration can restore vascular tone in vasodilatory shock

Continuous infusion of vasopressin restores vascular tone in vasoplegic (catecholamine-resistant) shock states by several mechanisms[2] including activation of vasopressin I receptors ($V_1$R's), modulation of $K_{ATP}$ channels, modulation of nitric oxide, and potentiation of adrenergic and other vasoconstrictor agents.[24,25]

Vasopressin binds to $V_1$ receptors, which are found in high density on vascular smooth muscle. $V_1$ receptor binding stimulates phospholipase C and produces the intracellular second messengers inositol trisphosphate ($IP_3$) and diacylglycerol (DAG) through the $G_{q/11}$ pathway. These second messengers then activate protein kinase C and elevate intracellular free calcium to initiate contraction of vascular smooth muscle.

An important mechanism by which vasopressin restores vascular tone in vasoplegic (catecholamine-resistant) shock states may be its ability to close $K_{ATP}$ channels.[26] Activation of $K_{ATP}$ channels is a critical mechanism in the hypotension and vasodilation characteristic of vasodilatory shock. Agents which close $K_{ATP}$ channels (such as sulfonylureas) increase arterial pressure and systemic vascular resistance in vasodilatory shock due to hypoxia, septic shock, and in the late, vasodilatory phase of haemorrhagic shock.[27,28]

Modulation of nitric oxide (NO) is another mechanism by which vasopressin exerts vascular control. Nitric oxide contributes to the hypotension and resistance to vasopressor drugs that occurs in vasodilatory shock. The vasodilating effect of NO is mediated mainly by the activation of myosin light-chain phosphatase. However, NO also activates $K^+$ channels in the vascular smooth muscle.[29,30] Agents which block NO synthesis during septic shock increase arterial pressure and decrease the doses of vasoconstrictor catecholamines needed to maintain arterial pressure.[31] Vasopressin may restore vascular tone in vasodilatory shock states by blunting the increase in cGMP that is induced by NO and by decreasing synthesis of inducible NO synthase that is stimulated by lipopolysaccharide.[32]

Vasopressin also potentiates the vasoconstrictor effects of many agents, including norepinephrine[33,34] and angiotensin II.[35,36] The underlying mechanism of this is unknown but possibilities include coupling between G protein-coupled receptors (GPCRs)[37], interaction between G-proteins and interference with GPCR downregulation through arrestin trafficking.[25]

## CLINICAL TRIALS OF ARGININE VASOPRESSIN IN SEPTIC SHOCK

Clinical trials show that infusion of low-dose vasopressin in patients who have vasodilatory shock decreases norepinephrine dose requirements, maintains blood pressure and cardiac output, decreases pulmonary vascular resistance and increases urine output.[8,10–14,38–47] These observations suggest that low-dose vasopressin could improve renal and other organ function in septic shock. We now examine the key trials of vasopressin in septic shock in detail.

## Preliminary studies of arginine vasopressin for septic shock

Landry and coworkers were the first to report that very low doses of the arginine vasopressin (from 0.01 to 0.05 U/min) were effective in restoring vascular tone in a case series of five patients with vasodilatory shock due to sepsis.[38] They also reported increased urine output in three of five patients on infusion of vasopressin. Landry and co-workers went on to investigate the possibility that vasopressin deficiency contributes to the vasodilation in septic shock by prospectively studying 19 patients with vasodilatory septic shock.[8] They observed that compared with patients in cardiogenic shock, patients in advanced vasodilatory septic shock had inappropriately low plasma levels of vasopressin ($22.7 \pm 2.2$ pg/mL in cardiogenic shock patients vs. $3.1 \pm 0.4$ pg/mL in the septic shock patients).[8] They went on to confirm their initial findings that although arginine vasopressin is a weak pressor in normal subjects, its administration at 0.04 U/min to patients with septic shock who were receiving catecholamines increased arterial pressure due to increased systemic vascular resistance. Furthermore, in patients with septic shock who were receiving vasopressin as the sole pressor, its withdrawal resulted in hypotension and vasopressin administration at 0.01 U/min resulted in plasma concentrations of 30 pg/mL and increased arterial blood pressure.

Patel and coworkers were the first to study the effects in septic shock in a double-blind randomized controlled trial of vasopressin vs. norepinephrine.[14] Patients were randomized to a double-blinded four hour infusion of either norepinephrine at 2 mcg/min to 16 mcg/min ($n = 11$) or vasopressin at 0.01 U/min to 0.08 U/min ($n = 13$) and open-label vasopressors were titrated to maintain blood pressure at a pre-specified level. Patients who received vasopressin had a significant (80%) reduction in vasopressor dose requirement to maintain blood pressure. Interestingly, urine output doubled and creatinine clearance increased by 75% in the patients who received vasopressin. On the basis of this study, the authors concluded that a short-term infusion of vasopressin spared norepinephrine use and improved some measures of renal function in patients with septic shock. They also demonstrated that vasopressin could be successfully studied in a double blind fashion when norepinephrine was used as control in equipotent vasopressor doses to vasopressin.

## Vasopressin and Septic Shock Trial (VASST)

Using Patel's study design, our group conducted a randomized controlled trial of vasopressin vs. norepinephrine in the Vasopressin And Septic Shock Trial (VASST).[18] In this multi-centre, randomized, blinded trial, patients who had septic shock receiving a minimum of 5 mcg/min of norepinephrine infusion were allocated to either low-dose vasopressin (0.01–0.03 U/min) or norepinephrine infusion (5–15 mcg/min) in addition to open-label vasopressors. All vasopressors were titrated and weaned according to protocols to maintain a target blood pressure. The primary end point was 28-day mortality. Patients were analyzed according to the *a priori* strata of more severe and less severe septic shock, based on the level of vasopressor use at baseline. In VASST, 779 patients were randomized and infused with the study drug (vasopressin $n = 397$, norepinephrine $n = 382$). The study was prospectively powered to detect an absolute difference in mortality of 10% from an expected 60%. The observed mortality rates were considerably lower than predicted in the vasopressin and norepinephrine groups, compared to previous reports perhaps because of overall improvements in the care of patients who have septic shock.[48]

There was no difference in the primary outcome, 28-day mortality, between vasopressin (35.4%) and norepinephrine (39.3%, $P = 0.26$): and there was no difference between

groups in mortality at 90 days (43.9% and 49.6% respectively, $P = 0.11$). There were no differences in the overall rates of serious adverse events (vasopressin, 10.3% and norepinephrine, 10.5%, $P = 1.0$). Thus, clinicians using an evidence-based approach now may choose norepinephrine alone or norepinephrine plus low dose vasopressin as vasopressors to manage patients with severe septic shock. The data exclude with 95% confidence a harm of vasopressin of greater than 2.9% or a benefit of greater than 10.7%. Thus, a non-inferiority analysis of these data demonstrates that vasopressin plus low dose norepinephrine is not inferior to norepinephrine alone even when rigorous non-inferiority criteria are applied -- largely because the trend is towards benefit with vasopressin.

Since the trend is towards benefit of vasopressin, what additional evidence is available to the clinician to help guide the choice between low-dose vasopressin plus norepinephrine versus norepinephrine alone? In the prospectively defined stratum of less severe septic shock in VASST mortality was significantly lower in the vasopressin-treated group at 28 days (26.5% vs. 35.7%, $P = 0.05$) (Figure 2B).

Similarly, vasopressin may be particularly effective in patients who are at risk of renal dysfunction[49], evaluated according to RIFLE criteria (acronym indicating Risk of renal dysfunction; Injury to the kidney; Failure of kidney function, Loss of kidney function and End-stage kidney disease, Figure 4).[50] In the patients who were "at-risk" for renal failure (increase in serum creatinine $1.5 \times$ baseline, decrease in GFR by 25% or urine output $< 0.5$ mL/kg/hr for 6 hrs) the vasopressin treated patients ($n = 53$) compared to the norepinephrine patients ($n = 53$) had significantly reduced 28-day (30.8% vs. 54.7%, $P = 0.01$) and 90-day (37.3% vs. 62.3%, $P = 0.01$) mortality. This remained significant after adjustment for potential confounders. The at-risk patients treated with vasopressin were also less likely to develop renal failure over the 28 day study period compared to the at-risk patients treated with norepinephrine (21.2% vs. 41.2%, $P = 0.02$). There was no difference in outcome between vasopressin and norepinephrine groups in the other categories of renal function.

Plasma vasopressin levels were extremely low at baseline (median 3.2 pmol/L, interquartile range 1.7–4.9 pmol/L) and did not change in the norepinephrine group. Low dose vasopressin infusion increased vasopressin levels to medians of 73.6 pmol/L (interquartile range 58.6 to 94.7 pmol/L) at six hours and 98.0 pmol/L (interquartile range 67.1 to 127.8 pmol/L) at 24 hours (Figure 3), confirming the restoration of plasma levels of vasopressin appropriate for shock.

In summary, the Vasopressin And Septic Shock Trial did not find a difference between low-dose vasopressin plus norepinephrine and norepinephrine alone suggesting that either approach is reasonable. However, vasopressin may be beneficial in the less-severe septic shock subgroup (those patients on $< 15$ mcg/min norepinephrine at baseline) and possibly for patients at risk for renal failure. VASST confirmed the relative deficiency of vasopressin in septic shock and administration of 0.01 to 0.03 U/min restored plasma vasopressin to an appropriate level in septic shock. Additional studies are needed to confirm or refute these subgroup findings, and to understand whether earlier use of vasopressin, or different doses of vasopressin could further improve the outcomes of critically ill patients having septic shock.

## EXPERT RECOMMENDATIONS ON VASOPRESSIN FOR THE TREATMENT OF SEPTIC SHOCK

Prior to publication of the Vasopressin And Septic Shock Trial (VASST), three evidence-based guidelines were reported.[1,51,52] All recommended cautious use of



| No at risk | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vasopressin | 201 | 134 | 119 | 111 | 106 | 101 | 100 | 99 | 98 | 96 |
| Norepinephrine | 200 | 139 | 120 | 113 | 102 | 98 | 96 | 95 | 95 | 94 |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vasopressin | 196 | 167 | 153 | 138 | 134 | 133 | 132 | 131 | 128 | 124 |
| Norepinephrine | 182 | 150 | 127 | 117 | 110 | 107 | 104 | 99 | 98 | 97 |

**Figure 2. VASST: 90-day Kaplan Meier Survival Curves[18] (on-line supplement) (A) Patients in more severe stratum** ($P = 0.77$ at day 28 and $P = 0.92$ at day 90), **(B) Patients in less severe stratum** ($P = 0.05$ at day 28 and $P = 0.03$ at day 90). Solid black line is the vasopressin treated group, the dotted line is the norepinephrine treated group, and the vertical line marks day 28. P values were calculated using the log rank statistic.

PAR-VASO-0007601



**Figure 3. VASST: Plasma vasopressin levels over time in patients receiving a vasopressin infusion**[19] (on-line supplement), n = 54, (black squares), patients in the vasopressin group once vasopressin infusions had stopped (open squares) and patients in the norepinephrine group, n = 53, (grey circles). Values are median + interquartile range. (Note: 1 pmol/L = 1.08 pg/mL). Used with permission



**Figure 4. RIFLE Criteria**[50] Proposed classification scheme for acute renal failure (ARF). The classification system includes separate criteria for creatinine and urine output (UO). A patient can fulfill the criteria through changes in serum creatinine (SCreat) or changes in UO, or both. The criteria that lead to the worst possible classification should be used. Note that the F component of RIFLE (Risk of renal dysfunction, Injury to the kidney, Failure of kidney function, Loss of kidney function and End-stage kidney disease) is present even if the increase in SCreat is under threshold as long as the new SCreat is greater than 4.0 mg/dl (350 µmol/l) in the setting of an acute increase of at least 0.5 mg/dl (44 µmol/l). *GFR = Glomerular Filtration Rate; ARF Acute Renal Failure

PAR-VASO-0007602

**Table 2.** Dosing guidelines: add 30 U vasopressin to 250 mL normal saline: concentration 0.12 U/mL.

| Dose units/min | Dose units/hr | Rate mL/hour |
|---|---|---|
| 0.01 | 0.6 | 5 |
| 0.02 | 1.2 | 10 |
| 0.03 | 1.8 | 15 |

vasopressin pending further studies. In a systematic review of the literature of vasopressor and inotropic support in septic shock published in 2004, the role of vasopressin remained uncertain.[1] The recommendation stated, "Vasopressin use may be considered in patients with refractory shock despite adequate fluid resuscitation and high-dose conventional vasopressors. Pending the outcome of ongoing trials, it is not recommended as a replacement for norepinephrine or dopamine as a first-line agent. If used in adults, it should be administered at infusions rates of 0.01–0.04 units/min".[1]

---

### Practice Points based on VASST

- Arginine vasopressin should be considered as adjunctive hemodynamic therapy in septic shock patients, particularly in:
  - Patients requiring between 5 and 15 mcg/min norepinephrine infusion after adequate fluid resuscitation.
  - Patients at risk for renal failure according to RIFLE criteria (increase in serum creatinine 1.5 × baseline, decrease in GFR by 25% or urine output < 0.5 mL/kg/hr for 6 hrs).
- The dose of arginine vasopressin should be between 0.01 and 0.03 U/min.
- Table 2: Dosing Guidelines: Add 30 U vasopressin to 250 mL normal saline: concentration 0.12 U/mL.

---

### Research agenda

- Additional studies are needed to confirm or refute the subgroup findings of VASST and to understand whether earlier use of vasopressin or different doses of vasopressin could further improve the outcomes of critically ill patients.

---

## REFERENCES

*1. Beale RJ, Hollenberg SM, Vincent JL & Parrillo JE. Vasopressor and inotropic support in septic shock: an evidence-based review. *Critical Care Medicine* 2004; **32**(11 Suppl): S455–S465.

PAR-VASO-0007603

*2. Landry DW & Oliver JA. The pathogenesis of vasodilatory shock. *The New England Journal of Medicine* 2001; **345**(8): 588–595.

3. Cowley Jr. AW, Cushman WC, Quillen Jr. EW et al. Vasopressin elevation in essential hypertension and increased responsiveness to sodium intake. *Hypertension* 1981; **3**(3 Pt 2): I93–II00.

4. Goetz KL, Bond GC & Smith WE. Effect of moderate hemorrhage in humans on plasma ADH and renin. *Proceedings of the Society for Experimental Biology and Medicine* 1974; **145**(1): 277–280.

5. Wilson MF, Brackett DJ, Tompkins P et al. Elevated plasma vasopressin concentrations during endotoxin and E. coli shock. *Advances in Shock Research* 1981; **6**: 15–26.

6. Morales D, Madigan J, Cullinane S et al. Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. *Circulation* 1999; **100**(3): 226–229.

7. Errington ML & Rocha e Silva Jr. M. The secretion and clearance of vasopressin during the development of irreversible haemorrhagic shock. *The Journal of Physiology (London)* 1971; **217**(1): 43P–45P.

*8. Landry DW, Levin HR, Gallant EM et al. Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation* 1997; **95**(5): 1122–1125.

9. Reid IA. Role of vasopressin deficiency in the vasodilation of septic shock. *Circulation* 1997; **95**(5): 1108–1110.

10. Argenziano M, Chen JM, Choudhri AF et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. *The Journal of Thoracic and Cardiovascular Surgery* 1998; **116**(6): 973–980.

11. Argenziano M, Choudhri AF, Oz MC et al. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. *Circulation* 1997; **96**(9 Suppl): II-286–II-290.

12. Chen JM, Cullinane S, Spanier TB et al. Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors. *Circulation* 1999; **100**(19 Suppl): II244–II246.

13. Rosenzweig EB, Starc TJ, Chen JM et al. Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. *Circulation* 1999; **100**(19 Suppl): II182–II186.

14. Patel BM, Chittock DR, Russell JA & Walley KR. Beneficial effects of short-term vasopressin infusion during severe septic shock. *Anesthesiology* 2002; **96**(3): 576–582.

15. Morales DL, Garrido MJ, Madigan JD et al. A double-blind randomized trial: prophylactic vasopressin reduces hypotension after cardiopulmonary bypass. *The Annals of Thoracic Surgery* 2003; **75**(3): 926–930.

16. Sharshar T, Blanchard A, Paillard M et al. Circulating vasopressin levels in septic shock. *Critical Care Medicine* 2003; **31**(6): 1752–1758.

*17. Lin IY, Ma HP, Lin AC et al. Low plasma vasopressin/norepinephrine ratio predicts septic shock. *The American Journal of Emergency Medicine* 2005; **23**(6): 718–724.

*18. Russell JA, Walley KR, Singer J et al. Vasopressin versus norepinephrine infusion in patients with septic shock. *The New England Journal of Medicine* 2008; **358**(9): 877–887.

19. Russell JA. Vasopressin in vasodilatory and septic shock. *Current Opinion in Critical Care* 2007; **13**(4): 383–391.

20. Sharshar T, Carlier R, Blanchard A et al. Depletion of neurohypophyseal content of vasopressin in septic shock. *Critical Care Medicine* 2002; **30**(3): 497–500.

21. Garrard CS, Kontoyannis DA & Piepoli M. Spectral analysis of heart rate variability in the sepsis syndrome. *Clinical Autonomic Research* 1993; **3**(1): 5–13.

22. Day TA, Randle JC & Renaud LP. Opposing alpha- and beta-adrenergic mechanisms mediate dose-dependent actions of noradrenaline on supraoptic vasopressin neurones in vivo. *Brain Research* 1985; **358**(1–2): 171–179.

23. Reid IA. Role of nitric oxide in the regulation of renin and vasopressin secretion. *Frontiers in Neuroendocrinology* 1994; **15**(4): 351–383.

*24. Holmes CL, Landry DW & Granton JT. Science review: vasopressin and the cardiovascular system part 1-receptor physiology. *Critical Care* 2003; **7**(6): 427–434.

*25. Holmes CL, Granton JT & Landry DW. Science review: vasopressin and the cardiovascular system part 2-clinical physiology. *Critical Care* 2004; **8**(1): 15–23.

26. Wakatsuki T, Nakaya Y & Inoue I. Vasopressin modulates K(+)-channel activities of cultured smooth muscle cells from porcine coronary artery. *The American Journal of Physiology* 1992; **263**(2 Pt 2): H491–H496.

27. Landry DW & Oliver JA. The ATP-sensitive K+ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. *The Journal of Clinical Investigation* 1992; 89(6): 2071–2074.

28. Salzman AL, Vromen A, Denenberg A & Szabo C. K(ATP)-channel inhibition improves hemodynamics and cellular energetics in hemorrhagic shock. *The American Journal of Physiology* 1997; 272(2 Pt 2): H688–H694.

29. Archer SL, Huang JM, Hampl V et al. Nitric oxide and cGMP cause vasorelaxation by activation of a charybdotoxin-sensitive K channel by cGMP-dependent protein kinase. *Proceedings of the National Academy of Sciences of the United States of America* 1994; 91(16): 7583–7587.

30. Bolotina VM, Najibi S, Palacino JJ et al. Nitric oxide directly activates calcium-dependent potassium channels in vascular smooth muscle. *Nature* 1994; 368(6474): 850–853.

31. Kilbourn R. Nitric oxide synthase inhibitors – a mechanism-based treatment of septic shock. *Critical Care Medicine* 1999; 27(5): 857–858.

32. Umino T, Kusano E, Muto S et al. AVP inhibits LPS- and IL-1beta-stimulated NO and cGMP via V1 receptor in cultured rat mesangial cells. *The American Journal of Physiology* 1999; 276(3 Pt 2): F433–F441.

33. Karmazyn M, Manku MS & Horrobin DF. Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. *Endocrinology* 1978; 102(4): 1230–1236.

34. Noguera I, Medina P, Segarra G et al. Potentiation by vasopressin of adrenergic vasoconstriction in the rat isolated mesenteric artery. *British Journal of Pharmacology* 1997; 122(3): 431–438.

35. Caramelo C, Okada K, Tsai P et al. Interaction of arginine vasopressin and angiotensin II on Ca2+ in vascular smooth muscle cells. *Kidney International* 1990; 38(1): 47–54.

36. Emori T, Hirata Y, Ohta K et al. Cellular mechanism of endothelin-1 release by angiotensin and vasopressin. *Hypertension* 1991; 18(2): 165–170.

37. Iversen BM & Arendshorst WJ. ANG II and vasopressin stimulate calcium entry in dispersed smooth muscle cells of preglomerular arterioles. *The American Journal of Physiology* 1998; 274(3 Pt 2): F498–F508.

38. Landry DW, Levin HR, Gallant EM et al. Vasopressin pressor hypersensitivity in vasodilatory septic shock. *Critical Care Medicine* 1997; 25(8): 1279–1282.

39. Argenziano M, Chen JM, Cullinane S et al. Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. *The Journal of Heart and Lung Transplantation* 1999; 18(8): 814–817.

40. Dünser MW, Mayr AJ, Stallinger A et al. Cardiac performance during vasopressin infusion in postcardiotomy shock. *Intensive Care Medicine* 2002; 28(6): 746–751.

41. Dünser MW, Mayr AJ, Ulmer H et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. *Circulation* 2003; 107(18): 2313–2319.

42. Dünser MW, Mayr AJ, Ulmer H et al. The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. *Anesthesia and Analgesia* 2001; 93(1): 7–13.

43. Gold J, Cullinane S, Chen J et al. Vasopressin in the treatment of milrinone-induced hypotension in severe heart failure. *The American Journal of Cardiology* 2000; 85(4): 506–508. A511.

44. Gold JA, Cullinane S, Chen J et al. Vasopressin as an alternative to norepinephrine in the treatment of milrinone-induced hypotension. *Critical Care Medicine* 2000; 28(1): 249–252.

45. Holmes CL, Walley KR, Chittock DR et al. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. *Intensive Care Medicine* 2001; 27(8): 1416–1421.

46. Malay MB, Ashton Jr. RC, Landry DW & Townsend RN. Low-dose vasopressin in the treatment of vasodilatory septic shock. *The Journal of Trauma* 1999; 47(4): 699–703 [discussion 703–695].

47. Morales DL, Gregg D, Helman DN et al. Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. *The Annals of Thoracic Surgery* 2000; 69(1): 102–106.

48. Holmes CL, Walley KR, Ayers D et al. Septic shock mortality decreased over time during the Vasopressin And Septic Shock Trial (VASST). *American Journal of Respiratory and Critical Care Medicine* 2007; 175: A508. [abstract series].

*49. Gordon AC, Russell JA, Holmes CL et al. The effect of vasopressin on acute renal failure in septic shock. *American Journal of Respiratory and Critical Care Medicine* 2007; 175: A596. [abstracts issue].

50. Bellomo R, Ronco C, Kellum JA et al. Acute renal failure – definition, outcome measures, animal models, fluid therapy and information technology needs: the Second International Consensus Conference of the Acute Dialysis Quality Initiative (ADQI) Group. *Critical Care* 2004; 8(4): R204–R212.

*51. Dellinger RP, Carlet JM, Masur H et al. Surviving sepsis campaign guidelines for management of severe sepsis and septic shock. *Critical Care Medicine* 2004; 32(3): 858–873.

*52. Rhodes A & Bennett ED. Early goal-directed therapy: an evidence-based review. *Critical Care Medicine* 2004; 32(11 Suppl): S448–S450.

PAR-VASO-0007606



# critical care reviews

## Physiology of Vasopressin Relevant to Management of Septic Shock*

*Cheryl L. Holmes, MD; Bhavesh M. Patel, MD; James A. Russell, MD; and Keith R. Walley, MD*

Vasopressin is emerging as a rational therapy for the hemodynamic support of septic shock and vasodilatory shock due to systemic inflammatory response syndrome. The goal of this review is to understand the physiology of vasopressin relevant to septic shock in order to maximize its safety and efficacy in clinical trials and in subsequent therapeutic use. Vasopressin is both a vasopressor and an antidiuretic hormone. It also has hemostatic, GI, and thermoregulatory effects, and is an adrenocorticotropic hormone secretagogue. Vasopressin is released from the axonal terminals of magnocellular neurons in the hypothalamus. Vasopressin mediates vasoconstriction via V1-receptor activation on vascular smooth muscle and mediates its antidiuretic effect via V2-receptor activation in the renal collecting duct system. In addition, vasopressin, at low plasma concentrations, mediates vasodilation in coronary, cerebral, and pulmonary arterial circulations. Septic shock causes first a transient early increase in blood vasopressin concentrations that decrease later in septic shock to very low levels compared to other causes of hypotension. Vasopressin infusion of 0.01 to 0.04 U/min in patients with septic shock increases plasma vasopressin levels to those observed in patients with hypotension from other causes, such as cardiogenic shock. Increased vasopressin levels are associated with a lesser need for other vasopressors. Urinary output may increase, and pulmonary vascular resistance may decrease. Infusions of > 0.04 U/min may lead to adverse, likely vasoconstriction-mediated events. Because clinical studies have been relatively small, focused on physiologic end points, and because of potential adverse effects of vasopressin, clinical use of vasopressin should await a randomized controlled trial of its effects on clinical outcomes such as organ failure and mortality.

(CHEST 2001; 120:989–1002)

Key words: adrenergic agents; antidiuretic hormone; hypotension; septic shock; systemic inflammatory response syndrome; vasoconstrictor agents; vasodilation; vasopressins

Abbreviations: ACTH = adrenocorticotropic hormone; ADH = antidiuretic hormone; cAMP = cyclic adenosine monophosphate; CI = cardiac index; K-ATP = K⁺-sensitive adenosine triphosphate; LVAD = left ventricular-assist device; NO = nitric oxide; OTR = oxytoxin receptor; SIRS = systemic inflammatory response syndrome; V1R = V1 vascular receptor; V2R = V2 renal receptor

$V$asopressin, also known as antidiuretic hormone (ADH), is essential for cardiovascular homeostasis. Vasopressin is one of the first described and structurally characterized peptide hormones and, as a result, has been very extensively studied and used clinically over the past 5 decades, mainly to treat variceal hemorrhage and diabetes insipidus. Vaso-

pressin is now emerging as a rational therapy in the management of septic shock and vasodilatory shock (systemic inflammatory response syndrome [SIRS] with hypotension) from other causes.[1,2]

A key lesson learned from the unsuccessful cytokine-modulating clinical trials is that greater physiologic understanding of potential new therapies of septic

*From the University of British Columbia Program of Critical Care Medicine and the McDonald Research Laboratories (Drs. Holmes, Russell, and Walley), St. Paul's Hospital, Vancouver, British Columbia, Canada; and Department of Critical Care Medicine (Dr. Patel), Mayo Clinic, Scottsdale, AZ.
Dr. Walley is a BC Lung Association/St. Paul's Hospital Foundation Scientist.

Manuscript received November 30, 2000; revision accepted March 13, 2001.
*Correspondence to: Keith R. Walley, MD, University of British Columbia McDonald Research Laboratories, St. Paul's Hospital, 1081 Burrard St, Vancouver, British Columbia, Canada V6Z 1Y6; e-mail: kwalley@mrl.ubc.ca*

PAR-VASO-0007607

shock is essential to develop successful therapeutic strategies.[3] Thus, the goal of this review is to understand the physiology of vasopressin relevant to septic shock in order to maximize its safety and efficacy in clinical trials and in subsequent therapeutic use in patients with septic shock or SIRS and hypotension from other causes.

## HISTORY

Vasopressin is essential for survival as attested to by its teleologic persistence. The oxytocin-vasopressin superfamily is found in both vertebrates and invertebrates with a conserved nonapeptide structure. Therefore, the ancestral gene encoding the precursor protein predates the divergence of the two groups about 700 million years ago.[4]

Oliver and Schafer[5] in 1895 first observed the vasopressor effect of pituitary extract, attributed to the posterior lobe.[6] More than 10 years later, the antidiuretic effect was described. Two physicians, Farini[7] (in 1913) in Italy and von den Velden[8] (also in 1913), in Germany successfully treated patients with diabetes insipidus by injection of neurohypophyseal extracts. The extract decreased urinary output, increased the density of the urine, and reduced thirst.[9] In the late 1920s, Krogh established that topical application of the posterior pituitary hormone to the capillaries induced vasoconstriction in the web feet of the frog and the ears of the dog.[10] After isolation and synthesis of vasopressin by Turner et al[11] in 1951 and du Vigneaud et al[12] in 1954, it was proven that the same hormone in the posterior pituitary is responsible for both antidiuretic and vasopressor effects.

## PHYSIOLOGY

### Structure and Synthesis

Vasopressin is a nonapeptide with a disulfide bridge between two cysteine amino acids.[13] Vasopressin is synthesized as a large prohormone in magnocellular neurons located in the paraventricular and supraoptic nuclei of the hypothalamus.[14] The hormone and neurohypophysin, an axonal carrier protein, then migrate via the supraoptic-hypophyseal tract to the axonal terminals of the magnocellular neurons, located in the pars nervosa of the posterior pituitary, where vasopressin is stored in granules. Vasopressin is released from the axonal terminals of magnocellular neurons in the hypothalamus, and the rate of release increases as the frequency of action potentials stimulating these neurons increases.[15,16] Only 10 to 20% of the total hormonal pool within the

posterior pituitary can be readily released. Once this amount is discharged into the circulation, vasopressin continues to be secreted in response to appropriate stimuli but at a greatly reduced rate. This is likely relevant to understanding of the biphasic response of vasopressin to septic shock, with high levels early and low levels later. The entire process of vasopressin synthesis, transport, and neurohypophyseal storage takes from 1 to 2 h (Fig 1).[17]

### Regulation of Vasopressin Release

The regulation of vasopressin release is complex and can be classified into osmotic and nonosmotic stimuli. As a result, vasopressin release is influenced by CNS input, by direct hypothalamic input, and by other circulating hormones and mediators. Increased plasma osmolality (osmotic regulation) and severe hypovolemia and hypotension (hypovolemic regula-



FIGURE 1. Hypothalamic nuclei involved in vasopressin control. The hypothalamus surrounds the third ventricle ventral to the hypothalamic sulci. The main hypothalamic nuclei subserving vasopressin control are the lamina terminalis (containing the organum vasculosum), the median preoptic nucleus (MNPO), the paraventricular nuclei (PVN), and the supraoptic nuclei (SON), which project to the posterior pituitary along the supraoptic-hypophyseal tract. Vasopressin is synthesized in the cell bodies of the magnocellular neurons located in the paraventricular nuclei and supraoptic nuclei. The magnocellular neurons of the supraoptic nucleus are directly depolarized by hypertonic conditions (hence releasing more vasopressin) and hyperpolarized by hypotonic conditions (hence releasing less vasopressin).[18] Finally, vasopressin migrates (in its prohormone state) along the supraoptic-hypophyseal tract to the posterior pituitary where it is released into the circulation.

PAR-VASO-0007608

tion) are the most potent stimuli to vasopressin release. Pain, nausea, hypoxia, pharyngeal stimuli, and endogenous and exogenous chemicals also increase release of vasopressin (Table 1[19-21]). These latter stimuli often result in relatively inappropriate release of vasopressin resulting in excess water retention and thus hyponatremia; this syndrome is better known as the syndrome of inappropriate ADH release.[19]

*Osmotic Regulation:* Hyperosmolality is a potent osmotic stimulus to vasopressin release. Sophisticated behavioral (appetite and thirst) and physiologic responses (vasopressin and natriuretic hormones) have developed in mammals to defend osmolality of extracellular fluid. Osmotic regulation of vasopressin production and release is controlled by osmoreceptors located peripherally and centrally. Peripheral osmoreceptors are located in the region of the hepatic portal vein, which allow early detection of the osmotic impact of ingested foods and fluids. Afferents ascend via the vagus nerve to nuclei in the brain, which project to the magnocellular neurons of the hypothalamus. Changes in systemic osmolality are also detected centrally in regions of the brain excluded from the blood brain barrier. Finally, magnocellular neurons of the hypothalamus are directly depolarized by hypertonic conditions (hence releasing more vasopressin) and are hyperpolarized by hypotonic conditions (hence releasing less vasopressin; Fig 2).[18]

*Hypovolemic Regulation:* Hypotension and decreased intravascular volume are potent nonosmotic stimuli that exponentially increase vasopressin levels. Interestingly, this rise in vasopressin level does not disrupt normal osmoregulation, because hypotension increases the plasma osmolality-vasopressin relationship so that higher plasma vasopressin levels are required to maintain normal osmolality.[20,22,23] That is, hypovolemia shifts the osmolality-vasopressin relationship up and to the left by changing the threshold for vasopressin release without changing the sensitivity (slope) of the relationship (Fig 3).[20]

Volume and pressure stimuli modify vasopressin release. Nonspecifically, afferent impulses from stretch receptors in the left atrium, aortic arch, and

carotid sinus carried by the vagus nerve tonically inhibit vasopressin secretion; conversely, a reduction in discharge rate increases vasopressin release.[25] Whereas baroreceptors in the atrium and ventricles signal changes in blood volume, the receptors of the aortic arch and carotid sinuses signal changes in arterial BP. Unloading arterial baroreceptors, not cardiac receptors, predominantly drives increased vasopressin during hypotensive hemorrhage.[26-30] In contrast, atrial stretch receptors influence control of blood volume primarily through atrial natriuretic peptide, sympathetic stimulation, and renin release. Accordingly, a fall in central venous pressure evokes an increase in norepinephrine and renin, while vasopressin does not increase until mean arterial pressure falls.[31-35] Conversely, volume expansion and large increases in BP transiently inhibit vasopressin release, due more to atrial stretch receptors than to arterial baroreceptors.[36]

*Hormonal Regulation:* Other nonosmotic stimuli that are relevant in critical illness and septic shock include hormones and mediators that directly stimulate vasopressin release, such as acetylcholine (via nicotinic receptors), histamine, nicotine, dopamine, prostaglandins, angiotensin II, and other catecholamines.[17] Of these various hormonal and mediator effects, adrenergic regulation plays a particularly important role. Of relevance to critical illness, high $PaCO_2$ or low $PaO_2$ stimulate carotid body chemoreceptors and thus increase vasopressin levels.[16] Inhibitors of vasopressin release include opioids, γ-aminobutyric acid, and atrial natriuretic peptide. Neurohumoral inhibition of vasopressin release is mediated by nitric oxide (NO) via cyclic guanosine monophosphate,[37] which may be important during sepsis.

Norepinephrine has complex effects on vasopressin release. The hypothalamic projections are predominantly noradrenergic.[16] Injection of norepinephrine or phenylephrine into the cerebral ventricles or directly into the magnocellular nuclei stimulates vasopressin release,[38] an effect mediated by $α_1$-adrenoreceptors.[39] Noradrenaline also inhibits vasopressin and oxytocin release via $α_2$-adrenoceptors or possibly β-adrenoreceptors. α-Adrenergic and β-adrenergic receptors may be distributed differentially on the surface of magnocellular neurons allowing different noradrenergic inputs to be excitatory or inhibitory.[16]

*Vasopressin Levels and Metabolism*

Plasma vasopressin levels are normally < 4 pg/mL in overnight fasted, hydrated humans.[40] The osmoreceptor-vasopressin renal mechanism has exquisite

Table 1—*Stimuli of Vasopressin Release in Shock*

| Stimulus | Source |
| --- | --- |
| Pain | Kovacs and Robertson[19] |
| Hypoxia | Schrier et al[20] |
| Acidosis | Wood and Chen[21] |
| Hypotension | Schrier et al[20] |

PAR-VASO-0007609



FIGURE 2. The vascular and neural pathways involved in vasopressin release. Afferent nerve impulses from stretch receptors in the left atrium (inhibitory), aortic arch, and carotid sinuses (excitatory) travel via the vagus nerve and terminate in the nucleus tractus solitarus (NTS), area postrema (AP), and ventrolateral medulla (VLM). Cells in these areas project to the paraventricular nuclei and supraoptic nuclei. Osmotic stimuli reach the paraventricular nuclei and supraoptic nuclei (inside the blood-brain barrier) both by projections from the nucleus tractus solitarus and the ventrolateral medulla (receiving vagal input) and by projections from the organum vasculosum lamina terminalis (OVLT) and subfornical organ (SFO). The organum vasculosum lamina terminalis and subfornical organ nuclei are excluded from the blood-brain barrier and thus are influenced by systemic osmolality. The median preoptic nucleus has reciprocal connections with both the organum vasculosum lamina terminalis and the subfornical organ and is the origin of dense projection to the paraventricular and supraoptic nuclei.[16] The final common pathway of vasopressin release is synthesis in the cell bodies of the magnocellular neurons located in the paraventricular nuclei, and migration via the supraoptic-hypophyseal tract to the pars nervosa. The zona incerta (ZI) is involved in initiation of drinking behavior. PP = posterior pituitary; see Figure 1 legend for definition of abbreviations.

sensitivity and gain. As a result, small increases in plasma osmolality are quickly sensed, vasopressin is released, and urine osmolality increases, thereby correcting increased plasma osmolality. Water deprivation increases plasma osmolality and raises vasopressin levels to 10 pg/mL.[41] Maximal increase in urine osmolality requires vasopressin levels $\geq 20$ pg/mL. Vasopressin is rapidly metabolized by liver and kidney vasopressinases, making the hormone half-life 10 to 35 min.[42] A 75% reduction in glomerular filtration rate reduces vasopressin clearance to 30% in dogs, and the liver and the intestines share the splanchnic clearance of vasopressin equally.[43]

### Vasopressin Levels in Shock

Both hemorrhagic and septic shock are associated with a biphasic response in vasopressin levels (Table 2). In early shock, appropriately high levels of vasopressin are produced to defend organ perfusion. As the shock state progresses, plasma vasopressin levels

fall for reasons that are not entirely clear. Hypotensive hemorrhage in dogs and monkeys can acutely increase plasma levels to 100 to 1,000 pg/mL.[29,44,53] However, during prolonged hemorrhagic shock in dogs, an initial increase in plasma vasopressin levels to 319 pg/mL was followed by a decrease to 29 pg/mL.[45,46] Similarly, acute endotoxin-induced shock results in extremely high levels of vasopressin ($> 500$ pg/mL in dogs and $> 300$ pg/mL in baboons).[54]

Importantly, vasopressin levels in established septic shock and vasodilatory shock are low (Table 2). The reason for this relative deficiency is uncertain,[55] and several mechanisms have been proposed (Table 3). First, depletion of neurohypophyseal stores of vasopressin in advanced shock due to excessive baroreceptor firing has been postulated. Second, others[56,57] have postulated autonomic insufficiency, citing lack of baroreflex-mediated bradycardia after vasopressin infusion as evidence.[1] Third, low concentrations of norepinephrine excite central vasopressin-

PAR-VASO-0007610



FIGURE 3. Influence of hypotension on threshold and sensitivity of vasopressin release induced by osmotic stimuli. Adapted from Robertson et al[24] with permission.

ergic neurons, whereas elevated norepinephrine levels (endogenous or exogenous) have a central inhibitory effect on vasopressin release.[38] Finally, increased NO production by vascular endothelium within the posterior pituitary during sepsis may inhibit vasopressin production.

*Vasopressin Receptors*

It is important to understand the various vasopressin receptors in septic shock to fully understand the effects of vasopressin. Vasopressin-receptor subtypes are of the G protein-coupled receptor superfamily with seven transmembrane-spanning domains. Similar to adrenoreceptors and muscarinic receptors, ligand binding to vasopressin receptors occurs in a pocket formed by the ring-like arrangement of the seven transmembrane domains.[13,58] It is relevant to emphasize that the location, density, and distribution of vasopressin receptors account for many of the potentially beneficial effects of vasopressin in patients with sepsis and SIRS (Table 4).

V1 vascular receptors (V1R; formerly known as V1a receptors) are located on vascular smooth muscle and mediate vasoconstriction. Additionally, V1 receptors are found in the kidney, myometrium, bladder, adipocytes, hepatocytes, platelets, spleen, and testis. V1-receptor activation mediates vasoconstriction by receptor-coupled activation of phospholipase C and release of $Ca^{++}$ from intracellular stores via the phosphoinositide cascade.[59,60]

V2 renal receptors (V2R), which cause the antidiuretic effects of vasopressin, are present in the renal collecting duct system and endothelial cells. Kidney V2 receptors interact with adenylyl cyclase to increase intracellular cyclic adenosine monophosphate (cAMP) and cause retention of water.[61] This interaction occurs through the coupling of the receptor with the s subunit of the G protein complex.[13] V3 pituitary receptors (formerly known as V1b) have central effects, such as

**Table 2—Vasopressin Response in Shock States***

| Shock States | Vasopressin Levels, pg/mL | Source |
|---|---|---|
| Early shock | | |
| Hemorrhagic | | |
| Dogs | 319–991 | Wang et al[44]; Morales et al[45]; Errington and Rocha e Silva[46] |
| Monkeys | 180 | Arnauld et al[29] |
| Endotoxic | | |
| Rats | Up to 144 | Brackett et al[47] |
| Dogs | 500–1,200 | Wilson et al[48] |
| Baboons | 300–1,800 | Wilson et al[48] |
| Cardiogenic | | |
| Humans | Appropriate levels, 22.7 ± 2.2 | Landry et al[1] |
| Late shock | | |
| Hemorrhagic | | |
| Dogs | Decreased to 29 | Morales et al[45]; Errington and Rocha e Silva[46] |
| Septic | | |
| Humans | 3.1 ± 1.0 | Landry et al[1] |
| Vasodilatory | | |
| Humans after LVAD insertion | Five of eight patients had levels < 10 | Argenziano et al[49] |
| Humans after CPB | 12.0 ± 6.6 | Argenziano et al[50] |
| Children after CPB | Median, 3.3 | Rosenzweig et al[51] |
| Human organ donors | 2.9 ± 0.8 | Chen et al[52] |

*CPB = cardiopulmonary bypass.

PAR-VASO-0007611

Table 3—*Proposed Mechanisms of Vasopressin Deficiency in Shock*

| Proposed Mechanism | Rationale |
|---|---|
| Depletion of neurohypophyseal stores due to excessive stimulation/baroreceptor firing | Hypoxia, acidosis, and hypotension are powerful stimuli of vasopressin release (Table 2)<br>Only 10 to 20% of the total neurohypophyseal pool of vasopressin can be readily released[17] |
| Decreased stimulation of vasopressin release due to:<br>  Impaired autonomic reflexes<br>  Tonic inhibition by atrial stretch receptor (volume loading, mechanical ventilation) | The autonomic nervous system is impaired in sepsis[56,57]<br>Atrial stretch receptors tonically inhibit vasopressin[16] |
| Inhibition of vasopressin release due to:<br>  NO release in sepsis<br>  High circulating norepinephrine levels | NO inhibits vasopressin release[37]<br>High levels of norepinephrine inhibit vasopressin release[38] |

increasing adrenocorticotropic hormone (ACTH) production, activating different G proteins, and increasing intracellular cAMP.[62]

Oxytocin receptors (OTRs) have been found in the uterus and mammary gland and, more recently, in endothelial cells of human umbilical vein, aorta, and pulmonary artery.[63] OTRs activate phospholipase C and induce an increase in cytosolic calcium (responsible for the strong contractions of the uterus at term [13]). One important action when considering the beneficial effects of vasopressin infusion in septic patients is that OTRs also mediate a calcium-dependent vasodilatory response via stimulation of the NO pathway on endothelial cells.[63]

## Effects of Vasopressin

Vasopressin has multiple physiologic effects. Its most well-known effects are suggested by its two names. Vasopressin is a direct vasoconstrictor of the systemic vasculature mediated by V1 receptors. Also known as ADH, one of the primary functions of vasopressin is osmoregulation and maintenance of normovolemia mediated by V2 receptors in the kidney. However, vasopressin has many other physiologic functions. Importantly, vasopressin also vasodilates some vascular beds at certain concentrations, probably by stimulation of OTR. Vasopressin also acts as an ACTH secretagogue, functions in maintaining hemostasis, has GI effects, and plays a role in temperature regulation, memory, and sleep cycles.

### Vasoconstrictor Effects

Vasopressin has little effect on BP under normal conditions and at normal concentrations.[64,65] Supraphysiologic plasma vasopressin levels of about 50 pg/mL must be attained before a significant increase in mean arterial BP is achieved in normal dogs and humans.[53,66] However during hypovolemia, vasopressin helps maintain arterial BP. V1-receptor antagonists administered to animals subjected to hemorrhage cause hypotension,[10,67] and vasopressin levels rise during hypotension[22,68]; therefore, vasopressin is an important hormone in preserving perfusion pressure during hemorrhage. The vasoconstrictive effect of high-dose vasopressin treatment has been utilized with some success in cardiac arrest states.[69]

Vasopressin differs from catecholamines in several respects. Vasopressin is a weak vasopressor in animals with an intact autonomic nervous system because it causes leftward shift of the heart rate-arterial pressure baroreflex curve by acting on V1 receptors in the brain.[70–72] As a result, the hypertensive effects of vasopressin are diminished because vasopressin causes a reduction in heart rate greater than that observed with other vasoconstrictors, thus decreasing BP. This is one of several unique differences of vasopressin compared to vasopressors used in sepsis, such as norepinephrine, epinephrine, and dopamine.

Vasopressin is a potent vasoconstrictor in skin, skeletal muscle, fat, pancreas, and thyroid gland.[10] In contrast, vasopressin causes less vasoconstriction in mesenteric, coronary, and cerebral circulations.[73] Less vasoconstriction in coronary and cerebral circulations may be due to the additional NO-mediated vasodilating effect of vasopressin on these circulations.[74,75] The effects of vasopressin on the heart (reduced cardiac output and heart rate) are mainly due to increased vagal tone and decreased sympathetic tone as well as a decrease in coronary blood flow at high circulating levels of vasopressin.[10]

Of relevance to septic shock, vasopressin enhances the sensitivity of the vasculature to other pressor agents.[76] Vasopressin potentiates the contractile effect of norepinephrine, electrical stimulation, and KCl in rat and human arteries.[77,78] This augmentation effect can be inhibited by cortisol and lithium, suggesting that it is prostaglandin mediated.

PAR-VASO-0007612

Table 4—*Vasopressin Receptors**

| Receptors | Tissues | Principal Effects | Intracellular Signaling |
|---|---|---|---|
| V1R | Vascular smooth muscle<br>Kidney (bladder, adipocytes,<br>platelets, spleen, testis) | Direct and indirect<br>vasodilation | Phosphoinositide pathway<br>(activate phospholipase C)<br>Increased intracellular $Ca^{++}$ |
| V2R | Renal collecting duct | Increased permeability<br>to water | Increased cAMP |
| | Endothelium | Vasodilation | NO mediated |
| V3R | Pituitary | Neurotransmitter<br>ACTH release | Increased cAMP |
| OTR | Uterus, mammary gland | Vasoconstriction | Phospholipase C |
| | Endothelium | Vasodilation | NO mediated |

* V3R = V3 pituitary receptors.

Vasopressin blocks $K^+$-sensitive adenosine triphospate (K-ATP) channels in a dose-dependent manner,[79] an effect that may restore vascular tone in patients with septic shock. The membrane potential of arterial smooth-muscle cells, which is regulated by $K^+$ channels, is an important regulator of arterial tone. The opening of $K^+$ channels closes voltage-dependent $Ca^{++}$ channels, decreasing $Ca^{++}$ entry, which leads to dilatation.[80] Endotoxic shock is associated with excessive activation of K-ATP channels.[81]

Vasopressin could cause mesenteric vasoconstriction, which could be an adverse effect in septic shock. Vasopressin vasoconstricts the mesenteric circulation in physiologic concentrations (as low as 10 pg/mL).[82] This mesenteric vasoconstrictor effect is mediated via the V1R[10] and has been demonstrated *in vitro* and *in vivo* in several animal models,[83-85] and it is dose dependent.[86] These mesenteric vascular effects of vasopressin are, of course, utilized in the treatment of variceal bleeding secondary to portal hypertension.[87]

*Vasodilator Effects*

Another difference between vasopressin and catecholamines in septic shock is that vasopressin may cause vasodilation in selected organs. Vasopressin-induced vasodilation is likely mediated ultimately by NO. Although the main effect of vasopressin in mammals is vasoconstriction, studies[88,89] using selective V1R-antagonists unmask a vasodilatory effect of vasopressin. The vasorelaxation produced by vasopressin appears at low concentrations,[90] unlike the vasoconstrictor effect, which is dose dependent. Vasodilation also appears to be endothelium dependent and NO mediated.[63,91] There are significant differences in the ability of different arteries to vasodilate in response to vasopressin; for instance, arteries of the circle of Willis are more sensitive to the vasodilatory effects of vasopressin than are other intracranial and extracranial arteries.[92]

The receptor subtype responsible for vasodilation is uncertain. The V2 receptor agonist 1-desamino-8-D-arginine vasopressin causes a decrease in BP and facial flushing in humans[93] and peripheral vasodilatation in dogs.[88] V2R-antagonist administration also inhibits the vasodilatory response of the renal afferent arteriole to vasopressin.[94] Thibonnier and co-workers[63] have identified endothelial OTRs that mediate vasopressin-induced vasodilation through reverse transcriptase-polymerase chain reaction techniques. Stimulation of endothelial cells by oxytocin produced mobilization of intracellular calcium and the release of NO.[63] Thus, despite implicating different receptors, all of these studies suggest that vasopressin-induced vasodilation is mediated ultimately through NO release.[91]

*Pulmonary Vascular Effects*

Vasopressin may cause pulmonary vasodilation, which is of relevance to septic shock because pulmonary vascular tone and resistance are usually increased in patients with septic shock. Vasopressin decreases pulmonary artery pressure when infused in normal or hypoxic conditions.[95-97] Pulmonary vascular resistance does not increase until very high levels of plasma vasopressin are achieved (300 to 500 μg/mL).[98] Pulmonary vasodilation by vasopressin is mediated by V1 receptors that cause release of endothelium-derived NO,[99] a finding confirmed by others.[100,101]

*Renal Effects of Vasopressin*

The renal effects of vasopressin also differ from the effects of catecholamines and have potentially great relevance in septic shock. However, the renal effects of vasopressin are complex and require understanding of the interplay of osmoregulatory and renovascular balance for interpretation of effects of vasopressin on renal function and urine output in

PAR-VASO-0007613

septic shock (Table 5). Vasopressin regulates urine osmolality by increasing cortical and medullary collecting duct luminal membrane permeability to water by activation of V2 receptors. V2 receptors are located on the basolateral membrane of the principal cells of the tubular epithelium. This adenylate cyclase-dependent process increases intracellular cAMP, which, through protein kinase activation, results in water channels (aquaporins) containing vesicles to fuse with the luminal membrane (an effect inhibited by V1 receptor-mediated production of prostaglandin $E_2$). The increased intracellular water then osmotically equilibrates with the interstitial fluid, and the urine becomes more concentrated. Vasopressin contributes to further concentration of urine by increasing the medullary concentration gradient by activating a distinct urea transporter.[108] Vasopressin also induces a selective decrease in inner medullary blood flow without altering cortical blood flow, which also contributes to the maximum concentrating ability of the kidney.[109]

Paradoxically, low-dose vasopressin induces diuresis in humans with hepatorenal syndrome and congestive heart failure,[110] in patients with septic shock,[2] and in patients with milrinone-induced hypotension.[111] The mechanisms of the diuretic effect of vasopressin have not been fully explained. Possible mechanisms include downregulation of the V2R,[102] NO-mediated afferent arteriolar vasodilation, selective efferent arteriolar vasoconstriction,[103] and OTR-activated natriuresis.[105] Higher levels of vasopressin (pressor doses), however, cause a dose-dependent fall in renal blood flow (afferent arteriole and medulla most sensitive), glomerular filtration rate, and

sodium excretion.[107,112] A V1R antagonist can block the vasoconstrictor action of vasopressin on the afferent arteriole. Interestingly, even norepinephrine-induced vasoconstriction of the afferent arteriole can be abolished by treatment with vasopressin if the V1R is blocked.[94]

### Other Organ System Effects

Vasopressin increases cortisol, which could be very relevant in patients with septic shock, because cortisol levels may not be adequate. Pharmacologic doses of vasopressin in animals and man induce a prompt rise in plasma cortisol levels.[113] In man, adrenocortical activation occurs directly via vasopressin stimulation of ACTH release.[114] This effect is likely mediated through NO and cyclic guanosine monophosphate via the V3 receptor.[115] Subsets of patients in septic shock have "relative adrenal insufficiency" that independently predicts mortality.[116] This raises the interesting speculation that low blood levels of vasopressin in humans may play a role in the adrenal insufficiency of the critically ill.

Vasopressin causes aggregation of human blood platelets,[93,117] a potential adverse effect in septic shock. The V2-selective agonist 1-desamino-8-D-arginine vasopressin causes release of factor VIIIc and von Willebrand factor,[118] and has been used extensively in treating bleeding due to dysfunctional platelets. However, low doses of vasopressin are less likely to stimulate platelet aggregation in most individuals.

The brain has a rich innervation by vasopressin-containing fibers.[119] Vasopressin appears to act as a

### Table 5—Renal Effects of Vasopressin*

| Effects | Receptors | Mechanisms | Models | Vasopressin Levels |
|---|---|---|---|---|
| Antidiuresis | V2R | Increased collecting duct permeability (inhibited by V1 via prostaglandin) | Animal and human | 10–20 pg/mL (higher levels downregulate V2R[102]) |
| Diuresis | V1R | Efferent arteriolar vasoconstriction[103] | Isolated rabbit cortical arterioles | 1–1,000 pg/mL |
| Diuresis/natriuresis | ?? | Inhibits Na reabsorption distal to the proximal tubule[104] | Bicarbonate and glucose-loaded dogs | Subpressor doses (0.06–3.5 U/min equivalent in 70-kg man) |
| Diuresis | OTR | Natriuresis[105] | Anesthetized rat | |
| Increased renal blood flow | NO mediated (blocked by L-NAME) | Decreased renovascular resistance[106] | Anesthetized rat | Subpressor doses (up to 0.04 U/min equivalent in 70-kg man) |
| Decreased renal blood flow | V1R | Vasoconstriction[107] | Rat (inulin/para-amino hippurate method) | Doses > 0.5 U/min equivalent in 70-kg man |

*L-NAME = nitro-L-arginine methyl ester.

PAR-VASO-0007614

neurotransmitter involved in the central control of circadian rhythmicity,[120,121] water intake, cardiovascular regulation, thermoregulation,[122] regulation of ACTH release, and nociception.[123] Thus, vasopressin acts centrally, coordinating autonomic and endocrine responses to homeostatic perturbations.

## Vasopressin in Septic Shock and SIRS

We have reviewed the human trials of low-dose vasopressin in septic shock and other forms of vasodilatory shock (Table 6). There is evidence for both a deficiency and an exquisite sensitivity to vasopressin, which has mechanistic and therapeutic implications.

Most forms of hypotension are associated with appropriately high levels of vasopressin.[29,54,125,126] Landry et al[1] observed that some patients with advanced vasodilatory septic shock had inappropriately low plasma levels of vasopressin. Plasma levels of vasopressin were $3.1 \pm 0.4$ pg/mL in the septic shock patients (n = 19) and $22.7 \pm 2.2$ pg/mL in cardiogenic shock patients (n = 12). Exogenous infusion of 0.01 U/min of vasopressin in two patients increased vasopressin levels to 27 pg/mL and 34 pg/mL, respectively, indicating that the low vasopressin levels in patients with septic shock were due to impaired vasopressin secretion, not increased vasopressin metabolism or clearance. These results implicated a relative deficiency of vasopressin in patients with late septic shock.

Additionally, septic shock patients are exquisitely sensitive to low-dose vasopressin.[1,2] Ten patients received vasopressin at 0.04 U/min, which increased plasma concentrations to 100 pg/mL, increased systolic BP from 92 to 146 mm Hg ($p < 0.001$), increased systemic vascular resistance by 79% ($p < 0.001$), and decreased cardiac output by 12% ($p < 0.01$). Reduction of the infusion to 0.01 U/min resulted in plasma levels of 30 pg/mL. Six patients were able to receive vasopressin as their sole pressor agent. Discontinuation of vasopressin treatment in these patients resulted in a sudden decrease in arterial pressure.

To our knowledge, there has been only one small randomized controlled trial of vasopressin in patients with septic shock. Malay and colleagues[127] studied 10 patients admitted to the trauma ICU with vasodilatory septic shock (need for pressor agents to maintain mean arterial pressure > 70 mm Hg, cardiac index [CI] > 2.5 L/min/m$^2$, and pulmonary wedge pressure > 12 mm Hg), who were randomized to receive either vasopressin at 0.04 U/min (n = 5) or placebo (n = 5). Patients receiving vasopressin had an increase in systolic BP from 98 to 125 mm Hg ($p < 0.05$) and were able to have treatment with all other catecholamines withdrawn. All patients in the treatment group survived the 24-h study period. The control patients had no statistically significant change in BP, none were able to have vasopressor therapy withdrawn, and two died of refractory hypotension within 24 h. Vasopressin administration had no effect on heart rate, CI, and/or pulmonary artery pressure. The results of this small study further highlight the increased pressor sensitivity to vasopressin in patients with vasodilatory

Table 6—*Trials of Low-Dose Vasopressin in Human Septic and Vasodilatory Shock**

| Source | Date | Trial | Patients, No./Conditions | End Points |
|---|---|---|---|---|
| Landry et al[2] | 1997 | Case series | 5/septic shock | A, B, C |
| Landry et al[1] | 1997 | Matched cohort | 19/septic shock 12/cardiogenic shock | A, B, D in septic group |
| Malay et al[127] | 1999 | RCT Placebo: NS | 10/septic shock, trauma | A, B in treatment arm |
| Argenziano et al[50] | 1998 | Retrospective case series | 40/after bypass vasodilatory shock | A, B, D |
| Argenziano et al[49] | 1997 | RCT Placebo: NS | 10/vasodilatory shock after LVAD implant | A, B in treatment arm D in all |
| Argenziano et al[124] | 1999 | Case series | 20/vasodilatory shock after cardiac transplant | A, B |
| Rosenzweig et al[51] | 1999 | Case series | 11/Pediatric, vasodilatory shock after bypass | A, B, D |
| Morales et al[128] | 2000 | Retrospective case series | 50/vasodilatory shock after LVAD implantation | A, B |
| Chen et al[52] | 1999 | Case series | 10/organ donors with vasodilatory shock | A, D |
| Gold et al[111] | 2000 | Case series | 7/milrinone, hypotension | A, B, C |

*A = increase in BP; B = decrease or discontinuance of catecholamines; C = increase in urine output; D = low plasma vasopressin levels in subjects; RCT = randomized controlled trial; NS = not significant.

shock and again raises speculation as to how this may occur. The authors noted lack of baroreflex-mediated decrease in heart rate in these patients, supporting the theory of autonomic insufficiency in septic shock.

Subsequently, Argenziano and colleagues[49] investigated the role of vasopressin in other forms of vasodilatory shock (SIRS of noninfectious origin) following placement of a left ventricular-assist device (LVAD) for end-stage heart failure. On weaning from cardiopulmonary bypass, selected subjects had mean arterial pressure < 70 mm Hg despite norepinephrine infusion of 8 μg/min and LVAD-assisted CI > 2.5 L/min/m$^2$. Consecutive eligible subjects were blindly randomized 5 min after bypass to receive vasopressin at 0.10 U/min or placebo. Ten of 23 LVAD recipients met inclusion criteria. Vasopressin infusion rapidly and significantly increased mean arterial pressure (57 to 84 mm Hg), and norepinephrine infusion rate was decreased by > 50% and then was gradually discontinued. Baseline plasma vasopressin levels were inappropriately low for patients in shock; 7 of 10 patients had levels < 20 pg/mL. The dose of 0.10 U/min produced plasma levels of 150 pg/mL. Argenziano and colleagues[49] concluded that vasopressin is an effective pressor for LVAD recipients with vasodilatory shock after cardiopulmonary bypass, significantly increasing mean arterial pressure while rapidly reducing catecholamine requirements.

Argenziano and coworkers[50] prospectively studied 145 patients undergoing cardiopulmonary bypass for elective cardiac surgery and retrospectively analyzed 40 patients who had postbypass vasodilatory shock and who received vasopressin. In the prospective study,[50] they found that vasodilatory shock after cardiopulmonary bypass is associated with vasopressin deficiency and that this syndrome is more common among patients with low ejection fraction and those receiving angiotensin-converting enzyme inhibitors. In the retrospective group, they observed that in patients undergoing LVAD implantation, administration of vasopressin significantly increased mean arterial pressure while reducing the requirements for catecholamine pressor agents. These investigators[50] were able to rapidly taper the initial infusion of 0.10 U/min to 0.01 U/min. Morales and coworkers[128] also reported a retrospective series of 50 patients who received vasopressin after LVAD implantation, again showing an increase in mean arterial pressure and a reduction in pressor requirements.

In another small trial in septic shock, Rosenzweig and coworkers[51] evaluated vasopressin administration in 11 profoundly ill infants and children with hypotension refractory to treatment with multiple pressor agents after cardiac surgery. The mean baseline plasma vasopressin level was 4.4 pg/mL. Vasopressin administration increased mean arterial pressure in all patients and decreased pressor agents in five of eight patients. All nine children with vasodilatory shock survived their ICU stay, and two patients who received vasopressin in the setting of poor cardiac function died despite transient improvement in their BP.

Chen et al[52] evaluated vasopressin in hypotension in 10 hemodynamically unstable solid-organ donors. Again, baseline vasopressin levels were inappropriately low (2.9 ± 0.8 pg/mL) for the degree of hypotension. Mean arterial pressure increased allowing discontinuation of catecholamine therapy in four subjects and reduction in requirements in four subjects.

These authors[111] have also reported the use of low-dose vasopressin as an effective vasopressor for seven patients with milrinone-induced hypotension and found that vasopressin infusion at 0.03 to 0.07 U/min increased systolic arterial pressure from 90 to 127 mm Hg (p < 0.01). This pressor response allowed a decrease in the dose and incidence of administration of norepinephrine. Vasopressin did not change pulmonary artery diastolic pressure. Urinary output averaged 42 ± 10 mL/h at baseline, 44 ± 19 mL/h with milrinone (not significant), and 81 ± 20 mL/h (p < 0.05) after the addition of vasopressin. There was no decrease in CI with vasopressin administration.

## MECHANISMS OF VASOPRESSIN DEFICIENCY IN SEPTIC SHOCK AND SIRS

The mechanisms of vasopressin deficiency in patients with vasodilatory shock are not known. Landry and coworkers[1] showed that increased metabolism or clearance of vasopressin is not a mechanism of the low vasopressin levels in patients with septic shock. The potential mechanisms of vasopressin deficiency include (1) depletion of pituitary stores of vasopressin after exhaustive release of vasopressin in early septic shock, (2) autonomic dysfunction in patients with septic shock,[56,57] and (3) increased vascular endothelial release of NO within the posterior pituitary, which may downregulate vasopressin production (Table 3).[37]

The mechanisms of the exquisite sensitivity of vasodilatory shock patients to vasopressin may also be multifactorial. Autonomic insufficiency in vasodilatory shock may "unmask" the pressor effects of vasopressin. Pressor sensitivity to physiologic doses of vasopressin is greatly enhanced following baroreceptor denervation in dogs.[72] Threshold sensitivity was increased 11-fold, and sensitivity at higher doses

PAR-VASO-0007616

was increased 60-fold to 100-fold. Humans with idiopathic orthostatic hypotension also exhibit a pressor response (1,000-fold sensitivity) to physiologic doses of vasopressin.[64] Synergy of action with adrenergic agents at the G protein-coupled receptors may occur. Low-dose norepinephrine infusion increased sensitivity to vasopressin at physiologic doses by nearly 8,000-fold.[72] Finally, blockade of K-ATP channels may be a mechanism of restoration of vascular tone by vasopressin in patients with septic shock.

## Conclusions and Recommendations

Vasopressin deficiency may contribute to the refractory hypotension of late, refractory septic shock. Infusion of vasopressin increases plasma levels to values found during comparable degrees of hypotension from other causes, such as cardiogenic shock. Vasopressin infusion causes a pressor response and a sparing of conventional exogenous catecholamines.

In "physiologic" doses (ie, 0.01 to 0.04 U/min yielding plasma levels of 20 to 30 pg/mL), vasopressin is synergistic with exogenous catecholamines yielding a pressor response without evidence of organ hypoperfusion, and low-dose vasopressin may vasodilate some vital vascular beds. In "pharmacologic" doses (ie, > 0.04 U/min, giving plasma levels of > 100 pg/mL), the pressor effect of vasopressin is associated with potentially deleterious vasoconstriction of renal, mesenteric, pulmonary, and coronary vasculature.

Clinical use of vasopressin should await a randomized controlled trial of the effect of vasopressin on clinical outcomes such as organ failure and mortality because it is not yet known whether vasopressin improves organ dysfunction or increases survival. A reasonable rationale for using vasopressin in a randomized controlled trial in patients with established septic shock (refractory to conventional catecholamines) would be to use vasopressin in a low dose, as an additional therapy, with the goal of restoring vasopressin levels to an "appropriate" level, ie, 20 to 30 pg/mL. Use of low-dose vasopressin in patients with severe septic shock potentially avoids renal, mesenteric, pulmonary, and coronary ischemia, as well as the hypercoagulable effects of high-dose vasopressin. The potential benefits of low-dose vasopressin include restoration of vasomotor tone and preservation of renal blood flow and urine output. Whether this will translate to improved long-term outcomes is not known.

ACKNOWLEDGMENT: The authors thank Diane Minshall for the illustrations (Fig 1, 2).

## References

1 Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997; 95:1122–1125

2 Landry DW, Levin HR, Gallant EM, et al. Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 1997; 25:1279–1282

3 Natanson C, Hoffman WD, Suffredini AF et al. Selected treatment strategies for septic shock based on proposed mechanisms of pathogenesis. Ann Intern Med 1994; 120: 771–783

4 Acher R, Chauvet J, Chauvet MT. Man and the chimaera: selective versus neutral oxytocin evolution. Adv Exp Med Biol 1995; 395:615–627

5 Oliver H, Schafer E. On the physiological action of extracts of the pituitary body and certain other glandular organs. J Physiol (Lond) 1895; 18:277–279

6 Howell W. The physiological effects of the hypophysis cerebri and infundibular body. J Exp Med 1898; 3:245–258

7 Farini F. Diabete insipido ed opoterapia. Gazz Osped Clin 1913; 34:1135–1139

8 von den Velden R. Die nierenwirkung von hypophysenextrakten beim menshen. Berl Klin Wochenscgr 1913; 50: 2083–2086

9 Starling EH, Verney EB. The secretion of urine as studied on the isolated kidney. Proc R Soc London (Biol) 1924; 1924:321–363

10 Laszlo FA, Laszlo F Jr, De Wied D. Pharmacology and clinical perspectives of vasopressin antagonists. Pharmacol Rev 1991; 43:73–108

11 Turner RA, Pierce JG, Du Vigneaud V. The purification and the amino acid content of vasopressin preparation. J Biol Chem 1951; 191:21–28

12 du Vigneaud V, Gash DT, Katsoyannis PG. A synthetic preparation possessing biological properties associated with arginine-vasopressin. J Am Chem Soc 1954; 76:4751–4752

13 Barberis C, Mouillac B, Durroux T. Structural bases of vasopressin/oxytocin receptor function. J Endocrinol 1998; 156:223–229

14 Swaab DF, Nijveldt F, Pool CW. Distribution of oxytocin and vasopressin in the rat supraoptic and paraventricular nucleus. J Endocrinol 1975; 67:461–462

15 Bourque CW. Osmoregulation of vasopressin neurons: a synergy of intrinsic and synaptic processes. Prog Brain Res 1998; 119:59–76

16 Leng G, Brown CH, Russell JA. Physiological pathways regulating the activity of magnocellular neurosecretory cells. Prog Neurobiol 1999; 57:625–655

17 Sklar AH, Schrier RW. Central nervous system mediators of vasopressin release. Physiol Rev 1983; 63:1243–1280

18 Bourque CW, Oliet SH, Richard D. Osmoreceptors, osmoreception, and osmoregulation. Front Neuroendocrinol 1994; 15:231–274

19 Kovacs L, Robertson GL. Syndrome of inappropriate antidiuresis. Endocrinol Metab Clin North Am 1992; 21:859–875

20 Schrier RW, Berl T, Anderson RJ. Osmotic and nonosmotic control of vasopressin release. Am J Physiol 1979; 236:F321–F332

21 Wood CE, Chen HG. Acidemia stimulates ACTH, vasopressin, and heart rate responses in fetal sheep. Am J Physiol 1989; 257:R344–R349

22 Robertson GL, Shelton RL, Athar S. The osmoregulation of vasopressin. Kidney Int 1976; 10:25–37

23 Quillen EW Jr, Cowley AW Jr. Influence of volume changes on osmolality-vasopressin relationships in conscious dogs. Am J Physiol 1983; 244:H73–H79

PAR-VASO-0007617

24 Robertson G, Athar S, Shelton R. Osmotic control of vasopressin function. In: Andreoli TE, Grantham JJ, Rector FC Jr, ed. Disturbances in body fluid osmolality. Bethesda, MD: American Physiological Society, 1977; 125–148

25 Bisset GW, Chowdrey HS. Control of release of vasopressin by neuroendocrine reflexes. Q J Exp Physiol 1988; 73:811–872

26 Thrasher TN. Baroreceptor regulation of vasopressin and renin secretion: low-pressure versus high-pressure receptors. Front Neuroendocrinol 1994; 15:157–196

27 O'Donnell CP, Thompson CJ, Keil LC, etal. Renin and vasopressin responses to graded reductions in atrial pressure in conscious dogs. Am J Physiol 1994; 266:R714–R721

28 Johnson JA, Zehr JE, Moore WW. Effects of separate and concurrent osmotic and volume stimuli on plasma ADH in sheep. Am J Physiol 1970; 218:1273–1280

29 Arnauld E, Czernichow P, Fumoux F, et al. The effects of hypotension and hypovolaemia on the liberation of vasopressin during hemorrhage in the unanaesthetized monkey (Macaca mulatta). Pflugers Arch Eur J Physiol 1977; 371:193–200

30 Quail AW, Woods RL, Korner PI. Cardiac and arterial baroreceptor influences in release of vasopressin and renin during hemorrhage. Am J Physiol 1987; 252:H1120–H1126

31 Goldsmith SR, Francis GS, Cowley AW, et al. Response of vasopressin and norepinephrine to lower body negative pressure in humans. Am J Physiol 1982; 243:H970–H973

32 Norsk P, Ellegaard P, Videbaek R, et al. Arterial pulse pressure and vasopressin release in humans during lower body negative pressure. Am J Physiol 1993; 264:R1024–R1030

33 Bie P, Secher NH, Astrup A, et al. Cardiovascular and endocrine responses to head-up tilt and vasopressin infusion in humans. Am J Physiol 1986; 251:R735–R741

34 Kiowski W, Julius S. Renin response to stimulation of cardiopulmonary mechanoreceptors in man. J Clin Invest 1978; 62:656–663

35 Goetz KL, Bond GC, Smith WE. Effect of moderate hemorrhage in humans on plasma ADH and renin. Proc Soc Exp Biol Med 1974; 145:277–280

36 Leng G, Dyball RE, Russell JA. Neurophysiology of body fluid homeostasis. Comp Biochem Physiol A 1988; 90:781–788

37 Reid IA. Role of nitric oxide in the regulation of renin and vasopressin secretion. Front Neuroendocrinol 1994; 15:351–383

38 Day TA, Randle JC, Renaud LP. Opposing α- and β-adrenergic mechanisms mediate dose-dependent actions of norepinephrine on supraoptic vasopressin neurones in vivo. Brain Res 1985; 358:171–179

39 Randle JC, Bourque CW, Renaud LP. $\alpha_1$-Adrenergic receptor activation depolarizes rat supraoptic neurosecretory neurons in vitro. Am J Physiol 1986; 251:R569–R574

40 Cowley AW Jr, Cushman WC, Quillen EW Jr, et al. Vasopressin elevation in essential hypertension and increased responsiveness to sodium intake. Hypertension 1981; 3:I93–I100

41 Morton JJ, Padfield PL, Forsling ML. A radioimmunoassay for plasma arginine-vasopressin in man and dog: application to physiological and pathological states. J Endocrinol 1975; 65:411–424

42 Czaczkes JW. Physiologic studies of antidiuretic hormone by its direct measurement in human plasma. J Clin Invest 1964; 43:1625–1640

43 Share L, Kimura T, Matsui K, et al. Metabolism of vasopressin. Fed Proc 1985; 44:59–61

44 Wang BC, Flora-Ginter G, Leadley RJ Jr, et al. Ventricular receptors stimulate vasopressin release during hemorrhage. Am J Physiol 1988; 254:R204–R211

45 Morales D, Madigan J, Cullinane S, et al. Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation 1999; 100:226–229

46 Errington ML, Rocha e Silva M Jr. The secretion and clearance of vasopressin during the development of irreversible hemorrhagic shock. J Physiol (Lond) 1971; 217:43P–45P

47 Brackett DJ, Schaefer CF, Tompkins P, et al. Evaluation of cardiac output, total peripheral vascular resistance, and plasma concentrations of vasopressin in the conscious, unrestrained rat during endotoxemia. Circ Shock 1985; 17:273–284

48 Wilson MF, Brackett DJ, Hinshaw LB, et al. Vasopressin release during sepsis and septic shock in baboons and dogs. Surg Gynecol Obstet 1981; 153:869–872

49 Argenziano M, Choudhri AF, Oz MC, et al. Prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997; 96:II-286–290

50 Argenziano M, Chen JM, Choudhri AF, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. Thorac Cardiovasc Surg 1998; 116:973–980

51 Rosenzweig EB, Starc TJ, Chen JM, et al. Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation 1999; 100:II182–II186

52 Chen JM, Cullinane S, Spanier TB, et al. Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors. Circulation 1999; 100:II244–II246

53 Cowley AW Jr, Switzer SJ, Guinn MM. Evidence and quantification of the vasopressin arterial pressure control system in the dog. Circ Res 1980; 46:58–67

54 Wilson MF, Brackett DJ, Tompkins P, et al. Elevated plasma vasopressin concentrations during endotoxin and E coli shock. Adv Shock Res 1981; 6:15–26

55 Reid IA. Role of vasopressin deficiency in the vasodilation of septic shock. Circulation 1997; 95:1108–1110

56 Garrard CS, Kontoyannis DA, Piepoli M. Spectral analysis of heart rate variability in the sepsis syndrome. Clin Auton Res 1993; 3:5–13

57 Zerbe RL, Henry DP, Robertson GL. Vasopressin response to orthostatic hypotension: etiologic and clinical implications. Am J Med 1983; 74:265–271

58 Mouillac B, Chini B, Balestre MN, et al. The binding site of neuropeptide vasopressin V1a receptor: evidence for a major localization within transmembrane regions. J Biol Chem 1995; 270:25771–25777

59 Thibonnier M. Signal transduction of V1-vascular vasopressin receptors. Regul Pept 1992; 38:1–11

60 Briley EM, Lolait SJ, Axelrod J, et al. The cloned vasopressin V1a receptor stimulates phospholipase A2, phospholipase C, and phospholipase D through activation of receptor-operated calcium channels. Neuropeptides 1994; 27:63–74

61 Orloff J, Handler J. The role of adenosine 3′,5′-phosphate in the action of antidiuretic hormone. Am J Med 1967; 42:757–768

62 Thibonnier M, Preston JA, Dulin N, et al. The human V3 pituitary vasopressin receptor: ligand binding profile and density-dependent signaling pathways. Endocrinology 1997; 138:4109–4122

63 Thibonnier M, Conarty DM, Preston JA, et al. Human vascular endothelial cells express oxytocin receptors. Endocrinology 1999; 140:1301–1309

64 Schwartz J, Reid IA. Role of vasopressin in blood pressure

regulation in conscious water-deprived dogs. Am J Physiol 1983; 244:R74–R77

65 Abboud FM, Floras JS, Aylward PE, et al. Role of vasopressin in cardiovascular and blood pressure regulation. Blood Vessels 1990; 27:106–115

66 Mohring J, Glanzer K, Maciel JA Jr, et al. Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. J Cardiovasc Pharmacol 1980; 2:367–376

67 Schwartz J, Reid IA. Effect of vasopressin blockade on blood pressure regulation during hemorrhage in conscious dogs. Endocrinology 1981; 109:1778–1780

68 Minaker KL, Meneilly GS, Youn GJ, et al. Blood pressure, pulse, and neurohumoral responses to nitroprusside-induced hypotension in normotensive aging men. J Gerontol 1991; 46:M151–M154

69 Kelly CM, Ponzillo JJ. Vasopressin use in cardiopulmonary resuscitation. Ann Pharmacother 1997; 31:1523–1525

70 Undesser KP, Hasser EM, Haywood JR, et al. Interactions of vasopressin with the area postrema in arterial baroreflex function in conscious rabbits. Circ Res 1985; 56:410–417

71 Luk J, Ajaelo I, Wong V, et al. Role of V1 receptors in the action of vasopressin on the baroreflex control of heart rate. Am J Physiol 1993; 265:R524–R529

72 Cowley AW Jr, Monos E, Guyton AC. Interaction of vasopressin and the baroreceptor reflex system in the regulation of arterial blood pressure in the dog. Circ Res 1974; 34:505–514

73 Liard JF, Deriaz O, Schelling P, et al. Cardiac output distribution during vasopressin infusion or dehydration in conscious dogs. Am J Physiol 1982; 243:H663–H669

74 Oyama H, Suzuki Y, Satoh S, et al. Role of nitric oxide in the cerebral vasodilatory responses to vasopressin and oxytocin in dogs. J Cereb Blood Flow Metab 1993; 13:285–290

75 Vanhoutte PM, Katusic ZS, Shepherd JT. Vasopressin induces endothelium-dependent relaxations of cerebral and coronary, but not of systemic arteries. J Hypertens 1984; (suppl 2):S421–S422

76 Karmazyn M, Manku MS, Horrobin DF. Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. Endocrinology 1978; 102:1230–1236

77 Noguera I, Medina P, Segarra G, et al. Potentiation by vasopressin of adrenergic vasoconstriction in the rat isolated mesenteric artery. Br J Pharmacol 1997; 122:431–438

78 Segarra G, Medina P, Domenech C, et al. Role of vasopressin on adrenergic neurotransmission in human penile blood vessels. J Pharmacol Exp Ther 1998; 286:1315–1320

79 Wakatsuki T, Nakaya Y, Inoue I. Vasopressin modulates K(+)-channel activities of cultured smooth muscle cells from porcine coronary artery. Am J Physiol 1992; 263:H491–H496

80 Nelson MT, Quayle JM. Physiological roles and properties of potassium channels in arterial smooth muscle. Am J Physiol 1995; 268:C799–C822

81 Landry DW, Oliver JA. The ATP-sensitive K+ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. J Clin Invest 1992; 89:2071–2074

82 Altura BM. Dose-response relationships for arginine vasopressin and synthetic analogs on three types of rat blood vessels: possible evidence for regional differences in vasopressin receptor sites within a mammal. J Pharmacol Exp Ther 1975; 193:413–423

83 Leung FW, Jensen DM, Guth PH. Endoscopic demonstration that vasopressin but not propranolol produces gastric mucosal ischemia in dogs with portal hypertension. Gastrointest Endosc 1988; 34:310–313

84 Erwald R, Wiechel KL, Strandell T. Effect of vasopressin on regional splanchnic blood flows in conscious man. Acta Chir Scand 1976; 142:36–42

85 Schrauwen E, Houvenaghel A. Vascular effects of vasopressin an oxytocin in the pig mesenteric bed. Pflugers Arch 1982; 392:301–303

86 Kerr JC, Jain KM, Swan KG, et al. Effects of vasopressin on cardiac output and its distribution in the subhuman primate. J Vasc Surg 1985; 2:443–449

87 Ohnishi K, Saito M, Nakayama T, et al. Effects of vasopressin on portal hemodynamics in patients with portal hypertension. Am J Gastroenterol 1987; 82:135–138

88 Liard JF. cAMP and extrarenal vasopressin V2 receptors in dogs. Am J Physiol 1992; 263:H1888–H1891

89 Walker BR. Role of vasopressin in the cardiovascular response to hypoxia in the conscious rat. Am J Physiol 1986; 251:H1316–H1323

90 Okamura T, Toda M, Ayajiki K, et al. Receptor subtypes involved in relaxation and contraction by arginine vasopressin in canine isolated short posterior ciliary arteries. J Vasc Res 1997; 34:464–472

91 Okamura T, Ayajiki K, Fujioka H, et al. Mechanisms underlying arginine vasopressin-induced relaxation in monkey isolated coronary arteries. J Hypertens 1999; 17:673–678

92 Suzuki Y, Satoh S, Oyama H, et al. Regional differences in the vasodilator response to vasopressin in canine cerebral arteries in vivo. Stroke 1993; 24:1049–1054

93 Bichet DG, Razi M, Lonergan M, et al. Hemodynamic and coagulation responses to 1-desamino[8-D-arginine] vasopressin in patients with congenital nephrogenic diabetes insipidus. N Engl J Med 1988; 318:881–887

94 Tamaki T, Kiyomoto K, He H, et al. Vasodilation induced by vasopressin V2 receptor stimulation in afferent arterioles. Kidney Int 1996; 49:722–729

95 Jin HK, Chen YF, Yang RH, et al. Vasopressin lowers pulmonary artery pressure in hypoxic rats by releasing atrial natriuretic peptide. Am J Med Sci 1989; 298:227–236

96 Walker BR, Haynes J Jr, Wang HL, et al. Vasopressin-induced pulmonary vasodilation in rats. Am J Physiol 1989; 257:H415–H422

97 Eichinger MR, Walker BR. Enhanced pulmonary arterial dilation to arginine vasopressin in chronically hypoxic rats. Am J Physiol 1994; 267:H2413–H2419

98 Wallace AW, Tunin CM, Shoukas AA. Effects of vasopressin on pulmonary and systemic vascular mechanics. Am J Physiol 1989; 257:H1228–H1234

99 Russ RD, Walker BR. Role of nitric oxide in vasopressinergic pulmonary vasodilatation. Am J Physiol 1992; 262:H743–H747

100 Sai Y, Okamura T, Amakata Y, et al. Comparison of responses of canine pulmonary artery and vein to angiotensin II, bradykinin and vasopressin. Eur J Pharmacol 1995; 282:235–241

101 Evora PR, Pearson PJ, Schaff HV. Arginine vasopressin induces endothelium-dependent vasodilatation of the pulmonary artery: V1-receptor-mediated production of nitric oxide. Chest 1993; 103:1241–1245

102 Aiyar N, Nambi P, Crooke ST. Desensitization of vasopressin sensitive adenylate cyclase by vasopressin and phorbol esters. Cell Signal 1990; 2:153–160

103 Edwards RM, Trizna W, Kinter LB. Renal microvascular effects of vasopressin and vasopressin antagonists. Am J Physiol 1989; 256:F274–F278

104 Kurtzman NA, Rogers PW, Boonjarern S, et al. Effect of infusion of pharmacologic amounts of vasopressin on renal electrolyte excretion. Am J Physiol 1975; 228:890–894

PAR-VASO-0007619

105  Walter R SC, Mehta PK, Boonjarern S, et al. Conformation considerations of vasopressin as a guide to development of biological probes and therapeutic agents. In: Andreoli TE, Grantham JJ, Rector FC, eds. Disturbances in body fluid osmolality. Bethesda, MD: American Physiologic Society, 1977; 1–36

106  Rudichenko VM, Beierwaltes WH. Arginine vasopressin-induced renal vasodilation mediated by nitric oxide. J Vasc Res 1995; 32:100–105

107  McVicar AJ. Dose-response effects of pressor doses of arginine vasopressin on renal hemodynamics in the rat. J Physiol 1988; 404:535–546

108  Nielsen S, Knepper MA. Vasopressin activates collecting duct urea transporters and water channels by distinct physical processes. Am J Physiol 1993; 265:F204–F213

109  Franchini KG, Cowley AW Jr. Renal cortical and medullary blood flow responses during water restriction: role of vasopressin. Am J Physiol 1996; 270:R1257–R1264

110  Eisenman A, Armali Z, Enat R, et al. Low-dose vasopressin restores diuresis both in patients with hepatorenal syndrome and in anuric patients with end-stage heart failure. J Intern Med 1999; 246:183–190

111  Gold J, Cullinane S, Chen J, et al. Vasopressin in the treatment of milrinone-induced hypotension in severe heart failure. Am J Cardiol 2000; 85:506–588, A11

112  Harrison-Bernard LM, Carmines PK. Juxtamedullary microvascular responses to arginine vasopressin in rat kidney. Am J Physiol 1994; 267:F249–F256

113  Tucci JR, Espiner EA, Jagger PI, et al. Vasopressin in the evaluation of pituitary-adrenal function. Ann Intern Med 1968; 69:191–202

114  Antoni FA. Vasopressinergic control of pituitary adrenocorticotropin secretion comes of age. Front Neuroendocrinol 1993; 14:76–122

115  Bugajski J, Gadek-Michalska A, Olowska A, et al. Role of nitric oxide in the vasopressin-induced corticosterone secretion in rats. J Physiol Pharmacol 1997; 48:805–812

116  Annane D, Sebille V, Troche G, et al. A 3-level prognostic classification in septic shock based on cortisol levels and cortisol response to corticotropin. JAMA 2000; 283:1038–1045

117  Haslam RJ, Rosson GM. Aggregation of human blood platelets by vasopressin. Am J Physiol 1972; 223:958–967

118  Mannucci PM, Canciani MT, Rota L, et al. Response of factor VIII/von Willebrand factor to DDAVP in healthy subjects and patients with hemophilia A and von Willebrand's disease. Br J Haematol 1981; 47:283–293

119  Riphagen CL, Pittman QJ. Arginine vasopressin as a central neurotransmitter. Fed Proc 1986; 45:2318–2322

120  Aikawa T, Kasahara T, Uchiyama M. Circadian variation of plasma arginine vasopressin concentration, or arginine vasopressin in enuresis. Scand J Urol Nephrol Suppl 1999; 202:47–49

121  Perras B, Pannenborg H, Marshall L, et al. Beneficial treatment of age-related sleep disturbances with prolonged intranasal vasopressin. J Clin Psychopharmacol 1999; 19: 28–36

122  Pittman QJ, Wilkinson MF. Central arginine vasopressin and endogenous antipyresis. Can J Physiol Pharmacol 1992; 70:786–790

123  Doris PA. Vasopressin and central integrative processes. Neuroendocrinology 1984; 38:75–85

124  Argenziano M, Chen JM, Cullinane S, et al. Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant 1999; 18:814–817

125  Brackett DJ, Schaefer CF, Wilson MF. The role of vasopressin in the maintenance of cardiovascular function during early endotoxin shock. Adv Shock Res 1983; 9:147–156

126  Rurak DW. Plasma vasopressin levels during hemorrhage in mature and immature fetal sheep. J Dev Physiol 1979; 1:91–101

127  Malay MB, Ashton RC Jr, Landry DW, et al. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999; 47:699–703

128  Morales DL, Gregg D, Helman DN, et al. Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surg 2000; 69:102–106

PAR-VASO-0007620

Review

# Science Review: Vasopressin and the cardiovascular system part 2 – clinical physiology

Cheryl L Holmes[1], Donald W Landry[2] and John T Granton[3]

[1]Staff intensivist, Department of Medicine, Division of Critical Care, Kelowna General Hospital, Kelowna BC, Canada
[2]Associate Professor, Department of Medicine, Columbia University, New York, New York, USA
[3]Assistant Professor of Medicine, Faculty of Medicine, and Program Director, Critical Care Medicine, University of Toronto, and Consultant in Pulmonary and Critical Care Medicine, Director Pulmonary Hypertension Program, University Health Network, Toronto, Ontario, Canada

Corresponding author: John T Granton, John.Granton@uhn.on.ca

Published online: 26 June 2003
This article is online at http://ccforum.com/content/8/1/15
© 2004 BioMed Central Ltd (Print ISSN 1364-8535; Online ISSN 1466-609X)

Critical Care 2004, **8**:15-23 (DOI 10.1186/cc2338)

## Abstract

Vasopressin is emerging as a rational therapy for vasodilatory shock states. In part 1 of the review we discussed the structure and function of the various vasopressin receptors. In part 2 we discuss vascular smooth muscle contraction pathways with an emphasis on the effects of vasopressin on ATP-sensitive $K^+$ channels, nitric oxide pathways, and interaction with adrenergic agents. We explore the complex and contradictory studies of vasopressin on cardiac inotropy and coronary vascular tone. Finally, we summarize the clinical studies of vasopressin in shock states, which to date have been relatively small and have focused on physiologic outcomes. Because of potential adverse effects of vasopressin, clinical use of vasopressin in vasodilatory shock should await a randomized controlled trial of the effect of vasopressin's effect on outcomes such as organ failure and mortality.

Keywords adrenergic agents, antidiuretic hormone, cardiac inotropy, hypotension, nitric oxide, oxytocin, physiology, potassium channels, receptors, septic shock, smooth muscle, vascular, vasoconstriction, vasodilation, vasopressin

## Introduction

Vasopressin is a hormone that is essential for both osmotic and cardiovascular homeostasis. A deficiency in vasopressin exists in some shock states and replacement of physiologic levels of vasopressin can restore vascular tone. Vasopressin is therefore emerging as a rational therapy for shock. Preliminary studies [1–12] show that infusion of low-dose vasopressin in patients who have vasodilatory shock decreases norepinephrine (noradrenaline) dose requirements, maintains blood pressure and cardiac output, decreases pulmonary vascular resistance, and increases urine output. Thus, low-dose vasopressin could improve renal and other organ function in septic shock. Paradoxically, vasopressin has also been demonstrated to cause vasodilation in some vascular beds, distinguishing this hormone from other vasoconstrictor agents.

The present review explores the vascular actions of vasopressin. In part 1 of the review we discussed the signaling

pathways, distribution of vasopressin receptors, and the structural elements responsible for the functional diversity found within the vasopressin receptor family. We now explore the mechanisms of vasoconstriction and vasodilation of the vascular smooth muscle, with an emphasis on vasopressin interaction in these pathways. We discuss the seemingly contradictory studies and some new information regarding the actions of vasopressin on the heart. Finally, we summarize the clinical trials of vasopressin in vasodilatory shock states and comment on areas for future research.

## Vascular smooth muscle contraction pathways and vasopressin interaction

Vasopressin restores vascular tone in vasoplegic (catecholamine-resistant) shock states by at least four known mechanisms [13]: through activation of $V_1$ vascular receptors ($V_1Rs$); modulation of ATP-sensitive $K^+$ channels ($K_{ATP}$); modulation of nitric oxide (NO); and potentiation of adrenergic

---

ANP = atrial natriuretic peptide; $IP_3$ = inositol trisphosphate; $K_{ATP}$ = ATP-sensitive $K^+$ channel; NO = nitric oxide; NOS = nitric oxide synthase; OTR = oxytocin receptor; SVR = systemic vascular resistance; $V_1R$ = $V_1$ vascular receptor; $V_2R$ = $V_2$ renal receptor.

PAR-VASO-0007621

and other vasoconstrictor agents. A short discussion of vascular smooth muscle contraction pathways is necessary to understand the interaction of vasopressin.

All muscle cells use calcium as a signal for contraction. Vascular smooth muscle cells are regulated by a variety of neurotransmitters and hormones; these interact with a network of signal transduction pathways that ultimately affect contractility either by affecting calcium levels in the cell or the response of the contractile apparatus to calcium. Calcium levels are increased by extracellular entry via voltage-gated calcium channels and by release from intracellular stores. At high cytosolic concentrations, calcium forms a complex with calmodulin that activates a kinase, which phosphorylates the regulatory light chain of myosin. Phosphorylated myosin activates myosin ATPase by actin and the cycling of myosin cross-bridges along actin filaments, which contracts the muscles. Vasodilation occurs when a kinase interacts with myosin phosphatase, which dephosphorylates myosin and prevents muscle contraction [14].

Vasopressin, norepinephrine, and angiotensin II act on cell surface receptors that couple with G-proteins to effect vasoconstriction. Vasopressin interacts with $V_1Rs$, which are found in high density on vascular smooth muscle, through the $G_{q/11}$ pathway to stimulate phospholipase C and produce the intracellular messengers inositol trisphosphate ($IP_3$) and diacylglycerol. These second messengers then activate protein kinase C and elevate intracellular free calcium to initiate contraction of vascular smooth muscle. In contrast, vasodilators such as atrial natriuretic peptide (ANP) and NO activate a cGMP-dependent kinase that, by interacting with myosin phosphatase, dephosphorylates myosin and thus prevents muscle contraction [14]. The opposing influences of these pathways are important in determining the functional state of vascular smooth muscle, and integration of this signaling is a key component in vascular homeostasis [15].

A key mechanism by which vascular smooth muscle tone is controlled is through $K^+$ channels [16]. The resting membrane potential of vascular smooth muscle ranges from −30 mV to −60 mV. A more positive potential (depolarization) opens voltage-gated calcium channels, increasing cytosolic $Ca^{2+}$ concentration, and induces vasoconstriction. Conversely, hyperpolarization closes these channels, decreases cytosolic $Ca^{2+}$ concentration, and induces vasodilation [13]. The membrane potential of vascular smooth muscle is controlled by a number of ion transporters and channels, particularly $K^+$ channels. The opening of $K^+$ channels allows an efflux of potassium, thus hyperpolarizing the plasma membrane and preventing entry of calcium into the cell [16], even in the presence of vasoconstrictor agents [17].

Four types of $K^+$ channels have been described (Table 1) [16]. Of these, the $K_{ATP}$ channel is the best understood and plays a critical role in disease states such as vasodilatory

shock. $K_{ATP}$ channels are physiologically activated by decreases in cellular ATP and by increases in the cellular concentrations of hydrogen ion and lactate [18,19]. This activation prevents opening of voltage-gated $Ca^{2+}$ channels and contributes to the vasoplegia (resistance to catecholamines) that is seen in shock states.

Activation of $K_{ATP}$ channels is a critical mechanism in the hypotension and vasodilation that are characteristic of vasodilatory shock. Agents that close $K_{ATP}$ channels (such as sulfonylureas) have been shown to increase arterial pressure and vascular resistance in vasodilatory shock due to hypoxia [20], in septic shock [20–22], and in the late, vasodilatory phase of hemorrhagic shock [23]. An important mechanism by which vasopressin restores vascular tone in vasoplegic (catecholamine-resistant) shock states may be its ability to close $K_{ATP}$ channels [24].

Another mechanism by which vasopressin exerts vascular control is through modulation of NO. The latter contributes to the hypotension and resistance to vasopressor drugs that occurs in vasodilatory shock. The vasodilating effect of NO is mediated mainly by the activation of myosin light-chain phosphatase. However, NO also activates $K^+$ channels in the vascular smooth muscle [25,26]. Agents that block NO synthesis during septic shock increase arterial pressure and decrease the doses of vasoconstrictor catecholamines needed to maintain arterial pressure [27]. Vasopressin may restore vascular tone in vasodilatory shock states by blunting the increase in cGMP that is induced by NO [28] and ANP [29], and by decreasing the synthesis of inducible nitric oxide synthase (NOS) that is stimulated by lipopolysaccharide [28]. This inhibition occurs via the $V_1R$ [30,31].

Vasopressin potentiates the vasoconstrictor effects of many agents, including norepinephrine [32,33] and angiotensin II [34–36]. The underlying mechanism of this is unknown but possibilities include coupling between G-protein-coupled receptors [35], interaction between G-proteins, and interference with G-protein-coupled receptor downregulation through arrestin trafficking.

Vasopressin has been demonstrated to cause vasodilation in numerous vascular beds [37–44] – a feature not shared by other vasoconstrictor agents. The mechanism of vasodilation has been demonstrated to be due to activation of endothelial oxytocin receptors (OTRs) [45], which in turn trigger activation of endothelial isoforms of NOS.

Whether vasopressin causes vasoconstriction or vasodilation depends on the vascular bed studied [46], which may, in turn, depend on the receptor density ($V_1R$ versus OTR), the model studied, the dose of vasopressin [47], and the duration of exposure to the hormone [48]. Indeed, the opposing influences of various pathways that determine the functional state of vascular smooth muscle is an area for further study. For

**Table 1**

**Potassium modulation of arterial smooth muscle tone**

| Channel | Vasoconstriction: close | | Vasodilation: open | |
|---|---|---|---|---|
| | Effector | Artery | Effector | Artery |
| $K_V$ | Angiotensin II | Pulmonary | Prostacyclin | Cerebral |
| | Histamine | Coronary | β-Adrenoreceptor | Portal vein, cerebral |
| | Hypoxia | Pulmonary | | |
| $K_{ATP}$ | Vasopressin | Mesenteric | Adenosine | Coronary |
| | Angiotensin II | Mesenteric and coronary | Calcitonin-GRP | Mesenteric, coronary and renal |
| | Endothelin | – | Acidosis, lactate | Cerebral |
| | Norepinephrine | – | Nitric oxide | – |
| | Histamine | – | Vasactive intestinal peptide | – |
| | Serotonin | – | Prostacyclin | – |
| | Neuropeptide Y | – | Hypoxia | Coronary |
| | Hypoxia | Pulmonary | | |
| $BK_{Ca}$ | Angiotensin II | Coronary | β-Adrenoreceptor | Coronary, aorta |
| | Thromboxane $a_2$ agonist | Coronary | Nitric oxide | Basilar |
| | Endothelin | Coronary | Atrial natriuretic peptide | – |
| | | | C-type natriuretic peptide | – |
| $K_{IR}$ | | | Potassium | Cerebral, coronary |

K+ channels contribute importantly to the resting membrane potential of smooth muscle and thus regulate the intracellular calcium level. When K+ channels are closed (depolarized), voltage-gated calcium channels open and cytosolic calcium concentrations rise, leading to vasoconstriction. Agents that open (hyperpolarize) K+ channels cause vasodilation through inactivation of voltage-gated calcium channels and a decrease in intracellular calcium concentration [13]. Four types of K+ channel have been described in vascular smooth muscle: voltage-activated K+ channels ($K_V$); ATP-sensitive K+ channels ($K_{ATP}$); Ca2+-activated K+ channels ($BK_{Ca}$); and inward rectifier ($K_{IR}$) channels [16]. The table summarizes what is known regarding the modulation of K+ channels by vasoconstrictors and vasodilators on the various vascular beds. Note that hypoxia causes vasoconstriction of the pulmonary vasculature through $K_V$ and $K_{ATP}$ channels, and yet vasodilation of other vascular beds through $K_{ATP}$ channels. $K_{ATP}$ channels are particularly important in vasodilatory shock states and are hyperpolarized by pathologic conditions such as hypoxia, acidosis, and increased nitric oxide [13]. $K_{ATP}$ channels can be depolarized (closed) by vasoconstrictors such as vasopressin and angiotensin II [16]. GRP, gene-related protein.

example, prolonged exposure to cAMP inhibits both angiotensin II and vasopressin-stimulated phosphoinositide hydrolysis and intracellular calcium mobilization [49]. Adenylyl cyclases present a focal point for signal integration in vascular smooth muscle, and type III adenylyl cyclase has been proposed as a key subtype for cross-talk between constrictor and dilator pathways [50]. The important question is whether vasopressin can cause simultaneous vasoconstriction of some vascular beds and vasodilation of others.

## Vasopressin and the heart

The actions of vasopressin on the heart are complex and the studies are seemingly contradictory. Depending on the species studied, the dose used, and the experimental model, vasopressin can cause coronary vasoconstriction or vasodilation and exert positive or negative inotropic effects. In addition to its vascular effects on coronary blood flow, vasopressin also has mitogenic and metabolic effects on the heart.

## Coronary vascular tone

The effect of vasopressin on the coronary vascular bed is controversial. Several investigators have demonstrated a $V_1R$-mediated coronary vasoconstrictor response to vasopressin [51–54] – an effect that appears to be dose dependent [55,56] and intensified by removal of endothelium [46]. In contrast, coronary vasodilation in response to vasopressin has been demonstrated in isolated canine [57,58] and primate [44] coronary arteries. More recently, vasopressin was demonstrated to cause coronary vasodilation in an intact animal model. A bolus injection of vasopressin significantly increased the vascular diameter of the left anterior descending artery in pigs [59]. This vasodilation was present during sinus rhythm, ventricular fibrillation, and after successful cardiopulmonary resuscitation. Vasopressin probably effects coronary vasodilation through control of endothelial tone [58], as has been demonstrated in the pulmonary vasculature [39].

17

A difference between the 'normal' and stressed heart in their responses to vasopressin has been reported, with vasoconstriction seen in normoxic state and vasodilation seen during hypoxia [60]. Using an isolated working rat heart model, high-dose vasopressin (777 ± 67 pg/ml) reduced coronary flow by 38.4 ± 2.6% in normoxic hearts. Myocardial function was also significantly decreased by vasopressin. In contrast, the same dose of vasopressin administered to hypoxic hearts resulted in a smaller decrease in coronary blood flow (−11.5 ± 2.8%) and an improvement in myocardial function. Interestingly, in hearts treated first with vasopressin and then with hypoxia, there was a greater degree of coronary vasodilation as compared with that observed in hearts treated with hypoxia alone. These results indicate that the vasoconstrictor effect of vasopressin on the coronary vessels, as well as its effect on the myocardium, may be dependent on oxygen tension and possibly on the redox state of the cell. In addition, vasopressin-constricted vessels appear to retain considerable vasodilatory reserve, despite evidence of ischemic conditions [60].

Several preclinical studies have evaluated vasopressin in animal models of cardiac arrest [61–64]. These studies suggested that vasopressin leads to superior resuscitation rates as compared with epinephrine (adrenaline). The improvement in restoration of spontaneous circulation is partially ascribed to an improvement in coronary blood flow [65]. However, in the setting of cardiac arrest, the improvement in coronary blood flow is probably mediated by an improvement in coronary perfusion pressure as opposed to vasopressin-mediated coronary vasodilation.

### Inotropy

Studies of the inotropic effects of vasopressin are also controversial, and the effects appear to depend on the dose used and the model studied. In a study of an isolated working rat heart model, investigators found that high-dose vasopressin (878 pg/ml) produced significant decreases in coronary flow, myocardial oxygen consumption and left ventricular peak systolic pressure, and a small decrease in cardiac output [55]. Similarly, intracoronary infusion of vasopressin-dextran (a method employed to keep the vasopressin in the vascular compartment) in isolated perfused guinea pig hearts caused coronary vasoconstriction and negative inotropy – effects that were blocked with vasopressin antagonists and $P_2$ purinergic receptor antagonist [66]. These results were duplicated in conscious dogs, in which an infusion of low-dose vasopressin (15 pg/ml) caused significant increases in left ventricular end-systolic pressure, end-systolic volume, total systemic resistance, and arterial elastance, whereas the heart rate and stroke volume were decreased. There was no significant change in coronary sinus blood flow. Vasopressin decreased the slope of the left ventricular end-systolic pressure–volume relation, the maximal first derivative of left ventricular pressure/end-diastolic volume relation, and the stroke work–ventricular end-diastolic relation, and shifted the relations to the right, indicating a depression of left ventricular performance

[67]. The relevance of these observations in the setting of vasodilatory shock in humans, however, is not known.

It is often difficult to isolate the effects of vasopressin on inotropy from its effects on coronary blood flow. Indeed, when attempts were made to study the effects of vasopressin on the heart independently of coronary blood flow, the effects of vasopressin on inotropy were strikingly different. By maintaining constant coronary flow, the direct cardiac effects of vasopressin on an isolated rat heart preparation were determined, independent of changes in myocardial oxygen delivery elicited by coronary vasoconstriction [56]. Myocardial function was assessed at vasopressin concentrations of 0, 10, 25, 50, 100, 200, 400, and 500 pg/ml. Progressive coronary vasoconstriction was observed with increasing vasopressin concentration. In contrast, peak ventricular pressure and the first derivative of left ventricular pressure (dP/dt$_{max}$) increased at 50 and 100 pg/ml vasopressin but fell at 400 and 500 pg/ml. The maximal peak ventricular pressure and dP/dt$_{max}$ responses were at 50 pg/ml, whereas at 500 pg/ml both peak ventricular pressure and dP/dt$_{max}$ were reduced below control. Pretreatment with a specific $V_1R$ antagonist totally blocked both the coronary vasoconstrictor and contractility responses to vasopressin. These data suggest that, although vasopressin causes dose-related coronary vasoconstriction and negative inotropy at high vasopressin concentrations, the hormone may exert a net positive inotropic effect at low doses. It appears that the net effect of vasopressin on cardiac function in an intact preparation will depend on the concentration of vasopressin as well as on the relative balance of its effects on coronary perfusion pressure (diastolic blood pressure), coronary vascular tone, and any direct effects on the inotropic state of the myocardium.

The clinical observation that vasopressin greatly increases afterload in vasodilatory shock (systemic vascular resistance [SVR] nearly doubles) but depresses cardiac output relatively little (14%) led to speculation that vasopressin at low doses might have positive inotropic effects [3]. Furthermore, in a small trial of vasopressin in patients with heart failure and vasodilatory hypotension due to the phosphodiesterase inhibitor milrinone, vasopressin increased SVR but did not depress cardiac output [68], again suggesting a positive inotropic action. However, these conclusions are speculative because it is difficult to isolate the effects of vasopressin on contractility from its effects on coronary perfusion, heart rate, and ventricular preload. Of more importance is the net clinical benefit of these often contradictory actions. An observational study conducted in critically ill humans specifically examined the effects of low-dose vasopressin infusion on hemodynamics and cardiac performance [69]. In 41 patients with catecholamine-resistant postcardiotomy shock, continuous infusion of vasopressin was associated with a significant increase in left ventricular stroke work index and a significant decrease in heart rate, as well as vasopressor and inotropic requirements. Cardiac index and stroke volume remained

unchanged despite a significant reduction in the requirement for inotropic agents. Interestingly, myocardial enzymes significantly fell in all patients and many patients with atrial arrhythmias converted on infusion. The authors concluded that low-dose vasopressin improved myocardial performance in this group of patients.

Classically, the effects of vasopressin on the heart were thought to be mediated through the $V_1R$ (vascular smooth muscle/calcium-dependent effect) or OTR (endothelial/NO effect). Neonatal rat cardiomyocytes possess $V_1Rs$ [70], and vasopressin causes a dose-dependent increase in intracellular calcium, which is dependent on extracellular magnesium and calcium concentrations, secondary to $V_1R$ activation and phospholipase-mediated $IP_3$ generation [71]. The $V_1R$ also mediates prostacyclin and ANP release from cultured rat cardiomyocytes exposed to vasopressin [72]. OTRs were also identified in isolated rat heart, and oxytocin causes increased ANP release in perfused rat heart preparations [73]. The negative inotropic and chronotropic effects of oxytocin may be mediated by these cardiac OTRs. Blockade of cholinergic receptors and NO production attenuated the negative effects of oxytocin on cardiac function [74]. More recently it was suggested that the cardiac effects of vasopressin are due to selective activation of intravascular purinoceptors and that an intermediary of these effects is ATP [66]. Indeed, adenoviral gene transfer of the $V_2$ renal receptor ($V_2R$) into cardiomyocytes was shown to modulate the endogenous cAMP signal cascade and increase contractility of rat cardiomyocytes [75].

In the setting of primary cardiac dysfunction, however, it is the effect of vasopressin on SVR that may counter any potential beneficial effects on cardiac inotropy. Indeed, antagonism of vasopressin receptors has been advocated as therapy for congestive heart failure; both animal models of congestive heart failure and early clinical studies support the notion that antagonism of $V_1Rs$ and $V_2Rs$ leads to an improvement in cardiac function, probably mediated through reductions in cardiac afterload [76–78].

### Cardiac hypertrophy

Vasopressin promotes cardiac hypertrophy in neonatal rat hearts via direct effects on cardiomyocyte protein synthesis secondary to $IP_3$-mediated intracellular calcium release [79]. In the adult rat heart, vasopressin directly increased the rate of protein synthesis via the $V_1R$, which was sensitive to amiloride – a mechanism that differs from the cAMP-dependent mechanism that is responsible for the cardiac hypertrophy induced by pressure overload [80].

### Summary

$V_1R$-mediated coronary vasoconstriction is a dose-dependent phenomenon that may be attenuated by the endothelial vasodilating properties of vasopressin action via the OTR or $P_2$ purinergic receptor. When cardiac contractility is studied independently of coronary perfusion, vasopressin may have a positive inotropic effect at low doses. Further work is necessary to determine the significance of these observations in human hearts in both health and disease states.

## Clinical application of vasopressin in shock

In health, vasopressin's role in the maintenance of resting arteriolar tone and systemic blood pressure is minor. Indeed, high concentrations of vasopressin are required before vasoconstrictor effects are seen. It is only during shock states that vasopressin's role in the maintenance of systemic blood pressure is seen. Indeed, vasopressin deficiency and hypersensitivity to the hormone's pressor effects appear to be a hallmark of vasodilatory shock states [13]. These states include vasodilatory septic shock [1–5], vasodilatory shock post-cardiopulmonary bypass [6–9,81], vasodilatory shock due to phosphodiesterase inhibition in the treatment of heart failure [12,68], hemodynamically unstable organ donors [11], and the late, so-called 'irreversible' phase of volume treated hemorrhagic shock [82]. The reason for the reduction in circulating concentration of vasopressin has not been fully determined. However, depletion of neurohypophyseal stores has been observed in profound shock states [83].

The use of vasopressin clinically has followed observations that exogenous administration of vasopressin during shock is capable of restoring systemic blood pressure. Landry and coworkers [4] first demonstrated this property in five patients with advanced septic shock. Since their initial observations, several uncontrolled trials have demonstrated that vasopressin can restore blood pressure during septic shock, following cardiopulmonary bypass and following epinephrine-resistant cardiac arrest (Table 2). However, few controlled studies have been performed to evaluate properly the effectiveness of vasopressin in shock. This is a critical point because it cannot be inferred that if an agent restores blood pressure then it will also lead to an improvement in outcome. An increase in blood pressure may be being obtained at the expense of perfusion to critical organs, or it may worsen cardiac performance by impairment of ventricular output through an increase in ventricular afterload. Consequently, organ injury could worsen in the face of a restoration of blood pressure. A case in point is the manner in which NOS inhibition was embraced to treat shock in septic patients [84]. Indeed, NOS inhibitors have clinical effects that are similar to those of vasopressin. Several reports have documented an increase in blood pressure, reduction in pressor requirement, and attendant reduction in cardiac output [84–86] (a profile that resembles that of vasopressin) in patients with septic shock. However, a recent randomized controlled trial of a NOS inhibitor in septic shock was halted because of higher mortality rates in the group that received treatment [87].

At present the only blinded, systematic evaluation of vasopressin in sepsis is that recently reported by Patel and coworkers [2]. In a controlled manner, they compared the effects of vasopressin with those of norepinephrine in

19

**Table 2**

**Clinical trials of low-dose vasopressin in vasodilatory shock states**

| Reference | Year | Trial | *n* | Patients | Findings |
|---|---|---|---|---|---|
| [4] | 1997 | Case series | 5 | Septic shock | A, B, C |
| [3] | 1997 | Matched cohort | 19<br>12 | Septic shock<br>Cardiogenic shock | A, B, D in septic group |
| [5] | 1999 | RCT | 10 | Septic shock – trauma | A, B |
| [2] | 2000 | RCT | 24 | Septic shock | A, B, C, D |
| [94] | 2001 | Retrospective | 60 | Septic and postcardiotomy shock | A, B, ↓CI |
| [95] | 2001 | Prospective, case-controlled | 16 | Septic shock | A, B, C |
| [7] | 1998 | Retrospective case series | 40 | Postbypass vasodilatory shock | A, B, D |
| [6] | 1997 | RCT<br>Placebo: N/S | 10 | Vasodilatory shock post-LVAD implant | A, B in treatment arm; D in all |
| [8] | 1999 | Case series | 20 | Vasodilatory shock post-cardiac transplant | A, B |
| [9] | 1999 | Case series | 11 | Pediatric – vasodilatory shock postbypass | A, B, D |
| [10] | 2000 | Retrospective case series | 50 | Vasodilatory shock post-LVAD implantation | A, B |
| [69] | 2002 | Retrospective | 41 | Postcardiotomy shock | A, B |
| [11] | 1999 | Case series | 10 | Organ donors with vasodilatory shock | A, D |
| [68] | 2000 | Case series | 7 | Milrinone – hypotension | A, B, C |

Findings are classified as follows: A, increase in blood pressure; B, decrease or discontinuance of catecholamines; C, increase in urine output; and D, low plasma vasopressin levels in subjects. CI, cardiac index; LVAD, left ventricular assist device; N/S, normal saline; RCT, randomized controlled trial.

24 patients with septic shock who required vasopressor infusions. Patients who received vasopressin had a significant (80%) reduction in vasopressor requirement. Interestingly, patients in the vasopressin arm experienced a doubling in urine output and a 75% increase in creatinine clearance. Based on current information, it appears that replacement of vasopressin at a fixed dose can eliminate the need for catecholamine pressors in many patients.

Vasopressin was also evaluated in the setting of hypotension following induction of anesthesia in patients chronically treated with angiotensin-converting enzyme inhibitors [88,89]. One study compared terlipressin (a vasopressin agonist) plus ephedrine (*n*=21) versus ephedrine alone (*n*=19) in patients following induction of anesthesia [88]. The second study evaluated vasopressin (*n*=13) compared with placebo (*n*=14) in patients following cardiac bypass [89]. Both studies demonstrated that the vasopressin agonist led to better hemodynamic stability and less catecholamine use. Consequently, in patients who are refractory to conventional vasopressors (owing to chronic blockade of their renin–angiotensin system), vasopressin may offer some clinical benefit in improving hemodynamics. Indeed, the study conducted by Morales and coworkers [89] demonstrated that, among those patients chronically treated with angiotensin-converting enzyme inhibitors, the group that received vasopressin had a shorter duration of stay in the intensive care unit following induction of anesthesia. These studies must be repeated in order to evaluate these highly relevant end-points and to confirm the safety of vasopressin before widespread clinical use of this agent can be recommended.

Vasopressin has also been demonstrated to increase arterial and coronary perfusion pressure as compared with clinical doses of epinephrine in animal models of cardiac arrest. Interestingly, like epinephrine, vasopressin may also be administered via the endotracheal tube. In fact vasopressin had better hemodyamic effects than did intratracheal epinephrine in one study of a canine model of cardiac arrest [90]. Based on these favorable reports, vasopressin has been advocated for use in cardiac arrest. In 1997, Lindner and coworkers [91] reported the effects of 40 units of vasopressin versus 1 mg epinephrine in patients who had not responded to three counter-shocks in the field. Fourteen (70%) patients in the vasopressin group versus seven (35%) patients in the epinephrine group survived to hospitalization. However, in a more recent study of vasopressin in cardiac arrest, no benefit over epinephrine was found [92]. That study evaluated vaso-

PAR-VASO-0007626

pressin versus epinephrine as the first agent given in 200 patients who suffered in-hospital cardiac arrest. The investigators found that there was no advantage with either agent with respect to 1-hour survival or survival to hospital discharge. Importantly, there was no difference between groups in Mini Mental Status Examination or cerebral performance category scores. The reason for the discrepancy between the two studies is unclear. One explanation is differences between the two populations evaluated. Lindner and coworkers [91] evaluated patients who suffered a cardiac arrest out of hospital, whereas Steill and coworkers [92] evaluated hospitalized patients. Hospitalized patients may have a different prognosis after cardiac arrest than that of their counterparts in the community. Similarly, the etiology of the cardiac arrest may also have differed between the two groups, with more patients having a primary cardiac event in the community.

Administration of vasopressin to patients in low flow states (i.e. cardiogenic or hypovolemic shock) is strongly contraindicated because in these states cardiac output is severely depressed by the increase in afterload. Indeed, blockade of $V_1Rs$ and $V_2Rs$ has been advocated for treating congestive heart failure. In a rat model of congestive heart failure a single oral administration of conivaptan (a $V_1R$ and $V_2R$ blocker) increased urine volume and decreased urine osmolality in a dose-dependant manner [77]. Furthermore, conivaptan attenuated the changes in left ventricular end-diastolic pressure, and lung and right ventricular weight. The investigators stressed that vasopressin plays a significant role in elevating vascular tone through vasopressin $V_1Rs$ and plays a major role in retaining free water through $V_2Rs$ in this model of congestive heart failure.

In summary, the use of vasopressin at a low dose (0.04 units/min) is not associated with substantial decline in cardiac output. Vasopressin does not constrict the pulmonary circulation, and thus vasopressin may be preferred for patients with pulmonary hypertension. In this respect vasopressin differs from NOS inhibitors. It is hoped that, unlike early trials of NOS inhibition in sepsis, vasopressin's more favorable hemodynamic profile will translate into clinical benefit. Also, vasopressin's selective constriction of renal efferent over afferent arterioles could spare renal function in shock. Hopefully, the results of an active multicenter randomized controlled evaluation [93] will help to determine the role of vasopressin in septic shock.

## Conclusion

Vasopressin is a unique vasoactive hormone that is important in control of vascular tone and has myocardial effects. Vasopressin can restore vascular tone in refractory vasodilatory shock states due to $V_1R$ activation of $K_{ATP}$ channels, inhibitory action on NO, and potentiation of endogenous vasoconstrictors. Although animal and in vitro studies suggest that vasopressin may have negative inotropic and coronary vasoconstrictor properties, clinical studies of low-dose vasopressin to date do not demonstrate adverse cardiac effects of

vasopressin. In refractory shock states, administration of vasopressin in low, physiologic doses has been associated with impressive stabilization of hemodynamics. Vasopressin is gaining popularity in diverse states such as septic shock and vasodilatory states associated with cardiac anesthesia and surgery. We stress that the clinical studies to date have been small and have focused on physiologic outcomes, and data on adverse effects are limited. Therefore, we do not recommend vasopressin as first-line therapy for vasodilatory shock. Future prospective studies are necessary to define the role of vasopressin in the therapy of vasodilatory shock.

## Competing interests

None declared.

## References

1. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA: **The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series.** Intensive Care Med 2001, **27**:1416-1421.
2. Patel BM, Chittock DR, Russell JA, Walley KR: **Beneficial effects of short-term vasopressin infusion during severe septic shock.** Anesthesiology 2002, **96**:576-582.
3. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA: **Vasopressin deficiency contributes to the vasodilation of septic shock.** Circulation 1997, **95**:1122-1125.
4. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA: **Vasopressin pressor hypersensitivity in vasodilatory septic shock.** Crit Care Med 1997, **25**:1279-1282.
5. Malay MB, Ashton RC Jr, Landry DW, Townsend RN: **Low-dose vasopressin in the treatment of vasodilatory septic shock.** J Trauma 1999, **47**:699-703; discussion 703-705.
6. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW: **A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement.** Circulation 1997, **96**:II-286-II-290.
7. Argenziano M, Chen JM, Choudhri AF, Cullinane S, Garfein E, Weinberg AD, Smith CR Jr, Rose EA, Landry DW, Oz MC: **Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent.** J Thorac Cardiovasc Surg 1998, **116**:973-980.
8. Argenziano M, Chen JM, Cullinane S, Choudhri AF, Rose EA, Smith CR, Edwards NM, Landry DW, Oz MC: **Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation.** J Heart Lung Transplant 1999, **18**:814-817.
9. Rosenzweig EB, Starc TJ, Chen JM, Cullinane S, Timchak DM, Gersony WM, Landry DW, Galantowicz ME: **Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery.** Circulation 1999, **100**:II182-II186.
10. Morales DL, Gregg D, Helman DN, Williams MR, Naka Y, Landry DW, Oz MC: **Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock.** Ann Thorac Surg 2000, **69**:102-106.
11. Chen JM, Cullinane S, Spanier TB, Artrip JH, John R, Edwards NM, Oz MC, Landry DW: **Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors.** Circulation 1999, **100**:II244-II246.
12. Gold JA, Cullinane S, Chen J, Oz MC, Oliver JA, Landry DW: **Vasopressin as an alternative to norepinephrine in the treatment of milrinone-induced hypotension.** Crit Care Med 2000, **28**:249-252.
13. Landry DW, Oliver JA: **The pathogenesis of vasodilatory shock.** N Engl J Med 2001, **345**:588-595.
14. Surks HK, Mochizuki N, Kasai Y, Georgescu SP, Tang KM, Ito M, Lincoln TM, Mendelsohn ME: **Regulation of myosin phosphatase by a specific interaction with cGMP-dependent protein kinase Ialpha.** Science 1999, **286**:1583-1587.
15. Webb JG, Yates PW, Yang Q, Mukhin YV, Lanier SM: **Adenylyl cyclase isoforms and signal integration in models of vascular smooth muscle cells.** Am J Physiol Heart Circ Physiol 2001, **281**:H1545-H1552.

16. Standen NB, Quayle JM: K+ channel modulation in arterial smooth muscle. *Acta Physiol Scand* 1998, 164:549-557.

17. Jackson WF: Ion channels and vascular tone. *Hypertension* 2000, 35:173-178.

18. Davies NW: Modulation of ATP-sensitive K+ channels in skeletal muscle by intracellular protons. *Nature* 1990, 343:375-377.

19. Keung EC, Li Q: Lactate activates ATP-sensitive potassium channels in guinea pig ventricular myocytes. *J Clin Invest* 1991, 88:1772-1777.

20. Landry DW, Oliver JA: The ATP-sensitive K+ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. *J Clin Invest* 1992, 89:2071-2074.

21. Geisen K, Vegh A, Krause E, Papp JG: Cardiovascular effects of conventional sulfonylureas and glimepiride. *Horm Metab Res* 1996, 28:496-507.

22. Gardiner SM, Kemp PA, March JE, Bennett T: Regional haemodynamic responses to infusion of lipopolysaccharide in conscious rats: effects of pre- or post-treatment with glibenclamide. *Br J Pharmacol* 1999, 128:1772-1778.

23. Salzman AL, Vromen A, Denenberg A, Szabo C: K(ATP)-channel inhibition improves hemodynamics and cellular energetics in hemorrhagic shock. *Am J Physiol* 1997, 272:H688-H694.

24. Wakatsuki T, Nakaya Y, Inoue I: Vasopressin modulates K(+)-channel activities of cultured smooth muscle cells from porcine coronary artery. *Am J Physiol* 1992, 263:H491-H496.

25. Bolotina VM, Najibi S, Palacino JJ, Pagano PJ, Cohen RA: Nitric oxide directly activates calcium-dependent potassium channels in vascular smooth muscle. *Nature* 1994, 368:850-853.

26. Archer SL, Huang JM, Hampl V, Nelson DP, Shultz PJ, Weir EK: Nitric oxide and cGMP cause vasorelaxation by activation of a charybdotoxin-sensitive K channel by cGMP-dependent protein kinase. *Proc Natl Acad Sci USA* 1994, 91:7583-7587.

27. Kilbourn R: Nitric oxide synthase inhibitors—a mechanism-based treatment of septic shock. *Crit Care Med* 1999, 27:857-858.

28. Umino T, Kusano E, Muto S, Akimoto T, Yanagiba S, Ono S, Amemiya M, Ando Y, Homma S, Ikeda U, Shimada K, Asano Y: AVP inhibits LPS- and IL-1beta-stimulated NO and cGMP via V1 receptor in cultured rat mesangial cells. *Am J Physiol* 1999, 276:F433-F441.

29. Nambi P, Whitman M, Gessner G, Aiyar N, Crooke ST: Vasopressin-mediated inhibition of atrial natriuretic factor-stimulated cGMP accumulation in an established smooth muscle cell line. *Proc Natl Acad Sci USA* 1986, 83:8492-8495.

30. Kusano E, Tian S, Umino T, Tetsuka T, Ando Y, Asano Y: Arginine vasopressin inhibits interleukin-1 beta-stimulated nitric oxide and cyclic guanosine monophosphate production via the V1 receptor in cultured rat vascular smooth muscle cells. *J Hypertens* 1997, 15:627-632.

31. Yamamoto K, Ikeda U, Okada K, Saito T, Shimada K: Arginine vasopressin inhibits nitric oxide synthesis in cytokine-stimulated vascular smooth muscle cells. *Hypertens Res* 1997, 20:209-216.

32. Karmazyn M, Manku MS, Horrobin DF: Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. *Endocrinology* 1978, 102:1230-1236.

33. Noguera I, Medina P, Segarra G, Martinez MC, Aldasoro M, Vila JM, Lluch S: Potentiation by vasopressin of adrenergic vasoconstriction in the rat isolated mesenteric artery. *Br J Pharmacol* 1997, 122:431-438.

34. Emori T, Hirata Y, Ohta K, Kanno K, Eguchi S, Imai T, Shichiri M, Marumo F: Cellular mechanism of endothelin-1 release by angiotensin and vasopressin. *Hypertension* 1991, 18:165-170.

35. Caramelo C, Okada K, Tsai P, Linas SL, Schrier RW: Interaction of arginine vasopressin and angiotensin II on Ca2+ in vascular smooth muscle cells. *Kidney Int* 1990, 38:47-54.

36. Iversen BM, Arendshorst WJ: ANG II and vasopressin stimulate calcium entry in dispersed smooth muscle cells of preglomerular arterioles. *Am J Physiol* 1998, 274:F498-F508.

37. Bichet DG, Razi M, Lonergan M, Arthus MF, Papukna V, Kortas C, Barjon JN: Hemodynamic and coagulation responses to 1-desamino[8-D-arginine] vasopressin in patients with congenital nephrogenic diabetes insipidus. *N Engl J Med* 1988, 318:881-887.

38. Walker BR, Haynes J Jr, Wang HL, Voelkel NF: Vasopressin-induced pulmonary vasodilation in rats. *Am J Physiol* 1989, 257:H415-H422.

39. Evora PR, Pearson PJ, Schaff HV: Arginine vasopressin induces endothelium-dependent vasodilatation of the pulmonary artery. V1-receptor-mediated production of nitric oxide. *Chest* 1993, 103:1241-1245.

40. Suzuki Y, Satoh S, Oyama H, Takayasu M, Shibuya M: Regional differences in the vasodilator response to vasopressin in canine cerebral arteries in vivo. *Stroke* 1993, 24:1049-1053; discussion 1053-1044.

41. Rudichenko VM, Beierwaltes WH: Arginine vasopressin-induced renal vasodilation mediated by nitric oxide. *J Vasc Res* 1995, 32:100-105.

42. Tamaki T, Kiyomoto K, He H, Tomohiro A, Nishiyama A, Aki Y, Kimura S, Abe Y: Vasodilation induced by vasopressin V2 receptor stimulation in afferent arterioles. *Kidney Int* 1996, 49:722-729.

43. Okamura T, Toda M, Ayajiki K, Toda N: Receptor subtypes involved in relaxation and contraction by arginine vasopressin in canine isolated short posterior ciliary arteries. *J Vasc Res* 1997, 34:464-472.

44. Okamura T, Ayajiki K, Fujioka H, Toda N: Mechanisms underlying arginine vasopressin-induced relaxation in monkey isolated coronary arteries. *J Hypertens* 1999, 17:673-678.

45. Thibonnier M, Conarty DM, Preston JA, Plesnicher CL, Dweik RA, Erzurum SC: Human vascular endothelial cells express oxytocin receptors. *Endocrinology* 1999, 140:1301-1309.

46. Garcia-Villalon AL, Garcia JL, Fernandez N, Monge L, Gomez B, Dieguez G: Regional differences in the arterial response to vasopressin: role of endothelial nitric oxide. *Br J Pharmacol* 1996, 118:1848-1854.

47. Holmes CL, Patel BM, Russell JA, Walley KR: Physiology of vasopressin relevant to management of septic shock. *Chest* 2001, 120:989-1002.

48. Liard JF: Does vasopressin-induced vasoconstriction persist during prolonged infusion in dogs? *Am J Physiol* 1987, 252: R668-R673.

49. Dixon BS: Cyclic AMP selectively enhances bradykinin receptor synthesis and expression in cultured arterial smooth muscle. Inhibition of angiotensin II and vasopressin response. *J Clin Invest* 1994, 93:2535-2544.

50. Zhang J, Sato M, Duzic E, Kubalak SW, Lanier SM, Webb JG: Adenylyl cyclase isoforms and vasopressin enhancement of agonist-stimulated cAMP in vascular smooth muscle cells. *Am J Physiol* 1997, 273:H971-H980.

51. Serradeil-Le Gal C, Villanova G, Boutin M, Maffrand JP, Le Fur G: Effects of SR 49059, a non-peptide antagonist of vasopressin V1a receptors, on vasopressin-induced coronary vasoconstriction in conscious rabbits. *Fundam Clin Pharmacol* 1995, 9:17-24.

52. Maturi MF, Martin SE, Markle D, Maxwell M, Burruss CR, Speir E, Greene R, Ro YM, Vitale D, Green MV, *et al.*: Coronary vasoconstriction induced by vasopressin. Production of myocardial ischemia in dogs by constriction of nondiseased small vessels. *Circulation* 1991, 83:2111-2121.

53. Bax WA, Van der Graaf PH, Stam WB, Bos E, Nisato D, Saxena PR: [Arg8]vasopressin-induced responses of the human isolated coronary artery: effects of non-peptide receptor antagonists. *Eur J Pharmacol* 1995, 285:199-202.

54. Fernandez N, Garcia JL, Garcia-Villalon AL, Monge L, Gomez B, Dieguez G: Coronary vasoconstriction produced by vasopressin in anesthetized goats. Role of vasopressin V1 and V2 receptors and nitric oxide. *Eur J Pharmacol* 1998, 342:225-233.

55. Boyle WA III, Segel LD: Direct cardiac effects of vasopressin and their reversal by a vascular antagonist. *Am J Physiol* 1986, 251:H734-H741.

56. Walker BR, Childs ME, Adams EM: Direct cardiac effects of vasopressin: role of V1- and V2-vasopressinergic receptors. *Am J Physiol* 1988, 255:H261-H265.

57. Vanhoutte PM, Katusic ZS, Shepherd JT: Vasopressin induces endothelium-dependent relaxations of cerebral and coronary, but not of systemic arteries. *J Hypertens Suppl* 1984, 2:S421-S422.

58. Katusic ZS, Shepherd JT, Vanhoutte PM: Vasopressin causes endothelium-dependent relaxations of the canine basilar artery. *Circ Res* 1984, 55:575-579.

59. Wenzel V, Kern KB, Hilwig RW, *et al.*: The left anterior descending coronary artery dilates after arginine vasopressin during normal sinus rhythm, and ventricular fibrillation with cardiopulmonary resuscitation [abstract]. *Circulation* 2001, 104:2974.

60. Boyle WA III, Segel LD: **Attenuation of vasopressin-mediated coronary constriction and myocardial depression in the hypoxic heart.** Circ Res 1990, 66:710-721.

61. Wenzel V, Lindner KH, Baubin MA, Voelckel WG: **Vasopressin decreases endogenous catecholamine plasma concentrations during cardiopulmonary resuscitation in pigs.** Crit Care Med 2000, 28:1096-1100.

62. Raedler C, Voelckel WG, Wenzel V, Bahlmann L, Baumeier W, Schmittinger CA, Herff H, Krismer AC, Lindner KH, Lurie KG: **Vasopressor response in a porcine model of hypothermic cardiac arrest is improved with active compression-decompression cardiopulmonary resuscitation using the inspiratory impedance threshold valve.** Anesth Analg 2002, 95:1496-1502.

63. Voelckel WG, Lurie KG, McKnite S, Zielinski T, Lindstrom P, Peterson C, Wenzel V, Lindner KH, Benditt D: **Effects of epinephrine and vasopressin in a piglet model of prolonged ventricular fibrillation and cardiopulmonary resuscitation.** Crit Care Med 2002, 30:957-962.

64. Voelckel WG, Lurie KG, McKnite S, Zielinski T, Lindstrom P, Peterson C, Wenzel V, Lindner KH: **Comparison of epinephrine with vasopressin on bone marrow blood flow in an animal model of hypovolemic shock and subsequent cardiac arrest.** Crit Care Med 2001, 29:1587-1592.

65. Wenzel V, Lindner KH, Krismer AC, Miller EA, Voelckel WG, Lingnau W: **Repeated administration of vasopressin but not epinephrine maintains coronary perfusion pressure after early and late administration during prolonged cardiopulmonary resuscitation in pigs.** Circulation 1999, 99:1379-1384.

66. Zenteno-Savin T, Sada-Ovalle I, Ceballos G, Rubio R: **Effects of arginine vasopressin in the heart are mediated by specific intravascular endothelial receptors.** Eur J Pharmacol 2000, 410:15-23.

67. Cheng CP, Igarashi Y, Klopfenstein HS, Applegate RJ, Shihabi Z, Little WC: **Effect of vasopressin on left ventricular performance.** Am J Physiol 1993, 264:H53-H60.

68. Gold J, Cullinane S, Chen J, Seo S, Oz MC, Oliver JA, Landry DW: **Vasopressin in the treatment of milrinone-induced hypotension in severe heart failure.** Am J Cardiol 2000, 85:506-508, A511.

69. Dunser MW, Mayr AJ, Stallinger A, Ulmer H, Ritsch N, Knotzer H, Pajk W, Mutz NJ, Hasibeder WR: **Cardiac performance during vasopressin infusion in postcardiotomy shock.** Intensive Care Med 2002, 28:746-751.

70. Xu YJ, Gopalakrishnan V: **Vasopressin increases cytosolic free [Ca2+] in the neonatal rat cardiomyocyte. Evidence for V1 subtype receptors.** Circ Res 1991, 249:239-245.

71. Liu P, Hopfner RL, Xu YJ, Gopalakrishnan V: **Vasopressin-evoked [Ca2+]i responses in neonatal rat cardiomyocytes.** J Cardiovasc Pharmacol 1999, 34:540-546.

72. Van der Bent V, Church DJ, Vallotton MB, Meda P, Kem DC, Capponi AM, Lang U: **[Ca2+]i and protein kinase C in vasopressin-induced prostacyclin and ANP release in rat cardiomyocytes.** Am J Physiol 1994, 266:H597-H605.

73. Gutkowska J, Jankowski M, Lambert C, Mukaddam-Daher S, Zingg HH, McCann SM: **Oxytocin releases atrial natriuretic peptide by combining with oxytocin receptors in the heart.** Proc Natl Acad Sci USA 1997, 94:11704-11709.

74. Mukaddam-Daher S, Yin YL, Roy J, Gutkowska J, Cardinal R: **Negative inotropic and chronotropic effects of oxytocin.** Hypertension 2001, 38:292-296.

75. Laugwitz KL, Ungerer M, Schoneberg T, Weig HJ, Kronsbein K, Moretti A, Hoffmann K, Seyfarth M, Schultz G, Schomig A: **Adenoviral gene transfer of the human V2 vasopressin receptor improves contractile force of rat cardiomyocytes.** Circulation 1999, 99:925-933.

76. Udelson JE, Smith WB, Hendrix GH, Painchaud CA, Ghazzi M, Thomas I, Ghali JK, Selaru P, Chanoine F, Pressler ML, Konstam MA: **Acute hemodynamic effects of conivaptan, a dual V(1A) and V(2) vasopressin receptor antagonist, in patients with advanced heart failure.** Circulation 2001, 104:2417-2423.

77. Wada K, Tahara A, Arai Y, Aoki M, Tomura Y, Tsukada J, Yatsu T: **Effect of the vasopressin receptor antagonist conivaptan in rats with heart failure following myocardial infarction.** Eur J Pharmacol 2002, 450:169-177.

78. Yatsu T, Kusayama T, Tomura Y, Arai Y, Aoki M, Tahara A, Wada K, Tsukada J: **Effect of conivaptan, a combined vasopressin**

79. Xu Y, Hopfner RL, McNeill JR, Gopalakrishnan V: **Vasopressin accelerates protein synthesis in neonatal rat cardiomyocytes.** Mol Cell Biochem 1999, 195:183-190.

80. Fukuzawa J, Haneda T, Kikuchi K: **Arginine vasopressin increases the rate of protein synthesis in isolated perfused adult rat heart via the V1 receptor.** Mol Cell Biochem 1999, 195:93-98.

81. Mets B, Michler RE, Delphin ED, Oz MC, Landry DW: **Refractory vasodilation after cardiopulmonary bypass for heart transplantation in recipients on combined amiodarone and angiotensin-converting enzyme inhibitor therapy: a role for vasopressin administration.** J Cardiothorac Vasc Anesth 1998, 12:326-329.

82. Morales D, Madigan J, Cullinane S, Chen J, Heath M, Oz M, Oliver JA, Landry DW: **Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock.** Circulation 1999, 100:226-229.

83. Sharshar T, Carlier R, Blanchard A, Feydy A, Gray F, Paillard M, Raphael JC, Gajdos P, Annane D: **Depletion of neurohypophyseal content of vasopressin in septic shock.** Crit Care Med 2002, 30:497-500.

84. Avontuur JA, Tutein Nolthenius RP, Buijk SL, Kanhai KJ, Bruining HA: **Effect of L-NAME, an inhibitor of nitric oxide synthesis, on cardiopulmonary function in human septic shock.** Chest 1998, 113:1640-1646.

85. Avontuur JA, Tutein Nolthenius RP, van Bodegom JW, Bruining HA: **Prolonged inhibition of nitric oxide synthesis in severe septic shock: a clinical study.** Crit Care Med 1998, 26:660-667.

86. Grover R, Zaccardelli D, Colice G, Guntupalli K, Watson D, Vincent JL: **An open-label dose escalation study of the nitric oxide synthase inhibitor, N(G)-methyl-L-arginine hydrochloride (546C88), in patients with septic shock.** Glaxo Wellcome International Septic Shock Study Group. Crit Care Med 1999, 27:913-922.

87. Cobb JP: **Use of nitric oxide synthase inhibitors to treat septic shock: the light has changed from yellow to red.** Crit Care Med 1999, 27:855-856.

88. Meersschaert K, Brun L, Gourdin M, Mouren S, Bertrand M, Riou B, Coriat P: **Terlipressin-ephedrine versus ephedrine to treat hypotension at the induction of anesthesia in patients chronically treated with angiotensin converting-enzyme inhibitors: a prospective, randomized, double-blinded, crossover study.** Anesth Analg 2002, 94:835-840.

89. Morales DL, Garrido MJ, Madigan JD, Helman DN, Faber J, Williams MR, Landry DW, Oz MC: **A double-blind randomized trial: prophylactic vasopressin reduces hypotension after cardiopulmonary bypass.** Ann Thorac Surg 2003, 75:926-930.

90. Efrati O, Barak A, Ben-Abraham R, Modan-Moses D, Berkovitch M, Manisterski Y, Lotan D, Barzilay Z, Paret G: **Should vasopressin replace adrenaline for endotracheal drug administration?** Crit Care Med 2003, 31:572-576.

91. Lindner KH, Dirks B, Strohmenger HU, Prengel AW, Lindner IM, Lurie KG: **Randomised comparison of epinephrine and vasopressin in patients with out-of-hospital ventricular fibrillation.** Lancet 1997, 349:535-537.

92. Stiell IG, Hebert PC, Wells GA, Vandemheen KL, Tang AS, Higginson LA, Dreyer JF, Clement C, Battram E, Watpool I, Mason S, Klassen T, Weitzman BN: **Vasopressin versus epinephrine for inhospital cardiac arrest: a randomised controlled trial.** Lancet 2001, 358:105-109.

93. Cooper DJ, Russell JA, Walley KR, Holmes CL, Singer J, Hebert PC, Granton J, Mehta S, Terins T: **Vasopressin and septic shock trial (VASST): innovative features and performance.** Am J Resp Crit Care Med 2003, 167:A838.

94. Dunser MW, Mayr AJ, Ulmer H, Ritsch N, Knotzer H, Pajk W, Luckner G, Mutz NJ, Hasibeder WR: **The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis.** Anesth Analg 2001, 93:7-13.

95. Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Boyle WA III: **Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock.** Crit Care Med 2001, 29:487-493.

# Review

# Science Review: Vasopressin and the cardiovascular system part 1 – receptor physiology

Cheryl L Holmes[1], Donald W Landry[2] and John T Granton[3]

[1]Staff intensivist, Department of Medicine, Division of Critical Care, Kelowna General Hospital, Kelowna BC, Canada
[2]Associate Professor, Department of Medicine, Columbia University, New York, New York, USA
[3]Assistant Professor of Medicine, Faculty of Medicine, and Program Director, Critical Care Medicine, University of Toronto, and Consultant in Pulmonary and Critical Care Medicine, Director Pulmonary Hypertension Program, University Health Network, Toronto, Ontario, Canada

Corresponding author: John T Granton, John.Granton@uhn.on.ca

Published online: 26 June 2003
This article is online at http://ccforum.com/content/7/6/427
© 2003 BioMed Central Ltd (Print ISSN 1364-8535; Online ISSN 1466-609X)

Critical Care 2003, 7:427-434 (DOI 10.1186/cc2337)

## Abstract

Vasopressin is emerging as a rational therapy for vasodilatory shock states. Unlike other vasoconstrictor agents, vasopressin also has vasodilatory properties. The goal of the present review is to explore the vascular actions of vasopressin. In part 1 of the review we discuss structure, signaling pathways, and tissue distributions of the classic vasopressin receptors, namely $V_1$ vascular, $V_2$ renal, $V_3$ pituitary and oxytocin receptors, and the $P_2$ class of purinoreceptors. Knowledge of the function and distribution of vasopressin receptors is key to understanding the seemingly contradictory actions of vasopressin on the vascular system. In part 2 of the review we discuss the effects of vasopressin on vascular smooth muscle and the heart, and we summarize clinical studies of vasopressin in shock states.

Keywords adrenergic agents, antidiuretic hormone, cardiac inotropy, hypotension, nitric oxide, oxytocin, physiology, potassium channels, receptors, septic shock, smooth muscle, vasoconstriction, vascular, vasodilation, vasopressin

## Introduction

Arginine vasopressin (hereafter referred to as vasopressin), also known as antidiuretic hormone, is essential for survival, as attested by its teleologic persistence. Oxytocin- and vasopressin-like peptides have been isolated from four invertebrate phyla and the seven major vertebrate families, representing more than 120 species [1]. Therefore, the ancestral gene encoding the precursor protein appears to antedate the divergence of the vertebrate and invertebrate families, about 700 million years ago [2]. Virtually all vertebrate species possess an oxytocin-like and a vasopressin-like peptide, and so two evolutionary lineages can be traced. The presence of a single peptide, vasotocin ([Ile3]-vasopressin or [Arg8]-oxytocin), in the most primitive cyclostomata supports the notion that primordial gene duplication with subsequent mutations gave rise to the two lineages [2].

Vasopressin is essential for cardiovascular homeostasis. The vasopressor effect of pituitary extract, first observed in 1895, was attributed to the posterior lobe of this gland [3]. It was not until 18 years later that the antidiuretic effect of neurohypophyseal extract was demonstrated [4,5]. After isolation and synthesis of vasopressin in the 1950s, it was proven that the same hormone in the posterior pituitary possessed both antidiuretic and vasopressor effects [6,7]. The importance of vasopressin in osmotic defense is fundamental. Indeed, the antidiuretic effect of vasopressin has been exploited clinically for over half a century to treat diabetes insipidus. Only recently has vasopressin emerged as a therapy for shock states, renewing interest in the cardiovascular effects of vasopressin.

Shock states induce an increase in vasopressin levels from 20- to 200-fold [8–12]. These supraphysiologic levels cause

---

ACTH = adrenocorticotropic hormone; DAG = diacylglycerol; DDAVP = 1-deamino-8-D-arginine vasopressin; GPCR = G-protein-coupled receptor; GRK = G protein-coupled receptor kinase; OTR = oxytocin receptor; PKC = protein kinase C; $P_2R$ = $P_2$ purinergic receptors; $V_1R$ = $V_1$ vascular receptor; $V_2R$ = $V_2$ renal receptor; $V_3R$ = $V_3$ pituitary receptor.

profound vasoconstriction and help to maintain end-organ perfusion [13,14]. Prolonged shock is associated with a fall in vasopressin levels [15–18], probably due to depletion of vasopressin stores [19,20], and may contribute to the refractory hypotension that is seen in advanced shock states. Paradoxically, vasopressin has also been demonstrated to cause vasodilation in some vascular beds [21–28], distinguishing this hormone from other vasoconstrictor agents.

The present review explores the vascular actions of vasopressin. First, a discussion of the signaling pathways and distribution of vasopressin receptors is necessary to gain an understanding of the seemingly paradoxic vasodilatory and vasoconstrictor actions of vasopressin. We discuss the structural elements responsible for the functional diversity found within the vasopressin receptor family. In part 2 of our review, we explore the mechanisms of vasoconstriction and vasodilation of the vascular smooth muscle, with an emphasis on vasopressin interaction in these pathways. We review the seemingly contradictory studies and some new information regarding the actions of vasopressin on the heart. Finally, we summarize the clinical trials of vasopressin in vasodilatory shock states and comment on areas for future research.

## Overview of vasopressin
### Structure of the hormone and the genes
Vasopressin is a nonapeptide with a disulfide bridge between two cysteine amino acids [29] and is synthesized by the magnocellular neurons of the hypothalamus [30] (Fig. 1). Although oxytocin differs from vasopressin by only one amino acid (80% homology), they have clearly divergent physiologic activity. Vasopressin is involved in osmotic and cardiovascular homeostasis, whereas oxytocin is important in parturition, lactation, and sexual behavior.

Oxytocin and vasopressin are encoded by separate genes but they lie on the same chromosome, at 20p [31], separated by a segment of DNA only 12 kilobases long [32]. The similarities in structure as well as the close apposition are suggestive of recent gene duplication [33]. Despite ample documentation of cell-specific expression and physiologic regulation of the vasopressin gene, there is striking lack of progress in identifying transcription factors that act on the vasopressin promoter [34].

### Structure of the receptor
The actions of vasopressin are mediated by stimulation of tissue-specific G-protein-coupled receptors (GPCRs), which are currently classified into $V_1$ vascular ($V_1$R), $V_2$ renal ($V_2$R), $V_3$ pituitary ($V_3$R) and oxytocin (OTR) subtypes [35] and $P_2$ purinergic receptors ($P_2$R) [36]. The GPCRs are comprised of seven hydrophobic transmembrane α-helices joined by alternating intracellular and extracellular loops, an extracellular amino-terminal domain, and a cytoplasmic carboxyl-terminal domain (Fig. 2) [29]. The actions of vasopressin are signaled through pathways that are similar to extracellular agents such

### Figure 1



Hypothalamic nuclei involved in vasopressin control. The hypothalamus surrounds the third ventricle ventral to the hypothalamic sulci. The main hypothalamic nuclei subserving vasopressin control are the median preoptic nucleus (MNPO), the paraventricular nuclei (PVN), and the supraoptic nuclei (SON), which project to the posterior pituitary along the supraoptic–hypophyseal tract. Afferent nerve impulses from stretch receptors in the left atrium (inhibitory), aortic arch, and carotid sinuses (excitatory) travel via the vagus nerve, and neural pathways project to the PVN and the SON. These nuclei also receive osmotic input from the lamina terminalis, which is excluded from the blood–brain barrier and is thus affected by systemic osmolality. Vasopressin is synthesized in the cell bodies of the magnocellular neurons located in the PVN and SON. The magnocellular neurons of the SON are directly depolarized by hypertonic conditions (hence releasing more vasopressin) and hyperpolarized by hypotonic conditions (hence releasing less vasopressin). Finally, vasopressin migrates (in its prohormone state) along the supraoptic–hypophyseal tract to the posterior pituitary, where it is released into the circulation. Used by permission from *Chest* [95].

as hormones (glucagon, luteinizing hormone, and epinephrine [adrenaline]), neurotransmitters (acetylcholine, dopamine, and serotonin) and chemokines (interleukin-8). Local mediators signal to the four main G protein families to regulate cellular machinery such as metabolic enzymes, ion channels, and transcriptional regulators [37]. The extracellular signals are routed to specific G proteins through distinct types of receptors. For example, epinephrine's signal is transmitted through the β-adrenergic receptor coupled to $G_s$ and the $α_1$-adrenergic receptor coupled to $G_q$ and $G_{11}$. Many important hormones, including epinephrine, acetylcholine, dopamine, and serotonin, interact with the $G_i$ pathway, which is characterized by inhibition of adenylyl cyclase [37].

PAR-VASO-0007631

Figure 2



Vasopressin docking and transmembrane topology of the human V1 vascular receptor (V1R). A model of arginine vasopressin (AVP), as bound to the human V1R, is depicted. Vasopressin is shown in ball-and-stick representation and the receptor is shown in ribbons. The intracellular loops of the receptor are labeled il1, il2, and il3, and the extracellular loops are labeled el1, el2, and el3. The transmembrane segments are labeled H1–H7. Reprinted from Thibonnier M, Coles P, Thibonnier A, Shoham M: **Molecular pharmacology and modeling of vasopressin receptors.** *Prog Brain Res* 2002, **139:**179-196. © 2002, with permission from Elsevier [96].

Agonist stimulation of vasopressin receptors leads to receptor subtype-specific interactions with G-protein-coupled receptor kinases (GRKs) and protein kinase C (PKC) through specific motifs that are present in the carboxyl termini of the receptors [38]. Guanine nucleotide-binding proteins (G-proteins) are signal transducers, attached to the cell surface membrane, that connect receptors to effectors and thus to intracellular signaling pathways [39]. Functional characterization of the G-proteins, including $G_s$, $G_{i/o}$, $G_{q/11}$, and $G_{12/13}$ [37], indicates that a single receptor can activate multiple second messenger pathways through interaction with one or more G-proteins [40–42].

Vasopressin's signal is transmitted through both $G_s$ and $G_{q/11}$ subtypes [37]. The $G_s$ pathway is characterized by inhibition of adenylyl cyclase, leading to increased levels of cAMP that in turn connects to multiple cellular machines, including ion channels, transcription factors, and metabolic enzymes. Both β-adrenergic receptors and vasopressin receptors regulate $G_s$ protein signaling. The $G_{q/11}$ pathway is the classical pathway that is activated by calcium-mobilizing hormones and stimulates phospholipase-β to produce the intracellular messengers inositol trisphosphate and diacylglycerol (DAG) [37]. Inositol trisphosphate triggers the release of calcium from intracellular stores and DAG recruits PKC to the membrane and activates it. The α-subunit of $G_q$ also activates the transcription factor nuclear factor-κB [43].

## The V1 receptor

The $V_1$R gene is located on chromosome 12 and maps to region 12q14-15 [44]. Functionally, the $V_1$R activates G-proteins of the $G_{q/11}$ family. The α-subunits regulate the activity of the β-isoforms of phospholipase C [29]. A variety of signaling pathways is associated with the $V_1$R, and these pathways include activation of calcium influx, phospholipase $A_2$, phospholipase C, and phospholipase D [45].

$V_1$Rs are found in high density on vascular smooth muscle and cause vasoconstriction by an increase in intracellular calcium via the phosphatidyl–inositol-bisphosphonate cascade. Cardiac myocytes also possess the $V_1$R and are discussed in part 2 of the review. Additionally, $V_1$Rs are located in brain, testis, superior cervical ganglion, liver, blood vessels, and renal medulla [46]. The exact physiologic role of vasopressin in many of these diverse tissues remains unknown.

Platelets express the $V_1$R, which upon stimulation induces an increase in intracellular calcium, facilitating thrombosis [47]. However, there appears to be tremendous variability in the aggregation response of normal human platelets to vasopressin [48]. Based on kinetic studies and the effects of PKC inhibition on the aggregation response to vasopressin, significant heterogeneity in the aggregation response of normal human platelets to vasopressin has been demonstrated, which is probably related to a polymorphism of the platelet $V_1$R [49].

$V_1$Rs are found in the kidney, where they occur in high density on medullary interstitial cells, vasa recta, and epithelial cells of the collecting duct. Vasopressin acts on medullary vasculature through the $V_1$R to reduce blood flow to inner medulla without affecting blood flow to outer medulla [50]. $V_1$Rs on the luminal membrane of the collecting duct probably exerted through $V_{1a}$ receptors located on luminal membrane limit the antidiuretic effects of vasopressin [50]. Interestingly, cyclosporine A induces upregulation of $V_1$R mRNA in vascular smooth muscle [51], increasing the number of $V_1$Rs by twofold [52], which could be a key mechanism by which cyclosporine A causes both hypertension and reduced glomerular filtration. Addition-

429

ally, vasopressin selectively contracts efferent arterioles [53], probably through the $V_1R$, but not the afferent arteriole. This selectivity, which is not shared by catecholamine vasopressors, would tend to increase glomerular filtration, probably accounting for the paradoxic increase in urine output observed when this antidiuretic hormone is administered to patients in vasodilatory shock [54,55].

There is considerable interspecies variation in the $V_1R$. For instance, although rat and human vasopressin are identical, the human $V_1R$ is only 80% homologous with the rat $V_1R$ [1]. This must be kept in mind when interpreting animal studies aimed at interpreting receptor subtypes based on the use of specific receptor inhibitors.

## The $V_2$ receptor

The $V_2R$ differs from the $V_1R$ primarily in the number of sites susceptible to N-linked glycosylation; the $V_1R$ has sites at both the amino-terminus and at the extracellular loop, whereas the $V_2R$ has a single site at the extracellular amino-terminus [56]. Despite structural similarities, the $V_2R$ differs functionally from the $V_1R$. Mutagenesis experiments involving the $V_1R$ and $V_2R$ have confirmed that the short sequence at the amino-terminus of the cytoplasmic tail confers $V_2$ receptor–$G_s$ coupling selectivity. The efficiency of $V_2R$–$G_s$ coupling can be modulated by the length of the central portion of the third intracellular loop [57], whereas the second intracellular loop of the $V_1R$ is critically involved in selective activation of $G_{q/11}$ [58].

The well known antidiuretic effect of vasopressin occurs via activation of the $V_2R$. Vasopressin regulates water excretion from the kidney by increasing the osmotic water permeability of the renal collecting duct – an effect that is explained by coupling of the $V_2R$ with the $G_s$ signaling pathway, which activates cAMP [59]. The increased intracellular cAMP in the kidney [60,61] in turn triggers fusion of aquaporin-2-bearing vesicles with the apical plasma membrane of the collecting duct principal cells, increasing water reabsorption [62]. Vasopressin regulates water homeostasis in two ways: regulation of the fast shuttling of aquaporin 2 to the cell surface and stimulation of the synthesis of mRNA encoding aquaporin 2 [63]. Most cases of diabetes insipidus can be explained by mutations in the $V_2R$ gene, which is located on chromosome region 10q28 [64]. For example, an Arg137→His mutation in the $V_2R$ abolishes coupling to the $G_s$ protein, causing a complete phenotype of nephrogenic diabetes insipidus [65].

It has been postulated that the $V_2R$ is also expressed in endothelium because the potent $V_2R$ agonist 1-deamino-8-D-arginine vasopressin (DDAVP) causes both release of von Willebrand factor and vasodilation [21]. Previous studies of the localization and distribution of different vasopressin receptors have been hampered by the use of nonselective radioligands such as [$^3$H]arginine vasopressin, which binds to all types of $V_1R$ and $V_2R$, certain OTRs, and neurophysins.

When selective $V_1R$ and $V_2R$ radioligands with *in vitro* auto-radiography were used to study $V_1R$ and $V_2R$ binding sites, no binding was demonstrated on endothelium or liver, where DDAVP might influence clotting factor release, or in the brain, spinal cord, sympathetic ganglia, heart or vascular smooth muscle – regions where DDAVP might cause vasodilation [46]. Specific binding was only identified in the kidney, which is consistent with the known distribution of antidiuretic $V_2Rs$ on renal collecting tubules.

## The $V_3$ receptor

The human $V_3R$ (previously known as $V_{1b}R$) is a G-protein-coupled pituitary receptor that, because of its scarcity, was only recently characterized. The $V_3R$ gene maps to chromosome region 1q32 [66]. The 424-amino-acid sequence of the $V_3R$ has homologies of 45%, 39%, and 45% with the $V_1R$, $V_2R$, and OTR, respectively [67]. However, the $V_3R$ has a pharmacologic profile that distinguishes it from the human $V_1R$ and activates several signaling pathways via different G-proteins, depending on the level of receptor expression [68]. Interestingly the $V_3R$ is also over-expressed in adrenocorticotropic hormone (ACTH)-hypersecreting tumors.

More than one G-protein appears to participate in signal transduction pathways linked to $V_3Rs$, depending on the level of receptor expression and the concentration of vasopressin [69]. For instance, vasopressin causes secretion of ACTH from the anterior pituitary cells in a dose-dependent manner through activation of PKC [70] via the $G_{q/11}$ class [68]. Other cellular responses, including increased synthesis of DNA and cAMP, which are important in the induction and phenotype maintenance of ACTH-secreting tumors, are mediated through recruitment of several pathways, including $G_s$, $G_i$, and $G_{q/11}$ [68]. The $V_3R$ has been inferred to exist in the pancreas [71] on the basis of antagonist studies; however, this conclusion may be suspect because significant homology exists between the $V_3R$ and the $V_1R$ [59].

## The oxytocin receptor

The OTR can be considered a 'nonselective' vasopressin receptor. The OTR has equal affinity for vasopressin and oxytocin, whereas the $V_1R$ has a 30-fold higher affinity for vasopressin than for oxytocin [72]. OTRs are functionally coupled to $G_{q/11}$ class binding proteins, which stimulate the activity of phospholipase C [73]. This leads to the generation of inositol trisphosphate and 1,2-DAG. Inositol trisphosphate triggers calcium release from intracellular stores, whereas DAG stimulates PKC, which phosphorylates unidentified target proteins [73]. A variety of cellular events are initiated in response to an increase in intracellular calcium. For example, the forming calcium–calmodulin complexes trigger activation of neuronal and endothelial isoforms of nitric oxide synthase. Nitric oxide in turn stimulates the soluble guanylate cyclase to produce cGMP, leading to vasodilation. In smooth muscle cells, the calcium–calmodulin system triggers the activation of myosin light chain kinase activity, which initiates smooth muscle con-

traction (e.g. in myometrial or mammary myoepithelial cells) [74]. In neurosecretory cells, rising calcium levels control cellular excitability, modulate their firing patterns, and lead to transmitter release. Further calcium-promoted processes include gene transcription and protein synthesis.

OTRs have been localized to a variety of reproductive and nonreproductive tissues [73]. Importantly, OTRs exist in high density on vascular endothelium, mediating nitric oxide dependent vasodilation [75]. Recently, the oxytocin/OTR system has been discovered in the heart. Activation of cardiac OTR stimulates the release of atrial natriuretic peptide, which is involved in natriuresis, regulation of blood pressure, and cell growth [76]. Embryonic stem cells exposed to oxytocin exhibit increased atrial natriuretic peptide mRNA and abundant mitochondria, and express sarcomeric myosin heavy chain, which is consistent with promotion of cardiomyocyte differentiation [77].

## Purinergic receptors

Recently, vasopressin was demonstrated to act on the $P_2$ class of purinoreceptors ($P_2Rs$) [36]. $P_2Rs$ also belong to the seven-transmembrane-domain GPCR superfamily. ATP released from platelets and damaged cells bind endothelial $P_2Rs$ [78]. ATP can act on either of the two subclasses of purinoceptors, namely $P_{2y}$ and $P_{2v}$. In both cases, activation of phospholipase C leads to mobilization of intracellular calcium stores. This binding stimulates phospholipase $A_2$ and nitric oxide synthase, resulting in increased synthesis and release of prostacyclin and nitric oxide, respectively, and causing vascular smooth muscle vasodilation [78].

Purinoceptors may also have an important role in cardiac contractility. ATP released by platelets, endothelial cells, and damaged myocardium activates the $P_2R$, causing a large increase in cytosolic calcium and myocyte contractile amplitude [79]. ATP is also released as a cotransmitter with norepinephrine from sympathetic nerve endings and acts in a synergistic manner with β-adrenergic agents, increasing myocardial contractility [80]. In contrast to β-adrenergic agents, inotropy is not accompanied by a positive chronotropic effect. It is speculated that $P_2R$ agonist-stimulated increase in contractility could occur without the expense of a rate-related increase in myocardial oxygen demand [79].

Recently, vasopressin was shown to exert cardiac effects through activation of $P_2Rs$ expressed on cardiac endothelium. Intracoronary infusion of vasopressin-dextran (confines vasopressin to the intravascular space) and vasopressin at maximal concentration in isolated perfused guinea pig hearts caused coronary vasoconstriction and negative inotropy – effects that were blocked with vasopressin antagonists and $P_2R$ antagonist [36]. Caution must be exercised in interpreting this study because activation of $P_2Rs$ and increased levels of ATP normally increase inotropy. Furthermore, the same experiments performed in isolated perfused rat hearts demonstrated positive inotropy – an effect that was blocked by $P_2R$ antagonists [36]. Further study is necessary to ascertain the significance of vasopressin $P_2R$ activation in the human heart, but the discovery that vasopressin acts on $P_2Rs$ is intriguing.

A number of pharmacologic observations have suggested the existence of vasopressin receptor/OTR subtypes beyond the five described above [72]. These include receptors for the metabolites of vasopressin and oxytocin (VP4-9 R and OT4-9 R) [72], and a cAMP-coupled vasopressin receptor with a $V_1$-like pharmacologic profile termed $V_{2b}$ [81]. A novel 'vasotocin-like' receptor subtype has also been proposed [82].

## Vasopressin/oxytocin receptor downregulation

Upon ligand binding, GPCRs undergo activation followed by a decrease in receptor responsiveness (desensitization). Agonist-dependent desensitization of these receptors can reduce their signaling responsiveness to maximum stimulation by up to 70–80% [83]. Receptor desensitization occurs when activated receptors become phosphorylated and bind to β-arrestin proteins, inhibiting further interaction with G-proteins [84,85]. Receptor responsiveness is also limited by the degradation of cAMP by phosphodiesterases. β-Arrestins coordinate both phosphorylation of receptors and the rate of cAMP degradation by phosphodiesterases [85].

Exposure to vasopressin leads to desensitization of the $V_1R$, which occurs quickly and is accompanied by sequestration of receptors inside the cell [59]. The $V_1R$ can also be desensitized by angiotensin II [86]. Compared with $V_1Rs$ and $β_2$-adrenergic receptors, which are known to recycle and resensitize rapidly, the $V_2R$ recycles and resensitizes slowly [87]. Mutagenesis experiments demonstrate that the interaction of β-arrestin with a specific motif in the GPCR carboxyl-terminal tail dictates the rate of receptor dephosphorylation, recycling, and resensitization [87,88]. The clinical importance of vasopressin desensitization of the vasopressin receptor/OTR family in human disease states is currently unknown.

Despite the clinical importance of the vasopressin receptors and OTRs, little is known about the mechanisms by which they undergo internalization and desensitization. Agonist activation of all vasopressin receptor/OTR subtypes leads to a specific physical association of the receptors with GRKs and/or PKC, following different time courses that are specific to the receptor subtype [38]. The pattern of interaction with GRKs and PKC is also unique to each vasopressin receptor subtype and occurs at the level of their carboxyl-termini [38].

Vasopressin is known to modulate the effect of other vasoactive agents [89,90] – an interaction that may be explained by arrestin trafficking. Isoproterenol-dependent internalization

431

of $\beta_2$-adrenergic receptors is specifically blocked (>65% inhibition) by vasopressin-induced activation of $V_2Rs$ coexpressed at similar levels [42]. $\beta_2$-Adrenergic receptors caused no detectable effect on $V_2R$ internalization in the same cells. There is evidence to suggest that this nonreciprocal inhibition of endocytosis is mediated by receptor-specific intracellular trafficking of β-arrestins [42]. Interestingly, interaction of vasopressin with arrestins and resistance of vasopressin receptors to downregulation may explain the reported ability of vasopressin to bypass desensitized myocardial adrenergic receptors in an experimental model of congestive heart failure [91]. The clinical importance of vasopressin upregulation of adrenergic receptors in critically ill humans is an important area for further study.

## Conclusion

During the past 10 years, considerable progress has been made in our understanding of vasopressin receptor structure and function. The physiologic significance of the various receptors has been elucidated by the development of specific agonists and antagonists, particularly by Dr Maurice Manning's group [92–94]. An understanding of the molecular basis of receptor function will greatly aid in the development of new molecules with high selectivity for the different subtypes of receptors, and will have potential therapeutic significance, not only for conditions as diverse as hypertension, diabetes insipidus and premature labor, but also in vasodilatory shock with organ dysfunction. In part 2 of the review, we discuss the interaction of vasopressin with its various receptors in vascular smooth muscle and the heart, and its potential utility in vasodilatory shock states.

## Competing interests

None declared.

## References

1. Hoyle CH: **Neuropeptide families and their receptors: evolutionary perspectives.** Brain Res 1999, **848**:1-25.
2. Acher R, Chauvet J, Chauvet MT: **Man and the chimaera. Selective versus neutral oxytocin evolution.** Adv Exp Med Biol 1995, **395**:615-627.
3. Oliver H, Schaefer EA: **On the physiological action of extracts of the pituitary body and certain other glandular organs.** J Physiol (Lond) 1895, **18**:277-279.
4. von den Velden R: **The renal effects of hypophyseal extract in humans [in German].** Berl Klin Wochenscgr 1913, **50**:2083-2086.
5. Verney EB: **The antidiuretic hormone and the factor which determines its release.** Proc R Soc Lond (Biol) 1947, **135**:25-106.
6. Turner RA, Pierce JG, Du Vigneaud V: **The purification and the amino acid content of vasopressin preparation.** J Biol Chem 1951, **191**:21.
7. Du Vigneaud V, Gash DT, Katsoyannis PG: **A synthetic preparation possessing biological properties associated with arginine-vasopressin.** J Am Chem Soc 1954, **76**:4751-4752.
8. Arnauld E, Czernichow P, Fumoux F, Vincent JD: **The effects of hypotension and hypovolaemia on the liberation of vasopressin during haemorrhage in the unanaesthetized monkey (*Macaca mulatta*).** Pflugers Arch Eur J Physiol 1977, **371**:193-200.
9. Cowley AW Jr, Switzer SJ, Guinn MM: **Evidence and quantification of the vasopressin arterial pressure control system in the dog.** Circ Res 1980, **46**:58-67.
10. Wilson MF, Brackett DJ, Hinshaw LB, Tompkins P, Archer LT, Benjamin BA: **Vasopressin release during sepsis and septic shock in baboons and dogs.** Surg Gynecol Obstet 1981, **153**: 869-872.
11. Wilson MF, Brackett DJ: **Release of vasoactive hormones and circulatory changes in shock.** Circ Shock 1983, **11**:225-234.
12. Wang BC, Flora-Ginter G, Leadley RJ Jr, Goetz KL: **Ventricular receptors stimulate vasopressin release during hemorrhage.** Am J Physiol 1988, **254**:R204-R211.
13. Schwartz J, Reid IA: **Effect of vasopressin blockade on blood pressure regulation during hemorrhage in conscious dogs.** Endocrinology 1981, **109**:1778-1780.
14. Abboud FM, Floras JS, Aylward PE, Guo GB, Gupta BN, Schmid PG: **Role of vasopressin in cardiovascular and blood pressure regulation.** Blood Vessels 1990, **27**:106-115.
15. Errington ML, Rocha e Silva M Jr: **The secretion and clearance of vasopressin during the development of irreversible haemorrhagic shock.** J Physiol (Lond) 1971, **217**:43P-45P.
16. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA: **Vasopressin pressor hypersensitivity in vasodilatory septic shock.** Crit Care Med 1997, **25**:1279-1282.
17. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA: **Vasopressin deficiency contributes to the vasodilation of septic shock.** Circulation 1997, **95**:1122-1125.
18. Morales D, Madigan J, Cullinane S, Chen J, Heath M, Oz M, Oliver JA, Landry DW: **Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock.** Circulation 1999, **100**:226-229.
19. Landry DW, Oliver JA: **The pathogenesis of vasodilatory shock.** N Engl J Med 2001, **345**:588-595.
20. Sharshar T, Carlier R, Blanchard A, Feydy A, Gray F, Paillard M, Raphael JC, Gajdos P, Annane D: **Depletion of neurohypophyseal content of vasopressin in septic shock.** Crit Care Med 2002, **30**:497-500.
21. Bichet DG, Razi M, Lonergan M, Arthus MF, Papukna V, Kortas C, Barjon JN: **Hemodynamic and coagulation responses to 1-desamino[8-D-arginine] vasopressin in patients with congenital nephrogenic diabetes insipidus.** N Engl J Med 1988, **318**: 881-887.
22. Walker BR, Haynes J Jr, Wang HL, Voelkel NF: **Vasopressin-induced pulmonary vasodilation in rats.** Am J Physiol 1989, **257**:H415-H422.
23. Evora PR, Pearson PJ, Schaff HV: **Arginine vasopressin induces endothelium-dependent vasodilatation of the pulmonary artery. V1-receptor-mediated production of nitric oxide.** Chest 1993, **103**:1241-1245.
24. Suzuki Y, Satoh S, Oyama H, Takayasu M, Shibuya M: **Regional differences in the vasodilator response to vasopressin in canine cerebral arteries in vivo.** Stroke 1993, **24**:1049-1053; discussion 1053-1044.
25. Rudichenko VM, Beierwaltes WH: **Arginine vasopressin-induced renal vasodilation mediated by nitric oxide.** J Vasc Res 1995, **32**:100-105.
26. Tamaki T, Kiyomoto K, He H, Tomohiro A, Nishiyama A, Aki Y, Kimura S, Abe Y: **Vasodilation induced by vasopressin V2 receptor stimulation in afferent arterioles.** Kidney Int 1996, **49**: 722-729.
27. Okamura T, Toda M, Ayajiki K, Toda N: **Receptor subtypes involved in relaxation and contraction by arginine vasopressin in canine isolated short posterior ciliary arteries.** J Vasc Res 1997, **34**:464-472.
28. Okamura T, Ayajiki K, Fujioka H, Toda N: **Mechanisms underlying arginine vasopressin-induced relaxation in monkey isolated coronary arteries.** J Hypertens 1999, **17**:673-678.
29. Barberis C, Mouillac B, Durroux T: **Structural bases of vasopressin/oxytocin receptor function.** J Endocrinol 1998, **156**: 223-229.
30. Swaab DF, Nijveldt F, Pool CW: **Distribution of oxytocin and vasopressin in the rat supraoptic and paraventricular nucleus.** J Endocrinol 1975, **67**:461-462.
31. Riddell DC, Mallonee R, Phillips JA, Parks JS, Sexton LA, Hamerton JL: **Chromosomal assignment of human sequences encoding arginine vasopressin-neurophysin II and growth hormone releasing factor.** Somat Cell Mol Genet 1985, **11**: 189-195.

PAR-VASO-0007635

32. Summar ML, Phillips JA III, Battey J, Castiglione CM, Kidd KK, Maness KJ, Weiffenbach B, Gravius TC: **Linkage relationships of human arginine vasopressin-neurophysin-II and oxytocin-neurophysin-I to prodynorphin and other loci on chromosome 20.** *Mol Endocrinol* 1990, 4:947-950.

33. Ruppert S, Scherer G, Schutz G: **Recent gene conversion involving bovine vasopressin and oxytocin precursor genes suggested by nucleotide sequence.** *Nature* 1984, 308:554-557.

34. Burbach J: **Regulation of gene promoters of hypothalamic peptides.** *Front Neuroendocrinol* 2002, 23:342-369.

35. Thibonnier M, Conarty DM, Preston JA, Wilkins PL, Berti-Mattera LN, Mattera R: **Molecular pharmacology of human vasopressin receptors.** *Adv Exp Med Biol* 1998, 449:251-276.

36. Zenteno-Savin T, Sada-Ovalle I, Ceballos G, Rubio R: **Effects of arginine vasopressin in the heart are mediated by specific intravascular endothelial receptors.** *Eur J Pharmacol* 2000, 410:15-23.

37. Neves SR, Ram PT, Iyengar R: **G protein pathways.** *Science* 2002, 296:1636-1639.

38. Berrada K, Plesnicher CL, Luo X, Thibonnier M: **Dynamic interaction of human vasopressin/oxytocin receptor subtypes with g protein-coupled receptor kinases and protein kinase c after agonist stimulation.** *J Biol Chem* 2000, 275:27229-27237.

39. Ross EM, Gilman AG: **Biochemical properties of hormone-sensitive adenylate cyclase.** *Annu Rev Biochem* 1980, 49:533-564.

40. Birnbaumer M: **Mutations and diseases of G protein coupled receptors.** *J Recept Signal Transduct Res* 1995, 15:131-160.

41. Zhu X, Gilbert S, Birnbaumer M, Birnbaumer L: **Dual signaling potential is common among Gs-coupled receptors and dependent on receptor density.** *Mol Pharmacol* 1994, 46:460-469.

42. Klein U, Muller C, Chu P, Birnbaumer M, von Zastrow M: **Heterologous inhibition of G protein-coupled receptor endocytosis mediated by receptor-specific trafficking of beta-arrestins.** *J Biol Chem* 2001, 276:17442-17447.

43. Shi CS, Kehrl JH: **PYK2 links G(q)alpha and G(13)alpha signaling to NF-kappa B activation.** *J Biol Chem* 2001, 276:31845-31850.

44. Thibonnier M, Graves MK, Wagner MS, Auzan C, Clauser E, Willard HF: **Structure, sequence, expression, and chromosomal localization of the human V1a vasopressin receptor gene.** *Genomics* 1996, 31:327-334.

45. Briley EM, Lolait SJ, Axelrod J, Felder CC: **The cloned vasopressin V1a receptor stimulates phospholipase A2, phospholipase C, and phospholipase D through activation of receptor-operated calcium channels.** *Neuropeptides* 1994, 27:63-74.

46. Phillips PA, Abrahams JM, Kelly JM, Mooser V, Trinder D, Johnston CI: **Localization of vasopressin binding sites in rat tissues using specific V1 and V2 selective ligands.** *Endocrinology* 1990, 126:1478-1484.

47. Filep J, Rosenkranz B: **Mechanism of vasopressin-induced platelet aggregation.** *Thromb Res* 1987, 45:7-15.

48. Vittet D, Launay JM, Chevillard C: **Homologous regulation of human platelet vasopressin receptors does not occur in vivo.** *Am J Physiol* 1989, 257:R1400-R1405.

49. Lachant NA, Smith MR, Xie ZJ, Romani WR: **Heterogeneity of the aggregation response of human platelets to arginine vasopressin.** *Am J Hematol* 1995, 49:56-66.

50. Bankir L: **Antidiuretic action of vasopressin: quantitative aspects and interaction between V1a and V2 receptor-mediated effects.** *Cardiovasc Res* 2001, 51:372-390.

51. Cottet-Maire F, Avdonin PV, Roulet E, Buetler TM, Mermod N, Ruegg UT: **Upregulation of vasopressin V1A receptor mRNA and protein in vascular smooth muscle cells following cyclosporin A treatment.** *Br J Pharmacol* 2001, 132:909-917.

52. Lo Russo A, Passaquin AC, Ruegg UT: **Mechanism of enhanced vasoconstrictor hormone action in vascular smooth muscle cells by cyclosporin A.** *Br J Pharmacol* 1997, 121:248-252.

53. Edwards RM, Trizna W, Kinter LB: **Renal microvascular effects of vasopressin and vasopressin antagonists.** *Am J Physiol* 1989, 256:F274-F278.

54. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA: **The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series.** *Intensive Care Med* 2001, 27:1416-1421.

55. Patel B, Chittock D, Walley K: **Vasopressin infusion in SIRS and septic shock: a randomized controlled trial.** *Am J Respir Crit Care Med* 1999, 159:A608.

56. Innamorati G, Sadeghi H, Birnbaumer M: **A fully active nonglycosylated V2 vasopressin receptor.** *Mol Pharmacol* 1996, 50:467-473.

57. Erlenbach I, Wess J: **Molecular basis of V2 vasopressin receptor/Gs coupling selectivity.** *J Biol Chem* 1998, 273:26549-26558.

58. Liu J, Wess J: **Different single receptor domains determine the distinct G protein coupling profiles of members of the vasopressin receptor family.** *J Biol Chem* 1996, 271:8772-8778.

59. Birnbaumer M: **Vasopressin receptors.** *Trends Endocrinol Metab* 2000, 11:406-410.

60. Orloff J, Handler J: **The role of adenosine 3',5'-phosphate in the action of antidiuretic hormone.** *Am J Med* 1967, 42:757-768.

61. Dousa TP, Walter R, Schwartz IL, Sands H, Hechter O: **Role of cyclic AMP in the action of neurohypophyseal hormones on kidney.** *Adv Cyclic Nucleotide Res* 1972, 1:121-135.

62. Harris HW Jr, Zeidel ML, Jo I, Hammond TG: **Characterization of purified endosomes containing the antidiuretic hormone-sensitive water channel from rat renal papilla.** *J Biol Chem* 1994, 269:11993-12000.

63. Knepper MA, Inoue T: **Regulation of aquaporin-2 water channel trafficking by vasopressin.** *Curr Opin Cell Biol* 1997, 9:560-564.

64. Kambouris M, Dlouhy SR, Trofatter JA, Conneally PM, Hodes ME: **Localization of the gene for X-linked nephrogenic diabetes insipidus to Xq28.** *Am J Med Genet* 1988, 29:239-246.

65. Rosenthal W, Antaramian A, Gilbert S, Birnbaumer M: **Nephrogenic diabetes insipidus. A V2 vasopressin receptor unable to stimulate adenylyl cyclase.** *J Biol Chem* 1993, 268:13030-13033.

66. Rousseau-Merck MF, Rene P, Derre J, Bienvenu T, Berger R, de Keyzer Y: **Chromosomal localization of the human V3 pituitary vasopressin receptor gene (AVPR3) to 1q32.** *Genomics* 1995, 30:405-406.

67. Sugimoto T, Saito M, Mochizuki S, Watanabe Y, Hashimoto S, Kawashima H: **Molecular cloning and functional expression of a cDNA encoding the human V1b vasopressin receptor.** *J Biol Chem* 1994, 269:27088-27092.

68. Thibonnier M, Preston JA, Dulin N, Wilkins PL, Berti-Mattera LN, Mattera R: **The human V3 pituitary vasopressin receptor: ligand binding profile and density-dependent signaling pathways.** *Endocrinology* 1997, 138:4109-4122.

69. Thibonnier M, Berti-Mattera LN, Dulin N, Conarty DM, Mattera R: **Signal transduction pathways of the human V1-vascular, V2-renal, V3-pituitary vasopressin and oxytocin receptors.** *Prog Brain Res* 1998, 119:147-161.

70. Liu JP, Engler D, Funder JW, Robinson PJ: **Arginine vasopressin (AVP) causes the reversible phosphorylation of the myristoylated alanine-rich C kinase substrate (MARCKS) protein in the ovine anterior pituitary: evidence that MARCKS phosphorylation is associated with adrenocorticotropin (ACTH) secretion.** *Mol Cell Endocrinol* 1994, 101:247-256.

71. Lee B, Yang C, Chen TH, al-Azawi N, Hsu WH: **Effect of AVP and oxytocin on insulin release: involvement of V1b receptors.** *Am J Physiol* 1995, 269:E1095-E1100.

72. Peter J, Burbach H, Adan RA, Lolait SJ, van Leeuwen FW, Mezey E, Palkovits M, Barberis C: **Molecular neurobiology and pharmacology of the vasopressin/oxytocin receptor family.** *Cell Mol Neurobiol* 1995, 15:573-595.

73. Gimpl G, Fahrenholz F: **The oxytocin receptor system: structure, function, and regulation.** *Physiol Rev* 2001, 81:629-683.

74. Sanborn BM, Dodge K, Monga M, Qian A, Wang W, Yue C: **Molecular mechanisms regulating the effects of oxytocin on myometrial intracellular calcium.** *Adv Exp Med Biol* 1998, 449:277-286.

75. Thibonnier M, Conarty DM, Preston JA, Plesnicher CL, Dweik RA, Erzurum SC: **Human vascular endothelial cells express oxytocin receptors.** *Endocrinology* 1999, 140:1301-1309.

76. Gutkowska J, Jankowski M, Lambert C, Mukaddam-Daher S, Zingg HH, McCann SM: **Oxytocin releases atrial natriuretic peptide by combining with oxytocin receptors in the heart.** *Proc Natl Acad Sci USA* 1997, 94:11704-11709.

77. Paquin J, Danalache BA, Jankowski M, McCann SM, Gutkowska J: **Oxytocin induces differentiation of P19 embryonic stem cells to cardiomyocytes.** *Proc Natl Acad Sci USA* 2002, 99:9550-9555.

PAR-VASO-0007636

78. Boarder MR, Weisman GA, Turner JT, Wilkinson GF: **G protein-coupled P2 purinoceptors: from molecular biology to functional responses.** *Trends Pharmacol Sci* 1995, **16**:133-139.

79. Mei Q, Liang BT: **P2 purinergic receptor activation enhances cardiac contractility in isolated rat and mouse hearts.** *Am J Physiol Heart Circ Physiol* 2001, **281**:H334-H341.

80. Zheng JS, Christie A, De Young MB, Levy MN, Scarpa A: **Synergism between cAMP and ATP in signal transduction in cardiac myocytes.** *Am J Physiol* 1992, **262**:C128-C135.

81. Diaz Brinton R, Brownson EA: **Vasopressin-induction of cyclic AMP in cultured hippocampal neurons.** *Brain Res Dev Brain Res* 1993, **71**:101-105.

82. de Wied D, Elands J, Kovacs G: **Interactive effects of neurohypophyseal neuropeptides with receptor antagonists on passive avoidance behavior: mediation by a cerebral neurohypophyseal hormone receptor?** *Proc Natl Acad Sci USA* 1991, **88**:1494-1498.

83. Freedman NJ, Lefkowitz RJ: **Desensitization of G protein-coupled receptors.** *Recent Prog Horm Res* 1996, **51**:319-351; discussion 352-313.

84. Chuang TT, Iacovelli L, Sallese M, De Blasi A: **G protein-coupled receptors: heterologous regulation of homologous desensitization and its implications.** *Trends Pharmacol Sci* 1996, **17**:416-421.

85. Perry SJ, Baillie GS, Kohout TA, McPhee I, Magiera MM, Ang KL, Miller WE, McLean AJ, Conti M, Houslay MD, Lefkowitz RJ: **Targeting of cyclic AMP degradation to beta 2-adrenergic receptors by beta-arrestins.** *Science* 2002, **298**:834-836.

86. Zhang M, Turnbaugh D, Cofie D, Dogan S, Koshida H, Fugate R, Kem DC: **Protein kinase C modulation of cardiomyocyte angiotensin II and vasopressin receptor desensitization.** *Hypertension* 1996, **27**:269-275.

87. Oakley RH, Laporte SA, Holt JA, Barak LS, Caron MG: **Association of beta-arrestin with G protein-coupled receptors during clathrin-mediated endocytosis dictates the profile of receptor resensitization.** *J Biol Chem* 1999, **274**:32248-32257.

88. Innamorati G, Sadeghi H, Birnbaumer M: **Phosphorylation and recycling kinetics of G protein-coupled receptors.** *J Recept Signal Transduct Res* 1999, **19**:315-326.

89. Karmazyn M, Manku MS, Horrobin DF: **Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins.** *Endocrinology* 1978, **102**:1230-1236.

90. Noguera I, Medina P, Segarra G, Martinez MC, Aldasoro M, Vila JM, Lluch S: **Potentiation by vasopressin of adrenergic vasoconstriction in the rat isolated mesenteric artery.** *Br J Pharmacol* 1997, **122**:431-438.

91. Laugwitz KL, Ungerer M, Schoneberg T, Weig HJ, Kronsbein K, Moretti A, Hoffmann K, Seyfarth M, Schultz G, Schomig A: **Adenoviral gene transfer of the human V2 vasopressin receptor improves contractile force of rat cardiomyocytes.** *Circulation* 1999, **99**:925-933.

92. Hibert M, Hoflack J, Trumpp-Kallmeyer S, Mouillac B, Chini B, Mahe E, Cotte N, Jard S, Manning M, Barberis C: **Functional architecture of vasopressin/oxytocin receptors.** *J Recept Signal Transduct Res* 1999, **19**:589-596.

93. Bankowski K, Manning M, Haldar J, Sawyer WH: **Design of potent antagonists of the vasopressor response to arginine-vasopressin.** *J Med Chem* 1978, **21**:850-853.

94. Manning M SWH: **Discovery, development, and some uses of vasopressin and oxytocin antagonists.** *J Lab Clin Med* 1989, **114**:617-632.

95. Holmes CL, Patel BM, Russell JA, Walley KR: **Physiology of vasopressin relevant to management of septic shock.** *Chest* 2001, **120**:989-1002.

96. Thibonnier M, Coles P, Thibonnier A, Shoham M: **Molecular pharmacology and modeling of vasopressin receptors.** *Prog Brain Res* 2002, **139**:179-196.

PAR-VASO-0007637

Intensive Care Med (2001) 27: 1416–1421
DOI 10.1007/s001340101014

Cheryl L. Holmes
Keith R. Walley
Dean R. Chittock
Tara Lehman
James A. Russell

# The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series

Received: 3 July 2000
Final revision received: 5 January 2001
Accepted: 7 May 2001
Published online: 14 July 2001
© Springer-Verlag 2001

Keith R. Walley is a BC Lung Association /
St. Paul's Hospital Foundation Scientist

C. L. Holmes · K. R. Walley · T. Lehman ·
J. A. Russell (✉)
Program of Critical Care Medicine,
University of British Columbia,
Department of Medicine,
Room 545 Burrard Building,
St. Paul's Hospital, 1081 Burrard Street,
Vancouver, British Columbia V6Z 1Y6,
Canada
E-mail: jrussell@providencehealth.bc.ca
Phone: +1-604-8068495
Fax: +1-604-8068870

D. R. Chittock
Program of Critical Care Medicine,
University of British Columbia,
Vancouver Hospital and Health Sciences
Center, 899 West 12th Avenue, Vancouver,
British Columbia, Canada

**Abstract** *Objective:* To review all cases of septic shock treated with vasopressin to determine the effects on hemodynamic and renal function and to document any adverse effects.
*Setting:* A 14-bed mixed medical-surgical ICU of St. Paul's Hospital, a 450-bed tertiary referral hospital affiliated with the University of British Columbia.
*Patients:* All ICU patients who received vasopressin for treatment of severe septic shock between August 5, 1997, and March 21, 1999.
*Results:* We identified 50 patients: age 60 (± 14); APACHE II score 27 (± 7). Baseline data (T0) was compared to data at T4, T24 and T48 (4, 24 and 48 h) on infusion. Mean arterial pressure (MAP) increased by 18% from T0 to T4 and remained stable at T24 ($p = 0.006$) and T48 ($p = 0.008$). Systolic pulmonary artery pressure (PAP) was unchanged at 45 ± 13 mmHg. Mean cardiac index (CI) decreased by 11% at T4 ($p = 0.03$). Urine output increased 79% at T4 ($p = 0.005$) and further increases were not significant at T24 and T48. Mean pressor dosage decreased by 33% at T4 ($p = 0.001$), by 53% at T24 ($p = 0.002$) and by 48% at T48 ($p = 0.01$). Hospital mortality was 85%. There were six cardiac arrests; all but one occurred at a vasopressin dose of 0.05 U/min or more.
*Conclusions:* In this group of patients with severe septic shock, vasopressin infusion increased MAP and urine output and decreased catecholamine requirements. Doses higher than 0.04 U/min were not associated with increased effectiveness and may have been associated with higher adverse effects.

**Keywords** Adrenergic agents ·
Hypotension · Septic shock · SIRS ·
Vasoconstrictor agents · Vasopressin

## Introduction

The mortality rate of septic shock remains over 50% [1]. Early mortality is usually due to refractory hypotension, with progressive acidosis and shock which are unresponsive to fluid resuscitation and catecholamine infusions. Late mortality from septic shock usually occurs because of multiple organ failure. Effective new therapies for septic shock are lacking despite numerous multicenter trials of innovative drugs [2].

Vasopressin is emerging as a rational therapy for septic shock. Landry found that plasma levels in septic shock patients were inappropriately low compared to patients in cardiogenic shock [3] and observed that some patients with advanced septic shock were extremely sensitive to the pressor actions of exogenous vasopressin [4]. Other small case series [5, 6, 7, 8, 9] and two small randomized controlled trials of the use of vasopressin in vasodilatory shock [10, 11] describe potential benefits of vasopressin. In all of these studies, the infusion of exogenous vasopressin resulted in a prompt increase in blood pressure and a decreased need for catecholamine infusions. These reports suggest that vasopressin holds some promise as a pharmacologic agent

PAR-VASO-0007638

**Table 1** Systemic inflammatory response syndrome (SIRS) [12] is manifested by two or more of the following

| | |
|---|---|
| Temperature | > 38 °C or < 36 °C |
| Heart rate | > 90 beats/min |
| Respiratory rate | > 20 breaths/min or PaCO2 < 32 torr |
| White cell count | 12,000 cells/mm³, < 4000 cells/mm³ or > 10 % immature (band) forms |

for use in septic shock. What is not known from the review of this literature, however, is whether vasopressin is safe and titratable, and whether there are any adverse effects of vasopressin.

Because of the study by Landry and other reports [5, 6, 7, 8, 9], vasopressin has been used in an open label fashion in our critical care unit since 1997 as a rescue therapy for patients having severe septic shock. The purpose of this study was to review all of our cases of septic shock treated with vasopressin to determine the effects of vasopressin on hemodynamic and renal function and to document any adverse effects. We, therefore, conducted a retrospective chart review of all patients receiving vasopressin for septic shock in our ICU between August 1997 and March 1999.

## Methods

### Setting

This study took place in the 14-bed mixed medical-surgical ICU of St. Paul's Hospital, a 450-bed tertiary referral hospital affiliated with the University of British Columbia.

### Patients

We used the St. Paul's Hospital pharmacy computer database of all inpatients to identify all ICU patients who received vasopressin between the dates August 5, 1997, and March 21, 1999. We then included all patients who met two out of four criteria for systemic inflammatory response syndrome (SIRS) (Table 1) [12] with a documented source of infection and who received vasopressin for a minimum of 2 h. We excluded patients receiving vasopressin for control of gastrointestinal bleeding and patients who received vasopressin for vasodilatory shock after open-heart surgery. In general, vasopressin was given to patients who were not responding adequately to moderate to high doses of norepinephrine.

### Data extraction

The following data were collected on every patient: age, gender, APACHE II score 24 h prior to starting vasopressin, source of sepsis and hospital mortality. The following data were extracted only from the charts of patients receiving vasopressin infusions for 4 h or more: hemodynamic data [mean arterial pressure (MAP), systolic pulmonary arterial pressure (PAP), cardiac index (CI)], urine output hourly, dose of vasopressin used each hour and dosage of

**Table 2** Demographic characteristics of 50 patients who had severe septic shock and who received vasopressin infusion (± SD)

| Patients | 50 |
|---|---|
| **Demographics** | |
| Age | 60 (± 14) |
| Male | 31 (62 %) |
| APACHE II | 27 (± 7) |
| **Underlying comorbidity** | |
| Immunocompromised | 13 (26 %) |
| Hepatic failure | 7 (14 %) |
| Renal failure | 5 (10 %) |
| **Source of infection** | |
| Lung | 24 (48 %) |
| Intra-abdominal | 13 (26 %) |
| Endocarditis | 3 (6 %) |
| Other | 10 (20 %) |

other vasoactive agents. We defined pressor dosage as the total units of dopamine (μg·kg·min ÷ 3) plus norepinephrine (μg/min) plus epinephrine (μg/min).

We compared values at baseline (before infusion) with values at 4 h, 24 h and 48 h of infusion of vasopressin. In addition, the charts were examined by two of the investigators to determine potentially serious adverse consequences of vasopressin infusion and cause of death. We defined potentially serious adverse consequences of vasopressin as ventricular arrhythmias, acute myocardial infarction or cardiac arrest.

### Data analysis

Repeated measures analysis was used to test for differences in continuous variables at baseline and 4, 24 and 48 h, choosing $p$ less than 0.05 as significant. Univariate $F$ tests were used to find the difference in the variables at each time point. SysStat version 5.0 (Systat, Evanston, Ill.) statistical software package was used.

## Results

Pharmacy records identified 91 patients who received vasopressin in the ICU during the period from August 1997 to March 1999. We identified 50 patients in our ICU who received vasopressin for more than 2 h for septic shock. We excluded 41 patients from our analysis because of gastrointestinal hemorrhage ($n = 7$), postcardiac bypass vasodilatory state ($n = 20$), other forms of shock ($n = 8$), less than 2 h infusion time ($n = 5$) and diabetes insipidus ($n = 1$).

Five of our 50 patients received infusions less than 4 h and therefore hemodynamic variables were not recorded in these five patients. The clinical characteristics of the patients included are shown in Table 2. Patients were severely ill, as evidenced by very high APACHE II (27 ± 7) and there was a high prevalence of underlying comorbid disease. The average dose of vasopressin used in the 48 h of infusion was 0.05 U/min (range 0.01–0.6 U/min). Hospital mortality was 85 %.

PAR-VASO-0007639

1418

Fig. 1 Hemodynamics, urine
output and pressor dose in
45 patients who had severe sep-
tic shock and who received va-
sopressin infusion(n number of
subjects still alive and on vaso-
pressin infusion in whom mea-
surements were made. Anuric
patients were excluded from
urine output measurements,
p (see text for test used) for
each time period versus base-
line (TX vs T0). pressor dose:
dopamine (µg·kg·min)/3+ nore-
pinephrine (µg·min) + epineph-
rine (µg·min). * $p < 0.05$,
** $p < 0.005$, *** $p < 0.0001$



The main results are shown in Fig. 1. MAP on infusion of vasopressin increased significantly by 18 % at 4 h ($p < 0.001$) and remained at that level 24 and 48 h later ($p = 0.006$ and 0.008, respectively). Systolic PAP remained unchanged on infusion at $45 \pm 13$ mmHg. Mean CI decreased by 11 % at 4 h ($p = 0.03$) and did not change past that time point. Urine output compared to baseline (excluding anuric patients) increased 79 % at 4 h ($p = 0.002$) and further increases were not significant for patients still alive and on vasopressin. Mean pressor dosage decreased by 33 % at 4 h ($p = 0.001$), decreased by 53 % at 24 h ($p = 0.002$) and decreased by 48 % at 48 h ($p = 0.01$).

A dose response curve for vasopressin was not observed; that is, the degree of improvement in MAP, pressor dose and urine output were not related to dose. However, doses over 0.03 U/min were correlated significantly with decreased CI (Student's $t$-test, $p = 0.0026$).

In this case series, eight patients survived to hospital discharge. The causes of death in the remaining 42 patients were refractory shock ($n = 20$), withdrawal of care due to multiple system organ failure ($n = 19$ patients), respiratory failure later on the ward ($n = 2$) and cerebral edema due to underlying disease ($n = 1$). There were six cardiac arrests in patients who were receiving vasopressin infusion. All of these patients were in severe refractory shock. One patient had a marked decrease in CI on vasopressin infusion (0.03 U/min) and died of pulseless electrical activity. The other patients had asystole ($n = 4$) and ventricular fibrillation ($n = 1$). The doses of vasopressin at the time of cardiac arrest were more than 0.03 U/min (up to 0.6 U/min) in five patients and more than 0.05 U/min in four of these.

## Discussion

To our knowledge, this is the largest clinical study of vasopressin in septic shock. Vasopressin markedly and significantly increased MAP, did not change PAP, markedly increased urine output and decreased pressor dosage significantly in this retrospective case series of patients receiving vasopressin for severe septic shock. There were six cardiac arrests on vasopressin infusion, four at relatively high dosages ($\geq 0.05$ U/min.).

Although vasopressin is a potent vasoconstrictor [13], it is a weak pressor in animals with an intact autonomic nervous system. This is because vasopressin resets the cardiac baroreflex to a lower pressure [14]. Very high plasma vasopressin levels ($> 100$ pg/ml) must be achieved before a significant increase in MAP is observed in normal humans [15]. Patients in septic shock, in contrast, are characterized by both a deficiency in vasopressin secretion and an enhanced sensitivity to the pressor effects of vasopressin [3, 4]. This may explain why we observed a marked pressor response in our patients, with consequent decreased dosage requirements for infused catecholamines.

In our patients, we observed an enhancement of the pressor effect of infused conventional catecholamines with a subsequent reduction in total pressure dosage. However, there appears to be an important, limited dose-response curve because we did not observe any enhancement of this effect at doses of vasopressin higher than 0.04 U.

Vasopressin has both direct and indirect effects on the arterial vascular system, which is dose-dependent. The direct vasoconstricting effect of vasopressin occurs at high infused doses and is due to its agonist activity at the V1 receptor causing direct activation of phospholipase C, activation of the phosphoinositide pathway and vasoconstriction of smooth muscle [16]. Vasopressin also has an indirect vasoconstrictor effect, enhancing the sensitivity of the vasculature to other pressor agents such as catecholamines [17]. In the presence of low vasopressin concentrations that do not constrict vessels to an appreciable extent, pressor responses to several other vasoconstrictors such as adrenergic agents are markedly augmented [18]. The mechanism of this enhanced pressor response is unknown and may be due to enhancement of adrenoreceptor sensitivity. These features of vasopressin make it a useful agent for the management of hypotension in patients who are refractory to infusion of catecholamines.

Vasopressin has a known vasodilatory effect on the pulmonary vasculature [19]; however, PAP did not change in our sample of patients. In the 13 patients who had pulmonary artery catheters, vasopressin infusion preceded a decrease in cardiac output at 4 h. When we examined the effect of dose of vasopressin used, doses higher than 0.03 U/min were correlated with decrease in CI, whereas doses less than these were not. Vasopressin can reset the cardiac baroreflex to a lower value [14] and it could have mediated vasoconstriction of the coronary arteries because of the high doses used. The temporal relationship between administration of high doses of vasopressin and cardiac arrest in some patients supports this speculation. Vasoconstriction of the systemic arterial vasculature could also have increased left ventricular afterload, which could have decreased cardiac output in these patients because they may have had afterload-sensitive left ventricular dysfunction.

It is possible that the decrease in cardiac output that we observed in some patients is a signal of a beneficial effect. Vasopressin may actually improve tissue oxygenation by aligning oxygen availability with areas of oxygen need, abrogating the need for an increase in flow. Patients who had a decrease in CI might have had improved tissue oxygenation, which could be indicated by an increase in mixed venous oxygen saturation. Unfortunately, due to the retrospective nature of this study,

PAR-VASO-0007641

1420

we do not have data to support this, as mixed venous oxygen saturation was not measured routinely in these patients. As the explanation for a decrease in CI remains unclear, we recommend that vasopressin should be used cautiously, if at all, in patients with symptomatic coronary artery disease, and not at doses above 0.03 U/min. Future prospective randomized studies could address this question in the subset of patients who have a pulmonary artery catheter in place.

Urine output significantly increased at 4 h, but this effect was not sustained at 24 and 48 h. The paradoxical diuretic effect of vasopressin has been observed in patients with hepatorenal syndrome and congestive heart failure [20], yet the mechanisms remain unexplained. There are three possible explanations for vasopressin's diuretic effect. Firstly, the renal vasculature seems to be relatively resistant to the vasoconstrictor effects of vasopressin [21]. At low doses, there is some renal efferent arteriolar vasoconstriction, relatively sparing the afferent renal arterioles, which therefore increases renal perfusion pressure [22]. A vasodilatory effect of vasopressin on the renal vasculature is present at low doses (0.02 U/min) which can be blocked by L-NAME [23], suggesting that the effect is mediated by nitric oxide. Secondly, oxytocin has a natriuretic and diuretic effect, due to inhibition of sodium reabsorption at the proximal and distal tubules [24]. Vasopressin may be directly activating oxytocin receptors, causing natriuresis and diuresis. Thirdly, vasopressin releases atrial natriuretic peptide [25], which may be an indirect mechanism of its diuretic effect. Although the diuretic effect of vasopressin in severe septic shock is appealing, it is not known whether there is an improvement in renal function. We did not note a change in creatinine over the 48-h period of this study. Importantly, there was no evidence of a dose-response curve; patients receiving doses higher than 0.04 U/min did not have a significantly higher urine output than patients receiving lower doses. Therefore, high-dose vasopressin should be avoided because this constricts the renal vasculature [26, 27] and because we did not see a benefit at doses over 0.04 U/min.

We observed very high mortality (85%) in our sample of patients who had severe septic shock. Vasopressin was used in our ICU as "rescue therapy" in patients who appeared to be dying of refractory hypotension. Because this is not a matched cohort study, we cannot draw any conclusions regarding the effect of vasopressin on mortality in severe septic shock.

There are several limitations to this study. Firstly, this is a retrospective case series; therefore, we could not control for progression of underlying disease or co-interventions such as fluid therapy and steroid use that could also alter the outcome variables. Furthermore, timing of entry into the study was not standardized (i.e. duration of septic shock varied). Secondly, patients did not receive vasopressin according to strict guidelines, so patients could have been at different stages of septic shock at the onset of vasopressin infusion. The strength of this study is that it is the largest unselected series of patients having septic shock who received vasopressin.

This study identifies interesting questions for future research. The effect of vasopressin on regional circulations in sepsis remains unknown. Future studies could be designed to assess the effect of vasopressin on renal and splanchnic perfusion and the effect of vasopressin on tissue oxygenation in human septic shock. Finally, a well-conducted, randomized controlled trial powered to assess clinically important outcomes such as the effect of vasopressin on resolution of organ failure and survival in septic shock is needed.

In conclusion, in this retrospective case series of patients receiving vasopressin for severe septic shock vasopressin infusion increased MAP, decreased catecholamine requirements and increased urine output. There were six cardiac arrests and five patients were on vasopressin infusions higher than 0.03 U/min. Vasopressin should be used in severe septic shock at a fixed low dosage, i.e. 0.01–0.04 U/min, because beneficial effects are achieved at doses of 0.04 U/min or less and adverse effects are more likely at higher doses. As this was not a matched cohort study, we cannot determine whether vasopressin has any advantage over conventional catecholamines on end points such as organ failure and mortality. This question can only be answered by a prospective, randomized, controlled trial of vasopressin in septic shock.

**Acknowledgements** The authors wish to thank Mary-Jo Race for her diligence in data collection, design of the case report form and assistance in data entry.

## References

1. Friedman G, Silva E, Vincent JL (1998) Has the mortality of septic shock changed with time? Crit Care Med 26: 2078–2086
2. Natanson C, Hoffman WD, Suffredini AF, Eichacker PQ, Danner RL (1994) Selected treatment strategies for septic shock based on proposed mechanisms of pathogenesis. Ann Intern Med 120: 771–783
3. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA (1997) Vasopressin deficiency contributes to the vasodilation of septic. Circulation 95: 1122–1125

4. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA (1997) Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 25: 1279–1282

5. Argenziano M, Chen JM, Choudhri AF, Cullinane S, Garfein E, Weinberg AD, Smith CR Jr, Rose EA, Landry DW, Oz MC (1998) Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 116: 973–980

6. Argenziano M, Chen JM, Cullinane S, Choudhri AF, Rose EA, Smith CR, Edwards NM, Landry DW, Oz MC (1999) Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant 18: 814–817

7. Rosenzweig EB, Starc TJ, Chen JM, Cullinane S, Timchak DM, Gersony WM, Landry DW, Galantowicz ME (1999) Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation 100: II182–186

8. Chen JM, Cullinane S, Spanier TB, Artrip JH, John R, Edwards NM, Oz MC, Landry DW (1999) Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors. Circulation 100:II244–246

9. Gold JA, Cullinane S, Chen J, Oz MC, Oliver JA, Landry DW (2000) Vasopressin as an alternative to norepinephrine in the treatment of milrinone-induced hypotension Crit Care Med 28: 249–252

10. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW (1997) A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 96:II-286–290

11. Malay MB, Ashton RC Jr, Landry DW, Townsend RN (1999) Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 47: 699–703; Discussion 703–705

12. ACCP/SCCM (1992) American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference: definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. Crit Care Med 20: 864–874

13. Laszlo FA, Laszlo F Jr, De Wied D (1991) Pharmacology and clinical perspectives of vasopressin antagonists. Pharmacol Rev 43: 73–108

14. Luk J, Ajaelo I, Wong V, Wong J, Chang D, Chou L, Reid IA (1993) Role of V1 receptors in the action of vasopressin on the baroreflex control of heart rate. Am J Physiol 265:R524–529

15. Mohring J, Glanzer K, Maciel JA Jr, Dusing R, Kramer HJ, Arbogast R, Koch-Weser J (1980) Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. J Cardiovasc Pharmacol 2: 367–376

16. Thibonnier M (1992) Signal transduction of V1-vascular vasopressin receptors. Regul Pept 38: 1–11

17. Karmazyn M, Manku MS, Horrobin DF (1978) Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. Endocrinology 102: 1230–1236

18. Noguera I, Medina P, Segarra G, Martinez MC, Aldasoro M, Vila JM, Lluch S (1997) Potentiation by vasopressin of adrenergic vasoconstriction in the rat isolated mesenteric artery. Br J Pharmacol 122: 431–438

19. Russ RD, Resta TC, Walker BR (1992) Pulmonary vasodilatory response to neurohypophyseal peptides in the rat. J Appl Physiol 73: 473–478

20. Eisenman A, Armali Z, Enat R, Bankir L, Baruch Y (1999) Low-dose vasopressin restores diuresis both in patients with hepatorenal syndrome and in anuric patients with end-stage heart failure. J Intern Med 246: 183–190

21. Cross RB, Trace JW, Vattuone JR (1974) The effect of vasopressin upon the vasculature of the isolated perfused rat kidney. J Physiol 239: 435–442

22. Edwards RM, Trizna W, Kinter LB (1989) Renal microvascular effects of vasopressin and vasopressin antagonists. Am J Physiol 256:F274–278

23. Rudichenko VM, Beierwaltes WH (1995) Arginine vasopressin-induced renal vasodilation mediated by nitric oxide. J Vasc Res 32: 100–105

24. Walter R SC, Mehta PK, Boonjarern S, Arruda JAL, Kurtzman NA (1977) Conformation considerations of vasopressin as a guide to development of biological probes and therapeutic agents. In: Andreoli TE, Grantham JJ, Rector FC (eds) Disturbances in body fluid osmolality. American Physiologic Society, Bethesda, Md. pp 1–36

25. Gutkowska J, Jankowski M, Lambert C, Mukaddam-Daher S, Zingg HH, McCann SM (1997) Oxytocin releases atrial natriuretic peptide by combining with oxytocin receptors in the heart. Proc Natl Acad Sci U S A 94: 11704–11709

26. McVicar AJ (19889 Dose-response effects of pressor doses of arginine vasopressin on renal haemodynamics in the rat. J Physiol 404: 535–546

27. Harrison-Bernard LM, Carmines PK (1994) Juxtamedullary microvascular responses to arginine vasopressin in rat kidney. Am J Physiol 267:F249–256

PAR-VASO-0007643

# Long-term Cognitive Impairment and Functional Disability Among Survivors of Severe Sepsis

Theodore J. Iwashyna, MD, PhD

E. Wesley Ely, MD, MPH

Dylan M. Smith, PhD

Kenneth M. Langa, MD, PhD

**Context** Cognitive impairment and functional disability are major determinants of caregiving needs and societal health care costs. Although the incidence of severe sepsis is high and increasing, the magnitude of patients' long-term cognitive and functional limitations after sepsis is unknown.

**Objective** To determine the change in cognitive impairment and physical functioning among patients who survive severe sepsis, controlling for their presepsis functioning.

**Design, Setting, and Patients** A prospective cohort involving 1194 patients with 1520 hospitalizations for severe sepsis drawn from the Health and Retirement Study, a nationally representative survey of US residents (1998-2006). A total of 9223 respondents had a baseline cognitive and functional assessment and had linked Medicare claims; 516 survived severe sepsis and 4517 survived a nonsepsis hospitalization to at least 1 follow-up survey and are included in the analysis.

**Main Outcome Measures** Personal interviews were conducted with respondents or proxies using validated surveys to assess the presence of cognitive impairment and to determine the number of activities of daily living (ADLs) and instrumental ADLs (IADLs) for which patients needed assistance.

**Results** Survivors' mean age at hospitalization was 76.9 years. The prevalence of moderate to severe cognitive impairment increased 10.6 percentage points among patients who survived severe sepsis, an odds ratio (OR) of 3.34 (95% confidence interval [CI], 1.53-7.25) in multivariable regression. Likewise, a high rate of new functional limitations was seen following sepsis: in those with no limits before sepsis, a mean 1.57 new limitations (95% CI, 0.99-2.15); and for those with mild to moderate limitations before sepsis, a mean of 1.50 new limitations (95% CI, 0.87-2.12). In contrast, nonsepsis general hospitalizations were associated with no change in moderate to severe cognitive impairment (OR, 1.15; 95% CI, 0.80-1.67; P for difference vs sepsis = .01) and with the development of fewer new limitations (mean among those with no limits before hospitalization, 0.48; 95% CI, 0.39-0.57; P for difference vs sepsis <.001 and mean among those with mild to moderate limits, 0.43; 95% CI, 0.23-0.63; P for difference=.001). The declines in cognitive and physical function persisted for at least 8 years.

**Conclusions** Severe sepsis in this older population was independently associated with substantial and persistent new cognitive impairment and functional disability among survivors. The magnitude of these new deficits was large, likely resulting in a pivotal downturn in patients' ability to live independently.

*JAMA. 2010;304(16):1787-1794*　　　　　www.jama.com

**C**OGNITIVE IMPAIRMENT AND physical disability are major health burdens and drivers of health care costs. The onset of disability is associated with worsened mortality[1] and substantial increases in medical costs over subsequent years,[2] including a disproportionate strain on Medicaid and Medicare. Both cognitive and physical disability impose yet further burdens on families and informal caregivers.[3] Irreversible cognitive and physical impairment following acute illnesses are particularly feared outcomes and weigh heavily on patient decision making.[4]

Hundreds of thousands of patients endure severe sepsis each year in the United States.[5] It has been suspected that many are discharged with a new—but poorly defined—constellation of cognitive and functional impairments,[6] which may explain their reduced quality of life.[7] Even hospitalizations for less severe illness often result in a period of functional disability[8] and may hasten the progression of dementia.[9,10] Long-term cognitive and functional declines have been shown among survivors of other critical illnesses, but these declines may be partially preventable.[11-14] Although severe sepsis is the most common noncardiac cause of critical illness,[5,15] the long-term impact of severe sepsis on cognitive and physical functioning is unknown.

See also p 1833 and Patient Page.

We studied whether an incident episode of severe sepsis increased the odds of subsequent worsened cognitive impairment and functional disability among survivors. We took advantage of a nationally representative ongoing cohort study of older Americans that included detailed information from personal surveys and

**Author Affiliations:** Department of Internal Medicine, University of Michigan Medical School, Ann Arbor (Drs Iwashyna and Langa); Department of Medicine, Vanderbilt University, and the VA Tennessee Valley Geriatric Research and Education Clinical Center, Nashville (Dr Ely); Department of Preventive Medicine, Stony Brook University Medical Center, Stony Brook, New York (Dr Smith); Institute for Social Research, University of Michigan, and Ann Arbor Veterans Affairs Health Services

Research and Development Service Center of Excellence, Ann Arbor (Dr Langa).
**Corresponding Author:** Theodore J. Iwashyna, MD, PhD, Pulmonary and Critical Care Medicine, 3A23 300 NIB, SPC 5419, 300 N Ingalls, Ann Arbor, MI 48109-5419 (tiwashyn@umich.edu).
**Caring for the Critically Ill Patient Section Editor:** Derek C. Angus, MD, MPH, Contributing Editor, JAMA (angusdc@upmc.edu).

©2010 American Medical Association. All rights reserved.

PAR-VASO-0007644



**Figure 1.** Patient Cohorts



a A single respondent with severe sepsis might contribute a hospitalization to the survivor cohort in one hospitalization but be lost to follow-up after a future hospitalization. The categorizations of hospitalizations as included vs excluded are mutually exclusive, but the categorizations of respondents are not. Comparisons were all first hospitalizations.

Medicare claims. This provided an opportunity to examine the long-term impact of severe sepsis before—and up to 8 years after—incident disease.

## METHODS

### Data Source

The Health and Retirement Study (HRS) is an ongoing cohort nationally representative of community-dwelling US residents older than 50 years. Begun in 1992, more than 27 000 individuals have contributed 200 000 hours of data-collection interviews. Every 2 years, the cohort is reinterviewed. The HRS achieved a very high follow-up rate, routinely exceeding 90% to 95% including proxies.[16] Furthermore, 16 772 participants have consented for linkage of their study data with Medicare.

This work was approved by the University of Michigan Institutional Review Board. Patients provided informed consent on enrollment in the HRS and again for linkage to Medicare claims.

We studied all respondents with at least 1 interview during 1998-2004 in which cognitive and physical functioning were assessed and for whom there were subsequent claims-based data on a hospitalization for severe sepsis during 1998-2005 (FIGURE 1). All patients were followed up through

death or the 2006 survey. Our primary analyses focus on hospitalizations that patients survived long enough to participate in at least 1 follow-up interview.

Characteristics of the hospitalizations for severe sepsis were abstracted from the Medicare claims, including an organ dysfunction score (the sum of the number of organ failures of cardiovascular, neurologic, hematologic, hepatic, renal, or respiratory origin).[5,17] Self-reported race and ethnicity were included only in the descriptive statistics because they may be of interest to some readers.

### Definition of Severe Sepsis

We relied on a claims-based definition of severe sepsis, which has been widely used and clinically validated.[5] This definition requires evidence of both an infection and new-onset organ dysfunction during a single hospitalization. If a patient had more than 1 distinct septic hospitalization, each hospitalization was included.

As a comparison, we conducted parallel analyses in a cohort of 5574 hospitalizations. These were first hospitalizations for members of the linked Medicare cohort, which included neither severe sepsis nor critical care use and for which

a baseline survey and at least 1 follow-up interview were available.

### Definition of Functional Status

At each wave of the survey, we asked respondents if they required assistance with any of 6 activities of daily living (ADLs: walking, dressing, bathing, eating, getting into and out of bed, and toileting) or 5 instrumental ADLs (IADLs: preparing a hot meal, shopping for groceries, making telephone calls, taking medicines, and managing money). We totaled the number of ADLs and IADLs to create a total deficiency score (range, 0 requiring no assistance to 11 requiring assistance for all categories).[18] The survey asked proxies to evaluate the functional status of patients who could not answer for themselves; proxies could answer these questions with high reliability.[18] For some analyses, a baseline of functioning was defined, using the last survey prior to severe sepsis. It was decided a priori that patients would be divided into 3 groups based on their baseline functioning: no limits, 0; mild to moderate, 1 to 3; and severe limitations, 4 or more deficiencies.

### Definition of Cognitive Impairment

The survey assessed cognitive function in 2 ways during biennial personal interviews. For those aged 65 years or older, a 35-point scale was administered that included tests of memory, serial 7 subtractions, naming, and orientation.[19,20] For self-respondents younger than 65 years, the survey tool administered a more limited 27-point scale that excluded the orientation measures.

For patients 65 years or older who were unable to be interviewed themselves, the validated Informant Questionnaire on Cognitive Decline in the Elderly[21] was administered to proxies. For proxies representing respondents younger than 65 years, the following questions were used to determine cognitive function: "How would you rate [the respondent's] memory at the present time?" and "How would you rate [the respondent] in making judg-

 ©2010 American Medical Association. All rights reserved.

PAR-VASO-0007645

ments and decisions?" The response options for both of these questions were excellent, very good, good, fair, or poor.

We defined cut points on the cognitive assessments for mild and moderate to severe cognitive impairment based on prior studies with the HRS data,[3,22,23] as well as the methods used for the Aging, Demographics, and Memory Study (ADAMS), a supplemental study of dementia in the HRS.[24] These cut points defined a level of cognitive impairment that was generally consistent with mild and moderate to severe dementia in the ADAMS. Further detail on the cognitive measures is available.[25]

## Analyses

For analyses of functional status, our primary outcome was measured by a combined ADL and IADL score. For unadjusted analyses, we grouped patients by the number of surveys they had completed since severe sepsis occurrence; for example, we compared all patients at their last survey before hospitalization with severe sepsis with patients at their first survey after severe sepsis. For multivariable models, we used longitudinal models to examine the association between the timing of severe sepsis and the timing of functional changes. These models used only within-person variation over time to estimate the impact of severe sepsis, and thereby control for all characteristics of the patient that did not change over time—in essence, patients served as their own controls.[26] Specifically, we constructed latent growth curve models using a hospitalization-level fixed effect, sometimes called conditional models.[26] These results controlled for not only the functional status of the patient before his/her sepsis episode but also for functional trajectory. All of these sequential evaluations were included in the analysis. In these models, time from admission with severe sepsis to survey interview was measured to the day as a continuous variable. Additional information about the statistical approach is presented in the eMethods appen-

dix, including alternative specifications (available at www.jama.com). Fixed effects models were estimated using *xtreg, fe* in Stata 10.1 (StataCorp LP, College Station, Texas). These analyses were not conducted according to a fully prespecified protocol.

For analyses of cognitive functioning, our primary outcome was level of cognitive impairment. Unadjusted analyses were conducted as for functional status. For multivariable analyses, we used conditional logistic regression to analyze the impact of severe sepsis on moderate to severe cognitive impairment among survivors, using *clogit* in Stata 10.1. As for functional status, these analyses used only within-person variation over time to estimate the effect of severe sepsis, controlling for time-invariant characteristics of the respondent.

All analyses were conducted with hospitalization as the unit of analysis unless otherwise indicated. Two-sided significance testing was used throughout, and a *P* value of .05 was considered statistically significant.

## RESULTS

There were 1520 identified episodes of severe sepsis among 1194 respondents for the years 1998-2005, from a cohort of 9223 respondents (Figure 1). Detail about the entire population of severe sepsis hospitalizations is presented in eTable 1. Ninety-day mortality after severe sepsis was 41.3% (95% confidence interval [CI], 38.8%-43.8%); 5-year mortality, 81.9% (95% CI, 79.8%-84.0%). Five-year survival curves are presented in the eFigure (available at www.jama.com). Five hundred sixteen individuals survived 623 episodes of severe sepsis and had at least 1 follow-up survey; these hospitalizations by survivors are our primary cohort for analysis (TABLE 1). Patients were followed up for up to 4 surveys (7.8 years) of data prior to severe sepsis and up to 4 surveys (8.3 years) afterward.

### Cognitive Outcomes

Incident severe sepsis was associated with a clinically and statistically sig-

nificant increase in moderate to severe cognitive impairment among survivors. For example, 6.1% (95% CI, 4.2%-8.0%) of eventual survivors had moderate to severe cognitive impairment at the survey just before severe sepsis, and the prevalence increased to 16.7% (95% CI, 13.8%-19.7%) at the first survey after severe sepsis (FIGURE 2, *P* <.001 by $\chi^2$ test). In fixed-effects regression, with each patient serving as his/her own control, the incidence of severe sepsis remained highly associated with progression to moderate to severe cognitive impairment (odds ratio [OR], 3.34; 95% CI, 1.53-7.25; TABLE 2). No association existed between severe sepsis and the net prevalence of mild cognitive impairment in adjusted or unadjusted analyses; nearly equal numbers of previously normal patients developed mild cognitive impairment after severe sepsis as patients with presepsis mild cognitive impairment developed postsepsis moderate to severe cognitive.

### Functional Outcomes

Survivors of hospitalization for severe sepsis were at greater risk of additional functional limitations at their next survey. This was a substantial worsening in their trajectory relative to before their sepsis hospitalization. The negative effects of severe sepsis were greater in those patients with better baseline physical functioning (FIGURE 3). The new functional deficits were not concentrated in any particular subset of the functioning measures (FIGURE 4).

The independent effects of severe sepsis on long-term disability persisted in multivariable analyses with each patient's presepsis functional trajectory serving as his/her own control. TABLE 3 shows that severe sepsis was associated with the development of 1.57 (95% CI, 0.99-2.15) new limitations among patients who had none before sepsis. Patients with mild to moderate limitations before sepsis had a similar increase of 1.50 (95% CI, 0.87-2.12) new IADL and ADL limitations. For such patients, not only was sepsis

©2010 American Medical Association. All rights reserved.

PAR-VASO-0007646

**Table 1.** Demographics of Study Cohort of Survivors, by Baseline Physical Functioning (n = 623)[a]

| | Functional Class at Baseline by Limitations | | |
| --- | --- | --- | --- |
| | None | Mild to Moderate | Severe |
| No. | 269 | 195 | 159 |
| Men, No. (%) | 143 (53) | 92 (47) | 46 (29) |
| Race/ethnicity, No. (%) | | | |
| Black | 49 (18) | 41 (21) | 38 (24) |
| Hispanic | 19 (7) | 12 (6) | 13 (8) |
| Age at sepsis, mean (SD), y | 75.8 (7.5) | 76.7 (9.5) | 79.1 (9.6) |
| Length of stay, mean (SD), d | 11.4 (10.7) | 11.3 (11.2) | 8.5 (6.3) |
| Required mechanical ventilation, No. (%) | 64 (23) | 32 (16) | 27 (17) |
| Required dialysis, No. (%) | 9 (3.4) | 6 (3.1) | 12 (7.6) |
| Used an intensive care unit, No. (%) | 137 (51) | 75 (38) | 57 (36) |
| Underwent major surgery, No. (%) | 73 (27) | 39 (20) | 15 (9) |
| Charlson score, mean (SD) | 1.69 (1.42) | 1.96 (1.64) | 2.11 (1.41) |
| Organ dysfunction score, mean (SD) | 1.15 (0.39) | 1.16 (0.45) | 1.11 (0.34) |
| Acute conditions, No. (%) | | | |
| Cardiovascular dysfunction | 60 (22) | 62 (32) | 45 (28) |
| Neurologic dysfunction | 19 (7) | 20 (10) | 17 (11) |
| Hematologic dysfunction | 61 (23) | 34 (17) | 27 (17) |
| Hepatic dysfunction | 2 (1) | 0 (0) | 1 (1) |
| Renal dysfunction | 103 (38) | 79 (41) | 60 (38) |
| Respiratory dysfunction | 64 (24) | 32 (16) | 27 (17) |
| Baseline, No. (%) | | | |
| Cognitive impairment | | | |
| None | 254 (94) | 182 (93) | 105 (66) |
| Mild | 15 (5.6) | 9 (4.6) | 20 (12.6) |
| Moderate to severe | 0 | 4 (2.1) | 34 (21.4) |
| Physical function deficiencies, mean (SD) | | | |
| Basic ADL | 0 | 1.3 (0.9) | 4.0 (1.7) |
| Instrumental ADL | 0 | 0.5 (0.7) | 3.0 (1.5) |
| Proxy respondent, No. (%) | | | |
| At baseline | 9 (3) | 22 (11) | 59 (37) |
| At first postsepsis survey | 46 (17) | 47 (24) | 87 (55) |

Abbreviation: ADL, activity of daily living.
[a] Data for the entire cohort of incident severe sepsis hospitalizations are in eTable 1, and risk factors for cognitive impairments are presented in eTable 2 (both available at www.jama.com).

**Figure 2.** Cognitive Impairment Among Survivors of Severe Sepsis at Each Survey Time Point



Error bars indicate 95% confidence intervals (CIs); IQR, interquartile range.
**Interpretive Example:** Compared with stable rates before severe sepsis, the prevalence of moderate to severe cognitive impairment increased from 6.1% (95% CI, 4.2%-8.0%) before severe sepsis to 16.7% (95% CI, 13.8%-19.7%) at the first survey after severe sepsis ($P < .001$ by $\chi^2$ test; Table 2).

associated with an acute increase in the number of functional limitations, but sepsis also heralded a more rapid rate of developing further limitations thereafter, at 0.51 new limitations per year ($P = .007$ for difference vs baseline). In contrast, patients with already poor functioning experienced no statistically significant change in functioning with severe sepsis, although the regressions may be limited by ceiling effects in measurement of functioning.

Of the hospitalizations involving severe sepsis, 59.3% (95% CI, 55.5%-63.2%) were associated with worsened cognitive or physical function, or both, among survivors at the first postsepsis survey. The association of severe sepsis with increased functional limitations remained clinically meaningful and statistically significant in regression when controlling for changes in level of cognitive impairment after severe sepsis: 1.30 (95% CI, 0.86-1.74) new limitations for those with no limitations at baseline; 1.20, (95% CI, 0.62-1.79) new limitations for those with mild to moderate limitations at baseline. The increased risk of moderate to severe cognitive impairment remained clinically meaningful but was attenuated in the regressions when controlling in levels of physical functioning after severe sepsis (OR, 1.73; 95% CI, 0.83-3.6).

## Comparison to Other Hospitalizations

The changes in physical and cognitive functioning noted after severe sepsis were worse than those seen after nonsepsis general hospital admissions in a cohort of 4517 survivors of 5574 hospitalizations. Thus, patients who did not develop severe sepsis and who had no functional limitations prior to their hospitalization developed an average of 0.48 (95% CI, 0.39-0.57; n = 2852; P for difference vs sepsis <.001, eTable 3) new functional limitations. Patients with mild to moderate functional limitations at baseline developed 0.43 (95% CI, 0.23-0.63; n = 1124; P for difference = .001; eTable 3) new functional limitations after a nonsep-

 ©2010 American Medical Association. All rights reserved.

PAR-VASO-0007647

sis general hospitalization. Furthermore, nonsepsis general hospitalizations were not associated with a clinically or statistically significant increase in the odds of moderate to severe cognitive impairment (OR, 1.15; 95% CI, 0.80-1.67; n=4517; P for difference=.01, eTable 4 available at www.jama.com)

### Subgroup and Sensitivity Analyses

We replicated our analyses in several subgroups to examine their robustness. The effects of severe sepsis were similar in the 500 survivors who had severe sepsis but who did not require mechanical ventilation. The regression demonstrated similarly increased odds (OR, 4.0; 95% CI, 1.71-9.31) of developing moderate to severe cognitive impairment after severe sepsis among patients who were not mechanically ventilated. Similarly, in the 205 survivors with no limitations at baseline, severe sepsis without mechanical ventilation was associated with the development of 1.56 new functional limitations (95% CI, 0.91-2.22) in multivariable fixed-effects models. For the 163 patients with mild to moderate limitations, severe sepsis without mechanical ventilation was associated with 1.65 new functional limitations (95% CI, 1.01-2.28).

A potential threat to the validity of the results is that patients may have experienced some other cause of cognitive and functional decline between their baseline survey and their sepsis hospitalization. Therefore, we reanalyzed data for the smaller subset of 276 survivors who were never hospitalized between their baseline survey and their severe sepsis admission. We found consistent results, albeit with larger standard errors. In this subpopulation, severe sepsis was associated with increased odds of moderate to severe cognitive impairment (OR, 2.49; 95% CI, 0.99-6.26). In the 128 patients with no functional limitations at baseline and no intercurrent hospitalizations, severe sepsis was associated with the development of 1.46 new functional limitations (95% CI,

0.76-2.15). In the 86 patients with mild to moderate functional limitations at baseline and no intercurrent hospitalizations, severe sepsis was associated with the development of 1.34 new functional limitations (95% CI, 0.34-2.34).

Further sensitivity analyses yielded consistent results. The associations between severe sepsis and functional and cognitive impairment were substantively similar in those aged 65 years or older at baseline cognitive assessment and who therefore were assessed using a single instrument before and after severe sepsis (eTables 5 and 6). The patterns observed for functional limitations were similar in a larger cohort of 2043 hospitalizations (including 829 hospitalizations among 684 survivors) for severe sepsis followed up for up to 14 years during the period 1992-2006 (eTable 7). Examining only the subset of 516 first sepsis admissions for each survivor—so that no patient appeared in the analysis more than once—yielded nearly identical results (eTables 8 and 9).

## COMMENT

In this nationally representative cohort, we have demonstrated for the first time that severe sepsis is independently associated with enduring cognitive and functional limitations. Severe sepsis is independently associated with a tripling in the odds of moderate to severe cognitive impairment. Furthermore, severe sepsis was indepen-

**Table 2.** Severe Sepsis and Moderate to Severe Cognitive Impairment Among Survivors[a]

| | Odds Ratio (95% Confidence Interval) | P Value |
|---|---|---|
| Before sepsis (per additional year) | 1.35 (1.11-1.65) | .002 |
| Effect of sepsis | 3.34 (1.53-7.25) | .002 |
| After sepsis (per additional year) | 1.68 (1.28-2.21) | .001 |

[a] Results of latent growth curve regression with individual-level fixed effects, controlling for all time-invariant characteristics of the patient. The absence of association would be indicated by an odds ratio of 1.
**Interpretive Example:** With each passing year, patients were modestly more likely to develop moderate to severe cognitive impairment. After severe sepsis, survivors had a 3.3-fold greater odds of having moderate to severe impairment than before sepsis (Figure 2).

**Figure 3.** Functional Trajectories by Baseline Functioning



| | Third Survey Before Sepsis | Second Survey Before Sepsis | Last Survey Before Sepsis | First Survey After Sepsis | Second Survey After Sepsis | Third Survey After Sepsis |
|---|---|---|---|---|---|---|
| Time to sepsis admission, median (IQR), y | −5.2 (−5.6 to −4.7) | −3.1 (−3.7 to −2.7) | −1.1 (−1.7 to −0.7) | 0.9 (0.4 to 1.4) | 2.8 (2.3 to 3.4) | 5.2 (4.5 to 5.5) |
| No. of patients, by baseline physical functioning | | | | | | |
| Severe limits | 87 | 127 | 159 | 159 | 42 | 14 |
| Mild to moderate limits | 105 | 151 | 195 | 195 | 93 | 28 |
| No limits | 142 | 208 | 269 | 269 | 153 | 56 |

The unadjusted mean number of functional limitations of surviving cohort members is shown. Error bars indicate 95% confidence intervals.
**Interpretive Example:** Groups that had no functional or mild to moderate limitations before sepsis had a stable trajectory before sepsis but developed about 2 new limitations after sepsis. But patients with severe limitations at baseline had a modest increase from a baseline of 6.99 to 7.98 at their first survey after sepsis (Table 3).

©2010 American Medical Association. All rights reserved.

PAR-VASO-0007648

dently associated with the acquisition of 1.5 new functional limitations in patients with no, mild, or moderate pre-



**Figure 4.** Change in Individual ADLs and Instrumental ADLs by Baseline Functioning

No limitations (n = 269)



Mild to moderate limitations (n = 195)



Severe limitations (n = 159)

**Interpretive Example:** No single activity of daily living (ADL) or instrumental ADL accounted for the worsened functional status among survivors of severe sepsis. Instead, there was a wide range of new difficulties across the array of activities.

existing functional limitations. These new disabilities were substantially larger than those seen after nonsepsis general hospital admissions. Cognitive and functional declines of the magnitude seen after severe sepsis are associated with significant increases in caregiver time, nursing home admission, depression, and mortality.[3,27-30] These data argue that the burden of sepsis survivorship is a substantial, underrecognized public health problem with major implications for patients, families, and the health care system.

Our findings, and the nationally representative data from the HRS, allow us to make an estimate of the overall public health burden of sepsis on "brain health" among older adults in the United States. Given published dementia[31] and sepsis[5] incidence rates for those aged 65 years or older in the United States, our results suggest that nearly 20 000 new cases per year of moderate to severe cognitive impairment in the elderly may be attributable to sepsis. Thus, an episode of severe sepsis, even when survived, may represent a sentinel event in the lives of patients and their families, resulting in new and often persistent disability, in some cases even resembling dementia.[3,22,32,33]

The level of severe cognitive impairment found in these patients has been associated with an additional 40 hours per week of informal care provided by families,[3] analogous to an additional full-time job. If causally related, this represents a substantial public health burden of accelerated or de novo brain dysfunction, and one that has received almost no attention, even in the face of the dramatically increasing incidence of severe sepsis.[15] In marked contrast to Alzheimer disease and some other forms of dementia, onset and acceleration of cognitive impairment due to sepsis is likely partially preventable in many patients. These benefits might be achieved by raising the standard of care for patients who develop sepsis—both sepsis-specific care as well as other intensive care unit practices such as sedation management and early physical and cognitive rehabilitation—and by

avoiding sepsis altogether.[34] Improving the prevention and management of sepsis may warrant a place in the broader brain health and disability agendas.

Although an observational study can never prove causation, there are multiple plausible causal pathways by which sepsis and its treatment may lead to significant declines in physical and cognitive function. The literature on intensive care unit–acquired weakness and chronic illness myopathy and polyneuropathy suggests that there is a direct inflammatory and hypoperfusion-mediated degradation of muscle fibers and neurons,[35-37] which may be exacerbated by prolonged immobility[38] and lack of physical therapy.[39] Similarly, frank hypotension or relative hypoperfusion may directly contribute to brain injury and subsequent cognitive impairment.[40-42]

Inflammation—a cardinal component of the pathophysiology of sepsis—is hypothesized to contribute to both vascular dementia and Alzheimer disease.[6,10,43] Delirium, an acute form of brain dysfunction characterized by inattention, is common in sepsis, preventable, and treatable.[44,45] Delirium has been associated with increased cognitive decline among patients with Alzheimer disease[9,32] as well as with increased rates of long-term cognitive impairment in mechanically ventilated patients.[33] Basic biological research to understand these mechanisms is clearly warranted. Equally pressing is the need for innovative clinical trials of both sepsis-specific therapy and improved life support. Our results suggest that such trials should look beyond short-term mortality to long-term cognitive and functional outcomes of crucial interest to patients.[46]

We conducted analyses that address several possible limitations. The regressions used only within-person variation to estimate the association with severe sepsis; thus, characteristics of the survivors that did not change over time cannot explain the timing of changes in cognitive and functional status. The different cognitive and physical function out-

 ©2010 American Medical Association. All rights reserved.

PAR-VASO-0007649

comes between the survivors of severe sepsis and of the comparison general hospitalizations suggest that the sepsis results were not simply due to the aging of the cohort or the mere fact of hospitalization, processes shared equally by both groups. These different outcomes also suggest that our results cannot be attributed solely to asymmetric censoring, one form of a potential bias known as "truncation by death."[47] However, because patients with worse cognitive and physical functioning have greater mortality (eFigure, available at www .jama.com),[22,30] there may be some conservative bias in our results. This form of truncation by death results if patients with the worst cognitive and physical declines after sepsis do not survive long enough for a follow-up survey. To the extent that such truncation by death is present, the full effect of severe sepsis on cognitive and physical functioning would be even greater than we measured.

Our study has several limitations. Unlike prior studies that have focused on acute functional decline in the perihospitalization period,[1,8,48-50] the present results demonstrate only long-term effects; short-term deficits (eg, less than 6-12 months) are likely greater, with at least some patients recovering some function prior to their next HRS biennial survey. The neuropsychological battery that we used provided an assessment of global cognitive function, but did not allow detailed study of individual cognitive domains nor did it establish a definitive clinical diagnosis of dementia. Importantly, we used cognitive categories and cutoff scores that have shown good correlation with clinical dementia[31] and expected outcomes of dementia[3,27] in prior studies. We used a claims-based definition of severe sepsis. Although this is not the same as prospective clinical assessment, it is the same approach used in recent landmark epidemiological studies.[5,15] Our data were restricted to fee-for-service Medicare patients aged 65 years or older.[5] We have shown that these deteriorations were temporally associated with severe sepsis and independent of

other stable patient characteristics, but we have not conclusively proven that it was severe sepsis rather than other simultaneous events that led to these declines. Although, to our knowledge, this is the largest study to date of severe sepsis and our outcomes of interest, our study was not powered to examine interactions, such as the extent to which the changes after sepsis varied with the number of organ failures or type of inciting organism. Medicare claims lack the information necessary to disentangle whether particular acute interventions are associated with differing long-term outcomes. Finally, we demonstrated the association of severe sepsis with functioning under the treatment regimes in effect in a range of US hospitals at a particular point in time. New treatments for sepsis, or changes in life support or other hospital practices, may modify the long-term cognitive and functional effects of severe sepsis, even if these deficits are not an explicit target of care.

In summary, in this large nationally representative cohort of older adults, we found that the odds of acquiring moderate to severe cognitive impairment were 3.3 times as high following an episode of sepsis, with an additional mean increase of 1.5 new functional limitations per person among those with no

or mild to moderate preexisting functional limitations. Thus, sepsis is often a sentinel event in the lives of older patients, initiating major and enduring cognitive and functional declines with lasting implications for patients' independence, for their loved ones, and for the societal institutions charged with supporting them. Future research to identify mechanisms leading from sepsis to cognitive impairment and functional disability—and interventions to prevent or slow these accelerated declines—is especially important now given the aging of the population.

**Author Contributions:** Dr Iwashyna had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.
*Study concept and design:* Iwashyna, Ely, Langa.
*Acquisition of data:* Langa.
*Analysis and interpretation of data:* Iwashyna, Ely, Smith, Langa.
*Drafting of the manuscript:* Iwashyna, Ely, Langa.
*Critical revision of the manuscript for important intellectual content:* Iwashyna, Ely, Smith, Langa.
*Statistical analysis:* Iwashyna, Ely, Smith, Langa.
*Obtained funding:* Iwashyna.
*Administrative, technical, or material support:* Iwashyna, Ely, Langa.
*Study supervision:* Iwashyna, Ely, Langa.
**Financial Disclosures:** None reported.
**Funding/Support:** This work was supported by grants K08 HL091249, R01 AG027010, and R01 AG030155 from the National Institutes of Health; the Society of Critical Care Medicine's 2010 Vision Grant; and by pilot support from grant UL1RR024986 from the Michigan Institute for Clinical and Health Research. Grant U01 AG09740 from the National Institute on Aging provided funding for the Health and Retirement Study, which is performed at the Institute for Social Research, University of Michigan. Dr Ely was supported

**Table 3.** Acquisition of New Functional Limitations Before and After Sepsis Among Survivors by Functional Class at Baseline[a]

| | Functional Class at Baseline by Limitations | | |
| --- | --- | --- | --- |
| | None (n = 269) | Mild to Moderate (n = 195) | Severe (n = 159) |
| Before sepsis– | 0.020 | 0.11 | 0.84 |
| Per year, CI– | 0.046 to 0.086 | 0.01 to 0.21 | 0.73 to 0.92 |
| P value | .55 | .03 | <.001 |
| Effect of sepsis | 1.57 | 1.50 | 0.04 |
| Per year, CI | 0.99 to 2.15 | 0.87 to 2.12– | 0.74 to 0.81 |
| P value | <.001 | <.001 | .93 |
| After sepsis | 0.19 | 0.51 | 0.16 |
| Per year, CI– | 0.03 to 0.41 | 0.24 to 0.77– | 0.19 to 0.50 |
| P value | .09 | <.001 | .37 |

Abbreviation: CI, confidence interval.
[a] Results of latent growth curve regression with individual-level fixed effects, controlling for all time-invariant characteristics of the patient. The within-patient $R^2$ were 0.25 for the no limitation group, 0.37 for those with mild to moderate baseline limitations, and 0.45 for those with severe baseline limitations. The absence of association would be indicated by the acquisition of 0 new functional limitations.
**Interpretive Example:** Patients with mild to moderate limitations at baseline were acquiring 0.11 new limitations a year before severe sepsis. They acquired 1.50 new limitations at hospitalization for severe sepsis. Each year after sepsis, they acquired 0.51 new limitations a year, a statistically significant increase relative to their presepsis rates (Figure 3).

©2010 American Medical Association. All rights reserved.

PAR-VASO-0007650

by grant AG027472 from the National Institutes of Health, by the Veterans Affairs Merit Award, and by the Tennessee Valley Geriatric Research, Education and Clinical Center. Consultative support was provided by the Measurement Core of the Michigan Diabetes Center through grant P60 DK-20572 from the National Institute of Diabetes and Digestive and Kidney Disease.

**Role of the Sponsor:** The funders played no role in the design, interpretation, or decision to publish the analysis presented herein.

**Disclaimer:** The views expressed in this article are those of the authors and do not necessarily reflect the position or policy of the Department of Veterans Affairs or the US government.

**Online-Only Material:** The eMethods appendix, eTables 1-9, and the eFigure are available at www .jama.com.

**Additional Contributions:** We thank Mohamed Kabeto, MS, Ryan McCammon, AB, Lili Deng, MD, MA, and Tish Shapiro, MA, all at the University of Michigan, for their expert programming; they were financially compensated for their work. We further thank Robert Hyzy, MD, and Rodney Hayward, MD, of the University of Michigan for insightful critiques; they received no compensation for their work.

## REFERENCES

1. Rozzini R, Sabatini T, Cassinadri A, et al. Relationship between functional loss before hospital admission and mortality in elderly persons with medical illness. *J Gerontol A Biol Sci Med Sci.* 2005;60(9):1180-1183.

2. Fried TR, Bradley EH, Williams CS, Tinetti ME. Functional disability and health care expenditures for older persons. *Arch Intern Med.* 2001;161(21):2602-2607.

3. Langa KM, Chernew ME, Kabeto MU, et al. National estimates of the quantity and cost of informal caregiving for the elderly with dementia. *J Gen Intern Med.* 2001;16(11):770-778.

4. Fried TR, Bradley EH, Towle VR, Allore H. Understanding the treatment preferences of seriously ill patients. *N Engl J Med.* 2002;346(14):1061-1066.

5. Angus DC, Linde-Zwirble WT, Lidicker J, Clermont G, Carcillo J, Pinsky MR. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. *Crit Care Med.* 2001;29(7):1303-1310.

6. Yende S, Angus DC. Long-term outcomes from sepsis. *Curr Infect Dis Rep.* 2007;9(5):382-386.

7. Winters BD, Eberlein M, Leung J, Needham DM, Pronovost PJ, Sevransky JE. Long-term mortality and quality of life in sepsis: a systematic review. *Crit Care Med.* 2010;38(5):1276-1283.

8. Boyd CM, Landefeld CS, Counsell SR, et al. Recovery of activities of daily living in older adults after hospitalization for acute medical illness. *J Am Geriatr Soc.* 2008;56(12):2171-2179.

9. Fong TG, Jones RN, Shi P, et al. Delirium accelerates cognitive decline in Alzheimer disease. *Neurology.* 2009;72(18):1570-1575.

10. Holmes C, Cunningham C, Zotova E, et al. Systemic inflammation and disease progression in Alzheimer disease. *Neurology.* 2009;73(10):768-774.

11. Herridge MS, Cheung AM, Tansey CM, et al; Canadian Critical Care Trials Group. One-year outcomes in survivors of the acute respiratory distress syndrome. *N Engl J Med.* 2003;348(8):683-693.

12. Chelluri L, Pinsky MR, Donahoe MP, Grenvik A. Long-term outcome of critically ill elderly patients requiring intensive care. *JAMA.* 1993;269(24):3119-3123.

13. Hopkins RO, Weaver LK, Collingridge D, Parkinson RB, Chan KJ, Orme JF Jr. Two-year cognitive, emotional, and quality-of-life outcomes in acute respiratory distress syndrome. *Am J Respir Crit Care Med.* 2005;171(4):340-347.

14. Kaarlola A, Tallgren M, Pettilä V. Long-term survival, quality of life, and quality-adjusted life-years among critically ill patients. *Crit Care Med.* 2006;34(8):2120-2126.

15. Martin GS, Mannino DM, Eaton S, Moss M. The epidemiology of sepsis in the United States from 1979 through 2000. *N Engl J Med.* 2003;348(16):1546-1554.

16. Health and Retirement Study. *Sample Sizes and Response Rates;* 2008 http://hrsonline.isr.umich.edu /sitedocs/sampleresponse.pdf. Accessed 27 October 2009.

17. Quan H, Sundararajan V, Halfon P, et al. Coding algorithms for defining comorbidities in ICD-9-CM and ICD-10 administrative data. *Med Care.* 2005;43(11):1130-1139.

18. Fonda S, Herzog AR. *Documentation of Physical Functioning Measured in the Heath and Retirement Study and the Asset and Health Dynamics Among the Oldest Old Study.* Ann Arbor, Michigan: Survey Research Center; December 21, 2004.

19. Herzog AR, Wallace RB. Measures of cognitive functioning in the AHEAD Study. *J Gerontol B Psychol Sci Soc Sci.* 1997;52(spec No):37-48.

20. Welsh KA, Breitner JCS, Magruder-Habib KM. Detection of dementia in the elderly using telephone screening of cognitive status. *Neuropsychiatry Neuropsychol Behav Neurol.* 1993;6:103-110.

21. Jorm AF. The Informant Questionnaire on cognitive decline in the elderly (IQCODE): a review. *Int Psychogeriatr.* 2004;16(3):275-293.

22. Langa KM, Larson EB, Karlawish JH, et al. Trends in the prevalence and mortality of cognitive impairment in the United States: is there evidence of a compression of cognitive morbidity? *Alzheimers Dement.* 2008;4(2):134-144.

23. Alzheimer's Association *Early Onset Dementia: A National Challenge, a Future Crisis;* 2006. http://www .alz.org/national/documents/report_earlyonset_full .pdf. Accessed on August 26, 2010.

24. Langa KM, Plassman BL, Wallace RB, et al. The Aging, Demographics, and Memory Study: study design and methods. *Neuroepidemiology.* 2005;25(4):181-191.

25. Ofstedal MB, Fisher GG, Herzog AR Documentation of Cognitive Functioning Measures in the Health and Retirement Study; 2005. http://hrsonline.isr.umich .edu/sitedocs/userg/dr-006.pdf. Accessed August 25, 2010.

26. Allison PD. *Fixed Effects Regression Models.* Thousand Oaks: Sage; 2009.

27. Banaszak-Holl J, Fendrick AM, Foster NL, et al. Predicting nursing home admission. *Alzheimer Dis Assoc Disord.* 2004;18(2):83-89.

28. Zivin K, Llewellyn D, Lang I, et al. Depression among older adults in the US and England [published online ahead of print April 9, 2010]. *Am J Geriatr Psychiatry.* doi: 10.1097/JGP.0b013e3181dba6d2.

29. Yaffe K, Fox P, Newcomer R, et al. Patient and caregiver characteristics and nursing home placement in patients with dementia. *JAMA.* 2002;287(16):2090-2097.

30. Mehta KM, Yaffe K, Langa KM, Sands L, Whooley MA, Covinsky KE. Additive effects of cognitive function and depressive symptoms on mortality in elderly community-living adults. *J Gerontol A Biol Sci Med Sci.* 2003;58(5):M461-M467.

31. Ziegler-Graham K, Brookmeyer R, Johnson E, Arrighi HM. Worldwide variation in the doubling time of Alzheimer's disease incidence rates. *Alzheimers Dement.* 2008;4(5):316-323.

32. Jackson JC, Gordon SM, Hart RP, Hopkins RO, Ely EW. The association between delirium and cognitive decline: a review of the empirical literature. *Neuropsychol Rev.* 2004;14(2):87-98.

33. Girard TD, Jackson JC, Pandharipande PP, et al. Delirium as a predictor of long-term cognitive impairment in survivors of critical illness. *Crit Care Med.* 2010;38(7):1513-1520.

34. Saint S, Savel RH, Matthay MA. Enhancing the safety of critically ill patients by reducing urinary and central venous catheter-related infections. *Am J Respir Crit Care Med.* 2002;165(11):1475-1479.

35. Sharshar T, Bastuji-Garin S, Stevens RD, et al; Groupe de Réflexion et d'Etude des Neuromyopathies En Réanimation. Presence and severity of intensive care unit-acquired paresis at time of awakening are associated with increased intensive care unit and hospital mortality. *Crit Care Med.* 2009;37(12):3047-3053.

36. Callahan LA, Supinski GS. Sepsis-induced myopathy. *Crit Care Med.* 2009;37(10)(suppl): S354-S367.

37. Schweickert WD, Hall J. ICU-acquired weakness. *Chest.* 2007;131(5):1541-1549.

38. Needham DM. Mobilizing patients in the intensive care unit: improving neuromuscular weakness and physical function. *JAMA.* 2008;300(14):1685-1690.

39. Schweickert WD, Pohlman MC, Pohlman AS, et al. Early physical and occupational therapy in mechanically ventilated, critically ill patients. *Lancet.* 2009; 373(9678):1874-1882.

40. Kuo H-K, Sorond F, Iloputaife I, Gagnon M, Milberg W, Lipsitz LA. Effect of blood pressure on cognitive functions in elderly persons. *J Gerontol A Biol Sci Med Sci.* 2004;59(11):1191-1194.

41. Langa KM, Foster NL, Larson EB. Mixed dementia: emerging concepts and therapeutic implications. *JAMA.* 2004;292(23):2901-2908.

42. Mikkelsen ME, Lanken PE, Biester R, et al. Conservative fluid strategy is associated with neurocognitive deficits in survivors of acute lung injury. Paper presented at: American Thoracic Society; May 21, 2008; Toronto, ON.

43. Kuo HK, Yen CJ, Chang CH, Kuo CK, Chen JH, Sorond F. Relation of C-reactive protein to stroke, cognitive disorders, and depression in the general population. *Lancet Neurol.* 2005;4(6):371-380.

44. Sprung CL, Peduzzi PN, Shatney CH, et al; The Veterans Administration Systemic Sepsis Cooperative Study Group. Impact of encephalopathy on mortality in the sepsis syndrome. *Crit Care Med.* 1990; 18(8):801-806.

45. Ely EW, Shintani A, Truman B, et al. Delirium as a predictor of mortality in mechanically ventilated patients in the intensive care unit. *JAMA.* 2004;291(14):1753-1762.

46. Iwashyna TJ. Survivorship will be the defining challenge of critical care in the 21st century. *Ann Intern Med.* 2010;153(3):204-205.

47. McConnell S, Stuart EA, Devaney B. The truncation-by-death problem. *Eval Rev.* 2008; 32(2):157-186.

48. Boyd CM, Ricks M, Fried LP, et al. Functional decline and recovery of activities of daily living in hospitalized, disabled older women. *J Am Geriatr Soc.* 2009;57(10):1757-1766.

49. Boyd CM, Xue QL, Guralnik JM, Fried LP. Hospitalization and development of dependence in activities of daily living in a cohort of disabled older women. *J Gerontol A Biol Sci Med Sci.* 2005;60(7):888-893.

50. Covinsky KE, Palmer RM, Fortinsky RH, et al. Loss of independence in activities of daily living in older adults hospitalized with medical illnesses: increased vulnerability with age. *J Am Geriatr Soc.* 2003;51(4):451-458.

51. Plassman BL, Langa KM, Fisher GG, et al. Prevalence of dementia in the United States. *Neuroepidemiology.* 2007;29(1-2):125-132.

©2010 American Medical Association. All rights reserved.

PAR-VASO-0007651

# Goodman & Gilman's

# The Pharmacological Basis of THERAPEUTICS

*eleventh edition*

**McGraw-Hill**
MEDICAL PUBLISHING DIVISION

New York   Chicago   San Francisco   Lisbon   London   Madrid   Mexico City   Milan   New Delhi
San Juan   Seoul   Singapore   Sydney   Toronto

PAR-VASO-0007652

The McGraw·Hill Companies

**GOODMAN AND GILMAN'S**
**THE PHARMACOLOGICAL BASIS OF THERAPEUTICS, 11/E**

Copyright © 2006, 2001, 1996, 1990, 1985, 1980, 1975, 1970, 1965, 1955, 1941 by *The McGraw-Hill Companies*, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1234567890 DOW/DOW 098765

ISBN 0-07-142280-3

Digital Edition Set ISBN: 0-07-146804-8
Digital Edition Jacket ISBN: 0-07-146891-9
Digital Edition Subscription Access Card ISBN: 0-07-146892-7

This book was set in Times Roman and Formata by Silverchair Science + Communications, Inc.
The editors were James F. Shanahan, Janet Foltin, Karen Edmonson, and Regina Y. Brown.
The production manager was Philip Galea.
The illustration manager was Charissa Baker.
The cover designer was Libby Pisacreta.
The indexer was Coughlin Indexing Services.
RR Donnelley was printer and binder.

This book is printed on acid-free paper.

**Library of Congress Cataloging-in-Publication Data**

Goodman & Gilman's the pharmacological basis of therapeutics.-- 11th ed. / editor,
    Laurence L. Brunton ; associate editors, John S. Lazo, Keith L. Parker.
        p. cm.
    Includes index.
    ISBN 0-07-142280-3
      1. Pharmacology. 2. Therapeutics. I. Title: Pharmacological basis of therapeutics. II.
Title: Goodman and Gilman's the pharmacological basis of therapeutics. III. Goodman,
Louis Sanford, 1906- IV. Gilman, Alfred, 1908- V. Brunton, Laurence L. VI. Lazo, John
S. VII. Parker, Keith L.

RM300.G644 2005
615'.7--dc22
                                                    2004063122

Cover illustration: Imposed on the cover is a schematic rendering of the alpha subunit of
the heterotrimeric G protein $G_s$ as determined by x-ray crystallography (Sunahara, R.K.,
Tesmer, J.J.G., Gilman, A.G., and Sprang, S.R., Science vol 278, p 1943–1947, [1997]).
Figure credit to Mark Wall, PhD.

PAR-VASO-0007653

# CONTENTS

Contributors / xi

Consultants to the Editors / xvii

Preface / xxi

Preface to the First Edition / xxiii

## SECTION I

### GENERAL PRINCIPLES
   1

1. Pharmacokinetics and Pharmacodynamics: The Dynamics of Drug Absorption, Distribution, Action, and Elimination / 1
   *Iain L. O. Buxton*

2. Membrane Transporters and Drug Response / 41
   *Kathleen M. Giacomini and Yuichi Sugiyama*

3. Drug Metabolism / 71
   *Frank J. Gonzalez and Robert H. Tukey*

4. Pharmacogenetics / 93
   *Mary V. Relling and Kathleen M. Giacomini*

5. The Science of Drug Therapy / 117
   *John A. Oates*

## SECTION II

### DRUGS ACTING AT SYNAPTIC AND NEUROEFFECTOR JUNCTIONAL SITES
   137

6. Neurotransmission: The Autonomic and Somatic Motor Nervous Systems / 137
   *Thomas C. Westfall and David P. Westfall*

7. Muscarinic Receptor Agonists and Antagonists / 183
   *Joan Heller Brown and Palmer Taylor*

8. Anticholinesterase Agents / 201
   *Palmer Taylor*

9. Agents Acting at the Neuromuscular Junction and Autonomic Ganglia / 217
   *Palmer Taylor*

10. Adrenergic Agonists and Antagonists / 237
    *Thomas C. Westfall and David P. Westfall*

v

11. 5-Hydroxytryptamine (Serotonin): Receptor Agonists
    and Antagonists / 297
    *Elaine Sanders-Bush and Steven E. Mayer*


## SECTION III

### DRUGS ACTING ON THE CENTRAL NERVOUS SYSTEM                                317

12. Neurotransmission and the Central Nervous System / 317
    *Floyd E. Bloom*

13. General Anesthetics / 341
    *Alex S. Evers, C. Michael Crowder, and Jeffrey R. Balser*

14. Local Anesthetics / 369
    *William A. Catterall and Ken Mackie*

15. Therapeutic Gases: Oxygen, Carbon Dioxide, Nitric Oxide, and Helium / 387
    *Brett A. Simon, Eric J. Moody, and Roger A. Johns*

16. Hypnotics and Sedatives / 401
    *Dennis S. Charney, S. John Mihic, and R. Adron Harris*

17. Drug Therapy of Depression and Anxiety Disorders / 429
    *Ross J. Baldessarini*

18. Pharmacotherapy of Psychosis and Mania / 461
    *Ross J. Baldessarini and Frank I. Tarazi*

19. Pharmacotherapy of the Epilepsies / 501
    *James O. McNamara*

20. Treatment of Central Nervous System Degenerative Disorders / 527
    *David G. Standaert and Anne B. Young*

21. Opioid Analgesics / 547
    *Howard B. Gutstein and Huda Akil*

22. Ethanol / 591
    *Michael F. Fleming, S. John Mihic, and R. Adron Harris*

23. Drug Addiction and Drug Abuse / 607
    *Charles P. O'Brien*


## SECTION IV

### AUTACOIDS: DRUG THERAPY OF INFLAMMATION                                   629

24. Histamine, Bradykinin, and Their Antagonists / 629
    *Randal A. Skidgel and Ervin G. Erdös*

25. Lipid-Derived Autacoids: Eicosanoids and Platelet-Activating Factor / 653
    *Emer M. Smyth, Anne Burke, and Garret A. FitzGerald*

26. Analgesic-Antipyretic Agents; Pharmacotherapy of Gout / 671
    *Anne Burke, Emer M. Smyth, and Garret A. FitzGerald*

27. Pharmacotherapy of Asthma / 717
    *Bradley J. Undem*

## SECTION V

### DRUGS AFFECTING RENAL AND CARDIOVASCULAR FUNCTION 737

28. Diuretics / 737
    *Edwin K. Jackson*

29. Vasopressin and Other Agents Affecting the Renal Conservation of Water / 771
    *Edwin K. Jackson*

30. Renin and Angiotensin / 789
    *Edwin K. Jackson*

31. Treatment of Myocardial Ischemia / 823
    *Thomas Michel*

32. Therapy of Hypertension / 845
    *Brian B. Hoffman*

33. Pharmacotherapy of Congestive Heart Failure / 869
    *Thomas P. Rocco and James C. Fang*

34. Antiarrhythmic Drugs / 899
    *Dan M. Roden*

35. Drug Therapy for Hypercholesterolemia and Dyslipidemia / 933
    *Robert W. Mahley and Thomas P. Bersot*

## SECTION VI

### DRUGS AFFECTING GASTROINTESTINAL FUNCTION 967

36. Pharmacotherapy of Gastric Acidity, Peptic Ulcers, and Gastroesophageal
    Reflux Disease / 967
    *Willemijntje A. Hoogerwerf and Pankaj Jay Pasricha*

37. Treatment of Disorders of Bowel Motility and Water Flux; Antiemetics;
    Agents Used in Biliary and Pancreatic Disease / 983
    *Pankaj Jay Pasricha*

38. Pharmacotherapy of Inflammatory Bowel Disease / 1009
    *Joseph H. Sellin and Pankaj Jay Pasricha*

## S E C T I O N   V I I

## CHEMOTHERAPY OF PARASITIC INFECTIONS                        1021

39. Chemotherapy of Protozoal Infections: Malaria / 1021
    *Theresa A. Shapiro and Daniel E. Goldberg*

40. Chemotherapy of Protozoal Infections: Amebiasis, Giardiasis, Trichomoniasis,
    Trypanosomiasis, Leishmaniasis, and Other Protozoal Infections / 1049
    *Margaret A. Phillips and Samuel L. Stanley, Jr.*

41. Chemotherapy of Helminth Infections / 1073
    *Alex Loukas and Peter J. Hotez*

## S E C T I O N   V I I I

## CHEMOTHERAPY OF MICROBIAL DISEASES                          1095

42. General Considerations of Antimicrobial Therapy / 1095
    *Henry F. Chambers*

43. Sulfonamides, Trimethoprim-Sulfamethoxazole, Quinolones, and Agents
    for Urinary Tract Infections / 1111
    *William A. Petri, Jr.*

44. Penicillins, Cephalosporins, and Other $\beta$-Lactam Antibiotics / 1127
    *William A. Petri, Jr.*

45. Aminoglycosides / 1155
    *Henry F. Chambers*

46. Protein Synthesis Inhibitors and Miscellaneous Antibacterial Agents / 1173
    *Henry F. Chambers*

47. Chemotherapy of Tuberculosis, *Mycobacterium avium* Complex Disease,
    and Leprosy / 1203
    *William A. Petri, Jr.*

48. Antifungal Agents / 1225
    *John E. Bennett*

49. Antiviral Agents (Nonretroviral) / 1243
    *Frederick G. Hayden*

50. Antiretroviral Agents and Treatment of HIV Infection / 1273
    *Charles Flexner*

PAR-VASO-0007657

SECTION IX

## CHEMOTHERAPY OF NEOPLASTIC DISEASES                                                    1315

51. Antineoplastic Agents / 1315
    *Bruce A. Chabner, Philip C. Amrein, Brian Druker, M. Dror Michaelson, Constantine S. Mitsiades, Paul E. Goss, David P. Ryan,*
    *Sumant Ramachandra, Paul G. Richardson, Jeffrey G. Supko, and Wyndham H. Wilson*

SECTION X

## IMMUNOMODULATORS                                                                          1405

52. Immunosuppressants, Tolerogens, and Immunostimulants / 1405
    *Alan M. Krensky, Flavio Vincenti, and William M. Bennett*

SECTION XI

## DRUGS ACTING ON THE BLOOD AND THE BLOOD-FORMING ORGANS                                    1433

53. Hematopoietic Agents: Growth Factors, Minerals, and Vitamins / 1433
    *Kenneth Kaushansky and Thomas J. Kipps*

54. Blood Coagulation and Anticoagulant, Thrombolytic, and Antiplatelet Drugs / 1467
    *Philip W. Majerus and Douglas M. Tollefsen*

SECTION XII

## HORMONES AND HORMONE ANTAGONISTS                                                         1489

55. Pituitary Hormones and Their Hypothalamic Releasing Factors / 1489
    *Keith L. Parker and Bernard P. Schimmer*

56. Thyroid and Antithyroid Drugs / 1511
    *Alan P. Farwell and Lewis E. Braverman*

57. Estrogens and Progestins / 1541
    *David S. Loose and George M. Stancel*

58. Androgens / 1573
    *Peter J. Snyder*

59. Adrenocorticotropic Hormone; Adrenocortical Steroids and Their Synthetic Analogs;
    Inhibitors of the Synthesis and Actions of Adrenocortical Hormones / 1587
    *Bernard P. Schimmer and Keith L. Parker*

60. Insulin, Oral Hypoglycemic Agents, and the Pharmacology of the
    Endocrine Pancreas / 1613
    *Stephen N. Davis*

61. Agents Affecting Mineral Ion Homeostasis and Bone Turnover / 1647
    *Peter A. Friedman*

## SECTION XIII

### DERMATOLOGY                                                                              1679

62. Dermatological Pharmacology / 1679
    *Lindy P. Fox, Hans F. Merk, and David R. Bickers*

## SECTION XIV

### OPHTHALMOLOGY                                                                            1707

63. Ocular Pharmacology / 1707
    *Jeffrey D. Henderer and Christopher J. Rapuano*

## SECTION XV

### TOXICOLOGY                                                                               1739

64. Principles of Toxicology and Treatment of Poisoning / 1739
    *Curtis D. Klaassen*

65. Heavy Metals and Heavy-Metal Antagonists / 1753
    *Curtis D. Klaassen*

## APPENDICES

I.  Principles of Prescription Order Writing and Patient Compliance / 1777
    *Iain L. O. Buxton*

II. Design and Optimization of Dosage Regimens; Pharmacokinetic Data / 1787
    *Kenneth E. Thummel, Danny D. Shen, Nina Isoherranen, and Helen E. Smith*

Index / 1889

PAR-VASO-0007659

# VASOPRESSIN AND OTHER AGENTS AFFECTING THE RENAL CONSERVATION OF WATER

*Edwin K. Jackson*

Precise regulation of body fluid osmolality is essential. It is controlled by a finely tuned, intricate homeostatic mechanism that operates by adjusting both the rate of water intake and the rate of solute-free water excretion by the kidneys—*i.e.*, water balance. Abnormalities in this homeostatic system can result from genetic diseases, acquired diseases, or drugs and may cause serious and potentially life-threatening deviations in plasma osmolality. This chapter describes the physiological mechanisms that regulate plasma osmolality, discusses the diseases that perturb those mechanisms, and examines pharmacological approaches for treating disorders of water balance.

Arginine vasopressin (the antidiuretic hormone in human beings) is the main hormone that regulates body fluid osmolality. Many diseases of water homeostasis and many pharmacological strategies for correcting such disorders pertain to vasopressin. Accordingly, this chapter focuses on vasopressin, including (1) chemistry (including the chemistry of vasopressin agonists and antagonists), (2) physiology (including anatomical considerations; the synthesis, transport, and storage of vasopressin; and the regulation of vasopressin secretion), (3) basic pharmacology (including vasopressin receptors and their signal-transduction pathways, renal actions of vasopressin, pharmacological modification of the antidiuretic response to vasopressin, and nonrenal actions of vasopressin), (4) diseases affecting the vasopressin system (diabetes insipidus, syndrome of inappropriate secretion of antidiuretic hormone, and other water-retaining states), and (5) clinical pharmacology of vasopressin peptides (therapeutic uses, pharmacokinetics, toxicities, adverse effects, contraindications, and drug interactions). A small number of other drugs can be used to treat abnormalities of water balance; a discussion of these agents is integrated into the section on diseases affecting the vasopressin system.

## INTRODUCTION TO VASOPRESSIN

Immunoreactive vasopressin occurs in neurons from organisms belonging to the first animal phylum with a nervous system (*e.g., Hydra attenuata*), and vasopressinlike peptides have been isolated and characterized from both mammalian and nonmammalian vertebrates, as well as from invertebrates (Table 29–1). Genes encoding vasopressinlike peptides probably evolved more than 700 million years ago.

With the emergence of life on land, vasopressin became the mediator of a remarkable regulatory system for the conservation of water. The hormone is released by the posterior pituitary whenever water deprivation causes an increased plasma osmolality or whenever the cardiovascular system is challenged by hypovolemia and/or hypotension. In amphibians, the target organs for vasopressin are skin and the urinary bladder, whereas in other vertebrates, including humans, vasopressin acts primarily in the renal collecting duct. In each of these target tissues, vasopressin increases the permeability of the cell membrane to water, thus permitting water to move passively down an osmotic gradient across skin, bladder, or collecting duct into the extracellular compartment.

In view of the long evolutionary history of vasopressin, it is not surprising that vasopressin acts at sites in the nephron other than the collecting duct and on tissues other than the kidney. Vasopressin is a potent vasopressor; indeed, its name was chosen originally in recognition of this vasoconstrictor action. Vasopressin is a neurotransmitter; among its

PAR-VASO-0007660

**Table 29–1**
*Vasopressin Receptor Agonists*



## I. NATURALLY OCCURRING VASOPRESSIN-LIKE PEPTIDES

| | A | W | X | Y | Z |
|---|---|---|---|---|---|
| A. *Vertebrates* | | | | | |
| 1. Mammals | | | | | |
| Arginine vasopressin* (AVP) (human beings and other mammals) | $NH_2$ | Tyr | Phe | Gln | Arg |
| Lypressin* (pigs, marsupials) | $NH_2$ | Tyr | Phe | Gln | Lys |
| Phenypressin (macropodids) | $NH_2$ | Phe | Phe | Gln | Arg |
| 2. Nonmammalian vertebrates | | | | | |
| Vasotocin | $NH_2$ | Tyr | Ile | Gln | Arg |
| B. *Invertebrates* | | | | | |
| 1. Arginine conopressin *(Conus striatus)* | $NH_2$ | Ile | Ile | Arg | Arg |
| 2. Lysine conopressin *(Conus geographicus)* | $NH_2$ | Phe | Ile | Arg | Lys |
| 3. Locust subesophageal ganglia peptide | $NH_2$ | Leu | Ile | Thr | Arg |

## II. SYNTHETIC VASOPRESSIN PEPTIDES

| | A | W | X | Y | Z |
|---|---|---|---|---|---|
| A. $V_1$-*selective agonists* | | | | | |
| 1. $V_{1a}$-Selective Agonist [Phe², Ile³, Orn⁸]AVP | $NH_2$ | Phe | Ile | Gln | Orn |
| 2. $V_{1b}$-Selective Agonist Deamino [D-3-(3′-pyridyl)-Ala²]AVP | H | D-3-(3′-pyridyl)-Ala² | Phe | Gln | Arg |
| B. $V_2$-*selective agonists* | | | | | |
| 1. Desmopressin* (DDAVP) | H | Tyr | Phe | Gln | D-Arg |
| 2. Deamino[Val⁴, D-Arg⁸]AVP | H | Tyr | Phe | Val | D-Arg |

## III. NONPEPTIDE AGONIST

A. *OPC-51803*



*Available for clinical use.

actions in the central nervous system (CNS) are apparent roles in the secretion of adrenocorticotropic hormone (ACTH) and in the regulation of the cardiovascular system, temperature, and other visceral functions. Vasopressin also promotes the release of coagulation factors by the vascular endothelium and increases platelet aggregability; therefore, it may play a role in hemostasis.

## PHYSIOLOGY OF VASOPRESSIN

**Anatomy.** The antidiuretic mechanism in mammals involves two anatomical components: a CNS component for the synthesis, transport, storage, and release of vasopressin and a renal collecting-duct system composed of epithelial cells that respond to vasopressin by increasing their permeability to water. The CNS component of the

**Figure 29–1.** *Processing of the 168–amino acid human 8-arginine vasopressin (AVP) preprohormone to AVP, vasopressin (VP)–neurophysin, and VP–glycopeptide.* At least 40 mutations in the single gene on chromosome 20 that encodes AVP preprohormone give rise to central diabetes insipidus. *Boxes indicate mutations leading to central diabetes insipidus.

antidiuretic mechanism is called the *hypothalamiconeurohypophyseal system* and consists of neurosecretory neurons with perikarya located predominantly in two specific hypothalamic nuclei, the supraoptic nucleus (SON) and the paraventricular nucleus (PVN). The long axons of magnocellular neurons in the SON and PVN transverse the external zone of the median eminence to terminate in the neural lobe of the posterior pituitary (neurohypophysis), where they release vasopressin and oxytocin. In addition, axons of parvicellular neurons project to the external zone of the median eminence and release vasopressin directly into the pituitary portal circulation. The relevant anatomy of the renal collecting-duct system is described in Chapter 28.

*Synthesis.* Vasopressin and oxytocin are synthesized mainly in the perikarya of magnocellular neurons in the SON and PVN; the two hormones are synthesized predominantly in separate neurons. Parvicellular neurons in the PVN also synthesize vasopressin. Vasopressin synthesis appears to be regulated solely at the transcriptional level. In human beings, a 168–amino acid preprohormone (Figure 29–1) is synthesized, and a signal peptide (residues –23 to' –1) ensures incorporation of the nascent polypeptide into ribosomes. During synthesis, the signal peptide is removed to form the vasopressin prohormone, which then is processed and incorporated into the Golgi compartment and then into membrane-associated granules. The prohormone contains three domains: vasopressin (residues 1 to 9), vasopressin (VP)–neurophysin (residues 13 to 105), and VP–glycopeptide (residues 107 to 145). The vasopressin domain is linked to the VP–neurophysin domain through a glycine–lysine–arginine–processing signal, and the VP–neurophysin is linked to the VP–glycopeptide domain by an arginine-processing signal. In the secretory granules, an endopeptidase, exopeptidase, monooxygenase,

and lyase act sequentially on the prohormone to produce vasopressin, VP–neurophysin (sometimes referred to as *neurophysin II* or *MSEL–neurophysin*), and VP–glycopeptide (sometimes called *copeptin*). The synthesis and transport of vasopressin depend on the conformation of the preprohormone. In particular, VP–neurophysin binds vasopressin and is critical to the correct processing, transport, and storage of vasopressin. Genetic mutations in either the signal peptide or VP–neurophysin give rise to central diabetes insipidus.

**Transport and Storage.** The process of axonal transport of vasopressin- and oxytocin-containing granules is rapid, and these hormone-laden granules arrive at their destinations within 30 minutes, ready for release by exocytosis when the magnocellular or parvicellular neurons are stimulated appropriately.

Maximal release of vasopressin occurs when impulse frequency is approximately 12 spikes per second for 20 seconds. Higher frequencies or longer periods of stimulation lead to diminished hormone release (fatigue). Appropriately, vasopressin-releasing cells demonstrate an atypical pattern of spike activity characterized by rapid phasic bursts (5 to 12 spikes per second for 15 to 60 seconds) separated by quiescent periods (15 to 60 seconds in duration). This pattern is orchestrated by activation and inactivation of ion channels in the magnocellular neurons and provides for optimal release of vasopressin.

**Vasopressin Synthesis Outside the CNS.** Vasopressin also is synthesized by the heart (Hupf *et al.*, 1999) and adrenal gland (Guillon *et al.*, 1998). In the heart, elevated wall stress increases vasopressin synthesis severalfold. Cardiac synthesis of vasopressin is predominantly vascular and perivascular and may contribute to impaired ventricular relaxation and coronary vasoconstriction. Vasopressin



**Figure 29–2.** *A.* The relationship between plasma osmolality and plasma vasopressin levels. Plasma osmolality associated with thirst is indicated by arrow. *B.* The relationship between plasma vasopressin levels and urine osmolality. (From Robertson *et al.*, 1977, and Kovacs and Robertson, 1992, with permission.)

synthesis in the adrenal medulla stimulates catecholamine secretion from chromaffin cells and may promote adrenal cortical growth and stimulate aldosterone synthesis.

### Regulation of Vasopressin Secretion.

An increase in plasma osmolality is the principal physiological stimulus for vasopressin secretion by the posterior pituitary (Bankir, 2001). Severe hypovolemia/hypotension also is a powerful stimulus for vasopressin release. In addition, pain, nausea, and hypoxia can stimulate vasopressin secretion, and several endogenous hormones and pharmacological agents can modify vasopressin release.

*Hyperosmolality.* The relationship between plasma osmolality and plasma vasopressin concentration is shown in Figure 29–2A, and the relationship between plasma vasopressin levels and urine osmolality is illustrated in Figure 29–2B. The osmolality threshold for secretion is approximately 280 mOsm/kg. Below the threshold, vasopressin is barely detectable in plasma, and above the threshold, vasopressin levels are a steep and relatively linear function of plasma osmolality. A small increase in plasma osmolality leads to enhanced vasopressin secretion. Indeed, a 2% elevation in plasma osmolality causes a two- to three-fold increase in plasma vasopressin levels, which, in turn, causes increased solute-free water reabsorption, with an increase in urine osmolality. Increases in plasma osmolality above 290 mOsm/kg lead to an intense desire for water (thirst). Thus the vasopressin system affords the organism longer thirst-free periods and, in the event that water is unavailable, allows the organism to survive longer periods of water deprivation. It is important to point out, however,

that above a plasma osmolality of approximately 290 mOsm/kg, plasma levels of vasopressin exceed 5 p*M*. Since urinary concentration is maximal (about 1200 mOsm/kg) when vasopressin levels exceed 5 p*M*, further defense against hypertonicity depends entirely on water intake rather than on decreases in water loss.

Several CNS structures are involved in osmotic stimulation of vasopressin release by the posterior pituitary; these structures are collectively referred to as the *osmoreceptive complex.* Although magnocellular neurons in the SON and PVN are osmosensitive, afferent inputs from other components of the osmoreceptive complex are required for a normal vasopressin response. The SON and PVN receive projections from the subfornical organ (SFO) and the organum vasculosum of the lamina terminalis (OVLT) either directly or indirectly *via* the median preoptic nucleus (MnPO). Subgroups of neurons in the SFO, OVLT, and MnPO are either osmoreceptors or osmoresponders (*i.e.,* are stimulated by osmoreceptive neurons located at other sites). Thus a web of interconnecting neurons contributes to osmotically induced vasopressin secretion.

Aquaporin 4, a water-selective channel, is associated with CNS structures involved in osmoregulation and may confer osmosensitivity. In the CNS, aquaporin 4 resides on glial and ependymal cells rather than on neurons, suggesting that osmotic status may be communicated to the neuronal cell by a glial–neuron interaction (Wells, 1998).

*Hepatic Portal Osmoreceptors.* An oral salt load activates hepatic portal osmoreceptors leading to increased vasopressin release. This mechanism augments plasma

PAR-VASO-0007663

vasopressin levels even before the oral salt load increases plasma osmolality (Stricker *et al.*, 2002).

***Hypovolemia and Hypotension.*** Vasopressin secretion also is regulated hemodynamically by changes in effective blood volume and/or arterial blood pressure (Robertson, 1992). Regardless of the cause (*e.g.*, hemorrhage, sodium depletion, diuretics, heart failure, hepatic cirrhosis with ascites, adrenal insufficiency, or hypotensive drugs), reductions in effective blood volume and/or arterial blood pressure may be associated with high circulating concentrations of vasopressin. However, unlike osmoregulation, hemodynamic regulation of vasopressin secretion is exponential; *i.e.*, small decreases (5% to 10%) in blood volume and/or pressure have little effect on vasopressin secretion, whereas larger decreases (20% to 30%) can increase vasopressin levels to 20 to 30 times normal levels (exceeding the concentration of vasopressin required to induce maximal antidiuresis). Vasopressin is one of the most potent vasoconstrictors known, and the vasopressin response to hypovolemia or hypotension serves as a mechanism to stave off cardiovascular collapse during periods of severe blood loss and/or hypotension. Hemodynamic regulation of vasopressin secretion does not disrupt osmotic regulation; rather, hypovolemia/hypotension alters the set point and slope of the plasma osmolality–plasma vasopressin relationship (Figure 29–3).

The neuronal pathways that mediate hemodynamic regulation of vasopressin release are different from those involved in osmoregulation. Baroreceptors in the left atrium, left ventricle, and pulmonary veins sense blood volume (filling pressures), and baroreceptors in the carotid sinus and aorta monitor arterial blood pressure. Nerve impulses reach brainstem nuclei predominantly through the vagal trunk and glossopharyngeal nerve; these signals are relayed to the solitary tract nucleus, then to the $A_1$-noradrenergic cell group in the caudal ventrolateral medulla, and finally to the SON and PVN.

***Hormones and Neurotransmitters.*** Vasopressin-synthesizing magnocellular neurons have a large array of receptors on both perikarya and nerve terminals; therefore, vasopressin release can be accentuated or attenuated by chemical agents acting at both ends of the magnocellular neuron. Also, hormones and neurotransmitters can modulate vasopressin secretion by stimulating or inhibiting neurons in nuclei that project, either directly or indirectly, to the SON and PVN. Because of these complexities, the results of any given investigation may depend critically on the route of administration of the agent and on the experimental paradigm. In many cases, the precise mechanism by which a given agent modulates vasopressin secretion is either unknown or controversial, and the physiological relevance of modulation of vasopressin secretion by most hormones and neurotransmitters is unclear.

Nonetheless, several agents are known to stimulate vasopressin secretion, including acetylcholine (*via* nicotinic receptors), histamine (*via* $H_1$ receptors), dopamine (*via* both $D_1$ and $D_2$ receptors), glutamine, aspartate, cholecystokinin, neuropeptide Y, substance P, vasoactive intestinal polypeptide, prostaglandins, and angiotensin II. Inhibitors of vasopressin secretion include atrial natriuretic peptide, γ-aminobutyric acid, and opioids (particularly dynorphin *via* κ receptors). The affects of angiotensin II have received the most attention. Angiotensin II, applied directly to magnocellular neurons in the SON and PVN, increases neuronal excitability; when applied to the MnPO, angiotensin II indirectly stimulates magnocellular neurons in the SON and PVN. In addition, angiotensin II stimulates angiotensin-sensitive neurons in the OVLT and SFO (circumventricular nuclei lacking a blood–brain barrier) that project to the SON/PVN. Thus angiotensin II synthesized in the brain and circulating angiotensin may stimulate vasopressin release. Inhibition of the conversion of angiotensin II to angiotensin III blocks angiotensin II–induced vasopressin release, suggesting that angiotensin III is the main effector peptide of the brain renin–angiotensin system controlling vasopressin release (Reaux *et al.*, 2001).

***Pharmacological Agents.*** A number of drugs alter urine osmolality by stimulating or inhibiting the secretion of vasopressin. In some cases the mechanism by which a drug alters vasopressin secretion involves direct effects on one or more CNS structures that regulate vasopressin secretion. In other cases vasopressin secretion is altered indirectly by the effects of a drug on blood volume, arterial blood pressure, pain, or nausea. In most cases the mechanism is not known. Stimulators of vasopressin secretion include vincristine, cyclophosphamide, tricyclic antidepressants, nicotine, epinephrine, and high doses of morphine. Lithium, which inhibits the renal effects of vasopressin, also enhances vasopressin secretion. Inhibitors of vasopressin secretion include ethanol, phenytoin, low doses of morphine, glucocorticoids, fluphenazine, haloperidol, promethazine, oxilorphan, and butorphanol. Carbamazepine has a renal action to produce antidiuresis in patients with central diabetes insipidus but actually inhibits vasopressin secretion *via* a central action.

## BASIC PHARMACOLOGY OF VASOPRESSIN

***Vasopressin Receptors.*** The cellular effects of vasopressin are mediated mainly by interactions of the hormone with the three types of receptors, $V_{1a}$, $V_{1b}$, and $V_2$. The $V_{1a}$ receptor is the most widespread subtype of vasopressin receptor; it is found in vascular smooth muscle, the adrenal gland, myometrium, the bladder, adipocytes, hepatocytes, platelets, renal medullary interstitial cells, vasa recta in the renal microcirculation, epithelial cells in the



***Figure 29–3.*** *Interactions between osmolality and hypovolemia/hypotension.* Numbers in circles refer to percentage increase (+) or decrease (−) in blood volume or arterial blood pressure. N indicates normal blood volume/blood pressure. (From Robertson, 1992, with permission.)

PAR-VASO-0007664



**Figure 29–4.**  *Mechanism of $V_1$ receptor–effector coupling.* Binding of 8-arginine vasopressin (AVP) to $V_1$ vasopressin receptors ($V_1$) stimulates several membrane-bound phospholipases. Stimulation of the $G_q$–PLC–$\beta$ pathway results in $IP_3$ formation, mobilization of intracellular $Ca^{2+}$, and activation of PKC. Activation of $V_1$ receptors also causes influx of extracellular $Ca^{2+}$ by an unknown (?) mechanism. PKC and $Ca^{2+}$/calmodulin–activated protein kinases phosphorylate cell-type-specific proteins leading to cellular responses. A further component of the AVP response derives from the production of eicosanoids secondary to the activation of $PLA_2$; the resulting mobilization of arachidonic acid (AA) provides substrate for eicosanoid synthesis *via* the cyclooxygenase (COX) and lipoxygenase (LOX) pathways, leading to local production of prostaglandins (PG), thromboxanes (TX), and leukotrienes (LT), which may activate a variety of signaling pathways, including those linked to $G_S$ and $G_q$. Biological effects mediated by the $V_1$ receptor include vasoconstriction, glycogenolysis, platelet aggregation, ACTH release, and growth of vascular smooth muscle cells. The effects of vasopressin on cell growth involve transcriptional regulation *via* the FOS/JUN AP-1 transcription complex.

renal cortical collecting-duct, spleen, testis, and many CNS structures. $V_{1b}$ receptors have a more limited distribution and are found in the anterior pituitary, several brain regions, the pancreas, and the adrenal medulla. $V_2$ receptors are located predominantly in principal cells of the renal collecting-duct system but also are present on epithelial cells in the thick ascending limb and on vascular endothelial cells. Although originally defined by pharmacological criteria, vasopressin receptors now are defined by their primary amino acid sequences. The cloned vasopressin receptors are typical heptahelical G protein–coupled receptors. Manning and coworkers (1999) have synthesized novel hypotensive vasopressin peptide agonists that do not interact with $V_{1a}$, $V_{1b}$, or $V_2$ receptors and may stimulate a putative vasopressin vasodilatory receptor.

Finally, two additional putative receptors for vasopressin have been cloned. A vasopressin-activated $Ca^{2+}$-mobilizing receptor with one transmembrane domain binds vasopressin and increases intracellular $Ca^{2+}$ (Serradeil-Le Gal *et al.*, 2002b). A dual angiotensin II–vasopressin heptahelical receptor activates adenylyl cyclase in response to both angiotensin II and vasopressin (Serradeil-Le Gal *et al.*, 2002b). The physiological roles of these putative vasopressin receptors are unclear.

**$V_1$ Receptor–Effector Coupling.**  Figure 29–4 summarizes the current model of $V_1$ receptor–effector coupling. Vasopressin binding to $V_1$ receptors activates the $G_q$–PLC pathway, thereby increasing the generation of $IP_3$ and diacylglycerol (*see* Chapter 1 for further discussion of these signal-transduction pathways). These mediators, in turn, increase the intracellular $Ca^{2+}$ concentration and activate pro-

PAR-VASO-0007665

tein kinase C, ultimately causing biological effects that include immediate responses (*e.g.*, vasoconstriction, glycogenolysis, platelet aggregation, and ACTH release) and growth of smooth muscle cells. This mitogenic effect involves activation of the AP-1 transcription factor and its c-fos and c-jun subunits. Other effects of $V_1$-receptor activation may be mediated by stimulation of small G proteins, activation of PLD and PLA$_2$, and activation of $V_1$-sensitive Ca$^{2+}$ influx. Some effects of $V_1$-receptor activation are secondary to synthesis of prostaglandins and epoxyeicosatrienoic acids, which act through the eicosanoid receptors (*see* Chapter 25).

**$V_2$ Receptor–Effector Coupling.** Principal cells in the renal collecting duct have $V_2$ receptors on their basolateral membrane that couple to $G_S$ to stimulate adenylyl cyclase activity (Figure 29–5) when vasopressin binds to $V_2$ receptors. The resulting increase in the cellular cyclic AMP content and protein kinase A (PKA) activity triggers an increased rate of insertion of water channel–containing vesicles (WCVs) into the apical membrane and a decreased rate of endocytosis of WCVs from the apical membrane (Snyder *et al.*, 1992). The distribution of WCVs between the cytosolic compartment and the apical membrane compartment is thus shifted in favor of the apical membrane compartment (Nielsen *et al.*, 1999). Because WCVs contain preformed functional water channels (aquaporin 2), their net shift into apical membranes in response to $V_2$-receptor stimulation greatly increases the water permeability of the apical membrane.

Aquaporins are a family of water channel proteins that allow water molecules to cross biological membranes (Marples *et al.*, 1999; Nielsen *et al.*, 2001; Agre and Konzo, 2003). Aquaporins have six membrane domains connected by five loops (A to E; Figure 29–6). Loops B and E dip into the cell membrane, and the asparagine–proline–alanine sequences in each B and E loop interact to form a water pore. Aquaporins generally form tetramers in cell membranes. Of the 10 cloned mammalian aquaporins, at least 7 are found in the kidney. Aquaporin 1 is present in the apical and basolateral membrane of the proximal tubule and in the thin descending limb. Aquaporin 2 resides in the apical membrane and WCVs of the collecting-duct principal cells, whereas aquaporins 3 and 4 are present in the basolateral membrane of principal cells. Aquaporin 7 is in the apical brush border of the straight proximal tubule. Aquaporins 6 and 8 are located intracellulary in the collecting-duct principal cells. Aquaporin 2, the water channel in WCVs, is phosphorylated on serine 256 by PKA, ultimately leading to vasopressin-induced insertion of WCVs into apical membranes (Nishimoto *et al.*, 1999). PKA is targeted to WCVs by specific anchoring proteins (Klusmann and Rosenthal, 2001). In addition to increasing the insertion of aquaporin 2 into apical membranes in collecting-duct principal cells, vasopressin also increases the expression of aquaporin 2 mRNA and protein (Marples *et al.*, 1999), largely mediated by increased phosphorylation of the cyclic AMP–response element–binding protein (CREB) and increased transcription of the gene encoding aquaporin 2. Thus chronic dehydration leads to long-term up-regulation of aquaporin 2 and water transport in the collecting duct.

For maximum concentration of urine, large amounts of urea must be deposited in the interstitium of the inner medullary collecting duct. It is not surprising, therefore, that $V_2$-receptor activation also increases urea permeability by 400% in the terminal portions of the inner medullary collecting duct. The $V_2$ receptors increase urea permeability by activating a vasopressin-regulated urea transporter (termed *VRUT, UT1,* or *UT-A1*), most likely by PKA-induced phosphorylation (Sands, 2003). The kinetics of vasopressin-induced water and urea permeability differ, and vasopressin-induced regula-

## $V_2$ RECEPTOR-EFFECTOR COUPLING



**Figure 29–5.** *Mechanism of $V_2$ receptor–effector coupling.* Binding of vasopressin (AVP) to the $V_2$ receptor activates the $G_S$–adenylyl cyclase–cAMP–PKA pathway and shifts the balance of aquaporin 2 trafficking toward the apical membrane of the principal cell of the collecting duct, thus enhancing water permeability. Although phosphorylation of serine 256 of aquaporin 2 is involved in $V_2$ receptor signaling, other proteins located both in the water channel–containing vesicles and the apical membrane of the cytoplasm also may be involved.

tion of VRUT does not entail vesicular trafficking to the plasma membrane (Inoue *et al.*, 1999).

In addition to increasing the water permeability of the collecting duct and the urea permeability of the inner medullary collecting duct, $V_2$-receptor activation also increases Na$^+$ transport in the thick ascending limb and collecting duct. Increased Na$^+$ transport in the thick ascending limb is mediated by three mechanisms that affect the Na$^+$–K$^+$–2Cl$^-$ symporter, *i.e.*, rapid phosphorylation of the sym-

PAR-VASO-0007666



**Figure 29–6.** *Structure of aquaporins.* Aquaporins have six transmembrane domains, and the $NH_2$ and COOH termini are intracellular. Loops B and E each contain an asparagine–proline–alanine (NPA) sequence. Aquaporins fold with transmembrane domains 1, 2, and 6 in close proximity and transmembrane domains 3, 4 and 5 in juxtaposition. The long B and E loops dip into the membrane, and the NPA sequences align to create a pore through which water can diffuse. Most likely aquaporins form a tetrameric oligomer. At least seven aquaporins are expressed at distinct sites in the kidney. Aquaporin 1, abundant in the proximal tubule and descending thin limb, is essential for concentration of urine. Aquaporin 2, exclusively expressed in the principal cells of the connecting tubule and collecting duct, is the major vasopressin-regulated water channel. Aquaporin 3 and aquaporin 4 are expressed in the basolateral membranes of collecting-duct principal cells and provide exit pathways for water reabsorbed apically *via* aquaporin 2. Aquaporins 6 to 8 are also expressed in kidney; their functions remain to be clarified. Vasopressin regulates water permeability of the collecting duct by influencing the trafficking of aquaporin 2 from intracellular vesicles to the apical plasma membrane. Binding of AVP to $V_2$ receptors activates the $G_s$-adenylyl cyclase–cAMP–PKA pathway, leading to phosphorylation of ser256 on aquaporin 2. Phosphorylation (of three of the four monomers) promotes insertion of the tetramers into the apical membrane, increasing permeability to water. PKA also mediates longer-term regulation of the transcription of the aquaporin 2 gene, thereby promoting aquaporin 2 synthesis. For details, *see* text and Nielsen *et al.*, 2001.



**Figure 29–7.** *Mechanisms by which vasopressin increases the renal conservation of water.* IMCD, inner medullary collecting duct; TAL, thick ascending limb; VRUT, vasopressin-regulated urea transporter. Thick and thin arrows denote major and minor pathways, respectively.

porter, translocation of the symporter into the luminal membrane, and increased expression of symporter protein (Ecelbarger *et al.*, 2001; Giménez and Forbush, 2003). Enhanced $Na^+$ transport in the collecting duct is mediated by increased expression of subunits of the epithelial sodium channel (Ecelbarger *et al.*, 2001). The multiple

mechanisms by which vasopressin increases water reabsorption are summarized in Figure 29–7.

### Renal Actions of Vasopressin.

Several sites of vasopressin action in the kidney involve both $V_1$ and $V_2$ receptors (Bankir, 2001). $V_1$ receptors mediate contraction of mesangial cells in the glomerulus and contraction of vascular smooth muscle cells in the vasa recta and efferent arteriole. Indeed, $V_1$-receptor-mediated reduction of inner medullary blood flow contributes to the maximum concentrating capacity of the kidney (Franchini and Cowley, 1996) (Figure 29–7). $V_1$ receptors also stimulate prostaglandin synthesis by medullary interstitial cells. Since prostaglandin $E_2$ inhibits adenylyl cyclase in the collecting duct, stimulation of prostaglandin synthesis by $V_1$ receptors may counterbalance $V_2$-receptor-mediated antidiuresis. $V_1$ receptors on principal cells in the cortical collecting duct may inhibit $V_2$-receptor-mediated water flux *via* activation of protein

PAR-VASO-0007667

kinase C (PKC). $V_2$ receptors mediate the most prominent response to vasopressin, *i.e.,* increased water permeability of the collecting duct. Indeed, vasopressin can increase water permeability in the collecting duct at concentrations as low as 50 f$M$. Thus $V_2$-receptor-mediated effects of vasopressin occur at concentrations far lower than are required to engage $V_1$-receptor-mediated actions. This differential sensitivity may not be due to differences in receptor affinities because cloned rat $V_{1a}$ and $V_2$ receptors have similar affinities for vasopressin ($K_d$ = 0.7 and 0.4 n$M$, respectively) but rather may be due to differential amplification of their signal-transduction pathways.

The collecting-duct system is critical for water conservation. By the time tubular fluid arrives at the cortical collecting duct, it has been rendered hypotonic by the upstream diluting segments of the nephron that reabsorb NaCl without reabsorbing water. In the well-hydrated subject, plasma osmolality is in the normal range, concentrations of vasopressin are low, the entire collecting duct is relatively impermeable to water, and the urine is dilute. Under conditions of dehydration, plasma osmolality is increased, concentrations of vasopressin are elevated, and the collecting duct becomes permeable to water. The osmotic gradient between the dilute tubular urine and the hypertonic renal interstitial fluid (which becomes progressively more hypertonic in deeper regions of the renal medulla) provides for the osmotic flux of water out of the collecting duct. The final osmolality of urine may be as high as 1200 mOsm/kg in human beings, and a significant saving of solute-free water thus is possible.

Other renal actions mediated by $V_2$ receptors include increased urea transport in the inner medullary collecting duct and increased Na$^+$ transport in the thick ascending limb; both effects contribute to the urine-concentrating ability of the kidney (Figure 29–7). $V_2$ receptors also increase Na$^+$ transport in the cortical collecting duct (Ecelbarger *et al.,* 2001), and this may synergize with aldosterone to enhance Na$^+$ reabsorption during hypovolemia.

### *Pharmacological Modification of the Antidiuretic Response to Vasopressin.* 

*Nonsteroidal antiinflammatory drugs* (NSAIDs) (*see* Chapter 26), particularly *indomethacin*, enhance the antidiuretic response to vasopressin. Since prostaglandins attenuate antidiuretic responses to vasopressin and NSAIDs inhibit prostaglandin synthesis, reduced prostaglandin production probably accounts for the potentiation of vasopressin's antidiuretic response. *Carbamazepine* and *chlorpropamide* also enhance the antidiuretic effects of vasopressin by unknown mechanisms. In rare instances, chlorpropamide can induce water intoxication.

A number of drugs inhibit the antidiuretic actions of vasopressin. *Lithium* is of particular importance because of its use in the treatment of manic–depressive disorders. Lithium-induced polyuria is usually, but not always, reversible. Acutely, lithium appears to reduce $V_2$-receptor-mediated stimulation of adenylyl cyclase. Also, lithium increases plasma levels of parathyroid hormone, a partial antagonist to vasopressin. In most patients, the antibiotic *demeclocycline* attenuates the antidiuretic effects of vasopressin, probably owing to decreased accumulation and action of cyclic AMP.

**Nonrenal Actions of Vasopressin.** Vasopressin and related peptides are ancient hormones in evolutionary terms, and they are found in species that do not concentrate urine. Thus it is not surprising that vasopressin has nonrenal actions in mammals.

*Cardiovascular System.* The cardiovascular effects of vasopressin are complex, and vasopressin's role in physiological situations is ill-defined. Vasopressin is a potent vasoconstrictor ($V_1$-receptor-mediated), and resistance vessels throughout the circulation may be affected. Vascular smooth muscle in the skin, skeletal muscle, fat, pancreas, and thyroid gland appear most sensitive, with significant vasoconstriction also occurring in the gastrointestinal tract, coronary vessels, and brain. Despite the potency of vasopressin as a direct vasoconstrictor, vasopressin-induced pressor responses *in vivo* are minimal and occur only with vasopressin concentrations significantly higher than those required for maximal antidiuresis. To a large extent, this is due to circulating vasopressin actions on $V_1$ receptors to inhibit sympathetic efferents and potentiate baroreflexes. In addition, $V_2$ receptors cause vasodilation in some blood vessels.

A large body of data supports the conclusion that vasopressin helps to maintain arterial blood pressure during episodes of severe hypovolemia/hypotension. At present, there is no convincing evidence for a role of vasopressin in essential hypertension in human beings (Kawano *et al.,* 1997).

The effects of vasopressin on the heart (reduced cardiac output and heart rate) are largely indirect and result from coronary vasoconstriction, decreased coronary blood flow, and alterations in vagal and sympathetic tone. In humans, the effects of vasopressin on coronary blood flow can be demonstrated easily, especially if large doses are employed. The cardiac actions of the hormone are of more than academic interest. Some patients with coronary insufficiency experience angina even in response to the relatively small amounts of vasopressin required to control diabetes insipidus, and vasopressin-induced myocardial ischemia has led to severe reactions and even death.

*Central Nervous System (CNS).* It is likely that vasopressin plays a role as a neurotransmitter and/or neuromodulator. Vasopressin may participate in the acquisition of certain learned behaviors (Dantzer and Bluthé, 1993), in the development of some complex social processes (Young *et al.,* 1998), and in the pathogenesis of specific psychiatric diseases such as depression (Scott and Dinan, 2002). However, the physiological/pathophysiological relevance of these findings is controversial, and some of the actions of vasopressin on memory and learned behavior may be due to visceral autonomic effects. Many studies support a physiological role for vasopressin as a naturally occurring antipyretic factor (Cridland and Kasting, 1992). Although vasopressin can modulate CNS autonomic systems controlling heart rate, arterial blood pressure, respiration rate, and sleep patterns, the

**PAR-VASO-0007668**

physiological significance of these actions is unclear. Finally, secretion of ACTH is enhanced by vasopressin released from parvicellular neurons in the PVN and secreted into the pituitary portal capillaries from axon terminals in the median eminence. Although vasopressin is not the principal corticotropin-releasing factor, vasopressin may provide for sustained activation of the hypothalamic–pituitary–adrenal axis during chronic stress (Aguilera and Rabadan-Diehl, 2000) (*see* Chapter 59). The CNS effects of vasopressin appear to be mediated predominantly by $V_1$ receptors.

*Blood Coagulation.* Activation of $V_2$ receptors by desmopressin or vasopressin increases circulating levels of procoagulant factor VIII and of von Willebrand factor. These effects are mediated by extrarenal $V_2$ receptors (Bernat *et al.,* 1997). Presumably, vasopressin stimulates the secretion of von Willebrand factor and of factor VIII from storage sites in vascular endothelium. However, since release of von Willebrand factor does not occur when desmopressin is applied directly to cultured endothelial cells or to isolated blood vessels, intermediate factors are likely to be involved.

**Other Nonrenal Effects of Vasopressin.** At high concentrations, vasopressin stimulates contraction of smooth muscle in the uterus (*via* oxytocin receptors) and gastrointestinal tract (*via* $V_1$ receptors). Vasopressin is stored in platelets, and activation of $V_1$ receptors stimulates platelet aggregation. Also, activation of $V_1$ receptors on hepatocytes stimulates glycogenolysis. The physiological significance of these effects of vasopressin in not known.

## VASOPRESSIN RECEPTOR AGONISTS AND ANTAGONISTS

A number of vasopressinlike peptides occur naturally (Table 29–1). All are nonapeptides, contain cysteine residues in positions 1 and 6, have an intramolecular disulfide bridge between the two cysteine residues (essential for agonist activity), have additional conserved amino acids in positions 5, 7, and 9 (asparagine, proline, and glycine, respectively), contain a basic amino acid in position 8, and are amidated on the carboxyl terminus. In all mammals except swine, the neurohypophyseal peptide is 8-arginine vasopressin, and the terms *vasopressin, arginine vasopressin* (AVP), and *antidiuretic hormone* (ADH) are used interchangeably. The chemical structure of *oxytocin* is closely related to that of vasopressin: Oxytocin is [Ile³, Leu⁸]AVP. As discussed further in Chapter 55, oxytocin binds to specific oxytocin receptors on myoepithelial cells in the mammary gland and on smooth muscle cells in the uterus, causing milk ejection and uterine contraction, respectively. Inasmuch as vasopressin and oxytocin are structurally similar, it is not surprising that vasopressin and oxytocin agonists and antagonists can bind to each other's receptors. Therefore, most of the available peptide vasopressin agonists and antagonists have some affinity for oxytocin receptors; at high doses, they may block or mimic the effects of oxytocin.

Many vasopressin analogues were synthesized with the goal of increasing duration of action and selectivity for vasopressin receptor subtypes ($V_1$ *versus* $V_2$ vasopressin receptors, which mediate pressor responses and antidiuretic responses, respectively). Deamination at position 1 increases duration of action and increases antidiuretic activity without increasing vasopressor activity. Substitution of D-arginine for L-arginine greatly reduces vasopressor activity without reducing antidiuretic activity. Thus the antidiuretic-to-vasopressor ratio for 1-deamino-8-D-arginine vasopressin (Table 29–1), also called *desmopressin* (DDAVP) is approximately 3000 times greater than that for vasopressin, and desmopressin now is the preferred drug for the treatment of central diabetes insipidus. Substitution of valine for glutamine in position 4 further increases the antidiuretic selectivity, and the antidiuretic-to-vasopressor ratio for deamino[Val⁴, D-Arg⁸]AVP (Table 29–1) is approximately 11,000 times greater than that for vasopressin. Recently, Nakamura and colleagues (2000) synthesized a nonpeptide $V_2$-receptor agonist (Table 29–1).

Increasing $V_1$ selectivity has proved more difficult than increasing $V_2$ selectivity, but a limited number of agonists with modest selectivity for $V_1$ receptors have been developed (Table 29–1). Vasopressin receptors in the adenohypophysis that mediate vasopressin-induced ACTH release are neither classical $V_1$ nor $V_2$ receptors. Since the vasopressin receptors in the adenohypophysis appear to share a common signal-transduction mechanism with classical $V_1$ receptors, and since many vasopressin analogues with vasoconstrictor activity release ACTH, $V_1$ receptors have been subclassified into $V_{1a}$ (vascular/hepatic) and $V_{1b}$ (pituitary) receptors. $V_{1b}$ receptors also are called $V_3$ *receptors.* Vasopressin analogues that are agonists selective for $V_{1a}$ or $V_{1b}$ receptors have been described (Table 29–1).

*Chemistry of Vasopressin Receptor Antagonists.* The impetus for the development of specific vasopressin receptor antagonists is the belief that such drugs may be useful in a number of clinical settings. Based on receptor physiology, selective $V_{1a}$ antagonists may be beneficial when total peripheral resistance is increased (*e.g.,* congestive heart failure and hypertension), whereas selective $V_2$ antagonists could be useful whenever reabsorption of solute-free water is excessive (*e.g.,* the syndrome of inappropriate secretion of antidiuretic hormone and hyponatremia associated with a reduced effective blood volume). Combined $V_{1a}/V_2$ receptor antagonists might be beneficial in diseases associated with a combination of increased peripheral resistance and dilutional hyponatremia (*e.g.,* congestive heart failure).

Highly selective $V_1$ and $V_2$ peptide antagonists that are structural analogues of vasopressin have been synthesized (*see* Table 29–2 for examples), including both cyclic and

***Table 29–2***
*Vasopressin Receptor Antagonists*

## I. PEPTIDE ANTAGONISTS



| | X | Y | Z |
|---|---|---|---|
| **A. *V<sub>1</sub>-selective antagonists*** | | | |
| $V_{1a}$-selective antagonist d(CH$_2$)$_5$[Tyr(Me)$^2$]AVP | Tyr—OMe | Gln | Gly (NH$_2$) |
| $V_{1b}$-selective antagonist dP [Tyr(Me)$^2$]AVP*‡ | Tyr—OMe | Gln | Gly (NH$_2$) |
| **B. *V<sub>2</sub>-selective antagonists*†** | | | |
| 1. des Gly-NH$_2$$^9$-d(CH$_2$)$_5$[D-Ile$^2$, Ile$^4$]AVP | D-Ile | Ile | — |
| 2. d(CH$_2$)$_5$[D-Ile$^2$, Ile$^4$, Ala-NH$_2$$^9$]AVP | D-Ile | Ile | Ala (NH$_2$) |

## II. NONPEPTIDE ANTAGONISTS

### A. *V<sub>1a</sub>-selective antagonists*

OPC-21268



SR 49059 (relcovaptan)



### B. *V<sub>1b</sub>-selective antagonists*

SSR 149415



### C. *V<sub>2</sub>-selective antagonists*

SR 121463A



VPA-985 (lixivaptan)



*(Continued)*

PAR-VASO-0007670

**Table 29–2**
*Vasopressin Receptor Antagonists  (Continued)*

C. *V₂-selective antagonists (cont.)*
   OPC-31260 (mozavaptan)                    OPC-41061 (tolvaptan)



D. *V₁ₐ-/V₂-selective antagonists*
   YM-471                                      YM 087



   JTV-605                                     CL-385004



*Also blocks V₁ₐ receptor, ‡



rather than



†V₂ antagonistic activity in rats; however, antagonistic activity may be less or nonexistent in other species. Also, with prolonged infusion may exhibit significant agonist activity.

linear peptides. [1-(β-Mercapto-β,β-cyclopentamethylene-proprionic acid),2-O-methyltyrosine]arginine vasopressin, also known as d(CH₂)₅[Tyr(Me)²]AVP, has a greater affinity for V₁ₐ receptors than for either V₁ᵦ or V₂ receptors; this antagonist has been employed widely in physiological and pharmacological studies. Although [1-deaminopenicil-

lamine, 2-O-methyltyrosine]arginine vasopressin, also called dP[Tyr(Me)²]AVP, is a potent V₁ᵦ receptor antagonist with little affinity for the V₂ receptor, it also blocks V₁ₐ receptors. No truly selective peptide V₁ᵦ-receptor antagonist is available. Peptide antagonists have limited oral activity, and the potency of peptide V₂ antagonists is species-

dependent. Also, with prolonged infusion, peptide $V_2$ antagonists have significant agonist activity.

## DISEASES AFFECTING THE VASOPRESSIN SYSTEM

*Diabetes Insipidus (DI).* DI is a disease of impaired renal conservation of water owing either to an inadequate secretion of vasopressin from the neurohypophysis (central DI) or to an insufficient renal response to vasopressin (nephrogenic DI). Very rarely, DI can be caused by an abnormally high rate of degradation of vasopressin by circulating vasopressinases. Pregnancy may accentuate or reveal central and/or nephrogenic DI by increasing plasma levels of vasopressinase and by reducing the renal sensitivity to vasopressin. Patients with DI excrete large volumes (more than 30 ml/kg per day) of dilute (less than 200 mOsm/kg) urine and, if their thirst mechanism is functioning normally, are polydipsic. In contrast to the sweet urine excreted by patients with diabetes mellitus, urine from patients with DI is tasteless, hence the name *insipidus.* The urinary taste test for DI has been supplanted by the approach of observing whether the patient is able to reduce urine volume and increase urine osmolality after a period of carefully observed fluid deprivation. Central DI can be distinguished from nephrogenic DI by administration of desmopressin, which will increase urine osmolality in patients with central DI but have little or no effect in patients with nephrogenic DI. DI can be differentiated from primary polydipsia by measuring plasma osmolality, which will be low to low-normal in patients with primary polydipsia and high to high-normal in patients with DI. For a more complete discussion of diagnostic procedures, *see* Robertson (2001).

*Central DI.* Head injury, either surgical or traumatic, in the region of the pituitary and/or hypothalamus may cause central DI. Postoperative central DI may be transient, permanent, or triphasic (recovery followed by permanent relapse). Other causes include hypothalamic or pituitary tumors, cerebral aneurysms, CNS ischemia, and brain infiltrations and infections (Robertson, 2001). Finally, central DI may be idiopathic or familial. Familial central DI usually is autosomal dominant (chromosome 20), and vasopressin deficiency occurs several months or years after birth and worsens gradually. Autosomal dominant central DI is linked to mutations in the vasopressin preprohormone gene that cause the prohormone to misfold and oligomerize improperly. The long-term result is accumulation of the mutant vasopressin precursor in the

affected neuron because the precursor cannot move from the endoplasmic reticulum into the secretory pathway. Accumulation of mutant vasopressin precursor causes neuronal death, hence the dominant mode of inheritance (Robertson, 2001). Rarely, familial central DI is autosomal recessive owing to a mutation in the vasopressin peptide itself that gives rise to an inactive vasopressin mutant.

Antidiuretic peptides are the primary treatment for central DI, with desmopressin being the peptide of choice. For patients with central DI who cannot tolerate antidiuretic peptides because of side effects or allergic reactions, other treatment options are available. *Chlorpropamide,* an oral sulfonylurea, potentiates the action of small or residual amounts of circulating vasopressin and will reduce urine volume in more than half of all patients with central DI. A dose of 125 to 500 mg daily is particularly effective in patients with partial central DI. If polyuria is not controlled satisfactorily with chlorpropamide alone, addition of a thiazide diuretic (*see* Chapter 28) to the regimen usually results in an adequate reduction in the volume of urine. *Carbamazepine* (800 to 1000 mg daily in divided doses) and *clofibrate* (1 to 2 g daily in divided doses) also reduce urine volume in patients with central DI. Long-term use of these agents may induce serious adverse effects; therefore, carbamazepine and clofibrate are used rarely to treat central DI. The antidiuretic mechanisms of chlorpropamide, carbamazepine, and clofibrate are not clear. These agents are not effective in nephrogenic DI, which indicates that functional $V_2$ receptors are required for the antidiuretic effect. Since carbamazepine inhibits and chlorpropamide has little effect on vasopressin secretion, it is likely that carbamazepine and chlorpropamide act directly on the kidney to enhance $V_2$-receptor-mediated antidiuresis.

*Nephrogenic DI.* Nephrogenic DI may be congenital or acquired. Hypercalcemia, hypokalemia, postobstructive renal failure, lithium, foscarnet, clozapine, demeclocycline, and other drugs can induce nephrogenic DI. As many as one in three patients treated with lithium may develop nephrogenic DI. X-linked nephrogenic DI is caused by mutations in the gene encoding the $V_2$ receptor, which maps to Xq28. A number of missense, nonsense, and frame-shift mutations in the gene encoding the $V_2$ receptor have been identified in patients with this disorder (Knoers and Deen, 2001). Mutations in the $V_2$-receptor gene may cause impaired routing of the $V_2$ receptor to the cell surface, defective coupling of the receptor to G proteins, or decreased affinity of the receptor for vasopressin. The effects of these mutations range from a complete loss of responsiveness to vasopressin to a shift to the left of the concentration–response curve. Autosomal recessive and dominant nephrogenic DI result from inactivating

PAR-VASO-0007672

mutations in aquaporin 2. These findings indicate that aquaporin 2 is essential for the antidiuretic effect of vasopressin in human beings.

Although the mainstay of treatment of nephrogenic DI is assurance of an adequate intake of water, drugs also can be used to reduce polyuria. *Amiloride* (*see* Chapter 28) blocks the uptake of lithium by the sodium channel in the collecting-duct system and is considered the drug of choice for lithium-induced nephrogenic DI despite the absence of Food and Drug Administration (FDA) approval. Paradoxically, *thiazide diuretics* reduce the polyuria of patients with DI and often are used to treat non-lithium-induced nephrogenic DI. The use of thiazide diuretics in infants with nephrogenic DI may be crucially important because uncontrolled polyuria may exceed the child's capacity to imbibe and absorb fluids. The antidiuretic mechanism of thiazides in DI is incompletely understood. It is possible that the natriuretic action of thiazides and resulting depletion of extracellular fluid volume play an important role in the thiazide-induced antidiuresis. In this regard, whenever extracellular fluid volume is reduced, compensatory mechanisms increase reabsorption of NaCl in the proximal tubule, reducing the volume delivered to the distal tubule. Consequently, less free water can be formed, which should diminish polyuria. However, studies in rats with vasopressin-deficient DI challenge this hypothesis (Grønbeck *et al.*, 1998). Nonetheless, the antidiuretic effects appear to parallel the ability of thiazides to cause natriuresis, and the drugs are given in doses similar to those used to mobilize edema fluid. In patients with DI, a 50% reduction of urine volume is a good response to thiazides. Moderate restriction of sodium intake can enhance the antidiuretic effectiveness of thiazides.

A number of case reports describe the effectiveness of indomethacin in the treatment of nephrogenic DI; however, other prostaglandin synthase inhibitors (*e.g.*, *ibuprofen*) appear to be less effective. The mechanism of the effect may involve a decrease in glomerular filtration rate, an increase in medullary solute concentration, and/or enhanced proximal reabsorption of fluid. Also, since prostaglandins attenuate vasopressin-induced antidiuresis in patients with at least a partially intact $V_2$-receptor system, some of the antidiuretic response to indomethacin may be due to diminution of the prostaglandin effect and enhancement of the effects of vasopressin on the principal cells of the collecting duct.

*Syndrome of Inappropriate Secretion of Antidiuretic Hormone (SIADH).* SIADH is a disease of impaired water excretion with accompanying hyponatremia and hypo-osmolality caused by the *inappropriate* secretion of vasopressin. The clinical manifestations of plasma hypotonicity resulting from SIADH may include lethargy, anorexia, nausea and vomiting, muscle cramps, coma, convulsions, and death. A multitude of disorders can induce SIADH (Robertson, 2001), including malignancies, pulmonary diseases, CNS injuries/diseases (*e.g.*, head trauma, infections, and tumors), and general surgery. The three drug classes most commonly implicated in drug-induced SIADH include psychotropic medications (*e.g.*, *fluoxetine*, haloperidol, and *tricyclic antidepressants*), sulfonylureas (*e.g.*, chloropropamide), and vinca alkaloids (*e.g.*, *vincristine* and *vinblastine*). Other drugs strongly associated with SIADH include thiazide diuretics, clonidine, *enalapril*, *ifosphamide*, and *methyldopa*. In a normal individual, an elevation in plasma vasopressin *per se* does not induce plasma hypotonicity because the person simply stops drinking owing to an osmotically induced aversion to fluids. Therefore, plasma hypotonicity only occurs when excessive fluid intake (oral or intravenous) accompanies inappropriate secretion of vasopressin. Treatment of hypotonicity in the setting of SIADH includes water restriction, intravenous administration of hypertonic saline, loop diuretics (which interfere with the concentrating ability of the kidneys), and drugs that inhibit the effect of vasopressin to increase water permeability in the collecting ducts. To inhibit vasopressin's action in the collecting ducts, *demeclocycline*, a tetracycline, currently is the preferred drug.

Although lithium can inhibit the renal actions of vasopressin, it is effective in only a minority of patients, may induce irreversible renal damage when used chronically, and has a low therapeutic index. Therefore, lithium should be considered for use only in patients with symptomatic SIADH who cannot be controlled by other means or in whom tetracyclines are contraindicated, *e.g.*, patients with liver disease. It is important to stress that the majority of patients with SIADH do not require therapy because plasma $Na^+$ stabilizes in the range of 125 to 132 m$M$; such patients usually are asymptomatic. Only when symptomatic hypotonicity ensues, generally when plasma $Na^+$ levels drop below 120 m$M$, should therapy with demeclocycline be initiated. Since hypotonicity, which causes an influx of water into cells with resulting cerebral swelling, is the cause of symptoms, the goal of therapy is simply to increase plasma osmolality toward normal. For a more complete description of the diagnosis and treatment of SIADH, *see* Robertson (2001).

*Other Water-Retaining States.* In patients with congestive heart failure, cirrhosis, or nephrotic syndrome, *effective* blood volume often is reduced, and hypovole-

PAR-VASO-0007673

mia frequently is exacerbated by the liberal use of diuretics. Since hypovolemia stimulates vasopressin release, patients may become hyponatremic owing to vasopressin-mediated retention of water. The development of potent orally active $V_2$-receptor antagonists and specific inhibitors of water channels in the collecting duct would provide an effective therapeutic strategy not only in patients with SIADH but also in the much more common setting of hyponatremia in patients with heart failure, liver cirrhosis, and nephrotic syndrome.

## CLINICAL SUMMARY; PHARMACOLOGY OF VASOPRESSIN PEPTIDES

*Therapeutic Uses.* Only two antidiuretic peptides are available for clinical use in the United States. (1) Vasopressin (synthetic 8-L-arginine vasopressin; PITRESSIN) is available as a sterile aqueous solution; it may be administered subcutaneously, intramuscularly, or intranasally. (2) *Desmopressin acetate* (synthetic 1-deamino-8-D-arginine vasopressin; DDAVP, others) is available as a sterile aqueous solution packaged for intravenous or subcutaneous injection, in a nasal solution for intranasal administration with either a nasal spray pump or rhinal tube delivery system, and in tablets for oral administration. The therapeutic uses of vasopressin and its congeners can be divided into two main categories according to the type of vasopressin receptor involved.

*$V_1$-receptor-mediated therapeutic applications* are based on the rationale that $V_1$ receptors cause contraction of gastrointestinal and vascular smooth muscle. $V_1$-receptor-mediated contraction of gastrointestinal smooth muscle has been used to treat postoperative ileus and abdominal distension and to dispel intestinal gas before abdominal roentgenography to avoid interfering gas shadows. $V_1$-receptor-mediated vasoconstriction of the splanchnic arterial vessels reduces blood flow to the portal system and thereby attenuates pressure and bleeding in esophageal varices (Burroughs, 1998). Although endoscopic variceal banding ligation is the treatment of choice for bleeding esophageal varices, $V_1$-receptor agonists have been used in an emergency setting until endoscopy can be performed (Vlavianos and Westaby, 2001). Simultaneous administration of nitroglycerin with $V_1$-receptor agonists may attenuate the cardiotoxic effects of $V_1$ agonists while enhancing their beneficial splanchnic effects . Also, $V_1$-receptor agonists have been used during abdominal surgery in patients with portal hypertension to diminish the risk of hemorrhage during the procedure. Finally, $V_1$-receptor-mediated vasoconstriction

has been used to reduce bleeding during acute hemorrhagic gastritis, burn wound excision, cyclophosphamide-induced hemorrhagic cystitis, liver transplant, cesarean section, and uterine myoma resection. The applications of $V_1$-receptor agonists can be accomplished with vasopressin; however, the use of vasopressin for all these indications is no longer recommended because of significant adverse reactions. Although not yet available in the United States, *terlipressin* (GLYPRESSIN) is preferred for bleeding esophageal varices because of increased safety compared with vasopressin (Vlavianos and Westaby, 2001). Moreover, terlipressin is effective in patients with hepatorenal syndrome, particularly when combined with albumin (Ortega *et al.*, 2002).

Vasopressin levels in patients with vasodilatory shock are inappropriately low, and such patients are extraordinarily sensitive to the pressor actions of vasopressin (Robin *et al.*, 2003). The combination of vasopressin and *norepinephrine* is superior to norepinephrine alone in the management of catecholamine-resistant vasodilatory shock (Dunser *et al.*, 2003). Although the efficacy of vasopressin in the resuscitation of patients with ventricular fibrillation or pulseless electrical activity is similar to that of epinephrine, vasopressin followed by epinephrine appears to be more effective than epinephrine alone in the treatment of patients with asystole (Wenzel *et al.*, 2004).

*$V_2$-receptor-mediated therapeutic applications* are based on the rationale that $V_2$ receptors cause water conservation and release of blood coagulation factors. Central but not nephrogenic DI can be treated with $V_2$-receptor agonists, and polyuria and polydipsia usually are well controlled. Some patients experience transient DI (*e.g.*, in head injury or surgery in the area of the pituitary); however, therapy for most patients with DI is lifelong. Desmopressin is the drug of choice for the vast majority of patients, and numerous clinical trials have demonstrated the efficacy and tolerability of desmopressin in both adults and children. The duration of effect from a single intranasal dose is from 6 to 20 hours; twice-daily administration is effective in most patients. There is considerable variability in the intranasal dose of desmopressin required to maintain normal urine volume, and the dosage must be tailored individually. The usual intranasal dosage in adults is 10 to 40 $\mu$g daily either as a single dose or divided into two or three doses. In view of the high cost of the drug and the importance of avoiding water intoxication, the schedule of administration should be adjusted to the minimal amount required. An initial dose of 2.5 $\mu$g can be used, with therapy first directed toward the control of nocturia. An equivalent or higher morning dose controls daytime polyuria in most patients, although a third dose occa-

PAR-VASO-0007674

sionally may be needed in the afternoon. In some patients, chronic allergic rhinitis or other nasal pathology may preclude reliable absorption of the peptide following nasal administration. Oral administration of desmopressin in doses 10 to 20 times the intranasal dose provides adequate blood levels of desmopressin to control polyuria. Subcutaneous administration of 1 to 2 $\mu g$ daily of desmopressin also is effective in central DI.

Vasopressin has little, if any, place in the long-term therapy of DI because of its short duration of action and $V_1$-receptor-mediated side effects. Vasopressin can be used as an alternative to desmopressin in the initial diagnostic evaluation of patients with suspected DI and to control polyuria in patients with DI who recently have undergone surgery or experienced head trauma. Under these circumstances, polyuria may be transient, and long-acting agents may produce water intoxication.

An additional $V_2$-receptor-mediated therapeutic application is the use of desmopressin in bleeding disorders (Mannucci, 1997; Sutor, 1998). In most patients with type I von Willebrand's disease (vWD) and in some with type IIn vWD, desmopressin will elevate von Willebrand factor and shorten bleeding time. However, desmopressin generally is ineffective in patients with types IIa, IIb, and III vWD. Desmopressin may cause a marked transient thrombocytopenia in individuals with type IIb vWD and is contraindicated in such patients. Desmopressin also increases factor VIII levels in patients with mild to moderate hemophilia A. Desmopressin is not indicated in patients with severe hemophilia A, those with hemophilia B, or those with factor VIII antibodies. Using a test dose of nasal spray, the response of any given patient with type I vWD or hemophilia A to desmopressin should be determined at the time of diagnosis or 1 to 2 weeks before elective surgery to assess the extent of increase in factor VIII or von Willebrand factor. Desmopressin is employed widely to treat the hemostatic abnormalities induced by uremia. In patients with renal insufficiency, desmopressin shortens bleeding time and increases circulating levels of factor VIII coagulant activity, factor VIII–related antigen, and ristocetin cofactor. It also induces the appearance of larger von Willebrand factor multimers. Desmopressin is effective in some patients with liver cirrhosis–induced or drug-induced (*e.g., heparin, hirudin,* and *antiplatelet agents*) bleeding disorders. Desmopressin, given intravenously at a dose of 0.3 $\mu g/kg$, increases factor VIII and von Willebrand factor for more than 6 hours. Desmopressin can be given at intervals of 12 to 24 hours depending on the clinical response and the severity of bleeding. Tachyphylaxis to desmopressin usually occurs after several days (owing to depletion of factor VIII and von Wille-

brand factor storage sites) and limits its usefulness to preoperative preparation, postoperative bleeding, excessive menstrual bleeding, and emergency situations.

Another $V_2$-receptor-mediated therapeutic application is the use of desmopressin for primary nocturnal enuresis. Bedtime administration of desmopressin intranasal spray or tablets provides a high response rate that is sustained with long-term use, that is safe, and that accelerates the cure rate (van Kerrebroeck, 2002). Finally, desmopressin has been found to relieve post–lumbar puncture headache probably by causing water retention and thereby facilitating rapid fluid equilibration in the CNS.

*Pharmacokinetics.* When vasopressin and desmopressin are given orally, they are inactivated quickly by trypsin, which cleaves the peptide bond between amino acids 8 and 9. Inactivation by peptidases in various tissues (particularly the liver and kidneys) results in a plasma half-life of vasopressin of 17 to 35 minutes. Following intramuscular or subcutaneous injection, the antidiuretic effects of vasopressin last 2 to 8 hours. The plasma half-life of desmopressin has two components, a fast component of 6.5 to 9 minutes and a slow component of 30 to 117 minutes. Only 3% and 0.15%, respectively, of intranasally and orally administered desmopressin is absorbed.

*Toxicity, Adverse Effects, Contraindications, Drug Interactions.* Most adverse effects are mediated through the $V_1$ receptor acting on vascular and gastrointestinal smooth muscle; consequently, such adverse effects are much less common and less severe with desmopressin than with vasopressin. After the injection of large doses of vasopressin, marked facial pallor owing to cutaneous vasoconstriction is observed commonly. Increased intestinal activity is likely to cause nausea, belching, cramps, and an urge to defecate. Most serious, however, is the effect on the coronary circulation. Vasopressin should be administered only at low doses and with extreme caution in individuals suffering from vascular disease, especially coronary artery disease. Other cardiac complications include arrhythmia and decreased cardiac output. Peripheral vasoconstriction and gangrene have been encountered in patients receiving large doses of vasopressin.

The major $V_2$-receptor-mediated adverse effect is water intoxication, which can occur with desmopressin or vasopressin. In this regard, many drugs, including carbamazepine, chlorpropamide, morphine, tricyclic antidepressants, and NSAIDs, can potentiate the antidiuretic effects of these peptides. Several drugs such as lithium, demeclocycline, and ethanol can attenuate the antidiuretic response to desmopressin. Desmopressin and vasopressin

should be used cautiously in disease states in which a rapid increase in extracellular water may impose risks (*e.g.*, in angina, hypertension, and heart failure) and should not be used in patients with acute renal failure. Patients receiving desmopressin to maintain hemostasis should be advised to reduce fluid intake. Also, it is imperative that these peptides not be administered to patients with primary or psychogenic polydipsia because severe hypotonic hyponatremia will ensue.

Mild facial flushing and headache are the most common adverse effects associated with desmopressin. Allergic reactions ranging from urticaria to anaphylaxis may occur with desmopressin or vasopressin. Intranasal administration may cause local adverse effects in the nasal passages, such as edema, rhinorrhea, congestion, irritation, pruritus, and ulceration.

## Future Directions in Vasopressin Analogues

Nonpeptide vasopressin receptor antagonists and agonists are being developed for a wide range of clinical indications, including for $V_{1a}$-selective antagonists: dysmenorrhea, preterm labor, and Raynaud's syndrome; for $V_{1b}$-selective antagonists: stress-related disorders, anxiety, depression, ACTH-secreting tumors, and Cushing's syndrome; for $V_2$-selective and $V_{1a}/V_2$-selective antagonists: heart failure, SIADH, cirrhosis, hyponatremia, brain edema, nephrotic syndrome, diabetic nephropathy, and glaucoma; and for $V_2$-selective agonists: central DI, nocturnal enuresis, nocturnal polyuria, and urinary incontinence (Wong and Verbalis, 2001; Serradeil-Le Gal et al., 2002b; Thibonnier et al., 2001).

Preliminary data support several of the aforementioned indications for vasopressin receptor antagonists and agonists. SR 49059 is a $V_{1a}$-selective antagonist that has efficacy in primary dysmenorrhea (Brouard et al., 2000), and SSR 149415 is a $V_{1b}$-selective antagonist that demonstrates anxiolytic activity in animal models of stress (Serradeil-Le Gal et al., 2002a; Griebel et al., 2002). Aquaretics are drugs that increase free-water clearance with minimal effects on electrolyte excretion. Recent randomized clinical trials demonstrate efficacy for *YM 087* (CONIVAPTAN) and *OPC-41067* (TOLVAPTAN), $V_{1a}/V_2$-selective antagonists, respectively, as aquaretics in heart failure patients (Udelson et al., 2001; Gheorghiade et al., 2003). The $V_2$-selective antagonist *VPA-985* (LIXIVAPTAN) is an effective aquaretic in patients with hyponatremia of various etiologies (Wong et al., 2003). In contrast, the $V_2$-selective agonist *OPC-51803* has strong antidiuretic effects in animals and is being developed for central DI, nocturnal enuresis, and urinary incontinence (Naka-

mura et al., 2003). It is likely that a number of nonpeptide vasopressin receptor antagonists and agonists will become available clinically in the near future.

## BIBLIOGRAPHY

Bernat, A., Hoffmann, T., Dumas, A., *et al.* $V_2$ receptor antagonism of DDAVP-induced release of hemostatis factors in conscious dogs. *J. Pharmacol. Exp. Ther.*, 1997, *282*:597–602.

Brouard, R., Bossmar, T., Fournie-Lloret, D., *et al.* Effect of SR49059, an orally active $V_{1a}$ vasopressin receptor antagonist, in the prevention of dysmenorrhea. *Int. J. Obstet. Gynecol.*, 2000, *107*:614–619.

Cridland, R.A., and Kasting, N.W. A critical role for central vasopressin in regulation of fever during bacterial infection. *Am. J. Physiol.*, 1992, *263*:R1235–R1240.

Dunser, M.W., Mayr, A.J., Ulmer, H., *et al.* Arginine vasopressin in advanced vasodilatory shock: A prospective, randomized, controlled study. *Circulation*, 2003, *107*:2313–2319.

Franchini, K.G., and Cowley, A.W., Jr. Renal cortical and medullary blood flow responses during water restriction: role of vasopressin. *Am. J. Physiol.*, 1996, *270*:R1257–R1264.

Gheorghiade, M., Niazi, I., Ouyang, J., *et al.*, for the Tolvaptan Investigators. Vasopressin $V_2$-receptor blockade with TOLVAPTAN in patients with chronic heart failure: Results from a double-blind, randomized trial. *Circulation*, 2003, *107*:2690–2696.

Giminz, I., and Forbush, B. Short-term stimulation of the renal Na–K–Cl cotransporter (NKCC2) by vasopressin involves phosphorylation and membrane translocation of the protein. *J. Biol. Chem.*, 2003, *278*:26946–26951.

Griebel, G., Simiand, J., Serradeil-Le Gal, C., *et al.* Anxiolytic- and antidepressant-like effects of the nonpeptide vasopressin $V_{1b}$ receptor agonist SSR149415 suggest an innovative approach for the treatment of stress-related disorders. *Proc. Natl. Acad. Sci., U.S.A.*, 2002, *99*:6370–6375.

Grønbeck, L., Marples, D., Nielsen, S., and Christensen, S. Mechanism of antidiuresis caused by bendroflumethiazide in conscious rats with diabetes insipidus. *Br. J. Pharmacol.*, 1998, *123*:737–745.

Hupf, H., Grimm, D., Riegger, G.A.J., and Schunkert, H. Evidence for a vasopressin system in the rat heart. *Circ. Res.*, 1999, *84*:365–370.

Inoue, T., Terris, J., Ecelbarger, C.A., *et al.* Vasopressin regulates apical targeting of aquaporin-2 but not of UT1 urea transporter in renal collecting duct. *Am. J. Physiol.*, 1999, *276*:F559–F566.

Kawano, Y., Matsuoka, H., Nishikimi, T., *et al.* The role of vasopressin in essential hypertension: Plasma levels and effects of the $V_1$ receptor antagonist OPC-21268 during different dietary sodium intakes. *Am. J. Hypertens.*, 1997, *10*:1240–1244.

Nakamura, S., Hirano, T., Tsujimae, K., *et al.* Antidiuretic effects of a nonpeptide vasopressin $V_2$-receptor agonist OPC-51803 administered orally to rats. *J. Pharmacol. Exp. Ther.*, 2000, *295*:1005–1011.

Nakamura, S., Hirano, T., Yamamura, Y., *et al.* Effects of OPC-51803, a novel, nonpeptide vasopressin $V_2$-receptor agonist, on micturition frequency in Brattleboro and aged rats. *J. Pharmacol. Sci.*, 2003, *93*:484–488.

Nakamura, S., Yamamura, Y, Itoh, S., *et al.* Characterization of a novel nonpeptide vasopressin $V_2$-receptor agonist, OPC-51803, in cells transfected human vasopressin receptor subtypes. *Br. J. Pharmacol.*, 2000, *129*:1700–1706.

Nishimoto, G., Zelenina, M., Li, D., et al. Arginine vasopressin stimulates phosphorylation of aquaporin-2 in rat renal tissue. Am. J. Physiol., 1999, 276:F254–F259.

Ortega, R., Ginès, P., Uriz, J., et al. Terlipressin therapy with and without albumin for patients with hepatorenal syndrome: Results of a prospective, nonrandomized study. Hepatology, 2002, 36:941–948.

Serradeil-Le Gal, C., Wagnon, J., Simiand, J., et al. Characterization of (2S,4R)-1-[5-chloro-1-[5-chloro-1-[2,4-dimethoxyphenyl)sulfonyl]-3-(2-methoxyphenyl)-2-oxo-2,3-dihydro-1H-indol-3-yl]-4-hydroxy-N,N-dimethyl-2-pyrrolidine carboxamide (SSR149415), a selective and orally active vasopressin V$_{1b}$ receptor antagonist. J. Pharmacol. Exp. Ther., 2002a, 300:1122–1130.

Snyder, H.M., Noland, T.D., and Breyer, M.D. cAMP-dependent protein kinase mediates hydro-osmotic effect of vasopressin in collecting duct. Am. J. Physiol., 1992, 263:C147–C153.

Stricker, E.M., Callahan, J.B., Huang, W., and Sved, A.F. Early osmoregulatory stimulation of neurohypophyseal hormone secretion and thirst after gastric NaCl loads. Am. J. Physiol. Regulatory Integrative Comp. Physiol., 2002, 282:R1710–R1717.

Udelson, J.E., Smith, W.B., Hendrix, G.H., et al. Acute hemodynamic effects of conivaptan, a dual V$_{1A}$ and V$_2$ vasopressin receptor antagonist, in patients with advanced heart failure. Circulation, 2001, 104:2417–2423.

Wenzel, V., Krismer, A.C., Arntz, H.R., et al., for the European Resuscitation Council Vasopressor during Cardiopulmonary Resuscitation Study Group. A comparison of vasopressin and epinephrine for out-of-hospital cardiopulmonary resuscitation. New Engl. J. Med., 2004, 350:105–113.

Wong, F., Blei, A.T., Blendis, L.M., and Thuluvath, P.J. A vasopressin receptor antagonist (VPA-985) improves serum sodium concentration in patients with hyponatremia: A multicenter, randomized, placebo-controlled trial. Hepatology, 2003, 37:182–191.

## MONOGRAPHS AND REVIEWS

Agre, P., and Konozo, D. Aquaporin water channels: molecular mechanisms for human disease. FEBS Lett., 2003, 555:72–78.

Aguilera, G., and Rabadan-Diehl, C. Vasopressinergic regulation of the hypothalamic–pituitary–adrenal axis: Implications for stress adaptation. Regul. Pept., 2000, 96:23–29.

Bankir, L. Antidiuretic action of vasopressin: Quantitative aspects and interaction between V$_{1a}$ and V$_2$ receptor–mediated effects. Cardiovasc. Res., 2001, 51(suppl.):372–390.

Burroughs, A.K. Pharmacological treatment of acute variceal bleeding. Digestion, 1998, 59:28–36.

Dantzer, R., and Bluthé, R.M. Vasopressin and behavior: from memory to olfaction. Regul. Pept., 1993, 45:121–125.

David, J.L. Desmopressin and hemostasis. Regul. Pept., 1993, 45:311–317.

Ecelbarger, C.A., Kim, G.H., Wade, J.B., and Knepper, M.A. Regulation of the abundance of renal sodium transporters and channels by vasopressin. Exp. Neurol., 2001, 171:227–234.

Guillon, G., Grazzini, E., Andrez, M., et al. Vasopressin: a potent autocrine/paracrine regulator of mammal adrenal functions. Endocr. Res., 1998, 24:703–710.

Klussman, E. and Rosenthal, W. Role and identification of protein kinase A anchoring proteins in vasopressin-mediated aquaporin-2 translocation. Kidney Int., 2001, 60:446–449.

Knoers, N.V.A.M., and Deen, P.M.T. Molecular and cellular defects in nephrogenic diabetes insipidus. Pediatr. Nephrol., 2001, 16:1146–1152.

Kovacs, L., and Robertson, G.L. Syndrome of inappropriate antidiuresis. Endocrinol. Metab. Clin. North Am., 1992, 21:859–875.

Manning, M., Stoev, S., Cheng, L.L., et al. Discovery and design of novel vasopressin hypotensive peptide agonists. J. Recept. Signal Transduct. Res., 1999, 19:631–644.

Mannucci, P.M. Desmopressin (DDAVP) in the treatment of bleeding disorders: The first 20 years. Blood, 1997, 90:2515–2521.

Marples, D., Frøkiaer, J., and Nielsen, S. Long-term regulation of aquaporins in the kidney. Am. J. Physiol., 1999, 276:F331–F339.

Nielsen, S., Frøklaer, J., Marples, D, et al. Aquaporins in the kidney: from molecules to medicine. Physiol. Rev., 2001, 83:205–244.

Nielsen, S., Kwon, T.H., Christensen, B.M., et al. Physiology and pathophysiology of renal aquaporins. J. Am. Soc. Nephrol., 1999, 10:647–663.

Reaux, A., Fournie-Zaluski, M.C., and Llorens-Cortes, C. Angiotensin III: A central regulator of vasopressin release and blood pressure. Trends Endocrinol. Metab., 2001, 12:157–162.

Robertson, G.L. Antidiuretic hormone, normal and disordered function. Endocrinol. Metab. Clin. North Am., 2001, 30:671–694.

Robertson, G.L. Regulation of vasopressin secretion. In, The Kidney: Physiology and Pathophysiology, Vol. 2., 2d ed. (Seldin, D.W., and Giebisch, G., eds.) Raven Press, New York, 1992, pp. 1595–1613.

Robertson, G.L., Athar, S., and Shelton, R.L. Osmotic control of vasopressin function. In, Disturbances in Body Fluid Osmolality. (Andreoli, T.E., Grantham, J.J., and Rector, F.C., eds.) American Physiological Society, Bethesda, MD, 1977, pp. 125–148.

Robin, J.K., Oliver, J.A., and Landry, D.W. Vasopressin deficiency in the syndrome of irreversible shock. J. Trauma, 2003, 54(suppl.):149–154.

Sands, J.M. Molecular mechanisms of urea transport. J. Membrane Biol., 2003, 191:149–163.

Scott, L.V., and Dinan, T.G. Vasopressin as a target for antidepressant development: An assessment of the available evidence. J. Affect. Disorders, 2002, 72:113–124.

Serradeil-Le Gal, C., Wagnon, J., Valette, G., et al. Nonpeptide vasopressin receptor antagonists: Development of selective and orally active V$_{1a}$, V$_2$, and V$_{1b}$ receptor ligands. Prog. Brain Res., 2002b, 139:197–210.

Sutor, A.H. Desmopressin (DDAVP) in bleeding disorders of childhood. Semin. Thromb. Hemost., 1998, 24:555–566.

Thibonnier, M., Coles, P., Thibonnier, A., and Shoham, M. The basic and clinical pharmacology of nonpeptide vasopressin receptor antagonists. Annu. Rev. Pharmacol. Toxicol., 2001, 41:175–202.

Van Kerrebroeck, P.E.V. Experience with the long-term use of desmopressin for nocturnal enuresis in children and adolescents. Br. J. Urol. Int., 2002, 89:420–425.

Vlavianos, P., and Westaby, D. Management of acute variceal haemorrhage. Eur. J. Gastroenterol. Hepatol., 2001, 13:335–342.

Wells, T. Vesicular osmometers, vasopressin secretion and aquaporin-4: A new mechanism for osmoreception? Mol. Cell. Endocrinol., 1998, 136:103–107.

Wong, L.L., and Verbalis, J.G. Vasopressin V$_2$ receptor antagonists. Cardiovasc. Res., 2001, 51:391–402.

Young, L.J., Wang, Z., and Insel, T.R. Neuroendocrine bases of monogamy. Trends Neurosci., 1998, 21:71–75.

PAR-VASO-0007677

# Antianginal Effects of the New Calcium Antagonist Benidipine Hydrochloride in Anesthetized Rats and Spontaneously Hypertensive Rats

## Electrocardiographic study

A. Karasawa, K. Kubo, K. Shuto, T. Oka, and N. Nakamizo

*Summary: Antianginal effects of ($\pm$)-(R\*)-2,6-dimethyl-4-(m-nitrophenyl)-1,4-dihydropyridine-3,5-dicarboxylic acid (R\*)-1-benzyl-3-piperidinyl ester, methyl ester hydrochloride (benidipine hydrochloride, KW-3049) in various experimental angina-pectoris models (anesthetized rats, spontaneously hypertensive rats (SHR)) were compared with those of nifedipine, propranolol and hydralazine. Furthermore, the effects of these drugs on the pressure-rate product were evaluated.*

*1. Vasopressin test (SHR): The administration of KW-3049 at 10 µg/kg (i.v.) developed an inhibitory effect comparable to that of nifedipine at 200 µg/kg (i.v.) against the ischemic ECG changes caused by the intravenous administration of vasopressin at 1 U/kg. The effects of KW-3049 at 3 and 10 mg/kg (p.o.) lasted for 8 h or more.*

*2. Coronary occlusion test (rat): The rise of T-wave of epicardial ECG following ligation of coronary artery was inhibited by the administration of KW-3049 at doses of 30 and 100 µg/kg i.v. Nifedipine at dose of 200 µg/kg i.v. was slightly effective.*

*3. Isoproterenol (isoprenaline) test (rat): The fall of ST in ECG by the continuous infusion of isoprenaline (10 µg/kg/min) was almost completely prevented by propranolol (500 µg/kg i.v.). Also, KW-3049 (200 µg/kg i.v.) and nifedipine (200 µg/kg i.v.) significantly inhibited the decline of ST, in which the former was more effective than the latter.*

*4. Anoxia test (SHR): The fall of ST and rise of T-wave of ECG, induced by stopping artificial respiration of gallamine-immobilized SHR, were suppressed by the administration of KW-3049 at doses of 10 and 30 µg/kg.*

*5. Pressure-rate product (rat and SHR): By the comparison at 5 min after the intravenous injection of each drug, the effect of 10 µg/kg of KW-3049 was almost equal to that of 200 µg/kg of nifedipine.*

*Thus, it was demonstrated that KW-3049 exerts potent protective effects in various angina pectoris models and acts longer at oral administration. These results suggest that KW-3049 may clinically be useful as an antianginal agent.*

*Zusammenfassung: Antianginöse Wirkungen des neuen Kalzium-Antagonisten Benidipin-hydrochlorid bei anästhesierten Ratten und spontan-hypertensiven Ratten / Elektrokardiographische Studie*

*($\pm$)-(R\*)-2,6-Dimethyl-4-(m-nitrophenyl)-1,4-dihydropyridin-3,5-dikarbonsäure (R\*)-1-benzyl-3-piperidinylester-methylesterhydrochlorid (Benidipin-hydrochlorid, KW-3049) wurde in verschiedenen experimentellen Angina-pectoris-Modellen (anästhesierte Ratten, spontan-hypertensive Ratten (SHR)) auf seine antianginösen Wirkungen untersucht und mit Nifedipin, Propranolol und Hydralazin verglichen. Außerdem wurde die Wirkung dieser Substanzen auf das Blutdruck-Herzfrequenz-Produkt ausgewertet.*

*1. Vasopressin-Test (SHR): Die Verabreichung von KW-3049, 10 µg/kg i.v., entwickelte eine der von Nifedipin, 200 µg/kg i.v., vergleichbare Hemmwirkung auf die ischämischen EKG-Änderungen, induziert durch die intravenöse Verabreichung von Vasopressin (1 U/kg). Die Wirkung von KW-3049, 3 bzw. 10 mg/kg p.o., hielt 8 h oder länger an.*

*2. Koronarokklusions-Test (Ratten): Ein Anstieg der T-Welle auf dem Epikard-EKG infolge Ligatur der Koronararterie wurde durch Verabreichung von KW-3049 in Dosen von 30 bzw. 100 µg/kg i.v. verhindert. Nifedipin zeigte in einer Dosis von 200 µg/kg i.v. nur eine leichte Wirkung.*

*3. Isoproterenol (Isoprenalin-Test (Ratten)): Dem ST-Abfall auf dem EKG bei Dauerinfusion von Isoprenalin (10 µg/kg/min) konnte Propranolol (500 µg/kg i.v.) fast gänzlich vorbeugen. Auch KW-3049 (200 µg/kg i.v.) und Nifedipin (200 µg/kg i.v.) hemmten signifikant den ST-Abfall, erstere Substanz wirkungsvoller als die letztere.*

*4. Anoxia-Test (SHR): Der ST-Abfall und der Anstieg der T-Welle im EKG, ausgelöst durch den Abbruch künstlicher Beatmung in mit Gallamin immobilisierten SHR, konnten durch Verabreichung von KW-3049 in Dosen von 10 bzw. 30 µg/kg i.v. verhindert werden.*

*5. Blutdruck-Herzfrequenz-Produkt (Ratten und SHR): 5 min nach intravenöser Injektion entsprach die Wirkung von KW-3049 10 µg/kg fast der von Nifedipin 200 µg/kg.*

*Somit ließ sich zeigen, daß KW-3049 bei verschiedenen Angina-pectoris-Modellen eine starke Schutzwirkung ausübt, die bei oraler Verabreichung länger anhält. Diese Ergebnisse legen nahe, daß KW-3049 als Mittel gegen Angina pectoris klinische Anwendung finden könnte.*

*Key words: Antihypertensives · Benidipine hydrochloride, electrocardiographic study · Calcium antagonists · 1,4-Dihydropyridine, derivatives · KW-3049*

*Pharmaceutical Research Laboratories, Kyowa Hakko Kogyo Co., Ltd., Shizuoka (Japan)*

PAR-VASO-0007678

# 1. Introduction

Although some models of angina pectoris in animals have been reported, it is rather difficult to induce in animals angina pectoris similar to man. Furthermore, most of the methods are limited to electrocardiographic studies due to the lack of detection measures of chest pain in animals. In the present study we describe the four methods to induce ischemic changes in ECG of rats as putative models of angina pectoris, in which two of them are the previously reported methods and the other two are our originals in terms of using SHR.

Medical treatment of angina pectoris and myocardial ischemia is mainly based on three groups of drugs, nitrates, β-adrenoceptor blockers and calcium antagonists [1, 2]. In particular, calcium antagonists have been extensively studied due to the preferable pharmacological actions such as reduction of afterload, dilation of coronary artery and inhibition of excessive Ca++ entry to the ischemic myocardium [3, 4] and their clinical usefulness has been clearly demonstrated [5—8]. (±)-(R*)-2,6-Dimethyl-4-(m-nitrophenyl)-1,4-dihydropyridine-3,5-dicarboxylic acid (R*)-1-benzyl-3-piperidinyl ester, methyl ester hydrochloride (benidipine hydrochloride, KW-3049[1]) is a newly-developed calcium antagonist, which is characterized by potent and long-lasting antihypertensive, and coronary vasodilating activities [9, 10]. The possible entity of an antianginal effect of KW-3049 was investigated using the four models with special reference to nifedipine, propranolol and hydralazine. Preliminary results have been presented to the Japanese Pharmacological Society [11].

# 2. Materials and methods

The experimental animals used were Wistar strain rats (male, weighing 250 to 350 g) and spontaneously hypertensive rats (SHR, male, 20 to 35 weeks of age, Hoshino Experimental Animals, Saitama, Japan). For anesthesia, pentobarbital sodium (60 mg/kg) was intraperitoneally injected to the animals.

## 2.1. Vasopressin test

The substantial ischemic changes in ECG of Wistar rats following intravenous injection of vasopressin up to at 3 U/kg i.v. could be scarcely demonstrated. On the other hand, in spontaneously hypertensive rats (SHR), the severe ischemic changes in ECG was noted at as low as 0.5 U/kg of vasopressin. The present experiments were performed as the following procedures.

After SHR was anesthetized, the standard limb lead II ECG was taken (RB-5, Nihon Kohden, Tokyo, Japan) and recorded on polygraph. Vasopressin at a dose of 1 U/kg was injected to the tail vein of SHR with or without drug administration, and the changes of ECG were observed for 10 min. In the experiment of intravenous administration, drugs were intravenously injected after SHR was anesthetized and the changes of ECG due to the intravenous injection of vasopressin were observed 5 min after drug administration. Also, in the experiment of oral administration, the SHR were anesthetized 10 to 15 min before intravenous administration of vasopressin. The experiment was conducted with selected SHR in which the fall of S-wave is within 0.15 mV and according to the previous report [12] the fall of S-wave was regarded as the fall of ST. Vasopressin was diluted with physiological saline solution so as to make 1 U/ml solution before use, and 0.1 ml solution per 100 g of body weight was intravenously administered. KW-3049 and nifedipine were dissolved with 5 % Tween 80 added physiological saline solution so as to make 1 mg/ml solution, and further diluted with physiological saline solution. Also, other drugs examined were dissolved with physiological saline solution, and each 0.1 ml solution per 100 g of body weight was intravenously administered. In addition, in the experiment of oral administration, KW-3049 and nifedipine were suspended in 0.3 % carboxymethyl cellulose (CMC) so as to make 0.5 ml suspension per 100 g of fat body weight.

## 2.2. Coronary-occlusion test

According to the method described by Berne et al. [13], the ischemic changes following coronary artery occlusion were determined in rats. Rats were anesthetized and thoracotomized under artificial respiration (60 times/min, KN-56 Natsume Seisakusho, Tokyo, Japan). The pericardium was incised, and the epicardial ECG was obtained through the unipolar electrode attached to the left ventricular region and recorded on polygraph. At the time when the injured current disappeared (approximately 30 min) and the ECG pattern was stabilized, left coronary artery was ligated by surgical silk (black blade silk 2—0, Matsuda Ika Kogyo, Tokyo, Japan) and the changes of ECG were observed. As described in 2.1. drug was intravenously pretreated for 5 min. The rise of T-wave in the drug-pretreated rats was compared with that in control rats.

## 2.3. Isoproterenol (isoprenaline) test

As has previously been reported [14], ST-depression due to intravenous infusion of isoprenaline was developed in rats. After the rat was anesthetized, the standard limb lead II ECG (RB-5, Nihon Kohden) was measured on the supine position and recorded on polygraph. Isoprenaline (10 μg/kg/min) was continuously infused intravenously through the cannula inserted into the left femoral vein for five minutes, and the fall of S wave was observed as in 2.1. After responses (lowering of S-wave) were stabilized (2 to 3 times), drugs were intravenously pretreated for 5 min, and the responses due to the administration of isoprenaline (10 μg/kg/min, i.v., 5 min) were observed compared to those before the drug administration.

## 2.4. Anoxia test

The SHR were anesthetized and immobilized by the administration of gallamine triethiodide (10 mg/kg i.v.), and artificial respiration was performed. The artificial respiration was stopped for 30 s, and the changes in the standard limb lead II ECG was observed during the anoxic period and after resumption of artificial respiration. After drug was intravenously pretreated for 5 min, the changes of ECG following anoxia for 30 s were compared with those before drug administration.

## 2.5. Pressure-rate product

The blood pressure was recorded on polygraph through blood pressure transducer connected to a cannula inserted into right femoral artery, and the heart rate was measured by the blood pressure pulse wave. After each drug was intravenously administered, the changes of the blood pressure and heart rate were registered. The pressure-rate product (systolic pressure × heart rate) [15] calculated after 5 min of drug administration was compared with that before drug administration.

## 2.6. Drugs used

The drugs used were KW-3049 (Kyowa Hakko Kogyo), nifedipine (commercial source), propranolol (hydrochloride, Kyowa Hakko Kogyo), hydralazine (hydrochloride), verapamil (hydrochloride), diltiazem (hydrochloride) (commercial sources), arginine vasopressin (Sigma, St. Louis, MO, USA) and 1-isoprenaline (Nikken Kagaku, Tokyo, Japan).

## 2.7. Statistical analyses

Fisher's exact probability test was used for analyses of data in the vasopressin test (2.1.). Analysis of variance (ANOVA) followed by Duncan's test was used to evaluate the difference among T-wave elevation in coronary-occlusion test (2.2.). Paired t-test was used to assess the differences of the data in the isoprenaline test (2.3.) or the pressure-rate product (2.5.).

# 3. Results

## 3.1. Vasopressin test

Although vasopressin was intravenously administered to the anesthetized rat (Wistar strain, male, Shizuoka Experimental Animals), little changes in the ECG patterns were observed within a dose of 3 U/kg, whereas in the anesthetized SHR the ischemic ECG changes were noted by the administration of vasopressin at a dose of 0.5 U/kg and good reproducible ischemic ECG changes appeared by the administration at a dose of 1 U/kg i.v. Fig. 1 (A—C) shows typical ECG changes observed when vasopressin at a dose of 1 U/kg was intravenously administered to SHR. The ECG changes in all the cases were A—V block or ventricular extrasystole, and in the 70 to 80 % of SHR the 0.05 mV or more fall of ST and the widened QRS wave reflecting the rise of ST were observed 5 to 10 min after vasopressin injection. In the SHR intravenously administered KW-3049, the ischemic ECG changes induced by the administration of vasopressin (1 U/kg i.v.) were markedly inhibited. These inhibitory effects were similarly observed in the other calcium blocking agents. The minimum effective doses of nifedipine, verapamil and diltiazem were 200 μg/kg, 1 mg/kg and 1 mg/kg i.v., respectively, whereas that of KW-3049 was 10 μg/kg i.v. showing the extremely potent activity of KW-3049. The

[1] Manufacturer: Kyowa Hakko Kogyo Co., Ltd., Tokyo (Japan).

Arzneim.-Forsch./Drug Res. 38 (II), Nr. 11a (1988)
Karasawa et al. — Benidipine hydrochloride

1703

PAR-VASO-0007679



**Fig. 1:** Typical tracings of electrocardiogram (lead II) of anesthetized, spontaneously hypertensive rats following intravenous injection of vasopressin (VP, 1 U/kg). A to C are the recordings from different, untreated animals. D to G are the recordings from animals intravenously pretreated for 5 min with KW-3049 (10 µg/kg) (D), nifedipine (200 µg/kg) (E), propranolol (500 µg/kg) (F) or hydralazine (500 µg/kg) (G).

administration of propranolol (500 µg/kg i.v.) did not inhibit the fall of ST but significantly suppressed the appearance of arrhythmia and the widening of QRS wave. However, hydralazine (500 µg/kg i.v.) did not show any inhibitory action (Table 1, Fig. 1 D—G).

When the SHR orally given KW-3049 (3 and 10 mg/kg) were anesthetized after the fixed time and vasopressin (1 U/kg) was intravenously administered, inhibitory effects of KW-3049 on the ischemic ECG changes were recognized until after 8 h of administration. On the other hand, the effect of nifedipine at 10 mg/kg p.o. was seen until after 8 h of administration but the inhibitory effect observed at 3 mg/kg p.o. was until after 4 h of oral administration (Table 2).

**Table 1:** Effects of intravenous administrations of drugs on ischemic changes in ECG of anesthetized, spontaneously hypertensive rats following intravenous injections of vasopressin (1 U/kg).

| Drug | Dose (µg/kg) | ST-depression[a] | Arrhythmia[b] | QRS-widening |
|---|---|---|---|---|
| Control | — | 12/15[c] | 15/15 | 13/15 |
| KW-3049 | 0 | 3/5 | 5/5 | 3/5 |
|  | 10 | 0/6** | 1/6** | 0/6** |
|  | 30 | 1/5* | 1/5** | 0/5** |
| Nifedipine | 100 | 2/5 | 4/5 | 2/5 |
|  | 200 | 0/6** | 4/6 | 0/6** |
| Verapamil | 300 | 2/5 | 3/5 | 4/5 |
|  | 1000 | 2/5 | 4/5 | 1/5* |
|  | 3000 | 1/5* | 1/5** | 0/5** |
| Diltiazem | 300 | 2/5 | 3/5 | 4/5 |
|  | 1000 | 2/5 | 0/5** | 1/5* |
| Propranolol | 500 | 3/6 | 3/6 | 1/6** |
| Hydralazine | 500 | 3/6 | 6/6 | 4/6 |

a) ST-depression exceeding 0.05 mV. b) AV-block and ventricular extrasystole. c) No. exhibited ischemic changes / No. tested. * p < 0.05, ** p < 0.01.

### 3.2. Coronary occlusion-test

When left coronary artery of the anesthetized rats was ligated, the rise of T-wave was observed on the epicardial ECG of left ventricle (Fig. 2 A). The rise of T-wave appeared right

**Table 2:** Effects of orally administered KW-3049 and nifedipine on ischemic changes in ECG of anesthetized, spontaneously hypertensive rats following intravenous injection of vasopressin (1 U/kg).

| Drug | Dose (mg/kg) | Pre-treatment interval (h) | ST-depression[a] | Arrythmia[b] | QRS-widening |
|---|---|---|---|---|---|
| Control | — | --- | 17/21[c] | 21/21 | 16/21 |
| KW-3049 | 3 | 1 | 0/5** | 2/5** | 0/5** |
|  |  | 2 | 0/5** | 3/5* | 1/5* |
|  |  | 4 | 2/5 | 2/5** | 1/5* |
|  |  | 8 | 1/5* | 5/5 | 3/5 |
| KW-3049 | 10 | 1 | 0/5** | 1/5** | 0/5** |
|  |  | 2 | 0/5** | 1/5** | 0/5** |
|  |  | 4 | 0/5** | 0/5** | 0/5** |
|  |  | 8 | 1/5* | 4/5 | 0/5** |
|  |  | 24 | 3/5 | 5/5 | 3/5 |
| nifedipine | 3 | 1 | 0/5** | 2/5** | 1/5* |
|  |  | 2 | 1/5* | 0/5** | 0/5** |
|  |  | 4 | 1/5* | 4/5 | 4/5 |
|  |  | 8 | 4/5 | 4/5 | 2/5 |
| nifedipine | 10 | 1 | 1/5* | 1/5** | 1/5* |
|  |  | 2 | 0/5** | 0/5** | 0/5** |
|  |  | 4 | 1/5* | 1/5** | 0/5** |
|  |  | 8 | 1/5* | 5/5 | 1/5* |
|  |  | 12 | 5/5 | 5/5 | 3/5 |

a) ST-depression exceeding 0.05 mV. b) AV-block and ventricular extrasystole. c) No. exhibited ischemic changes / No. tested. * p < 0.05, ** p < 0.01.

after the coronary ligation and it attained the maximum after 1 min of coronary ligation in which the maximum value of T-wave rise was 10 to 12 mV. When rats were pretreated with KW-3049 (30 and 100 µg/kg i.v.), the rise of T-wave occurred after the coronary ligation was significantly suppressed (Fig. 2 B, C, Fig. 3). These inhibitory effects on the rise of T-wave were also observed by the administration of nifedipine (200 µg/kg i.v.) as well, however, the rise of T-wave was not inhibited by propranolol (500 µg/kg i.v.) or hydralazine (500 µg/kg i.v.) (Table 3).



**Fig. 2:** Effects of KW-3049 on changes in epicardial ECG after left coronary artery occlusion in artificially ventilated, anesthetized rats. A: control rat; B: KW-3049 (30 µg/kg i.v.)-treated rat; C: KW-3049 (100 µg/kg i.v.)-treated rat.



**Fig. 3:** Time-course of the changes in T-wave of epicardial ECG after left coronary artery occlusion and the effects of KW-3049 (30 or 100 µg/kg i.v.) on T-wave elevation in artificially-ventilated, anesthetized rats. Figures in parentheses indicate No. of rats. * p < 0.05, ** p < 0.01.

PAR-VASO-0007680

Table 3: Effects of KW-3049, nifedipine, propranolol and hydralazine on the maximal elevation of T-wave in epicardial ECG induced by left coronary artery occlusion in artificially-ventilated anesthetized rats.

| Drug | Dose (μg/kg) | n | max$\Delta$T (mV) | % Inhibition |
|---|---|---|---|---|
| Control | — | 15 | 11.7 ± 1.2[a] | |
| KW-3049 | 30 | 10 | 5.9 ± 1.2 | 49.6 (p < 0.01) |
| | 100 | 6 | 3.7 ± 1.3 | 68.4 (p < 0.01) |
| Nifedipine | 200 | 10 | 8.1 ± 1.2 | 30.8 (p < 0.1) |
| Propranolol | 500 | 6 | 14.0 ± 1.5 | −19.7 (N.S.) |
| Hydralazine | 500 | 6 | 11.4 ± 0.6 | 2.6 (N.S.) |

[a] Values are presented as mean ± S.E.

### 3.3. Isoprenaline test

When isoprenaline (10 μg/kg/min) was continuously and intravenously administered, the fall of ST (S-wave) appeared at 30 s after initiation of continuous infusion, and the maximum fall was approximately 0.25 mV and this action was observed until 5 min throughout continuous infusion. In the rats to which propranolol (500 μg/kg i.v.) was administered, the fall of ST was almost completely inhibited. Similarly, significant inhibitory effect by KW-3049 (30 μg/kg i.v.) was observed, and this action was much more potent than that of nifedipine (200 μg/kg i.v.). Hydralazine (500 μg/kg i.v.) administration did not exert any effect on the fall of ST (Fig. 4, Fig. 5).



A. RAT (ISO) CONTROL

KW-3049 30 μg/kg

B. RAT (ISO) CONTROL

PROPRANOLOL 500 μg/kg

Fig. 4: Effects of KW-3049 (30 μg/kg i.v.) and propranolol (500 μg/kg i.v.) on ST depression of ECG (lead II) induced by intravenous infusion of isoprenaline (ISO, 10 μg/kg/min) for 5 min in anesthetized rats. ST depression induced by isoprenaline was compared before and after the drug injection.



Fig. 5: Effects of KW-3049, nifedipine, propranolol and hydralazine on isoprenaline (10 μg/kg/min)-induced ST depression of ECG of anesthetized rats. Abscissa: 20 mm = 1 mV. Each point represents the mean ± S.E. of 5 rats. * p < 0.05, ** p < 0.01.

### 3.4. Anoxia test

When the artificial respiration was stopped for 30 s and animals were exposed to the anoxic condition, the rise of T-

wave or fall of S-wave were seen during the stopped period and even after reopening of respiration for 60 to 120 s. Although the ECG changes that appear when these SHR are exposed to the anoxic condition markedly differ by an individual, the ECG changes in the same individual, for which anoxic insult for 30 s was repetitively given, were consistent and well reproducible. The decline of S-wave was inhibited by the administration of KW-3049 (10 μg/kg i.v.) and the elevation of T-wave was markedly inhibited by 30 μg/kg i.v. (Fig. 6). As with KW-3049 the administration of nifedipine (200 μg/kg i.v.) and propranolol (500 μg/kg i.v.) also tended to inhibit the ECG changes following the anoxia.



Fig. 6: Effects of KW-3049 (10 or 30 μg/kg i.v.) on anoxia-induced changes in ECG (lead II) in anesthetized rats. Rats were immobilized with gallamine after anesthesia and artificially-ventilated. ECG changes by stopping artificial respiration for 30 s were compared before and after the drug administration.

### 3.5. Pressure-rate product

When KW-3049, nifedipine, propranolol or hydralazine were intravenously administered to rats or SHR, the changes in heart rate and blood pressure were measured in order to observe the changes in pressure-rate product. The blood pressure was markedly lowered by the administration of KW-3049, nifedipine and hydralazine and the lowering rate of heart rate was mild as compared to that of blood pressure, whereas the marked decrease of heart rate was observed in rats and SHR to which propranolol was administered. Also, the fall of blood pressure by the administration of KW-3049 was explicitly continuous compared with that by nifedipine. When the changes in pressure-rate product at 5 min after intravenous administration of drug were compared, the changes by the administration of KW-3049 at 10 μg/kg i.v.

Table 4: Effects of KW-3049, nifedipine, propranolol and hydralazine on pressure-rate product (sBP × HR) of anesthetized rats and spontaneous hypertensive rats. Pressure-rate product before and 5 min after the drug injection was estimated.

| Drug | Dose (μg/kg) | Pressure-rate product (×10³ mmHg · min⁻¹) | | % Decrease | p-value |
|---|---|---|---|---|---|
| | | Before | 5 min after | | |
| NTR | | | | | |
| KW-3049 | 10 | 59.2 ± 7.3 | 49.3 ± 4.5 | 12.8 ± 9.5 | N.S. |
| | 30 | 53.9 ± 9.3 | 27.6 ± 2.3 | 40.7 ± 10.3 | p < 0.05 |
| | 100 | 54.7 ± 7.7 | 24.4 ± 1.7 | 51.7 ± 6.1 | p < 0.05 |
| Nifedipine | 200 | 62.8 ± 8.0 | 50.8 ± 2.5 | 11.7 ± 12.3 | N.S. |
| Propranolol | 500 | 64.3 ± 9.6 | 47.6 ± 4.5 | 20.5 ± 8.0 | p < 0.01 |
| Hydralazine | 500 | 65.0 ± 9.0 | 32.2 ± 1.8 | 45.2 ± 1.8 | p < 0.05 |
| SHR | | | | | |
| KW-3049 | 10 | 87.9 ± 7.5 | 55.5 ± 5.1 | 36.8 ± 2.3 | p < 0.01 |
| | 30 | 100.7 ± 6.4 | 42.2 ± 3.4 | 57.8 ± 3.0 | p < 0.01 |
| Nifedipine | 200 | 104.5 ± 3.7 | 62.3 ± 4.3 | 40.4 ± 3.0 | p < 0.01 |
| Propranolol | 500 | 98.1 ± 9.6 | 77.9 ± 8.0 | 20.7 ± 1.2 | p < 0.01 |
| Hydralazine | 500 | 101.8 ± 3.1 | 52.8 ± 6.8 | 48.4 ± 5.0 | p < 0.01 |

Each value represents the mean ± S.E. of 5 animals.

PAR-VASO-0007681

and those by nifedipine at 200 µg/kg i.v. were almost similar in degrees (Table 4). The administration of propranolol at 500 µg/kg i.v. significantly decreased the pressure-rate product of rats and SHR mainly attributable to the decreased heart rate. Similarly, administration of hydralazine at 500 µg/kg i.v. markedly decreased the pressure-rate product. The lowering action of the pressure-rate product due to KW-3049 and nifedipine was much more potent in SHR than in rats.

## 4. Discussion

Due to the inability to detect in animals the chest pain, which is a common feature of angina pectoris in man, the angina models in animals are investigated mostly on the basis of electrocardiographic studies. Also, in our present experiments, the ischemic changes of ECG in rats or SHR were produced by several measures such as vasopressin injection, coronary artery ligation, isoproterenol injection and exposure to anoxia. In order to evaluate the possibility of KW-3049 as an antianginal agent, we have examined the effects of KW-3049 on the ischemic changes of ECG in four putative models of angina pectoris. This time, the mode of actions of KW-3049 was compared with those of nifedipine, propranolol and hydralazine.

The decline of ST of ECG following intravenous injection of vasopressin to rats was observed in one report [12], however, in most cases, only the elevation of T-wave was noted [16, 17]. In our present experiments, we have intravenously injected the vasopressin to the normotensive rats (Wistar strain, male, weighing 250 to 350 g, Shizuoka Experimental Animals), but the marked ECG changes was not observed at up to a dose of 3 U/kg and it did not cause the decline of ST. However, when vasopressin at 1 U/kg was intravenously injected into SHR, the decline of ST or the widened QRS reflecting the rise of T-wave were observed in the 70 to 80 % of cases and arrhythmia in all the cases. These results are similar to the observation by Zukowska-Grojec et al. [18] that the ischemic ECG changes were not elicited in the WKY rat intravenously administered LTD$_4$ within a dose range of 20 µg/kg whereas the ischemic ECG changes were seen in the SHR at a dose of 1 µg/kg. The reason why the ischemic ECG changes are likely to occur in the SHR may be explained on the basis that SHR is susceptible to myocardial damage due to ischemia since cardiac hypertrophy and coronary arteriosclerosis have been reported in SHR [19]. Another possibility might be that O$_2$ demand is higher in SHR as has been demonstrated by the measurement of pressure-rate product in this study.

Thus, we evaluated the drug effect on the ischemic ECG changes when vasopressin was intravenously injected to SHR. This time, we evaluated the effects of the calcium blockers such as KW-3049, nifedipine, verapamil and diltiazem, and efficacy was obtained in all the drugs used and the minimum effective doses (MED) at the intravenous administration were 10 µg/kg, 200 µg/kg, 1,000 µg/kg and 1,000 µg/kg, respectively. KW-3049 showed the most potent effect. Also, when duration of action in the oral administration was compared, the KW-3049 action was lasting longer than that of nifedipine. Propranolol inhibited arrhythmia and widening of QRS but it did not affect the fall of ST. Since hydralazine at 500 µg/kg i.v., which could lower the myocardial oxygen demand more than KW-3049 at 10 µg/kg i.v. and nifedipine at 200 µg/kg i.v., was ineffective, it may be assumed that coronary vasodilation or antispasmodic action due to calcium antagonism could play a role in the mechanism involved for the efficacy of Ca blockers in the vasopressin test.

The coronary occlusion test with ligation of coronary artery in this study was performed to examine the protective effect of this drug on the ischemic myocardium rather than to detect the antispasmodic action. It has already been reported that several antianginal agents inhibit the ischemic ECG changes due to these coronary ligation [13, 14]. Although the detailed mechanism involved in the ST deviation following

the myocardial ischemia caused by the coronary ligation is not fully elucidated [20], it is well known that the ST deviation well correlates with the leak of creatine phosphokinase from the myocardium and the degrees of histological damage [21]. In the present rat experiment, the administrations of KW-3049 and nifedipine suppressed the rise of T-wave accompanied by the coronary ligation, whereas those of propranolol and hydralazine were ineffective. Since the inhibitory action of the ECG changes by KW-3049 at the coronary ligation is also recognized in dogs [22], it is considered that these protective effects on ischemic myocardium may also be beneficial for the treatment of angina pectoris.

Isoprenaline is a β-adrenoceptor agonist and possesses the augmenting action for the myocardial oxygen consumption. When this was intravenously infused by drip to the anginal patients with normal ECG at rest, the fall of ST and anginal pains highly and frequently occurred [23]. In this report, when isoprenaline was continuously infused to rats, as with the previous report [14], the fall of ST was recognized. It was almost completely inhibited by the administration of propranolol, a β-adrenoceptor antagonist although it is quite reasonable that propranolol exerts effect because of the competition at the β-adrenoceptor site. It is interesting to note that KW-3049 at 30 µg/kg i.v. and, although slightly, nifedipine at 200 µg/kg i.v. was effective to the fall of ST due to the administration of isoprenaline. One of the reasons why the calcium blockers were effective for this model may be the inhibition of myocardial oxygen consumption increase which resulted from antagonizing the myocardial slow inward current augmented by isoprenaline. Hydralazine at 500 µg/kg i.v., with which the pressure-rate product was lowered similar in degrees to KW-3049 at 30 µg/kg i.v., was ineffective at all, such that hydralazine may rather possess cardiac stimulating action unlike the so-called calcium blockers.

It has been known that the fall of ST on the ECG occurred at high rates when the arteriosclerotic rabbits induced by the high cholesterol diet were exposed to the hypoxic conditions (6.5 % O$_2$) [14]. We evaluated the ECG changes by stopping artificial respiration and found that, although slight in the normotensive rats, the explicit enlargement of T-wave and the fall of ST in half the cases were observed in SHR. Therefore, the effects of drugs on the ischemic ECG changes due to the anoxic conditions for 30 seconds were evaluated. The fall of ST was inhibited by the administration of KW-3049 at 10 µg/kg i.v. and the enlargement of T-wave was inhibited by that at 30 µg i.v. or more. Similarly, the ECG changes tended to be inhibited by the administrations of propranolol and nifedipine. The ECG changes resulted from the anoxic condition were thought due to the imbalance between myocardial oxygen demand and oxygen supply, and were most comparable to those of angina of effort in humans as a model. We think that the experimental system with SHR we used this time is convenient one and may be useful as an evaluation system of antianginal agent.

In conclusion, it was explicitly demonstrated that KW-3049 exerts potent protective effects on the ischemic ECG changes in a variety of putative angina pectoris models in rats and SHR. As to the mechanisms, it was suggested that the other effect than the reduction of myocardial O$_2$ demand, such as coronary vasodilation and antispasmodic action, may be involved. Since KW-3049 acts longer even at the oral administration, its usefulness as an antianginal agent is expected.

## 5. References

[1] Pfisterer, M., Glaus, L., Burkart, F., Circulation 67, 291 (1983) — [2] Bassan, M. M., Weiler-Ravell, D., Shalev, O., Circulation 68, 568 (1983) — [3] Gross, R., Kirchheim, H., van Olshausen, K., Arzneim.-Forsch./Drug Res. 29 (II), 1361 (1979) — [4] Parratt, J. R., Coker, S. J., Eur Heart J. 4 (Suppl. C), 49 (1983) — [5] Winniford, M. D., Johnson, S. M., Mauritson, D. R., Rellas, J. S., Redish, G. A., Willerson, J. T., Hillis, L. D., Am. J. Cardiol. 50, 913 (1982) — [6] Kishida, H., Otsu, F., Kusama, Y., Takayama, M., Hayakawa, H., Kimura, E., Japan. Heart J. 23 (6), 871 (1982) — [7] Subramanian,

PAR-VASO-0007682

B., Bowles, M. J., Khurmi, N. S., Daies, A. B., Raftery, E. B., Am. J. Cardiol. 50, 696 (1982) — [8] Repine, C. J., Feldman, R. L., Hill, J. A., Richard, C., Mehta, J., Hill, C., Scott, E., Am. Heart J. 106, 1341 (1983) — [9] Karasawa, A., Kubo, K., Shuto, K., Oka, T., Nakamizo, N., Arzneim.-Forsch./Drug Res. 38 (II), 1684 (1988) — [10] Karasawa, A., Kubo, K., Shuto, K., Oka, T., Nakamizo, N., Arzneim.-Forsch./Drug Res. 38 (II), 1707 (1988) — [11] Karasawa, A., Kubo, K., Shuto, K., Nakamizo, N., Japan. J. Pharmacol. 39 (Suppl.), 291P (1985) — [12] Hiramatsu, Y., Izumi, A., Tezuka, T., Kurosawa, Y., Japan. J. Pharmacol. 20, 313 (1970) — [13] Berne, J. E., Walters, J. S., Deitchman, D., Pharmacologist 24, 210 (1982) — [14] Iwaki, R., Kudo, Y., Ishiko, J., Irikura, T., Yakugaku Zasshi 89, 1185 (1969) (Abstr. in English) — [15] Gobel, F. L., Nordstrom, L. A., Nelson, R. P., Jorgensen, C. R., Wang, Y., Circulation 57, 549 (1978) — [16] Leitold, M., Hader, S., Arch. Pharmacol. 324 (Suppl.), R40 (1983) — [17] Adaikan, P. G., Karim, S. M. M., Lau, L. C., Tai, M. Y., Kotegoda, S. R., Thromb. Res. 33, 333 (1984) — [18] Zukowska-Grojec, Z., Bayorh, M. A., Kopin, I. J., Feuerstein, G., J. Pharmacol. Exp. Ther. 223, 183 (1982) — [19] Ohtaka, M., Japan. Circ. J. 44, 283 (1980) — [20] Hashimoto, H., Suzuki, K., Miyake, S., Makashima, M., Circulation 68, 667 (1983) — [21] Maroko, P. R., Libby, P., Sobel, B. E., Bloor, C. M., Sybers, H. D., Shell, W. E., Covell, J. E., Braunwald, E., Circulation 45, 1160 (1972) — [22] Karasawa, A., Kubo, K., Shuto, K., Oka, T., Nakamizo, N., Arzneim.-Forsch./Drug Res. 38 (II), 1717 (1988) — [23] Kimura, E., Ushiyama, K., Kikuchi, H., Nabuchi, G., Japan. J. Int. Med. 57, 38 (1959) (in Japanese)

Correspondence: Dr. A. Karasawa, 1188 Shimotogari, Nagaizumi-cho, Sunto-gun, Shizuoka 411 (Japan)

# Vasodilating Effects of the New Calcium Antagonist Benidipine Hydrochloride in Anesthetized Dogs and Cats

A. Karasawa, K. Kubo, K. Shuto, T. Oka, and N. Nakamizo

**Summary:** Vasodilating effects of a new 1,4-dihydropyridine derivative, (±)-(R*)-2,6-dimethyl-4-(m-nitrophenyl)-1,4-dihydropyridine-3,5-dicarboxylic acid (R*)-1-benzyl-3-piperidinyl ester, methyl ester hydrochloride (benidipine hydrochloride, KW-3049) were investigated in anesthetized dogs and cats.

Intravenous administrations of KW-3049 at doses of 0.3 to 10 µg/kg exhibited a greater vasodilation in vertebral and coronary arteries than in common carotid and femoral arteries. The maximal effects of KW-3049 were equal to or more potent than those of nifedipine and nicardipine. Vertebral and coronary vasodilation following intravenous administration of 10 µg/kg of KW-3049 continued for 240 min or more, whereas those following nifedipine or nicardipine (10 µg/kg

i.v.) disappeared within 30 min. A gradual and long-lasting increase of the vertebral and coronary blood flows following the intraduodenal administration of KW-3049 (0.1 mg/kg) was observed as compared with those of nifedipine (0.3 mg/kg i.d.) and nicardipine (0.3 mg/kg i.d.). When KW-3049 at a dose of 0.1 µg/kg was intraarterially administered to vertebral or coronary arteries, the blood flow increased without affecting systemic blood pressure and its effects lasted longer than those of nifedipine and nicardipine (0.1 µg/kg i.a.). In particular, the duration time in increase of coronary blood flow by KW-3049 was extremely longer, i.e. 11-fold and 6-fold those by nifedipine and nicardipine, respectively.

Coronary vasodilating effect of KW-3049 was influenced neither by propranolol, atropine, diphenhydramine nor by aminophylline. Moreover, KW-3049 did not affect the vasodilator effect of adenosine.

In conclusion, it was demonstrated that KW-3049 exhibits preferential coronary and cerebral vasodilating activity and the duration of its effects is consistently longer as compared with those of nifedipine and nicardipine.

Pharmaceutical Research Laboratories, Kyowa Hakko Kogyo Co., Ltd., Shizuoka (Japan)

PAR-VASO-0007683

0013-7227/78/1024-1230$02.00/0
Endocrinology
Copyright © 1978 by The Endocrine Society

Vol. 102, No. 4
Printed in U.S.A.

# Changes of Vascular Reactivity Induced by Low Vasopressin Concentrations: Interactions with Cortisol and Lithium and Possible Involvement of Prostaglandins*

M. KARMAZYN, M. S. MANKU, AND D. F. HORROBIN†

*Clinical Research Institute and the Université de Montréal, Montreal, Quebec H2W 1R7, Canada*

**ABSTRACT.** Arginine vasopressin in physiological concentrations potentiated the vascular effects of various vasoconstrictor agents. By using the isolated rat mesenteric artery preparation, the pressor effects of norepinephrine, angiotensin II, and potassium chloride were all significantly increased when vasopressin was added to the perfusion buffer. Cortisol and lithium both inhibited the potentiating effect of vasopressin but had no effect on the control pressor response to norepinephrine. When the vascular effects of norepinephrine were first blocked with indomethacin and then restored by the addition of prostaglandin $E_2$, the potentiation by vasopression was almost completely prevented. This suggests that vasopressin may be acting by stimulating prostaglandin biosynthesis. Cortisol and lithium may exert their inhibitory effects by preventing the activation of prostaglandin synthesis by vasopressin. These findings may be of clinical significance because the phenomena occur well within the range of vasopressin levels found in human plasma. (*Endocrinology* 102: 1230, 1978)

**V**ASOPRESSIN is a vasoconstrictor when present in relatively large concentrations in either experimental animals (1, 2) or in man (3-5). The mode of action of vasopressin at the vascular level is not well understood.

Various polypeptide hormones have been shown to exert some of their effects by the stimulation of prostaglandin (PG) biosynthesis. These include prolactin (6, 7), angiotensin II (8), and ACTH (9). We have, therefore, investigated indirectly if vasopressin can also work by modifying PG biosynthesis.

As there is evidence that steroids and lithium may modify the effects of polypeptide hormones on PG synthesis (9-11) and as both glucocorticoids and lithium can inhibit the renal actions of vasopressin (12, 13), we have also tested the effects of these substances on the changes in vascular reactivity produced by vasopressin.

## Materials and Methods

Isolated superior mesenteric vascular bed preparations from male rats were prepared as previously

described (11, 14, 15). The animals were anesthetized with ether, the superior mesenteric artery was cannulated, and the mesentery was dissected out and mounted in an organ bath. The cannula was perfused by using a Watson-Marlow peristaltic pump with Krebs bicarbonate buffer containing (in mM) 150 sodium, 4.3 potassium, 1.0 magnesium, 2.5 calcium, 1.7 phosphate, 25 bicarbonate (remaining anion was chloride), and 11.1 glucose. The perfusion pressure was recorded via a side arm by using a Bell and Howell physiological pressure transducer and Devices moving paper recorder. The flow rate was adjusted to give a steady perfusion pressure of 25-30 mm Hg. The flow rate was never changed during an experiment after the initial adjustment had been made. The actual flow rate was usually in the region of 3-4 ml/min which is not far from the likely physiological blood flow through the superior mesenteric artery of a 200-300-g rat. In such preparations perfused by buffer alone, pressor responses and baseline pressure remain stable for at least 3 h.

At 5-min intervals, norepinephrine, as the bitartrate (Sigma) dissolved in 0.1 ml physiological saline, was injected in the cannula. This caused a transient vasoconstriction (lasting about 1 min) and, hence, a transient rise in the pressure in the cannula. A norepinephrine concentration of 10 ng/injection gave about 50% of the maximal pressor response and this concentration was used throughout the experiment. After three pressor responses of constant amplitude (±5%) to injected norepinephrine had been obtained, the experiments were

Received April 5, 1977.
* This work was supported by the Canadian and Quebec Medical Research Councils, the National Cancer Institute, the Cancer Research Society, and the Muscular Dystrophy Association of Canada.
† To whom requests for reprints should be addressed.

PAR-VASO-0007684

started. Results are expressed as the percentages of the mean initial response. For some experiments, the norepinephrine was replaced as the vasoconstrictor agent by either potassium chloride (2 mg, Fisher) or angiotensin II (2 ng, Beckman).

*Effects of vasopressin on the response to norepinephrine, potassium chloride, and angiotensin II*

Concentrations of vasopressin (synthetic arginine vasopressin, Sigma) from 1–128 pg/ml were added to the perfusion buffer after obtaining three control responses to each pressor agent. Each concentration of vasopressin was added for 15 min and the response amplitude (rise in pressure above baseline) to the same dose of either norepinephrine, potassium chloride, or angiotensin II was measured at the end of that time. Initial mean pressor response ± SEM to each pressor agent before the addition of vasopressin was for norepinephrine, 54.8 ± 14.2 mm Hg; for potassium chloride, 51.8 ± 27.4 mm Hg; and for angiotensin II, 68.4 ± 19.2 mm Hg.

*Effects of vasopressin in the presence of cortisol on the response to norepinephrine*

Concentrations of cortisol (as the hemisuccinate, Sigma) from 2–32 ng/ml were added to the buffer. Concentrations up to 32 ng/ml have been previously shown in this laboratory to have no significant effect on the pressure response to norepinephrine (11). (The mean pressor response to norepinephrine in the presence of cortisol before the addition of vasopressin was 54.2 ± 16.8 (SEM) mm Hg.) As before, vasopressin was added to the buffer in progressively increasing concentrations and its effect on the pressor response to norepinephrine was noted.

*Effects of vasopressin in the presence of lithium on response to norepinephrine*

Lithium (as the chloride, Fisher) in a concentration of 2 mM, was added to the perfusion buffer. This concentration has been shown to have no significant effect on the pressor response to norepinephrine. (The mean pressor response to norepinephrine in the presence of lithium before the addition of vasopressin was 49.4 ± 27.5 (SEM) mm Hg.) As before, vasopressin was added to the buffer in progressively increasing concentrations and its effect on the pressor response to norepinephrine was noted.

*Effects of vasopressin in the presence of indomethacin and exogenous prostaglandin $E_2$*

Indomethacin (Sigma), in a concentration of 32

µg/ml, was first added to the buffer for 20 min to reduce the response of the preparation to norepinephrine to a very low level (16). Prostaglandin $E_2$ (Upjohn), in a concentration of 1 ng/ml, was added to the buffer in addition to the indomethacin to restore the response to norepinephrine to near its original value. (The mean pressure response to norepinephrine in the presence of indomethacin and $PGE_2$ before the addition of vasopressin was 42.4 ± 16.2 (SEM) mm Hg.) Vasopressin was then added in increasing concentrations as before.

## Results

*Effects of vasopressin on the response to norepinephrine, potassium chloride, and angiotensin II*

Vasopressin, when added to the perfusion buffer, was able to potentiate the pressor effects of all three agents tested (Fig. 1). The addition of only 1 pg/ml vasopressin increased the response of the preparation to norepinephrine ($P < 0.001$ Student's unpaired $t$ test) and to potassium chloride ($P < 0.001$). Although some potentiation of the response to angioten-



FIG. 1. The effects of vasopressin on the pressor response to norepinephrine, potassium chloride, and angiotensin II. The vertical axis represents the response to a fixed concentration of each pressor agent as a percentage of the response to that agent when no vasopressin was present in the buffer. The horizontal axis represents the concentration of vasopressin in the perfusing buffer at the time of testing (15 min after the initial test). Each pressor agent was injected directly via a side arm and produced a transient response lasting about 1 min. Each point represents the mean of six experiments and the bars indicate SEM.

sin II was observed at 1 pg/ml, it did not become significant until 8 pg/ml vasopressin was added to the buffer.

*Effects of vasopressin in the presence of cortisol*

The addition of 2 ng/ml cortisol significantly inhibited the potentiating effect of vasopressin on the pressor response to norepinephrine up to a concentration of 32 pg/ml ($P < 0.01$) (Fig. 2). Higher concentrations of cortisol further inhibited the effects of vasopressin. At a concentration of 32 ng/ml cortisol, even 128 pg/ml vasopressin did not significantly alter the pressor response to norepinephrine from control values ($P > 0.05$).



FIG. 2. The effects of vasopressin in the presence of cortisol on the pressor responses to norepinephrine and on baseline perfusion pressure. The vertical axis of the upper figure indicates the pressor response to an injection of epinephrine expressed as a percentage of the mean amplitude of three control responses obtained after the addition of cortisol but before the addition of vasopressin to the perfusing buffer. The closed circles show the effect of vasopressin in the absence of cortisol. The vertical axis of the lower figure shows the rise in baseline pressure above starting levels observed in between the injections of norepinephrine; it, therefore, indicates the direct effects of vasopressin itself in the presence and absence of cortisol. The horizontal axis represents the concentration of vasopressin in the perfusing buffer at the time of testing (see *Materials and Methods*). Each point represents the mean of six experiments and the bars indicate SEM.

*Effects of vasopressin in presence of lithium*

The addition of lithium chloride was found also to inhibit the action of vasopressin on the pressor response to norepinephrine (Fig. 3). At a concentration of 2 mM (the upper limit of the therapeutic concentration in human plasma), lithium significantly reduced the potentiating effects of vasopressin on the norepinephrine response up to a concentration of 32 pg/ml vasopressin ($P < 0.01$, ANOVA, comparing effects of vasopressin with and without lithium).

*Effects of vasopressin in presence of indomethacin and prostaglandin $E_2$*

In the presence of indomethacin and prostaglandin $E_2$, the potentiating effect of vasopressin was almost completely abolished (Fig. 4). Even the highest concentration of vasopressin (128 pg/ml) had only a slight potentiating effect, and over most of the concentration range the effect of vasopressin was weakly inhibitory ($P < 0.05$ for each point from 2–32 pg/ml as compared to control responses before adding vasopressin).

*Baseline pressure changes associated with increasing vasopressin concentrations: effects of cortisol, lithium, and indomethacin*

Although the addition of either cortisol or lithium to the perfusion buffer inhibited the potentiating effects of vasopressin on norepinephrine, the direct vasoconstrictor effect of vasopressin, as determined by increased baseline perfusion pressure, was not affected (Figs. 2 and 3). Similarly, although the inhibition of endogenous prostaglandin biosynthesis by indomethacin abolished the potentiation of the pressor effect of norepinephrine, there was no effect at all on the direct action of vasopressin on the mesenteric arteries. Both groups showed a small but consistent rise in baseline perfusion pressure with increasing concentrations of vasopressin (Fig. 4).

## Discussion

These results indicate that vasopressin in physiological concentrations may regulate



FIG. 3. The effects of vasopressin in the presence of lithium chloride on pressor response to norepinephrine and on the baseline perfusion pressure. The vertical axis of the upper figure indicates the pressor response to an injection of norepinephrine expressed as a percentage of the mean amplitude of three control responses obtained after the addition of lithium but before the addition of vasopressin to the perfusing buffer. The closed circles line shows the effect of vasopressin in the absence of lithium. The vertical axis of the lower figure shows the rise in baseline pressure above starting levels observed in between the injections of norepinephrine; it, therefore, indicates the direct effect of vasopressin itself in the presence and absence of lithium. The horizontal axis represents the concentration of vasopressin in the perfusing buffer at the time of testing (see *Materials and Methods*). Each point represents the mean of six experiments and the bars indicate SEM.



FIG. 4. The effects of vasopressin on pressor responses to norepinephrine and on baseline pressure in preparations perfused with buffer (closed circles) and with buffer containing indomethacin plus prostaglandin E₂. The vertical axis of the upper figure represents the pressor response to an injection of norepinephrine expressed as a *percentage* of the mean amplitude of three control responses obtained before the addition of vasopressin to the perfusing buffer. The vertical axis of the lower figure shows the rise in baseline pressure above starting levels observed in between the injections of norepinephrine: it therefore indicates the direct effect of vasopressin itself. The horizontal axis represents the concentration of vasopressin in the perfusing buffer at the time of testing (see *Materials and Methods*). Each point represents the mean of six experiments and the bars indicate SEM.

vascular reactivity by significantly potentiating the pressor effects of norepinephrine, angiotensin II, and potassium. Levels of vasopressin in normal human plasma are about 3–8 pg/ml (17), concentrations which in our study caused a 10–30% potentiation of pressor responses. The potentiating effects occur at vasopressin concentrations substantially lower than those required to produce a clear direct pressor response.

In this rat mesenteric preparation, responses to all pressor agents are dependent on the presence of PGs. Progressive inhibition of prostaglandin synthesis by indomethacin causes a progressive reduction in the ampli-

tude of the response to a fixed dose of any of the pressor agents (16). However, even after complete blockade of both PG synthesis and vascular reactivity by indomethacin, exogenous PGE₂, added to the perfusing buffer with indomethacin still present, can restore apparently normal vascular reactivity.

Because changes in the available PG concentration can so clearly change pressor responses in this preparation, it seems possible that vasopressin might act by stimulating PG synthesis. If this is so, then vasopressin should not change vascular responses in preparations in which endogenous PG synthesis has been completely blocked by indomethacin, but in

which apparently normal pressor responses have been restored by the addition to the buffer of a fixed amount of $PGE_2$. In this situation, vasopressin failed to potentiate responses to norepinephrine in the usual way although its direct pressor effect on baseline pressure remained unchanged (Fig. 4). We conclude from this experiment that vasopressin has two distinct actions on the preparation: 1) a direct pressor effect which remains in preparations in which endogenous PG synthesis has been abolished, and 2) an indirect potentiation of other pressor agents which does not occur in the absence of endogenous PG synthesis and which may therefore be dependent on a vasopressin-induced change in PG synthesis.

We have previously shown that ovine prolactin when added to the perfusing buffer potentiates pressor responses up to a concentration of 100 ng/ml and inhibits pressor responses at concentrations of 200 ng/ml and above (7, 11, 18), and we have presented evidence that the prolactin effect is associated with a stimulation of synthesis of a PGE-like substance. We have now shown that vasopressin potentiates pressor responses, this time with no evidence of a reduction of the potentiation or of inhibition at high vasopressin concentrations. We are arguing that the vasopressin effect, like the prolactin effect, may be due to stimulation of PG synthesis. How can these apparently conflicting observations be reconciled?

We suspect that prolactin may stimulate the synthesis of $PGE_1$ and that vasopressin may stimulate the synthesis of $PGE_2$. Unfortunately, both the bioassay and immunoassay techniques currently available to us do not distinguish adequately between $PGE_1$ and $PGE_2$, so we have approached the problem indirectly. In this same rat mesenteric preparation, $PGE_1$, in low concentrations in the buffer, potentiates pressor responses. As the concentration is increased, the potentiation disappears and the $PGE_1$ becomes inhibitory (19). In contrast, $PGE_2$ when added to the buffer in increasing concentrations causes a sustained potentiation with no indication of any inhibition (19). In unpublished work we

have shown that arachidonic acid, the precursor of $PGE_2$, has effects very similar to those of $PGE_2$, whereas dihomo-γ-linolenic acid, the precursor of $PGE_1$, has effects similar to those of $PGE_1$. Prolactin, dihomo-γ-linolenic acid, and $PGE_1$ all, therefore, behave similarly in causing potentiation at low concentrations and inhibition at high ones. Vasopressin, arachidonic acid, and $PGE_2$ all behave similarly in causing a sustained potentiation. We have argued that angiotensin II, which, too, has a $PGE_2$-like effect, may also be able to stimulate $PGE_2$ synthesis in this preparation (8). Cortisol, in concentrations which are strictly physiological, can prevent the potentiation of pressor responses by vasopressin and by angiotensin II (8), and can reverse the inhibition of pressor responses caused by high concentrations of prolactin (11). Cortisol alone had no effects on pressor responses and because substances which are able to inhibit PG synthesis seem able to inhibit pressor effects in this preparation (16), we do not think that cortisol at the concentrations we have used has any effect on basal prostaglandin synthesis. One of the key rate-limiting processes in PG synthesis seems to be the phospholipase-mediated splitting of PG precursors from membrane phospholipids (20, 21). It has been argued that cortisol can interfere with PG synthesis by blocking this reaction (20, 21). We, therefore, suggest that vasopressin and angiotensin II may activate the release of arachidonic acid from membrane phospholipids, that prolactin may activate the release of dihomo-γ-linolenic acid, and that cortisol blocks the effects of all three hormones at this point. In unpublished experiments, we have shown that cortisol does not interfere with the effects on vascular reactivity of either arachidonic or dihomo-γ-linolenic acids. This sort of cortisol-polypeptide hormone interaction may be of fundamental significance in the understanding of endocrine control of cell function (22).

Lithium, in a concentration of 2 mM, can reverse the effects of both 50 and 500 ng/ml prolactin on vascular reactivity (10). Lithium can also reduce the effect of vasopressin on vascular reactivity. Whereas cortisol is approximately equipotent in blocking the effects

of prolactin and vasopressin, lithium seems to be considerably more effective against prolactin.

If the interpretation in the previous paragraph is correct, this suggests that lithium may be more potent as a blocker of dihomo-$\gamma$-linolenic acid release than as a blocker of arachidonic acid release. In the kidneys, the resistance to vasopressin observed in lithium-treated rats can be overcome by either high doses of prolactin (23) or low doses of $PGA_2$ (13). This suggests that prolactin-vasopressin-lithium-PG interactions may be important at this level also.

On a practical note, prolactin preparations are known to be contaminated by vasopressin and there have been suggestions that many of the apparent actions of prolactin are due to vasopressin contamination (24). The current results make it unlikely that the vascular effects prolactin can all be attributed to such contamination. Prolactin at 50 ng/ml would contain about 0.25 pg/ml vasopressin (24). This amount of vasopressin is below the threshold level for potentiation of vascular reactivity and, therefore, the potentiation by 50 ng/ml prolactin cannot be explained by vasopressin contamination. Equally, the inhibition of reactivity caused by prolactin in the 200–1000 ng/ml range cannot be accounted for by vasopressin contamination which would produce concentrations of 1–5 pg/ml. These concentrations of vasopressin have potentiating actions. Finally, it should be noted that if prolactin can stimulate $PGE_1$ synthesis and vasopressin can stimulate $PGE_2$ synthesis, then, because in low concentrations the two PGs frequently have similar effects, prolactin and vasopressin in some situations may also have similar effects which are not necessarily attributable to contamination of one hormone by the other.

## Acknowledgments

The prostaglandin $E_2$ was kindly provided by Dr. J. Pike of the Upjohn Company, Kalamazoo, MI. We also thank Mrs. Christine Gervais who typed the manuscript.

## References

1. Gaddum, J. H., Some properties of the separated active principle of the pituitary (posterior lobe), *J Physiol (Lond)* 65: 434, 1928.

2. Munsick, R. A., W. H. Sawyer, and H. B. Van Dyke, Avian neurohypophysial hormones: pharmacological properties and tentative identification, *Endocrinology* 66: 860, 1960.

3. Grollman, A., and E. M. K. Geiling, The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary liquid (pituitrin), pitressin and pitocin, *J Pharmacol Exp Ther* 46: 447, 1932.

4. Kitchin, A. H., The effect of pitressin on hand and forearm blood flow, *Clin Sci* 16: 639, 1957.

5. Sheldon, S., and S. Sherlock, The use of vasopressin (pitressin) in the control of bleeding from oesophageal varices, *Lancet* ii: 222, 1960.

6. Horrobin, D. F., M. S. Manku, R. A. Karmali, B. A. Nassar, and M. W. Greaves, Prolactin and prostaglandin synthesis, *Lancet* ii: 1154, 1974.

7. Mtabaji, J. P., M. S. Manku, and D. F. Horrobin, Vascular actions of furosemide and bumetanide on the rat superior mesenteric vascular bed: interactions with prolactin and prostaglandins, *Can J Physiol Pharmacol* 54: 357, 1976.

8. Kondo, K., M. S. Manku, D. F. Horrobin, R. Boucher, and J. Genest, Potentiation of pressor effects of noradrenaline and potassium ions in rat mesenteric arteries by physiological levels of angiotensin. II. Effects of prostaglandin $E_2$ and cortisol, *Clin Sci Mol Med*, in press.

9. Lewis, G. P., and P. J. Piper, Inhibition of release of prostaglandins as an explanation of some of the action of anti-inflammatory corticosteroids, *Nature* 254: 308, 1975.

10. Horrobin, D. F., M. S. Manku, J. P. Mtabaji, and B. A. Nassar, Action of lithium on the responses of the rat superior mesenteric vascular bed to noradrenaline and prolactin, *J Physiol (Lond)* 251: 24P, 1975.

11. Horrobin, D. F., J. P. Mtabaji, and M. S. Manku, Physiological cortisol levels block the inhibition of vascular reactivity produced by prolactin, *Endocrinology* 99: 406, 1976.

12. Horrobin, D. F., M. S. Manku, and D. Robertshaw, Water-loosing action of antidiuretic hormone in the presence of excess cortisol: restoration of normal action by prolactin or by oxytocin, *J Endocrinol* 58: 135, 1977.

13. Mtabaji, J. P., C. J. Robinson, M. S. Manku, D. Cronin, and D. F. Horrobin, Prostaglandin $A_2$ at low rates of infusion restores the anti-diuretic effect of vasopressin in lithium-treated rats, *J Endocrinol* 73: 31, 1977.

14. McGregor, D. D., The effect of sympathetic nerve stimulation on vasoconstrictor responses in perfused mesenteric blood vessels of the rat, *J Physiol (Lond)* 177: 21, 1965.

15. Horrobin, D. F., M. S. Manku, R. A. Karmali, B. A. Nassar, and P. A. Davies, Aspirin, indomethacin, catecholamine and prostaglandin interactions on rat arterioles and rabbit hearts, *Nature* 250: 425, 1974.

16. Manku, M. S., and D. F. Horrobin, Indomethacin

PAR-VASO-0007689

inhibits responses to all vasoconstrictors in the rat mesenteric vascular bed: restoration of responses by prostaglandin E$_2$, *Prostaglandins* **12**: 369, 1976.

17. Husain, M. S., N. Gernando, M. Shapiro, A. Kagan, and S. Glick, Radioimmunoassay of arginine vasopressin in human plasma, *J Clin Endocrinol Metab* **37**: 616, 1973.

18. Manku, M. S., B. A. Nassar, and D. F. Horrobin, Effects of prolactin on the responses of rat aortic and arteriolar smooth muscle preparations to noradrenaline and angiotensin, *Lancet* ii: 991, 1973.

19. Manku, M. S., J. P. Mtabaji, and D. F. Horrobin, Effects of prostaglandins on baseline pressure and responses to noradrenaline in a perfused rat mesenteric artery preparation: PGE$_1$ as an antagonist of PGE$_2$, *Prostaglandins* **13**: 701, 1977.

20. Floman, Y., and U. Zor, Mechanism of steroid action in inflammation: inhibition of prostaglandin synthesis and release, *Prostaglandins* **12**: 403, 1976.

21. Hong, S. L., and L. Levine, Inhibition of arachidonic acid release from cells as the biochemical action of anti-inflammatory corticosteroids, *Proc Natl Acad Sci USA* **73**: 1730, 1976.

22. Horrobin, D. F., J. P. Mtabaji, and M. S. Manku, Cortisol in physiological concentrations acts within minutes to modify effects of prolactin and growth hormone on prostaglandin secretion: importance of effect in modulating cellular responses to calcium and cyclic nucleotides, *Med Hypotheses* **2**: 219, 1976.

23. Mtabaji, J. P., M. S. Manku, and D. F. Horrobin, Effect of prolactin, antidiuretic hormone and aldosterone on the polyuric syndrome produced by lithium treatment in male rats, *J Endocrinol* **67**: 57P, 1975.

24. Bond, G. C., J. N. Pasley, T. I. Koike, and L. Llerena, Contamination of an ovine prolactin preparation with anti-diuretic hormone, *J Endocrinol* **71**: 169, 1976.

PAR-VASO-0007690

*Brief reports of new clinical or laboratory observations, cases of unusual importance, and new developments in medical care will be considered for publication in this section. Manuscripts must be typed double-spaced. Text length must not exceed 750 words; no more than 10 references and one figure or table can be used. See "Information for Authors" on page 1-6 for form of references. Manuscripts should include an abstract of not over 100 words. Reports will be reviewed by consultants when, in the opinion of the editors, such review is needed. The Editor reserves the right to shorten reports and to make changes in style.*

## Vasopressin Provocation of Ventricular Dysrhythmia

KEVIN J. KELLY, M.D.

Department of Medicine, University of Iowa; Iowa City, Iowa

JOHN M. STANG, M.D.; and HAGOP S. MEKHJIAN

Department of Medicine, Ohio State University; Columbus, Ohio

THE CARDIOVASCULAR EFFECTS of vasopressin in humas were first reported in 1947 (1). Since then, cardiovascular accidents including transient ischemia, transmural myocardial injury without infarction, and actual myocardial infarction have been described (2-4). Ventricular fibrillation has followed prolonged intra-arterial infusion (5). This paper describes ventricular dysrhythmia after intravenous (i.v.) vasopressin using the "bolus dose" technique in a patient without known heart disease.

A 48-year-old woman was admitted to The Ohio State University Hospitals with hematemesis. Previously she had been admitted for recurrent alcoholic hepatitis and biopsy-proven cirrhosis. Following excess alcohol consumption, she developed dark brown emesis. She had no history of hemorrhage or heart disease.

Her heart rate was 104/min with occasional premature beats, systemic arterial pressure was 150/85 mm Hg in the supine position without postural change, and she had icteric sclerae, a grade II/VI systolic ejection murmur in the left ventricular outflow tract without carotid or apical radiation, a 12-cm hepatic span with a firm, palpable lower margin, and palmar erythema. The ECG revealed sinus tachycardia, nonspecific ST- and T-wave changes, and poor R-wave progression. Chest roentgenogram findings were normal. Hemoglobin concentration was 11.6 mg/dL, hematocrit 36.9%, and leukocyte count 6400/mm³. Serum electrolyte findings included a sodium level of 141 meq/L, potassium 3.4 meq/L, chloride 99 meq/L, and $CO_2$ 26 mM/L. Prothrombin time was 13.5 (control, 11 s) and partial thromboplastin time was 30 s.

Gastric lavage yielded bright red blood that cleared within minutes. Emergency endoscopy revealed both esophageal varices and a 6-mm gastric ulcer, neither of which demonstrated active or recent bleeding. Two 1.5-cm tears at the gastroesophageal junction were noted, one of which was oozing bright red blood. Four and one-half hours after endoscopy, active bleeding recurred unresponsive to iced saline lavage. The patient was given 20 units of vasopressin in 50 mL of normal saline i.v. over 15 minutes (1.3 U/min). Preinfusion arterial pressure and heart rate were 120/62 min Hg and 90/min, respectively. During and immediately after the infusion, the arterial pressure rose to 150/70 mm Hg with relative bradycardia (64/min). Fifteen minutes postinfusion, 7 to 10 multiforme premature ventricular contractions per minute were noted, representing a distinctive change from the occasional premature ventricular contractions noted

on continuous monitoring before this time (Figure 1). This was followed immediately by ventricular tachycardia and fibrillation. With cardioversion and 100 mg of i.v. xylocaine, the patient returned to sinus rhythm with frequent premature ventricular contractions, which resolved over the next several minutes. An ECG done immediately postdysrhythmia showed no acute changes, and no change in serial tracings was found over the next 3 days. Accompanying serial enzyme determinations were normal. One week later an echocardiogram and systolic time intervals were normal. Treadmill exercise testing revealed poor exercise tolerance with interruption of the test shortly after 2 minutes because of breathlessness. No ischemic changes were seen although multiple premature ventricular contractions were noted. A thallium-201 myocardial scan done immediately postexercise was normal.

Apparently vasopressin was responsible for provocation of malignant ventricular dysrhythmia in this patient with prior and subsequent ventricular ectopy but with scant evidence of underlying organic heart disease. The cardiovascular effects of systemic and selective intra-arterial vasopressin in humans are well known and include increased coronary vascular resistance and decreased flow, decreased myocardial contractility, decreased cardiac output, and a transient rise in mean arterial pressure accompanied by sinus bradycardia (6). A recent study in dogs verifies the myocardial depressant effect of i.v. vasopressin as demonstrated by systolic time intervals (7). Also in dogs, the work of Barr and colleagues (8) suggests that both small and large peripheral i.v. doses can cause similar changes in splanchnic hemodynamics, while the smaller dose (0.2 U/min) produces a 40%



**Figure 1.** Serial ECG tracings in lead II before and three different times after vasopressin (Pitressin; Parke, Davis & Co., Detroit, Michigan) administration. **A.** Sinus rhythm with 2 to 7 uniformed premature ventricular contractions/min. **B.** Sinus rhythm with 7 to 10 multiforme premature ventricular contractions/min. **C.** Ventricular flutter progressing to ventricular fibrillation. **D.** Restoration of sinus rhythm.

PAR-VASO-0007691

smaller effect on cardiac output and blood pressure than the higher dose.

The precise mechanism for the above-mentioned effects is not completely known but is presumably related to the coronary vasoconstrictor properties of vasopressin. Additionally, the possibility of a direct adverse myocardial effect must be considered. In our patient, the delayed onset of apparent dysrhythmia provocation and the absence of chest pain and ST-segment elevation spoke against a Prinzmetal phenomenon as the mechanism per se.

Several methods have been proposed for avoiding the deleterious cardiovascular effects of vasopressin. These include reduction of dose (8), simultaneous administration of isoproterenol (9), and administration of an alternative triglycyl hormonogen of the drug (10). We agree that low doses of the drug should be given, that patients should be selected carefully, and that patients with ischemic heart disease should be excluded completely from administration of this drug. Further, all patients receiving vasopressin should be monitored continuously, given the fact that deleterious cardiovascular effects are possible even in patients with little or no evidence of heart disease. With increased acceptance of the preferability of systemic rather than intra-arterial administration, better study of "bolus doses" (as used here) versus constant infusion techniques is warranted.

The authors thank Drs. Fred B. Thomas and James V. Warren for critical review of the manuscript and Mrs. Janet Thomas and Mrs. Elizabeth Ward for secretarial assistance.

REFERENCES

1. RUSKIN A. Pitressin test of coronary insufficiency. *Am Heart J.* 1947;34:569-79.
2. MILLS MD, BURCHELL HB, PARKER RL, KIRKLIN BR. Myocardial infarction and sudden death following the administration of Pitressin; additional electrocardiographic study of 100 patients given Pitressin for cholecystography. *Proc Staff Meet Mayo Clin.* 1949;24:254-8.
3. SLOTNIK IL, TEIGLAND JD. Cardiac accidents following vasopressin injection (Pitressin®). *JAMA.* 1951;146:1126-9.
4. BELLER BM, TREVINO A, URBAN E. Pitressin-induced myocardial injury and depression in a young woman. *Am J Med.* 1971;51:675-9.
5. CONN HO, RAMSBY GR, STORER EH. Selective intraarterial vasopressin in the treatment of upper gastrointestinal hemorrhage. *Gastroenterology.* 1972;63:634-45.
6. SIRINEK KR, THOMFORD NR, PACE WG. Adverse cardiodynamic effects of vasopressin not avoided by selective intraarterial administration. *Surgery.* 1977;81:723-8.
7. NOLASCO JB. The effects of vasopressin on the systolic time intervals in the dog. *Cardiology.* 1976;61:353-9.
8. BARR JW, LAKIN RC, RÖSCH J. Similarity of arterial and intravenous vasopressin on portal and systemic hemodynamics. *Gastroenterology.* 1975;69:13-9.
9. SIRINEK KR, THOMFORD NR. Isoproterenol in offsetting adverse effects of vasopressin in cirrhotic patients. *Am J Surg.* 1975;129:130-6.
10. VOSMIK J, JEDLIČKA K, MULDER JL, CORT JH. Action of the triglycyl hormonogen of vasopressin (glypressin) in patients with liver cirrhosis and bleeding esophageal varices. *Gastroenterology.* 1977;72:605-9.

©1980 American College of Physicians

PAR-VASO-0007692

0013-7227/89/1241-0077$02.00/0
Endocrinology
Copyright © 1989 by The Endocrine Society

# Pharmacokinetics of Vasopressin and Atrial Natriuretic Peptide in Anesthetized Rabbits*

K. A. KING†, C. A. COURNEYA, C. TANG, N. WILSON, AND J. R. LEDSOME

*Department of Physiology, University of British Columbia, Vancouver, British Columbia, Canada V6T 1W5*

**ABSTRACT.** The elimination from plasma of the peptide hormones vasopressin (VP) and atrial natriuretic peptide (ANP) as well as the time course of release and elimination of these hormones after a physiological stimulus were studied in anesthetized rabbits. As an inverse relationship was found to exist between carotid sinus pressure and plasma IR-ANP, a decrease in carotid sinus pressure to 60 mm Hg was used to stimulate ANP as well as VP release. The elimination of VP after iv injection involved a rapid initial phase and a slow late component, with corresponding half-life ($t_{1/2}$) values of 0.9 and 5.4 min, respectively. After reduction of carotid sinus pressure to 60 mm

Hg, plasma VP increased significantly within 1 min and reached a maximum at 10 min. When carotid sinus pressure was increased to 160 mm Hg to inhibit VP release, the $t_{1/2}$ of VP was 1.3 min. The $t_{1/2}$ of immunoreactive (IR) ANP after iv infusion was 1.2 min. Plasma IR-ANP was significantly increased 2 min after carotid sinus pressure was decreased, and a maximum was observed at 10 min. The $t_{1/2}$ of IR-ANP after elevation of carotid sinus pressure to 160 mm Hg was 3.2 min. These studies indicate that both VP and IR-ANP are rapidly eliminated in the anesthetized rabbit. (*Endocrinology* **124**: 77–83, 1989)

THE RABBIT provides a useful experimental model for conducting cardiovascular studies due to its size and availability, its lack of red cell antigens, permitting the exchange of blood between different animals, and the presence of separate aortic depressor and vagus nerves, which is a particular advantage when studying the roles of neural pathways in cardiovascular control. However, little information is available regarding the metabolism of the peptide hormones vasopressin (VP) and atrial natriuretic peptide (ANP) in the anesthetized rabbit, information which is critical when designing experiments in order to ensure optimal sampling times. Values reported for the half life ($t_{1/2}$) of VP in rabbits vary depending on the study. The $t_{1/2}$ of VP was calculated to be 2.4–3.8 min in pentobarbital-anesthetized rabbits, and to have two values (0.6 and 5.9 min) in urethane-anesthetized rabbits (1). This study was designed to both confirm the previously reported values for the $t_{1/2}$ of VP and determine the $t_{1/2}$ of ANP in anesthetized rabbits. The time course of release and disappearance from plasma of endogenous VP after alterations in carotid sinus pressure was also investigated. Since preliminary experiments showed that reduction of carotid sinus pressure increased plasma immunoreactive (IR) ANP levels and that increased carotid sinus pressure reduced plasma IR-ANP,

the time course of these changes in plasma IR-ANP was also examined.

## Materials and Methods

*$t_{1/2}$ of exogenously administered VP*

Seven male rabbits (3.5 ± 0.2 kg) were anesthetized with an ip injection of a mixture of 2 ml/kg 12% barbitone and 4 ml/kg 32% urethane. The animals were tracheotomized and artificially ventilated with a mixture of room air and 100% $O_2$. Mean arterial blood pressure was measured using a pressure transducer (model P23Db, Statham Instruments Co., Hato Rey Puerto Rico) attached to a cannula (PE190) inserted into the right femoral artery. Cannulae were also placed in the right jugular vein for peptide administration and in the left femoral vein for infusion of 0.45% saline at 0.97 ml/min for 30 min, then at 0.094 ml/min for the duration of the experiment. The electrocardiogram was monitored from leads attached to the right leg and chest. These variables were recorded on a UV recorder (Visicorder, model 1508, Honeywell, Denver, CO). Blood (<1 ml) was sampled occasionally during the preliminary surgery to measure plasma pH, $P_{CO_2}$, and $P_{O_2}$ (blood gas analyzer, model 165/2, Corning Glass Works, Medfield, MA). The rate of the respiratory pump was altered, and NaHCO₃ (1 M) was administered as necessary to maintain $P_{CO_2}$ within the range of 24–28 mm Hg, and pH within the range of 7.35–7.55, values similar to those measured previously in conscious rabbits. Esophageal temperature was maintained at 37 C by a heating pad placed under the rabbit. Once the preliminary surgery was completed, a 60-min equilibration period was allowed before the protocol was started.

Received June 13, 1988.

* This work was supported by the Medical Research Council of Canada and the British Columbia Heart Foundation.

† Recipient of a British Columbia Heart Foundation Postdoctoral Fellowship. To whom requests for reprints should be addressed.

PAR-VASO-0007693

Blood from a donor rabbit was used to replace blood sampled from the experimental rabbit. Blood obtained by cardiac puncture from the donor rabbit was filtered, exchanged 10 ml at a time with the blood of the experimental rabbit, and incubated at 37 C in a water bath. Donor blood has been previously found to have a plasma concentration of $15.5 \pm 3$ pg/ml VP (n = 14) and $48.8 \pm 4.8$ pg/ml IR-ANP (n = 18), levels not significantly different from those in the experimental animals.

Two control blood samples (3 ml) were obtained at the end of the equilibration period. Blood samples were withdrawn from the femoral artery and replaced with an equal volume of the previously exchanged whole blood. A dose of 52 ng Pitressin (L BG 606, Parke-Davis, Detroit, MI) was injected in a volume of 1 ml into the jugular vein. This dose was found to produce elevated plasma VP levels which were still within the physiological range. Blood samples were obtained every min for 5 min, then every 4 min for another 20 min. Mean arterial pressure (MAP) and heart rate (HR) were recorded immediately before each blood sample was obtained.

The arterial blood samples were withdrawn into prechilled syringes, placed in Vacutainer tubes containing EDTA (Vacutainer, Becton-Dickinson Canada, Inc., Mississauga, Ontario, Canada), and centrifuged in a refrigerated centrifuge (Silencer, model H-103NA, Western Scientific, San Francisco, CA) at $2500 \times g$ for 10 min. The plasma was then removed and stored at $-20$ C for subsequent analysis of VP levels by RIA.

### $t_{1/2}$ of exogenously administered ANP

Five male New Zealand White rabbits (3.5–4.3 kg) were anesthetized with a mixture of α-chloralose (100 mg/kg) and urethane (1 g/kg) injected into an ear vein and prepared as described above. After the equilibration period, four control blood samples (7 ml) were obtained at 15-min intervals. All blood samples were replaced with equal volumes of previously exchanged donor blood. A 0.25 μg/ml solution of synthetic atriopeptin III (APIII; Peninsula Laboratories, Belmont, CA) was infused through the femoral venous cannula at a rate of 0.97 ml/min for 15 min. Blood samples were obtained 7.5 and 15 min after the start of the infusion. The infusion was then stopped, and blood was sampled 2, 5, 10, 22.5, 37.5, and 52.5 min later. Hemodynamic variables were recorded immediately before each blood sample was obtained. The blood samples were handled as described above, and the plasma was analyzed for IR-ANP levels by RIA.

### Time course of release and elimination of endogenous VP and ANP

Ten male New Zealand White rabbits ($3.1 \pm 0.2$ kg) were anesthetized with α-chloralose and urethane and prepared as described above. Cannulae (PE190) placed in the right femoral artery and right atrium were connected to pressure transducers, and MAP and right atrial pressure (RAP) as well as electrocardiogram measurements were recorded. Cannulae (PE190) were also placed in the left femoral artery to obtain blood samples and in the bladder to drain the urine. A continuous infusion of 0.45% saline was delivered at a rate of 1 ml/min into a cannula placed in the right femoral vein. This maintained osmolality

within the range of 290–310 mosmol/kg. Blood samples (<1 ml) were taken during the preliminary surgery to maintain pH, $P_{CO_2}$, and $P_{CO_2}$ within the desired range. Plasma osmolality was also measured by freezing point depression (Advanced Digimatic Osmometer, model 3D2, Advanced Instruments, Inc., Needham Heights, MA).

An incision was made in the ventral surface of the neck, and the carotid sinuses were isolated and perfused at a controlled pressure. Blood obtained from the proximal portion of the left carotid artery was passed through a roller pump (Watson-Marlow Ltd., Marlow, United Kingdom), a heated (37 C) damping chamber, a filter, and into the distal ends of both the left and right carotid arteries. The external and internal carotid arteries, the occipital arteries, and one branch of the right internal maxillary artery were ligated with silk, while one branch of both left and right internal maxillary arteries was left open to allow blood flow through the sinus. Carotid sinus pressure was measured from a branch of the left internal maxillary artery and was maintained at a set level using a servo-control unit which appropriately adjusted the speed of the roller pump. Heparin (2000 IU, iv) was administered before carotid sinus perfusion was started, followed by 500 IU every 30 min. The presence of intact aortic depressor nerves has been shown to buffer the increase in plasma VP after decreased carotid sinus pressure, and the vagus nerves have been shown to have no effect on changes in plasma VP in response to changes in carotid sinus pressure (2). Therefore, the aortic depressor nerves were sectioned at their junction with the superior laryngeal nerve, while the vagus nerves were sectioned slightly caudal to this point. Carotid sinus pressure was increased to 160 mm Hg and decreased to 60 mm Hg, and the respective changes in blood pressure were observed at the beginning and end of each experiment to ensure that the carotid sinus baroreflex remained intact.

On completion of the surgery, a further dose of anesthetic was given (10% of the initial dose), and then a 60-min equilibration period was begun during which the carotid sinus was perfused at 100 mm Hg for 30 min and then at 60 mm Hg for 30 min.

Blood samples (7 ml) and recordings of hemodynamic variables were obtained 20 and 25 min after carotid sinus pressure was initially set at 60 mm Hg. At the end of the equilibration period, carotid sinus pressure was increased to 160 mm Hg, and blood samples were taken 1, 2, 3, 4, 5, 10, 15, 20, 25, and 30 min after the change in carotid sinus pressure. One minute after the last blood sample was taken, carotid sinus pressure was reset to 60 mm Hg, and a second series of samples was taken at times corresponding to those for the first series of samples. In half of the experiments, the carotid sinus pressure was initially set at 160 mm Hg rather than 60 mm Hg, then decreased to 60 mm Hg and returned to 160 mm Hg for the final 30 min.

Arterial blood samples were withdrawn into prechilled syringes, then divided between two Vacutainer tubes. The plasma was removed, extracted within 48 h of sampling, and stored at $-20$ C for subsequent analysis of VP and IR-ANP levels by RIA. Plasma osmolality was also determined in every third sample.

*RIA of VP*

Plasma VP was measured using a RIA method described previously (3). The plasma was not extracted before RIA, since rabbit plasma has been found to be free of nonspecific interfering factors (4). The antiserum did not cross-react with oxytocin, [Ser⁴,Ile⁸]oxytocin, arginine vasotocin, or angiotensin I. USP pituitary extract was used as the standard. The upper limit of RIA sensitivity (20% depression of maximum binding) was 0.62 ±0.05 pg/tube, while the value for 50% depression of maximum binding was 1.73 ± 0.12 pg/tube (n = 10; mean ± SEM). Interassay error was 24.9% (n = 10).

*RIA of IR-ANP*

In the exogenous ANP $t_{1/2}$ study, unextracted plasma was assayed for ANP concentration by RIA, as described previously (5), using a commercial antibody (Peninsula Laboratories). Detailed information regarding the specificity of the antiserum is provided by the manufacturer; in brief, the antiserum has 100% cross-reactivity with human (h) αANP, rat ANP, and rat APIII, and no cross-reactivity with VP, oxytocin, or somatostatin. The upper limit of RIA sensitivity (20% depression of maximum binding) was 2.33 pg/tube. In the endogenous ANP $t_{1/2}$ study, plasma IR-ANP was measured by RIA using mouse monoclonal anti-αANP serum (a gift to Nadine Wilson from Dr. F. J. Morich) in a dilution of 1:11,250,000. Details of the specificity of the antiserum have been reported previously (6); briefly, the antibody has been shown to react with rat API, APII, APIII, and αhANP, but to have less than 1% cross-reactivity with angiotensin II and VP. The plasma was extracted before RIA using Sep-Pak C-18 cartridges (Waters, Milford, MA) pretreated with 100% methanol (8 ml) and washed with water (8 ml). Plasma was passed through the cartridge, and the cartridge was washed with water, which was discarded. The cartridge was then eluted with 80% methanol–0.1% trifluoroacetic acid (3.4 ml), and the eluate was collected, evaporated with nitrogen, and lyophilized. The dried sample was reconstituted in RIA buffer for analysis. Sep-Pak cartridges were not reused. The upper limit of RIA sensitivity (20% depression of maximum binding) was 1.98 ± 0.18 pg/tube, while the value for 50% depression of maximum binding was 6.4 ± 0.64 pg/tube. Interassay error was 6.7% for one quality control sample of pooled rabbit plasma (n = 6) and 11% for a second sample (n = 4).

*Statistical analysis and calculations*

All values reported represent the mean ± SEM. The data were analyzed using one-way analysis of variance and Duncan's multiple range test. Where data were not normally distributed, the Wilcoxon signed ranks test was used to assess statistical significance. A value of $P < 0.05$ was selected as the criterion for statistical significance. Values for $t_{1/2}$ were determined using the DOUBLEXP and EXPOFIT programs from Biodata Handling with Microcomputers (Elsevier-Biosoft, Cambridge, United Kingdom), using peptide concentrations from which the appropriate basal levels were subtracted.

## Results

*$t_{1/2}$ of exogenously administered VP*

The time course of changes in MAP, HR, and plasma VP levels after injection of Pitressin is shown in Fig. 1. The means of the two control values for MAP, HR, and plasma VP were 78.1 ± 3.8 mm Hg, 320 ± 7 beats/min, and 9.4 ± 3.2 pg/ml, respectively. There were no significant changes in either MAP or HR with the dose of VP administered. The plasma VP level was significantly increased within 1 min of injection of Pitressin and decreased rapidly and exponentially during the first 5 min, then declined more slowly. The plot of log plasma VP concentration against time was nonlinear rather than linear. Two components appeared to be involved in the elimination of VP from plasma; a rapid initial component and a later slow phase. The $t_{1/2}$ associated with the fast



FIG. 1. Effect of VP injection (52 ng) on MAP, HR, and plasma VP levels. Values represent the mean ± SEM (n = 7). *, Significantly different from the mean of the two control values ($P < 0.05$).

component was 0.9 min, and the $t_{1/2}$ for the slower phase was 5.4 min (Table 1).

*$t_{1/2}$ of exogenously administered ANP*

The time course of changes in MAP, HR, and plasma IR-ANP after infusion of APIII is shown in Fig. 2. Basal levels of MAP, HR, and plasma IR-ANP (the mean of the four control values) were 103.8 ± 6.2 mm Hg, 282.8 ± 10.2 beats/min, and 59 ± 9.1 pg/ml, respectively. Although MAP decreased slightly 2 min after the infusion was stopped, this change was not significant. HR did not change significantly. Infusion of 0.25 µg/min APIII increased plasma IR-ANP to a maximum level of 511 ± 85.9 pg/ml 7.5 min after the start of the infusion. The steady state concentration of IR-ANP, measured 15 min after the start of the infusion, was 407.6 ± 88.6 pg/ml. Plasma IR-ANP levels decreased rapidly after cessation of the infusion and returned to basal levels 10 min after the end of the infusion. The plot of log plasma IR-ANP concentration against time suggested that a single component was involved in the elimination of IR-ANP, and the $t_{1/2}$ was 1.2 min (Table 1).

*Time course of release and elimination of endogenously released VP and ANP*

The time course of changes in MAP, HR, and RAP after the change in carotid sinus pressure from 160 to 60 mm Hg is shown in Fig. 3. Within 1 min of the change in carotid sinus pressure, MAP was significantly elevated compared to the values recorded at a carotid sinus pressure of 160 mm Hg and remained significantly higher for the 30 min that carotid sinus pressure was set at 60 mm Hg, although it did tend to fall slightly toward the end of this period. Both RAP and HR tended to increase after the change in carotid sinus pressure, although neither of the changes was significant. Plasma VP levels were significantly increased within 1 min and reached a maximum 10 min after the change in carotid sinus pressure, after which time they decreased slightly, although not significantly (Fig. 4). Plasma IR-ANP levels were significantly increased within 2 min of the decrease in carotid sinus pressure to 60 mm Hg, and peak levels were observed at 10 min (Fig. 4). Plasma IR-ANP levels also



Fig. 2. Effect of infusion of APIII (0.25 µg/min) on MAP, HR, and plasma IR-ANP levels. Values represent the mean ± SEM (n = 5). *, Significantly different from the mean of the four control values ($P < 0.05$).

decreased slightly after 10 min, although at 30 min they were still significantly greater than the levels observed at a carotid sinus pressure of 160 mm Hg.

The changes in MAP, HR, and RAP after carotid sinus pressure was changed from 60 to 160 mm Hg are shown in Fig. 5. MAP was significantly decreased within 1 min of the increase in carotid sinus pressure and remained significantly reduced for the 30 min that carotid sinus pressure was set at 160 mm Hg, although it did gradually increase after 10 min. HR was also significantly decreased within 1 min and did not change during the 30 min that carotid sinus pressure was set at 160 mm Hg. RAP did not change significantly. Plasma VP levels initially decreased rapidly and exponentially after the change in carotid sinus pressure and then fell more slowly

TABLE 1. Comparison of kinetic data for VP and ANP after both exogenous administration and physiological release of peptides

| Hormone | Type of release | $t_{1/2}$ (min) | | No. of animals |
|---|---|---|---|---|
| | | 1st exp | 2nd exp | |
| VP | Exogenous | 0.9 | 5.4 | 7 |
| | Endogenous | 1.3 | | 10 |
| ANP | Exogenous | | 1.2 | 5 |
| | Endogenous | | 3.2 | 10 |



FIG. 3. Time course of changes in MAP, HR, and RAP after a change in carotid sinus pressure (CSP) from 160 to 60 mm Hg. Values represent the mean ± SEM (n = 10). *, Significantly different from values observed at a carotid sinus pressure of 160 mm Hg.



FIG. 4. Time course of changes in plasma VP and IR-ANP levels after a change in carotid sinus pressure (CSP) from 160 to 60 mm Hg. Values represent the mean ± SEM (n = 10). *, Significantly different from values observed at a carotid sinus pressure of 160 mm Hg.

## Discussion

These studies demonstrated that the elimination of VP from plasma after iv injection involved two components: a rapid component with a $t_{1/2}$ of 0.9 min, and a slower component associated with a $t_{1/2}$ of 5.4 min. Weitzman and Fisher (7) obtained similar results after the injection of VP in conscious dogs. Their results also produced a VP disappearance curve with two exponentials, which yielded $t_{1/2}$ values of 1.4 and 4.1 min for the first and second components, respectively. Since they found in a constant infusion study that the relationship between plasma clearance rate and infusion rate was nonlinear, they suggested that two components were involved in the clearance of VP from plasma: a rapid, receptor-mediated component which was easily saturated, and a slower, nonsaturable, and nonreceptor-mediated component. These values correspond fairly well to the $t_{1/2}$ values of 0.6 and 5.9 min reported previously in urethane-anesthetized rabbits (1). Values of 2.4–3.8 min have also been obtained for the $t_{1/2}$ of VP in pentobarbital-anesthetized rabbits (1). It is not clear whether these values represent the fast or the slow component of elimination, although it is likely that they represent the former. This variation in the calculated $t_{1/2}$ may be due to the difference in anesthetics used in the studies. The

(Fig. 6), similar to the pattern of disappearance after the administration of exogenous VP. Due to a high degree of individual variation, a value could be obtained only for the early component of rapid elimination of VP. The $t_{1/2}$ of endogenously released VP was 1.3 min (Table 1). The decline in plasma IR-ANP levels was slower than that after administration of exogenous ANP, reaching a level significantly lower than the level observed at a carotid sinus pressure of 60 mm Hg 10 min after the increase in carotid sinus pressure. There was a great deal of individual variation in the decline in IR-ANP concentration which made the calculation of $t_{1/2}$ difficult. Based on the plasma IR-ANP values corresponding to the time points 1–15 min only, a $t_{1/2}$ of 3.2 min was calculated for endogenously released ANP (Table 1).







FIG. 5. Time course of changes in MAP, HR, and RAP after a change in carotid sinus pressure (CSP) from 60 to 160 mm Hg. Values represent the mean ± SEM (n = 10). *, Significantly different from values observed at a carotid sinus pressure of 60 mm Hg.



FIG. 6. Time course of changes in plasma VP and IR-ANP levels after a change in carotid sinus pressure (CSP) from 60 to 160 mm Hg. Values represent the mean ± SEM (n = 10). *, Significantly different from values observed at a carotid sinus pressure of 60 mm Hg.

$t_{1/2}$ of VP appears to vary depending on the species studied and the type of anesthetic used. Values of 0.9–8 min have been reported in the rat, 5–8 min in the dog, and 2–21 min (1) as well as 24.1 min (8) in humans.

This study also found that the elimination of IR-ANP from plasma after its exogenous administration involved a single component with a $t_{1/2}$ of 1.2 min. This is fairly comparable to the $t_{1/2}$ of 0.5–1 min reported for APIII in rats (9), although higher values have been reported for the $t_{1/2}$ of rat ANP in dogs ($t_{1/2}$ = 2.2 min) (10) and of αhANP in man ($t_{1/2}$ = 3.1 min) (11). The slight variation in these values may arise from species differences. While there is some variation in these results, they all suggest that circulating IR-ANP is rapidly eliminated.

The time course of release of VP and ANP after a physiological stimulus and the elimination of these peptides after the removal of the stimulus were also investigated, since this information is directly applicable to physiological studies. It is clear that carotid sinus pressure influences VP release, since occlusion of the carotid artery has been shown to induce VP release (12, 13), and elevation of carotid sinus pressure to decrease plasma VP concentration (14). Previous studies in the rabbit have also shown an inverse relationship to exist between carotid sinus pressure and plasma VP (2). A reduction in carotid sinus pressure to 60 mm Hg was used as a physiological stimulus for VP release. VP was released very rapidly after this stimulus; plasma VP levels were significantly increased within 1 min of the decrease in carotid sinus pressure, and maximal plasma VP levels were reached 10 min after the change in carotid sinus pressure. When carotid sinus pressure was increased to 160 mm Hg to turn off the stimulus for VP release, the rate of disappearance of VP from the plasma was similar to that after iv injection of VP. However, due to a high degree of individual variation, it was possible to calculate only the $t_{1/2}$ corresponding to the rapid initial component of elimination. The $t_{1/2}$ of VP in plasma was 1.3 min, a value similar to that obtained for the rapid phase of elimination after iv injection of VP. The observation that both MAP and plasma VP levels declined between 10 and 30 min after carotid sinus pressure was decreased,

PAR-VASO-0007698

even though carotid sinus pressure remained at 60 mm Hg for the full 30 min, suggests that some degree of accommodation of the baroreceptors may have occurred. Although plasma VP levels were still significantly greater than the levels observed when carotid sinus pressure was 160 mm Hg, they were lower than the maximum level observed 10 min after carotid sinus pressure was decreased. As a result, the actual circulating level of hormone at time zero was not as high as the peak levels observed 10 min after carotid sinus pressure was set at 60 mm Hg, and the plasma disappearance curve for VP was distorted. This may be one reason for the large degree of individual variation in the results. It is also unclear whether VP release ceased immediately when carotid sinus pressure was increased to 160 mm Hg. If VP continued to be released, then the $t_{1/2}$ for VP after stimulation of its endogenous release may have been overestimated.

It was found in preliminary experiments that plasma IR-ANP levels also changed significantly in response to alterations in carotid sinus pressure; plasma IR-ANP increased in response to a decrease in carotid sinus pressure, and plasma IR-ANP levels decreased when carotid sinus pressure was increased. The mechanism involved in this response is not clear at present. It is possible that the carotid sinus baroreceptors influence ANP release, or ANP release may simply result from the hemodynamic changes that accompany a decrease in carotid sinus pressure. Plasma IR-ANP levels were significantly elevated within 2 min of the decrease in carotid sinus pressure to 60 mm Hg. After carotid sinus pressure was increased to 160 mm Hg, the pattern of disappearance of IR-ANP from the plasma was similar to that observed after constant infusion of ANP, except that the $t_{1/2}$ was longer. IR-ANP may have continued to be released from the heart after carotid sinus pressure was increased to 160 mm Hg, resulting in an overestimation of $t_{1/2}$. This possibility cannot be ruled out, since IR-ANP release from the heart was not measured in this study.

This study examined the elimination of VP and IR-ANP from plasma in $\alpha$-chloralose-anesthetized rabbits and also the time course of release and elimination of these hormones after a physiological stimulus. A new stimulus for ANP release was found, although it is not clear from this study whether decreased carotid sinus pressure causes ANP release directly or whether this effect is mediated by a change secondary to the alteration in carotid sinus pressure. Both VP and ANP were rapidly released after a decrease in carotid sinus pressure. The elimination of VP from plasma was found to involve both a rapid initial and a slower late component after both exogenous administration and endogenous release. IR-ANP was also shown to be rapidly eliminated in this species.

## Acknowledgments

The authors are grateful to Marie Greene, Jeannie Sharp-Kehl, and Carolyn Redekopp for excellent technical assistance.

## References

1. Lauson HD 1974 Metabolism of the neurohypophysial hormones. In: Greep RO, Astwood EB (eds) Handbook of Physiology Endocrinology, sect 7, part 1, vol 4, American Physiological Society, Washington DC, p 287
2. Courneya CA, Ledsome JR, Wilson N 1986 The role of aortic baroreceptors and atrial receptors in the vasopressin response to carotid sinus pressure changes in anaesthetized rabbits. Can J Physiol Pharmacol 16:164 (Abstract)
3. Rankin AJ, Kelpin BG, Courneya CA, Wilson N, Ledsome JR 1986 Plasma vasopressin response to hemorrhage in the anesthetized rabbit. Can J Physiol Pharmacol 64:904
4. Leighton KM, Lim SL, Wilson N 1982 Arginine vasopressin response to anaesthesia produced by halothane, enflurane and isoflurane. Can Anaesth Soc J 29:904
5. Wilson N, Ledsome JR, Keeler R, Rankin AJ, Wade JP, Courneya CA 1986 Heterologous radioimmunoassay of atrial natriuretic polypeptide in dog and rabbit plasma. J Immunoassay 7:73
6. John A, Stasch J-P, Neuser D, Hirth C, Morich FJ 1986 The use of a monoclonal antibody to measure plasma atriopeptins in rat. Life Sci 38:1991
7. Weitzman RE, Fisher DA 1978 Arginine vasopressin metabolism in dogs. I. Evidence for a receptor-mediated mechanism. Am J Physiol 235:E591
8. Baumann G, Dingman JF 1976 Distribution, blood transport, and degradation of antidiuretic hormone in man. J Clin Invest 57:1109
9. Katsube N, Schwartz D, Needleman P 1986 Atriopeptins: secretion and metabolism. In: Brenner BM, Laragh JH (eds) Biologically Active Atrial Peptides. Raven Press, New York, vol 1:27
10. Cernacek P, Maher E, Crawhall JC, Levy M, Atrial natriuretic peptide in the dog: distribution and molecular forms of iANP in atria and plasma $t_{1/2}$ of infused ANP. 1st World Congress on Biologically Active Atrial Peptides, New York NY, 1986, p 72A (Abstract)
11. Yandle TG, Richards AM, Nicholls MG, Cuneo R, Espiner EA, Livesey JH 1986 Metabolic clearance rate and plasma $t_{1/2}$ of $\alpha$-human atrial natriuretic peptide in man. Life Sci 38:1827
12. Share L, Levy MN 1962 Cardiovascular receptors and blood titer of antidiuretic hormone. Am J Physiol 203:425
13. Share L 1965 Effects of carotid occlusion and left atrial distention on plasma vasopressin titer. Am J Physiol 208:219
14. Thames MD, Schmid PG 1981 Interaction between carotid and cardiopulmonary baroreflexes in control of plasma ADH. Am J Physiol 241:H431

PAR-VASO-0007699

# Transient Diabetes Insipidus
# After Discontinuation of Therapeutic Vasopressin

Judith L. Kristeller, Pharm.D., and Richard H. Sterns, M.D.

The use of vasopressin for the treatment of septic shock is increasing. Few reports of fluid and electrolyte complications of this therapy have been reported. A neurologically impaired, 53-year-old man with a history of syndrome of inappropriate antidiuretic hormone developed apparent transient diabetes insipidus and acute hypernatremia after being treated with vasopressin. He was treated for presumed septic shock with intravenous vasopressin 0.01–0.10 U/minute. His blood pressure did not improve with this therapy, and his course was complicated by hyponatremia during the vasopressin infusion. Discontinuation of the infusion was followed by a profound (8.4 L) diuresis and rapid onset of hypernatremia (serum sodium concentration increased from 132 to 157 mEq/L over 8 hrs). Although urine osmolality was not measured during the patient's diuresis, the rapid changes in serum sodium concentration can be explained only by an inappropriate water diuresis. The diuresis ceased when the vasopressin infusion was resumed. We concluded that these findings are most consistent with transient diabetes insipidus. The safety and efficacy of intravenous vasopressin have not been established in patients with septic shock and underlying disorders of water homeostasis. The drug may have diminished vasoconstrictive effects in this patient population. Careful monitoring of water and sodium balance is warranted in all patients treated with vasopressin for septic shock.
**Key Words**: diabetes insipidus, vasopressin, sodium, hyponatremia, septic shock.
**(Pharmacotherapy 2004;24(4):541–545)**

The use of vasopressin for treatment of septic shock is increasing. Surprisingly few cases of fluid and electrolyte complications associated with this therapy have been reported. We describe the case of a man with a history of syndrome of inappropriate antidiuretic hormone (SIADH) who developed apparent transient diabetes insipidus and acute hypernatremia after being treated for sepsis with intravenous vasopressin.

From the Departments of Pharmacy (Dr. Kristeller) and Medicine (Dr. Sterns), Rochester General Hospital, Rochester, New York; and the Department of Pharmacy Practice, Nesbitt School of Pharmacy, Wilkes University, Wilkes-Barre, Pennsylvania (Dr. Kristeller)

Address reprint requests to Judith L. Kristeller, Pharm.D., Wilkes University, Nesbitt School of Pharmacy, Department of Pharmacy Practice, Stark Learning Center, Room 336, 150–180 South River Street, Wilkes-Barre, PA 18766; e-mail: kristell@wilkes.edu.

## Case Report

A neurologically impaired, 53-year-old, 75-kg Caucasian man was admitted to the intensive care unit (ICU). He was intubated and placed on a ventilator for fever, hypotension, unresponsiveness and respiratory failure associated with pneumonia of the right lower lobe, *Streptococcus mitus* bacteremia, and a *Pseudomonas* urinary tract infection.

Five years before this hospital admission, an attack of viral encephalitis resulted in a left occipital infarct and hydrocephalus requiring a ventriculoperitoneal shunt. After this illness, the patient was aphasic and wheelchair bound with a residual right-sided hemiparesis and seizure disorder. He had a percutaneous endoscopic gastrostomy tube and a Foley catheter, which

PAR-VASO-0007700

resulted in recurrent urinary tract infections. Chronic hyponatremia, presumably related to SIADH, had been documented on previous hospital admissions.

During this hospital admission, the patient's sodium concentration was initially 122 mEq/L, which gradually increased to 144 mEq/L (normal range 135–145 mEq/L) after free water restriction. His drug regimen before admission consisted of phenytoin 125 mg twice/day, valproic acid 1750 mg twice/day, nitrofurantoin 100 mg/day, sertraline 50 mg at bedtime, and amantadine 100 mg/day. These drugs were administered by percutaneous endoscopic gastrostomy at home and were continued throughout his hospital stay.

In the ICU the patient was treated with ceftriaxone and required normal saline and vasopressors for persistent hypotension. Intravenous vasopressin 0.01–0.10 U/minute was administered at various times for presumed vasodilatory septic shock. Despite 11 L of normal saline and repeated trials with vasopressin, his blood pressure failed to improve significantly (Figure 1). Although a significant vasoconstrictive effect apparently did not occur, an antidiuretic effect during the infusion did, followed by a rebound diuretic effect after the infusion was discontinued (Figure 2).

On hospital day 19, discontinuation of vasopressin precipitated a diuresis of 8.4 L, with a subsequent rise in serum sodium concentration from 132 to 157 mEq/L over 8 hours. When the vasopressin infusion was restarted, the patient's urine output decreased abruptly, and his sodium concentration returned to normal with water replacement. Later in the patient's course, his sodium concentration remained normal, with a urine output of less than 3 L/day without vasopressin replacement therapy.

## Discussion

Vasopressin is a naturally occurring antidiuretic hormone released from the pituitary gland to regulate water balance. Plasma vasopressin levels are normally less than 4 pg/ml, but levels rise in response to hyperosmolality, hypovolemia, and hypotension in healthy individuals. The vasoconstrictive effect is mediated through $V_1$ receptors located on vascular smooth muscle, the antidiuretic effects through $V_2$ receptors in the kidney.[1]

Exogenously administered low-dose vasopressin 0.04 U/minute is an effective vasoconstrictor in

patients with septic shock who are resistant to catecholamines.[2-5] Patients with septic shock cannot release sufficient endogenous vasopressin to reverse the sepsis-induced vasodilation. One study demonstrated impaired vasopressin secretion in patients with septic shock, whose mean vasopressin level was 3.1 pg/ml compared with 22.7 pg/ml in patients with cardiogenic shock.[3]

One group of authors, using evidence from T1-weighted magnetic resonance imaging, suggested that the relative vasopressin deficiency in patients with septic shock is associated with depletion of neurohypophyseal vasopressin stores.[6] Patients with septic shock generally do not have coexistent diabetes insipidus, and although their plasma vasopressin levels are lower than in patients with cardiogenic shock, hormone levels are high enough to at least partially concentrate the urine.[1]

Vasopressin therapy given at the doses used to treat septic shock would be expected to induce a maximum antidiuretic effect caused by activation



**Figure 1.** Time course of the patient's mean arterial pressure (MAP) in response to vasopressin over his first 5 days in the intensive care unit. His MAP failed to increase above 70 mm Hg despite the vasopressin infusion.



**Figure 2.** Time course of serum sodium concentration (dotted line) and urine output (solid line) in response to vasopressin infusions the patient received while in the intensive care unit (ICU). Arrows indicate duration of vasopressin infusions.

of $V_2$ receptors. Hyponatremia has not been reported as a complication of vasopressin therapy for shock. However, when vasopressin therapy was in vogue for treatment of variceal bleeding, mild vasopressin-induced alterations in water homeostasis were reported.

In a study of 61 patients with cirrhosis and variceal hemorrhage, vasopressin 0.4 U/minute (10 times the typical dose administered for septic shock) significantly reduced serum sodium concentration from 134 to 128 mEq/L.[7] In addition, one case report described a 35-year-old pregnant woman receiving vasopressin 0.4 U/minute for esophageal varices who developed hyponatremia (her sodium concentration was 116 mEq/L).[8] Her sodium levels 8 and 24 hours after discontinuing vasopressin were 129 and 142 mEq/L, respectively.

Hyponatremia developed in our patient while he was receiving vasopressin 0.01–0.10 U/minute. At these dosages, a minimal plasma vasopressin level of at least 30 pg/ml would be expected.[2, 9] Vasopressin's antidiuretic effect becomes maximal at plasma levels of approximately 5 pg/ml.[10] Therefore, under the influence of the exogenous vasopressin infusion, the patient would be expected to excrete maximally concentrated urine. The large volumes of fluid he received for hypotension, coupled with the antidiuretic effect of vasopressin, were the most likely cause of the hyponatremia that developed

while he was in the ICU. Even isotonic fluid can be "desalinated" by patients who excrete concentrated urine because of either endogenous or exogenous vasopressin.[11]

Because of hyponatremia and a lack of efficacy, vasopressin therapy was discontinued in our patient. The ensuing large diuresis and the rapid increase in his serum sodium concentration support the conclusion that exogenous vasopressin had an antidiuretic effect in this patient. However, continuation of the water diuresis even after his serum sodium concentration had reached normal levels, and the resulting hypernatremia, were unexpected. These findings are best explained by a water diuresis caused by diabetes insipidus.

The patient was afebrile, and respiratory water losses were minimized by the ventilator; thus, urinary water losses were the only possible cause of the increasing serum sodium concentration. His blood glucose level was normal, and no osmotic or other diuretic agents had been administered.

Unfortunately, urine osmolality was not measured to confirm the possible diagnosis of diabetes insipidus. Thus, to better understand the patient's condition, we performed calculations to strengthen our diagnosis of diabetes insipidus. The tonicity of urine can be estimated from the observed fluid and electrolyte balance and the resultant change in serum sodium

---

The patient's total body water (TBW) before his diuresis was assumed to be 60% of his body weight. Total body sodium plus potassium concentration ($[Na^+ + K^+]_{TB}$) was estimated as[11]:

$$[Na^+ + K^+] \times TBW = [132 \text{ mEq/L} + 3.8 \text{ mEq/L}] \times 54.7 \text{ L} = 7428 \text{ mEq}$$

The above values then were incorporated into the following equation to determine a predicted serum sodium concentration after diuresis:

$$\text{Predicted } [Na+] = \frac{[Na^+ + K^+]_{TB} + [Na^+ + K^+]_{in}}{TBW + NFB}$$

$$= \frac{7428 \text{ mEq} + (317 \text{ mEq} + 48 \text{ mEq})}{54.7 \text{ L} + (-6.3 \text{ L})} = 161 \text{ mEq/L}$$

The $[Na^+ + K^+]_{in}$ was calculated from the sodium and potassium content in all intravenous fluid and tube feedings during the period when the patient's serum sodium concentration increased from 132 to 157 mEq/L. Net fluid balance (NFB) was calculated from total fluid administered (both parenterally and enterally) and urine output during the same period.

$$\text{Measured } [Na^+] = \frac{[(Na^+ + K^+)_{TB} + (Na^+ + K^-)_{in}] - [Na^+ + K^+]_{urine}}{TBW + NFB}$$

$$157 \text{ mEq/L} = \frac{[7428 \text{ mEq} + 317 \text{ mEq} + 48 \text{ mEq}] - [Na^+ + K^+]_{urine}}{54.7 \text{ L} + (-6.3 \text{ L})}$$

Solving for $[Na^+ + K^+]_{urine}$ = 194 mEq in 8.4 L of urine, which is equivalent to 23 mEq/L.

---

**Figure 3.** Calculations used to validate the patient's diagnosis of diabetes insipidus.

concentration [Na$^+$] using the following relationship[11]:

$$Plasma\ [Na^+] \approx \frac{Total\ body\ sodium + potassium}{Total\ body\ water}$$

From this relationship, we used two sets of calculations to demonstrate the likelihood that the patient was excreting dilute urine. With the first set, we incorporated data on actual sodium concentration, potassium concentration, and net fluid balance for the period during which the serum sodium concentration increased from 132 to 157 mEq/L. Then we calculated what the predicted serum sodium concentration would have been after the diuresis if the excreted urine were pure water containing no electrolytes. Since the predicted sodium concentration (161 mEq/L) was very close to the measured value (157 mEq/L), the assumption that the urine was nearly pure water—as is the case in diabetes insipidus—was validated despite the lack of urine osmolality.

With the second set of calculations, we modified the above steps by incorporating data on the measured serum sodium concentration after diuresis and calculated the urine sodium plus potassium concentrations ([Na$^+$ + K$^+$]$_{urine}$) that would have been required to account for the actual change in serum sodium concentration. Both calculations indicated that the urine must have been nearly devoid of electrolytes for the serum sodium concentration to have increased as rapidly as it did.[11]

The excretion of dilute urine despite systemic hypertonicity is diagnostic of diabetes insipidus, on either a nephrogenic or a central basis. The distinction is based on the response to exogenous vasopressin and (ideally) concurrent measurements of plasma vasopressin concentration, urine, and plasma osmolality. Based on our patient's chronically low serum sodium concentration, we hypothesized that his baseline endogenous antidiuretic hormone (vasopressin) levels were chronically elevated as a complication of encephalitis.

Alternatively, the patient's chronic hyponatremia and elevated antidiuretic hormone level could be a result of treatment with valproic acid, sertraline, and/or amantadine, all of which have been associated with hyponatremia and SIADH.[12] Regardless, although his baseline endogenous antidiuretic hormone was chronically elevated, his ability to regulate vasopressin in response to hypotension or to osmotic stimuli may have been impaired. Thus, on discontinuation of endogenous vasopressin, he excreted dilute urine

despite systemic hypertonicity, which is diagnostic of diabetes insipidus.

The etiology of the diabetes insipidus is more difficult to explain. Although our patient did not experience a vasoconstrictive effect from exogenously administered vasopressin, he did demonstrate an antidiuretic effect. When exogenous vasopressin was discontinued, permitting a water diuresis and an increase in serum sodium concentration, the patient did not respond appropriately to the osmotic stimulus by concentrating his urine once more in response to endogenous vasopressin. The result was a massive diuresis with rebound hypernatremia.

The fact that a water diuresis occurred when vasopressin was discontinued and ended when vasopressin was reintroduced suggested that the cause of the diuresis and the hypernatremia was transient central diabetes insipidus.[11] This could have reflected relative vasopressin deficiency because of depletion of neurohypophyseal vasopressin stores in response to the patient's sepsis syndrome and/or decreased production or release of vasopressin because of his underlying neurologic impairment.

We cannot exclude the possibility that the patient's course was caused by impaired response to physiologic levels of vasopressin that was overcome by pharmacologic levels of vasopressin created by the exogenous vasopressin infusion (i.e., the patient had transient nephrogenic diabetes insipidus). Such a phenomenon has been reported in patients with nephrogenic diabetes insipidus caused by lithium therapy who concentrate their urine in response to pharmacologic doses of desmopressin.[13] Because plasma vasopressin levels were not measured in our patient, we could not distinguish between these two possibilities.

Our patient suffered no apparent harm from the changes that occurred in his serum sodium concentration during the infusion of exogenous vasopressin and after its discontinuation. However, these changes placed him at risk for osmotic demyelination. His serum sodium concentration rose from 132 to 157 mEq/L, an increase of 25 mEq/L, over 8 hours. Pontine and extrapontine myelinolysis has been reported in patients with hyponatremia who have undergone correction by more than 10 mEq/L/day. This complication is increasingly common when correction exceeds 25 mEq/L in 48 hours.[13, 14] Overcorrecting hyponatremia into the hypernatremic range carries a particularly high risk of neurologic complications. Rapid onset of

PAR-VASO-0007703

hypernatremia (without preceding hyponatremia) also has been associated with pontine and extrapontine myelinolysis.

## Conclusion

The introduction of vasopressin as a pressor for patients with septic shock has been an important advance in the treatment of this disorder. Evidence is accumulating regarding the efficacy of vasopressin in septic shock, and use of the drug is increasing. However, information about the safety of vasopressin in various patient populations remains unknown. A retrospective review of 50 patients who received vasopressin found an association between vasopressin in dosages greater than 0.03 U/minute and the occurrence of cardiac arrest.[5]

There have been no reports of hyponatremia or hypernatremia with vasopressin therapy in patients with septic shock. However, the safety and efficacy of vasopressin in patients with underlying disorders of water homeostasis have not been studied. Our experience suggests that in such patients, exogenous vasopressin may not be an effective vasoconstrictor, hyponatremia can complicate its use, and transient diabetes insipidus may emerge on discontinuation of the infusion. Given the known adverse consequences of hyponatremia and hypernatremia, careful monitoring of serum sodium concentrations is indicated if vasopressin infusions are begun and withdrawn in this patient population.

## References

1. Holmes CL, Patel BM, Russell JA, Walley KR. Physiology of vasopressin relevant to management of septic shock. Chest 2001;120:989–1002.
2. Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997;95:1122–5.
3. Malay MB, Ashton RC, Landry DW, Townsend RN. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999;47:699–703.
4. Landry DW, Levin HR, Gallant EM, et al. Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 1997;25:1279–82.
5. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 2001;27:1416–21.
6. Sharshar T, Carlier R, Blanchard A, et al. Depletion of neurohypophyseal content of vasopressin in septic shock. Crit Care Med 2002;30:497–500.
7. Kravetz D, Bosch J, Teres J, Bruix J, Rimola A, Rodes J. Comparison of intravenous somatostatin and vasopressin infusions in treatment of acute variceal hemorrhage. Hepatology 1984;4:442–6.
8. Melo JA, Lee M, Munoz J, Levine SM. Severe hyponatremia and bradycardia associated with intravenous vasopressin therapy for variceal hemorrhage. J Clin Gastroenterol 1995;20:266–8.
9. Mohring J, Glanzer K, Maciel JA Jr, et al. Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. J Cardiovasc Pharmacol 1980;2:367–76.
10. Robertson G. Antidiuretic hormone: normal and disordered function. Endocrinol Metab Clin North Am 2001;30:671–94.
11. Rose BD, Post TW. Clinical physiology of acid-base and electrolyte disorders. New York: McGraw-Hill, 2001:241–57.
12. Micromedex®. Micromedex healthcare series. Greenwood Village, CO: Micromedex. Expires December 2003.
13. Sterns RH, Spital A, Clark EC. Disorders of water balance. In: Kokko JP, Tannen RL, eds. Fluids and electrolytes. Philadelphia, PA: WB Saunders, 1996:63–109.
14. Adrogue HJ, Madias NE. Hyponatremia. N Engl J Med 2000;342:1581–9.

PAR-VASO-0007704



[1]Medizinische Klinik, Stadtspital Waid, Zürich
[2]Abteilung Klinische Pharmakologie und Toxikologie, Departement Innere Medizin,
Universitätsspital Zürich

H. Kupferschmidt[1], Ch. Meier[2], M. Sulzer[1], P. J. Meier[2], H. Bühler[1]

# Der klinisch-pharmakologische Fall (2)

## Bradykardie und ventrikuläre Tachykardie vom Typ Torsade de pointes als Nebenwirkung von Vasopressin: drei Fallberichte

### Bradycardia and Ventricular Tachyarrhythmia with Torsade de Pointes as Side Effect of Vasopressin: Three Case Reports

## Zusammenfassung

Wir stellen drei Fälle von Ornipressin-induzierter Bradykardie vor. Bei einem der drei Patienten traten zudem rezidivierende polymorphe Kammertachykardien vom Typ Torsade de pointes auf. Alle drei Patienten waren wegen Ösophagusvarizenblutungen mit dem Vasopressinabkömmling behandelt worden. Nach Absetzen des Ornipressins verschwand die Bradykardie wieder. Ein Patient wurde erfolgreich mit Atropin behandelt; der zweite musste defibrilliert werden und erhielt anschliessend Isoprenalin und Magnesium; beim dritten verfolgte man den Spontanverlauf nach Absetzen des Ornipressins. Die Bradykardie ist eine bekannte, wenn auch selten mitgeteilte Nebenwirkung des Vasopressins und seiner Analoga. Tierversuche zeigten, dass die Bradykardie einerseits durch eine direkte kardiodepressive Wirkung, andererseits auf dem Weg des Vagusreflex bei Blutdruckanstieg («Reflexbradykardie») zustande kommt. Die direkte Applikation im Zentralnervensystem dagegen führt zu einer deutlichen Verlangsamung der Herzfrequenz, ohne dass sich der Blutdruck ändert. Ob dieser Befund auch für die intravenöse Gabe relevant ist, bleibt aber unklar. Da Vasopressin und seine Analoga potentiell lebensbedrohliche Nebenwirkungen verursachen können, ist ein sorgfältiges Monitoring beim pharmakologischen Einsatz dieser Hormone notwendig.

Schlagwörter: Vasopressin – Torsade de pointes – Bradykardie – unerwünschte Arzneimittelwirkung – Ornipressin

## Summary

We present three patients with ornipressin-induced bradycardia, one of which developed also ventricular tachycardia of the torsade de pointes type. All three patients were treated with this vasopressin derivative because of bleeding esophageal varices due to portal hypertension in liver cirrhosis. Bradycardia ceased after discontinuing ornipressin therapy. One patient was treated successfully with atropine, one with isoprenalin and magnesium (he had to be defibrillated); the third patient recovered after cessation of ornipressin administration. Bradycardia is a known but rarely reported side effect of vasopressin and its derivatives. Animal studies suggest that this effect is due to its cardiodepressive action and also to a vagus-mediated reflex following vasopressin-induced increase in blood pressure. When injected directly into the ventricles of the brain, vasopressin leads to a decrease of the heart rate without affecting blood pressure; however, it remains unclear whether this mechanism is responsible for bradycardia after intravenous administration. Careful monitoring is essential during the treatment with vasopressin and its derivatives.

Key words: vasopressins – torsade de pointes – bradycardia – vasopressin/adverse effects – ornipressin

Vasopressin (syn. antidiuretisches Hormon = ADH genannt) und seine Analoga werden aufgrund ihrer vasokonstriktorischen Wirkung zur Blutstillung eingesetzt. Die Verabreichung erfolgt dabei entweder lokal (subkutan, Gazetupfer) oder systemisch (intravenös, intraarteriell). Ösophagusvarizenblutungen und Blutungen bei abdominal-chirurgischen Eingriffen stellen das häufigste Einsatzgebiet dieser Substanzen dar. Aufgrund ihres Wirkungsspektrums kommt es dabei häufig zu unerwünschten Arzneimittelwirkungen vor allem kardiovaskulärer Art. Die Bradykardie ist eine dieser Nebenwirkungen, die in den klinischen Situationen, in denen Vasopressin angewandt wird, auftreten können. Wir beschreiben drei Fälle, bei denen ein Vasopressinderivat zu Bradykardien führte, und diskutieren die Pathogenese dieser Rhythmusstörung.

## Fall 1

Ein 88jähriger Patient, bei dem seit sechs Jahren eine alkoholische Leberzirrhose bekannt war, setzte fünf Tage vor der Hospitalisation Meläna ab. Erbrochenes am Hospitalisationstag wies Blutbeimengungen auf. In der Anamnese waren zudem eine Magenresektion wegen Ulcus ventriculi, eine

Korrespondenzadresse: Dr. H. Kupferschmidt, Abteilung für Gastroenterologie, Medizinische Klinik, Stadtspital Waid, Tièchestrasse 99, 8037 Zürich

PAR-VASO-0007705


arterielle Hypertonie und ein Prostatakarzinom bekannt. Bei Eintritt war der Mann in reduziertem Allgemeinzustand, kreislaufmässig und pulmonal kompensiert und wies eine Druckdolenz im rechten Abdomen mit Losslassschmerz und Abwehrspannung auf. Die Leber war bis 4 cm über den Rippenbogen vergrössert. Die Rektalpalpation zeigte schwarzen Stuhl am Fingerling. Die Fusspulse fehlten. Der Neurostatus war unauffällig. Die Laboruntersuchungen zeigten eine ausgeprägte Anämie (Hb 4,5 g/dl), die spontane Prothrombinzeit war leicht verlängert (INR 1,28), und das Gesamtbilirubin war mässig erhöht (32 μmol/l). Es bestanden eine Hypalbuminämie und eine Vermehrung der Gammaglobuline. Das EKG zeigte einen normokarden Sinusrhythmus von 70/Min., einen überdrehten Linkslagetyp und ST-Strecken-Senkungen lateral. Die frequenzkorrigierte QT-Zeit (QT$_c$) war auf 475 ms verlängert (normal bis 390 ms). Die obere Panendoskopie ergab prolabierende Ösophagusvarizen mit «red colour signs» und Blutkoagula im Restmagen, jedoch keine aktuelle Blutung. Der Patient wurde zur Überwachung auf die Intensivstation aufgenommen. Es wurde eine Leberkomaprophylaxe durchgeführt. Zur Senkung des portalen Drucks wurde intravenös Ornipressin (POR-8®, 0,2 E./Std.) in Kombination mit Nitroglyzerin (Perlinganit®, 3 mg/Std.) gegeben. 2½ Std. nach Therapiebeginn trat eine Bradykardie bis 45/Min. auf, weitere 4 Std. später folgte

eine polymorphe Kammertachykardie vom Typ Torsade de pointes (Abb.), die erfolgreich defibrilliert wurde. Eine gleiche Episode wiederholte sich 4 Std. später. Nach erneuter Defibrillation wurde eine Therapie mit Isoprenalin und Magnesium eingeleitet: Der Ornipressin wurde reduziert und schliesslich abgesetzt. Der weitere Verlauf war unkompliziert, und der Patient wurde einer elektiven Sklerosierungstherapie seiner Ösophagusvarizen zugeführt.

## Fall 2

Bei einer 75jährigen Patientin mit Alkoholabusus und chronischer HCV-Infektion war seit fünf Jahren eine Leberzirrhose bekannt. Sie war deswegen bereits mehrmals wegen Aszites, bakterieller Spontanperitonitis und hepatischer Enzephalopathie hospitalisiert. Bereits drei Jahre zuvor waren Ösophagusvarizen (Grad II) festgestellt worden. In der Anamnese waren zudem eine Magenteilresektion wegen Ulkuskrankheit, ein Parkinson-Syndrom und ein Diabetes mellitus Typ II bekannt. Am Vortag der Hospitalisation waren Meläna, leichte Müdigkeit und Schwindelgefühl aufgetreten. Bei Eintritt war die Frau in gutem Allgemeinzustand und war kreislaufmässig und pulmonal kompensiert. Das Abdomen mit Aszites war ausladend, der Leberunterrand stand 4 cm unter dem Rippenbogen. Bei der Rektalpalpation fand sich brauner Stuhl am Fingerling. Neurologisch bestan-

den Symptome eines Parkinson-Syndroms. Labormässig fanden sich eine mikrozytäre Anämie (Hb 10,3 g/dl, MCV 78 fl), eine Thrombopenie (70 000/μl) und eine verlängerte spontane Prothrombinzeit (INR 1,20). Die Transaminasen waren leicht erhöht (GOT 109 E./l, GPT 87 E./l), das Bilirubin und die alkalische Phosphatase lagen im Normbereich. Die Patientin wies eine Hypalbuminämie und eine Vermehrung der Gammaglobuline auf. Die obere Panendoskopie zeigte prolabierende Ösophagusvarizen, die auch den Magenfundus erstreckten und «red colour signs» aufwiesen. Ein Fibrinthrombus auf einer Ösophagusvarize löste sich während der Untersuchung ab, worauf es zu einer schockierenden Blutung kam, die durch Unterspritzung mit Polidocanol 1 % gestillt werden konnte. Die Patientin wurde auf der Intensivstation überwacht und erhielt zur Senkung des portalen Drucks Ornipressin (POR-8®, 0,2 E./Std.) und Nitroglyzerin (Perlinganit®, 2 mg/Std.). Rund 6 Std. nach Therapiebeginn fiel die Herzfrequenz zweimal für einige Minuten auf etwa 40/Min. ab. In den anschliessenden zehn Tagen kam es zu drei weiteren Rezidivblutungen, die durch Sklerosierung und Gabe von Ornipressin beherrscht werden konnten. Bei der dritten Rezidivblutung traten unter Ornipressin erneut wiederholte Episoden mit Bradykardien bis 32/Min. auf, die gut auf Atropin ansprachen. Ornipressin wurde daraufhin definitiv abgesetzt. Danach traten keine Bradykardien mehr



*Polymorphe Kammertachykardie vom Typ Torsade de pointes bei Patient 1 unter der Therapie mit Ornipressin und Nitroglyzerin.*

PAR-VASO-0007706



auf. Die Patienten verstarb vier Wochen nach der letzten Blutungsepisode im Leberkoma.

## Fall 3

Ein 59jähriger Diabetiker (Typ II), bei dem seit 16 Jahren eine Leberzirrhose bei massivem Alkoholabusus bekannt war und bei dem es schon zu mehreren Episoden anämisierender Ösophagusvarizenblutungen gekommen war, wurde von einem auswärtigen Spital mit blutenden Ösophagusvarizen zur Einlage eines transjugulären intrahepatischen portosystemischen Shunts (TIPS) überwiesen, nachdem mehrere Sklerosierungssitzungen die Blutung nicht zu stillen vermochten. Bei Übertritt war der Mann mit Ornipressin (4 E./Std.) und Nitroglyzerin (0,8 mg/3 Std. per os) behandelt. Er war in gutem Allgemeinzustand, kreislaufmässig und respiratorisch kompensiert. Die Leber und die Milz waren deutlich vergrössert tastbar. Es lagen folgende pathologische Laborbefunde vor: BSR 26 mm/Std., Hb 10,3 g/dl, MCV 92 fl, Leukozyten 1800/μl, Thrombozyten 41000/μl, Prothrombinzeit (INR 1,20), Glukose 7,2 mmol, GPT 68 E./l; die GOT war normal. Kurz nach Eintritt fiel die Herzfrequenz von 52/Min. auf 37/Min. ab; das EKG zeigte eine Sinusbradykardie, die QT$_c$-Zeit war mit 344 ms normal. Nach der Gabe von einer Kapsel Nitroglyzerin (0,8 mg) fiel der Blutdruck innert Stunden von 150/90 mmHg auf 110/65 mmHg, die Herzfrequenz stieg auf 48/Min., fiel in den Stunden danach aber wieder auf 37/Min. ab. Erst nach Dosisreduktion und schliesslichem Absetzen des Ornipressins normalisierte sich die Herzfrequenz dauerhaft. Die Ösophagusvarizenblutungen konnten im Verlauf durch Gummibandligaturen in zwei Sitzungen beherrscht werden. Der Patient wurde nach zweiwöchiger Hospitalisation ins zuweisende Spital zurückverlegt.

## Diskussion

Vasopressin ist ein hypothalamisches Nonapeptid, das vom Hypophysenhinterlappen sezerniert wird (1). Seine Synthese gelang erstmals 1954; *du Vigneaud* wurde 1955 dafür mit dem Nobelpreis für Medizin ausgezeichnet. Es existieren neben den natürlichen Hormonen Argipressin (7-Arginin-Vasopressin, bei allen Säugetieren ausser dem Schwein) und Lypressin (8-Lysin-Vasopressin, beim Schwein) eine Reihe synthetischer Analoga zum pharmakologischen Gebrauch (Ornipressin, Desmopressin = DDAVP usw.), die sich durch ein unterschiedliches Wirkungsspektrum aufgrund gezielter Modifikation der Aminosäuresequenz in bezug auf antidiuretische Wirkung und Vasokonstriktion auszeichnen. Zu den Wirkungen der Vasopressine gehören die antidiuretische und die vasokonstriktorische, die dem Hormon seinen Namen gaben. Diese Vasokonstriktion ist vor allem im Splanchnikusgebiet ausgeprägt. Weiter führt Vasopressin zur Kontraktion der glatten Muskulatur im Intestinaltrakt und zur Freisetzung von endothelialen Gerinnungsfaktoren (Faktor III, Willebrand-Faktor). Vasopressin beeinflusst als Neurotransmitter die Sekretion von ACTH, die Temperaturregulation sowie die Kreislauf und andere viszerale Funktionen und ist an der Modulation des Schlafs beteiligt. Einsatzgebiete von Vasopressin sind daher vor allem der Diabetes insipidus, Blutungen, vor allem im Bereich des Gastrointestinaltrakts, sowie hämostatische Störungen. Wegen seiner ischämisierenden Wirkung eignet es sich nicht als Vasopressor. Dass die Gabe von Vasopressin (in Form von Hypophysenextrakten) Blutdruckanstieg und Bradykardie verursachen kann, ist schon seit dem Ende des 19. Jahrhunderts bekannt (2–5).

Die Nebenwirkungen des Vasopressins sind im wesentlichen durch seine Wirkungen erklärt (6). Durch die generalisierte Vasokonstriktion kommt es zum Blutdruckanstieg, und die kutane Vasokonstriktion verursacht Hautblässe, namentlich im Gesicht. Es können Nausea, Rülpsen, Darmkrämpfe und Stuhldrang, aber auch Uterusspasmen auftreten. Die koronare Vasokonstriktion mit Angina pectoris bis hin zum Myokardinfarkt und die Verschlechterung der peripheren arteriellen Verschlusskrankheit bis zum Auftreten der Gangrän gehören zu den gefürchtetsten Komplikationen der Vasopressinanwendung. Bekannt sind auch allergische Reaktionen mit Urtikaria oder anaphylaktischen Reaktionen. Bei einer retrospektiven Untersuchung (7) an 1035 Patienten führte Ornipressin in 196 Fällen nach lokaler Injektion während der Narkose zu unerwünschten Arzneimittelwirkungen, wobei die kardiovaskulären Nebenwirkungen am häufigsten vertreten waren (zehn Extrasystolien, fünf Tachykardien, sieben Bradykardien, ein Herzstillstand). *Fornaro* et al. berichteten über 26 Patienten mit Ösophagusvarizenblutungen, die intravenös oder intraarteriell mit Vasopressin behandelt worden waren; bei sechs von ihnen traten kardiale Arrhythmien auf (Bradykardien, AV-Blockaden) (8). Unter Vasopressin kann es zu ausgeprägten Bradykardien bis unter 30/Min. kommen (9). Dabei spielt es offenbar keine Rolle, ob das Vasopressin systemisch oder lokal angewandt wird (10). Bei der Behandlung von blutenden Ösophagusvarizen treten unter Vasopressin deutlich häufiger bradykarde Rhythmusstörungen auf als bei einer Therapie ohne dieses Hormon (11). Es gibt im Schrifttum allerdings keine Angaben darüber, dass Patienten mit koronarer Herzkrankheit besonders anfällig für diese Komplikation wären. Der Patient von *Kelly* et al. (12), der bradykard wurde, Kammertachykardien und schliesslich ein Kammerflimmern entwickelte, zeigte jedenfalls keine Zeichen der Koronarsklerose. Von *Eden* wurde ein Patient beschrieben (13), der wegen rezidivierender Ösophagusvarizenblutungen wiederholt Vasopressin erhalten und unter dieser Therapie Bradykardien entwickelt hatte. Bei einer dieser Episoden kam es wie bei unserem ersten Fall zu einer ventrikulären Extrasystolie und einer polymorphen Kammertachykardie vom Typ Torsade de pointes. Dieser Patient erhielt Atropin. Im Hinblick auf zukünftige Blutungen wurde ihm ein Schrittmacher implantiert, der im Rahmen einer späteren Blutungsepisode auch prompt aktiv wurde. Polymorphe Kammertachykardien vom Typ Torsade de pointes werden oft durch Medikamente ausgelöst. Typischerweise zeigt sich eine allerdings nicht obligate QT$_c$-Verlängerung (QT$_c$ > 440 ms). Ob es sich hier um eine direkte Medikamentenwirkung oder aber um die Folge einer durch Vasopressin induzierten myokardialen Ischämie handelt, ist nicht geklärt. Dass die Vasopressin-induzierten Rhythmusstörungen nicht immer gut-

PAR-VASO-0007707



artig verlaufen, zeigt der von *Fritz* (14) beschriebene Fall, in dem ein Patient eine Stunde nach Beginn der Vasopressininfusion einen idioventrikulären Rhythmus entwickelte und aufgrund von Asystolie verstarb.

Untersuchungen an Hunden (15), Schafen (16) und Menschen (17) zeigten, dass diese Bradykardien einerseits reflektorisch durch den Blutdruckanstieg, andererseits aber auch durch eine direkte periphere Wirkung am Herzen zustande kommen. Es wird vermutet, dass sie durch eine Vasokonstriktion der Koronararterien und eine damit verbundene verminderte myokardiale Durchblutung entstehen. Bei der intravenösen Verabreichung von Vasopressin in Tierversuchen wurde nur ein unwesentlicher direkter zentralnervöser Effekt gesehen. Wurde das Vasopressin allerdings direkt in die Seiten- oder in den vierten Ventrikel des Gehirns injiziert (15, 17), kam es zu einer ausgeprägten Bradykardie ohne gleichzeitigen Blutdruckanstieg. Dieser Effekt ist mehr auf eine Stimulation kardioinhibitorischer Neurone im Bereich der Vaguskerne am Boden des vierten Ventrikels als auf eine Hemmung kardioakzeleratorischer Neurone zurückzuführen.

Die Therapie der polymorphen Kammertachykardien vom Typ Torsade de pointes besteht in der intravenösen Gabe von Magnesium sowie einer Anhebung der Herzfrequenz mit einer Isoprenalininfusion bzw. einem «Overpacing» mit provisorischem Schrittmacher. Elektrolytstörungen sind zu korrigieren. Es sollen keine Antiarrhythmika gegeben werden.

## Schlussfolgerungen

Vasopressin in pharmakologischer Dosis kann potentiell lebensgefährliche Nebenwirkungen vor allem kardiovaskulärer Art verursachen. Sein Einsatz soll daher unter lückenloser Überwachung («monitoring») geschehen. Die gleichzeitige Gabe von Nitroglyzerin vermag das Risiko für das Auftreten unerwünschter kardiovaskulärer Nebenscheinungen zu vermindern. Beim Auftreten kardialer Nebenwirkungen sollte vor dem Absetzen des Vasopressins eine Erhöhung der Nitroglyzerindosis in Betracht gezogen werden (7, 18). In Form von Somatostatin ist zudem zur

Therapie von Ösophagusvarizenblutungen eine Alternative verfügbar, die keine kardiovaskulären Nebenwirkungen hat (19–21).

## Dank

*Wir danken PD Dr. med. et pharm. Stephan Krähenbühl für die kritische Durchsicht des Manuskripts.*

## Résumé

*Ce travail présente trois cas de bradycardie induite par l'ornipressine. Un des trois patients a présenté en plus des tachycardies ventriculaires polymorphes récidivantes de type torsades de pointes. Les trois patients ont été traités par le dérivé de la vasopressine en raison de saignement de varices œsophagiens. La bradycardie a disparu après l'arrêt de l'ornipressine. Un patient a été traité avec succès par atropine, chez le deuxième patient on a dû procéder à une défibrillation et ensuite à un traitement par isoprénaline et magnésium. Chez le troisième, la bradycardie a disparu spontanément après l'arrêt de l'ornipressine. La bradycardie est un effet secondaire connu mais rare de la vasopressine et de ses analogues. En expérimentation animale, on a démontré que la bradycardie provient d'un effet cardiodépresseur direct de la vasopressine d'une part et d'autre part d'une activation réflexe vagale en cas d'augmentation de la pression artérielle («bradycardie réflexe»). Une injection directement dans le système nerveux central induit un ralentissement important de la fréquence cardiaque sans modification de la pression artérielle. Il est encore incertain si ce phénomène est important en cas d'application intraveineuse. Comme la vasopressine et ses analogues peuvent induire des effets secondaires potentiellement mortels, il est nécessaire de mesurer continuellement la pression artérielle et la fréquence cardiaque en cas d'utilisation pharmacologique de cette hormone.*

*Mots clés: vasopressines – torsade de pointes – bradycardie – vasopressine/effets défavorables – ornipressine*

## Bibliographie

1. *Hays R. M.:* Agents affecting the renal conservation of water. In: Goodman and Gilman's Pharmacological Basis of Therapeutics, Gilman A. G., Rall T. W., Nies A. S., Taylor P. (eds.). Pergamon Press, New York, 8th ed., pp. 732–740, 1990.
2. *Sirinek K. R., Thomford N. R.:* Isoproterenol in offsetting the adverse effects of vasopressin in cirrhotic patients. Am. J. Surg. 129, 130–136, 1975.
3. *Claghorn A.:* The action of animal extract, bacterial cultures, and culture filtrates on the mammalian heart muscle. Am. J. Physiol. 2, 273, 1899.
4. *Dale H. H.:* The action of extracts of the pituitary body. Biochem. J. 4, 427, 1909.
5. *Wiggers C. J.:* The physiology of the pituitary gland and the actions of its extracts. Am. J. med. Sci. 141, 52, 1911.
6. *Reynolds J. E. F.* (ed.): Martindale. The Extra Pharmacopoeia. The Pharmaceutical Press, London, 30th ed., pp. 967–969, 1993.
7. *Kleemann P. P., Jantzen J. P., Dick W.:* Unerwünschte Wirkungen nach Lokalinjektion von Ornipressin während der Allgemeinanästhesie. Lässt sich das Risiko vermindern. Anaesthesist 37, 551–557, 1988.
8. *Fornaro R., Ferraris R., Belcastro E., Parodi G.* Impiego della vasopressina nel trattamento delle varici esofagee sanguinanti. Nostra esperienza. Minerva Medica 76, 1719–1726, 1985.
9. *Marsch S. C. U., Schaefer H. G.:* Pronounced bradycardia after application of POR-8 (ornipressin) under total intravenous anesthesia with propofol. Acta anaesth. scand. 34, 514–515, 1990.
10. *Souron R., Lepage J. Y., Gregoire E., Wessel P., Pinaud M.:* Poussées hypertensives sévères liées à l'utilisation du POR-8 (ornithine vasopressine) en chirurgie gynécologique. Presse méd. 14, 982, 1985.
11. *Conn H. O., Ramsby G. R., Storer E. H., Mutchnick M. G., Joshi P. H., Phillips M. M., Cohen G. A., Fields G. N., Petroski D.:* Intraarterial vasopressin in the treatment of upper gastrointestinal hemorrhage – a prospective controlled trial. Gastroenterology 68, 211–221, 1975.
12. *Kelly K. J., Stang J. M., Mekhjian H. S.:* Vasopressin provocation of ventricular dysrhythmia. Ann. intern. Med. 92, 205–206, 1980.
13. *Eden E., Teirstein A., Wiener L.:* Ventricular arrhythmia related to vasopressin-induced bradycardia. Mount Sinai J. Med. 50, 49–51, 1983.
14. *Fritz J. D.:* Vasopressin induction of ventricular ectopy. Archs intern. Med. 142, 644, 1982.
15. *Vanna S., Jaju B. P., Bhargava K. P.:* Mechanism of vasopressin-induced bradycardia in dogs. Circulation Res. 24, 787–792, 1969.
16. *Harper M. A., Rose J. C.:* Vasopressin-induced bradycardia in fetal and adult sheep is not dependent on a increase in blood pressure. Am. J. Obstet. Gynec. 157, 448–453, 1987.
17. *Cushing H.:* Reaction of posterior pituitary extract (Pituitrin) when introduced into the cerebral ventricles. Proc. natn. Acad. Sci. 17, 163, 1931.
18. *Burns S. M., Martin M., Merrill P., Luer J., Stone D. D.:* Evaluation and revision of a vasopressin/nitroglycerin protocol for use in variceal bleeding. Am. J. crit. Care 2, 202–207, 1993.
19. *Calès P.:* Vasopressine, somatostatine et hémorragies digestives de l'hypertension portale – le bout du tunnel? Editorial. Gastroentérol. clin. biol. 18, 739–742, 1994.
20. *Bernard B., Valla D.:* Efficacité et mode d'action de la vasopressine dans le traitement des hémorragies digestives par rupture de varices œsophagiennes ou gastriques. Gastroentérol. clin. biol. 18, 751–760, 1994.
21. *Silvain C., Besson I., Beauchant M.:* Somatostatine, octréotide et hypertension portale. Gastroentérol. clin. biol. 18, 761–766, 1994.

# RESEARCH REPORT

## Lack of an Effect of Body Mass on the Hemodynamic Response to Arginine Vasopressin During Septic Shock

Simon W. Lam, Pharm.D., Seth R. Bauer, Pharm.D., Stephen S. Cha, M.S., and Lance J. Oyen, Pharm.D., FCCM

**Study Objective.** To determine whether body mass alters the effectiveness of a fixed-dose infusion of arginine vasopressin.

**Design.** Retrospective medical record review.

**Setting.** All intensive care units of a tertiary medical center.

**Patients.** Sixty-six mechanically ventilated patients who received a fixed-dose intravenous infusion of arginine vasopressin at 0.04 U/minute as the sole agent for hemodynamic support during septic shock.

**Measurements and Main Results.** Patients were divided into four groups on the basis of body mass index. Effectiveness was measured as hemodynamic stability, which was defined as the proportion of patients achieving a mean arterial pressure (MAP) of 65 mm Hg or higher, the magnitude of the change in MAP at 1 hour, and the need for additional rescue vasopressors. Secondary outcomes included mortality and length of stay. Baseline characteristics of all four groups were comparable for age, sex, and severity of illness determined by using Acute Physiology and Chronic Health Evaluation II (APACHE II), Simplified Acute Physiology II (SAPS II), and Sequential Organ Failure Assessment (SOFA) scores. The only significant differences in baseline characteristics among the groups were in their central venous pressures. The four groups similarly achieved hemodynamic stability at 1 hour after the administration of arginine vasopressin (p=0.41). We observed no significant differences among groups in the magnitude of MAP change (p=0.62), need for rescue catecholamine vasopressors (p=0.17), 28-day mortality rates (p=0.31), or length of stay in the intensive care unit (p=0.43).

**Conclusion.** Body mass index did not alter the effects of arginine vasopressin on hemodynamic stability or changes in MAP when the drug was administered as a fixed-dose infusion of 0.04 U/minute. Our results do not support weight-based dosing of vasopressin, unlike the dosing for catecholamine vasopressors.

**Key Words:** arginine vasopressin, body mass index, BMI, septic shock, hemodynamics, mean arterial pressure.

(Pharmacotherapy 2008;28(5):591–599)

Septic shock is the most common cause of death in intensive care units (ICUs), with the mortality rate ranging from 28–58%.[1-6] Cardiovascular dysfunction is one of the major contributors to the high mortality of septic shock. The goal of cardiovascular management during septic shock is to maintain adequate arterial perfusion pressure, cardiac output, and oxygen delivery to vital organs. Cardiovascular support involves fluid administration and the use of inotropes and catecholamine vasopressors. The catecholamines improve blood pressure; however, they may cause adverse effects related to reduced blood flow to vital organs, decreased cardiac output, increased pulmonary vascular resistance, and arrhythmias.[7]

Vasopressin is an endogenous hormone essential

for both osmotic and cardiovascular homeostasis. Observations from various studies and case series have suggested that exogenous arginine vasopressin may be an effective adjunct therapy over traditional catecholamines for hypotension.[8-12] The first investigators to report the effects of arginine vasopressin administered to patients with septic shock observed that in patients who required catecholamine support, low doses of arginine vasopressin 0.01–0.05 U/minute effectively raised the mean arterial pressure (MAP).[13] Relative vasopressin deficiency has been observed during late, vasopressor-dependent septic shock and may contribute to the refractory hypotensive state.[14]

The effects of vasopressin are concentration dependent in septic shock. Endogenous vasopressin levels are normally below 4 pg/ml, but during periods of hypotension they are usually elevated to 20–30 pg/ml.[13] In severe septic shock, some patients may insufficiently release vasopressin. Hence, it is believed that exogenous administration restores physiologic levels that are usually observed during hypotensive states. Given that arginine vasopressin is often administered as a fixed-dose replacement infusion and that its effects are concentration dependent in vivo, interpatient weight variability should affect the achievement of hemodynamic stability. However, to our knowledge, no trial has been conducted to examine the effects of body mass on the response to arginine vasopressin during septic shock.

We conducted a retrospective study to determine whether body mass is a determinant of the hemodynamic effects of arginine vasopressin during septic shock. The null hypothesis was that body mass does not make a difference in the hemodynamic response to fixed-dose vasopressin.

## Methods

### Study Design and Setting

This retrospective study was conducted in all

From the Department of Pharmacy, New York-Presbyterian Hospital, Columbia University Medical Center, New York, New York (Dr. Lam); the Department of Pharmacy, the Cleveland Clinic, Cleveland, Ohio (Dr. Bauer); and the Departments of Biostatistics (Dr. Cha) and Pharmacy (Dr. Oyen), Mayo Clinic, Rochester, Minnesota.

Supported by the Department of Pharmacy, Mayo Clinic, Rochester, Minnesota.

Presented at the Society of Critical Care Medicine Annual Congress, Orlando, Florida, February 16–21, 2007.

Address reprint requests to Simon Lam, Pharm.D., Department of Pharmacy, New York-Presbyterian Hospital, Columbia University Medical Center, 622 West 168th Street, New York, NY 10032; e-mail: sil9006@nyp.org).

ICUs of the Mayo Clinic, Rochester, Minnesota. Access to medical information was approved by and in accordance with the Mayo Clinic institutional review board. Because this was a noninterventional retrospective study, patient informed consent was waived.

### Patient Selection

Patients who received infusions of arginine vasopressin between October 1, 2004, and August 31, 2005, were identified from a computer database and screened for inclusion. Patients in septic shock and receiving mechanical ventilation were included. In addition, arginine vasopressin must have been the first and only hemodynamic support agent given in the initial 6 hours of blood pressure support. The dose administered must have been 0.04 U/minute in the first 6 hours.

Septic shock was defined as hemodynamic instability with proven or suspected infection and one of the following nonrespiratory systemic inflammatory response syndrome criteria: body temperature above 38°C or below 36°C, heart rate above 90 beats/minute, or a white blood cell count above $12 \times 10^3/mm^3$, less than $4 \times 10^3/mm^3$, or the presence of more than 10% immature forms.

Hemodynamic instability was defined as an MAP of 70 mm Hg or lower or a systolic blood pressure of 90 mm Hg or lower.[15] Patients were required to have positive fluid balance in the 24 hours before the start of arginine vasopressin to indicate that fluid resuscitation was in process. Infection or suspected infection was defined as positive growth on cultures of samples obtained from sterile sites or blood, as well as the use of broad-spectrum antibiotics within 3 days before beginning arginine vasopressin.

Patients given arginine vasopressin for other indications, such as the treatment of variceal bleeding, hepatorenal syndrome, or other nonseptic and vasodilatory shock states were excluded. Patients were also excluded if arginine vasopressin was infused for less than 1 hour.

Patients were assigned to predetermined groups defined by body mass index (BMI) of less than 25 kg/m² (group 1), 25–29.9 kg/m² (group 2), 30–34.9 kg/m² (group 3), or 35 kg/m² or greater (group 4). The BMI was chosen as the determinant for body weight because it was viewed as the most accurate measurement of body composition that is retrospectively available for all patients.

Data Collection and Assessment of Outcome

Patients' electronic medical records were retrospectively evaluated. Data on baseline characteristics were collected, including age, sex, height, weight, primary service, and concomitant drugs. Concomitant therapies that could have influenced the patients' vasoconstrictor response were also recorded. These included β-blockers, amiodarone, drotrecogin alfa, opioids, sedatives, paralytics, parenteral nutrition, enteral nutrition, and regular human insulin infusions. Concomitant catecholamine or inotropic agents, started after the initial 6 hours of the infusion of arginine vasopressin, were also noted. Corticosteroids started during arginine vasopressin treatment were evaluated in terms of the choice of corticosteroids and the duration of therapy.

Hemodynamic measurements, including blood pressure and heart rate, were collected. These measurements were abstracted immediately before and at 1, 6, and 24 hours after the onset of the arginine vasopressin infusion. Hemodynamic measurements obtained by means of an arterial line were preferred, if available.

Pertinent laboratory parameters, hemodynamic measurements, and organ function were recorded to calculate Acute Physiology and Chronic Heath Evaluation II (APACHE II), Simplified Acute Physiology II (SAPS II), and Sequential Organ Failure Assessment (SOFA) scores. Baseline parameters were calculated by using data collected within 24 hours before the administration of arginine vasopressin. Laboratory data included the results of renal, hepatic, cardiac enzyme, electrolyte, blood gas, glucose, and endocrine tests.

If possible, adrenal function was assessed by evaluating cortisol levels before and after corticotropin stimulation testing. A nonresponse to corticotropin stimulation was defined as a change in the cortisol level of not more than 9 mg/dl from the pretest value.[3]

Laboratory data were collected at the most recent available time point within 24 hours before the start of the arginine vasopressin infusion and at 24 hours after continuous infusion.

Data from microbiologic cultures were also collected and analyzed. All cultures obtained 3 days before and after the onset of arginine vasopressin were evaluated. Positive cultures were further differentiated by the site of infection and the Gram's stain results of the identified pathogens. Patients' records were also assessed to determine whether broad-spectrum antibiotics were started.

Primary and Secondary End Points

The primary end point was hemodynamic stability defined as an MAP of at least 65 mm Hg at 1 hour after the onset of arginine vasopressin without catecholamine therapy.

Secondary end points were attainment of hemodynamic stability at 6 hours, a change in blood pressure at 1 and 6 hours after the onset of arginine vasopressin without catecholamine therapy, length of stay, as well as mortality rate at the time of ICU discharge, in the hospital, and at 28 days.

Statistical Analysis

The collected data were entered into a relational database and analyzed by using software (SAS version 9.1.3; SAS Institute Inc., Cary, NC). Data are expressed as the mean ± SD for continuous variables and as percentages for categoric variables unless otherwise specified.

Analysis of variance was used when a continuous variable was compared among the four BMI categories in Table 1. The Pearson $\chi^2$ test was used for binary outcomes in Tables 1 and 2. Differences in reaching hemodynamic stability were assessed by using multiple logistic regression models in which BMI was considered a necessity risk factor. Other variables assessed were SOFA and APACHE II scores, age, sex, use of a β-blocker on the day arginine vasopressin was given, and use of a corticosteroid during treatment with arginine vasopressin. A stepwise elimination strategy was applied with all those variables. All tests were two tailed. A p value of less than 0.05 was considered to indicate a statistically significant difference.

Results

Of 618 patients identified who received an infusion of arginine vasopressin, 66 were included in the analysis. Among the patients excluded, 302 were not mechanically ventilated at the onset of the infusion, 178 did not meet the criteria for septic shock, 63 were not given arginine vasopressin as the initial agent to support blood pressure, and nine received titrated arginine vasopressin dosing during the first 6 hours. After these exclusions, patients were assigned to the BMI groups as follows: 12 in group 1, 22 in group 2, 13 in group 3, and 19 in group 4.

Most baseline characteristics were similar among groups (Table 1). Mean ± SD age was 63.5 ± 15.5 years, and 53% of the patients were

PAR-VASO-0007711

Table 1. Baseline Characteristics of the Study Patients

| Characteristic | Body Mass Index Group (kg/m²) | | | | All Patients (n=66) | p Value |
| | < 25 (n=12) | 25–29.9 (n=22) | 30–34.9 (n=13) | ≥ 35 (n=19) | | |
|---|---|---|---|---|---|---|
| | Mean ± SD | | | | | |
| Body mass index (kg/m²) | 22.4 ±1.20 | 27.8 ± 1.61 | 32.2 ± 1.54 | 45.0 ± 13.3 | 32.6 ± 11.1 | NA |
| Weight (kg) | 66.1 ± 7.4 | 83.1 ± 10.4 | 93.2 ± 12.4 | 126 ± 41.0 | 94.3 ± 31.9 | NA |
| Age (yrs) | 62.8 ± 20.5 | 63.1 ± 14.2 | 65.0 ± 15.5 | 63.5 ± 14.5 | 63.5 ± 15.5 | 0.98 |
| SAPS II score | 47.4 ± 17.7 | 51.7 ±16.4 | 46.6 ± 18.3 | 54.7 ± 17.1 | 50.9 ± 17.1 | 0.80 |
| SOFA score | 7.8 ± 3.7 | 8.5 ± 3.5 | 8.5 ± 4.1 | 10.1 ± 4.1 | 8.8 ± 3.8 | 0.73 |
| APACHE II score | 22.8 ± 6.4 | 22.6 ± 7.2 | 25.2 ± 8.5 | 24.1 ± 7.3 | 23.6 ± 7.3 | 0.60 |
| Baseline MAP (mm Hg) | 60.5 ± 11.1 | 58.2 ± 6.0 | 62.9 ± 7.7 | 61.7 ± 9.7 | 60.6 ± 8.5 | 0.39 |
| Central venous pressure (mm Hg) | 6.5 ± 3.2 | 11.9 ± 4.6 | 11.2 ± 4.4 | 14.3 ± 5.5 | 11.9 ± 5.2 | 0.015 |
| pH | 7.34 ± 0.1 | 7.37 ± 0.09 | 7.36 ± 0.11 | 7.33 ± 0.10 | 7.35 ± 0.10 | 0.77 |
| Hematocrit (%) | 32.3 ± 8.1 | 29.1 ± 5.2 | 31.4 ± 8.8 | 27.2 ± 5.6 | 29.6 ± 6.8 | 0.15 |
| Serum creatinine concentration (mg/dl) | 1.7 ± 1.7 | 1.4 ± 0.7 | 1.6 ± 1.1 | 1.7 ± 0.9 | 1.6 ± 1.0 | 0.77 |
| Urine output (ml/hr)[a] | 81.7 ± 99.4 | 71.2 ± 54.7 | 61.7 ± 45.6 | 46.1 ± 56.9 | 64.0 ± 64.0 | 0.45 |
| | No. (%) of Patients | | | | | |
| Male | 6 (50) | 11 (50) | 9 (69) | 9 (47) | 35 (53) | 0.63 |
| Medical | 6 (50) | 12 (55) | 6 (46) | 6 (32) | 30 (45) | 0.51 |
| Surgical | 6 (50) | 10 (45) | 7 (54) | 13 (68) | 36 (55) | 0.51 |
| CRRT | 1 (8) | 2 (9) | 3 (23) | 5 (26) | 11 (17) | 0.37 |
| Baseline MAP > 65 mm Hg | 1 (8) | 2 (9) | 3 (23) | 6 (32) | 12 (18) | 0.21 |
| Positive culture | 8 (67) | 14 (64) | 9 (69) | 15 (79) | 46 (70) | 0.75 |
| Gram-positive cocci | 1 (8) | 12 (55) | 6 (46) | 5 (26) | 24 (36) | 0.04 |
| Gram-negative rods | 5 (42) | 8 (36) | 4 (31) | 4 (21) | 21 (32) | 0.62 |
| Broad-spectrum antibiotics | 11 (92) | 21 (96) | 13 (100) | 18 (95) | 63 (96) | 0.79 |
| Corticotropin stimulation test | 4 (33) | 8 (36) | 7 (54) | 5 (26) | 24 (36) | 0.46 |
| Responders | 0 (0) | 5 (23) | 5 (39) | 4 (21) | 14 (21) | NA |
| Nonresponders | 4 (33) | 3 (14) | 2 (15) | 1 (5) | 10 (15) | 0.21 |

NA = not applicable; SAPS II = Simplified Acute Physiology II; SOFA = Sequential Organ Failure Assessment; APACHE II = Acute Physiology and Chronic Health Evaluation II; MAP = mean arterial pressure; CRRT = continuous renal replacement therapy.
[a]Mean over 24 hours before the administration of vasopressin.

male. The only significant difference in baseline characteristics was in central venous pressure (CVP) before the onset of arginine vasopressin. Preinfusion CVP measurements were available for 46 (70%) of 66 patients: six (50%) of 12 in group 1, 14 (64%) of 22 in group 2, 10 (77%) of 13 in group 3, and 16 (84%) of 19 in group 4. The biggest difference was between groups 1 and 4, with mean ± SD CVPs of 6.5 ± 3.2 and 14.3 ± 5.5 mm Hg, respectively.

For all patients, mean ± SD APACHE II, SOFA, and SAPS II scores were 23.6 ± 7.3, 8.8 ± 3.8, 50.9 ± 17.1, respectively. Baseline hematocrit and pH values were similar among groups, as were the proportions of patients who required continuous renal replacement therapy at the onset of arginine vasopressin therapy.

Cultures were ordered in 62 (94%) patients within 3 days of start of arginine vasopressin, and 46 (70%) had positive microbiologic results from samples of normally sterile sites. Although the overall differences in positive microbiologic results were not significant among groups, the proportion of gram-positive organisms isolated was significant.

Overall, 24 patients (36%) underwent a corticotropin stimulation test during the infusion of arginine vasopressin, and 10 were nonresponders. Numbers of responders versus nonresponders did not significantly differ among the four BMI groups.

No major differences in baseline concomitant drugs, aside from overall corticosteroid use, were discovered among groups. Eighteen patients (27%), mostly from group 1 or 3, received corticosteroid therapy during the infusion of arginine vasopressin. The only difference was in stimulation-guided corticosteroid use because baseline rates of long-term corticosteroid use were similar. There was no other significant difference in any other concomitant drug use among groups.

Of interest, 63 patients (96%) received broad-spectrum antibiotics. Approximately 47 (71%) were receiving regular human insulin infusions,

PAR-VASO-0007712

and none received drotrecogin alfa.

Baseline mean ± SD MAP was 60.6 ± 8.5 mm Hg, with no significant differences among the groups. About 82% of patients had baseline MAPs below 65 mm Hg, whereas 18% had baseline MAPs of 66–72 mm Hg. Overall, 80% and 83% of patients had MAPs of 65 mm Hg or higher at 1 and 6 hours, respectively, after the beginning of the arginine vasopressin infusion (Figure 1). In 11 of 12 patients who had a baseline MAP above 65 mm Hg, MAP increased 1 hour after start of the infusion, with a mean increase of 12 mm Hg. We found no statistically significant differences among the four groups in terms of reaching the MAP goal.

Mean changes in MAP from baseline were 13.5 and 14.9 mm Hg at 1 and 6 hours, respectively (Figure 2). We found no statistically significant differences in change in MAP from baseline at any measured time points. During multivariate analysis with backward elimination to evaluate potential contributors to hemodynamic stability, none of the evaluated variables was independently associated with attaining hemodynamic stability with an infusion of arginine vasopressin (Table 2).

The mean duration of arginine vasopressin infusion was 1.9 days, with no significant difference observed among groups. After the initial 6 hours, 14 patients (21%) required rescue catecholamine therapy (Table 3). The groups did not differ significantly in terms of time to start of rescue catecholamines or in duration of their use. The overall mean ± SD ICU length of stay was 15.9 ± 14.7 days, and the hospital length of stay

**Table 2. Multivariate Analysis of Variables Potentially Affecting the Response to Arginine Vasopressin**

| Variable | OR | 95% CI[a] | p Value |
|---|---|---|---|
| SOFA score | 0.80 | 0.58–1.11 | 0.177 |
| APACHE II score | 0.95 | 0.821–1.10 | 0.500 |
| Age | 0.97 | 0.92–1.02 | 0.291 |
| Use of β-blocker on day of AVP infusion | 1.04 | 0.25–4.37 | 0.956 |
| Body mass index | 1.05 | 0.95–1.16 | 0.376 |
| Male sex | 1.32 | 0.31–5.72 | 0.709 |
| Corticosteroid use during arginine vasopressin infusion | 1.40 | 0.05–36.0 | 0.841 |

OR = odds ratio; CI = confidence interval; SOFA = Sequential Organ Failure Assessment; APACHE II = Acute Physiology and Chronic Health Evaluation II.
[a]All 95% CIs crossed 1, signifying that none of the variables are independent predictors of the hemodynamic response to AVP.

was 42.7 ± 38.2 days. The mortality rate at the time of ICU discharge was 21%. The hospital mortality rate was 38% overall. The ICU mortality rates significantly differed among the BMI groups, whereas 28-day and hospital mortality rates did not.

Renal function improved during treatment with arginine vasopressin (Figure 3). We assessed the data for 42 patients (64%) who had serial serum creatinine concentration measurements after 24 hours of continuous arginine vasopressin infusion. Overall, serum creatinine concentrations decreased 0.13 mg/dl The largest improvement from baseline was in group 1, which had a mean decrease of 0.49 mg/dl. However, this change was not significantly different from those in the other BMI groups.



Figure 1. Percentage of patients achieving the primary end point of hemodynamic stability (mean arterial pressure ≥ 65 mm Hg) at 1 and 6 hours after the administration of arginine vasopressin.



Figure 2. Mean changes in mean arterial pressure at 1 and 6 hours after the administration of arginine vasopressin.

**Table 3. Secondary Outcome Measures**

| Characteristic | Body Mass Index Group (kg/m²) | | | | All Patients (n=66) | p Value |
| | < 25 (n=12) | 25–29.9 (n=22) | 30–34.9 (n=13) | ≥ 35 (n=19) | | |
|---|---|---|---|---|---|---|
| | No. (%) of Patients | | | | | |
| Rescue catecholamine needed | 3 (25) | 3 (14) | 1 (8) | 7 (37) | 14 (21) | 0.17 |
| ICU mortality | 1 (8) | 6 (27) | 0 (0) | 7 (37) | 14 (21) | 0.047 |
| Hospital mortality | 3 (25) | 10 (46) | 3 (23) | 9 (47) | 25 (38) | 0.35 |
| 28-day mortality | 3 (25) | 11 (50) | 3 (23) | 8 (42) | 25 (38) | 0.31 |
| | Mean ± SD | | | | | |
| Time to rescue therapy (hrs) | 10.8 ± 4.2 | 22 ± 1.3 | 21.3 ± 0.0 | 37.2 ± 36.7 | 27.2 ± 27.4 | 0.59 |
| Time to vasopressor withdrawal (hrs) | 45.5 ± 41.9 | 42.0 ± 59.2 | 41.8 ± 60.7 | 64.5 ± 63.8 | 49.1 ± 57.7 | 0.60 |
| ICU length of stay (days) | 17.6 ± 22.4 | 14.6 ± 11.8 | 11.3 ± 10.7 | 19.6 ± 14.1 | 15.9 ± 14.7 | 0.43 |
| Hospital length of stay (days) | 36.5 ± 37.2 | 43.3 ± 33.7 | 53.2 ± 50.8 | 39.5 ± 36.7 | 42.7 ± 38.2 | 0.75 |

ICU = intensive care unit.

## Discussion

The use of arginine vasopressin alone for early resuscitation–phase septic shock was associated with achieving hemodynamic stability in 80% of patients at 1 hour after the start of its infusion. The 1-hour MAP response was chosen as the primary end point to allow ample time for concentrations of arginine vasopressin to reach steady state, given its 10–35-minute half-life.[16] In the original investigation of the use of endogenous arginine vasopressin to manage septic shock, the researchers also used 1 hour as a time point and reported a hemodynamic response to arginine vasopressin.[13] Overall, in 60 (91%) of our patients, MAP increased from baseline to 1 hour after the start of arginine vasopressin. Of the six patients who did not have an increased MAP, three were in group 1, one was in group 3, and two were in group 4.



**Figure 3.** Change in serum creatinine concentration at 24 hours after the start of a continuous infusion of arginine vasopressin.

This difference was not statistically significant.

To our knowledge, we were the first to assess whether body mass plays a role in the hemodynamic response to arginine vasopressin. We found that BMI was not a significant determinant of this hemodynamic response. In fact, none of the variables examined, including patient characteristics such as age and sex, severity of illness, organ dysfunction, and concomitant drugs, was a significant determinant of the hemodynamic response.

The mean BMI in group 4 was more than twice that of group 1. Obese patients presumably have a larger volume of distribution given their large absolute lean mass.[17] In other words, with all other variables considered equally and given the same dosage of vasopressin, levels of arginine vasopressin should have been higher in group 1 than in group 4. Even with such changes, differences in hemodynamic effects were not significant. Although group 1 potentially had the highest levels of arginine vasopressin, it also had the lowest apparent magnitude of change from baseline MAP. Differences in intravascular volume could account for this finding, given that group 1 had the lowest CVP.

Replacement doses of arginine vasopressin 0.01–0.04 U/minute increased serum vasopressin to levels ranging from 27–250 pg/ml,[13, 18] although vasopressin levels have not been directly correlated with blood pressure measurements.[19] Whether doses beyond those used for physiologic replacement are necessary in septic shock is unclear.

A retrospective comparison of high- versus low-dose vasopressin (mean 0.36 vs 0.057 U/min) in patients with conditions refractory to

norepinephrine or dopamine showed that the high dose substantially enhanced reductions in norepinephrine doses.[10] We know of no study that has prospectively evaluated the hemodynamic effects of high-dose, titrated vasopressin versus physiologic replacement doses in septic shock. Titration could yield very high dosages, with untoward results.

The reported dosing of vasopressin is variable, ranging from 0.01–0.6 U/minute.[11] Investigators from prospective trials used a titratable dosage ranging from 0.04–0.2 U/minute,[20] whereas those from the Vasopressin and Septic Shock Trial (VASST) used arginine vasopressin titrated up to 0.03 U/minute. It is unclear which dose of vasopressin is most beneficial in terms of increasing perfusion pressures while limiting detrimental effects. Current consensus opinion recommends low-dose arginine vasopressin 0.01–0.04 U/minute versus a higher dose to avoid potential ischemic adverse effects.[21]

Endogenous vasopressin levels increase early during septic shock. However, when septic shock persists for 24–36 hours, levels decline toward baseline.[14] Therefore, some have postulated that the response to an arginine vasopressin infusion for catecholamine-refractory shock may be associated with a relative deficiency of vasopressin. Nevertheless, the effects of exogenous arginine vasopressin in early septic shock, when arginine vasopressin levels are still elevated, have never been extensively studied, to our knowledge. Perhaps early replacement alters the depletion phase previously described.

In our study, we evaluated patients who received arginine vasopressin as an initial agent to manage septic shock and found that they indeed had a positive hemodynamic response. Previous authors suggested that patients benefit from vasopressin as rescue therapy when catecholamine treatment fails.[12, 13] One group reported on the use of arginine vasopressin as an initial hemodynamic support agent for septic shock and its effects compared with those of norepinephrine and dopamine.[9] Our data suggested a potential role of arginine vasopressin as an initial hemodynamic agent for septic shock.

A recent trial demonstrated that arginine vasopressin alone did not maintain MAP above 70 mm Hg in the early resuscitation phase of hyperdynamic shock in most patients.[20] In addition, 85% of patients receiving arginine vasopressin required rescue doses of norepinephrine. That result is contrary to our findings

in which only 21% of patients eventually needed additional vasopressors. Overall, 62% of our patients were able to achieve an MAP of 70 mm Hg 1 hour after the administration of arginine vasopressin. Three reasons for the discrepancy are possible. The first is that we systematically excluded patients in whom arginine vasopressin was titrated or given concomitantly with catecholamines within the first 6 hours of the infusion. This criterion might have eliminated patients who responded well to arginine vasopressin alone. However, only 72 of the 552 excluded patients received either titrated arginine vasopressin or catecholamines as the initial agent for hemodynamic support.

The second reason is that, in a previous trial,[20] the titration of vasopressors was standardized. The methods put great emphasis on achieving an MAP of at least 70 mm Hg by systematically increasing the dosage of vasopressin or by adding catecholamines. An MAP goal of at least 70 mm Hg was not previously correlated with positive outcomes. Our trial may have represented what is done routinely in clinical practice, where the MAP goal varies by patient and is accomplished by blending interventions depending on the patient's perfusion needs. Although no standard MAP target is universally established, guidelines from the Society of Critical Care Medicine for hemodynamic support in sepsis recommend a goal of 65 mm Hg.[7] Furthermore, researchers concluded that increasing resuscitation goals from 65 to 85 mm Hg did not positively affect tissue perfusion in patients with septic shock.[22]

Third, we may have begun arginine vasopressin in an earlier phase of shock, altering the responsive decline in arginine vasopressin levels or its vascular sensitivity.

Our patients were well matched for age, sex, and severity of illness. The major difference in the groups was found in baseline CVPs. Although CVP is a useful measurement and was the only objective measure of filling pressures and volume status in our study, its utility has been questioned.[23, 24] Evidence suggests that CVP measurements do not help in predicting fluid responsiveness and cardiac preload. Furthermore, the baseline BMI differences in our patient groups may have further confound the utility of the CVP.

Although not universally accepted, reports well document that impairments of respiratory mechanics are more severe in obese patients than in others and that increased positive end-expiratory pressure (PEEP) may attenuate respiratory function in obese patients.[25–27] Moreover, PEEP may cause over-

estimation of the transmural pressure at end expiration and, therefore, overestimation of CVP.[28] As BMI escalates, individuals may likewise have escalating effects of PEEP. We did not formally assess PEEP in this study. However, the difference in PEEP used for normal-weight versus obese patients could conceivably, in part, affect the baseline differences in CVP among the BMI groups. Besides the ventilatory effects just described, volume status may have contributed to the observed differences in CVP measurements.

Several limitations were associated with this study. Given its retrospective design, it is unclear whether selection bias favored the use of vasopressin alone for patients who are less severely ill than others. However, the APACHE II, SOFA, and SAPS II scores were consistent with those of other trials that included patients with severe sepsis and septic shock.[3–5, 29] In addition, a formal or standardized method of titrating vasopressors does not exist at our institution. As such, potential confounders may have been present, especially because most of the resuscitative strategies used during septic shock revolve around achieving an MAP. For this reason, the selection of patients was limited to those given vasopressin alone, to avoid confounding dosages of catecholamines. In an attempt to screen for confounders, we characterized factors that may have affected the hemodynamic response, including fluid status, hematocrit, heart rate, concomitant drugs, and baseline MAP.

Because the start and titration of vasopressor therapy was based on directions from the intensivist, potential bias existed in the selection of the agent. In addition, bias could have occurred in judging the need for rescue therapy on the basis of an inadequate initial MAP response. Overall, the patients were well matched in the four BMI groups. However, one major factor that might have confounded blood pressure responses was the adequacy of the fluid resuscitative efforts. The retrospective study design and the small number of patients in each BMI group precluded us from making definitive conclusions about the effects of body mass on hemodynamic responses to arginine vasopressin, and they may have increased the risk for type 2 error.

## Conclusion

Our results suggest that BMI does not affect hemodynamic responses to an infusion of arginine vasopressin 0.04 U/minute among mechanically ventilated patients with septic

shock. Further studies are needed to elucidate the exact relationship between the dosage of arginine vasopressin and hemodynamic responses, end-organ perfusion, and dose-dependent adverse effects.

## References

1. Annane D, Sebille V, Troche G, Raphael JC, Gajdos P, Bellissant E. A 3-level prognostic classification in septic shock based on cortisol levels and cortisol response to corticotropin. JAMA 2000;283(8):1038–45.
2. Martin GS, Mannino DM, Eaton S, Moss M. The epidemiology of sepsis in the United States from 1979 through 2000. N Engl J Med 2003;348(16):1546–54.
3. Annane D, Sebille V, Charpentier C, et al. Effect of treatment with low doses of hydrocortisone and fludrocortisone on mortality in patients with septic shock. JAMA 2002;288(7): 862–71.
4. Rivers E, Nguyen B, Havstad S, et al. Early goal-directed therapy in the treatment of severe sepsis and septic shock. N Engl J Med 2001;345(19):1368–77.
5. Bernard GR, Vincent JL, Laterre PF, et al. Efficacy and safety of recombinant human activated protein C for severe sepsis. N Engl J Med. 2001;344(10):699–709.
6. Friedman G, Silva E, Vincent JL. Has the mortality of septic shock changed with time. Crit Care Med 1998;26(12):2078–86.
7. Beale RJ, Hollenberg SM, Vincent JL, Parrillo JE. Vasopressor and inotropic support in septic shock: an evidence-based review. Crit Care Med 2004;32(11 suppl):S455–65.
8. Luckner G, Dunser MW, Jochberger S, et al. Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med 2005;33(11):2659–66.
9. Hall LG, Oyen LJ, Taner CB, et al. Fixed-dose vasopressin compared with titrated dopamine and norepinephrine as initial vasopressor therapy for septic shock. Pharmacotherapy 2004;24(8):1002–12.
10. Obritsch MD, Jung R, Fish DN, MacLaren R. Effects of continuous vasopressin infusion in patients with septic shock. Ann Pharmacother 2004;38(7–8):1117–22.
11. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 2001;27(8):1416–21.
12. Malay MB, Ashton RC Jr, Landry DW, Townsend RN. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999;47(4):699–703, discussion 703–5.
13. Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997;95(5):1122–5.
14. Sharshar T, Blanchard A, Paillard M, Raphael JC, Gajdos P, Annane D. Circulating vasopressin levels in septic shock. Crit Care Med 2003;31(6):1752–8.
15. Bone RC, Balk RA, Cerra FB, et al. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. The ACCP/SCCM consensus conference committee. American College of Chest Physicians/Society of Critical Care Medicine. Chest 1992;101(6):1644–55.
16. Holmes CL, Patel BM, Russell JA, Walley KR. Physiology of vasopressin relevant to management of septic shock. Chest 2001;120(3):989–1002.
17. Cheymol G. Effects of obesity on pharmacokinetics implications for drug therapy. Clin Pharmacokinet 2000;39(3): 215–31.
18. Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Boyle WA 3rd. Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. Crit Care Med 2001;29(3):487–93.
19. Dunser MW, Hasibeder WR, Wenzel V, et al. Endocrinologic response to vasopressin infusion in advanced vasodilatory shock. Crit Care Med 2004;32(6):1266–71.

20. **Lauzier F, Levy B, Lamarre P, Lesur O.** Vasopressin or norepinephrine in early hyperdynamic septic shock: a randomized clinical trial. Intensive Care Med 2006;32(11): 1782–9.

21. **Dellinger RP, Carlet JM, Masur H, et al.** Surviving sepsis campaign guidelines for management of severe sepsis and septic shock. Crit Care Med 2004;32(3):858–73.

22. **LeDoux D, Astiz ME, Carpati CM, Rackow EC.** Effects of perfusion pressure on tissue perfusion in septic shock. Crit Care Med 2000;28(8):2729–32.

23. **Kumar A, Anel R, Bunnell E, et al.** Pulmonary artery occlusion pressure and central venous pressure fail to predict ventricular filling volume, cardiac performance, or the response to volume infusion in normal subjects. Crit Care Med 2004;32(3):691–9.

24. **Michard F, Teboul JL.** Predicting fluid responsiveness in ICU patients: a critical analysis of the evidence. Chest 2002; 121(6):2000–8.

25. **Gander S, Frascarolo P, Suter M, Spahn DR, Magnusson L.** Positive end-expiratory pressure during induction of general anesthesia increases duration of nonhypoxic apnea in morbidly obese patients. Anesth Analg 2005;100(2):580–4.

26. **Pelosi P, Ravagnan I, Giurati G, et al.** Positive end-expiratory pressure improves respiratory function in obese but not in normal subjects during anesthesia and paralysis. Anesthesiology 1999;91(5):1221–31.

27. **Coussa M, Proietti S, Schnyder P, et al.** Prevention of atelectasis formation during the induction of general anesthesia in morbidly obese patients. Anesth Analg 2004;98(5):1491–5.

28. **Magder S.** Central venous pressure: a useful but not so simple measurement. Crit Care Med 2006;34(8):2224–7.

29. **Vincent JL, Sakr Y, Sprung CL, et al.** Sepsis in European intensive care units: results of the SOAP study. Crit Care Med 2006;34(2):344–53.

PAR-VASO-0007717

Review Article

*Mechanisms of Disease*

Franklin H. Epstein, M.D., *Editor*

# The Pathogenesis of Vasodilatory Shock

Donald W. Landry, M.D., Ph.D.,
and Juan A. Oliver, M.D.

**TABLE 1.** Causes of Vasodilatory Shock.*

Sepsis
Inadequate tissue oxygenation
  Nitrogen intoxication (hypoxic lactic
    acidosis)
  Carbon monoxide intoxication
Prolonged and severe hypotension
  Hemorrhagic shock
  Cardiogenic shock
  Cardiopulmonary bypass
Shock with probable vasodilatation
  Metformin intoxication
  Some mitochondrial diseases
  Cyanide poisoning
  Cardiac arrest with pulseless electrical
    activity

*Anaphylaxis, liver failure, and glucocorticoid deficiency are sometimes listed among the causes of vasodilatory shock, but the data are inconclusive.

P ROFOUND vasoconstriction in the peripheral circulation is the normal response to conditions in which the arterial pressure is too low for adequate tissue perfusion, such as acute hemorrhagic or cardiogenic shock. In other conditions, the most frequent of which is septic shock,[1,2] hypotension occurs as a result of failure of the vascular smooth muscle to constrict. Such so-called vasodilatory shock is characterized not only by hypotension due to peripheral vasodilatation but also by a poor response to therapy with vasopressor drugs. This syndrome has long attracted interest and defied understanding, but recent work on the function of vascular smooth muscle and on different types of vasodilatory shock has clarified its pathogenesis.

## CAUSES OF VASODILATORY SHOCK

Sepsis is the most frequent cause of vasodilatory shock,[1,2] accounting for more than 200,000 cases per year in the United States alone. Other causes include conditions in which adequate tissue oxygenation is compromised, such as nitrogen intoxication[3,4] and carbon monoxide intoxication[4] (Table 1). Of greater clinical importance is the fact that vasodilatory shock can be the final common pathway for long-lasting and severe shock of any cause. In patients with marked hypotension and decreased tissue perfusion due to hypovolemic or cardiogenic shock, correction of the initial problem may not cure the hypotension, because peripheral vasodilatation has supervened. For example, vasodilatory shock can follow volume resuscitation in patients who have prolonged and severe hypotension due to hemorrhage, known as "irreversible" or late-phase hemorrhagic shock.[5-7] It can

also occur in patients with severe heart failure who are treated with a mechanical assist device[8] and undergo prolonged cardiopulmonary bypass.[9] In addition, patients with less severe but prolonged hemorrhagic[5] or cardiogenic[10] shock often have less than maximal systemic vascular resistance. Other conditions that are characterized by cardiovascular collapse and that are likely to be associated with vasodilatation include lactic acidosis due to metformin intoxication,[11] certain mitochondrial diseases,[12] cyanide poisoning,[13] and in some cases, cardiac arrest with pulseless electrical activity.[14]

## MECHANISMS PROMOTING VASODILATATION IN VASODILATORY SHOCK

In all the forms of vasodilatory shock that have been examined, plasma catecholamine concentrations are markedly increased[4,15] and the renin–angiotensin system is activated.[16] Thus, it is apparent that the vasodilatation and hypotension are due to failure of the vascular smooth muscle to constrict. Several mechanisms have been proposed to account for this failure, including the death of vascular cells due to prolonged hypotension,[17] inadequate oxygen extraction by the tissues,[18] and increased activity of prostaglandins with vasodilator activity.[19] Some of these hypotheses have been experimentally or clinically tested — for example by increasing oxygen delivery[20] or inhibiting prostaglandin synthesis[19] — with little evidence of benefit.

Recent work has clarified the mechanisms responsible for the normal function of vascular smooth muscle and has provided a variety of pharmacologic tools

From the Department of Medicine, Columbia University College of Physicians and Surgeons, New York. Address reprint requests to Dr. Landry at the Department of Medicine, Columbia University, Physicians and Surgeons Bldg., 10-445, 630 W. 168th St., New York, NY 10032, or at jao7@columbia.edu.

The New England Journal of Medicine
Downloaded from nejm.org by CATHERINE MCCALL on October 16, 2011. For personal use only. No other uses without permission.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

PAR-VASO-0007718

with which to elucidate the derangement of vascular smooth muscle in vasodilatory shock. Because of its clinical importance, septic shock is the most studied form of vasodilatory shock. However, generalizations must be made cautiously, because it is likely that different pathogenetic mechanisms are activated in different types of vasodilatory shock. For example, the vasodilatation associated with carbon monoxide intoxication may be partially mediated not only by tissue hypoxia but also by the activation of guanylate cyclase.[21] Nonetheless, there may be common mechanisms for the vasodilatation and resistance to vasopressors that occur in most types of vasodilatory shock. Three such mechanisms have thus far been implicated in this syndrome: activation of ATP-sensitive potassium channels ($K_{ATP}$ channels) in the plasma membrane of vascular smooth muscle, activation of the inducible form of nitric oxide synthase, and deficiency of the hormone vasopressin.

### Activation of ATP-Sensitive Potassium Channels in Vascular Smooth Muscle

Adequate vasoconstriction requires that hormonal or neuronal ligands such as angiotensin II and norepinephrine bind to and activate receptors on the surface of vascular smooth-muscle cells and, by way of second messengers, increase the concentration of cal-cium in the cytosol (Fig. 1). This increase results from the release of calcium from intracellular stores and the entry of extracellular calcium into the cell through voltage-gated calcium channels. At high cytosolic concentrations, calcium forms a complex with calmodulin, and this complex activates a kinase that phosphorylates the regulatory light chain of myosin. The phosphorylation of myosin allows the activation of myosin ATPase by actin and the cycling of myosin cross-bridges along actin filaments, a process that contracts the muscle. Conversely, vasodilators such as atrial natriuretic peptide and nitric oxide activate a kinase that, by interacting with myosin phosphatase, dephosphorylates myosin and thus prevents muscle contraction.[22]

In addition to these well-known mechanisms that modulate vascular tone, recent work has indicated that the membrane potential of vascular smooth-muscle cells may have a critical role in this process. Indeed, the pathologic vasodilatation and resistance to vasopressors that characterize vasodilatory shock cannot be understood without a detailed appreciation of the role of membrane potential in the regulation of vascular tone (Fig. 2). The resting membrane potential of vascular smooth muscle ranges from $-30$ to $-60$ mV, depending on the cell type. A more positive potential (depolarization) opens the voltage-gated calcium channels, increases the cytosolic calcium con-



**Figure 1.** Regulation of Vascular Smooth-Muscle Tone.
The steps involved in vasoconstriction are shown in blue, and the steps involved in vasodilatation are shown in red. The phosphorylation (P) of myosin is the critical step in the contraction of vascular smooth muscle. By way of second messengers, vasoconstrictors such as angiotensin II and norepinephrine induce an increase in the cytosolic calcium concentration, which activates myosin kinase. Vasodilators such as atrial natriuretic peptide and nitric oxide activate myosin phosphatase and, by dephosphorylating myosin, cause vasorelaxation. The plasma membrane is shown at a resting potential (plus signs). The abbreviation cGMP denotes cyclic guanosine monophosphate.

The New England Journal of Medicine
Downloaded from nejm.org by CATHERINE MCCALL on October 16, 2011. For personal use only. No other uses without permission.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

PAR-VASO-0007719







**Figure 2.** Effect of Membrane Potential on the Regulation of Vascular Tone.

The steps involved in vasoconstriction are shown in blue, and the steps involved in vasodilatation are shown in red. Vasoconstrictors such as angiotensin II and norepinephrine induce the entry of calcium into vascular smooth muscle through voltage-gated calcium channels, because under normal resting conditions, the ATP-sensitive potassium channels ($K_{ATP}$) remain closed, and the membrane potential is not too high (top panel). Lactic acidosis promotes vasodilatation by activating the $K_{ATP}$ channels. When potassium exits the cell by way of the $K_{ATP}$ channels, the plasma membrane becomes hyperpolarized, and inactivation of the voltage-gated calcium channels prevents an increase in the cytoplasmic calcium concentration in response to vasoconstrictors (middle panel). By inhibiting $K_{ATP}$ channels, sulfonylureas allow the entry of calcium into the cell and restore the action of vasoconstrictors (bottom panel).

centration, and induces vasoconstriction.[23] Conversely, hyperpolarization closes these channels, decreases the cytosolic calcium concentration, and induces relaxation. In addition, because sustained vasoconstriction requires that extracellular calcium enter the cell, membrane hyperpolarization prevents vasoconstriction even in the presence of vasoconstrictor ligands.[23] A variety of ion transporters and channels, particularly potassium channels, contribute to the membrane potential of vascular smooth-muscle cells. Of the four known types of potassium channels in the plasma membrane of vascular smooth-muscle cells,[23,24] the $K_{ATP}$ channel is the best understood and has a critical role in the pathogenesis of vasodilatory shock.

The opening of $K_{ATP}$ channels allows an efflux of potassium, thus hyperpolarizing the plasma membrane and preventing the entry of calcium into the cell (Fig. 2, middle panel). This is why pharmacologic activation of $K_{ATP}$ channels (with diazoxide, for example) inhibits catecholamine-induced or angiotensin II–induced vasoconstriction.[24] $K_{ATP}$ channels are physiologically activated by decreases in the cellular ATP concentration and by increases in the cellular concentrations of hydrogen ion and lactate,[25,26] a mechanism that links cellular metabolism with vascular tone and blood flow.[24] It appears that under most normal resting conditions, $K_{ATP}$ channels are closed and their inhibitors, such as the hypoglycemic sulfonylurea drugs, do not cause vasoconstriction. Under conditions of increased tissue metabolism or tissue hypoxia, however, activation of these channels causes vasodilatation, which can then be reversed with a sulfonylurea drug (Fig. 2, bottom panel).[24]

The activation of $K_{ATP}$ channels in arterioles is a critical mechanism in the hypotension and vasodilatation characteristic of vasodilatory shock. It is for this reason that the administration of sulfonylureas increases arterial pressure and vascular resistance in vasodilatory shock due to hypoxia,[3] in septic shock due to lipopolysaccharide administration,[3,27,28] and during the late, vasodilatory phase of severe hemorrhagic shock.[29] $K_{ATP}$ channels are probably also activated in moderate hemorrhagic shock and cardiogenic shock and thereby contribute to the lower-than-expected peripheral vascular resistance often present in these conditions.[5,10]

Neurohormonal activators of $K_{ATP}$ channels may also be involved in some forms of vasodilatory shock. For example, atrial natriuretic peptide, calcitonin gene–related peptide, and adenosine can activate $K_{ATP}$ channels.[24] Plasma concentrations of these substances are markedly increased in septic shock,[30-32] and plasma concentrations of atrial natriuretic peptide are increased in the late, vasodilatory phase of hemorrhagic shock.[33] The $K_{ATP}$ channel may also be activated by increased nitric oxide through a cyclic guanosine monophosphate (cGMP)–dependent mechanism.[34]

In summary, several conditions that compromise

The New England Journal of Medicine
Downloaded from nejm.org by CATHERINE MCCALL on October 16, 2011. For personal use only. No other uses without permission.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

PAR-VASO-0007720

tissue oxygenation and result in lactic acidosis probably activate $K_{ATP}$ channels in vascular smooth muscle and thereby cause vasodilatory shock.

### Increased Synthesis of Nitric Oxide

Increased synthesis of nitric oxide contributes to the hypotension and resistance to vasopressor drugs that occur in vasodilatory shock. Shortly after the discovery that nitric oxide is a potent endogenous vasodilator, the plasma concentrations of its metabolites were found to be markedly increased in patients with septic shock.[35] In both septic shock and decompensated hemorrhagic shock,[7] nitric oxide production is increased as a result of increased expression of the inducible form of nitric oxide synthase. This increase occurs in many types of cells, including vascular smooth-muscle cells and endothelial cells.[7,36] Moreover, nitric oxide synthesis does not increase during septic shock in knockout mice without the gene encoding the inducible synthase.[37-39] The mechanisms responsible for the increased expression of inducible nitric oxide synthase have not been fully identified, but several cytokines (such as interleukin-1$\beta$, interleukin-6, tumor necrosis factor $\alpha$, interferon-$\gamma$,[36,40] and adenosine[41]) are probably involved. Regardless of the mechanism, increased nitric oxide synthesis contributes to vasodilatation in shock; inhibitors of nitric oxide synthase increase arterial pressure and vascular resistance in septic and late-phase hemorrhagic shock.[7,42,43] Finally, knockout mice without the gene encoding inducible nitric oxide synthase have little hypotension in response to the administration of endotoxin.[38]

It is likely that the vasodilating action of nitric oxide in vasodilatory shock is mediated mainly by the activation of myosin light-chain phosphatase (Fig. 1). However, nitric oxide may also cause vasodilatation by activating potassium channels in the plasma membrane of vascular smooth-muscle cells.[24,34,44,45] Of particular interest is the potassium channel that is sensitive to cytosolic calcium (the $K_{Ca}$ channel), because, under normal conditions, one of the functions of this channel is to blunt the effect of vasoconstrictors,[46] and such blunting is characteristic of all types of vasodilatory shock. The increase in the cytosolic calcium concentration in vascular smooth-muscle cells that is induced by vasoconstrictors (such as norepinephrine) opens the $K_{Ca}$ channels; the opened $K_{Ca}$ channels, by hyperpolarizing the plasma membrane, prevent further vasoconstriction.[46] Nitric oxide can activate $K_{Ca}$ channels by two mechanisms: direct nitrosylation of the channel[44] and activation of a cGMP-dependent protein kinase.[45] Regardless of the mechanism, activation of $K_{Ca}$ channels by nitric oxide probably contributes to vasodilatation and vasopressor resistance in vasodilatory shock.

The vascular hyporeactivity to catecholamines and endothelin that occurs in septic shock and decompensated hemorrhagic shock is markedly improved by the administration of inhibitors of nitric oxide synthesis.[7,47,48] Vasopressor responses to catecholamines during sepsis are greater in knockout mice without the gene for inducible nitric oxide synthase than in wild-type mice.[49] In humans, as in animal models, administration of inhibitors of nitric oxide synthesis during septic shock increases arterial pressure and decreases the doses of vasoconstrictor catecholamines needed to maintain arterial pressure.[42]

In summary, increased synthesis of nitric oxide is an important cause of the hypotension, vasodilatation, and vascular hyporesponsiveness that occur in septic shock and late-phase hemorrhagic shock. Although nitric oxide may exert these effects by several mechanisms, the resistance to vasopressor agents that is characteristic of these conditions is probably mediated, at least in part, by the ability of nitric oxide to activate potassium channels and hyperpolarize the plasma membrane of vascular smooth-muscle cells. Indeed, endotoxin-induced vascular hyporesponsiveness to norepinephrine can be partially reversed by $K_{Ca}$-channel inhibitors.[50]

### Deficiency of Vasopressin

Water conservation is the most notable action of vasopressin, a hormone secreted under osmotic control to regulate the permeability of the renal collecting ducts to water. However, vasopressin is also involved in cardiovascular homeostasis, and thus it is secreted under baroreflex control and constricts vascular smooth muscle. Whereas the regulation of collecting-duct permeability takes place at plasma vasopressin concentrations in the range of approximately 1 to 7 pg per milliliter (0.9 to 6.5 pmol per liter), its vasoconstrictor effects occur at much higher concentrations (approximately 10 to 200 pg per milliliter [9 to 187 pmol per liter]). Normally, vasopressin plays a minor part in arterial pressure regulation, but in response to hypotension, such as that due to hemorrhage[51] or sepsis,[52] it is released from the neurohypophysis, and its concentration in plasma markedly increases. During the initial phase of hemorrhagic or septic shock, vasopressin (along with other vasoconstrictors) contributes to the maintenance of arterial pressure. Thus, agents that block the vasopressin receptor in vascular smooth muscle lower arterial pressure in both acute hemorrhagic shock[53] and septic shock,[54] and animals with diabetes insipidus tolerate shock very poorly.[55]

As shock worsens, the initially very high concentrations of vasopressin in plasma decrease.[51,56,57] For example, in a recent study of hemorrhagic shock in dogs, the average plasma vasopressin concentrations were greater than 300 pg per milliliter (280 pmol per liter; normal, less than 5 pg per milliliter [4.6 pmol per liter]) during the acute phase of hypotensive hemorrhage but decreased to less than 30 pg per millili-

The New England Journal of Medicine
Downloaded from nejm.org by CATHERINE MCCALL on October 16, 2011. For personal use only. No other uses without permission.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

PAR-VASO-0007721

ter (28 pmol per liter) after approximately one hour of sustained hypotension.[57] Similarly, it was found that patients with septic shock,[58] late-phase hemorrhagic shock,[57] or vasodilatory shock after cardiopulmonary bypass and placement of a left ventricular assist device[8] had inappropriately low plasma vasopressin concentrations, given their degree of hypotension[59-61]; that is, the concentrations of vasopressin were low for its vascular action but were well within the range of its antidiuretic effect. The exact mechanism responsible for these low concentrations remains to be determined, but it is known that neurohypophyseal stores of vasopressin may be depleted after profound osmotic stimulation[62,63] and probably also after profound, sustained baroreflex stimulation. In support of this hypothesis, immunohistochemical analysis of the neurohypophysis in dogs revealed that vasopressin all but disappeared after one hour of severe hemorrhagic hypotension (Fig. 3).

Correction of the inappropriately low plasma vasopressin concentrations in vasodilatory shock by administration of the hormone at doses yielding concentrations similar to those found in acute hypotension significantly increases arterial pressure (by approximately 25 to 50 mm Hg).[59-61] Such vasopressor responses to vasopressin occur in patients with severe septic shock,[58] hemorrhagic shock that is unresponsive to volume replacement and catecholamine administration,[57] and vasodilatory shock after cardiopulmonary bypass and placement of a left ventricular assist device[8] and in organ donors with hemodynamic instability.[64] In addition, vasopressin has a vasopressor action in patients with cardiac arrest that is refractory to cardiovascular resuscitation.[65] These clinical observations parallel findings in animals, in which the vasoconstrictor action of vasopressin increased by five orders of magnitude with septic shock.[54]

The vasopressor action of vasopressin in patients with vasodilatory shock is remarkable not only because the doses given have no such effect in normal subjects,[66-68] but also because one of the most prominent features of this type of shock is resistance to vasoconstrictors such as norepinephrine,[7] angiotensin II,[69] and endothelin.[48] What, then, are the reasons for the marked sensitivity to exogenously administered vasopressin in vasodilatory shock? There are several likely possibilities. First, because plasma concentrations of vasopressin are relatively low, its vascular receptors are available for occupancy by exogenous hormone. In contrast, the administration of norepinephrine and angiotensin II may not increase receptor occupancy to the same extent, because endogenous concentrations of these substances are high; these high concentrations may also cause desensitization of receptors. Second, the vasopressor action of vasopressin is markedly increased in dogs with baroreceptor denervation[70] and in patients with autonomic failure,[66] and patients in vasodilatory shock are usually sedated or comatose. Furthermore, if sepsis is present, the function of the sympathetic nervous system in such patients may be impaired.[71] Third, vasopressin potentiates the vasoconstrictor effect of norepinephrine,[72] and plasma norepinephrine concentrations are markedly elevated in vasodilatory shock.[4,15] Fourth, vasopressin directly inactivates $K_{ATP}$ channels in vascular smooth muscle.[73] Finally, vasopressin blunts the increase in cGMP that is induced by nitric oxide[74] and atrial natriuretic peptide[75] and decreases the synthesis



**Figure 3.** Vasopressin Immunoreactivity in the Neurohypophysis in Dogs.
Panel A shows a section of the neurohypophysis from a normal dog. There is staining of the macrovesicles with antivasopressin serum, a reaction indicative of replete stores of vasopressin. Panel B shows a section of the neurohypophysis from a dog after severe hemorrhagic hypotension (mean arterial pressure, ≤40 mm Hg) for one hour. There is minimal staining with antivasopressin serum. For both panels, paraformaldehyde-fixed pituitary glands were sequentially incubated with a vasopressin monoclonal mouse antibody, a horse antimouse IgG conjugated to biotin, and avidin-conjugated horseradish peroxidase and were stained with 3,3-diaminobenzidine in the presence of hydrogen peroxide (×320).

The New England Journal of Medicine
Downloaded from nejm.org by CATHERINE MCCALL on October 16, 2011. For personal use only. No other uses without permission.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

PAR-VASO-0007722

of inducible nitric oxide synthase that is stimulated by lipopolysaccharide.[74] The relative importance of these factors in explaining vasopressin sensitivity in vasodilatory shock remains to be elucidated.

The combination of inappropriately low concentrations of plasma vasopressin and a marked vasopressor response to exogenous hormone at doses that result in physiologic plasma concentrations indicates that vasopressin deficiency contributes to the vasodilatation and hypotension of vasodilatory shock. That is, with norepinephrine and angiotensin II both present at high concentrations in plasma, the defect in vasodilatory shock is at the level of vascular responsiveness to these ligands, probably as a result of the activation of $K_{ATP}$ and $K_{Ca}$ channels in vascular smooth muscle. In contrast, the plasma concentrations of vasopressin are inappropriately low for effective arteriolar constriction, probably because of depleted neurohypophyseal stores (i.e., a deficiency syndrome).

## CONCLUSIONS

Vasodilatory shock is due to the inappropriate activation of vasodilator mechanisms and the failure of vasoconstrictor mechanisms (Fig. 4). Unregulated nitric oxide synthesis, by activating soluble guanylate cy-

clase and generating cGMP, causes dephosphorylation of myosin and hence vasorelaxation. In addition, nitric oxide synthesis and metabolic acidosis activate the potassium channels ($K_{ATP}$ and $K_{Ca}$) in the plasma membrane of vascular smooth muscle. The resulting hyperpolarization of the membrane prevents the calcium that mediates norepinephrine- and angiotensin II–induced vasoconstriction from entering the cell. Hence, hypotension and vasodilatation persist, despite high plasma concentrations of these hormones. In marked contrast, the plasma concentrations of vasopressin are low, despite the presence of hypotension. This finding was unexpected, because plasma vasopressin concentrations are markedly elevated early in septic shock and hemorrhagic shock. However, the initial massive release of hormone may result in subsequent depletion, such that plasma concentrations of vasopressin are eventually too low to maintain arterial pressure. Although the pressor response to exogenous vasopressin in vasodilatory shock may be due to several different mechanisms, the ability of this hormone to block $K_{ATP}$ channels in vascular smooth muscle and interfere with nitric oxide signaling are probably important contributors.

Elucidation of key components of the pathogene-



**Figure 4.** Mechanisms of Vasodilatory Shock.
Septic shock and states of prolonged shock causing tissue hypoxia with lactic acidosis increase nitric oxide synthesis, activate ATP-sensitive and calcium-regulated potassium channels ($K_{ATP}$ and $K_{Ca}$, respectively) in vascular smooth muscle, and lead to depletion of vasopressin. The abbreviation cGMP denotes cyclic guanosine monophosphate.

The New England Journal of Medicine
Downloaded from nejm.org by CATHERINE MCCALL on October 16, 2011. For personal use only. No other uses without permission.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

PAR-VASO-0007723

sis of vasodilatory shock — $K_{ATP}$-channel activation, an increase in nitric oxide synthesis, and vasopressin deficiency — has suggested new possibilities for therapy. Although it is clear that excessive nitric oxide production is important in the pathogenesis of vasodilatory shock, the value of blockade remains to be clarified. Given the widespread actions of nitric oxide, it is not surprising that nonspecific inhibition of its synthesis in sepsis has been associated with a variety of deleterious effects and with increases in mortality. Indeed, a phase 3 trial of a nonselective inhibitor of nitric oxide synthase in patients with septic shock was recently halted because of side effects.[76] Although inhibitors with selectivity for inducible nitric oxide synthase are currently being developed, the risks entailed by interrupting the action of a pleiotropic substance (in this case, nitric oxide) in a complex homeostatic response remain. More intriguing is the possibility of specifically blocking the activation by nitric oxide of potassium channels in vascular smooth muscle, thereby restoring vasopressor responsiveness. Inhibitors of the $K_{ATP}$ channel, such as sulfonylurea agents that specifically block the type of $K_{ATP}$ channel found in vascular smooth muscle, provide another target for therapy. Finally, vasopressin — given its apparent function as an endogenous blocker of important potassium channels and cGMP-mediated signaling and its deficiency in vasodilatory shock — provides fertile ground for therapeutic development.

Effective treatment of vasodilatory shock is possible if the initiating event (such as infection) is controlled and if, over time, the metabolic derangements resolve. A new understanding of the pathophysiology of vasodilatory shock holds promise for a new generation of specific treatments.

---

We are indebted to Drs. Ann-Judith Silverman and David Morales for the micrographs shown in Figure 3 and to Drs. Qais Al-Awqati and Glenda Garvey for critical readings of the manuscript.

## REFERENCES

1. Wilson RF, Thal AP, Kindling PH, Grifka T, Ackerman E. Hemodynamic measurements in septic shock. Arch Surg 1965;91:121-9.
2. Suffredini AF, Fromm RE, Parker MM, et al. The cardiovascular response of normal humans to the administration of endotoxin. N Engl J Med 1989;321:280-7.
3. Landry DW, Oliver JA. The ATP-sensitive K+ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. J Clin Invest 1992;89:2071-4.
4. Sylvester JT, Scharf SM, Gilbert RD, Fitzgerald RS, Traystman RJ. Hypoxic and CO hypoxia in dogs: hemodynamics, carotid reflexes, and catecholamines. Am J Physiol 1979;236:H22-H28.
5. Remington JW, Hamilton WF, Caddell HM, Boyd GH Jr, Hamilton WF Jr. Some circulatory responses to hemorrhage in the dog. Am J Physiol 1950;161:106-15.
6. Rutherford RB, Trow RS. The pathophysiology of irreversible hemorrhagic shock in monkeys. J Surg Res 1973;14:538-50.
7. Thiemermann C, Szabo C, Mitchell JA, Vane JR. Vascular hyporeactivity to vasoconstrictor agents and hemodynamic decompensation in hemorrhagic shock is mediated by nitric oxide. Proc Natl Acad Sci U S A 1993; 90:267-71.
8. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW. A prospective randomized trial of arginine vasopressin in the treat-

ment of vasodilatory shock after left ventricular assist device placement. Circulation 1997;96:Suppl II:II-286–II-290.
9. Kristof AS, Magder S. Low systemic vascular resistance state in patients undergoing cardiopulmonary bypass. Crit Care Med 1999;27:1121-7.
10. Smith HJ, Oriol A, Morch J, McGregor M. Hemodynamic studies in cardiogenic shock: treatment with isoproterenol and metaraminol. Circulation 1967;35:1084-91.
11. Lalau JD, Lacroix C, Compagnon P, et al. Role of metformin accumulation in metformin-associated lactic acidosis. Diabetes Care 1995;18:779-84.
12. Bachynski BN, Flynn JT, Rodrigues MM, Rosenthal S, Cullen R, Curless RG. Hyperglycemic acidotic coma and death in Kearns-Sayre syndrome. Ophthalmology 1986;93:391-6.
13. Brierley JB, Prior PF, Calverley J, Brown AW. Cyanide intoxication in Macaca mulatta: physiological and neuropathological aspects. J Neurol Sci 1977;31:133-57.
14. Bocka JJ, Overton DT, Hauser A. Electromechanical dissociation in human beings: an echocardiographic evaluation. Ann Emerg Med 1988;17:450-2.
15. Benedict CR, Rose JA. Arterial norepinephrine changes in patients with septic shock. Circ Shock 1992;38:165-72.
16. Cumming AD, Driedger A, McDonald JWD, Lindsay RM, Solez K, Linton AL. Vasoactive hormones in the renal response to systemic sepsis. Am J Kidney Dis 1988;11:23-32. [Erratum, Am J Kidney Dis 1988;11: 363.]
17. Byrne JJ. Shock. N Engl J Med 1966;275:543-6.
18. Parrillo JE. Pathogenetic mechanisms of septic shock. N Engl J Med 1993;328:1471-7.
19. Bernard GR, Wheeler AP, Russell JA, et al. The effects of ibuprofen on the physiology and survival of patients with sepsis. N Engl J Med 1997; 336:912-8.
20. Yu M, Levy MM, Smith P, Takiguchi SA, Miyasaka A, Myers SA. Effect of maximizing oxygen delivery on morbidity and mortality rates in critically ill patients: a prospective, randomized, controlled study. Crit Care Med 1993;21:830-8.
21. Thorup C, Jones CL, Gross SS, Moore LC, Goligorsky MS. Carbon monoxide induces vasodilation and nitric oxide release but suppresses endothelial NOS. Am J Physiol 1999;277:F882-F889.
22. Surks HK, Mochizuki N, Kasai Y, et al. Regulation of myosin phosphatase by a specific interaction with cGMP-dependent protein kinase Iα. Science 1999;286:1583-7.
23. Jackson WF. Ion channels and vascular tone. Hypertension 2000;35: 173-8.
24. Quayle JM, Nelson MT, Standen NB. ATP-sensitive and inwardly rectifying potassium channels in smooth muscle. Physiol Rev 1997;77:1165-232.
25. Davies NW. Modulation of ATP-sensitive K+ channels in skeletal muscle by intracellular protons. Nature 1990;343:375-7.
26. Keung EC, Li Q. Lactate activates ATP-sensitive potassium channels in guinea pig ventricular myocytes. J Clin Invest 1991;88:1772-7.
27. Geisen K, Végh A, Krause E, Papp JG. Cardiovascular effects of conventional sulfonylureas and glimepiride. Horm Metab Res 1996;28:496-507.
28. Gardiner SM, Kemp PA, March JE, Bennett T. Regional haemodynamic responses to infusion of lipopolysaccharide in conscious rats: effects of pre- or post-treatment with glibenclamide. Br J Pharmacol 1999;128: 1772-8.
29. Salzman AL, Vromen A, Denenberg A, Szabo C. $K_{ATP}$-channel inhibition improves hemodynamics and cellular energetics in hemorrhagic shock. Am J Physiol 1997;272:H688-H694.
30. Schneider F, Lutun PM, Couchot A, Bilbault P, Tempe JD. Plasma cyclic guanosine 3′-5′ monophosphate concentrations and low vascular resistance in human septic shock. Intensive Care Med 1993;19:99-104.
31. Arnalich F, Hernanz A, Jimenez M, et al. Relationship between circulating levels of calcitonin gene-related peptide, nitric oxide metabolites and hemodynamic changes in human septic shock. Regul Pept 1996;65:115-21.
32. Martin C, Leone M, Viviand X, Ayem ML, Guien R. High adenosine plasma concentration as a prognostic index for outcome in patients with septic shock. Crit Care Med 2000;28:3198-202.
33. Frajewicki V, Kahana L, Yechieli H, Brod V, Kohan R, Bitterman H. Effects of severe hemorrhage on plasma ANP and glomerular ANP receptors. Am J Physiol 1997;273:R1623-R1630.
34. Murphy ME, Brayden JE. Nitric oxide hyperpolarizes rabbit mesenteric arteries via ATP-sensitive potassium channels. J Physiol 1995;486:47-58.
35. Ochoa JB, Udekwu AO, Billiar TR, et al. Nitrogen oxide levels in patients after trauma and during sepsis. Ann Surg 1991;214:621-6.
36. Titheradge MA. Nitric oxide in septic shock. Biochim Biophys Acta 1999;1411:437-55.
37. Wei X-Q, Charles IG, Smith A, et al. Altered immune responses in mice lacking inducible nitric oxide synthase. Nature 1995;375:408-11.

The New England Journal of Medicine
Downloaded from nejm.org by CATHERINE MCCALL on October 16, 2011. For personal use only. No other uses without permission.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

PAR-VASO-0007724

38. MacMicking JD, Nathan C, Hom G, et al. Altered responses to bacterial infection and endotoxic shock in mice lacking inducible nitric oxide synthase. Cell 1995;81:641-50. [Erratum, Cell 1995;81:1170.]

39. Laubach VE, Shesely EG, Smithies O, Sherman PA. Mice lacking inducible nitric oxide synthase are not resistant to lipopolysaccharide-induced death. Proc Natl Acad Sci U S A 1995;97:10688-92.

40. Taylor BS, Geller DA. Molecular regulation of the human inducible nitric oxide synthase (iNOS) gene. Shock 2000;13:413-24.

41. Ikeda U, Kurosaki K, Ohya K, Shimada K. Adenosine stimulates nitric oxide synthesis in vascular smooth muscle cells. Cardiovasc Res 1997;35:168-74.

42. Kilbourn R. Nitric oxide synthase inhibitors — a mechanism-based treatment of septic shock. Crit Care Med 1999;27:857-8.

43. Fink MP. Modulating the L-arginine-nitric oxide pathway in septic shock: choosing the proper point of attack. Crit Care Med 1999;27:2019-22.

44. Bolotina VM, Najibi S, Palacino JJ, Pagano PJ, Cohen RA. Nitric oxide directly activates calcium-dependent potassium channels in vascular smooth muscle. Nature 1994;368:850-3.

45. Archer SL, Huang JMC, Hampl V, Nelson DP, Shultz PJ, Weir EK. Nitric oxide and cGMP cause vasorelaxation by activation of a charybdotoxin-sensitive K channel by cGMP-dependent protein kinase. Proc Natl Acad Sci U S A 1994;91:7583-7.

46. Jaggar JH, Porter VA, Lederer WJ, Nelson MT. Calcium sparks in smooth muscle. Am J Physiol Cell Physiol 2000;278:C235-C256.

47. Hollenberg SM, Cunnion RE, Zimmerberg J. Nitric oxide synthase inhibition reverses arteriolar hyporesponsiveness to catecholamines in septic rats. Am J Physiol 1993;264:H660-H663.

48. Hollenberg SM, Piotrowski MJ, Parrillo JE. Nitric oxide synthase inhibition reverses arteriolar hyporesponsiveness to endothelin-1 in septic rats. Am J Physiol 1997;272:R969-R974.

49. Hollenberg SM, Broussard M, Osman J, Parrillo JE. Increased microvascular reactivity and improved mortality in septic mice lacking inducible nitric oxide synthase. Circ Res 2000;86:774-8.

50. Chen S-J, Wu C-C, Yen M-H. Role of nitric oxide and K$^+$-channels in vascular hyporeactivity induced by endotoxin. Naunyn Schmiedebergs Arch Pharmacol 1999;359:493-9.

51. Errington ML, Rocha e Silva M Jr. Vasopressin clearance and secretion during haemorrhage in normal dogs and in dogs with experimental diabetes insipidus. J Physiol 1972;227:395-418.

52. Wilson MF, Brackett DJ, Tompkins P, Benjamin B, Archer LT, Hinshaw LB. Elevated plasma vasopressin concentrations during endotoxin and E. coli shock. Adv Shock Res 1981;6:15-26.

53. Schwartz J, Reid IA. Effect of vasopressin blockade on blood pressure regulation during hemorrhage in conscious dogs. Endocrinology 1981;109:1778-80.

54. Baker CH, Sutton ET, Zhou Z, Dietz JR. Microvascular vasopressin effects during endotoxin shock in the rat. Circ Shock 1990;30:81-95.

55. Brackett DJ, Schaefer CF, Wilson MF. The role of vasopressin in the maintenance of cardiovascular function during early endotoxin shock. Adv Shock Res 1983;9:147-56.

56. Zerbe RL, Feurstein G, Kopin IJ. Effect of captopril on cardiovascular, sympathetic and vasopressin responses to hemorrhage. Eur J Pharmacol 1981;72:391-5.

57. Morales D, Madigan J, Cullinane S, et al. Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation 1999;100:226-9.

58. Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997;95:1122-5.

59. Zerbe RL, Henry DP, Robertson GL. Vasopressin response to orthostatic hypotension: etiologic and clinical implications. Am J Med 1983;74:265-71.

60. Kaufmann H, Oribe E, Oliver JA. Plasma endothelin during upright tilt: relevance for orthostatic hypotension? Lancet 1991;338:1542-5.

61. Arnauld E, Czernichow P, Fumoux F, Vincent J-D. The effects of hypotension and hypovolaemia on the liberation of vasopressin during haemorrhage in the unanaesthetized monkey (Macaca mulatta). Pflugers Arch 1977;371:193-200.

62. Cooke CR, Wall BM, Jones GV, Presley DN, Share L. Reversible vasopressin deficiency in severe hypernatremia. Am J Kidney Dis 1993;22:44-52.

63. Negro-Vilar A, Samson WK. Dehydration-induced changes in immunoreactive vasopressin levels in specific hypothalamic structures. Brain Res 1979;169:585-9.

64. Chen JM, Cullinane S, Spanier TB, et al. Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors. Circulation 1999;100:Suppl II:II-244–II-246.

65. Lindner KH, Prengel AW, Brinkmann A, Strohmenger H-U, Lindner IM, Lurie KG. Vasopressin administration in refractory cardiac arrest. Ann Intern Med 1996;124:1061-4.

66. Wagner HN Jr, Braunwald E. The pressor effect of the antidiuretic principle of the posterior pituitary in orthostatic hypotension. J Clin Invest 1956;35:1412-8.

67. Padfield PL, Brown JJ, Lever AF, Morton JJ, Robertson JIS. Changes of vasopressin in hypertension: cause or effect? Lancet 1976;1:1255-7.

68. Idem. Blood pressure in acute and chronic vasopressin excess: studies of malignant hypertension and the syndrome of inappropriate antidiuretic hormone secretion. N Engl J Med 1981;304:1067-70.

69. Middleton S. The effects of renin and angiotensin during hemorrhagic hypotension and shock. Am J Physiol 1944;141:132-7.

70. Cowley AW Jr, Monos E, Guyton AC. Interaction of vasopressin and the baroreceptor reflex system in the regulation of arterial blood pressure in the dog. Circ Res 1974;34:505-14.

71. Garrard CS, Kontoyannis DA, Piepoli M. Spectral analysis of heart rate variability in the sepsis syndrome. Clin Auton Res 1993;3:5-13.

72. Bartelstone HJ, Nasmyth PA. Vasopressin potentiation of catecholamine actions in dog, rat, cat, and rat aortic strip. Am J Physiol 1965;208:754-62.

73. Wakatsuki T, Nakaya Y, Inoue I. Vasopressin modulates K$^+$-channel activities of cultured smooth muscle cells from porcine coronary artery. Am J Physiol 1992;263:H491-H496.

74. Umino T, Kusano E, Muto S, et al. AVP inhibits LPS- and IL-1β-stimulated NO and cGMP via V$_1$ receptor in cultured rat mesangial cells. Am J Physiol 1999;276:F433-F441.

75. Nambi P, Whitman M, Gessner G, Aiyar N, Crooke ST. Vasopressin-mediated inhibition of atrial natriuretic factor-stimulated cGMP accumulation in an established smooth muscle cell line. Proc Natl Acad Sci U S A 1986;83:8492-5.

76. Cobb JP. Use of nitric oxide synthase inhibitors to treat septic shock: the light has changed from yellow to red. Crit Care Med 1999;27:855-6.

Copyright © 2001 Massachusetts Medical Society.

The New England Journal of Medicine
Downloaded from nejm.org by CATHERINE MCCALL on October 16, 2011. For personal use only. No other uses without permission.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

PAR-VASO-0007725

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14717877 |
| **Filing Date:** | 20-May-2015 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Trisha Agrawal/Steven Dieu (TA6) |
| **Attorney Docket Number:** | 47956-702.301 |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

PAR-VASO-0007726

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 23215297 |
| Application Number: | 14717877 |
| International Application Number: | |
| Confirmation Number: | 1722 |
| Title of Invention: | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| First Named Inventor/Applicant Name: | Matthew Kenney |
| Customer Number: | 21971 |
| Filer: | Trisha Agrawal/Steven Dieu (TA6) |
| Filer Authorized By: | Trisha Agrawal |
| Attorney Docket Number: | 47956-702.301 |
| Receipt Date: | 14-AUG-2015 |
| Filing Date: | 20-MAY-2015 |
| Time Stamp: | 16:10:15 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 11571 |
| Deposit Account | 232415 |
| Authorized User | DIEU, STEVEN |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

PAR-VASO-0007728

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDS47956-702-301-08-14-15. pdf | 284058 <br> 1d8fa9839565bfc0acb7afaef3d2925a49d4 c08f | yes | 16 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Transmittal Letter | 1 | 4 |
| Information Disclosure Statement (IDS) Form (SB08) | 5 | 16 |

**Warnings:**

**Information:**

| 2 | Non Patent Literature | Z-AHFS-Drug-information-Vasopressin-2011.pdf | 740023 <br> 7a24ad061195bd16a9475c8d8bff4d7e971 a6eae | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Non Patent Literature | Z-ALTEN-Early-initiation-300. pdf | 249899 <br> a00ccb2ab70e9d2613c03b59e18b073a09c d669f | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Non Patent Literature | Z-ANGUS-Epidemiology-of-1303.pdf | 308715 <br> 948ba159817e76d95bbfb8ac4226b9d2699 2a2b0 | no | 8 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 5 | Non Patent Literature | Z-ARGENZIANO-A-perspective-II-286.pdf | 559458 <br> e5e58edd4b7876bb22120297d96e685d89 cfdcc4 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 6 | Non Patent Literature | Z-ARGENZIANO-Arginine-vasopressin-814.pdf | 137032 <br> ba3e7611a8fcda10e1a5563b2e5b92c950d ec324 | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

PAR-VASO-0007729

| 7 | Non Patent Literature | Z-ARGENZIANO-Management-of-973.pdf | 302141<br><br>026b1eaca94b01bf e6b41d00771 0c788f51a952e | no | 8 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Non Patent Literature | Z-BARR-Similarity-of-13.pdf | 482892<br><br>2496c4f9a4c334d84574d7fedc77515000c84bf3 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Non Patent Literature | Z-BAUER-Arginine-vasopressin-1057.pdf | 9045848<br><br>6a3ea26518605619de0f81ffbcc69937bb44747f | no | 15 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Non Patent Literature | Z-BAUER-Effect-of-500.pdf | 5614353<br><br>09ff143dea8567f63c41040400867d8704a288c5c | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Non Patent Literature | Z-BENEDINI-New-antianginal-130.pdf | 780989<br><br>bb19a3fb60b925231101b8ad067f204278330170 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | Non Patent Literature | Z-BRIERLEY-Clinical-practice-666.pdf | 973457<br><br>3a4cb81277c396dd89d1280be1650d79c558b044 | no | 23 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | Non Patent Literature | Z-BRUN-BUISSON-The-epidemiology-S64.pdf | 2076242<br><br>3cbbff990c3485c44f0f9a5e4dd0220deda5cc2c | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 14 | Non Patent Literature | Z-BURBACH-Difference-in-1165.pdf | 385515<br><br>43c4c61fc06ad7ecfb9d201e3f0c241ff544e6fa | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 15 | Non Patent Literature | Z-CHOONG-Vasopressin-in-372.pdf | 329103<br><br>0f162a159e89a5accfff96932b64f8808c319ca | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 16 | Non Patent Literature | Z-CHOONG-Vasopressin-in-632.pdf | 308274<br>66fa7ae616303af4906c176bbb38caedaf3b4f4a | no | 8 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 17 | Non Patent Literature | Z-CZACZKES-Physiologic-studies-1625.pdf | 1939871<br>438e6cca2b306a6c444d57a4124e5342086 4f842 | no | 16 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 18 | Non Patent Literature | Z-DAHLBORN-Effects-of-479.pdf | 2141350<br>7d218b86de09bfe558d2deb104f84672216 4d1f7 | no | 9 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 19 | Non Patent Literature | Z-DAVISON-Changes-in-1313.pdf | 1132303<br>162c76ead97aaf5526e214f86430627bf17c 7c3b | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 20 | Non Patent Literature | Z-DELLINGER-Surviving-sepsis-296.pdf | 1153443<br>cddb256b616ed58af396f48917affd5d1161 40db | no | 33 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 21 | Non Patent Literature | Z-DUNSER-Arginine-vasopressin-2313.pdf | 304644<br>aa46553c0a92c6626dceaf1c99917510f3f4c 5d5 | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 22 | Non Patent Literature | Z-DUNSER-Cardiac-performance-746.pdf | 186226<br>72089291d8f17e959d4b6e97975f7c98607 7d9b7 | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 23 | Non Patent Literature | Z-EDEN-Ventricular-arrhythmia-49.pdf | 299297<br>975704ab69accb0505f294daec83da6f5e01 b5b5 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 24 | Non Patent Literature | Z-EDWARDS-Renal-microvascular-274.pdf | 1379255<br>9ad2f52a2be0e1e7ff1ebaa2d1df1f864747 4318 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 25 | Non Patent Literature | Z-EMSLEY-Impaired-water-671.pdf | 414428<br>5dca663bb5358a21a3557e71fe5b9110ec03735 | no | 8 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 26 | Non Patent Literature | Z-EPSTEIN-Coronary-revascularization-1769.pdf | 743352<br>1503774e407bd10b9ecbf59f427c57b490aceb22 | no | 8 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 27 | Non Patent Literature | Z-ERMISCH-Improved-behavioral-17.pdf | 591497<br>bb4c8baa9127ebb613ca78353a6270aaaf5ea75 | no | 9 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 28 | Non Patent Literature | Z-ERTMER-Methylprednisolone-reverses-281.pdf | 4354030<br>54c4abde69c3a9efaaecf4b835decbe8c1653931 | no | 8 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 29 | Non Patent Literature | Z-FABIAN-The-clearance-653.pdf | 1494606<br>e3435ff075eaaa9047b4fe348e0df5dee522ef45 | no | 16 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 30 | Non Patent Literature | Z-FAIGEL-Torsade-de-822.pdf | 295929<br>0b6a6db0ab1a4a7655306926b21b9a70543d488a | no | 3 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 31 | Non Patent Literature | Z-FORSLING-Permeability-of-409.pdf | 535947<br>867b1d04ee654fee700ec345bb8d22998ec9014b | no | 2 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 32 | Non Patent Literature | Z-FORSLING-The-role-45.pdf | 584894<br>b3c920fdeaefbbee7a627bf131d8e41b78f32fc7 | no | 7 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 33 | Non Patent Literature | Z-GIBSON-Ovine-fetal-R1069.pdf | 2448971<br>f83a70111fa66e8ebe566aa9e855dc6254375 1b9 | no | 8 |
|----|----|----|----|----|----|

**Warnings:**

**Information:**

| 34 | Non Patent Literature | Z-GINSBURG-The-clearance-283.pdf | 1161438 <br> d9b3397b01574bd7c4be904a1005ae78d0f9c721 | no | 9 |
|----|----------------------|----------------------------------|----------------------------------------------|-----|---|

**Warnings:**

**Information:**

| 35 | Non Patent Literature | Z-GORDON-The-effects-83.pdf | 4649466 <br> f218f18855cbb6e41f12a98d657a4a0efb451f2f | no | 9 |
|----|----------------------|-----------------------------|---------------------------------------------|-----|---|

**Warnings:**

**Information:**

| 36 | Non Patent Literature | Z-GRAYBIEL-Circulatory-effects-481.pdf | 596208 <br> 976294ba79b1da091f952262ffb39d97ea4a62a | no | 9 |
|----|----------------------|----------------------------------------|-------------------------------------------------|-----|---|

**Warnings:**

**Information:**

| 37 | Non Patent Literature | Z-GROLLMAN-The-cardiovascular-447.pdf | 1183499 <br> 7e815eea3c4667171c72e0e3b0467c3b1840f8e4 | no | 14 |
|----|----------------------|---------------------------------------|------------------------------------------------|-----|----|

**Warnings:**

**Information:**

| 38 | Non Patent Literature | Z-GROSZMANN-Nitrogylcerin-improives-757.pdf | abc6093b045cd099f0f1e352d32789eb75534f944 <br> 608714 | no | 6 |
|----|----------------------|---------------------------------------------|------------------------------------------------------|-----|---|

**Warnings:**

**Information:**

| 39 | Non Patent Literature | Z-HARTLEY-Plasma-vasopressin-191.pdf | 1294688 <br> 5ac5f7560e2058e89409491cdadcdceb1ce5e852 | no | 7 |
|----|----------------------|--------------------------------------|-------------------------------------------------|-----|---|

**Warnings:**

**Information:**

| 40 | Non Patent Literature | Z-HARTLEY-Renal-response-9.pdf | 308661 <br> d0d8df6efb56e8d504e2f9ae90477b6f8cf40f86 | no | 7 |
|----|----------------------|--------------------------------|------------------------------------------------|-----|---|

**Warnings:**

**Information:**

| 41 | Non Patent Literature | Z-HASIJA-Prophylactic-vasopressin-230.pdf | 315697 <br> 9c3e30d8fdd4dd5473e59c832f6033501db981e2 | no | 9 |
|----|----------------------|-------------------------------------------|------------------------------------------------|-----|---|

**Warnings:**

**Information:**

| 42 | Non Patent Literature | Z-HAVEL-Vasopressors-for-2011.pdf | 1336083 <br> af00848018ee0655238ab45641f49c56ba95c87f | no | 78 |
|----|----------------------|-----------------------------------|------------------------------------------------|-----|----|

**Warnings:**

**Information:**

| 43 | Non Patent Literature | Z-HIRAMATSU-Antagonizing-substances-313.pdf | 1226692<br>80d708954722cd60942a45aad1eb5a91150d710d | no | 12 |

**Warnings:**

**Information:**

| 44 | Non Patent Literature | Z-HIRATA-Effect-of-322.pdf | 553855<br>6e5bc11ce6b1064dd5cd906f259064c0a28ee7f4 | no | 5 |

**Warnings:**

**Information:**

| 45 | Non Patent Literature | Z-HOLMES-Arginine-vasopressin-275.pdf | 1814954<br>95c53ba46a328ff0992290f3f90496f8f9443cf19 | no | 12 |

**Warnings:**

**Information:**

| 46 | Non Patent Literature | Z-HOLMES-Physiology-of-989.pdf | 7994357<br>ffc2701abed57d1fc838f975792de28406d8e43a | no | 14 |

**Warnings:**

**Information:**

| 47 | Non Patent Literature | Z-HOLMES-Science-review-15.pdf | 5058530<br>69bed749707d946be2ba189c9833a559df2f9242 | no | 9 |

**Warnings:**

**Information:**

| 48 | Non Patent Literature | Z-HOLMES-Science-review-427.pdf | 4153012<br>ff6674d2fddc2cd655928f725f9ff434c3ecc50c | no | 8 |

**Warnings:**

**Information:**

| 49 | Non Patent Literature | Z-HOLMES-The-effects-1416.pdf | 997273<br>46b0221fac82d2f64abaffc3beb371c92dd8b811 | no | 6 |

**Warnings:**

**Information:**

| 50 | Non Patent Literature | Z-IWASHYNA-Long-term-1787.pdf | 5169068<br>b09ffe9e6ee0ce485b2557c3b4eb6d9e8f08f87df | no | 8 |

**Warnings:**

**Information:**

| 51 | Non Patent Literature | Z-JACKSON-Vasopressin-and-771.pdf | 2438682<br>1c3685a6ede8dd37ae6e92504624ac1f306e2fcb | no | 26 |

**Warnings:**

**Information:**

| 52 | Non Patent Literature | Z-KARASAWA-Antianginal-effects-1702.pdf | 833737<br>d905c3ee65b00e6144915eca73e6f4de19a5b962 | no | 6 |
| --- | --- | --- | --- | --- | --- |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 53 | Non Patent Literature | Z-KARMAZYN-Changes-of-1230.pdf | 564936<br>8dab1b3ad718ebf3cb760d9792c94421e9d6bdf4 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 54 | Non Patent Literature | Z-KELLY-Vasopressin-provocation-205.pdf | 165283<br>3d56ae3be7c1f591b3d4df5e83f27e7c78f7b8b5 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 55 | Non Patent Literature | Z-KING-Pharmacokinetics-of-77.pdf | 951647<br>07d1f6aae86a9fa734c017d7d67023e17e08629c | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 56 | Non Patent Literature | Z-KRISTELLER-Transient-diabetes-541.pdf | 404713<br>05f70ffaf84a282255ec0dfcf988e2497b13f580 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 57 | Non Patent Literature | Z-KUPFERSCHMIDT-Bradycardia-and-340.pdf | 1293508<br>e47999c1ac68d5b9a97e542bb4d4c7203fbab718 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 58 | Non Patent Literature | Z-LAM-Lack-of-591.pdf | 4461345<br>fbe18223f285506e7aaacff7c2425fb6aeaf4c14 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 59 | Non Patent Literature | Z-LANDRY-The-pathogenesis-588.pdf | 4308699<br>f1c3376265c2006c3b7db61357d42269cedaae50e | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 60 | Fee Worksheet (SB06) | fee-info.pdf | 31019<br>ff10015add00956aa3789a3516c8a3c44a91d10e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventor: Matthew KENNEY, et al.

Serial Number: 14/717,877

Filing or 371(c) Date: May 20, 2015

Title: PEPTIDE CONGENERS WITH
    POLYMER EXCIPIENTS

Group Art Unit: 1675

Examiner: Christina Bradley

**CONFIRMATION NO: 1865**

**FILED ELECTRONICALLY ON: August 14, 2015**

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.97

Madam:

    An Information Disclosure Statement along with attached PTO/SB/08 is hereby submitted. A copy of each listed publication is submitted, if required, pursuant to 37 CFR §§ 1.97-1.98, as indicated below.

    The Examiner is requested to review the information provided and to make the information of record in the above-identified application. The Examiner is further requested to initial and return the attached PTO/SB/08 in accordance with MPEP § 609.

    The right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered, is hereby reserved.

    This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, prior art or material to patentability as defined in § 1.56.

PAR-VASO-0007737

A. ☐ *37 CFR § 1.97(b).* This Information Disclosure Statement should be considered by the Office because:

    ☐ (1) It is being filed within 3 months of the filing date of a national application and is other than a continued prosecution application under § 1.53(d);

        -- OR --

    ☐ (2) It is being filed within 3 months of entry of the national stage as set forth in §1.491 in an international application;

        -- OR --

    ☐ (3) It is being filed before the mailing of a first Office action on the merits;

        -- OR --

    ☐ (4) It is being filed before the mailing of a first Office action after the filing of a request for continued examination under § 1.114.

B. ☒ *37 CFR § 1.97(c).* Although this Information Disclosure Statement is being filed after the period specified in *37 CFR § 1.97(b),* above, it is filed before the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution on the merits, this Information Disclosure Statement should be considered because it is accompanied by one of:

    ☐ a statement as specified in § 1.97(e) provided concurrently herewith;

        -- OR --

    ☒ a fee of $180.00 as set forth in § 1.17(p) authorized below, enclosed, or included with the payment of other papers filed together with this statement.

C. ☐ *37 CFR § 1.97(d).* Although this Information Disclosure Statement is being filed after the mailing date of the earlier of (1) a final office action under § 1.113 or (2) a notice of allowance under § 1.311, it is being filed before payment of the issue fee and should be considered because it is accompanied by:

    i. a statement as specified in § 1.97(e);

        -- AND --

    ii. a fee of $180.00 as set forth in § 1.17(p) is authorized below, enclosed, or included with the payment of other papers filed together with this Statement.

D. ☐ *37 CFR § 1.97(e).* Statement.

    ☐ A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97(c);

        -- AND/OR --

    ☐ A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97(d);

        -- AND/OR --

    ☐ A copy of a dated communication from a foreign patent office clearly showing that the information disclosure statement is being submitted within 3 months of the filing date on the communication is provided in lieu of a statement under 37 C.F.R. § 1.97(e)(1) as provided for under MPEP 609.04(b) V.

E. ☐ *Statement Under 37 C.F.R. § 1.704(d).* Each item of information contained in the information disclosure statement was first cited in a communication from a foreign patent office in a counterpart application that was received by an individual designated in § 1.56(c) not more than <u>thirty (30) days</u> prior to the filing of this information disclosure statement. This statement is made pursuant to the

PAR-VASO-0007738

requirements of 37 C.F.R. § 1.704(d) to avoid reduction of the period of adjustment of the patent term for Applicant(s) delay.

F. ☒ *37 CFR § 1.98(a)(2).* The content of the Information Disclosure Statement is as follows:

☐ Copies of each of the references listed on the attached Form PTO/SB/08 are enclosed herewith.

-- OR --

☒ Copies of U.S. Patent Documents (issued patents and patent publications) listed on the attached Form PTO/SB/08 are NOT enclosed.

-- AND/OR --

☒ Copies of Foreign Patent Documents and/or Non Patent Literature Documents listed on the attached Form PTO/SB/08 are enclosed in accordance with 37 CFR § 1.98 (a)(2).

-- AND/OR --

☐ Copies of pending unpublished U.S. patent applications are enclosed in accordance with 37 CFR § 1.98(a)(2)(iii).

G. ☐ *37 CFR § 1.98(a)(3).* The Information Disclosure Statement includes non-English patents and/or references.

☐ Pursuant to 37 CFR § 1.98(a)(3)(i), a concise explanation of the relevance of each patent, publication or other information provided that is not in English is provided herewith.

☐ Pursuant to MPEP 609(B), an English language copy of a foreign search report is submitted herewith to satisfy the requirement for a concise explanation where non-English language information is cited in the search report.

-- OR --

☐ A concise explanation of the relevance of each patent, publication or other information provided that is not in English is as follows: _____

☐ Pursuant to 37 CFR § 1.98(a)(3)(ii), a copy of a translation, or a portion thereof, of the non-English language reference(s) is provided herewith.

H. ☐ *37 CFR § 1.98(d).* Copies of patents, publications and pending U.S. patent applications, or other information specified in 37 C.F.R. § 1.98(a) are not provided herewith because:

☐ Pursuant to 37 CFR § 1.98(d)(1) the information was previously submitted in an Information Disclosure Statement for another application under which this application claims priority for an earlier effective filing date under 35 U.S.C. 120.

Application in which the information was submitted: _____

Information Disclosure Statement(s) filed on: _____

AND

☐ The information disclosure statement submitted in the earlier application complied with paragraphs (a) through (c) of 37 CFR § 1.98.

PAR-VASO-0007739

I. ☒ *Fee Authorization.*  The Commissioner is hereby authorized to charge the above-referenced fees of <u>$180.00</u> and charge any additional fees or credit any overpayment associated with this communication to Deposit Account No. <u>23-2415 (Docket No. 47956-702.301)</u>.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Dated: <u>August 14, 2015</u>

By: <u>/Trisha Agrawal/</u>
Trisha Agrawal, Ph.D.
Reg. No. 73,212

650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
Customer No. 021971

PAR-VASO-0007740

Circulation
circ.ahajournals.org

Circulation. 1997; 95: 1122–1125
doi: 10.1161/01.CIR.95.5.1122

## Articles

Table of Contents
Circulation. 1997;95:1122–1125
doi: 10.1161/01.CIR.95.5.1122
(*Circulation.* 1997;95:1122–1125.)
© 1997 American Heart Association, Inc.

## Articles

### Vasopressin Deficiency Contributes to the Vasodilation of Septic Shock

Donald W. Landry, MD, PhD; Howard R. Levin, MD; Ellen M. Gallant, MD;
Robert C. Ashton, Jr, MD; Susan Seo, BA; David D'Alessandro, BA;
Mehmet C. Oz, MD; Juan A. Oliver, MD

the Departments of Medicine (D.W.L., H.R.L., E.M.G., S.S., J.A.O.) and Surgery (D.D., M.C.O.), Columbia University, College of Physicians & Surgeons, New York, NY, and the Department of Surgery (R.C.A.), Allegheny General Hospital, Pittsburgh, Pa.

Correspondence to Donald W. Landry, MD, PhD, Columbia University, Department of Medicine, 630 W 168th St, New York, NY 10032.

## Abstract

*Background* The hypotension of septic shock is due to systemic vasodilation. On the basis of a clinical observation, we investigated the possibility that a deficiency in vasopressin contributes to the vasodilation of septic shock.

*Methods and Results* In 19 patients with vasodilatory septic shock (systolic arterial pressure [SAP] of $92\pm2$ mm Hg [mean$\pm$SE], cardiac output [CO] of $6.8\pm0.7$ L/min) who were receiving catecholamines, plasma vasopressin averaged $3.1\pm1.0$ pg/mL. In 12 patients with cardiogenic shock (SAP, $99\pm7$ mm Hg; CO, $3.5\pm0.9$ L/min) who were also receiving catecholamines, it averaged $22.7\pm2.2$ pg/mL ($P<.001$). A constant infusion of exogenous vasopressin to 2 patients with septic shock resulted in the expected plasma concentration, indicating that catabolism of vasopressin is not increased in this condition. Although vasopressin is a weak pressor in normal subjects, its administration at 0.04 U/min to 10 patients with septic shock who were receiving catecholamines increased arterial pressure (systolic/diastolic) from 92/52 to 146/66 mm Hg ($P<.001/P<.05$) due to peripheral vasoconstriction (systemic vascular resistance increased from 644 to 1187 dyne·s/cm$^5$; $P<.001$). Furthermore, in 6 patients with septic shock who were receiving vasopressin as the sole pressor, vasopressin withdrawal resulted in hypotension (SAP, $83\pm3$ mm Hg), and vasopressin administration at 0.01 U/min, which resulted in a plasma concentration ($\approx30$ pg/mL) expected for the level of hypotension, increased SAP from 83 to 115 mm Hg ($P<.01$).

*Conclusions* Vasopressin plasma levels are inappropriately low in vasodilatory shock, most likely because of impaired baroreflex–mediated secretion. The deficiency in vasopressin contributes to the hypotension of vasodilatory septic shock.

Key Words: shock · hypotension · vasodilation

## Introduction

Endotoxic shock is a syndrome of cardiovascular collapse and multiple organ failure in response to bacterial products.[1] The central characteristic of septic shock is systemic vasodilation, the cause of which is multifactorial in view of the fact that abnormalities in vasoconstrictor and vasodilator mechanisms have been reported. Of the latter, Kilbourn et al[2] found increased nitric oxide synthesis, and we[3] found activation of the vascular smooth muscle $K^+_{ATP}$ channel.

Abnormalities in vasoconstrictor mechanisms have been less well examined, but vascular smooth muscle is poorly responsive to norepinephrine in septic shock.[4][5] In contrast, the renin–angiotensin system appears to be appropriately activated, and its inhibition worsens the hypotension of sepsis.[6] Plasma endothelin is also elevated in septic shock, but the meaning of this observation is yet to be defined.[7]

Vasopressin does not play a significant role in the control of vascular smooth muscle in normal conditions[8][9][10][11][12][13] but becomes critical when blood pressure is threatened.[11][12][13] Vasopressin is markedly increased in animal models of acute sepsis,[14][15][16] but we recently found that some patients in advanced vasodilatory septic shock are exquisitely sensitive to the pressor action of exogenous hormone (D.W.L., unpublished observation, 1994). This unexpected finding raised the possibility that endogenous plasma vasopressin is inappropriately low in these patients. Thus, we examined the hypothesis that vasopressin deficiency could contribute to the vasodilation of septic shock in humans.

## Methods

Subjects were patients admitted to the intensive care units of Columbia –Presbyterian Medical Center and Allegheny Hospital. Patients were not eligible if they were younger than 18 years of age or if pregnancy was suspected, and they did not receive vasopressin if active coronary artery disease or mesenteric ischemia was present. Attending physicians identified candidate subjects, and consecutive patients meeting the entry criteria as stated below were studied. Appropriate consent was obtained, and the study protocol was approved by the institutional review board.

Septic shock was diagnosed by established criteria[17] : hypotension (systolic blood pressure ≤90 mm Hg in the absence of antihypertensive agents) and low systemic vascular resistance (<800 dyne · s/cm$^5$) before the administration of catecholamines; fever or hypothermia (temperature >101°F or <97°F); tachycardia (heart rate >90 beats/min); tachypnea (respiratory rate >20 breaths/min or the requirement of mechanical ventilation) and either a positive blood culture (63% of patients in the "Septic Shock" column of Table 1, 80• 80% of patients in Table 2•) or an obvious source of infection (white blood cell count >12 000/mm$^3$ or <4000/mm$^3$ or >10% immature [band] forms); and elevated prothrombin or partial thromboplastin time or reduction of the platelet count to less than half the baseline or <100 000 platelets/mm$^3$.

| Table 1. Hemodynamic Data and Catecholamine Administration in Patients With Vasodilatory Septic Shock or Cardiogenic Shock | View this table: In this window In a new window |
| --- | --- |

| Table 2. Hemodynamic Data and Catecholamine Doses in 10 Patients With Vasodilatory Septic Shock During an Observation Period and During Administration of Vasopressin | View this table: In this window In a new window |
| --- | --- |

In all septic patients, hypotension persisted after fluid administration (pulmonary capillary wedge pressure ≥12 mm Hg) and required administration of catecholamines (norepinephrine, epinephrine, dopamine, and/or neosynephrine) to maintain systolic blood pressure >90 mm Hg for 1 to 2 days. Arterial pressure was measured by transduction through an indwelling catheter and cardiac output by the thermodilution technique using a Swan-Ganz catheter in the pulmonary artery.

Cardiogenic shock was diagnosed by a systolic arterial pressure ≤90 mm Hg, pulmonary capillary wedge pressure >15 mm Hg, and cardiac index of ≤2 L/min before catecholamine administration[18]; patients with fever, hypothermia, or an obvious source of infection were excluded. All patients required catecholamines to maintain systolic blood pressure >90 mm Hg.

Plasma vasopressin was measured by radioimmunoassay using published protocols.[18] For this assay, the reference range (95%) for hemodynamically normal subjects is <2.2 pg/mL for serum osmolality <285 mOsm/kg. Sensitivity was 0.3 pg per tube by dilution method.

Vasopressin (vasopressin injection USP, 8-arginine vasopressin) was administered into a central vein at 0.04 U/min (Table 1•). Intravenous fluids and medications were not changed for the hour before or the first hour of vasopressin administration except that during vasopressin administration, pressor catecholamines were decreased if systolic arterial pressure exceeded 130 mm Hg. Continuous measurements of systolic arterial pressure and heart rate were averaged in 15-minute intervals. In Table 2•, "Pre-AVP" values are averages of the hour preceding vasopressin; "AVP" values, from the first hour of vasopressin, are averages of the 15-minute interval in which systolic arterial pressure reached maximum value. In Fig 2•, vasopressin administration ("AVP") values are averages of the hour before or after discontinuation; the "No AVP" value is the average of the 15-minute interval during which systolic arterial pressure reached its minimum value. Data were analyzed by unpaired $t$ test (Fig 2•) and paired $t$ test (Table 2• and Fig 1•). Differences were termed significant if $t$>5%.



View larger version (25K): In this window In a new window

Figure 2. Systolic arterial pressure (SAP) response to vasopressin (AVP) withdrawal and readministration at 0.01 U/min (n=6). For AVP→No AVP, $P$<.01; for No AVP→AVP, $P$<.01.

PAR-VASO-0007743



Figure 1. Plasma vasopressin levels (AVP) of patients in septic shock and cardiogenic shock. *P*<.001.

View larger version (8K):
In this window
In a new window

## Results

Nineteen patients with septic shock were studied. As detailed in "Methods," all subjects had severe hypotension that required administration of catecholamines. Despite catecholamine administration, hemodynamic data showed hypotension due to low systemic vascular resistance (Table 1↓). At a time that systolic pressure averaged 92 mm Hg, mean plasma vasopressin concentration was 3.1 pg/mL (Fig 1↓). In contrast, in a group of patients with hypotension of similar duration and severity due to low cardiac output (cardiogenic shock; Table 1↓), plasma vasopressin was appropriately increased, with a mean of 22.7 pg/mL (Fig 1↓), which is in agreement with that of other forms of hypotension of similar magnitude.[20][21]

To distinguish between increased metabolism of vasopressin versus decreased secretion, we measured plasma vasopressin during infusion of exogenous hormone in two patients with septic shock. At a constant infusion of 0.01 U/min, the steady-state plasma concentration increased to 27 and 34 pg/mL, values expected in subjects given this infusion rate.[22] Thus, the low plasma vasopressin in patients with septic shock appears to be due to impaired hormone secretion.

Plasma sodium concentration was normal (mean, 140 mmol/L) in the patients with septic shock (Table 1↓), and although the osmotically mediated secretion of vasopressin was not formally examined, no patient had clinical evidence of diabetes insipidus. This suggests that patients in septic shock have a specific inhibition of baroreflex-mediated secretion of vasopressin.

To examine whether vasopressin could constrict vascular smooth muscle in vasodilatory septic shock, 10 patients with this condition received vasopressin at 0.04 U/min IV. In normal subjects, significantly higher doses have little vasoconstrictor action[9] and do not increase arterial pressure.[9][19] In patients in septic shock, however, vasopressin increased systolic arterial pressure from 92 to 146 mm Hg (59% increase) due entirely to its vasoconstrictor effect. Whereas systemic vascular resistance increased 79%, cardiac output decreased 12% (Table 2↓). The increase in pressure occurred within minutes (<15 minutes) of the administration of hormone and frequently required decreasing or stopping the concomitantly administered catecholamine. Furthermore, in 6 of 10 patients, arterial pressure was maintained on vasopressin alone.

Vasopressin at 0.04 U/min causes the plasma concentration to increase ≈100 pg/mL,[22] which is substantially higher than the concentrations of 20 to 30 pg/mL that we found in the patients in cardiogenic shock (Fig

PAR-VASO-0007744

2•) and those that others have found for this degree of hypotension.[20] [21] To test whether this lower concentration could increase arterial pressure in septic shock, we infused the hormone at 0.01 U/min (shown above to provide a concentration of ≈30 pg/mL). Thus, in the six patients who were receiving vasopressin as the sole pressor, the hormone was stopped and within minutes, systolic arterial pressure declined from 126 to 83 mm Hg ($P<.01$) (Fig 2•). The subsequent administration of vasopressin at 0.01 U/min resulted in a significant and sustained increase in systolic arterial pressure from 83 to 115 mm Hg ($P<.01$). Although systemic vascular resistance was not measured in these patients, the acute increase in arterial pressure was due to vasoconstriction because vasopressin only decreases cardiac output (see Table 2• and Reference 9).

## Discussion

Plasma vasopressin was found to be inappropriately low in patients with advanced vasodilatory septic shock, indicating impaired baroreceptor–mediated vasopressin secretion. Furthermore, a dose of exogenous vasopressin that provides a plasma concentration expected for the degree of hypotension resulted in a marked pressor response in these patients. These results indicate that the low endogenous levels of hormone in septic shock contribute to the vasodilation of sepsis.

The reason for impaired baroreflex–mediated vasopressin secretion in septic shock is unknown. First, autonomic failure is a possibility. Deficient baroreflex–mediated secretion of vasopressin is well documented in primary autonomic failure,[23] [24] and sympathetic function appears to be impaired in septic shock.[25] In support of autonomic dysfunction in our patients with septic shock, vasopressin did not cause the marked bradycardia observed under normal conditions (Table 2•).[23] [26]

A second potential explanation for inappropriately low vasopressin levels in human septic shock is depletion of the secretory stores of the neurohypophysis. This has been observed with strong osmotic stimuli,[27] [28] [29] and endotoxin is a most potent vasopressin secretagogue.[16] In animal models of acute septic shock,[14] [15] [18] an enormous rise in plasma vasopressin during the 1 to 2 hours after endotoxin/bacterial administration (even before hypotension[14]) is followed by a rapid decline over the next few hours; no study has monitored plasma vasopressin in animals with septic shock of more than a few hours' duration.

Needless to say, the mechanisms responsible for the profound vasodilation of septic shock are of great interest. Previous work has demonstrated abnormal activation of vasodilatory mechanisms in experimental models of septic shock.[2] [3] The findings reported herein document an abnormality of a vasoconstrictor mechanism critical for arterial pressure maintenance and provide the basis for new inquiries into the pathogenesis of the vasodilation in septic shock.

Received October 28, 1996; revision received January 6, 1997; accepted January 15, 1997.

## References

1. Parrillo JE, Parker MM, Natanson C, Suffredini AF, Danner RL, Cunnion RE, Ognibene FP. Septic shock in humans: advances in the understanding of pathogenesis, cardiovascular dysfunction, and therapy. *Ann Intern Med.*. 1990;113:227–242.

PAR-VASO-0007745

2. Kilbourn RG, Gross SS, Jurbran A, Adams J, Griffith OW, Levi R, Lodatao RF. $N^G$-methyl-L-arginine inhibits tumor necrosis factor-induced hypotension: implications for the involvement of nitric oxide. *Proc Natl Acad Sci U S A.* 1990;87:3629–3632.[Abstract/Free Full Text]

3. Landry DW, Oliver JA. The ATP-sensitive $K^+$ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. *J Clin Invest.* 1992;89:2071–2074.

4. Meadows D, Edwards JD, Wilkins RG, Nightingale P. Reversal of intractable septic shock with norepinephrine therapy. *Crit Care Med.* 1988;16:663–666.[Medline][Order article via Infotrieve]

5. Chernow B, Roth BL. Pharmacologic manipulation of the peripheral vasculature in shock: clinical and experimental approaches. *Circ Shock.* 1986;18:141–155.[Medline][Order article via Infotrieve]

6. Baker CH, Sutton ET, Dietz JR. Endotoxic alteration of muscle microvascular renin-angiotensin responses. *Circ Shock.* 1991;36:224–230.

7. Weitzberg E, Lundberg JM, Rudehill A. Elevated plasma levels of endothelin in patients with sepsis syndrome. *Circ Shock.* 1991;33:222–227.[Medline][Order article via Infotrieve]

8. Grollman A, Geiling EMK. The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary liquid (Pituitrin), Pitressin and Pitocin. *J Pharmacol Exp Ther.* 1932;46:447–460.[Abstract/Free Full Text]

9. Graybiel A, Glendy RE. Circulatory effects following the intravenous administration of Pitressin in normal persons and in patients with hypertension and angina pectoris. *Am Heart J.* 1941;21:481–489.

10. Wagner HN Jr, Braunwald E. The pressor effect of the antidiuretic principle of the posterior pituitary in orthostatic hypotension. *J Clin Invest.* 1956;35:1412–1418.

11. Aisenbrey GA, Handelman WA, Arnold P, Manning M, Schrier RW. Vascular effects of arginine vasopressin during fluid deprivation in the rat. *J Clin Invest.* 1981;67:961–968.

12. Schwartz J, Reid IA. Effect of vasopressin blockade on blood pressure regulation during hemorrhage in conscious dogs. *Endocrinology.* 1981;108:1778–1780.

13. Schwartz J, Keil LC, Maselli J, Reid IA. Role of vasopressin in blood pressure regulation during adrenal insufficiency. *Endocrinology.* 1983;112:234–238.[Abstract/Free Full Text]

14. Wilson MF, Brackett DJ, Hinshaw LB, Tompkins P, Archer LT, Benjamin BA. Vasopressin release during sepsis and septic shock in baboons and dogs. *Surg Gynecol Obstet.* 1981;153:869–872.[Medline][Order article via Infotrieve]

15. Wilson MF, Brackett DJ, Tompkins P, Benjamin B, Archer LT, Hinshaw LB. Elevated plasma vasopressin concentrations during endotoxin and *E. coli* shock. *Adv Shock Res.* 1981;6:15–26.[Medline][Order article via Infotrieve]

16. Brackett DJ, Schaefer CF, Tompkins P, Fagraeus L, Peters LJ, Wilson MF. Evaluation of cardiac output, total peripheral vascular resistance, and plasma concentrations of vasopressin in the conscious,

PAR-VASO-0007746

unrestrained rat during endotoxemia. *Circ Shock.*, 1985;17:273–284. [Medline][Order article via Infotrieve]

17. Bone RC, Balk RA, Cerra FB, Delling RP, Fein AM, Knaus WA, Schein RM, Sibbald WJ. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Chest.*, 1992;101:1644–1653.[Abstract/Free Full Text]

18. Califf RM, Bengtson JR. Cardiogenic shock. *N Engl J Med.*, 1994;330:1724–1730.[Medline][Order article via Infotrieve]

19. Sakurai K. A simple and highly sensitive radioimmunoassay for 8-arginine vasopressin in human plasma using a reversed-phase C18 silica column. *Folia Endocrinol.*, 1985;61:724–736.

20. Minaker KL, Meneilly GS, Young JB, Landsberg L, Stoff JS, Robertson GL, Rowe JW. Blood pressure, pulse and neurohumoral responses to nitroprusside-induced hypotension in normotensive aging men. *J Gerontol Med Sci.*, 1991;46:M151–M154.

21. Robertson GL. The regulation of vasopressin function in health and disease. *Recent Prog Horm Res.*, 1977;33:333–386.

22. Mohring J, Glanzer K, Maciel JA Jr, Dusing R, Kramer HJ, Arbogast R, Koch-Weser J. Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. *J Cardiovasc Pharmacol.*, 1980;2:367–376.[Medline][Order article via Infotrieve]

23. Zerbe RL, Henry DP, Robertson GL. Vasopressin response to orthostatic hypotension: etiologic and clinical implications. *Am J Med.*, 1983;74:265–271.[Medline][Order article via Infotrieve]

24. Kaufmann H, Oribe E, Oliver JA. Plasma endothelin during upright tilt: relevance for orthostatic hypotension? *Lancet.*, 1991;338:1542–1545.[Medline][Order article via Infotrieve]

25. Garrard CS, Kontoyannis DA, Piepoli M. Spectral analysis of heart rate variability in the sepsis syndrome. *Clin Auton Res.*, 1993;3:5–13. [Medline][Order article via Infotrieve]

26. Cowley AW Jr, Monos E, Guyton AC. Interaction of vasopressin and the baroreceptor reflex system in the regulation of arterial blood pressure in the dog. *Circ Res.*, 1974;34:505–514. [Abstract/Free Full Text]

27. Cooke CR, Wall BM, Jones GV, Presley DN, Share L. Reversible vasopressin deficiency in severe hypernatremia. *Am J Kidney Dis.*, 1993;22:44–52.[Medline][Order article via Infotrieve]

28. Negro-Vilar A, Samson WK. Dehydration-induced changes in immunoreactive vasopressin levels in specific hypothalamic structures. *Brain Res.*, 1979;169:585–589.[Medline][Order article via Infotrieve]

29. Jones CW, Pickering BT. Comparison of the effects of water deprivation and sodium chloride inhibition on the hormone content of the neurohypophysis of the rat. *J. Physiol.*, 1969;203:449–458. [Abstract/Free Full Text]

## Articles citing this article

Pharmacological Characterization of FE 202158, a Novel, Potent, Selective, and Short-Acting Peptidic Vasopressin V1a

Receptor Full Agonist for the Treatment of Vasodilatory
Hypotension
J. Pharmacol. Exp. Ther.. 2011;337:786–796,
Abstract Full Text PDF

Leucyl/Cystinyl Aminopeptidase Gene Variants in Septic
Shock
Chest. 2011;139:1042–1049,
Abstract Full Text PDF

Vasoactive Drugs in Circulatory Shock
Am. J. Respir. Crit. Care Med.. 2011;183:847–855,
Abstract Full Text PDF

Chapter 71 Infection, sepsis, and multiple organ dysfunction
syndrome
The ESC Textbook of Acute and Intensive Cardiac Care.
2010;1:med-9780199584314-chapter,
Abstract Full Text PDF

Vasopressin and Methylene Blue: Alternate Therapies in
Vasodilatory Shock
SEMIN CARDIOTHORAC VASC ANESTH. 2010;14:186–189,
Abstract PDF

Vasopressin in Pediatric Vasodilatory Shock: A Multicenter
Randomized Controlled Trial
Am. J. Respir. Crit. Care Med.. 2009;180:632–639,
Abstract Full Text PDF

Pharmacological optimization of tissue perfusion
Br J Anaesth. 2009;103:82–88,
Abstract Full Text PDF

Inotropes and Vasopressors: Review of Physiology and
Clinical Use in Cardiovascular Disease
Circulation. 2008;118:1047–1056,
Full Text PDF

Vasopressin and its role in critical care
Contin Educ Anaesth Crit Care Pain. 2008;8:134–137,
Full Text PDF

Effects of short-term simultaneous infusion of dobutamine
and terlipressin in patients with septic shock: the
DOBUPRESS study
Br J Anaesth. 2008;100:494–503,
Abstract Full Text PDF

Approach to Hemodynamic Shock and Vasopressors
CJASN. 2008;3:546–553,
Full Text PDF

Vasopressor Support in Septic Shock
Chest. 2007;132:1678–1687,
Abstract Full Text PDF

PAR-VASO-0007748

Thromboembolic Events During Continuous Vasopressin
Infusions: A Retrospective Evaluation
   The Annals of Pharmacotherapy. 2007;41:1383–1389,
   Abstract Full Text PDF

Vasopressin and its antagonists: what are their roles in
acute medical care?
   Br J Anaesth. 2007;99:154–158,
   Full Text PDF

Copeptin, C–Reactive Protein, and Procalcitonin as
Prognostic Biomarkers in Acute Exacerbation of COPD
   Chest. 2007;131:1058–1067,
   Abstract Full Text PDF

Hemodynamic effects of titrated norepinephrine in healthy
versus endotoxemic sheep
   Innate Immunity. 2007;13:53–57,
   Abstract PDF

Copeptin and Arginine Vasopressin Concentrations in
Critically Ill Patients
   J. Clin. Endocrinol. Metab.. 2006;91:4381–4386,
   Abstract Full Text PDF

The Last 100 Years of Sepsis
   Am. J. Respir. Crit. Care Med.. 2006;173:256–263,
   Abstract Full Text PDF

Assay for the Measurement of Copeptin, a Stable Peptide
Derived from the Precursor of Vasopressin
   Clin. Chem.. 2006;52:112–119,
   Abstract Full Text PDF

Early and innovative interventions for severe sepsis and
septic shock: taking advantage of a window of opportunity
   CMAJ. 2005;173:1054–1065,
   Abstract Full Text PDF

Vasopressin for vasopressor–dependent septic shock
   Am J Health Syst Pharm. 2005;62:1931–1936,
   Full Text PDF

Maintenance of Renal Vascular Reactivity Contributes to
Acute Renal Failure during Endotoxemic Shock
   J. Am. Soc. Nephrol.. 2005;16:117–124,
   Abstract Full Text PDF

Differing effects of epinephrine, norepinephrine, and
vasopressin on survival in a canine model of septic shock
   Am. J. Physiol. Heart Circ. Physiol.. 2004;287:H2545–H2554,
   Abstract Full Text PDF

Regional and temporal changes in cardiovascular responses
to norepinephrine and vasopressin during continuous
infusion of lipopolysaccharide in conscious rats
   Br J Anaesth. 2004;93:400–407,
   Abstract Full Text PDF

Dopexamine Reverses the Vasopressin–Associated
Impairment in Tissue Oxygen Supply but Decreases Systemic
Blood Pressure in Ovine Endotoxemia
   Anesth. Analg.. 2004;99:878–885,
   Abstract Full Text PDF

Evidence–Based Medicine in the ICU: Important Advances
and Limitations
   Chest. 2004;126:592–600,
   Abstract Full Text PDF

Vasopressin: Applications in Clinical Practice
   J Intensive Care Med. 2004;19:220–228,
   Abstract PDF

Effects of Continuous Vasopressin Infusion in Patients with
Septic Shock
   The Annals of Pharmacotherapy. 2004;38:1117–1122,
   Abstract Full Text PDF

The Effects of Vasopressin on Systemic and Splanchnic
Hemodynamics and Metabolism in Endotoxin Shock
   Anesth. Analg.. 2003;97:1756–1763,
   Abstract Full Text PDF

The Effect of Vasopressin on Gastric Perfusion in
Catecholamine–Dependent Patients in Septic Shock
   Chest. 2003;124:2256–2260,
   Abstract Full Text PDF

Low–Dose Vasopressin in the Treatment of Septic Shock in
Sheep
   Am. J. Respir. Crit. Care Med.. 2003;168:481–486,
   Abstract Full Text PDF

Vasopressin vs. norepinephrine in endotoxic shock:
systemic, renal, and splanchnic hemodynamic and oxygen
transport effects
   J. Appl. Physiol.. 2003;95:803–809,
   Abstract Full Text PDF

Arginine Vasopressin in Advanced Vasodilatory Shock: A
Prospective, Randomized, Controlled Study
   Circulation. 2003;107:2313–2319,
   Abstract Full Text PDF

A double–blind randomized trial: prophylactic vasopressin
reduces hypotension after cardiopulmonary bypass
   Ann. Thorac. Surg.. 2003;75:926–930,
   Abstract Full Text PDF

Vasopressin in Refractory Hypotension
  AAP Grand Rounds. 2002;8:20,
  Full Text PDF

Vasopressin in the Cardiac Surgery Intensive Care Unit
  Am J Crit Care. 2002;11:326-330,
  Abstract Full Text PDF

Vasopressin and Cardiac Performance
  Chest. 2002;121:1723-1724,
  Full Text PDF

Update on Vasopressors and Inotropes in Septic Shock
  Journal of Pharmacy Practice. 2002;15:124-134,
  Abstract PDF

Arginine Vasopressin for Refractory Distributive Shock in
Two Adolescents
  J Intensive Care Med. 2002;17:48-52,
  Abstract PDF

Physiology of Vasopressin Relevant to Management of Septic
Shock
  Chest. 2001;120:989-1002,
  Abstract Full Text PDF

The Effects of Vasopressin on Systemic Hemodynamics in
Catecholamine-Resistant Septic and Postcardiotomy Shock:
A Retrospective Analysis
  Anesth. Analg.. 2001;93:7-13,
  Abstract Full Text PDF

Vasopressin for refractory hypotension during
cardiopulmonary bypass
  J. Thorac. Cardiovasc. Surg.. 2000;120:401-402,
  Full Text PDF

Enhanced Cardiac Contractility After Gene Transfer of V2
Vasopressin Receptors In Vivo by Ultrasound-Guided
Injection or Transcoronary Delivery
  Circulation. 2000;101:1578-1585,
  Abstract Full Text PDF

Arginine vasopressin in the treatment of 50 patients with
postcardiotomy vasodilatory shock
  Ann. Thorac. Surg.. 2000;69:102-106,
  Abstract Full Text PDF

Nitric Oxide and Septic Vascular Dysfunction
  Anesth. Analg.. 2000;90:89,
  Full Text PDF

The Hemodynamic Effects of Anesthetic Induction in
Vascular Surgical Patients Chronically Treated with
Angiotensin II Receptor Antagonists

Anesth. Analg.. 1999;89:1388,
Abstract Full Text PDF

Intravenous Arginine–Vasopressin in Children With
Vasodilatory Shock After Cardiac Surgery
   Circulation. 1999;100:II-182–II-186,
   Abstract Full Text PDF

Refractory Hypotension After Induction of Anesthesia in a
Patient Chronically Treated with Angiotensin Receptor
Antagonists
   Anesth. Analg.. 1999;89:887,
   Full Text PDF

Reversal by Vasopressin of Intractable Hypotension in the
Late Phase of Hemorrhagic Shock
   Circulation. 1999;100:226–229,
   Abstract Full Text PDF

The Effects of Vasopressin on Endotoxin–Induced
Attenuation of Contractile Responses in Human
Gastroepiploic Arteries In Vitro
   Anesth. Analg.. 1999;88:542,
   Abstract Full Text PDF

Adenoviral Gene Transfer of the Human V2 Vasopressin
Receptor Improves Contractile Force of Rat Cardiomyocytes
   Circulation. 1999;99:925–933,
   Abstract Full Text PDF

Endothelin–1 and Blood Pressure After Inhibition of Nitric
Oxide Synthesis in Human Septic Shock
   Circulation. 1999;99:271–275,
   Abstract Full Text PDF

Vasopressin Deficiency Contributes to the Vasodilation of
Septic Shock Response
   Circulation. 1998;98:187,
   Full Text PDF

Vasopressin and Septic Shock
   Journal Watch Cardiology. 1997;1997:14,
   Full Text

Role of Vasopressin Deficiency in the Vasodilation of Septic
Shock
   Circulation. 1997;95:1108–1110,
   Full Text

Gene Transfer of Heterologous G Protein–Coupled Receptors
to Cardiomyocytes : Differential Effects on Contractility
   Circ. Res.. 2001;88:688–695,
   Abstract Full Text PDF

Cytokine–mediated downregulation of vasopressin V1A
receptors during acute endotoxemia in rats

PAR-VASO-0007752

Am. J. Physiol. Regul. Integr. Comp. Physiol.. 2002;282:R979
–R984,
Abstract Full Text PDF

PAR-VASO-0007753

Intensive Care Med (2006) 32:1782–1789
DOI 10.1007/s00134-006-0378-0

ORIGINAL

François Lauzier
Bruno Lévy
Patrice Lamarre
Olivier Lesur

# Vasopressin or norepinephrine in early hyperdynamic septic shock: a randomized clinical trial

Received: 6 March 2006
Accepted: 8 August 2006
Published online: 22 September 2006
© Springer-Verlag 2006

This work was supported by the Cardiovascular Critical Care research Network FRSQ and departmental funding.

F. Lauzier · O. Lesur (✉)
Centre Hospitalier Universitaire de Sherbrooke, Soins Intensifs Médicaux et Chirurgicaux, Centre de Recherche Clinique,
12ème Avenue Nord, 3001, J1H 5N4 Sherbrooke, Canada
e-mail: Olivier.Lesur@USherbrooke.ca
Tel.: +1-819-3461110
Fax: +1-819-5645377

B. Lévy
Hôpital Central, Centre Hospitalier Universitaire de Nancy, Service de Réanimation Médicale,
Nancy, France

P. Lamarre
Centre Hospitalier Universitaire de Sherbrooke, Département de Pharmacie,
12ème Avenue Nord, 3001, J1H 5N4 Sherbrooke, Canada

**Abstract** *Objective:* To compare the effects of arginine-vasopressin (AVP) and norepinephrine (NE) on hemodynamic variables, organ dysfunction, and adverse events in early hyperdynamic septic shock. *Design and setting:* Randomized, controlled, open-label trial. *Patients and participants:* Twenty-three patients with early (12 h) hyperdynamic septic shock in two teaching hospitals. *Interventions:* AVP (0.04–0.20 U min$^{-1}$, $n = 13$) as a single agent or NE (0.1–2.8 µg kg$^{-1}$ min$^{-1}$, $n = 10$) infusion for 48 h to achieve mean arterial pressure at or above 70 mmHg. *Measurements and results:* Hemodynamic parameters and Sequential Organ Failure Assessment (SOFA) score were measured. AVP and NE equally increased mean arterial pressure over 48 h, but NE was required in 36% of AVP patients at 48 h. Compared to baseline, AVP increased systemic vascular resistance, decreased exposure to NE, decreased cardiac output by decreasing heart rate, increased creatinine clearance, and improved SOFA score. The PrCO$_2$ – PaCO$_2$ difference remained stable throughout the study. One AVP patient developed acute coronary syndrome with dose-dependent ECG changes. Three patients in both groups died during their ICU stay. *Conclusion:* In early hyperdynamic septic shock, the administration of high-dose AVP as a single agent fails to increase mean arterial pressure above 70 mmHg in two-thirds of patients at 48 h. AVP decreases NE exposure, has no effect on the PrCO$_2$ – PaCO$_2$ difference, and improves renal function and SOFA score.

**Keywords** Vasopressin · Norepinephrine · Shock, septic · Sepsis · Kidney failure, acute · Multiple organ failure

## Introduction

Severe sepsis is the tenth leading cause of death in the United States [1], with an incidence rate of 3.0 per 1,000 persons/year [2]. The mortality rate remains high (up to 30%) [2] and may reach 55% in septic shock [3].

Fluid management, antibiotics, source control, vasopressors, inotropes, activated protein C, and low-dose corticosteroids in selected patients are the foundations of septic shock treatment. Recently, early goal-directed therapy [4] has also figured among the most important components of initial septic shock management. However, no particular vasopressor in the early resuscitation phase of septic shock has proven to be superior in improving clinical outcome [5].

The use of exogenous arginine-vasopressin (AVP) infusion in catecholamine-refractory shock has become popular since the description of relative vasopressin depletion in patients with septic shock compared to cardiogenic shock [6]. Subsequently, vasopressin defi-

PAR-VASO-0007754

ciency was shown to occur approx. 36 h after the onset of septic shock [7]. Uncontrolled trials and retrospective cohort studies have provided some understanding of the pharmacological effects of a replacement dose of AVP [8, 9, 10, 11, 12, 13, 14, 15, 16]. AVP has been reported to (a) increase mean arterial pressure [9, 10, 12, 13, 14, 15, 16], (b) slightly decrease [10, 11, 12, 13, 15] or maintain [12, 14] cardiac output, (c) improve short-term urine output [14, 15, 16] and creatinine clearance, (d) enhance gastric-arterial $PCO_2$ ($PrCO_2 - PaCO_2$) difference [11, 12], and (e) decrease catecholamine requirements [13, 15, 16]. The catecholamine-sparing properties [17, 18, 19] and possible renoprotective [18] effects of AVP have also been confirmed in small randomized controlled trials [17, 18, 19], although the safety of AVP on cardiac output and splanchnic perfusion remains a matter of debate.

To date, no trial has examined the value of AVP as part of early management of hyperdynamic septic shock. The purpose of this study was therefore to evaluate the effects of AVP on mean arterial pressure, other hemodynamic variables, and organ dysfunction when used to replace norepinephrine (NE) in the early resuscitation phase of hyperdynamic septic shock.

## Materials and methods

### Patients

The study was performed at the Centre Hospitalier Universitaire de Sherbrooke, Hôpital Fleurimont (Sherbrooke, Canada) and the Centre Hospitalier Universitaire de Nancy, Hôpital Central, Service de Réanimation Médicale (Nancy, France) between August 2000 and June 2004. The second recruiting center experienced temporary inability to recruit because AVP was retired for intravenous use in France. Local institutional ethics committees approved the study, and informed consent was obtained from the next of kin. Patients were eligible if they (a) met criteria for septic shock [20], (b) had at some point a mean arterial pressure of 60 mmHg or less after at least a 1000-ml crystalloid bolus, (c) were on vasopressors for less than 12 h before randomization, (d) had pulmonary artery occlusion pressure of 12 mmHg or higher, and (e) had a cardiac index of 3 l min⁻¹ m⁻² or higher. If informed consent was rapidly obtained, hypotensive patients were randomized prior exposure to any vasoactive drug. Patients younger than 16 years old, receiving chronic dialysis, not expected to survive longer than 48 h, and pregnant patients were excluded.

Twenty-three patients participated in the study, 18 in Canada and 5 in France; 13 received AVP (6 men, 7 women; 51.2 ± 17.2 years old; body mass index 25.7 ± 6.7) and 10 NE (8 men, 2 women; 58.1 ± 17.5 years old, body mass index 25.0 ± 3.8; Table 1). No significant differences were observed between the study groups at randomization except for higher bilirubin levels in the AVP group, and patients enrolled in Canada and in France were also similar. One patient originally allocated to the NE group did not provide consent; because the next of kin refused to give consent for the insertion of pulmonary arterial catheter, this patient was excluded. No patients required continuous renal replacement therapy throughout the study. Eight patients in each group received corticosteroids. Although not statistically significant, patients in the AVP group ($n = 5$) than in the NE group ($n = 2$) were more often receiving chronic corticosteroids for medical reasons before randomization, while patients in the NE group ($n = 6$) than in the AVP group ($n = 3$) developed relative adrenal insufficiency within the first 24 h of septic shock. Resuscitation fluid amounts infused prior to inclusion were similar in the two groups (AVP 4.37 l, interquartile range, 2.20–4.54; NE 3.87 l, 3.22–5.72).

### Protocol

A computer-generated block randomization list for each center was prepared by a pharmacist not involved in patient recruitment. Randomization was concealed using numbered, opaque sealed envelopes. Patients were allocated to open-label AVP (0.04–0.20 U/min; Ferring, Toronto, Ontario) or NE bitartrate (0.1–2.8 μg kg⁻¹ min⁻¹; Sabex, Boucherville, Quebec), which was infused in

**Table 1** Baseline characteristics (*AVP* arginine-vasopressin, *NE* norepinephrine, *APACHE* Acute Physiology and Chronic Health Evaluation, *SOFA* Sequential Organ Failure Assessment)

| | AVP (n = 13) | NE (n = 10) | p |
|---|---|---|---|
| Age (years) | 51.2 ± 17.2 | 58.1 ± 17.5 | 0.35 |
| Gender: M/F | 6/7 | 8/2 | 0.20 |
| Body mass index | 25.7 ± 6.7 | 25.0 ± 3.8 | 0.73 |
| Recent surgical history | 3 | 3 | 1.00 |
| Site of infection | | | 0.80 |
| Lung | 7 | 4 | |
| Abdomen | 4 | 4 | |
| Other | 2 | 2 | |
| Gram staining of bacterial pathogen | | | 0.93 |
| Gram-negative | 3 | 3 | |
| Gram-positive | 7 | 4 | |
| Mixed | 2 | 2 | |
| Unknown | 1 | 1 | |
| APACHE II score | 22.8 ± 3.4 | 23.5 ± 4.2 | 0.65 |
| Modified SOFA score | 8.5 ± 1.4 | 9.3 ± 1.4 | 0.17 |
| Chronic corticosteroid use | 5 (38%) | 2 (20%) | 0.41 |
| Relative adrenal insufficiency | 3/8 (38%) | 6/8 (75%) | 0.31 |
| Overall corticosteroid use | 8 (62%) | 8 (80%) | 0.41 |
| Drotrecogin α use | 2 (15%) | 3 (30%) | 0.62 |
| Time from onset of septic shock to baseline measurements (h) | 7.4 ± 5.4 | 8.2 ± 6.2 | 0.74 |

a central venous catheter to maintain a mean arterial pressure above 70 mmHg. Other vasopressive drugs were tapered and weaned as the experimental drug was increased. When maximal dosage of the experimental drug was reached (AVP 0.20 U min$^{-1}$; NE 2.8 µg kg$^{-1}$ min$^{-1}$), administration of the other drug (either NE or AVP) was allowed as rescue therapy if the mean arterial pressure was still below 70 mmHg. Dobutamine was used if cardiac index decreased below 3 l min$^{-1}$ m$^{-2}$ despite adequate volume resuscitation. Either colloids (albumin 25%, Bayer, Toronto, Ontario; pentastarch 10%, Bristol-Myers-Squibb Canada, Montreal, Quebec) or crystalloids were used to maintain pulmonary artery occlusion pressure greater than 12 mmHg. Within 24 h after randomization an ACTH stimulation test was performed in all patients by injecting 250 µg ACTH and by measuring cortisol before and 30 and 60 min after the injection. Relative adrenal insufficiency was defined by a response of 9 µg dl$^{-1}$ or less. Nonresponders and chronic corticosteroid users were treated with hydrocortisone 50 mg intravenously every 6 h for at least 1 week [21]. Antibiotic use, surgical management of infection, insulin, sedation, analgesia, transfusions, and other supportive treatments were at the discretion of the ICU team.

Hemodynamic monitoring included radial and pulmonary arterial catheters (Edwards Life Sciences, Irvine Calif., USA). Parameters were measured at 0, 1, 6, 12, 24, and 48 h after protocol initiation. Since all patients were mechanically ventilated, pressures were measured at end-expiration. Cardiac index was obtained by thermodilution. Mean cardiac index was calculated after performing three measurements with 10 ml dextrose water (5%) at room temperature (<22 °C) injected in less than 2 s. Gastric tonometry was performed after insertion of a TRIP catheter (16 F) by nasogastric route (Tonocap, Tonometrics, Datex-Omheda, Madison Wisc., USA). Enteral nutrition was not allowed for the first 24 h and was discontinued 8 h prior to the last tonometric measurement at 48 h.

Arterial blood gases, pulmonary artery blood gases, and lactate concentration were obtained for each cardiac index measurement. The PaO$_2$/FIO$_2$ ratio, creatinine clearance, bilirubin, platelet count, and modified Sequential Organ Failure Assessment (SOFA) score were measured at 0, 12, 24, and 48 h. Modified SOFA score was determined without considering the neurological component as all patients were sedated. While the cardiovascular component of the SOFA score considers catecholamine (but not AVP) use as a marker of organ dysfunction, additional points were prospectively assigned to AVP patients not on NE to avoid a vasopressor-selection bias (2 points if AVP infusion was at or below 0.04 U/min and 3 points if at or below 0.04 U/min). Creatinine clearance was based on 2-h urine collection.

Adverse reactions such as acute coronary syndromes, arrhythmias, clinically significant gut and skin ischemia were prospectively and systematically recorded in each group by a physician not involved in the study. Acute coronary syndrome was a priori defined as an increase in troponin I level above the normal threshold combined with electrocardiographic (ECG) changes (ST segment elevation or depression of ≥ 1 mV or a T wave inversion of ≥ 2 mV).

Statistical analysis

We respected the intention-to-treat principle by analyzing all patients according to their initial assignment. Data are expressed as mean ± SD or median with interquartile range. Normality was assessed by the Shapiro-Wilks test for each variable. Baseline characteristics were compared using the unpaired Student's $t$ test for quantitative variables and Fisher's exact test for categorical variables. Differences within groups were analyzed by one-way analysis of variance for parametric variables. We used the Dunnett's method for comparisons with baseline when time-effect was significant. For nonparametric variables (vasoactive drugs requirements and alanine transaminase levels) we used the Kruskal-Wallis test for comparison within groups and the Mann-Whitney $U$ test with Bonferroni's adjustment for comparisons between pairs. Differences between groups were analyzed by linear mixed-effects models to consider death-related dropouts. All comparisons with a $p$ value less than 0.05 were considered as statistically significant.

## Results

Hemodynamic parameters

Hemodynamic parameters and vasoactive drug requirements were similar at the beginning of drug infusion (Table 2). Central venous pressure, pulmonary artery occlusion pressure, and mean pulmonary artery pressure remained stable over time and were similar in each group. In both groups the mean arterial pressure increased over time and differed significantly at the end of the study compared with baseline (AVP $p = 0.004$, NE $p = 0.02$). No differences were observed between groups ($p = 0.74$). There was a transient decrease in cardiac index vs. baseline among patients receiving AVP, which was significant at 1, 6, and 12 h ($p = 0.02$) and was associated with a sustained increase in systemic vascular resistance ($p = 0.002$; Table 2). In addition, there was a decrease in O$_2$ delivery at 48 h in the AVP group ($p = 0.01$; Table 3). There was no overall difference in cardiac index, O$_2$ delivery, or consumption in the NE group. The NE dose was lower in the AVP group at the end of the study compared to

**Table 2** Hemodynamic parameters (*AVP* arginine-vasopressin, *NE* norepinephrine, *MPAP* mean pulmonary artery pressure, *CVP* central venous pressure, *PAOP* pulmonary artery occlusion pressure, *SVRI* systemic vascular resistance index, *PVRI* pulmonary vascular resistance index)

| | Baseline | 1 h | 6 h | 12 h | 24 h | 48 h | p over time | p between groups |
|---|---|---|---|---|---|---|---|---|
| MAP (mmHg) | | | | | | | | 0.74 |
| AVP | 72 ± 7 | 74 ± 8 | 75 ± 7 | 74 ± 12 | 81 ± 11* | 78 ± 12* | 0.004 | |
| NE | 68 ± 10 | 72 ± 5 | 72 ± 8 | 73 ± 6 | 77 ± 6 | 81 ± 9* | 0.02 | |
| Heart rate (beats/min) | | | | | | | | 0.47 |
| AVP | 118 ± 16 | 105 ± 16 | 100 ± 15* | 97 ± 17* | 96 ± 20* | 93 ± 21* | 0.009 | |
| NE | 109 ± 23 | 108 ± 22 | 104 ± 22 | 105 ± 20 | 101 ± 19* | 96 ± 18* | 0.79 | |
| MPAP (mmHg) | | | | | | | | 0.24 |
| AVP | 30 ± 5 | 28 ± 6 | 26 ± 7 | 27 ± 7 | 28 ± 5 | 27 ± 8 | 0.71 | |
| NE | 30 ± 11 | 29 ± 8 | 27 ± 8 | 30 ± 8 | 26 ± 6 | 34 ± 5 | 0.52 | |
| Cardiac index (ml min⁻¹ m⁻²) | | | | | | | | 0.13 |
| AVP | 4.6 ± 1.0 | 3.6 ± 1.1* | 3.7 ± 0.7* | 3.7 ± 0.5* | 4.2 ± 0.8 | 3.7 ± 0.9 | 0.02 | |
| NE | 4.4 ± 1.4 | 4.3 ± 1.4 | 4.3 ± 1.7 | 4.4 ± 1.8 | 4.5 ± 1.8 | 3.7 ± 1.6 | 0.96 | |
| Stroke volume index, (ml/beat/m²) | | | | | | | | 0.39 |
| AVP | 39.9 ± 9.7 | 34.9 ± 10.8 | 38.1 ± 12.0 | 38.9 ± 9.2 | 44.7 ± 9.0 | 41.8 ± 13.3 | 0.35 | |
| NE | 40.8 ± 11.5 | 40.1 ± 12.9 | 41.3 ± 14.5 | 41.6 ± 13.8 | 44.3 ± 12.8 | 41.3 ± 13.7 | 0.99 | |
| CVP (mmHg) | | | | | | | | 0.11 |
| AVP | 10 ± 4 | 12 ± 5 | 12 ± 6 | 12 ± 5 | 10 ± 4 | 12 ± 5 | 0.87 | |
| NE | 13 ± 7 | 12 ± 5 | 12 ± 6 | 12 ± 3 | 13 ± 4 | 15 ± 3 | 0.91 | |
| PAOP (mmHg) | | | | | | | | 0.40 |
| AVP | 13 ± 5 | 15 ± 4 | 16 ± 6 | 14 ± 5 | 14 ± 4 | 14 ± 4 | 0.66 | |
| NE | 14 ± 5 | 14 ± 5 | 14 ± 5 | 14 ± 4 | 15 ± 5 | 17 ± 2 | 0.84 | |
| SVRI (dyne·s·cm⁻⁵ m⁻²) | | | | | | | | 0.32 |
| AVP | 985 ± 227 | 1414 ± 397* | 1409 ± 316* | 1369 ± 306* | 1384 ± 246* | 1501 ± 361* | 0.002 | |
| NE | 1108 ± 392 | 1225 ± 380 | 1256 ± 399 | 1258 ± 453 | 1255 ± 342 | 1576 ± 396 | 0.39 | |
| PVRI (dyne·s·cm⁻⁵ m⁻²) | | | | | | | | 0.42 |
| AVP | 310 ± 142 | 304 ± 144 | 236 ± 166 | 291 ± 125 | 305 ± 106 | 320 ± 233 | 0.79 | |
| NE | 306 ± 159 | 309 ± 181 | 307 ± 250 | 364 ± 298 | 223 ± 126 | 416 ± 221 | 0.62 | |

* $p < 0.05$ vs. baseline

baseline ($p = 0.04$; Table 4), but 85% of AVP-infused patients received NE at some point because their mean arterial pressure was less than 70 mmHg despite maximal dose of AVP (0.2 U/min). No patients in the NE group received rescue AVP therapy. Three patients in both groups required dobutamine.

Organ dysfunction

Organ dysfunction measurements are shown in Table 3. AVP patients exhibited a lower modified SOFA score at the end of the experiment than NE patients ($p = 0.04$). This was associated with an improvement in creatinine clearance at 24 h in the AVP group ($p = 0.04$) that was not observed in the NE group ($p = 0.46$). Baseline bilirubin levels was higher in the AVP group than the NE group ($p = 0.03$), but this gap remained unchanged throughout the study and was not associated with a difference in alanine transaminase levels. No difference was observed

either between or within groups in terms of $PrCO_2 - PaCO_2$ difference or platelet count.

Adverse events

Overall three patients in both groups died during ICU stay (ICU mortality rate: AVP group 23.1%, NE group 30%; $p = 1.00$, Fisher's exact test). Three patients died during the study protocol: two in the AVP group and one in the NE group. In each case death was attributed to refractory shock. In one instance, a marked increase in $PrCO_2 - PaCO_2$ difference was observed while the patient was receiving AVP at 0.2 U/min. However, an autopsy limited to the abdomen and performed by a pathologist unaware of group assignment reported neither macroscopic nor microscopic evidence of mesenteric ischemia. No such event occurred among the other patients. No cutaneous ischemia was observed in either group.

One case of acute coronary syndrome occurred during the protocol in each group, with a maximal troponin I

**Table 3** Organ dysfunction (*AVP* arginine-vasopressin, *NE* norepinephrine, *IQR* interquartile range)

| | Baseline | 12 h | 24 h | 48 h | p over time | p between groups |
|---|---|---|---|---|---|---|
| Lactate (mmol l$^{-1}$) | | | | | | 0.27 |
| AVP | 2.87 ± 0.75 | 2.75 ± 0.79 | 2.26 ± 0.70 | 2.25 ± 0.67 | 0.11 | |
| NE | 3.33 ± 1.75 | 2.90 ± 2.44 | 2.74 ± 2.04 | 2.49 ± 1.26 | 0.81 | |
| Mixed venous O$_2$ saturation (%) | | | | | | 0.87 |
| AVP | 68 ± 8 | 66 ± 6 | 65 ± 6 | 65 ± 8 | 0.66 | |
| NE | 65 ± 7 | 68 ± 9 | 68 ± 8 | 65 ± 7 | 0.74 | |
| Indexed O$_2$ delivery (ml min$^{-1}$ m$^{-2}$) | | | | | | 0.23 |
| AVP | 581 ± 124 | 462 ± 108* | 506 ± 121 | 423 ± 103* | 0.01 | |
| NE | 537 ± 143 | 630 ± 327 | 537 ± 192 | 474 ± 306 | 0.66 | |
| Indexed O$_2$ consumption, (ml min$^{-1}$ m$^{-2}$) | | | | | | 0.14 |
| AVP | 148 ± 30 | 133 ± 26 | 155 ± 19 | 128 ± 35 | 0.10 | |
| NE | 157 ± 42 | 171 ± 72 | 149 ± 30 | 146 ± 72 | 0.80 | |
| Modified SOFA score | | | | | | 0.001 |
| AVP | 8.5 ± 1.3 | 7.8 ± 2.4 | 7.0 ± 1.3 | 6.2 ± 2.8* | 0.04 | |
| NE | 9.3 ± 1.4 | 8.6 ± 1.2 | 8.9 ± 0.9 | 8.0 ± 1.6 | 0.19 | |
| PaO/FIO$_2$ ratio | | | | | | 0.17 |
| AVP | 133 ± 69 | 154 ± 84 | 200 ± 88 | 200 ± 108 | 0.16 | |
| NE | 168 ± 108 | 198 ± 91 | 233 ± 78 | 230 ± 73 | 0.36 | |
| Creatinine clearance (ml min$^{-1}$ 1.73 m$^{-2}$) | | | | | | 0.001 |
| AVP | 50 ± 37 | 105 ± 85 | 122 ± 66* | 106 ± 58 | 0.04 | |
| NE | 47 ± 45 | 47 ± 37 | 54 ± 38 | 73 ± 42 | 0.46 | |
| Daily urine output (ml) | | | | | | 0.38 |
| AVP | 1420 ± 656 | – | 2049 ± 562 | 3051 ± 1666* | 0.008 | |
| NE | 1146 ± 700 | – | 1895 ± 1292 | 2644 ± 1060 | 0.07 | |
| Bilirubin (μmol/l) | | | | | | 0.03 |
| AVP | 26 ± 42 | 29 ± 44 | 25 ± 39 | 21 ± 28 | 0.98 | |
| NE | 11 ± 12 | 11 ± 10 | 10 ± 12 | 12 ± 17 | 0.99 | |
| Alanine transaminase (U/l; IQR) | | | | | | 0.06 |
| AVP | 26 (25–41) | 34 (25–49) | 34 (29–44) | 37 (26–47) | 0.83 | |
| NE | 39 (21–60) | 47 (24–63) | 40 (24–54) | 38 (24–100) | 0.99 | |
| Platelet count (×10$^3$/μl) | | | | | | 0.13 |
| AVP | 194 ± 128 | 148 ± 91 | 148 ± 91 | 135 ± 86 | 0.49 | |
| NE | 141 ± 105 | 134 ± 91 | 113 ± 68 | 110 ± 62 | 0.83 | |
| PrCO$_2$ – PaCO$_2$ difference (mmHg) | | | | | | 0.35 |
| AVP | 7 ± 6 | 10 ± 6 | 6 ± 5 | 8 ± 9 | 0.60 | |
| NE | 10 ± 9 | 9 ± 7 | 10 ± 6 | 8 ± 5 | 0.98 | |

*p < 0.05 vs. baseline

level of 0.8 μg/l in the AVP patient and of 0.6 μg/l in the NE patient. The latter patient had stable coronary artery disease. Coronary angiography demonstrated severe right coronary and circumflex stenosis. The AVP patient had no cardiovascular disease prior to admission, and angiography performed during infusion of AVP at 0.2 U/min revealed an occlusion of a small marginal artery. ECG changes (ST segment depression in lateral precordial leads) subsequently disappeared after tapering the AVP infusion to 0.04 U/min. None of these patients developed Q waves and creatine kinase levels remained normal. No tachyarrhythmia was observed during the first 48 h.

## Discussion

In this randomized trial high-dose AVP alone did not maintain the mean arterial pressure above 70 mmHg in the early resuscitation phase of hyperdynamic septic shock in most patients. Although patients were exposed to relatively lower doses of NE, no exquisite sensitivity to AVP was observed. More than one-half of AVP-infused patients were still on NE and required the maximal dose of AVP after 1 h, and one-third were still on NE at 48 h. Patients enrolled in this trial were in septic shock for less than 12 h. Since vasopressin depletion is believed to occur 36 h from the onset of septic shock [7], enrolled patients may have not been AVP depleted. We did not measure AVP levels, and the dose used probably led to supranormal AVP levels. On the other hand, the relationship between circulating vasoactive hormones and pharmacological effects is complex. Jochberger et al. [22] recently demonstrated that there is no correlation between AVP serum levels and hemodynamic parameters in critically ill patients. Moreover, decreased AVP sensitivity, partly related to receptor downregula-

**Table 4** Vasoactive drug requirements (*NE* norepinephrine, *DU* dobutamine, *AVP* arginine-vasopressin, *IQR* interquartile range)

| | Baseline | 1 h | 6 h | 12 h | 24 h | 48 h | p over time | p between groups |
|---|---|---|---|---|---|---|---|---|
| **NE use** | | | | | | | | |
| AVP | 11/13 (85%) | 8/13 (62%) | 4/13 (31%) | 4/13 (31%) | 3/11 (27%) | 4/11 (36%) | – | – |
| NE | 7/10 (70%) | 10/10 (100%) | 10/10 (100%) | 10/10 (100%) | 9/9 (100%) | 6/9 (100%) | – | |
| **NE dose** ($\mu g\ kg^{-1}\ min^{-1}$; IQR) | | | | | | | | |
| AVP | 0.16 (0.08–0.61) | 0.08 (0.00–0.47) | 0.00 (0.00–0.24) | 0.00 (0.00–0.41) | 0.00 (0.00–0.12)* | 0.00 (0.00–0.05)* | 0.04 | <0.001 |
| NE | 0.20 (0.17–0.46) | 0.58 (0.16–1.21) | 0.61 (0.19–1.57) | 0.50 (0.28–1.27) | 0.42 (0.12–0.88) | 0.10 (0.02–0.49) | 0.06 | |
| **DU use** | | | | | | | | |
| AVP | 0/13 (0%) | 0/13 (0%) | 1/13 (8%) | 3/13 (23%) | 2/11 (18%) | 1/11 (9%) | – | – |
| NE | 0/10 (0%) | 0/10 (0%) | 2/10 (20%) | 3/10 (30%) | 3/9 (33%) | 3/9 (33%) | – | 0.11 |
| **DU dose** ($\mu g\ kg^{-1}\ min^{-1}$; IQR) | | | | | | | | |
| AVP | 0.00 (0.00–0.00) | 0.00 (0.00–0.00) | 0.00 (0.00–0.00) | 0.00 (0.00–2.50) | 0.00 (0.00–0.00) | 0.00 (0.00–0.00) | 0.27 | |
| NE | 0.00 (0.00–0.00) | 0.00 (0.00–0.00) | 0.00 (0.00–1.25) | 0.00 (0.00–2.90) | 0.00 (0.00–3.60) | 0.00 (0.00–3.60) | 0.18 | |
| **AVP use** | | | | | | | | |
| AVP | 0/13 (0%) | 13/13 (100%) | 13/13 (100%) | 12/13 (92%) | 10/11 (91%) | 5/11 (45%) | – | – |
| NE | 0/10 (0%) | 0/10 (0%) | 0/10 (0%) | 0/10 (0%) | 0/9 (0%) | 0/9 (0%) | – | |
| **AVP** (U/min) | | | | | | | | |
| AVP | 0.0±0.0 | 0.15±0.07* | 0.14±0.07* | 0.12±0.07* | 0.09±0.08* | 0.06±0.08* | <0.001 | 0.01 |
| NE | 0.0±0.0 | 0.0±0.0 | 0.0±0.0 | 0.0±0.0 | 0.0±0.0 | 0.0±0.0 | 1.00 | |

*$p < 0.05$ vs. baseline

tion [23], has recently been demonstrated during septic shock [24].

However, this trial demonstrates that the infusion of AVP, in contrast to NE, improves SOFA scores in early septic shock. Rapid improvement in SOFA score has been associated with lower mortality rates [25, 26, 27]. More specifically, improvement in renal dysfunction from baseline to day 1 is an independent predictor of 28-day survival [25]. In this trial improved SOFA score in AVP-treated patients was due mainly to its effect on renal function. Vasopressin-induced favorable effects on renal function have previously been reported in a randomized double-blind trial [18] and are supported by experimental data [28]. AVP increases renal blood flow in endotoxic animals [28, 29] independently of its effect on mean arterial pressure [18, 29]. Unlike NE, AVP exhibits selective vasoconstrictive properties on the efferent arteriole [30] and vasodilatory effects on the afferent arteriole which are thought to be related to nitric oxide production [31]. As for NE, this overall effect on renal microperfusion can be blunted by using higher doses of AVP [32].

AVP increased systemic vascular resistance and was a valuable NE-sparing agent. It decreased cardiac index by lowering heart rate rather then stroke volume. It also reduced $O_2$ delivery without affecting mixed venous oxygen saturation or lactate levels. These results are consistent with those of Albanèse et al. [33], who used 1 mg terlipressin, a AVP analog with 6-h half-life. Three small randomized trials [17, 18, 19] found no adverse effect of AVP on cardiac output, in opposition to case series [11, 12, 13, 15]. Luckner et al. [8] recently reported decreased cardiac index induced by AVP mainly in patients with hyperdynamic circulation, as was the case in our patients. On contrast to to Holmes et al. [15], who used AVP a dose as high as 0.6 U/min in some cases, no life-threatening decrease in cardiac index was observed after initiation of high-dose AVP in this trial. On the other hand, one patient developed AVP-induced acute coronary syndrome, although ischemic ECG changes disappeared upon reduction in the amount of AVP infused, which is consistent with dose-dependent coronary vasoconstriction observed in experimental models [34, 35].

As opposed to Luckner et al. [8], we did not find that AVP impaired liver function by inducing cholestasis and increasing liver enzymes. No $PrCO_2 - PaCO_2$ difference deterioration was observed, as opposed to the findings of Klinzing et al. [11] who used similar AVP doses previously described to reduce bleeding from ruptured esophageal varices [36] (mean dose 0.47 /min, maximal 1.8 U/min). In this respect our results confirm those observed previously in two randomized controlled trials [17, 18]. Furthermore, deleterious effects of AVP on splanchnic perfusion may be explained by inadequate fluid resuscitation [37].

Even with large doses of AVP mean pulmonary artery pressure and resistance did not change over time in this trial compared to those in the NE group. Animal experi-

ments demonstrate that low-dose AVP, which activates endothelial isoforms of nitric oxide synthase via endothelial oxytocin receptors [38], induces pulmonary vasodilatation [39] and decreases lung hyperpermeability induced by endotoxin [28]. The former effect is not sustained with higher levels of AVP (>300 pg/ml) [40], whereas recent clinical data show that an AVP dose of 0.04–0.1 U/min does not change or slightly decreases pulmonary artery pressure [13, 14, 15, 17], in contrast to terlipressin which enhances it [33].

To our knowledge, this is the first trial evaluating the effects of AVP infusion in the first 12 h of hyperdynamic septic shock. Previous trials used AVP as a rescue therapy for refractory septic shock [17, 18, 19] or after equivocal delay from sepsis onset [11]. This study has several limitations. The unblinded design may have introduced confounders and affected measurements despite the fact that many measured variables are not prone to subjective interpretation. Also, the small sample size precludes definitive conclusions about the potential effect of AVP on clinically important benefits (such as less need for renal replacement or lower mortality suggested by improved renal function and SOFA scores) or clinically important harms (such as splanchnic and coronary adverse effects).

## Conclusion

This multicenter, open-label randomized trial in early hyperdynamic septic shock found that initial management with high-dose AVP used as a single vasopressor agent initially failed to maintain the mean arterial pressure above 70 mmHg. Nevertheless AVP is a NE-sparing agent that decreases cardiac index mainly by decreasing heart rate rather then cardiac contractility. AVP may have favorable effects on renal function that translate into a lower modified SOFA score at 48 h. Although not designed to comprehensively assess gastrointestinal effects, no deterioration in the $PrCO_2 - PaCO_2$ difference was observed in the AVP group. Before becoming a standard of care in the management of early hyperdynamic septic shock, AVP needs to be further evaluated in a large double-blind randomized controlled trial to determine its effects on overall morbidity and mortality.

**Acknowledgements.** The authors thank Dr. Deborah Cook for reviewing the manuscript and Drs. Julie Abel, Dominique Bérard, Claude Cyr, Eric Deland, Sophie Laflamme, Marcel Martin, and Catherine St-Pierre for their help in recruiting patients.

## References

1. Hoyert DL, Kung HC, Smith BL (2005) Deaths: preliminary data for 2003. Natl Vital Stat Rep 53:1–48
2. Angus DC, Linde-Zwirble WT, Lidicker J, Clermont G, Carcillo J, Pinsky MR (2001) Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. Crit Care Med 29:1303–1310
3. Vincent JL, Sakr Y, Sprung CL, Ranieri VM, Reinhart K, Gerlach H, Moreno R, Carlet J, Le Gall JR, Payen D (2006) Sepsis Occurrence in Acutely Ill Patients Investigators. Crit Care Med 34:344–353
4. Rivers E, Nguyen B, Havstad S, Ressler J, Muzzin A, Knoblich B, Peterson E, Tomlanovich M, for the Early Goal-Directed Therapy Collaborative Group (2001) Early goal-directed therapy in the treatment of severe sepsis and septic shock. N Engl J Med 345:1368–1377
5. Müllner M, Urbanek B, Havel C, Losert H, Waechter F, Gamper G (2004) Vasopressors for shock. Cochrane Database of Systematic Reviews, issue 3: CD003709
6. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA (1997) Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 95:1122–1125
7. Sharshar T, Blanchard A, Paillard M, Raphael JC, Gajdos P, Annane D (2003) Circulating vasopressin levels in septic shock. Crit Care Med 31:1752–1758
8. Luckner G, Dunser MW, Jochberger S, Mayr VD, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, Mayr AJ, Friesenecker B (2005) Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med 33:2659–2666
9. Hall LG, Oyen LJ, Taner CB, Cullinane DC, Baird TK, Cha SS, Sawyer MD (2004) Fixed-dose vasopressin compared with titrated dopamine and norepinephrine as initial vasopressor therapy for septic shock. Pharmacotherapy 24:1002–1012
10. Obritsch MD, Jung R, Fish DN, MacLaren R (2004) Effects of continuous vasopressin infusion in patients with septic shock. Ann Pharmacother 38:1117–1122
11. Klinzing S, Simon M, Reinhart K, Bredle DL, Meier-Hellmann A (2003) High-dose vasopressin is not superior to norepinephrine in septic shock. Crit Care Med 31:2646–2650
12. Haren FMP van, Rozendaal FW, van der Hoeven JG (2003) The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. Chest 124:2256–2260
13. Dunser MW, Mayr AJ, Ulmer H, Ritsch N, Knotzer H, Pajk W, Luckner G, Mutz NJ, Hasibeder WR (2001) The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. Anesth Analg 93:7–13
14. Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Boyle WA (2001) Hemodynamic and metabolic effects of low dose vasopressin infusions in vasodilatory septic shock. Crit Care Med 29:487–493
15. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA (2001) The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 27:1416–1421

PAR-VASO-0007760

16. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA (1997) Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 25:1279–1282

17. Dunser MW, Mayr AJ, Ulmer H, Knotzer H, Sumann G, Pajk W, Friesenecker B, Hasibeder WR (2003) Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation 107:2313–2319

18. Patel BM, Chittock DR, Russell JA, Walley KR (2002) Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 96:576–582

19. Malay MB, Ashton RC Jr, Landry DW, Townsend RN (1999) Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 47:699–703

20. American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference (1992) Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. Crit Care Med 20:864–874

21. Annane D, Sebille V, Charpentier C, Bollaert PE, Francois B, Korach JM, Capellier G, Cohen Y, Azoulay E, Troche G, Chaumet-Riffaut P, Bellissant E (2002) Effect of treatment with low doses of hydrocortisone and fludrocortisone on mortality in patients with septic shock. JAMA 288:862–871

22. Jochberger S, Mayr VD, Luckner G, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, Friesenecker B, Mayr AJ, Dünser MW (2006) Serum vasopressin concentrations in critically ill patients. Crit Care Med 34:293–299

23. Bucher M, Hobbhahn J, Taeger K, Kurtz A (2002) Cytokine-mediated down-regulation of vasopressin V1A receptors during acute endotoxemia in rats. Am J Physiol Regul Integr Comp Physiol 282:R979–R984

24. Leone M, Boyle WA (2006) Decreased vasopressin responsiveness in vasodilatory septic shock-like conditions. Crit Care Med 34:1126–1130

25. Levy MM, Macias WL, Vincent JL, Russell JA, Silva E, Trzaskoma B, Williams MD (2005) Early changes in organ function predict eventual survival in severe sepsis. Crit Care Med 33:2194–2201

26. Ferreira FL, Bota DP, Bross A, Mélot C, Vincent JL (2001) Serial evaluation of the SOFA score to predict outcome in critically ill patients. JAMA 286:1754–1758

27. Moreno R, Vincent JL, Matos R, Mendonca A, Cantraine F, Thijs L, Takala J, Sprung C, Antonelli M, Bruining H, Willatts S (1999) The use of maximum SOFA score to quantify organ dysfunction/failure in intensive care. Results of a prospective, multicentre study. Intensive Care Med 25:686–696

28. Lévy B, Vallée C, Lauzier F, Plante GE, Mansart A, Mallie JP, Lesur O (2004) Comparative effects of vasopressin, norepinephrine, and L-canavanine, a selective inhibitor of inducible nitric oxide synthase, in endotoxic shock. Am J Physiol Heart Circ Physiol 287:H209–H215

29. Albert M, Losser MR, Hayon D, Faivre V, Payen D (2004) Systemic and renal macro- and microcirculatory responses to arginine vasopressin in endotoxic rabbits. Crit Care Med 32:1891–1898

30. Edwards RM, Trizna W, Kinter LB (1989) Renal microvascular effects of vasopressin and vasopressin antagonists. Am J Physiol 256:F274–F278

31. Rudichenko VM, Beierwaltes WH (1995) Arginine vasopressin-induced renal vasodilation mediated by nitric oxide. J Vasc Res 32:100–105

32. McVicar AJ (1988) Dose-response effects of pressor doses of arginine vasopressin on renal haemodynamics in the rat. J Physiol (Lond) 404:535–546

33. Albanese J, Leone M, Delmas A, Martin C (2005) Terlipressin or norepinephrine in hyperdynamic septic shock: a prospective, randomized study. Crit Care Med 33:1897–1902

34. Boyle WA III, Segel LD (1986) Direct cardiac effects of vasopressin and their reversal by a vascular antagonist. Am J Physiol 251:H734–H741

35. Walker BR, Childs ME, Adams EM (1988) Direct cardiac effects of vasopressin: role of V1- and V2-vasopressinergic receptors. Am J Physiol 255:H261–H265

36. Imperiale TF, Teran JC, McCullough AJ (1995) A meta-analysis of somatostatin versus vasopressin in the management of acute esophageal variceal hemorrhage. Gastroenterology 109:1289–1294

37. Asfar P, Pierrot M, Veal N, Moal F, Oberti F, Croquet V, Douay O, Gallois Y, Saumet JL, Alquier P, Cales P (2003) Low-dose terlipressin improves systemic and splanchnic hemodynamics in fluid-challenged endotoxic rats. Crit Care Med 31:215–220

38. Thibonnier M, Conarty DM, Preston JA, Plesnicher CL, Dweik RA, Erzurum SC (1999) Human vascular endothelial cells express oxytocin receptors. Endocrinology 140:1301–1309

39. Okamura T, Toda M, Ayajiki K, Toda N (1997) Receptor subtypes involved in relaxation and contraction by arginine vasopressin in canine isolated short posterior ciliary arteries. J Vasc Res 34:464–472

40. Wallace AW, Tunin CM, Shoukas AA (1989) Effects of vasopressin on pulmonary and systemic vascular mechanics. Am J Physiol 257:H1228–H1234

PAR-VASO-0007761

Eur J Pediatr (2007) 166:1221–1227
DOI 10.1007/s00431-006-0400-0

# Arginine-vasopressin in neonates with vasodilatory shock after cardiopulmonary bypass

Evelyn Lechner · Anna Hofer · Rudolf Mair ·
Werner Moosbauer · Eva Sames-Dolzer · Gerald Tulzer

Received: 15 October 2006 / Accepted: 14 December 2006 / Published online: 16 January 2007
© Springer-Verlag 2007

**Abstract** Successful therapy of vasodilatory shock in adults and children with arginine-vasopressin (AVP) has been reported previously. Data on the use of vasopressin in neonates is limited. This retrospective study reports the effects of AVP-treatment in neonates with catecholamine-resistant systemic vasodilatation after cardiopulmonary bypass. From March 2003 through December 2005, 172 neonates underwent open-heart surgery, 17 developed vasopressor-resistant hypotension and were treated with AVP. Thirteen patients had a stage I palliation of single ventricle, two had a Ross-operation and two had an arterial switch operation. All patients received multiple traditional inotropes and vasopressors prior to administration of AVP. AVP was started at median 0.0001 U·kg$^{-1}$·min$^{-1}$ (range 0.00005–0.0002) and titrated up to a maximum of median 0.0003 U·kg$^{-1}$·min$^{-1}$ (range 0.0001–0.001). AVP led to a significant increase in blood pressure (from 49+/−8 mmHg to 69+/− 7 mmHg) and the requirement of traditional vasopressors decreased significantly. No peripheral vasoconstriction or ischemia was observed. Four of 13 patients, all with single ventricle palliation, died. In two patients death occurred due to additional complications 6 days after AVP was discontinued. One patient, who was still on AVP, died 42 hours postoperatively after prolonged hypoxemia not responding to inhaled nitric oxide. One patient arrested on the third postoperative day when AVP was almost weaned. Conclusion: In neonates with vasodilatory shock after cardiopulmonary bypass AVP is a potent agent to increase blood pressure when traditional vasopressors are failing.

**Keywords** Vasodilatation · Cardiopulmonary bypass · Cardiac output · Congenital heart defects · Vasopressin

E. Lechner · G. Tulzer
Department of Paediatric Cardiology,
Children's Heart Center Linz,
Linz, Austria

A. Hofer · W. Moosbauer
Intensive Care Unit General Hospital
and Children's Heart Center Linz,
Linz, Austria

R. Mair · E. Sames-Dolzer
Congenital Heart Surgery, Children's Heart Center Linz,
Linz, Austria

E. Lechner (✉)
Children's Heart Center Linz,
Krankenhausstr. 26–30,
4020 Linz, Austria
e-mail: elechner@aon.at

## Introduction

Systemic vasodilatation and severe hypotension can occur due to septic shock or from systemic inflammatory response after cardiopulmonary bypass. Especially neonates who undergo cardiac surgery with long bypass duration are at high risk to develop post bypass systemic inflammatory response syndrome [3, 20, 21]. The postoperative management of neonates with vasodilatory shock is challenging. Established therapies include administration of volume and traditional vasopressors like dopamine, epinephrine and norepinephrine. Septic and post cardiopulmonary bypass-induced severe vasodilatation is associated with inappropriately low vasopressin plasma levels, so this vasopressin deficiency may contribute to the hypotension of vasodilatory shock [3, 9–11, 20, 21]. Decreased vasopressin responsiveness in septic shock contributes to a state of relative vasopressin insufficiency [11, 13]. Low-dose


Springer

PAR-VASO-0007762

continuous infusions of vasopressin have been used in several trials in adults with vasodilatory shock secondary to sepsis or open-heart surgery [1, 4, 7, 15, 17]. Arginine-vasopressin (AVP) led to resolution of hypotension and reduction or withdrawal of catecholamine and vasopressor support. It improved urine output without causing hyponatremia in adults and children [4, 7, 14–18, 23]. Data on the use of vasopressin in neonates with vasodilatory shock is limited [14, 18] and indications and dosing have not been established. The purpose of this study was to review our experience with the use of AVP in the treatment of vasodilatory shock after cardiac surgery in 17 neonates with catecholamine-resistant hypotension.

## Materials and methods

From March 2003 through December 2005, 172 consecutive term neonates (age range 1–28 days) underwent open-heart surgery for correction or palliation of congenital heart disease. During the study period extracorporeal membrane oxygenation was not available at our institution. Seventeen of 172 neonates developed systemic inflammatory response syndrome with hypotension, which was resistant to traditional vasopressors, and therefore were treated with AVP (Pitressin, Parke Davis). The charts of the 17 neonates were reviewed and data retrospectively analyzed. The study group included 11 males and 6 females with a median age of 6 days (range 3 to 12 days) and a median weight of 3.4 kg (range 2.0–3.9 kg) who received AVP for a median duration of 47 hours (range 9–85 hours). Four patients had correction of biventricular cardiac defects (two arterial switch operations and two Ross operations), 13 patients with single ventricle defects underwent stage one palliation (Table 1). Sixteen patients had ductal dependent lesions and received prostaglandins preoperatively. The median bypass duration was 208 minutes (range 172–380 minutes). Modified ultra filtration was performed in all patients. No long acting vasodilator such as phenoxybenzamine was used. In all patients milrinone was routinely initiated when coming off bypass as a continuous infusion at a dose of $0.5\ \mu g \cdot kg^{-1} \cdot min^{-1}$. No milrinone-loading dose was given. All patients received multiple inotropes and vasopressors in high doses, including dopamine ($n=16$), dobutamine ($n=1$), epinephrine ($n=16$) and norepinephrine ($n=17$) prior to AVP infusion. The milrinone infusion was stopped in all patients prior to AVP infusion. Two patients received amiodarone and were on temporary pacemaker therapy to control tachycardia (one junctional ectopic tachycardia and one atrial flutter, which reoccurred despite cardioversion). To keep the ionized calcium level above 1.2 µmol/l all patients received a continuous infusion of calcium. Delayed sternal closure was performed in 8/17 patients. None of the

patients showed signs of systemic infection, when vasodilatory shock was diagnosed. All patients were mechanically ventilated and an indwelling catheter monitored systemic arterial blood pressure. To exclude hypotension due to myocardial failure echocardiography was performed in all patients prior to initiation of AVP. None of the patients showed myocardial dysfunction.

The criteria for starting AVP was low cardiac output status with hypotension, which was defined as systolic arterial blood pressure below 55 mmHg refractory to fluid replacement and administration of high doses of dopamine, epinephrine and norepinephrine with decreasing urine output or increasing serum lactate levels. Four patients had higher arterial blood pressures (Fig. 1) at initiation of AVP, but were anuric and showed increasing serum lactate levels due to maximum doses of epinephrine and norepinephrine. In these patients AVP was initiated to allow reduction of traditional vasopressors. The average arterial blood pressure over 3 hours prior to initiation of AVP or during time off bypass, if this was less than 3 hours, was calculated and compared to the systolic arterial blood pressure one hour after the effective dose of AVP was reached. Left atrial pressure was continuously monitored via an intracardiac line. The average urine output in millilitres per kilogram per hour was calculated and compared for 6 hours prior to AVP and the first 6 hours after the effective dose was reached. Fluid balance 12 hours prior to and 12 hours after AVP initiation were available in 16/17 patients. Serum sodium concentration, serum lactate levels, creatinine, liver enzymes as well as arterial blood gases were regularly measured. Mixed venous saturations drawn from the pulmonary artery catheter prior to and on AVP were available in 3/4 patients with biventricular circulation. To avoid thrombotic formations in the superior vena cava central venous saturations were not monitored in single ventricle patients. To estimate the level of vasopressor support the inotropic score previously described by Wernovsky et al. [24] was modified. This modified score represents the amount of vasopressors used and was calculated as follows: dopamine+epinephrine×100+norepinephrine×100, all dosages in micrograms per kilogram per minute. The vasopressor score just before initiation of AVP infusion was compared to the vasopressor score 3 and 6 hours after achievement of the effective AVP dose. Data are reported as mean +/− standard deviation (SD). Paired variables were analyzed by the student paired t-test.

## Results

AVP infusion was administered within median 16 hours (range 0–32 hours) in the operating room ($n=1$) or in the intensive care unit ($n=16$). The AVP infusion rate was titrated up until the systolic arterial pressures were



PAR-VASO-0007763

**Table 1** Patient profiles

Patient profiles

| Patient | Sex, m/f | Age, days | Congenital heart defect | Operation | weight, kg | Vasopressor score | | | Urine output average, ml per kg per h | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Baseline | AVP 3 h | AVP 6 h | 6 h prior | AVP 6 h | |
| **Survivors** | | | | | | | | | | | |
| 1 | f | 5 | TGA | Arterial switch | 3.5 | 21 | 19 | 10 | 1.43 | 3.14 | |
| 2 | f | 6 | TGA | Arterial switch | 2.0 | 35 | 34 | 19 | 3.05 | 4.50 | |
| 3 | m | 8 | AS, Shone complex | Ross operation | 2.4 | 70 | 11 | 0 | 0.08 | 2.75 | |
| 4 | m | 7 | AS, VSD, IAA | Ross-Konno, VSD, arch repair | 3.0 | 27.5 | 15 | 9 | 0.40 | 2.20 | |
| 5 | m | 6 | HLHS | Norwood 1 + RV-PA conduit | 3.5 | 20 | 16 | 18 | n.a. | n.a. | |
| 6 | m | 3 | HLHS | Norwood 1 + RV-PA conduit | 3.4 | 24 | 21 | 13 | 2.00 | 2.88 | |
| 7 | m | 7 | HLHS | Norwood 1 + RV-PA conduit | 3.5 | 18 | 16 | 12 | 2.00 | 2.91 | |
| 8 | m | 6 | HLHS | Norwood 1 + RV-PA conduit | 2.7 | 32 | 22 | 12 | 1.11 | 0.74 | |
| 9 | m | 12 | HLHS | Norwood 1 + RV-PA conduit | 3.9 | 26 | 18 | 12 | 1.59 | 3.59 | |
| 10 | m | 7 | HLHS | Norwood 1 + RV-PA conduit | 2.5 | 26 | 15 | 12 | 2.40 | 3.00 | |
| 11 | m | 4 | HLHS | Norwood 1 + RV-PA conduit | 3.5 | 38 | 14 | 6 | 1.29 | 1.71 | |
| 12 | f | 2 | HLHS | Norwood 1 + RV-PA conduit | 3.5 | 14 | 9 | 9 | 1.29 | 1.37 | |
| 13 | m | 9 | SV, TGA | Norwood 1 + BTS | 2.6 | 26 | 19 | 12 | 1.23 | 1.73 | |
| **Non-survivors on AVP** | | | | | | | | | | | Cause of death |
| 14 | m | 6 | HLHS | Norwood 1 + RV-PA conduit | 3.7 | 37 | 28 | 11 | 0.54 | 1.22 | Prolonged hypoxemia on po day 2 |
| 15 | f | 6 | HLHS, TAPVC | Norwood 1 + RV-PA conduit, CA | 3.6 | 26 | 26 | 14 | 2.12 | 1.56 | Cardiac arrest on po day 4 |
| **Non-survivors post AVP** | | | | | | | | | | | |
| 16 | f | 3 | SV, hypopl. AA, TV-Dysplasia | PAB, arch repair | 3.2 | 32 | 23 | 5 | 0.56 | 0.94 | ICH IV, 6 days post AVP |
| 17 | f | 4 | HLHS | Norwood 1 + RV-PA conduit | 2.8 | 52 | 39 | 20 | 0.18 | 0.54 | Peritonitis, sepsis 6 days post AVP |

*hypopl AA* hypoplastic aortic arch, *TV* tricuspid valve, *PAB* pulmonary artery banding, *po* postoperative, *ICH IV* intra-cranial haemorrhage grade four, *n.a.* not available, *AVP* arginine-vasopressin, *TGA* transposition of the great arteries, *AS* aortic stenosis, *VSD* ventricular septal defect, *IAA* interrupted aortic arch, *HLHS* hypo-plastic left heart syndrome, *SV* single ventricle, *RV-PA* right ventricular to pulmonary artery,BTS modified Blalock-Taussig shunt, *TAPVC* total anomalous pulmonary venous connection, *CA* confluence anastomosis

constantly higher than 65 mmHg. This dose was considered to be effective. In 16/17 patients AVP was started at 0.0001 U·kg⁻¹·min⁻¹ (range 0.00005–0.0002) and titrated up to a maximum of 0.0003 U·kg⁻¹·min⁻¹ (range 0.0001–0.001). Due to a calculating mistake one patient received a starting dose of 0.001 U·kg⁻¹·min⁻¹, which subsequently was not titrated up. The effective dose was reached within 1 hour (range 0.5–7 hours). Left atrial pressure before

administration of AVP was 11 +/− 2 mmHg and did not change during AVP infusion. Systolic and diastolic arterial blood pressure (SAP) rose significantly in all patients (Fig. 1). In all survivors (*n*=13) serum lactate concentration at baseline (3.4 +/− 2.2 mmol/l) was significantly lower than in the four non-survivors (8.3 +/− 1.0 mmol/l) (Fig. 2). Pulmonary arterial pressure, which was directly measured via the pulmonary artery catheter in the four patients with


Springer

**Fig. 1** Systolic arterial blood pressure at baseline and after administration of vasopressin (AVP) increased significantly ($p<0.00001$)



49 +/- 8 mm Hg

69 +/- 7 mmHg

baseline                                                    AVP

biventricular circulation and indirectly estimated by echocardiography in all single ventricle patients, was not elevated. When the AVP infusion was started, the median arterial oxygen saturation in the single ventricle patients was 67.4%, the median arterial $pO_2$ was 34 mmHg, and the median $pCO_2$ was 40 mmHg, which shows that the

systemic to pulmonary blood flow was well balanced and systemic arterial hypotension was not caused by unbalanced pulmonary to systemic blood flow.

The requirement of vasopressors estimated with the vasopressor score decreased significantly within 3 h con-

**Fig. 2** Lactate levels in survivors (*black lines*) and in non-survivors (*white lines*) at baseline, 6 h and 12 h after initiation of vasopressin (AVP)



mmol/l

baseline                    AVP 6 h                    AVP 12 h

time


Springer



**Fig. 3** Vasopressor score decreased significantly within 3 h ($p<0.01$) and 6 h ($p<0.00001$) after initiation of vasopressin (AVP)

tinuing through 6 h (Fig. 3) and a significant reduction in volume requirement was noticed (Fig. 4).

The average urine output 6 h prior to AVP ($n=16$) increased from 1.33 +/– 0.82 $cm^3 \cdot kg^{-1} \cdot h^{-1}$ to an average of 2.17 +/– 0.09 $cm^3 \cdot kg^{-1} \cdot h^{-1}$ over the first 6 h after the effective dose was reached ($p=0.02$) (Table 1). Serum sodium concentration, serum creatinine levels and liver enzymes remained unchanged during the first 24 h of AVP infusion. Mixed venous saturation, which was available in

3/4 patients with biventricular circulation, increased from 60% +/– 3% to 80% +/– 2%. In the 13 single ventricle patients arterial oxygen saturation raised from baseline 67.4% +/– 9.3 % to 75.8% +/– 7.2 ($p=0.02$). In none of the patients were clinical signs of peripheral ischemia or reduced organ perfusion observed throughout continuous infusion of AVP.

### Outcome

Thirteen study patients survived to discharge. Four patients died, all after stage one palliation for single ventricle circulation (Table 1). In two patients death was not associated with AVP infusion, as the patients deceased due to additional complications 6 days after AVP was discontinued. In two patients death occurred during AVP infusion: one patient with HLHS died 42 hours postoperatively after prolonged hypoxemia not responding to inhaled nitric oxide. There was no anatomic problem found at autopsy. Another patient with HLHS arrested on postoperative day 4, when AVP was almost weaned. Resuscitation was not successful, the cause of cardiac arrest remained unknown as autopsy did not reveal further information (Table 1).



**Fig. 4** Average fluid requirement in ml per kg per hour 12 h prior to AVP decreased significantly ($p<0.00001$) compared to 12 h after initiation of vasopressin (AVP)

### Discussion

To avoid end-organ failure due to severe hypotension AVP was added to high dose traditional vasopressors in 17 critically ill neonates with vasodilatory shock after cardio-



PAR-VASO-0007766

pulmonary bypass. In these patients, who were considered to be near death, administration of AVP resulted in an immediate haemodynamic stabilization. In one case with hypoplastic left heart syndrome AVP enabled coming off bypass and leaving the operating room with stable haemodynamics. There is very little experience on the use of vasopressin in neonates with vasodilatory shock [14, 18]. A case series of eleven children (AVP-doses ranged from 0.0003–0.002 $U \cdot kg^{-1} \cdot min^{-1}$) reported by Rosenzweig et al. [18] included five neonates, three with refractory hypotension after cardiac surgery and two with cardiogenic shock. As the two patients who had poor left ventricular function died despite a transient improvement of blood pressure, vasopressin is probably less appropriate for neonates with ventricular dysfunction. Therefore we took care not to use AVP in patients with cardiac dysfunction. Liedel et al. [14] reported vasopressin therapy for refractory hypotension secondary to sepsis in five children (two neonates) with severe underlying diseases, where AVP doses of 0.001–0.007 $U \cdot kg^{-1} \cdot min^{-1}$ were used. No studies have been done to determine the appropriate dose of vasopressin in either children or neonates. In adult studies and case reports the doses have ranged from 0.004 to 0.1 $U \cdot min^{-1}$. Extrapolated from these adult data the dose for children and neonates should range between 0.00006 and 0.001 $U \cdot kg^{-1} \cdot min^{-1}$. As the appropriate dose of vasopressin in neonates is not known, we started the continuous infusion of vasopressin at the low dose of 0.0001 $U \cdot kg^{-1} \cdot min^{-1}$ and to avoid side effects we did not exceed a maximum dose of 0.001 $U \cdot kg^{-1} \cdot min^{-1}$.

The splanchnic vascular effect of vasopressin is a matter of debate [2]. Experimental animal studies reported neutral or even beneficial effects when low doses of AVP were used in endotoxemic shock [6, 8]. On the other hand, van Haren et al. demonstrated that vasopressin leads to gastro-intestinal hypoperfusion in norepinephrine-dependent patients with septic shock [22]. In our patients one major concern was not to induce excessive splanchnic vasoconstriction in neonates with a history of preoperatively reduced splanchnic perfusion due to diastolic run-off into the pulmonary artery caused by persistent arterial duct. None of our patients developed signs of necrotizing enterocolitis due to mesenteric ischemia like distension of the intestinal loops in abdominal radiography or air in the portal system on ultrasound examination. Subsequently, enteral nutrition was well tolerated in all survivors. There was no cutaneous ischemia observed in our patients. Liedel et al. [14] observed peripheral vasoconstriction without skin necrosis at a dose exceeding 0.007 $U \cdot kg^{-1} min^{-1}$. Besides being a potent vasoconstrictor, AVP has been reported to cause endothelium-dependent pulmonary vasodilation [5, 19]. This effect remains controversial as Leather et al. demonstrated that arginine-vasopressin caused pulmonary vascular constriction and adversely affected right ventricu-

lar function in an experimental model [12]. For that reason AVP may not be the drug of choice when the right ventricle is failing and pulmonary hypertension is present.

As a significant difference in baseline lactate levels was found between survivors and non-survivors it could be speculated not to leave patients in hypotension and low cardiac output status too long and to initiate AVP earlier, when the condition of the patient is deteriorating. With increasing experience at our institution the clinicians in charge have started the AVP infusion earlier.

## Conclusion

In selected neonates with maintained cardiac function but vasodilatory shock refractory to traditional vasopressors after cardiac surgery vasopressin seems to be a potent agent to increase blood pressure and avoid end-organ failure. As mixed-venous oxygen saturation rose in patients with biventricular circulation an increase in cardiac output was suspected. One of the major findings in this study is that AVP did not cause any ischemic side effects at doses up to 0.001 $U \cdot kg^{-1} \cdot min^{-1}$. In neonates with vasodilatory shock AVP can be considered as a treatment option before initiating ECMO support. Since indications, dosing and duration of intravenous vasopressin therapy have not been established, its cautious use in neonates is recommended.

## Limitations

We are aware of the fact that this study has some limitations. First of all, it was not a prospective study with a strict protocol. The decision to initiate AVP, as well as the rate of increase and the maximum dose was made by the clinician in charge following the above-mentioned criteria. Vasopressin levels prior to treatment and after the establishment of an appropriate dose of AVP were not measured.

Cardiac output and systemic vascular resistance were not measured during AVP infusion, as we do not use Swan-Ganz catheters in neonates. Nonetheless, we are convinced that the observed effects of AVP therapy were striking and did significantly impact outcome in these critically ill patients.

## References

1. Argenziano M, Chen JM, Choudhri AF, Cullinane S, Garfein E, Weinberg AD, Smith CR, Rose EA, Landry DW, Oz MC (1998) Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 116:973–980



PAR-VASO-0007767

2. Asfar P, Radermacher P, Hauser B (2006) Vasopressin and splanchnic blood flow: vasoconstriction does not equal vasoconstriction in every organ. Intensive Care Med 32:21–23

3. Ashraf SS, Tian Y, Zacharrias S, Cowan D, Martin P, Watterson K (1997) Effects of cardiopulmonary bypass on neonatal and paediatric inflammatory profiles. Eur J Cardiothorac Surg 12:862–868

4. Booth JV, Schinderle D, Welsby IJ (2002) Pro: vasopressin is the vasoconstrictor of choice after cardiopulmonary bypass. J Cardiothorac Vasc Anesth 16:773–775

5. Evora PR, Pearson PJ, Schaff HV (1993) Arginine vasopressin induces endothelium-dependent vasodilatation of the pulmonary artery. V1- receptor-mediated production of nitric oxide. Chest 103:1241–1245

6. Guszman JA, Rosado AE, Kruse JA (2003) Vasopressin vs. norepinephrine in endotoxic shock: systemic, renal and splanchnic hemodynamic and oxygen transport effects. J Appl Physiol 95:803–809

7. Holmes CL, Walley KR, Chittock DR, Lehmann T, Russell JA (2001) The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 27:1416–1421

8. Knotzer H, Maier S, Dunser MW, Hasibeder WR, Hausdorfer H, Brandner J, Torgersen C, Ulmer H, Friesenecker B, Iannetti C, Pajk W (2006) Arginine vasopressin does not alter mucosal tissue oxygen tension and oxygen supply in an acute endotoxemic pig model. Intensive Care Med 32:170–174

9. Landry DW, Levin HR, Gallant EM, Ashton RC, Seo S, D'Alessandro D, Oz MC, Oliver JA (1997) Vasopressin deficiency contributes to the vasodilatation of septic shock. Circulation 95:1122–1125

10. Landry DW, Oliver JA (2001) The pathogenesis of vasodilatory shock. N Engl J Med 345:588–595

11. Landry DW, Oliver JA (2006) Vasopressin and relativity: on the matter of deficiency and sensitivity. Crit Care Med 34:1275–1276

12. Leather HA, Segers P, Berends N, Vandermeersch E, Wouters PF (2002) Effects of vasopressin on right ventricular function in an experimental model of acute pulmonary hypertension. Crit Care Med 30:2548–2552

13. Leone M, Boyle WA (2006) Decreased vasopressin responsiveness in vasodilatory septic shock-like conditions. Crit Care Med 34:1126–1130

14. Liedel JL, Meadow W, Nachman J, Koogler T, Kahana MD (2002) Use of vasopressin in refractory hypotension in children with vasodilatory shock: five cases and a review of the literature. Pediatr Crit Care Med 3:15–18

15. Luckner G, Dunser MW, Jochberger S, Mayr VD, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, Mayr AJ, Friesenecker B (2005) Arginine vasopressin in 316 patients with advanced vasodilatpry shock. Crit Care Med 33:2713–2714

16. Masutani S, Senzaki H, Ishido H, Taketazu M, Matsunaga T, Kobayashi T, Sasaki N, Asano H, Kyo S, Yokote Y (2005) Vasopressin in the treatment of vasodilatory shock in children. Pediatr Int 47:132–136

17. Morales DLS, Gregg D, Helman DN, Williams MR, Naka Y, Landry DW, Oz MC (2000) Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surgery 69:102–106

18. Rosenzweig EB, Starc TJ, Chen JM, Cullinane S, Timchak DM, Gersony WM, Landry DW, Galantowicz ME (1999) Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation 100:182–186

19. Sai Y, Okamura T, Amakata Y, Toda N (1995) Comparison of responses of canine pulmonary artery and vein to angiotensin II, bradykinin and vasopressin. Eur J Pharmacol 282:235–241

20. Seghaye MC, Grabitz RG, Duchateau J, Busse S, Dabritz S, Koch D, Alzen G, Hornchen H, Messmer BJ, Von Bernuth G (1996) Inflammatory reaction and capillary leak syndrome related to cardiopulmonary bypass in neonates undergoing cardiac operations. J Thorac Cardiovasc Surg 112:687–697

21. Stiller B, Sonntag J, Dahnert I, Alexi- Meskishvili V, Hetzer R, Fischer T, Lange PE (2001) Capillary leak syndrome in children who undergo cardiopulmonary bypass: clinical outcome in comparison with complement activation and C1 inhibitor. Intensive Care Med 27:193–200

22. van Haren FMP, Rozendaal FW, van der Hoeven JG (2003) The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. Chest 124:2256–2260

23. Vasudevan A, Lodha R, Kaba SK (2005) Vasopressin infusion in children with catecholamine-resistant septic shock. Acta Paediatr 94:380–383

24. Wernovsky G, Wypij D, Jonas RA, Mayer JE Jr, Hanley FL, Hickey PR, Walsh AZ, Chang AC, Castaneda AR, Newburger JW, Wessel DL (1995) Postoperative course and hemodynamic profile after the arterial switch operation in neonates and infants: a comparison of low-flow cardiopulmonary bypass and circulatory arrest. Circulation 92:2226–2235

PAR-VASO-0007768





Early On–Cardiopulmonary Bypass Hypotension and Other Factors Associated With
Vasoplegic Syndrome
Matthew A. Levin, Hung-Mo Lin, Javier G. Castillo, David H. Adams, David L. Reich and
Gregory W. Fischer

*Circulation.* 2009;120:1664-1671; originally published online October 12, 2009;
doi: 10.1161/CIRCULATIONAHA.108.814533
*Circulation* is published by the American Heart Association, 7272 Greenville Avenue, Dallas, TX 75231
Copyright © 2009 American Heart Association, Inc. All rights reserved.
Print ISSN: 0009-7322. Online ISSN: 1524-4539

The online version of this article, along with updated information and services, is located on the
World Wide Web at:
http://circ.ahajournals.org/content/120/17/1664

**Permissions:** Requests for permissions to reproduce figures, tables, or portions of articles originally published
in *Circulation* can be obtained via RightsLink, a service of the Copyright Clearance Center, not the Editorial
Office. Once the online version of the published article for which permission is being requested is located,
click Request Permissions in the middle column of the Web page under Services. Further information about
this process is available in the Permissions and Rights Question and Answer document.

**Reprints:** Information about reprints can be found online at:
http://www.lww.com/reprints

**Subscriptions:** Information about subscribing to *Circulation* is online at:
http://circ.ahajournals.org//subscriptions/

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012

PAR-VASO-0007769

# Cardiovascular Surgery

# Early On–Cardiopulmonary Bypass Hypotension and Other Factors Associated With Vasoplegic Syndrome

Matthew A. Levin, MD; Hung-Mo Lin, ScD; Javier G. Castillo, MD; David H. Adams, MD; David L. Reich, MD; Gregory W. Fischer, MD

***Background***—Vasoplegic syndrome is a form of vasodilatory shock that can occur after cardiopulmonary bypass (CPB). We hypothesized that the severity and duration of the decline in mean arterial pressure immediately after CPB is begun can be used as a predictor of patients will develop vasoplegia in the immediate post-CPB period and of poor clinical outcome. We quantified the decline in mean arterial pressure by calculating an area above the mean arterial blood pressure curve.

***Methods and Results***—We retrospectively analyzed 2823 adult cardiac surgery cases performed between July 2002 and December 2006. Of these 2823, 577 (20.4%) were vasoplegic after separation from CPB. We found that 1645 patients (58.3%) had a clinically significant decline in mean arterial pressure after starting CPB (area above the mean arterial blood pressure curve >0) and were significantly more likely to become vasoplegic (23.0% versus 16.9%; odds ratio, 1.26; 95% confidence interval, 1.12 to 1.43; $P<0.001$). These patients were also far more likely either to die in hospital or to have a length of stay >10 days (odds ratio, 3.30; 95% confidence interval, 1.44 to 7.57; $P=0.005$). Additional risk factors for developing vasoplegia that were identified included the additive euroSCORE, procedure type, prebypass mean arterial pressure, length of bypass, administration of pre-CPB vasopressors, core temperature on CPB, pre- and post-CPB hematocrit, the preoperative use of $\beta$-blockers or angiotensin-converting enzyme inhibitors, and the intraoperative use of aprotinin.

***Conclusions***—The results of this investigation suggest that it is possible to predict vasoplegia intraoperatively before separation from CPB and that the presence of a clinically significant area above the mean arterial blood pressure curve serves as a predictor of poor clinical outcome. (***Circulation.*** 2009;120:1664-1671.)

**Key Words:** blood pressure ■ cardiopulmonary bypass ■ hemodynamics

V asoplegic syndrome (vasoplegia) is a well-described form of vasodilatory shock that potentially can occur after separation from cardiopulmonary bypass (CPB). It is a state of low systemic arterial pressure despite high cardiac output and adequate fluid resuscitation characterized by markedly low systemic vascular resistance.[1] The reported incidence ranges from 9% to 44%.[2–5] Although the origin has not been completely elucidated. Vasoplegia has been associated with long-term use of certain drugs (eg, angiotensin-converting enzyme inhibitors, calcium channel antagonists, amiodarone, and heparin),[2–7] as well as patient-specific risk factors such as left ventricular ejection fraction <35%, symptoms of congestive heart failure, and diabetes mellitus.[7,8]

## Clinical Perspective on p 1671

Vasoplegia is associated with a poor prognosis. In particular, norepinephrine-refractory vasoplegia has been associated with increased morbidity and mortality.[7,9] Furthermore,

the duration of catecholamine-refractory vasoplegia significantly influences outcome. Mortality rates as high as 25% were reported when postoperative vasoplegia persisted for >36 to 48 hours.[10,11] High-dose vasoconstrictor therapy also may lead to the development of ischemia of the distal portions of the upper and lower extremities and mesenteric ischemia.[12,13]

For these reasons, perioperative identification of patients at high risk of developing vasoplegia is an appealing concept that could be of clinical benefit. We hypothesized that the severity and duration of the decline in mean arterial pressure (MAP) immediately after CPB is started, as quantified by the area above the MAP curve (AAC), can be used to identify patients likely to experience post-CPB vasoplegia. As a secondary end point, we looked to determine whether there was a difference in clinical outcome between patients who experienced a significant episode of early on-CPB hypotension and those who did not.

Received August 13, 2008; accepted August 26, 2009.

From the Departments of Anesthesiology (M.A.L., H.-M.L., D.L.R., G.W.F.) and Cardiothoracic Surgery (J.G.C., D.H.A., G.W.F.), Mount Sinai School of Medicine, New York, NY.

Correspondence to Gregory W. Fischer, MD, One Gustave L. Levy Place, Box 1010, Mount Sinai Medical Center, New York, NY, 10029. E-mail Gregory.Fischer@mountsinai.org

© 2009 American Heart Association, Inc.

*Circulation* is available at http://circ.ahajournals.org

DOI: 10.1161/CIRCULATIONAHA.108.814533

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012

PAR-VASO-0007770



**Figure 1.** Illustration of AAC calculation.

## Methods

### Patient Population and Data Collection

After obtaining Institutional Research Board approval, we retrospectively analyzed data from all adult cardiac surgery cases performed at our institution between July 2002 and December 2006 in which CPB was used. These data were extracted from the Anesthesia Information Management System at our institution (Compurecord, Philips Medical Systems, Andover, Mass). The extracted data included patient demographics, procedure type, preoperative medications, intraoperative drug administration and laboratory values, timing of intraoperative events (eg, procedure start time, CPB start time), and intraoperative hemodynamic measurements.

### Preoperative Risk Factors

Preoperative risk was assessed with the euroSCORE.[14,15] Additionally, the following preoperative variables were examined: age, gender, preoperative hematocrit, and use of classes of medications, including angiotensin-converting enzyme inhibitors, angiotensin receptor blockers, heparin, $\beta$-blockers, calcium channel blockers, amiodarone, combination antihypertensives (eg, Hyzaar), sulfonylureas, platelet aggregation inhibitors (eg, aspirin, clopidogrel), and statins. Classification of preoperative medications was done as previously described.[16] Any preoperative medications not in the above categories were ignored. Intraoperatively, we considered the hematocrit at both the start and end of CPB, prebypass median MAP (MMAP), procedure type, length of bypass in hours, use of antifibrinolytics or any vasopressors before CPB, and lowest temperature measured during CPB.

### Identification of Vasoplegic Patients

The amount of vasopressor support required to separate from CPB was quantified and used as a surrogate marker of vasoplegia. This was done by determining the maximum infusion rate of the 4 most commonly used catecholamine/vasopressor medications at our institution (epinephrine, norepinephrine, dopamine, and vasopressin). We examined catecholamine/vasopressor dosages beginning 20 minutes before the recorded end-CPB time and continuing until the end of the procedure. Units were normalized to nanograms per kilogram per minute for epinephrine and norepinephrine, milligrams per kilogram per minute for dopamine, and units per hour for vasopressin, and the following cutoffs were set to define post-CPB vasoplegia: epinephrine/norepinephrine, $\geq 150$ ng $\cdot$ kg$^{-1}$ $\cdot$ min$^{-1}$; dopamine, $\geq 10$ $\mu$g $\cdot$ kg$^{-1}$ $\cdot$ min$^{-1}$; or vasopressin, $\geq 4$ U/h. Any patient requiring less than these amounts or no vasopressors at all was categorized as not having experienced post-CPB vasoplegia.

### Measurement of Intraoperative Hemodynamic Data

For all cases, data were recorded by the Anesthesia Information Management System from the hemodynamic monitoring system once every 15 seconds. Data were flagged as invalid either automatically (eg, MAP >200 mm Hg) or manually by the anesthesiologist. Cases with incomplete systemic pressure data (continuous gaps exceeding 1 minute) between the start and end of CPB were excluded, as were cases with duplicate events.

### Calculation of AAC

First, a baseline MAP was established by calculating the MMAP from the start of the procedure until the onset of CPB. A priori, we defined a clinically significant AAC (AAC >0) as a decline in MAP from this baseline of >20% within the first 5 minutes of CPB that lasted >2 minutes. These cutoffs were chosen on the basis of general consensus indications that a 20% intraoperative variation in MAP is not clinically significant for most patients[17] and that any decrease >20% beyond the first 5 minutes likely represented manipulation by the perfusionist. If the MAP never declined >20% within the first 5 minutes of CPB, the AAC was by definition set to be 0.

Once a case with a clinically significant AAC was identified, the on-CPB period was divided into 1-minute epochs, and an MMAP was calculated for each epoch. A 1-minute median was used to filter out any monitoring artifacts or episodes of transient hypotension related to intentional decreases in perfusion pressure to facilitate surgical maneuvers (eg, aortic cross-clamp application).[18] The end point for the AAC calculation was the time at which the MMAP returned to 80% of the baseline MMAP, or 50 mm Hg, for 2 consecutive epochs. If this criterion was not met, then the off-CPB time was used as the end point. Multiple potential end points were required to ensure that all cases were processed correctly and not assigned a potentially "infinite" AAC.

The AAC was then calculated by multiplying the magnitude of each epoch (ie, epoch MMAP minus baseline MMAP) by the duration of each epoch (1 minute=0.017 hours) and summing the results for all epochs in the interval between AAC start and AAC end. The result was an approximation of the AAC measured in millimeters of mercury per hour (Figure 1).

The shape of the curve (ie, duration and minimum MAP) was characterized by examination of several variables (Table 1). These variables were chosen on the basis of the hypothesis that a short steep decline and recovery might have different physiological implications compared with a more gradual decline and/or recovery.

### Statistical Methods

For 2-group comparisons, we used $\chi^2$ tests for categorical variables and either Student $t$ tests or nonparametric Wilcoxon tests for continuous variables as appropriate. To compare whether any of the AAC descriptive variables listed in Table 1 served as better predictors of vasoplegia than the AAC, logistic regression analysis was performed for each variable, stratified by whether the MAP decreased within the first minute (early decline) or between minutes 1 and 5 inclusive (late decline). The analysis was repeated without stratification to test whether an early MAP decline was itself an effect modifier. For continuous variables, an additional quadratic term was assessed for its significance. The $P$ value and the area under the receiver-operating characteristic curve (ie, c statistic) were used to evaluate predictive strength.

### Multivariable Modeling

Stepwise logistic regression analyses were performed to identify significant predictors of vasoplegia. The covariates considered in the initial model included clinically significant AAC (yes/no); all AAC-related variables listed in Table 1; early MAP decline (yes/no); age; gender; euroSCORE; preoperative, prebypass, and postbypass hematocrit; pre-CPB to post-CPB change in hematocrit; prebypass MMAP; temperature on CPB; procedure type; length of CPB in hours; use of any of the preoperative medications listed in Table 2;

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012

**Table 1.  AAC Parameters**

| Parameter | Mean | SD | Median | IQR | Range |
|---|---|---|---|---|---|
| Baseline MMAP, mm Hg | 78.34 | 9.16 | 78.31 | 72.69–83.92 | 29.69–131.09 |
| AAC, mm Hg · h | … | … | 1.5 | 0.9–2.6 | 0.2–31.7 |
| AAC length, s | … | … | 180 | 120–240 | 0–3900 |
| Delay before MMAP decline, s | … | … | 0 | 0–60 | 0–240 |
| Minimum MMAP, mm Hg | 38 | 7 | 38 | 33–44 | 20–50 |
| Time to reach minimum, s | … | … | 60 | 30–120 | 30–1800 |
| MAP at end of AAC, mm Hg | 61 | 11 | 59 | 53–67 | 40–106 |
| Maximum MAP decline, mm Hg | 40 | 10 | 40 | 33–47 | 12–81 |
| Relative MAP decline, % | 50.6 | 10.3 | 50.9 | 43.5–57.9 | 20.6–78.6 |
| Initial slope, mm Hg/s | −0.74 | 0.42 | −0.68 | −1.00—0.41 | −2.05—0.02 |
| Recovery slope, mm Hg/s | … | … | 0.24 | 0.12–0.43 | 0–2.54 |

IQR indicates interquartile range. n=1645.

and the intraoperative use of antifibrinolytics or any vasopressors before CPB. For the euroSCORE, the correlation between the additive score and the log-transformed logistic score was 0.99; therefore, only the additive score was used. The stepwise procedure for model selection allowed AAC-related variables to enter the model in place of or in addition to the AAC binary variable. Results were reported as odds ratios (ORs) and 95% confidence intervals (CIs) for the identified risk factors. Figure 2 was generated through the use of the smoothing technique, which involves local least-squares fitting of the data with a quadratic polynomial function.[19] The biased-corrected Akaike's information criterion was used as a guide for choosing the smoothing parameter, which was chosen to be 1 because it had the smallest Akaike's information criterion value.

## Model Validation
We used the bootstrap method to validate the model selection procedure.[20] We generated 1000 internal bootstrap samples with replacement. For each sample, the same stepwise model selection procedure was used, leading to potentially different selection of significant vasoplegia predictors. The robustness of this procedure was evaluated by the consistency of the selected covariates. The bootstrap estimate of the coefficient for a clinically significant AAC was then compared with that from the model using the whole data. The predictive strength of the model selected by this procedure was assessed by calculating the area under the receiver-operating characteristic curve with the nonparametric 0.632 estimate. This estimate uses a weighting of 0.368×*apparent*+0.632×*average* (*test*) to correct for overoptimism in the sample estimate, where *apparent* is the estimate from the entire data set and *test* is the estimate from patients not selected in the bootstrap sample.[21,22]

All statistical analyses were carried out with SAS version 9.1.3 (SAS Institute, In., Cary NC). The level of statistical significance for hypothesis testing and entry and stay criteria for stepwise regression was set at 0.05.

## Clinical Outcome
For outcomes, we examined hospital length of stay and in-hospital mortality. A bad outcome was defined as the composite of length of stay >10 days or death in the hospital. Odds ratios were calculated to determine the likelihood of a bad outcome among patients with/without a clinically significant AAC and with/without post-CPB vasoplegia. We also calculated the MMAP from 20 minutes

**Table 2.  Patient Characteristics**

| Variable | Mean or Median (SD or IQR)/N(%) |
|---|---|
| Mean age, y | 62.91 (14.38) [18–99] |
| EuroSCORE | |
|    Additive | 7.09 (3.75) [0–24] |
|    Logistic | 7.03 (3.19–15.96) [0.88–95.82] |
| Male gender, n (%) | 1753 (62.1) |
| Preoperative medications, n (%) | |
|    ACE inhibitor | 557 (19.7) |
|    ARB | 257 (9.1) |
|    Heparin | 187 (6.6) |
|    β-Blocker | 992 (35.1) |
|    Calcium channel blocker | 333 (11.8) |
|    Class 3 antiarrhythmic | 49 (1.7) |
|    Combination antihypertensive | 33 (1.2) |
|    Sulfonyl hypoglycemic | 153 (5.4) |
|    Platelet aggregation inhibitor | 857 (30.4) |
|    HMG-CoA reductase inhibitor (statins) | 901 (31.9) |
| Intraoperative medications, n (%) | |
|    Aprotinin | 841 (29.8) |
|    Aminocaproic acid | 1356 (48.0) |
|    Pre-CPB pressor | 168 (6.0) |
| Procedure type, n (%) | |
|    Coronary artery bypass grafting* | 1195 (42.3) |
|    Valve repair/replacement | 838 (29.7) |
|    Aortic graft/repair† | 389 (13.8) |
|    Heart failure treatment‡ | 35 (1.2) |
|    Reoperation CABG or valve | 72 (2.6) |
|    Other§ | 294 (10.4) |
| Mean length of CPB, min | 164.40 (70.78) [12–631] |
| On-pump temperature, °C | 28.7 (6.6) [10.0–37.0] |
| AAC >0 | 1645 (58.3) |
| Vasoplegic as per criteria | 577 (20.4) |

ACE indicates angiotensin-converting enzyme; ARB, angiotensin receptor blocker; and CABG, coronary artery bypass graft surgery. Values are mean or median (SD) [interquartile range] as appropriate.

*Includes single-vessel and multivessel grafts and any graft type.

†Includes ascending, transverse, and thoracic grafts.

‡Includes heart transplants, ventricular assist device implantation, and ventriculostomies.

§Includes all cases with undocumented procedure codes (6%) and infrequently performed procedures (<1%).

before separation from CPB to 30 minutes after separation from CPB to gain insight into how well the post-CPB vasoplegic state was pharmacologically managed.

The authors had full access to and take full responsibility for the integrity of the data. All authors have read and agree to the manuscript as written.

## Results
Between July 2002 and December 2007, 3322 adult cardiac surgeries were performed at our institution. Of these, 499 cases (15%) were excluded because of data entry errors, missing data, or incomplete data. The final data set included 2823 cases. Outcomes data were available for 2636 patients

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012



**Figure 2.** Probability of vasoplegia as a function of AAC.

(93.4%). Baseline characteristics of the patients are shown in Table 2. Five hundred seventy-seven patients (20.4%) received infusions of at least 1 high-dose catecholamine or vasopressor agent and were classified as having experienced post-CPB vasoplegia (Table 3). The majority of vasoplegic patients (>70%) required >1 agent. The mean baseline MMAP among all patients was 78.34 mm Hg (SD, 9.16 mm Hg). The AAC was clinically significant in 1645 patients (58.3%). In all cases with a clinically significant AAC, the MAP returned to 80% of baseline, and the alternate end-point definitions were not used. The median length of early on-CPB hypotension among patients with a clinically significant AAC was 180 seconds (range, 0 to 3900 seconds), with a mean MMAP of 38 mm Hg. These results are summarized in Table 1.

## Univariable Analysis: AAC Parameters
Of the parameters listed in Table 1, only the initial decline in MAP (both relative and absolute) was identified as being associated with an increased risk of vasoplegia ($\beta$ coefficient, $-0.038$, $P<0.001$ for absolute decline; $-0.022$, $P=0.0002$

**Table 3.    Mean Infusion Rates in Vasoplegic Patients**

| Infusion Drug | n (% vasoplegic patients) | Mean (SD) Infusion Rate |
|---|---|---|
| Vasopressin, U/h | 249 (43.2) | 5.8 (12.6) |
| Epinephrine, ng · kg$^{-1}$ · min$^{-1}$ | 440 (76.3) | 177.4 (83.6) |
| Norepinephrine, ng · kg$^{-1}$ · min$^{-1}$ | 352 (61.0) | 166.3 (95.7) |
| Dopamine, $\mu$g · kg$^{-1}$ · min$^{-1}$ | 14 (2.3) | 5.5 (2.3) |

for relative decline). However, the direction of the association was nonintuitive; a smaller decline was associated with a greater chance of vasoplegia. The only other descriptive variable that showed some degree of association with vasoplegia was the slope of the initial decline in MAP. This association was nonlinear (quadratic) and apparent only among patients with a late decline in MAP ($\beta$ coefficient, $-2.863$, $P=0.04$ for the linear component; $-3.732$, $P=0.007$ for the quadratic component). Threshold analysis plus visual inspection of the smoothed curve of slope versus the probability of vasoplegia revealed a cutoff point around $-0.55$ mm Hg/s (data not shown). For all of these descriptive measures, the c statistic was weak (between 0.50 and 0.62; data not shown), suggesting that even when significant the association with post-CPB vasoplegia was poor.

## Association of AAC With Post-CPB Vasoplegia
In contrast, the average probability of vasoplegia for all patients with a clinically significant AAC was 23.0% compared with 16.9% for patients with no measurable AAC (OR, 1.26; 95% CI, 1.12 to 1.43; $P<0.001$). Figure 2 graphically illustrates the relationship between the AAC and post-CPB vasoplegia. The curve demonstrates a nonlinear, nonmonotonic increase in the risk of vasoplegia as the AAC increases. To further characterize this relationship, we quantized the AAC into 1-mm Hg · h increments (Table 4), which showed that patients with either a small AAC (<2 mm Hg · h) or a very large AAC (>4 mm Hg · h) were at increased risk, whereas those with a moderate AAC were not.

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012

PAR-VASO-0007773

**Table 4. OR of Vasoplegia per Interval Increase in AAC**

| AAC, mm Hg · h | OR for Vasoplegia (95% CI) | | | |
|---|---|---|---|---|
| | Univariable Analysis | P | Multivariable Analysis | P |
| 0 | … | | … | |
| >0–1 | 1.79 (1.40–2.31) | <0.001 | 1.82 (1.34–2.48) | 0.001 |
| >1–2 | 1.38 (1.08–1.78) | <0.011 | 1.74 (1.29–2.35) | 0.003 |
| >2–3 | 1.14 (0.81–1.60) | 0.442 | 1.42 (0.95–2.11) | 0.086 |
| >3–4 | 1.22 (0.76–1.95) | 0.415 | 1.43 (0.80–2.55) | 0.233 |
| >4 | 1.58 (1.10–2.28) | 0.014 | 1.87 (1.17–2.95) | 0.007 |

For the univariable analysis: AAC >0 to 1 versus >2 to 3, P=0.014; versus AAC >3 to 4, P=0.07; versus AAC >4, P=0.53. For the multivariable analysis: all pairwise comparisons among the 5 groups of AAC >0 had P>0.2.

## Multivariable Model and Model Validation

In the multivariable analysis, stepwise logistic regression identified the variables listed in Table 5 as being associated with post-CPB vasoplegia. Of note, the binary AAC >0 variable was selected by the stepwise regression, whereas the "simpler" AAC descriptive variables (eg, minimum MAP) were not. When quantified as in the univariable analysis, most of the AAC >0 subgroups still appeared to be significantly different from the AAC=0 group; however, the contrasts among themselves became less evident (Table 4). In a similar model in which the linear and quadratic terms of continuous AAC variable were used, the $\beta$ coefficient for AAC was 0.170 (P<0.001) for the linear component and −0.011 (P=0.004) for the quadratic component. Nevertheless, when the binary AAC variable was also included the model, the $\beta$ coefficient for AAC was 0.035 (P=0.585) for

the linear component and −0.004 (P=0.284) for the quadratic component. These results suggest that the most significant predictor of post-CPB vasoplegia is whether an AAC was present and that other descriptors of the AAC appeared to be less relevant. Other variables that appeared in the model were preoperative $\beta$-blocker or angiotensin-converting enzyme inhibitor use, procedure type, use of aprotinin or pressors before CPB, pre-CPB MMAP, length of CPB, on-CPB temperature, and pre- and post-CPB hematocrit. Validation using bootstrap showed a high degree of consistency among the covariates included in the multivariable model. The presence of a clinically significant AAC appeared in at least 99.4% of the repetitions. The 0.632 estimate of the area under the receiver-operating characteristic curve was 0.368×0.813+0.632×0.817=0.816, suggesting that our model had good power.

## Clinical Outcome

Outcome data were available for 2636 patients (93.4%). Of these patients, 789 (29.9%) died in hospital (n=86) or had a length of stay >10 days (n=742). Of the 1087 patients with an AAC >0, 357 (32.8%) had a bad outcome versus 432 of 1549 (27.9%) with an AAC=0 (OR, 3.30; 95% CI, 1.44 to 7.57; P=0.005). Among vasoplegic patients, 308 of 537 (57.4%) had a bad outcome versus 481 of 2099 (22.9%) nonvasoplegic patients (OR, 2.62; 95% CI, 2.05 to 3.36; P<0.001). Vasoplegic patients had a median post-CPB MAP of 70±9 mm Hg compared with 71±7 mm Hg in the group that did not require high dosages of catecholamine or vasopressor infusions (P=0.003).

**Table 5. Risk Factors for Post-CPB Vasoplegia**

| Risk Factor | $\beta$ Coefficient (SE) | OR (95% CI) | P | Appearance in 1000 Bootstrap Validations, % |
|---|---|---|---|---|
| Intercept | −7.810 (0.932) | | | 100 |
| AAC >0 | 0.530 (0.119) | 1.70 (1.35–2.15) | <0.001 | 99.4 |
| New additive euroScore, per 1 score increase | 0.140 (0.017) | 1.15 (1.11–1.19) | <0.001 | 100 |
| Preoperative $\beta$-blocker use | 0.272 (0.124) | 1.31 (1.03–1.67) | 0.028 | 62.7 |
| Preoperative ACE inhibitor use | 0.311 (0.140) | 1.37 (1.04–1.80) | 0.026 | 56.2 |
| Procedure type | … | … | … | 99.6 |
| Valve vs CABG | 0.419 (0.137) | 1.52 (1.16–1.99) | 0.002 | … |
| Aortic graft/repair vs CABG | −0.743 (0.250) | 0.48 (0.29–0.78) | 0.003 | … |
| Heart failure treatment vs CABG | 0.714 (0.331) | 2.04 (1.07–3.90) | 0.031 | … |
| Reoperation vs CABG | −0.736 (0.500) | 0.48 (0.18–1.27) | 0.138 | … |
| Other vs CABG | 0.316 (0.187) | 1.37 (0.95–1.98) | 0.026 | … |
| Pre-CPB aprotinin use | 0.403 (0.125) | 1.50 (1.17–1.91) | 0.001 | 85.3 |
| Pre-CPB pressor use | 1.240 (0.209) | 3.59 (2.39–5.40) | <0.001 | 100 |
| Pre-CPB hematocrit, per 5% increase | 0.128 (0.048) | 1.14 (1.04–1.25) | 0.008 | 53.6 |
| Pre-CPB MMAP, per 5-mm Hg decrease | 0.188 (0.034) | 1.21 (1.13–1.29) | <0.001 | 100 |
| On-CPB temperature, per 1°C increase | 0.102 (0.014) | 1.11 (1.08–1.14) | <0.001 | 100 |
| Length of bypass, per 30-min increase | 0.321 (0.030) | 1.38 (1.30–1.46) | <0.001 | 100 |
| Post-CPB hematocrit, per 5% increase | 0.299 (0.069) | 1.35 (1.18–1.55) | <0.001 | 98.4 |

Abbreviations as in Table 2. The probability of vasoplegia is P(vasoplegia)=$e_y$/(1+$e^y$), where y is calculated from the $\beta$ coefficients listed above. For binary (yes/no) variables, the indicator function I(C) is used; it is equal to 1 if the variable is present and 0 otherwise.

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012

PAR-VASO-0007774

## Discussion

The vasoplegic syndrome was first characterized as a distinct clinical entity in the mid 1990s.[10,23,24] The cause is multifactorial, with the net effect being the pathological activation of several vasodilator mechanisms and resistance to vasopressors.[1,25,26]

Although Cremer et al[23] and Kristof and Magder[27] have characterized the postoperative hemodynamics of vasoplegic patients, we believe that the present study is the first to examine the relationship between intraoperative hemodynamics and post-CPB vasoplegia. Patients who had a clinically significant decline in MAP (AAC >0) at the onset of CPB were significantly more likely to develop post-CPB vasoplegia. The relationship between AAC and vasoplegia appears to be nonlinear, with patients in the highest and lowest quartiles of the stratified AAC showing a more significant incidence of vasoplegia than those with a more moderate AAC. This led us to theorize that patients can be divided into 3 groups based on their initial response to CPB.

### Group 1

This group is characterized by a small AAC with a steep initial slope. These patients appear hemodynamically stable for approximately the first minute after CPB is started but then have an immediate and profound decline in MAP. We believe that this subpopulation of patients overexpress inflammatory mediators once exposed to the CPB circuit, and the sudden decline in blood pressure at the onset of CPB may be a hypersensitivity reaction triggered by the exposure of blood to nonphysiological surfaces. Increasing the flow of the CPB machine and infusing vasoconstrictive agents provide symptomatic treatment to restore perfusion pressure but do not address the proinflammatory state, which predisposes patients to subsequent vasoplegia after separation from CPB. This is consistent with the theory that post-CPB vasoplegia can be viewed as a form of the systemic inflammatory response syndrome.[9,28]

### Group 2

These patients show a long but more gradual decline in MAP that starts immediately on exposure to the CPB circuit. However, as opposed to group 1, they respond poorly and only partially to clinical interventions, as indicated by their large AAC. We believe patients in this group have endothelial dysfunction that results in derailment of the systems responsible for maintaining vascular tone. Landry and Oliver[1] proposed that the activation of ATP-sensitive potassium channels ($K_{ATP}$ channels) in the plasma membrane of vascular smooth muscle, activation of the inducible form of nitric oxide synthase, and deficiency of the hormone vasopressin are likely responsible for the reduction in vascular tone. $K_{ATP}$ channels are typically activated by decreased ATP concentrations and by increased intracellular concentrations of hydrogen ions and lactate.[29,30] The inflammatory state induced by CPB also leads to an overexpression of nitric oxide with subsequent vasodilatation that responds poorly to vasoconstrictors.[31] Morales et al[32] showed support for the vasopressin hypothesis by demonstrating that a significant reduction in vasopressor support was required to separate from CPB when low-dose vasopressin was administered to patients with depleted endogenous vasopressin stores. All of these factors are likely to play a role in the inability of certain patients to maintain adequate perfusion pressure at the start of CPB and their subsequent development of post-CPB vasoplegia.

### Group 3

These patients showed a more rapid decline in their MAP than group 2, had a lower MAP nadir than either group 1 or 2, but responded within a reasonable time frame to clinical interventions, as evidenced by their moderate AAC. We believe that the reaction seen in this subpopulation is neither immunologically nor hormonally mediated but represents an exacerbation of the "mechanical" dysfunction of the vascular system resulting from acute hemodilution and loss of pulsatile perfusion. In other words, these patients are physiologically similar to patients with no clinically significant AAC. Consequently, as opposed to the other 2 groups, no sequelae persist after the CPB period.

In addition to the AAC, several other intraoperative indicators of hypotension appeared in the multivariable model as being associated with post-CPB vasoplegia, notably the prebypass MAP and, more dramatically, the use of pre-CPB vasopressors (OR, 3.59). Surprisingly, aprotinin was associated with an increased, not a decreased, risk of vasoplegia (OR, 1.50; 95% CI, 1.17 to 1.91; $P=0.001$). This counterintuitive result is likely due to skew in the distribution of aprotinin use; ie, aprotinin was usually used in sicker patients undergoing more invasive procedures (mean EuroSCORE for aprotinin use, 8.69 versus 6.41 for nonuse; $P<0.0001$). Overall, no descriptive parameter of the AAC had sufficient predictive power (by receiver-operating characteristic curve analysis) to be used as a "simple" measure of the significance of on-CPB hypotension. The counterintuitive small decrease in MAP associated with a greater risk of vasoplegia was found to be the result of the fact that a small decline in MAP was highly correlated with a low prebypass MAP.

Despite the excellent management of post-CPB vasoplegia (as evidenced by the clinically irrelevant difference in post-CPB MAP between vasoplegic and nonvasoplegic patients of 1 mm Hg), the outcome among patients with a clinically significant AAC was very poor. The odds were >3 times greater to either require hospitalization for >10 days or to die while hospitalized. This strongly suggests the importance of managing the underlying factors responsible for early on-CPB hypotension.

The only cardiac surgery subset that was not at increased risk for vasoplegia versus coronary artery bypass graft surgery was the group undergoing thoracic aortic surgery. It is likely that the severe hypothermia (core temperatures, 13°C to 16°C) used for neuroprotection during periods of circulatory arrest may be related to this finding.[33,34] Extreme cooling may blunt the inflammatory response induced by CPB.[35,36] Increased plasma viscosity during hypothermic perfusion may also play an important factor. Our results corroborate the protective effect of hypothermia, with increasing on-CPB temperature associated with a 10% per 1°C increase in the probability of vasoplegia.

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012

The patients included in this study were representative of a cardiac surgery population seen at a tertiary care hospital,[37] and the incidence of vasoplegia (20.8%) was comparable to that of other recent studies.[4,6] One limitation in our study is the lack of information on the amount and type of infusion drugs administered by the perfusionist. Thus, we were unable to quantify the degree of intervention for a given decline in MAP while on CPB. Our institutional protocol requires perfusionists to use phenylephrine as their first-line medication and norepinephrine as the secondary medication for hypotension once CPB flows exceed $2.6 \text{ L} \cdot \text{min}^{-1} \cdot \text{m}^{-2}$. We cannot, however, account for practice variability among perfusionists and anesthesiologists, who may have set different target perfusion pressures or varying transfusion algorithms.

Another possible limitation is that we did not use stricter hemodynamic criteria to identify vasoplegic patients. Although it is our practice to use pulmonary artery catheters in all patients, hemodynamic data are obtained after separation from CPB, and there are no protocols in place defining the exact timing at which these data are obtained. This made it likely that the values for systemic vascular resistance and cardiac output were obtained after treatment, which would mask the true extent of vasoplegia. Posthoc analysis of the available systemic vascular resistance and cardiac output data showed this likely to be true because there was no significant difference between the vasoplegic and nonvasoplegic groups for either parameter (data not shown).

Numerous interventions for the treatment of vasoplegic syndrome have targeted the inflammatory cascade with mixed results.[34–36] This is possibly a consequence of poor patient selection, exposing a large number of subjects unnecessarily to prophylactic interventions. A drug with promising results is methylene blue, which has been investigated as a salvage drug for patients with catecholamine-resistant vasoplegia.[11,38] To date, most investigations have used methylene blue as an intervention once catecholamine-resistant vasoplegia has already occurred. Consequently, before randomized controlled trials are undertaken, it is prudent to identify the population most at risk for post-CPB vasoplegia. The results of the present investigation provide a model that can be used for this purpose. Future developments in monitoring technology may allow the real-time calculation of an AAC or a similar measure. This information will aid in the intraoperative management of patients at risk and in the development of rational and selective inclusion criteria for trials of new therapies.

## Disclosures

None.

## References

1. Landry DW, Oliver JA. The pathogenesis of vasodilatory shock. *N Engl J Med*. 2001;345:588–595.
2. Byrne JG, Leacche M, Paul S, Mihaljevic T, Rawn JD, Shernan SK, Mudge GH, Stevenson LW. Risk factors and outcomes for "vasoplegia syndrome" following cardiac transplantation. *Eur J Cardiothorac Surg*. 2004;25:327–332.
3. Tuman KJ, McCarthy RJ, O'Connor CJ, Holm WE, Ivankovich AD. Angiotensin-converting enzyme inhibitors increase vasoconstrictor requirements after cardiopulmonary bypass. *Anesth Analg*. 1995;80:473–479.
4. Mets B, Michler RE, Delphin ED, Oz MC, Landry DW. Refractory vasodilation after cardiopulmonary bypass for heart transplantation in recipients on combined amiodarone and angiotensin-converting enzyme inhibitor therapy: a role for vasopressin administration. *J Cardiothorac Vasc Anesth*. 1998;12:326–329.
5. Shieh JP, Chu CC, Chen JY, Chen YH, Yeh FC, Hsing CH. Acute fatal vasoplegia and asystole induced by intravenous amiodarone after cardiopulmonary bypass in a patient with preoperative cardiogenic shock. *Acta Anaesthesiol Sin*. 1999;37:205–210.
6. Kanagarajan K, Marraffa JM, Bouchard NC, Krishnan P, Hoffman RS, Stork CM. The use of vasopressin in the setting of recalcitrant hypotension due to calcium channel blocker overdose. *Clin Toxicol*. 2007;45:56–59.
7. Mekontso-Dessap A, Houel R, Soustelle C, Kirsch M, Thebert D, Loisance DY. Risk factors for post-cardiopulmonary bypass vasoplegia in patients with preserved left ventricular function. *Ann Thorac Surg*. 2001;71:1428–1432.
8. Argenziano M, Chen JM, Choudhri AF, Cullinane S, Garfein E, Weinberg AD, Smith CR Jr, Rose EA, Landry DW, Oz MC. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. *J Thorac Cardiovasc Surg*. 1998;116:973–980.
9. Carrel T, Englberger L, Mohacsi P, Neidhart P, Schmidli J. Low systemic vascular resistance after cardiopulmonary bypass: incidence, etiology, and clinical importance. *J Card Surg*. 2000;15:347–353.
10. Gomes WJ, Carvalho AC, Palma JH, Teles CA, Branco JN, Silas MG, Buffolo E. Vasoplegic syndrome after open heart surgery. *J Cardiovasc Surg (Torino)*. 1998;39:619–623.
11. Leyh RG, Kofidis T, Struber M, Fischer S, Knobloch K, Wachsmann B, Hagl C, Simon AR, Haverich A. Methylene blue: the drug of choice for catecholamine-refractory vasoplegia after cardiopulmonary bypass? *J Thorac Cardiovasc Surg*. 2003;125:1426–1431.
12. Russell JA. Vasopressin in vasodilatory and septic shock. *Curr Opin Crit Care*. 2007;13:383–391.
13. Hayes MA, Yau EH, Hinds CJ, Watson JD. Symmetrical peripheral gangrene: association with noradrenaline administration. *Intensive Care Med*. 1992;18:433–436.
14. EuroSCORE. Available at: http://www.euroscore.org. Accessed December 21, 2008.
15. Nashef SA, Roques F, Michel P, Gauducheau E, Lemeshow S, Salamon R. European system for cardiac operative risk evaluation (EuroSCORE). *Eur J Cardiothorac Surg*. 1999;16:9–13.
16. Levin MA KM, Doshi AM, Reich DL. Extraction and mapping of drug names from free text to a standardized nomenclature. *AMIA Annu Symp Proc*. 2007:438–442.
17. Morgan GE, Mikhail MS, Murray MJ. *Clinical Anesthesiology*. 4th ed. New York, NY: Lange Medical Books/McGraw-Hill Medical Publishing Division; 2006.
18. Reich DL, Bodian CA, Krol M, Kuroda M, Osinski T, Thys DM. Intraoperative hemodynamic predictors of mortality, stroke, and myocardial infarction after coronary artery bypass surgery. *Anesth Analg*. 1999;89:814–822.
19. Ruppert D, Wand M, Carroll R. *Semiparametric Regression*. Cambridge, UK: Cambridge University Press; 2003.
20. Efron B, Tibshirani RJ. *An Introduction to the Bootstrap*. New York, NY: Chapman & Hall; 1993.
21. Carpenter J, Bithell J. Bootstrap confidence intervals: when, which, what? A practical guide for medical statisticians. *Stat Med*. 2000;19:1141–1164.
22. Steyerberg EW, Harrell FE Jr, Borsboom GJ, Eijkemans MJ, Vergouwe Y, Habbema JD. Internal validation of predictive models: efficiency of some procedures for logistic regression analysis. *J Clin Epidemiol*. 2001;54:774–781.
23. Cremer J, Martin M, Redl H, Bahrami S, Abraham C, Graeter T, Haverich A, Schlag G, Borst HG. Systemic inflammatory response syndrome after cardiac operations. *Ann Thorac Surg*. 1996;61:1714–1720.
24. Gomes WJ, Carvalho AC, Palma JH, Goncalves I Jr, Buffolo E. Vasoplegic syndrome: a new dilemma. *J Thorac Cardiovasc Surg*. 1994;107:942–943.
25. Shanmugam G. Vasoplegic syndrome: the role of methylene blue. *Eur J Cardiothorac Surg*. 2005;28:705–710.
26. den Ouden DT, Meinders AE. Vasopressin: physiology and clinical use in patients with vasodilatory shock: a review. *Neth J Med*. 2005;63:4–13.

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012

27. Kristof AS, Magder S. Low systemic vascular resistance state in patients undergoing cardiopulmonary bypass. *Crit Care Med*. 1999;27: 1121–1127.

28. Kerbaul F, Collart F, Giorgi R, Ibrahim Z, Guillen JC, Gil JM, Saadjian A, Mouly-Bandini A, Habib G, Gouin F, Guieu R. Role of endogenous adenosine as a predictive marker of vasoplegia during cardiopulmonary bypass and postoperative severe systemic inflammatory response. *Crit Care Med*. 2006;34:640–645.

29. Keung EC, Li Q. Lactate activates ATP-sensitive potassium channels in guinea pig ventricular myocytes. *J Clin Invest*. 1991;88:1772–1777.

30. Davies NW. Modulation of ATP-sensitive K⁺ channels in skeletal muscle by intracellular protons. *Nature*. 1990;343:375–377.

31. Stawicki SP, Sims C, Sarani B, Grossman MD, Gracias VH. Methylene blue and vasoplegia: who, when, and how? *Mini Rev Med Chem*. 2008; 8:472–490.

32. Morales DL, Garrido MJ, Madigan JD, Helman DN, Faber J, Williams MR, Landry DW, Oz MC. A double-blind randomized trial: prophylactic vasopressin reduces hypotension after cardiopulmonary bypass. *Ann Thorac Surg*. 2003;75:926–930.

33. Spielvogel D, Etz CD, Silovitz D, Lansman SL, Griepp RB. Aortic arch replacement with a trifurcated graft. *Ann Thorac Surg*. 2007;83: S791–S795.

34. Etz CD, Plestis KA, Kari FA, Luehr M, Bodian CA, Spielvogel D, Griepp RB. Staged repair of thoracic and thoracoabdominal aortic aneurysms using the elephant trunk technique: a consecutive series of 215 first stage and 120 complete repairs. *Eur J Cardiothorac Surg*. 2008;34:605–614.

35. Thorlacius H, Vollmar B, Westermann S, Torkvist L, Menger MD. Effects of local cooling on microvascular hemodynamics and leukocyte adhesion in the striated muscle of hamsters. *J Trauma*. 1998;45:715–719.

36. Kamler M, Goedeke J, Pizanis N, Milekhin V, Schade FU, Jakob H. In vivo effects of hypothermia on the microcirculation during extracorporeal circulation. *Eur J Cardiothorac Surg*. 2005;28:259–265.

37. STS National Database. Society of Thoracic Surgeons. Available at: http://www.sts.org/sections/stsnationaldatabase. Accessed January 14, 2008.

38. Kofidis T, Struber M, Wilhelmi M, Anssar M, Simon A, Harringer W, Haverich A. Reversal of severe vasoplegia with single-dose methylene blue after heart transplantation. *J Thorac Cardiovasc Surg*. 2001;122: 823–824.

## CLINICAL PERSPECTIVE

Vasoplegic syndrome is a well-described clinical entity that can occur after separation from cardiopulmonary bypass and is associated with a poor prognosis. The goal of this retrospective review was to explore the relationship of early arterial hypotension after cardiopulmonary bypass is begun and the subsequent development of vasoplegic syndrome after separation from cardiopulmonary bypass. Additionally, we were able to identify other factors that were associated with vasoplegic syndrome and build a model that could predict the likelihood of an individual patient becoming vasoplegic. By adequately stratifying patients according to their risk, we hope that future studies can be designed to test the effectiveness of therapeutic measures aimed at reducing the incidence of vasoplegic syndrome.

Downloaded from http://circ.ahajournals.org/ by guest on June 19, 2012

PAR-VASO-0007777

# Methylene Blue Reduces Mortality and Morbidity in Vasoplegic Patients After Cardiac Surgery

Ricardo L. Levin, MD, Marcela A. Degrange, MD, Gustavo F. Bruno, MD, Carlos D. Del Mazo, MD, Daniel J. Taborda, MD, Jorge J. Griotti, MD, and Fernando J. Boullon, MD

Division of Cardiovascular Surgery, Navy Hospital, French Hospital, Swiss-Argentine Clinic, Argentine Institute of Diagnosis and Saint Elizabeth Clinic, Buenos Aires, Argentina

*Background.* The discovery of nitric oxide as mediator in cardiac postoperative vasoplegia encourages the use of inhibitory drugs such as methylene blue. This drug has been used with favorable results in isolated cases. The purpose of this article is to analyze the incidence of the postoperative vasoplegic syndrome, to consider its prognosis, and to evaluate the effect of intravenous methylene blue on mortality.

*Methods.* Cardiac surgery patients were consecutively included. Vasoplegic syndrome was defined by the presence of the following five criteria: (1) hypotension, (2) low filling pressures, (3) high or normal cardiac index, (4) low peripheral resistance, and (5) vasopressor requirements. Those with vasoplegia were randomized to receive 1.5 mg/Kg of methylene blue or a placebo. A *p* value less than 0.05 was considered significant.

*Results.* Six hundred thirty eight cardiac surgery patients were consecutively included in this study. Fifty-six

of these patients fulfilled vasoplegia criteria (8.8%) resulting in higher mortality (10.7% or 6 of 56 patients vs 3.6% or 21 of 582 patients; *p* value = 0.02). Those treated with methylene blue showed morbidity and mortality reductions (0% versus 21.4% or 6 of 28 patients; *p* value = 0.01). The duration of the vasoplegic syndrome was shorter in those patients treated with the drug, lasting less than 6 hours in all patients. Patients in the control group showed a slower recovery, lasting more than 48 hours in 8 patients (*p* value = 0.0007).

*Conclusions.* Vasoplegic postoperative syndrome was seen in 8.8% of all patients. Outcome in patients with vasoplegia was worse with increased morbidity and mortality. The use of methylene blue reduced the high mortality in this population.

(Ann Thorac Surg 2004;77:496–9)
© 2004 by The Society of Thoracic Surgeons

The discovery of nitric oxide as mediator in systemic inflammatory response after cardiopulmonary bypass, as in other situations, encourages the use of inhibitory drugs such as methylene blue (MB) as a therapeutic option [1–9]. This drug has been used for treating vasoplegia in isolated cases with our group as the first to report a reduction in postoperative mortality [10–13]. This article seeks to achieve a multicenter analysis of the incidence of vasoplegia in the postoperative setting, to consider its prognosis, and to assess the impact of methylene blue treatment on morbidity and mortality.

## Material and Methods

### Populations

Elective cardiac operations performed at the participating centers between 01/01/01 and 06/01/02 were included consecutively. Vasoplegic syndrome (VS) was defined using the following criteria: hypotension, mean arterial pressure less than 50 mm Hg, low filling pressures, central venous pressure lower than 5 mm Hg and wedge capillary pressure less than 10 mm Hg, normal

or elevated cardiac index more than 2.5 L/min/m$^2$, low peripheral resistance, less than 800 dyn/s/cm$^{-5}$, and vasopressor drug requirements. Temperature was not a criterion for vasoplegia. Off-pump coronary artery bypass surgery, patients with bacterial endocarditis, aortic dissection, and urgent or emergent procedures were excluded from the study. Arrow Swan-Ganz catheters were used in all patients, considering a period of 3 hours from arrival at the recovery room to the first measurement to avoid the postoperative re-heat phenomenon. Blood culture samples were taken in vasoplegic patients at 12 and 24 hours after randomization and every 24 hours thereafter. The surgical technique was similar in all patients with normothermic surgery and blood cardioplegia, with roller pump cardiac pulmonary bypass, membrane device, and balanced anesthesia (Midazolan hydrochloride, fentanyl citrate, pancuronium bromide, and the inhalatory agent Sevofluorane). The study protocol was approved by the Institutional Review Boards, and informed consent was obtained from the patients when possible or from the patient's next of kin. The method used for randomization was the hospital admission number. Thirty-one patients from the Navy Hospital, 14 from Santa Isabel Clinic, 9 from French Hospital, and 2 from the Diagnostic Institute in Buenos Aires were included. Those presenting VS were randomized either

Accepted for publication Aug 1, 2003.

Address reprint requests to Dr Levin, Postoperatory Cardiovascular Critical Care Navy Hospital, Migueletes 1203 2do 16, Buenos Aires 1426 Argentina; e-mail: rllevin@intramed.net.ar.

© 2004 by The Society of Thoracic Surgeons
Published by Elsevier Inc

0003-4975/04/$30.00
doi:10.1016/S0003-4975(03)01510-8

CARDIOVASCULAR

*Table 1. General and Surgical Characteristics of the Population*

| Characteristics | Vasoplegia Control | Vasoplegia MB | (Vasoplegia) (Total) | Nonvasoplegic Patients |
|---|---|---|---|---|
| Number | 28 | 28 | 56 (8.8%) | 582 (91.2%) |
| Female gender | 4 | 4 | 8 (14.3%) | 92 (15.8%) |
| Age (y) | 59.2 | 60.6 | 59.8 | 60.1 |
| Diabetes | 7 | 8 | 15 (26.8%) | 132 (22.7%) |
| Hypertension | 14 | 18 | 32 (57.1%) | 302 (51.9%) |
| Dislipedemia | 9 | 7 | 16 (28.6%) | 154 (26.5%) |
| Smoking | 14 | 16 | 30 (53.6%) | 298 (51.2%) |
| Previous infarction | 4 | 5 | 9 (16.1%) | 86 (14.8%) |
| Previous angioplasty | 5 | 4 | 9 (16.1%) | 83 (14.3%) |
| Previous surgery | 4 | 4 | 8 (14.3%) | 85 (14.6%) |
| Coronaries | 26 | 23 | 49 (87.5%) | 503 (86.4%) |
| Valvular | 2 | 4 | 6 (10.7%) | 56 (9.7%) |
| Combined | 0 | 1 | 1 (1.8%) | 23 (3.9%) |
| Left ventricular function | | | | |
| Normal or mild | 21 | 19 | 40 (71.4%) | 431 (74.0%) |
| Moderate | 5 | 6 | 11 (19.6%) | 103 (17.7%) |
| Severe | 2 | 3 | 5 (8.9%) | 48 (8.2%) |
| Pump time (min) | 96.6 | 92.5 | 94.5 | 91.8 |
| Cross-clamp time (min) | 57.9 | 52.7 | 55.2 | 53.8 |
| Number of grafts | 93 | 79 | 172 | 1,889 |
| Grafts per patient[a] | 3.6 | 3.3 | 3.4 | 3.2 |
| Arterial grafts | 41 | 30 | 71 | 805 |
| Endarterectomies | 10 | 8 | 18 | 159 |

[a] Coronaries and combined patients.

to a placebo or to the nitric oxide inhibitory drug MB. The latter was used in a 1.5 mg/kg dose infused over a 1-hour span of time. Clinical evolution was assessed, especially perioperative mortality.

### Statistics

The differences between populations with and without VS (control group) were analyzed as were those treated with MB and the placebo using the $\chi^2$ test and Fischer's exact test for those categorical variables and the Student's $t$ test for continuous variables. The relationship among variables is shown as odds ratio (OR) of 95%. A $p$ value lower than 0.05 was considered significant.

### Results

During the study period, 638 cardiac operations were included, fulfilling 56 patients the vasoplegic postoperative criteria proposed (8.8%). Table 1 shows the general and surgical characteristics of the population. The overall mortality was of 27 patients (4.2%), 6 of these patients were in the VS population (10.7%) versus 21 patients in the nonvasoplegic group (3.6%; $p$ value = 0.02; odds ratio = 0.31; CI = 0.11 to 0.91). Vasoplegic patients were randomized to MB (1.5 mg/Kg intravenously in 1 hour) for 28 patients and 28 patients were given the placebo (Table 2 shows the hemodynamic data before randomization). There were no deaths in those treated with MB; the 6 deceased patients were in the placebo group (21.4%). Another interesting finding was the diverse

length of course of the vasoplegia. Although those treated with MB resolved in 2 hours in all patients, those patients treated only with vasopressors (8 of 28) showed an evolution lasting more than 48 hours (28.6%) (Figs 1, 2) being the 6 deceased patients among the latter group (0% or 0 of 28 patients vs 21.4% or 6 of 28 patients; $p$ value =

*Table 2. Hemodynamic Data of Vasoplegic Patients Before MB Infusion*

| | Methylene Blue Treated[a] (n = 28) | Control[a] (n = 28) | $p$ Value |
|---|---|---|---|
| Mean arterial pressure (mm Hg) | 47.4 | 48.3 | NS |
| Mean right atrial pressure (mm Hg) | 3.7 | 3.9 | NS |
| Mean pulmonary arterial pressure (mm Hg) | 13.8 | 14.3 | NS |
| Mean wedge capillary pressure (mm Hg) | 7.7 | 7.9 | NS |
| Cardiac output (L/min) | 7.1 | 7.3 | NS |
| Cardiac index (L/min/m$^2$) | 4.3 | 4.5 | NS |
| Systemic vascular resistance (dyn/s/cm$^{-5}$) | 497 | 488 | NS |
| Norepinephrine doses (mcgr/kg/min) | 0.73 | 0.69 | NS |

[a] There were not any significant differences between all 56 vasoplegic patients and those who did not have vasoplegia. There were also no significant differences between the control and treated vasoplegic patients.

CARDIOVASCULAR



*Fig 1. Evolution of vasoplegic patients. (MB = methylene blue; VS = vasoplegic syndrome.)*

*Table 3. Postoperative Morbidity and Mortality*

| Characteristic | Methylene Blue Population (n = 28) | Control (n = 28) | p Value |
|---|---|---|---|
| Mortality | 0 | 6 (21.4%) | 0.01 |
| Renal failure | 0 | 4 (14.3%) | 0.05 |
| Dialysis | 0 | 2 (7.1%) | NS |
| Respiratory failure | 0 | 4 (14.3%) | 0.05 |
| Liver failure | 0 | 3 (10.7%) | NS |
| Cerebrovascular event | 0 | 1 (3.6%) | NS |
| Neumopathy | 0 | 4 (14.3%) | 0.05 |
| Supraventricular arrhythmia | 2 (7.1%) | 8 (28.6%) | 0.03 |
| Ventricular arrhythmia | 0 | 3 (10.7%) | NS |
| Length more than 48 h | 0 | 8 (28.6%) | 0.002 |
| Sepsis | 0 | 7 (25%) | 0.005 |
| Multi-organic dsfunction | 0 | 7 (25%) | 0.005 |

NS = not significant.

0.01). Blood culture samples were negative in both groups during the first 96 hours. Nevertheless, after this lapse of time, 7 patients in the placebo group positivized their cultures. Six of these patients died from sepsis and multi-organ failure. Table 3 shows reductions in postoperative morbidity in those treated with MB.

## Comment

Low systemic vascular resistance syndrome (vasoplegic syndrome) expresses a form of inflammatory response, constituting a known postoperative cardiac surgery complication characterized by a content–continent disproportion, with a marked increase in the second. This is clinically revealed as severe hypotension and shock (distributive shock) with an inadequate response to volume expansion. Our current incidence was 8.8% lower than our previous series, presented in 1999 and in 2001. Similarly, other authors such as Argenziano and colleagues [15], described 8% of postoperative vasoplegia in a population of 145 patients, whereas Taylor and colleagues [16] related an incidence close to 10% over 20 patients.



*Fig 2. Number of vasoplegic patients with vasopressor requirements. (MB = methylene blue.)*

The clinical outcome has been linked to a worse overall prognosis. Our previous series showed higher mortality (24% or 7of 29 patients and 16% or 7 of 22 patients) in coincidence with other authors. Gomes and colleagues [17] reported 4 deaths in 16 patients (25% mortality) in their second series; whereas the study by Argenziano and colleagues [15] shows a 27% mortality. In all cases, mortality of those with vasoplegia supersedes those who did not have the syndrome develop [13–17].

Conventional treatment has been based in hemodynamic support using vasopressor drugs such as Phenilephrine (used in our first series), norepinephrine, or dopamine [6, 14, 16–19].

Recent physiopathologic findings based on the knowledge of activation and release of inflammatory response mediators, and the capital role of nitric oxide (activating the guanylate-cyclase enzyme, with cGMP production and relaxation of the smooth vascular muscle) have led to early intervention, avoiding or limiting the inflammatory response by the action of inhibitory drugs over nitric oxide, proposing vasopressin and methylene blue as alternative choices (Fig 3) [3–4, 7–10].

Apart from the physiopathological argument, avoidance of vasopressors in the early postoperative period would prevent the possible adverse effects of these drugs, such as arrhythmias or ischemia, especially in coronary patients. Argenziano and colleagues [20] also documented a resistance to vasopressor drugs in a population of vasoplegic patients.

We and other authors have used MB in selected cases. Yiu and colleagues [11] reported a patient with postoperative VS who did not respond to norepinephrine, achieving fast reversion through the use of MB (2 mg/Kg). Evora and colleagues [3] resolved 6 patients with VS in postoperative cardiac surgery using MB (1.5 mg/Kg doses). Pagni and Austin [21] reported 1 patient after aortic valve replacement treated with MB (2 mg/Kg) [13–14, 11–12]. Another patient described by Kofidis and colleagues [22] in a postcardiac transplant with complete reversion of the syndrome after the use of MB (2 mg/Kg).

PAR-VASO-0007780



*Fig 3. Therapeutic options in postoperative vasoplegia. (NO = nitric oxide.)*

Our randomization shows the similarity between both populations in regard to general and surgical characteristics, showing mortality reduction with the use of intravenous MB. The drug defined fast resolution of vasoplegia with no adverse effects, with the exception of green or blue coloring of the urine. The short length of vasoplegia in those treated with MB is based on the inhibition or limitation of the inflammatory response by nitric oxide blockade, which has been considered of prognostic value in the postoperative inflammatory and vasoplegia response. Gomes and colleagues [17] refers to the duration of VS more than from 36 to 48 hours as a marker of worse outcome, with increased development of multi-organic failure and death, similar to Gando and colleagues [23], who established specific cut-off points, finding more multi-organic failure and deaths if the length exceeded 48 hours.

Our findings of worse evolution, more sepsis, and higher mortality in patients who had VS that persisted should reinforce those concepts, nitric oxide blockade being responsible for the lower mortality. Following this study line will enable us to establish the real value of this therapeutic choice [17, 23].

## References

1. Raikar GV, Hisamochi K, Raikar BL. Nitric oxide inhibition attenuates systemic hypotension produced by protamine. Thorac Cardiovasc Surg 1996;111:1240–6.
2. Evora PRB. O impacto científico da descoberta do oxido nítrico como vasodilatador e antitrombotico endógeno. Arq Bras Cardiol 1993;61:3–5.
3. Evora PRB, Ribeiro PJF, Andrade JCS. Methylene blue administration in SIRS after cardiac operations. Ann Thorac Surg 1997;63:12–3.
4. Andrade JCS, Batista Filho ML, Evora PRB, et al. Methylene blue administration in the treatment of the vasoplegic syndrome after cardiac surgery. Rev Bras Circ Cardiovasc 1996; 11:107–14.
5. Myles PS, Leong CK, Currey J. Endogenous nitric oxide and low systemic vascular resistance after cardiopulmonary bypass. J Cardiothorac Vasc Anesth 1997;11:571–4.
6. Gomez WJ, Carvalho AC, Honorio Palma J, Concalvez I, Buffolo E. Vasoplegic syndrome: a new dilemma. J Thorac Cardiovasc Surg 1994;107:942–3.
7. Tsuneyoshi I, Kannmura Y, Yoshimura N, et al. Nitric oxide as mediator of reduced responsiveness of mesenteric arteries taken from patients with surgical shock septic. Crit Care Med 1996;24:1083–6.
8. Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Boyle III WA. Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. Crit Care Med 2001;29:487–93.
9. Evora PB, Roselino CH, Schiaveto PM. Methylene blue in anaphylactic shock. Ann Emerg Med 1997;30:2.
10. Levin R, Degrange M, Bilbao J, Macarone P, Martinez Traba M, Del Mazo C. Sindrome vasoplejico postoperatorio; reversión con azul de metileno. Rev Argent Cardiol 2000;68:593–5.
11. Yiu P, Robin J, Pattison W. Reversal of refractory hypotension with single-dose methylene blue after coronary artery bypass surgery. J Thorac Cardiovasc Surg 1999;118:195–6.
12. Evora PRB. Should methylene blue be the drug of choice to treat vasoplegias caused by cardiopulmonary bypass and anaphylactic shock? J Thorac Cardiovasc Surg 2000;119:632–3.
13. Levin RL, Degrange MA, Bilbao J, et al. Sindrome vasoplejico en postoperatorio de cirugía cardíaca. Reducción de la mortalidad mediante el empleo de azul de metileno. Rev Argent Cardiol 2001;69:524–9.
14. Bilbao J, Levin RL, Degrange MA, et al. Sindrome vasoplejico en recuperación 2. Rev Argent Cardiol 1999;67(Suppl II):48(abstract).
15. Argenziano M, Chen JM, Choudhri AF, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Surg 1998;116:973–80.
16. Taylor K. SIRS: the systemic inflammatory response syndrome after cardiac operations. Ann Thorac Surg 1996;61:1607–8.
17. Gomes WJ, Carvalho AJ, Palma JH, et al. Vasoplegic syndrome after open heart surgery. J Cardiovasc Surg (Torino) 1998;39:619–23.
18. Christakis GT, Fremes SE, Koch JP, et al. Determinants of low systemic vascular resistance during cardiopulmonary bypass. Ann Thorac Surg 1994;58:1040–9.
19. Cremer J, Martin M, Redl H, et al. Systemic inflammatory response syndrome after cardiac operations. Ann Thorac Surg 1996;61:1714–20.
20. Argenziano M, Choudhri AF, Mozami N, Levin H, Landry DH, Oz MC. A prospective randomized trial of arginine vasopressine in the treatment of vasodilatadory shock after left ventricular assist device placement. Circulation 1997; 96(Suppl 2):II286–90.
21. Pagni S, Austin E. Use of intravenous methylene blue for the treatment of refractory hypotension after cardiopulmonary bypass. J Thorac Cardiovasc Surg 2000;119:1297–8.
22. Kofidis T, Struber M, Wilhelmi M, et al. Reversal of severe vasoplegia with single-dose methylene blue after heart transplantation. J Thorac Cardiovasc Surg 2001;122:823–4.
23. Gando S, Kameue T, Nanzaki S, Hayakawa T, Nakanishi Y. Participation of tissue factor and thrombin in posttraumatic systemic inflammatory syndrome. Crit Care Med 1997;25:1789–95.

# 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference

Mitchell M. Levy, MD, FCCP; Mitchell P. Fink, MD, FCCP; John C. Marshall, MD; Edward Abraham, MD; Derek Angus, MD, MPH, FCCP; Deborah Cook, MD, FCCP; Jonathan Cohen, MD; Steven M. Opal, MD; Jean-Louis Vincent, MD, FCCP, PhD; Graham Ramsay, MD; For the International Sepsis Definitions Conference

*Objective:* In 1991, the American College of Chest Physicians (ACCP) and the Society of Critical Care Medicine (SCCM) convened a "Consensus Conference," the goals of which were "to provide a conceptual and a practical framework to define the systemic inflammatory response to infection, which is a progressive injurious process that falls under the generalized term 'sepsis' and includes sepsis-associated organ dysfunction as well." The general definitions introduced as a result of that conference have been widely used in practice and have served as the foundation for inclusion criteria for numerous clinical trials of therapeutic interventions. Nevertheless, there has been an impetus from experts in the field to modify these definitions to reflect our current understanding of the pathophysiology of these syndromes.

*Design:* Several North American and European intensive care societies agreed to revisit the definitions for sepsis and related conditions. This conference was sponsored by the SCCM, The European Society of Intensive Care Medicine (ESICM), The American College of Chest Physicians (ACCP), the American Thoracic Society (ATS), and the Surgical Infection Society (SIS).

*Methods:* The conference was attended by 29 participants from Europe and North America. In advance of the conference, five subgroups were formed to evaluate the following areas: signs and symptoms of sepsis, cell markers, cytokines, microbiologic data, and coagulation parameters. The subgroups corresponded electronically before the conference and met in person during the conference. A spokesperson for each group presented the deliberation of each group to all conference participants during a plenary session. A writing committee was formed at the conference and developed the current article based on executive summary documents generated by each group and the plenary group presentations. The present article serves as the final report of the 2001 International Sepsis Definitions Conference.

*Conclusion:* This document reflects a process whereby a group of experts and opinion leaders revisited the 1992 sepsis guidelines and found that apart from expanding the list of signs and symptoms of sepsis to reflect clinical bedside experience, no evidence exists to support a change to the definitions. This lack of evidence serves to underscore the challenge still present in diagnosing sepsis in 2003 for clinicians and researchers and also provides the basis for introducing PIRO as a hypothesis-generating model for future research. (Crit Care Med 2003; 31:1250–1256)

KEY WORDS: sepsis; severe sepsis; septic shock; systemic inflammatory response syndrome; PIRO

In 1991, the American College of Chest Physicians (ACCP) and the Society of Critical Care Medicine (SCCM) convened a "Consensus Conference" in an attempt "to provide a conceptual and a practical framework to define the systemic inflammatory response to infection, which is a progressive injurious process that falls under the generalized term 'sepsis' and includes sepsis-associated organ dysfunction as well" (1). Conference participants, under the chairmanship of Roger C. Bone, MD, sought to provide a broad series of definitions that might ultimately improve our collective ability to diagnose, monitor, and treat sepsis. Bone et al. also addressed the need for a formal sepsis research agenda to include the "standardization of research protocols."

The 1992 statement from the ACCP/SCCM Consensus Conference introduced into common parlance the Systemic Inflammatory Response Syndrome (SIRS). The acronym provided a reference for the complex findings that result from a systemic activation of the innate immune response, regardless of cause. The statement hypothesized that SIRS is triggered by localized or generalized infection, trauma,

From Brown Medical School/Rhode Island Hospital, Medical Intensive Care Unit, Providence, RI (MML); University of Pittsburgh Medical Center, Division of Critical Care Medicine, Pittsburgh, PA (MPF, DA); Toronto General Hospital, Division of Cellular and Molecular Biology, Toronto, Ontario, Canada (JCM); University of Colorado, Health Science Center, Denver, CO (EA); McMaster University/St. Joseph's Hospital, Division of Critical Care Medicine, Ontario, Canada (DC); Division of Investigative Sciences, Imperial College of Medicine, London, UK (JC); Brown Medical School/Memorial Hospital of Rhode Island, Infectious Disease Division, Providence, RI (SMO); Department of Intensive Care, Erasme University Hospital, Brussels, Belgium (J-LV); Department of Surgery, University Hospital, Maastricht, The Netherlands (GR).

Conference participants: Mitchell M. Levy, MD, FCCM, FCCP (Co-Chair); Graham Ramsay, MD (Co-Chair); Edward Abraham, MD, FCCM; Derek Angus, MD, FCCP; Robert Balk, MD, FCCP; Gordon Bernard, MD, FCCP; Julian Bion, MD; Joseph Carcillo, MD; Jean M. Carlet, MD; Jonathan Cohen, MD; Deborah Cook, MD, FCCP; Jean-François Dhainaut, MD; Tim Evans, MD, FRCP, FCCP; Mitchell P. Fink, MD, FCCM, FCCP; Donald E. Fry, MD; Herwig Gerlach, MD, PhD; Steve Lowry, MD; Mark A. Malangoni, MD; John C. Marshall, MD; George Matuschak, MD, FCCP; Steven M. Opal, MD; Joseph E. Parrillo, MD, FCCM, FCCP; Konrad Reinhart, MD; William J. Sibbald, MD, FCCM, FCCP; Charles L. Sprung, MD, JD, FCCM, FCCP; Jean-Louis Vincent, MD, PhD, FCCM, FCCP; Max H. Weil, MD, PhD, FCCM, FCCP.

Address requests for reprints to: Mitchell M. Levy, MD, Rhode Island Hospital, Brown University School of Medicine, 593 Eddy Street, Providence, RI 02903.

Copyright © 2003 by Lippincott Williams & Wilkins

DOI: 10.1097/01.CCM.0000050454.01978.3B

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007782

thermal injury, or sterile inflammatory processes, i.e., acute pancreatitis. SIRS is considered to be present when patients have more than one of the following clinical findings: body temperature, >38°C or <36°C; heart rate, >90 min$^{-1}$; hyperventilation evidenced by a respiratory rate of >20 min$^{-1}$ or a Paco$_2$ of <32 mm Hg; and a white blood cell count of >12,000 cells $\mu$L$^{-1}$ or <4,000 $\mu$L$^{-1}$.

The SIRS concept has been globally adopted by clinicians and investigators. A MEDLINE search dated January 1992–May 2002 yielded almost 800 publications that mention SIRS in the title or the abstract. We did not record all MEDLINE terms used to identify all citations relevant to SIRS. Our goal was not to conduct a systematic review of the literature, which does dictate the need to record the search strategy.

Bone et al. defined sepsis as SIRS plus infection, "severe sepsis" as sepsis associated with organ dysfunction, hypoperfusion, or hypotension, and "septic shock" as sepsis with arterial hypotension, despite *adequate* fluid resuscitation. These general definitions are now widely used in practice and serve as the basis for numerous clinical trial inclusion criteria. Recent trial data relating to a number of new interventions have created a need to revisit and modify the 1992 definitions to better reflect our understanding of the pathophysiology of these syndromes (2, 3). In addition, many clinicians believe that the 1992 consensus definition does not provide a clear definition of sepsis. A recent European Society of Intensive Care Medicine (ESICM)/SCCM physician attitudinal survey revealed that 71% of respondees cited no common definition of sepsis (4), despite the ACCP/SCCM consensus conference criteria for sepsis, severe sepsis, and septic shock (1).

This gap in clinician understanding and a concurrent increase in clinical trial data provided the support needed for a review of the 1992 definitions of sepsis and related conditions. The 2001 International Sepsis Definitions Conference was sponsored by the SCCM, ESICM, ACCP, American Thoracic Society, and the Surgical Infection Society. Each of the sponsors provided official representation at the conference and during the preparation of this article.

## Goals and Methods of Conference

The overall goals of the conference were threefold and began with a view of the strengths and weaknesses of the current definitions of sepsis and related conditions. The second goal focused on the identification of ways to improve the current definitions. The final goal sought to identify methodologies for increasing the accuracy, reliability, and/or clinical utility of the diagnosis of sepsis.

The conference was held in Washington, DC, in December 2001 and included 29 participants from Europe, North America, and the United Kingdom. Before convening, five subgroups were formed to evaluate the signs and symptoms of sepsis, cell markers, cytokines, microbiologic data, and coagulation parameters. Subgroup participants corresponded electronically before meeting in person at the conference. A subgroup spokesperson presented individual deliberations to all conference participants during plenary sessions. A writing committee, formed at the conference, developed this article based on subgroup executive summary documents and the plenary sessions. Additional information was introduced for participant review after the conference during telephone, E-mail, and live discussions. This article serves as the final report of the 2001 International Sepsis Definitions Conference.

## Definitions

Establishing working definitions for a syndrome is inherently an imperfect process and one that requires periodic updating on the basis of new insights into pathophysiology or the availability of new diagnostic tests. We point to the example of acute myocardial infarction (AMI) as a disease paradigm to illustrate this point. Generally accepted diagnostic criteria for AMI were formulated by the Joint International Society and Federation of Cardiology/World Health Organization task force in 1979 (5). Although AMI is easily diagnosed when Q-waves are present on the electrocardiogram, non-Q-wave AMI can be distinguished from unstable angina pectoris only by using biochemical markers. Reflecting the contemporary state of knowledge, the World Health Organization biochemical criterion for establishing the diagnosis of AMI was a total creatine kinase concentration greater than twice the upper limit of normal (5). Subsequently, several more sensitive and specific biochemical markers of myocardial cell death were introduced into clinical practice (6–8), and as a re-

sult, the diagnostic criteria for AMI have been revised (9).

Unfortunately, a clinically useful set of criteria for diagnosing sepsis and related conditions will necessarily be somewhat arbitrary. There is no "gold standard" (such as the infarcted myocardium) against which the diagnostic criteria can be calibrated. Diagnostic criteria will be judged successful if clinicians regard them as an aid for decision-making at the bedside. The diagnostic scheme requires sufficient sensitivity and specificity to be a clinical aid.

## SIRS

The SIRS concept is valid to the extent that a systemic inflammatory response can be triggered by a variety of infectious and noninfectious conditions. Signs of systemic inflammation *can* and *do* occur in the absence of infection among patients with burns, pancreatitis, and other disease states. However, the specific criteria proposed in the 1992 consensus definitions are widely considered to be too nonspecific to be of utility in diagnosing a cause for the syndrome or in identifying a distinct pattern of host response (2, 3).

Although the clinical manifestations of systemic inflammation are protean, the biochemical features may be more consistent. Investigators have detected elevated circulating levels of interleukin (IL)-6 (10), adrenomedullin (11), soluble (s)CD14, sELAM-1, MIP-1$\alpha$ (12), extracellular phospholipase A$_2$ (13), and C-reactive protein (14) in patients meeting the 1992 SIRS criteria. In the future, if supported by further epidemiologic data, it may be possible to use purely biochemical and/or immunologic, rather than clinical, criteria to identify the inflammatory response. It may be that inflammation is present when the circulating concentration of IL-6, procalcitonin (15–17), or C-reactive protein are increased. No large prospective studies currently support such a conclusion.

## Sepsis

In contrast to SIRS, it is very important that clinicians and researchers have the tools needed to recognize and diagnose sepsis promptly; effective therapies for infection are widely and readily available. As in 1992, we define sepsis to be the clinical syndrome defined by the presence of both **infection** and a **systemic inflammatory response**. In considering whether

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007783

the diagnostic criteria for infection or systemic inflammation should be revised, we adhere to several principles. The criteria should be broadly useful both to clinicians caring for patients at the bedside and to researchers designing observational studies and clinical trials to improve the understanding of sepsis and its optimal treatment. The criteria should be sensitive enough to identify most patients with the syndrome, while minimally sacrificing inevitable specificity. The criteria should not be so cumbersome that clinicians will resist a commitment to memory or application. Any laboratory-dependent criteria should use assays that either are widely available now or are likely to be generally available in the near future. The criteria should be applicable to adult, pediatric, and neonatal patients.

*Infection.* We defined infection as a pathologic process caused by the invasion of normally sterile tissue or fluid or body cavity by pathogenic or potentially pathogenic microorganisms. This definition, essentially the same one used in the 1992 document, is not perfect. For example, colitis caused by *Clostridium difficile*, results from overgrowth of this organism in the colon, which is certainly not sterile. Furthermore, the clinical manifestations of *C. difficile* colitis are not caused by the bacteria invading normally sterile tissues but, rather, by the cytopathic effects of an exotoxin secreted by the organism. It is also important to point out that, frequently, infection is strongly suspected without being microbiologically confirmed. Accordingly, sepsis (i.e., infection and the systemic response to it) may only be strongly suspected, without being microbiologically confirmed.

*Systemic Inflammation in Response to Infection.* Because of the limitations of SIRS discussed above, we included a list of possible signs of systemic inflammation in response to infection (Table 1). Ultimately, this scheme seeks to codify the physical and laboratory findings that prompt an experienced clinician to conclude that an infected patient "looks septic." Findings indicative of early organ dysfunction may be the first symptoms noted by clinicians when making this assessment. It is for this reason that we included findings such as hemodynamic instability, arterial hypoxemia, oliguria, coagulopathy and altered liver function tests among the list of criteria that can be used to establish the diagnosis of sepsis.

It is important to emphasize that none of the findings in Table 1 is specific for

sepsis. A high cardiac output is commonly observed following major surgical procedures or multiple trauma. Arterial hypotension can be caused by many conditions other than sepsis, such as acute left ventricular failure secondary to AMI or hemorrhage. Coagulopathy can be drug-induced and is associated with many different diseases, in addition to sepsis. It is important that as a practitioner "checks off the boxes" to establish the diagnosis of sepsis, only findings that cannot be easily explained by other causes be included. The thresholds chosen in Table 1 merits discussion. We have not chosen thresholds for each of the criteria that are consistently abnormal in degree. The proposition is whether thresholds similar in *degree* of abnormality confer similar *prediction* in sepsis.

As a result, the group turned toward the day-to-day "reality" for bedside clinicians. Group consensus concluded that

few, if any, patients in the early stages of the inflammatory response to infection are diagnosed with sepsis via four arbitrary criteria. Instead, the clinician goes to the bedside, identifies myriad symptoms, and regardless of an evident infection, declares the patient to "look septic." If no obvious source of infection exists, the clinician then initiates a search for an infectious origin of the signs and symptoms associated with sepsis. The use of the word "some" reflects the clinical reality at the bedside, rather than an arbitrary list invented for the purpose of clinical trial entry criteria. Should the definition of sepsis reflect reality as seen at the bedside, thereby facilitating a clinical diagnosis, or should the definition enable investigators to develop clear and simple entry criteria for clinical trials? It was the opinion of the group that facilitating a bedside diagnosis should have primacy over research entry criteria.

Table 1. Diagnostic criteria for sepsis

Infection,[a] documented or suspected, and some of the following:[b]
General variables
  Fever (core temperature >38.3°C)
  Hypothermia (core temperature <36°C)
  Heart rate >90 min$^{-1}$ or >2 SD above the normal value for age
  Tachypnea
  Altered mental status
  Significant edema or positive fluid balance (>20 mL/kg over 24 hrs)
  Hyperglycemia (plasma glucose >120 mg/dL or 7.7 mmol/L) in the absence of diabetes
Inflammatory variables
  Leukocytosis (WBC count >12,000 μL$^{-1}$)
  Leukopenia (WBC count <4000 μL$^{-1}$)
  Normal WBC count with >10% immature forms
  Plasma C-reactive protein >2 SD above the normal value
  Plasma procalcitonin >2 SD above the normal value
Hemodynamic variables
  Arterial hypotension[b] (SBP <90 mm Hg, MAP <70, or an SBP decrease >40 mm Hg in adults or <2 SD below normal for age)
  S$\bar{v}o_2$ >70%[b]
  Cardiac index >3.5 L·min$^{-1}$·M$^{-2}$[3]
Organ dysfunction variables
  Arterial hypoxemia (Pao$_2$/Fio$_2$ <300)
  Acute oliguria (urine output <0.5 mL·kg$^{-1}$·hr$^{-1}$ or 45 mmol/L for at least 2 hrs)
  Creatinine increase >0.5 mg/dL
  Coagulation abnormalities (INR >1.5 or aPTT >60 secs)
  Ileus (absent bowel sounds)
  Thrombocytopenia (platelet count <100,000 μL$^{-1}$)
  Hyperbilirubinemia (plasma total bilirubin >4 mg/dL or 70 mmol/L)
Tissue perfusion variables
  Hyperlactatemia (>1 mmol/L)
  Decreased capillary refill or mottling

WBC, white blood cell; SBP, systolic blood pressure; MAP, mean arterial blood pressure; S$\bar{v}o_2$, mixed venous oxygen saturation; INR, international normalized ratio; aPTT, activated partial thromboplastin time.

[a]Infection defined as a pathologic process induced by a microorganism; [b]Svo$_2$ sat >70% is normal in children (normally, 75–80%), and CI 3.5–5.5 is normal in children; therefore, NEITHER should be used as signs of sepsis in newborns or children; [c]diagnostic criteria for sepsis in the pediatric population are signs and symptoms of inflammation plus infection with hyper- or hypothermia (rectal temperature >38.5 or <35°C), tachycardia (may be absent in hypothermic patients), and at least one of the following indications of altered organ function: altered mental status, hypoxemia, increased serum lactate level, or bounding pulses.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007784

## Severe Sepsis (Sepsis with Organ Dysfunction)

The definition of severe sepsis remains unchanged and refers to sepsis complicated by organ dysfunction. Severe sepsis is now considered to be the most common cause of death in noncoronary critical care units. Approximately 150,000 people die annually in Europe and >200,000 die annually in the United States (18). Organ dysfunction can be defined using the definitions developed by Marshall et al. (19) or the definitions used for the Sequential Organ Failure Assessment (SOFA) score (20). Organ dysfunction in severe sepsis in the pediatric population can be defined using definitions developed by Wilkinson et al. (21), Proulx et al. (22), and Doughty et al. (23) or the definitions used for the PEMOD and PELOD score (24).

## Septic Shock

Septic shock in adults refers to a state of acute circulatory failure characterized by persistent arterial hypotension unexplained by other causes. Hypotension is defined by a systolic arterial pressure below 90 mm Hg (or, in children, <2 SD below normal for their age), a MAP <60, or a reduction in systolic blood pressure of >40 mm Hg from baseline, despite adequate volume resuscitation, in the absence of other causes for hypotension.

Children and neonates maintain higher vascular tone than adults. Therefore, the shock state occurs long before hypotension in children. Septic shock in pediatric patients is defined as a tachycardia (may be absent in the hypothermic patient) with signs of decreased perfusion including decreased peripheral pulses compared with central pulses, altered alertness, flash capillary refill or capillary refill >2 secs, mottled or cool extremities, or decreased urine output (25). Hypotension is a sign of late and decompensated shock in children.

## Developing a Staging System for Sepsis

Despite the definitions for sepsis, severe sepsis, and septic shock outlined above, these terms do not allow for precise characterization and staging of patients with this condition. A clinically useful staging system stratifies patients with a disease by both their baseline risk of an adverse outcome and their potential to respond to therapy. Such systems, both formal and informal, are widely used in clinical medicine. Perhaps the best-developed and most explicit approach to disease stratification has evolved in oncology. The TNM system, developed by Pierre Denoix in 1946 (26), classifies malignant tumors based on descriptors for the primary tumor itself (T), metastases

to regional lymph nodes (N), and distant metastases (M). Each domain is graded to denote the extent of pathologic involvement. For any given tumor type, survival tends to correlate with certain TNM subgroups.

Using a variation of the TNM approach, we developed of a classification scheme for sepsis—called PIRO—that will stratify patients on the basis of their Predisposing conditions, the nature and extent of the insult (in the case of sepsis, Infection), the nature and magnitude of the host Response, and the degree of concomitant Organ dysfunction (Table 2). It is important to emphasize that the PIRO concept is rudimentary; extensive testing and further refinement will be needed before it can be considered ready for routine application in clinical practice.

*Predisposition.* Premorbid factors have a substantial impact on outcome in sepsis, modifying both the disease process and the approach taken to therapy. This point is emphasized by recent data showing that genetic factors play a greater role in determining the risk of premature mortality due to sepsis than they do in influencing the risk of premature death from other common conditions, such as cancer or cardiovascular diseases (27). Beyond genetic variability, however, the management of patients with sepsis, and hence the outcome of the disease, is clearly influenced by factors

Table 2. The PIRO system for staging sepsis

| Domain | Present | Future | Rationale |
|---|---|---|---|
| Predisposition | Premorbid illness with reduced probability of short term survival. Cultural or religious beliefs, age, sex. | Genetic polymorphisms in components of inflammatory response (e.g., TIR, TNF, IL-1, CD14); enhanced understanding of specific interactions between pathogens and host diseases. | In the present, premorbid factors impact on the potential attributable morbidity and mortality of an acute insult; deleterious consequences of insult heavily dependent on genetic predisposition (future). |
| Insult infection | Culture and sensitivity of infecting pathogens; detection of disease amenable to source control. | Assay of microbial products (LPS, mannan, bacterial DNA); gene transcript profiles. | Specific therapies directed against inciting insult require demonstration and characterization of that insult. |
| Response | SIRS, other signs of sepsis, shock, CRP. | Nonspecific markers of activated inflammation (e.g., PCT or IL-6) or impaired host responsiveness (e.g., HLA-DR); specific detection of target of therapy (e.g., protein C, TNF, PAF). | Both mortality risk and potential to respond to therapy vary with nonspecific measures of disease severity (e.g., shock); specific mediator-targeted therapy is predicated on presence and activity of mediator. |
| Organ dysfunction | Organ dysfunction as number of failing organs or composite score (e.g., MODS, SOFA, LODS, PEMOD, PELOD). | Dynamic measures of cellular response to insult—apoptosis, cytopathic hypoxia, cell stress. | Response to preemptive therapy (e.g., targeting microorganism or early mediator) not possible if damage already present; therapies targeting the injurious cellular process require that it be present. |

TLR, Toll-like receptor; TNF, tumor necrosis factor; IL, interleukin; LPS, lipopolysaccharide; SIRS, systemic inflammatory response syndrome; CRP, C-reactive protein; PCT, procalcitonin; HLA-DR, human leukocyte antigen-DR; PAF, platelet-activating factor; MODS, multiple organ dysfunction syndrome; SOFA, sepsis-related organ failure assessment; LODS, logistic organ dysfunction system; PEMOD, pediatric multiple organ dysfunction; PELOD, pediatric logistic organ dysfunction.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007785

such as the premorbid health status of the patient, the reversibility of concomitant diseases, and a host of religious and cultural forces that shape the approach toward therapy. It is also important to appreciate that these multiple predisposing factors could influence both the *incidence* and the *outcome* in similar or conflicting ways. They could also pose separate or different risks for each of the different stages of infection, response, and organ dysfunction. For example, immunosuppression may increase a person's risk of infection, decrease the magnitude of that person's inflammatory response, and have no direct influence on organ dysfunction. Similarly, a genetic polymorphism such as the $TNF_2$ allele may result in a more aggressive inflammatory response to an invading organism. This might decrease a person's risk of infection but increase that person's risk of an overly exuberant, and potentially harmful, inflammatory response should that patient become infected. We encourage researchers to explore further the complex interaction of the multiple factors that predispose to the onset, stages of progression, and outcome of sepsis.

*Infection.* The site, type, and extent of the infection have a significant impact on prognosis. A bilateral bronchopneumonia is a more extensive process than a localized pneumonia, and a generalized fecal peritonitis is a more extensive process than an appendicitis. By studying mortality rates among patients randomized to receive placebo in recent randomized clinical trials of new agents for the adjuvant treatment of sepsis, it is apparent that pneumonia and intra-abdominal infections are associated with a higher risk of mortality than are urinary tract infections. Patients with secondary nosocomial bacteremia experience a higher mortality than those with catheter-related or primary bacteremia (28). Similarly, there is evidence that the endogenous host response to Gram-positive organisms differs from that evoked by Gram-negative organisms (29). Early studies with antibodies directed against endotoxin, for example, suggested that benefit was greatest in patients with Gram-negative infection (30) or endotoxemia (31) but that treatment might be harmful to patients with Gram-positive infection (32).

*Response.* In general, current therapies for sepsis target the host response, rather than the infecting organism. The host response has proven to be difficult to characterize. Putative biologic markers of response severity include circulating levels of procalcitonin (16, 33), IL-6 (34, 35), and many others. When a new mediator is identified, epidemiologic studies will be required to determine whether measurements of the compound can be useful for staging patients. Furthermore, the optimal set of biologic markers for staging sepsis may depend on the nature of the therapeutic decision to be made. For example, an indicator of dysregulation of the coagulation system might be more valuable for making a decision about whether to institute therapy with drotrecogin alfa (activated) (36), whereas a marker of adrenal dysfunction might be more useful for determining whether to institute therapy with hydrocortisone (37).

*Organ Dysfunction.* By analogy with the TNM system, the presence of organ dysfunction in sepsis is similar to the presence of metastatic disease in cancer. Certainly, the severity of organ dysfunction is an important determinant of prognosis in sepsis (19, 38). Whether the severity of organ dysfunction can aid in therapeutic stratification is less clear. Nevertheless, there is some evidence that neutralization of TNF, an early mediator in the inflammatory cascade, is more effective in patients without significant organ dysfunction (39), whereas drotrecogin alpha (activated) may provide more benefit to patients with greater as compared with lesser disease burden (40). The modern organ failure scores can be used to quantitatively describe the degree of organ dysfunction developing over the course of critical illness (41).

The potential utility of the proposed PIRO model lies in being able to discriminate morbidity arising from infection and morbidity arising from the *response* to infection. Interventions that modulate the response may impact adversely on the ability to contain an infection; conversely, interventions that target the infection are unlikely to be beneficial if the morbidity impact is being driven by the host response. Premorbid conditions establish a baseline risk, independent of the infectious process, while acquired organ dysfunction is an outcome to be prevented.

The PIRO system is proposed as a template for future investigation and is a work in progress, rather than a model to be adopted. Its elaboration will require extensive evaluation of the natural history of sepsis to define those variables that predict not only an adverse outcome but also the potential to respond to therapy. The parameters selected may well vary depending on the aspect of sepsis being studied, being different, for example, if the focus is the antibiotic treatment of pneumonia, the evaluation of a novel inhibitor of tyrosine kinases, or the optimizing of microcirculatory flow in sepsis. The methodologic challenge is at least as great as that faced by oncologists, and the TNM system continues to evolve more than half a century after its introduction.

## CONCLUSIONS

The 2001 conference participants convened with the belief that the body of bench work since the 1991 sepsis definitions conference may lead to a major change in the definition of sepsis based on biomarkers. After a process of evidenced-based review and considerable debate, the participants determined that the use of biomarkers for diagnosing sepsis is premature. Given the length and focus of this article, we did not expand on how the problem of defining sepsis has hampered progress. We realize that this issue has long been debated in the medical community, and we choose not to elaborate here.

The primary issue debated was the importance of an accurate diagnosis of sepsis at the bedside when weighed against

> T his document reflects a process whereby a group of experts and opinion leaders revisited the 1992 sepsis guidelines and found that apart from expanding the list of signs and symptoms of sepsis to reflect clinical bedside experience, no evidence exists to support a change to the definitions.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007786

Table 3. 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference

Primary consensus points
- The current concepts of sepsis, severe sepsis, and septic shock seem to be robust definitions and should remain as described 10 yrs ago.
- Current definitions do not allow for precise staging of the host response to infection.
- Signs and symptoms of sepsis are more varied than the initial criteria established in 1991.
- A list of these signs and symptoms, for the diagnosis of sepsis is presented.
- The future lies in developing a staging system that will characterize progression of sepsis. A new system, PIRO, is proposed for characterizing and staging the host response to infection.

SCCM, Society of Critical Care Medicine; ESICM, European Society of Intensive Care Medicine; ACCP, American College of Chest Physicians; ATS, American Thoracic Society; SIS, Surgical Infection Society; PIRO, stratifies patients on the basis of their predisposing conditions, the nature and extent of the insult—in the case of sepsis, infection, the nature and magnitude of the host response, and the degree of concomitant organ dysfunction.

the development of clear and simple entry criteria for clinical trials. Participants believe that the facilitation of bedside diagnosis should have priority over standardized sepsis entry criteria for clinical trials. A standardized set of signs and symptoms that may aid enrollment into randomized trials remains to be developed. Our conclusions can be summarized as follows (Table 3).

1. Current concepts of sepsis, severe sepsis, and septic shock remain useful to clinicians and researchers. Until further evidence arises that justifies altering these categories that describe the host response to infection, they should remain as described 10 yrs ago.

2. These definitions do not allow for precise staging or prognostication of the host response to infection.

3. While SIRS remains a useful concept, the diagnostic criteria for SIRS published in 1992 are overly sensitive and nonspecific.

4. An expanded list of signs and symptoms of sepsis may better reflect the clinical response to infection.

5. The operational definitions of sepsis may be refined and tested in the future as we increase our understanding of the immunologic and biochemical characteristics of these conditions.

6. We hypothesize that improvements in the management of critically ill patients with serious infections may follow the development of a staging system for sepsis that can better characterize the syndrome on the basis of predisposing factors and premorbid conditions, the nature of the underlying infection, the characteristics of the host response, and the extent of the resultant organ dysfunction.

The fact that no new definitions for sepsis are introduced in this conference report is noteworthy. This document reflects a process whereby a group of experts revisited the 1992 sepsis consensus definitions and found that apart from expanding the list of signs and symptoms of sepsis to reflect clinical bedside experience, no evidence exists to support any change in the definitions. This lack of evidence serves to underscore the challenge for clinicians and researchers still present in diagnosing sepsis in 2003 and also provides the basis for introducing PIRO as a hypothesis-generating model for future research.

## REFERENCES

1. Members of the American College of Chest Physicians/Society of Crit Care Med Consensus Conference Committee: American College of Chest Physicians/Society of Crit Care Med Consensus Conference: Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Crit Care Med* 1992; 20:864–874
2. Marshall JC: SIRS and MODS: What is their relevance to the science and practice of intensive care? *Shock* 2000; 14:586–589
3. Vincent J-L: Dear SIRS, I'm sorry to say that I don't like you. *Crit Care Med* 1997; 25:372–374
4. Ramsay G, Gerlach H, Levy MM, et al: An international sepsis survey: A Study of doctors' knowledge and perception about sepsis. *Crit Care Med* 2003; 31:
5. Nomenclature and Criteria for Diagnosis of Ischemic Heart Disease: Report of the Joint International Society and Federation of Cardiology/World Health Organization Task Force on Standardization of Clinical Nomenclature. *Circulation* 1979; 59:607–609
6. Falahati A, Sharkey SW, Christensen D, et al: Implementation of serum cardiac troponin I as marker for detection of acute myocardial infarction. *Am Heart J* 1999; 137:332–337
7. Antman EM, Grudzien C, Mitchell RN, et al: Detection of unsuspected myocardial necrosis by rapid bedside assay for cardiac troponin T. *Am Heart J* 2002;133:596–598
8. Puleo PR, Meyer D, Wathen C, et al: Use of a rapid assay of subforms of creatine kinase MB to diagnose or rule out acute myocardial infarction. *N Engl J Med* 2002; 331:561–566
9. Myocardial infarction redefined—A consensus document of The Joint European Society of Cardiology/American College of Cardiology Committee for the Redefinition of Myocardial Infarction. *J Am Coll Cardiol* 2000; 36:959–969
10. Taniguchi T, Koido Y, Aiboshi J, et al: Change in the ratio of interleukin-6 to interleukin-10 predicts a poor outcome in patients with systemic inflammatory response syndrome. *Crit Care Med* 1999; 27:1262–1264
11. Ueda S, Nishio K, Minamino N, et al: Increased plasma levels of adrenomedullin in patients with systemic inflammatory response syndrome. *Am J Respir Crit Care Med* 1999; 160:132–136
12. Stoiser B, Knapp S, Thalhammer F, et al: Time course of immunological markers in patients with the systemic inflammatory response syndrome: Evaluation of sCD14, sV-CAM-1, sELAM-1, MIP-1 alpha and TGF-beta 2. *Eur J Clin Invest* 1998; 28:672–678
13. Hietaranta A, Kemppainen E, Puolakkainen P, et al: Extracellular phospholipases A2 in relation to systemic inflammatory response syndrome (SIRS) and systemic complications in severe acute pancreatitis. *Pancreas* 2002; 18:385–391
14. Takala A, Jousela I, Olkkola KT, et al: Systemic inflammatory response syndrome without systemic inflammation in acutely ill patients admitted to hospital in a medical emergency. *Clin Sci (Lond)* 1999; 96:287–295
15. Sablotzki A, Borgermann J, Baulig W, et al: Lipopolysaccharide-binding protein (LBP) and markers of acute-phase response in patients with multiple organ dysfunction syndrome (MODS) following open heart surgery. *Thorac Cardiovasc Surg* 2001; 49:273–278
16. Harbarth S, Holeckova K, Froidevaux C, et al: Diagnostic value of procalcitonin, interleukin-6, and interleukin-8 in critically ill patients admitted with suspected sepsis. *Am J Respir Crit Care Med* 2001; 164:396–340
17. Duflo F, Debon R, Monneret G, et al: Alveolar and serum procalcitonin: Diagnostic and prognostic value in ventilator-associated pneumonia. *Anesthesiology* 2002; 96:74–79
18. Angus DC, Linde-Zwirble WT, Lidicer J, et al: Epidemiology of severe sepsis in the United States: Analysis of incidence, outcome, and associated costs of care. *Crit Care Med* 2001; 29:1303–1310
19. Marshall JC, Cook DJ, Christou NV, et al: Multiple organ dysfunction score: A reliable descriptor of a complex clinical outcome. *Crit Care Med* 1995; 23:1638–1652
20. Ferreira FL, Bota DP, Bross A, et al: Serial evaluation of the SOFA score to predict out-

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007787

come in critically ill patients. *JAMA* 2002; 286:1754–1758

21. Wilkinson JD, Pollack MM, Ruttiman, et al: Outcome of pediatric patient with multiple organ system failure. *Crit Care Med* 1986; 14:271–274

22. Proulx F, Fagan M, Farrell CA, et al: Epidemiology of sepsis and multiple organ dysfunction syndrome in children. *Chest* 1996; 109:1033–1037

23. Doughty LA, Carcillo JA, Kaplan SS, et al: Plasma nitrite and nitrate concentration and multiple organ failure in pediatric sepsis. *Crit Care Med* 1996; 109:1033–1037

24. Leteutre S, LaCroix J, LeClerc F, et al: Pediatric Logistic Dysfunction Score. *Med Decis Making* 1997

25. Carcillo JA, Task Force Members, Fields AI: Clinical Practice Parameters for Hemodynamic Support of Pediatric and Neonatal Patients in Septic Shock. *Crit Care Med* 2002; 30;1–13

26. Denoix PX: Enquete permanent dans les centres anticancereaux. *Bull Inst Natl Hyg* 1946; 1:70–75

27. Gospodarowicz M, Benedet L, Hutter RV, et al: History and international developments in cancer staging. *Cancer Prev Cont* 1998; 2:262–268

28. Renaud B, Brun-Buisson C, ICU-Bacteremia Study Group: Outcomes of primary and catheter-related bacteremia: A cohort and case-control study in critically ill patients. *Am J Respir Crit Care Med* 2001; 163:1584–1590

29. Opal SM, Cohen J: Clinical gram-positive sepsis: Does it fundamentally differ from gram-negative bacterial sepsis? *Crit Care Med* 1999; 27:1608–1616

30. Ziegler EJ, Fisher CJ Jr, Sprung CL, et al: Treatment of Gram-negative bacteremia and septic shock with HA-1A human monoclonal antibody against endotoxin: A randomized, double-blind, placebo-controlled trial. *N Engl J Med* 1991; 324:429–436

31. Wortel CH, von der Mohlen MAM, van Deventer SJH, et al: Effectiveness of a human monoclonal anti-endotoxin antibody (HA-1A) in gram-negative sepsis: Relationship to endotoxin and cytokine levels. *J Infect Dis* 1992; 166:1367–1374

32. McCloskey RV, Straube RC, Sanders C, et al: Treatment of septic shock with human monoclonal antibody HA-1A: A randomized, double-blind, placebo-controlled trial. *Ann Intern Med* 1994; 121:1–5

33. Hausfater P, Garric S, Ayed SB, et al: Usefulness of procalcitonin as a marker of systemic infection in emergency department patients: A prospective study. *Clin Infect Dis* 2002; 34:895–901

34. Damas P, Ledoux D, Nys M, et al: Cytokine serum level during severe sepsis in human IL-6 as a marker of severity. *Ann Surg* 1992; 215:356–362

35. Panacek EA, Kaul M: IL-6 as a marker of excessive TNF-alpha activity in sepsis. *Sepsis* 1999; 3:65–73

36. Bernard GR, Vincent J-L, Laterre PF, et al: Efficacy and safety of recombinant human activated protein C for severe sepsis. *N Engl J Med* 2001; 344:699–709

37. Annane D, Sébille V, Charpentier C, et al: Effect of treatment with low doses of hydrocortisone and Fludrocortisone on mortality in patients with septic shock. *JAMA* 2002; 288:862–871

38. Vincent J-L, Moreno R, Takala J, et al: The SOFA (Sepsis-related Organ Failure Assessment) score to describe organ dysfunction/failure. *Intensive Care Med* 1996; 22:707–710

39. Marshall JC, Panacek EA, Teoh L, et al: Modeling organ dysfunction as a risk factor, outcome, and measure of biologic effect in sepsis. *Crit Care Med* 2001; 28:A46

40. Eli Lilly and Company: Briefing Document for XIGRIS for the Treatment of Severe Sepsis. http://www.fda.gov/ohrms/dockets/ac/01/briefing/3797b1_01_Sponsor.htm, August 6, 2001

41. Cook R, Cook DJ, Tilley J, et al: Multiple organ dysfunction: Baseline and serial component scores. *Crit Care Med* 2001; 29: 2046–2050

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007788

American Journal of Emergency Medicine (2006) **24**, 810–814



ELSEVIER

The
American Journal of
Emergency Medicine

www.elsevier.com/locate/ajem

Original Contribution

# Vasopressin alone or with epinephrine may be superior to epinephrine in a clinically relevant porcine model of pulseless electrical activity cardiac arrest

Charles M. Little DO[a],*, Mia H. Marietta MS[b], Kathleen Peng[c],
Kennon Heard MD[a], Miguel Fragoso DVM[d], Fred A. Severyn MD[a],
Vikhyat S. Bebarta MD[a], Norman A. Paradis MD[a]

[a]Division of Emergency Medicine, University of Colorado Health Sciences Center, Denver, CO 80262, USA
[b]School of Medicine, University of Colorado Health Sciences Center, Denver, CO 80262, USA
[c]University of Colorado at Boulder, Denver, CO, USA
[d]Department of Cardiovascular Physiology, University of Colorado Health Sciences Center, Denver, CO 80262, USA

Received 21 January 2006; revised 31 March 2006; accepted 7 May 2006

## 1. Introduction

Cardiac arrest remains an important entity in the clinical field. In the United States, annually there are about 450,000 sudden cardiac deaths in the prehospital or ED setting [1]. Current survival rates are about 5% to 10% of cardiac arrest cases, as reported in a recent European multicenter trial [2]. The presenting rhythm of cardiac arrest has changed over the last decade. The incidence of primary ventricular fibrillation (VF) is decreasing and the incidence of pulseless electrical activity (PEA) is increasing [3]. The widespread introduction of automated external defibrillators in the lay setting can be expected to increase the incidence of postcounter shock PEA.

Pulseless electrical activity has a worse prognosis than VF [2]. Epinephrine the is currently recommended medical therapy for PEA [4]. Epinephrine increases coronary perfusion pressure (CoPP) and myocardial perfusion.

Epinephrine-induced $\beta_1$ effects might be expected to increase myocardial contractility and rate in PEA, thus increasing cardiac output. However, use of epinephrine could increase the myocardial oxygen demand, resulting in supply-demand mismatch in ischemic myocardium [5]. Vasopressin has more recently been introduced in the treatment of cardiac arrest. Although a known coronary artery vasoconstrictor, vasopressin has been shown to increase myocardial blood flow in the setting of cardiac arrest [6,7]. A recent large European prehospital cardiac arrest study comparing epinephrine to vasopressin showed similar resuscitation rates with both drugs in PEA [2]. Of note, in this clinical study subjects who failed to respond to vasopressin had crossover to epinephrine, but the epinephrine group did not cross over to vasopressin.

Drug treatment in animals in PEA has yielded mixed results. The use of different models of PEA has further confused the issue. Asphyxial "pediatric" cardiac arrest models may differ significantly at the cellular level from the "adult" model of PEA after VF and defibrillation [8]. Direct comparison of vasopressin and epinephrine demonstrated improved outcome with epinephrine in an asphyxial swine model [9]. The same investigators found that

Presented in part at the Society for Academic Emergency Medicine Annual Meeting, May 2003, Orlando, Fla.
 * Corresponding author. Tel.: +1 303 372 5582.
 E-mail address: charles.little@uchsc.edu (C.M. Little).

0735-6757/$ – see front matter © 2006 Elsevier Inc. All rights reserved.
doi:10.1016/j.ajem.2006.05.002

PAR-VASO-0007789

vasopressin was superior in a swine model of VF defibrillated to PEA [10].

The combination of vasopressin and epinephrine has received less attention from researchers. These agents have different receptor systems inducing vasoconstriction. Epinephrine is mediated by the $\alpha_1$ and $\alpha_2$ receptors as well as $\beta_1$ and $\beta_2$ receptors, whereas vasopressin affects the $V_1$ and $V_2$ receptors. This suggests the possibility of additive or synergistic effects with combination therapy. Previous result on animal experience with combination therapy in PEA is mixed. The combination of vasopressin and epinephrine was more effective than either agent alone in a swine asphyxial arrest model [11]. This model produced animals with a mix of either VF or asystole/PEA at the time of drug administration. Pulseless electrical activity alone was not investigated separately. The use of combination therapy with epinephrine and vasopressin in lower-than-usual doses could result in enhanced vasoconstriction and myocardial perfusion with less subsequent epinephrine $\beta_1$ toxicity.

A new swine model of postcountershock PEA was developed to test drug therapy in PEA. This model is designed to mimic a typical prehospital cardiac arrest clinical situation. After VF induction, cardiopulmonary resuscitation (CPR) is instituted at 7 minutes of cardiac arrest with a low target CoPP of 10–15 mm Hg. Defibrillation is performed at 10 minutes of arrest. This model mimics an out-of-hospital EMS response with CPR first as suggested by the 2005 American Health Association recommendations [12]. In pilot studies, this reliably resulted in PEA. Drug therapy is given at 10.5 minutes of arrest (after 3.5 minutes of CPR). This model replicates failure of return of spontaneous circulation (ROSC) after defibrillation, which historically has a very high mortality rate. Crossover drug was given at 20 minutes of cardiac arrest. This period represents late intervention that can still result in neurologically intact outcome in clinical cardiac arrest [13]. The effects of the drugs vasopressin (VP; 0.8 U/kg), epinephrine (Epi; 0.02 mg/kg), and the combination at half doses (Epi 0.01 mg/kg and VP 0.04 U/kg) were examined in this novel model of PEA. A secondary objective of this study was to develop a clinically relevant model of postdefibrillation PEA.

# 2. Methods

## 2.1. Animal preparation

This study was approved by the institutional laboratory animal care and use committee following Public Health Service Guidelines [14]. Sixteen mixed-breed swine, weighing $41.3 \pm 6.7$ kg, were used. The swine were fasted overnight except for free access to water. Anesthesia was induced with ketamine (15 mg/kg, IM), followed by isoflurane (5%) and oxygen (95%), then by nosecone. After induction of anesthesia, the animal was intubated and the isoflurane adjusted to maintain surgical anesthesia. The animals were mechanically ventilated with an $FICO_2$ of 1.0, and minute ventilation adjusted to maintain the $PCO_2$ in a range of 35–40 mm Hg as determined by end tidal carbon dioxide (Lifepak 12; Medtronic, Redmond, WA).

Hemodynamic monitoring was performed via surgical cutdown. Millar® pressure catheters (Millar Instruments, Houston, TX; model # SPC-450) were placed in the right atrium through a femoral vein and in the ascending aorta just proximal to the diaphragm through a femoral artery. A pigtail catheter (model # SPC-474A; Millar Instruments) for microsphere injection was placed in the left ventricle through the opposite femoral artery. The aortic Millar catheter was used for the reference withdrawal catheter. An angiography port was placed in the superior vena cava through the right external jugular vein for fluid and drug administration. A pacing wire was placed through the angiography port and positioned in the apex of the right ventricle. The position of all catheters was confirmed by pressure waveform, fluoroscopy, and at necropsy.

After instrumentation, the isoflurane was decreased to 0.5% to 1% and anesthesia was maintained with the continuous infusion of fentanyl at 2 to 5 mcg/kg per minute and ketamine at 5 to 10 mcg/kg per minute.

## 2.2. Experimental protocol

Hemodynamic data (aortic and right atrial pressure and electrocardiogram) were continuously fed to the computer throughout the experiment (Chart 5; ADInstruments, Colorado Springs, CO) at 200 Hz. Neutron-activated microspheres were used to determine myocardial blood flows (Biopal, Worchester MA).

Ventricular fibrillation was induced by the right ventricular pacing wire with a 60-H, 25-mA AC current for 3 seconds, confirmed by both loss of aortic pressure waveform and electrocardiogram. The pacing wire was removed and mechanical was ventilation discontinued. The animals remained in VF without CPR for 7 minutes to simulate an unwitnessed out-of-hospital cardiac arrest. At 7 minutes, CPR was begun with a mechanical resuscitator (Programmable Thumper®; Michigan Instruments, Grand Rapids, MI). The parameters were $FIO_2 = 0.85$, ventilation 30 psi driving pressure, delivering 20 cm $H_2O$ airway pressure, duty cycle = 0.5, compression rate = 100 per minute, and ventilation ratio 15:1. Compression force was adjusted in the first minute to obtain a CoPP (CoPP = aortic diastolic − right atrial diastolic pressures) of 10 to 15 mm Hg. A blood flow measurement was begun at 8 minutes after initiation arrest ending at 10 minutes.

The animal was defibrillated at 10 minutes of arrest with a biphasic defibrillator (Lifepack 12; Medtronic) at 1.5 J/kg. This was followed by 2 J/kg, then 3 J/kg if termination of VF was required. Pulseless electrical activity was defined as organized electrical complexes with an aortic systolic blood pressure of 60 mm Hg or lower. Cardiopulmonary resusci-

PAR-VASO-0007790

tation was resumed and the absence of ROSC assessed continuously by monitoring for aortic waveform between resuscitator compressions and confirmed once each minute by pausing CPR (<5 seconds) if needed. The time intervals for this study were based on prior pilot experiments.

The first study drug (drug A) consisted of either epinephrine (0.02 mg/kg), vasopressin (0.8 U/kg), or one half dose of each in combination (0.01 mg/kg epinephrine and 0.4 U/kg vasopressin). The drug was selected by block randomization and the investigators were blinded to the drug group. The drug was administered at 10.5 minutes of arrest into the superior vena cava, followed by a 10-mL normal saline flush. A blood flow measurement was begun at 13 minutes of arrest. If ROSC did not occur after drug A, crossover to drug B occurred at 20 minutes of arrest (9.5 minutes after drug A). Drug B was given in the same doses as drug A with epinephrine following vasopressin, the converse for epinephrine, and a repeat dose of the combination in that group. A final blood flow was obtained at 30 minutes after the initial cardiac arrest.

### 2.3. Hemodynamic measurements

Aortic and right atrial blood pressures were continuously fed to the computer at 200 Hz throughout the experiment (Chart 5; ADInstruments). This software has a cyclic analysis functionality that identifies the systolic and diastolic pressures. With CPR, and especially after drug administration, the resting aortic tone and aortic diastolic pressure increases whereas the right atrial diastolic pressure (AOD) pressure remains constant, thus increasing myocardial perfusion. Coronary perfusion pressure was defined as aortic diastolic (relaxation phase) pressure minus right atrial diastolic (RAD) pressure. This definition of CoPP and the relationship to myocardial perfusion and ROSC has been demonstrated for both animals and humans [15–17]. This data was acquired in 15-second blocks for the entire experiment. The experiment was divided into the discrete phases of normal sinus rhythm, CPR (CPR before drug), CPR + Drug, and ROSC. Data analysis was grouped by these phases for comparison.

### 2.4. Blood flow measurements

Neutron-activated microspheres were used for myocardial blood flow measurements (Biopal). Four different flows were measured with stable isotopes. The microspheres for each flow were ultrasonicated and injected through the left ventricular catheter. Aortic reference blood was withdrawn over 2 minutes by using a calibrated electronic withdrawal pump. The microsphere blood flow measurement technique has been previously described [18,19]. Microspheres with a mean diameter of 15 $\mu$m labeled with gold, samarium, lutetium, and lanthanum were used.

### 2.5. Statistical analysis

The ROSC rate was analyzed by Fisher exact test. Analysis of variance was used to compare CoPP between

group differences for each drug with the predrug value as a covariant. Tukey's post-hoc test was used for multiple comparisons. A $P$ value of less than .05 was considered statistically significant. Statistical analysis was performed with Systat 11 (SPSS, Evanston, IL).

## 3. Results

One animal had ROSC before drug administration and was not included in further analyses. Fifteen of 16 animals developed PEA after defibrillation. Overall, 14 of 15 animals were eventually resuscitated. Aortic and right atrial pressures are listed in Table 1.

More animals had ROSC in the VP and VP + Epi groups, but the difference was not statistically significant.

| ROSC rates | Initial drug | Crossover drug |
|---|---|---|
| Vasopressin | 4/5 | 0/1 |
| Epinephrine | 2/5 | 2/3 |
| VP/Epi | 4/5 | 1/1 |

P = NS between groups.

Among the animals that received crossover drug after 20 minutes of arrest, those receiving vasopressin were successfully resuscitated.

All animals with ROSC were hemodynamically stable postresuscitation without significant ventricular arrhythmias.

Coronary perfusion pressure improved after drug administration in the vasopressin groups, compared to epinephrine alone (Table 2). Myocardial blood flows were attempted in this experiment. The postdrug microsphere blood flows were invalidated by spontaneous ROSC in several animals after drug administration in each group during the blood

**Table 1**  Aortic and right atrial pressures

|  | AOS | AOD | RAD |
|---|---|---|---|
| **Epi** |  |  |  |
| NSR | 102.0 ± 18.0 | 73.1 ± 19.3 | 7.0 ± 2.6 |
| CPR Alone | 37.4 ± 18.1 | 13.4 ± 3.0 | 7.8 ± 5.6 |
| CPR + Drug | 51.0 ± 19.3 | 12.3 ± 5.8 | 9.2 ± 7.6 |
| ROSC | 107.0 ± 9.7 | 82.8 ± 9.9 | 2.4 ± 2.7 |
| **Vaso** |  |  |  |
| NSR | 103.9 ± 15.6 | 71.7 ± 5.4 | 2.0 ± 3.1 |
| CPR Alone | 43.2 ± 13.4 | 12.4 ± 4.1 | 3.9 ± 2.5 |
| CPR + Drug | 59.8 ± 17.4 | 21.7 ± 11.4 | 3.3 ± 2.6 |
| ROSC | 175.4 ± 32.4 | 134.2 ± 37.5 | 5.3 ± 3.0 |
| **Vaso + Epi** |  |  |  |
| NSR | 100.2 ± 15.8 | 78.2 ± 15.1 | 3.7 ± 3.4 |
| CPR Alone | 40.6 ± 9.0 | 8.4 ± 4.8 | 4.9 ± 6.2 |
| CPR + Drug | 65.6 ± 15.4 | 18.3 ± 16.6 | 2.0 ± 5.6 |
| ROSC | 184.9 ± 21.2 | 137.8 ± 19.6 | 6.0 ± 3.3 |

All pressures in mm Hg, mean ± SD.
AOS indicates aortic systolic pressure; AOD, aortic diastolic pressure; RAD, right atrial pressure; NSR, normal sinus rhythm; CPR Alone, CPR before drug; CPR + DRUG, CPR after drug; ROSC, return of spontaneous circulation.

| | Epi | Vaso | Vaso + Epi |
|---|---|---|---|
| Table 2 | Coronary perfusion pressures | | |
| NSR | 66.0 ± 21.3 | 69.8 ± 8.3 | 74.6 ± 17.5 |
| CPR Alone | 5.6 ± 6.2 | 8.4 ± 5.6 | 3.4 ± 5.4 |
| CPR + DRUG | 3.1 ± 8.2 | 18.4 ± 11.2* | 16.3 ± 14.8* |
| ROSC | 80.4 ± 9.5 | 128.9 ± 37.1 | 131.8 ± 19.2 |

Coronary perfusion pressures in mm Hg, means ± SD. Coronary perfusion pressure = aortic diastolic pressure − right atrial diastolic pressure.

NSR, normal sinus rhythm; CPR Alone, CPR before drug; CPR + DRUG, CPR after drug; ROSC, return of spontaneous circulation.

\* $P \leq .001$ compared to Epi, $P$ = NS between Vaso and Vaso + Epi.

flow measurement. As the technique of microsphere blood flows is valid only in reasonably steady-state conditions, these data could not be further analyzed.

## 4. Discussion

### 4.1. Epinephrine and vasopressin effects

The vasopressin groups (VP and VP + Epi) had significantly increased CoPP compared to epinephrine alone (Epi) (Table 1). The epinephrine group had no detectable response in CoPP to drug (Table 1). We selected CoPP as an outcome for this preliminary study because it provides a continuous outcome variable and therefore increases our capability to detect a difference between groups. These improved CoPPs in the vasopressin-containing groups exceeded the 15-mm Hg threshold that would predict ROSC [15]. The clinical relevance of our findings is further supported by the higher rate of ROSC in vasopressin- and combination-treated animals. We did not detect a difference after drug administration in CoPP between the VP and VP + Epi groups. The combined group actually had a slightly lower CoPP than VP alone (Table 2). Although the animal numbers are limited to detect differences, this suggests that there is not a large additive or synergistic effect in combining the 2 drugs.

Although our study was not set up to compare ROSC among the 3 groups, we believe that the clinical outcomes support the CoPP findings. The groups using vasopressin (VP and VP + Epi) trended toward improved initial ROSC compared to the epinephrine (Epi) group. The best outcome was observed in the combination group (VP + Epi), with 4 of 5 animals initially responding, and the remaining animals responding to a second dose.

Response to vasopressin as the crossover drug in animals without ROSC after epinephrine was dramatic. Two of 3 epinephrine failure animals had ROSC after vasopressin administration. The second drug was given at 20 minutes after arrest, 9.5 minutes after the initial drug. The time interval between drugs was of sufficient duration that the epinephrine effect should have dissipated. This suggests that vasopressin may be superior to epinephrine in PEA in this

setting. Current advanced cardiac life support recommendations suggest repeating epinephrine every 3 to 5 minutes compared to a single dose of vasopressin, reflecting the difference in the duration of action of these drugs [4].

It is unclear why epinephrine was ineffective at resuscitation in this model. There was no increase in CoPP in the group that was given epinephrine alone. This suggests that there was no effective vasoconstriction in these animals. Epi, at 0.02 mg/kg, will normally increase perfusion pressure and ROSC in similar models of VF [20]. It is unclear if the setting of PEA changes the response to Epi. Even the 2 epinephrine animals that eventually had ROSC after they were given vasopressin had minimal improvement with epinephrine, with a mean CoPP change of 10.8 to 12.6 mm Hg after the initial Epi dose.

Epinephrine has $\beta_2$ vasodilator effects as well as $\alpha_1$ vasoconstrictive effects. The beta effect may predominate, or there may be a lack of alpha effect on the vasculature in this model. The lack of change in CoPP in the Epi animals that later responded to vasopressin suggests this mechanism. Epinephrine has also been shown to cause myocardial oxygen consumption/demand mismatch [21-24]. The adverse myocardial activity of Epi may have contributed to the initial lack of ROSC. The eventual ROSC with vasopressin in 2 of 3 epinephrine animals that failed to achieve initial ROSC demonstrates that the animal's vasculature and myocardium were capable of responding to therapy.

Both epinephrine and vasopressin are clinically used in VF cardiac arrest [2,25]. The findings of the European prehospital comparison suggested no difference between epinephrine and vasopressin in treating PEA [2]. Wenzel et al [2] did show an improvement in asystole survival rate with vasopressin. In the European trial, the patients who failed to respond to vasopressin crossed over to epinephrine, but those who failed to respond to initial epinephrine stayed with repeated doses of epinephrine. The current study suggests crossover to vasopressin after epinephrine failure may be beneficial in PEA. Further investigation of vasopressin and the vasopressin/epinephrine combination compared to epinephrine is needed. Further investigation of vasopressin in patients who failed to respond to epinephrine is also of clinical interest.

### 4.2. Limitations

We used CoPP as the primary outcome rather than ROSC. The study uses a new PEA model of cardiac arrest; blood flow measurements were invalid in this model. Human vasopressin was used (instead of lysine-vasopressin); however, multiple studies have shown good vasopressor response to arginine-vasopressin in swine.

## 5. Conclusions

This new model of postdefibrillation PEA is a reproducible means of testing therapy in this form of cardiac arrest.

However, it not useful for blood flow measurements using microsphere techniques.

The use of vasopressin alone and vasopressin with epinephrine produces higher CoPP than epinephrine alone in this PEA model.

Vasopressin and the combination of epinephrine and vasopressin demonstrated a trend to higher rates of ROSC than epinephrine. This suggests that the increase in CoPP will translate into improved ROSC and possibly improved survival.

The subsequent use of vasopressin after epinephrine failure was effective in obtaining ROSC in 2 of 3 initial epinephrine failure animals.

## Acknowledgment

This study was supported by by NIH Short-term training Grants 735 DC07 4496-P8.

## References

[1] Zheng Z-J, Croft JB, Giles WH, Mensah GA. Sudden cardiac death in the United States, 1989 to 1998. Circulation 2001;104(18): 2158-63.

[2] Wenzel V, Krismer AC, Arntz HR, et al. A comparison of vasopressin and epinephrine for out-of-hospital cardiopulmonary resuscitation. N Engl J Med 2004;350(2):105-13.

[3] Cobb LA, Fahrenbruch CE, Olsufka M, Copass MK. Changing incidence of out-of-hospital ventricular fibrillation, 1980-2000. JAMA 2002;288(23):3008-13.

[4] 2005 American Heart Association guidelines for cardiopulmonary resuscitation and emergency cardiovascular care. Circulation 2005; 112(24 Suppl):IV1-IV203.

[5] Ditchey RV, Lindenfeld J. Failure of epinephrine to improve the balance between myocardial oxygen supply and demand during closed-chest resuscitation in dogs. Circulation 1988;78(2):382-9.

[6] Lindner KH, Brinkmann A, Pfenninger EG, et al. Effect of vasopressin on hemodynamic variables, organ blood flow, and acid-base status in a pig model of cardiopulmonary resuscitation. Anesth Analg 1993;77(3):427-35.

[7] Lindner KH, Prengel AW, Pfenninger EG, et al. Vasopressin improves vital organ blood flow during closed-chest cardiopulmonary resuscitation in pigs. Circulation 1995;91(1):215-21.

[8] Grmec S, Lah K, Tusek-Bunc K. Difference in end-tidal CO$_2$ between asphyxia cardiac arrest and ventricular fibrillation/pulseless ventricular tachycardia cardiac arrest in the prehospital setting. Crit Care 2003;7(6):R139-44.

[9] Voelckel WG, Lurie KG, McKnite S, et al. Comparison of epinephrine and vasopressin in a pediatric porcine model of asphyxial cardiac arrest. Crit Care Med 2000;28(12):3777-83.

[10] Wenzel V, Lindner KH, Prengel AW, et al. Vasopressin improves vital organ blood flow after prolonged cardiac arrest with postcountershock pulseless electrical activity in pigs. Crit Care Med 1999;27(3):486-92.

[11] Mayr VD, Wenzel V, Voelckel WG, et al. Developing a vasopressor combination in a pig model of adult asphyxial cardiac arrest. Circulation 2001;104(14):1651-6.

[12] Guidelines 2000 for cardiopulmonary resuscitation and emergency cardiovascular care. Part 6: advanced cardiovascular life support: section 8: postresuscitation care. The American Heart Association in collaboration with the International Liaison Committee on resuscitation. Circulation 2000;102(8 Suppl):I166-71.

[13] Mild therapeutic hypothermia to improve the neurologic outcome after cardiac arrest. N Engl J Med 2002;346(8):549-56.

[14] Resources IoLA, Sciences CoL, Council NR. Guide for the care and use of laboratory animals. Washington, DC: National Academy Press; 1996.

[15] Paradis NA, Martin GB, Rivers EP, et al. Coronary perfusion pressure and the return of spontaneous circulation in human cardiopulmonary resuscitation. JAMA 1990;263(8):1106-13.

[16] Halperin HR, Tsitlik JE, Guerci AD, et al. Determinants of blood flow to vital organs during cardiopulmonary resuscitation in dogs. Circulation 1986;73(3):539-50.

[17] Luce JM, Rizk NA, Niskanen RA. Regional blood flow during cardiopulmonary resuscitation in dogs. Crit Care Med 1984;12(10): 874-8.

[18] Heymann MA, Payne BD, Hoffman JI, Rudolph AM. Blood flow measurements with radionuclide-labeled particles. Prog Cardiovasc Dis 1977;20(1):55-79.

[19] Taylor RB, Brown CG, Bridges T, et al. A model for regional blood flow measurements during cardiopulmonary resuscitation in a swine model. Resuscitation 1988;16(2):107-18.

[20] Little CM, Angelos MG, Paradis NA. Compared to angiotensin II, epinephrine is associated with high myocardial blood flow following return of spontaneous circulation after cardiac arrest. Resuscitation 2003;59(3):353-9.

[21] Brown CG, Taylor RB, Werman HA, et al. Effect of standard doses of epinephrine on myocardial oxygen delivery and utilization during cardiopulmonary resuscitation. Crit Care Med 1988;16(5):536-9.

[22] Ditchey RV, Goto Y, Lindenfeld J. Myocardial oxygen requirements during experimental cardiopulmonary resuscitation. Cardiovasc Res 1992;26(8):791-7.

[23] Lindner KH, Ahnefeld FW, Schuermann W, Bowdler IM. Epinephrine and norepinephrine in cardiopulmonary resuscitation. Effects on myocardial oxygen delivery and consumption. Chest 1990;97(6):1458-62.

[24] Rivers EP, Wortsman J, Rady MY, et al. The effect of the total cumulative epinephrine dose administered during human CPR on hemodynamic, oxygen transport, and utilization variables in the postresuscitation period. Chest 1994;106(5):1499-507.

[25] Part 6: advanced cardiovascular life support: section 6: pharmacology II: agents to optimize cardiac output and blood pressure. Resuscitation 2000;46(1-3):155-62.

PAR-VASO-0007793

# Arginine vasopressin in 316 patients with advanced vasodilatory shock*

Günter Luckner, MD; Martin W. Dünser, MD; Stefan Jochberger, MD; Viktoria D. Mayr, MD; Volker Wenzel, MD; Hanno Ulmer, PhD; Stefan Schmid, MD; Hans Knotzer, MD; Werner Pajk, MD; Walter Hasibeder, MD; Andreas J. Mayr, MD; Barbara Friesenecker, MD

*Objective:* To assess the effects of arginine vasopressin (AVP) on hemodynamic, clinical, and laboratory variables and to determine its adverse side effects in advanced vasodilatory shock.
*Design:* Retrospective study.
*Patients:* A total of 316 patients.
*Interventions:* AVP infusion (4 units/hr).
*Measurements and Main Results:* Cardiocirculatory, laboratory, and clinical variables were evaluated before, 0.5, 1, 4, 12, 24, 48, and 72 hrs after administration of AVP. AVP increased mean arterial pressure, systemic vascular resistance, and stroke volume index. Heart rate, central venous pressure, mean pulmonary arterial pressure, norepinephrine, milrinone, and epinephrine requirements decreased. There was no difference in the hemodynamic response between patients with septic shock, postcardiotomy shock, or systemic inflammatory response syndrome. Cardiac index decreased in 41.1% of patients during AVP treatment. In patients with hyperdynamic circulation before AVP, cardiac index decreased, whereas it remained uncharged or tended to increase in patients with normodynamic or hypodynamic circulation. During the course of AVP treatment, liver enzymes (28.5% of patients) and total bilirubin concentrations (69.3% of patients) increased, whereas platelet count decreased (73.4% of

patients). Simultaneous hemofiltration significantly contributed to the decrease in platelet count ($p < .001$) and increase in bilirubin ($p < .001$). Whereas patients with an increase in bilirubin were more likely to die, a decrease in cardiac index or platelet count and an increase in liver enzymes did not affect mortality. Systemic inflammatory response syndrome as admission diagnosis, a high degree of multiple organ dysfunction, and norepinephrine requirements of >0.5 $\mu g \cdot kg^{-1} \cdot min^{-1}$ before AVP treatment were independent risk factors for death from advanced vasodilatory shock treated with AVP. If norepinephrine dosages exceeded 0.6 $\mu g \cdot kg^{-1} \cdot min^{-1}$ before AVP treatment, a substantial increase in mortality occurred.
*Conclusions:* Supplementary AVP infusion improved cardiocirculatory function in advanced vasodilatory shock, but an increase in liver enzymes and bilirubin, and a decrease in platelet count occurred during AVP therapy, particularly during simultaneous hemofiltration. Initiation of AVP infusion before norepinephrine requirements exceeding 0.6 $\mu g \cdot kg^{-1} \cdot min^{-1}$ may improve outcome. (Crit Care Med 2005; 33:2659–2666)
*Key Words:* arginine vasopressin; norepinephrine; side effects; mortality; septic shock; vasodilatory shock; cardiac index; liver enzymes; bilirubin; platelets

A dvanced vasodilatory shock is a life-threatening condition in critically ill patients and the most frequent cause of death from septic shock (1). Current treatment recommendations include fluid resuscitation, inotropes, and vasopressor catecholamines (2). Unfortunately, catecholamine hyposensitivity often complicates

cardiovascular stabilization (3). Intensivists may enter a *circulus vitiosus*, where any further increase in catecholamine support may produce major side effects (e.g., tachyarrhythmias), which additionally worsen cardiocirculatory function, thus contributing to poor outcome. Accordingly, >100,000 patients per year die of irreversible vasodilatory shock and multiple organ dysfunction syndrome resistant to catecholamine vasopressor effects alone in U.S. intensive care units (3).

Arginine vasopressin (AVP) has been introduced in addition to catecholamines in cardiac arrest (4, 5) and advanced vasodilatory shock (6–9). There have been numerous reports about beneficial effects of AVP in advanced vasodilatory shock, but concern has been raised because of possible adverse side effects and unknown

details regarding the optimal time to start AVP therapy. A current prospective, multiple-center trial is investigating the effects of AVP on patient outcome in cases of advanced vasodilatory shock (10); results may not be available until 2006.

We have used AVP in advanced vasodilatory shock patients since 1999. A cohort of 316 patients has been analyzed retrospectively in the present study. Until more clinical data will be available, the present study may be of value for clinicians to provide the best care possible for patients with advanced vasodilatory shock.

## METHODS

### Demographic Data

Between January 1999 and December 2003, medical records of a 23-bed general sur-

*See also p. 2713.
From the Department of Anesthesiology and Critical Care Medicine (GL, MWD, SJ, VDM, VW, SS, HK, WP, AJM, BF) and the Institute of Medical Biostatistics and Documentation (HU), Medical University Innsbruck, Austria; and the Department of Anesthesiology and Critical Care Medicine, Krankenhaus der Barmherzigen Schwestern, Ried im Innkreis, Austria (WH).
No author has a conflict of interest in regard to the drugs discussed in this article.
Copyright © 2005 by the Society of Critical Care Medicine and Lippincott Williams & Wilkins
DOI: 10.1097/01.CCM.0000186749.34028.40

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

gical and trauma intensive care unit were reviewed for patients with advanced vasodilatory shock who were treated with a supplementary AVP infusion (Pitressin, Pfizer, Karlsruhe, Germany). According to the cause of vasodilatory shock, patients were grouped into 1) patients with septic shock, 2) patients with postcardiotomy shock, and 3) patients with vasodilatory shock due to overwhelming systemic inflammatory response syndrome (SIRS). The syndromes of sepsis and SIRS were defined according to the American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference criteria (11). Age, admission diagnosis, length of intensive care unit stay and AVP infusion, Simplified Acute Physiologic Score II (12), most severe multiple organ dysfunction syndrome score (13), and intensive care unit mortality were documented.

## Hemodynamic Management

All patients were invasively monitored, including monitoring with a pulmonary artery catheter. Additional fluid resuscitation was performed using colloid solutions (Gelofusin, B. Braun, Melsungen, Germany) until stroke volume could not be further increased; the corresponding pulmonary artery occlusion pressure was then used to guide ongoing fluid resuscitation. If stroke volume index remained at $<25$ mL$\cdot$beat$^{-1}\cdot$m$^{-2}$ or cardiac index was $<2.0$ L$\cdot$min$^{-1}\cdot$m$^{-2}$, milrinone was started as a continuous infusion ($0.3$–$0.7$ $\mu$g$\cdot$kg$^{-1}\cdot$min$^{-1}$) without an initial bolus injection. Additional epinephrine infusion was administered at dosages ranging from $0.05$ to $0.3$ $\mu$g$\cdot$kg$^{-1}\cdot$min$^{-1}$ only in patients with severe cardiac failure who did not reach a cardiac index of $>2$ L$\cdot$min$^{-1}\cdot$m$^{-2}$ otherwise or who presented with severe systolic dysfunction in transesophageal echocardiography. If mean arterial pressure (MAP) remained $<70$ mm Hg, a norepinephrine (NE) infusion was started, and in 218/316 patients (69%) a continuous hydrocortisone infusion (200–300 mg/day) was administered. If a stepwise increase of NE by 0.2 $\mu$g$\cdot$kg$^{-1}\cdot$min$^{-1}$ over 2 hrs could not restore MAP, AVP was started as a supplementary infusion at a continuous dosage of 4 units/hr. NE infusion was then adapted to maintain MAP at $>70$ mm Hg, and AVP dosage remained constantly at 4 units/hr. If NE dosages could be decreased to $<0.3$ $\mu$g$\cdot$kg$^{-1}\cdot$min$^{-1}$, AVP infusion was slowly tapered off according to the response in blood pressure.

## Hemodynamic Response to AVP and NE Dosage for Initiation of AVP Infusion

Hemodynamic variables, including heart rate, MAP, central venous pressure, mean pulmonary arterial pressure, cardiac index, stroke volume index, and pulmonary artery occlusion pressure, and cardiovascular drug requirements were recorded before, 0.5, 1, 4, 12, 24, 48, and 72 hrs after the start of AVP infusion. Systemic vascular resistance was calculated according to standard formulas at the same time points. The hemodynamic response to AVP during the first 30 mins was compared between patients with advanced vasodilatory shock due to septic shock, after cardiac surgery, or due to SIRS.

## Laboratory and Organ Function Variables During AVP Infusion

Laboratory variables (pH, arterial lactate, creatinine, aspartate aminotransferase, alanine aminotransferase, total bilirubin, $Pa_{O_2}$/$F_{IO_2}$ quotient, platelet count, isoenzyme of creatinine kinase with muscle and brain subunits [CK-MB], troponin I) were recorded before, 24, 48, and 72 hrs after start of AVP infusion.

## Adverse Side Effects During AVP Infusion

If adverse side effects were observed in hemodynamic or laboratory data during AVP infusion, the number of patients presenting with such a side effect was evaluated. Adverse effects were defined as follows. For example, changes in cardiac index were considered to be an adverse side effect if cardiac index at the last measurement available or at 72 hrs after the start of AVP therapy was lower than before AVP infusion. The same definitions were adopted for an increase in liver enzymes and total bilirubin concentrations and for a decrease in platelet count. Demographic, hemodynamic, laboratory data, and drug dosages before the start of AVP infusion were then entered into a two-step regression model to identify risk factors and possible reasons for the observed side effect of AVP.

## Causes of and Risk Factors for Death from Advanced Vasodilatory Shock Treated With AVP

Causes of death of study patients were documented by reviewing clinical records. Furthermore, autopsy documents were reviewed for specific macroscopic or microscopic diagnoses not included in clinical reports. To identify risk factors for death from advanced vasodilatory shock treated with AVP, demographic data, hemodynamic variables, laboratory, and drug dosage data before AVP treatment were included into a two-step regression model.

## Statistical Analysis

Shapiro-Wilk's tests were used to check for normality distribution of data, which was approximately fulfilled in all variables except for aspartate and alanine aminotransferase, total bilirubin, platelet count, arterial lactate, and CK-MB, which were log-transformed. Demographic data were analyzed using descriptive, statistical methods.

*Hemodynamic and Laboratory Response.* Repeated measurements and differences between patients with septic shock, postcardiotomy shock, and SIRS were analyzed with a mixed-effects model (SPSS, Chicago, IL) (14). If time effects were significant, comparisons vs. baseline were performed using the same model.

*Adverse Side Effects.* Demographic, hemodynamic, laboratory data, and drug dosages before AVP therapy were entered into a bivariate correlation model to test for univariate differences between patients with vs. patients without the observed side effect. In case of significant correlations ($p < .05$), variables were entered into a logistic regression model to identify independent risk factors. Differences in mortality between patients with vs. patients without the observed side effect were analyzed using the Fisher's exact test.

*Risk Factors for Death.* Independent risk factors for death from advanced vasodilatory shock treated with AVP were analyzed using the same models as described for adverse side effects. Because of its skewed distribution, the variable "norepinephrine requirements before start of AVP therapy" was grouped into three clinically relevant dosage steps ($0$–$0.5$ $\mu$g$\cdot$kg$^{-1}\cdot$min$^{-1}$, $0.5$–$1$ $\mu$g$\cdot$kg$^{-1}\cdot$min$^{-1}$, $>1$ $\mu$g$\cdot$kg$^{-1}\cdot$min$^{-1}$) and then entered into the statistical model.

Statistical significance was considered at $p < .05$. All data are given as mean values $\pm$ sd, if not indicated otherwise.

## RESULTS

*Demographic Data.* A total of 316 patients with a mean age of 66.8 $\pm$ 14 yrs, a Simplified Acute Physiologic Score II of 46.7 $\pm$ 15.2 points, and a multiple organ dysfunction syndrome score of 11.1 $\pm$ 1.6 points (equivalent to 5.6 failed organs in each patient) received a supplementary AVP infusion (72.3 $\pm$ 78.5 hrs). A total of 103 patients had septic shock (32.6%), 135 had postcardiotomy shock (42.7%), and 78 had advanced vasodilatory shock due to overwhelming SIRS (24.7%). The underlying diagnoses leading to SIRS in these 78 patients were multiple trauma (43%), hemorrhagic shock (22%), cardiopulmonary resuscitation (20%), and acute respiratory distress syndrome (15%). Mean length of stay in the intensive care unit was 17.8 $\pm$ 15.5 days. Mor-

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007795

Table 1. Details of hemodynamic response to arginine vasopressin infusion

| | Baseline | 30 mins | 1 hr | 4 hrs | 12 hrs | 24 hrs | 48 hrs | 72 hrs | p Value |
|---|---|---|---|---|---|---|---|---|---|
| Patients, n | 316 | 316 | 311 | 302 | 262 | 218 | 169 | 126 | |
| HR, beats/min | 111 ± 24[a] | 108 ± 21[b] | 105 ± 21[b] | 100 ± 21[b] | 97 ± 18[b] | 94 ± 19[b] | 92 ± 18[b] | 87 ± 15[b] | <.001[c] |
| MAP, mm Hg | 55 ± 14[a] | 75 ± 13[b] | 78 ± 14[b] | 76 ± 11[b] | 75 ± 11[b] | 76 ± 12[b] | 77 ± 10[b] | 77 ± 10[b] | <.001[c] |
| CVP, mm Hg | 13 ± 4[a] | 13 ± 4 | 13 ± 4 | 13 ± 4 | 13 ± 4 | 13 ± 4 | 12 ± 4[b] | 12 ± 3[b] | .021[c] |
| MPAP, mm Hg | 29 ± 7[a] | 28 ± 7 | 29 ± 7 | 28 ± 7[b] | 28 ± 6[b] | 27 ± 6[b] | 27 ± 6[b] | 27 ± 5[b] | .021[c] |
| PAOP, mm Hg | 16 ± 4 | | 16 ± 5 | 16 ± 4 | 16 ± 4 | 16 ± 4 | 16 ± 4 | 16 ± 3 | .953 |
| CI, mL/m²/min | 3.6 ± 1.5 | | 3.4 ± 1.2 | 3.4 ± 1.2 | 3.4 ± 1.2 | 3.4 ± 1.1 | 3.4 ± 1.0 | 3.3 ± 1.0 | .271 |
| SVI, mL/beat/m² | 34 ± 12[a] | | 33 ± 11 | 35 ± 12[b] | 36 ± 12[b] | 36 ± 11[b] | 37 ± 11[b] | 38 ± 11[b] | .002[c] |
| SVR, dyne sec/cm⁵ | 718 ± 345[a] | | 914 ± 434[b] | 914 ± 395[b] | 867 ± 330[b] | 916 ± 367[b] | 901 ± 322[b] | 957 ± 366[b] | <.001[c] |
| NE, μg/kg/min (n = 316) | 1.06 ± 1.25[a] | 0.91 ± 1.1[b] | 0.8 ± 0.9[b] | 0.65 ± 0.84[b] | 0.53 ± 0.94[b] | 0.45 ± 0.63[b] | 0.41 ± 0.66[b] | 0.31 ± 0.3[b] | <.001[c] |
| Mil, μg/kg/min (n = 187) | 0.41 ± 0.21[a] | 0.4 ± 0.22 | 0.4 ± 0.21 | 0.41 ± 0.21 | 0.41 ± 0.2 | 0.38 ± 0.2[b] | 0.34 ± 0.21[b] | 0.31 ± 0.21[b] | .001[c] |
| E, μg/kg/min (n = 66) | 0.2 ± 0.23[a] | 0.18 ± 0.23 | 0.17 ± 0.23 | 0.16 ± 0.25 | 0.14 ± 0.34 | 0.07 ± 0.12[b] | 0.05 ± 0.1[b] | 0.02 ± 0.03[b] | <.001[c] |

HR, heart rate; MAP, mean arterial pressure; CVP, central venous pressure; MPAP, mean pulmonary artery pressure; PAOP, pulmonary artery occlusion pressure; CI, cardiac index; SVI, stroke volume index; SVR, systemic vascular resistance; NE, norepinephrine requirements; Mil, milrinone requirements; E, epinephrine requirements.

[a]Significant time effect; [b]significant effect versus baseline; [c]p < .05 = significant. Data are given as mean values ± SD.

tality of the study population was 50.9% (n = 161). Seventy-nine percent of the study patients (n = 251) were receiving continuous venovenous hemofiltration (CVVHF) for renal indications only. A total of 114 study patients have already been included in previous study protocols examining different clinical end points (15–17).

*Hemodynamic Response to AVP Infusion.* Heart rate, central venous pressure, and mean pulmonary arterial pressure significantly decreased during AVP infusion, whereas MAP, stroke volume index, and systemic vascular resistance increased. NE, milrinone, and epinephrine dosages could be significantly reduced during the 72-hr observation period (Table 1). Except for a more pronounced decrease in epinephrine requirements in patients with SIRS, there were no differences in the immediate hemodynamic response to AVP infusion between vasodilatory shock patients with sepsis, patients after cardiac surgery, or patients with SIRS (Fig. 1).

*Laboratory and Organ Function Variables.* Table 2 displays laboratory and organ function variables during AVP infusion. pH, aspartate and alanine aminotransferase, and total bilirubin increased, whereas arterial lactate concentrations and platelet count decreased. Bilirubin levels significantly increased in patients receiving CVVHF but increased only nonsignificantly in patients without CVVHF. Similarly, platelet count decreased only in patients receiving CVVHF, whereas patients without CVVHF experienced no decrease in platelet count. No significant changes in serum creatinine, PaO₂/FiO₂ quotient, CK-MB, or troponin I serum concentrations occurred during AVP therapy.

*Adverse Side Effects during AVP Infusion.* Table 3 presents the prevalence of and risk factors for adverse side effects during AVP therapy. Cardiac index decreased in 130 of 316 patients (41.1%); a high cardiac index before AVP therapy was independently associated with a decrease in cardiac index during AVP infusion. There was no mortality difference between patients with and without a decrease in cardiac index (52.2% vs. 48.2%, p = .909). The response in cardiac index to AVP infusion was significantly different between patients with a hyperdynamic (cardiac index, >3.6 L·min⁻¹·m⁻², n = 135), normodynamic (2.8–3.6 L·min⁻¹·m⁻² (18), n = 93), and hypodynamic circulation (cardiac index, <2.8 L·min⁻¹·m⁻², n = 88) (p < .001) (Fig. 2). Whereas cardiac index decreased in patients with hyperdynamic circulation (from 5.4 L·min⁻¹·m⁻² before AVP therapy to 4.9 L·min⁻¹·m⁻² at 72 hrs after start of AVP therapy), it remained unchanged in patients with normal cardiac index (from 3.1 L·min⁻¹·m⁻² before AVP therapy to 3 L·min⁻¹·m⁻² at 72 hrs after start of AVP therapy) and slightly increased in patients with hypodynamic circulation (from 2.1 L·min⁻¹·m⁻² before AVP therapy to 2.4 L·min⁻¹·m⁻² at 72 hrs after start of AVP therapy). Stroke volume index increased irrespective of the circulatory state, with the most pronounced increase in patients with a cardiac index of <2.8 L·min⁻¹·m⁻². There was no difference in milrinone requirements be-

tween patients with different cardiac indices.

An increase in total bilirubin concentrations occurred in 219 patients (69.3%) and was significantly associated with a high degree of multiple organ dysfunction, high NE requirements, and arterial lactate concentrations before the start of AVP infusion. Patients experiencing an increase in total bilirubin concentrations were significantly more likely to die than patients without such an increase (55.3% vs. 41.2%, p = .029). Whereas patients requiring CVVHF experienced a significant increase in total bilirubin concentrations, patients with CVVHF only demonstrated a nonsignificant increase in total bilirubin levels (Table 2). The increase in total bilirubin concentrations was significantly more pronounced in patients requiring CVVHF when compared with patients without CVVHF (p < .001, corrected for baseline differences).

An increase in aminotransferase concentrations during AVP infusion was observed in 28.5% (90/316) of study patients and was related to low MAP before AVP therapy. In these patients, liver enzymes increased until 24 (aspartate aminotransferase) and 48 hrs (alanine aminotransferase) after start of AVP and decreased again afterward (Fig. 3). An increase in liver enzymes during AVP infusion was not associated with mortality (48.9% vs. 51.8%, p = .709).

A decrease in platelet count occurred in 73.4% (232/316) of study patients during AVP infusion and was independently associated with the magnitude of baseline platelet count, the degree of multiple organ dysfunction, and high NE require-

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007796



Figure 1. Hemodynamic response to arginine vasopressin in patients with advanced vasodilatory shock caused by sepsis, after cardiac surgery, and due to severe systemic inflammatory response syndrome (*SIRS*). *SS*, septic shock; *PS*, postcardiotomy shock; *HR*, heart rate; *MAP*, mean arterial pressure; *SVR*, systemic vascular resistance; *CI*, cardiac index; *SVI*, stroke volume index; *PCWP*, pulmonary capillary wedge pressure; *NE*, norepinephrine requirements; *Mil*, milrinone requirements; *E*, epinephrine requirements. * *p*-Values corrected for baseline differences.

ments before AVP therapy. CVVHF also had a significant influence on the course of platelet count ($p < .001$). Whereas patients without CVVHF exhibited no significant decrease in platelets, platelet count significantly decreased in patients requiring CVVHF (Table 2). However, occurrence of a decrease in platelet count (52.6% vs. 46.4%, $p = .373$) did not affect patient mortality.

*Causes of and Risk Factors for Death from Advanced Vasodilatory Shock Treated with AVP.* Table 4 presents clinical and additional postmortem diagnoses of patients who died of advanced vasodilatory shock treated with a supplementary AVP infusion. Refractory multiple organ dysfunction syndrome was the most frequent cause of death in this study population. A total of 48 (29.8%), 19 (22.8%), 17 (10.6%), 3 (1.8%), 19 (11.8%), and 55 (34.2%) nonsurviving study patients ($n = 161$) died within 12, 24, 48, and 72 hrs or after 72 hrs with and without AVP infusion.

SIRS at admission, the degree of multiple organ dysfunction before start of

AVP infusion, and NE requirements of $>0.5$ μg·kg$^{-1}$·min$^{-1}$ before AVP therapy were independent risk factors associated with death caused by advanced vasodilatory shock treated with AVP (Table 5).

*NE Dosage to Initiate AVP Therapy.* Patients' NE requirements before onset of AVP infusion and their corresponding mortality rates were grouped according to clinically relevant dosage steps. Figure 4 shows the dependency between mortality and the initiation of AVP therapy at different NE requirements. When AVP was started at NE dosages between 0.2 and 0.6 μg·kg$^{-1}$·min$^{-1}$, mortality was 46% and increased rapidly to a maximum of 77% if AVP was initiated at NE dosages of $>0.6$ μg·kg$^{-1}$·min$^{-1}$. All patients presented with a comparable multiple organ dysfunction syndrome score (9.2 ± 1.8) before the start of AVP infusion.

## DISCUSSION

Similar to previous studies in advanced vasodilatory shock (8, 9, 15–17, 19), an AVP infusion successfully stabi-

lized cardiovascular function by increasing both systemic vascular resistance and MAP, and high NE dosages could be significantly reduced. The significant decrease in NE dosages may have contributed to other beneficial cardiocirculatory effects during AVP infusion, such as significant reductions in heart rate and pulmonary arterial pressure. The results of this analysis underline and reconfirm that a supplementary AVP infusion in advanced vasodilatory shock is a potential adjunct vasopressor agent to bridge precarious cardiovascular dysfunction when high dosages of catecholamines remain ineffective and may even be harmful.

Hemodynamic response to AVP was not different between patients with septic shock, postcardiotomy shock, or vasodilatory shock due to overwhelming SIRS in this study. Pathophysiology of intractable vasodilatation in sepsis, after cardiac surgery, or due to massive systemic inflammation is very similar (1) and may explain the homogeneous response to AVP therapy in patients with advanced vasodilatory shock originating from dif-

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007797

Table 2. Laboratory and organ function parameters during arginine vasopressin infusion

| | Baseline | 24 hrs | 48 hrs | 72 hrs | p Value |
|---|---|---|---|---|---|
| Patients, n | 316 | 218 | 169 | 126 | |
| pH | 7.32 ± 0.11[a] | 7.38 ± 0.09[b] | 7.41 ± 0.08[b] | 7.42 ± 0.07[b] | <.001 |
| Lactate, mg/dL | 43 ± 38[a] | 32 ± 32 | 25 ± 24 | 21 ± 21 | <.001 |
| Creatinine, mg/dL | 2.1 ± 1 | 2.2 ± 09 | 2.1 ± 0.8 | 2.0 ± 0.7 | .137 |
| ASAT, U/L | 264 ± 951[a] | 380 ± 868[b] | 267 ± 600 | 198 ± 458 | .009 |
| ALAT, U/L | 162 ± 485[a] | 236 ± 452[b] | 221 ± 416[b] | 181 ± 336[b] | .019 |
| Total bilirubin, mg/dL | 3.2 ± 3.7[a] | 4.2 ± 2.5[b] | 4.7 ± 4.5[b] | 5.2 ± 5[b] | .03 |
|   With CVVHF | 3.4 ± 3.9 | 4.4 ± 4.5 | 4.8 ± 4.8[b] | 5.3 ± 5.1[b] | .002 |
|   Without CVVHF | 2.5 ± 2.9 | 3.6 ± 4.3 | 4.2 ± 5.2 | 4.3 ± 4.9 | .348 |
| $Pao_2/Fio_2$ | 193 ± 89 | 210 ± 85 | 220 ± 79 | 221 ± 79 | .087 |
| Platelets, 1,000 cells/μL | 143 ± 107[a] | 111 ± 85[b] | 98 ± 71[b] | 93 ± 56[b] | .001 |
|   With CVVHF | 142 ± 106 | 103 ± 73[b] | 89 ± 60[b] | 87 ± 53[b] | <.001 |
|   Without CVVHF | 151 ± 113 | 143 ± 118 | 138 ± 96 | 123 ± 60 | .249 |
| CK-MB, U/L | 29 ± 47 | 29 ± 65 | 38 ± 58 | 28 ± 90 | .176 |
| Troponin I, ng/dL | 53 ± 113 | 60 ± 122 | 48 ± 133 | 40 ± 101 | .326 |

ASAT, aspartate aminotransferase; ALAT, alanine aminotransferase; CK-MB, creatinkinase MB.
[a]Significant time effect; [b]significant effect versus baseline. Data are given as mean values ± SD.

Table 3. Incidence of and independent risk factors for adverse side effects during arginine vasopressin infusion (logistic regression) and differences between patients with and without adverse side effect (bivariate analysis)

| | Logistic Regression | | | Bivariate Analysis | | |
|---|---|---|---|---|---|---|
| | Odds Ratio | 95% CI | p Value | Patients with Side Effects | Patients without Side Effects | p Value |
| Decrease in cardiac index (I = 41.1%) | | | | | | |
|   Cardiac index before AVP, L/m²/min | 6.76 | 1.06–47.69 | .048 | 4.3 ± 1.5 | 3.1 ± 1.2 | <.001 |
| Increase in bilirubin concentrations (I = 69.3%) | | | | | | |
|   Severest MODS during ICU stay, patients | 135 | 1.09–1.67 | .007 | 11.4 ± 1.4 | 10.5 ± 1.8 | <.001 |
|   Norepinephrine dosage before AVP, μg/kg/min | 1.55 | 1.02–2.34 | .038 | 1.25 ± 1.42 | 0.65 ± 0.56 | <.001 |
|   Arterial lactate before AVP, mmol/L | 1.02 | 1–1.03 | .02 | 49.9 ± 40.5 | 28.2 ± 25.8 | <.001 |
| Increase in serum transaminases L = 28.5% | | | | | | |
|   MAP Before AVP, mm Hg | 0.97 | 0.95–1 | .021 | 53.6 ± 10.3 | 56.5 ± 10.3 | <.001 |
| Decrease in platelet count (I = 73.4%) | | | | | | |
|   Platelet count before AVP, 1,000 cells/μL | 1.003 | 1.001–1.005 | <.001 | 160 ± 108 | 97 ± 92 | <.001 |
|   Severest MODS during ICU stay, patients | 1.29 | 1.06–1.57 | .012 | 10.7 ± 1.8 | 11.3 ± 1.48 | <.001 |
|   Norepinephrine dosage before AVP, μg/kg/min | 1.69 | 1.12–2.54 | .012 | 1.21 ± 1.38 | 0.66 ± 0.66 | <.001 |

CI, confidence interval; I, incidence of adverse side effect; AVP, arginine vasopressin; MODS, multiple organ dysfunction syndrome score; ICU, intensive care unit; MAP, mean arterial pressure.

Data are given as mean values ± SD.

ferent underlying diseases. Together with a decrease in central venous pressure, the observation that stroke volume index significantly increased despite a substantial decrease in inotropic support can be interpreted as an improvement of cardiac performance during AVP therapy. This confirms the results of recent studies (9, 16), but it is in contrast to most animal and some clinical reports describing a significant decrease in cardiac index and systemic oxygen supply during AVP infusion (15, 20–23). A two-step regression analysis revealed that a decrease in cardiac index during AVP infusion was mostly observed in patients with a high cardiac index, indicating a hyperdynamic circulation. This suggests that AVP infusion in advanced vasodilatory shock reverses a hyperdynamic circulation and tends to improve cardiac performance at normodynamic or hypodynamic circulation states. Mechanisms of improved myocardial performance during AVP therapy have been hypothesized to include a reduction of cardiotoxic and proarrhythmic effects by decreasing high catecholamine dosages, an AVP-induced increase in intramyocardial calcium concentrations, and an improvement of myocardial blood flow due to increased systemic perfusion pressure and selective coronary vasodilatation (9).

Negative influences of AVP therapy on liver function have been described before. Although an increase in total bilirubin concentrations in these study patients is in accordance with earlier observations (9, 15), an association of AVP with increased serum aminotransferase levels in ~30% of patients has not yet been observed. One of the most important factors that has contributed to an increase in total bilirubin levels during AVP therapy in this study is the simultaneous need for CVVHF. Additional stimulation of blood cells by the extracorporeal circuit of CVVHF can intensify the inflammatory stress on hepatocellular function and may thus increase total bilirubin levels (24). Another mechanism possibly contributing to an increase in total bilirubin concentrations is the reduction of biliary output and bile flow by AVP itself. Hamada et al. (25) found that the physiologic bile flow response to AVP is biphasic, with a sharp increase in bile secretion

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007798

  

Figure 2. Time courses of cardiac index (*CI*), stroke volume index (*SVI*), and milrinone-requirements in hypodynamic (cardiac index, <2.8 L·min$^{-1}$·m$^{-2}$; n = 88), normodynamic (cardiac index, 2.8–3.6 L·min$^{-1}$·m$^{-2}$; n = 93), and hyperdynamic (>3.6 L·min$^{-1}$·m$^{-2}$, n = 135) patients with vasodilatory shock treated with arginine vasopressin. All *p*-values corrected for baseline differences.

 

Figure 3. Changes of serum aspartate aminotransferase (*ASAT*) and alanine aminotransferase (*ALAT*) during arginine vasopressin infusion in patients with an increase in liver enzymes (n = 90) and patients without an increase in liver enzymes (n = 226).

Table 4. Causes of death from advanced vasodilatory shock treated with arginine vasopressin

|  | *n* | Frequency (%) |
|---|---|---|
| Clinical diagnoses |  |  |
| Refractory multiple organ dysfunction syndrome | 110/161 | 68.3 |
| Refractory cardiovascular failure | 38/161 | 23.7 |
| Refractory pulmonary failure | 6/161 | 3.7 |
| Refractory central nervous system failure | 7/161 | 4.3 |
| Additional post-mortem diagnoses |  |  |
| Acute myocardial infarction | 39/161 | 24 |
| Right heart failure | 25/161 | 15.5 |
| Signs of hypoxic liver cell necrosis | 15/161 | 9.3 |
| Non-occlusive mesenteric ischemia | 7/161 | 4.3 |
| Signs of pathologic intestinal mucosa | 7/161 | 4.3 |
| Severe liver failure | 5/161 | 3.1 |
| Acute pulmonary embolism | 5/161 | 3.1 |
| Acute pancreatitis | 5/161 | 3.1 |
| Ischemic colitis | 1/161 | 0.6 |

Table 5. Risk factors for death from advanced vasodilatory shock in patients treated with arginine vasopressin

|  | Odds Ratio | 95% CI | *p* Value |
|---|---|---|---|
| Admission diagnoses | Reference | Reference | .015 |
| Admission diagnosis SIRS | 2.64 | 1.36–5.14 | .004 |
| MODS before AVP, patients | 1.39 | 1.19–1.62 | <.001 |
| PH before AVP | 0.7 | 0.01–33.5 | .855 |
| Arterial lactate before AVP, mmol/L | 1 | 0.99–1.01 | .787 |
| NE group <0.5 μg/kg/min (*n* = 140) | Reference | Reference | .017 |
| NE group 0.5–1 μg/kg/min (*n* = 104) | 2.22 | 1.25–3.93 | .007 |
| NE group >1 μg/kg/min (*n* = 72) | 1.12 | 0.58–2.17 | .736 |

CI, confidence interval; SIRS, systemic inflammatory response syndrome; MODS, multiple organ dysfunction syndrome score; AVP, arginine vasopressin; NE, norepinephrine.

within 1 min of AVP administration followed by a decline in bile secretion for the remaining time of AVP infusion. It is hypothesized that AVP, comparable with other stress hormones such as epinephrine and cortisol, can modulate hepatocyte tight junctional permeability and thus produce cholestasis (26). These effects, however, seem to be mitigated during cholestasis (27). In view of the finding that the need for CVVHF, high arterial lactate concentrations, high NE requirements, and a high degree of multiple organ dysfunction were independently associated with an increase in bilirubin levels, it cannot be determined if higher mortality rates observed in patients with an increase in total bilirubin concentrations during AVP therapy result from adverse effects of AVP infusion itself or are more likely the consequence of the more severe underlying disease of these patients, particularly the ones who require additional CVVHF because of acute renal failure.

Whereas an increase in total bilirubin is more suggestive of direct hepatocellular dysfunction, elevated liver enzymes may reflect hepatic hypoperfusion and liver hypoxia (28, 29). Study patients presenting with an increase in liver enzymes had significantly lower MAP before the start of AVP therapy than patients without this side effect. Because liver enzymes usually increase with a delay of 12 to 24 hrs after hepatic hypoperfusion (27), it may be speculated that more severe hypotensive episodes before the start of AVP infusion resulted in more pronounced hypoxic hepatitis. The renewed decrease of liver enzyme concentrations during AVP therapy would support such a hypothesis of a multifactorial hypoxic effect on the hepatocellular system before AVP therapy. Low cardiac output due to hypovolemia or reduced myocardial contractility are known predisposing factors

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007799



Figure 4. Mortality in dependence of norepinephrine dosage and multiple organ dysfunction syndrome score (*MODS*) before start of an arginine vasopressin infusion in all study patients (n = 316).

*Initiation of arginine vasopressin therapy before norepinephrine requirements exceed a dosage of 0.6 μg·kg⁻¹·min⁻¹ may improve outcome of advanced vasodilatory shock.*

for hepatosplanchnic hypoperfusion during AVP therapy (30, 31). Although there was no difference in cardiac index between patients with and without an increase in liver enzymes, it cannot be excluded that AVP induced hepatosplanchnic vasoconstriction and has thus caused hypoperfusion of the liver, resulting in an increase in serum transaminase concentrations.

Although neither gut nor liver perfusion were clinically measured in these study patients, postmortem analysis indicates that nonocclusive mesenteric ischemia or acute hypoxic liver failure were only rare causes of death from vasodilatory shock treated with AVP, occurring in 4.3% and 3.1% of deceased study patients, respectively. If gastrointestinal ischemia develops during AVP therapy, as observed in selected animal and human reports (32–34), it does not seem to have significantly contributed to mortality in this study population.

A significant decrease in platelet count during AVP infusion was observed in 73.4% of study patients. This finding is in agreement with previous studies (15, 35). Normal platelet count and high NE requirements before AVP together with the degree of multiple organ dysfunction were independent risk factors for a decrease in platelet count during AVP infusion. Aside from these risk factors, need for CVVHF was the most important factor leading to a decrease in platelet count during AVP therapy in this study. Increased consumption and destruction of thrombocytes in the extracorporal circuit of CVVHF (36) could explain such a reduction of platelet count during CVVHF. Although in the present study there was no difference in mortality between patients experiencing a decrease in platelet count and patients who did not, it cannot

be excluded that a possibly AVP-mediated stimulation of thrombocyte aggregation may exert adverse effects on the microcirculation.

Overwhelming SIRS as the cause of vasodilatory shock, a high multiple organ dysfunction syndrome score, and NE requirements of >0.5 μg·kg⁻¹·min⁻¹ before onset of AVP infusion were independent risk factors for death from advanced vasodilatory shock treated with AVP. One reason why the diagnosis of SIRS was associated with a significantly worse prognosis might be the fact that patients after cardiopulmonary resuscitation were included in this group, and these patients are known to have a particularly bad prognosis (73.3% in this study population). The degree of multiple organ dysfunction before start of AVP therapy, as a critical determinant of subsequent outcome, underlines the importance of implementing AVP therapy before a severe, uncontrollable degree of multiple organ dysfunction necessitating excessive NE dosages (>0.6 μg·kg⁻¹·min⁻¹) has developed.

The correlation of mortality rates and NE dosages before start of AVP therapy (Fig. 1) displays that mortality rapidly increases if NE dosages exceed 0.6 μg·kg⁻¹·min⁻¹ before AVP infusion has been implemented. Increasing NE as the single vasopressor agent to dosages of >0.6 μg·kg⁻¹·min⁻¹ may not only represent severe underlying cardiovascular failure, but it may itself result in substantial catecholamine toxicity, leading to tachyarrhythmias and myocardial ischemia. In a recent prospective trial, our working group could show that patients treated with high-dose NE therapy alone developed significantly more new-onset tachyarrhythmias than patients receiving a supplementary AVP infusion (8.3% vs.

54.3%, *p* < .001) (9). Reports on myocardial ischemia and infarction during high catecholamine support have been reported in several publications (37, 38).

## CONCLUSION

AVP therapy in addition to NE infusion is a beneficial tool to stabilize cardiocirculatory function and reduce high, potentially toxic NE dosages in advanced vasodilatory shock. Nonetheless, in some patients and particularly during simultaneous CVVHF, an increase in liver enzymes and in total bilirubin and a decrease in platelet count occurred during AVP therapy. Initiation of AVP therapy before NE requirements exceed a dosage of 0.6 μg·kg⁻¹·min⁻¹ may improve outcome of advanced vasodilatory shock.

## REFERENCES

1. Landry DW, Oliver JA: The pathogenesis of vasodilatory shock. *N Engl J Med* 2001; 345: 588–595
2. Dellinger RP: Cardiovascular management of septic shock. *Crit Care Med* 2003; 31: 946–955
3. Parillo J: Pathogenetic mechanisms of septic shock. *N Engl J Med* 1993; 328:1471–1477
4. Chen P: Vasopressin: New uses in critical care. *Am J Med Sci* 2002; 324:146–154
5. Wenzel V, Krismer AC, Arntz HR, et al: A comparison of vasopressin and epinephrine for out-of-hospital cardiopulmonary resuscitation. *N Engl J Med* 2004; 350:105–113
6. Holmes CL, Landry DW, Granton JT: Science Review: Vasopressin and the cardiovascular system part 2. Clinical physiology. *Crit Care* 2004; 8:15–23
7. Dünser MW, Wenzel V, Mayr AJ, et al: Management of vasodilatory shock: Defining the role of arginine vasopressin. *Drugs* 2003; 63: 237–256
8. Patel BM, Chittock DR, Russell JA, et al: Beneficial effects of short-term vasopressin

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007800

infusion during severe septic shock. *Anesthesiology* 2002; 96:576–582

9. Dünser MW, Mayr AJ, Ulmer H, et al: Arginine vasopressin in advanced vasodilatory shock: A prospective, randomized, controlled study. *Circulation* 2003; 107:2313–2319

10. Russell JA, Cooper DJ, Walley KR, et al: Vasopressin and Septic Shock Trial (VASST): Baseline characteristics and organ dysfunction in vasopressor dependent patients with septic shock. *Am J Respir Crit Care Med* 2003; 167:A548

11. American College of Chest Physicians/ Society of Critical Care Medicine Consensus Conference: Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Crit Care Med* 1992; 20:864–874

12. Le Gall JR, Lemeshow S, Saulnier F: A new Simplified Acute Physiologic Score (SAPS II) based on a European/North American multicenter study. *JAMA* 1993; 270:2957–2963

13. Goris RJ, te Boekhorst TP, Nuytinck JK, et al: Multiple-organ failure: Generalized autodestructive inflammation? *Arch Surg* 1985; 120:1109–1115

14. Laird NM, Ware JH: Random-effects models for longitudinal data. *Biometrics* 1982; 38:963–974

15. Dünser MW, Mayr AJ, Ulmer H, et al: The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: A retrospective analysis. *Anesth Analg* 2001; 93:7–13

16. Dünser MW, Mayr AJ, Stallinger A, et al: Cardiac performance during vasopressin infusion in postcardiotomy shock. *Intensive Care Med* 2002; 28:746–751

17. Dünser MW, Mayr AJ, Tür A, et al: Ischemic skin lesions as a complication of continuous vasopressin infusion in catecholamine-resistant vasodilatory shock: Incidence and risk factors. *Crit Care Med* 2003; 31:1394–1398

18. Appel PL, Kram HB, Mackabee J, et al: Comparison of measurements of cardiac output by bioimpedance and thermodilution in severely ill surgical patients. *Crit Care Med* 1986; 14:933–935

19. Landry DW, Levin HR, Gallant EM, et al: Vasopressin pressor hypersensitivity in vasodilatory septic shock. *Crit Care Med* 1997; 25:1279–1282

20. Westphal M, Stubbe H, Sielenkämper AW, et al: Effects of titrated arginine vasopressin on hemodynamic variables and oxygen transport in healthy and endotoxemic sheep. *Crit Care Med* 2003; 31:1502–1508

21. Scharte M, Meyer J, van Aken H, et al: Hemodynamic effects of terlipressin (a synthetic analogue of vasopressin) in healthy and endotoxemic sheep. *Crit Care Med* 2001; 29:1756–1760

22. Holmes CL, Walley KR, Chittock DR, et al: The effects of vasopressin on hemodynamics and renal function in severe septic shock: A case series. *Intensive Care Med* 2001; 27:1416–1421

23. O'Brien A, Clapp L, Singer M: Terlipressin for norepinephrine-resistant septic shock. *Lancet* 2002; 359:1209–1210

24. Schlee H, Prondzinsky R, Osten B, et al: Systemic inflammatory reactions to extracorporeal therapy measures: Hemodialysis and hemofiltration. *Wien Klin Wochenschr* 1997; 109:301–311

25. Hamada Y, Karjalainen A, Setchell BA, et al: Concomitant stimulation by vasopressin of biliary and perfusate calcium fluxes in the perfused rat liver. *Biochem J* 1992; 281:387–392

26. Ballatori N, Truong AT: Cholestasis, altered junctional permeability, and inverse changes in sinusoidal and biliary glutathione release by vasopressin and epinephrine. *Mol Pharmacol* 1990; 38:64–71

27. Hamada Y, Karjalainen A, Bygrave FL: Hormone-induced bile flow and hepatobiliary calcium fluxes are attenuated in the perfused liver of rats made cholestatic with ethynylestradiol in vivo and with phalloidin in vitro. *Hepatology* 1995; 21:1455–1464

28. Henrion J, Schapira M, Luwaert R, et al: Hypoxic hepatitis: Clinical and hemodynamic study in 142 consecutive cases. *Medicine* 2003; 82:392–406

29. Seeto RK, Fenn B, Rockey DC: Ischemic hepatitis: Clinical presentation and pathogenesis. *Am J Med* 2000; 109:109–113

30. Asfar P, Pierrot M, Veal N, et al: Low-dose terlipressin improves systemic and splanchnic hemodynamics in fluid-challenged endotoxic rats. *Crit Care Med* 2003; 31:215–220

31. Sun Q, Dimopoulos G, Nguyen DN, et al: Low dose vasopressin in the treatment of septic shock in sheep. *Am J Respir Crit Care Med* 2003; 168:481–486

32. Westphal M, Freise H, Kehrel BE, et al: Arginine vasopressin compromises gut mucosal microcirculation in septic rats. *Crit Care Med* 2004; 32:194–200

33. Martikainen TJ, Tenhunen JJ, Uusaro A, et al: The effects of vasopressin on systemic and splanchnic hemodynamics and metabolism in endotoxin shock. *Anesth Analg* 2003; 97:1756–1763

34. Van Haren FM, Rozendaal FW, van der Hoeven JG: The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. *Chest* 2003; 124:2256–2260

35. Dünser MW, Fries DR, Schobersberger W, et al: Does arginine vasopressin influence the coagulation system in advanced vasodilatory shock with severe multiorgan dysfunction syndrome? *Anesth Analg* 2004; 99:201–206

36. Mulder J, Tan HK, Bellomo R, et al: Platelet loss across the hemofilter during continuous hemofiltration. *Int J Artif Organs* 2003; 26:906–912

37. Biccard BM, Gopalan PD: Phaeochromocytoma and acute myocardial infarction. *Anaesth Intensive Care* 2002; 30:74–76

38. Goldspink DF, Burniston JG, Clark WA, et al: Catecholamine-induced apoptosis and necrosis in cardiac and skeletal myocytes of rat in vivo: The same or separate death pathways? *Exp Physiol* 2004; 89:407–416

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007801

# Comparison of two dose regimens of arginine vasopressin in advanced vasodilatory shock

Günter Luckner, MD; Viktoria D. Mayr, MD; Stefan Jochberger, MD; Volker Wenzel, MD; Hanno Ulmer, PhD; Walter R. Hasibeder, MD; Martin W. Dünser, MD

*Objective:* To evaluate the effects of two arginine vasopressin (AVP) dose regimens (0.033 vs. 0.067 IU/min) on treatment efficacy, hemodynamic response, prevalence of adverse events, and changes in laboratory variables.

*Design:* Retrospective, controlled study.

*Patients:* A total of 78 patients with vasodilatory shock (mean norepinephrine dosage, 1.07 $\mu g \cdot kg^{-1} \cdot min^{-1}$; 95% confidence interval, 0.82–1.56 $\mu g \cdot kg^{-1} \cdot min^{-1}$).

*Interventions:* Supplementary infusion of AVP at 0.033 (n = 39) and 0.067 IU/min (n = 39).

*Measurements and Main Results:* Cardiocirculatory, laboratory, and clinical variables were evaluated and compared between groups before and at 0.5, 1, 4, 12, 24, 48, and 72 hrs after initiation of AVP. Treatment efficacy was assessed by the increase in mean arterial blood pressure and the extent of norepinephrine reduction during the first 24 hrs of AVP therapy. Standard tests and a mixed-effects model were used for statistical analysis. Although the relative increase in mean arterial pressure was comparable between groups (0.033 vs. 0.067 IU/min: 16.8 ± 18.4 vs. 21.4 ± 14.9 mm Hg, $p = .24$), norepinephrine could be reduced significantly more often in patients receiving 0.067 IU/min. AVP at 0.067

IU/min resulted in a higher mean arterial pressure ($p < .001$), lower central venous pressure ($p = .001$), lower mean pulmonary arterial pressure ($p = .04$), and lower norepinephrine requirements ($p < .001$) during the 72-hr observation period. Increases in liver enzymes occurred more often in patients treated with 0.033 IU/min (71.8% vs. 28.2%, $p < .001$). The prevalence of a decrease in cardiac index (69.2% vs. 53.8%, $p = .24$), decrease in platelet count (94.8% vs. 84.6%, $p = .26$), and increase in total bilirubin (48.7% vs. 71.8%, $p = .06$) was not significantly different between groups. Bilirubin levels (3.1 ± 3.4 vs. 5.2 ± 5.5 mg/dL, $p = .04$) and base deficit (−7.2 ± 4.3 vs. −3.9 ± 5.9 mmol/L, $p = .005$) were lower and arterial lactate concentrations higher (76 ± 67 vs. 46 ± 38 mg/dL, $p < .001$) in patients receiving 0.033 IU/min.

*Conclusions:* AVP dosages of 0.067 IU/min seem to be more effective to reverse cardiovascular failure in vasodilatory shock requiring high norepinephrine dosages than 0.033 IU/min. (Crit Care Med 2007; 35:2280–2285)

KEY WORDS: vasopressin; dosage; vasodilatory shock; norepinephrine; treatment efficacy

A rginine vasopressin (AVP) has been recommended by the Surviving Sepsis Campaign in patients with severe septic shock when standard catecholamine therapy fails to adequately stabilize cardiovascular function (1). When given as a supplementary infusion, AVP was shown to restore perfusion pressure and decrease high, potentially toxic catecholamine dosages (2). A recent multicenter trial evaluating the effects of AVP on outcome in septic shock suggested a survival benefit of this treatment approach in the subgroup of patients with moderate septic shock (3).

Although a retrospective study concluded that AVP infusion in septic shock should not exceed 0.04 IU/min because adverse events had been observed in five patients treated with higher AVP dosages (4), there are no data on the appropriate AVP dosage in patients with advanced vasodilatory shock. So far, detrimental effects of AVP have been shown for very high dosages of up to 1.8 IU/min (5). Although some authors reported experience with AVP infusion at 0.067 IU/min (6, 7), others observed beneficial effects at dosages from 0.02 to 0.04 IU/min (4, 8, 9). Determination of the lowest AVP dose that restores cardiovascular function in advanced vasodilatory shock may reduce the prevalence of adverse effects (increase in total bilirubin concentrations [6], decrease in platelet count [6], ischemic skin lesions [10]) while preserving beneficial treatment effects.

In this retrospective, controlled study, the effects of two commonly applied AVP dose regimens (0.033 vs. 0.067 IU/min) on treatment efficacy, hemodynamic response, prevalence of adverse events, and changes in laboratory variables were compared in patients with advanced vasodilatory shock. We hypothesized that there were no differences between groups.

## PATIENTS AND METHODS

The study protocol was approved by the Institutional Review Board of the Department of Anesthesiology and Critical Care Medicine of the Innsbruck Medical University, Innsbruck, Austria. Written informed consent was waived because of the retrospective study design.

From the Department of Anesthesiology and Critical Care Medicine (GL, VDM, SJ, VW) and the Institute of Medical Biostatistics (HU), Innsbruck Medical University, Innsbruck, Austria; Department of Anesthesiology and Critical Care Medicine, Krankenhaus der Barmherzigen Schwestern, Ried im Innkreis, Austria (WRH); and the Department of Intensive Care Medicine, Inselspital, Bern, Switzerland (MWD).

The authors have not disclosed any potential conflicts of interest.

For information regarding this article, E-mail: Guenter.Luckner@i-med.ac.at

Copyright © 2007 by the Society of Critical Care Medicine and Lippincott Williams & Wilkins

DOI: 10.1097/01.CCM.0000281853.50661.23

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

All study patients were treated in a 12-bed general and surgical intensive care unit in a tertiary university teaching hospital. An institutional database including all patients treated with AVP at our intensive care unit from January 1, 1999, to December 31, 2006, was used to identify study patients.

*Patient Recruitment.* The inclusion criterion was vasodilatory shock as the indication for AVP therapy. Exclusion criteria for patient enrolment were age of <18 yrs and AVP infusion because of other indications than vasodilatory shock. Vasodilatory shock was defined as cardiovascular failure with lowered systemic vascular resistance requiring vasopressor therapy (11). Although sepsis is the most frequent cause of vasodilatory shock (11), patients with cardiovascular failure after cardiac surgery or due to overwhelming systemic inflammation after major surgery can present with vasodilatory shock, too (11), and were thus included in this analysis.

First, the institutional AVP database was searched for patients with vasodilatory shock who received AVP at 0.033 IU/min during the time from January 1, 2004, to December 31, 2006. After identification of these patients, a comparable historical group of patients with vasodilatory shock treated with an AVP infusion at 0.067 IU/min was extracted from the same database from January 1, 1999, to December 31, 2003 (6). With descending priority, patients receiving AVP at 0.067 IU/min were matched in a blinded fashion with the study population receiving 0.033 IU/min AVP based on norepinephrine requirements and mean arterial blood pressure (MAP) levels before start of AVP, severity of multiple organ dysfunction syndrome, age, and milrinone and epinephrine dosages.

*Hemodynamic Management of Study Patients.* All patients with vasodilatory shock were managed according to an institutional hemodynamic protocol (initiated in January 1999) and invasively monitored, including arterial (BD arterial cannula with FloSwitch, Becton Dickinson, Swindon, UK), central venous (Quad-Lumen central venous catheterization set with Blue Flex Tip, Arrow International, Erding, Germany), and pulmonary artery catheters (Swan-Ganz thermodilution catheter, Edwards Lifesciences, Irvine, CA). Fluid resuscitation was performed using colloid solutions (Gelofusin, B. Braun, Melsungen, Germany) until stroke volume could not be further increased; the corresponding central venous and pulmonary occlusion pressures were then used to guide fluid resuscitation. If stroke volume index remained at <25 mL·beat$^{-1}$·m$^{-2}$ or cardiac index was <2.0 L·min$^{-1}$·m$^{-2}$, milrinone was started as a continuous infusion (0.3–0.7 μg·kg$^{-1}$·min$^{-1}$) without an initial bolus injection. An additional epinephrine infusion was administered at dosages ranging from 0.05 to 0.3 μg·kg$^{-1}$·min$^{-1}$ only in patients with severe cardiac failure who did not achieve a cardiac index of >2 L·min$^{-1}$·m$^{-2}$ otherwise or in those patients who presented with severe systolic dysfunction in transesophageal echocardiography. If MAP remained at <65–70 mm Hg, a norepinephrine infusion was started. If a stepwise increase of norepinephrine by 0.2 μg·kg$^{-1}$·min$^{-1}$ in 2 hrs could not restore MAP, AVP was started as a supplementary continuous infusion. From 1999 until 2003 the AVP dosage was 0.067 IU/min, whereas from 2004 until 2006, 0.033 IU/min was generally used. Norepinephrine infusion was then adapted to maintain MAP at >70 mm Hg. If norepinephrine dosages could be decreased to <0.3 μg·kg$^{-1}$·min$^{-1}$, AVP infusion was slowly tapered off according to the response in blood pressure.

*Data Collection.* In all study patients, demographic data, preexisting chronic diseases, admission diagnosis, duration of AVP infusion, need for continuous venovenous hemofiltration, length of intensive care unit stay, 28-day mortality, and clinical causes of death were recorded. A modified Goris multiple organ dysfunction syndrome score (12) was calculated for most aberrant clinical and laboratory variables.

Hemodynamic data documentation was performed before the start of AVP infusion and at 30 mins and 1, 4, 12, 24, 48, and 72 hrs after the start of AVP infusion. Hemodynamic variables included heart rate, MAP, central venous pressure, mean pulmonary artery pressure, pulmonary artery occlusion pressure, cardiac index, stroke volume index, and norepinephrine, milrinone, and epinephrine requirements. Systemic and pulmonary vascular resistance indices were calculated according to standard formulas.

Organ function variables were collected before and at 24, 48, and 72 hrs after start of AVP therapy and included serum concentrations of aspartate and alanine aminotransferase, total bilirubin, creatinine, and platelet count. Acid–base variables (pH, base deficit) and arterial lactate levels were obtained before and at 1, 4, 12, 24, 48, and 72 hrs after start of AVP infusion.

*Definitions.* Treatment efficacy was evaluated by the prevalence and extent of an increase in MAP within 30 mins after start of AVP infusion (ΔMAP) and by the extent of norepinephrine reductions during the first 24 hrs of AVP infusion. A reduction in norepinephrine requirements was defined as a decrease in norepinephrine dosages at given time points between 30 mins and 24 hrs compared with baseline values. An increase in serum transaminases or total bilirubin serum concentrations and a decrease in cardiac index or platelet count were considered adverse events of AVP therapy. An increase in serum transaminases or total bilirubin concentrations was defined as a higher value at 72 hrs, or the last measurement available, when compared with baseline variables. A decrease in cardiac index or platelet count was similarly defined as a lower value at 72 hrs, or the last measurement available, when compared with baseline variables.

*Statistical Analysis.* The primary study end point was to evaluate differences in treatment efficacy and the hemodynamic response between the two AVP dose regimens (0.033 vs. 0.067 IU/min). The secondary study end point was to evaluate differences in the prevalence of adverse events and changes in laboratory variables between groups.

The SPSS 12.0.1 software (SPSS, Chicago, IL) was used for statistical analysis. Normality distribution was checked by the Kolmogorov–Smirnov test. Unpaired Student's *t*- (for normally distributed continuous variables), Fisher's exact (for categorical variables), or Mann-Whitney U rank-sum tests (for not–normally distributed continuous variables [e.g., duration of AVP infusion, length of stay in the intensive care unit]) were used to compare demographic data and clinical variables between study groups, as appropriate. To compare the hemodynamic response and changes in laboratory variables during AVP infusion between groups, a mixed-effects model was used to account for death-related dropouts (13). In case of significant differences between groups, the same model was used to test for changes over time within single study groups. A *p* value of <.05 was considered to indicate significance. All variables are given as mean ± SD, if not indicated otherwise.

## RESULTS

During the study period, 39 patients with vasodilatory shock were included in each group. Table 1 presents patient characteristics of the study population. Except for sex and the severity of multiple organ dysfunction syndrome, differences between study groups in demographic or clinical data before start of AVP therapy were statistically not significant. Patients treated with AVP at 0.033 IU/min received AVP for a significantly shorter duration than patients in the group receiving 0.067 IU/min.

*Treatment Efficacy and Hemodynamic Response.* There was no difference in the prevalence of an increase in MAP during the first 30 mins between groups (87.2% vs. 87.2%, *p* = 1). Similarly, ΔMAP was comparable (0.033 vs. 0.067 IU/min: 16.8 ± 18.4 vs. 21.4 ± 14.9 mm Hg, *p* = .24). During the first 24 hrs, norepinephrine dosages could be reduced significantly more often in patients receiving 0.067 IU/min AVP (Fig. 1). Norepinephrine dosages before the start of AVP were not different between patients with and without a decrease in norepinephrine at 30 mins (0.033 IU/min, *p* = .788; 0.067 IU/min, *p* = .26), 1 hr (0.033 IU/min, *p* = .253; 0.067 IU/min, *p* = .31), 4 hrs

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007803

Table 1. Characteristics of study patients

| | 0.033 IU AVP/Hr | 0.067 IU AVP/Hr | p Value |
|---|---|---|---|
| n | 39 | 39 | |
| Age, yrs | 70.2 ± 11.5 | 68.3 ± 12.3 | .48 |
| Male sex, n (%) | 26 (66.7) | 14 (35.9) | .01[a] |
| BMI, kg/m² | 26.5 ± 5.6 | 25.5 ± 4.6 | .39 |
| Preexistent diseases | | | |
| cAHT, n (%) | 23 (59) | 23 (59) | 1 |
| CHD, n (%) | 13 (33.3) | 20 (51.3) | .17 |
| CHF, n (%) | 21 (53.8) | 23 (59) | .82 |
| COPD, n (%) | 8 (20.5) | 6 (15.4) | .77 |
| CRI, n (%) | 16 (41) | 10 (25.6) | .23 |
| CLD, n (%) | 2 (5.1) | 5 (12.8) | .43 |
| PAOD, n (%) | 5 (12.8) | 3 (7.7) | .71 |
| Admission diagnosis | | | .61 |
| SS, n (%) | 18 (46.2) | 18 (46.2) | |
| PS, n (%) | 13 (33.3) | 16 (41) | |
| SIRS, n (%) | 8 (20.5) | 5 (12.8) | |
| CVVHF, n (%) | 30 (76.9) | 27 (69.2) | .61 |
| MODS score, pts | 10.2 ± 1.3 | 10.9 ± 1.5 | .04[a] |
| AVP infusion, hrs | 31.8 ± 27.2 | 73.2 ± 103.7 | .02[a] |
| ICU LOS, days | 14.6 ± 15.2 | 19.8 ± 15.1 | .14 |
| 28-day mortality, n (%) | 24 (61.5) | 20 (51.3) | .49 |

AVP, arginine vasopressin; BMI, body mass index; cAHT, chronic arterial hypertension; CHD, coronary heart disease; CHF, congestive heart failure; COPD, chronic obstructive pulmonary disease; CRI, chronic renal insufficiency; CLD, chronic liver disease; PAOD, peripheral arterial occlusive disease; SS, septic shock; PS, post-cardiotomy shock; SIRS, systemic inflammatory response syndrome; CVVHF, continuous venovenous hemofiltration; MODS, multiple organ dysfunction syndrome; pts, patients; ICU, intensive care unit; LOS, length of stay.

[a]Significant difference between groups. Data are given as mean ± SD, if not indicated otherwise.



Figure 1. Rate of a norepinephrine (*NE*) reduction in patients treated with 0.033 IU/min arginine vasopressin (*AVP*) when compared with patients receiving 0.067 IU/min AVP.

(0.033 IU/min, $p = .16$; 0.067 IU/min, $p = .39$), 12 hrs (0.033 IU/min, $p = .12$; 0.067 IU/min, $p = .62$), or 24 hrs (0.033 IU/min, $p = .15$; 0.067 IU/min, $p = .29$).

The hemodynamic response of the two study groups is given in Table 2. There were no differences at baseline between groups. During AVP infusion, patients in the group receiving 0.033 IU/min had a lower MAP and higher central venous pressure, higher mean pulmonary artery pressure, and higher norepinephrine requirements than patients receiving 0.067 IU/min. Heart rate decreased in the group receiving 0.067 IU/min only ($p < .001$), whereas MAP increased in both groups ($p < .001$ each). Pulmonary artery occlusion pressure in the group receiving 0.033 IU/min increased significantly ($p = .03$), and systemic vascular resistance initially increased but decreased after 24 hrs ($p = .005$). Whereas norepi-

nephrine requirements continued to increase until 24 hrs after the start of AVP in the group receiving 0.033 IU/min ($p = .001$), they consistently decreased in the group receiving 0.067 IU/min ($p = .001$).

*Adverse Events and Changes in Laboratory Variables.* An increase in serum transaminase concentrations occurred more often in patients receiving AVP at 0.033 than 0.067 IU/min (71.8% vs. 28.2%, $p < .001$). The prevalence of a decrease in cardiac index (0.033 vs. 0.067 IU/min: 69.2% vs. 53.8%, $p = .24$), decrease in platelet count (0.033 vs. 0.067 IU/min: 94.8% vs. 84.6%, $p = .26$), and increase in total bilirubin (0.033 vs. 0.067 IU/min: 48.7% vs. 71.8%, $p = .06$) was not significantly different between groups.

Table 3 displays changes in laboratory variables during AVP infusion. Platelet count was significantly higher at baseline in the group receiving 0.067 IU/min. During the study period, total bilirubin concentrations and base deficit were lower and arterial lactate concentrations higher in patients receiving 0.033 IU/min when compared with patients treated with 0.067 IU/min. When corrected for baseline differences, platelet count during AVP infusion was not significantly different between groups. Platelet count significantly decreased in both groups (0.033 IU/min, $p = .03$; 0.067 IU/min, $p = .02$). Arterial lactate concentrations increased in the group receiving 0.033 IU/min ($p < .001$) and decreased in the group receiving 0.067 IU/min ($p < .001$). Changes in pH and base deficit showed a comparable pattern, with a decrease in the group receiving 0.033 IU/min (pH, $p < .001$; base deficit, $p < .001$) and an increase in the group receiving 0.067 IU/min (pH, $p < .001$; base deficit, $p < .001$).

## DISCUSSION

In this retrospective study, infusion of 0.067 IU/min AVP in patients with advanced vasodilatory shock was more effective than 0.033 IU/min in reducing norepinephrine dosages. This dose regimen resulted in a higher MAP and lower central venous pressure, lower mean pulmonary artery pressure, and lower norepinephrine requirements. Although increases in liver enzymes occurred more often in patients treated with 0.033 IU/min, there was no difference in the prevalence of other adverse events between

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007804