Table 2. Hemodynamic response to arginine vasopressin (AVP) in patients receiving 0.033 IU AVP/hr and 0.067 IU AVP/hr

| | Baseline | 30 Mins | 1 Hr | 4 Hrs | 12 Hrs | 24 Hrs | 48 Hrs | 72 Hrs | p Value |
|---|---|---|---|---|---|---|---|---|---|
| HR, beats/min | | | | | | | | | |
| 0.033 IU/hr | 109 ± 27 | 104 ± 19 | 102 ± 20 | 102 ± 16 | 98 ± 19 | 96 ± 19 | 91 ± 14 | 96 ± 17 | .70 |
| 0.067 IU/hr | 111 ± 24[a] | 111 ± 21 | 103 ± 21 | 100 ± 18 | 95 ± 17 | 93 ± 17 | 90 ± 18 | 87 ± 12 | |
| MAP, mm Hg | | | | | | | | | |
| 0.033 IU/hr | 52 ± 9[a] | 69 ± 17 | 71 ± 14 | 68 ± 13 | 70 ± 13 | 71 ± 15 | 66 ± 8 | 73 ± 9 | <.001[b] |
| 0.067 IU/hr | 52 ± 12[a] | 74 ± 12 | 80 ± 14 | 78 ± 11 | 77 ± 10 | 75 ± 11 | 74 ± 8 | 80 ± 8 | |
| CVP, mm Hg | | | | | | | | | |
| 0.033 IU/hr | 12 ± 3 | 13 ± 3 | 13 ± 3 | 13 ± 3 | 13 ± 3 | 12 ± 3 | 13 ± 3 | 14 ± 3 | .001[b] |
| 0.067 IU/hr | 12 ± 4 | 11 ± 4 | 11 ± 4 | 12 ± 4 | 12 ± 4 | 13 ± 3 | 12 ± 3 | 12 ± 2 | |
| MPAP, mm Hg | | | | | | | | | |
| 0.033 IU/hr | 28 ± 5 | 31 ± 7 | 31 ± 6 | 31 ± 6 | 31 ± 8 | 29 ± 7 | 28 ± 7 | 30 ± 5 | .04[b] |
| 0.067 IU/hr | 28 ± 6 | 28 ± 7 | 29 ± 7 | 28 ± 6 | 28 ± 6 | 27 ± 5 | 28 ± 6 | 29 ± 5 | |
| PAOP, mm Hg | | | | | | | | | |
| 0.033 IU/hr | 16 ± 3[a] | — | 17 ± 4 | 17 ± 3 | 18 ± 3 | 17 ± 3 | 15 ± 4 | 17 ± 2 | .23 |
| 0.067 IU/hr | 16 ± 3 | — | 17 ± 4 | 16 ± 4 | 16 ± 4 | 17 ± 5 | 15 ± 3 | 17 ± 3 | |
| CI, L/min/m² | | | | | | | | | |
| 0.033 IU/hr | 3.5 ± 1.4 | — | 3.5 ± 1.2 | 3.3 ± 1 | 3.1 ± 0.8 | 3.4 ± 1.1 | 3.6 ± 0.9 | 3.7 ± 1.2 | .83 |
| 0.067 IU/hr | 4 ± 1.5 | — | 3.3 ± 1.2 | 3.4 ± 1.1 | 3.3 ± 0.9 | 3.1 ± 0.8 | 3.3 ± 0.8 | 3.2 ± 1 | |
| SVI, mL/beat/m² | | | | | | | | | |
| 0.033 IU/hr | 34 ± 11 | — | 35 ± 12 | 32 ± 11 | 32 ± 9 | 37 ± 11 | 40 ± 5 | 37 ± 7 | .58 |
| 0.067 IU/hr | 36 ± 12 | — | 33 ± 11 | 35 ± 10 | 36 ± 7 | 34 ± 8 | 38 ± 8 | 40 ± 10 | |
| SVR, dyne-sec-cm⁻⁵ | | | | | | | | | |
| 0.033 IU/hr | 723 ± 332[a] | — | 927 ± 356 | 861 ± 294 | 865 ± 343 | 928 ± 310 | 678 ± 144 | 622 ± 149 | .06 |
| 0.067 IU/hr | 665 ± 357 | — | 926 ± 399 | 861 ± 343 | 829 ± 315 | 904 ± 326 | 853 ± 253 | 1008 ± 356 | |
| PVR, dyne-sec-cm⁻⁵ | | | | | | | | | |
| 0.033 IU/hr | 219 ± 168 | — | 200 ± 91 | 192 ± 105 | 153 ± 65 | 168 ± 58 | 147 ± 36 | 132 ± 75 | .32 |
| 0.067 IU/hr | 154 ± 86 | — | 177 ± 95 | 152 ± 69 | 173 ± 69 | 173 ± 101 | 174 ± 86 | 160 ± 97 | |
| NE, μg/kg/min | | | | | | | | | |
| 0.033 IU/hr | 1.07 ± 1.1[a] | 1.35 ± 1.13 | 1.3 ± 0.95 | 1.56 ± 1.83 | 1.7 ± 2.14 | 0.63 ± 0.5 | 0.48 ± 0.43 | 0.59 ± 0.52 | <.001[b] |
| 0.067 IU/hr | 1.07 ± 1.1[a] | 0.84 ± 0.77 | 0.79 ± 0.75 | 0.77 ± 0.8 | 0.61 ± 0.64 | 0.42 ± 0.44 | 0.38 ± 0.42 | 0.33 ± 0.35 | |
| Mil, μg/kg/min | | | | | | | | | |
| 0.033 IU/hr | 0.37 ± 0.23 | 0.42 ± 0.19 | 0.41 ± 0.19 | 0.42 ± 0.2 | 0.44 ± 0.17 | 0.38 ± 0.18 | 0.34 ± 0.19 | 0.35 ± 0.15 | .28 |
| 0.067 IU/hr | 0.4 ± 0.21 | 0.4 ± 0.21 | 0.40 ± 0.21 | 0.41 ± 0.23 | 0.39 ± 0.2 | 0.36 ± 0.23 | 0.31 ± 0.22 | 0.26 ± 0.21 | |
| E, μg/kg/min | | | | | | | | | |
| 0.033 IU/hr | 0.04 ± 0.07 | 0.06 ± 0.07 | 0.05 ± 0.07 | 0.06 ± 0.07 | 0.08 ± 0.16 | 0.03 ± 0.02 | 0.04 ± 0.03 | 0.04 ± 0.02 | .99 |
| 0.067 IU/hr | 0.07 ± 0.05 | 0.06 ± 0.04 | 0.04 ± 0.02 | 0.07 ± 0.05 | 0.04 ± 0.02 | 0.03 ± 0.02 | 0.03 ± 0.03 | 0.02 ± 0.01 | |

HR, heart rate; MAP, mean arterial blood pressure; CVP, central venous blood pressure; MPAP, mean arterial blood pressure; PAOP, pulmonary artery occlusion pressure; CI, cardiac index; SVI, stroke volume index; SVR, systemic vascular resistance; PVR, pulmonary vascular resistance; NE, norepinephrine; Mil, milrinone; E, epinephrine; —, not measured.

[a]Significant difference over time within group; [b]significant difference between groups. Data are given as mean± SD.

the two AVP dose regimens. Total bilirubin levels and base deficit were lower and arterial lactate concentrations higher in patients receiving AVP at 0.033 IU/min.

Although MAP increased in both groups, the increase in perfusion pressure was more significant and sustained in patients treated with 0.067 IU/min. In addition, considering the continuing increase of norepinephrine requirements in the group receiving 0.033 IU/min and the consistent decrease of norepinephrine after initiation of AVP at 0.067 IU/min, higher AVP dosages seem to have been more effective to reverse vasodilatory shock in our study population. These results are in accordance with data from an animal study showing a more sustained increase in systemic vascular resistance and MAP with increasing AVP dosages in healthy and endotoxemic sheep. In contrast to our data, however, the authors observed a concomitant decrease in cardiac index (14). Because quantitative and qualitative AVP receptor down-regulation was reported in sepsis and during endotoxemia (15, 16), it can be hypothesized that AVP dosages of 0.033 IU/min were too low to exert sufficient $V_{1a}$-receptor-mediated vasoconstriction. Moreover, other potentially dose-dependent mechanisms for AVP-related hemodynamic effects (e.g., inhibition of adenosine triphosphate-sensitive potassium channels, substitution of AVP deficiency) have been suggested (2, 11).

Interestingly, norepinephrine requirements at baseline were not different between patients with and without a reduction of norepinephrine during the first 24 hrs of AVP infusion. This observation suggests that at norepinephrine dosages applied in this study population, only the AVP dosage determined the extent of decrease in catecholamine support. Nonetheless, our data are not in contrast to results from studies reporting beneficial cardiovascular effects of AVP at dosages ranging from 0.01 to 0.04 IU/min. With a mean norepinephrine dosage of 1.07 $\mu$g·kg⁻¹·min⁻¹ (95% confidence interval, 0.82–1.56 $\mu$g·kg⁻¹·min⁻¹), our study patients received substantially higher dosages than patients in earlier trials (6.8 $\mu$g/min [~0.1 $\mu$g·kg⁻¹·min⁻¹ in a 70-kg patient] [17], 0.25 $\mu$g·kg⁻¹·min⁻¹ [18], 25 $\mu$g/min [~0.36 $\mu$g·kg⁻¹·min⁻¹ in a 70-kg patient] [9]). It is therefore conceivable that 0.033 IU/min AVP may reverse cardiovascular failure in vasodilatory shock requiring moderate norepinephrine dosages but seems to be inadequate to stabilize hemodynamic function when norepinephrine requirements are high (e.g., >0.82 $\mu$g·kg⁻¹·min⁻¹, which was the lower limit of the 95% confidence interval in this study population). Aside from the severity of disease, infusion of the phosphodiesterase inhibitor milrinone as the

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007805

Table 3. Changes in laboratory parameters in study groups

| | Baseline | 1 Hr | 6 Hrs | 12 Hrs | 24 Hrs | 48 Hrs | 72 Hrs | p Value |
|---|---|---|---|---|---|---|---|---|
| **pH** | | | | | | | | |
| 0.033 IU/hr | 7.28 ± 0.09[a] | 7.26 ± 0.08 | 7.26 ± 0.1 | 7.31 ± 0.16 | 7.4 ± 0.08 | 7.42 ± 0.09 | 7.42 ± 0.06 | .13 |
| 0.067 IU/hr | 7.31 ± 0.13[a] | 7.31 ± 0.11 | 7.3 ± 0.11 | 7.33 ± 0.09 | 7.37 ± 0.07 | 7.38 ± 0.09 | 7.42 ± 0.06 | |
| **BD, mmol/L** | | | | | | | | |
| 0.033 IU/hr | −5 ± 5.8[a] | −7.2 ± 4.3 | −5.4 ± 6.4 | −5 ± 6.2 | −0.2 ± 4.2 | 0.8 ± 5.1 | 2.1 ± 2.4 | .005[b] |
| 0.067 IU/hr | −3.5 ± 7[a] | −3.9 ± 5.9 | −3.9 ± 6.4 | −2.9 ± 5.9 | −0.3 ± 4.7 | 0.9 ± 5 | 4.3 ± 5.1 | |
| **Lactate, mg/dL** | | | | | | | | |
| 0.033 IU/hr | 45 ± 34[a] | 73 ± 49 | 73 ± 60 | 76 ± 67 | 39 ± 51 | 37 ± 35 | 15 ± 5 | <.001[b] |
| 0.067 IU/hr | 46 ± 36[a] | 48 ± 34 | 49 ± 42 | 46 ± 38 | 25 ± 21 | 22 ± 28 | 16 ± 5 | |
| **Creatinine, mg/dL** | | | | | | | | |
| 0.033 IU/hr | 2 ± 1 | — | — | — | 2.1 ± 0.9 | 1.8 ± 0.6 | 2 ± 0.8 | .70 |
| 0.067 IU/hr | 2 ± 0.9 | — | — | — | 2.1 ± 0.8 | 2.1 ± 0.9 | 2 ± 0.9 | |
| **ASAT, IU/L** | | | | | | | | |
| 0.033 IU/hr | 330 ± 682 | — | — | — | 541 ± 741 | 387 ± 664 | 233 ± 296 | .22 |
| 0.067 IU/hr | 97 ± 351 | — | — | — | 386 ± 907 | 114 ± 148 | 104 ± 115 | |
| **ALAT, IU/L** | | | | | | | | |
| 0.033 IU/hr | 211 ± 617 | — | — | — | 188 ± 255 | 452 ± 1256 | 55 ± 47 | .20 |
| 0.067 IU/hr | 38 ± 84 | — | — | — | 159 ± 309 | 78 ± 84 | 80 ± 72 | |
| **tBilirubin, mg/dL** | | | | | | | | |
| 0.033 IU/hr | 2.8 ± 3 | — | — | — | 2.1 ± 1.4 | 2.9 ± 3 | 3.1 ± 3.4 | .04[b] |
| 0.067 IU/hr | 3.8 ± 3.7 | — | — | — | 4.3 ± 5.1 | 5 ± 5.4 | 5.2 ± 5.5 | |
| **Platelets, g/L** | | | | | | | | |
| 0.033 IU/hr | 107 ± 70[a,c] | — | — | — | 95 ± 68 | 68 ± 57 | 57 ± 26 | .24[d] |
| 0.067 IU/hr | 165 ± 93[a] | — | — | — | 212 ± 74 | 104 ± 55 | 109 ± 48 | |

BD, base deficit; ASAT, aspartate aminotransferase; ALAT, alanine aminotransferase; tBilirubin, total bilirubin; —, not measured.
[a]Significant difference over time within group; [b]significant difference between groups; [c]significant baseline difference between groups; [d]corrected for baseline differences. Data are given as mean ± SD.

first-line inotropic agent has contributed to the loss of vascular tone and need for high norepinephrine dosages in this study population (19).

Our results are similar to the preliminary results of a recently completed multicenter trial evaluating AVP effects on outcome in septic shock. In this study, a significant survival benefit could only be detected in the subgroup of patients requiring norepinephrine dosages of <15 μg/min (~0.21 μg·kg$^{-1}$·min$^{-1}$ in a 70 kg patient), whereas this effect was lost in patients with higher norepinephrine requirements (>15 μg/min) (19a). Accordingly, patients treated with 0.067 IU/min AVP in our study showed improved acid–base variables, which, together with decreasing arterial lactate concentrations, may indicate reestablishment of organ perfusion. In contrast, progressive lactic acidosis during the first 24 hrs of AVP infusion in patients receiving 0.033 IU/min suggests ongoing tissue hypoperfusion.

The observation that patients in the group administered 0.033 IU/min received AVP for a shorter duration than patients administered 0.067 IU/min cannot be elucidated by the reported data. Although the difference was not statistically significant, more patients in the group receiving 0.033 IU/min died within

72 hrs after the start of AVP infusion than in the group receiving 0.067 IU/min; it may be speculated that this finding could partly explain the longer duration of AVP infusion in patients receiving AVP at 0.067 IU/min. Interestingly, although again not statistically significant, 25% of patients receiving 0.033 IU/min AVP died of refractory cardiovascular failure, whereas 15% of patients in the group receiving 0.067 IU/min died of refractory cardiovascular failure. When reviewing norepinephrine requirements in the group receiving 0.033 IU/min AVP, it is noteworthy that norepinephrine dosages continued to increase until 12 hrs and then rapidly decreased at 24 hrs. This finding most likely reflects death of patients with refractory cardiovascular failure who could not be stabilized with AVP at 0.033 IU/min.

Except for a higher prevalence of an increase in serum transaminases in the group receiving 0.033 IU/min AVP, occurrence of adverse events was comparable between the two AVP dose regimens. Because elevations of liver enzymes typically result from hepatic hypoperfusion (20), less-efficient restoration of arterial blood pressure in the group receiving 0.033 IU/min could explain the higher prevalence of ischemic hepatic injury. A decrease in platelet count was observed in

73.4% of patients receiving AVP in vasodilatory shock in an earlier study (6) and occurred with a slightly higher frequency in this study population. The lack of difference in the prevalence of a decrease in platelets between the two study groups suggests that AVP-stimulated platelet aggregation (21) occurs either according to an "all-or-nothing" principle or is initiated already at AVP dosages of <0.033 IU/min. The reduction of platelet count during AVP infusion is caused by an induction of platelet aggregation through V$_1$-receptors (21) but does not impair net hemostasis (22). This effect seems to be especially pronounced during extracorporeal blood flow, such as continuous venovenous hemofiltration, and not associated with increased mortality (6).

Although not significant, there was a trend (p = .06) toward a higher prevalence of an increase in total bilirubin levels in patients receiving AVP at 0.067 IU/min. Together with the observation that serum bilirubin concentrations were higher in the group receiving 0.067 IU/min than in the group receiving 0.033 IU/min, a dose-dependent effect of AVP may be suspected. From experimental studies, it is known that AVP reduces bile secretion and induces cholestasis by modulation of hepatocyte tight junctional permeability and glutathione efflux

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007806

(23, 24). In view of decreased survival rates in patients who exhibited an increase in total bilirubin levels during AVP infusion (6), the observation that patients receiving AVP at 0.067 IU/min tended to present with higher bilirubin concentrations than patients in the group receiving 0.033 IU/min needs detailed evaluation in future studies.

When interpreting the results of this study, more limitations need to be kept in mind. Clearly, the retrospective study design substantially limits interpretation of the results. Comparison of two patient groups treated during different time periods (1999–2003 vs. 2004–2006) bears the risk of neglecting relevant changes in management. However, because the same hemodynamic protocol was applied in both patient groups, this limitation seems to be more important when interpreting patient outcome than when interpreting hemodynamic response to AVP. Differences between study groups in sex and the severity of multiple organ dysfunction further complicate data interpretation. The difference in multiple organ dysfunction syndrome score count was statistically significant but, in its clinical relevance, rather negligible. In contrast, a greater severity of multiple organ dysfunction in the group receiving 0.067 IU/min AVP would have made AVP treatment efficacy less likely. Although statistically not significant, it cannot be excluded that there were further differences in baseline variables between groups. Because the institutional database does not include reliable photographic documentation to diagnose skin ischemia, it was not possible to evaluate differences in the prevalence of ischemic skin lesions between the AVP dose regimens. In a former study, we could not, however, find an association between AVP dosage (0.067 vs. 0.1 IU/min) and the prevalence of ischemic skin lesions (10).

In conclusion, AVP dosages of 0.067 IU/min seem to be more effective to reverse cardiovascular failure in advanced vasodilatory shock requiring high norepinephrine dosages than 0.033 IU/min. Prospective studies are needed to confirm these results and evaluate the effects of AVP at 0.067 IU/min on outcome.

## REFERENCES

1. Dellinger PR, Carlet JM, Masur H, et al: Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. *Crit Care Med* 2004; 32:858–873
2. Mutlu GM, Factor P: Role of vasopressin in the management of septic shock. *Intensive Care Med* 2004; 30:1276–1291
3. Russell JA, Cooper DJ, Walley KR, et al: Vasopressin and Septic Shock Trial (VASST): Baseline characteristics and organ dysfunction in vasopressor dependent patients with septic shock. *Am J Respir Crit Care Med* 2003; 167:A548
4. Holmes CL, Walley KR, Chittock DR, et al: The effects of vasopressin on hemodynamics and renal function in severe septic shock: A case series. *Intensive Care Med* 2001; 27: 1416–1421
5. Klinzing S, Simon M, Reinhart K, et al: High-dose vasopressin is not superior to norepinephrine in septic shock. *Crit Care Med* 2003; 31:2646–2650
6. Luckner G, Dünser MW, Jochberger S, et al: Arginine vasopressin in 316 patients with advanced vasodilatory shock. *Crit Care Med* 2005; 33:2659–2666
7. Dünser MW, Mayr AJ, Hanno U, et al: Arginine vasopressin in advanced vasodilatory shock: A prospective, randomized, controlled study. *Circulation* 2003; 107:2313–2319
8. Landry DW, Levin HR, Gallant EM, et al: Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation* 1997; 95:1122–1125
9. Patel BM, Chittock DR, Russell JA, et al: Beneficial effects of short-term vasopressin infusion during severe septic shock. *Anesthesiology* 2002; 96:576–582
10. Dünser MW, Mayr AJ, Tür A, et al: Ischemic skin lesions as a complication of continuous vasopressin infusion in catecholamine-resistant vasodilatory shock: Incidence and risk factors. *Crit Care Med* 2003; 31: 1394–1398
11. Landry DW, Oliver JA: The pathogenesis of vasodilatory shock. *N Engl J Med* 2001; 345: 588–595
12. Goris RJA, te Boekhorst TPA, Nuytinck JKS, et al: Multiple-organ failure. *Arch Surg* 1985; 120:1109–1115
13. Laird NM, Ware JH: Random effects models for longitudinal data. *Biometrics* 1982; 38: 963–974
14. Westphal M, Stubbe H, Sielenkämper AW, et al: Effects of titrated arginine vasopressin on hemodynamic variables and oxygen transport in healthy and endotoxemic sheep. *Crit Care Med* 2003; 31:1502–1508
15. Roth BL, Spitzer JA: Altered hepatic vasopressin and alpha 1-adrenergic receptors after chronic endotoxin infusion. *Am J Physiol* 1987; 252:699–702
16. Hollenberg SM, Tangora JJ, Piotrowski MJ, et al: Impaired microvascular vasoconstrictive responses to vasopressin in septic rats. *Crit Care Med* 1997; 25:869–873
17. Malay MB, Ashton RC Jr, Landry DW, et al: Low-dose vasopressin in the treatment of vasodilatory septic shock. *J Trauma* 1999; 47: 699–703
18. Tsuneyoshi I, Yamada H, Kakihana Y, et al: Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. *Crit Care Med* 2001; 29: 487–493
19. Bayram M, De Luca L, Massie MB, et al: Reassessment of dobutamine, dopamine, and milrinone in the management of acute heart failure syndromes. *Am J Cardiol* 2005; 96: 47–58
19a. Russell JA: The VASST (vasopressin vs. norepinephrine in septic shock study). Oral presentation, European Society of Intensive Care Medicine, 19th Annual Congress Barcelona, Spain, September 27, 2006. Available at: http://www.esicm.org/Data/ModuleGestion DeContenu/PagesGenerees/07-congresses/0A-annual-congress/105.asp#
20. Henrion J, Schapira M, Luwaert R, et al: Hypoxic hepatitis: Clinical and hemodynamic study in 142 consecutive cases. *Medicine* 2003; 82:392–406
21. Filep J, Rosenkranz B: Mechanisms of vasopressin-induced platelet aggregation. *Thromb Res* 1987; 45:7–15
22. Dünser MW, Fries DR, Schobersberger W, et al: Does arginine vasopressin influence the coagulation system in advanced vasodilatory shock with severe multiorgan dysfunction syndrome? *Anesth Analg* 2004; 99:201–206
23. Hamada Y, Karjalainen A, Setchell BA, et al: Concomitant stimulation by vasopressin of biliary and perfusate calcium fluxes in the perfused rat liver. *Biochem J* 1992; 281: 387–392
24. Ballatori N, Truong AT: Cholestasis, altered junctional permeability, and inverse changes in sinusoidal and biliary glutathione release by vasopressin and epinephrine. *Mol Pharmacol* 1990; 38:64–71

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0007807

0022-5282/99/4704-0699
Journal of Trauma: Injury, Infection, and Critical Care
Copyright © 1999 by Lippincott Williams & Wilkins, Inc.

# Low-Dose Vasopressin in the Treatment of Vasodilatory Septic Shock

Mary Beth Malay, MD, Robert C. Ashton, Jr., MD, Donald W. Landry, MD, PhD, and Ricard N. Townsend, MD

*Background:* Despite appropriate therapy, refractory hypotension often occurs in septic shock. A double-blinded placebo controlled clinical trial was performed to assess the role of low-dose vasopressin (VP) as a pressor agent in septic shock.

*Methods:* Patients admitted to a trauma intensive care unit with vasodilatory septic shock were randomized to receive either VP at 0.04 U/min (n = 5) or placebo (n = 5). Vasodilatory septic shock was defined as a need for catecholamine agents to maintain a mean arterial pressure more than or equal to 70 mm Hg, despite a cardiac index more than 2.5 L/min and a minimal pulmonary artery wedge pressure more than 12 mm Hg. After 1 hour of initiation of the study drug, attempts to discontinue norepinephrine, phenylephrine, and/or dopamine, in respective order, were undertaken provided that the mean arterial pressure remained more than or equal to 70 mm Hg.

*Results:* A vasopressin infusion increased systolic arterial pressure (98 ± 5 to 125 ± 8 mm Hg, $p < 0.008$) because of peripheral vasoconstriction (systemic vascular resistance increased from 878 ± 218 to 1,190 ± 213 dynes/s per cm$^{-5}$, $p < 0.05$). Arterial pressure and systemic vascular resistance were statistically unaffected in the placebo group. Before study termination, measured at 24 hours after drug initiation, two patients in the placebo group died of refractory hypotension. However, all patients receiving VP survived the 24-hour study period and had all other catecholamine pressors withdrawn and blood pressure maintained solely with a low-dose VP infusion.

*Conclusion:* A VP infusion improved arterial pressure and permitted the withdrawal of catecholamine vasopressors. VP is a useful agent in the treatment of refractory septic shock.

*Key Words:* Hypotension, Sepsis, Low-Dose vasopressin.

S eptic shock is defined as the circulatory insufficiency that develops in response to overwhelming systemic infection. The most common hemodynamic pattern encountered is characterized by profound peripheral vasodilation resulting in hypotension and end-organ hypoperfusion.[1] Current treatment is supportive and includes appropriate antibiotics, expansion of intravascular volume and, in certain cases, the use of inotropic agents. Despite this therapy, severe hypotension is common and catecholamine vasopressors are often required to maintain arterial pressure. Although norepinephrine has been shown to effectively increase arterial pressure,[2,3] it often exhibits decreased vasopressor activity during septic shock.[4–8] Phenylephrine has also been reported to have a diminished vasoconstrictor effect during sepsis.[9] Given that the mortality rate remains more than 50%, with many of these deaths attributable to refractory hypotension and subsequent multiple organ failure,[10] an alternative pharmacologic agent that is able to restore vascular tone and blood pressure is desirable.

Recently, we reported in an uncontrolled series that patients with septic shock resistant to catecholamine vasopressors may have a defect in the baroreflex-mediated secretion of vasopressin. Administration of a low-dose vasopressin infusion (0.04 U/min) significantly increased arterial blood pressure in these patients and permitted the withdrawal of other catecholamine agents.[11,12] Furthermore, a dose of exogenous vasopressin that provided a plasma concentration expected for the degree of hypotension resulted in a marked pressor response.[12]

Although this clinical experience suggested that vasopressin may be a useful agent in the treatment of vasodilatory septic shock, only controlled trials would allow adequate investigation of its role as a potential vasopressor in this complex patient population. By using a double-blinded, randomized clinical design, we studied the hemodynamic effects of low-dose vasopressin in 10 patients with severe septic shock requiring dopamine, phenylephrine, and/or norepinephrine infusions to support arterial blood pressure.

## MATERIALS AND METHODS

This study was approved by the Institutional Review Board of Allegheny University of the Health Sciences, Allegheny General Hospital. Because all patients in this study were critically ill and unable to give written, informed consent, this consent was obtained from the patient's surrogate decision-maker.

### Subjects

Eligible patients were older than 18 years of age and had a diagnosis of septic shock defined according to the American College of Chest Physicians/Society of Critical Care Medicine Consensus Committee,[13] including suspected infection or positive blood cultures; mechanical ventilation and at least one or more of the following criteria: heart rate more than 90 beats/min, temperature more than 38°C or less than 36°C, white blood cell count more than 12,000 cells/mm$^3$ or less than 4,000 cells/mm$^3$ (or > 10% immature forms), systolic arterial pressure less than 90 mm Hg or a reduction of greater than 40 mm Hg from baseline systolic pressure persisting

From the Allegheny General Hospital, Division of General Surgery (M.B.M., R.C.A., R.N.T.), Pittsburgh, Pennsylvania, and Columbia University, Department of Medicine (D.W.L.), New York, New York.

Supported by Allegheny-Singer Research Institute, Allegheny General Hospital, Pittsburgh, Pennsylvania.

Address for reprints: Mary Beth Malay, MD, Allegheny General Hospital, Division of General Surgery, 320 East North Avenue, Pittsburgh PA 15212.

PAR-VASO-0007808

despite fluid resuscitation and at least one of the signs of organ dysfunction. Organ dysfunction was defined as a $Pao_2/Fio_2$ ratio less than 250; creatinine more than 2.0 or the need for dialysis to regulate serum potassium and bicarbonate; a bilirubin more than 2.0 or elevation of transaminases to twice normal; Glasgow Coma Scale score less than 9; platelet count less than 50,000 or an elevation in the prothrombin time to twice normal in the absence of anticoagulation.[14] In addition, all patients had vasodilatory hypotension defined as a cardiac index more than 2.5 L/min and a mean arterial pressure (MAP) less than 70 mm Hg, despite the use of conventional vasopressor agents (dopamine $> 3$ $\mu g/kg$ per min and any dose of norepinephrine and/or phenylephrine) initiated after fluid replacement. Because several patients were referred into the study postvasopressor initiation, a minimal pulmonary artery capillary wedge pressure of 12 mm Hg at study entry was chosen to reflect that at least adequate attempts had been made at volume replacement before initiation of catecholamine agents. Pregnant females, patients with electrocardiographic or enzymatic evidence of ongoing myocardial ischemia or infarction, and those with suspected mesenteric ischemia/infarction were excluded.

## Interventions

Randomization and allocation of treatment in eligible subjects was achieved by a computer-generated list created by the hospital pharmacy. In a double-blinded manner, vasopressin (Pitressin injection USP, 8-arginine vasopressin; Parke-Davis) or placebo (normal saline) was administered to subjects through a central vein at a constant infusion rate of 6 mL/h (vasopressin concentration of 0.04 U/min). Intravenous fluids were not changed the hour before or until 1 hour after the study drug infusion began. Attempts to taper and discontinue the dose of conventional vasopressor agents began 1 hour after initiation of the study drug. The protocol specified that norepinephrine, phenylephrine, and/or dopamine infusions were to be decreased in dose decrements of 2 $\mu g/min$, 25 $\mu g/min$, and 3 $\mu g/kg$ per min, respectively. These drugs were weaned and discontinued in this sequential order provided that the MAP remained more than 70 mm Hg. Fluid expansion was continued throughout this period and administered according to the pulmonary capillary wedge pressure that was needed to attain the individualized optimal cardiac index. All other concomitant medical treatments were also accepted.

## Measurements and Data Collection

All patients had an indwelling arterial line to assess MAP. The electrocardiogram was also monitored throughout the duration of the study. Each patient had a pulmonary artery catheter to assess volume replacement and measure cardiac output. Cardiac output was determined by the thermodilution technique and performed in triplicate. All values were referenced to the level of the right atrium and measured at end-expiration. Hemodynamic parameters and vasopressor doses were recorded at baseline and 1, 4, 8, and 24 hours after inclusion into the study. Systemic vascular resistance and oxygen delivery were calculated according to standard for-

**TABLE 1.** Patient demographics[a]

| Parameter | Treatment (n = 5) | Placebo (n = 5) |
|---|---|---|
| Age[b] (yr) | 53 ± 10 | 56 ± 7 |
| Gender (M/F) | 4/1 | 4/1 |
| Weight[b] (kg) | 88 ± 8 | 91 ± 10 |
| Type of Admission (T/GS) | 3/2 | 4/1 |
| APACHE II[b] | 27 ± 2 | 26 ± 3 |
| Organ failures | | |
| One | | |
| Two | 1 | 2 |
| Three | 4 | 3 |

[a] M/F, male/female; T/GS, trauma/general surgical admission; APACHE II, Acute Physiologic and Chronic Health Evaluation II score.
[b] Mean ± SEM.

mulas. Serum sodium, base deficit, and plasma creatinine values were measured before study entry and at study completion. The Acute Physiology and Chronic Health Evaluation II score[15] and number of failing organs were used to measure disease severity.

The primary end point of this study was hemodynamic response as defined by an increase in arterial blood pressure. A secondary end point of interest was time to catecholamine pressor-free hemodynamic stability. This secondary end point was defined as a MAP more than 70 mm Hg for more than 30 minutes in the absence of any known vasopressor agent except the study drug or a low-dose dopamine infusion (3 $\mu g/kg$ per min). Untoward events, including bradycardia, arrhythmias, myocardial and/or mesenteric ischemia or infarction, and deaths, were monitored and reported throughout the study.

## Statistical Analysis

Hemodynamic variables before and 1 hour after study drug administration were compared by using the Student's paired $t$ test. Hemodynamic variables and vasopressor dosages between groups were compared by using a two-way analysis of variance for repeated measures. Changes within groups over time were compared with baseline values by using a one-way analysis of variance for repeated measures. Differences in laboratory values attained at 24 hours were compared with values at baseline by using a paired $t$ test.

## RESULTS

Ten patients were enrolled in this study and randomized to receive vasopressin (n = 5) or placebo (n = 5). Subject demographics and disease characteristics at entry into the study are displayed in Tables 1 and 2. Groups were similar regarding overall demographics, disease severity, and infectious etiology. Despite adequate volume replacement (pulmonary artery wedge pressure >12 mm Hg) and catecholamine administration, hemodynamic data before study inclusion revealed persistent hypotension attributable to low systemic vascular resistance. Despite randomization, patients allocated to the placebo group had higher baseline pulmonary capillary wedge pressures and significantly greater cardiac indices than the treatment group (Table 3). However, placebo subjects

PAR-VASO-0007809

**TABLE 2.** Cause of septic shock

| Parameter | Treatment (n = 5) | Placebo (n = 5) |
|---|---|---|
| Source | | |
| Abdominal | 3 | 2 |
| Pulmonary | 1 | 3 |
| Other | 1 | |
| Bacteriology | | |
| Gram + | 2 | 2 |
| Gram − | 3 | 3 |
| Mixed | | |

**TABLE 5.** Hemodynamic data and catecholamine requirements at 24 hours[a]

| Parameter | Placebo (n = 3) | Treatment (n = 5) |
|---|---|---|
| HR[b] (beats/min) | 128.0 ± 14.0 | 108.0 ± 6.0 |
| MAP[b] (mm Hg) | 80.0 ± 5.0 | 81.0 ± 5.0 |
| PAOP[b] (mm Hg) | 21.0 ± 3.0 | 20.0 ± 4.0 |
| CI[b] (L/min per m²) | 4.2 ± 0.7 | 4.0 ± 0.7 |
| SVR[b] (dynes/sec per cm⁻⁵) | 1334 ± 297 | 1350 ± 306 |
| Catecholamines | | |
| Norepinephrine[c] (μg/min) | 0 | 0 |
| Phenylephrine[c] (μg/min) | 70 (0–200) | 0 |
| Dopamine[c] (μg/kg per min) | 6 (0–12) | 3 |
| Survival at 24 hours (%) | 60 | 100 |

[a] HR, heart rate; PAOP, pulmonary artery occlusion pressure; CI, cardiac index; SVR, systemic vascular resistance.
[b] Mean ± SEM.
[c] Mean (range).

also had a greater base deficit at study entry (see Table 6), thereby eliminating adequacy of fluid resuscitation as a cause for the differences in baseline cardiac indices.

One hour after initiation of the study drug, systolic arterial blood pressure and MAP significantly increased in the treatment group. This increase in blood pressure was attributable to an increase in systemic vasoconstriction (Table 4). Cardiac index, heart rate, and pulmonary artery pressures were relatively unchanged with this increase in arterial pressure. After 1 hour of therapy, patients receiving placebo did not experience any meaningful differences in hemodynamic parameters (Table 4).

Before attainment of the secondary study end point, measured at 24 hours, two patients in the placebo group died (one patient at 8 hours and one patient at 18 hours). Despite maximum doses of standard catecholamines, both of these deaths were attributable to refractory hypotension (MAP < 50 mm Hg). Therefore, because of the significant reduction in

**TABLE 3.** Hemodynamic data and catecholamine requirements at study entry[a]

| Parameter | Placebo (n = 5) | Treatment (n = 5) |
|---|---|---|
| HR[b] (beats/min) | 116.0 ± 7.0 | 126.0 ± 13.0 |
| MAP[b] (mm Hg) | 66.0 ± 6.0 | 64.0 ± 6.0 |
| PAOP[b] (mm Hg) | 20.0 ± 2.0 | 16.0 ± 3.0 |
| CI[b] (L/min per m²) | 5.6 ± 0.9 | 4.3 ± 0.5[d] |
| SVR[b] (dynes/sec per cm⁻⁵) | 781.0 ± 133.0 | 878.0 ± 213.0 |
| DO₂[b] (ml/min per m²) | 709.0 ± 71.0 | 593.0 ± 63.0 |
| Catecholamines | | |
| Norepinephrine[c] (μg/min) | 12 (0–25) | 6.8 (4–30) |
| Phenylephrine[c] (μg/min) | 170 (30–225) | 180 (100–200) |
| Dopamine[c] (μg/kg per min) | 7 (3–12) | 7.6 (0–20) |

[a] HR, heart rate; PAOP, pulmonary artery occlusion pressure; CI, cardiac index; SVR, systemic vascular resistance; DO₂, oxygen delivery.
[b] Mean ± SEM.
[c] Mean (range).
[d] p < 0.05.

sample size in the placebo group (n = 3), no valid statistical testing could be performed to assess the secondary end point of reduction and withdrawal of conventional catecholamine vasopressors (Table 5).

Vasopressin administration yielded an observed reduction in conventional vasopressor requirements. At 24 hours, all standard vasopressor agents in the treatment group were able to be withdrawn. However, attempts to discontinue vasopressin in four of the five patients in the treatment group were unsuccessful. The mean arterial pressure in these four patients promptly decreased to less than 70 mm Hg and required reinstitution of vasopressin at 0.04 U/min. Implementation of vasopressin resulted in the expected increase in arterial pressure. At 24 hours, only one patient in the treatment group was able successfully to have all vasopressors, including vasopressin, discontinued and the MAP maintained to more than 70 mm Hg. With vasopressin usage, no significant differences were observed in heart rate, cardiac index, and/or pulmonary artery pressures (Table 5).

Within each group, there were no significant differences noted between baseline laboratory values and values achieved at 24 hours. Because serum sodium was unaffected by vasopressin administration, the known antidiuretic effect of the hormone was not believed to be responsible for the increase in blood pressure. Serum base deficit (reflecting adequacy of fluid resuscitation) and plasma creatinine (depicting an indirect response of the kidneys to vasoconstriction) remained relatively unchanged by vasopressin administration (Table 6).

Despite continued fluid resuscitation, lower serum creatinine values and higher baseline pulmonary capillary wedge pressures and cardiac indices, the placebo group had greater

**TABLE 4.** Hemodynamic parameters during an observation period and during administration of study drug[a]

| Parameter | Placebo (n = 5) | | Treatment (n = 5) | |
|---|---|---|---|---|
| | Pre | Post | Pre | Post |
| Systolic pressure (mm Hg) | 95.0 ± 9.0 | 97.0 ± 7.0 | 98.0 ± 5.0 | 125.0 ± 8.0[a] |
| Mean arterial pressure (mm Hg) | 66.0 ± 6.0 | 68.0 ± 5.0 | 65.0 ± 6.0 | 80.0 ± 8.0[a] |
| Cardiac index L/min per m² | 5.6 ± 0.9 | 5.3 ± 1.0 | 4.3 ± 0.5 | 4.1 ± 0.6 |
| Systemic vascular resistance (dyn/s per cm⁻⁵) | 781 ± 133 | 836 ± 114 | 878 ± 218 | 1190 ± 213[a] |
| Heart rate (beats/min) | 115.0 ± 7.0 | 112.0 ± 8.0 | 126.0 ± 13.0 | 124.0 ± 11.0 |

[a] p < 0.05. Reported as mean ± SEM.

PAR-VASO-0007810

**TABLE 6.** Laboratory values

| Parameter | Baseline | 24 Hours |
|---|---|---|
| Sodium (mEq/L) | | |
| Treatment | $134.0 \pm 3.0$ | $136.0 \pm 4.0$ |
| Placebo | $136.0 \pm 3.0$ | $134.0 \pm 4.0$ |
| Base deficit | | |
| Treatment | $-6.8 \pm 3.7$ | $-5.9 \pm 3.3$ |
| Placebo | $-8.8 \pm 3.8$ | $-6.1 \pm 5.8$ |
| Creatinine (mg/dL) | | |
| Treatment | $2.3 \pm 0.5$ | $2.5 \pm 0.6$ |
| Placebo | $1.3 \pm 0.2$ | $1.7 \pm 0.5$ |

base deficits both at baseline and at 24 hours when compared with those subjects in the treatment group. Although speculative, the continued base deficit may have been attributable to persistent end-organ hypoperfusion associated with the use of high-dose conventional catecholamine vasopressor agents.

Because of the severity of illness and short duration of this study, patient survival was not an established end point in the initial design of this investigation. However, an important clinical trend was observed. Before termination of the study (24 hours after enrollment), two of five subjects in the placebo group died, whereas all subjects receiving vasopressin survived the 24-hour study period. Both of the deaths in the placebo group were attributable to refractory hypotension (MAP < 50 mm Hg). Throughout the study, there were no observed adverse cardiac events or episodes suggestive of mesenteric ischemia, infarction, or both.

## DISCUSSION

Arginine vasopressin is an endogenous peptide hormone secreted by the neurohypophysis in response to an increase in serum osmolality or a decrease in plasma volume.[16,17] In vitro, it is a more potent vasoconstrictor than angiotensin II or norepinephrine on a molar basis.[18] However, vasopressin is a most intriguing vasopressor hormone in vivo, because it has little pressor activity in normal subjects.[17,19–21] Similarly, patients with the syndrome of inappropriate antidiuretic hormone (SIADH) are not predisposed to hypertension.[16] However, vasopressin antagonists cause marked hypotension in subjects with arterial underfilling; thus, the vasoconstrictor action of vasopressin seems important when intravascular volume or arterial pressure is threatened.[17,18,22,23] Nonetheless, administration of vasopressin to hypotensive or volume-depleted subjects does not result in a marked pressor response, perhaps because V-1 (vasopressin) receptors on vascular smooth muscle are already occupied by endogenous hormone released by baroreflex.[16,17,24–26]

Recently, we discovered that patients in vasodilatory septic shock are deficient in vasopressin because of a defect in the baroreflex-mediated secretion of the hormone.[12] Furthermore, administration of low doses of the exogenous hormone yielded a hypersensitive pressor response.[11,12] This study was retrospective and formed the basis for the present controlled clinical trial.

The results of this current prospective study further supports the pressor sensitivity to vasopressin in patients with vasodilatory septic shock. Although knowledge remains limited, sympathetic nerve function seems to be impaired during septic shock.[27] Given that patients administered vasopressin in both our current (Table 4) and previous studies[11,12] did not experience the bradycardia normally observed with an elevation in arterial pressure supports this theory of autonomic insufficiency during septic shock.

Vasopressin is also documented to potentiate the vasoconstrictor actions of conventional catecholamine vasopressors.[28] Because all patients in our study were receiving catecholamine agents, the increase in arterial pressure may have been a synergistic drug effect. However, arterial pressure was still maintained once other vasopressors were withdrawn. Perhaps vasopressin interacted with the elevated endogenous levels of circulating catecholamines that are known to occur during septic shock.[29]

An impairment in the release of vasopressin may be yet another possible mechanism to explain this pressor sensitivity to such small doses of the hormone. We have reported that endogenous vasopressin levels are inappropriately low in clinically septic patients. Administration of an exogenous infusion not only increased arterial pressure but appropriately raised serum vasopressin levels in these patients.[12]

Finally, desensitization or down-regulation of the catecholamine alpha-1 adrenergic receptors may develop during septic shock[30] and explain the development of refractory hypotension to standard catecholamine vasopressors. Although both vasopressin and the catecholamines use the same phosphatidylinositol second-messenger system,[31] different receptors mediate the vascular vasoconstriction and concomitant increase in arterial blood pressure. Because vasopressin binds to its own V1 vascular receptor, it may assist in restoring peripheral vascular tone if decreased synthesis, increased degradation, or modification of the catecholamine alpha-1 adrenergic receptors yields refractoriness to conventional agents.

Although the mechanism is unknown and remains to be fully elucidated, our present results in conjunction with our previous reports suggest that a continuous low-dose vasopressin infusion (0.04 U/min) increases arterial blood pressure in patients with septic shock. Unfortunately, because of the reduced sample size in the placebo group at 24 hours (n = 3) secondary to death, we were unable to determine the impact of vasopressin in reducing the need for standard catecholamine agents. A larger sample size will be needed to more objectively assess this secondary end point. More importantly, future studies should be undertaken to further investigate the clinical trend of decreased mortality that may be associated with the use of vasopressin in septic shock. Notwithstanding, this current study confirms our previous reports regarding the usefulness of a low-dose vasopressin infusion in the treatment of vasodilatory septic shock.

## REFERENCES

1. Parillo JE. Septic shock in humans: advances in the understanding of pathogenesis, cardiovascular dysfunction and therapy. *Ann Intern Med.* 1990;113:227–242.

PAR-VASO-0007811

Desjars P, Pinaud M, Potel G, Tasseau F, Touze MD. A reappraisal of norepinephrine therapy in human septic shock. *Crit Care Med.* 1987;2:134–137.

Meadows D, Edwards JD, Wilkins RG, Nightingale P. Reversal of intractable septic shock with norepinephrine therapy. *Crit Care Med.* 1988;16:663–666.

Meadows D, Chernow B, Roth BL. Pharmacologic manipulation of the peripheral vasculature in septic shock: clinical and experimental approaches. *Circ Shock.* 1986; 18:141–155.

Tsuneyoshi I, Kanmura Y, Yoshimura N. Nitric oxide as a mediator of reduced arterial responsiveness in septic patients. *Crit Care Med.* 1196;24:1083–1086.

Houston ML, Thompson WL, Robertson D. Shock: diagnosis and management. *Arch Intern Med.* 1984; 144:1433–1439.

Chernow B, Rainey TG, Lake CR. Endogenous and exogenous catecholamines in critical care medicine. *Crit Care Med.* 1982;10:409–416.

Fink MP, Homer LD, Fletcher JR. Diminished pressor response to exogenous norepinephrine and angiotensin II in septic unanesthetized rats: evidence for a prostaglandin-mediated effect. *J Surg Res.* 1985;38:335–342.

Taguchi H, Heistad DD, Chu Y, Rios CD, Oobushi H, Farachi F. Vascular expression of inducible nitric oxide synthase is associated with activation of Ca++ dependent K+ channels. *J Pharmacol Exp Ther.* 1996;279:1514–1519.

Parillo JE. Pathogenetic mechanisms of septic shock. *N Engl J Med.* 1993;328:1471–1477.

Landry DW, Levin HR, Gallant EM, et al. Vasopressin pressor hypersensitivity in vasodilatory septic shock. *Crit Care Med.* 1997;25:1279–1282.

Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation.* 1997;95:1122–1125.

American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Crit Care Med.* 1992;20:864–873.

Marshall JC. Multiorgan failure. In: Wilmore DW, Brennan MF, Harken AH, Holcroft JW, Meakins JL, eds. *Scientific American Medicine.* New York, NY: Scientific American Inc; 1993:13–21.

Knaus WA, Draper EA, Wagner DP, Zimmerman JE. APACHE II: a severity of disease classification system. *Crit Care Med.* 1985;13:818–829.

Jackson EK. Vasopressin and other agents affecting the renal conservation of water. In: Gilman AG, Hardman JG, Limbird LE, eds. *Goodman and Gilman's The Pharmacological Basis of Therapeutics.* New York, NY: McGraw Hill; 1996:715–731.

Wagner HW Jr, Braunwald E. The pressor effect of the antidiuretic principle of the posterior pituitary in orthostatic hypotension. *J Clin Invest.* 1956;35:1412–1418.

Reid IA, Schwartz J. Role of vasopressin in the control of blood pressure. In: Martini L, Ganong WF, eds. *Frontiers in Neuroendocrinology.* New York, NY: Raven Press; 1984:177–197.

Ohnishi K, Sato S. Effects of vasopressin on left gastric venous flow in cirrhotic patients with esophageal varices. *Am J Gastroenterol.* 1990;85:294–295.

Morton JJ, Padfield PL. Vasopressin and hypertension in man. *J Cardiovasc Pharmacol.* 1986;8:S101–S106.

Ebert TJ, Crowley AW Jr, Skelton M. Vasopressin reduces cardiac function and augments cardiopulmonary vascular resistance increases in man. *J Clin Invest.* 1986;77:1136–1142.

Mohring J, Glanzer K, Maciel JA, et al. Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. *J Cardiovasc Pharmacol.* 1980;2:367–376.

23. Huch KM, Runyan KR, Wall BM, Gavras H, Cooke R. Hemodynamic response to vasopressin during V1-receptor antagonism in baroreflex-deficient subjects. *Am J Physiol.* 1995;268:R156–R163.

24. Wolfer RS, Lovell NH, Brunner MJ. Exogenous vasopressin does not enhance carotid baroreflex control in the dog. *Am J Physiol.* 1994;266:R1510–R1516.

25. Robinson JL. Effect of vasopressin and phenylephrine on arterial pressure and heart rate in conscious dogs. *Am J Physiol.* 1986;251:H253–H260.

26. Cowley AW Jr, Monos E, Guyton AC. Interaction of vasopressin and the barcoreflex system in the regulation of arterial blood pressure in the dog. *Circ Res.* 1974;34:505–514.

27. Garrad CS, Kontoyannis DA, Piepoli M. Spectral analysis of heart rate variability in the sepsis syndrome. *Clin Auton Res.* 1993;3:5–13.

28. Bartelstone HJ, Nasomyth PA. Vasopressin potentiation of catecholamines in dog, rat, cat, and rat aortic strip. *Am J Physiol.* 1965;208:754–762.

29. Benedict CR, Rose JA. Arterial norepinephrine changes in patients with septic shock. *Circ Shock.* 1992;38:L165–L172.

30. Roth BL, Spitzer JA. Altered hepatic vasopressin and α-1 adrenergic receptors after chronic endotoxin infusion. *Am J Physiol.* 2987;252:E699–E702.

31. Bendge MJ. Inositol triphosphate and diacylglycerol as second messengers. *J Biochem.* 1984;220:345–360.

## DISCUSSION

**Dr. Edward Cornwell** (Washington, DC): I would like to congratulate Dr. Malay and colleagues on their work and to thank her for the timely submission of her manuscript.

Down-regulation of adrenergic receptors has long been postulated to contribute to the progressive hemodynamic instability seen in septic shock. In this well-done and well-presented study, Dr. Malay and colleagues assess two parameters in a double-blinded placebo-controlled fashion.

The first was the early hemodynamic response to vasopressin infusion in patients with septic shock and vascular collapse. The second was the augmentation in arterial blood pressure that would allow weaning of other vasoactive drugs. By utilizing hemodynamic data obtained in earlier work as a basis for their statistical power analysis, the authors provide justification for what would otherwise seem to be an inadequate sample size.

I congratulate the authors for the logical progression of their scientific investigation and have several questions regarding their treatment philosophies.

Your eligibility criteria include hypotension requiring adrenergic therapy after "aggressive" fluid resuscitation, defined as a pulmonary capillary wedge pressure greater than 12 mm Hg. Given the well-described myocardial dysfunction associated with septic shock, is it a possibility that the patients' preloads were inadequate to sustain the cardiac index necessary to avoid vasopressor therapy? Simply put, is fluid resuscitation to a wedge in the low teens before initiating vasoconstrictor therapy truly aggressive?

The second question refers to Table 3 in your manuscript, the slide that was labeled "Baseline Hemodynamic Data,"

PAR-VASO-0007812

and for the benefit of the audience that does not have the manuscript, I will walk through this slowly.

Inspection of your baseline hemodynamic data and that attained 1 hour after therapy gives interesting insight. Your pretreatment mean cardiac index was significantly higher in the placebo group, 5.6 versus 4.3 L/min per m². Now, there was also a trend toward high pulmonary artery occlusion pressures, 20 versus 16, which did not achieve statistical significance, but this may possible be due to a sample size which, while adequate to assess the blood pressure, the magnitude of blood pressure changes that you had previously described may be insufficient to analyze the difference between preload in the two groups.

On inspection of these data and heart rates, which you also provide, again, in Table 4 in your manuscript, we can do the calculation and note that your stroke volume index, your mean stroke volume indices were 40 to 50% higher during the first hour of study in your placebo group. Given that, is it possible that with higher wedges, higher cardiac indices, higher stroke volume indices, that you have identified a group of septic shock patients who are amenable to preload recruitable increases in cardiac index and, therefore, in oxygen delivery?

If this is the case, then your methodology of not changing IV fluids until 1 hour after drug infusion may have the effect of depriving the placebo group of fluid challenges and of the more effective vasoconstrictor. Indeed, by 24 hours, the cardiac index of the three surviving placebo patients decreased to the levels seen in the vasopressor infusion group.

Ohm's law tells us that pressure is proportional to flow times resistance, and you have nicely shown that vasopressin is superior to placebo in augmenting resistance in this group of patients. It, therefore, follows that without concomitant augmentation of flow as measured by the cardiac index, the placebo group would expect to demonstrate a progressive drop in blood pressure.

So, my final set of questions refers to your practice. Since you may have identified a more effective vasoactive agent in septic shock, how has it affected your current practice in your ICU? Specifically, once you substitute one vasoactive agent for another, are there other end points of resuscitation that you follow?

Is your protocol for ultimately weaning patients from vasopressin substantially different from that of other adrenergic agents?

In summary, while blood pressure is a poor parameter by which to gauge adequacy of resuscitation, we have all cared for patients who are so hemodynamically unstable as to require vasoactive agents.

I congratulate the authors for their continued work in addressing the specific defect in patients with septic shock and look forward to their views on the overall role of this specific therapy. And I would like to thank the Association for the opportunity to discuss the manuscript.

**Dr. John H. Siegel** (Newark, New Jersey): Thank you very much for presenting an interesting and challenging paper.

There are some questions that I have. Patients with very severe septic shock often have defects in oxygen consumption related to the fact that they have a narrow AV difference that is disproportionate. They also tend to run metabolic insufficiency levels and have frequently had increased levels of lactate. This could be exacerbated by agents like norepinephrine or epinephrine, which increase glucose metabolism.

So, I would like to ask you whether the patients that you had showed evidence that their oxygen consumption levels actually increased, and that they did not have an increase in lactate or the lactate fell?

And, finally, in some studies, vasopressin has been associated with coronary vasoconstriction, and I wonder whether you have any evidence of that or whether you feel there is a class of patients that should be excluded from this type of therapy? Thank you.

**Dr. John Porter** (Oakland, California): Vasopressin is a potent vasoconstrictor of the splanchnic circulation, that is why it has its use in GI bleeding with varices. It would be interesting to note what the pHi would do in these patients, because you are probably constricting the splanchnic circulation. And some would suggest that, although the blood pressure was better and SVR was better, if you had splanchnic vasoconstriction, that the patient might do worse.

**Dr. Mary Beth Malay** (closing): I would like to thank Dr. Cornwell for his kind and insightful comments. In response to his question regarding our requirement that the pulmonary artery wedge pressure be at least 12 mm at study entry, we certainly agree that there is no absolute value of the pulmonary artery wedge pressure that universally determines adequacy of fluid resuscitation. However, given that several of the study patients were referred post-vasopressor initiation, we had to determine a minimum value of the pulmonary artery wedge pressure that suggested attempts at volume replacement had been made before initiation of vasopressor therapy.

Second, your insight into a potential selection bias in the placebo group is appreciated. Although all patients were randomized prior to study entry, it is a remote but real possibility that patients in the placebo group actually may have been in a more hyperdynamic phase of sepsis, as evidenced by their higher pretreatment cardiac indices and lower systemic vascular resistances. This is unlikely, because further analysis reveals that despite higher cardiac indices and higher pulmonary capillary wedge pressures, the base deficit was persistently greater in the placebo group versus the treatment group.

Furthermore, although we withheld intravenous fluids from the patients in the placebo group during the initial hour of study entry and, therefore, may have deprived this group of fluid (the more effective vasopressor), we would have expected a decline in mean arterial pressure if the patients in the placebo group were truly dependent on volume replacement to maintain an adequate cardiac index and mean arterial pressure.

Currently, after septic patients in our ICU are adequately volume-resuscitated (defined as the individualized pulmonary capillary wedge pressure yielding the optimal cardiac index),

PAR-VASO-0007813

dose vasopressin is initiated if hypotension persists. Similated, we only institute conventional catecholamines if ... and/or vasopressin fail to increase arterial pressure. ... our favorable results, this treatment scheme is now ... in several ICUs throughout our institution.

Given the low dose of vasopressin used, which by standard ... concentrations translates into an infusion rate of 6 mL/ ... the drug is not weaned but is simply discontinued once target blood pressure is attained. We have witnessed ... dramatically drop their blood pressure minutes after ... the infusion. If this occurs, the drug is simply re... and the same increase in arterial pressure is observed. ... all patients are able to have the infusion discon... and their blood pressure maintained.

Dr. Siegel, we did not measure serum lactate levels, but we monitor serum base deficits. The treatment group had ... lower baseline and 24-hour base deficits than did pa... in the placebo group. It is only speculative that contin... catecholamine vasopressors in the placebo group contrib... to greater base deficits.

We know that vasopressin inhibits nitric oxide-induced ... mulation of cyclic GMP; we also know that in the setting of persistent lactic acidosis, cyclic GMP levels are high and likely contribute to the peripheral vasodilation and subsequent hypotension of septic shock.

It is well documented that pharmacologic doses of vasopressin are associated with significant coronary and mesenteric ischemia. Since only one-tenth of the standard dose of vasopressin was needed to increase arterial pressure, we did not observe EKG evidence of arrhythmias and/or myocardial ischemia.

We share Dr. Porter's concern regarding splanchnic vasoconstriction and the development of mesenteric ischemia associated with the use of vasopressin. Before implementation of this current study, we examined the dose-dependent effects of vasopressin using a septic porcine animal model. We found that at subpharmacologic doses of vasopressin ranging from 0.04 to 0.12 U/min, mesenteric blood flow was not significantly decreased, despite a marked increase in arterial pressure. Additionally, we did not observe any clinical evidence of mesenteric ischemia in any of the patients in this human study.

I would like to thank the Association for the privilege of presenting our paper at this forum.

PAR-VASO-0007814

*Drug and Alcohol Dependence*, 24 (1989) 233—237
Elsevier Scientific Publishers Ireland Ltd.

# Fluid balance, vasopressin and withdrawal symptoms during detoxification from alcohol

A.J. Mander[a], A. Young[a], M.V. Merrick[b] and J.J. Morton[c]

[a]*University Department of Psychiatry, Royal Edinburgh Hospital, Morningside, Edinburgh EH10, 5HF*, [b]*Department of Nuclear Medicine, Western General Hospital, Crewe Road, Edinburgh, EH4 2XU and* [c]*MRC Blood Pressure Unit, Western Infirmary, Glasgow G11 6NT (U.K.)*

(Received April 28th, 1989)

Nineteen patients were studied during the first 4 days after withdrawal from alcohol. Plasma vasopressin was raised ($P < 0.05$) and fluid retention occurred ($P < 0.05$), with falls in haematocrit ($P < 0.01$) and calculated plasma osmolality ($P < 0.02$), which were consistent with expansion of plasma volume. Despite these changes mean total body water was within normal limits although there were substantial inter-individual variations. There was no correlation between any measure of fluid balance and the severity of withdrawal symptoms.

*Key words:* alcohol; withdrawal; vasopressin; fluid detection

## Introduction

Fluid balance changes during alcohol withdrawal have been the subject of controversy with reports of increasing plasma volume and weight gain [1], and of initial dehydration and weight loss [2]. More recently evidence of an antidiuretic state during early withdrawal has come from water loading tests [3] and the measurement of vasopressin (AVP), which has been found to be increased [4]. AVP levels have been shown to correlate with the severity of withdrawal symptoms [4], although the study can be criticised since these parameters were measured only once in each patient at some point during the first 7 days of abstinence. This lack of standardisation, coupled with the cursory assessment of withdrawal symptoms, weakens the value of the findings which might be potentially important in the treatment of withdrawal states and perhaps the prevention of long-term brain damage [5].

The current study reassesses fluid balance change during detoxification and its relationship to the severity of withdrawal symptoms.

## Method

This study had the approval of the local Ethics Committee and full informed consent was obtained from all patients.

Nineteen patients (14 M), mean age 47 years (range 34—66), who had a current permanent address and had been drinking on the day of admission consented to take part. They were clinically assessed as being moderately to severely dependent on alcohol. They regularly drank more than 112 g ethanol during drinking spells, had been abstinent for only 21 days (median) in the previous year, and had a history of heavy drinking of 2—26 years. None had the clinical features of Wernicke-Korsakoff syndrome, had a history of drug abuse, were clinically malnourished or had physical disorders other than raised liver enzymes. Patients were also excluded if they

0376-8716/89/$03.50 © 1989 Elsevier Scientific Publishers Ireland Ltd.
Printed and Published in Ireland

vomited during the study, since this can cause a 100-fold rise in AVP.

Blood samples were taken on the day of admission and for up to 3 further days. Between 1700 and 1730 h on test days, after lying supine for 30 min, samples were taken into crushed ice and separated by a 'cool spin' within 30 min. Serum electrolytes, liver function tests, blood glucose, routine haematology and blood alcohol were measured on admission, and AVP was measured daily. Electrolytes, glucose and MCV were repeated at the end of the experiment. Weight change, which is almost entirely due to changes in water content in the short term, was recorded daily on a scale accurate to 0.1 kg. During the final 24 h all urine was collected for the measurement of total body water (TBW).

Severity of withdrawal symptoms was self-rated by the patients using a 16-item visual analogue questionnaire (Withdrawal Rating Schedule — WRS) based on the scale devised by Gross [6].

AVP was measured using a radioimmunoassay technique which had a within assay coefficient of variation of 6.1% and between assay coefficient of variation of 10.8% [7]. In view of the observation that AVP binds to platelets [8], care was taken to avoid the 2 ml of plasma immediately above the red cells. AVP was extracted from the plasma using pre-packed $C_{18}$ reverse-phase cartridges (Sep-Pak, Waters Associates, Milford, MA, U.S.A.). The AVP antiserum was raised in New Zealand white rabbits [9].

It was not possible to measure daily changes of TBW for two reasons. Radioactivity builds up in the body which renders the test less sensitive and there are obvious practical problems when collecting 24-h urine samples from alcoholic patients in the early stages of withdrawal. TBW was measured by oral administration of tritiated water of known radioactivity (2 MBq) and the collection of all urine for 24 h. At the end of this period a blood sample was taken to measure the steady state radioactivity. $^{3}H$ was assayed by liquid scintillation counting using 15 ml Pico-

fluor 30 (Packard) in glass scintillation vials. This is a robust method for measuring TBW since only a small proportion of the radioactivity is excreted in the urine during the test. Failure to collect any of the urine sample and relying on the plasma radioactivity alone introduces an error of less than 2%. We calculated the initial TBW from the weight change during the study since 1 l of water weighs 1 kg. This value was compared to the expected value estimated from a nomogram constructed in our laboratory which is based on age, sex and height.

Plasma osmolality could not be measured because of the presence of alcohol at the start of the study which causes an erroneously high reading without affecting the effective in vivo osmotic pressure [10]. Plasma osmolality was therefore calculated using the following formula which was based on that of Gennari [11].

Osmolality = 2 (Na + glucose) + Blood Urea Nitrogen

Patients received chlordiazepoxide (20—150 mg) and intramuscular "Parentrovite" (mixture of vitamin B complex and vitamin C) daily.

Because we did not have full data on all patients for all days we could not use analysis of variance to measure trends over the entire study. The difference between the first and last measurement was therefore taken and a paired $t$-test (or Wilcoxons paired rank test where appropriate) was used for significance testing. Pearsons product moment correlation was used to compare the relationship between the parameters on each day and for the changes between each day. Independent sample $t$-tests were used to compare the initial value for AVP with the laboratory normal range [21]). All results are given $\pm$ S.D.

## Results

Fourteen patients were intoxicated on admission with a mean blood alcohol of 47.0 $\pm$ 15.1 mmol/l (range 13—64). Recent heavy drinking was also reflected in the raised GGT,

Table I. Biochemistry/haematology on admission.

| Variable | Normal range | Value (range) |
|---|---|---|
| GGT | Male: 10−55 units/l | Median = 72 (12−1315) |
| | Female: 5−35 units/l | |
| Bilirubin | 2−17 μmol/l | 11.2 ± 7.7 (4−37) |
| Alanine | 10−40 units/l | 57.8 ± 51.2 (<10−185) |
| Alkaline phosphatase | 40−100 units/l | 110.4 ± 46.7 (57−260) |
| MCV | 76−96 fl | 97.6 ± 7.9 (89−113) |

although haematocrit and liver function tests were only slightly raised (Table I).

During the study there were significant falls in MCV and calculated plasma osmolality suggesting an expansion of plasma volume (Tables II and III). Further evidence of an antidiuresis was provided by the increase in weight (Table III). It seems likely that these changes were driven by AVP which was significantly raised at the start of the study and declined slowly during it.

TBW measurements were variable; although five patients had values above the predicted range, five others were within it and three were below it. Hence the mean value of 41.8 ± 11.1 l was not significantly different from predicted value (39.5 ± 8.5 l). When weight change was used to calculate the TBW at the start of the experiment, one patient within the normal range dropped below it.

As expected, there were significant falls in the ratings of withdrawal symptoms. Correlations were performed between WRS, weight, AVP and benzodiazepine medication (Table IV). Although two of these were significant they were the result of 17 comparisons suggesting that at least one was a chance finding.

Changes in body weight between the start and end of the experiment correlated with changes in calculated plasma osmolality ($r$ = 0.51, df 15, $P < 0.05$) but not with the mean appetite score which was one of the items of the WRS. This provides further evidence that the weight gain was related to fluid changes. There was also no correlation between nausea (another item of the WRS) and AVP, suggesting that the increased levels of AVP were not due to this non-specific cause.

## Discussion

Fluid and electrolyte balance is altered by malnutrition and severe liver damage. Hence we restricted this study to those patients with a permanent address, who were not obviously malnourished and had no severe diarrhoea or vomiting. Although the raised GGT indicates recent heavy drinking and acute liver cell damage, the longer term indicators of liver function such as bilirubin, alanine, and alkaline phosphatase were either normal or only slightly raised. Because of this we believe that these results can be generalised to those patients who are moderately to severely dependent on alcohol. Different

Table II. Changes in biochemistry/haematology.

| Variable | Day 1 | Day 3 or 4 | Significance |
|---|---|---|---|
| MCV | 0.42 ± 0.05 | 0.40 ± 0.04 | $W \pm 4.5, n = 12, P < 0.01$ |
| Osmolality | | | |
| (mosm/kg) | 298 ± 9 | 292 ± 9 | $W = 33, n = 17, P < 0.05$ |

**Table III.** Daily changes in weight, symptoms and hormones. Mean ± S.D. ($n$).

| Variable | Normal | 1 | 2 | 3 | 4 | Significance** |
|---|---|---|---|---|---|---|
| AVP | 0.3 ± 0.7 pg/ml | 1.4 ± 1.6* <br> (19) | 1.1 ± 1.2 <br> (19) | 0.8 ± 0.9 <br> (16) | 0.6 ± 0.4 <br> (15) | $t = 2.16$ <br> df 18 <br> $P < 0.05$ |
| Weight | — | 66.6 ± 17.4 <br> (19) | 66.7 ± 17.3 <br> (19) | 66.9 ± 17.3 <br> (19) | 68.5 ± 17.3 <br> (14) | $t = 2.83$ <br> df 18 <br> $P < 0.02$ |
| WRS | — | — | 55 ± 22 <br> (19) | 37 ± 24 <br> (19) | 22 ± 17 <br> (13) | $t = 6.43$ <br> df 15 <br> $P < 0.00001$ |

*Compared to normal range $t = 2.49$, df 18, $P < 0.05$.
**Paired difference between baseline value and the measurement on day 3 or 4 (whichever was the lastest).

changes may take place in patients with delirium tremens or extreme dependence and malnutrition such as those homeless individuals found in 'skid row'.

Studying the early phase of withdrawal is difficult because there is no control over when patients had their last drink and how much they had. Their drinking pattern immediately prior to hospitalisation may well be atypical and influenced by the knowledge of impending admission. There was a mean of 6 h between the patients' last reported drink and the first set of blood samples obtained and it follows therefore that at this point blood alcohol may have been rising, falling or zero.

The finding of fluid retention and expansion of plasma volume is consistent with the findings of Sereny et al. [1]. They reported weight gain (in those patients without liver damage) and increased plasma volume in a small number of patients compared to controls. There was also a non-significant trend

**Table IV.** Significant correlations.

| Variables | $r$ | df | $t$ | $P$ |
|---|---|---|---|---|
| AVP/weight <br> (day 3 minus day 4) | 0.78 | 6 | 3.00 | < 0.05 |
| WRS/medication <br> (day 2 minus day 3) | 0.83 | 5 | 3.26 | < 0.05 |

towards a further increase in plasma volume during the withdrawal phase. Their work, and our present study, are consistent with recent data from water loading tests [3]. The findings are in disagreement with those of Beard and Knott [2] who reported no change in osmolality, plasma sodium or plasma volume and a non-significant fall in weight. However, they did not study acutely intoxicated patients since they included subjects if they had taken a drink at any time within 48 h of admission.

Total body water measurements were variable but within the normal range for the group as a whole, which is consistent with our previously reported pilot study [13]. This finding also contradicts the earlier study by Beard and Knott [2] who reported raised total body water and isosmotic overhydration in all but one of 30 alcoholic men. In the initial 48 h of withdrawal they reported that TBW was 565 ml/kg (the mean weight of their subjects was 74.5 kg). They stated that this value was higher than those for normal subjects in their laboratory but no data was given. It should be noted that in our laboratory their value would be within the normal range for a 70 kg man (573 ± 30 ml/kg). They also reported a highly significant drop in TBW over 4 days to 516 ml/kg. This would represent a fall of 3.51 for a 70 kg man and would result in a fall in weight of 3.5 kg; they reported a non-significant fall

in weight of only 0.4 kg, a discrepancy which is difficult to explain. The variability in TBW in the present study has practical implications for the management of alcohol withdrawal states. Neither fluid restriction [14] nor intravenous fluid replacement [15] should be recommended as a panacea for all patients.

Finally, although our finding of raised AVP is consistent with our own pilot study [13], the work of others [4] and evidence from control populations [16], we were unable to confirm the previously reported association between symptom severity and AVP [4]. We would suggest that this was because in the current work the sample collection was standardised with respect to the time since the last drink, and more sensitive measures of withdrawal symptoms were used.

## Acknowledgements

Financial assistance was provided by the McGhie Fund. We thank Drs. J. Chick and B. Ritson, and Professor I. Oswald for access to their patients. Tina Mander assisted with data collection.

## References

1  G. Sereny, A. Rapoport and H. Husdan, The effect of alcohol withdrawal on electrolyte and acid base balance. Metabolism, 15 (1966) 904.

2  J.D. Beard and D.M. Knott, Fluid and electrolyte balance durng acute withdrawal of chronic alcoholic patients. J. Am. Med. Assoc., 204 (1968) 139.

3  R.A. Emsley et al., Impaired water excretion and elevated plasma vasopressin in patients with alcohol withdrawal symptoms. Q. J. Med., 64 (1987) 678.

4  G. Eisenhofer et al., Vasopressin concentrations during alcohol withdrawal. Br. J. Addict., 80 (1985) 199.

5  D.G. Lambie, Alcoholic brain damage and neurological symptoms of alcohol withdrawal — manifestations of overhydration. Med. Hypoth., 16 (1985) 388.

6  M.M. Gross, E. Lewis and M. Nagarajan, An improved quantitative system for assessing the acute alcohol psychoses and related states. In M.M. Gross (ed), Alcohol Intoxication Withdrawal in Experimental Studies (Advances in Experimental Medicine and Histology), 1974, Vol. 35, pp. 364—376.

7  J.J. Morton and A.J.G. Reigger, A novel extraction method for plasma vasopressin and its application in a radioimmunoassay. J. Endocrinol., 77 (1978) 278.

8  J.J. Prebisz et al., Plasma and platelet vasopressin in essential hypertension and congestive heart failure. Hypertension, 5 (1983) J138.

9  W.R. Skowsky and D.A. Fisher, The use of thyroglobulin to induce antigenicity to small molecules. J. Lab. Clin. Res., 80 (1972) 144.

10  H.M. Redetzki et al., Osmometry in the evaluation of ethanol intoxication. Clin. Toxicol., 5 (1972) 363.

11  F.J. Gennari, Serum osmolality: uses and limitations. N. Engl. J. Med., 310 (1984) 105.

12  T.D.V. Swinscow, Statistics at Square One. BMA Press, London, 1983.

13  A.J. Mander et al., An NMR study of cerebral oedema and its biological correlates during withdrawal from alcohol. Alcohol Alcoholism, 23 (1988) 102.

14  N.A. Balsano and B.M. Reynolds, Fluid restriction in the management of acute alcoholic withdrawal. Surgery, 68 (1970) 286.

15  K.E. Roberts, Mechanisms of dehydration following alcohol ingestion. Arch. Int. Med., 112 (1963) 157.

16  J. Linkola et al., Aldosterone and cortisol during ethanol intoxication and hangover. Acta Physiol. Scand., 104 (1978) 187.

ORIGINAL ARTICLE

# The Epidemiology of Sepsis in the United States from 1979 through 2000

Greg S. Martin, M.D., David M. Mannino, M.D., Stephanie Eaton, M.D., and Marc Moss, M.D.

## ABSTRACT

From the Division of Pulmonary, Allergy, and Critical Care, Department of Medicine, Emory University School of Medicine (G.S.M., S.E., M.M.); and the National Center for Environmental Health, Centers for Disease Control and Prevention (D.M.M.) — both in Atlanta. Address reprint requests to Dr. Martin at the Division of Pulmonary, Allergy, and Critical Care, Department of Medicine, Emory University, Grady Memorial Hospital, 69 Jesse Hill Jr. Dr., SE, Rm. 2D-004, Atlanta, GA 30303, or at greg_martin@emory.org.

N Engl J Med 2003;348:1546-54.
Copyright © 2003 Massachusetts Medical Society.

**BACKGROUND**

Sepsis represents a substantial health care burden, and there is limited epidemiologic information about the demography of sepsis or about the temporal changes in its incidence and outcome. We investigated the epidemiology of sepsis in the United States, with specific examination of race and sex, causative organisms, the disposition of patients, and the incidence and outcome.

**METHODS**

We analyzed the occurrence of sepsis from 1979 through 2000 using a nationally representative sample of all nonfederal acute care hospitals in the United States. Data on new cases were obtained from hospital discharge records coded according to the *International Classification of Diseases, Ninth Revision, Clinical Modification*.

**RESULTS**

Review of discharge data on approximately 750 million hospitalizations in the United States over the 22-year period identified 10,319,418 cases of sepsis. Sepsis was more common among men than among women (mean annual relative risk, 1.28 [95 percent confidence interval, 1.24 to 1.32]) and among nonwhite persons than among white persons (mean annual relative risk, 1.90 [95 percent confidence interval, 1.81 to 2.00]). Between 1979 and 2000, there was an annualized increase in the incidence of sepsis of 8.7 percent, from about 164,000 cases (82.7 per 100,000 population) to nearly 660,000 cases (240.4 per 100,000 population). The rate of sepsis due to fungal organisms increased by 207 percent, with gram-positive bacteria becoming the predominant pathogens after 1987. The total in-hospital mortality rate fell from 27.8 percent during the period from 1979 through 1984 to 17.9 percent during the period from 1995 through 2000, yet the total number of deaths continued to increase. Mortality was highest among black men. Organ failure contributed cumulatively to mortality, with temporal improvements in survival among patients with fewer than three failing organs. The average length of the hospital stay decreased, and the rate of discharge to nonacute care medical facilities increased.

**CONCLUSIONS**

The incidence of sepsis and the number of sepsis-related deaths are increasing, although the overall mortality rate among patients with sepsis is declining. There are also disparities among races and between men and women in the incidence of sepsis. Gram-positive bacteria and fungal organisms are increasingly common causes of sepsis.

PAR-VASO-0007820

CARE OF PATIENTS WITH SEPSIS COSTS as much as $50,000 per patient,[1] resulting in an economic burden of nearly $17 billion annually in the United States alone.[2] Sepsis is often lethal, killing 20 to 50 percent of severely affected patients.[3] It is the second leading cause of death among patients in noncoronary intensive care units (ICUs)[4] and the 10th leading cause of death overall in the United States.[5] Furthermore, sepsis substantially reduces the quality of life of those who survive.[6,7]

Accurate national data on sepsis may be used to establish health care policy and to allocate health care resources. It is impractical to attempt to obtain national epidemiologic estimates prospectively, and data from a limited population or a short period may be inaccurate, making national administrative data sets an essential tool for such investigations.[8-10] Epidemiologic estimates are equally dependent on consistent defining criteria. By consensus, sepsis is defined as the combination of pathologic infection and physiological changes known collectively as the systemic inflammatory response syndrome.[11] Patients with acute organ dysfunction are considered to have severe sepsis. The usefulness of these definitions remains contentious,[12,13] although their application allows the identification of patients in whom a response to effective therapy is possible.[14]

These consensus criteria have been applied in five epidemiologic surveys of sepsis.[2,15-18] Brun-Buisson et al. and Alberti et al. focused on microbial patterns and the ICU-specific incidence of severe sepsis in Europe.[15,16] Rangel-Frausto et al. described the natural history of the systemic inflammatory response syndrome in a single-institution cohort during a nine-month period.[17] Sands et al., in a study involving a sample of inpatients from eight hospitals during a 16-month period, observed that sepsis accounted for 2.0 percent of all hospitalizations, with 59 percent of patients with sepsis requiring intensive care and accounting for 10.4 percent of admissions to the ICU.[18] Angus et al. quantified severe sepsis in 1995, using state-hospital discharge records with codes from the *International Classification of Diseases, Ninth Revision, Clinical Modification* (ICD-9-CM) that are indicative of infection and organ dysfunction.[2] On the basis of the use of ICD-9-CM codes, a 1990 report from the Centers for Disease Control suggested that the incidence of sepsis was increasing.[19]

We undertook a study of nationally collected data in order to provide a broad characterization of sepsis for use in epidemiologic estimates, as well as to identify specific groups with an altered propensity for sepsis.[15,20-23] We sought to evaluate temporal changes in the incidence and outcome of sepsis in the United States from 1979 through 2000, with specific examination of race and sex, causative organisms, and outcome, including the disposition of patients at discharge and the effect of organ failure.

## METHODS

### DATA SOURCE

The National Center for Health Statistics has conducted the National Hospital Discharge Survey (NHDS) continuously since 1965. Since 1979, the NHDS has conformed to the guidelines of the Uniform Hospital Discharge Data Set for consistency of reporting in records. The NHDS is composed of a sample of all nonfederal acute care hospitals in the United States, including approximately 500 hospitals, with equal representation of all geographic regions. The data base is constructed through the surveying of discharge records for inpatients from each participating hospital, representing approximately 1 percent of all hospitalizations, or 350,000 discharges annually in the United States. Discharge records are abstracted for demographic information (age, sex, ethnic background, geographic location, and marital status), seven diagnostic codes (from ICD-9-CM), four procedural codes (from *Current Procedural Terminology* [CPT]), dates of hospital admission and discharge, sources of payment, and disposition at discharge.

### DEFINITIONS

Cases were identified from discharge records in the NHDS that included a code for sepsis. Sepsis was defined by the presence of any of the following ICD-9-CM codes: 038 (septicemia), 020.0 (septicemic), 790.7 (bacteremia), 117.9 (disseminated fungal infection), 112.5 (disseminated candida infection), and 112.81 (disseminated fungal endocarditis). Organ failure was defined by a combination of ICD-9-CM and CPT codes, as outlined in the Appendix.

### VALIDATION

The ICD-9-CM coding system for identifying patients with sepsis was validated by nested case–control analysis. The patients with sepsis were patients admitted to a large university hospital during a six-month period with a 038 code in their discharge records. The controls were patients admitted im-

PAR-VASO-0007821

mediately before or after each identified patient with sepsis, who were included if there was no 038 code in their discharge records. Sepsis was deemed to be present when the consensus-conference definition of sepsis was met.[14]

### STATISTICAL ANALYSIS

Incidences were normalized to the population distribution in the 2000 U.S. Census, and all estimates are presented according to accepted guidelines for the accuracy of NHDS data. That is, only absolute, unweighted samples of more than 60 patients with relative standard error (RSE) measures of less than 30 percent were included in data analyses. The RSE was calculated as a first-order Taylor-series approximation with the use of SUDAAN software,[24] as outlined in the RSE tables of the 2000 NHDS documentation.[25] The standard error was calculated by multiplying the RSE by the estimated incidence or mortality rate, and 95 percent confidence intervals were calculated from these standard errors with the use of Excel software (Microsoft). Data for continuous variables were compared by analysis of variance, and data for categorical variables were compared by the chi-square test or Fisher's exact test, as appropriate for the size of the sample, with the use of SAS software (SAS Institute). Annual data are divided into four subperiods (1979 through 1984, 1985 through 1989, 1990 through 1994, and 1995 through 2000) for the assessment of temporal changes or comparison of samples of limited size. Since information on race was missing for some persons (the rate of missing data on race ranged from 1 to 20 percent for any given year), these persons were excluded from the calculations of race-specific rates but were included in all other calculations of rates. Reported P values are two-sided.

---

### RESULTS

### DEMOGRAPHICS

During the study period, there were a total of approximately 750 million hospitalizations in the United States. The demographic characteristics of and co-existing conditions in the population of patients with sepsis in each of the four subperiods are shown in Table 1. The average age of patients with sepsis increased consistently over time, from 57.4 years in the first subperiod to 60.8 years in the last subperiod (the mean change between these subperiods was an increase of 3.5 years [95 percent confidence interval, 2.1 to 4.9 years]). Sepsis developed later in

life in female patients than in male patients — the mean age among women was 62.1 years, as compared with 56.9 years among men (difference, 5.2 years [95 percent confidence interval, 4.1 to 6.0 years]). There was a similar pattern to the increases in incidence among men and among women, although the incidence among women increased more rapidly during the study period (an annualized increase of 8.7 percent vs. 8.0 percent). Although men accounted for 48.1 percent of cases of sepsis on average per year, adjustment for sex in the population of the United States reveals that in every year, men were more likely to have sepsis than women (mean annual relative risk, 1.28 [95 percent confidence interval, 1.24 to 1.32]) (Fig. 1).

Whites had the lowest rates of sepsis during the study period, with both blacks and other nonwhite groups having a similarly elevated risk as compared with whites (mean annual relative risk, 1.89 [95 percent confidence interval, 1.80 to 1.98] and 1.90 [95 percent confidence interval, 1.80 to 2.00], respectively) (Fig. 2). Black men had the highest rate of sepsis during the study period (330.9 cases per 100,000), the youngest age at onset (mean age, 47.4 years), and the highest mortality (23.3 percent).

### INCIDENCE

During the 22-year study period, there were 10,319,418 reported cases of sepsis (accounting for 1.3 percent of all hospitalizations). The number of patients with sepsis per year increased from 164,072 in 1979 to 659,935 in 2000 (an increase of 13.7 percent per year). After normalization to the population distribution in the 2000 U.S. Census, the incidence of sepsis increased over the 22-year period from 82.7 cases per 100,000 population to 240.4 cases per 100,000 population, for an annualized increase of 8.7 percent. The increasing incidence was most apparent during the first two subperiods, from 1979 through 1989.

### CAUSATIVE ORGANISMS

From 1979 through 1987, gram-negative bacteria were the predominant organisms causing sepsis, whereas gram-positive bacteria were reported most commonly in each subsequent year (Fig. 3). Among the organisms reported to have caused sepsis in 2000, gram-positive bacteria accounted for 52.1 percent of cases, with gram-negative bacteria accounting for 37.6 percent, polymicrobial infections for 4.7 percent, anaerobes for 1.0 percent, and fungi for 4.6 percent. Specific organisms causing sepsis

PAR-VASO-0007822

**Table 1. Characteristics of Patients with Sepsis, According to Subperiod.***

| Characteristic | 1979–1984 (N=1,332,468) | 1985–1989 (N=2,220,659) | 1990–1994 (N=2,697,472) | 1995–2000 (N=4,068,819) |
|---|---|---|---|---|
| **Demographic characteristics** | | | | |
| Age — yr | 57.4±28.9 | 59.3±22.9 | 60.8±16.2 | 60.8±13.7 |
| Male sex — % | 49.6 | 48.9 | 46.8 | 48.0 |
| Race — no./100,000 population (% of patients)† | | | | |
| White | 92.1 (81.2) | 166.4 (80.3) | 167.8 (78.5) | 186.3 (76.3) |
| Black | 163.0 (15.2) | 301.7 (16.0) | 322.8 (17.2) | 378.2 (17.7) |
| Other | 187.3 (3.6) | 298.0 (3.7) | 300.6 (4.3) | 370.5 (6.0) |
| Length of hospital stay — days | 17.0±8.5 | 15.6±6.0 | 15.3±4.0 | 11.8±2.6 |
| **Coexisting conditions — % of patients** | | | | |
| Chronic obstructive pulmonary disease | 5.7 | 7.3 | 9.3 | 12.1 |
| Congestive heart failure | 8.6 | 9.9 | 13.6 | 15.2 |
| Cancer | 17.1 | 17.9 | 18.0 | 14.5 |
| HIV infection‡ | — | 1.0 | 2.1 | 2.0 |
| Cirrhosis | 2.4 | 2.5 | 2.2 | 2.3 |
| Diabetes | 12.2 | 14.5 | 16.9 | 18.7 |
| Hypertension | 7.0 | 9.2 | 13.6 | 18.6 |
| Pregnancy | 0.6 | 0.5 | 0.4 | 0.3 |
| **No. of organs with failure — % of patients** | | | | |
| 0 | 83.2 | 78.1 | 74.0 | 66.4 |
| 1 | 13.6 | 17.9 | 20.1 | 24.6 |
| 2 | 2.7 | 3.5 | 4.8 | 7.1 |
| ≥3 | 0.5 | 0.5 | 1.1 | 1.9 |

* Plus–minus values are means ±SE. HIV denotes human immunodeficiency virus.
† Data are normalized for race in the 2000 U.S. Census.
‡ HIV-specific coding appeared in 1986.

were recorded in 51 percent of all discharge records over the 22-year period, with the rate increasing during the first subperiod and remaining static thereafter. The greatest relative changes were observed in the incidence of gram-positive infections, which increased by an average of 26.3 percent per year. The number of cases of sepsis caused by fungal organisms increased by 207 percent, from 5231 cases in 1979 to 16,042 cases in 2000.

### DISPOSITION OF PATIENTS

In 1979, 78.5 percent of surviving patients were discharged home; the rate decreased to 56.4 percent in 2000. Concurrently, the rate of discharge to other health care facilities (i.e., rehabilitation centers or other long-term care facilities) increased from 16.8 percent to 31.8 percent of all survivors of sepsis-related hospitalizations (P<0.001). Over time, significantly more patients had hospitalizations of fewer than 7 days, and significantly fewer patients stayed in the hospital more than 30 days (P<0.001 for both trends).

### ORGAN FAILURE AND MORTALITY

Mortality rates for the entire cohort declined over the 22-year period, averaging 27.8 percent during the first subperiod and 17.9 percent during the final subperiod (P<0.001) (Fig. 4). Despite the improved survival rates, the increasing incidence of sepsis resulted in nearly a tripling of the number of

PAR-VASO-0007823



**Figure 1. Population-Adjusted Incidence of Sepsis, According to Sex, 1979–2000.**
Points represent the annual incidence rate, and I bars the standard error.



**Figure 2. Population-Adjusted Incidence of Sepsis, According to Race, 1979–2000.**
Points represent the annual incidence rate, and I bars the standard error.

in-hospital deaths related to sepsis, from 43,579 deaths (21.9 per 100,000 population) in 1979 to 120,491 deaths (43.9 per 100,000 population) in 2000 (P<0.001). Mortality remained static for gram-positive causes of sepsis, whereas mortality related to gram-negative organisms decreased by an average of 2.9 percent per year. When stratified according to race, the mortality rate among blacks (mean, 22.8 percent for the entire study period [95 percent confidence interval, 20.5 to 25.1]) and that among whites (mean, 22.3 percent [95 percent confidence interval, 20.6 to 24.0]) were higher than that for oth-

er races (mean, 18.8 percent [95 percent confidence interval, 17.1 to 20.5 percent]). Mortality rates did not differ significantly according to sex (men, 22.0 percent; women, 21.8 percent).

The proportion of patients with sepsis who had any organ failure, a marker of the severity of illness, increased over time, from 19.1 percent in the first 11 years to 30.2 percent in later years. Organ failure occurred in 33.6 percent of patients during the most recent subperiod, resulting in the identification of 184,060 cases of severe sepsis in 1995 and 256,033 in 2000. Organ failure had a cumulative effect on mortality: approximately 15 percent of patients without organ failure died, whereas 70 percent of patients with three or more failing organs (classified as having severe sepsis and septic shock) died. The additive effect of organ failure on mortality was consistent over time, with improvements in survival being most evident among patients with fewer than three failing organs. The organs that failed most frequently in patients with sepsis were the lungs (in 18 percent of patients) and the kidneys (in 15 percent of patients); less frequent were cardiovascular failure (7 percent), hematologic failure (6 percent), metabolic failure (4 percent), and neurologic failure (2 percent).

### VALIDATION

A 038 code was present in the discharge records of 72 patients during the defined cohort period. Sepsis was confirmed in 64 of these patients, yielding a positive predictive value of 88.9 percent (95 percent confidence interval, 81.6 to 96.2). The negative predictive value was 80.0 percent (95 percent confidence interval, 67.8 to 93.2). When sepsis was defined as suspected infection combined with criteria for the systemic inflammatory response syndrome and acute organ dysfunction (the accepted clinical definition), the positive predictive value of the 038 code increased to 97.7 percent (95 percent confidence interval, 93.9 to 100.0), and the negative predictive value remained at 80.0 percent.

An established combination of ICD-9-CM codes that is indicative of infection and acute organ dysfunction was applied to the NHDS data set.[2] The application of this combination of codes to the NHDS data base resulted in an estimate that was within 10 percent of the 751,000 cases of severe sepsis in seven states that were reported by Angus et al.[2] for 1995. Thus, the use of NHDS data identifies patients with sepsis with a degree of accuracy similar to that of published standards.

PAR-VASO-0007824

## DISCUSSION

These data show that there are significant disparities among races and between men and women in the incidence of sepsis. There has been a substantial increase in the incidence of sepsis during the past 22 years, with an increasing number of deaths occurring despite a decline in overall in-hospital mortality.

Administrative data sets have become essential resources for epidemiologic investigations in which the prospective identification of patients is not feasible.[8,10] Using ICD-9-CM codes, Angus et al. created a composite profile of sepsis from the 1995 hospital discharge records for seven states.[2] They estimated that there were 751,000 cases of severe sepsis in that year, accounting for 2.1 to 4.3 percent of hospitalizations and 11 percent of all admissions to the ICU. These estimates may overstate the incidence of severe sepsis by as much as a factor of two to four,[26] given that the estimated number of deaths exceeds the combined numbers of deaths reported in association with nosocomial bloodstream infections[27] and septic shock.[28]

The population-adjusted incidence of sepsis in the United States has increased significantly over the past two decades. The relative frequency of specific causative organisms has shifted over time, as indicated by the published literature, with the emergence of fungal pathogens[29] and the recent preeminence of gram-positive organisms.[20,30] The occurrence of organ failure increased over time and was an additive contributor to mortality that remained consistent among patients of different races and sexes. The decline in mortality is notable, given the expected increases associated with increasing age and the increasing severity of illness, but it is supported by previous analysis of cumulative data from clinical trials.[31] Such changes are most likely attributable to nonspecific improvements in intensive care,[32,33] but diagnostic criteria and coding practices may influence changes as well. The increasing rate of discharge to nonacute care medical facilities, in combination with the increasing incidence of sepsis and the decrease in overall mortality among patients with sepsis, suggests that the growing need for such care is becoming an important public health issue.

Demographic differences in the incidence and outcome of sepsis were consistent throughout the 22-year study period. Despite a predominance of women in the population of the United States and



**Figure 3. Numbers of Cases of Sepsis in the United States, According to the Causative Organism, 1979–2000.**

Points represent the number of cases for the given year, and I bars the standard error.



**Figure 4. Overall In-Hospital Mortality Rate among Patients Hospitalized for Sepsis, 1979–2000.**

Mortality averaged 27.8 percent during the first six years of the study and 17.9 percent during the last six years. The I bars represent the standard error.

the fact that the greatest increase in incidence occurred among women, men are consistently more likely to have sepsis and are more frequently enrolled in clinical trials.[14,34,35] The apparent racial disparities are even more striking, approaching a doubling of the risk for sepsis among nonwhites. Most prominent is the risk among black men, the group in which sepsis occurs at the youngest age and results

PAR-VASO-0007825

in the most deaths. Racial disparities in medical care and mortality have been identified previously with the use of administrative data bases,[36] including disparities in mortality related to infection.[37] Potential mechanisms for heterogeneous susceptibility to sepsis include genetic differences, which have been explored according to sex[38] but not according to race,[39-41] and other social and clinical factors. The underlying reasons for and the pathophysiological features of such disparities in the incidence of sepsis require further investigation.

Previous reports have suggested that the incidence of sepsis is increasing,[19] and sepsis is now among the 10 leading causes of death in the United States.[5] The finding of a large increase during the first subperiod we studied may be accurate, although other explanations are also plausible. As sepsis has become more familiar, it may have been more commonly recognized or more readily coded into medical records, and systematic shifts in the coding used in hospital discharge records may have occurred in the 1980s as hospitals tried to improve their rates of reimbursement.[42,43] Possible reasons for a real increase in the incidence of sepsis include the increased use of invasive procedures and immunosuppressive drugs, chemotherapy, and transplantation; the emergence of the epidemic of human immuno-deficiency virus (HIV) infection; and increasing microbial resistance.[4] Although statistics related to incidence and mortality may be inexact, changes in coding would be unlikely to affect the results regarding race and sex.

Our data are limited by the quality of the NHDS data base. The advantages of a large sample size are partially offset by our inability to audit the data. There may be inherent inaccuracies, such as the attribution of death to sepsis on the basis of crude mortality data, rather than data on directly attributed mortality. NHDS data do not include important outcomes after hospitalization, and data on the disposition of patients at discharge may be influenced by the overall increase in the use of long-term care facilities. However, the demographic characteristics of this cohort of patients with sepsis are similar to those that have been identified in prospective clinical trials,[14,34,35] and organ failure has the expected direct and additive contribution to mortali-

ty. The coexisting conditions represented in our data are probably more representative of those in all patients with sepsis than are the conditions documented in participants in clinical trials, from which patients with certain medical conditions (e.g., cancer, HIV infection, or pregnancy) may be excluded.

The accuracy of ICD-9-CM coding for the identification of specific medical conditions remains controversial. Our validation step demonstrated that the 038 code carries a positive predictive value of 88.9 percent for the identification of true cases of sepsis.[44] Adjunctive clinical-trial data conferred a sensitivity of 87.7 percent to the 038 code.[45] If a conservative estimate of 2 percent is used for the prevalence of sepsis in hospitals in the United States,[2,18] the specificity and negative predictive value of the 038 code may be calculated as 98.8 percent and 98.6 percent, respectively. Therefore, our coding scheme for sepsis is accurate but may, if anything, underestimate the true incidence of clinical sepsis.

Accurate national estimates regarding the epidemiology of sepsis are important for the allocation of health care resources, for the evaluation of health care delivery, and for research budgets. Temporal data may enable us to detect important trends and to track the effectiveness of care. These data provide key information about an increasingly common medical condition and have two important implications. First, the reasons underlying disparities among races and between men and women in the incidence of sepsis must be addressed. Second, further investigation is required to confirm the changes in incidence and mortality in order to project future events. Angus et al.[2] projected an increase in the rate of sepsis of 1.5 percent per year on the basis of the growth and aging of the U.S. population. Although their point estimates may have resulted in an overestimate of the incidence of severe sepsis in 1995, this projection represents a substantial underestimate of credible future growth according to our data. If our findings are confirmed, it will be possible to conduct an annual examination of reliable data from an existing national data set collected prospectively in the United States.

Supported by grants (HL K23-67739 to Dr. Martin and AA R01-11660 to Dr. Moss) from the National Institutes of Health.

PAR-VASO-0007826

**Appendix. ICD-9-CM– or CPT-Based Classification of Acute Organ Dysfunction Associated with Sepsis.***

| Type of Organ Failure and Code | Description |
|---|---|
| **Respiratory** | |
| 518.81 | Acute respiratory failure |
| 518.82 | Acute respiratory distress syndrome |
| 518.85 | Acute respiratory distress syndrome after shock or trauma |
| 786.09 | Respiratory insufficiency |
| 799.1 | Respiratory arrest |
| 96.7 | Ventilator management |
| **Cardiovascular** | |
| 458.0 | Hypotension, postural |
| 785.5 | Shock |
| 785.51 | Shock, cardiogenic |
| 785.59 | Shock, circulatory or septic |
| 458.0 | Hypotension, postural |
| 458.8 | Hypotension, specified type, not elsewhere classified |
| 458.9 | Hypotension, arterial, constitutional |
| 796.3 | Hypotension, transient |
| **Renal** | |
| 584 | Acute renal failure |
| 580 | Acute glomerulonephritis |
| 585 | Renal shutdown, unspecified |
| 39.95 | Hemodialysis |
| **Hepatic** | |
| 570 | Acute hepatic failure or necrosis |
| 572.2 | Hepatic encephalopathy |
| 573.3 | Hepatitis, septic or unspecified |
| **Hematologic** | |
| 286.2 | Disseminated intravascular coagulation |
| 286.6 | Purpura fulminans |
| 286.9 | Coagulopathy |
| 287.3-5 | Thrombocytopenia, primary, secondary, or unspecified |
| **Metabolic** | |
| 276.2 | Acidosis, metabolic or lactic |
| **Neurologic** | |
| 293 | Transient organic psychosis |
| 348.1 | Anoxic brain injury |
| 348.3 | Encephalopathy, acute |
| 780.01 | Coma |
| 780.09 | Altered consciousness, unspecified |
| 89.14 | Electroencephalography |

* ICD-9-CM denotes *International Classification of Diseases, Ninth Revision, Clinical Modification*, and CPT *Current Procedural Terminology*.

PAR-VASO-0007827

REFERENCES

1. Chalfin DB, Holbein MB, Fein AM, Carlon GC. Cost-effectiveness of monoclonal antibodies to gram-negative endotoxin in the treatment of gram-negative sepsis in ICU patients. JAMA 1993;269:249-54.

2. Angus DC, Linde-Zwirble WT, Lidicker J, Clermont G, Carcillo J, Pinsky MR. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. Crit Care Med 2001;29: 1303-10.

3. Wheeler AP, Bernard GR. Treating patients with severe sepsis. N Engl J Med 1999;340:207-14.

4. Parrillo JE, Parker MM, Natanson C, et al. Septic shock in humans: advances in the understanding of pathogenesis, cardiovascular dysfunction, and therapy. Ann Intern Med 1990;113:227-42.

5. Hoyert DL, Arias E, Smith BL, Murphy SL, Kochanek KD. Deaths: final data for 1999. National vital statistics reports. Vol. 49. No. 8. Hyattsville, Md.: National Center for Health Statistics, 2001. (DHHS publication no. (PHS) 2001-1120 PRS 01-0573.)

6. Perl TM, Dvorak L, Hwang T, Wenzel RP. Long-term survival and function after suspected gram-negative sepsis. JAMA 1995; 274:338-45.

7. Heyland DK, Hopman W, Coo H, Tranmer J, McColl MA. Long-term health-related quality of life in survivors of sepsis: Short Form-36: a valid and reliable measure of health-related quality of life. Crit Care Med 2000;28:3599-605.

8. Adams WL, Yuan Z, Barboriak JJ, Rimm AA. Alcohol-related hospitalizations of elderly people: prevalence and geographic variation in the United States. JAMA 1993;270: 1222-5. [Erratum, JAMA 1993;270:2055.]

9. Rubenfeld GD, Angus DC, Pinsky MR, Curtis JR, Connors AF Jr, Bernard GR. Outcomes research in critical care: results of the American Thoracic Society Critical Care Assembly Workshop on Outcomes Research. Am J Respir Crit Care Med 1999;160:358-67.

10. El-Serag HB, Mason AC. Rising incidence of hepatocellular carcinoma in the United States. N Engl J Med 1999;340:745-50.

11. Bone RC, Balk RA, Cerra FB, et al. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. Chest 1992;101:1644-55.

12. Vincent JL. Dear SIRS, I'm sorry to say that I don't like you. . . . Crit Care Med 1997;25:372-4.

13. Abraham E, Matthay MA, Dinarello CA, et al. Consensus conference definitions for sepsis, septic shock, acute lung injury, and acute respiratory distress syndrome: time for a reevaluation. Crit Care Med 2000;28:232-5.

14. Bernard GR, Vincent J-L, Laterre P-F, et al. Efficacy and safety of recombinant human activated protein C for severe sepsis. N Engl J Med 2001;344:699-709.

15. Brun-Buisson C, Doyon F, Carlet J, et al. Incidence, risk factors, and outcome of severe sepsis and septic shock in adults:

a multicenter prospective study in intensive care units. JAMA 1995;274:968-74.

16. Alberti C, Brun-Buisson C, Burchardi H, et al. Epidemiology of sepsis and infection in ICU patients from an international multicentre cohort study. Intensive Care Med 2002; 28:108-21. [Erratum, Intensive Care Med 2002;28:525-6.]

17. Rangel-Frausto MS, Pittet D, Costigan M, Hwang T, Davis CS, Wenzel RP. The natural history of the systemic inflammatory response syndrome (SIRS): a prospective study. JAMA 1995;273:117-23.

18. Sands KE, Bates DW, Lanken PN, et al. Epidemiology of sepsis syndrome in 8 academic medical centers. JAMA 1997;278: 234-40.

19. Increase in National Hospital Discharge Survey rates for septicemia — United States, 1979–1987. MMWR Morb Mortal Wkly Rep 1990;39:31-4.

20. Kieft H, Hoepelman AI, Zhou W, Rozenberg-Arska M, Struyvenberg A, Verhoef J. The sepsis syndrome in a Dutch university hospital: clinical observations. Arch Intern Med 1993;153:2241-7.

21. Salvo I, de Cian W, Musicco M, et al. The Italian SEPSIS study: preliminary results on the incidence and evolution of SIRS, sepsis, severe sepsis and septic shock. Intensive Care Med 1995;21:Suppl 2:S244-S249.

22. Pittet D, Rangel-Frausto S, Li N, et al. Systemic inflammatory response syndrome, sepsis, severe sepsis and septic shock: incidence, morbidities and outcomes in surgical ICU patients. Intensive Care Med 1995;21:302-9.

23. Brun-Buisson C. The epidemiology of the systemic inflammatory response. Intensive Care Med 2000;26:Suppl 1:S64-S74.

24. Bieler GS, Williams RL. Analyzing survey data using SUDAAN release 7.5. Research Triangle Park, N.C.: Research Triangle Institute, 1997.

25. National Hospital Discharge Survey description. Hyattsville, Md.: National Center for Health Statistics, 2002. (Accessed March 25, 2003, at http://www.cdc.gov/nchs/about/major/hdasd/nhdsdes.htm.)

26. Wenzel RP, Edmond MB. Severe sepsis — national estimates. Crit Care Med 2001; 29:1472-4.

27. Idem. The impact of hospital-acquired bloodstream infections. Emerg Infect Dis 2001;7:174-7.

28. Idem. Managing antibiotic resistance. N Engl J Med 2000;343:1961-3.

29. Beck-Sague C, Jarvis WR. Secular trends in the epidemiology of nosocomial fungal infections in the United States, 1980-1990: National Nosocomial Infections Surveillance System. J Infect Dis 1993;167:1247-51.

30. Bone RC. Toward an epidemiology and natural history of SIRS (systemic inflammatory response syndrome). JAMA 1992;268: 3452-5.

31. Friedman G, Silva E, Vincent JL. Has the mortality of septic shock changed with time. Crit Care Med 1998;26:2078-86.

32. Milberg JA, Davis DR, Steinberg KP, Hud-

son LD. Improved survival of patients with acute respiratory distress syndrome (ARDS): 1983-1993. JAMA 1995;273:306-9.

33. Abel SJ, Finney SJ, Brett SJ, Keogh BF, Morgan CJ, Evans TW. Reduced mortality in association with the acute respiratory distress syndrome (ARDS). Thorax 1998;53:292-4.

34. Angus DC, Birmingham MC, Balk RA, et al. E5 murine monoclonal antiendotoxin antibody in gram-negative sepsis: a randomized controlled trial. JAMA 2000;283: 1723-30.

35. Warren BL, Eid A, Singer P, et al. High-dose antithrombin III in severe sepsis: a randomized controlled trial. JAMA 2001;286: 1869-78. [Erratum, JAMA 2002;287:192.]

36. Whittle J, Conigliaro J, Good CB, Lofgren RP. Racial differences in the use of invasive cardiovascular procedures in the Department of Veterans Affairs medical system. N Engl J Med 1993;329:621-7.

37. Wong MD, Shapiro MF, Boscardin WJ, Ettner SL. Contribution of major diseases to disparities in mortality. N Engl J Med 2002; 347:1585-92.

38. Hubacek JA, Stuber F, Frohlich D, et al. Gene variants of the bactericidal/permeability increasing protein and lipopolysaccharide binding protein in sepsis patients: gender-specific genetic predisposition to sepsis. Crit Care Med 2001;29:557-61.

39. Stuber F, Petersen M, Bokelmann F, Schade U. A genomic polymorphism within the tumor necrosis factor locus influences plasma tumor necrosis factor-alpha concentrations and outcome of patients with severe sepsis. Crit Care Med 1996;24:381-4.

40. Mira JP, Cariou A, Grall F, et al. Association of TNF2, a TNF-alpha promoter polymorphism, with septic shock susceptibility and mortality: a multicenter study. JAMA 1999;282:561-8.

41. Fang XM, Schroder S, Hoeft A, Stuber F. Comparison of two polymorphisms of the interleukin-1 gene family: interleukin-1 receptor antagonist polymorphism contributes to susceptibility to severe sepsis. Crit Care Med 1999;27:1330-4.

42. Hsia DC, Krushat WM, Fagan AB, Tebbutt JA, Kusserow RP. Accuracy of diagnostic coding for Medicare patients under the prospective-payment system. N Engl J Med 1988;318:352-5. [Erratum, N Engl J Med 1990;322:1540.]

43. Iezzoni LI. Assessing quality using administrative data. Ann Intern Med 1997; 127:666-74.

44. Eaton S, Burnham E, Martin GS, Moss M. The ICD-9 code for septicemia maintains a high positive predictive value for clinical sepsis. Am J Respir Crit Care Med 2002;165: A471. abstract.

45. Ollendorf DA, Fendrick AM, Massey K, Williams GR, Oster G. Is sepsis accurately coded on hospital bills? Value Health 2002; 5:79-81.

Copyright © 2003 Massachusetts Medical Society.

PAR-VASO-0007828

0090-3493/88/1602-0200$02.00/0
CRITICAL CARE MEDICINE
Copyright © 1988 by The Williams & Wilkins Co.

Vol. 16, No. 2
Printed in U.S.A.

case reports

# Torsade de pointes in a patient receiving intravenous vasopressin

VINCENT F. MAURO, PharmD; JAMES F. BINGLE, MD; STEPHEN M. GINN, MD; FARRUKH M. JAFRI, MD

A patient experienced hypertension, bradycardia, QT prolongation, and multiple episodes of torsade de pointes while receiving an iv vasopressin infusion. The dysrhythmias were attributed to vasopressin, but may have been potentiated by hypomagnesemia. Upon vasopressin discontinuation, ECG findings returned to normal before magnesium supplementation. Vasopressin may contribute to the development of torsade de pointes.
(Crit Care Med 1988; 16:200)

Intra-arterial and iv vasopressin is used to treat variceal bleeding (1). Vasopressin constricts mesenteric arteries, thereby reducing portal pressure and collateral blood flow through the varices (2). Complications resulting from vasopressin include hypertension, angina, myocardial infarction, and arrhythmias (3). The following report describes a patient experiencing multiple episodes of torsade de pointes (TdP) while receiving an iv vasopressin infusion.

## CASE REPORT

A 56-yr-old male was admitted to Medical College Hospitals with hematemesis. The patient's past medical history was significant for alcohol abuse, portal hypertension, stable angina pectoris, and GI bleeding. The patient was not taking medications prior to admission.

Vital signs on admission were BP 150/100 mm Hg, heart rate (HR) 98 beat/min, and respiratory rate 20 breath/min. Physical examination was significant only for a liver span of 10 cm at the midclavicular line. No other physical findings suggestive of liver disease were observed. Cardiac examination was unremarkable. On admission, the patient's serum sodium, chloride, calcium, potassium, phosphorous, and $CO_2$ were within normal limits. Serum magnesium was 1.4 mEq/L, WBC was 8100/mm³, platelets were 122,000/mm³, Hgb was 13.9 mg/dl, Hct was 37.7%, and prothrombin time was 13.9 sec (control 11). Liver enzymes were within normal limits. The total bilirubin was 3.2 mg/dl. The ECG showed sinus tachycardia with occasional premature ventricular depolarizations. The QT (QTc) interval was 0.33 sec (0.47). The chest x-ray was read as normal. No cardiomegaly was observed.

NG aspiration yielded grossly bloody contents. The patient was lavaged with saline and received lactated Ringer's solution and packed

From the Departments of Medicine and Pharmacy, Medical College of Medicine, and College of Pharmacy, University of Toledo, Toledo, OH.

Address requests for reprints to: Vincent F. Mauro, PharmD, University of Toledo, 2801 W. Bancroft Street, Toledo, OH 43606.

RBC. Endoscopy revealed an actively bleeding gastric varix. The patient received 4 U of vasopressin iv over 5 min, followed by a 0.5 U/min vasopressin infusion.

Four hours later, ECG indicated the patient was experiencing sinus bradycardia with a QT (QTc) interval of 0.54 sec (0.51). Within the next hour, BP increased to 204/180 mm Hg and HR slowed to 38 beat/min, followed by a short run of TdP which converted spontaneously (Figs. 1A and 1B). An ECG obtained immediately after this episode revealed normal sinus rhythm and a QT (QTc) interval of 0.50 sec (0.54). The vasopressin infusion rate was reduced to 0.2 U/min.

One hour later, the patient experienced a second short run of TdP (Fig. 1C). BP and HR were 180/90 mm Hg and 38 beat/min, respectively, before the episode. Potassium and magnesium concentrations measured at this time were 4.0 and 1.0 mEq/L, respectively. The vasopressin dosage was reduced to 0.1 U/min.

The patient suffered a sustained episode of TdP 12 h later, requiring electrocardioversion. The vasopressin was discontinued immediately, and the QT (QTc) interval was shortened to 0.44 sec (0.44) within 90 min. A temporary pacemaker was inserted later but not used. The patient experienced no further arrhythmias during his hospitalization. Cardiac enzymes measured during these dysrhythmias were within normal limits. The QT (QTc) interval returned to normal. The patient never complained of chest pain before any of the episodes.

## DISCUSSION

Vasopressin appeared to contribute to this patient's episodes of TdP. The QT interval on admission was 0.33 sec and increased to 0.54 sec while receiving vasopressin. After discontinuation of vasopressin, the QT interval shortened to 0.44 sec.

TdP is an uncommon ventricular dysrhythmia caused by delayed myocardial repolarization and is preceded typically by QT prolongation. During TdP, the QRS complexes appear to twist around the isoelectric line, creating a unique sinusoidal-shaped configuration. Diagnosis of TdP is critical, since conventional therapy of ventricular dysrhythmias may potentiate TdP. For a more detailed description of TdP, the reader is referred to an excellent review by Smith and Gallagher (4).

Frequent causes of TdP include drugs, hypokalemia, and hypomagnesemia (4). The above patient was on no medications before admission. Although laboratory results indicated the patient was hypomagnesemic, we do not feel the dysrhythmias can be attributed solely to hypomagnesemia, since the patient suffered no further dysrhythmias, and the QT interval shortened after dis-

PAR-VASO-0007829



FIG. 1. Serial ECG tracings of patient receiving iv vasopressin infusion who subsequently experienced TdP. *A*) Sinus bradycardia (<40 beat/min) occurring immediately before the first episode of TdP. The QTc interval was prolonged to 0.52 sec. *B*) First episode of TdP experienced by the patient after receiving vasopressin (0.5 U/min for 5 h). Note the undulating appearance of the QRS complexes that are typical of TdP. *C*) Second episode of TdP occurring one hour after the first episode in spite of a vasopressin dosage reduction (0.2 U/min). Both episodes of TdP spontaneously converted to normal sinus rhythm.

continuation of vasopressin and before magnesium supplementation. Possibly, the combination of vasopressin and hypomagnesemia led to this patient's arrhythmias. Alcoholics, who often receive vasopressin for variceal bleeding, may be at greater risk of developing TdP, since they are commonly hypomagnesemic and hypokalemic (5).

Coronary artery disease and myocardial infarction have been reported to be rare causes of TdP (4). The patient denied any chest pain before the dysrhythmias or any recent change in chest pain pattern or frequency before admission. Cardiac enzyme measurements were within normal limits. The patient had no history of sinus node dysfunction or AV block.

Two previous reports have associated TdP with vasopressin. Kelly and Stang (6) reported ventricular tachycardia, later identified as TdP (7), after an iv vasopressin bolus infusion. Eden et al. (8) described TdP occurring in a patient receiving a continuous vasopressin infusion. In the two previous reports, as in our patient, bradycardia and marked prolongation of the QT interval was evident before the onset of the arrhythmia.

The exact mechanism by which vasopressin induces TdP is not known. Vasopressin increases peripheral and coronary vascular resistance and decreases HR, myocardial contractility, and cardiac output (9). We hypothesize that vasopressin induces TdP through its peripheral vasoconstrictive properties, causing a reflex bradycardia and subsequent prolongation of the QT interval. TdP has been reported previously to occur in conjunction with severe bradycardia (4).

In summary, vasopressin administration may be a contributing factor to developing TdP. Whether this is due to vasopressin alone or in association with other predisposing factors for developing TdP is not known. Caution should probably be used when administering vasopressin iv in the treatment of variceal bleeding, especially in alcoholics, since they are commonly hypomagnesemic and hypokalemic. TdP associated with vasopressin use appears to be preceded by bradycardia and prolongation of the QT interval. Patients receiving iv vasopressin infusions should be monitored for these ECG findings, with consideration of drug dosage reduction or discontinuation upon their presence. Additionally, serum magnesium and potassium deficiencies should be corrected.

REFERENCES

1. Hussey KP: Vasopressin therapy for upper gastrointestinal tract hemorrhage: Has its efficacy been proven? *Arch Intern Med* 1985; 145:1263
2. Conn HO, Ramsby GR, Storer EH: Hepatic arterial escape from vasopressin-induced vasoconstriction: An angiographic investigation. *Am J Roentgen* 1973; 119:102
3. Bouillon R: Miscellaneous hormones. *In*: Meyler's Side Effects of Drugs. Tenth Edition. Dukes MNG (Ed). New York, Elsevier Science Publishing Co, 1984, p 809
4. Smith WM, Gallagher JJ: "Les torsades des pointes:" An unusual ventricular arrhythmia. *Ann Intern Med* 1980; 93:578
5. Knochel JP: Hypophosphatemia in the alcoholic. *Arch Intern Med* 1980; 140:613
6. Kelly KJ, Stang JM: Vasopressin provocation of ventricular dysrhythmia. *Ann Intern Med* 1980; 92:205
7. Klein GJ: Vasopressin, "torsades de pointes," and QT syndrome. *Ann Intern Med* 1980; 93:511
8. Eden E, Teirstein A, Weiner I: Ventricular arrhythmia induced by vasopressin: Torsade de pointes related to vasopressin-induced bradycardia. *Mt Sinai J Med* 1983; 50:49
9. Sirinek KR, Thomford NR, Pace WG: Adverse cardiodynamic effects of vasopressin not avoided by selective intra-arterial administration. *Surgery* 1977; 81:723

PAR-VASO-0007830

# Infection Rate and Acute Organ Dysfunction Risk as Explanations for Racial Differences in Severe Sepsis

Florian B. Mayr, MD, MPH

Sachin Yende, MD, MS

Walter T. Linde-Zwirble

Octavia M. Peck-Palmer, PhD

Amber E. Barnato, MD, MS, MPH

Lisa A. Weissfeld, PhD

Derek C. Angus, MD, MPH, FRCP

S EVERE SEPSIS IS A BROAD CLINI-cal syndrome defined as infec-tion complicated by acute or-gan dysfunction.[1] It affects more than 750 000 US residents each year, with a hospital mortality of 28%.[2] Epi-demiological studies consistently re-port a higher incidence of severe sep-sis among black than white patients.[3] However, it is not known whether these disparities occur because of differ-ences in susceptibility to infection or in the risk of developing acute organ dysfunction once infection has oc-curred. This distinction is important for developing interventions to reduce dis-parities. For example, if racial differ-ences in severe sepsis are largely due to differences in the incidence of infec-tion, efforts to reduce disparities should focus on community-based interven-tions, such as vaccination. On the other hand, if disparities are largely due to dif-ferences in the incidence of organ dys-function, improving the management of black patients hospitalized with se-vere infections will be necessary.

Therefore hospital discharge data from 7 states in the United States were analyzed to determine the extent to

**Context** Severe sepsis, defined as infection complicated by acute organ dysfunc-tion, occurs more frequently and leads to more deaths in black than in white individu-als. The optimal approach to minimize these disparities is unclear.

**Objective** To determine the extent to which higher severe sepsis in black than in white patients are due to higher infection rates or to a higher risk of acute organ dysfunction.

**Design, Setting, and Participants** Analysis of infection-related hospitalizations from the 2005 hospital discharge data of 7 US states and infection-related emergency department visits from the 2003-2007 National Hospital Ambulatory Care Survey.

**Main Outcome Measure** Age- and sex-standardized severe sepsis and infection hospitalization rates and the risk of acute organ dysfunction.

**Results** Of 8 661 227 non–childbirth-related discharges, 2 261 857 were associated with an infection, and of these, 381 787 (16.8%) had severe sepsis. Black patients had a 67% higher age- and sex-standardized severe sepsis rate than did white patients (9.4; 95% confidence interval [CI], 9.3-9.5 vs 5.6; 95% CI, 5.6-5.6 per 1000 popu-lation; $P<.001$). and 80% higher standardized mortality (1.8, 95% CI, 1.8-1.9 vs 1.0, 95% CI, 1.0-1.1 per 1000 population; $P<.001$). The higher severe sepsis rate was explained by both a higher infection rate in black patients (47.3; 95% CI, 47.1-47.4 vs 34.0; 95% CI, 33.9-34.0 per 1000 population; incidence rate ratio, 1.39; $P<.001$) and a higher risk of developing acute organ dysfunction (age- and sex-adjusted odds ratio [OR], 1.29; 95% CI, 1.27-1.30; $P<.001$). Differences in infection presented broadly across different sites and etiology of infection and for community- and hospital-acquired infections and occurred despite a lower likelihood of being admitted for in-fection from the emergency department (adjusted OR, 0.70; 95% CI, 0.64-0.76; $P<.001$). The higher risk of organ dysfunction persisted but was attenuated after ad-justing for age, sex, comorbid conditions, poverty, and hospital effect (OR, 1.14; 95% CI, 1.13-1.16; $P<.001$). Racial disparities in infection and severe sepsis incidence and mortality rates were largest among younger adults (eg, the proportion of invasive pneu-mococcal disease occurring in adults <65 years was 73.9% among black patients vs 44.5% among white patients, $P<.001$).

**Conclusion** Racial differences in severe sepsis are explained by both a higher infec-tion rate and a higher risk of acute organ dysfunction in black than in white individuals.

*JAMA. 2010;303(24):2495-2503*                                         www.jama.com

**Author Affiliations:** Clinical Research, Investigation, and Systems Modeling of Acute Illness (CRISMA) Laboratory (Drs Mayr, Yende, Peck-Palmer, Barnato, and Angus and Mr Linde-Zwirble), Departments of Critical Care Medicine (Drs Mayr, Yende, Peck-Palmer, and Angus) and Pathology (Dr Peck-Palmer), Center for Research on Health Care (Dr Barnato), and Department of Biostatistics Graduate School of Public Health (Dr Weissfeld), University of Pittsburgh, Pittsburgh; and ZD Associates (Mr Linde-Zwirble), Perkasie, Pennsylvania.
**Corresponding Author:** Sachin Yende, MD, MS, CRISMA Laboratory, Department of Critical Care Medi-cine, University of Pittsburgh, 642A Scaife Hall, 3550 Terrace St, Pittsburgh, PA 15261 (yendes@upmc .edu).

©2010 American Medical Association. All rights reserved.

PAR-VASO-0007831

which previously reported differences in severe sepsis incidence were due to a higher infection rate or a higher risk of acute organ dysfunction. Because differences could be due to different admission thresholds, we also analyzed national emergency department data. Whether infection and severe sepsis rates between the 2 races differed by age and comorbid conditions was determined to identify subgroups most amenable to interventions. In particular, the implications of age-related racial differences on vaccination were explored, focusing on invasive pneumococcal disease, because pneumococcal pneumonia is the most common cause of severe sepsis, and pneumococcal vaccination is the largest adult vaccination program for bacterial sepsis.[4,5]

## METHODS

### Design and Data Sources

We conducted retrospective, population-based analyses of hospitalized patients from the 2005 state hospital discharge databases of 7 US states to compare racial differences in infection and severe sepsis–related hospitalizations. We determined population-level estimates of infection and severe sepsis hospitalizations using 2005 population estimates that were based on the 2000 US census. We analyzed data from each state (Arizona, Florida, Massachusetts, Maryland, New Jersey, New York, and Texas) because they are large and diverse, represent a significant proportion (25%) of the US population, and maintain high-quality hospital discharge data, including information on self-reported race (<2% of patients elected not to report their race). We limited all analyses to non-Hispanic white and black patients because our prior work showed similar incidence rates of severe sepsis in Hispanic and non-Hispanic whites.[3]

To account for confounding due to different admission thresholds, we compared hospital admission rates for patients who presented to the emergency departments (EDs) with infection in the National Hospital Ambula-

tory Medical Care Survey (NHAMCS) from 2003 to 2007. Details of the NHAMCS survey methodology are described elsewhere.[6] Briefly, the NHAMCS uses a 4-stage probability sample design to collect a nationally representative sample of ED visits to noninstitutional general and short-stay hospitals and excludes federal, military, and Veterans Affairs hospitals. Patient race is reported by hospital staff or obtained from medical records and is missing in approximately 12% of visits.

### Case Definitions

In hospital discharge data, we identified hospitalizations for or complicated by bacterial and fungal infections based on International Classification of Diseases, Ninth Revision, Clinical Modification (ICD-9-CM) codes (eAppendix 1 and eTable 1 are available at http://www.jama.com). We used previously validated criteria to define severe sepsis as documented infection plus acute organ dysfunction.[2] Consistent with severe sepsis entry criteria in prospective clinical studies,[7] mechanical ventilation had to be listed for a patient to be assigned respiratory organ dysfunction. We also compared risk of acute organ dysfunction in the subset of patients with septicemia, as described previously.[8]

We used ICD-9-CM codes in primary and secondary diagnosis fields and Charlson criteria to identify presence of comorbid conditions.[9] We excluded patients with human immunodeficiency virus (HIV) because compared with the general population, patients with HIV have higher infection rates and are more likely to develop severe sepsis. Furthermore, previous studies have shown that the prevalence of HIV varies by race.[10,11] We used the same ICD-9-CM codes used for analyses of the hospital discharge data (eTable 1) to identify ED visits for bacterial or fungal infections in the NHAMCS data set.

### Data Analyses

Using hospital discharge data, we determined racial differences in age,

sex, and comorbidities for patients hospitalized with severe sepsis and infection using $\chi^2$ and $t$ tests, as appropriate. We categorized frequency counts of hospitalizations and deaths due to severe sepsis, infections, and invasive pneumococcal disease in 5-year age increments.[12] Unless otherwise stated, all rates reported are age and sex standardized.

We compared age- and sex-standardized population-based incidence rates of severe sepsis hospitalizations between the 2 races. We then estimated whether differences in severe sepsis incidence were explained by differences in incidence of infection-related hospitalizations and the risk of developing acute organ dysfunction, conditional on occurrence of an infection.

To compare differences in infection-related hospitalizations, we performed our primary analyses on all patients who were hospitalized for infection or whose hospitalization was complicated by an infection. Recognizing potential limitations of administrative data, we also conducted several sensitivity analyses to assess the robustness of our findings. First, because it is difficult with hospital discharge data to determine whether infection was present at admission or not, we used New York state data (which includes present-at-admission indicators for all diagnosis fields) to compare rates of infection at admission by race. Second, in the entire data set, we repeated our analyses for different sites and types of infection. Third, because less severe infections may be missed due to differences in access to care and different thresholds for hospital admission, we determined racial differences in postoperative infection rates which are less likely to be influenced by these factors. We assessed the risk of developing postoperative infections after common surgical procedures,[13] including appendectomy, coronary artery bypass graft (CABG) surgery, carotid endarterectomy, colon resection, extremity bypass surgery, lower extremity joint replacement, hysterectomy, and lung resection using random-effects logistic

 ©2010 American Medical Association. All rights reserved.

PAR-VASO-0007832

regression. A list of the *ICD-9-CM* codes for these procedures and postoperative infection is provided online (eTable 2 available at http://www.jama.com).

We adjusted for age, sex, Charlson score, poverty, and hospital effect to compare the risk of hospital-acquired infection. We additionally accounted for confounding due to different hospital admission thresholds by comparing admission rates for infection-related ED visits between the 2 races using NHAMCS data. Finally, to ensure that higher rates of infection or severe sepsis in black patients were not simply because black patients were more likely to receive care at hospitals that reported higher infection rates, we compared the distribution of each race across all hospitals stratified by their reported infection rate.

We estimated age- and sex-adjusted population-based risks of severe sepsis. We then constructed serial random-effects logistic regression models on all infected patients to assess the risk of severe sepsis conditional on infection, adjusting for age, sex, poverty (proportion of white individuals below poverty as a measure of zip code–level economic privation),[3] and comorbidity. We built models measuring comorbidity by the Charlson score and then by presence or absence of diabetes and chronic kidney disease, because these chronic diseases were more common among black patients. Each of these models was adjusted for clustering of patients by race at hospitals (hospital effect) and varying proportions of black patients by center using the decomposition method.[14,15] These models yield 2 odds ratios (ORs), the *within-hospital* OR, which measures the association between race and severe sepsis risk conditional on being admitted to the same center, and the *across-hospitals* OR, which reflects the risk of severe sepsis across hospitals with varying proportions of black patients. Unless otherwise stated, we report the within-hospital ORs.

We explored the implications of age-related racial differences in infection-related hospitalizations on current

guidelines for pneumococcal vaccination by estimating the proportion of patients hospitalized with invasive pneumococcal disease who would not be targeted by current vaccination guidelines. Vaccination is currently recommended to high-risk adults. High-risk adults include all persons aged 65 years or older, and younger persons who smoke or have chronic diseases. We did not include smoking status as a risk factor because reliable data about smoking history was not available.[16]

Database management and calculation of descriptive statistics were performed using Visual FoxPro and Excel (Microsoft Corporation, Redmond, Washington) and regression analyses were performed using Stata version 10.1 (Stata Corp, College Station, Texas). Racial distribution curves across hospitals ranked by overall infection rate were compared by Kolmogorov-Smirnov test. There was a greater than 90% power to detect a 0.5% difference in severe sepsis risk between the 2 races assuming 2-sided tests and an α of .05. The study was reviewed and exempted by the University of Pittsburgh institutional review board.

## RESULTS

Of 8 661 227 non–childbirth-related hospitalizations, 2 261 857 (26.1%) infection-related hospitalizations were identified. Of these, 381 787 (16.8%) hospitalizations were also associated with acute organ dysfunction, and thus classified as severe sepsis (FIGURE 1). Among those hospitalized with infection and severe sepsis, respiratory infections were most common and occurred in a third of all cases (TABLE 1). Other common infections were genitourinary, abdominal, wound, and soft tissue infections, and bacteremia of unknown source. The distribution of type of infection was similar between the 2 races.

### Prehospitalization Characteristics

Table 1 compares characteristics of patients hospitalized with infections and severe sepsis. Among patients hospitalized with infections, black



**Figure 1.** Overview of Analysis Cohort

63 013 234 Total population in 7 states
11 449 939 Black race
51 563 295 White race

11 430 630 Total non–birth-related hospitalizations
1 695 666 Black race
6 965 561 White race
2 769 403 Other race

9 168 773 Excluded
2 556 792 Were neither black or white race
6 326 297 Were not hospitalized for an infection
212 611 Had missing race data
38 151 Had missing age data
34 922 Were diagnosed with HIV

2 261 857 Hospitalized with infection
400 769 Black race
1 861 088 White race

381 787 Hospitalized with severe sepsis
67 812 Black race
313 975 White race

HIV indicates human immunodeficiency virus.

patients were younger than white patients (51.6 vs 63.1 years, *P*<.001). Small differences were observed in the overall burden of comorbid conditions (41.4% of black patients and 42.2% of white patients had at least 1 comorbid condition, *P*<.001). However, larger differences in the burden of certain comorbid conditions were noted. For example, 23.6% of black patients had diabetes and 3.5% had chronic kidney disease, whereas 17.8% of white patients had diabetes and 2.6% had chronic kidney disease (*P*<.001 for both comparisons). Pulmonary disease was more prevalent in white (10.5%) than in black patients (5.2%; *P*<.001). The higher prevalence of chronic kidney disease and diabetes persisted when analyses were stratified by occurrence of severe sepsis and was seen in patients older and younger than 65 years (TABLE 2).

Similarly, among those with severe sepsis, black patients were a mean 62.0 years vs white patients who were a mean 70.3 years (*P*<.001). Again, the overall burden of comorbid conditions was similar in both groups. However, the

©2010 American Medical Association. All rights reserved.

**PAR-VASO-0007833**

prevalence of certain comorbidities varied by race, similar to the pattern observed in patients with infections (Table 1 and Table 2).

**Severe Sepsis and Infection Hospitalization Rates**

Black patients had a 67% higher severe sepsis hospitalization rate than did white patients (9.4; 95% confidence interval [CI], 9.3-9.5 vs 5.6; 95% CI, 5.6-5.6 per 1000 population; incidence rate ratio, 1.67, $P<.001$; incidence rate ratios

**Table 1.** Characteristics of Patients Hospitalized With Severe Sepsis and Infection

| | Infection | | | Severe Sepsis | | |
|---|---|---|---|---|---|---|
| Characteristic | Black Patients (n = 400 769) | White Patients (n = 1 861 088) | P Value | Black Patients (n = 67 812) | White Patients (n = 313 975) | P Value |
| Age, mean, (median), y | 51.6 (54.0) | 63.1 (69.0) | <.001 | 62.0 (65.0) | 70.3 (74.0) | <.001 |
| Male sex, No. (%) | 161 597 (40.3) | 785 800 (42.2) | <.001 | 30 681 (45.2) | 152 401 (48.5) | <.001 |
| Underlying comorbidity, No. (%) | | | | | | |
| Pulmonary disease | 20 877 (5.2) | 194 903 (10.5) | <.001 | 5675 (8.4) | 44 841 (14.3) | <.001 |
| Neoplasm | 28 374 (7.1) | 167 714 (9.0) | <.001 | 7291 (10.8) | 38 042 (12.1) | <.001 |
| Chronic liver disease | 5195 (1.3) | 30 246 (1.6) | <.001 | 2242 (3.3) | 12 666 (4.0) | <.001 |
| Chronic kidney disease | 13 855 (3.5) | 48 712 (2.6) | <.001 | 4546 (6.7) | 17 979 (5.7) | <.001 |
| Diabetes mellitus | 94 600 (23.6) | 330 846 (17.8) | <.001 | 15 132 (22.3) | 48 734 (15.5) | <.001 |
| Peripheral vascular disease | 12 617 (3.2) | 60 432 (3.3) | .001 | 1931 (2.9) | 8241 (2.6) | .001 |
| Autoimmune disease | 6811 (2.2) | 38 452 (2.1) | <.001 | 1674 (2.5) | 4938 (1.6) | <.001 |
| Any comorbidity | 165 902 (41.4) | 785 445 (42.2) | <.001 | 33 950 (50.1) | 153 510 (48.9) | <.001 |
| Site of infection, No. (%) | | | | | | |
| Respiratory | 123 021 (30.7) | 641 123 (34.5) | | 23 807 (35.1) | 125 686 (40.0) | |
| Bacteremia, site unspecified | 39 189 (9.8) | 133 682 (7.2) | | 16 287 (24.0) | 59 730 (19.0) | |
| Genitourinary | 79 334 (19.8) | 321 181 (17.3) | | 10 593 (15.6) | 46 670 (14.9) | |
| Abdominal | 48 474 (12.1) | 273 168 (14.7) | <.001 | 5130 (7.6) | 25 488 (8.1) | <.001 |
| Device-related | 6100 (1.5) | 25 045 (1.4) | | 893 (1.3) | 3365 (1.1) | |
| Wound and soft tissue | 55 149 (13.8) | 270 876 (14.5) | | 4823 (7.1) | 26 775 (8.5) | |
| Central nervous system | 2591 (0.7) | 8106 (0.4) | | 557 (0.8) | 1500 (0.5) | |
| Endocarditis | 1681 (0.4) | 6202 (0.3) | | 587 (0.9) | 2021 (0.6) | |
| Other | 45 230 (11.3) | 181 705 (9.8) | | 5135 (7.6) | 22 740 (7.2) | |
| Type of infection | | | | | | |
| Fungal | 22 223 (5.6) | 91 607 (4.9) | <.001 | 4022 (5.9) | 18 116 (5.8) | .10 |
| Bacterial | | | | | | |
| Gram positive | 44 571 (11.1) | 191 396 (10.3) | <.001 | 9441 (13.9) | 39 713 (12.7) | <.001 |
| Invasive pneumococcal | 1967 (0.5) | 9412 (0.5) | .23 | 698 (1.0) | 3121 (1.0) | .40 |
| MRSA | 11 716 (2.9) | 53 439 (2.9) | .07 | 1057 (1.6) | 5095 (1.6) | .23 |
| Gram negative | 49 768 (12.4) | 249 526 (13.4) | <.001 | 11 789 (17.4) | 57 470 (18.3) | <.001 |
| Etiology not known | 363 937 (90.8) | 1 715 460 (92.2) | <.001 | 60 306 (88.9) | 281 933 (89.8) | <.001 |

Abbreviation: MRSA, methicillin-resistant *Staphylococcus aureus*

**Table 2.** Prevalence of Comorbidities in Patients Hospitalized With Infections and Severe Sepsis

| | No. (%) of Patients With Infection and Severe Sepsis | | | | | |
|---|---|---|---|---|---|---|
| | Black Patients | | | White Patients | | |
| Characteristic | All | <65 y | ≥65 y | All | <65 y | ≥65 y |
| Infections | 400 769 | 266 734 | 134 035 | 1 861 088 | 815 096 | 1 045 992 |
| No comorbidities | 234 867 (58.6) | 180 030 (67.5) | 54 837 (40.9) | 1 075 643 (57.8) | 564 221 (69.2) | 511 422 (48.9) |
| Comorbidities | 165 902 (41.4) | 86 704 (32.5) | 79 198 (59.1) | 785 445 (42.2) | 250 875 (30.8) | 534 570 (51.1) |
| Chronic kidney disease | 13 855 (3.5) | 7427 (2.8) | 6428 (4.8) | 48 712 (2.6) | 11 949 (1.5) | 36 763 (3.5) |
| Diabetes mellitus | 94 600 (23.6) | 51 543 (19.3) | 43 057 (32.1) | 330 846 (17.8) | 120 954 (14.8) | 209 892 (20.1) |
| Severe sepsis | 67 812 | 33 480 | 34 332 | 313 975 | 95 223 | 218 752 |
| No comorbidities | 33 862 (49.9) | 17 863 (53.4) | 15 999 (46.6) | 160 465 (51.1) | 50 005 (52.5) | 110 460 (50.5) |
| Comorbidities | 33 950 (50.1) | 15 617 (46.6) | 18 333 (53.4) | 153 510 (48.9) | 45 218 (47.5) | 108 292 (49.5) |
| Chronic kidney disease | 4546 (6.7) | 2191 (6.5) | 2355 (6.9) | 17 979 (5.7) | 4064 (4.3) | 13 915 (6.4) |
| Diabetes mellitus | 15 132 (22.3) | 6942 (20.7) | 8190 (23.9) | 48 734 (15.5) | 15 312 (16.1) | 33 422 (15.3) |

 ©2010 American Medical Association. All rights reserved.

PAR-VASO-0007834

**Figure 2.** Population-Based Severe Sepsis and Infection Hospitalization Rates for Black Patients and White Patients in 7 US States, 2005



Differences were apparent across all age groups, but most pronounced in young adults between age 20 and 64 years, as reflected by the highest incidence rate ratios. The 67% higher severe sepsis rate in black patients was predominantly explained by a higher rate of infection hospitalizations. The y-axes, shown in blue, indicate the range of incidence from 0 to 80 per 1000 population. Class intervals include data for ages equal to the lower limit of each interval and up to but less than the upper limit.

across different age groups: 1.40-2.05, FIGURE 2). The difference in severe sepsis hospitalization rate was partly explained by a higher infection hospitalization rate (47.3; 95% CI, 47.1-47.4 vs 34.0; 95% CI, 33.9-34.0 per 1000 population; incidence rate ratio, 1.39; $P < .001$, incidence rate ratios across different age groups were 1.09 to 1.65, Figure 2). Black patients also had a higher hospitalization rate for septicemia (8.0; 95% CI, 7.9-8.1 vs 3.9; 95% CI, 3.9-4.0; $P < .001$).

Black patients consistently had higher infection-related hospitalization rates than did white patients both when using New York state data to analyze infections present at admission (38.4; 95% CI, 38.1-38.6 vs 28.2; 95% CI, 28.1-28.3 per 1000; incidence rate ratio, 1.36; $P < .001$) and when stratifying all infections in the entire data set by site (respiratory, septicemia, genitourinary, abdominal and wound and soft tissue) and type of infection (TABLE 3). An etiologic classification was available in approximately 25% of cases. Among all patients with infections, black patients had higher rates of Gram-positive and Gram-negative infections (Table 3).

Postoperative infections were most frequent after colon resection (4.9%),

extremity bypass (2.3%), CABG (1.5%) and appendectomy (1.3%), while infection incidence rates after carotid endarterectomy, lower-extremity joint replacement, hysterectomy, and lung resection surgery were less than 1%. Compared with white patients (unadjusted OR,: 1.35; 95% CI, 1.26-1.45; $P < .001$), black patients were more likely to develop postoperative infections after these surgeries (adjusted OR, 1.27; 95% CI, 1.15-1.42; $P < .001$).

Higher hospital infection rates among black patients were not because they were more likely to be admitted with an infection. Indeed, the admission threshold for patients presenting to an ED with infection was higher for black than white patients (TABLE 4; age- and sex-adjusted OR of hospitalization among all patients who presented to the ED with an infection from 2003-2007 was 0.70, 95% CI, 0.64-0.76; $P < .001$). Similarly, higher infection rates were

**Table 3.** Age- and Sex-Standardized Rates per 1000 Population for Different Infection Criteria, Sites, and Types of Infection-Related Hospitalizations

| Type of Infection | Rate (95% Confidence Interval) | | P Value |
|---|---|---|---|
| | Black Patients | White Patients | |
| **Infection criterion** | | | |
| Infections present at admission | 38.4 (38.1-38.6) | 28.2 (28.1-28.3) | <.001 |
| Septicemia | 8.0 (7.9-8.1) | 3.9 (3.9-4.0) | <.001 |
| **Site of infection** | | | |
| Respiratory | 15.0 (14.9-15.1) | 11.6 (11.5-11.6) | <.001 |
| Genitourinary | 9.2 (9.2-9.3) | 5.9 (5.9-5.9) | <.001 |
| Abdominal | 5.2 (5.2-5.3) | 5.1 (5.1-5.1) | <.001 |
| Wound and soft tissue | 6.1 (6.0-6.1) | 5.0 (5.0-5.0) | <.001 |
| **Bacterial** | | | |
| Gram positive | 5.1 (5.1-5.2) | 3.5 (3.5-3.5) | <.001 |
| Invasive pneumococcal | 0.22 (0.21-0.23) | 0.17 (0.17-0.18) | <.001 |
| MRSA | 1.2 (1.2-1.3) | 1.0 (1.0-1.0) | <.001 |
| Gram negative | 6.3 (6.3-6.4) | 4.5 (4.5-4.5) | <.001 |
| Fungal | 2.5 (2.5-2.6) | 1.7 (1.7-1.7) | <.001 |

Abbreviation: MRSA, methicillin-resistant *Staphylococcus aureus*.

©2010 American Medical Association. All rights reserved.

PAR-VASO-0007835

**Table 4.** Emergency Department Visits, Infection-Related Visits, and Proportion of Infection-Related Hospital Admissions From Hospitals Participating in the National Hospital Ambulatory Care Survey, 2003-2007

| | Black Patients | | | White Patients | | |
|---|---|---|---|---|---|---|
| | | No. (%) | | | No. (%) | |
| Year | No. of ED Visits | Infection Diagnosis[a] | Hospitalized for Infection[b] | No. of ED Visits | Infection Diagnosis[a] | Hospitalized for Infection[b] |
| 2007 | 7561 | 1301 (17.2) | 129 (9.9) | 22 011 | 3430 (15.6) | 636 (18.5) |
| 2006 | 8695 | 1487 (16.9) | 153 (10.4) | 25 321 | 3948 (15.6) | 697 (17.7) |
| 2005 | 7737 | 1379 (17.8) | 129 (9.4) | 24 390 | 3793 (15.6) | 590 (15.6) |
| 2004 | 8860 | 1477 (16.7) | 148 (10.0) | 26 275 | 3798 (14.5) | 772 (20.3) |
| 2003 | 8424 | 1522 (18.1) | 158 (10.4) | 30 164 | 4599 (15.3) | 842 (18.3) |
| 2003-2007 | 41 277 | 7146 (17.3) | 717 (10.0) | 128 161 | 19 568 (15.3) | 3537 (18.1) |

Abbreviation: ED, emergency department.
[a]Percentages in parentheses represent the proportion of infection-related visits of all ED visits.
[b]Percentages in parentheses represent the proportion of visits associated with hospital admission of all infection-related ED visits

**Figure 3.** Risk of Severe Sepsis Conditional on Infection by Race



The additional risk of developing organ dysfunction conditional on infection was small. Class intervals include data for ages equal to the lower limit of each interval and up to but less than the upper limit.

not because black patients were more likely to receive care at hospitals with higher recorded infection rates than white patients ($P=.68$).

### Severe Sepsis and Organ Dysfunction

Conditional on an infection diagnosis, black patients across all age groups had a higher risk of developing acute organ dysfunction (age- and sex-adjusted OR, 1.29; 95% CI, 1.27-1.30; $P<.001$; FIGURE 3). Similarly, black patients with septicemia had a higher risk of organ dysfunction than white patients (age- and sex-adjusted OR, 1.38; 95% CI, 1.36-1.41; $P<.001$). Of the

381 787 patients hospitalized with severe sepsis, 296 552 (77.7%) had single organ dysfunction. Common organ dysfunctions were renal, respiratory, and cardiovascular failure. Seventy-eight percent of white patients had single organ dysfunction vs 76.0% of black patients ($P<.001$; TABLE 5). Blacks more frequently had renal (46.6% vs 43.8%, $P<.001$) and respiratory failure (34.4% vs 30.5%; $P<.001$) than white patients, while cardiovascular failure was more frequent in whites (25.5% vs 22.9%, $P<.001$).

The higher risk of organ dysfunction among black patients persisted, although attenuated, when adjustment

for poverty and hospital effect were included (OR, 1.15; 95% CI, 1.14-1.17). This attenuation was due in part because organ dysfunction was a more frequent complication of infection at hospitals that treated greater proportions of black patients (adjusted OR across hospitals, 1.15; 95% CI, 1.11-1.20; $P<.001$ for every 20% increase in proportion of black patients). Further inclusion of comorbidity, measured either by Charlson score (OR, 1.14; 95% CI, 1.13-1.16) or by preexisting kidney disease and diabetes (OR, 1.17; 95% CI, 1.15-1.18) yielded similar within-hospital odds of organ dysfunction among black patients.

### Mortality

Mortality was higher among black than white patients hospitalized for infection and severe sepsis (age- and sex-adjusted OR, 1.23, 95% CI, 1.21-1.25 for black patients and 1.11; 95% CI, 1.08-1.14 for white patients; both $P<.001$). Furthermore, infection and severe sepsis mortality rates were 1.5-fold and 1.8-fold higher in black than in white patients (2.6; 95% CI, 2.6-2.7 vs 1.7; 95% CI, 1.7-1.7 per 1000 population and 1.8; 95% CI, 1.8-1.9 vs 1.0; 95% CI, 1.0-1.1 per 1000 population).

### Differences in Infection-Related Hospitalization Rates by Age

Racial differences in infection-related hospitalizations were especially pronounced in those between the ages of

 ©2010 American Medical Association. All rights reserved.

PAR-VASO-0007836

20 and 64 years, as illustrated by the highest incidence rate ratios in these age groups (range of incidence rate ratios, 1.7-2.0, Figure 2). Of black patients with infection-related hospitalizations, 266 734 (66.6%) occurred among those younger than 65 years, whereas 815 096 white patients (43.8%) were younger than 65 years (FIGURE 4). The higher proportion of infections persisted among black patients compared with white patients in this age group when we stratified analyses by site of infection (62.2% vs 33.8% for respiratory, 65.4% vs 42.3% for genitourinary, and 77.8% vs 61.3% for abdominal infections, respectively, all P < .001).

Similar to infection-related hospitalizations, a different distribution of severe sepsis cases across different age groups persisted between the 2 races (Figure 4). For example, 49.4% of severe sepsis cases involving black patients occurred among those younger than age 65 years.), whereas 69.7% of white patients with severe sepsis were 65 years and older. Infection- and severe sepsis-related deaths also affected more black than white patients younger than 65 years (Figure 4; 36% vs 18% of all infection-related deaths; 39% vs 22% of severe sepsis, respectively; all P < .001). Based on age- and sex-adjusted rates, young black patients were twice as likely to die of severe sepsis as young white patients (5.9; 95% CI, 5.7-6.0 vs 2.8; 95% CI, 2.8-2.9 per 10 000 population, incidence rate ratio, 2.1; P < .001).

Black patients had higher invasive pneumococcal disease hospitalization rates than did whites (22.3, 95% CI, 21.2-23.3 vs 17.1; 95% CI, 16.8-17.5 per 100 000 population; incidence rate ratio, 1.30; P < .001). Similarly 73.9% of invasive pneumococcal infections occurred in black patients younger than 65 years, whereas 44.5% occurred among white patients in this age group (P < .001, Figure 4). One in 4 pneumococcal infections occurred in black patients aged 18 to 65 years who had no underlying comorbidities and therefore would not have received pneumococcal vaccination based on current

**Table 5.** Organ Dysfunction Stratified by Race Among Patients Hospitalized With Severe Sepsis

|  | No. (%) | | |
|---|---|---|---|
|  | **Black Patients (n = 67 812)** | **White Patients (n = 313 975)** | *P* Value |
| No. of organ dysfunctions |  |  |  |
| 1 | 51 514 (76.0) | 245 038 (78.0) | <.001 |
| 2 | 12 459 (18.4) | 53 548 (17.1) |  |
| 3 | 3214 (4.7) | 13 182 (4.2) |  |
| ≥4 | 625 (0.9) | 2207 (0.7) |  |
| Organ system failing |  |  |  |
| Respiratory | 23 348 (34.4) | 95 593 (30.5) | <.001 |
| Cardiovascular | 15 521 (22.9) | 80 119 (25.5) | <.001 |
| Renal | 31 598 (46.6) | 137 452 (43.8) | <.001 |
| Hematologic | 11 760 (17.3) | 57 627 (18.4) | <.001 |
| Central nervous system | 5463 (8.1) | 25 236 (8.0) | .87 |
| Hepatic | 924 (1.4) | 4679 (1.5) | .01 |

guidelines (23.6% in black patients vs 13.9% in white patients, P < .001). Invasive pneumococcal disease deaths substantially affected young black vs white patients younger than 65 years (57% vs 28%; P < .001).

## COMMENT

In this large retrospective cohort study, we showed that the higher severe sepsis rates reported previously in black patients are explained by a higher likelihood of being hospitalized with infection and a higher risk of developing acute organ dysfunction. This finding was observed for both community- and hospital-acquired infections, consistent across different sites and etiologies of infection, and occurred despite the finding that black patients were less likely to be admitted when presenting to an ED with an infection. Thus, community-acquired interventions, such as vaccination and improved management of chronic diseases, and better management of those hospitalized with an infection to prevent organ dysfunction, are necessary to reduce disparities in severe sepsis.

The underlying mechanisms of racial disparities in infection and severe sepsis are poorly understood. A combination of differences in chronic disease burden, particularly subclinical disease, social and environmental factors, and genetic predisposition causing differences in the host immune response to infection likely contribute to the observed differences in infection and severe sepsis-related hospitalization rates.[17-19] A higher prevalence of chronic kidney disease and diabetes was observed among black patients hospitalized for infection. Prior studies suggest that these conditions are more common among black patients in the US population.[20,21] These differences may partly explain higher infection-related hospitalization rates among black patients, and better management of these conditions may reduce disparities. However, the higher infection rates were observed in those who did not report comorbidities, and these differences were observed as early as age 20 years. Furthermore, the differences in comorbidities did not explain higher risk of organ dysfunction among those hospitalized for infection. Differences in host immune response may explain these differences, as shown by recent studies suggesting polymorphisms in key proteins involved in the host response to infection may increase the susceptibility to severe infections and septic shock among people of African descent.[19,22]

The age-related differences in infection-related hospitalizations between the 2 races in our study occurred because black patients had more infections at a younger age, and they have

©2010 American Medical Association. All rights reserved.

PAR-VASO-0007837

lower life expectancy, therefore, leading to fewer elderly black individuals in the population.[23] These findings have important public health implications for current vaccination guidelines. The number of cases of invasive pneumococcal disease missed by current vaccination guidelines was estimated to illustrate the implications of age differences in the incidence of infection-related hospitalizations and showed that 25% of invasive pneumococcal disease cases would be missed in blacks. Hence, earlier vaccination for black people, similar to the recommendation for earlier pneumococcal vaccina-

tion in Alaskan Natives and American Indians, should be considered to reduce disparities.[24]

Prior studies suggest that the quality of care for community-acquired pneumonia is lower at hospitals that treat larger proportions of blacks.[15] A higher risk of organ dysfunction was observed at hospitals that provided care to larger proportion of black patients. These differences were independent of differences in demographic characteristics, poverty, and comorbidities. Thus, strategies that narrow quality gaps across hospitals in the care of infection and acute organ dysfunction could

reduce racial disparities in severe sepsis. However, even after adjusting for differences across hospitals and baseline patient characteristics, black patients still had a residual increased risk of developing organ dysfunction and the mechanism for this finding is unclear.

Major strengths of this study are the large sample size and that the findings can be generalized to a large portion of the US population. In addition, several sensitivity analyses were conducted to account for potential confounders. Results were independent of sex, robust across different sources and eti-

**Figure 4.** Infection and Severe Sepsis-Related Hospitalizations and Deaths



In contrast to whites, the majority of infections, severe sepsis cases, invasive pneumococcal infections, and deaths occurred in young black patients. For example, 74% of pneumococcal infections occurred in young black patients compared with 45% in young white patients younger than 65 years. Similarly, 49% vs 30% of severe sepsis cases, 74% vs 45% of invasive pneumococcal disease cases, and 36% vs 18% of infection related deaths occurred in black patients and white patients younger than 65 years, respectively. The gray line indicates 65 years of age.

 ©2010 American Medical Association. All rights reserved.

PAR-VASO-0007838

ologies of infections, and persisted after adjusting for poverty level. The analysis of national ED data suggests that the results may underestimate the difference in infection rates because black patients presenting to an ED with an infection are less likely to be admitted. Also excluded was the possibility that higher infection rates among black patients were simply because they were cared for more often at hospitals that report higher infection rates. The finding of higher infection rates among black patients persisted when restricted to analysis of patients with septicemia, to patients with infections present on admission, and to patients developing postoperative infections.

This study has important limitations. First, ICD-9-CM codes may not accurately identify infection and severe sepsis cases. The ICD-9-CM codes may underestimate certain infections[25] and may overestimate severe sepsis cases by including those cases for which organ dysfunction preceded infection. However, coding errors are unlikely to differ by race within hospitals. In addition, this and other studies showed that the number of severe sepsis cases was similar when identified by ICD-9-CM codes and by prospective clinical data collection performed by trained data collectors.[2,8] Second, social determinants such as household size, income, and educational status have been shown to be associated with infection burden in children and adults.[26,27] Other social conditions such as smoking status, alcohol consumption, and nutritional status may also contribute to higher infection and severe sepsis rates among blacks. The influence of these factors was not determined because they are not coded reliably in administrative data sets.

In conclusion, higher severe sepsis rates among black patients are explained by both higher infection-related hospitalization rates and a higher risk of acute organ dysfunction. Reducing these racial disparities will require community-based interventions, such as vaccination, im-

proved management of chronic diseases, and hospital-based interventions targeted especially to hospitals that serve large proportions of black patients. Current guidelines for pneumococcal vaccination, one of the largest and most effective strategies to prevent severe sepsis, do not target up to 25% of cases among blacks.

**Author Contributions:** Drs Mayr and Yende had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
*Study concept and design:* Mayr, Yende, Linde-Zwirble, Barnato, Angus
*Acquisition of data:* Linde-Zwirble
*Analysis and interpretation of data:* Mayr, Yende, Linde-Zwirble, Peck-Palmer, Barnato, Weissfeld, Angus
*Drafting of the manuscript:* Mayr, Yende
*Critical revision of the manuscript for important intellectual content:* Linde-Zwirble, Peck-Palmer, Barnato, Weissfeld, Angus
*Statistical analysis:* Mayr, Yende, Weissfeld
*Obtained funding:* Yende, Angus.
*Study supervision:* Linde-Zwirble, Barnato, Angus.

**Financial Disclosures:** None reported.
**Funding/Support:** Dr Mayr was supported by grant T32 HL007820-10, and Dr Yende was supported by grant K23GM083215 both from the National Institutes of Health.
**Role of the Sponsor:** The funding agencies had no role in the design and conduct of the study, collection, management, analysis, and interpretation of the data; or in the preparation, review, or approval of the manuscript.
**Disclaimer:** Dr Angus, contributing editor to *JAMA*, had no role in the evaluation of or decision to publish this article.
**Online-Only Material:** The eAppendix and eTables 1 and 2 are available at http://www.jama.com.

## REFERENCES

1. Levy MM, Fink MP, Marshall JC, et al; SCCM/ESICM/ACCP/ATS/SIS. 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. *Crit Care Med.* 2003;31(4):1250-1256.
2. Angus DC, Linde-Zwirble WT, Lidicker J, Clermont G, Carcillo J, Pinsky MR. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. *Crit Care Med.* 2001;29(7):1303-1310.
3. Barnato AE, Alexander SL, Linde-Zwirble WT, Angus DC. Racial variation in the incidence, care, and outcomes of severe sepsis: analysis of population, patient, and hospital characteristics. *Am J Respir Crit Care Med.* 2008;177(3):279-284.
4. Laterre PF, Garber G, Levy H, et al; PROWESS Clinical Evaluation Committee. Severe community-acquired pneumonia as a cause of severe sepsis: data from the PROWESS study. *Crit Care Med.* 2005;33(5):952-961.
5. Jackson LA, Janoff EN. Pneumococcal vaccination of elderly adults: new paradigms for protection. *Clin Infect Dis.* 2008;47(10):1328-1338.
6. National Hospital Ambulatory Care Survey. http://www.cdc.gov/nchs/ahcd/about_ahcd.htm. Accessed April 13, 2010.
7. Angus DC, Birmingham MC, Balk RA, et al. E5 murine monoclonal antiendotoxin antibody in gram-negative sepsis: a randomized controlled trial. E5 Study Investigators. *JAMA.* 2000;283(13):1723-1730.
8. Martin GS, Mannino DM, Eaton S, Moss M. The epidemiology of sepsis in the United States from 1979

through 2000. *N Engl J Med.* 2003;348(16):1546-1554.
9. Deyo RA, Cherkin DC, Ciol MA. Adapting a clinical comorbidity index for use with ICD-9-CM administrative databases. *J Clin Epidemiol.* 1992;45(6):613-619.
10. Reade MC, Angus DC. Epidemiology of Sepsis and non-infectious SIRS. In: Cavaillon J-M, Adrie C, eds. *Sepsis and Non-infectious Systemic Inflammation: From Biology to Critical Care.* Weinheim: Wiley-Blackwell; 2009.
11. Mrus JM, Braun L, Yi MS, Linde-Zwirble WT, Johnston JA. Impact of HIV/AIDS on care and outcomes of severe sepsis. *Crit Care.* 2005;9(6):R623-R630.
12. Carriere KC, Roos LL. Comparing standardized rates of events. *Am J Epidemiol.* 1994;140(5):472-482.
13. Liu JH, Etzioni DA, O'Connell JB, et al. Inpatient surgery in California: 1990-2000. *Arch Surg.* 2003;138(10):1106-1111.
14. Localio AR, Berlin JA, Ten Have TR, Kimmel SE. Adjustments for center in multicenter studies: an overview. *Ann Intern Med.* 2001;135(2):112-123.
15. Mayr FB, Yende S, D'Angelo G, et al. Do hospitals provide lower quality of care to black patients for pneumonia? *Crit Care Med.* 2010;38(3):759-765.
16. Jollis JG, Ancukiewicz M, DeLong ER, Pryor DB, Muhlbaier LH, Mark DB. Discordance of databases designed for claims payment versus clinical information systems: implications for outcomes research. *Ann Intern Med.* 1993;119(8):844-850.
17. Braveman PA, Cubbin C, Egerter S, et al. Socioeconomic status in health research: one size does not fit all. *JAMA.* 2005;294(22):2879-2888.
18. Khor CC, Chapman SJ, Vannberg FO, et al. A Mal functional variant is associated with protection against invasive pneumococcal disease, bacteremia, malaria and tuberculosis. *Nat Genet.* 2007;39(4):523-528.
19. Ferwerda B, Alonso S, Banahan K, et al. Functional and genetic evidence that the Mal/TIRAP allele variant 180L has been selected by providing protection against septic shock. *Proc Natl Acad Sci U S A.* 2009;106(25):10272-10277.
20. Brancati FL, Whittle JC, Whelton PK, Seidler AJ, Klag MJ. The excess incidence of diabetic end-stage renal disease among blacks: a population-based study of potential explanatory factors. *JAMA.* 1992;268(21):3079-3084.
21. O'Brien TR, Flanders WD. Decoufle P, Boyle CA, DeStefano F, Teutsch S. Are racial differences in the prevalence of diabetes in adults explained by differences in obesity? *JAMA.* 1989;262(11):1485-1488.
22. Ferwerda B, McCall MB, Alonso S, et al. TLR4 polymorphisms, infectious diseases, and evolutionary pressure during migration of modern humans. *Proc Natl Acad Sci U S A.* 2007;104(42):16645-16650.
23. Wong MD, Shapiro MF, Boscardin WJ, Ettner SL. Contribution of major diseases to disparities in mortality. *N Engl J Med.* 2002;347(20):1585-1592.
24. Morse DL, Pikering LK, Baker CJ, et al; Advisory Committee on Immunization Practices. Recommended adult immunization schedule: United States, 2009. *Ann Intern Med.* 2009;150(1):40-44.
25. Hsu LY, Koh TH. Use of ICD-9 diagnosis codes in epidemiologic surveys may significantly underestimate the incidence and impact of invasive pneumococcal disease locally. *Singapore Med J.* 2008;49(5):441.
26. Dowd JB, Zajacova A, Aiello A. Early origins of health disparities: burden of infection, health, and socioeconomic status in US children. *Soc Sci Med.* 2009;68(4):699-707.
27. Zajacova A, Dowd JB, Aiello AE. Socioeconomic and race/ethnic patterns in persistent infection burden among US adults. *J Gerontol A Biol Sci Med Sci.* 2009;64(2):272-279.

PAR-VASO-0007839

# Risk Factors for Post-Cardiopulmonary Bypass Vasoplegia in Patients With Preserved Left Ventricular Function

Armand Mekontso-Dessap, MD, Rémi Houël, MD, Céline Soustelle, MCS, Matthias Kirsch, MD, Dominique Thébert, MD, and Daniel Y. Loisance, MD

Service de Chirurgie Thoracique et Cardiovasculaire, CNRS UPRES-A 7053, Association Claude Bernard, Centre Hospitalo-Universitaire Henri Mondor, Créteil, France

*Background.* Although vasodilatory shock (VS) is one of the main complications of cardiopulmonary bypass (CPB), its pathophysiologic basis remains unclear. The aim of this study was to identify predisposing factors for the development of VS after CPB independent of ventricular function.

*Methods.* Thirty-six patients undergoing coronary artery bypass grafting who developed VS were compared with 72 control patients without post-CPB cardiogenic or vasoplegic shock, in a 2:1 case control study. Patients and controls underwent the same anesthetic protocol and were matched by age, sex, operation date, and left ventricle ejection fraction.

*Results.* Preoperative and intraoperative patient characteristics were not significantly different between the two groups. Preoperative use of angiotensin-converting enzyme inhibitors and intravenous heparin were independent predictors for post-CPB VS by multivariate analysis (relative risk of 2.26 and 2.78, respectively). Intensive care unit stay and hospital stay were significantly longer in VS cases than controls, without any difference in early postoperative mortality.

*Conclusions.* The only independent risk factors for postoperative VS identified were preoperative use of angiotensin-converting enzyme inhibitors and intravenous heparin. These risk factors were independent of age, gender, anesthetic protocol, and left ventricle ejection fraction.

(Ann Thorac Surg 2001;71:1428–32)
© 2001 by The Society of Thoracic Surgeons

Since the introduction of cardiopulmonary bypass (CPB) in cardiac operations, numerous adverse effects have been described, known collectively as postperfusion syndrome. A dilution of clotting factors and platelet dysfunction can result in coagulopathy. A release of proinflammatory cytokines can cause a systemic inflammatory response [1–3], contributing to myocardial reperfusion damage, lung injury, and a generalized profound vasodilation. This vasoplegic syndrome (VS), occurring in the early postoperative period of cardiac operation using CPB, is characterized by a severe hypotension, with decreased systemic vascular resistance, decreased arteriolar reactivity, and increased requirements for filling volume and vasopressive agents despite adequate cardiac output. From the literature, VS has been closely associated with low left ventricle ejection fraction (EF) and heart failure syndrome [4, 5]. However, this post-CPB morbid event also occurs in patients with normal ventricular function. Thus, it is important to prevent its onset in such patients. The present study examines preoperative and intraoperative predisposing factors for VS after coronary artery bypass grafting (CABG) in patients with normal ventricular function.

Accepted for publication Jan 24, 2001.

Address reprint requests to Dr Houël, Centre Hospitalo-Universitaire Henri Mondor, 51, avenue du Maréchal de Lattre de Tassigny, 94010 Créteil Cédex, France; e-mail: maurette@univ-paris12.fr.

## Patients and Methods

From January 1997 to January 2000, 1,413 patients underwent CABG under CPB without any associated procedure at Henri Mondor University Hospital (Créteil, France).

### Cases

Vasodilatory shock was defined as a severe and persistent hypotension (mean arterial pressure less than 70 mm Hg), occurring in the early postoperative period (within the 6 hours after weaning from CPB), characterized by decreased systemic vascular resistance (indexed SVR less than 1,400 dynes·s·cm$^{-5}$·m$^{-2}$), with normal or increased cardiac output (cardiac index more than 2.5 L·min$^{-1}$·m$^{-2}$) or needing pharmacologic support by dopamine (more than 10 $\mu$g·kg$^{-1}$·min$^{-1}$) or norepinephrine. All patients exhibiting features of cardiogenic (cardiac index less than or equal to 2.5 L·min$^{-1}$·m$^{-2}$) or mixed (cardiogenic and vasoplegic) shock or receiving dobutamine or epinephrine were excluded from the analysis. Preoperative EF was determined using transthoracic echocardiography or angiography. Left ventricular EF was defined as normal when more than 0.50 and moderately reduced when between 0.35 and 0.50. Patients with EF lower than 0.35 were excluded from the study. Thus, the study population comprised 36 patients who developed isolated VS, for an overall incidence of 2.5%.

© 2001 by The Society of Thoracic Surgeons
Published by Elsevier Science Inc

0003-4975/01/$20.00
PII S0003-4975(01)02486-9

*Table 1. Demographic Characteristics and Patient Comorbidities*

| Variable | Cases (n = 36) | Controls (n = 72) | p |
|---|---|---|---|
| **Demographics** | | | |
| Age (mean years ± SD) | 60.4 ± 10.4 | 62.3 ± 10 | ... |
| Gender (male/female) | 35/1 | 70/2 | ... |
| **Comorbidities** | | | |
| Smoking | 25 (69.4%) | 51 (70.8%) | 0.88 |
| Diabetes | 9 (25%) | 24 (33%) | 0.37 |
| Obesity | 5 (13.9%) | 10 (13.9%) | 1.0 |
| Renal failure | 2 (5.6%) | 6 (8.3%) | 0.72 |
| Dialysis | 1 (2.8%) | 0 (0.0%) | 0.16 |
| Hypertension | 13 (36%) | 40 (56%) | 0.06 |
| Dyslipidemia | 26 (72.2%) | 51 (70.8%) | 0.88 |
| Stroke | 1 (2.8%) | 2 (2.8%) | 1.0 |
| Cerebrovascular disease | 1 (2.8%) | 4 (5.6%) | 0.66 |
| Peripheral vascular disease | 5 (13.9%) | 14 (19.4%) | 0.47 |
| COPD | 6 (16.7%) | 9 (12.5%) | 0.56 |

Values presented as n (%).

COPD = chronic obstructive pulmonary disease.

## Controls

During the same period, patients who underwent CABG and did not exhibit VS or cardiogenic shock were selected as controls. We did a 2:1 case control study. For each case, 2 control patients were matched as follows: same age (± 5 years), same gender (male or female), same operation date (± 1 week), and same left ventricular EF (normal or moderately reduced).

## Data Collection

Hospital records were reviewed retrospectively. Operative comorbidity was defined as follows. Obesity was defined as a body weight greater than 20% of normal weight estimated by the Lorentz formula. Diabetes was defined as the need for insulin or any oral antidiabetic medication. Preoperative renal insufficiency was determined by serum creatinine levels higher than 1.5 mg/dL (130 $\mu$mol/L). Recorded life-threatening complications and postoperative morbidity were deep sternal infection, pneumonia, septicemia, reexploration for bleeding, intraoperative and postoperative myocardial infarction, tamponade, cardiac arrest, gastrointestinal complication, permanent stroke, renal failure, and occurrence of multiple organ dysfunction.

## Anesthesia and Cardiopulmonary Bypass

Anesthetic protocol was identical in all patients, using intravenous (IV) midazolam hydrochloride, propofol, pancuronium bromide, and fentanyl or sulfentanyl citrate. Cardiopulmonary bypass was conducted under moderate systemic hypothermia (28°C to 32°C), with nonpulsatile, filtered arterial flow and gravity venous drainage. A hollow-fiber membrane oxygenator was used. Myocardial protection was achieved using antegrade, cold, crystalloid cardioplegia.

## Statistical Analysis

Statistical analysis was performed using SPSS Base 9.0 statistical software (SPSS Inc, Chicago, IL). Continuous variables were expressed as mean ± standard deviation and were compared using an unpaired two-tailed $t$ test. Categorical variables, expressed as percentages, were analyzed with a $\chi^2$ test or a Fisher exact test. To identify risk factors for VS, univariate analysis of preoperative and intraoperative variables was performed by comparing cases and controls. To evaluate independent risk factors for VS, significant or marginally significant ($p$ value ≤ 0.2) univariate risk factors were examined using forward stepwise logistic regression analysis. Coefficients were computed by the method of maximum likelihood. A two-tailed $p$ value of less than 0.05 was used to indicate statistical significance.

## Results

### Preoperative Factors

Table 1 shows demographic characteristics and preoperative associated comorbidity of the two groups of patients. As expected, age and sex were identical for the 36 cases and 72 controls. Prevalence of smoking, diabetes, obesity, renal failure, dyslipidemia, stroke, peripheral vascular disease, and chronic obstructive pulmonary disease were not significantly different between the two groups. However, there was a trend toward an increased prevalence of hemodialysis for renal failure among cases when compared with controls, but this difference failed to achieve statistical significance. Prevalence of hypertension was lower in the VS group than in controls, but the difference did not reach statistical significance ($p = 0.06$).

Details of the preoperative cardiac status are presented in Table 2. Mean left ventricular EF was not different between the two groups. No difference was found be-

*Table 2. Preoperative Characteristics*

| Characteristic | Cases (n = 36) | Controls (n = 72) | p |
|---|---|---|---|
| Myocardial infarction history | 17 (47.2%) | 24 (33.3%) | 0.16 |
| Angina | 30 (83.3%) | 58 (80.6%) | 0.73 |
| Cardiogenic shock | 1 (2.8%) | 1 (1.4%) | 1.0 |
| Arrhythmias | 2 (5.6%) | 2 (2.8%) | 0.60 |
| Atrioventricular block | 0 (0.0%) | 2 (2.8%) | 0.55 |
| LVEF | | | ... |
| 0.35 to 0.50 | 12 | 24 | |
| > 0.50 | 24 | 48 | |
| mean ± SD | 0.56 ± 0.13 | 0.58 ± 0.12 | |
| NYHA class | | | ... |
| I | 16 (44.4%) | 46 (65%) | |
| II | 19 (53%) | 21 (29.6%) | |
| III | 1 (2.8%) | 4 (5.6%) | |
| Coronary angioplasty | 11 (30.6%) | 15 (20.8%) | 0.26 |
| Previous cardiac operation | 3 (8.3%) | 3 (4.2%) | 0.40 |

Values presented as n (%).

LVEF = left ventricle ejection fraction; NYHA = New York Heart Association.

PAR-VASO-0007841

*Table 3. Preoperative Medications*

| Variable | Cases (n = 36) | Controls (n = 72) | p |
|---|---|---|---|
| Aspirin | 14 (38.9%) | 35 (49.3%) | 0.31 |
| Intravenous heparin | 20 (55.6%) | 22 (31.0%) | 0.01 |
| Diuretics | 8 (22.2%) | 10 (14.1%) | 0.29 |
| Inotropes | 0 (0.0%) | 0 (0.0%) | ... |
| Antiarrhythmics | 1 (2.8%) | 1 (1.4%) | 1.0 |
| ACE inhibitors | 16 (44.4%) | 18 (25.4%) | 0.04 |
| Nitrates | 26 (72.2%) | 47 (66.0%) | 0.53 |
| Digoxin | 0 (0.0%) | 0 (0.0%) | ... |
| β blockers | 30 (83.3%) | 52 (73.2%) | 0.24 |
| Calcium-channel blockers | 17 (47.2%) | 41 (57.7%) | 0.30 |

Values presented as n (%).

ACE = angiotensin-converting enzyme.

tween the two groups concerning New York Heart Association functional class. There was a trend toward an increased prevalence of myocardial infarction history among the cases in comparison with controls, but with no statistical significance. The prevalence of angina, cardiogenic shock, arrhythmia, atrioventricular block, coronary angioplasty, and previous cardiac operation was similar between the two groups.

Table 3 shows preoperative medications of the two groups of patients. Use of IV heparin and angiotensin-converting enzyme (ACE) inhibitors was significantly more frequent in the VS group when compared with controls ($p = 0.01$ and $p = 0.04$, respectively). Preoperative use of nitrates was not statistically different between the two groups.

*Intraoperative Factors*

Intraoperative variables are listed in Table 4. There were no significant differences between the two groups concerning CPB time, aortic cross-clamping time, hypothermia, cardioplegia infused volume, hemofiltration use,

*Table 4. Intraoperative Factors*

| Variable | Cases (n = 36) | Controls (n = 72) | p |
|---|---|---|---|
| Cardiopulmonary bypass time (min) | 131.1 ± 35.7 | 131.5 ± 51.1 | 0.97 |
| Aortic cross-clamping time (min) | 78.2 ± 20.8 | 77.6 ± 31.8 | 0.92 |
| Hypothermia (°C) | 30.1 ± 2.0 | 30.1 ± 2.7 | 0.88 |
| Cardioplegia (mL) | 1,505 ± 437 | 1,452 ± 532 | 0.60 |
| Hemofiltration, n (%) | 3 (8.3%) | 4 (5.6%) | 0.68 |
| Minimal SVR (dynes-s · cm$^{-5}$ · m$^{-2}$) | 893 ± 171 | 930 ± 172 | 0.29 |
| Volume infusion | | | |
| Crystalloid (mL) | 2,058 ± 1,236 | 2,037 ± 1,020 | 0.93 |
| Colloids (mL) | 315 ± 293 | 356 ± 284 | 0.48 |
| Blood red cell unit transfusion, n (%) | 11 (30.6%) | 18 (25%) | 0.54 |
| Urine outflow (mL) | 1,484 ± 837 | 1,395 ± 952 | 0.62 |

SVR = systemic vascular resistances.

*Table 5. Postoperative Course*

| Variable | Cases (n = 36) | Controls (n = 72) | p |
|---|---|---|---|
| Vasopressor agent | | | |
| Dopamine | 15 (41.7) | ... | ... |
| Norepinephrine | 21 (58.3) | ... | ... |
| Blood red cell units transfusion | 24 (66.7%) | 34 (47.2%) | 0.06 |
| Other complications | 16 (44.4%) | 19 (26.4%) | 0.06 |
| Mechanical ventilation duration (hours) | 23 ± 10.2 | 20.6 ± 13.8 | 0.36 |
| ICU stay (days) | 4.1 ± 2.8 | 2.8 ± 2.2 | 0.008 |
| Hospital stay (days) | 11.8 ± 4.9 | 10.3 ± 2.7 | 0.04 |
| Hospital deaths | 1 (2.8%) | 0 (0.0%) | 0.33 |

Values presented as n (%) unless indicated otherwise.

ICU = intensive care unit.

filling volume requirements, minimal systemic vascular resistances (during CPB), and diuresis.

*Postoperative Factors*

Early postoperative variables are displayed in Table 5. Early mortality was similar in both groups. Twenty-four (66.7%) patients in the VS group required autologous blood transfusion versus 34 (47.2%) patients in the control group ($p = 0.06$). There was a trend toward an increased prevalence of postoperative complications among the cases when compared with controls, but without statistical significance. The intensive care unit stay and the hospital stay were significantly longer in the VS group when compared with controls ($p = 0.008$ and $p = 0.04$, respectively), but extubation delay was similar in both groups.

*Multivariate Analysis*

Logistic regression analysis identified only preoperative use of IV heparin and ACE inhibitors as independent risk factors for postoperative VS (Table 6).

## Comment

Arteriolar tone is a major determinant of SVR, regulated by the neurohormonal system and endothelial function.

*Table 6. Risk Factors for Vasoplegic Syndrome*

| Variable | Univariate Analysis (p) | Logistic Regression OR (95% CI) |
|---|---|---|
| Comorbidities | | |
| Dialysis | 0.16 | ... |
| Absence of hypertension | 0.06 | ... |
| Cardiac disease | | |
| Myocardial infarction history | 0.16 | ... |
| Preoperative medications | | |
| Intravenous heparin | 0.01 | 2.78 (1.22–6.37) |
| ACE inhibitors | 0.04 | 2.26 (1.01–5.49) |

ACE = angiotensin-converting enzyme;   CI = confidence interval; OR = odds ratio.

An increase in SVR is usually observed after CPB. This vasoconstriction may be related to a transient increase in several vasoactive hormones, including catecholamines, serotonin [6, 7], and arginine vasopressin [8].

On the contrary, some patients exhibit a clinical VS with profoundly low SVRs and decreased vascular reactivity up to 6 hours after CPB. This feature may be related to the release of vasodilatory inflammatory mediators observed after CPB [2, 3]. Arginine-vasopressin system impairment, endothelial dysfunction, and a decreased myogenic reactivity to catecholamines despite enhanced catecholamine release may also participate [9].

Argenziano and coworkers [4] found, in a prospective study of 145 patients undergoing CPB, low left ventricular EF (less than 0.35) as an independent risk factor for vasodilatory shock (relative risk of 9.1). These results could be explained by the impact of CPB on an already activated inflammatory state observed in patients with heart failure or severe cardiac dysfunction [10]. Nevertheless, VS does also occur in patients with adequate ventricular function. The precise pathophysiologic mechanism for its development in these patients remains unclear. In our study, controls were matched to the cases by not only age, sex, and operation date, but also by left ventricle EF. Thus we could look for other risk factors for VS, independently of preoperative heart failure.

Many reports have associated preoperative use of ACE inhibitors with hypotension and decreased vasoreactivity occurring after separation from CPB [11]. Actually, the renin-angiotensin system may play an important role in vascular tone changes during the postoperative period [12–14]. Inhibition of ACE results in a decrease in angiotensin II (one of the most potent endogenous vasopressor agents) and an increase in vasodilator bradykinin plasma levels. Cardiopulmonary bypass completely excludes the lung, the major site of bradykinin catabolism, and thus increases bradykinin plasma levels [15]. Furthermore, long-term use of ACE inhibitors leads to its accumulation in tissues especially when using recent long-acting molecules. Sufficient levels of ACE inhibitors may remain in tissues after CPB, contributing to a decrease in SVR in the postoperative period. In our study, preoperative use of ACE inhibitors was an independent predictor of VS. This finding agrees with that of a prospective study that identified preoperative use of ACE inhibitors, congestive heart failure, poor left ventricular function, duration of CPB, reoperation, age, and opioid anesthesia as independent risk factors for requiring two or more vasoconstrictor infusions after CPB [16].

In our study, preoperative IV heparin use appears to be an independent risk factor for VS. Anticoagulation using IV heparin was introduced preoperatively in patients with unstable angina or recent myocardial infarction (less than 21 days). Our result may correspond to a statistical confounding risk factor associated with an emergent procedure such as unstable angina or recent myocardial infarction. These conditions are often responsible for a marked stress response with subsequent elevated plasma catecholamines that could be depleted by CPB, leading to a diminished vascular tone and reactivity. The use of nitrates was not associated with an increased risk of VS, but this medication was not given exclusively to coronary unstable patients.

Interestingly, we found a trend toward lower prevalence of hypertension among cases compared with controls, but the difference was without statistical significance. Morbid hypertension has been variously associated with post-CPB systemic hyper- or normotensive profiles [17–19].

Some studies have found VS more frequent after extended CPB for complex operations [5]. In our study, all patients underwent an identical surgical procedure (coronary bypass graft operation) and CPB time was similar between cases and controls.

VS often is associated with coagulation disorders, is responsible for oozing and diffuse bleeding, and therefore patients often require transfusions of blood cells and blood products [20]. In our study, patients with VS tended to require more blood cell transfusions and to exhibit more complications than those in the control group, although these differences were not statistically significant. Operative morbidity is increased by the occurrence of post-CPB VS, with a consequent increased risk for the patient in the early postoperative period [20]. We found a significantly longer intensive care unit and hospital stay among patients with VS when compared with controls. However there was no intergroup difference on early mortality.

In summary, this study demonstrates that preoperative ACE inhibitor and IV heparin use are independent risk factors for the development of post-CPB VS in patients with normal ventricular function. Further studies will be necessary to determine the precise mechanism of this syndrome, with special emphasis on renin-angiotensin system activation and arteriolar catecholamine reactivity before CPB.

## References

1. Miller BE, Levy JH. The inflammatory response to cardiopulmonary bypass. J Cardiothorac Vasc Anesth 1997;11:355–66.
2. Downing SW, Edmunds LH. Release of vasoactive substances during cardiopulmonary bypass. Ann Thorac Surg 1992;54:1236–43.
3. Boyle EM, Pohlman TH, Johnson MC, Verrier ED. Endothelial cell injury in cardiovascular surgery: the systemic inflammatory response. Ann Thorac Surg 1997;63:277–84.
4. Argenziano M, Chen JM, Choudhri AF, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 1998;116:973–80.
5. Kirklin JK. Prospects for understanding and eliminating the deleterious effects of cardiopulmonary bypass. Ann Thorac Surg 1991;51:529–31.
6. Tan CK, Glisson SN, El-Etr AA, Ramakrishnaiah KB. Levels of circulating norepinephrine and epinephrine before, during and after cardiopulmonary bypass in human. J Thorac Cardiovasc Surg 1976;71:928–31.
7. Agnoletti G, Scotti C, Panzali AF, et al. Plasma levels of atrial natriuretic factor (ANF) and urinary excretion of ANF, arginine vasopressin and catecholamines in children with congenital heart disease: effect of cardiac surgery. Eur J Cardiothorac Surg 1993;7:533–9.

PAR-VASO-0007843

8. Feddersen K, Aurell M, Delin K, Haggendal J, Aren C, Radegran K. Effects of cardiopulmonary bypass and prostacyclin on plasma catecholamines, angiotensin II and arginine-vasopressin. Acta Anaesthesiol Scand 1985;29:224–30.

9. Wang SY, Stamler A, Li J, Johnson RG, Sellke FW. Decreased myogenic reactivity in skeletal muscle arterioles after hypothermic cardiopulmonary bypass. J Surg Res 1997;69:40–4.

10. Levine B, Kalman J, Mayer L, Fillit HM, Packer M. Elevated circulating levels of tumor necrosis factor in severe chronic heart failure. N Engl J Med 1990;323:236–41.

11. Thaker U, Geary V, Chalmers P, Sheikh F. Low systemic vascular resistance during cardiac surgery: case reports, brief review, and management with angiotensin II. J Cardiothorac Anesth 1990;4:360–3.

12. De Leeuw PW, van der Starre PJ, Harinck-de Weerdt JE, de Bos R, Tchang PT, Birkenhager WH. Humoral changes during and following coronary bypass surgery: relationship to postoperative blood pressure. J Hypertens Suppl 1983;1:52–4.

13. Taylor KM, Bain WH, Russel M, Brannan JJ, Morton IJ. Peripheral vascular resistance and angiotensin II levels during pulsatile and no-pulsatile cardiopulmonary bypass. Thorax 1979;34:594–8.

14. Hayase S, Shimizu T, Nakajima M. Role of sympathoadrenal and renin-angiotensin system in hemodynamic state after

coronary artery bypass grafting. Nagoya J Med Sci 1987;49:1–15.

15. Cugno M, Nussberger J, Biglioli P, Giovagnoni MG, Gardinali M, Agostoni A. Cardiopulmonary bypass increases plasma bradykinin concentrations. Immunopharmacology 1999;43:145–7.

16. Tuman KJ, McCarthy RJ, O'Connor CJ, Holm WE, Ivankovich AD. Angiotensin-converting enzyme inhibitors increase vasoconstrictor requirements after cardiopulmonary bypass. Anesth Analg 1995;80:473–9.

17. Roberts AJ, Niarchos AP, Subramanian VA, et al. Systemic hypertension associated with coronary artery bypass surgery. Predisposing factors, hemodynamic characteristics, humoral profile, and treatment. J Thorac Cardiovasc Surg 1977;74:846–59.

18. Estafanous FG, Tarazi RC, Viljoen JF, el-Tawil MY. Systemic hypertension following myocardial revascularization. Am Heart J 1973;85:732–8.

19. Wallach R, Karp RB, Reves JG, Oparil S, Smith LR, James TN. Pathogenesis of paroxysmal hypertension developing during and after coronary bypass surgery: a study of hemodynamic and humoral factors. Am J Cardiol 1980;46:559–65.

20. Gomes WJ, Carvalho AC, Palma JH, et al. Vasoplegic syndrome after open heart surgery. J Cardiovasc Surg 1998;39:619–23.

PAR-VASO-0007844

Anaesthesia, 2008, 63, pages 228–234      doi:10.1111/j.1365-2044.2007.05317.x

# Vasopressin in catecholamine–refractory shock in children

S. Meyer,[1,2] L. Gortner,[2] W. McGuire,[1] A. Baghai[2] and S. Gottschling[2]

1 Australian National University, Medical School, The Centre for Newborn Care, Canberra, Australia
2 University Hospital of Saarland, Department of Paediatrics and Paediatic Intensive Care Medicine, Hamburg, Germany

## Summary

Severe septic and cardiogenic shock is associated with a high mortality in neonates, children and adolescents. Common therapies include the administration of fluids and the use of conventional inotropes. However, in severe forms of shock, cardio-circulatory failure may be secondary to profound vasoparalysis and unresponsive to conventional therapies. We reviewed the literature on the use of arginine-vasopressin (AVP) and terlipressin (TP) as a rescue therapy in neonates, children and adolescents with catecholamine-refractory shock or cardio-circulatory arrest. We identified 17 reports (11 case series, 6 case reports) on a total of 109 patients. Only two studies were prospective. The age of treated patients ranged from extremely low birth weight infants of 23 weeks' gestation to a 19-year-old adolescent. The most common indication for either drug was catecholamine-refractory septic shock (nine reports). Commonly reported responses following AVP/TP administration were a rapid increase in systemic arterial blood pressure, an increase in urine output, and a decrease in serum lactate. In most reports, AVP and TP had a significant impact on the required dose of inotropes which could be reduced. Despite the use of AVP/TP, mortality was high (52/109). In view of the limited number of paediatric patients treated with AVP/TP, no definite recommendations on their use in children with severe forms of cardio-circulatory failure can be issued. There is a need for larger prospective trials assessing the efficacy and safety profiles of these drugs in a defined setting. Until more data are available, and taking into consideration the detrimental impact catecholamine-refractory shock has on children, the use of AVP/TP as a rescue therapy should be considered on an individual basis.

Correspondence to: S. Meyer
E-mail: sascha.meyer@uniklinik-saarland.de
Accepted: 7 August 2007

Hypotensive, catecholamine-refractory shock is an important cause of morbidity and mortality in critically ill neonates, children, and adolescents [1–17]. Depressed vasoconstrictor sensitivity to catecholamines in septic shock can lead to vasodilation and severe hypotension [18]. Concentrations of vasopressin in plasma are significantly depressed in patients with sepsis [19]. A low serum vasopressin/noradrenaline ratio may predict impending septic shock in adults [20]. Arginine-vasopressin (AVP) and terlipressin (TP) administration is beneficial in septic patients with vasoparalysis [4–7, 10–13, 17–22]. AVP and TP may also be employed successfully in vasodilatory shock after cardiopulmonary bypass and in states of depressed cardiac function [16, 23].

AVP is a nonapeptide that is synthesised as a large prohormone in the paraventricular and supra-optic nucleus of the hypothalamus. The most potent stimuli to AVP release are severe hypovolaemia and increased plasma osmolality [18]. AVP acts via vascular V1 receptors and renal tubular V2 receptors. V1 receptor stimulation causes arterial vasoconstriction, and V2 stimulation increases renal free water re-absorption. TP is a synthetic analogue of AVP and has a similar pharmocodynamic profile but a significantly longer half-life.

In this article the current literature regarding the use of AVP and TP as a rescue therapy in catecholamine-refractory shock and cardiac arrest in neonates, children, and adolescents is reviewed.

© 2007 The Authors
Journal compilation © 2007 The Association of Anaesthetists of Great Britain and Ireland

PAR-VASO-0007845

## Methods

### Search strategy, selection criteria, and clinical questions studied

We performed a search on Medline to identify scientific reports relating to this topic (1966 – June 2007). The search terms included the words 'arginine-vasopressin', 'terlipressin', 'vasopressin', 'shock', 'cardiogenic', 'septic', 'catecholamine-refractory', 'resuscitation', 'neonates', 'children', and 'adolescents'. There was no restriction on language.

We used the system developed by the Oxford Centre for Evidence-based Medicine Levels of Evidence for ranking evidence about the effectiveness of treatments (http://www.cebm.net/index.aspx?o=1025).

This review article addresses the following clinical questions. In what settings was AVP/TP used (catecholamine-refractory septic shock, catecholamine-refractory cardiocirculatory failure secondary to congenital heart disease, cardiogenic shock, resuscitation, trauma, various other causes), and what were the effects of AVP/TP on systemic arterial blood pressure, urine output and serum lactate. We also investigated whether administration of AVP/TP was associated with a reduction in catecholamine requirements. A critical appraisal of adverse effects of these drugs is given, and we relate the use of AVP/TP to mortality in these patients.

## Results

### Studies and patients included

The studies included in this review are detailed in Table 1. Seventeen articles on the use of either AVP or TP in neonates (both preterm and term), children, and adolescents were identified and included. All reports were published as full case reports or papers, and are listed in Medline [1–17]. In total, 109 patients received either AVP or TP as a rescue therapy in catecholamine-resistant shock (i.e. the decision to initiate AVP/TP was made only in children who were refractory to fluid resuscitation and conventional inotropes, and all children were considered to be in an extreme state of shock). The age ranged from extremely low birth weight infants with a gestational age of 23 weeks up to a 19-year-old adolescent. Eleven articles were descriptive case series [1, 3, 4, 6–9, 13–16], and six reports were case reports [2, 5, 10–12, 17]. Eight studies used AVP and nine studies TP (Table 1). Only two studies were prospective studies [4, 15], and six were retrospective studies [1, 3, 7–9, 16]. In the remaining nine reports the nature of the study was not clarified. The number of patients included in the case series ranged from three to 17. In 16 reports, AVP and TP were exclusively used as a rescue therapy

in severe forms of septic, cardiogenic and hypotensive shock that was not responsive to catecholamines. Nine studies were confined solely to septic patients [4–7, 10–13, 17], two reports were solely on patients with low cardiac output [3, 16], and four studies included a heterogeneous population (septic shock, cardio-circulatory failure secondary to congenital heart disease) [8, 9, 14, 15]. One report was on trauma-related severe hypotension [2]. TP was used for prolonged cardiopulmonary resuscitation in one study [1]. Eleven case series fulfilled the criteria for level four studies as outlined by the Oxford Centre for Evidence-based Medicine Levels of Evidence (http://www.cebm.net/index.aspx?o=1025). No randomised control trial was published on the use of AVP/TP in children with catecholamine-resistant shock.

### Dose

The AVP starting doses used in the 17 studies varied quite substantively, from $0.00002 \ U.kg^{-1}.min^{-1}$ [10] to $0.002 \ U.kg^{-1}.min^{-1}$ [15]. Usually, the starting dose would then be titrated until the desired effects were achieved (increase in systemic arterial blood pressure without undue adverse effects). In one report, high doses of AVP were used, which were above the manufacturer's recommendations [15]. TP doses varied from $7 \ \mu g.kg^{-1}$ given 12-hourly [11] and $20 \ \mu g.kg^{-1}$ given 4-hourly [13, 17] to $10 \ \mu g.kg^{-1}$ given hourly [5]. In older children, single doses of TP of 0.5 mg and 1 mg were given [2, 12].

### Effects on blood pressure, urine output and serum lactate

All 17 studies reported an increase in arterial blood pressure [1–17]. The increase in arterial blood pressure was commonly noted within 15–60 min after AVP/TP administration. The increase was associated with a decrease in heart rate in some reports [5, 7, 15], whereas it remained unaffected in others [4]. Five studies demonstrated that the administration of AVP/TP was associated with an increase in urine output, most likely secondary to the increase in arterial blood pressure [7, 8, 10, 14, 15], whereas two studies failed to demonstrate this association [9, 16]. In the remaining 10 reports, urine output was not an outcome parameter.

Six studies examined the effect of AVP/TP on serum lactate concentration. Initial serum lactate concentrations were higher in non-survivors ($8.3 \ (SD \ 1.0) \ mmol.l^{-1}$) than in survivors ($3.4 \ (SD \ 2.2) \ mmol.l^{-1}$) [3]. Five of those six studies demonstrated a decrease in serum lactate concentrations, most notably for survivors [3, 7, 11, 15, 17]. One study did not show a decrease in serum lactate [12].

© 2007 The Authors
Journal compilation © 2007 The Association of Anaesthetists of Great Britain and Ireland

PAR-VASO-0007846

Table 1 Overview of published studies in chronological order on the use of AVP/TP in neonates, children, and adolescents [1–17].

| Authors | Type of study (Pro/retro) | Study population | Study drug (Dose) | Main results (BP, UO, SL, M) |
|---|---|---|---|---|
| Matok et al. [1] | Case series Retrospective | Prolonged paediatric cardiopulmonary resuscitation | TP 15–20 µg.kg$^{-1}$ (one dose) | BP: increase<br>UO: not measured<br>SL: not measured<br>M: 4/7 |
| Salluh et al. [2] | Case report Not stated | Catecholamine-resistant shock following severe traumatic brain injury | TP 1 mg (bolus) | BP: increase<br>UO: Not measured<br>SL: Not measured<br>M: 1/1 |
| Lechner et al. [3] | Case series Retrospective | Neonates with vasodilatory shock after cardiopulmonary bypass for repair of CHD; low cardiac output | AVP 0.0001 to 0.0003 U.kg$^{-1}$ min$^{-1}$ | BP: increase<br>SL: decrease<br>UO: increase<br>M: 4/17 |
| Meyer et al. [15] | Case series Prospective | Catecholamine-refractory septic vs non-septic shock in ELBW infants with acute renal injury | AVP 0.0006 to 0.006 U kg$^{-1}$ min$^{-1}$ | BP: increase<br>UO: increase<br>SL: decrease in septic shock<br>M: 4/6 |
| Rodriguez-Nunez et al. [4] | Case series Prospective | Children with refractory septic shock | TP 20 µg.kg$^{-1}$ 4-hourly | BP: increase<br>UO: not measured<br>SL: not measured<br>M: 9/16 |
| Borrego et al. [17] | Case report Not stated | Child with septic shock | TP 20 µg.kg$^{-1}$ 4-hourly | BP: increase<br>UO: haemodiafiltration<br>SL: decrease<br>M: 1/1 |
| Zeballos et al. [5] | Case report Not stated | Catecholamine-resistant septic shock in small child | TP 10 µg.kg$^{-1}$ hourly | BP: Increase<br>UO: not measured<br>SL: not measured<br>M: 1/1 |
| Vasudevan et al. [6] | Case series Not stated | Children with catecholamine-resistant septic shock | AVP 0.0002–0.0012 U.kg$^{-1}$.min$^{-1}$ | BP: increase<br>UO: not measured<br>SL: not measured<br>M: 1/3 |
| Matok et al. [7] | Case series Retrospective | Intractable hypotension due to septic shock in children | TP 7 µg.kg$^{-1}$ 12-hourly | BP: increase<br>UO: increase<br>SL: decrease (especially in survivors)<br>M: 8/14 |
| Masutani et al. [8] | Case series Retrospective | Vasodilatory shock in children due to CNS damage, side-effects of drugs, and sepsis; all with preserved cardiac contractility | AVP 0.28–4 µg.kg$^{-1}$.min$^{-1}$ | BP: increase<br>UO: increase<br>SL: Not measured<br>M: 5/12 |
| Efrati et al. [9] | Case series Retrospective | Children with trauma; surgery for CHD (all septic or cardiogenic shock) with low cardiac output; near death | AVP 0.0003–0.002 U.kg$^{-1}$.min$^{-1}$ | BP: increase<br>UO: unchanged<br>SL: not measured<br>M: 7/8 |
| Lechner et al. [10] | Case report Not stated | Shock after surgery for aortic valve endocarditis | AVP 0.00005–0.003 U.kg$^{-1}$.min$^{-1}$ | BP: increase<br>UO: not measured<br>SL: not measured<br>M: 0/1 |
| Matok et al. [11] | Case report Not stated | Intractable hypotension during neonatal septic shock | TP 7 µg.kg$^{-1}$ 12-hourly | BP: increase<br>UO: not measured<br>SL: decrease<br>M: 0/1 |
| Peters et al. [12] | Case report Not stated | Septic shock in a child | TP 0.5 mg (given twice)/36 kg | BP: increase<br>UO: not measured<br>SL: unchanged<br>M: 0/1 |
| Rodriguez-Nunez et al. [13] | Case series Not stated | Catecholamine-resistant septic shock in children | TP 0.02 mg.kg$^{-1}$ 4-hourly | BP: increase<br>UO: not measured<br>SL: not measured<br>M: 2/4 |

© 2007 The Authors
Journal compilation © 2007 The Association of Anaesthetists of Great Britain and Ireland

PAR-VASO-0007847

**Table 1** (*Continued*).

| Authors | Type of study (Pro/retro) | Study population | Study drug (Dose) | Main results (BP, UO, SL, M) |
|---|---|---|---|---|
| Liedel et al. [14] | Case series<br>Not stated | Refractory hypotension in children with vasodilatory shock | AVP<br>0.002–0.008 U.kg$^{-1}$.min$^{-1}$ | BP: increase<br>UO: increase<br>SL: not measured<br>M: 3/5 |
| Rosenzweig et al. [16] | Case series<br>Retrospective | Children with vasodilatory shock after cardiac surgery | AVP<br>0.0003–0.002 U kg$^{-1}$ min$^{-1}$ | BP: Increase<br>UO: No change<br>SL: Not measured<br>M: 2/11 |

AVP, arginine-vasopressin; TP, terlipressin; BP, blood pressure;, UO, urine output; SL, serum lactate; M, mortality; CHD, congenital heart disease; ELBW, extremely low birth weight infants.

## Endogenous AVP levels

One study measured endogenous AVP levels prior to starting AVP in all enrolled children with circulatory failure but with preserved cardiac contractility [8]. That study showed a depletion of endogenous AVP levels (8.0 (SD 6.6) pg.ml$^{-1}$), and an increase in AVP levels following exogenous AVP administration [8]. In another study, AVP levels were measured in three of 11 children with vasodilatory shock after cardiac surgery. Two of those three children had decreased AVP levels (respectively 1.9 and 4.4 pg.ml$^{-1}$) [16].

## Weaning of inotropes

In 13 of the 17 studies, the administration of AVP/TP had a significant impact on the dose of inotropes (dopamine, dobutamine, adrenaline, and noradrenaline). Inotropes could be reduced within the first few hours after the starting of AVP or TP [2–7, 9, 11–15, 17]. In three studies, it is not mentioned whether AVP and TP had an effect on the dose of inotropes [8, 10, 16]. In one study, TP was given after cardio-circulatory arrest [1].

## Mortality rates

Mortality was defined as death directly related to the acute insult (septic/cardiogenic shock, trauma, etc.) that mandated the initiation of either AVP or TP. Long-term survival was not the primary outcome measure in most studies. Mortality rates in the 11 case series varied from 2/11 [16] to 7/8 [9]. The pooled overall mortality rate was 52/109 patients (48%). Given the heterogeneous study populations, no formal statistical analysis of the differences between AVP and TP, or between septic and cardio-circulatory shock could be demonstrated. Survival was particularly poor in individuals with depressed left ventricular function in three studies [9, 15, 16].

## Adverse effects

Of the 17 studies, 12 reports specifically studied whether the administration of AVP/TP was associated with adverse effects [3–5, 8, 10–17]. Eight reports did not detect any adverse effects [3, 8, 10–15]; in four reports, side-effects did occur, and included severe cutaneous ischaemia [4, 5], hepatic necrosis possibly caused by AVP [15], neurological deficits (partial anopsy (defect of sight), dysmetria (difficulty in accurately performing intentional movements)) [4] as well as severe ischaemia of the limbs, requiring amputation [4, 17]. Patients requiring limb amputation suffered from severe meningococcal disease [4]. In one report severe ischaemia of a lower limb and of the gut was associated with TP and femoral arterial catheterisation [17].

## Discussion

In this review, 17 reports on the use of AVP and TP in children with catecholamine-resistant shock were included [1–17]. AVP/TP was used for a variety of indications in patients ranging from preterm neonates to adolescents. In all 17 studies, AVP/TP was used exclusively as a rescue therapy for catecholamine-resistant shock. In one study, TP was used for prolonged cardiopulmonary resuscitation [1].

It is still unclear when to start AVP/TP therapy in catecholamine-resistant shock. Recently, a large study in adults with septic shock demonstrated the beneficial effects of initiating AVP therapy before noradrenaline requirements exceed 0.6 μg.kg$^{-1}$.min$^{-1}$ [24]. This is in accordance with some data from this review. In a small series of extremely low birth weight infants the surviving infants received noradrenaline and adrenaline in a dosage < 0.6 μg.kg$^{-1}$.min$^{-1}$ prior to AVP medication [15]. There is still no clear concept about the starting dose of AVP/TP therapy in a paediatric population. Due to the lack of reference values in children, the doses are often extrapolated from adult patient reports [4, 13]. This uncertainty regarding the dose is reflected by a great range of AVP and TP doses in the 17 studies.

© 2007 The Authors
Journal compilation © 2007 The Association of Anaesthetists of Great Britain and Ireland

PAR-VASO-0007848

All 17 reports demonstrated an increase in arterial blood pressure that can be explained by the direct systemic vasoconstrictor properties of AVP and TP (mediated by V1 receptors) [1–17]. Under normal conditions and at normal physiological concentrations, AVP does not have a major role in the vascular regulation of blood pressure. Plasma AVP concentrations of about 50 pg.ml$^{-1}$ must be attained before a significant increase in mean arterial blood pressure is achieved in humans [25]. However, during hypotension caused by hypovolaemia, plasma AVP levels increase and this is important for preserving perfusion pressure [26]. AVP has been shown to augment the sensitivity of the vasculature to noradrenaline [27]. Conventional inotropes could be reduced after AVP/TP treatment in most patients in our review [2–7, 9, 11–15], a finding consistent with studies in adults [21, 28]. Aside from the potent intrinsic vasoconstrictive properties of AVP/TP, the increased sensitivity to noradrenaline may explain why inotropes, and in particular noradrenaline dosage, could be reduced after the introduction of AVP in these studies.

Following restoration of tissue perfusion, an increase in urine output was seen in five studies after AVP/TP administration [7, 8, 10, 14, 15], which is in agreement with data from adult studies [29, 30]. Two studies failed to demonstrate an increase in urine output [9, 16]. In the remaining 10 reports, urine output was not specified as an outcome parameter. Under physiological conditions, AVP regulates urine osmolality by increasing the permeability of the luminal membranes of the principal cells of the collecting ducts of the kidney. V2 receptors, located at the baso-lateral membrane of the principal cells, are activated and increase intracellular cyclic AMP, which via protein kinase activation causes aquaporin to fuse with the luminal membrane. This concentrates the urine. Vasopressin also enhances the concentration of the urine by other mechanisms; including increasing the medullary concentration gradient by activating a distinct urea transporter and decreasing the inner medullary blood flow without altering the cortical blood flow [31]. However, in supra-physiological concentrations AVP causes a substantive increase in arterial blood pressure with a subsequent increase in renal perfusion. This is most likely the cause of increased urine output after AVP/TP administration [15].

Endogenous AVP is normally released upon stimulation by increased plasma osmolality or decrease in blood volume or pressure. Experimental and clinical studies have demonstrated that septic shock is associated with a biphasic response in AVP levels. Plasma AVP concentrations increase dramatically during the initial phase of septic shock (very high levels of AVP > 500 pg.ml$^{-1}$), and then rapidly decrease to inappropriately low AVP

levels [32, 33]. In 19 adult patients with advanced vasodilatory septic shock Landry et al. [19] reported AVP levels of 3.1 (SD 0.4) pg.ml$^{-1}$ (in two patients who received exogenous AVP, the AVP levels increased to 27 and 34 pg.ml$^{-1}$, respectively). In contrast, in a group of 12 patients with cardiogenic shock and hypotension of similar duration AVP levels were 22.7 (SD 2.2) pg.ml$^{-1}$ [19]. Tsuneyoshi et al. reported that AVP plasma concentration of 16 critically ill septic adults increased from a baseline level of 7.3 (SD 8.5) pg/ml to 289.3 (SD 64.7) pg.ml$^{-1}$ during AVP infusion [22]. Conflicting with the above stated studies, a prospective study demonstrated elevated AVP levels in children with septic shock, and no AVP deficiency was observed [34]. Compared with values for adults with established septic shock, the values obtained were significantly higher. In addition, serial AVP levels in children with septic shock did not show any significant changes or trends [34]. In our review, two studies measured endogenous AVP concentrations [8, 16]. In the study by Masutani et al. [8] endogenous AVP concentrations were low (8.0 (SD 6.6) pg.ml$^{-1}$) and significantly increased after AVP administration. In the study by Rosenzweig et al. [16] AVP was measured only in three patients, two of whom showed AVP deficiency (respectively 1.9 and 4.4 pg.ml$^{-1}$).

The overall mortality rate of 52/109 (48%) in our study population was high despite starting AVP/TP. This may be due in part to the fact that in all 17 reports AVP/TP was used as a rescue therapy when tissue hypoperfusion had resulted in end-organ damage. This was reflected by elevated serum lactate levels, in particular in non-survivors in some studies [3, 7, 11, 15, 17]. The cumulative mortality rate reported in this study is higher when compared with existing data in children with severe septic shock (mortality rate of 10–39%) [35–37]. Moreover, mortality was extremely high when AVP/TP was used in patients close to death [9], and in patients with depressed left ventricular function [9, 15, 16]. This raises the question of whether these drugs might have a higher efficacy if introduced earlier in the course of cardio-circulatory failure [3].

Given the limited number of patients, it is impossible to appreciate the full spectrum of potential side-effects related to AVP/TP. Only four reports detected side-effects and these included severe cutaneous ischaemia, severe ischaemia of the gut, hepatic necrosis possibly caused by AVP, neurologic deficits as well as ischaemia of the limbs requiring amputation [4, 5, 15, 17]. The three patients who required amputation of the limbs suffered from severe meningococcal disease ($n = 8$), and had profound ischaemia prior to starting TP [4]. As there was no control group, it remains unclear whether TP was an additional causative factor in the development of tissue

© 2007 The Authors
Journal compilation © 2007 The Association of Anaesthetists of Great Britain and Ireland

PAR-VASO-0007849

necrosis in these patients. In one study, severe ischaemia of a lower limb and the gut was associated with TP and concomitant arterial catheterisation [17]. In future studies, it will be important to assess adverse effects related to AVP/TP administration in children (ischaemia of the brain, heart, gut, limbs, etc.).

It is still not clear whether AVP or TP is more effective in reversing various forms of catecholamine-resistant shock. In our review, AVP and TP were used almost equally (eight vs nine studies). The direct comparison of the efficacy of AVP vs TP is impeded by the fact that the two study populations differed. However, some advantages of AVP over TP should be taken into consideration. Whereas AVP is usually given as a continuous infusion, TP, the analogue of AVP with a longer duration of action (a half-life of 6 h vs 6 min for AVP), is given intermittently [2, 5, 11–13]. As haemodynamic profiles may change rapidly in children with (septic) shock – that is, transformation from hyperdynamic to hypodynamic shock with high systemic vascular resistance [38] – the use of AVP with a shorter duration of action seems more appropriate.

Eleven case series included in this study fulfilled the criteria for level four studies as defined by the Oxford Centre for Evidence-based Medicine Levels of Evidence (http://www.cebm.net/index.aspx?o=1025). Based on these results, there is no strong evidence to support the use of AVP/TP in children with catecholamine-resistant shock (grade of recommendation C). One must also recognise that not all evidence relating to this topic may have been made accessible to the medical community in published form. Failure to publish negative results, in particular as single case reports, is a potential gap, possibly resulting in a positive publishing bias in our review. However, one has to take into consideration that of the 109 reported cases, only six were single case reports. Thus, the presented data indicate that AVP/TP is effective in reversing catecholamine-resistant shock in children. A further shortcoming is the fact that AVP/TP was used in heterogeneous clinical settings, with regard both to underlying disease and to age.

This study summarises the limited experience of AVP/TP in children with catecholamine-resistant shock. There are some data suggesting that AVP/TP may be a viable rescue therapy for these patients when conventional therapies fail. To delineate the role of AVP/TP in catecholamine-resistant shock, further assessment of AVP/TP in children is necessary. Future clinical trials should define the efficacy and safety profile of AVP/TP in various forms of catecholamine-resistant shock, and determine when AVP/TP should best be started in children. As the results of these studies are unlikely to be available in the near future, and given the high mortality

associated with these conditions, AVP/TP should be considered a rescue therapy in catecholamine-refractory shock in children [36, 37].

## References

1 Matok I, Vardi A, Augarten A, et al. Beneficial effects of terlipressin in prolonged pediatric cardiopulmonary resuscitation. A case series. *Critical Care Medicine* 2007; **35**: 1161–4.

2 Salluh JI, Martins GA, Santino MS, Araujo LV, Freitas GG, Verdeal JC. Early use of terlipressin in catecholamine-resistant shock improves cerebral perfusion pressure in severe traumatic brain injury. *Acta Anaesthesiologica Scandinavica* 2007; **51**: 505–8.

3 Lechner E, Hofer A, Mair R, Moosbauer W, Sames-Dolzer E, Tulzer G. Arginine-vasopressin in neonates with vasodilatory shock after cardiopulmonary bypass. *European Journal of Pediatrics* 2007: DOI 10.1007/s00431-006-0400-0.

4 Rodriguez-Nunez A, Lopez-Herce J, Gil-Anton J, Hernandez A, Rey C. RETSPED: Working Group of the Spanish Society of Pediatric Intensive Care. Rescue treatment with terlipressin in children with refractory septic shock: a clinical study. *Critical Care* 2006; **10**: R20.

5 Zeballos G, Lopez-Herce J, Fernandez C, Brandstrup KB, Rodriguez-Nunez A. Rescue therapy with terlipressin by continuous infusion in a child with catecholamine-resistant septic shock. *Resuscitation* 2006; **61**: 151–3.

6 Vasudevan A, Lodha R, Kabra SK. Vasopressin infusion in children with catecholamine-resistant septic shock. *Acta Paediatrica* 2005; **9**: 380–3.

7 Matok I, Vard A, Efrati O, et al. G. Terlipressin as rescue therapy for intracable hypotension due to septic shock in children. *Shock* 2005; **23**: 305–10.

8 Masutani S, Senzaki H, Ishido H, et al. Vasopressin in the treatment of vasodilatory shock in children. *Pediatrics International* 2005; **47**: 132–6.

9 Efrati O, Modan-Moses D, Vardi A, Matok I, Bazilay Z, Paret G. Intravenous arginine vasopressin in critically ill children: is it beneficial? *Shock* 2004; **22**: 213–7.

10 Lechner E, Dickerson HA, Fraser CD Jr, Chang AC. Vasodilatory shock after surgery for aortic valve endocarditis: use of low-dose vasopressin. *Pediatric Cardiology* 2004; **25**: 558–61.

11 Matok I, Leibovitch L, Vardi A, et al. Terlipressin as rescue therapy for intracable hypotension during neonatal septic shock. *Pediatric Critical Care Medicine* 2004; **5**: 116–8.

12 Peters MJ, Booth RA, Petros AJ. Terlipressin bolus induces systemic vasoconstriction in septic shock. *Pediatric Critical Care Medicine* 2004; **5**: 112–5.

13 Rodriguez-Nunez A, Fernandez-Sanmartin M, Martinon-Torres F, Gonzalez-Alonso N, Martinon-Sanchez JM. Terlipressin for catecholamine-resistant septic shock in children. *Intensive Care Medicine* 2004; **30**: 477–80.

14 Liedel JL, Meadow W, Nachman J, Koogler T, Kahana MD. Use of vasopressin in refractory hypotension in children with vasodilatory shock: five cases and a review of the literature. *Pediatric Critical Care Medicine* 2002; **3**: 15–8.

PAR-VASO-0007850

15 Meyer S, Gottschling S, Baghai A, Wurm D, Gortner L. Arginine–vasopressin in catecholamine-refractory septic versus non-septic shock in extremely low birth weight infants with acute renal injury. *Critical Care* 2006; **10**: R71.

16 Rosenzweig EB, Starc TJ, Chen JM, et al. Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. *Circulation* 1999; **100** (19 Suppl.): II182–6.

17 Borrego R, Lopez-Herce J, Mencia S, Carillo A, Sancho L, Bustinza A. Severe ischemia of the lower limb and of the intestine associated with systemic vasoconstrictor therapy and femoral arterial catheterisation. *Pediatric Critical Care Medicine* 2006; **7**: 267–9.

18 Kam PC, Williams S, Yoong FF. Vasopressin and terlipressin. pharmacology and its clinical relevance. *Anaesthesia* 2004; **59**: 993–1001.

19 Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation* 1997; **95**: 1122–5.

20 Lin IY, Ma HP, Lin AC, Chong CF, Lin CM, Wang TL. Low plasma vasopressin/norepinephrine ratio predicts septic shock. *American Journal of Emergency Medicine* 2005; **23**: 718–24.

21 O'Brien A, Clapp L, Singer M. Terlipressin for norepinephrine–resistant septic shock. *Lancet* 2002; **359**: 1209–10.

22 Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Boyle WA 3rd. Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatatory septic shock. *Critical Care Medicine* 2001; **29**: 487–93.

23 Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW. A prospective randomised trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. *Circulation* 1997; **96** (Suppl. II): II286–290.

24 Luckner G, Dunser MW, Jochberger S, et al. Arginine-vasopressin in 316 patients with advanced vasodilatory shock. *Critical Care Medicine* 2005; **33**: 2659–66.

25 Mohring J, Glanzer K, Maciel JA Jr, et al. Greatly enhanced pressor response to antidiuretic hormone in patients with impaired cardiovascular reflexes due to idiopathic orthostatic hypotension. *Journal of Cardiovascular Pharmacology* 1980; **2**: 367–76.

26 Minaker KL, Meneilly GS, Young JB, et al. Blood pressure, pulse, and neurohumoral response to nitroprusside-induced hypotension in normotensive aging men. *Journal of Gerontology* 1991; **46**: M151–4.

27 Noguera I, Medina P, Segarra G, et al. Potentiation of vasopressin of adrenergic vasoconstriction in the rat isolated mesenteric artery. *British Journal of Pharmacology* 1997; **122**: 431–8.

28 Dunser MW, Mayr AJ, Ulmer H, et al. The effects of vasopressin on systemic haemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. *Anesthesia and Analgesia* 2001; **93**: 7–13.

29 Albanèse J, Leone M, Delmas A, Martin C. Terlipressin or norepinephrine in hyperdynamic septic shock: a prospective, randomised study. *Critical Care Medicine* 2005; **33**: 1897–902.

30 Patel BM, Chittok DR, Russell JA, Walley KR. Beneficial effects of short-term vasopressin infusion during septic severe septic shock. *Anesthesiology* 2002; **96**: 576–82.

31 Franchini KG, Cowley AW. Renal cortical and medullary blood flow responses during water restriction: role of vasopressin. *American Journal of Physiology* 1996; **270**: R1257–64.

32 Aiura K, Ueda M, Endo M, Kitajima M. Circulating concentrations and physiologic role of atrial natriuretic peptide during endotoxic shock in the rat. *Critical Care Medicine* 1995; **23**: 1898–906.

33 Giusti-Paiva A, De Castro M, Antunes-Rodrigues J, Carnio EC. Inducible nitric oxide synthase pathway in the central nervous system and vasopressin release during experimental septic shock. *Critical Care Medicine* 2002; **30**: 1306–10.

34 Lodha R, Vivekanandhan S, Sarthi M, Kabra SK. Serial circulating vasopressin levels in children with septic shock. *Pediatric Critical Care Medicine* 2006; **7**: 220–4.

35 Angus DC, Linde-Zwirble WT, Liddicker J, Clermont G, Carcillo J, Pinsky MR. Epidemiology of severe sepsis in the United States: Analysis of incidence, outcome, and associated costs of care. *Critical Care Medicine* 2001; **29**: 1303–10.

36 Kyr MM, Fedora MM, Elbl LL, Kugan NN, Michalek JJ. Modeling effect of septic condition and trauma on C-reactive protein levels in children with sepsis: a retrospective study. *Critical Care* 2007; **11**: R70.

37 Samransamruajkit R, Heranrat T, Praphal N, Sritippayawan S, Deerojanawong J, Poovorawan Y. Levels of protein C and clinical factors in early phase of pediatric septic shock may be associated with the risk of death. *Shock* 2007. DOI 10.1097/shk.0b013e318054de02.

38 Berg RA. A long-acting vasopressin analog for septic shock: brilliant idea or dangerous folly? *Pediatric Critical Care Medicine* 2004; **5**: 188–9.

© 2007 The Authors
Journal compilation © 2007 The Association of Anaesthetists of Great Britain and Ireland

PAR-VASO-0007851

# Cardiovascular Responses to Norepinephrine and Arginine Vasopressin Infusion in Chronically Catheterized Fetal Lambs

Yoshiaki Miyake, M.D.
Yuji Murata, M.D.
John Hesser, M.D.
James Tyner

Fetal cardiovascular responses to infused norepinephrine (NE) and arginine vasopressin (AVP) were compared in bilaterally vagotomized and chronically catheterized (control) fetal lambs. In the control fetuses, NE infusion was characterized during the first five minutes by a decreased fetal heart rate (FHR) and increased mean arterial blood pressure (MABP) and by a preejection period (PEP) followed by a gradual return to the original values. NE infusion in vagotomized fetuses was followed by tachycardia, decreased PEP without the initial pro-

From the Division of Maternal-Fetal Medicine, Department of Obstetrics and Gynecology, University of California, Irvine, Orange.

Address reprint requests to: Yuji Murata, M.D., Division of Maternal-Fetal Medicine, Department of Obstetrics and Gynecology, University of California, Irvine, 101 The City Drive, Orange, CA 92668.

longation and an MABP response similar to that in the controls. AVP in control fetuses caused a persistent decrease in the FHR and increase in MABP and PEP. Vagotomy affected only the FHR response: the decrease was persistent but smaller. AVP produced persistent fetal cardiovascular responses regardless of vagotomy; however, the biphasic response FHR pattern, suggestive of NE tachyphylaxis, was eliminated by vagotomy.

## Introduction

Evaluation of fetal cardiovascular function is important in assessing antepartum and intrapartum fetal well-being. In the course of fetal compromise certain cardiovascular events are regarded as elements of the neural and hormonal response to stress.

Norepinephrine (NE) and arginine vasopressin (AVP) appear to affect blood flow redistribution during fetal hypoxia. Researchers have observed that umbilical cord blood AVP levels were higher in infants born vaginally than in those delivered by cesarean section.[1-3] Parboosingh et al[3] reported that elevated cord blood AVP was found in acidotic infants with fetal distress whether delivered vaginally or abdominally. Gaffney et al[4] noted a correlation between AVP levels and such classic signs of fetal distress as bradycardia and meconium staining of amniotic fluid.

A study of cardiovascular responses to AVP and NE in chronically catheterized fetal lambs was undertaken in an effort to characterize the role of AVP in normal and hypoxic fetal physiology. Bilateral vagotomy was utilized to aid in defining the neural elements of the different fetal cardiac responses to NE and AVP.

## Materials and Methods

Fourteen fetal lambs between 120 and 140 gestational days were chronically catheterized in accordance with previously described surgical procedures.[5] Polyvinyl catheters were placed in the external branches of the jugular vein and carotid artery, and the tips were advanced to approximate the right atrium and ascending aorta. Shielded coaxial electrocardiogram (ECG) electrodes were sutured subcutaneously on each side of the fetal chest wall. All catheters and electrodes were brought to the exterior flank of the ewe following a double-layer pathway. Five fetuses were also bilaterally vagotomized by excision of approximately 5 mm of nerve at a level just caudal to the carotid bifurcation. All experiments were conducted on the fifth or later postoperative day to ensure recovery of the mother and fetus.

PAR-VASO-0007852

After a 30-minute control period with saline infusion, either NE (3 μg/min) or AVP (4.9 mIU/min) was infused intravenously for 30 minutes. Periodic arterial blood samples were drawn for determination of fetal and maternal blood pH and gas tension. Additional blood samples were collected in heparinized tubes with ethylenediaminetetraacetic acid (EDTA) (0.01 mL of 15% EDTA:mL of blood) and centrifuged (3,000 rpm, ~4° C). The plasma was separated immediately and stored at −20° C for AVP assay. AVP was later determined with the use of the double antibody method of Skowsky et al.[6] Fetal heart rate (FHR), ECG and arterial blood pressure (FABP) were continuously monitored (model R612 rectilinear recorder, Beckman Instruments, Inc., Brea, CA). For determination of the preejection period (PEP) and FHR interval (R-R), the ECG and FABP were simultaneously recorded on photographic paper at 200 mm/sec (model 1858 Visicorder oscillographic recorder, Honeywell, Denver, CO). PEP was measured as the distance from the beginning of the fetal Q-wave to the onset of the systolic upstroke. Mean PEP and R-R intervals were derived from 20 consecutive cardiac cycles.

Tests were conducted according to the Guiding Principles for Research Involving Animals and Human Beings by the American Physiological Society.

Statistical comparisons were made with analysis of variance, Student's *t*-test and the paired *t*-test.

## Results

Infusion of NE at 0.92–1.34 μg/kg/min and AVP at 1.06–2.33 mIU/kg/min into control and vagotomized fetuses did not produce significant arterial blood gas effects (Table I). The resulting fetal blood AVP concentration, 12.8–23.9 μIU/mL, was comparable to that observed in fetal lambs during experimental hemorrhage or induced stress.[7,8]

**Table I** *Animals and Experiments*

| Animals/experiments | Control | | Vagotomized | |
|---|---|---|---|---|
| | NE | AVP | NE | AVP |
| Animals (n) | 5 | 5 | 6 | 4 |
| Experiments (n) | | | | |
| FHR FABP | 17 | 21 | 3 | 20 |
| PEP R-R | 12 | 7 | 3 | 13 |

NE = norepinephrine.
AVP = arginine vasopressin.
FHR = fetal heart rate.
FABP = fetal arterial blood pressure.
PEP = preejection period.
R-R = FHR interval.

**Table II** *Fetal Arterial Blood pH and Gases Before and After Experiments*

| Arginine vasopressin/norepinephrine | Before (mean ± SD) | After (mean ± SD) |
|---|---|---|
| Arginine vasopressin (n = 41) | | |
| pH | 7.34 ±0.02 | 7.38 ±0.03 |
| $PCO_2$ (mm Hg) | 44.0 ±3.3 | 43.0 ±3.9 |
| $PO_2$ (mm Hg) | 19.4 ±2.3 | 19.6 ±3.1 |
| Hematocrit (%) | 32.9 ±4.3 | 32.0 ±4.9 |
| Norepinephrine (n = 20) | | |
| pH | 7.39 ±0.03 | 7.38 ±0.02 |
| $PCO_2$ (mm Hg) | 43.4 ±3.1 | 42.4 ±3.2 |
| $PO_2$ (mm Hg) | 20.4 ±2.2 | 19.4 ±1.9 |
| Hematocrit (%) | 31.7 ±3.5 | 32.9 ±3.5 |

### FHR and Arterial Blood Pressure in Control Fetuses

Five control animals were monitored for 30 minutes, then infused with NE and AVP (Table II).

NE. NE infusion was characterized by an up to 15% FHR decrease and a 30% FABP increase within the first five minutes (Figure 1). A gradual FHR increase to control levels in the next 10 minutes was followed by an additional 10% increase during the last 15 minutes.

FABP remained consistently higher than baseline levels throughout the NE infusion; however, each animal exhibited a tendency for an FABP decrease



**Figure 1**

Changes in fetal heart rate and mean arterial blood pressure during norepinephrine and arginine vasopressin infusion into fetal lambs with intact vagal nerves. FHR = fetal heart rate, FABP = fetal mean arterial blood pressure, NE = norepinephrine, AVP = arginine vasopressin.

PAR-VASO-0007853



**Figure 2**
Changes in fetal heart rate and mean arterial blood pressure during norepinephrine infusion into control fetal lambs at different gestational ages. FHR = fetal heart rate, FABP = fetal mean arterial blood pressure, NE = norepinephrine.

from the five-minute point onwards. The gradual but persistent decline in FABP (Figure 1) despite the continuing NE infusion was found to be significant on comparing consecutive five-minute observation points ($P < .01$).

All the animals showed the same tendencies in their FHR and FABP responses. The magnitude of change during the infusion appeared to be affected by gestational age (Figure 2): younger fetuses showed a smaller decrease in FHR and greater increase in FABP.

*AVP.* AVP infusion resulted in a 20% FHR decrement and 10% FABP increment (Figure 1). The FHR decrease achieved statistical significance ($P < .01$) from 5 minutes onwards and was stable from the 15th minute of infusion.

FABP increased slowly but continuously throughout the AVP infusion period. The FABP difference between successive five-minute periods achieved statistical signicance ($P < .01$).

The FABP response of fetuses aged 120–129 days and that of fetuses 140 days and older achieved significance ($P < .01$). No other statistically significant age differences were found (Figure 3).

*FHR and Arterial Blood Pressure in Vagotomized Fetuses*

Vagotomy was followed by FHR tachycardia to more

than 200 beats per minute in all the fetuses. The FHR gradually diminished and reached the baseline within two hours of vagotomy. The baseline FHR and FABP of vagotomized fetuses did not differ significantly from those of controls of comparable gestational age.

The vagotomized animals received NE and AVP in separate infusions (Table II).

*NE.* Vagotomized fetuses (Figure 4) responded to NE infusion with a marked (60–70%) and sustained FHR increase as compared to the biphasic response of the controls (Figure 1).

The FABP response of vagotomized animals to NE infusion (Figure 4) was essentially comparable to the control response (Figure 1).

No statistically significant gestational age differences were found.

*AVP.* AVP infusion elicited a 10% sustained FHR decrease (Figure 4). It was smaller than the control group response (Figure 1).

FABP increased 30% with the AVP infusion (Figure 4). The effect exceeded the response of the control group (Figure 1).

The FABP responses (Figure 5) for the fetal age groups of 120–129 days and 140 days and over differed significantly ($P < .01$). No other statistically significant age differences were noted.

*PEP and R-R Interval Response*

Six fetuses with intact vagii and four vagotomized



**Figure 3**
Changes in fetal heart rate and mean arterial blood pressure during arginine vasopressin infusion into control fetal lambs at different gestational ages. FHR = fetal heart rate, FABP = fetal mean arterial blood presssure, AVP = arginine vasopressin.

PAR-VASO-0007854



**Figure 4**
Changes in fetal heart rate and mean arterial blood pressure during norepinephrine and arginine vasopressin infusion into vagotomized fetal lambs. FHR = fetal heart rate, FABP = fetal mean arterial blood pressure, NE = norepinephrine, AVP = arginine vasopressin.

fetuses were studied (Table II). There was a significant correlation between the PEP duration and R-R interval ($P < .01$), PEP and fetal gestational age ($P < .01$), and gestational age and R-R interval ($P < .01$). At gestational age 120 days, however, there was no significant correlation between PEP (PEP120) and the R-R interval of control ($P > .05$) and vagotomized ($P > .05$) animals. For purposes of analysis, therefore, PEP120 was selected as independent of both gestational age and the R-R interval.

*PEP120 Responses in Control Fetuses*

*NE.* Six control animals received NE and AVP infusions on separate occasions (Table I). There was a significant shortening of the PEP duration ($P < .001$) until the NE infusion ended (Figure 6).

*AVP.* AVP infusion prolonged the PEP120 significantly ($P < .01$) during the initial 10 minutes (Figure 6). During the remaining infusion period the PEP120 tended toward recovery. The mean PEP120 was not significantly lengthened from 15 minutes onward ($P > .05$). There was an accompanying significant increase in pulse pressure over the same period ($P < .02$).

*PEP120 Responses in Vagotomized Fetuses*

Four vagotomized animals received NE and AVP infusions (Table II).

*NE.* The response to NE infusion was significant ($P < .01$) and persistent, with PEP120 shortening (Figure 6). The period of initial wide variation that distinguished the control response was not present, and the variation magnitude was much less overall. PEP120 shortening was significantly greater than that in the control animals ($P < .01$).

*AVP.* AVP infusion resulted in persistent and significant PEP120 prolongation ($P < .01$) as compared to the initial PEP duration (Figure 6). A significant increase in pulse pressure was also observed in this group ($P < .001$).

**Discussion**
*NE Infusion*

The level of plasma catecholamines, such as NE, has been shown to rise with fetal hypoxia. NE produces strong direct peripheral vasoconstrictive and baroreflex cardiac effects in the fetus. Iwamoto et al[9] noted that blood flow redistribution occurred in fetuses during AVP infusion. Redistribution was observed by Rosenfeld et al[10] during an NE infusion into adult sheep. This redistribution was characterized by a preferential flow to the brain, heart and adrenals and by diminished flow to the peripheral organs and lungs.[11]

The results of our study indicate that NE vasoactive function may not be sustained. Maximal vaso-



**Figure 5**
Changes in fetal heart rate and mean arterial blood pressure during arginine vasopressin infusion into vagotomized fetal lambs at different gestational ages. FHR = fetal heart rate, FABP = fetal mean arterial blood pressure, AVP = arginine vasopressin.



**Figure 6**
Preejection period (at 120 gestational days) (PEP120) changes during norepinephrine and arginine vasopressin infusion into control and vagotomized fetal lambs. NE = norepinephrine, AVP = arginine vasopressin.

constriction (FABP elevation) occurred approximately five minutes after initiation of the NE infusion. In control and vagotomized fetuses, FABP was observed to decline gradually during the remaining period of infusion. In controls, FHR recovered from the initial vagally mediated baroreflex inhibition within 15 minutes and continued to increase above the baseline to the conclusion of the NE infusion.

Initial prolongation of PEP was seen in the majority of control fetuses during the first 5–10 minutes of the NE infusion. It probably was the consequence of the increased cardiac afterload with NE vasoconstriction. PEP then tended to return to the original duration and shorter ones. This shortening is presumed to be an NE inotropic effect. Vagotomized fetuses did not exhibit initial PEP prolongation despite the FABP increase. Moreover, the PEP shortening was significantly greater than in control animals. Vagotomy did not appear to alter PEP; therefore, the difference in PEP response to NE does not seem to be simply the presence or absence of vagal control.

The relationship between PEP and R-R interval (or heart rate) is uncertain. Organ et al[12] reported an inverse relation between PEP and FHR and stated that it was independent of gestational age. Robinson et al[13] and Murata et al[14] separately observed no steady state direct relationship between those parameters. In our study there was no direct relationship between the R-R interval and PEP when the effect of gestational age was eliminated (PEP120).

*AVP Infusion*

The AVP infusion into fetal lambs increased the FABP and decreased the FHR.[9] Those responses were not prevented by prior treatment with atropine. With AVP a redistribution of the fetal blood flow occurred, similar to that observed during fetal hypoxia.[15,16]

Our study confirmed previous observations as regards control animals. Unlike our findings for NE, the FABP and FHR response to AVP was sustained through the infusion period.

Vagotomy failed to prevent an FHR decrease during AVP infusion. The decrement was smaller even though FABP increased more than in control fetuses. An enhanced FABP response to exogenous AVP might result from the increased vascular tone produced by an increase in endogenous AVP, as reported by Cowley et al.[17] They observed greater blood pressure sensitivity to AVP after baroreceptor denervation in dogs. A significant rise in the level of endogenous AVP in vagotomized fetuses as compared to controls has been reported.[5]

Our results suggest that the bradycardia response to AVP in the fetal lamb might result partially from a vagal reflex mechanism, but there also appears to be a direct effect of AVP upon the fetal heart and/or central nervous system. The persistent prolongation of PEP in both control and vagotomized fetuses supports a direct AVP myocardial action. Varma et al[14] showed that the bradycardia induced by AVP was only slightly attenuated by vagotomy, by spinal cord section at C-2 or by vagotomy combined with cord section. They also demonstrated that AVP infusion into the lateral or fourth ventricle elicited profound bradycardia.

Wang[18] reported similar steady state AVP concentrations for plasma and the cerebrospinal fluid in the anesthetized dog. It is possible that infused AVP may influence the fetal cardiovascular system less directly through the avenue of the cerebrospinal fluid and central nervous system.

Rurak et al[7] demonstrated that the endogenous AVP release correlated with arterial $Po_2$ and pH. A significant correlation of cord arterial AVP and pH was reported by Parbossingh et al.[3] Murata and coworkers[19,20] have shown a significant inverse correlation between PEP, fetal pH and PEP prolongation. Iwamoto et al[9] demonstrated that the administration of AVP to fetal lambs increased the proportion of total flow to the heart. The actual blood flow was unchanged despite an increase in peripheral vascular resistance. Endogenous AVP may be a factor in the prolongation of PEP associated with fetal acidemia

PAR-VASO-0007856

before acidosis diminishes myocardial contractility.

During acute hypoxemia there is a significant negative correlation between plasma catecholamine levels and arterial $Po_2$.[21] According to our results, the level of AVP may be dependent on pH as well as $Po_2$. In a continuing hypoxic state with acidosis, diminishing NE vasoconstrictor function in the maintenance of blood flow redistribution and oxygen conservation may be augmented concurrently with increasing AVP support.

## Acknowledgments

Lanie M. Adamson, M.S. provided editorial support in the preparation of the manuscript.

## References

1. Chard T, Hudson CN, Edwards CRW, et al: Release of oxytocin and vasopressin by the human foetus during labour. Nature 234:352, 1971

2. DeVane GW, Porter JC: An apparent stress-induced release of arginine vasopressin by human neonates. J Clin Endocrinol Metab 51:1412, 1980

3. Parboosingh J, Lederis K, Ko D, et al: Vasopressin concentration in cord blood: Correlation with method of delivery and cord pH. Obstet Gynecol 60:179, 1982

4. Gaffney PR, Jenkins DM: Vasopressin: Mediator of the clinical signs of fetal distress. Br J Obstet Gynaecol 90:987, 1983

5. Murata Y, Miyake Y, Yamamoto T, et al: Experimentally produced sinusoidal fetal heart rate pattern in the chronically instrumented fetal lamb. Am J Obstet Gynecol 153:693, 1985

6. Skowsky WR, Rosenbloom AA, Fisher DA: Radioimmunoassay of arginine vasopressin in serum: Development and application. J Clin Endocrinol Metab 38:278, 1974

7. Rurak DW: Plasma vasopressin levels during hypoxaemia and the cardiovascular effects of exogenous vasopressin in foetal and adult sheep. J Physiol Lond 277:341, 1978

8. Rurak DW: Plasma vasopressin levels during haemorrhage in mature and immature foetal sheep. J Dev Physiol 1:91, 1979

9. Iwamoto HS, Rudolph AM, Keil LC, et al: Hemodynamic responses of the sheep fetus to vasopressin infusion. Circ Res 44:430, 1979

10. Rosenfeld CR, West J: Circulatory response to systemic infusion of norepinephrine in the pregnant ewe. Am J Obstet Gynecol 127:376, 1977

11. Peeters LL, Sheldon RE, Jones MD Jr, et al: Blood flow to fetal organs as a function of arterial oxygen content. Am J Obstet Gynecol 135:637, 1979

12. Organ LW, Bernstein A, Hawrylyshyn PA: The pre-ejection period as an antepartum indicator of fetal well-being. Am J Obstet Gynecol 137:810, 1980

13. Robinson HP, Adam AH, Fleming JE, et al: Fetal electromechanical intervals in labour. Br J Obstet Gynaecol 85:172, 1978

14. Murata Y, Pijls N, Miyake K, et al: Antepartum determination of the pre-ejection period of fetal cardiac cycle: Its relation to newborn body weight. Am J Obstet Gynecol 133:515, 1979

15. Varma S, Bhuwaneshwar PJ, Bhargava KP: Mechanism of vasopressin-induced bradycardia in dogs. Circ Res 24:787, 1969

16. Cohn HE, Sacks EJ, Heyman MA, et al: Cardiovascular responses to hypoxemia and acidemia in fetal lambs. Am J Obstet Gynecol 120:817, 1974

17. Cowley AW Jr, Monos E, Guyton AC: Interaction of vasopressin and the baroreceptor reflex system in the regulation of arterial blood pressure in the dog. Circ Res 34:505, 1974

18. Wang BC, Share L, Crofton JT, et al: Changes in vasopressin concentration in plasma and cerebrospinal fluid in response to hemorrhage in anesthetized dogs. Neuroendocrinology 33:61, 1981

19. Murata Y, Martin CB Jr, Ikenoue T, et al: Cardiac systolic time intervals in fetal monkeys: Pre-ejection period. Am J Obstet Gynecol 132:285, 1978

20. Murata Y, Miyake K, Quilligan EJ: Pre-ejection period of cardiac cycle in fetal lamb. Am J Obstet Gynecol 133:509, 1979

21. Comline RS, Silver M: The release of adrenaline and noradrenalin from the adrenal glands of the foetal sheep. J Physiol Lond 156:424, 1961

PAR-VASO-0007857

# Bioavailability Assessment of Arginine-Vasopressin (AVP) Using Pharmacokinetic–Pharmacodynamic (PK–PD) Modeling in the Rat

Makoto Miyazaki,[a] Shin-ichi Sawada,[a] Takayoshi Nishide,[a] Kazunori Iwanaga,[a] Kazuhiro Morimoto,[b] and Masawo Kakemi*,[a]

*Department of Pharmaceutics, Osaka University of Pharmaceutical Sciences,[a] 4–20–1 Nasahara, Takatsuki, Osaka 569–1094, Japan and Department of Pharmaceutics, Hokkaido College of Pharmacy,[b] 7–1 Katsuraoka-cho, Otaru, Hokkaido 047–0264, Japan.* Received July 30, 1999; accepted September 17, 1999

A novel method of assessing the extent of oral bioavailability of arginine-vasopressin (AVP) from pharmacological data was presented. After intravascular administration (i.v. bolus or short-term infusion) of AVP to rats, the relationship between blood concentrations and its effect on both mean arterial pressure (hemodynamic effect) and urinary sodium concentration (anti-diuretic effect) was described on the basis of an integrated pharmacokinetic-pharmacodynamic (PK–PD) model. A direct model was used for the hemodynamic response, while an indirect response model, rather than a hypothetical link model was used for the anti-diuretic response. A sigmoid $E_{max}$ model was applied to describe the drug-receptor interaction. Pharmacological responses after intravascular administration of AVP were reasonably described by the PK–PD model. However, PD parameters estimated by the PK–PD analysis suggested that apparent receptor affinity rather than efficacy in i.v. bolus study was significantly higher than that in the short-term infusion study. This fact indicated that PK–PD relationship was influenced by the intravascular input rate of AVP. We then investigated the relationship between plasma concentration and amount of AVP bound to the $V_2$ receptors in the kidney. The result indicated that the amount of AVP bound to the receptors after i.v. bolus injection was always greater than that after short-term infusion. Since the PK–PD relationship after oral administration was almost identical with that after short-term infusion, the PK–PD model obtained in the short-term infusion study was used to assess the extent of oral bioavailability ($EBA_{p.o.}$). The $EBA_{p.o.}$ values, estimated from pharmacological effects (hemodynamic effect and anti-diuretic effect) after oral administration of 5 μg/kg of AVP were 0.68% to 0.93% and were almost identical with the actual $EBA_{p.o.}$ value (0.81%). From these results, we concluded that oral bioavailability of AVP was reasonably predicted by the PK–PD model, provided that appropriate pharmacological effects and appropriate intravascular dosing rate as a reference formulation are available. The method may be an alternative to methods based on plasma concentrations, when drug concentration cannot be measured and when appropriate pharmacological data are available.

Key words　bioavailability; pharmacological data; pharmacokinetics; pharmacodynamics; vasopressin; arginine-vasopressin (AVP)

The extent of bioavailability (*EBA*) is defined as the fraction or percent of an administered dose reaching the systemic circulation. It is one of the most important indexes for the evaluation of drug formulations. Most methods available for determining *EBA* use plasma concentration level after oral administration, with reference to similar data after intravenous administration. However, there are several reasons to use pharmacological response instead of plasma concentrations. For example, drug levels in plasma may not be available for lack of sensitivity, precision or accuracy in an analytical method, while high quality pharmacological response data are available. Recently, many endogenous peptides, cytokines and their analogues have been developed for clinical use. These drugs have potent pharmacological effects even at a very low dose; however, they are often eliminated rapidly from the systemic circulation. To maintain a constant plasma concentration, and usually to maintain a relatively constant response, various drug delivery system (DDS) technologies, particularly controlled-release formulations, have been applied to these drugs.[1,2] Although distinct pharmacological responses were observed after administration of these formulations, assessment of accurate *EBA* was often difficult, because of problems in measurement of blood concentrations. Instead of using the area under the plasma concentration–time curve (*AUC*), the area under the pharmacological effect–time curve (*AUE*) was often used to estimate bioavailability;

however, *AUE* is not always proportional to *AUC*,[3,4] and therefore *EBA* could not be estimated directly from *AUE*.[5]

The first approach for assessment of bioavailability from pharmacological data was the report of Smolen.[6,7] He presented both theory and various applications, and his method has been widely accepted; however, the applicability was limited because a large amount of pharmacodynamic data were required. Recently Gillespie and his coworkers provided a theoretical framework for a new, generalized method of assessing bioavailability from pharmacological data.[8—10] Their method was based on deconvolution and was highly generalized, but it has not been widely accepted because a mechanism-based pharmacodynamic model could not be incorporated into that model, while mechanisms of drug action and the relationship between drug concentration and receptor binding have recently been identified in many drugs.

The purpose of this study was to propose a method of assessing *EBA* from pharmacological responses. Vasopressin ([Arg$^8$]-vasopressin: AVP) was used as a model peptide drug. AVP is a nonapeptide-hormone and is often used clinically for hypophyseal diabetes insipidus. It has vasopressor activity by constricting the vascular smooth muscle and also has antidiuretic activity by changing water permeability in the collecting duct of the kidney. In the present study, we constructed a mechanism-based pharmacokinetic (PK)–pharmacodynamic (PD) model for two different pharmacological ef-

---

* To whom correspondence should be addressed.

© 2000 Pharmaceutical Society of Japan

fects of AVP, and assessed the extent of oral bioavailability ($EBA_{p.o}$) from pharmacological data, using the PK–PD model.

## MATERIALS AND METHODS

**Chemicals** AVP was purchased from Sigma Chemical Co. (St. Louis, MO). Camostat mesilate (FOY-305) was supplied by Ono Pharmaceutical Co., Ltd. (Osaka, Japan). Saline and lactated Ringer's solution were from Otsuka Pharmaceuticals, Ltd. (Tokyo, Japan). [Tyrosyl-3,5(n)-$^3$H]vasopressin [Arg$^8$] (7.4 MBq/ml) was purchased from Amersham Pharmacia Biotech AB (Uppsala, Sweden). All other reagents and solvents were of reagent grade and were obtained commercially (Wako Pure Chemical Industries, Osaka).

**Animals and Surgery** Male Wistar rats (Japan SLC, Inc., Shizuoka, Japan) weighing 240 to 280 g were used in this study. The rats were housed in constant environmental facilities (temperature: $24 \pm 1$ °C, humidity: $55 \pm 10$%) exposed to 12 : 12 h light–dark cycles and maintained on a standard diet, and tap water was given *ad libitum* for more than 1 week. On the day prior to the experiment, rats were lightly anesthetized with ethyl ether, and were implanted surgically with a combination of silastic (Dow Corning Corp., Midland, MI) and PE50 (Clay Adams, Parsippany, NJ) catheters into the right jugular vein for bolus injection and blood sampling. In the intravenous infusion study, rats were also implanted with a combination of PE10 and PE50 catheters into the right femoral vein and into the right femoral artery, for drug administration and measurement of the hemodynamic effect, respectively. In the oral administration study, rats were also implanted surgically a combination of PE10 and PE50 catheters into the esophagus. For collecting urine, another PE10 catheter was implanted into the bladder of the animals. All catheters, except that for the urine sampling, were externalized through the back in the neck region and secured. After closure, animals were housed individually and allowed to recover. Unless otherwise specified, all animal experiments were carried out under non-restraint, non-anesthesia and a fasting state. These animal experiments had all previously been approved by the Animal Experimentation Committee of Osaka University of Pharmaceutical Sciences.

**Determination of AVP Concentration in Plasma** AVP was dissolved in lactated Ringer's solution, and was injected into the jugular vein through the catheter at the dose levels of 25—250 ng/kg (administration volume: 0.1 ml). Blood samples were withdrawn from the jugular vein at predose (blank plasma), and at designated times up to 60 min postdose. The blood samples were transferred to test tubes containing dipotassium EDTA (1 mg/ml blood), and then centrifuged. Four hundred microliters of isolated plasma was stored frozen at $-20$ °C until assay. Plasma AVP concentrations were determined by the radioimmunoassay (AVP-RIA kit, Mitsubishi Petrochemical Co., Ltd., Tokyo).

**Determination of the Hemodynamic Effect of AVP** Each rat was housed in an individual metabolic cage and was left at least for 1 h. Then, blood pressure was measured *via* a strain gauge pressure transducer (P10EZ, Viggo-Spectramed Japan Co., Ltd., Tokyo) connected with the femoral artery catheter. Hemodynamic measurements (systolic pressure, di-

astolic pressure, and heart rate) before and after AVP administration were recorded every 30 s with a polygraph (Polygraph 366 system, NEC San-ei Instruments, Co., Ltd., Tokyo) and a digital oscilloscope (System 400, Nicolet Japan Corporation, Tokyo), connected with a microcomputer (Dyna-Book J-3100SS, Toshiba Corporation, Tokyo). AVP was given by i.v. bolus injection (1—5000 ng/kg, volume: 0.1 ml/kg), by short-term (10 min) infusion (1—5000 ng/kg, 4.0 ml/h) or by oral administration (5, 50 µg/kg, volume: 0.5 ml/kg). In the oral administration study, FOY-305 (2.5 mg/rat) was suspended in the AVP solution and was co-administered. Mean arterial pressure ($MAP$) was calculated from systolic blood pressure ($SBP$) and diastolic blood pressure ($DBP$) *via* the following equation:

$$MAP = \frac{(SBP - DBP)}{3} + DBP \quad (mmHg)$$

**Measurement of Sodium Concentration in Urine** Each rat was housed in a Bollman's cage and was infused with lactated Ringer's solution *via* the femoral vein catheter, at a rate of 7.4 ml/h for 2.5 h, and the urine flow rate was recorded. AVP (1—500 ng/kg) was then administered by bolus injection (administration volume: 0.1 ml) *via* the jugular vein or by short-term (10 min) infusion (7.4 ml/h) *via* the femoral vein. For the oral administration study, AVP was given with FOY-305 (2.5 mg/rat) at the dose levels of 1—50 ng/kg (administration volume: 0.5 ml) *via* the esophagus cannula. Urine samples were collected every 10 or 20 min after AVP administration for measurement of the urine flow rate and determination of urinary sodium concentration. The sodium concentration was analyzed by an atomic absorption spectrophotometer (AA-670, Shimadzu Corp., Tokyo). Since the decrease in urine flow rate after AVP administration was directly proportional to the increase of sodium concentration in the urine (data not shown), the effect of AVP on the urinary sodium concentration was considered a surrogate marker of the anti-diuretic effect of AVP.

**AVP Binding Receptor Assay** The binding of [$^3$H]AVP to the $V_2$ receptor of the kidney was determined by the acid-wash method reported by Sato *et al.*[1] Briefly, under pentobarbital Na anesthesia, [$^3$H]AVP was administered by constant infusion at the dose levels of 1—200 ng/ml (4 ml/h) for 60 min. At the end of the infusion, PE10 and PE50 catheters were implanted surgically into the renal artery and renal vein, respectively. The ureter was also cannulated. Krebs-Ringer bicarbonate buffer pH 7.4 (KRBB.: 120 mmol/l NaCl, 4.5 mmol/l KCl, 1 mmol/l MgSO$_4$, 1.8 mmol/l Na$_2$HPO$_4$, 0.2 mmol/l NaH$_2$PO$_4$, 25 mmol/l NaHCO$_3$, 1.25 mmol/l CaCl$_2$, 28 mmol/l D-glucose) was perfused at the flow rate of 1.9 ml/min for 10 min through the renal artery, and then the perfusate was switched to an acid buffer (pH 3.0). The outflow from the renal vein was collected and the radioactivity of [$^3$H]AVP was determined by a liquid scintillation counter. Assuming that the unbound [$^3$H]AVP was completely washed out by the 10 min KRBB. perfusion, the amount of bound AVP was calculated from the difference between the total amount of [$^3$H]AVP in the acid buffer outflow and the amount of [$^3$H]AVP in the KRBB. outflow for 30 min. Although [$^3$H]AVP was also filtered by the glomerulus during the perfusion, the amount of [$^3$H]AVP recovered in the urine was almost constant compared with the total amount recov-

NII-Electronic Library Service

ered from the renal vein and the ureter. Therefore, [³H]AVP filtered by the glomerulus was excluded in the total binding amount.

**Data Analysis** The concentration–time data was analyzed by a nonlinear regression program FKDM[12] using a MicroVAX II computer (DEC, Maynard, MS) or a PC/AT compatible personal computer. The differential equations were solved by Runge-Kutta-Gill method. Unless otherwise specified, $AUC$ was calculated by the linear trapezoidal method. $EBA_{p.o.}$ was calculated by the following equation:

$$EBA_{p.o.} = \frac{\dfrac{AUC_{p.o.}}{D_{p.o.}}}{\dfrac{AUC_{i.v.}}{D_{i.v.}}}$$

where $D_{p.o.}$ and $D_{i.v.}$ are the oral and intravenous dose of AVP, respectively.

## THEORETICAL

To determine the relationship between plasma concentration and pharmacological effects after intravascular administration of AVP, PK/PD models were constructed under the following assumptions: (1) the disposition of AVP is described by a conventional two compartment model, (2) the endogenous vasopressin is secreted into the central compartment by a zero-order rate process, (3) the distribution and elimination of AVP are described by first-order kinetics, and (4) the site of action is in the central compartment.

The model shown in Fig. 1A represents the PK–PD model for the hemodynamic effect of AVP after i.v. bolus injection, short-term infusion, and/or oral administration in the rat. For the i.v. bolus study, the differential equations of the model are,

$$\frac{dA_1}{dt} = R - (k_{12} + k_{10})A_1 + k_{21}A_2 \tag{1}$$

$$\frac{dA_2}{dt} = k_{12}A_1 - k_{21}A_2 \tag{2}$$

$$C_1 = \frac{A_1}{V} \tag{3}$$

where $A_1$ is the amount of AVP in the central compartment, $A_2$ is the amount of AVP in the peripheral compartment, $R$ is the zero-order production rate of endogenous vasopressin (pg/min), $k_{12}$, $k_{21}$ and $k_{10}$ are the first-order rate constant (min⁻¹) between each compartment, $C_1$ is the plasma concentration of AVP, and $V$ is the distribution volume (ml/kg) of the central compartment. At $t=0$, $A_1 = D + C_{00}V$, where $D$ is the bolus dose (pg/kg) of AVP and $C_{00}$ is the baseline concentration of endogenous vasopressin in plasma.

During the constant infusion study, the differential equation for the amount of AVP in the central compartment (Eq. 1) is replaced by Eq. 4:

$$\frac{dA_1}{dt} = K_{in} + R - (k_{12} + k_{10})A_1 + k_{21}A_2 \tag{4}$$

where $K_{in}$ is the zero-order infusion rate (pg/min) of AVP.

For oral administration study, the differential equations are,



Fig. 1. Diagrammatic Representation of the PK/PD Model for Hemodynamic Effect (A), Anti-diuretic Effect (B) and That Including Receptor-Binding Process (C) on a Rat

$$\frac{dA_{(p.o.)}}{dt} = -k_{a(p.o.)}A_{(p.o.)} - k_{a(p.o.)}A_{(p.o.)} \tag{5}$$

$$\frac{dA_1}{dt} = R + k_{a(p.o.)}A_{(p.o.)} - (k_{12} + k_{10})A_1 + k_{21}A_2 \tag{6}$$

$$k_{a(p.o.)} = \frac{E_{max(k_a)} \cdot ED_{50} \cdot 1G^{-5}}{ED_{50} + D_{(p.o.)}} \tag{7}$$

where $A_{(p.o.)}$ is the amount of AVP in the administration site (in the gastrointestinal tract) and $k_{a(p.o.)}$ is the first-order rate constant (min⁻¹) for the elimination and/or degradation from the gastrointestinal (GI) tract. Since AVP absorption from the GI tract showed a typical saturation kinetics (data not shown), it was assumed that $k_{a(p.o.)}$ value in Eq. 5 varies with dose, according to the Langmuir type equation as shown in Eq. 7, where $E_{max(k_a)}$ is the maximum value of absorption rate constant (min⁻¹), $ED_{50}$ is the dose when the absorption rate constant gives 50% of $E_{max(k_a)}$ and $D_{(p.o.)}$ is the oral dose of AVP.

Since there was no apparent counter-clockwise or clockwise hysteresis between the plasma concentration and the hemodynamic effect of AVP, a direct link model was applied. A

HI-Electronic Library Service

PAR-VASO-0007860

sigmoid $E_{max}$ model with a baseline effect was used to describe the relationship between plasma concentrations $C_1$ (pg/ml) and $MAP$ (mmHg).

$$MAP = MAP_0 + \frac{MAP_{max} \cdot C_1^{\gamma_{(MAP)}}}{EC_{50(MAP)}^{\gamma_{(MAP)}} + C_1^{\gamma_{(MAP)}}} \qquad (8)$$

where $MAP_0$ (mmHg) is the baseline level of mean arterial pressure, $MAP_{max}$ (mmHg) is the maximum hemodynamic effect of AVP, $EC_{50(MAP)}$ (pg/ml) is the plasma concentration of AVP that produces 50% of the $MAP_{max}$, and $\gamma_{(MAP)}$ is Hill's constant.

The model shown in Fig. 1B represents the PK–PD link model for the anti-diuretic response to AVP. The PK model for the disposition of AVP was identical to the model described above. Since there was typical counter-clockwise hysteresis between the plasma AVP concentration and the anti-diuretic effect, an indirect link model was introduced. It is well known that principal cells in the renal collecting duct have $V_2$ receptors on their basolateral membranes and that the anti-diuretic effect of AVP is mediated by the $V_2$ receptors by increasing the water permeability. From the facts, it is assumed that the central (plasma) compartment of AVP also involved the site of action; however, the mechanism of the anti-diuretic action requires time, resulting in a lag between concentration–time and effect–time relationship. As shown in Fig. 1B, we assumed two consecutive compartments, $U_{Na1}$ and $U_{Na}$, representing sodium concentrations (mmol/l) in the collecting duct. In the present model, influx of sodium to the collecting duct was described by a zero-order rate process and efflux of sodium from the collecting duct was described by first-order processes. A sigmoid $E_{max}$ model was also applied to explain the relationship between the plasma concentration of AVP and sodium influx in the $U_{Na1}$ compartment. The differential equations of the model are,

$$\frac{dU_{Na1}}{dt} = \frac{U_{NaMAX} \cdot C_1^{\gamma_{(Na)}}}{EC_{50(Na)}^{\gamma_{(Na)}} + C_1^{\gamma_{(Na)}}} + Ku_{in} - ku_{12}U_{Na1} \qquad (9)$$

$$\frac{dU_{Na}}{dt} = ku_{12}U_{Na1} - ku_{20}U_{Na} \qquad (10)$$

where $Ku_{in}$ is a zero-order influx rate (mmol/l/min) of sodium in the $U_{Na1}$ compartment, $U_{NaMAX}$ is the maximum effect (mmol/l/min) of AVP on sodium influx, and $EC_{50(Na)}$ is the AVP concentration (pg/ml) at 50% of $U_{NaMAX}$, $ku_{12}$ and $ku_{20}$ are first-order rate constants (min$^{-1}$), and $\gamma_{(Na)}$ is Hill's constant.

## RESULTS

**PK–PD Relationship** Plasma vasopressin concentration–time profiles after i.v. bolus injection of AVP are shown in Fig. 2 as plotting points. Although there was a baseline value due to the endogenous vasopressin, a two-exponential decline of plasma concentration was observed. These data were fitted to the model shown in Fig. 1A, and the PK parameters were estimated. The solid lines shown in Fig. 2 represent the results of least squares fit to the model and the estimated PK parameters are listed in Table 1. Since PK parameters were not different among the doses examined (data not shown), the disposition of AVP in the rat was assumed to be linear.



Fig. 2. Pharmacokinetic Profiles of AVP in Plasma after i.v. Bolus Injection of AVP at Doses of 25 (○), 50 (△) and 250 (□) ng/kg in Rats

Plotted points represent the mean ± S.E. of observations ($n=3$) and the solid lines represent theoretical curves.

Table 1. PK and PD Parameters after i.v. Bolus Injection and Short-Term Infusion of AVP in Rats

| Symbol | Bolus | Short-term infusion | Unit |
|---|---|---|---|
| $k_{12}$ | $0.0944 \pm 0.0200$ | | min$^{-1}$ |
| $k_{21}$ | $0.111 \pm 0.0360$ | | min$^{-1}$ |
| $k_{10}$ | $0.274 \pm 0.0210$ | | min$^{-1}$ |
| $V$ | $483.043 \pm 44.529$ | | ml/kg |
| $R$ | $0.382$ | | pg/ml/min |
| $T_{1/2}$ | $2.532 \pm 0.194$ | | min |
| | | | |
| $MAP_0$ | $113.025$ | $113.025$ | mmHg |
| $MAP_{max}$ | $53.589 \pm 4.405$ | $53.069 \pm 18.871$ | mmHg |
| $EC_{50(MAP)}$ | $19.137 \pm 4.344$ | $43.657 \pm 18.396$ | pg/ml |
| $\gamma_{(MAP)}$ | $1.591 \pm 0.391$ | $1.637 \pm 0.241$ | |
| | | | |
| $U_{NaMAX}$ | $61.324 \pm 24.204$ | $42.0726 \pm 10.559$ | mmol/l |
| $EC_{50(Na)}$ | $2.312 \pm 0.339$ | $8.390 \pm 8.298$ | pg/ml |
| $\gamma_{(Na)}$ | $3.036 \pm 0.607$ | $1$ | |
| $Ku_{in}$ | $0$ | $3.351 \pm 2.895$ | mmol/l/min |
| $Ku_{12}$ | $0.272 \pm 0.0414$ | $0.246 \pm 0.0568$ | min$^{-1}$ |
| $Ku_{20}$ | $0.195 \pm 0.0912$ | $0.0958 \pm 0.0373$ | min$^{-1}$ |

Data are expressed as the mean ± S.D.

Time courses of hemodynamic effects following i.v. bolus injection or short-term infusion of AVP are shown in Fig. 3 as plotting points. The hemodynamic effect reached a peak and then dissipated. This effect induced by AVP was dose-dependent and the time to reach the peak was consistently observed at just after administration of the drug. There was no symptom to reaching the maximum response even at the highest dose. These facts imply there is a direct relationship between plasma concentrations and the hemodynamic response to AVP. Time courses of anti-diuretic effects following i.v. bolus injection or short-term infusion of AVP are shown in Fig. 4 as plotting points. The anti-diuretic effect induced by AVP was also dose-dependent, however, the time to reach the peak effect increased with dose. No further increase in urinary sodium concentration at doses higher than 50 ng/kg was observed (data not shown). These facts imply there is no direct relationship between plasma concentrations and the anti-diuretic response to AVP.

NII-Electronic Library Service



Fig. 3. Comparison of Calculated MAP with Observations after i.v. Bolus Injection (A) and Short-Term Infusion (B) of AVP at Doses of 25 (○), 50 (△) and 100 (□) ng/kg in Rats

Plotted points represent the mean±S.E. of observations (n=4) and the solid lines are theoretical curves.



Fig. 4. Comparison of Calculated Sodium Concentration in Urine with Observations after i.v. Bolus Injection (A) and Short-Term Infusion (B) of AVP at Doses of 1 (○), 2.5 (△), 5 (□), 10 (◇), 25 (×) and 50 (+) ng/kg in Rats

Plotted points represent the mean±S.E. of observations (n=4) and the solid lines are theoretical curves.

The PK–PD analysis was carried out according to Eqs. 1—3 and 8, using the hemodynamic effects of AVP, after i.v. bolus injection (25, 50 ng/kg) or short-term infusion (25, 50, 100 ng/kg). The fitted lines shown in Fig. 3 described the pharmacological effects adequately. The estimated PD parameters for the hemodynamic effect are listed in Table 1. Although the $MAP_{max}$ and $\gamma_{(MAP)}$ values were not different between the two dosing studies, the $EC_{50(MAP)}$ value in the i.v. bolus study was about half of that in the short-term infusion study.

The PK–PD analysis for the anti-diuretic response to AVP was also carried out according to Eqs. 1—3, 9 and 10, after bolus injection (2.5, 5, 25, 50 ng/kg), or short-term infusion (1, 5, 10, 50 ng/kg). The fitted lines shown in Fig. 4 well described the anti-diuretic effect. The estimated PD parameters for the anti-diuretic effect are also listed in Table 1. The estimated $U_{NaMAX}$ value was comparable between the two dosing studies; however, the $EC_{50(Na)}$ value in the i.v. bolus study was about 1/4 that in the short-term infusion study. These facts indicate that the pharmacological responses to AVP after bolus injection were much more sensitive than that after short-term infusion.

**Prediction of Plasma AVP Concentration after Oral Administration**   Since oral bioavailability of AVP is known to be extremely poor due to its first-pass metabolism, FOY-305, a trypsin and aminopeptidase inhibitor, was co-administered with AVP to prevent rapid destruction in the GI tract. The plotted points shown in Fig. 5A and B represent the time course of the hemodynamic response to AVP after oral administration (5 and 50 μg/kg) in the rat. Without measuring

the plasma concentration of AVP, these pharmacological data were then fitted to Eqs. 2, 3 and 5—8, and the absorption PK parameters, namely, $k_{a(p.o.)}$, $E_{max(k_a)}$ and $ED_{50}$, were estimated. All other systemic PK parameters such as first-order rate constants, the volume of distribution and so on were shared among oral and i.v. routes of administration. Since PD parameter values, especially $EC_{50(MAP)}$ values, were significantly different between short-term infusion study and i.v. bolus study, we estimated the absorption parameters separately. The solid lines shown in Fig. 5A represent the results of least squares fit using the PD parameters of the i.v. bolus study, while the solid lines shown in Fig. 5B represent the results of least squares fit using the PD parameters of short-term infusion study. The fitted values in both cases well traced the observed data and the estimated absorption PK parameters are summarized in Table 2.

The plotted points shown in Fig. 5C and D represent the time course of the anti-diuretic response to AVP after oral administration (5 and 50 μg/kg) in the rat. The peak effect after 50 μg/kg dose was almost identical with that after 5 μg/kg dose, and duration of the effect after higher dose was much longer than that after lower dose. These facts indicated that the maximum anti-diuretic response might be attained after oral administration of 50 μg/kg of AVP. These pharmacological data were also fitted to Eqs. 2, 3, 5, 6, 9, and 10, and the absorption PK parameters were estimated as described above. Although an identical absorption kinetic model, described by Eq. 7, was also applied to analyze the anti-diuretic response to AVP, the absorption PK parameters

NII-Electronic Library Service

PAR-VASO-0007862



Fig. 5. Comparison of Calculated Hemodynamic (A and B) and Anti-diuretic (C and D) Effects with Observations after Oral Administration of AVP at Doses of 5 (○) and 50 (▲) μg/kg in Rats

Plotted points represent the mean ± S.E. of observations (n=3—4). The solid lines are simulated curves using the PD parameters of i.v. bolus injection (A and C) and short-term infusion (B and D).

Table 2. Absorption PK Parameters Estimated Using the Hemodynamic and the Anti-diuretic Data According to the PD Parameters of i.v. Bolus Injection and Short-Term Infusion in Rats

| Symbol | | Bolus | | Short-term infusion | |
|---|---|---|---|---|---|
| **Hemodynamic effect** | | | | | |
| $E_{max}$ | $(min^{-1})$ | 26.315 ± 0.363 | | 56.338 ± 0.502 | |
| $ED_{50}$ | $(\mu g/kg)$ | 1.91 ± 0.0720 | | 2.213 ± 1.910 | |
| $k_{a(p.o)}$ | $(\times 10^{-2} min^{-1})$ | 4.27 ± 0.243 | | 3.558 ± 0.195 | |
| **Anti-diuretic effect** | | | | | |
| Dose | $(\mu g/kg)$ | 5 | 50 | 5 | 50 |
| $k_{a(p.o)}$ | $(\times 10^{-2} min^{-1})$ | 7.490 ± 1.423 | 0.741 ± 0.0905 | 53.494 ± 8.003 | 2.568 ± 0.423 |
| $k_{a(p.o)}$ | $(\times 10^{-2} min^{-1})$ | 2.857 ± 0.614 | 0.830 ± 0.124 | 9.639 ± 1.186 | 1.286 ± 0.247 |

Data are expressed as the mean ± S.D.

did not converge between two doses. Therefore, we were obliged to estimate the $k_{a(p.o)}$ value as the first-order rate constant for each dose. The solid lines shown in Fig. 5C represent the results of least squares fit using the PD parameters obtained by the i.v. bolus study, while the solid lines shown in Fig. 5D represent the results of least squares fit using the PD parameters of short-term infusion. The estimated absorption PK parameters for each dose are summarized in Table 2. The $k_{a(p.o)}$ value showed a distinct nonlinear characteristic among doses, however, the $k_{a(p.o)}$ value also showed a nonlinear characteristic.

**Prediction of Oral Bioavailability by Pharmacological Effects** The solid lines shown in Fig. 7 represent the simulation curves of the plasma concentration–time profiles after oral administration of AVP. Integrating the simulated plasma concentration–time curve from $t=0$ to $\infty$ numerically, $EBA_{p.o}$ was calculated (Table 3). The $EBA_{p.o}$ values predicted by the pharmacological effects were 0.5 to 0.9% in the 5 μg/kg dose

study and 0.07 to 0.17 % in the 50 μg/kg dose study. These data indicated definitely that AVP was poorly absorbed from the GI tract and that PD parameters used in the PK–PD model analysis significantly affected the prediction values of $EBA_{p.o}$. In order to assess the accuracy of the prediction values of $EBA_{p.o}$, the time course of actual plasma concentration after oral administration of AVP (5 and 50 μg/kg) was determined. As shown in Table 3, this actual value was 0.81% in the 5 μg/kg dose study, and was 0.25% in the 50 μg/kg dose study. These results indicated that the $EBA_{p.o}$ values estimated by the pharmacological effects in short-term infusion studies well predicted the actual value, however, the $EBA_{p.o}$ value estimated by i.v. bolus injection study significantly underestimated the actual value, especially at the higher dose.

**Drug Receptor Binding** As mentioned above, the pharmacological response to AVP in the rat was highly dependent on the input (administration) rate. This might be one of the reasons for the poor prediction of $EBA_{p.o}$ by PK–PD analysis,

SII-Electronic Library Service




Fig. 6.  Comparison of Calculated AVP Concentration in Plasma with Observations after Oral Administration of AVP at Doses of 5 (○) and 50 (▲)} mg/kg in Rats

Plotted points represent the mean±S.E. of observations (n=2—3). The solid lines are simulated curves by the hemodynamic effect (A) and the anti-diuretic effect (B) in the i.v. bolus injection (thin lines) and the short-term infusion study (bold lines).

Table 3.  Comparison of $EBA_{p.o.}$ Predicted from the Hemodynamic and the Anti-diuretic Data with the Observations in Rats

| $EBA_{p.o.}$ (%) | Reference dose | Dose (μg/kg) | |
|---|---|---|---|
| | | 5 | 50 |
| Actual values | | 0.811 | 0.245 |
| Predicted values | | | |
| by hemodynamic effect | Bolus | 0.578 [71.3] | 0.082 [33.7] |
| | Infusion | 0.928 [114.5] | 0.169 [69.1] |
| by anti-diuretic effect | Bolus | 0.516 [63.7] | 0.075 [30.7] |
| | Infusion | 0.679 [83.7] | 0.136 [55.7] |

The PD parameters obtained by i.v. bolus injection and short-term infusion were used for analysis. Data in bracket represent a percentage of the actual value at the same dose.

especially in the i.v. bolus injection studies. If the relationship between plasma drug concentration and the receptor occupancy differs with dosing rate, the discrepancy of the $EC_{50(MAP)}$ values between i.v. bolus study and short-term infusion study might be explained. The interrelationship between the plasma concentration and the receptor occupancy of AVP, as well as that between the receptor occupancy and the pharmacological response was thus investigated under the steady-state condition. Since the anti-diuretic effect was mediated by the interaction of AVP with $V_2$ receptors in the kidney, we focused our attention only on the $V_2$ receptors.

The plotted points shown in Fig. 7A represent the relationship in the rat between the amount of AVP bound to the $V_2$ receptors in the kidney and the steady-state plasma concentrations of AVP under the constant infusion of [³H]AVP for 60 min. As shown, the amount of AVP bound to the receptors increased linearly as the logarithm of the steady-state plasma concentrations of AVP increased. The anti-diuretic effect increased linearly as the logarithm of the amount of AVP bound to the receptors increased (Fig. 7B). These relationships can be described mathematically by the following log-linear equations,

$$B_{AVP}^{SS} = s_1 \cdot \log C_i^{SS} - I_1 \qquad (11)$$

$$C_{Na}^{SS} = s_2 \cdot \log B_{AVP}^{SS} + I_2 \qquad (12)$$

where $C_i^{SS}$ (pg/ml) is the steady-state concentration of AVP





Fig. 7.  Relationship between the Amount of AVP Bound to the Receptors and the Steady State Plasma AVP Concentration (A) or the Anti-diuretic Effect (B) under the Constant Infusion of [³H]AVP (1—200 ng/kg/h) for 60 min in Rats

Each plot represents the mean±S.E. of observations (n=3—5). The solid lines are computed values according to the log-linear equations.

in plasma, and $C_{Na}^{SS}$ (mmol/l) is the sodium concentration in urine, $B_{AVP}^{SS}$ is the amount of AVP (pg/kidney) bound to the $V_2$ receptors at steady-state, $s_1$ (ml/kidney) and $s_2$ (mmol·l/pg) are coefficients, and $I_1$ (pg/kidney) and $I_2$ (mmol/l) are constants. Then, the data shown in Fig. 7A and B were fitted to the Eqs. 11 and 12, respectively, and the co-efficients and constants were estimated. The straight lines shown in Fig. 7A and B represent the least squares fit to the data, and the estimated parameters are listed in Table 4.

PAR-VASO-0007864

Table 4. Comparison of Receptor-Binding Related Parameters in Anti-diuretic Effect of AVP after i.v. Administration at Different Dosing Rate and Oral Administration

| | Parameters | | | | |
|---|---|---|---|---|---|
| | $s_1$ (ml/kidney) | $I_1$ (pg/kidney) | $s_2$ (kidney·mmol/l/pg) | $I_2$ (mmol/l) | $\tau$ (min) |
| Steady state[a] | $152.054 \pm 13.343$ | $25.249 \pm 5.341$ | $88.574 \pm 9.408$ | $43.870 \pm 14.169$ | — |
| Non-steady state[b] | | | | | |
| i.v. inf.   60 min | $152.054^{[c]}$ | $25.249^{[c]}$ | $64.746 \pm 3.673$ | $99.216 \pm 6.176$ | $3.872 \pm 0.782$ |
|     10 min | $150.225 \pm 0.984$ | $22.635 \pm 0.244$ | $64.746^{[d]}$ | $99.216^{[d]}$ | $3.889 \pm 1.260$ |
| i.v. bolus | $212.961 \pm 0.696$ | $31.366 \pm 0.201$ | $64.746^{[d]}$ | $99.216^{[d]}$ | $4.518 \pm 1.298$ |
| p.o. | $143.155 \pm 17.965$ | $22.632 \pm 2.956$ | $64.746^{[d]}$ | $99.216^{[d]}$ | $7.377 \pm 1.181$ |

Data are expressed as the means±S.D.   a) Eqs. 11 and 12 in the text.   b) Eqs. 13 and 14 in the text.   c) Data obtained from the experiment in steady state.   d) Data obtained from the experiment in i.v. infusion for 60 min (non-steady state).

Since those PD relationships were obtained under the steady-state condition (plasma AVP concentration was kept constant), we could not incorporate those relationships into the previous PK–PD model directly. If the drug–receptor interaction was instantaneous, and the transduction of receptor occupancy into the primary pharmacological response at the site of action ($C_{Na}$) was much faster than the secondary post-receptor events, the relationships obtained at steady-state condition (Eqs. 11, 12) should still hold under non-steady-state condition too:

$$B_{AVP} = s_1 \cdot \log C_1 - I_1 \tag{13}$$

$$C_{Na} = s_2 \cdot \log B_{AVP} + I_2 \tag{14}$$

The time lag between the primary pharmacological response ($C_{Na}$) and the anti-diuretic response ($U_{Na}$) to AVP under a non-steady-state condition was handled by inserting a transit compartment,[3] as follows:

$$\frac{dU_{Na}}{dt} = \frac{(C_{Na} - U_{Na})}{\tau} \tag{15}$$

where $\tau$ is a transfer time parameter.

The overall PK–PD model for the anti-diuretic response to AVP, including the receptor-binding process, the transduction process[4] and the post-receptor processes is summarized in Fig. 1C. The anti-diuretic effect of AVP, from the start to the end of the constant infusion, can be described by Eqs. 2—4 and 13—15, while the anti-diuretic effect after i.v. bolus injection can be described by Eqs. 1—3 and 13—15. The anti-diuretic effect–time profiles in the constant infusion, in the short-term infusion and in the bolus injection were re-fitted to the overall PK–PD model, and the PD parameters shown in Eqs. 13 through 15 were estimated. The parameters $s_1$ and $I_1$ provide the drug receptor binding at the site of action. Parameters $s_2$ and $I_2$ provide the transduction processes, and parameter $\tau$ provides the post-receptor processes. If there is any difference in value of the PD parameters among i.v. bolus and infusion studies, the difference might be the direct cause of the input-rate-dependent pharmacological effect of AVP. The results are summarized in Fig. 8 and Table 4. The estimated $I_2$, $s_2$, $I_1$ and $\tau$ values were comparable among these dosing studies; however, $s_1$ value in the i.v. bolus study (213 ml/kidney) was much greater than those in the infusion studies (150 ml/kidney). This result indicates that the amount of AVP bound to the $V_2$ receptors after i.v. bolus injection is



Fig. 8. Comparison of Relationship between the Amount of AVP Bound to the Receptors and Plasma AVP Concentration after i.v. Administration at Different Dosing Rate and Oral Administration

The lines show the calculated curves according to the parameters in Table 4.

much greater than that in the infusion study, even at the same plasma concentration.

The anti-diuretic effect after oral administration of AVP was also fitted to the overall PK–PD model (Eqs. 2, 3, 5—7 and 13—15), and the PD parameters were estimated. (All of the PK parameter values, including the absorption parameters, were fixed to the previous values.) The estimated PD parameters including $s_1$ value in the oral study were almost identical to those in the infusion studies. This fact suggests that the amount of AVP bound to the $V_2$ receptors after oral administration is always smaller than that expected from the i.v. bolus study. Consequently, oral bioavailability calculated by the PK–PD model of i.v. bolus administration always underestimates the actual value.

## DISCUSSION

**Pharmacokinetics of AVP** The pharmacokinetic analysis of AVP in the rat was carried out using a conventional linear two-compartment model with a baseline value. An extremely short half-life in plasma and a relatively small volume of distribution were observed, and these PK parameters were fundamentally consistent with the report of Janáky et al.[5] In the oral administration study, we used FOY-305 to prevent rapid degradation of AVP in the GI tract, for our pre-

NII-Electronic Library Service

liminary investigation indicated that without FOY-305, no pharmacological response to AVP was observed in the present dose range. In spite of co-administration of FOY-305, AVP was still degraded rapidly by a first-order process in the GI tract, as shown in Table 1. The first-order degradation rate constant $k_{c(p.o.)}$, estimated by the PK–PD model of the hemodynamic response, was consistent with the *in vitro* studies[16,17] reported.

After oral administration of AVP, a non-linear (dose-dependent) absorption kinetic model was assumed in the present study. Result of PK–PD analysis of hemodynamic effects suggested that the rate of GI absorption was easily saturated as dose increased. Vilhardt and Lundin[18] reported in their *in vitro* study that 1-deamino-8-D-arginine vasopressin (dDAVP), an analogue of vasopressin, was transported through the intestinal wall by passive transport. However, the *in vivo* absorption process of AVP involves not only permeation through intestinal membrane but also degradation and metabolism in the membrane. The precise mechanism for the present non-linear absorption of AVP is still unclear and further investigation is needed.

**Pharmacodynamics of AVP** The pharmacological response to AVP is known to be mediated by at least two types of receptors on the cell surface,[19,20] namely $V_1$ and $V_2$ receptors. $V_1$ type receptors are present on vascular smooth muscle cells and platelets and elevate blood pressure, whereas $V_2$ type receptors exist on the epithelial cells of the distal tubules and the collecting ducts of the kidney, and increase the reabsorption of water, NaCl and urea. $V_2$ receptor-mediated effects of vasopressin occur at concentrations far lower than are required to engage the $V_1$ receptor-mediated effects. This differential sensitivity may be due to difference in receptor affinities. The dissociation constants ($K_d$) for $V_1$ and $V_2$ receptors were reported to be about 6000 and 390 pmol/l, respectively.[14,21] This is the reason that the dose range of AVP used in the hemodynamic studies was 10 times higher than that used in the anti-diuretic studies. Using the $K_d$ value for the $V_2$ receptors, we calculated the fraction of $V_2$ receptor occupancy of AVP in the rat, and found that only 23% of the $V_2$ receptors were occupied by AVP even at the highest dose (1000 ng/kg/h). In the present study, we used the log-linear model (Eq. 13) rather than the sigmoid $E_{max}$ model to describe the relationship between the plasma concentration and the amount of AVP bound to $V_2$ receptors. Therefore, use of the log-linear model was shown to be appropriate.

**Assessment of $EBA_{p.o.}$ Estimated by the Pharmacological Effects** As shown in Table 3, $EBA_{p.o.}$ values estimated by the pharmacological effects of AVP in short-term infusion studies well predicted the actual $EBA_{p.o.}$. The $K_d$ values for $V_1$ and $V_2$ receptors suggest that for the $EBA_{p.o.}$ of high dose range, hemodynamic effects ($V_1$ receptors) should be used, while for the $EBA_{p.o.}$ of low dose range, anti-diuretic effect ($V_2$ receptors) should be used. Thus, we confirmed that the present method might be useful for the assessment of bioavailability of high potency drugs, where plasma concentrations were not available due to lack of sensitivity.

The $EBA_{p.o.}$ value obtained by the anti-diuretic effect of i.v. bolus study significantly underestimated the actual $EBA_{p.o.}$, especially at the higher dose. As shown in Fig. 5C and D, after 50 μg/kg oral administration, maximum anti-diuretic re-

sponse to AVP might be attained. In that situation, the one-to-one correspondence between plasma concentrations and pharmacological effects does not hold, and therefore estimation of plasma concentrations from the pharmacological effect is extremely difficult. Consequently, poor prediction of $EBA_{p.o.}$ by anti-diuretic response in the higher dose range resulted. To obtain a reasonable estimate of $EBA_{p.o.}$, the PD effect of oral administration must be in the range from 20 to 80% of the maximum effect.

As mentioned above, the amount of AVP bound to the $V_2$ receptors after i.v. bolus injection was much greater than that in the oral study, even at the same plasma concentration. This is the direct cause of the poor prediction of $EBA_{p.o.}$; however, the precise mechanism for the input rate dependent receptor-binding is still unclear. Here, we speculate on this mechanism as follows. In the case of bolus injection, plasma concentrations of AVP increase and reach the maximum concentration just after the administration and then decrease rapidly. The receptors contact AVP in high concentrations, but in a short period of time, while in the case of constant infusion or oral administration, plasma concentrations increase gradually to reach the maximum value. If the receptors contact the drug for a long period of time, the receptors may internalize and cause desensitization.[22] Since there have been several reports of internalization, down-regulation and desensitization of AVP receptors,[23,24] the difference between the amount of AVP bound to the $V_2$ receptors after i.v. bolus injection and that after oral administration might be explained, in part, by the receptor-desensitization.

The purpose of this study was to assess the $EBA_{p.o.}$ values estimated by the pharmacological effects of AVP. The accuracy of $EBA_{p.o.}$ is solely dependent on how accurate we predict the plasma concentrations for oral administration (and therefore $AUC_{p.o.}$) from the PD data following standard (intravascular) administration of AVP. Therefore, PD processes including the receptor-binding process, the transduction process and the post-receptor processes in the oral administration study should be identical with those in the standard (intravascular) administration study. Since PD processes of the short-term infusion study were identical with those of the oral study, plasma concentrations of AVP after oral administration were predicted accurately by the pharmacological effects of short-term infusion, rather than by the i.v. bolus study.

In conclusion, a novel method of assessing the extent of oral bioavailability of AVP from pharmacological data has been presented, and the results demonstrate that the bioavailability is reasonably predicted by a PK–PD model, provided appropriate pharmacological effects and appropriate intravascular dosing rate are available. The method may be an alternative to methods based on plasma concentrations, when drug concentration cannot be measured and when appropriate pharmacological data are available.

REFERENCES

1) Pitt C. G., *Int. J. Pharmaceut.*, **59**, 173—196 (1990).
2) Tomlinson E., *Adv. Drug Deliv. Rev.*, **1**, 87—198 (1987).
3) Derendorf H., Möllmann H., Krieg M., Tunn S., Möllmann C., Barth J., Röthig H.-J., *Pharm. Res.*, **8**, 263—268 (1991).
4) Wald J. A., Salazar D. E., Cheng H., Jusko W. J., *J. Pharmacokinet. Biopharm.*, **19**, 521—536 (1991).

NII-Electronic Library Service

5) Hochhaus G., Derendorf H., "Handbook of Pharmacokinetic/Pharmacodynamic Correlation," ed. by Derendorf H., Hochhaus G., CRC Press Inc., Boca Raton, 1995, pp. 79---120.

6) Smolen V. F., *J. Pharmacokinet. Biopharm.*, 4, 337---353 (1976).

7) Smolen V. F., Shoenwald R. D., *J. Pharm. Sci.*, 60, 96---103 (1971).

8) Stagni G., Shepherd A. M. M., Liu Y., Gillespie W. R., *J. Pharmacokinet. Biopharm.*, 25, 349---362 (1997).

9) Veng-Pedersen P., Gillespie W. R., *J. Pharm. Sci.*, 77, 39---47 (1988).

10) Stagni G., Shepherd A. M. M., Liu Y., Gillespie W. R., *J. Pharmacokinet. Biopharm.*, 25, 313---348 (1997).

11) Sato H., Sugiyama Y., Sawada Y., Iga T., Fuwa T., Hanano M., *Am. J. Physiol.*, 258, G682---689 (1990).

12) Lu W., Endoh M., Katayama K., Kakemi M., Koizumi T., *J. Pharmacobio-Dyn.*, 10, 356---363 (1987).

13) Nichols A. I., Boudinot F. D., Jusko W. J., *J. Pharmacokinet. Biopharm.*, 17, 209---227 (1989).

14) Venitz J., "Handbook of Pharmacokinetic/Pharmacodynamic Correlation," ed. by Derendorf H., Hochhaus G., CRC Press Inc., Boca Raton, 1995, pp. 1---34.

15) Janáky T., László F. A., Morgat J.-L., *Acta Medica Hungarica.*, 41, 43---54 (1984).

16) Matuszewska B., Liversidge G. G., Ryan F., Dent J., Smith P. L., *Int. J. Pharmaceut.*, 46, 111---120 (1988).

17) Fjellestad-Paulsen A., Söderberg-Ahlm C., Lundin S., *Peptides*, 16, 1141---1147 (1995).

18) Vilhardt H., Lundin S., *Acta Physiol. Scand.*, 126, 601---607 (1986).

19) Michell R. H., Kirk C. J., Billah M. M., *Biochem. Soc. Trans.*, 7, 861---865 (1979).

20) Jard S., *Curr. Top. Membr. Transp.*, 18, 255---285 (1983).

21) Stassen F. L., Heckman G., Schmidt D., Aiyar N., Nambi P., Crooke S. T., *Mol. Pharmacol.*, 31, 259---266 (1987).

22) Hertel C., Perkins J. P., *Mol. Cell. Endocrinol.*, 37, 245---256 (1984).

23) Chang P., Kimura K., *Biochem. Biophys. Res. Commun.*, 144, 770---778 (1987).

24) Dublineau I., Pradelles P., de Rouffignac C., Elalouf J.-M., *Ren. Physiol. Biochem.*, 15, 57---65 (1992).

NII-Electronic Library Service

PAR-VASO-0007867

# Arginine Vasopressin in the Treatment of 50 Patients With Postcardiotomy Vasodilatory Shock

David L. S. Morales, MD, David Gregg, BA, David N. Helman, MD,
Mathew R. Williams, MD, Yoshifumi Naka, MD, PhD, Donald W. Landry, MD, and
Mehmet C. Oz, MD

Departments of Surgery and Medicine, Columbia University College of Physicians & Surgeons, New York, New York

*Background.* The barroreflex-mediated secretion of arginine vasopressin has been found to be defective in a variety of vasodilatory shock states, such as postcardiotomy shock, and administration of the hormone markedly improves vasomotor tone and blood pressure. The high incidence of vasodilatory shock in patients undergoing left ventricular assist device (LVAD) implantation makes this population an ideal model in which to assess the risks and benefits of vasopressin.

*Methods.* The medical records of the 102 patients receiving LVADs at Columbia-Presbyterian Medical Center from January 1995 to August 1998 were reviewed. Fifty patients were eligible for study based on a history of arginine vasopressin administration in the operating room or intensive care unit within 24 hours of implantation.

*Results.* Despite LVAD implantation and the administration of vasopressors, patients were hypotensive with a mean arterial pressure less than 60 mm Hg. The administration of vasopressin (0.09 ± 0.05 U/min) increased mean arterial pressure (58 ± 13 to 75 ± 14 mm Hg; $p < 0.001$) while reducing norepinephrine administration (11.7 ± 13 to 7.9 ± 6.0 mcg/min; $p = 0.023$). There was no significant change in LVAD flow. The incidence of compromised regional perfusion was not different between LVAD patients who received vasopressin as compared to hemodynamically stable LVAD patients who did not receive vasopressin.

*Conclusions.* We have demonstrated vasopressin at low doses to be a safe and an effective vasopressor in 50 patients with postcardiotomy vasodilatory shock.

(Ann Thorac Surg 2000;69:102–6)
© 2000 by The Society of Thoracic Surgeons

The hallmarks of vasodilatory shock are a triad of hypoperfusion, lactic acidosis, and profound vasodilatory hypotension unresponsive to catecholamine vasopressors [1–3]. This state occurs in postcardiotomy shock in which inflammatory mediators from cardiopulmonary bypass and the common use of vasodilatory inotropes (ie, phosphodiesterase inhibitors) in these patients contribute to this loss of vascular tone. Even though unsuccessful, catecholamine vasopressors have been the only drug therapy used to address this often premorbid state. With no alternative therapy available, a sustained systemic shock state occurs resulting in a high morbidity and mortality and is particularly prominent in patients after left ventricular assist device (LVAD) insertion [4, 5].

The need for an appropriate therapy for postcardiotomy vasodilatory shock in LVAD patients led us to investigate the role of arginine vasopressin (AVP) [4]. In 1997, we discovered that patients with post-LVAD vasodilatory shock had a deficiency in AVP and when treated with intravenous AVP, this shock resolved. A double-blinded, randomized study of 10 LVAD patients receiving standard treatment for post-LVAD vasodilatory shock with catecholamine vasopressors compared the effectiveness of AVP to placebo. Interestingly, the doses (0.1 U/min) of AVP employed had no significant pressor effect in normal subjects. However, in these LVAD recipients, AVP at these small doses significantly elevated systemic vascular resistance and arterial pressure, whereas the large doses of catecholamine pressors that were only maintaining a mean arterial pressure of 58 mm Hg were significantly reduced. In fact, AVP appeared to act synergistically with catecholamine vasopressors to make them effective in this clinical situation. Therefore, AVP deficiency in the plasma appears to contribute to the vasodilatory hypotension of postcardiopulmonary bypass (CPB) shock in LVAD recipients through a unique mechanism not addressed by standard therapies. Also, the replacement of this deficiency with small doses of exogenous AVP returns these patients to appropriate physiologic levels of AVP, resulting in an improved and stable hemodynamic state [4]. However to date, no reports of a large series with AVP resuscitation of vasodilatory shock and its potential complications have been published. Our prior findings and a high incidence of vasodilatory shock make the LVAD patient population an ideal model in which to assess the therapeutic value and morbidity of AVP in postcardiotomy vasodilatory shock. To this end, we report our overall

Accepted for publication June 15, 1999.

Address reprint requests to Dr Morales, Department of Cardiothoracic Surgery, Columbia University College of Physicians & Surgeons, MHB 7-435, 177 Fort Washington, New York, NY 10032; e-mail: dlm36@columbia.edu.

© 2000 by The Society of Thoracic Surgeons
Published by Elsevier Science Inc

0003-4975/00/$20.00
PII S0003-4975(99)01197-2

*Table 1. Effect of Vasopressin on Hemodynamics*

| Hemodynamic Parameter | n | Pre-AVP[a] | AVP[a] | p Value |
|---|---|---|---|---|
| mAP (mm Hg) | 50 | 58 ± 13 | 75 ± 14 | < 0.0001 |
| SVR (dynes/sec cm⁵) | 44 | 920 ± 320 | 1200 ± 330 | < 0.0001 |
| LVAD Flow (L/min) | 47 | 4.1 ± 0.9 | 4.1 ± 0.8 | NS |
| PAP (mm Hg) | 25 | 23 ± 6 | 23 ± 5 | NS |

[a] Data given as mean ± standard deviation.

AVP = arginine vasopressin;   LVAD = left ventricular assist device; mAP = mean arterial pressure;   NS = not significant ($p > 0.05$); PAP = pulmonary arterial pressure;   SVR = systemic vascular resistance.

experience with AVP as a treatment for post LVAD vasodilatory shock.

## Material and Methods

The medical records of the 102 patients receiving LVADs at Columbia-Presbyterian Medical Center from January 1995 to August 1998 were reviewed. Fifty patients were eligible for study based on a history of AVP (Pitressin, Parke-Davis Morris Plains, NJ) administration in the operating room or intensive care unit (ICU) within 24 hours of implantation. This population represents our cumulative experience, including 8 patients that were previously reported [4]. The average age was 52 ± 15 (mean ± standard deviation) years, and 16% were women. Thirty-nine of these patients received a TCI (Thermo CardioSystems Incorporated, Woburn, MA) vented electric (VE) LVAD, whereas the remaining 11 received a TCI pneumatic LVAD. Our common recommended clinical dosing range for AVP (supplied in 20 U/2 cc vials) is 2 to 6 U/hour, although in our early experiences higher doses up to 15 U/hour were used.

All hemodynamic data and intravenous drug doses were recorded 15 minutes before and 15 minutes after initiation of AVP. The hemodynamic data included mean arterial pressure (mAP), LVAD flow, flow of the cardiopulmonary bypass machine, systemic vascular resistance (SVR), and mean pulmonary arterial pressure (PAP). Data on endpoints such as length of hospital stay, length of ICU stay, as well as morbidity and mortality, were collected. All complications recorded occurred during in-hospital LVAD support. Preimplantation end-organ insufficiency that did not worsen postoperatively, was not

considered a complication. Right heart failure was defined as the need for inhaled nitric oxide (iNO) or a right ventricular assist device (RVAD). Postoperative hemorrhage was defined as the need to reoperate for clot-causing cardiac tamponade or for excessive bleeding. Infection was defined as a positive culture accompanied by an increased white blood cell count greater than 12,000/mm³ or a fever greater than 100.5°F that appeared clinically to require antibiotic therapy. Any stroke, transient ischemic attack (TIA), neuropathy, or encephalopathy was considered to be a neurological event. Any end-organ dysfunction caused by an embolus was considered to be a thromboembolic event. Any bleeding from the gastrointestinal tract that caused a drop in hematocrit greater than 3% and was associated with melena, hematochezia, or a bleeding source on endoscopy, was considered a gastrointestinal bleed. Any ventricular arrhythmia that required medical or surgical intervention was recorded. Liver insufficiency was defined as a change in prothrombin time (PT) greater than 3 seconds, or greater than 16.5 seconds, as well as an increase in alanine aminotransferase greater than 100 g/dL, or greater than 150 g/dL. Renal insufficiency was defined as a creatinine above 1.5 mg/dL, and recovery of full renal function was defined as the production of spontaneous urine and a creatinine below 1.5 mg/dL.

All results are reported as a mean ± the standard deviation. All data comparisons were done using a paired two-tailed Students' t-test with $p$ less than 0.05 being significant.

## Results

AVP was administered in all subjects for hypotension due to a decreased SVR, despite being supported on catecholamine vasopressors. The average starting dose of AVP was 0.09 ± 0.05 U/min. This dose resulted in a significant increase in SVR, causing an improvement in mAP (Table 1), whereas LVAD flow and inotropic support remained the same except for the mean norepinephrine dose, which was significantly decreased by 32% (Table 2). PAP was unchanged by AVP administration (Table 1).

At the time of AVP administration, the patients had been placed on a plethora of inotropic and vasoconstrictive drugs in an attempt to establish hemodynamic stability. The drug profiles of these 50 patients when AVP

*Table 2. Effect of Vasopressin on Inotropic and Vasoconstrictive Drug Dose*

| Intravenous Drug | Number of Patients Given Drug | Pre-AVP[a] Dose | Post-AVP[a] Dose | p Value |
|---|---|---|---|---|
| Norepinephrine (mcg/min) | 44 (88%) | 11.7 ± 13.0 | 7.9 ± 6.0 | 0.023 |
| Milrinone (mcg/kg/min) | 37 (74%) | 0.58 ± 0.34 | 0.59 ± 0.33 | NS |
| Dobutamine (mcg/kg/min) | 30 (60%) | 7.1 ± 4.2 | 7.5 ± 3.9 | NS |
| Dopamine (mcg/kg/min) | 29 (58%) | 2.6 ± 1.4 | 2.8 ± 1.8 | NS |
| Epinephrine (mcg/kg/min) | 3 (6%) | 0.023 ± 0.021 | 0.023 ± 0.021 | NS |

[a] Data given as mean ± standard deviation.

AVP = arginine vasopressin;   NS = not significant ($p > 0.05$).

Table 3. Postimplantation Complications in 50 Left
Ventricular Assist Device Patients Receiving Vasopressin

| Complication | Incidence per Patient |
|---|---|
| Bleeding | 19/50 (38%) |
| Infection | 18/50 (36%) |
| Right heart failure | 16/50 (32%) |
| Ventricular arrhythmia | 7/50 (14%) |
| Gastrointestinal bleeding | 2/50 (4%) |
| Neurological events | 3/50 (6%) |
| Thromboembolic events | 2/50 (4%) |
| Liver insufficiency | 7/50 (14%) |
| Ischemic bowel | 0/50 (0%) |

was given were as follows: 18 patients (36%) were on 4 or more vasoconstrictive or inotropic drugs, and 17 (34%) were on 3 (Table 2).

Of these 50 LVAD patients, 34 (68%) were transplanted, 13 (26%) expired, and 3 (6%) were explanted. Mean duration of LVAD support was $104 \pm 112$ days. No deaths occurred within the first 3 postoperative days. In the 13 patients who died with devices, the mean time to death was $66 \pm 163$ days with a median of 19 days and a range of 3 to 604 days. The average length of AVP infusion was $7 \pm 12$ days during which no tachyphylaxis was seen. The average ICU stay was $15 \pm 12$ days, thus patients on average received AVP for 47% of their ICU stay. Thirty-eight (76%) of these LVAD recipients who had been in vasodilatory shock were discharged from the ICU. Of these 38 patients, 29 had VE LVADs and were eligible for our outpatient program. Twenty-seven of these 29 patients (93%) were discharged from the hospital on postoperative day $32 \pm 17$ days. Complications are listed in Table 3. All complications occurred in the 37 patients successfully bridged to transplant or explant. The incidence of right heart failure and liver insufficiency in the 52 LVAD patients who did not receive AVP, 18 (35%) and 7 (13%) respectively, compared to those 50 patients who did receive AVP, 16 (32%) and 7 (14%) respectively, was similar.

Before LVAD implantation, 22 (44%) patients suffered from renal insufficiency. After LVAD implantation, 18 of these patients recovered full renal function in an average of $6 \pm 7$ days. Five patients developed renal insufficiency after LVAD implantation and 4 of these patients eventually recovered renal function in an average of $22 \pm 15$ days. The only 5 patients in the study who did not recover

renal function (4 of the 5 had renal insufficiency preoperatively) expired (Table 4).

Digital or distal limb ischemia was seen in 3 (6%) patients, and only when forward flow was severely compromised (cardiac output < 2 L/minute) and high doses of AVP (> 10 U/hour) were used. This ischemia resolved when AVP was discontinued. No patient in our series required amputation but one did undergo local debridement of necrotic tissue.

## Comment

Hypotension (mAP < 60 mm Hg) post CPB is typically associated with a marked increase in AVP levels to concentrations of 100 to 200 pg/mL [4]. However, inappropriately low levels of AVP (8 to 34 pg/mL) often exist in post-LVAD implantation hypotension [4]. This relative deficiency in AVP correlates with episodes of vasodilatory shock [4, 5]. When this deficiency is corrected to the expected physiological concentration by administration of exogenous AVP, we have postulated that the patient should assume an improved hemodynamic state. This hypothesis is supported in this review of 50 LVAD recipients in vasodilatory shock following CPB. Despite LVAD implantation and all of these patients being on vasoconstrictive drugs, including norepinephrine, at an average dose of 11.7 mcg/min, patients were only able to maintain an average mAP of 58 mm Hg. The administration of pitressin at 0.09 U/min on average, known to have no pressor effect in normal subjects, effected a rise in mAP to 75 mm Hg without a significant change in LVAD flow or inotropic support except for a significant reduction in the norepinephrine dose. All patients in this study experienced a markedly improved hemodynamic state within 6 hours of AVP administration.

A central concern regarding the use of any vasopressor is the potential for compromising regional circulations (ie, pulmonary, coronary, and splanchnic) [6–8]. Pulmonary hypertension associated with AVP use was not identified as the PAP did not significantly change with the use of AVP. However, the high incidence of right heart failure (32%) required our frequent use of iNO (15 of 50, 30%). Of the 16 patients with right heart failure, only one necessitated an RVAD. Because the incidence of iNO administration in the 52 LVAD patients who did not receive AVP was 35%, we do not believe that AVP use increases the occurrence of right heart failure. Assessing coronary spasm secondary to AVP in LVAD patients is difficult, although no ischemic changes in the electrocar-

Table 4. Renal Insufficiency

| Renal Status | No. of Patients | No. Fully Recovered | Time to Recovery[a] | No Recovery |
|---|---|---|---|---|
| Pre-LVAD renal insufficiency | 22 | 18 | $6 \pm 7$ days | 4[b] |
| Post-LVAD renal insufficiency | 5 | 4 | $22 \pm 15$ days | 1[b] |
| Total | 27/50 (54%) | 22/27 (81%) | N/A | 5/27 (19%) |

[a] Data given as mean ± standard deviation;    [b] no recovery due to death.

LVAD = left ventricular assist device.

diogram were noted in any of these patients. Decreasing coronary blood flow and cardiac output is an often voiced concern by clinicians treating esophageal varices with AVP. These concerns perhaps stem from the initial research of the effect of AVP on the heart, which was done on normotensive dogs and did show decreased cardiac performance and coronary blood flow with AVP administration [9, 10]. Since then, this work has been repeated several times in hypotensive dogs, which is the clinical scenario in which we use the drug, and these have all shown an increase in coronary flow and cardiac output with AVP use [6, 7]. These studies have also demonstrated an overall increase in limb perfusion with AVP administration, calling into question whether limb ischemia seen clinically is due to the low flow state and multiple vasoconstrictors these patients are on or AVP [6, 7].

Blood flow to the liver and bowel has been experimentally shown in both normotensive and hypotensive states to be compromised by AVP use [6, 7]. However, in our experience there was no clinical evidence of ischemic bowel. There was a 14% incidence of liver insufficiency in this cohort. However, this is not significantly different than the 13% incidence of liver insufficiency in the 52 patients who received LVADs but not AVP during the study period. The 44% incidence of pre-LVAD renal insufficiency in our study cohort was corrected in 82% of cases with LVAD implantation. This recovery also may have been associated with the use of AVP. AVP receptors in the renal vasculature are concentrated in the efferent arterioles in contrast to catecholamine receptors, which are concentrated on the afferent arterioles [11]. Therefore, unlike catecholamine vasoconstriction that causes a decreased filtration fraction [12], AVP causes an increase in the filtration fraction and perhaps in the urinary output as well [11, 13]. This may explain why only 1 of 50 patients in vasodilatory shock without preexisting renal insufficiency developed sustained renal failure postoperatively. Also, all patients who did not expire regained full renal function (Table 4).

The salutary benefits we believe AVP has on renal function muddy the issues surrounding the weaning protocol of AVP. At times, even after AVP has resulted in hemodynamic stabilization without the need for other vasoactive medications, AVP is often continued on patients with renal insufficiency at 0.03 U/min to maintain an improved filtration fraction and urine output. Once renal function begins to recover, AVP is weaned over 12 hours. If no renal insufficiency exists, then AVP is weaned over 2 to 3 hours once the catecholamine requirement normalizes (1 to 3 mcg/min of norepinephrine) and physiological parameters such as acidosis correct.

AVP does not increase blood pressure under normotensive conditions. This is demonstrated by the syndrome of inappropriate release of antidiuretic hormone, in which a significant elevation of plasma AVP from unregulated hormone release, does not cause hypertension [14]. In marked contrast, when the arterial pressure is threatened, AVP is involved in the maintenance of blood pressure and administration of exogenous hormone increases the pressure significantly [6, 15, 16]. This data suggests that the sensitivity to AVP is regulated, and that the role of the hormone on blood pressure control increases as cardiovascular function is compromised [15, 16].

The ability of AVP to affect the vasculature of patients in vasodilatory shock, and not in normotensive patients, is unique [13, 17]. This is an indication that AVP probably does not function through the same mechanisms as other vasoconstrictors. Catecholamine vasopressors are presently the only drug therapy available for the management of vasodilatory hypotension. They cause vasoconstriction by opening voltage-gated channels that allow an influx of $Ca^{2+}$ into the smooth muscle cell, increasing the cytoplasmic concentration of $Ca^{2+}$. This allows actin and myosin coupling to occur, resulting in smooth muscle contraction of the vessel wall and vasoconstriction. However, in late vasodilatory shock, characterized by lactic acidosis secondary to hypoperfusion, this mechanism appears interrupted since catecholamines become ineffective vasoconstrictors [3, 18].

Mechanistically, this interruption most likely occurs by cellular acidosis secondary to hypoperfusion opening adenosine-triphosphate sensitive potassium ($K^+_{ATP}$) channels in myocytes [19]. This allows the efflux of $K^+$ resulting in the hyperpolarization of the myocytes, which prevents voltage-gated $Ca^{2+}$ channels from opening; this halts $Ca^{2+}$ influx into the myocytes [19, 20]. We hypothesize that this interruption of the catecholamine vasoconstrictor mechanism is the reason for the catecholamines' ineffectiveness in vasodilatory shock. Also, vasodilatory shock increases the endothelial production of the known vasodilator nitric oxide, a mechanism unaffected by catecholamines [21]. The profound loss of vascular tone in vasodilatory shock and its resistance to catecholamines is probably from a combination of nitric oxide production and the hyperpolarization of the myocyte by the $K^+_{ATP}$ channel.

When AVP binds to its vascular receptors, three pathways are activated. First, AVP activates the second messenger system of inositol triphosphate ($IP_3$) and diacylglycerol (DAG) in vascular smooth muscle cells causing a rise in cytoplasmic $Ca^{2+}$. This results in the contraction of the actin and myosin filaments, and thus vasoconstriction [22]. Second, AVP inhibits NO induced accumulation of cyclic guanosine monophosphate in vascular smooth muscle, which inhibits the vasodilatory effect of NO [23]. Third, AVP closes $K^+_{ATP}$ channels if open, halting the efflux of $K^+$ and promoting myocyte depolarization. This depolarization enables $Ca^{2+}$ to enter the myocyte and cause contraction [24].

We hypothesize that extended or marked periods of hypotension caused by hemorrhage, sepsis, or the cardiopulmonary bypass machine causes central nervous system exhaustion of AVP [5, 25]. This relative deficiency in AVP accompanied by sustained hypotension, hypoperfusion, and lactic acidosis results in NO production and hyperpolarization of myocytes. Now resistant to

catecholamines, the patient enters a downward spiral of worsening vasodilatory hypotension, hypoperfusion, and lactic acidosis. However, the administration of exogenous AVP returns AVP to appropriate physiological levels, which repolarizes myocytes and inhibits NO production [23]. This now allows catecholamines to synergistically work with AVP to return the patient to a sustained normotensive and stable hemodynamic state.

In summary, we have demonstrated vasopressin to be an effective vasoconstrictor for postcardiotomy vasodilatory shock in 50 patients when standard therapies failed. We have also observed that the use of vasopressin infrequently compromised regional perfusion of the viscera, heart, or lung in this cohort and may aid in the recovery of renal function. The study of vasopressin has introduced the $K^+_{ATP}$ channel and its central role in vascular tone regulation into the clinical realm, leading us to a novel way of conceptualizing and treating shock. Arginine vasopressin should become an important weapon in the armamentarium of managing postcardiotomy vasodilatory shock.

## References

1. Bond RF, Johnson G III. Vascular adrenergic interactions during hemorrhagic shock. Fred Proc 1985;44:281–9.
2. Bond RF, Manley ES, J, Green HD. Cutaneous and skeletal muscle vascular responses to hemorrhage and irreversible shock. Am J Physiol 1967;212:488–97.
3. Mellander S, Lewis DH. Effect of hemorrhagic shock on the reactivity of resistance and capacitance vessels and on capillary filtration transfer in cat skeletal muscle. Circ Res 1963; 13:105–18.
4. Argenziano M, Choudhri AF, Oz MC, et al. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997;96(Suppl):II286–90.
5. Argenziano M, Chen JM, Choudhri AF, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 1998;116:973–80.
6. Ericsson BF. Hemodynamic effects of vasopressin during haemorrhagic hypotension in the anesthetized dog. Acta Chir Scand 1972;138:227–33.
7. Ericsson BF. The effect of vasopressin on the distribution of cardiac output in the early phase of hemorrhagic shock in the anesthetized dog. Acta Chir Scand 1972;138:119–23.
8. Foreman BW, Dai XZ, Bache RJ. Vasoconstriction of canine coronary collateral vessels with vasopressin limits blood flow to collateral-dependent myocardium during exercise. Circ Res 1991;69:657–64.
9. Wakim KG, Denton C, Essex HE. Certain cardiovascular effects of vasopressin (pitressin). Amer Heart J 1954;47:77.
10. Ericsson BF. Effect of vasopressin on the distribution of cardiac output and organ blood flow in the anesthetized dog. Acta Chir Scand 1971;137:729–38.
11. Edwards RM, Rinza W, Kinter LB. Renal microvascular effects of vasopressin and vasopressin antagonist. Am J Physiol 1989;256(2 Pt 2):F274–8.
12. Edwards RM. Segmental effects of norepinephrine and angiotensin II on isolated renal microvessels. Am J Physiol 1983;244:F526–34.
13. Wagner HN Jr, Braunwald E. The pressor effect of the antidiuretic principle of the posterior pituitary in orthostatic hypotension. J Clin Invest 1956;35:1412–8.
14. Padfield PL, Brown JJ, Lever AF, Moron JJ, Robertson JIS. Blood pressure in acute and chronic vasopressin excess. N Eng J Med 1981;304:1067–70.
15. Linder KH, Prengel AW, Brinkmann A, et al. Vasopressin administration in refractory cardiac arrest. Ann Intern Med 1996;124:1061–4.
16. Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997;95:1122–5.
17. Graybiel A, Glendy RE. Circulatory effects following the intravenous administration of Pitressin in normal persons and in patients with hypertension and angina pectoris. Am Heart J 1941;21:481–9.
18. Thiemermann C, Szabo C, Mitchell A, Vane JR. Vascular hyporeactivity to vasoconstrictor agents and hemodynamic decompensation in hemorrhagic shock is mediated by nitric oxide. Proc Natl Acad Sci USA 1993;90:267–71.
19. Landry DW, Oliver JA. The ATP-sensitive $K^+$ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. J Clin Invest 1992;89:2071–4.
20. Szabo C, Salzman AL. Inhibition of ATP-activated potassium channels exerts pressor effects and improves survival in a rat model of severe hemorrhagic shock. Shock 1996;5:391–4.
21. Kilbourn RG, Gross SS, Jubran A, et al. Ng-methyl-L-arginine inhibits tumor necrosis factor-induced hypotension: implications for the involvement of nitric oxide. Proc Natl Acad Sci USA 1990;87:3629–32.
22. Howel J, Wheatley M. Molecular pharmacology of V1a vasopressin receptors. Gen Pharmacol 1995;25:1143–52.
23. Tetsuka T, Nakaya Y, Inoue I. Arginine vasopressin inhibits interleukin-1beta-stimulated nitric oxide and cyclic guanosine monophosphate production via the V1 receptor in cultured rat vascular smooth muscle cells. J Hyper 1997;15: 627–32.
24. Salzman AL, Vromen A, Denenberg A, Szabo C. $K_{ATP}$-channel inhibition improves hemodynamics and cellular energetics in hemorrhagic shock. Am J Physiol 1997;272(2 Pt 2):H688–94.
25. Errington ML, Rocha M, Silva E. The secretion and clearance of vasopressin during the development of irreversible haemorrhagic shock. Proc Physiol Soc 1971;217:43P–5P.

PAR-VASO-0007872





# Reversal by Vasopressin of Intractable Hypotension in the Late Phase of Hemorrhagic Shock

David Morales, John Madigan, Suzanne Cullinane, Jonathan Chen, Mark Heath, Mehmet Oz, Juan A. Oliver and Donald W. Landry

*Circulation.* 1999;100:226-229
doi: 10.1161/01.CIR.100.3.226
*Circulation* is published by the American Heart Association, 7272 Greenville Avenue, Dallas, TX 75231
Copyright © 1999 American Heart Association, Inc. All rights reserved.
Print ISSN: 0009-7322. Online ISSN: 1524-4539

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://circ.ahajournals.org/content/100/3/226

---

**Permissions:** Requests for permissions to reproduce figures, tables, or portions of articles originally published in *Circulation* can be obtained via RightsLink, a service of the Copyright Clearance Center, not the Editorial Office. Once the online version of the published article for which permission is being requested is located, click Request Permissions in the middle column of the Web page under Services. Further information about this process is available in the Permissions and Rights Question and Answer document.

**Reprints:** Information about reprints can be found online at:
http://www.lww.com/reprints

**Subscriptions:** Information about subscribing to *Circulation* is online at:
http://circ.ahajournals.org//subscriptions/

---

Downloaded from http://circ.ahajournals.org/ by guest on June 27, 2012

PAR-VASO-0007873

# Reversal by Vasopressin of Intractable Hypotension in the Late Phase of Hemorrhagic Shock

David Morales, MD; John Madigan, BA; Suzanne Cullinane, BA; Jonathan Chen, MD;
Mark Heath, MD; Mehmet Oz, MD; Juan A. Oliver, MD; Donald W. Landry, MD, PhD

***Background***—Hypovolemic shock of marked severity and duration may progress to cardiovascular collapse unresponsive to volume replacement and drug intervention. On the basis of clinical observations, we investigated the action of vasopressin in an animal model of this condition.

***Methods and Results***—In 7 dogs, prolonged hemorrhagic shock (mean arterial pressure [MAP] of ≈40 mm Hg) was induced by exsanguination into a reservoir. After ≈30 minutes, progressive reinfusion was needed to maintain MAP at ≈40 mm Hg, and by ≈1 hour, despite complete restoration of blood volume, the administration of norepinephrine ≈3 $\mu g \cdot kg^{-1} \cdot min^{-1}$ was required to maintain this pressure. At this moment, administration of vasopressin 1 to 4 mU $\cdot kg^{-1} \cdot min^{-1}$ increased MAP from $39 \pm 6$ to $128 \pm 9$ mm Hg ($P<0.001$), primarily because of peripheral vasoconstriction. In 3 dogs subjected to similar prolonged hemorrhagic shock, angiotensin II 180 ng $\cdot kg^{-1} \cdot min^{-1}$ had only a marginal effect on MAP ($45 \pm 12$ to $49 \pm 15$ mm Hg). Plasma vasopressin was markedly elevated during acute hemorrhage but fell from $319 \pm 66$ to $29 \pm 9$ pg/mL before administration of vasopressin ($P<0.01$).

***Conclusions***—Vasopressin is a uniquely effective pressor in the irreversible phase of hemorrhagic shock unresponsive to volume replacement and catecholamine vasopressors. Vasopressin deficiency may contribute to the pathogenesis of this condition. (***Circulation.*** 1999;100:226-229.)

**Key Words:** vasopressin ■ shock ■ hemorrhage

P rofound and prolonged hypotension due to hemorrhage may progress to shock unresponsive to volume replacement and vasoconstrictors such as norepinephrine.[1–8] We recently observed a patient with bleeding esophageal varices who developed severe hypotension unresponsive to administration of volume replacement, large doses of catecholamine pressors, and compression of the esophageal varices. To facilitate hemostasis by constriction of the mesenteric vasculature, vasopressin was administered.[9] This was followed immediately by a marked increase in arterial pressure. A similar observation in a second patient without cirrhosis and our previous observation that vasopressin is an effective pressor in septic shock[10] suggested that vasopressin might also be effective in the late, irreversible phase of hemorrhagic shock. To test this, we induced prolonged hemorrhagic shock in the dog.

## Methods

### Case Reports

Two patients admitted to the Medical Intensive Care Unit of Columbia-Presbyterian Medical Center for acute gastrointestinal hemorrhage were treated with vasopressin by their Attending Physicians. The reported cases are consecutive and span a period of 17

months. The study was approved by the Institutional Review Board of Columbia University.

Patient 1 was a 46-year-old woman who presented with cirrhosis, gastrointestinal bleeding, and renal failure. Her baseline systolic arterial pressure (SAP) was 130 mm Hg, but on admission, her SAP was 90 mm Hg. An emergency esophagogastroduodenoscopy revealed bleeding esophageal varices, and sclerotherapy was performed. Shortly afterward, she experienced a second, large upper gastrointestinal hemorrhage and, as shown in Figure 1, her SAP declined to 45 mm Hg. Intravenous saline and blood products were administered, and to maintain SAP at ≈90 mm Hg, intravenous norepinephrine was administered and the dose was increased as needed. However, as shown in the figure, the pressure again declined (SAP <60 mm Hg), and intravenous dopamine was started. Her plasma bicarbonate fell quickly from 23 to 15 mEq/L as her arterial blood pH decreased from 7.46 to 7.23. A Sengstocken-Blakemore tube was inserted, and after aspiration of 500 mL of bloody gastric fluid, the hemorrhage appeared to have ceased. Despite >4.0 L of intravenous fluids, including normal saline (2 L), fresh frozen plasma (10 L), platelets (6 U), and packed red blood cells (6 U), and despite escalating doses of catecholamine pressors (reaching a maximum of 6.7 $\mu g \cdot kg^{-1} \cdot min^{-1}$ for norepinephrine and 300 $\mu g \cdot kg^{-1} \cdot min^{-1}$ for dopamine), her SAP remained at ≈50 mm Hg for >60 minutes. Intravenous vasopressin was then begun at 4 mU $\cdot kg^{-1} \cdot min^{-1}$, and as shown in Figure 1, within 10 minutes her SAP increased to 160 mm Hg, and catecholamine pressors were discontinued. Administration of volume replacement was stopped, and the dose of

Received April 6, 1999; revision received May 24, 1999; accepted May 27, 1999.

From the Departments of Medicine, Surgery, and Anesthesiology, Columbia University College of Physicians and Surgeons, 630 W 168th St, New York, NY 10032.

Correspondence to Donald W. Landry, MD, PhD, Director, Division of Clinical Pharmacology and Experimental Therapeutics, Columbia University, P&S Building, 10th Floor, Room 445, 630 W 168th St, New York, NY 10032.

© 1999 American Heart Association, Inc.

*Circulation* **is available at http://www.circulationaha.org**

Downloaded from http://circ.ahajournals.org/ by guest on June 27, 2012

PAR-VASO-0007874



**Figure 1.** Patient 1. SAP during 5 hours before and 5 hours during administration of arginine vasopressin (AVP). NEPI indicates norepinephrine; DOPA, dopamine.

vasopressin was decreased to 2 mU · kg$^{-1}$ · min$^{-1}$, with SAP remaining at ≈105 mm Hg. Vasopressin was discontinued uneventfully after 26 hours of administration.

The patient underwent placement of a transvenous intrahepatic portosystemic shunt and was discharged from the hospital 2 weeks thereafter.

Patient 2 was a 26-year-old woman with end-stage renal disease and hypertension who was admitted for a cadaveric renal transplant. During her second postoperative week, with her antihypertensive medications discontinued and SAP ≈150 mm Hg, she had an upper gastrointestinal hemorrhage with sustained hypotension (SAP 70 mm Hg). Intravenous administration of normal saline (2 L) and packed red blood cells (5 U) failed to restore her blood pressure, despite a central venous pressure (CVP) of 17 mm Hg. Intravenous norepinephrine was then administered and progressively increased up to 2.3 µg · kg$^{-1}$ · min$^{-1}$ because of minor pressor response. During this period, her plasma bicarbonate fell quickly from 16 to 8 mEq/L and arterial blood pH from 7.39 to 7.00. Intravenous administration of vasopressin was begun at 1 mU · kg$^{-1}$ · min$^{-1}$, and within 10 minutes, SAP rose to 130 mm Hg and norepinephrine was decreased to 0.2 µg · kg$^{-1}$ · min$^{-1}$, with SAP maintained at >110 mm Hg. A plasma sample drawn just before administration of vasopressin showed a vasopressin concentration[10] of 5.1 pg/mL, inappropriately low for the degree of hypotension (SAP 80 mm Hg).[11,12] A subtotal gastrectomy was performed immediately, and with the patient remaining hemodynamically stable, vasopressin was discontinued uneventfully after 2 hours of administration.

One week later, the patient sustained a pulmonary embolism and died after an asystolic arrest.

## Experimental Hemorrhagic Shock

Mongrel dogs (27.4±0.6 kg, mean±SEM) were anesthetized with pentobarbital, endotracheally intubated, and ventilated with room air. A thoracotomy was performed, and an aortic flow probe (Transonic Systems Inc) was placed at the aortic arch for cardiac output determinations. Arterial pressure and CVP were transduced from catheters in the femoral artery and internal jugular vein, respectively. The irreversible phase of hemorrhagic shock was induced by a variant of the method of Bond et al.[4,6] By this method, prolonged hypotension was induced by allowing the animal's blood to fill a reservoir in open communication with a femoral artery and adjusting the height of the reservoir to maintain mean arterial pressure (MAP) at ≈40 mm Hg. As illustrated in Figure 2, after a variable period of hypovolemic hypotension, systemic vasodilation was evidenced by the onset of passive transfer of blood from the reservoir into the animal. Passive reuptake of the blood was extended beyond the method of Bond et al[4,6] and until ≈50% of the blood in the reservoir had returned to the animal. At this time, the remaining blood could be actively reintroduced in increments without arterial pressure being restored, and, in fact, to maintain MAP at ≈40 mm Hg, norepineph-





**Figure 2.** A, Arterial pressure (AP) tracing in experimental hemorrhagic shock in a dog. Other abbreviations as in Figure 1. Black tracing indicates MAP; gray, systolic-diastolic range. B, MAP and cardiac output (CO) during control period (CTL) and during administration of AVP in dogs (n=7). Continuous measurements were averaged during 5-minute interval immediately before and after peak response to vasopressin 1 to 4 mU · kg$^{-1}$ · min$^{-1}$; all dogs received norepinephrine (see text).

rine was soon required. Normal saline was administered as needed to maintain CVP at >5 mm Hg. The dose of norepinephrine was progressively increased as needed up to ≈3 µg · kg$^{-1}$ · min$^{-1}$ (the average dose administered to our patients), at which time vasopressin was administered. Blood samples were obtained after acute hemorrhage and immediately before vasopressin infusion for determination of the plasma vasopressin concentration, as described.[10] All results are expressed as mean±SEM. Data were analyzed with the paired Student's $t$ test, and differences were taken as significant if the $t$ value exceeded the critical value for the 5% level.

## Results

The arterial pressure response to vasopressin during the late irreversible phase of hemorrhagic shock is illustrated in the experiment shown in Figure 2A. After volume replacement, the infusion of norepinephrine at 3.0 µg · kg$^{-1}$ · min$^{-1}$ maintained a MAP of only ≈40 mm Hg. Within 5 minutes of vasopressin infusion (4 mU · kg$^{-1}$ · min$^{-1}$), MAP increased to 140 mm Hg and despite fluctuations remained >90 mm Hg for the next 50 minutes of observation.

Figure 2B shows mean values for MAP and cardiac output in 7 dogs in the late phase of hemorrhagic shock just before and immediately after vasopressin administration. Despite restoration of blood volume and administration of large doses of norepinephrine (3.4±1.0 µg · kg$^{-1}$ · min$^{-1}$), MAP averaged 39±6 mm Hg during the control period. Vasopressin was administered at 4 mU · kg$^{-1}$ · min$^{-1}$ (the dose given to patient 1) in 4 dogs, and the other 3 received 1 mU · kg$^{-1}$ · min$^{-1}$ (the

Downloaded from http://circ.ahajournals.org/ by guest on June 27, 2012

dose given to patient 2); both doses increased MAP significantly and to a similar degree, and the data were pooled. As shown, vasopressin increased MAP from $39\pm6$ to $128\pm9$ mm Hg ($P<0.001$) without significantly changing cardiac output. The pressor effect of vasopressin was sustained during the period of observation ($\approx1$ hour), and in all cases the experiment was terminated by design.

As expected, at the beginning of the hypotensive hemorrhage, plasma vasopressin concentration was markedly elevated ($319\pm66$ pg/mL), but before the administration of vasopressin, it fell to $29\pm9$ pg/mL ($P<0.01$). Immediately before they received vasopressin, the arterial blood pH of these animals averaged $7.0\pm0.1$ and the lactate concentration averaged $15\pm2$ mg/dL, highlighting the severity of the shock state.

To examine whether the observed pressor effect of vasopressin was shared by other vasoconstrictors, angiotensin II was infused at 180 ng $\cdot$ kg$^{-1}$ $\cdot$ min$^{-1}$ ($\approx5$ $\mu$g/min), a dose that markedly increases pressure under normal conditions.[13] However, in 3 dogs in the late phase of hemorrhagic shock (MAP $45\pm12$ mm Hg and arterial blood pH $7.1\pm0.1$) receiving norepinephrine 3.9$\pm$0.6 $\mu$g $\cdot$ kg$^{-1}$ $\cdot$ min$^{-1}$, administration of angiotensin II had only a marginal effect on MAP ($49\pm15$ mm Hg), confirming previous observations.[14]

## Discussion

The 2 patients described had severe bleeding with prolonged and severe hypotension that could not be reversed despite volume replacement and massive doses of catecholamine pressors. Similarly, in the animal model, hypotension persisted despite restoration of the blood volume and administration of large doses of norepinephrine. Inasmuch as the late phase of hemorrhagic shock, which is unresponsive to volume replacement and catecholamine pressors, is believed to be irreversible,[1–6] the observation that vasopressin is an extremely effective pressor is of considerable clinical interest.

Under normal conditions, the doses of vasopressin used have little or no pressor action,[15,16] and significant elevation of plasma vasopressin due to unregulated release of hormone (ie, the syndrome of inappropriate secretion of antidiuretic hormone) does not cause hypertension.[17] What, then, are the reasons for the observed pressor effect of vasopressin? Two possibilities are likely. First, in vascular smooth muscle, vasopressin can inhibit both ATP-sensitive potassium ($K_{ATP}$) channels[18] and NO-induced accumulation of cGMP.[19] We and others have shown that activation of the $K_{ATP}$ channels contributes to the hypotension of several types[20] of shock, including hemorrhagic shock.[21] Furthermore, activation of NO synthesis also contributes to the hypotension of this condition.[8] Thus, vasopressin inhibits vasodilator mechanisms that contribute to both hypotension and vascular hyperreactivity in the late phase of hemorrhagic shock.

A second factor likely to contribute to the particular pressor effectiveness of exogenous vasopressin in the late phase of hemorrhagic shock is inappropriately low plasma levels of the hormone, perhaps due to depletion of its secretory stores in the neurohypophysis. Such depletion has been described after powerful stimuli for release of vasopressin,[22] and low plasma levels of the hormone have been reported during severe hypernatremia[23] and during severe hypotension due to septic shock[10] and advanced hemorrhagic shock.[24] Indeed, the plasma vasopressin concentration in patient 2 was inappropriately low for the degree of hypotension,[11,12] and in the experimental model, vasopressin in plasma declined as shock advanced.

The irreversible phase of hemorrhagic shock is thought to be a rare clinical entity, because management of acute hemorrhage, if effective, minimizes the severity and duration of hypotension and, if not, often results in death before restoration of circulating volume. However, all forms of shock, when advanced, can become poorly responsive to catecholamine pressors, perhaps as a result of the same pathogenetic mechanisms as those activated in the irreversible phase of hemorrhagic shock. Hence, an investigation of the effectiveness of vasopressin in their management seems warranted.

## Acknowledgments

We thank Qais Al-Awqati for helpful discussions and Margaret Coleman for patient secretarial help.

## References

1. Shires GT III, Shires GT, Carrico CJ. Shock. In: Schwartz SI, ed. *Principles of Surgery*. 6th ed. New York, NY: McGraw-Hill Inc; 1994: 119–138.
2. Walley KR, Wood LDM. Shock. In: Hall JB, Schmidt GA, Wood LDW, eds. *Principles of Critical Care*. New York NY:, McGraw-Hill Inc; 1992:1393–1416.
3. Rush BF Jr. Irreversibility in the post-transfusion phase of hemorrhagic shock. *Adv J Exp Med Biol*. 1971;23:215–234.
4. Bond RF, Manley ES Jr, Green HD. Cutaneous and skeletal muscle vascular responses to hemorrhage and irreversible shock. *Am J Physiol*. 1967;212:488–497.
5. Remington JW, Hamilton WF, Caddell HM, Boyd GH Jr, Hamilton WF Jr. Some circulatory responses to hemorrhage in the dog. *Am J Physiol*. 1950;161:106–115.
6. Bond RF, Johnson GI III. Vascular adrenergic interactions during hemorrhagic shock. *Fed Proc*. 1985;44:281–289.
7. Mellander S, Lewis DH. Effect of hemorrhagic shock on the reactivity of resistance and capacitance vessels and on capillary filtration transfer in cat skeletal muscle. *Circ Res*. 1963;13:105–118.
8. Thiemermann C, Szabo C, Mitchell A, Vane JR. Vascular hyporeactivity to vasoconstrictor agents and hemodynamic decompensation in hemorrhagic shock is mediated by nitric oxide. *Proc Natl Acad Sci U S A*. 1993;90:267–271.
9. Boyer TD. Cirrhosis of the liver and its major sequelae. In: Wyngaarden JB, Smith LH Jr, Bennett JC, eds. *Cecil Textbook of Medicine*. Philadelphia Pa: WB Saunders Co; 1992:786–794.
10. Landry DW, Levin HR, Gallant EM, Ashton RC, Seo S, D'Alessandro D, Oz MC, Oliver JA. Vasopressin deficiency contributes to the vasodilation of septic shock. *Circulation*. 1997;95:1122–1125.
11. Minaker KL, Meneilly GS, Young JB, Landsberg L, Stoff JS, Robertson GL, Rowe JW. Blood pressure, pulse and neurohumoral responses to nitroprusside-induced hypotension in normotensive aging men. *J Gerontol Med Sci*. 1991;46:M151–M154.
12. Schwartz J, Keil LC, Maselli J, Reid IA. Role of vasopressin in blood pressure regulation during adrenal insufficiency. *Endocrinology*. 1983; 112:234–238.
13. Davis JO, Hartroft PM, Titus EO, Carpenter CCJ, Ayers CR, Spiegel HE. The role of the renin-angiotensin system in the control of aldosterone secretion. *J Clin Invest*. 1962;41:378–389.

Downloaded from http://circ.ahajournals.org/ by guest on June 27, 2012

PAR-VASO-0007876

14. Middleton S. The effects of renin and angiotensin during hemorrhagic hypotension and shock. *Am J Physiol.* 1943;141:132–137.

15. Wagner HN Jr, Braunwald E. The pressor effect of the antidiuretic principle of the posterior pituitary in orthostatic hypotension. *J Clin Invest.* 1956;35:1412–1418.

16. Tsai, Y-T, Lee F-Y, Lin H-C, Lee S-D, Hsia H-C, Lin W-J, Wang S-S, Lay C-S, Lai K-H, Lo K-J. Hyposensitivity to vasopressin in patients with hepatitis B-related cirrhosis during acute variceal hemorrhage. *Hepatology.* 1991;13:407–412.

17. Padfield PL, Brown JJ, Lever AF, Moron JJ, Robertson JIS. Blood pressure in acute and chronic vasopressin excess. *N Engl J Med.* 1981; 304:1067–1070.

18. Wakatsuki T, Nakaya Y, Inoue I. Vasopressin modulates K-channel activities of cultured smooth muscle cells from porcine coronary artery. *Am J Physiol.* 1992;263(*Heart Circ Physiol* 32):H491–H496.

19. Tetsuka T, Ando Y, Asano Y. Arginine vasopressin inhibits interleukin-1$\beta$-stimulated nitric oxide and cyclic guanosine monophosphate production via the $V_1$ receptor in cultured rat vascular smooth muscle cells. *J Hypertens.* 1997;15:627–632.

20. Landry DW, Oliver JA. The ATP-sensitive $K^+$ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. *J Clin Invest.* 1992;89:2071–2074.

21. Salzman AL, Vromen A, Denenberg A, Szabo C. $K_{ATP}$-channel inhibition improves hemodynamics and cellular energetics in hemorrhagic shock. *Am J Physiol.* 1997;272(*Heart Circ Physiol* 41):H688–H694.

22. Negro-Vilar A, Samson WK. Dehydration-induced changes in immunoreactive vasopressin levels in specific hypothalamic structures. *Brain Res.* 1979;169:585–589.

23. Cooke CR, Wall BM, Jones GV, Presley DN, Share L. Reversible vasopressin deficiency in severe hypernatremia. *Am J Kidney Dis.* 1993;22: 44–52.

24. Errington ML, Rocha M, Silva E Jr. The secretion and clearance of vasopressin during the development of irreversible haemorrhagic shock. *Proc Physiol Soc.* 1971;23:43P–45P.

Downloaded from http://circ.ahajournals.org/ by guest on June 27, 2012

PAR-VASO-0007877

British Journal of Pharmacology (1995) 116, 1668–1672 © 1995 Stockton Press   All rights reserved 0007–1188/95 $12.00 

# Pharmacological profile of semotiadil fumarate, a novel calcium antagonist, in rat experimental angina model

Tomohiro Mori, Yutaka Ishigai, Akiko Fukuzawa, Kiyoshi Chiba & [1]Toshiro Shibano

Exploratory Research Laboratories II, Tokyo R&D Center, Daiichi Pharmaceutical Co., Ltd., 16-13, Kita-kasai 1-Chome Edogawa-Ku, Tokyo, Japan

1  The aim of the present study was to determine whether antianginal efficacy of semotiadil fumarate (SD-3211), a structurally novel calcium antagonist, is distinct from those of diltiazem, nifedipine and nisoldipine.

2  First, the duration of the inhibitory effects of semotiadil was compared with that of other $Ca^{2+}$ antagonists in rat experimental angina evoked by vasopressin. Semotiadil (10 mg $kg^{-1}$, p.o.) was effective for at least 9 h in the anginal model and those effects of semotiadil were longer-lasting than those of diltiazem (30 mg $kg^{-1}$, p.o.), nifedipine (10 mg $kg^{-1}$, p.o.), and nisoldipine (3 mg $kg^{-1}$, p.o.).

3  Second, the selectivity of actions of these $Ca^{2+}$ antagonists for the coronary arteries and myocardium was evaluated in rat isolated perfused hearts. Diltiazem ($10^{-6}$ M) reduced cardiac contractility without inhibiting the elevation of perfusion pressure evoked by acetylcholine. Semotiadil ($10^{-7}$ M) significantly suppressed cardiac contractility and inhibited the coronary response to acetylcholine. In contrast, nifedipine ($3 \times 10^{-9}$–$3 \times 10^{-8}$ M) and nisoldipine ($3 \times 10^{-10}$–$10^{-8}$ M) did not reduce cardiac contractility at concentrations which significantly inhibited the increase in perfusion pressure to acetylcholine.

4  The selectivity of semotiadil for coronary artery and myocardium is intermediate between diltiazem and dihydropyridines tested in the present study.

5  These findings suggest that semotiadil has an advantage of diltiazem, nifedipine, and nisoldipine in the treatment of angina with regard to long-lasting action and selectivity for coronary artery and myocardium.

Keywords: Calcium antagonist; semotiadil; ST-segment; tissue selectivity; angina pectoris

## Introduction

Calcium channel antagonists are classified into the following three groups based on the chemical structure, which show different pharmacological and therapeutic properties; (a) 1,4-dihydropyridines, (b) benzothiazepine and (c) phenylalkylamines (Kendall et al., 1987; Opie, 1988). The 1,4-dihydropyridines such as nifedipine and nisoldipine have higher selectivity for blood vessels than cardiac tissues, whereas diltiazem, a benzothiazepine, and phenylalkylamine such as verapamil show lower selectivity for vascular tissues (Taira, 1987; Quartaroli et al., 1991; Triggle, 1991). For these reasons, the dihydropyridines are likely to cause reflex tachycardia in patients with hypertension and angina (Pederson, 1980; Mitchell et al., 1993). Diltiazem and verapamil can induce cardiac suppression including bradycardia and atrioventricular block (Henry, 1980; Mitchell et al., 1982). Furthermore, lack of long-lasting actions of these $Ca^{2+}$ antagonists is unfavourable in the management of patients with angina. Thus, the pharmacological profile of these dihydropyridines and diltiazem still remains to be improved. Semotiadil fumarate (SD-3211), (+)-(R)-2-[5-methoxy-2-[3-[methyl[2-[3,4-(methylenedioxy)phenoxy]ethyl]-amino]propoxy]phenyl]-4-methyl-2H-1,4-benzothiazine-3 (4H) - one hydrogen fumarate, is a novel $Ca^{2+}$ antagonist with a distinctive chemical structure from dihydropyridines, diltiazem and verapamil (Fujita et al., 1990). The pharmacological profile of semotiadil is also different from those of the earlier $Ca^{2+}$ antagonists. Indeed, the binding site of semotiadil to $Ca^{2+}$ channel differs from those of dihydropyridines, diltiazem and verapamil since semotiadil has a negative allosteric interaction with those of $Ca^{2+}$ antagonists in displacement studies. (Nakayama et al., 1992; 1994). The actions of semotiadil are more selective for cardiac tissues than those of dihydropyridines, and are more selective for vessels

than that of diltiazem (Miyawaki et al., 1990; 1991; Nishimura et al., 1990; Takada et al., 1991b). Furthermore, semotiadil shows long-lasting antihypertensive effects in spontaneously hypertensive rats (SHR) and renal hypertensive dogs (Kageyama et al., 1991; Takada et al., 1991a; Kanda & Hashimoto, 1993). Thus, the earlier studies suggest that semotiadil is a new class of $Ca^{2+}$ antagonist. However, the pharmacological profile of semotiadil is not well-established in experimental angina models.

The present study was therefore designed to determine whether antianginal effects of semotiadil are distinct from nifedipine, nisoldipine and diltiazem.

## Methods

### ST-segment changes caused by vasopressin

Animals  Male Donryu rats weighing 280–450 g were used in these experiments. The animals were anaesthetized with sodium pentobarbitone (50 mg $kg^{-1}$, i.p.); cannulae were inserted into the trachea and right jugular vein for spontaneous respiration and injection of arginine vasopressin (AVP, 0.25 iu $kg^{-1}$) respectively. Electrocardiograms (lead II) were obtained with an electrocardiograph (Cardiofax ECG6503, Nihon Kohden, Tokyo) and changes in ST-segment to AVP were analyzed with an ECG processor (Version 2.0, Softron, Tokyo). The mean voltage of the electrocardiogram for 13 ms from the peak of the S-wave was defined as the value of the ST-segment.

Experimental protocol  The duration of the inhibitory effects of the following dose of $Ca^{2+}$ antagonists were examined on the responses to AVP 1, 3, 6, and 9 h after the administration of the compounds. Semotiadil (1, 3, 10 mg $kg^{-1}$), diltiazem (3, 10, 30 mg $kg^{-1}$), nifedipine (1, 3, 10 mg $kg^{-1}$), nisoldipine (0.3,

[1] Author for correspondence.

PAR-VASO-0007878

1, 3 mg kg⁻¹), and vehicle (0.5% methylcellulose, 5 ml kg⁻¹) were given orally to the animals. In the cases of semotiadil (10 mg kg⁻¹) and diltiazem (30 mg kg⁻¹), the inhibitory effects of the compounds were also examined 24 h after administration.

### Acetylcholine-induced coronary vasocontraction

*Preparation of isolated, perfused hearts* The hearts were removed from heparinized (250 iu heparin, i.p.) Sprague-Dawley rats weighing 280–430 g under sodium pentobarbitone-anaesthesia (50 mg kg⁻¹, i.p.) and were arrested immediately in ice-cold saline. The hearts were subjected to Langendorff perfusion with Krebs-Henseleit bicarbonate solution (composition, mM: NaCl 118, KCl 4.7, MgSO₄ 1.2, KH₂PO₄ 1.2, CaCl₂ 2.5, NaHCO₃ 25 and glucose 10). The solution was adjusted to pH 7.4 by gassing with a mixture of 95% O₂ + 5%CO₂, and maintained at 37°C. The hearts were perfused at a constant flow rate of 9.5 ml min⁻¹ with a peristaltic pump (SJ-1220, Atto, Tokyo, Japan) and paced at 300 beats min⁻¹ via silver-electrodes attached to the auricles with an electric stimulator (SEN-3201, Nihon Kohden, Tokyo, Japan). Perfusion pressure was recorded at the aortic orifice with a pressure transducer (DX-360, Nihon Kohden). Developed tension was monitored with a force-displacement transducer (TB-612T, Nihon Kohden). Resting tension of 1 g was applied upon starting the experiments.

*Experimental protocol* After 15 min of equilibration, acetylcholine (0.3 µg) was injected into the perfusate adjacent to the aorta and the changes in perfusion pressure were recorded. When the increase in perfusion pressure to acetylcholine was less than 5 mmHg, the hearts were excluded from the experiments. After 5 min of equilibration, semotiadil (3 × 10⁻⁸–

3 × 10⁻⁷ M), diltiazem (10⁻⁷–3 × 10⁻⁶ M), nifedipine (10⁻⁹–3 × 10⁻⁷ M), nisoldipine (10⁻¹⁰–10⁻⁷ M) or vehicle (0.01% dimethyl sulphoxide) was infused into the perfusate. The effects of the compounds on developed tension were recorded 10 min after the start of the infusion. Then, the changes in perfusion pressure to acetylcholine (0.03–1.0 µg) were studied.

### Statistical analysis

Data are expressed as mean ± s.e.mean. Statistical comparisons were performed by means of Kruskal-Wallis test followed by



**Figure 1** Time-course of the changes in ST-segment produced by intravenous injection of Arg-vasopressin 1 h after the oral administration of saline (○, n=18) and vehicle (0.5% methylcellulose solution; ●, n=19) in anaesthetized rats. Each value represents mean ± s.e.mean.



**Figure 2** Inhibitory effects of orally administered (a) semotiadil (1 mg kg⁻¹; ●, 3 mg kg⁻¹; □ and 10 mg kg⁻¹; ■), (b) diltiazem (3 mg kg⁻¹; ●, 10 mg kg⁻¹; □ and 30 mg kg⁻¹; ■), (c) nifedipine (1 mg kg⁻¹; ●, 3 mg kg⁻¹; □ and 10 mg kg⁻¹; ■), and (d) nisoldipine (0.3 mg kg⁻¹; ●, 1 mg kg⁻¹; □ and 3 mg kg⁻¹; ■) on Arg-vasopressin (AVP)-induced ST-segment depression in rats. Each point represents mean ± s.e.mean of the data from 6 rats. *P < 0.05 compared with vehicle-treated group (0.5% methylcellulose; ○).

**Table 1**  Effects of $Ca^{2+}$ antagonists on developed tension after 10 min infusion

| Concentration (M) | Semotiadil Baseline | 10 min | Diltiazem Baseline | 10 min | Nifedipine Baseline | 10 min | Nisoldipine Baseline | 10 min |
|---|---|---|---|---|---|---|---|---|
| | Developed tension (g) | | | | | | | |
| Saline | 1.93±0.10 | 2.13±0.07 | | | | | | |
| Vehicle | 1.89±0.10 | 2.01±0.11 | | | | | | |
| $10^{-10}$ | | | | | | | 1.77±0.15 | 1.76±0.16 |
| $3\times10^{-10}$ | | | | | | | 2.18±0.12 | 2.14±0.09 |
| $10^{-9}$ | | | | | 2.02±0.11 | 2.11±0.12 | 2.18±0.10 | 2.04±0.10 |
| $3\times10^{-9}$ | | | | | 1.67±0.11 | 1.62±0.11 | 1.83±0.16 | 1.87±0.13 |
| $10^{-8}$ | | | | | 1.66±0.17 | 1.49±0.19 | 1.59±0.15 | 1.59±0.15 |
| $3\times10^{-8}$ | 2.00±0.13 | 1.82±0.10 | | | 1.84±0.05 | 1.62±0.08 | 1.71±0.14 | 1.29±0.14* |
| $10^{-7}$ | 1.72±0.26 | 1.16±0.14* | 1.62±0.10 | 1.65±0.06* | 1.95±0.10 | 0.94±0.08* | 1.80±0.11 | 0.93±0.15* |
| $3\times10^{-7}$ | 1.95±0.10 | 0.98±0.04* | 1.73±0.11 | 1.70±0.11 | 1.83±0.09 | 0.52±0.04* | | |
| $10^{-6}$ | | | 1.77±0.10 | 1.13±0.08* | | | | |
| $3\times10^{-6}$ | | | 1.82±0.11 | 0.80±0.14* | | | | |

Each value represents the mean±s.e.mean of six to seven experiments. *$P<0.05$ compared to vehicle-treated group (10 min).

Mann-Whitney U test. $P$ values less than 0.05 were considered to indicate statistically significant differences between groups.

### Drugs

Semotiadil and acetylcholine chloride were synthesized at Daiichi Pharmaceutical Co. (Tokyo, Japan). Nisoldipine was obtained from Bayer (Germany); diltiazem, nifedipine and Arg-vasopressin from Sigma Chemical Co. (St. Louis, MO, U.S.A.). Test drugs were suspended in 0.5% methylcellulose for the oral administration experiments. In Langendorff perfusion, test drugs were dissolved in a small amount of DMSO and then diluted with distilled water to a final concentration of 1% DMSO.

### Results

#### ST-segment changes evoked by vasopressin

The maximal depression in ST-segment was observed 3 min after AVP administration, and the voltage of the segment returned to the baseline within 10 min (Figure 1). The vehicle solution (0.5% methylcellulose) did not affect the depression of ST-segment induced by AVP. All tested drugs inhibited the changes in ST-segment in a dose-dependent manner. The minimum doses of the $Ca^{2+}$ antagonists that completely inhibited the AVP-induced ST-segment depression 1 h after oral administration were as follows: semotiadil 1 mg $kg^{-1}$; diltiazem 3 mg $kg^{-1}$; nifedipine 1 mg $kg^{-1}$ and nisoldipine 0.3 mg $kg^{-1}$. However, the $Ca^{2+}$ antagonists at these minimum doses did not significantly inhibit the responses to AVP 3, 6 and 9 h after the administration (Figure 2).

#### Duration of action of $Ca^{2+}$ antagonists

Semotiadil at 3 mg $kg^{-1}$, p.o. significantly inhibited the AVP-induced ST-segment depression 6 h after the administration (Figure 2). Furthermore, semotiadil at 10 mg $kg^{-1}$ reduced the changes in ST-segment to AVP even 9 h after administration, but this effect was not evident at 24 h. The inhibitory effects of the other $Ca^{2+}$ antagonists were less persistent than that of semotiadil. The effects of diltiazem and nisoldipine did not last for 6 h even at the highest doses (diltiazem; 30 mg $kg^{-1}$, nisoldipine; 3 mg $kg^{-1}$) and nifedipine (10 mg $kg^{-1}$) failed to inhibit the response to AVP at 9 h.

#### ACh-induced coronary vasocontraction

Effects of $Ca^{2+}$ antagonists on developed tension of the perfused hearts reached steady-state within 10 min after the start of drug infusion. Baselines of the developed tension were not

significantly different between the groups. Semotiadil ($3\times10^{-8}$–$3\times10^{-7}$ M), diltiazem ($10^{-7}$–$3\times10^{-6}$ M), nifedipine ($10^{-9}$–$3\times10^{-7}$ M) and nisoldipine ($10^{-10}$–$10^{-7}$ M) all decreased the developed tension in a concentration-dependent manner (Table 1).

ACh, in the range of 0.03 to 1.0 g, dose-dependently increased the perfusion pressure due to coronary vasocontraction. The $Ca^{2+}$ antagonists inhibited the increase in perfusion



**Figure 3**  Inhibitory effects of (a) semotiadil ($3\times10^{-8}$ M; ●, $10^{-7}$ M; □ and $3\times10^{-7}$ M; ■), (b) diltiazem ($10^{-7}$–$3\times10^{-6}$ M; ●, $3\times10^{-7}$ M; □, $10^{-6}$ M; ■ and $3\times10^{-6}$ M; △), (c) nifedipine ($10^{-9}$ M; ●, $3\times10^{-9}$ M; □, $10^{-8}$ M; ■, $3\times10^{-8}$ M; △, $10^{-7}$ M; ▽), and (d) nisoldipine ($10^{-10}$ M; ●, $3\times10^{-10}$ M; □, $10^{-9}$ M; ■, $3\times10^{-9}$ M; △, $10^{-8}$ M; ▲, $3\times10^{-8}$ M; ▽ and $10^{-7}$ M; ▼) on acetylcholine (ACh)-induced increase in perfusion pressure in rat isolated perfused hearts. The data are shown as mean±s.e.mean of six to seven experiments. *$P<0.05$ vs. vehicle (0.01% DMSO; ○).



**Figure 4** Effects of semotiadil ($10^{-7}$ M), diltiazem ($3 \times 10^{-6}$ M), nifedipine ($3 \times 10^{-9}$ M) and nisoldipine ($3 \times 10^{-10}$ M) on the developed tension during 10 min infusion in the isolated perfused rat hearts. Each value represents mean ± s.e.mean of six preparations. *$P < 0.05$ vs. vehicle (0.01% DMSO).



**Figure 5** Inhibitory effects of the highest concentrations of semotiadil ($3 \times 10^{-7}$ M; ●), diltiazem ($3 \times 10^{-6}$ M; □), nifedipine ($3 \times 10^{-7}$ M; ■) and nisoldipine ($10^{-7}$ M; △) on acetylcholine (ACh)-induced increase in perfusion pressure in the isolated perfused rat hearts. The data are shown as mean ± s.e.mean of six preparations. *$P < 0.05$ vs. vehicle (0.0% DMSO; ○).

pressure in concentration-dependent manner (Figure 3). The potency of the compounds was evaluated using a submaximal dose of ACh (0.3 μg). The increase in perfusion pressure caused by 0.03 μg or 0.1 μg ACh was not sufficient to evaluate the inhibitory effects of the compounds, whereas the response to 1 μg ACh reached almost the maximum level an affect which dilitiazem and nifedipine could not inhibit significantly. The lowest concentrations of these $Ca^{2+}$ antagonists that significantly inhibited the increase in perfusion pressure induced by 0.3 μg of ACh were as follows, dilitiazem $3 \times 10^{-6}$ M, semotiadil $10^{-7}$ M, nifedipine $3 \times 10^{-9}$ M and nisoldipine $3 \times 10^{-10}$ M. The inhibitory effect of semotiadil on the coronary response to ACh was more potent than that of dilitiazem, and less potent than the effects of nifedipine and nisoldipine.

Diltiazem ($10^{-6}$ M) significantly suppressed cardiac contractility without affecting the coronary response to ACh. Semotiadil ($10^{-7}$ M) inhibited both cardiac contractility and the coronary response. Nifedipine ($3 \times 10^{-9}$–$3 \times 10^{-8}$ M) and nisoldipine ($3 \times 10^{-10}$–$10^{-8}$ M) inhibited the coronary response to ACh without affecting cardiac contractility. At the lowest concentrations of the $Ca^{2+}$ antagonists that significantly inhibited the coronary response to ACh, the suppressive effect of semotiadil on cardiac contractility was intermediate between that of dilitiazem and those of nifedipine and nisoldipine (Figure 4). In contrast, when the highest doses of these $Ca^{2+}$

antagonists were given to the perfused hearts, semotiadil was the most potent inhibitor of the increase in coronary perfusion pressure to ACh (Figure 5).

### Discussion

To elucidate the beneficial effects of semotiadil in angina in comparison to diltiazem, nifedipine and nisoldipine, the present studies focused on the duration of actions of the compounds after oral administration and selectivity of the actions for cardiac contractility and coronary vasodilatation.

The depression of the ST-segment to AVP indicates a sub-endocardiac ischaemia (Hiramatsu et al., 1970; Hatano et al., 1980; Kita et al., 1994). In this experimental model of angina, $Ca^{2+}$ antagonists such as nifedipine, verapamil and diltiazem significantly inhibit the changes in ST-segment evoked by AVP, whereas these changes are not affected by β-blocker propranolol (Karasawa et al., 1988; Uchida et al., 1993). Hence, an increase in oxygen supply due to coronary vasodilatation or antispasmodic action is crucial to inhibit these ST-segment changes. Thus, the AVP-induced ST-segment change is a useful model for evaluating the efficacy of the compounds in vasospastic angina (Tsuboi et al., 1980; Kottegoda et al., 1982). The selection of three oral doses of each $Ca^{2+}$ antagonist was based on the minimum doses that completely inhibited the AVP-induced depression of ST-segment 1 h after oral administration of the compounds in the preliminary studies. In the present study, these minimum effective doses and three and ten fold higher doses were used to evaluate the duration of action of semotiadil in the angina model. Antianginal effects of semotiadil at a dose of 10 mg kg$^{-1}$ lasted for at least 9 h, which was longer than those of other $Ca^{2+}$ antagonists tested. These results in the angina model are consistent with the earlier studies showing that hypotensive effects of semotiadil (10 mg kg$^{-1}$ and 30 mg kg$^{-1}$, p.o.) last for 10 and 18 h, respectively, in conscious SHR (Kanda & Hashimoto, 1993). In the isolated depolarized aorta of the rabbit the dilator effect of semotiadil on the vessels is not easily reversed compared to dilitiazem by washing out the compounds from the bathing medium (Nishimura et al., 1990). Therefore, a tight-binding of semotiadil to the vascular tissue may explain the long-lasting activity of the compound in vitro. Indeed, highly lipophilic $Ca^{2+}$ antagonists like semotiadil show a slow onset and a long duration (Nakayama et al., 1992). Furthermore, Nakayama et al. (1992) suggested a possibility that the long lasting action of semotiadil in $Ca^{2+}$ antagonism is due to slow dissociation of the compound from the receptor site. However, the present experiments do not permit further speculation concerning the precise mechanism of the long action of semotiadil.

ACh given locally into the coronary artery causes an increase in coronary perfusion pressure in the isolated, donor-perfused hearts of rats, monkeys and pigs (Sakai, 1980; 1981). The intracoronary injection of ACh also induces coronary spasm and cardiac attack in patients with variant angina (Yasue et al., 1986; Okumura et al., 1988). ACh was used as a coronary spasmogen in the present experiments. To clarify the selectivity of action of semotiadil for coronary artery and myocardium, the spasmolytic and cardiosuppressive effects of semotiadil were compared with those of diltiazem, nifedipine and nisoldipine in isolated perfused hearts. Since the perfusate was conducted into the coronary vasculature at a constant flow rate, the changes in perfusion pressure to ACh indicated coronary vasocontraction in the present study. All $Ca^{2+}$ antagonists induced cardiac arrest at the concentrations three times as much as the highest concentrations used in these experiments. The suppressive effect of semotiadil on cardiac tissues was intermediate between that of diltiazem and those of nifedipine and nisoldipine at the concentrations which showed an equal inhibition of coronary vasocontraction. Thus, semotiadil is located between diltiazem and dihydropyridines like nifedipine and nisoldipine with regard to the tissue-selectivity for coronary artery and myocardium. The differences among semo-

tiadil, diltiazem and typical dihydropyridines in the tissue selectivity may have a relevance to the different binding sites of these $Ca^{2+}$ antagonists to $Ca^{2+}$ channel (Nakayama et al., 1992; 1994). In addition, the maximal inhibition by semotiadil at highest concentration ($3 \times 10^{-7}$ M) was most potent among the compounds in the response to ACh. However, the precise mechanism of these profiles of semotiadil remains unclear in the present study. Semotiadil is expected to prevent angina attack by its reduction of cardiac work and inhibition of the decrease in coronary blood flow.

In conclusion, semotiadil has long-acting and moderate effects on both coronary arteries and myocardium, which would favour the treatment of patients with angina pectoris.

# References

FUJITA, M., ITO, S., OTA, A., KATO, N., YAMAMOTO, K., KAWASHIMA, Y., YAMAUCHI, H. & IWAO, J. (1990). Synthesis and $Ca^{2+}$ antagonistic activity of 2-[2-[(aminoalkyl)oxy]-5-methoxyphenyl]-3,4-dihydro-4-methyl-3-oxo-2H-1,4-benzothiazines. *J. Med. Chem.*, **33**, 1898–1905.

HATANO, N., NAKATSUJI, K., NOSE, I. & SHIMIZU, M. (1980). Effects of antianginal agents on electrocardiographic change induced with vasopressin in rats. *Pharmacometrics*, **19**, 311–317.

HENRY, P.D. (1980). Comparative pharmacology of calcium antagonists: nifedipine, verapamil and diltiazem. *Am. J. Cardiol.*, **46**, 1047–1058.

HIRAMATSU, Y., IZUMI, A., TEZUKA, T. & KUROSAWA, Y. (1970). Antagonizing substances obtained from whale heart extract to vasopressin induced myocardial hypoxia. *Jpn. J. Pharmacol.*, **20**, 313–324.

KAGEYAMA, M., NISHIMURA, K., TAKADA, T., MIYAWAKI, N. & YAMAUCHI, H. (1991). SD-3211, a novel benzothiazine calcium antagonist, alone and in combination with a beta-adrenoceptor antagonist, produces antihypertensive effects without affecting heart rate and atrioventricular conduction in conscious renal hypertensive dogs. *J. Cardiovasc. Pharmacol.*, **17**, 102–107.

KANDA, A. & HASHIMOTO, H. (1993). Effects of semotiadil fumarate, a novel calcium antagonist, on blood pressure and heart rate in conscious spontaneously hypertensive rats. *Jpn. J. Pharmacol.*, **63**, 121–124.

KARASAWA, A., KUBO, K., SHUTO, K., OKA, T. & NAKAMIZO, N. (1988). Antianginal effects of the new calcium antagonist benidipine hydrochloride in anesthetized rats and spontaneously hypertensive rats. *Arzneimittel-Forsch.*, **38**, 1702–1707.

KENDALL, H.E. & LUSCOMBE, D.K. (1987). Calcium channel blocking drugs. In *Progress in Medicinal Chemistry*, Vol. 24. ed. Ellis, G.P. & West, G.B. pp. 249–297. Amsterdam: Elsevier Science Publishers.

KITA, Y., OZAKI, R., SAKAI, S., SUGIMOTO, T., HIRASAWA, Y., OHTSUKA, M., SENOH, H., YOSHIDA, K. & MAEDA, K. (1994). Antianginal effects of FK409, a new spontaneous NO releaser. *Br. J. Pharmacol.*, **113**, 1137–1140.

KOTTEGODA, S.R., ADAIKAN, P.G. & KARIM, S.M. (1982). Reversal of vasopressin-induced coronary vasoconstriction by a PGE1 analogue (one 1206) in primates. *Prostaglandins Leukot. Med.*, **8**, 343–348.

MITCHELL, J., FRISHMANN, W. & HEIMANN, M. (1993). Nisoldipine: a new dihydropyridine calcium-channel blocker. *J. Clin. Pharmacol.*, **33**, 46–52.

MITCHELL, L.B., SCHROEDER, J.S. & MASON, J.W. (1982). Comparative clinical electrophysiological effects of diltiazem, verapamil and nifedipine: a review. *Am. J. Cardiol.*, **49**, 629–634.

MIYAWAKI, N., FURUTA, T., SHIGEI, T., YAMAUCHI, H. & ISO, T. (1990). Electrophysiological properties of SD-3211, a novel putative $Ca^{++}$ antagonist, in isolated guinea pig and rabbit hearts. *J. Cardiovasc. Pharmacol.*, **16**, 769–775.

MIYAWAKI, N., FURUTA, T., SHIGEI, T., YAMAUCHI, H. & ISO, T. (1991). Cardiovascular characterization of SD-3211, a novel benzothiazine calcium channel blocker, in isolated rabbit hearts. *Life Sci.*, **48**, 1903–1909.

NAKAYAMA, K., MORIMOTO, K., NOZAWA, Y. & FUKUTA, Y. (1994). Allosteric interaction of semotiadil fumarate, a novel benzothiazine, with 1,4-dihydropyridins, phenylalkylamines, and 1,5-benzothiazepines at the $Ca^{2+}$-channel antagonist binding sites in canine skeletal muscle membranes. *J. Cardiovasc. Pharmacol.*, **23**, 731–740.

NAKAYAMA, K., MORIMOTO, K., NOZAWA, Y. & TANAKA, Y. (1992). Calcium antagonistic and binding properties of semotiadil (SD-3211), a benzothiazine derivative assessed in cerebral and coronary arteries. *J. Cardiovasc. Pharmacol.*, **20**, 380–391.

NISHIMURA, K., MIYAWAKI, N., YAMAUCHI, H. & ISO, T. (1990). Tissue selectivity of the novel calcium antagonist sesamodil fumarate in isolated smooth muscles and cardiac muscles. *Arzneimittel-Forsch.*, **40**, 244–248.

OKUMURA, K., YASUE, H., MATSUYAMA, K., GOTO, K., MIYAGI, H., OGAWA, H. & MATSUYAMA, K. (1988). Sensitivity and specificity of intracoronary injection of acetylcholine for the induction of coronary artery spasm. *J. Am. Coll. Cardiol.*, **12**, 883–888.

OPIE, L.H. (1988). Calcium channel antagonists part II: Use and comparative properties of the three prototypical calcium antagonists in ischemic heart disease, including recommendations based on an analysis of 41 trials. *Cardiovasc. Drugs Ther.*, **1**, 461–491.

PEDERSON, O.L. (1983). Calcium blockade in arterial hypertension. *Hypertension*, **5**, Suppl. 2, 74–79.

QUARTAROLI, M., GAMBINI, F., TARTER, G., MICHELI, D., TRIST, D.G. & GAVIRAGHI, G. (1991). The hemodynamic effects of Lacidipine in anesthetized dogs: comparison with nitrendipine, amlodipine, verapamil, and diltiazem. *J. Cardiovasc. Pharmacol.*, **18**, 326–336.

SAKAI, K. (1980). Coronary vasoconstriction by locally administered acetylcholine, carbachol and bethanechol in isolated, donor-perfused, rat hearts. *Br. J. Pharmacol.*, **68**, 625–632.

SAKAI, K. (1981). Vasoconstriction produced by intracoronary cholinomimetic drugs in isolated donor-perfused hearts of rhesus monkeys: comparison with pig, dog, and rabbit hearts. *J. Cardiovasc. Pharmacol.*, **3**, 500–509.

TAIRA, N. (1987). Differences in cardiovascular profile among calcium antagonists. *Am. J. Cardiol.*, **59**, 24B–29B.

TAKADA, T., MIYAWAKI, N., KAGEYAMA, M., MATSUNO, K., ISHIDA, N., YAMAUCHI, H. & ISO, T. (1991a). Antihypertensive effect of a novel calcium antagonist, SD-3211, in experimental hypertensive rats. *J. Cardiovasc. Pharmacol.*, **18**, 855–862.

TAKADA, T., MIYAWAKI, N., NISHIMURA, K., NAKATA, K., MATSUNO, K., ISHIDA, N., YAMAUCHI, H. & ISO, T. (1991b). Cardiohemodynamic effects of a novel calcium antagonist, SD-3211, in the dog. *Arch. Int. Pharmacodyn.*, **309**, 75–87.

TRIGGLE, D.J. (1991). Calcium-channel drugs: structure-function relationships and selectivity of action. *J. Cardiovasc. Pharmacol.*, **18**, (Supplement 10), S1–S6.

TSUBOI, T., HATANO, N., NAKATSUJI, K., FUJITANI, B., YOSHIDA, K., SHIMIZU, M., KAWASAKI, A., SAKATA, M. & TSUBOSHIMA, M. (1980). Pharmacological evaluation of OP 1206 a prostaglandin E1 derivative, as an antianginal agent. *Arch. Int. Pharmacodyn.*, **247**, 89–102.

UCHIDA, W., SHIBASAKI, K., ASANO, M. & TAKENAKA, T. (1993). Antianginal effects of YM-16151-4 in various experimental angina models. *J. Cardiovasc. Pharmacol.*, **21**, 701–708.

YASUE, H., HORIO, Y., NAKAMURA, N., FUJII, H., IMOTO, N., SONODA, R., KUGIYAMA, K., OBATA, K., MORIKAMI, Y. & KIMURA, T. (1986). Induction of coronary artery spasm by acetylcholine in patients with variant angina: possible role of the parasympathetic nervous system in the pathogenesis of coronary artery spasm. *Circulation*, **74**, 955–963.

*(Received March 13, 1995*
*Revised May 12, 1995*
*Accepted May 22, 1995)*

# Urinary and metabolic clearances of arginine vasopressin in normal subjects

ARNOLD M. MOSES AND ELIZABETH STECIAK
*Veterans Administration Medical Center, and Department of Medicine,*
*State University of New York, Health Science Center, Syracuse, New York 13210*

MOSES, ARNOLD M., AND ELIZABETH STECIAK. *Urinary and metabolic clearances of arginine vasopressin in normal subjects.* Am. J. Physiol. 251 (Regulatory Integration Comp. Physiol. 20): R365–R370, 1986.—Synthetic arginine vasopressin (AVP) was infused into 11 hydrated normal subjects at five different infusion rates ranging from 10 to 350 $\mu U \cdot kg^{-1} \cdot min^{-1}$. Each infusion rate was continued for 1 h, and urinary determinations were made on the 30- to 60-min specimens during which time there was no further rise in plasma AVP. Urinary AVP concentrations ($\mu U/ml$) and excretion rates ($\mu U/min$) increased linearly with increasing infusion rates, and the concentration of AVP in urine increased 120 times more rapid than plasma. Urinary and metabolic clearances of AVP also increased linearly with the maximum urinary clearance being 60.6% of the creatinine clearance. The total metabolic clearance of AVP (including urinary clearance) was 17.8 times that of the urinary clearance of AVP alone. These data clarify the relationships between plasma and urinary AVP in normal hydrated subjects during AVP infusion under steady-state conditions and emphasize the potential advantage of measuring urinary AVP as a monitor of endogenous AVP secretion.

plasma arginine vasopressin; urine osmolality; arginine vasopressin excretion; fractional excretion of arginine vasopressin

THE RADIOIMMUNOASSAY of arginine vasopressin (AVP) was first developed for rat urine and validated against an antidiuretic bioassay in 1971 (15). Shortly thereafter the method was applied in humans (16, 17, 20) and since then has been used extensively in humans (1, 6–8, 10, 18, 19, 22). There have also been numerous studies conducted in humans utilizing blood (plasma) AVP measurements determined by radioimmunoassay (1, 8, 23, 29). However, there are no detailed data on the relationship between plasma and urine AVP levels and on urinary and metabolic clearances of AVP in humans under steady-state conditions of AVP infusion.

## METHODS

Eleven normal subjects (6 males, 5 females) between 18 and 37 yr of age (median 25) were each admitted once to the Clinical Research Center, University Hospital, and informed consent was obtained. The project was approved by the Committee for the Protection of Human Subjects. The subjects were instructed not to consume alcohol for 48 h or to smoke tobacco for 12 h before the study. At 0800 each subject was given an oral water load of 20 ml/kg. Urine was passed spontaneously every 15 min, and the amount voided was replaced orally with tap water. After three consecutive periods of constant diuresis, synthetic AVP (Pitressin, Parke-Davis, Morris Plains, NJ), diluted in normal saline, was infused over consecutive periods of 1 h at each of the following five rates of infusion: 10, 35, 100, 200, and 350 $\mu U \cdot kg^{-1} \cdot min^{-1}$. During the AVP infusion subjects voided every 30 min, and the amount voided was replaced with tap water minus the amount infused over the 30 min. Blood was obtained through an indwelling venous catheter at 30 and 60 min of each infusion rate. The urine data in Table 1 and Figs. 1–4 are from the second 30-min collection period of each infusion rate. The values for plasma AVP at both 30 and 60 min of each infusion rate are in Table 2, whereas Figure 2A contains plasma AVP data at 60 min. Several subjects were unable to void in the described manner, and these studies were therefore not completed.

Blood for AVP assay was collected into evacuated glass tubes containing ethylenediaminetetraacetate and chilled immediately, centrifuged, and brought to pH 3.5 with acetic acid. The plasma was stored at −20°C for no longer than 2 mo. Urine for AVP assay was stored at −20°C at pH 3.5. Plasma and urine specimens to be assayed for AVP were thawed and extracted on Sep-Pak $C_{18}$ columns (Waters Associates, Milford, MA) using absolute methanol for the elution. The radioimmunoassay was conducted using the method and reagents (including $^{125}I$-AVP, first and second antibodies) in AVP radioimmunoassay kits supplied by Immuno Nuclear (Stillwater, MN). The first antibody is stated to cross-react with oxytocin at <0.01% and with vasotocin at 0.14%. The standard curves were constructed from the same batch of AVP which was infused. The maximum sensitivity of the radioimmunoassay standard curve was 1.9 $\mu U/ml$ (0.47 $\mu U$/assay tube). Intra- and interassay coefficients of variation were 8.6 and 12.3%, respectively.

The standard curves using Pitressin were identical with curves constructed from AVP obtained from Sigma Chemical (St. Louis, MO), Calbiochemical (San Diego, CA), and the World Health Organization International AVP Standard. The standard provided by Immuno Nuclear was 1.9 times as active as the above three standards. Recovery of AVP through the extraction of AVP from blood and urine ranged from 92 to 97%. The concentration of urine before extraction had little or no effect on the amount of AVP extracted. The AVP obtained from

PAR-VASO-0007883

the infusion tubing was assayed and found to have the calculated potency, indicating that no AVP had adhered to the plastic bag or tubing.

Osmolality was determined by freezing-point depression using an Advanced Instruments digimatic osmometer (Advanced Instruments, Needham, MA). Creatinine concentrations were determined using a Technicon AutoAnalyzer. Sodium and potassium concentrations were determined by flame photometry.

The metabolic clearance rates (in ml·kg⁻¹·min⁻¹) were determined by dividing the infusion rate (in $\mu$U·kg⁻¹· min⁻¹) by the plasma AVP (in $\mu$U/ml) obtained at the end of each 60-min period. This calculation is valid because endogenous secretion of AVP is minimal in the water-loaded state.

Data for males and female subjects were not different and were therefore pooled. Regression lines were calculated for each subject, and the slopes and $Y$-intercepts in Figs. 2–3 are the means of 11 individual determinations. For present purposes, a linear relationship is considered for consecutive points until the extension of a line falls outside one standard error of the mean of the next point.

RESULTS

Urine osmolality increased and urine volume decreased markedly at the lowest infusion rate of AVP (10 $\mu$U· kg⁻¹·min⁻¹). There was only a very slight change above the AVP infusion rate of 100 $\mu$U·kg⁻¹·min⁻¹ (Table 1, Fig. 1).

Plasma AVP increased linearly between AVP infusion rates of 10 and 200 $\mu$U·kg⁻¹·min⁻¹. The slope of the increase was 7.17 $\mu$U/ml for each 100 $\mu$U·kg⁻¹·min⁻¹ increase in infusion rate (Figure 2A). Plasma AVP at the infusion rate of 350 $\mu$U·kg⁻¹·min⁻¹ was lower than would be expected from a linear extension of the regression line (Table 2 and Fig. 2A). Urine AVP concentration ($\mu$U/ ml) increased linearly through all infusion rates (Fig.

2B). The increase was 861 $\mu$U/ml for each 100 $\mu$U·kg⁻¹· min⁻¹ increase in AVP infusion rate. These results show that urine AVP ($\mu$U/ml) increases 120 times more rapid than plasma AVP at infusion rates of up to 200 $\mu$U·kg⁻¹· min⁻¹, and the ratio is slightly higher at 350 $\mu$U·kg⁻¹· min⁻¹ (Fig. 2, A and B). Urine AVP excretion increased 465 $\mu$U/min for each 100 $\mu$U·kg⁻¹·min⁻¹ increase in AVP infusion rate (Fig. 2C). Net amount of AVP reabsorbed or inactivated by the tubules (difference between AVP filtered assuming no binding to plasma protein and AVP excreted) continued to increase through all infusion rates of AVP (Table 1).

Urinary clearance of AVP (expressed as ml/min, ml· kg⁻¹·min⁻¹, or in relation to glomerular filtration rate) increased linearly through all infusion rates of AVP (Table 1, Figs. 3 and 4). Metabolic clearances of AVP (expressed as ml·kg⁻¹·min⁻¹) also increased linearly (Table 1 and Fig. 4). The total metabolic clearance (including urinary clearance) averaged 17.8 times that of urinary clearance (Fig. 4). Total metabolic clearance (excluding urinary clearance) averaged 16.8 times the urinary clearance.

The fraction of infused AVP excreted in the urine ranged from 5.7 (at 200 $\mu$U·kg⁻¹·min⁻¹) to 6.9% (at 350 $\mu$U·kg⁻¹·min⁻¹) (Table 1). None of the fractional excretions was significantly different from any other.

There were no increases in sodium, potassium, or total solute excretion (urine volume per min × urine osmolality) during any infusion rate of AVP. Pulse, blood pressure, and creatinine clearance remained constant (Table 1).

Plasma levels at 30 and 60 min of each infusion rate of AVP were compared and listed in Table 2. There were no differences at the two time intervals except for the highest infusion rate. Therefore an equilibrium state existed from 30 to 60 min of each of the first four infusion rates of AVP.

DISCUSSION

These studies in hydrated normal subjects demonstrate that urine osmolality reaches its maximum at the

TABLE 1. *Data obtained from infusion of arginine vasopressin*

|  | AVP Infusion Rate, $\mu$U·kg⁻¹·min⁻¹ | | | | | |
|---|---|---|---|---|---|---|
|  | 0 | 10 | 35 | 100 | 200 | 350 |
| Urine osmolality, mosmol/kg | 60±2.3 | 581±26 | 724±42 | 813±34 | 847±36 | 843±36 |
| Urine volume, ml/min | 16.3±1.3 | 1.07±0.13 | 0.71±0.09 | 0.53±0.06 | 0.51±0.06 | 0.60±0.08 |
| Urine AVP concentration, $\mu$U/ml | 0.34±0.09 | 44.3±6.6 | 233±36 | 906±100 | 1,685±165 | 2,909±257 |
| Urine AVP excretion, $\mu$U/min | 5.42±1.50 | 45.4±7.4 | 155±29 | 439±37 | 790±75 | 1,668±205 |
| AVP reabsorbed by tubules or inactivated, $\mu$U/min |  | 214±44 | 362±81 | 745±154 | 991±176 | 1,424±466 |
| Urine clearance AVP, ml/min |  | 25.2±6.8 | 28.5±2.9 | 47.7±3.5 | 56.9±7.4 | 78.2±6.8 |
| Urine clearance AVP/creatinine clearance |  | 0.243±0.061 | 0.266±0.034 | 0.431±0.046 | 0.486±0.058 | 0.606±0.061 |
| Urine clearance AVP, ml·kg⁻¹·min⁻¹ |  | 0.385±0.114 | 0.407±0.053 | 0.702±0.077 | 0.819±0.108 | 1.129±0.101 |
| Metabolic clearance AVP, ml·kg⁻¹·min⁻¹ |  | 6.77±2.3 | 7.77±0.7 | 12.3±2.2 | 15.4±2.2 | 17.9±2.0 |
| Fraction AVP excretion |  | 0.065±0.010 | 0.063±0.012 | 0.063±0.005 | 0.057±0.006 | 0.069±0.009 |
| Creatinine clearance, ml/min | 119±5.2 | 104±7.9 | 112±7.9 | 118±9.2 | 118±8.8 | 136±13.9 |
| Urine Na excretion, $\mu$eq/min | 170±23 | 135±24 | 98±16 | 81±10 | 85±12 | 97±15 |
| Urine K excretion, $\mu$eq/min | 100±11 | 66±12 | 50±8 | 42±8 | 43±7 | 52±7 |
| Pulse, beats/min | 61±4 | 66±4 | 62±2 | 61±4 | 61±4 | 65±5 |
| Systolic blood pressure, mmHg | 116±2 | 115±2 | 113±3 | 114±3 | 112±4 | 118±3 |
| Diastolic blood pressure, mmHg | 71±4 | 73±3 | 67±3 | 68±3 | 66±4 | 70±3 |

Values are means ± SE. AVP, arginine vasopressin.

PAR-VASO-0007884



FIG. 1. Urine osmolality in relation to infusion rate of arginine vasopressin (AVP). Most of antidiuretic response occurs at lowest infusion rate (10 $\mu$U·kg$^{-1}$·min$^{-1}$), and there is only a very slight increase above 100 $\mu$U·kg$^{-1}$·min$^{-1}$.

AVP infusion rate of 100 $\mu$U·kg$^{-1}$·min$^{-1}$ (Table 1, Fig. 1). These observations are similar to those made in the hydrated dog where maximum urine osmolality was attained when the AVP infusion rate reached 150 pg (60 $\mu$U)·kg$^{-1}$·min$^{-1}$ (4).

The major findings of the current study are that the infusion of AVP in amounts ranging from 10 to 350 $\mu$U·kg$^{-1}$·min$^{-1}$ into hydrated normal subjects causes the urinary AVP concentration and amount per minute to increase linearly (Fig. 2, B and C) and plasma AVP concentration to increase in close to a linear fashion (Fig. 2A). The urinary concentration increases 120 times more rapid than plasma (slightly more at the highest infusion rate) (compare Fig. 2, A and B). Urinary and metabolic clearance rates of AVP also increased linearly (Figs. 3 and 4) with the total metabolic clearance rate increasing ~17.8 times as rapidly as the urinary clearance rate (Fig. 4). There is no evidence that a plateau in either clearance function occurred within the limits of AVP infusion rates that we used. Our data cannot be compared with data obtained with iodine-labeled vasopressin, since iodinated tracers are not metabolized as the natural hormone because of the modification of structure (25, 32).

The belief that these observations were obtained under equilibrium conditions is supported by the similar plasma AVP levels at 30 and 60 min at four of the five infusion rates of AVP (Table 2). Vascular effects of AVP were unlikely to have influenced the results because there were no changes in pulse rate, blood pressure, or creatinine clearance with increased amounts of infused AVP. Our assay method determines biologically active AVP and not a biologically inactive metabolite as was described by Walter and Bowman (31) in the perfused rat kidney. When extracted by several commonly used techniques, immunoassayable AVP may include a moiety that is not biologically active. However, when extracted by octadecylsilica, as we have done, there is only one peak of immunologically active material which corresponds to pure AVP (5).

The reason for the rapid increase in AVP excretion in comparison to plasma AVP concentration is not clear. The possibility of changes in protein binding of AVP to







FIG. 2. A: plasma AVP levels in relation to infusion rate of arginine vasopressin (AVP). There is a linear rise when AVP infusion rates of 10 and 200 $\mu$U·kg$^{-1}$·min$^{-1}$. Within this range plasma AVP increases 0.0717 ± 0.0106 (SE) $\mu$U/ml for each 1 $\mu$U·kg$^{-1}$·min$^{-1}$ of AVP infused. SE for $Y$ intercept is 0.663. Means ± SE for $r$ = 0.886 ± 0.044. B: urine AVP concentration (in $\mu$U/ml) in relation to AVP infusion rate. Relationship is linear throughout range studied with a slope of 8.61 ± 0.699 (SE). SE for $Y$ intercept is 25.14. Mean ± SE for $r$ = 0.988 ± 0.003. In comparison with A, urine AVP concentration increases 120 times as rapidly as plasma AVP up to and including infusion rate of 200 $\mu$U·kg$^{-1}$·min$^{-1}$. At 350 $\mu$U·kg$^{-1}$·min$^{-1}$ infusion rate, ratio is 138. C: urine AVP (in $\mu$U/min) in relation to infusion rate of AVP. Relationship is linear with amount of AVP increasing 4.65 ± 0.524 (SE) $\mu$U/min for each 1 $\mu$U·kg$^{-1}$·min$^{-1}$ of AVP infused. SE for $Y$ intercept is 21.52. Mean ± SE for $r$ = 0.985 ± 0.004.

plasma may be considered. In the dog, where the binding of AVP to plasma has been clearly demonstrated (26, 27), glomerular filtration of AVP is restricted only min-

TABLE 2. *Comparison of plasma levels of arginine vasopressin at 30 and 60 min of each infusion rate of arginine vasopressin*

| | AVP Infusion Rate, $\mu U \cdot kg^{-1} \cdot min^{-1}$ | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10 | | 35 | | 100 | | 200 | | 350 |
| 30 min | 60 min | 30 min | 60 min | 30 min | 60 min | 30 min | 60 min | 30 min | 60 min |
| 2.64±0.44 | 2.49±0.42 | 3.98±0.53 | 4.56±0.71 | 9.40±0.97 | 9.71±0.95 | 14.6±1.82 | 15.8±2.10 | 26.8±2.36 | 21.6±2.06 |

Values are means ± SE for 11 subjects studied. AVP, arginine vasopressin. No significant differences between 30- and 60-min data at first 4 infusion rates, indicating equilibrium state had been attained by 30 min. However, at 350 $\mu U \cdot kg^{-1} \cdot min^{-1}$, plasma AVP level was significantly lower at 60 than 30 min ($P < 0.005$).



FIG. 3. Urinary clearance of arginine vasopressin (AVP) in relation to infusion rate of AVP. There is a linear rise in clearance with a mean slope of 0.173 ± 0.022 (SE). SE for $Y$ intercept is 3.40. Mean ± SE for $r = 0.881 ± 0.029$.



FIG. 4. Mean ± SE of urinary and total metabolic clearance of AVP ($C_{AVP}$) at 5 different infusion rates of AVP. Clearances increase linearly and proportionately.

imally at normal hormone concentrations, whereas at high AVP levels, binding of AVP to plasma proteins can result in a substantial reduction in glomerular filtration of the hormone (27). This is the reverse of what would be necessary to account for the increased urinary clearance of AVP that we observed. AVP apparently does not bind to plasma protein in humans (2, 28). However, it is possible that there is a difference in recovery of AVP from plasma and ultrafiltrate as has been found in the dog (26). This problem would obscure potential binding of AVP to plasma proteins in humans (see DISCUSSION,

Ref. 26). If protein binding of AVP in humans is eventually found to occur, a decrease in binding would help explain the rapid increase of urinary AVP and clearance that we observed at higher infusion rates of AVP.

An increase in urine AVP would not be expected to result from concentration of the urine per se, since this would not increase the amount of AVP excreted per minute. In addition, urine AVP continues to increase with increasing AVP infusion rates even after urine osmolality reaches a maximum. The concentration of urine does not affect the extraction of AVP by the method we used. Robertson (23) has reported that urinary excretion and clearance of AVP are closely correlated to total solute clearance. Although animal experiments in vivo demonstrate a natriuretic action of AVP (9, 21), this was not observed in our experiments (Table 1), and therefore could not have been a factor in the increasing urinary excretion and clearance of AVP that we observed as we increased the rate of AVP infusion. Since experiments in animals have revealed that filtered AVP is reabsorbed or inactivated in the proximal nephron and secreted into the distal nephron (11), the rapid increase in urine AVP in relation to plasma AVP that we have observed may be explained by proportionately less resorption or inactivation of filtered AVP or by a rapid increase in tubular secretion. The net resorption or inactivation of AVP continued to increase with increasing infusion rates of the hormone (Table 1).

The maximum urinary clearance rate obtained in our studies was 60.6% of the creatinine clearance. It would have been of obvious interest to further increase the AVP infusion rate to determine if the urinary clearance of AVP would have exceeded the glomerular filtration rate. However, this was not attempted because of the potential vascular hazard of higher infusion rates. The conditions for urinary clearance experiments are very important because for instance, urinary clearance of AVP actually decreased during a 36-h period of water deprivation in normal subjects when plasma osmolality increased to 301 mosmol/kg (8). Our data are in contrast to what has been reported in the dog where plasma and urine AVP rose at the same rate, and urinary clearance rate of AVP was similar to the glomerular filtration rate over a broad range of infused AVP and plasma AVP levels (14). Over a wide range of plasma AVP in the dog (14) and sheep (30), the metabolic clearance rate of AVP is ~14–16 ml · $kg^{-1} \cdot min^{-1}$. This is similar to our data obtained during the high AVP infusion rates. The only published study in humans, which determined the metabolic clearance

PAR-VASO-0007886

rate of unlabeled AVP, was not performed under steady-state conditions (3). The metabolic clearance rate in those studies performed in normal subjects can be calculated as $7.85 \ ml \cdot kg^{-1} \cdot min^{-1}$ following the rapid intravenous injection of 2 $\mu g$ (800 mU) of AVP (3). This is similar to what we observed with low constant rates of AVP infusion. The total metabolic clearance rate of AVP in our subjects accounts for much more AVP than does urinary clearance (Fig. 4). The metabolic clearance rate of AVP in the dog is largely accounted for by degradation of hormone in the kidney, the prehepatic viscera (intestines), and the liver (13, 27). Our data provide no information on this point.

The fraction of AVP excreted does not vary with infusion rates (Fig. 2C), and therefore the urinary excretion of infused AVP is similar at all infusion rates (Table 1). The urine AVP would be expected to be an excellent reflection of the endogenous secretion of AVP when present. Pruszczynski et al. (22) demonstrated in normal subjects that the fractional excretion of AVP was 6.4% when AVP was infused at the rate of 9 ng (3.6 mU)/min over 2 h. As part of an extensive survey of the metabolism of vasopressin, Lauson (12) presented evidence that the injection of large quantities of neurohypophysial extracts into normal humans caused the mean urinary excretion, measured by bioassay, to be 5–12.8% of the dose injected.

The rapid rate of increase of urine AVP and the constancy of excretion at different infusion rates support the value of using this measurement in subjects such as we have studied. An additional reason for measuring AVP in urine is that the problem of widely fluctuating plasma AVP values (24, 32) is overcome by use of urine AVP that represents an integrated value of the secretion or infusion of the hormone over time. The data we have obtained should provide a useful comparison for data that might subsequently be obtained in patients with various disease states and from studies conducted under different physiological and pharmacological influences. For example, urinary AVP is decreased in normal elderly subjects (1), and clearance studies might clarify the basis of this observation.

The authors acknowledge the expert technical assistance of Terry Walsh, Carol Jones, and Barbara Gueth. They are also grateful for the expert care provided by Laura Czarny and the entire nursing staff of the Clinical Research Center.

This study was supported by Veterans Administration research funds and Division of Research Resources Grant RR-229 from the National Institutes of Health.

Received 18 November 1985; accepted in final form 21 March 1986.

## REFERENCES

1. AUPLAT, P., D. RICHARD, A. M. ALLEVARD, G. ANNAT, J. J. LEGROS, C. GHARIB, AND M. GAUDET. Concentration plasmatique en neurophysines totales et excrétion de l'A.V.P. urinaire chez le sujet âgé de plus de 70 ans. *Lyon Med.* 249: 429, 1983.
2. BAUMANN, G., AND J. F. DINGMAN. Distribution, blood transport, and degradation of antidiuretic hormone in man. *J. Clin. Invest.* 57: 1109–1116, 1976.
3. BENMANSOUR, M., M. RAINFRAY, F. PAILLARD, AND R. ARDAILLOU. Metabolic clearance rate of immunoreactive vasopressin in man. *Eur. J. Clin. Invest.* 12: 475–480, 1982.
4. BIE, P., M. MUNKSDORF, AND J. WARBERG. Renal effects of overhydration during vasopressin infusion in conscious dogs. *Am. J. Physiol.* 247 (*Renal Fluid Electrolyte Physiol.* 16): F103–F109, 1984.
5. CLAYBAUGH, J. R., AND A. K. SATO. Factors influencing urinary vasopressin concentration. *Federation Proc.* 44: 62–65, 1985.
6. CLAYBAUGH, J. R., C. E. WADE, A. K. SATO, S. A. CUCINELL, J. C. LANE, AND J. T. MAHER. Antidiuretic hormone responses to eucapnic and hypocapnic hypoxia in humans. *J. Appl. Physiol.* 53: 815–823, 1982.
7. FRESSINAUD, P., P. CORVOL, AND J. MENARD. Radioimmunoassay of urinary antidiuretic hormone in man: stimulation-suppression tests. *Kidney Int.* 6: 184–190, 1974.
8. HORKY, K., J. SRAMKOVA, J. WIDIMSKY JR., AND J. DVORAKOVA. Plasma concentration and urinary excretion of arginine-vasopressin in primary aldosteronism during the fluid deprivation tests. *Exp. Clin. Endocrinol.* 82: 347–355, 1983.
9. JOHNSON, M. D., L. B. KINTER, AND R. BEEUWKES III. Effects of AVP and DDAVP on plasma renin activity and electrolyte excretion in conscious dogs. *Am. J. Physiol.* 236 (*Renal Fluid Electrolyte Physiol.* 5): F66–F70, 1979.
10. KHOKHAR, A. M., C. M. RAMAGE, AND J. D. H. SLATER. Radioimmunoassay of arginine-vasopressin in human urine and its use in physiological and pathological states. *J. Endocrinol.* 79: 375–389, 1978.
11. KIMURA, T., AND L. SHARE. Characterization of the renal handling of vasopressin in the dog by stop-flow analyses. *Endocrinology* 109: 2089–2094, 1981.
12. LAUSON, H. D. Metabolism of the neurohypophysial hormones. In: *Handbook of Physiology. Endocrinology, The Pituitary Gland and Its Neuroendocrine Control.* Washington, DC: Am. Physiol. Soc., 1974, sect. 7, vol. IV, pt. 1, chapt. 14, 287–393.
13. MATSUI, K., L. SHARE, D. P. BROOKS, J. T. CROFTON, AND R. W. ROCKHOLD. Splanchnic clearance of plasma vasopressin in the dog: evidence for prehepatic extraction. *Am. J. Physiol.* 245 (*Endocrinol. Metab.* 8): E611–E615, 1983.
14. MATSUI, K., L. SHARE, B. C. WANG, J. T. CROFTON, AND D. P. BROOKS. Effects of changes in steady state plasma vasopressin levels on renal and urinary vasopressin clearances in the dog. *Endocrinology* 112: 2107–2113, 1983.
15. MILLER, M., AND A. M. MOSES. Radioimmunoassay of urinary antidiuretic hormone with application to study of the Brattleboro rat. *Endocrinology* 88: 1389–1396, 1971.
16. MILLER, M., AND A. M. MOSES. Radioimmunoassay of urinary antidiuretic hormone in man: response to water load and dehydration in normal subjects. *J. Clin. Endocrinol. Metab.* 34: 537–545, 1972.
17. MILLER, M., AND A. M. MOSES. Urinary antidiuretic hormone in polyuric disorders and inappropriate ADH syndrome. *Ann. Intern. Med.* 77: 715–721, 1972.
18. MOSES, A. M., AND B. B. COULSON. Absence of overlapping resistance to vasopressin and parathyroid hormone in patients with nephrogenic diabetes insipidus and pseudohypoparathyroidism. *J. Clin. Endocrinol. Metab.* 55: 699–702, 1982.
19. MOSES, A. M., S. J. SCHEINMAN, AND A. OPPENHEIM. Marked hypotonic polyuria resulting from nephrogenic diabetes insipidus with partial sensitivity to vasopressin. *J. Clin. Endocrinol. Metab.* 59: 1044–1049, 1984.
20. OYAMA, S. N., A. KAGAN, AND S. M. GLICK. Radioimmunoassay of vasopressin: application to unextracted human urine. *J. Clin. Endocrinol. Metab.* 33: 739–744, 1971.
21. PIERCE, E. T., R. J. GREKIN, AND D. R. MOUW. Efferent role of ADH in CNS-induced natriuresis. *Am. J. Physiol.* 246 (*Renal Fluid Electrolyte Physiol.* 15): F32–F38, 1984.
22. PRUSZCZYNSKI, W., H. CAILLENS, L. DRIEU, L. MOULONGUET-DOLERIS, AND R. ARDAILLOU. Renal excretion of antidiuretic hormone in healthy subjects and patients with renal failure. *Clin. Sci.* 67: 307–312, 1984.
23. ROBERTSON, G. L. The regulation of vasopressin function in health and disease. *Recent Prog. Horm. Res.* 33: 333–374, 1977.
24. RUBIN, R. T., R. E. POLAND, F. RAVESSOUD, P. R. GOVIN, AND B. TOWER. Antidiuretic hormone: episodic nocturnal secretion in adult men. *Endocrinol. Res. Commun.* 2: 459–469, 1975.
25. SHADE, R. E., AND L. SHARE. Metabolic clearance of immunoreactive vasopressin and immunoreactive ($^{131}$I)iodo vasopressin in the

hypophysectomized dog. *Endocrinology* 99: 1199–1206, 1976.

26. SHARE, L., AND J. T. CROFTON. Is vasopressin in the circulation of the dog freely filterable? *J. Endocrinol.* 86: 501–509, 1980.

27. SHARE, L., T. KIMURA, K. MATSUI, R. E. SHADE, AND J. T. CROFTON. Metabolism of vasopressin. *Federation Proc.* 44: 59–61, 1985.

28. SHIMAMOTO, K., T. ANDO, T. NAKAO, I. WATARAI, AND M. MIYAHARA. Permeability of antidiuretic hormone and other hormones through the dialysis membrane in patients undergoing chronic hemodialysis. *J. Clin. Endocrinol. Metab.* 45: 818–820, 1977.

29. SKOWSKY, W. R., A. A. ROSENBLOOM, AND D. A. FISHER. Radioimmunoassay measurement of arginine vasopressin in serum:

development and application. *J. Clin. Endocrinol. Metab.* 38: 278–287, 1974.

30. STEGNER, H., R. D. LEAKE, S. M. PALMER, A. M. MORRIS, AND D. A. FISHER. Arginine vasopressin metabolic clearance and production rates in fetal sheep, pregnant ewes, and lambs. *Dev. Pharmacol. Ther.* 7: 87–93, 1984.

31. WALTER, R., AND R. H. BOWMAN. Mechanism of inactivation of vasopressin and oxytocin by the isolated perfused rat kidney. *Endocrinology* 92: 189–193, 1973.

32. WEITZMAN, R. E., AND D. A. FISHER. Arginine vasopressin metabolism in dogs. I. Evidence for a receptor-mediated mechanism. *Am. J. Physiol.* 235 (*Endocrinol. Metab.* 4): E591–E597, 1978.



PAR-VASO-0007888

*Acta Anaesthesiol Scand 2009; 53: 581–588*
*Printed in Singapore. All rights reserved*

© 2009 The Authors
*Journal compilation* © 2009 The Acta Anaesthesiologica Scandinavica Foundation

**ACTA ANAESTHESIOLOGICA SCANDINAVICA**
doi: 10.1111/j.1399-6576.2008.01900.x

# Vasopressin decreases intestinal mucosal perfusion: a clinical study on cardiac surgery patients in vasodilatory shock

A. Nygren, A. Thorén and S.-E. Ricksten
*Department of Cardiothoracic Anesthesia and Intensive Care, Sahlgrenska University Hospital, Göteborg, Sweden*

**Background:** Low to moderate doses of vasopressin have been used in the treatment of cathecholamine-dependent vasodilatory shock in sepsis or after cardiac surgery. We evaluated the effects of vasopressin on jejunal mucosal perfusion, gastric-arterial $pCO_2$ gradient and the global splanchnic oxygen demand/supply relationship in patients with vasodilatory shock after cardiac surgery.
**Methods:** Eight mechanically ventilated patients, dependent on norepinephrine to maintain mean arterial pressure (MAP) $\geq 60$ mmHg because of septic/post-cardiotomy vasodilatory shock and multiple organ failure after cardiac surgery, were included. Vasopressin was sequentially infused at 1.2, 2.4 and 4.8 U/h for 30-min periods. Norepinephrine was simultaneously decreased to maintain MAP at 75 mmHg. At each infusion rate of vasopressin, data on systemic hemodynamics, jejunal mucosal perfusion, jejunal mucosal hematocrit and red blood cell velocity (laser Doppler flowmetry) as well as gastric-arterial $pCO_2$ gradient (gastric tonometry) and splanchnic oxygen and lactate extraction (hepatic vein catheter) were obtained.

**Results:** The cardiac index, stroke volume index and systemic oxygen delivery decreased and systemic vascular resistance and systemic oxygen extraction increased significantly, while the heart rate or global oxygen consumption did not change with increasing vasopressin dose. Jejunal mucosal perfusion decreased and the arterial-gastric-mucosal $pCO_2$ gradient increased, while splanchnic oxygen or lactate extraction or mixed venous–hepatic venous oxygen saturation gradient were not affected by increasing infusion rates of vasopressin.
**Conclusions:** Infusion of low to moderate doses of vasopressin in patients with norepinephrine-dependent vasodilatory shock after cardiac surgery induces an intestinal and gastric mucosal vasoconstriction.

*Accepted for publication 4 December 2008*

© 2009 The Authors
*Journal compilation* © 2009 The Acta Anaesthesiologica Scandinavica Foundation

C LINICAL septic shock and the vasodilatory shock syndrome after cardiac surgery are characterized by a profound arteriolar vasodilation, resulting in a low systemic vascular resistance and hypotension. This is most likely a manifestation of a generalized excessive vasodilation seen in these patients, in turn caused by extreme generation of endogenous vasodilators such as nitric oxide, prostaglandins and inflammatory mediators, or activation of the ATP-sensitive potassium channels in vascular smooth muscle cells, promoted by e.g. lactic acidosis.[1,2] Norepinephrine is the recommended agent and is commonly used for treatment of hypotension in volume-resuscitated hyperdynamic septic shock,[3] and is also used to correct hypotension in the vasodilatory shock syndrome after cardiac surgery with a cardiopulmon-

ary bypass.[1,4–6] Resistance to norepinephrine and other catecholamines may develop in vasodilatory shock.[7] Adrenergic receptor downregulation as well as endogenous vasodilators may contribute to the diminished vascular responsiveness to norepinephrine.[8]

It has been shown that the plasma levels of vasopressin are low in post-cardiotomy vasodilatory shock[9,10] and in septic shock[11] in contrast to hypovolemic and cardiogenic shock. This vasopressin deficiency might therefore contribute to the vasodilatory shock syndrome after cardiac surgery and in sepsis.[11] Furthermore, there is an enhanced sensitivity to vasopressin in septic shock.[12] Vasopressin has therefore been suggested as an additional or an alternative therapy in catecholamine-dependent vasodilatory shock.[5,13–15]

581

Concerns regarding the effects of vasopressin on regional and local splanchnic perfusion in clinical vasodilatory shock have, however, been raised. In several investigations it has been demonstrated that vasopressin in vasodilatory shock increases liver enzymes and total bilirubin concentrations,[5,16–18] suggesting a vasopressin-mediated reduction in hepatic blood flow or impairment of hepatocellular function.[18] Furthermore, it was shown that vasopressin may increase gastric mucosal $pCO_2$ gap, suggesting a vasopressin-induced gastric mucosal $O_2$ demand/supply mismatch.[19,20]

In order to gain more insight into the effects of vasopressin on local splanchnic perfusion in clinical vasodilatory shock, we studied the effects of low to moderate doses of vasopressin on jejunal mucosal perfusion, gastric mucosal perfusion (gastric-arterial $pCO_2$ gradient) and the splanchnic oxygen demand/supply relationship in patients with vasodilatory shock after cardiac surgery.

## Patients and methods

The study was approved by the ethics committee of University of Göteborg, and informed consent was obtained from the next of kin. Eight post-cardiac surgery patients, who suffered from vasodilatory shock and who fulfilled the following inclusion criteria: (a) mean arterial pressure (MAP) <60 mmHg despite optimal pre-load as assessed by right- and left-sided cardiac filling pressures and transoesophageal echocardiography, (b) the need for norepinephrine to obtain a MAP of ≥ 60 mmHg, (c) cardiac index >2.5 l/min/m$^2$ and (d) the need for mechanical ventilation, were included to the study. All patients were sedated with fentanyl (43 ± 6 ng/kg/min) and midazolam (1.7 ± 0.2 μg/kg/min). The pre-study hemodynamic management of these patients was at the discretion of the attending intensive care physicians. The clinical treatment protocol included inotropic support with dopamine (2.5–10 μg/kg/min) and/or milrinone (0.37–0.75 μg/kg/min) with norepinephrine to maintain MAP at 70–80 mmHg with a whole-body oxygen extraction <35%. Mixed venous oxygen saturation was continuously measured by a pulmonary artery catheter. The Sequential organ failure assessment score (SOFA score) was calculated in each patient.[21] Because all patients were sedated, neurological status was not scored. Arterial pressure was monitored via a radial or a femoral arterial catheter. All patients were catheterized with a 7.5 F pulmonary artery catheter (Baxter Healthcare, Irving, CA, USA). Transducers were referenced to the midaxillary line. The cardiac index was measured in triplicate by the thermodilution technique (mean of three 10-ml ice-cold saline injections). The hepatic vein was catheterized with a 7.0 F pulmonary artery catheter (Baxter Healthcare) via the right internal jugular vein during fluoroscopic guidance. Blood gas analyses were performed using an automated blood gas analyzer (Synthesis 25, Instrumental Laboratories, Milan, Italy). Blood samples for lactate concentrations were determined using an enzymatic method (YSI 2300 Stat Plus, YSI, Yellow Springs, OH, USA). Systemic oxygen delivery and consumption as well as splanchnic oxygen and lactate extraction were calculated using standard formulae. Body temperature was continuously monitored and measured via the pulmonary artery catheter. The arterial blood pressure, pulmonary arterial pressure, central venous pressure (CVP) and heart rate as well as jejunal mucosal perfusion were continuously measured and stored in the Perisoft software (Perimed, Järfälla, Sweden).

The technique of laser Doppler flowmetry of the intestinal mucosa in humans has been described in detail previously.[22] A custom-made two-probe laser Doppler catheter (Perimed) was placed through the nasogastric route during fluoroscopic guidance endoluminally in the proximal jejunum 20–40 cm distal to the ligament of Treitz. To facilitate positioning of the probe, erythromycin 0.1–0.5 g was administered intravenously to improve gastrointestinal motility. Jejunal mucosal perfusion (JMP) is defined as number of red blood cells (RBC)/area/time. The laser Doppler equipment used in the present study has the ability to separately analyze the two components of the JMP: jejunal mucosal hematocrit (JMHt), defined as the number of RBC/volume, and RBC velocity, defined as length/time. The JMP is thus the product of the JMHt and RBC velocity.[23–25] All the JMP, JMHt and RBC velocity values presented in this study were calculated from periods of intestinal quiescence.

Gastric mucosal $pCO_2$ was measured every 10 min using a standard tonometry nasogastric tube (TRIP, NGS tonometry catheter, Tonometrics, Helsinki, Finland) connected to an automated gas analyzer (Tonocap TC-200, Datex, Helsinki, Finland). The correct position of the tube was confirmed by fluoroscopy, and continuous suction was applied to drain the stomach of air and gastric

PAR-VASO-0007890

Table 1

Clinical characteristics at inclusion.

| Patient no. | Age/gender | Study entry post-operative day | Site of infection | SOFA score | Cardiac index | Norepinephrine dosage ($\mu$g/kg/min) | IABP | CRRT | Dopamine dosage ($\mu$g/kg/min) | Milrinone dosage ($\mu$g/kg/min) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 60/m | 4 | – | 10 | 2.5 | 0.10 | + | – | – | 0.57 |
| 2 | 67/m | 19 | Urogenital | 15 | 3.4 | 0.26 | – | + | – | – |
| 3 | 76/m | 2 | – | 11 | 3.2 | 0.45 | – | – | 5.0 | – |
| 4 | 72/m | 5 | Pneumonia | 12 | 3.5 | 1.11 | – | – | 2.2 | 0.44 |
| 5 | 66/f | 2 | – | 9 | 2.7 | 0.42 | + | – | – | 0.36 |
| 6 | 77/m | 8 | Pneumonia | 9 | 3.0 | 0.21 | – | – | – | – |
| 7 | 77/m | 2 | – | 12 | 2.7 | 0.50 | + | + | 4.3 | 0.43 |
| 8 | 60/m | 2 | – | 9 | 2.5 | 0.19 | + | – | 5.5 | – |

SOFA, Sequential Organ Failure Assessment; IABP, intra-aortic balloon pump; CRRT, continuous renal replacement therapy.

juice. The gastric-arterial $pCO_2$ gradient was calculated in each patient. In one patient, tonometry was not performed due to technical problems.

### Study protocol

Incremental doses of vasopressin (1.2, 2.4 and 4.8 U/h) were then infused for 30 min at each infusion rate. The infusion rate of norepinephrine was simultaneously modified to maintain MAP at a target level of 75 mmHg. A titration period of 5–15 min was needed for each infusion rate of vasopressin to obtain the target MAP. Thereafter, when the highest dose of vasopressin was washed out for 30 min, a post-intervention period of 30 min at a MAP of 75 mmHg was obtained. The inotropic medication was not changed and additional fluids, except for replacing urine loss, were not administered during the experimental procedure. JMP, RBC velocity and JMHt were continuously recorded during the five periods, and the mean values during intestinal quiescence were calculated. Gastric mucosal $pCO_2$ was measured every 10 min, and the mean value for last two measurements at each 30-min period was calculated. Systemic hemodynamics were measured and samples for blood gas analysis, lactate and serum vasopressin (sAVP) concentrations were taken at the end of each measurement period.

### Statistics

The Kolmogorov–Smirnov test for goodness of fit to a normal distribution was performed and normality was obtained for all main measurements. ANOVA for repeated measurements and linear trend tests were used to evaluate the effects of vasopressin on the measured variables. Pre- and post-intervention values were compared using a paired Student's $t$-test. Differences were considered significant at $P < 0.05$. Data are presented as mean standard deviation (SD)

## Results

The study population included eight patients, seven male and one female with a mean age of $70 \pm 7$ years (range 60–77) (Table 1). SOFA scores were $\geq 9$ in all patients and all patients suffered from multiple organ failure. Three patients had an identified source of infection (pneumonia or urosepsis). The remaining five patients had no identified source of infection. These patients were considered to have a post-cardiotomy vasodilatory shock syndrome (2–5). Four patients received dopamine (2.2–5.5 $\mu$g/kg/min) and four patients received intravenous milrinone (0.36–0.57 $\mu$g/kg/min). All except one patient were discharged from the cardiothoracic intensive care unit alive. The non-surviving patient died of multiple organ failure 10 days after the study.

### Systemic variables (Table 2)

sAVP increased with increasing infusion rates of vasopressin. The doses of norepinephrine to maintain a target MAP of 75 mmHg during vasopressin infusion were significantly reduced. The infusion rate of norepinephrine at a target MAP of 75 mmHg in patients receiving milrinone ($n = 4$) was $0.40 \pm 0.26 \mu$g/kg/min, which was not different from those who did not receive milrinone ($0.38 \pm 0.18 \mu$g/kg/min, $n = 4$).

The incremental doses of vasopressin were accompanied by a significant decrease in the cardiac index, stroke volume index, systemic oxygen delivery index and mixed venous oxygen saturation. The systemic vascular resistance index and systemic oxygen extraction increased while there were

PAR-VASO-0007891

Table 2

Systemic effects of vasopressin treatment.

|  | Control | Vasopressin (1.2 U/h) | Vasopressin (2.4 U/h) | Vasopressin (4.8 U/h) | Post-control | ANOVA | Linear trend test |
|---|---|---|---|---|---|---|---|
| sAVP (pg/ml) | $3.1 \pm 1.8$ | $24.0 \pm 7.7$ | $42.8 \pm 12.8$ | $89.0 \pm 23.0$ | $9.5 \pm 4.5$ | $< 0.0001$ | $< 0.0001$ |
| Infusion rate of NE ($\mu$g/kg/min) | $0.41 \pm 0.32$ | $0.30 \pm 0.30$ | $0.29 \pm 0.25$ | $0.23 \pm 0.21$ | $0.44 \pm 0.25$ | $< 0.01$ | 0.093 |
| Heart rate (b.p.m.) | $96 \pm 8$ | $94 \pm 9$ | $97 \pm 11$ | $91 \pm 8$ | $100 \pm 9$ | n.s | n.s |
| MAP (mmHg) | $75 \pm 2$ | $78 \pm 3$ | $77 \pm 2$ | $77 \pm 2$ | $73 \pm 4$ |  |  |
| CI (l/min/m$^2$) | $3.0 \pm 0.4$ | $2.7 \pm 0.5$ | $2.5 \pm 0.5$ | $2.4 \pm 0.6$ | $3.0 \pm 0.3$ | $< 0.01$ | $< 0.001$ |
| CVP (mmHg) | $14 \pm 2$ | $14 \pm 2$ | $13 \pm 3$ | $14 \pm 3$ | $15 \pm 6$ | n.s | n.s |
| PAOP (mmHg) | $18 \pm 3$ | $20 \pm 5$ | $19 \pm 5$ | $20 \pm 5$ | $17 \pm 4$ | n.s | n.s |
| SVRI (dynes s/cm$^5$/m$^2$) | $1726 \pm 304$ | $2021 \pm 504$ | $2114 \pm 537$ | $2247 \pm 703$ | $1550 \pm 350$ | $< 0.05$ | $< 0.01$ |
| SVI (ml/m$^2$) | $31 \pm 6$ | $28 \pm 6$ | $26 \pm 5$ | $26 \pm 5$ | $31 \pm 4$ | $< 0.01$ | $< 0.001$ |
| DO$_2$l (ml/min/m$^2$) | $414 \pm 61$ | $377 \pm 60$ | $356 \pm 51$ | $334 \pm 62$ | $431 \pm 109$ | $< 0.01$ | $< 0.001$ |
| VO$_2$l (ml/min/m$^2$) | $136 \pm 16$ | $128 \pm 14$ | $132 \pm 15$ | $127 \pm 24$ | $139 \pm 32$ | n.s | n.s |
| SO$_2$ extr (%) | $33 \pm 6$ | $34 \pm 5$ | $37 \pm 5$ | $39 \pm 8$ | $31.5 \pm 6.7$ | $< 0.05$ | $< 0.05$ |
| SVO$_2$ (%) | $64.4 \pm 5.6$ | $63.1 \pm 4.8$ | $60.2 \pm 4.9$ | $58.9 \pm 7.6$ | $65.9 \pm 6.6$ | $< 0.05$ | $< 0.01$ |
| Hemoglobin (g/l) | 106.9 | 106.8 | 106.5 | 105.6 | 104.8 | n.s | n.s |

Values are expressed as mean $\pm$ standard deviation.

sAVP, serum concentration of vasopressin; NE, norepinephrine; MAP, mean arterial pressure; CI, cardiac index; CVP, central venous pressure; PAOP, pulmonary artery occlusion pressure; SVRI, systemic vascular resistance index; SVI, stroke volume index; DO$_2$I, systemic oxygen delivery index; VO$_2$I, systemic oxygen consumption; SO$_2$ extr, systemic oxygen extraction; SVO$_2$, mixed venous oxygen saturation; ANOVA, analysis of variance.

no significant changes in the heart rate or systemic oxygen consumption, CVP, pulmonary artery occlusion pressure or systemic oxygen consumption index. Body temperature was unchanged during the experimental procedure ($37.8 \pm 1.0°$ to $37.9 \pm 1.0$ °C). Pre- and post-intervention values of the various systemic variables and sAVP levels did not differ significantly.

*Splanchnic perfusion (Table 3, Fig. 1)*

Increasing doses of vasopressin decreased JMP, and increased the arterial-gastric-mucosal $p\mathrm{CO_2}$ gradient. Hepatic venous oxygen saturation, hepatic venous oxygen extraction and the mixed venous–hepatic venous oxygen saturation gradient remained unchanged with increasing doses of vasopressin. Hepatic vein lactate or splanchnic lactate extraction was not affected by increasing doses of vasopressin. Pre- and post-intervention values of the various splanchnic variables did not differ significantly.

## Discussion

In the present study, the effects of low to moderate doses of vasopressin on local gastrointestinal mucosal perfusion assessed by jejunal mucosal laser Doppler flowmetry and gastric tonometry, as well as global splanchnic oxygen extraction, were eval-





Fig. 1. *Effects of incremental infusion rates of low to moderate doses of vasopressin on (A) jejunal mucosal perfusion. Perfusion units (PU) and (B) the arterial-gastric-mucosal p$CO_2$ gradient.*

PAR-VASO-0007892

*Table 3*

Splanchnic effects of vasopressin treatment.

| | Control | Vasopressin (1.2 U/h) | Vasopressin (2.4 U/h) | Vasopressin (4.8 U/h) | Post-control | ANOVA | Linear trend test |
|---|---|---|---|---|---|---|---|
| Jejunal mucosal perfusion (PU) | $264 \pm 56$ | $266 \pm 57$ | $238 \pm 68$ | $210 \pm 60$ | $309 \pm 52$ | $< 0.01$ | $< 0.01$ |
| Arterial-gastric-mucosal $pCO_2$ gradient (mmHg) | $17 \pm 5$ | $20 \pm 6$ | $25 \pm 9$ | $31 \pm 8$ | $18 \pm 5$ | $< 0.0001$ | $< 0.0001$ |
| Splanchnic oxygen extraction (%) | $71.3 \pm 18.7$ | $72.0 \pm 18.7$ | $72.8 \pm 18.8$ | $73.1 \pm 18.1$ | $67.3 \pm 24$ | n.s | n.s |
| Hepatic venous oxygen saturation (%) | $28 \pm 18$ | $27 \pm 18$ | $26 \pm 18$ | $26 \pm 17$ | $32 \pm 24$ | n.s | n.s |
| Mixed venous–hepatic venous oxygen gradient (percent unit) | $36.7 \pm 15$ | $36.0 \pm 16.2$ | $34.0 \pm 17.9$ | $33.0 \pm 18.9$ | $34.4 \pm 18.0$ | n.s | n.s |
| Arterial lactate (mmol/l) | $1.5 \pm 0.6$ | $1.5 \pm 0.6$ | $1.5 \pm 0.5$ | $1.6 \pm 0.6$ | $1.5 \pm 0.6$ | n.s | n.s |
| Hepatic vein lactate (mmol/l) | $1.2 \pm 0.9$ | $1.1 \pm 0.5$ | $1.1 \pm 0.5$ | $1.2 \pm 0.5$ | $1.0 \pm 0.4$ | n.s | n.s |
| Splanchnic lactate extraction (%) | $32 \pm 18$ | $26 \pm 17$ | $26 \pm 16$ | $25 \pm 10$ | $32 \pm 11$ | n.s | n.s |

Values are expressed as mean $\pm$ standard deviation.
PU, perfusion units; ANOVA, analysis of variance.

uated in patients with vasodilatory shock after cardiac surgery. The main findings of the study were that vasopressin induced a dose-dependent decrease in intestinal and gastric mucosal perfusion as assessed by a 20% decrease in JMP and an 80% increase in the gastric-arterial $pCO_2$ gradient.

To our knowledge, there is no previous study on the effects of vasopressin on intestinal mucosal perfusion in patients with vasodilatory shock. Morelli et al.[25] studied the effects of a bolus dose of terlipressin, a synthetic analogue of vasopressin, on gastric mucosal perfusion in patients with septic vasodilatory shock, using the same methodology as in the present study. Terlipressin increased MAP from approximately 50 to 75–80 mmHg in their study and gastric mucosal perfusion, starting from a very low level (150 PU), increased with terlipressin. Most likely, a great part of the increase in gastric perfusion by terlipressin was caused by the substantial increase in MAP in their study. In the present study, MAP was maintained at $\approx 75$ mmHg during vasopressin infusion by a concomitant reduction in the norepinephrine dose. The vasopressin-induced reduction in intestinal mucosal perfusion, in the present study, at a constant perfusion pressure, thus indicates that vasopressin induced an intestinal mucosal vasoconstriction. Our findings are in line with recent experimental studies on septic anesthetized animals showing that vasopressin decreases both gastric and intestinal mucosal perfusion as assessed by laser Doppler flowmetry[26] or videomicroscopy.[27]

The gastric-arterial $pCO_2$ gradient reflects the relationship between local gastric mucosal metabolism and perfusion.[28] A gradient of 25–35 mmHg is considered to be the critical level above which anaerobic gastric mucosal metabolism might oc-

cur.[29] In the present study, the gastric-arterial $pCO_2$ gradient increased dose dependently from 17 to 31 mmHg, suggesting that low to moderate doses of vasopressin alter the regional gastric mucosal relationship between blood flow and metabolism, most likely by a gastric mucosal vasoconstriction. This finding is in agreement with previous studies showing that vasopressin increases the gastric-arterial $pCO_2$ gradient in vasodilatory shock.[19,20] Other investigators have shown, however, that in this clinical setting, vasopressin does not affect the gastric-arterial $pCO_2$ gradient.[15,18,30]

Splanchnic oxygen extraction, a direct measure of the global splanchnic oxygen demand/supply relationship, was not affected by incremental infusion rates of vasopressin. Furthermore, vasopressin induced no change in the mixed venous–hepatic vein oxygen saturation gradient, indicating that vasopressin caused no redistribution of splanchnic blood flow away from the gastrointestinal territory in spite of the decline in cardiac output with vasopressin. Our data are in line with the results of Klinzing et al.,[19] showing that hepatic vein oxygen saturation was not significantly affected in septic shock patients when norepinehprine was replaced by moderate to high doses of vasopressin (median dose 28 U/h). In fact, fractional splanchnic blood flow increased in their study. The differential effects of vasopressin on local gastric and intestinal perfusion and global splanchnic blood flow in vasodilatory shock, as suggested by the present study and the study by Klinzing et al., suggest that a redistribution of blood flow away from the intestinal and gastric mucosa occurs with vasopressin. Alternatively, vasopressin may have opposite effects on portal and hepatic arterial blood flows in vasodilatory shock, i.e. vasopressin decreases por-

PAR-VASO-0007893

tal and increases hepatic arterial blood flow, as demonstrated by a recent study on experimental septic shock.[31]

In a recent study, we investigated the effects of varying infusion rates of norepinephrine on intestinal and gastric mucosal perfusion as well as the splanchnic oxygen demand/supply relationship in patients with vasodilatory shock after cardiac surgery.[32] Increasing MAP from 60 to 90 mmHg by a more than twofold increase in norepinephrine dose did not affect intestinal mucosal perfusion, gastric or global splanchnic oxygen demand/supply relationships,[32] in agreement with previous studies demonstrating that pressor doses of norepinephrine do not impair intestinal or gastric mucosal perfusion in uncomplicated post-cardiac surgery patients.[33] Based on those findings and the observations of the present study on patients with vasodilatory shock, one can conclude that vasopressin, even at low to moderate doses, in contrast to norepinephrine, may cause an intestinal and gastric mucosal vasoconstriction. Vasopressin should, therefore, be used with caution in vasodilatory shock after cardiac surgery, because gut mucosal ischemia might damage the intestinal mucosal barrier with translocation of microorganisms and endotoxins perpetuating the systemic inflammatory response syndrome in patients with vasodilatory shock.[34,35]

It was demonstrated recently that 15–20% of patients with post-cardiotomy or septic vasodilatory shock had a relative vasopressin deficiency, defined as vasopressin concentration <10 pg/ml.[36] In the present study, the mean sAVP concentration at baseline was approximately 3 pg/ml (range 0.5–5.5 pg/ml) and all patients had a vasopressin concentration <10 pg/ml, suggesting a vasopressin deficiency in all of our patients. Incremental infusion rates of vasopressin increased serum concentrations in a predictable manner and exerted a potent systemic vasoconstrictive effect with a 30% increase in SVR despite a 45% reduction in norepinephrine dose. This was accompanied by a 20% decrease in the cardiac index, stroke volume index and systemic oxygen delivery. This decrease in left ventricular performance could be explained by the vasopressin-induced increase in left ventricular outflow impedance in conjunction with the decreased β-stimulatory effect due to the partial norepinephrine withdrawal. Previous studies have shown that the cardiac index decreases due to a decrease in the heart rate, while the stroke volume is maintained when norepinephrine is

substituted by vasopressin in vasodilatory shock.[5,14,30] The divergent effects of vasopressin on left ventricular performance in those studies and in the present study could be explained by a more compromised left ventricular function and therefore a higher sensitivity to changes in outflow impedance in the present study.[37]

One major limitation of the present study is that the number of patients studied is small, which limits the certainty with which conclusions can be drawn. On the other hand, the sample size was sufficient enough to demonstrate significant changes in several systemic and regional variables. Another major limitation of this study is that we did not include a time-control group. One could, therefore, argue that changes in the measured variables were not entirely caused by vasopressin itself, but also, to some extent, by spontaneous fluctuations or time-dependent effects on these variables. On the other hand, neither the systemic nor the splanchnic hemodynamic variables were significantly changed when compared before and after intervention. We therefore believe that the effects of vasopressin on the measured variables in the present study are caused by the drug itself and not by spontaneous fluctuations or time-dependent changes of these variables.

All patients in the present study had a primary heart disease and they all underwent complex cardiac surgery. Seven of eight patients suffered from post-operative heart failure and low cardiac output, which was treated with one or two inotropes, and/or an intra-aortic balloon pump. One could therefore argue that the majority of these patients primarily suffered from cardiogenic and not vasodilatory shock. However, in addition to the low cardiac output, requiring treatment, they all suffered from severe vasoplegia, requring norepinephrine, in turn caused by sepsis ($n = 3$) or post-cardiotomy vasodilatory shock ($n = 5$). This was reflected by a mean systemic vascular resistance index in the lower range in spite of high doses of norepinephrine. Four patients in the present study received milrinone, which is a potent vasodilator. The need for norepinephrine in these patients could therefore have been a pharmacological consequence of milrinone treatment and not because of vasodilatory shock. The milrinone doses were low to moderate and the infusion rates of norepinephrine at a target MAP of 75 mmHg did not differ between those patients who received and those who did not receive milrinone. Six patients in the vasodilatory shock group received moderate doses

PAR-VASO-0007894

of dopamine and/or milrinone. We have previously shown that low-dose dopamine increases JMP after cardiac surgery.[38] The effect of milrinone on JMP, to our knowledge, has not been studied in humans but it is a potential intestinal mucosal vasodilator. One could speculate that the use of these vasodilators could have attenuated the mucosal vasoconstrictive response to vasopressin in the present study.

In conclusion, Low to moderate doses of vasopressin impair intestinal and gastric mucosal perfusion in post-cardiac surgery patients with multiple organ failure and norepinephrine-dependent vasodilatory shock.

## Acknowledgements

Grants from the Swedish Medical Research Council (no. 13156), Medical Faculty of Göteborg (LUA) and Göteborg Medical Society supported this study. We appreciate the support from the nursing staff of the Cardiothoracic Intensive Care Unit of the Sahlgrenska University Hospital.

## References

1. Landry DW, Oliver JA. The pathogenesis of vasodilatory shock. N Engl J Med 2001; 345: 588–95.
2. Parrillo JE. Pathogenetic mechanisms of septic shock. N Engl J Med 1993; 328: 1471–7.
3. Task Force of the American College of Critical Care Medicine SoCCM. Practice parameters for hemodynamic support of adult patients in sepsis. Crit Care Med 1999; 27: 639–60.
4. Kristof AS, Magder S. Low systemic vascular resistance state in patients undergoing cardiopulmonary bypass. Crit Care Med 1999; 27: 1121–7.
5. Dunser MW, Mayr AJ, Ulmer H, Ritsch N, Knotzer H, Pajk W, Luckner G, Mutz NJ, Hasibeder WR. The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. Anesth Analg 2001; 93: 7–13.
6. Dunser MW, Mayr AJ, Stallinger A, Ulmer H, Ritsch N, Knotzer H, Pajk W, Mutz NJ, Hasibeder WR. Cardiac performance during vasopressin infusion in postcardiotomy shock. Intensive Care Med 2002; 28: 746–51.
7. Meadows D, Edwards JD, Wilkins RG, Nightingale P. Reversal of intractable septic shock with norepinephrine therapy. Crit Care Med 1988; 16: 663–6.
8. Tsuneyoshi I, Kanmura Y, Yoshimura N. Nitric oxide as a mediator of reduced arterial responsiveness in septic patients. Crit Care Med 1996; 24: 1083–6.
9. Argenziano M, Chen JM, Choudhri AF, Cullinane S, Garfein E, Weinberg AD, Smith Jr CR, Rose EA, Landry DW, Oz MC. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 1998; 116: 973–80.
10. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997; 96: II-286–90.
11. Landry DW, Levin HR, Gallant EM, Ashton Jr RC, Seo S, D'Alessandro D, Oz MC, Oliver JA. Vasopressin deficiency contributes to the vasodilation of septic shock [see comments]. Circulation 1997; 95: 1122–5.
12. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA. Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 1997; 25: 1279–82.
13. Tsuneyoshi I, Yamada H, Kakihana Y, Nakamura M, Nakano Y, Boyle III WA. Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. Crit Care Med 2001; 29: 487–93.
14. Holmes CL, Patel BM, Russell JA, Walley KR. Physiology of vasopressin relevant to management of septic shock. Chest 2001; 120: 989–1002.
15. Patel BM, Chittock DR, Russell JA, Walley KR. Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 2002; 96: 576–82.
16. Luckner G, Dunser MW, Jochberger S, Mayr VD, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, Mayr AJ, Friesenecker B. Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med 2005; 33: 2659–66.
17. Leone M, Albanese J, Delmas A, Chaabane W, Garnier F, Martin C. Terlipressin in catecholamine-resistant septic shock patients. Shock 2004; 22: 314–9.
18. Dunser MW, Mayr AJ, Ulmer H, Knotzer H, Sumann G, Pajk W, Friesenecker B, Hasibeder WR. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation 2003; 107: 2313–9.
19. Klinzing S, Simon M, Reinhart K, Bredle DL, Meier-Hellmann A. High-dose vasopressin is not superior to norepinephrine in septic shock. Crit Care Med 2003; 31: 2646–50.
20. van Haren FM, Rozendaal FW, van der Hoeven JG. The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. Chest 2003; 124: 2256–60.
21. Ceriani R, Mazzoni M, Bortone F, Gandini S, Solinas C, Susini G, Parodi O. Application of the sequential organ failure assessment score to cardiac surgical patients. Chest 2003; 123: 1229–39.
22. Thorén A, Elam M, Ricksten SE. Jejunal mucosal perfusion is well maintained during mild hypothermic cardiopulmonary bypass in humans. Anesth Analg 2001; 92: 5–11.
23. Hudetz AG, Wood JD, Biswal BB, Krolo I, Kampine JP. Effect of hemodilution on RBC velocity, supply rate, and hematocrit in the cerebral capillary network. J Appl Physiol 1999; 87: 505–9.
24. Colantuoni A, Bertuglia S. Correlation between laser Doppler perfusion monitoring and hematocrit in hamster cheek pouch microcirculation. Int J Microcirc Clin Exp 1997; 17: 33–40.
25. Morelli A, Rocco M, Conti G, Orecchioni A, De Gaetano A, Cortese G, Coluzzi F, Vernaglione E, Pelaia P, Pietropaoli P. Effects of terlipressin on systemic and regional haemodynamics in catecholamine-treated hyperkinetic septic shock. Intensive Care Med 2004; 30: 597–604.
26. Hiltebrand LB, Krejci V, Jakob SM, Takala J, Sigurdsson GH. Effects of vasopressin on microcirculatory blood flow in the gastrointestinal tract in anesthetized pigs in septic shock. Anesthesiology 2007; 106: 1156–67.

PAR-VASO-0007895

27. Westphal M, Freise H, Kehrel BE, Bone HG, Van Aken H, Sielenkamper AW. Arginine vasopressin compromises gut mucosal microcirculation in septic rats. Crit Care Med 2004; 32: 194–200.

28. Russell JA. Gastric tonometry: does it work? Intensive Care Med 1997; 23: 3–6.

29. Schlichtig R, Bowles SA. Distinguishing between aerobic and anaerobic appearance of dissolved $CO_2$ in intestine during low flow. J Appl Physiol 1994; 76: 2443–51.

30. Lauzier F, Levy B, Lamarre P, Lesur O. Vasopressin or norepinephrine in early hyperdynamic septic shock: a randomized clinical trial. Intensive Care Med 2006; 32: 1782–9.

31. Martikainen TJ, Tenhunen JJ, Uusaro A, Ruokonen E. The effects of vasopressin on systemic and splanchnic hemodynamics and metabolism in endotoxin shock. Anesth Analg 2003; 97: 1756–63.

32. Nygren A, Thoren A, Ricksten SE. Norepinephrine and intestinal mucosal perfusion in vasodilatory shock after cardiac surgery. Shock 2007; 28: 536–43.

33. Nygren A, Thorén A, Ricksten SE. Vasopressors and intestinal mucosal perfusion after cardiac surgery: norepinephrine vs. phenylephrine. Crit Care Med 2006; 34: 722–9.

34. Pastores SM, Katz DP, Kvetan V. Splanchnic ischemia and gut mucosal injury in sepsis and the multiple organ dysfunction syndrome. Am J Gastroenterol 1996; 91: 1697–710.

35. van haren FM, Sleigh JW, Pickkers P, van der Hoeven JG. Gastrointestinal perfusion in septic shock. Anaesth Intensive Care 2007; 35: 679–94.

36. Jochberger S, Mayr VD, Luckner G, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, Friesenecker B, Mayr AJ, Dunser MW. Serum vasopressin concentrations in critically ill patients. Crit Care Med 2006; 34: 293–9.

37. Sonnenblick EH, Downing SE. Afterload as a primary determinate of ventricular performance. Am J Physiol 1963; 204: 604–10.

38. Thorén A, Elam M, Ricksten S-E. Differential effects of dopamine, dopexamine and dobutamine on jejunal perfusion early after cardiac surgery. Crit Care Med 2000; 28: 2338–43.

Address:
*Sven-Erik Ricksten*
Department of Cardiothoracic Anesthesia and Intensive Care
Sahlgrenska University Hospital
S-413 45 Göteborg
Sweden
e-mail: sven-erik.ricksten@aniv.gu.se

PAR-VASO-0007896



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,882 | 05/20/2015 | Matthew Kenney | 47956-702.302 | 1865 |

21971          7590          06/08/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/08/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0007897

<table>
<tr><td rowspan="2"><b>Office Action Summary</b></td><td colspan="2"><b>Application No.</b><br>14/717,882</td><td colspan="2"><b>Applicant(s)</b><br>KENNEY ET AL.</td></tr>
<tr><td colspan="2"><b>Examiner</b><br>CHRISTINA BRADLEY</td><td><b>Art Unit</b><br>1675</td><td><b>AIA (First Inventor to File)</b><br><b>Status</b><br>Yes</td></tr>
</table>

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>May 20, 2015</u>.
　☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**.　　2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) <u>1-15</u> is/are pending in the application.
　5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-15</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**
　a)☐ All　b)☐ Some** c)☐ None of the:
　1.☐ Certified copies of the priority documents have been received.
　2.☐ Certified copies of the priority documents have been received in Application No. _____.
　3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0007898

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### *Claim Rejections - 35 USC § 112(a)*

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention,
> and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to
> enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to
> make and use the same,  and shall set forth the best mode contemplated by the inventor or joint inventor
> of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and
> process of making and using it, in such full, clear, concise, and exact terms as to enable any person
> skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the
> same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 1-15 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first

paragraph, as failing to comply with the written description requirement.  The claim(s) contains

subject matter which was not described in the specification in such a way as to reasonably

convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the

inventor(s), at the time the application was filed, had possession of the claimed invention.

MPEP § 2163 states that the written description requirement for a claimed genus may be

satisfied through sufficient description of a representative number of species by actual reduction

to practice, or by disclosure of relevant, identifying characteristics, i.e., structure or other

physical and/or chemical properties, by functional characteristics coupled with a known or

PAR-VASO-0007899

disclosed correlation between function and structure, or by a combination of such identifying characteristics, sufficient to show the applicant was in possession of the claimed genus.

*Scope of the claims*

The claims are drawn to pharmaceutical compositions comprising in a unit dosage form from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, or a pharmaceutically acceptable salt thereof, and a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH.

The instant claims are defined by both structural and functional limitations.

With respect to structure, the claim term "polymeric pharmaceutically-acceptable excipient" is a genus that encompasses a broad range of species. The specification does not define the claim term "polymeric pharmaceutically-acceptable excipient" nor does it provide a comprehensive list of examples of species that fall within the genus. However, the prior art recognizes numerous polymers as being suitable for use as excipients in pharmaceutical compositions containing a peptide or protein active agent, from poloxamers, polyethylene glycols, hydroxy-β-cyclodextrin, heparin, dextran sulfate, polyphosphoric acid, poly-L-glutamic acid, poly-L-lysine, pentosan polysulfate, polyvinyl sulfate, keratan sulfate, poly-aspartic acid, polyvinylpyrrolidone, and polyvinylalcohol (see Wang, NPL 187 IDS 5/29/2015, sections 4.2.3, 4.2.5, 4.2.6). These polymers have substantially different chemical formulas, and chemical and

physical properties, and can be used at a variety of molecular weights. Therefore, the scope of

the claims with respect to the term "polymeric" is exceptionally broad. Claims 2-4 are more

narrow than claims 1 and 5-15 and require that the polymeric excipient comprise a polyalkylene

oxide moiety, a polyethylene oxide and a poloxamer, respectively. However, even these claims

have significant breadth because they encompass polymers with a wide range of chemical

structures and molecular weights.

With respect to function, the claims require that the unit dosage form exhibits from about

5% to about 10% less degradation of the vasopressin after storage for about 1 week at about 60°

C than does a corresponding unit dosage form, wherein the corresponding unit dosage form

consists essentially of vasopressin and a buffer having acidic pH.  Therefore, the scope of the

corresponding unit dosage form and its range of levels of degradation, determine the scope of the

first dosage forms. Although the wherein clause appears to narrow the claims significantly, it

actually allows for considerable breadth because the corresponding unit dosage form is not

significantly restricted. The only requirement for the corresponding unit dosage form is that it

contain vasopressin and a buffer having acidic pH. As illustrated in Figure 9 of the specification,

the corresponding unit dosage forms exhibit a broad range of degradation levels as a function of

pH. For example, at pH 2.5 in 10 mM citrate buffer, the corresponding unit dosage form

containing vasopressin and a buffer exhibits about 70% degradation, whereas at pH 3.5 in 10

mM citrate buffer it exhibits about 22% degradation. Therefore, first unit dosage forms

containing vasopressin and a polymeric excipient that exhibit about 63% to about 67%

degradation, if the pH 2.5 corresponding unit dose is the standard, and first unit dosage forms

containing vasopressin and a polymeric excipient that exhibit about 20% to about 21%

PAR-VASO-0007901

degradation, if the pH 3.5 corresponding unit dose is the standard, are included in the claims. The level of degradation of the corresponding unit dosage form, and in turn the scope of the first dosage form, could also be influenced by the type of buffer (e.g. acetate, citrate etc.) and by its concentration.

Also with respect to function, the wherein clause requires that the first unit dosage form exhibit from about 5% to about 10% less degradation than the corresponding unit dosage form. Therefore, unit dosage forms that are significantly more stable, for example exhibiting 30% less degradation compared to a particular corresponding unit dosage form, are excluded from the claims. The unit dosage forms excluded by this criteria are also dependent on the composition and properties of the first dosage form. For example, first unit dosage forms containing vasopressin and a polymeric excipient that exhibit less than about 63% degradation, if the pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing vasopressin and a polymeric excipient that exhibit less than about 20% degradation, if the pH 3.5 corresponding unit dose is the standard, are excluded from the claims.

Therefore, to meet the written description requirement of 35 U.S.C. § 112(a), the specification must disclose a representative number of species that meet both the structural and functional limitations of the genus or the specification and/or the prior art must identify the structural elements that correlate to the claimed function in a manner that demonstrates to one of ordinary skill in the art that Applicant was in possession of the claimed genus at the time the application was filed. In the instant case, the specification must establish which of the enormous number of polymeric excipients are able to stabilize the vasopressin composition as claimed.

*Actual Reduction to Practice*

MPEP § 2163 states that the written description requirement for a claimed genus may be satisfied through sufficient description of a representative number of species by actual reduction to practice . A "representative number of species" means that the species which are adequately described are representative of the entire genus. Thus, when there is substantial variation within the genus, one must describe a sufficient variety of species to reflect the variation within the genus.

In the instant case, three embodiments of unit dosage forms containing vasopressin and a polymeric excipient were reduced to practice: a composition comprising vasopressin and PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin at two concentrations, 1% and 10% (Example 3, Table 4, Figure 10). However, it is not clear whether or not these embodiments fall within the scope of the claims. The specification does not indicate the pH of these compositions or designate a specific corresponding unit dosage form for comparison. Assuming that the corresponding unit dosage form is the most stable formulation from Example 2 which contains vasopressin in 10 mM citrate, and isotonic saline at pH 3.5, a comparison can be made using the data in Figures 9 and 10, summarized in the following table:

|  | % label claim of vasopressin | | |
| --- | --- | --- | --- |
| Concentration of excipient | 0% | 1% | 10% |
| PEG 400 | 81 | 81 | 65 |
| Poloxamer 188 | 81 | 81 | 71 |
| hydroxy-β-cyclodextrin | 81 | 81 | 78 |
| Corresponding unit dosage form: 10 mM citrate buffer in saline, pH 3.5 | 72<br>5% to 10% more label claim of vasopressin than in this unit dosage form is 75% to 80% | | |

Based on this comparison, only the unit dosage form containing 10% hydroxyl-β-cyclodextrin falls within the claimed genus. At a concentration of 1%, each of the excipients stabilize the unit

dosage form to a greater extent than that allowed by the claims. At a concentration of 10%, PEG 400 and poloxamer 188 stabilize the unit dosage form to a lesser extent than that allowed by the claims. It is possible that if other corresponding unit dosage forms are utilized, these formulations would fall within the claimed genus. It is possible that if other corresponding unit dosage forms are utilized, these formulations would fall within the claimed genus.

Furthermore, Example 3 of the specification does not describe the concentration of vasopressin in the samples or additional elements which could affect stability such as the buffer, pH, salt etc. Therefore, even the specific embodiments in Example 3 are not fully described in the specification.

As discussed above, the scope of the claim term "polymeric" is exceptionally broad; in comparison, the scope of the embodiments reduced to practice is extremely narrow. The actual reduction to practice does not include species characterized by polymers of greater molecular weights, or having a great net charge, for example. Therefore, one of ordinary skill in the art would not consider PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin to be representative of the full scope of the claimed genus of polymeric excipients. Furthermore, it is not possible to discern from the data on these three polymers alone which additional polymers will stabilize the vasopressin as claimed.

Therefore, the instant specification has failed to meet the written description requirement by actual reduction to practice of a representative number of species alone.

*Sufficient relevant identifying characteristic*

MPEP § 2163 states that the written description requirement for a claimed genus may be satisfied through sufficient description of a representative number of species by actual reduction

to practice, or by disclosure of relevant, identifying characteristics, i.e., structure or other physical and/or chemical properties, by functional characteristics coupled with a known or disclosed correlation between function and structure, or by a combination thereof.

### i. Complete structure

As stated above, the complete structure of PEG 400, poloxamer 188, and hydroxy-β-cyclodextrin are disclosed. However, because the claims do not specify a corresponding unit dosage form with a well-defined extent of degradation, the complete structure of the polymeric excipient is not sufficient to describe which unit dosage forms containing these excipients fall within the claimed genus and which are excluded.

### ii. Partial structure:

The specification discloses a partial structure of a polymer for use in  the unit dosage forms of vasopressin: a polyalkylene oxide moiety, a polyethylene oxide and a poloxamer, which are also recited in claims 2-4. However, these partial structures are not sufficient to characterize the genus, as evidenced by data included in the specification. In Example 5, PEG 300, which comprises a polyalkylene oxide moiety, specifically a polyethylene oxide moiety, was unable to increase the stability of vasopressin in solution in comparison to an aqueous formulation lacking a cosolvent.

Furthermore, because the claims do not specify a corresponding unit dosage form with a well-defined extent of degradation, the partial structure of the polymeric excipient is not sufficient to describe which unit dosage forms containing excipients comprising the partial structure fall within the claimed genus and which are excluded.

### iii. Physical and/or chemical properties:

The data presented in the specification raise more questions about the physical properties of the genus than they answer. The data do not suggest the physical basis for the stabilizing effects of the polymeric excipients and therefore do not describe which physical and chemical properties are critical for function. The specification does not describe the hydrophobicity, charge state, molecular weight or its distribution, or chemical composition of the polymeric excipient required to stabilize the vasopressin unit dosage form as claimed. Understanding the physical basis for the stabilization effect is critical to determining which of the polymeric excipients that meet the structural requirements of the genus also meet the functional requirements of the genus.

*iv. Functional characteristics when coupled with a known or disclosed correlation between function and structure:*

The specification does not describe a general correlation between structure and function for the claimed genus. The role of the structure of the polymeric excipient in stabilizing the vasopressin unit dosage form is not described. As a result, it is impossible to predict, based on the specification, how changing the structure of the polymeric excipient will impact its ability to stabilize the vasopressin unit dosage form.

*Conclusion*

For these reasons, the specification fails to satisfy the written description requirements of 35 U.S.C. 112, first paragraph.

### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):
(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

Claims 1-15 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second

paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject

matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the

invention.

The wherein clause in claim 1 is a relative limitation which renders the claims indefinite.

As discussed above, the claims require that the unit dosage form exhibits from about 5% to about

10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after

storage for about 1 week at about 60° C than does a corresponding unit dosage form, wherein the

corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-

acceptable salt thereof, and a buffer having acidic pH.  Therefore, the scope of the corresponding

unit dosage form and its range of levels of degradation, determine the scope of the first dosage

forms. Although the wherein clause appears to narrow the claims significantly, it actually allows

for considerable breadth because the corresponding unit dosage form is not significantly

restricted. The only requirement for the corresponding unit dosage form is that it contain

vasopressin and a buffer having acidic pH. As illustrated in Figure 9 of the specification, the

corresponding unit dosage forms exhibit a broad range of degradation levels as a function of pH.

For example, at pH 2.5 in 10 mM citrate buffer, the corresponding unit dosage form containing

vasopressin and a buffer exhibits about 70% degradation, whereas at pH 3.5 in 10 mM citrate

buffer it exhibits about 22% degradation. Therefore, first unit dosage forms containing

vasopressin and a polymeric excipient that exhibit about 63% to about 67% degradation, if the

PAR-VASO-0007907

pH 2.5 corresponding unit dose is the standard, and first unit dosage forms containing

vasopressin and a polymeric excipient that exhibit about 20% to about 21% degradation, if the

pH 3.5 corresponding unit dose is the standard, are included in the claims. The level of

degradation of the corresponding unit dosage form, and in turn the scope of the first dosage form,

could also be influenced by the type of buffer (e.g. acetate, citrate etc.) and by its concentration.

In addition, the wherein clause requires that the first unit dosage form exhibit from about

5% to about 10% less degradation than the corresponding unit dosage form. Therefore, unit

dosage forms that are significantly more stable, for example exhibiting 30% less degradation

compared to a particular corresponding unit dosage form, are excluded from the claims. The unit

dosage forms excluded by this criteria are also dependent on the composition and properties of

the first dosage form. For example, a first unit dosage form containing vasopressin and a

polymeric excipient that exhibits less than about 63% degradation, if the pH 2.5 corresponding

unit dose is the standard, and a first unit dosage form containing vasopressin and a polymeric

excipient that exhibits less than about 20% degradation, if the pH 3.5 corresponding unit dose is

the standard are excluded from the claims.

Because the degradation level of the corresponding unit dosage form varies significantly

as a function of pH, and also as a function of buffer type and concentration, it is possible for a

particular unit dosage form containing a polymeric excipient to exhibit about 5% to 10% less

degradation relative to one corresponding unit dosage form but significantly less or more

degradation relative to another corresponding unit dosage form. Therefore, it is difficult for one

of ordinary skill in the art to ascertain which unit dosage forms fall within the claimed genus and

which are excluded from it, which renders the claim indefinite.

The dependent claims do not remedy this issue. Even claim 15, which limits the pH of the corresponding unit dosage form to 3.5, is broad because it does not limit the buffer type or its concentration.

To overcome this rejection, Applicant is advised to consider amending claim 1 to read "wherein the corresponding unit dosage form has a pH of 3.5 and consists essentially of the vasopressin, or pharmaceutically-acceptable salt thereof, 10 mM citrate buffer and isotonic saline." Support for this amendment is found in Examples 2 and 3, especially ¶ [00120], of the specification.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 1-15 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical Partners of Canada Inc. (NPL 182, IDS 5/29/2015) in view of Amorij et al. (US 2011/0237508), Bhowmick et al. (US 2003/0216302), Shingel et al. (US 2014/0249083), and Ludvigsen et al. (US 2008/0125361).

Vasopressin is commercially available in a unit dosage form for the prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows, and in diabetes insipidus (see label from Pharmaceutical Partners of Canada Inc.).

PAR-VASO-0007909

Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Vasopressin Injection does not contain a polymeric excipient at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.D: "'Obvious to Try' – Choosing From a Finite Number of Identified, Predictable Solutions, With a Reasonable Expectation of Success". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

 (1) a finding that at the time of the invention, there had been a recognized problem or need in the art, which may include a design need or market pressure to solve a problem

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]).

Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin

in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et

al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use

injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

(2) a finding that there had been a finite number of identified, predictable potential

solutions to the recognized need or problem.

Bhowmick et al. teaches a stable aqueous composition comprising desmopressin, which a

peptide having a single modification relative to vasopressin, in a pharmaceutically acceptable

carrier, wherein the carrier comprises a buffering agent, a parahydroxybenzoate preservative, and

a cosolvent (claim 1). The cosolvent comprises alcohols, polyvinyl alcohols, propylene glycol,

polyethylene glycols and derivatives thereof, glycerol, sorbitol, polysorbates, ethanol and

mixtures thereof (claim 10) and is present in an amount ranging from about 1% w/v to about 5%

w/v (claim 12).

Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability

comprising a β-cyclodextrin, which is a polymeric excipient (¶ [0011], [0012], [0035]), present

at a concentration of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of

the formulation can be tested at elevated temperature (¶ [0160]).

Ludvigsen et al. teach shelf-stable pharmaceutical compositions of peptide drugs

comprising poloxamer or polysorbate 20 surfactant (¶ [0061]).

(3) a finding that one of ordinary skill in the art could have pursued the known potential

solutions with a reasonable expectation of success

PAR-VASO-0007911

Amorij et al. (Examples 1-7) and Bhowmick et al. (¶ [0022]) teach assays for monitoring the stability of the peptide formulations. The assay of Amorij et al. comprises making the formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Bhowmick et al., Shingel et al. and Ludvigsen et al. as useful for stabilizing peptide drug formulations to unit dosage forms of vasopressin for the purpose of creating a stabilized form of vasopressin. In doing so, one of ordinary skill in the art would be responding to the need for a stabilized vasopressin formulation identified by Amorij et al. There is a reasonable expectation of success given that the prior art discloses assays for measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the art to optimize the addition of excipients to peptide pharmaceutical compositions to improve stability, as evidenced by Amorij et al., Bhowmick et al., Shingel et al. and Ludvigsen et al. The rationale to support a conclusion that the claim would have been obvious is that "a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely that product [was] not of innovation but of ordinary skill and common sense. In that instance the fact that a combination was obvious to try might show that it was obvious under § 103." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose formulation with between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20 U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

PAR-VASO-0007912

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

The resulting composition would further comprise a polymeric excipient such as

polyethylene glycol or polysorbate in an amount ranging from about 1% w/v to about 5% w/v as

taught by Bhowmick et al. (claims 10 and 12), β-cyclodextrin at a concentration of about 2 to

about 15% w/v as taught by Shingel et al. (¶ [0011], [0012], [0035], [0036]), or poloxamer or

polysorbate 20 at a concentration of from about 10 mg/L to about 400 mg/L, as taught by

Ludvigsen et al. (¶ [0061]). The ranges of concentrations for the polymeric excipient taught in

the prior art overlap with the claimed range of from about 1% to about 10%. MPEP § 2144.05

states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the

prior art' a *prima facie* case of obviousness exists. *In re Wertheim,* 541 F.2d 257, 191 USPQ 90

(CCPA 1976); *In re Woodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore,

it is obvious to optimize the amount of the polymeric excipient through routine experimentation

in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Therefore, the resulting compositions would satisfy all of the structural limitations of

instant claims 1, 5, 6, 10, and 15.

With respect to the functional limitations recited in the wherein clause of claim 1 and

further defined in claims 6 and 15, the fact that applicant has recognized another advantage

which would flow naturally from following the suggestion of the prior art cannot be the basis for

patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227

USPQ 58, 60 (Bd. Pat. App. & Inter. 1985).

PAR-VASO-0007913

With respect to claims 2 and 3, Bhowmick et al. teaches polyethylene glycol (claims 10 and 12). With respect to claim 4, Ludvigsen et al. teaches poloxamer (¶ [0061]). With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in claims 8-10 and 11-14, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

## Double Patenting

A rejection based on double patenting of the "same invention" type finds its support in the language of 35 U.S.C. 101 which states that "whoever invents or discovers any new and useful process... may obtain a patent therefor..." (Emphasis added). Thus, the term "same invention," in this context, means an invention drawn to identical subject matter. See *Miller v. Eagle Mfg. Co.*, 151 U.S. 186 (1894); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Ockert*, 245 F.2d 467, 114 USPQ 330 (CCPA 1957).

A statutory type (35 U.S.C. 101) double patenting rejection can be overcome by canceling or amending the claims that are directed to the same invention so they are no longer coextensive in scope. The filing of a terminal disclaimer <u>cannot</u> overcome a double patenting rejection based upon 35 U.S.C. 101.

Claims 1-15 are provisionally rejected under 35 U.S.C. 101 as claiming the same invention as that of claims 1-15 of copending Application No. 14/610,499. This is a <u>provisional</u>

PAR-VASO-0007914

statutory double patenting rejection since the claims directed to the same invention have not in fact been patented.

Claims 1-15 are provisionally rejected under 35 U.S.C. 101 as claiming the same invention as that of claims 1-15 of copending Application No. 14/717,877. This is a provisional statutory double patenting rejection since the claims directed to the same invention have not in fact been patented.

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used.

Please visit http://www.uspto.gov/forms/.  The filing date of the application will determine what

form should be used.  A web-based eTerminal Disclaimer may be filled out completely online

using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission.  For more information about eTerminal Disclaimers,

refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1-15 are provisionally rejected on the ground of nonstatutory double patenting as

being unpatentable over claims 1-20 of copending Application No. 14/610,594. Although the

claims at issue are not identical, they are not patentably distinct from each other because the

claims of 14/610,594 anticipate, or in the alternative, render obvious the instant claims.

Specifically, claim 1 of Application No. 14/610,594 recites a unit dosage form

comprising a) from about 0.01 mg/ml to about 0.07 mg/ml of SEQ ID NO: 1, which is

vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-

acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage

form. Claims 11-13 of Application No. 14/610,594 require that the polymeric excipient comprise

a polyalkylene oxide moiety, a polyethylene oxide and poloxamer, respectively.

Claims 1 and 11-13 of Application No. 14/610,594 recite all of the structural limitations

of instant claims1-4, 6, and 15 but do not recite the claimed properties. The claims of

Application No. 14/610,594 do not explicitly state that the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH (10% for claim 6 or relative to a composition with buffer at pH 3.5 for claim 15).  Because the structural limitations are met, and the examiner cannot determine whether or not the claimed compositions of Application No. 14/610,594 inherently possesses properties which anticipate or render obvious the claimed invention but has basis for shifting the burden of proof to applicant as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980).

With respect to claims 5, and 11, claim 17 of Application No. 14/610,594 requires that the unit dosage form consist essentially of a) about 0.04 mg/ml of SEQ ID NO: 1,  or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof. With respect to claims 7-9, and 12-14, claims 14-16, and 18-20, of Application No. 14/610,594 requires that the unit dosage form further comprises SEQ ID NOs: 2-4. With respect to claim 10, claim 2 of Application No. 14/610,594 requires that the unit dosage form be injectable. The volume of the unit dosage form would be optimized by routine experimentation to include an appropriate dose.

PAR-VASO-0007917

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


Claims 1, and 5-15 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-21 of copending Application No. 14/610,488.

Although the claims at issue are not identical, they are not patentably distinct from each other

because the claims of Application No. 14/610,488 anticipate the instant claims.

Specifically, claims 6 and 7 of Application No. 14/610,488 are drawn to a unit dosage

form comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and an excipient in

an amount from about 1% to about 10% by mass of the unit dosage form, wherein the unit

dosage form exhibits from about 5% to about 10% less degradation of the compound after

storage for about 1 week at about 60 °C than does a corresponding unit dosage form consisting

essentially of vasopressin and a buffer having acidic pH. Claims 6 and 7 require that the

excipient is carbohydrate and cyclodextrin, respectively, each of which are polymeric. Therefore,

claims 6 and 7 of Application No. 14/610,488 satisfy all of the limitations of instant claim 1.

With respect to claim 5, claim 9 of Application No. 14/610,488 requires that the excipient

be in an amount of about 1% by mass of the amount of vasopressin. With respect to claim 6,

claim 10 of Application No. 14/610,488 requires that the unit dosage form exhibit 10% less

degradation of vasopressin than the corresponding unit dosage form. With respect to claims 7-9,

claims 13-15 of Application No. 14/610,488 require the addition of SEQ ID NOs: 2-4,

respectively. With respect to claim 10, claim 16 of Application No. 14/610,488 requires that the

unit dosage form is an injectable of about 1 mL volume. With respect to claim 11, claim 17 of

PAR-VASO-0007918

Application No. 14/610,488 requires that the unit dosage form consist essentially of about 0.04

mg/ml of vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with

88% to 90% sequence homology to vasopressin. With respect to claims 12-14, claims 18-20 of

Application No. 14/610,488 require the addition of SEQ ID NOs: 2-4, respectively. With respect

to claim 15, claim 21 of claims 13-15 of Application No. 14/610,488 requires that corresponding

composition include a buffer with a pH of about 3.5.

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


Claims 1, and 5-15 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-24 of copending Application No. 14/610,579.

Although the claims at issue are not identical, they are not patentably distinct from each other

because the claims of 14/610,579 anticipate, or in the alternative, render obvious the instant

claims.

Specifically, claims 15 and 16 of Application No. 14/610,579 are drawn to a unit dosage

form comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin, and an excipient in

an amount from about 1% to about 10% by mass of the unit dosage form. Claims 15 and 16

require that the excipient is carbohydrate and cyclodextrin, respectively, each of which are

polymeric.

Claims 15 and 16 of Application No. 14/610,579 recite all of the structural limitations of

instant claims 1, 6, and 15 but do not recite the claimed properties. The claims of Application

No. 14/610,579 do not explicitly state that the unit dosage form exhibits from about 5% to about

10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of vasopressin, or a pharmaceutically-acceptable salt thereof, and a buffer having acidic pH (10% for claim 6 or relative to a composition with buffer at pH 3.5 for claim 15). Because the structural limitations are met, and the examiner cannot determine whether or not the claimed compositions of Application No. 14/610,579 inherently possesses properties which anticipate or render obvious the claimed invention but has basis for shifting the burden of proof to applicant as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980).

With respect to claim 5, claim 21 of Application No. 14/610,579 requires that the excipient be in an amount of about 1% to about 10% by mass of the amount of vasopressin. With respect to claims 7-9, claims 18-20 of Application No. 14/610,579 require the addition of SEQ ID NOs: 2-4, respectively. With respect to claim 10, claim 2 of Application No. 14/610,579 requires that the unit dosage is injectable. It would have been obvious to optimize the volume through routine experimentation to provide an appropriate dose of the vasopressin. With respect to claim 11, claim 21 of Application No. 14/610,579 requires that the unit dosage form consist essentially of about 0.04 mg/ml of vasopressin, about 1% to about 10% of the excipient, and a plurality of peptides with 88% to 90% sequence homology to vasopressin. With respect to claims 12-14, claims 22-24 of Application No. 14/610,579 require the addition of SEQ ID NOs: 2-4, respectively.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

## *Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0007921

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2011/0237508 | 09-2011 | Amorij et al. | 514/10.9 |
| * | B | US-2003/0216302 | 11-2003 | Bhowmick et al. | 514/9 |
| * | C | US-2014/0249083 | 09-2014 | Shingel et al. | 514/11.2 |
| * | D | US-2008/0125361 | 05-2008 | Ludvigsen et al. | 514/12 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0007922



# United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,499 | 01/30/2015 | Matthew Kenney | 47956-702.202 | 2946 |

21971          7590          07/20/2015

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/20/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0007923

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

    A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>June 18, 2015</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL**.     2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1,6-14 and 16</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1,6-14 and 16</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
      a)☐ All  b)☐ Some**  c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0007924

# DETAILED ACTION

## *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

## *Withdrawn Rejections*

The following rejections are withdrawn in light of the amendment filed June 18, 2015:

- the rejection of claims 1-15 under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first

paragraph;

- the rejection of claims 1-15 under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second

paragraph; and

- the rejection of claims 1-15 under 35 U.S.C. 103 as being unpatentable over

Pharmaceutical Partners of Canada Inc. in view of Amorij et al., Bhowmick et al., Shingel et al.,

and Ludvigsen et al.

The provisional rejections on the ground of nonstatutory double patenting over copending

Application Nos. 14/610,594, 14/610,488, and 14/610,579 are withdrawn in view of the terminal

disclaimers filed June 18, 2015.

## *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains.  Patentability shall not be negated by the manner in which the
> invention was made.

PAR-VASO-0007925

Claims 1, 6-14, and 16 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892) in view of Amorji et al. (US 2011/0237508), Samaritani et al. (US 2007/0059285), Samaritani et al. (US 2007/0292391), Mizushima et al. (US 2010/0234276), Yang et al. (US 2013/0011378) and Brych et al. (US 2007/0190047).

Vasopressin is commercially available in a unit dosage form for the prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows, and in diabetes insipidus (see label from Pharmaceutical Partners of Canada Inc.).

Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Vasopressin Injection does not contain a polymeric excipient at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

PAR-VASO-0007926

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique To Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]). Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

The prior art composition of Pharmaceutical Partners of Canada Inc. is therefore a "base" product upon which the claimed invention can be seen as an "improvement" because of its enhanced stability.

(2) a finding that the prior art contained a "comparable" device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention

The prior art is replete with examples of the use of poloxamer 188 to stabilize peptide and protein formulations.

PAR-VASO-0007927

Samaritani et al. (US 2007/0059285) teach a stabilized liquid formulation of follicle-stimulating hormone (FSH) or luteinizing hormone (LH) comprising poloxamer 188 (Pluronic F68) (¶ [0020], [0057], [0058], Examples 1-8). Pluronic F68, is preferably present in the formulation at a concentration that is sufficient to maintain FSH and/or LH stability over the desired storage period (for example 6 to 12 to 24 months), and also at a concentration that is sufficient to prevent protein losses due to adsorption on surfaces, such as the vial, ampoule or cartridge or the syringe (¶ [0122]). The concentration is about 0.01 mg/ml to about 1 mg/ml (¶ [0123]).

Samaritani et al. (US 2007/0292391) teach a stabilized formulation of interferon comprising poloxamer 188 (Pluronic F68) (¶ [0061], Examples 1-2). Pluronic F68, is preferably present in the formulation at a concentration that is sufficient to maintain interferon stability over the desired storage period (for example 6 to 12 to 24 months), and also at a concentration that is sufficient to prevent protein losses due to adsorption on surf aces, such as the vial, ampoule or cartridge or the syringe (¶ [0166]). The concentration is about 0.01 mg/ml to about 10 mg/ml (¶ [0167]).

Mizushima et al. (US 2010/0234276) teach stabilized formulations of EPO containing poloxamer 188 (¶ [0043], Examples 1, 2, 4). Mizushima et al. teach that poloxamers inhibit production of an EPO dimer after long-term storage and stabilizes formulations more effectively than other additives. obtained using polyoxyethylene hydrogenated castor oil or polysorbate as a surfactant. Mizushima et al. teach that poloxamer 188 is preferred (¶ [0043]) and that the amount of poloxamer is generally 0.0001 to 10% (¶ [0044]).

PAR-VASO-0007928

Yang et al. (US 2013/0011378) teach stable formulations of a hyaluronan-degrading enzyme containing a surfactant, preferably poloxamer 188 (¶ [0384]), between about from 0.0005% to 1.0% (¶ [0385]).

Brych et al. (US 2007/0190047) teaches stable pharmaceutically acceptable formulations of protein containing poloxamer 188 at a concentration of 0.01-1.0 % (¶ [0042], [0054]).

 (3) a finding that one of ordinary skill in the art could have applied the known "improvement" technique in the same way to the "base" device (method, or product) and the results would have been predictable to one of ordinary skill in the art

One of ordinary skill in the art could have added poloxamer 188 to the vasopressin formulations taught by Pharmaceutical Partners of Canada Inc. and Amorij et al. in the same manner as taught by Samaritani et al., Samaritani et al., Mizushima et al., Yang et al. and Brych et al. in order to improve the stability of the formulation. The results would have been predictable because the prior art teaches a means for testing the effect of the poloxamer 188 on the stability of the vasopressin formulation. Specifically, Amorij et al. (Examples 1-7) teaches assays for monitoring the stability of the peptide formulations. The assay of Amorij et al. comprises making the formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the formulation by RP-HPLC and HP-SEC for degradation.

The rationale to support a conclusion that the claim would have been obvious is that "a method of enhancing a particular class of devices (methods, or products) has been made part of the ordinary capabilities of one skilled in the art based upon the teaching of such improvement in other situations. One of ordinary skill in the art would have been capable of applying this known method of enhancement to a "base" device (method, or product) in the prior art and the results

would have been predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82

USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose

formulation with between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20

U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the

amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

Regarding the concentration of poloxamer 188, it would have been obvious to optimize

the amount within the range taught by the prior art in order to maximize stability. Mizushima et

al. teach that the amount of poloxamer is generally 0.0001 to 10% (¶ [0044]), Yang et al. teach

0.0005% to 1.0% (¶ [0385]), and Brych et al. 0.01-1.0 % (¶ [0042], [0054]). MPEP 2144.05

states that it is *prima facie* obvious to optimize results-effective variables by routine

experimentation (*In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955)).

Therefore, the resulting compositions would satisfy all of the structural limitations of

instant claims 1, 6, and 10.

With respect to the functional limitations recited in the wherein clause of claim 1 and

further defined in claim 6, the fact that applicant has recognized another advantage which would

flow naturally from following the suggestion of the prior art cannot be the basis for patentability

when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd.

Pat. App. & Inter. 1985).

PAR-VASO-0007930

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in claims 7-9 and 11-14, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

With respect to claim 16, Vasopressin Injection, USP has a pH of 2.5-4.5. It would have been obvious to optimize the pH of the formulation within this range through routine experimentation.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

### Conclusion

No claims are allowed.

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

PAR-VASO-0007931

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

## Notice of References Cited

| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No.<br><br>14/610,499 | Applicant(s)/Patent Under Reexamination<br>KENNEY ET AL. |
| | Examiner<br><br>CHRISTINA BRADLEY | Art Unit<br><br>1675 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2007/0059285 | 03-2007 | Samaritani et al. | 424/085.5 |
| * | B | US-2007/0292391 | 12-2007 | Samaritani et al. | 424/085.6 |
| * | C | US-2010/0234276 | 09-2010 | Mizushima et al. | 514/8 |
| * | D | US-2013/0011378 | 01-2013 | Yang et al. | 424/94.3 |
| * | E | US-2007/0190047 | 08-2007 | Brych et al. | 424/133.1 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0007933



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,579 | 01/30/2015 | Matthew Kenney | 47956-702.203 | 5606 |

21971     7590     07/28/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/28/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0007934

| | **Application No.** | **Applicant(s)** |
|---|---|---|
| **Office Action Summary** | 14/610,579 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** | **AIA (First Inventor to File) Status** |
| | CHRISTINA BRADLEY | 1675 | Yes |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

    A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>June 15, 2015</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL**.    2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-10 and 18-30</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-10 and 18-30</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
      a)☐ All  b)☐ Some**  c)☐ None of the:
        1.☐ Certified copies of the priority documents have been received.
        2.☐ Certified copies of the priority documents have been received in Application No. _____.
        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0007935

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the
first inventor to file provisions of the AIA.

### *Withdrawn Rejections*

The rejection of claims 1-24 under 35 U.S.C. 103 as being unpatentable over Treschan in
view of Pharmaceutical Partners of Canada Inc., Amorij et al., Bhowmick et al., and Shingel et
al. is withdrawn in view of the amendment filed June 15, 2015.

The provisional double patenting rejections over copending Application Nos. 14/610,594,
14/610,488, and 14/610,499, are withdrawn in view of the terminal disclaimers filed June 15,
2015.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness
rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains. Patentability shall not be negated by the manner in which the
> invention was made.

Claims 1-10, and 18-30 are rejected under 35 U.S.C. 103 as being unpatentable over

Treschan (NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-

892), Amorij et al. (US 2011/0237508), Hong et al. (US 2013/0115231 A1), Sinackevich et al.

PAR-VASO-0007936

(US 5,972,894), Green et al. (US 5,902,790), Khavinson et al. (US 5,811,399), Melin et al. (US

6,143,722) and Aston et al. (US 2010/0273709).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation,

cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and

intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR),

septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and

hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent

arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1

U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of

exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the

extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is

necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601,

col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased

PAR-VASO-0007937

peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Neither Treschan or Pharmaceutical Partners of Canada teach that Vasopressin Injection contains lactose at a concentration of about 5% to about 15% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique To Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example

PAR-VASO-0007938

during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]).

Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin

in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et

al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use

injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

The prior art methods of Pharmaceutical Partners of Canada Inc. and Amorji et al. is

therefore a "base" method upon which the claimed invention can be seen as an "improvement"

because of the enhanced stability of the vasopressin formulation utilized in the method.

(2) a finding that the prior art contained a "comparable" device (method, or product that

is not the same as the base device) that has been improved in the same way as the claimed

invention

The prior art is replete with examples of the use of lactose to stabilize peptide and protein

formulations.

Hong et al. (US 2013/0115231 A1) teaches liquid formulations of long-acting growth

hormone with sugars added to increase storage stability. The sugars include monosaccharides

such as mannose, glucose, fucose and xylose, and polysaccharides such as lactose, sucrose,

raffinose and dextran, in an amount of from 1 to 10% (w/v), preferably 5% (w/v) (¶ [0047]).

Sinackevich et al. (US 5,972,894) teach formulations of peptides having potassium

channel opener activity with excipients added to increase shelf-life stability. The excipients

include sugars  such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex

carbohydrates such as lactose (col 10, lines 1-3).

PAR-VASO-0007939

Green et al. (US 5,902,790) teach formulations of angiostatic dipeptides with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 7, lines 1-3).

Khavinson et al. (US 5,811,399) teach formulations of immunomodulating dipeptides with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 27, lines 55-62).

Lactose is also utilized as an excipient in tablet formulations of the related peptide oxytocin (see Melin et al., US 6,143,722, col 13, Table, lines 30-38) and desmopressin (see Aston et al., US 2010/0273709, ¶ [0022]).

(3) a finding that one of ordinary skill in the art could have applied the known "improvement" technique in the same way to the "base" device (method, or product) and the results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added lactose to the vasopressin formulations taught by Pharmaceutical Partners of Canada Inc. and Amorij et al. in the same manner as taught by Hong et al., Sinackevich et al., Green et al., and Khavinson et al. in order to improve the storage stability of the formulation. The results would have been predictable because the prior art teaches a means for testing the effect of the lactose on the stability of the vasopressin formulation. Specifically, Amorij et al. (Examples 1-7) teaches assays for monitoring the stability of the peptide formulations. The assay of Amorij et al. comprises making the formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Hong et al., Sinackevich et

al., Green et al., and Khavinson et al. as useful for stabilizing peptide drug formulations to unit

dosage forms of vasopressin for the purpose of creating a stabilized form of vasopressin. In

doing so, one of ordinary skill in the art would be responding to the need for a stabilized

vasopressin formulation identified by Amorij et al. There is a reasonable expectation of success

given that the prior art discloses assays for measuring the stability of vasopressin formulations,

and that it is within the ordinary skill of the art to optimize the addition of excipients to peptide

pharmaceutical compositions to improve stability, as evidenced by Amorij et al. The rationale to

support a conclusion that the claim would have been obvious is that "a method of enhancing a

particular class of devices (methods, or products) has been made part of the ordinary capabilities

of one skilled in the art based upon the teaching of such improvement in other situations. One of

ordinary skill in the art would have been capable of applying this known method of enhancement

to a "base" device (method, or product) in the prior art and the results would have been

predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose

formulation with  between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20

U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the

amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).  The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

PAR-VASO-0007941

The resulting composition would further comprise lactose in an amount ranging from about 1 to 10% (w/v), preferably 5% (w/v) (¶ [0047]) taught by Hong et al. The ranges of concentrations for the excipient taught in the prior art overlap with the claimed range of from about 5% to about 15%. MPEP § 2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore, it is obvious to optimize the amount of the polymeric excipient through routine experimentation in accordance with *In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

It would have been obvious to administer the resulting formulation to increase blood pressure in a human in need thereof according to Treschan. Specifically, the composition would be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04 U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4). The patient's arterial blood pressure would increase within minutes as a result of administration (p. 601, col 1-2; p. 606, col 2; p. 607, col 2).

Therefore, the resulting method would satisfy all of the limitations of instant <u>claims 1, 4, 7, 8, 21, and 29</u>.

With respect to <u>claims 2 and 3</u>, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Treschan teaches intravenous administration (p. 601, col 1). With respect to <u>claims 5 and 6</u>, Treschan teaches that vasopressin infusion (0.1 U/min) in patients with postcardiotomy hypotension enabled discontinuation of catecholamine administration in some patients. (p. 608,

col 1). With respect to <u>claim 9</u>, Treschan teaches that mean arterial pressure increased and was

maintained for a period of about 8 hours with continuous administration (Figure 6). With respect

to <u>claim 10</u>, Treschan teaches that dosages should be limited to prevent adverse outcomes (p.

607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation.

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90%

homology to SEQ ID NO: 1 recited in <u>claims 18-20 and 22-24</u>, these peptides are degradation

products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would

form in the vasopressin unit dosage forms that are obvious over the cited art. With respect to

<u>claim 25</u>, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP has a pH

of 2.5-4.5, which encompasses the claimed pH of 3.5. It would have been *prima facie* obvious to

optimize the pH of the formulation in order to maximize stability in accordance with MPEP §

2144.05. With respect to <u>claim 26</u>, Pharmaceutical Partners of Canada teaches that Vasopressin

Injection, USP contains glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Hydrochloric acid is an acid that could be substituted for the glacial acetic acid in the vasopressin

formulation because one of ordinary skill in the art would expect the hydrochloric acid to serve

the same purpose as the glacial acetic acid in the formulation. With respect to <u>claims 28 and 29</u>,

lyophilization is routinely utilized in the peptide pharmaceutical art as a means to preserve and

store the drug product. See for example, Khavinson et al. (col 27, lines 47-51). With respect to

<u>claim 30</u>, Treschan teaches that vasopressin can be used alone or as a replacement for

epinephrine (pp. 607-608) and does not teach that vasopressin must be combined with

norepinephrine.

PAR-VASO-0007943

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

*Response to Arguments and Declaration*

Applicant's arguments filed June 15, 2015 pertaining to Treschan, Amorji and Pharmaceutical Partners of Canada in the context of the new rejection have been fully considered but are not persuasive.

Applicant traverses the rejection on the grounds that Treschan and Amorji teach away from the pending claims by teaching a higher infusion rate of vasopressor that those recited in the claim necessary to maintain blood pressure. However, neither reference criticizes, discredits, or otherwise discourages the solution claimed.  In contrast, Treschan teaches dosages that overlap with or fall within the claimed range of about 0.01-0.1 U/min:  0.01-0.04 U/min for a hypotensive patient suffering from septic shock, or 0.1 U/min for vasodilatory shock after cardiopulmonary bypass (Table 4). In addition, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to determine the lowest effective dose through routine experimentation using the dosages taught by Treschan as a starting point for optimization.

With respect to the range taught by Treschan and cited by Applicant, the claims do not require that vasopressin is used as a single agent. Therefore, the higher dose taught by Treschan for the particular scenario of using vasopressin as a single agent in the treatment of a single condition does not constitute a teaching away of the instant claims. With respect to the range taught by Amorji and cited by Applicant, about 0.2-0.9 IU/min overlaps with or touches the

PAR-VASO-0007944

claimed range of about 0.01-0.1 U/min because of the term "about". Therefore, the range taught

by Amorji does not constitute a teaching away of the instant claims.

For these reasons, the arguments filed June 15, 2015 are insufficient to overcome the

rejection.

The declaration under 37 CFR 1.132 filed June 15, 2015 by Inventor Sunil Vandse has

been fully considered but is insufficient to overcome the rejection. Applicant asserts that the data

presented in the declaration establishes that a vasopressin formulation containing lactose

provides surprising and unexpected results at 40° C in comparison to a formulation that does not

contain lactose.

MPEP 716.02(c) states: "'Expected beneficial results are evidence of obviousness of a

claimed invention, just as unexpected results are evidence of unobviousness thereof.' *In re

Gershon,* 372 F.2d 535, 538, 152 USPQ 602, 604 (CCPA 1967)" In the instant case, the prior art

of Hong et al., Sinackevich et al., Green et al., and Khavinson et al. teach that lactose is useful

for stabilizing peptide drug formulations. As a result, one of ordinary skill in the art would

expect that lactose would improve or maintain the stability of vasopressin formulations, and

would not conclude that an increase in stability upon adding lactose to a peptide formulation is

unexpected.

MPEP 716.02(d) states: "Whether the unexpected results are the result of unexpectedly

improved results or a property not taught by the prior art, the 'objective evidence of

nonobviousness must be commensurate in scope with the claims which the evidence is offered to

support.' In other words, the showing of unexpected results must be reviewed to see if the results

occur over the entire claimed range. *In re Clemens,* 622 F.2d 1029, 1036, 206 USPQ 289, 296

(CCPA 1980)." In the instant case, Applicant points to data obtained at 40° C as evidence for

unexpected results. However, the instant claims are not limited to this temperature.

Finally, MPEP 716.02(e) states: " An affidavit or declaration under 37 CFR 1.132 must

compare the claimed subject matter with the closest prior art to be effective to rebut a *prima*

*facie* case of obviousness. *In re Burckel,* 592 F.2d 1175, 201 USPQ 67 (CCPA 1979)… Where

the comparison is not identical with the reference disclosure, deviations therefrom should be

explained, *In re Finley,* 174 F.2d 130, 81 USPQ 383 (CCPA 1949), and if not explained should

be noted and evaluated, and if significant, explanation should be required. *In re Armstrong*, 280

F.2d 132, 126 USPQ 281 (CCPA 1960)." In the instant case, the closest prior art is the

formulation taught by Pharmaceutical Partners of Canada. Each mL of Vasopressin Injection,

USP contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water

for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5). In

contrast, the declaration uses as a control a bulk solution containing 20 U/ml vasopressin,

adjusted to pH 3.5 with 10 mM acetate buffer (declaration, ¶ 4). Applicant has not accounted for

the differences between the closest prior art and the control utilized in the comparison data.

For these reasons, the rejection is maintained.


***Double Patenting***

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees.  A nonstatutory double patenting rejection is appropriate

where the claims at issue are not identical, but at least one examined application claim is not

patentably distinct from the reference claim(s) because the examined application claim is either

anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*,

140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d

2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van*

*Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used.

Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what

form should be used. A web-based eTerminal Disclaimer may be filled out completely online

using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission. For more information about eTerminal Disclaimers,

refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.


Claims 1-10, and 18-30 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 16-29 of copending Application No. 14/717,877 in

view of Treschan (NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V,

PTO-892), Amorij et al. (US 2011/0237508), Hong et al. (US 2013/0115231 A1), Sinackevich et

al. (US 5,972,894), Green et al. (US 5,902,790), Khavinson et al. (US 5,811,399), Melin et al.

(US 6,143,722) and Aston et al. (US 2010/0273709).

Although the claims at issue are not identical, they are not patentably distinct from each

other because the claims of the copending application render obvious the instant claims.

Specifically, claim 16 of Application No. 14/717,877 is drawn to a method of increasing

blood pressure in a human in need thereof, the method comprising administering to the subject a

unit dosage form, wherein the unit dosage form comprises: i) from about 0.01 mg/mL to about

0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol;

iii) acetic acid and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6; b) storing the

unit dosage form at 2-8 C; and d) administering the unit dosage form to the human; wherein the

administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the

pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

The claims of Application No. 14/717,877 do not state that the vasopressin composition

contains lactose.

The prior art is replete with examples of the use of lactose to stabilize peptide and protein

formulations.

Hong et al. (US 2013/0115231 A1) teaches liquid formulations of long-acting growth

hormone with sugars added to increase storage stability. The sugars include monosaccharides

such as mannose, glucose, fucose and xylose, and polysaccharides such as lactose, sucrose,

raffinose and dextran, in an amount of from 1 to 10% (w/v), preferably 5% (w/v) (¶ [0047]).

Sinackevich et al. (US 5,972,894) teach formulations of peptides having potassium

channel opener activity with excipients added to increase shelf-life stability. The excipients

include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex

carbohydrates such as lactose (col 10, lines 1-3).

Green et al. (US 5,902,790) teach formulations of angiostatic dipeptides with excipients

added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose,

sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 7, lines 1-3).

Khavinson et al. (US 5,811,399) teach formulations of immunomodulating dipeptides

with excipients added to increase shelf-life stability. The excipients include sugars such as

sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col

27, lines 55-62).

Lactose is also utilized as an excipient in tablet formulations of the related peptide

oxytocin (see Melin et al., US 6,143,722, col 13, Table, lines 30-38) and desmopressin (see

Aston et al., US 2010/0273709, ¶ [0022]).

It would have been obvious to substitute lactose as the excipient in the vasopressin

formulation claimed in Application No. 14/717,877. One of ordinary skill in the art would

recognize lactose as an excipient suitable for use in the stabilization of peptide drugs and would

have a reasonable expectation of enhancing the stability of the formulation by the addition of

lactose given its widespread use for this purpose in the peptide arts. The resulting method would

meet all of the limitations of instant claim 1.

PAR-VASO-0007949

With respect to <u>claims 2 and 3</u>, Pharmaceutical Partners of Canada teaches that

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.).

Treschan teaches intravenous administration (p. 601, col 1). With respect to <u>claim 4</u>, claim 22 of

Application No. 14/717,877 states that the human's hypotension is associated with vasodilatory

shock. With respect to <u>claim 5</u>, claim 23 of Application No. 14/717,877 states that the human's

hypotension is associated with post-cardiotomy shock. With respect to <u>claim 6</u>, claim 24 of

Application No. 14/717,877 states a dose of about 0.03-0.1 U/min.  With respect to <u>claim 7</u>,

claim 25 of Application No. 14/717,877 states that the human's hypotension is associated with

septic shock. With respect to <u>claim 8</u>, claim 24 of Application No. 14/717,877 states a dose of

about 0.07-0.1 U/min.  With respect to <u>claim 9</u>, claim 27 of Application No. 14/717,877 recites

attaining a target blood pressure in the human and continuing the administration for a period of

about 8 hours.  With respect to <u>claim 10</u>, claim 28 of Application No. 14/717,877 recites after the

period of about 8 hours, reducing the administration by about 0.005 units per minute. With

respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90%

homology to SEQ ID NO: 1 recited in <u>claims 18-24</u>, these peptides are degradation products of

SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the

vasopressin unit dosage forms that are obvious over the cited art. With respect to <u>claim 25</u>, claim

16 of Application No. 14/717,877 recites a pH of 3.4 to 3.6. With respect to <u>claim 26</u>,

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP contains glacial

acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5). Hydrochloric acid is an acid

that could be substituted for the glacial acetic acid in the vasopressin formulation because one of

ordinary skill in the art would expect the hydrochloric acid to serve the same purpose as the

PAR-VASO-0007950

glacial acetic acid in the formulation. With respect to <u>claims 28 and 29</u>, lyophilization is

routinely utilized in the peptide pharmaceutical art as a means to preserve and store the drug

product. See for example, Khavinson et al. (col 27, lines 47-51). With respect to <u>claim 30</u>,

Treschan teaches that vasopressin can be used alone or as a replacement for epinephrine (pp.

607-608) and does not teach that vasopressin must be combined with norepinephrine.

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.

<u>Claims 1-10, and 18-30</u> are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 16-28 of copending <u>Application No. 14/717,882</u> in

view of Treschan (NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V,

PTO-892), Amorij et al. (US 2011/0237508), Hong et al. (US 2013/0115231 A1), Sinackevich et

al. (US 5,972,894), Green et al. (US 5,902,790), Khavinson et al. (US 5,811,399), Melin et al.

(US 6,143,722) and Aston et al. (US 2010/0273709).

Although the claims at issue are not identical, they are not patentably distinct from each

other because the claims of the copending application render obvious the instant claims.

Specifically, claim 16 of Application No. 14/717,882 is drawn to a method of increasing

blood pressure in a human in need thereof, the method comprising administering to the subject a

unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/mL to about

0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; b) chlorobutanol; c)

acetic acid and d) water, wherein the unit dosage form has a pH of 3.75 to 3.85; and the

administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the

PAR-VASO-0007951

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the

pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

The claims of Application No. 14/717,882 do not state that the vasopressin composition

contains lactose.

The prior art is replete with examples of the use of lactose to stabilize peptide and protein

formulations.

Hong et al. (US 2013/0115231 A1) teaches liquid formulations of long-acting growth

hormone with sugars added to increase storage stability. The sugars include monosaccharides

such as mannose, glucose, fucose and xylose, and polysaccharides such as lactose, sucrose,

raffinose and dextran, in an amount of from 1 to 10% (w/v), preferably 5% (w/v) (¶ [0047]).

Sinackevich et al. (US 5,972,894) teach formulations of peptides having potassium

channel opener activity with excipients added to increase shelf-life stability. The excipients

include sugars  such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex

carbohydrates such as lactose (col 10, lines 1-3).

Green et al. (US 5,902,790) teach formulations of angiostatic dipeptides with excipients

added to increase shelf-life stability. The excipients include sugars  such as sucrose, mannose,

sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 7, lines 1-3).

Khavinson et al. (US 5,811,399) teach formulations of immunomodulating dipeptides

with excipients added to increase shelf-life stability. The excipients include sugars  such as

sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col

27, lines 55-62).

Lactose is also utilized as an excipient in tablet formulations of the related peptide

oxytocin (see Melin et al., US 6,143,722, col 13, Table, lines 30-38) and desmopressin (see

Aston et al., US 2010/0273709, ¶ [0022]).

It would have been obvious to substitute lactose as the excipient in the vasopressin

formulation claimed in Application No. 14/717,882. One of ordinary skill in the art would

recognize lactose as an excipient suitable for use in the stabilization of peptide drugs and would

have a reasonable expectation of enhancing the stability of the formulation by the addition of

lactose given its widespread use for this purpose in the peptide arts. The resulting method would

meet all of the limitations of instant claim 1.

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.).

Treschan teaches intravenous administration (p. 601, col 1). With respect to claim 4, claim 21 of

Application No. 14/717,882 states that the human's hypotension is associated with vasodilatory

shock. With respect to claim 5, claim 22 of Application No. 14/717,882 states that the human's

hypotension is associated with post-cardiotomy shock. With respect to claim 6, claim 23 of

Application No. 14/717,882 states a dose of about 0.03-0.1 U/min.  With respect to claim 7,

claim 24 of Application No. 14/717,882 states that the human's hypotension is associated with

septic shock. With respect to claim 8, claim 25 of Application No. 14/717,882 states a dose of

about 0.07-0.1 U/min.  With respect to claim 9, claim 26 of Application No. 14/717,882 recites

attaining a target blood pressure in the human and continuing the administration for a period of

about 8 hours.  With respect to claim 10, claim 27 of Application No. 14/717,882 recites after the

period of about 8 hours, reducing the administration by about 0.005 units per minute. With

respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in <u>claims 18-24</u>, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art. With respect to <u>claim 25</u>, claim 16 of Application No. 14/717,882 recites a pH of 3.75 to 3.85. With respect to <u>claim 26</u>, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP contains glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5). Hydrochloric acid is an acid that could be substituted for the glacial acetic acid in the vasopressin formulation because one of ordinary skill in the art would expect the hydrochloric acid to serve the same purpose as the glacial acetic acid in the formulation. With respect to <u>claims 28 and 29</u>, lyophilization is routinely utilized in the peptide pharmaceutical art as a means to preserve and store the drug product. See for example, Khavinson et al. (col 27, lines 47-51). With respect to <u>claim 30</u>, Treschan teaches that vasopressin can be used alone or as a replacement for epinephrine (pp. 607-608) and does not teach that vasopressin must be combined with norepinephrine.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

### *Conclusion*

No claims are allowed.

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL.** See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

PAR-VASO-0007954

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action. In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0007956

## Notice of References Cited

| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>14/610,579 | Applicant(s)/Patent Under Reexamination<br>KENNEY ET AL. |
| | Examiner<br>CHRISTINA BRADLEY | Art Unit<br>1675    Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2013/0115231 | 05-2013 | Hong et al. | 424/179.1 |
| * | B | US-5,972,894 | 10-1999 | Sinackevich et al. | 514/6.9 |
| * | C | US-5,902,790 | 05-1999 | Green et al. | 514/6.9 |
| * | D | US-5,811,399 | 09-1998 | Khavinson et al. | 514/16.6 |
| * | E | US-6,143,722 | 11-2000 | Melin et al. | 514/11.6 |
| * | F | US-2010/0273709 | 10-2010 | Aston et al. | 514/10.9 |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0007957



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,594 | 01/30/2015 | Matthew Kenney | 47956-702.204 | 2821 |

21971          7590          07/28/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/28/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0007958

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>June 15, 2015</u>.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL**. 2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-10 and 14-22</u> is/are pending in the application.
5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-10 and 14-22</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**
a)☐ All b)☐ Some** c)☐ None of the:
1.☐ Certified copies of the priority documents have been received.
2.☐ Certified copies of the priority documents have been received in Application No. _____.
3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0007959

# DETAILED ACTION

## *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.


## *Withdrawn Rejections*

The rejection of claims 1-20 under 35 U.S.C. 103 as being unpatentable over Treschan in

view of Pharmaceutical Partners of Canada Inc., Amorij et al., Bhowmick et al., Shingel et al.,

and Ludvigsen et al. is withdrawn in view of the amendment filed June 15, 2015.

The provisional double patenting rejections over copending Application Nos. 14/610,579,

14/610,488, and 14/610,499, are withdrawn in view of the terminal disclaimers filed June 15,

2015.


## *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains. Patentability shall not be negated by the manner in which the
> invention was made.

Claims 1-10, and 14-22 are rejected under 35 U.S.C. 103 as being unpatentable over

Treschan (NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-

892), Amorij et al. (US 2011/0237508), and Shingel et al. (US 2014/0249083).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation, cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601, col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

PAR-VASO-0007961

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Neither Treschan or Pharmaceutical Partners of Canada teach that Vasopressin Injection contains hydroxypropyl β-cyclodextrin at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique To Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

 (1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]).

PAR-VASO-0007962

Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin

in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et

al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use

injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

The prior art methods of Pharmaceutical Partners of Canada Inc. and Amorij et al. is

therefore a "base" method upon which the claimed invention can be seen as an "improvement"

because of the enhanced stability of the vasopressin formulation utilized in the method.

(2) a finding that the prior art contained a "comparable" device (method, or product that

is not the same as the base device) that has been improved in the same way as the claimed

invention

Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability

comprising hydroxypropyl β-cyclodextrin (¶ [0011], [0012], [0035]), present at a concentration

of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of the formulation

can be tested at elevated temperature (¶ [0160]).

(3) a finding that one of ordinary skill in the art could have applied the known

"improvement" technique in the same way to the "base" device (method, or product) and the

results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added hydroxypropyl β-cyclodextrin to the

vasopressin formulations taught by Pharmaceutical Partners of Canada Inc. and Amorij et al. in

the same manner as taught by Shingel et al. in order to improve the storage stability of the

formulation. The results would have been predictable because the prior art teaches a means for

testing the effect of the hydroxypropyl β-cyclodextrin on the stability of the vasopressin

PAR-VASO-0007963

formulation. Specifically, Amorij et al. (Examples 1-7) teaches assays for monitoring the

stability of the peptide formulations. The assay of Amorij et al. comprises making the

formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the

formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the hydroxypropyl β-cyclodextrin taught by Shingel et

al. as useful for stabilizing peptide drug formulations to unit dosage forms of vasopressin for the

purpose of creating a stabilized form of vasopressin. In doing so, one of ordinary skill in the art

would be responding to the need for a stabilized vasopressin formulation identified by Amorij et

al. There is a reasonable expectation of success given that the prior art discloses assays for

measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the

art to optimize the addition of excipients to peptide pharmaceutical compositions to improve

stability, as evidenced by Amorij et al., and Shingel et al. The rationale to support a conclusion

that the claim would have been obvious is that "a method of enhancing a particular class of

devices (methods, or products) has been made part of the ordinary capabilities of one skilled in

the art based upon the teaching of such improvement in other situations. One of ordinary skill in

the art would have been capable of applying this known method of enhancement to a "base"

device (method, or product) in the prior art and the results would have been predictable to one of

ordinary skill in the art." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose

formulation with between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20

U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the

amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).  The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

The resulting composition would further comprise hydroxypropyl β-cyclodextrin at a

concentration of about 2 to about 15% w/v as taught by Shingel et al. (¶ [0011], [0012], [0035],

[0036]). This range overlaps with the claimed range of from about 1% to about 10%. MPEP §

2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed

by the prior art' a *prima facie* case of obviousness exists. *In reWertheim,* 541 F.2d 257, 191

USPQ 90 (CCPA 1976); *In reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)."

Furthermore, it is obvious to optimize the amount of the hydroxypropyl β-cyclodextrin through

routine experimentation in accordance with *In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235

(CCPA 1955).

It would have been obvious to administer the resulting formulation to increase blood

pressure in a human in need thereof according to Treschan. Specifically, the composition would

be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04

U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4). The

patient's arterial blood pressure would increase within minutes as a result of administration (p.

601, col 1-2; p. 606, col 2; p. 607, col 2).

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, 4,

7,  and 8.

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.).

Treschan teaches intravenous administration (p. 601, col 1). With respect to underline claims 5 and 6,

Treschan teaches that vasopressin infusion (0.1 U/min) in patients with postcardiotomy

hypotension enabled discontinuation of catecholamine administration in some patients. (p. 608,

col 1). With respect to claim 9, Treschan teaches that mean arterial pressure increased and was

maintained for a period of about 8 hours with continuous administration (Figure 6). With respect

to claim 10, Treschan teaches that dosages should be limited to prevent adverse outcomes (p.

607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation.

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90%

homology to SEQ ID NO: 1 recited in claims 14-20, these peptides are degradation products of

SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the

vasopressin unit dosage forms that are obvious over the cited art. With respect to claim 21,

Shingel et al. teach about 10% (w/v) ([¶ 0036]).With respect to claim 22, Treschan teaches that

vasopressin can be used alone or as a replacement for epinephrine (pp. 607-608) and does not

teach that vasopressin must be combined with norepinephrine.

　　　　Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in

the art at the time the invention was made.

　　　　*Response to Arguments and Declaration*

　　　　Applicant's arguments filed June 15, 2015 pertaining to Treschan, Amorij,

Pharmaceutical Partners of Canada and Shingel in the context of the new rejection have been

fully considered but are not persuasive.

　　　　Applicant traverses the rejection on the grounds that Treschan and Amorij teach away

from the pending claims by teaching a higher infusion rate of vasopressor that those recited in

PAR-VASO-0007966

the claim necessary to maintain blood pressure. However, neither reference criticizes, discredits, or otherwise discourages the solution claimed. In contrast, Treschan teaches dosages that overlap with or fall within the claimed range of about 0.01-0.1 U/min: 0.01-0.04 U/min for a hypotensive patient suffering from septic shock, or 0.1 U/min for vasodilatory shock after cardiopulmonary bypass (Table 4). In addition, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to determine the lowest effective dose through routine experimentation using the dosages taught by Treschan as a starting point for optimization.

With respect to the range taught by Treschan and cited by Applicant, the claims do not require that vasopressin is used as a single agent. Therefore, the higher dose taught by Treschan for the particular scenario of using vasopressin as a single agent in the treatment of a single condition does not constitute a teaching away of the instant claims. With respect to the range taught by Amorij and cited by Applicant, about 0.2-0.9 IU/min overlaps with or touches the claimed range of about 0.01-0.1 U/min because of the term "about". Therefore, the range taught by Amorij does not constitute a teaching away of the instant claims.

Next, Applicant argues that Shingel teaches away from the claimed invention by suggesting that peptides less hydrophilic than vasopressin are advantageous. This argument is not persuasive because Shingel is relied upon to demonstrate that hydroxypropyl β-cyclodextrin is an excipient known in the art to stabilize peptides, and is not cited for its disclosure of a particular therapeutic peptide. The therapeutic use of the GRF analogues taught by Shingel and the effective dosages of the peptides are not germane to the instant rejection. Only the disclosure

PAR-VASO-0007967

pertaining to the use of hydroxypropyl-β-cyclodextrin to stabilize a peptide formulation is relevant.

Next, Applicant argues that neither Amorij or PPC teaches hydroxypropyl-β-cyclodextrin. In response to applicant's arguments against the references individually, one cannot show nonobviousness by attacking references individually where the rejections are based on combinations of references. See *In re Keller*, 642 F.2d 413, 208 USPQ 871 (CCPA 1981); *In re Merck & Co.,* 800 F.2d 1091, 231 USPQ 375 (Fed. Cir. 1986). The fact that neither Amorij or PPC teaches hydroxypropyl-β-cyclodextrin is insufficient to overcome the rejection because this deficiency is remedied by Shingel.

Next, Applicant asserts that the data presented in the specification establishes that a vasopressin formulation containing hydroxypropyl-β-cyclodextrin provides surprising and unexpected in comparison to a formulation that does not contain hydroxypropyl-β-cyclodextrin.

MPEP 716.02(c) states: "'Expected beneficial results are evidence of obviousness of a claimed invention, just as unexpected results are evidence of unobviousness thereof.' *In re Gershon,* 372 F.2d 535, 538, 152 USPQ 602, 604 (CCPA 1967)" In the instant case, the prior art of Shingel et al. teach that hydroxypropyl-β-cyclodextrin is useful for stabilizing peptide drug formulations. As a result, one of ordinary skill in the art would expect that hydroxypropyl β-cyclodextrin would improve or maintain the stability of vasopressin formulations, and would not conclude that an increase in stability upon adding hydroxypropyl-β-cyclodextrin to a peptide formulation is unexpected.

In addition, MPEP 716.02(e) requires a comparison of the claimed subject matter with the closest prior art to be effective to rebut a *prima facie* case of obviousness. (*In re Burckel,* 592

F.2d 1175, 201 USPQ 67 (CCPA 1979): "Where the comparison is not identical with the

reference disclosure, deviations therefrom should be explained, *In re Finley,* 174 F.2d 130, 81

USPQ 383 (CCPA 1949), and if not explained should be noted and evaluated, and if significant,

explanation should be required. *In re Armstrong*, 280 F.2d 132, 126 USPQ 281 (CCPA 1960))."

In the instant case, the closest prior art is the formulation taught by Pharmaceutical Partners of

Canada. Each mL of Vasopressin Injection, USP contains 20 USP vasopressin units,

chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or

sodium hydroxide for pH adjustment (2.5-4.5). In contrast, the declaration uses as a control a

bulk solution containing 20 U/ml vasopressin, adjusted to pH 3.5 with 10 mM citrate buffer.

Applicant has not accounted for the differences between the closest prior art and the control

utilized in the comparison data.

Finally, Applicant argues that there is no motivation to use the hydroxypropyl-β-

cyclodextrin taught by Shingel in the vasopressin formulation based on the teachings of that

reference. First, Applicant points to ¶ [0218] of Shingel which teaches that cyclodextrins

solubilize poorly soluble peptides in liquid formulations, and argues that given that vasopressin

is soluble, there would be no need for hydroxypropyl β-cyclodextrin. In response to applicant's

argument that there is no teaching, suggestion, or motivation to combine the references, the

examiner recognizes that obviousness may be established by combining or modifying the

teachings of the prior art to produce the claimed invention where there is some teaching,

suggestion, or motivation to do so found either in the references themselves or in the knowledge

generally available to one of ordinary skill in the art.  See *In re Fine*, 837 F.2d 1071, 5 USPQ2d

1596 (Fed. Cir. 1988), *In re Jones*, 958 F.2d 347, 21 USPQ2d 1941 (Fed. Cir. 1992), and *KSR*

PAR-VASO-0007969

*International Co. v. Teleflex, Inc.*, 550 U.S. 398, 82 USPQ2d 1385 (2007). In this case, Shingel

also teaches that hydroxypropyl β-cyclodextrin exerts a stabilizing effect on

deamidation/isomerization of an asparagine residue in the GRF peptide (Example 6). One of

ordinary skill in the art would be motivated to use the hydroxypropyl β-cyclodextrin to stabilize

vasopressin because it also contains an arginine residue.

Next, Applicant points to ¶ [0257] of Shingel which teaches that isomerization of the

$Asp^8$ residue in the disclosed peptide is facilitated by the hydroxypropyl β-cyclodextrin, and

argues that given that the products of this isomerization are inactive, one of ordinary skill in the

art would not choose to add hydroxypropyl β-cyclodextrin. This argument is not persuasive

because vasopressin does not contain an aspartic acid residue. Furthermore, Shingel teaches that

hydroxypropyl β-cyclodextrin stabilizes deamidation/isomerization of asparagine, a residue

found in vasopressin (Example 6).

For these reasons, the rejection is maintained.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate

where the claims at issue are not identical, but at least one examined application claim is not

patentably distinct from the reference claim(s) because the examined application claim is either

anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*,

PAR-VASO-0007970

140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d

2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van*

*Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used.

Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what

form should be used. A web-based eTerminal Disclaimer may be filled out completely online

using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission. For more information about eTerminal Disclaimers,

refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.


Claims 1-10, and 14-22 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 16-29 of copending Application No. 14/717,877 in

view of Treschan (NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V,

PTO-892), Amorij et al. (US 2011/0237508), and Shingel et al. (US 2014/0249083).

PAR-VASO-0007971

Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of the copending application render obvious the instant claims.

Specifically, claim 16 of Application No. 14/717,877 is drawn to a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: i) from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6; b) storing the unit dosage form at 2-8 C; and d) administering the unit dosage form to the human; wherein the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

The claims of Application No. 14/717,877 do not state that the vasopressin composition contains hydroxypropyl β-cyclodextrin .

Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability comprising hydroxypropyl β-cyclodextrin (¶ [0011], [0012], [0035]), present at a concentration of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of the formulation can be tested at elevated temperature (¶ [0160]).

It would have been obvious to substitute hydroxypropyl β-cyclodextrin as the excipient in the vasopressin formulation claimed in Application No. 14/717,877 and to optimize the amount within the concentration range taught by Shingel et al. One of ordinary skill in the art would recognize hydroxypropyl β-cyclodextrin as an excipient suitable for use in the stabilization of peptide drugs and would have a reasonable expectation of enhancing the stability of the

formulation by the addition of hydroxypropyl β-cyclodextrin given its widespread use for this

purpose in the peptide arts. The resulting method would meet all of the limitations of instant

claims 1 and 21.

   With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.).

Treschan teaches intravenous administration (p. 601, col 1). With respect to claim 4, claim 22 of

Application No. 14/717,877 states that the human's hypotension is associated with vasodilatory

shock. With respect to claim 5, claim 23 of Application No. 14/717,877 states that the human's

hypotension is associated with post-cardiotomy shock. With respect to claim 6, claim 24 of

Application No. 14/717,877 states a dose of about 0.03-0.1 U/min.  With respect to claim 7,

claim 25 of Application No. 14/717,877 states that the human's hypotension is associated with

septic shock. With respect to claim 8, claim 24 of Application No. 14/717,877 states a dose of

about 0.07-0.1 U/min.  With respect to claim 9, claim 27 of Application No. 14/717,877 recites

attaining a target blood pressure in the human and continuing the administration for a period of

about 8 hours.  With respect to claim 10, claim 28 of Application No. 14/717,877 recites after the

period of about 8 hours, reducing the administration by about 0.005 units per minute. With

respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90%

homology to SEQ ID NO: 1 recited in claims 14-20, these peptides are degradation products of

SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the

vasopressin unit dosage forms that are obvious over the cited art. With respect to claim 22,

Treschan teaches that vasopressin can be used alone or as a replacement for epinephrine (pp.

607-608) and does not teach that vasopressin must be combined with norepinephrine.

PAR-VASO-0007973

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claims 1-10, and 14-22 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-28 of copending Application No. 14/717,882 in view of Treschan (NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892), Amorij et al. (US 2011/0237508), and Shingel et al. (US 2014/0249083).

Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of the copending application render obvious the instant claims.

Specifically, claim 16 of Application No. 14/717,882 is drawn to a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; b) chlorobutanol; c) acetic acid and d) water, wherein the unit dosage form has a pH of 3.75 to 3.85; and the administration provides to the human from about 0.01 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of SEQ ID NO. 1 or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

The claims of Application No. 14/717,882 do not state that the vasopressin composition contains hydroxypropyl β-cyclodextrin .

Shingel et al. teach aqueous liquid formulations of peptide drugs with improved stability comprising hydroxypropyl β-cyclodextrin (¶ [0011], [0012], [0035]), present at a concentration

PAR-VASO-0007974

of about 2 to about 15% w/v (¶ [0036]). Shingel et al. teach that the stability of the formulation

can be tested at elevated temperature (¶ [0160]).

It would have been obvious to substitute hydroxypropyl β-cyclodextrin as the excipient in

the vasopressin formulation claimed in Application No. 14/717,882 and to optimize the amount

within the concentration range taught by Shingel et al. One of ordinary skill in the art would

recognize hydroxypropyl β-cyclodextrin as an excipient suitable for use in the stabilization of

peptide drugs and would have a reasonable expectation of enhancing the stability of the

formulation by the addition of hydroxypropyl β-cyclodextrin given its widespread use for this

purpose in the peptide arts. The resulting method would meet all of the limitations of instant

claims 1 and 21.

With respect to claims 2 and 3, Pharmaceutical Partners of Canada teaches that

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.).

Treschan teaches intravenous administration (p. 601, col 1). With respect to claim 4, claim 21 of

Application No. 14/717,882 states that the human's hypotension is associated with vasodilatory

shock. With respect to claim 5, claim 22 of Application No. 14/717,882 states that the human's

hypotension is associated with post-cardiotomy shock. With respect to claim 6, claim 23 of

Application No. 14/717,882 states a dose of about 0.03-0.1 U/min. With respect to claim 7,

claim 24 of Application No. 14/717,882 states that the human's hypotension is associated with

septic shock. With respect to claim 8, claim 25 of Application No. 14/717,882 states a dose of

about 0.07-0.1 U/min. With respect to claim 9, claim 26 of Application No. 14/717,882 recites

attaining a target blood pressure in the human and continuing the administration for a period of

about 8 hours. With respect to claim 10, claim 27 of Application No. 14/717,882 recites after the

PAR-VASO-0007975

period of about 8 hours, reducing the administration by about 0.005 units per minute. With

respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90%

homology to SEQ ID NO: 1 recited in claims 14-20, these peptides are degradation products of

SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the

vasopressin unit dosage forms that are obvious over the cited art. With respect to claim 22,

Treschan teaches that vasopressin can be used alone or as a replacement for epinephrine (pp.

607-608) and does not teach that vasopressin must be combined with norepinephrine.

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


### *Conclusion*

No claims are allowed.

Applicant's amendment necessitated the new ground(s) of rejection presented in this

Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP § 706.07(a).

Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event,

PAR-VASO-0007976

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,488 | 01/30/2015 | Matthew Kenney | 47956-702.201 | 9966 |

21971      7590      07/31/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/31/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0007978

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>June 17, 2015</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL.**    2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1,11,13-20 and 22-25</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1,11,13-20 and 22-25</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**
    a)☐ All   b)☐ Some**   c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413)
  Paper No(s)/Mail Date _____.

4)☐ Other: _____.

PAR-VASO-0007979

# DETAILED ACTION

## Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## Withdrawn Rejections

The following rejections are withdrawn in view of the amendment filed June 17, 2015:

- the rejection of claims 1-21 under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement;

- the rejection of claims 1-21 under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph; and

- the rejection of claims 1-21 under 35 U.S.C. 103 as being unpatentable over Pharmaceutical Partners of Canada Inc. in view of Amorij et al., Bhowmick et al., and Shingel et al. (US 2014/0249083).

The provisional double patenting rejections over copending Application Nos. 14/610,579, 14/610,594, and 14/610,499, are withdrawn in view of the terminal disclaimers filed June 17, 2015.

## Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains.  Patentability shall not be negated by the manner in which the invention was made.

Claims 1, 11, 13-20, and 22-25 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892) in view of Amorij et al. (US 2011/0237508), Hong et al. (US 2013/0115231 A1), Sinackevich et al. (US 5,972,894), Green et al. (US 5,902,790), Khavinson et al. (US 5,811,399), Harris et al. (US 5,482,931), and Purl et al. (US 2006/0293243).

Vasopressin is commercially available in a unit dosage form for the prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows, and in diabetes insipidus (see label from Pharmaceutical Partners of Canada Inc.).

Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

Pharmaceutical Partners of Canada Inc. does not teach that Vasopressin Injection contains sucrose at a concentration of about 1% to about 10% by mass of the unit dosage form and acetate buffer. However, this difference is obvious in view of the prior art.

PAR-VASO-0007981

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique To Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]). Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

The prior art methods of Pharmaceutical Partners of Canada Inc. and Amorij et al. is therefore a "base" method upon which the claimed invention can be seen as an "improvement" because of the enhanced stability of the vasopressin formulation utilized in the method.

(2) a finding that the prior art contained a "comparable" device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention

The prior art is replete with examples of the use of sucrose to stabilize peptide and protein formulations.

PAR-VASO-0007982

Hong et al. (US 2013/0115231 A1) teach liquid formulations of long-acting growth hormone with sugars added to increase storage stability. The sugars include monosaccharides such as mannose, glucose, and xylose, and polysaccharides such as lactose, sucrose, raffinose and dextran, in an amount of from 1 to 10% (w/v), preferably 5% (w/v) (¶ [0047]).

Sinackevich et al. (US 5,972,894) teach formulations of peptides having potassium channel opener activity with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 10, lines 1-3).

Green et al. (US 5,902,790) teach formulations of angiostatic dipeptides with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 7, lines 1-3).

Khavinson et al. (US 5,811,399) teach formulations of immunomodulating dipeptides with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 27, lines 55-62).

The prior art is replete with examples of the use of acetate buffer to stabilize peptide and protein formulations.

Hong et al. teach liquid formulations of long-acting growth hormone comprising a buffer to maintain the pH of the solution within a predetermined range to prevent a sharp pH change that can lead to the inactivation of the peptide. Hong et al. teach that any pharmaceutically acceptable buffer can be used, including acetate/acetic acid, and that the concentration by be from 5 mM to 100 mM (¶ [0034]).

PAR-VASO-0007983

Harris et al. (US 5,482,931) teach stabile formulations of desmopressin that may contain acetic acid/sodium acetate as a buffer (col 2, lines 1-2).

Purl et al. (US 2006/0293243) teach stable formulations of synthetic motilin-like peptide comprising sodium/acetate acid buffer. The concentration of the buffer is between 5 and 250 mM, preferable between 5 and 25 mM (¶ [0067]).

 (3) a finding that one of ordinary skill in the art could have applied the known "improvement" technique in the same way to the "base" device (method, or product) and the results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added sucrose to the vasopressin formulations taught by Pharmaceutical Partners of Canada Inc. and Amorij et al. in the same manner as taught by Hong et al., Sinackevich et al., Green et al., and Khavinson et al., and added acetate buffer in the same manner as taught by Hong et al., Harris et al., and Purl et al. in order to improve the storage stability of the formulation. The results would have been predictable because the prior art teaches a means for testing the effect of the sucrose on the stability of the vasopressin formulation. Specifically, Amorij et al. (Examples 1-7) teaches assays for monitoring the stability of the peptide formulations. The assay of Amorij et al. comprises making the formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Hong et al., Sinackevich et al., Green et al., Khavinson et al., Harris et al., and Purl et al.  as useful for stabilizing peptide drug formulations to unit dosage forms of vasopressin for the purpose of creating a stabilized form of vasopressin. In doing so, one of ordinary skill in the art would be responding to the need

PAR-VASO-0007984

for a stabilized vasopressin formulation identified by Amorij et al. There is a reasonable

expectation of success given that the prior art discloses assays for measuring the stability of

vasopressin formulations, and that it is within the ordinary skill of the art to optimize the addition

of excipients to peptide pharmaceutical compositions to improve stability, as evidenced by

Amorij et al. The rationale to support a conclusion that the claim would have been obvious is that

"a method of enhancing a particular class of devices (methods, or products) has been made part

of the ordinary capabilities of one skilled in the art based upon the teaching of such improvement

in other situations. One of ordinary skill in the art would have been capable of applying this

known method of enhancement to a "base" device (method, or product) in the prior art and the

results would have been predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82

USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose

formulation with  between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20

U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the

amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In re Aller,*

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).  The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

The resulting composition would further comprise sucrose in an amount ranging from

about 1 to 10% (w/v), preferably 5% (w/v) (¶ [0047]) taught by Hong et al. The ranges of

concentrations for the excipient taught in the prior art overlap with the claimed range of from

about 5% to about 15%. MPEP § 2144.05 states that "In the case where the claimed ranges

'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of obviousness exists.
*In re Wertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In re Woodruff,* 919 F.2d 1575, 16
USPQ2d 1934 (Fed. Cir. 1990)." Furthermore, it is obvious to optimize the amount of the
polymeric excipient through routine experimentation in accordance with *In re Aller,* 220 F.2d
454, 456, 105 USPQ 233, 235 (CCPA 1955).

Regarding the pH of the formulation, it would have been obvious to optimize the pH
within the range 2.5 to 4.5 taught by Pharmaceutical Partners of Canada Inc., which includes the
claimed value of 3.5, in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235
(CCPA 1955).

Regarding the limitation on degradation, the fact that applicant has recognized another
advantage which would flow naturally from following the suggestion of the prior art cannot be
the basis for patentability when the differences would otherwise be obvious.  See *Ex parte
Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, it would have been
obvious to make the composition in view of the cited art. The level of degradation exhibited by
the resulting composition is an intrinsic feature of the composition.

Therefore, the resulting method would satisfy all of the limitations of instant <u>claims 1, 11,
23, and 24</u>.

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to
90% homology to SEQ ID NO: 1 recited in <u>claims 13-15 and 17-20</u>, these peptides are
degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and
therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.
With respect to <u>claim 16</u>, Pharmaceutical Partners of Canada teaches that Vasopressin Injection,

USP is formulated in 1 ml unit dosage forms for injection. With respect to <u>claim 22</u>,

lyophilization is routinely utilized in the peptide pharmaceutical art as a means to preserve and

store the drug product. See for example, Khavinson et al. (col 27, lines 47-51). With respect to

<u>claim 25</u>, it would have been obvious to optimize the buffer concentration within the range 5 to

25 mM taught by Purl et al. (¶ [0067]), or 5 to 100 mM taught by Hong et al. (¶ [0034]), which

include the claimed value of 10, in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ

233, 235 (CCPA 1955).

   Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in

the art at the time the invention was made.

### *Response to Arguments and Declaration*

   Applicant's arguments filed June 17, 2015 pertaining to Amorij and Pharmaceutical

Partners of Canada in the context of the new rejection have been fully considered but are not

persuasive. The arguments pertaining to Bhowmick and Shingel are moot.

   Applicant argues that neither Amorij or PPC teaches sucrose. In response to applicant's

arguments against the references individually, one cannot show nonobviousness by attacking

references individually where the rejections are based on combinations of references.  See *In re

Keller*, 642 F.2d 413, 208 USPQ 871 (CCPA 1981); *In re Merck & Co.,* 800 F.2d 1091, 231

USPQ 375 (Fed. Cir. 1986). The fact that neither Amorij or PPC teaches sucrose is insufficient

to overcome the rejection because this deficiency is remedied by Hong et al., Sinackevich et al.,

Green et al., and Khavinson et al.

   The declaration under 37 CFR 1.132 filed June 17, 2015 by Inventor Sunil Vandse has

been fully considered but is insufficient to overcome the rejection. Applicant asserts that the data

presented in the declaration establishes that a vasopressin formulation containing 1%, 5%, or 10% sucrose and 10 mM acetate provides surprising and unexpected results in comparison to a formulation that does not contain sucrose.

MPEP 716.02(c) states: "'Expected beneficial results are evidence of obviousness of a claimed invention, just as unexpected results are evidence of unobviousness thereof.' *In re Gershon,* 372 F.2d 535, 538, 152 USPQ 602, 604 (CCPA 1967)" In the instant case, the prior art of Hong et al., Sinackevich et al., Green et al., and Khavinson et al. teach that sucrose is useful for stabilizing peptide drug formulations. As a result, one of ordinary skill in the art would expect that sucrose would improve or at least maintain the stability of vasopressin formulations, and would not conclude that a maintenance of stability upon adding sucrose to a peptide formulation is unexpected.

Finally, MPEP 716.02(e) states: " An affidavit or declaration under 37 CFR 1.132 must compare the claimed subject matter with the closest prior art to be effective to rebut a *prima facie* case of obviousness. *In re Burckel,* 592 F.2d 1175, 201 USPQ 67 (CCPA 1979)… Where the comparison is not identical with the reference disclosure, deviations therefrom should be explained, *In re Finley,* 174 F.2d 130, 81 USPQ 383 (CCPA 1949), and if not explained should be noted and evaluated, and if significant, explanation should be required. *In re Armstrong,* 280 F.2d 132, 126 USPQ 281 (CCPA 1960)." In the instant case, the closest prior art is the formulation taught by Pharmaceutical Partners of Canada. Each mL of Vasopressin Injection, USP contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5). In contrast, the declaration uses as a control a bulk solution containing 20 U/ml vasopressin,

adjusted to pH 3.5 with 10 mM acetate buffer (declaration, ¶ 4). Applicant has not accounted for the differences between the closest prior art and the control utilized in the comparison data.

For these reasons, the rejection is maintained.

## *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the reference application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used. Please visit http://www.uspto.gov/forms/.  The filing date of the application will determine what form should be used.  A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission.  For more information about eTerminal Disclaimers, refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1, 11, 13-20, and 22-25 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-29 of copending Application No. 14/717,877 in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892), Hong et al. (US 2013/0115231 A1), Sinackevich et al. (US 5,972,894), Green et al. (US 5,902,790), and Khavinson et al. (US 5,811,399).

Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of the copending application render obvious the instant claims.

Specifically, claim 16 of Application No. 14/717,877 recites a vasopressin unit dosage form comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6.

The claims of Application No. 14/717,877 do not state that the vasopressin composition contains sucrose at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art, which includes numerous examples of peptide formulation containing sucrose as an excipient.

PAR-VASO-0007990

Hong et al. (US 2013/0115231 A1) teaches liquid formulations of long-acting growth hormone with sugars added to increase storage stability. The sugars include monosaccharides such as mannose, glucose, fucose and xylose, and polysaccharides such as lactose, sucrose, raffinose and dextran, in an amount of from 1 to 10% (w/v), preferably 5% (w/v) (¶ [0047]).

Sinackevich et al. (US 5,972,894) teach formulations of peptides having potassium channel opener activity with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 10, lines 1-3).

Green et al. (US 5,902,790) teach formulations of angiostatic dipeptides with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 7, lines 1-3).

Khavinson et al. (US 5,811,399) teach formulations of immunomodulating dipeptides with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 27, lines 55-62).

It would have been obvious to substitute sucrose for the chlorobutanol as the excipients in the vasopressin formulation claimed in Application No. 14/717,877 and to optimize the amount within the concentration range taught by Hong et al. One of ordinary skill in the art would recognize sucrose as an excipient suitable for use in the stabilization of peptide drugs and would have a reasonable expectation of enhancing or maintaining the stability of the formulation by the addition of sucrose given its widespread use for this purpose in the peptide arts.

PAR-VASO-0007991

Regarding the pH of the formulation, it would have been obvious to optimize the pH

within the range 3.4 to 3.6, which includes the claimed value of 3.5, in accordance with *In re*

*Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Regarding the limitation on degradation, the fact that applicant has recognized another

advantage which would flow naturally from following the suggestion of the prior art cannot be

the basis for patentability when the differences would otherwise be obvious.  See *Ex parte*

*Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, it would have been

obvious to make the composition in view of the cited art. The level of degradation exhibited by

the resulting composition is an intrinsic feature of the composition.

Therefore, the resulting method would satisfy all of the limitations of instant <u>claims 1, 11,</u>

<u>23, and 24</u>.

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to

90% homology to SEQ ID NO: 1 recited in <u>claims 13-15 and 17-20</u>, these peptides are

degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and

therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

With respect to <u>claim 16</u>, Pharmaceutical Partners of Canada teaches that Vasopressin Injection,

USP is formulated in 1 ml unit dosage forms for injection. With respect to <u>claim 22</u>,

lyophilization is routinely utilized in the peptide pharmaceutical art as a means to preserve and

store the drug product. See for example, Khavinson et al. (col 27, lines 47-51). With respect to

<u>claim 25</u>, it would have been obvious to optimize the buffer concentration within the 5 to 100

mM taught by Hong et al. (¶ [0034]), which include the claimed value of 10, in accordance with

*In re Aller,* 220 F.2d

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claims 1, 11, 13-20, and 22-25 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-28 of copending Application No. 14/717,882 in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892), Hong et al. (US 2013/0115231 A1), Sinackevich et al. (US 5,972,894), Green et al. (US 5,902,790), and Khavinson et al. (US 5,811,399).

Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of the copending application render obvious the instant claims.

Specifically, claim 16 of Application No. 14/717,882 recites a vasopressin unit dosage form comprising: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; b) chlorobutanol; c) acetic acid and d) water, wherein the unit dosage form has a pH of 3.75 to 3.85.

The claims of Application No. 14/717,882 do not state that the vasopressin composition contains sucrose at a concentration of about 1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view of the prior art, which includes numerous examples of peptide formulation containing sucrose as an excipient.

Hong et al. (US 2013/0115231 A1) teaches liquid formulations of long-acting growth hormone with sugars added to increase storage stability. The sugars include monosaccharides such as mannose, glucose, fucose and xylose, and polysaccharides such as lactose, sucrose, raffinose and dextran, in an amount of from 1 to 10% (w/v), preferably 5% (w/v) (¶ [0047]).

PAR-VASO-0007993

Sinackevich et al. (US 5,972,894) teach formulations of peptides having potassium channel opener activity with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 10, lines 1-3).

Green et al. (US 5,902,790) teach formulations of angiostatic dipeptides with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 7, lines 1-3).

Khavinson et al. (US 5,811,399) teach formulations of immunomodulating dipeptides with excipients added to increase shelf-life stability. The excipients include sugars such as sucrose, mannose, sorbitol, rhamnose, or xylose, and complex carbohydrates such as lactose (col 27, lines 55-62).

It would have been obvious to substitute sucrose for the chlorobutanol as the excipient in the vasopressin formulation claimed in Application No. 14/717,882 and to optimize the amount within the concentration range taught by Hong et al. One of ordinary skill in the art would recognize sucrose as an excipient suitable for use in the stabilization of peptide drugs and would have a reasonable expectation of enhancing the stability of the formulation by the addition of sucrose given its widespread use for this purpose in the peptide arts.

Regarding the pH of the formulation, it would have been obvious to optimize the pH around the range 3.75 to 3.85, which is close to the claimed value of 3.5, in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Regarding the limitation on degradation, the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be

PAR-VASO-0007994

the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, it would have been obvious to make the composition in view of the cited art. The level of degradation exhibited by the resulting composition is an intrinsic feature of the composition.

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, 11, 23, and 24.

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in claims 13-15 and 17-20, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art. With respect to claim 16, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is formulated in 1 ml unit dosage forms for injection. With respect to claim 22, lyophilization is routinely utilized in the peptide pharmaceutical art as a means to preserve and store the drug product. See for example, Khavinson et al. (col 27, lines 47-51). With respect to claim 25, it would have been obvious to optimize the buffer concentration within the 5 to 100 mM taught by Hong et al. (¶ [0034]), which include the claimed value of 10, in accordance with *In re Aller*, 220 F.2d

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

### Conclusion

No claims are allowed.

Applicant's amendment necessitated the new ground(s) of rejection presented in this

Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a).

Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action. In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

# Notice of References Cited

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14/610,488 | KENNEY ET AL. |
| | Examiner | Art Unit | |
| | CHRISTINA BRADLEY | 1675 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2011/0237508 | 09-2011 | Amorij et al. | 514/10.9 |
| * | B | US-2013/0115231 | 05-2013 | Hong et al. | 424/179.1 |
| * | C | US-5,972,894 | 10-1999 | Sinackevich et al. | 514/6.9 |
| * | D | US-5,902,790 | 05-1999 | Green et al. | 514/6.9 |
| * | E | US-5,811,399 | 09-1998 | Khavinson et al. | 514/16.6 |
| * | F | US-5,482,931 | 01-1996 | Harris et al. | 514/10.3 |
| * | G | US-2006/0293243 | 12-2006 | Puri et al. | 514/015 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0007998

# ON THE PHYSIOLOGICAL ACTION OF EXTRACTS OF PITUITARY BODY AND CERTAIN OTHER GLANDULAR ORGANS. By G. OLIVER, M.D. AND E. A. SCHÄFER, F.R.S.

*(Preliminary Communication.)*

*From the Physiological Laboratory, University College, London.*

ACCOMPANYING our investigations into the physiological action of extracts of the suprarenal capsules published in preliminary form in the *Proceedings of the Physiological Society*, March, 1894, and in the *Proceedings* of the same Society, March, 1895[1], and which have just appeared at length in this Journal, we have pursued similar investigations into the effects of certain other gland-extracts and especially extracts of pituitary body, of thyroid and of spleen. The extracts we have employed have been prepared for the most part with water or glycerine, and either from the fresh glands or from glands dried rapidly at 38° C.

The most striking immediate result of intravenous injection of extracts of any of the above organs is upon the blood-pressure. By pituitary extract this is markedly raised; by thyroid extract it is lowered; and by spleen extract it is at first lowered and then somewhat raised. Of the extracts of the three organs in question that of pituitary body is by far the most marked. The rise of blood-pressure produced is rapid, its amount varying with the initial pressure. The fall is slow and the maximum pressure is maintained for many minutes if the dose has been sufficient. As with suprarenal extract the rise is due to a combination of two causes, viz. (1) contraction of arterioles and (2) augmentation of heart-beats. As with suprarenal extract it occurs in mammals equally well with the cord cut or the bulb destroyed. Doubtless therefore the action is a peripheral one and this is confirmed by the fact that when added to Ringer's circulating fluid

[1] This *Journal*, Vols. XVI. and XVII.

Downloaded from J Physiol (jp.physoc.org) by guest on July 2, 2012

PAR-VASO-0007999

and perfused through the vascular system of the frog with nervous system destroyed the flow of fluid is greatly diminished. Also as with suprarenal, boiling for a short time does not affect its activity. The chief points which differentiate it from the action of suprarenal extract are the following:—

1.    A much larger dose is required to produce the same amount of rise; indeed it is not possible to get even with very considerable doses so extreme a rise of pressure as is obtainable—with cut vagi—by a very small dose of suprarenal. Although its action is well marked pituitary extract is therefore, as compared with suprarenal extract, less active.

2.    The pressure rises more slowly but is maintained for a longer time: the active substance is therefore less readily eliminated from the blood than that of the suprarenal.

3.    The inhibitory action upon the heart which is characteristic of suprarenal extract when injected into a dog with intact vagi is not observed with pituitary extract.

4.    The accelerating action upon the heart which is so characteristic of the action of suprarenal extract in an animal with vagi cut or atropinised is absent with pituitary extract under the same conditions; and indeed is generally replaced by a slight diminution in frequency: the beats of both auricle and ventricle may however be augmented in force, although this does not occur to so great an extent as with suprarenal extract.

The action of water or glycerine extracts of thyroid (boiled) is the reverse of that of pituitary or suprarenal extracts. The effect upon blood-pressure is to produce a fall when injected into a vein, and it has been shown by one of us (Dr Oliver) that in man the inception of thyroid extract tends to produce enlargement of the calibre of the radial artery whereas inception of suprarenal tends to produce the opposite effect. The action upon the circulatory system of the dog as shown by the tracings of blood-pressure indicate that the effect of thyroid extract is not only of a different character but also far less marked than that of pituitary and therefore of course very much less than that of suprarenal. It is also, as compared with either of these, of relatively short duration. Nor are we as yet prepared to assert that it is certainly specific, for a somewhat similar result is obtained by intravenous injection of decoctions of some other glandular organs—*e.g.* parotid and submaxillary glands of the dog. This is the case also with spleen-extract, but the result is somewhat different for extracts of this

Downloaded from J Physiol (jp.physoc.org) by guest on July 2, 2012

PAR-VASO-0008000

give a curve of blood-pressure which is apparently characteristic of the organ, viz., a preliminary fall, followed by a gradual rise, and this again succeeded by a slow return to the normal. Our investigations into the effects of these and other gland extracts are still in progress, and we have merely stated the general results upon the blood-pressure here because of the marked contrast they offer to the effects of suprarenal and pituitary.

These observations would appear to indicate that the opinion which has been freely expressed that the pituitary and thyroid are vicarious in function, and which has been based upon the apparent enlargement of the pituitary after thyroidectomy, is probably incorrect, seeing that extracts of the two glands produce entirely contrary physiological effects.

*July* 8, 1895.

Downloaded from J Physiol (jp.physoc.org) by guest on July 2, 2012

PAR-VASO-0008001

Acta Physiol Scand 2003, **177**, 177–184

# Vasopressin increases milk flow and milk fat concentration in the goat

**K. Olsson,[1] C. Malmgren,[1] K. K. Olsson,[1] K. Hansson[2] and J. Häggström[1]**

1  Department of Animal Physiology, Swedish University of Agricultural Sciences, Uppsala, Sweden
2  Department of Clinical Radiology, Swedish University of Agricultural Sciences, Uppsala, Sweden

Received 20 June 2002,
accepted 3 October 2002
Correspondence: Kerstin Olsson,
Department of Animal Physiology,
Swedish University of Agricultural
Sciences, Box 7045, S-750 07
Uppsala, Sweden.

**Abstract**

**Aim:** The aim of this study was to investigate whether physiological doses of vasopressin affect milk flow and milk composition in goats.

**Methods:** Six goats were given vasopressin intravenously at doses of 0.1 ng kg$^{-1}$ min$^{-1}$ (a low dose, VL), 0.3 ng kg$^{-1}$ min$^{-1}$ (a medium dose, VM) and 1.0 ng kg$^{-1}$ min$^{-1}$ (a high dose, VH), oxytocin at 10 ng kg$^{-1}$min$^{-1}$ and 0.15 M NaCl during 90 min at random.

**Results:** Milk flow increased from $1.3 \pm 0.2$ to $3.5 \pm 1.0$ g min$^{-1}$ (VL), from $1.8 \pm 0.4$ to $4.3 \pm 0.6$ g min$^{-1}$ (VM) and from $1.5 \pm 0.2$ to $7.9 \pm 0.9$ g min$^{-1}$ (VH) during the first 30-min infusions (all $P < 0.001$), respectively, and then declined. The response to oxytocin corresponded to that of VH. Milk fat concentration increased from $2.1 \pm 0.1$ to $3.3 \pm 0.4\%$ during VH and from $2.8 \pm 0.6$ to $4.1 \pm 0.6\%$ during oxytocin (both $P < 0.001$), and tended to increase during VM and VL. The mammary blood flow of four goats was studied with ultrasound during VH and oxytocin infusion. Milk flow increased from $1.8 \pm 0.4$ to $4.7 \pm 1.0$ g min$^{-1}$ during VH and from $1.9 \pm 0.3$ to $12.4 \pm 2.4$ g min$^{-1}$ during oxytocin (both $P < 0.001$). Mammary blood flow decreased from $262 \pm 37$ to $53 \pm 7$ mL min$^{-1}$ ($P < 0.001$) during VH, but did not change during oxytocin.

**Conclusion:** We conclude that vasopressin increases milk flow and milk fat concentration and suggest that vasopressin, like oxytocin, acts on the myoepithelial cells.

*Keywords* blood pressure, heart rate, milk fat concentration, milk flow, ultrasound Doppler examination, vasopressin.

Infusions of vasopressin have been considered to have no effect on milk production or to decrease it at high doses in goats (Konar & Thomas 1970, Peaker & Linzell 1973, Dahlborn *et al.* 1990). In recent experiments, however, we observed that intravenous infusions of vasopressin increased milk flow and milk fat concentration (Olsson *et al.* 2001). In our experiments the dose of vasopressin (1.0 ng kg$^{-1}$ min$^{-1}$) was similar to that employed by Peaker & Linzell (1973), who also reported increased blood pressure, bradycardia and decreased mammary blood flow concomitant with an unchanged milk production. One reason for the discrepancy between the results can be that milk samples were collected during the infusions in our studies and at

variable times after the infusions in the previous studies. It has long been accepted that milk production is closely correlated to mammary blood flow in goats (Linzell 1974). As decreased mammary blood flow appeared difficult to reconcile with a concomitant increase in milk production, we found it of interest to use the two-dimensionally guided colour and pulsed-wave Doppler method to study mammary blood flow simultaneously with sampling of milk during infusions of vasopressin.

In anaesthetized animals, or in organ preparations, many peptides acting on vascular smooth muscles have been shown to cause contraction also in the myoepithelial cells. The myoepithelial cells of the rat appears to be comparatively sensitive to vasopressin (Bisset *et al.*

© 2003 Scandinavian Physiological Society

1967, Van Dongen & Marshall 1967) in contrast to the corresponding cells in the goat (Oguro *et al.* 1982). Therefore, the aim of this study was to investigate whether physiological doses of vasopressin affect milk flow and milk composition in conscious goats and to clarify feasible mechanisms causing the response.

## Materials and methods

### Animals

The care of the animals and the experimental procedures were approved by the local Animal Ethics Committee in Uppsala.

Swedish domestic goats (*Capra hircus*) were used in two experimental series. The goats were kept together in a large pen between experiments. Room temperature was kept at $17 \pm 1$ °C. The animals were fed hay and oats/concentrates at 07.00 and 15.00 hours. Hay was distributed in several feeding buckets in the pen at amounts corresponding to 0.8 kg per goat and feeding occasion. The oats/concentrates were a mixture of 60% oats (10.7 MJ kg$^{-1}$, crude protein 80 g kg$^{-1}$) and 40% concentrates (11.8 MJ kg$^{-1}$; crude protein 240 g kg$^{-1}$; Komet 130, AB Johan Hansson, Uppsala, Sweden) and were given in amounts corresponding to the milk production of the goats. The goats had free access to water and mineral licks in the pen. All animals were well adapted to handling.

### Experimental procedures

In the first series of experiments the aim was to investigate the effects of physiological doses of vasopressin on milk flow and milk composition. In a second series, the mammary blood flow was visualized by two-dimensionally guided Doppler ultrasonography.

### Physiological doses of vasopressin

Six goats, aged 1–3 years and weighing $41 \pm 2$ kg, were included. Four of them had delivered two kids and two goats had had singletons. The experiments were performed 2–3 months postpartum. On the day of the experiment two of the goats were brought from the pen to metabolism cages in the same room so that they could see and hear their kids. Both the nanny goats and the kids quickly adjusted to being separated during the experiments. The goats were loosely tethered and had free access to hay and water in the metabolism cages. Under local anaesthesia (Xylocain®; AstraZeneca, Södertälje, Sweden) catheters were inserted into the jugular veins, one for blood sampling and one for infusions. Blood samples were withdrawn in the middle of each milking period with an extra blood sample at

the end of the infusion. The goats were hand-milked every 30 min and a milk sample was taken.

Vasopressin was infused at either 0.1 ng kg$^{-1}$ min$^{-1}$ (a low dose, VL), or 0.3 ng kg$^{-1}$ min$^{-1}$ (a medium dose, VM), which were expected to have no or only a small effect on arterial blood pressure and heart rate. In addition, the goats received the higher dose (VH) that was used in earlier studies (1.0 ng kg$^{-1}$ min$^{-1}$). Oxytocin has higher basal plasma levels than vasopressin and hence it was given at the dose of 10.0 ng kg$^{-1}$ min$^{-1}$ for comparison with VH. Both peptides were purchased from Sigma (St Louis, MO, USA) and dissolved in 0.15 M NaCl. Infusions of 0.15 M NaCl alone were used as controls and each solution was infused into the goats at random order with at least 6 days between experiments. The infusion rate was 0.2 mL min$^{-1}$ and the infusions lasted for 90 min.

Four of the goats had previously been provided with telemetric devices for registration of heart rate (HR) and arterial blood pressure (Hydbring *et al.* 1997). In brief, each telemetric device consisted of a sealed transmitter body and a fluid-filled catheter (Data Sciences Inc., St Paul, MN, USA). Before surgery animals were premedicated with 0.4 mg kg$^{-1}$ acepromazin given intravenously (Plegicil vet, Pharmacia & Upjohn Animal Health, Helsingborg, Sweden) and anaesthetized by an intravenous injection of Pentobarbitalnatrium (Apoteksbolaget, Umeå, Sweden), with about 8 mg kg$^{-1}$ given initially and iterated as required. The transmitter body was placed subcutaneously on the lateral side of the neck, and the catheter (40 cm) was tunnelled subcutaneously from the sensor body to the superficial temporal artery and further into the carotid artery. The HR and blood pressure signals were transmitted to a receiver and the signals digitized. During experiments monitoring was performed every 5 min, where each data value is the mean value calculated over a period of 10 s, in each animal. The software package used was Dataquest™ A.R.T. (Data Sciences). In the two animals that did not carry transmitters the HR was registered every 5 s with the Polar Vantage NV™ equipment (Polar Electro Oy, Kempele, Finland) using a belt fastened around the chest of the goat at the onset of the experiment. The mean HR over 5 min was calculated.

### Ultrasound examinations

Four other goats were subjected to two-dimensional, colour and pulsed-wave (PW) Doppler ultrasonography. The goats weighed $50 \pm 1$ kg at the time of the experiments. The vasopressin experiments were performed 1 month postpartum and the oxytocin experiments 3 months postpartum. After the vasopressin experiments, the nanny goats and their kids were let

PAR-VASO-0008003

out to pasture. They were brought back to the laboratory about 1 week before the oxytocin experiments. On the day of an experiment, one of the goats was taken from the pen to a metabolism cage and a catheter was inserted into one of the jugular veins as previously described. The goat was hand-milked every 30 min. After a control milk sample had been taken, the goat was led to another cage with its floor about 1 m above the ground in order to make the mammary gland easily accessible for the Doppler measurements. The goat walked up into this cage and was loosely secured with vertical wooden bars at each side of the neck (this procedure is otherwise used during machine milking of the goats in our laboratory). When control milk samples had been taken and two Doppler measurements had been taken, an infusion of vasopressin (1.0 ng kg$^{-1}$ min$^{-1}$) or oxytocin (10.0 ng kg$^{-1}$ min$^{-1}$) was started and continued for 30 min. During this time, two more Doppler measurements were taken and a milk sample was also taken. After the end of the infusion, three final Doppler measurements were taken and a last milk sample was obtained.

The ultrasound examination was performed using a 3.5–5.0 MHz sector transducer (300S Pandion; Pie Medical, Maastricht, the Netherlands). The mammary gland was scanned in the sagital and slightly angled sagital planes. In all goats, the mammary branch of the external pudendal artery was used for blood flow measurements. Colour Doppler was used to identify the region of highest flow and to avoid turbulent areas and areas of vascular branching. Peak systolic velocity, HR and systolic velocity trace integral (VTI) were measured with PW Doppler set at 3.3 MHz. Care was taken to avoid Doppler angles >30° to avoid errors in velocity determination. The HR was measured by dividing 60 by the time interval between two flow peaks. The vessel diameter ($d$) was obtained at the level of the PW sample volume. Regional stroke volume (SV) was calculated according to the formula SV = $\pi(d/2)^2$ VTI. Systolic peripheral blood flow is the stroke volume times the HR obtained during Doppler measurements.

### Blood and milk sampling and analyses

Blood was collected into ice-chilled tubes containing K$_3$–ethylenediaminetetraacetic acid (EDTA) and aprotinin (Trasylol®; Bayer, Leverkusen, Germany, 5000 KIE/10 mL tube) and the plasma was stored at −80 °C until assayed. The analysis of vasopressin and oxytocin has previously been described in detail (Hydbring *et al.* 1999). Briefly, dilutions of the caprine plasma were parallel to the standard curve in the radio-immunoassays (RIAs) described below. Before arginine vasopressin and oxytocin were analysed, the plasma was

extracted with acetone (Merck, Darmstadt, Germany) and petroleum benzene (Merck, Darmstadt, Germany) with a recovery rate of 92%. Vasopressin was analysed using the Vasopressin RIA (Bühlmann Laboratory AG, Allschwil 1, Switzerland). The lower detection limit was 0.6 pmol L$^{-1}$ and the intra-assay coefficient of variance was <5% (values between 6 and 35 pmol L$^{-1}$). Oxytocin was determined in principle as described by Stock & Uvnäs-Moberg (1988), but modified and validated for goat plasma. Thus, rabbit antiserum XS 3014 (Eurodiagnostica AB, Malmö, Sweden) was diluted 1 : 28 000 in the incubation phosphate buffer (pH 7.6) with 0.005% Tween-80. Bound and free ligands were separated by adding 1 mL decanting suspension (sheep antirabbit, no. 3; Pharmacia & Upjohn Diagnostics, Uppsala, Sweden). The lower detection limit was 3.0 pmol L$^{-1}$ and the intra-assay coefficient of variance was <10% (values between 17 and 744 pmol L$^{-1}$). Milk fat, protein and lactose concentrations were determined by an infrared technique (Milcoscan 104; Shields Ltd, York, UK). Milk sodium and potassium concentrations were analysed by flame photometry (IL 943; Instrumentation Laboratory, Milano, Italy).

### Statistical analysis

Values are presented as mean ± SE. The repeated measurement analysis of variance was performed using the MIXED procedure on the generated averages for the respective parameters according to the SAS package (SAS Institute 1996). Comparisons were made between the corresponding samples during the peptide infusions and infusions of 0.15 M NaCl using differences in least square means (the DIFF option). Likewise, comparisons between samples before and during the infusions of 0.15 M NaCl and the ultrasound/Doppler experiments were made using differences in least square means (the DIFF option).

## Results

### Physiological doses of vasopressin

The changes in plasma vasopressin and oxytocin concentrations during the infusions are shown in Figure 1. The infusions of 0.15 M NaCl did not increase the plasma vasopressin concentration above the detection limit of the method and did not change the basal plasma oxytocin concentration (data not shown).

The milk flow increased with all three doses of vasopressin during the first 30 min of infusion (Fig. 2a). The response to the oxytocin infusions resembled that of VH (Fig. 2a). The milk flow declined thereafter despite the elevated peptide concentrations (Fig. 1). It

PAR-VASO-0008004



**Figure 1** Plasma concentrations during 90 min intravenous infusions of vasopressin at the doses 0.1 ng kg$^{-1}$ min$^{-1}$ (■, VL, $n = 5$), 0.3 ng kg$^{-1}$ min$^{-1}$ (▲, broken line, VM, $n = 6$), and 1.0 ng kg$^{-1}$ min$^{-1}$ (●, VH, $n = 6$) and oxytocin at the dose 10 ng kg$^{-1}$ min$^{-1}$ (□, broken line, Oxy, $n = 5$) during early lactation. (For technical reasons one infusion of the low dose of vasopressin in one goat and one infusion of oxytocin in another goat were missed.) The concentrations during the three doses of vasopressin differed significantly in samples taken at 45, 75 and 90 min ($P < 0.05$ or less). Data are mean ± SE. The bar shows the time of infusion.

tended to fall below the control level after the infusions ($P < 0.053$ after VH infusions at 150 min). Milk fat concentration increased immediately after start of the VH infusion and remained elevated throughout the infusion (Fig. 2b). It tended to rise during VM and was significantly elevated during VL (Fig. 2b). The response in milk fat concentration to infusions of oxytocin corresponded with that to VH (Fig. 2b).

Milk sodium concentration did not change during the VH and oxytocin infusions, but was elevated from 120 min after onset of the infusions until the end of the observation period (Fig. 3a). It was unaffected during and after infusions of VL and VM (Fig. 3a). The milk lactose concentration decreased during and after the oxytocin infusions, but did not change after the VL, VM or VH infusions (Fig. 3b). Milk potassium and protein concentrations did not change in response to any of the infusions (data not shown).

The HR and arterial blood pressure did not change during VL, oxytocin or 0.15 M NaCl, but bradycardia was observed during VM and VH infusions (Fig. 4a and b). The arterial blood pressure increased significantly only during the VH infusion (Fig. 4b).

### Ultrasound examination

In these experiments milk flow increased from 1.8 ± 0.4 to 4.7 ± 1.0 g min$^{-1}$ during the VH infusions and from 1.7 ± 0.3 to 12.4 ± 2.4 g min$^{-1}$ during the oxytocin infusions (both $P < 0.001$ compared with pre-infusion values).



**Figure 2** (a) Infusions of VL, VM and VH increased milk flow within 30 min. At 60 min, the increase was no longer significant. (b) Likewise, infusions of Oxy temporarily increased milk flow for 30 min. In this figure also milk flow during the control infusions of 0.15 M NaCl (O, $n = 6$) alone are shown. (c) The fat concentration increased during infusions of VM and was significantly elevated in one sample during VL. (d) The fat concentration increased also during the Oxy infusions in comparison with the corresponding samples during infusions of 0.15 M NaCl. Data are mean ± SE. *$P < 0.05$ vs. the corresponding sample during the 0.15 M NaCl infusions, except during the infusions of 0.15 M NaCl alone, when $P < 0.5$ vs. the sample at −60 min. For an explanation of abbreviations and symbols, see Figure 1. The bar shows the time of infusion.

PAR-VASO-0008005



**Figure 3** (a) The milk sodium concentration increased after VH and Oxy infusions. (b) The milk lactose concentration started to decrease during Oxy infusions and continued to decrease after the infusions. Data are mean ± SE. *$P < 0.05$. For an explanation of abbreviations and symbols, see Figure 1. The bar shows the time of infusion.



**Figure 4** (a) The heart rate (HR) did not change during VL ($n = 5$), but decreased during VM ($n = 6$) and VH ($n = 6$) (b) The mean arterial blood pressure (MAP, $n = 4$) increased only during the infusion of VH. Data are mean ± SE. *$P < 0.05$. For explanation of abbreviations and symbols, see Figure 1. The bar shows the time of infusion.

In Figure 5a, recordings of PW Doppler measurements are demonstrated. The blood flow velocity, vessel diameter and the velocity trace integral decreased during VH, but neither variable changed during the infusions of oxytocin (Fig. 5b–d, respectively).

The HR decreased from $120 \pm 11$ beats min$^{-1}$ before vasopressin to $86 \pm 6$ beats min$^{-1}$ during the infusion. It did not change during the oxytocin infusions, i.e. it was $136 \pm 5$ before and $139 \pm 4$ beats min$^{-1}$ during the infusions. The calculated systolic peripheral blood flow decreased from $262 \pm 37$ to $53 \pm 7$ mL min$^{-1}$ ($P < 0.001$) before and at the end of the VH infusions. Corresponding values for the oxytocin experiments were $423 \pm 122$ and $482 \pm 109$ mL min$^{-1}$ (NS), respectively.

## Discussion

The results of this study show, for the first time, that infusions of vasopressin at physiological doses increase milk flow and milk fat concentration. The effects of vasopressin on milk flow and milk solute excretion resembled those of oxytocin, but vasopressin caused

vasoconstriction and oxytocin did not cause any change of the mammary blood flow.

Earlier studies have investigated the effect of oxytocin in goats and cows (Linzell 1967, Linzell & Peaker 1971, Ballou *et al.* 1993) and our oxytocin experiments confirm these results. The similarity between the VH and oxytocin infusions in the present study indicates that vasopressin acted on the oxytocin receptors on the myoepthelial cells causing them to contract, thus squeezing out pre-formed milk, the so-called 'let-down reflex'. The lower doses of vasopressin had a corresponding effect. Milk stored in the cisternae and alveolar cells of the gland has a high fat concentration, which explains the increase in fat concentration that occurred simultaneously with the rise in milk flow.

Milk sodium concentration did not change during VL and VM infusions, but increased after the VH and oxytocin infusions. This indicates that the tight junctions became leaky when the peptides were infused (Nguyen & Neville 1998). In the present study, the lactose concentration fell after oxytocin infusions, but not after infusions of vasopressin. However, the lactose concentration decreased after the high dose of

PAR-VASO-0008006





**Figure 5** (a) Pulsed-wave Doppler recordings of blood flow in the mammary branch of the external pudendal artery in a goat before (left) and 12 (middle) and 20 min (right) after start of VH infusions. A systolic velocity tracing curve is shown in the right panel. (b) Peak systolic velocity, (c) vessel diameter, and (d) systolic velocity trace integral (VTI) decreased during the VH infusions ($n = 4$; 1.0 ng kg$^{-1}$ min$^{-1}$). These variables did not change during the oxytocin infusion. Data are mean ± SE. *$P < 0.05$ or less compared with the values at −12 min. For explanation of abbreviations and symbols, see Figure 1. The bar shows the time of infusion.

vasopressin administered in our previous study (Olsson *et al.* 2001). In a study by Linzell & Peaker (1971), 5-h infusions of oxytocin at high doses caused decreased milk yield, increased milk sodium concentration and decreased lactose concentration. Stelwagen *et al.* (1994) reported that disruption of the tight junctions in the mammary gland was accompanied by a decreased milk flow. This is supported by our results in which the sodium concentration was highest around 60 min after the infusions when the milk flow was lowest.

The vasopressin and oxytocin receptors belong to the family of G protein-coupled receptors. The receptors have structural similarities and vasopressin and oxytocin can activate each other's receptors (Hibert *et al.* 1999, Chini & Fanelli 2000). It has been shown, for example, that the two peptides can stimulate the release of triacylglycerol to a similar degree in rat mammary gland slices (Da Costa *et al.* 1995). Vasopressin receptors have been found in the rat mammary plasma membranes (Soloff *et al.* 1989) and *in situ* hybridization studies have shown that the V$_{1b}$ receptor mRNA is expressed in the human breast (Lolait *et al.* 1995). Localization of the subgroups of the vasopressin receptors in the goat mammary gland has not yet been demonstrated. In rats, vasopressin caused contraction of the myoepithelial cells (Bisset *et al.* 1967), but not in goats (Oguro *et al.* 1982). However, in the present study the effects of vasopressin on milk flow and milk composition indicate that the peptide caused contraction of the myoepithelial cells. The similarity with the effects of oxytocin makes it likely that vasopressin acted as an agonist on the oxytocin receptors.

The observation that the milk flow tended to fall below control values after the infusions indicate that the overall effect on milk production was small. Our findings therefore do not contradict those of Peaker & Linzell (1973), who reported no effect on milk production after similar infusions. They milked the goats some time after the end of the infusions and therefore a temporary 'milk let-down' effect would not have been observed in their experiments.

The Doppler technique proved to be useful for mammary blood flow measurements, as it obviated the need for surgical intervention or other manipulations of the vessels. The goats can stand quietly in a position with their mammary glands easily accessible to the investigator. By use of two-dimensional guidance, the vessel anatomy can be visualized with the advantage that Doppler angles and placement of sample volumes are repeatable during the entire experiment. This technique therefore appears to have some advantages over other methods (Linzell 1974, Christensen *et al.* 1989).

The ultrasound experiments showed that VH caused vasoconstriction and that oxytocin had no effect on the

PAR-VASO-0008007

mammary artery dimensions confirming earlier results (Peaker & Linzell 1973, Linzell 1974, Gorewit *et al.* 1989). Yet, milk flow and milk fat concentration increased markedly during the vasopressin infusions. Therefore, the results of this study indicate that a decrease in blood flow does not inhibit a short-lasting myoepithelial contraction. The rise in milk flow was higher during the oxytocin than vasopressin infusions in this series. It is suggested that this difference is related to the development of the milk secretory cells and the capillary network in the mammary gland. In the Doppler series, the vasopressin infusions were made during the first month postpartum when the demands from the kids probably were smaller than 2 months later when oxytocin was infused. During late pregnancy and early lactation, the udder parenchyma and the capillary network develop in parallel to the increase in milk production. Full differentiation of cells occurs 10–15 weeks postpartum (Knight & Wilde 1993).

We used measurements of HR and blood pressure to estimate the general cardiovascular effects of the peptides. The VL infusions had no measurable effect on HR or blood pressure. During these infusions, the plasma concentration of the peptide reached levels that are comparable with those seen during mild dehydration in lactating goats (Dahlborn *et al.* 1990, Olsson *et al.* 1996). Decreased HR but no change in blood pressure was observed during infusions of VM, showing that this dose of vasopressin had some effect on the cardiovascular system. Comparable plasma concentrations have been observed after 48 h of water deprivation in lactating goats (Dahlborn *et al.* 1997) and during parturition (Hydbring *et al.* 1999). During hypotensive haemorrhage, the plasma vasopressin concentration can rise to the reported VH level or even higher (Share 1988). The doses, which affected milk excretion in the present study, were therefore within the physiological to pathophysiological range.

What may be the physiological role for vasopressin in the mammary gland? In case the nanny goat suffers from dehydration, the kid could also be at risk of becoming dehydrated if the mammary gland cells reacted like kidney cells and concentrated the milk in response to the rising vasopressin concentration. However, it is well known that vasopressin does not concentrate milk and that milk osmolality follows that of plasma. From the present 90-min and our earlier 60-min infusion experiments (Olsson *et al.* 2001), it appears unlikely that vasopressin affects the synthesis of new milk. It is noteworthy, however, that the milk flow did not decrease below control levels until after the infusions were stopped in neither of the infusion series. Therefore, vasopressin may be of importance for the maintained milk production during dehydration prob-

ably by maintaining a tonic stimulation of the myoepithelial cells.

## Conclusion

We conclude that vasopressin increases milk flow and milk fat concentration and suggest that vasopressin, like oxytocin, acts on the myoepithelial cells.

This work was supported by the Swedish Research Council-Medicine (project no. 3392) and the Swedish Research Council for Environment, Agricultural Sciences and Spatial Planning. We would like to thank Gunilla Drugge-Boholm for the radioimmunoassay analyses and Åsa Eriksson and Inger Lind for excellent care of the animals.

## References

Ballou, L.U., Bleck, J.L., Bleck, G.T. & Bremel, R.D. 1993. The effects of daily oxytocin injections before and after milking on milk production, milk plasmin and milk composition. *J Dairy Sci* **76**, 1544–1549.

Bisset, G.W., Clark, B.J., Haldar, J., Harris, M.C., Lewis, G.P. & Rocha e Silva, M. 1967. The assay of milk-ejecting activity in the lactating rat. *Br J Pharmac Chemother* **31**, 537–549.

Chini, B. & Fanelli, F. 2000. Molecular basis of ligand binding and receptor activation in the oxytocin and vasopressin receptor family. *Exp Physiol* **85**, 59S–66S.

Christensen, K., Nielsen, M.O., Bauer, R. & Hilden, K. 1989. Evaluation of mammary blood flow measurements in lactating goats using the ultrasound Doppler principle. *Comp Biochem Physiol* **92A**, 385–392.

Da Costa, T.H.M., Taylor, K., Ilic, V. & Williamson, D.H. 1995. Regulation of milk lipid secretion: effects of oxytocin, prolactin and ionomycin on triacylglycerol release from rat mammary gland slices. *Biochem J* **308**, 975–981.

Dahlborn, K., Hossaini-Hilali, J. & Rodriguez-Martinez, H. 1990. Effects of dehydration and arginine vasopressin infusions on the production of milk and the morphology of the goat udder. *J Dairy Res* **57**, 479–487.

Dahlborn, K., Nielsen, M.O. & Hossaini-Hilali, J. 1997. Mechanisms causing decreased milk production in water deprived goats. In: J.E. Lindberg, H.L. Gonda & I. Ledin (eds) *Recent Advances in Small Ruminant Nutrition*, pp. 199–202. Series A: Séminaire Méditerranéens, No. 34, Options Méditerranéennes. INO Reproducciones, Zaragoza.

Gorewit, R.C., Aromando, M.C. & Bristol, D.G. 1989. Measuring bovine mammary gland blood flow using a transit time ultrasonic flow probe. *J Dairy Sci* **72**, 1918–1928.

Hibert, M., Hoflack, J., Trumpp-Kallmeyer, S. *et al.* 1999. Functional architecture of vasopressin/oxytocin receptors. *J Receptor Signal Transduction Res* **19**, 589–596.

Hydbring, E., MacDonald, E. & Olsson, K. 1997. Radiotelemetrically recorded blood pressure and heart rate changes in relation to plasma catecholamine levels during parturition in the conscious, unrestrained goat. *Acta Physiol Scand* **161**, 295–302.

Hydbring, E., Madej, A., MacDonald, E., Drugge-Boholm, G., Berglund, B. & Olsson, K. 1999. Hormonal changes during

PAR-VASO-0008008

**Vasopressin and milk production in goats** • K Olsson et al.

*Acta Physiol Scand* 2003, **177**, 177–184

parturition in heifers and goats are related to phases and severity of labour. *J Endocrin* **160**, 75–85.

Knight, C.H. & Wilde, C.J. 1993. Mammary cell changes during pregnancy and lactation. *Livestock Prod Sci* **35**, 3–19.

Konar, A. & Thomas, P.C. 1970. The effect of dehydration and intravenous infusion of vasopressin on milk secretion in the goat. *Brittish Vet J* **126**, xxv–xxviii.

Linzell, J.L. 1967. The effect of very frequent milking and of oxytocin on the yield and composition of milk in fed and fasted goats. *J Physiol* **190**, 333–346.

Linzell, J.L. 1974. Mammary blood flow and methods of identifying and measuring precursors of milk. In: B.L. Larson & V.R. Smith (eds) *Lactation I*, pp. 143–224. Academic Press, New York.

Linzell, J.L. & Peaker, M. 1971. The effects of oxytocin and milk removal on milk secretion in the goat. *J Physiol* **216**, 717–734.

Lolait, S.J., O'Carroll, A.-M., Mahan, L.C. *et al.* 1995. Extrapituitary expression of the rat V1b vasopressin receptor gene. *Proc Nat Acad Sci* **92**, 6783–6787.

Nguyen, D.A.D. & Neville, M.C. 1998. Tight junction regulation in the mammary gland. *J Mammary Gland Biol Neoplasia* **3**, 233–246.

Oguro, K., Hashimoto, H. & Nakashima, M. 1982. Pharmacological effects of several drugs on the myoepithelium and the vascular smooth muscle of the lactating mammary gland in goats. *Arch Int Pharmacodyn* **256**, 108–122.

Olsson, K., Arvelius, P. & Olsson, K.K. 2001. Infusion of vasopressin is associated with increased milk flow in goats. *Acta Physiol Scand (Rapid Comm)* **171**, 467–469.

Olsson, K., Josäter-Hermelin, M., Hossaini-Hilali, J., Cvek, K., Hydbring, E. & Dahlborn, K. 1996. Reproductive period affects water intake in heat stressed dehydrated goats. *Comp Biochem Physiol* **113A**, 323–331.

Peaker, M. & Linzell, J.L. 1973. Vasopressin and milk secretion: lack of effect of low doses. *J Endocrin* **57**, 87–95.

SAS Institute. 1996. *SAS User's Guide Statistics*, Version 6.12. SAS Institute Inc, Cary, NC, USA.

Share, L.. 1988. Role of vasopressin in cardiovascular regulation. *Physiol Rev* **68**, 1248–1284.

Soloff, M.S., Fernström, M.A. & Fernström, M.J. 1989. Vasopressin and oxytocin receptors on plasma membranes from rat mammary gland. Demonstration of vasopressin receptors by stimulation of inositol phosphate formation, and oxytocin receptors by binding of a specific 125I-labeled oxytocin antagonist, d (CH2)5(1)[Tyr(Me)2,Thr4,Tyr-NH2(9)]OVT. *Biochem Cell Biol* **67**, 152–162.

Stelwagen, K., Davis, S.R., Farr, V.C., Prosser, C.G. & Sherlock, RA.. 1994. Mammary epithelial cell tight junction integrity and mammary blood flow during an extended milking interval in goats. *J Dairy Sci* **77**, 426–432.

Stock, S. & Uvnäs-Moberg, K. 1998. Increased plasma levels of oxytocin in response to afferent electrical stimulation of the sciatic and vagal nerves and in response to touch and pinch in anaesthetized rats. *Acta Physiol Scand* **132**, 29–34.

Van Dongen, C.G. & Marshall, J.M. 1967. Effect of various hormones on the milk ejection response of tissue isolated from the rat mammary gland. *Nature* **11**, 632–633.

PAR-VASO-0008009

*Early Human Development*, 19 (1989) 253—262
Elsevier Scientific Publishers Ireland Ltd.

EHD 00967

# Amniotic oxytocin and vasopressin in relation to human fetal development and labour

Herman P. Oosterbaan[a] and Dick F. Swaab[b]

[a]*Groot Ziekengasthuis, Department of Obstetrics and Gynaecology, Nieuwstraat 34, 5211 NL
's Hertogenbosch, and [b]Netherlands Institute for Brain Research, Meibergdreef 33, 1105 AZ Amsterdam
ZO, The Netherlands*

Accepted for publication 23 December 1988

## Summary

Previous experiments in rats revealed increased amniotic oxytocin (OXT) levels in the course of normal development and increased vasopressin (AVP) levels in retarded fetal growth. In order to see whether similar changes would also occur in human, OXT and AVP levels were determined in amniotic fluid, maternal and fetal plasma before or during labour. Positive correlations were found between umbilical AVP levels on the one hand and gestation length, birth weight, placental weight and brain size on the other. This suggests a maturation process taking place in the AVP-producing system. A marked increase in maternal plasma OXT and umbilical AVP was found during labour. Increased amniotic fluid AVP levels were found in conditions indicative of fetal stress (viz., lower pH, higher $P_{CO_2}$) without any correlation to fetal growth parameters, while increased amniotic OXT levels were correlated with higher $P_{O_2}$. Furthermore, fetal brain size correlated positively with amniotic OXT levels. In conclusion, a rise in amniotic OXT levels seems to reflect normal development of the human fetus, similarly to what has been found in the rat. Increased amniotic AVP levels seem indicative of fetal acidosis.

oxytocin; vasopressin; fetal development; labour.

## Introduction

Both oxytocin (OXT) and vasopressin (AVP) levels in human cord blood were shown to rise during labour [5,12,13,22], which supports the idea of an active involvement of the fetus in the process of labour. Findings in the rat also suggest

---

*Correspondence to:* H.P. Oosterbaan.

0378-3782/89/$03.50 © 1989 Elsevier Scientific Publishers Ireland Ltd.
Published and Printed in Ireland

PAR-VASO-0008010

that fetal AVP may play a role in brain development, as retarded brain development was found in AVP-deficient rats [3], whereas in the normally developing rat we found higher amniotic OXT levels in the larger fetuses. Increased amniotic AVP levels were found following experimental induction of fetal growth retardation [19,20].

These observations induced us to study the question whether information regarding processes in which AVP and OXT seem to be involved, viz., intrauterine growth and delivery, may be obtained from amniotic fluid levels, also in the human. For this purpose, these peptides were measured in material obtained from women prior to labour by amniocentesis or during elective caesarian section and during normal labour. The peptide levels were studied in relation to gestational age, labour, fetal acid-base state, and growth parameters (i.e. body weight, head circumference and biparietal diameter).

## Materials

After a request for consent, and the subsequent approval of the ethical committee of our hospital, material was collected from a total of 79 patients from a mixed hospital population (of high-, medium- and low-risk patients) before labour activity during (a) amniocentesis ($n = 17$), (b) elective casaerian section, either under general ($n = 10$) or epidural anaesthesia ($n = 8$), or (c) spontaneous delivery ($n = 44$). This last group (c) consisted of 24 multi- and 20 primiparous women. No oxytocic agents or medicaments for pain relief were administered to any of the patients of group (c) subject to this study. Amniotic fluid was collected either at the time of amniotomy or following spontaneous rupture of the membranes. The samples were immediately stored at $-20\,^{\circ}C$ until assay. Blood-contaminated samples were excluded from the study.

Mixed cord blood (MCB), or blood from the umbilical artery (UA) and vein (UV) was collected in heparinized pre-chilled syringes (a) at the time of elective caesarian section performed for elective maternal and fetal indications (e.g. repeat caesarian section, cephalopelvic disproportion, fetal growth retardation) or (b) immediately after delivery following spontaneous labour. Blood samples were collected in pre-chilled heparinized plastic tubes (125 IU lithium-heparin/tube; Pharbil Diagnostic, Rotterdam, The Netherlands). The samples were centrifuged at $1500 \times g$ for 5 min at $4\,^{\circ}C$. Plasma was separated and kept at $-20\,^{\circ}C$ until assayed. The remainder of the UA blood samples was immediately used for determination of blood gases (pH, $P_{O_2}$ base excess and $P_{CO_2}$) with a Corning 175-automatic pH/bloodgas system (Corning Glass Works, Medfield, Mass., U.S.A.).

Maternal venous blood (10 ml) was taken from the antecubital vein (a) at the time of amniocentesis, (b) at the time of elective caesarian section, or (c) immediately after the expulsive phase of normal labour. The samples were handled in the same manner as the cord blood samples, and plasma was stored in 2 ml aliquots.

All blood and amniotic fluid samples were stored for periods ranging from 1 to 24 weeks until assay.

Gestational age was calculated from the first day of the last menstrual period in women with a regular menstrual cycle (27—30 days), and generally confirmed by

means of ultrasonic crown-rump length measurements. The beginning of stage 1 of labour was defined as the moment when regular contractions, with an interval of 5 min or less, were found, or when a 4 cm dilatation of the cervix had been attained. The second stage started at the moment of active pressing of the women. After birth, the body-weight was determined to the nearest 10 g range on a Berkel scale balance. The occipito-frontal head circumference was measured using a linen plastic-covered tape-measure, and the biparietal diameter (BPD) by means of a pelvic meter (Lawton 97-0100). All measurements were performed by the same investigator (H.O.). The standard deviation score (SDS) of head circumference was calculated as the difference between the value measured and the mean value divided by the standard deviation, the latter data, defined for gestational age and sex, being derived from Wälli et al. [31]. For the present investigation we used the intra-uterine growth curves for head circumference of Largo et al. [16] and Kloosterman's sex and parity specific fetal weight standards [15].

After extraction AVP and OXT levels were measured by highly specific radioimmunoassays as described earlier [7]. All assays were set up in duplicate. The detection limit was 1 pg for OXT and 0.5 pg for AVP. The interassay coefficient of variation for AVP and OXT, after extraction, was 13.9% and 8.6%, respectively, and the intra-assay coefficient of variation, for unextracted samples, 15.7% and 10.2%, respectively. These data were obtained with samples containing 16 or 32 pg.

Differences in neuropeptide levels within groups were evaluated using the Wilcoxon matched-pairs signed ranks test (two-tailed), and between groups using the Mann-Whitney $U$-test (two-tailed corrected for ties). All other differences were calculated with Student's $t$-test (two-tailed). For correlations the Spearman-Rank test (two-tailed) was used. Differences were considered significant at $P < 0.05$.

## Results

Maternal plasma and amniotic fluid of the amniocentesis group were obtained earlier in gestation than in the normal labour (5 weeks) and elective caesarian group (4 weeks) (Student's $t$-test $P < 0.001$). No other significant difference was found for the moment in gestation at which the samples from the different groups were obtained.

No significant difference in the various fetal growth parameters was found between the children born spontaneously and those born by elective caesarian.

### Neuropeptide levels in the various compartments

Both in the normal labour group as well as in the elective caesarian group, UA OXT and AVP were higher than UV levels. In the labour group, UA OXT, and in the elective caesarian group, UA AVP, was higher than the levels measured in all other compartments (Table I). In the normal labour group and in the amniocentesis group maternal OXT levels were higher than amniotic OXT levels (Wilcoxon $P < 0.0001$ and $< 0.01$, respectively). Maternal and amniotic AVP levels fell below detection level in 57% of the maternal blood samples and in 75% of the amniotic fluid samples.

At spontaneous labour, maternal OXT correlated significantly with amniotic

TABLE I

OXYTOCIN AND VASOPRESSIN LEVELS IN VARIOUS COMPARTMENTS OBTAINED AFTER NORMAL LABOUR, DURING ELECTIVE CAESARIAN SECTION OR AMINOCENTESIS (MEDIAN ($n$) MEAN ± S.E.M.).

| | Oxytocin (pg/ml) | | | Vasopressin (pg/ml) | | |
|---|---|---|---|---|---|---|
| | Labour | Elective caesarian | Amnio-centesis | Labour | Elective caesarian | Amnio-centesis |
| MCB | 27 (38) 32 ± 4* | — | — | 181 (37) 215 ± 36* | — | — |
| UA | 40 (13) 65 ± 18 | 34 (13) 40 ± 9 | — | 392 (13) 420 ± 78 | 20 (13) 96 ± 34** | — |
| UV | 17 (13) 20 ± 3* | 9 (13) 12 ± 3* | — | 136 (13) 147 ± 33* | 8 (13) 31 ± 61** | — |
| Maternal | 65 (35) 64 ± 9* | 12 (15) 26 ± 9** | 23 (17) 30 ± 7** | 0.5 (35) 4 ± 1* | 0.4 (15) 6 ± 2 | 0.2 (17) 1 ± 0.7 |
| Amniotic fluid | 15 (38) 21 ± 3* | 11 (15) 21 ± 10 | 9 (17) 14 ± 4* | 0.2 (38) 3 ± 1* | 0.5 (15) 4 ± 2 | 0.2 (17) 1 ± 0.5 |

*Statistically significant as compared to umbilical artery levels (Wilcoxon matched-pairs signed rank test: $P < 0.05$ for oxytocin and $< 0.004$ for vasopressin).
**Statistically significant as compared to normal labour levels (Mann-Whitney $U$-test: $P < 0.009$).

PAR-VASO-0008013

OXT (Spearman rank test $r = 0.36$, $P = 0.019$, $n = 34$), MCB OXT ($r = 0.35$, $P = 0.024$, $n = 33$), UA OXT ($r = 0.89$, $P = 0.009$, $n = 6$) and UV OXT ($r = 0.90$, $P = 0.007$, $n = 6$). Maternal AVP, in addition, correlated positively with amniotic AVP ($r = 0.49$, $P = 0.002$, $n = 34$). In the elective caesarian group, maternal AVP and OXT were positively correlated in a significant manner ($r = 0.62$, $P = 0.007$, $n = 15$), while maternal OXT showed a trend ($r = 0.45$, $P = 0.054$, $n = 14$) similar to what had been found for amniotic OXT in normal labour.

*Neuropeptide levels and fetal parameters in relation to labour activity*

During labour maternal OXT levels were significantly elevated as compared to the prelabour situation. (i.e., with amniocentesis Mann-Whitney $U$ $P < 0.007$ and with elective caesarian $P = 0.002$). Finally, UA and UV AVP levels in the labour group were significantly elevated over the elective caesarian group levels (Table I).

UA AVP levels correlated significantly with the duration of the first stage of labour (Spearman rank test $r = 0.72$, $P = 0.009$, $n = 8$). Maternal AVP levels correlated inversely and MCB AVP positively with the duration of the second stage of labour ($r = -0.29$, $P = 0.046$, $n = 34$ and $r = 0.29$, $P = 0.045$, $n = 35$). UA and UV OXT levels correlated inversely with the duration of the third stage of labour ($r = -0.71$, $P = 0.003$, $n = 13$ and $r = -0.68$, $P = 0.005$, $n = 13$).

Both gestation length and birth and placental weight correlated with the duration of the first stage of labour ($r = 0.45$, $P = 0.003$, $r = 0.30$, $P = 0.04$, and $r = 0.30$, $P = 0.004$, $n = 36$).

*Neuropeptide levels and fetal acid-base state*

In the total group of determined cases the median pH was 7.25 (range 7.02—7.37), $Po_2$ 16 mm Hg (range 12—28), $Pco_2$ 48.5 mmHg (range 36—63) and base excess $-6$ mequiv/l (range $-1$ to $-16$).

In the labour group, amniotic AVP levels were inversely correlated with fetal pH (Spearman rank test, $r = -0.61$, $P = 0.02$, $n = 12$), and positively with fetal $Pco_2$ ($r = 0.62$, $P = 0.002$, $n = 11$), while amniotic OXT correlated positively with fetal $Po_2$ ($r = 0.77$, $P = 0.002$, $n = 12$), a relationship that was also found for maternal OXT ($r = 0.86$, $P = 0.001$, $n = 9$) and UA OXT ($r = 0.69$, $P = 0.004$, $n = 13$).

*Neuropeptide levels and fetal development*

In the labour group, gestation length correlated with MCB (Spearman rank test $r = 0.37$, $P = 0.013$, $n = 37$), UA ($r = 0.52$, $P = 0.04$, $n = 12$) and UV AVP ($r = 0.53$, $P = 0.033$, $n = 13$), while only in the amniocentesis group gestation length correlated with maternal OXT ($r = 0.48$, $P = 0.03$, $n = 17$).

UA AVP levels in the labour group correlated with fetal weight ($r = 0.52$, $P = 0.04$, $n = 12$), SDS ($r = 0.73$, $P = 0.003$), Kloosterman's centiles ($r = 0.52$, $P = 0.04$) and head circumference ($r = 0.83$, $P = 0.001$). In addition, in the elective caesarian group UA AVP levels correlated with head circumference ($r = 0.57$, $P = 0.02$, $n = 13$), Largo's centiles for head circumference ($r = 0.51$, $P = 0.04$) and SDS ($r = 0.60$, $P = 0.02$). In the labour group UV AVP correlated with the BPD ($r = 0.48$, $P = 0.05$, $n = 13$), and in the elective caesarian group with head circumference ($r = 0.48$, $P = 0.05$, $n = 13$).

In the labour group, MCB OXT correlated with fetal head circumference ($r = 0.32$, $P = 0.027$, $n = 38$), while inverse correlations were found between UV OXT and SDS ($r = -0.53$, $P = 0.03$, $n = 13$) and Largo's centiles ($r = -0.54$, $P = 0.03$).

Only in the amniotic fluid of the labour group correlations were found for OXT with fetal head circumference ($r = 0.34$, $P = 0.02$), BPD ($r = 0.35$, $P = 0.02$), Largo's centiles for head circumference ($r = 0.30$, $P = 0.05$) and SDS ($r = 0.29$, $P = 0.04$, $n = 38$).

## Discussion

In the present study material was collected either during amniocentesis, elective caesarian section or spontaneous labour to see whether fetal development and labour activity are reflected in amniotic neurohypophyseal peptide levels.

### Neuropeptides and labour

It has not yet been established to what extent OXT and AVP are involved in the onset and course of labour (for a review see [11]). Since maternal OXT levels were higher in the labour group than in the prelabour situation, the present data at least suggest a role for maternal OXT in the course of labour (cf. [10,17]), whereas maternal AVP does not seem to play such an active role in the process of birth. However, future research should indicate whether the low maternal AVP levels are due to peptidase breakdown.

The UA neuropeptide levels, which, as found in both groups, are higher than the UV neuropeptide levels, indicate an active release of these peptides by the fetus during pregnancy and parturition. However, there is little evidence from our data supporting an increased fetal release of OXT before or during labour. On the other hand, it is questionable whether a rise of OXT in maternal or fetal plasma near term is really a prerequisite for a crucial role of this peptide in the onset and progress of labour considering the increasing number of OXT receptors well before labour in the human myometrium and decidua [9]. However, the inverse relationship between fetal OXT and the duration of the third stage of labour at least suggests an involvement of fetal OXT in the birth of the placenta.

The correlation between the fetal AVP levels and gestation length in the labour group points to a maturation process in the responsiveness of the fetal AVP secretory system, which is at variance with the observations of Hadeed et al. [12], who found no difference in umbilical AVP levels between preterm and term labour.

Labour activity was not accompanied by increased amniotic fluid OXT levels. This is in contrast with observations by, for example, Seppälä et al. [28] and Dawood et al. [6], who found a significant elevation of amniotic OXT, though biologically inactive [28], in samples collected during labour. A possible explanation for this discrepancy may be that these authors measured a compound related to OXT (see [1,2]) in their radioimmunoassay.

The correlations found between paired maternal and fetal OXT and maternal and amniotic OXT levels in the present study suggest, at first glance, a passage of this

peptide between mother and fetus. However, our earlier work on pregnant rats loaded with high dosages of OXT or AVP indicated that both peptides fail to cross from the mother into the amniotic fluid [19]. In addition, detectable amounts of OXT were found in the umbilical circulation of some anencephalics and a normal amount of OXT in the amniotic fluid of rat and human anencephalics without hydramnios [21,30]. An alternative explanation of these observations may be that the same stimulus causes a simultaneous release of these peptides at the fetal and maternal side, possibly also from neuropeptide sources other than the brain, for example, the placenta [8] and the fetal adrenal [26].

The extremely high levels of umbilical cord AVP found in the present study, especially in the labour group, are in line with the literature [12,13,24].

### Neuropeptides and fetal stress

An increased release of AVP by the human fetus is induced by acute stressful situations, for example, in case of hypoxemia [22]. An increased AVP secretion may be favourable to the fetus under such conditions [14,23,24,27]. Labour activity can be considered stressful to fetuses. This contention finds support in the significant correlation found between the length of the first stage of labour and the UA AVP levels, and the significant correlation between MCB AVP and the duration of the second stage of labour. An elevated secretion of AVP by the fetus under acute stressful conditions may also be reflected by the increased amniotic AVP levels, as was demonstrated in sheep during hypoxemia [29]. From the correlations observed between pH and $P_{CO_2}$ and amniotic AVP in our labour group, one may conclude that an increase in amniotic AVP is indicative for a more acute unfavourable condition (viz., acidosis), whereas an increase in amniotic OXT appears to be related to a more favourable fetal situation (viz., its relation to $P_{O_2}$, see below for its relation to brain development). The highest levels of amniotic AVP were indeed found in the two fetuses with an arterial pH < 7.14 (4 and 23 pg/ml), whereas in the rest of the group all AVP levels were < 1.9 pg/ml. However, the high correlations between amniotic neuropeptide levels and fetal acid base state at birth are not so easy to explain, since amniotic fluid was often collected considerably earlier (from 2 to 501 min) than fetal blood.

### Neuropeptides and fetal development

Our previous work revealed increased amniotic AVP levels under conditions of fetal growth retardation in the rat [20]. However, no such relationship was found in our human material. One explanation of this discrepancy may be that in humans, amniotic fluid is difficult to obtain in cases of extreme growth retardation, as this situation is often accompanied by oligohydramnios [18]. In addition, the size of our series may also be too limited to confirm this point, since only four children below the 2.3 centile of birth weight, according to Kloosterman's curves [15], were included.

Both in our labour group and in the elective caesarian group significant correlations were found between umbilical AVP levels and fetal brain growth parameters, while, in addition, in normal labour a connection with fetal weight was

found. The MCB OXT levels correlated with fetal head circumference, which is considered to be a good measure for brain size [4]. The fetal head parameters correlated significantly with amniotic OXT as well, indicating that under normal conditions fetal brain development is reflected by amniotic OXT content. This last observation is in agreement with our observations in the rat, where higher amniotic OXT levels were found in larger fetuses [20]. The effect of moulage on these head measures was only very small (up to a few percents) since we followed up this size in a small subgroup of our series for several days after delivery (data not shown).

Gestation length, neonatal weight and UA AVP levels are all significantly correlated with the duration of the first stage of labour. This suggests that in case of a larger fetus the total time during which the fetus is exposed to labour activity increases, resulting in an enhanced secretion of AVP by the fetus. Finally, the inverse relationship between fetal OXT and the duration of the third stage of labour suggests an involvement of fetal OXT in the birth of the placenta.

In conclusion, the present study shows increased AVP in the fetal circulation during labour — thus confirming data from the literature — whereas, in contrast to the literature, no increase in fetal OXT was found. The capacity of the fetus to secrete AVP into circulation during labour becomes stronger with advancing gestational age. Amniotic OXT seems to be related to fetal well-being, as reflected by $Po_2$, and to the size of the fetal brain, as was also observed in the rat [20]. However, retarded fetal growth is not reflected by increased amniotic AVP, contrary to what has been found in the rat [20]. On the other hand, increased amniotic AVP seems to reflect fetal acidosis. Thus, unlike in the rat, in which amniotic AVP was related to chronic stress (viz., growth retardation), in humans it seems rather to reflect a state of acute stress.

## Acknowledgments

The authors wish to thank J.J. van Heerikhuize for performing the assays, and Ms. O. Pach for her secretarial work and for correcting the English, and Ms. F. de Jonge for her statistical advice. In particular, the critical evaluation of the present paper by Dr. G.J. Boer is gratefully acknowledged. This study was made possible by grants from the Van den Houten Fund and the Committee for the Furtherance of Veterinary and Comparative Pathological Research.

## Rererences

1　Amico, J.A., Ervin, M.G., Leake, R.D., Fisher, D.A., Finn, F.M. and Robinson, A.G. (1985): A novel-oxytocin-like and vasotocin-like peptide in human plasma after administration of estrogen. J. Clin. Endocrinol. Metab. 60, 5—12.

2　Artman, H.G., Leake, R.D., Sawyer, W.H. and Fisher, D.A. (1984): Radioimmunoassay of vasotocin, vasopressin and oxytocin in human neonatal cerebrospinal and amniotic fluid. Dev. Pharmacol. Ther. 7, 39—49.

3　Boer, G.J., Van Rheenen-Verberg, C.M.H. and Uylings, H.B.M. (1982): Impaired brain development of the diabetes insipidus Brattleboro rat. Dev. Brain Res. 3, 557—575.

4　Braye, P.F., Shields, W.W., Woolcott, G.J. and Madsen, J.A. (1969): Occipito-frontal head circumference: an accurate measure of intracranial volume. J. Pediatr. 75, 303—305.

5  Chard, T., Hudson, C.N., Edwards, C.R.W. and Boyd, N.R.H. (1971): Release of oxytocin and vasopressin by the human foetus during labour. Nature 234, 352—354.

6  Dawood, M.Y., Ylikorkala, O., Trivedi, D. and Fuchs, F. (1979): Oxytocin in maternal circulation and amniotic fluid during pregnancy. J. Clin. Endocrinol. Metab. 49, 429—434.

7  Dogterom, J., Snijdewint, F.G.M., Pévet, P. and Swaab, D.F. (1980): Studies on the presence of AVP, oxytocin and vasotocin in the pineal gland, subcommissural organ and fetal pituitary gland, failure to demonstrate vasotocin in mammals. J. Endocrinol. 84, 115—123.

8  Fields, P.A., Eldridge, R.K., Fuchs, A.R., Roberts, R.F. and Fields, M.J. (1983): Human placental and bovine luteal oxytocin. Endocrinology, 112, 1544—1546.

9  Fuchs, A.R., Fuchs, F., Husslein, P., Soloff, M.A. and Fernström, M.J. (1982): Oxytocin receptors and human parturition: A dual role for oxytocin in the initiation of labor. Science 215, 1396—1398.

10  Fuchs, A.R. and Fuchs, F. (1984): Endocrinology of human parturition: a review. Br. J. Obstet. Gynaecol., 91, 948—967.

11  Fuchs, F. (1985): Role of maternal and fetal oxytocin in human parturition. In: Oxytocin, Clinical and Laboratory Studies, pp. 236—256. Editors: J.A. Amico and A.G. Robinson. Excerpta Medica, Amsterdam, New York, Oxford.

12  Hadeed, A.J., Leake, R.D., Weitzmann, R.E. and Fisher, D.A. (1979): Possible mechanisms of high blood levels of vasopressin during the neonatal period. J. Pediatr., 94, 805—808.

13  Hoppenstein, J.M., Miltenberger, F.W. and Moran, W.R. (1968): Increase in blood levels of vasopressin in infants during birth and surgical procedures. Surg. Gynecol. Obstet., 127, 966—974.

14  Iwamoto, H.S., Rudolph, A.M., Keil, L.C. and Heymann, M. (1979): Hemodynamic responses of the sheep to vasopressin infusion. Circ. Res., 44, 430—436.

15  Kloosterman, G.J. (1970): On intra-uterine growth. Int. J. Gynecol. Obstet., 8, 895—912.

16  Largo, R.H., Wälli, R., Duc, G., Fanconi, A. and Prader, A. (1980): Evaluation of perinatal growth: presentation of combined intra- and extrauterine growth standards for weight, length and head circumference. Helv. Paediatr. Acta, 35, 419—436.

17  Leake, R.D., Weitzmann, R.E., Glatz, T.H. and Fisher, D.A. (1981): Plasma oxytocin concentrations in men, non-pregnant women and pregnant women before and during spontaneous labor. J. Clin. Endocrinol. Metab., 53, 730—733.

18  Manning, F.A., Hill, L.D. and Platt, L.D. (1981): Qualitative amniotic fluid determination by ultrasound: Antepartum detection of intra uterine growth retardation. Am. J. Obstet. Gynecol., 139, 254—258.

19  Oosterbaan, H.P., Swaab, D.F. and Boer, G.J. (1985): Oxytocin and vasopressin in the rat do not readily pass from the mother to the amniotic fluid in late pregnancy. J. Dev. Physiol., 7, 55—62.

20  Oosterbaan, H.P., Swaab, D.F. and Boer, G.J. (1985): Increased amniotic vasopressin levels in experimentally growth-retarded rat fetuses. J. Dev. Physiol. 7, 89—97.

21  Oosterbaan, H.P. and Swaab, D.F. (1987): Circulating neurohypophyseal hormones in anencephalic infants. Am. J. Obstet. Gynecol., 157, 117—119.

22  Parboosingh, J., Lederis, K., Ko, D. and Singh, M. (1982): Vasopressin concentration in cord blood; correlation with method of delivery and cord pH. Obstet. Gynecol., 60, 174—183.

23  Pohjavuori, M. and Fyhrqvist, F. (1980): Hemodynamic significance of vasopressin in the newborn infant. J. Pediatr., 97, 462—465.

24  Pohjavuori, M. and Fyhrqvist, F. (1983): Vasopressin, ACTH and neonatal haemodynamics. Acta Paediatr. Scand., Suppl. 305, 79—83.

25  Polin, R.A., Husain, M.K., Sawyer, W.H. and Fisher, D.A. (1984): Radioimmunoassay of vasotocin, vasopressin and oxytocin in human neonatal cerebrospinal and amniotic fluid. Dev. Pharmacol. Ther. 7, 33—49.

26  Ravid, R., Oosterbaan, H.P., Hansen, B.L. and Swaab, D.F. (1986): Localisation of oxytocin, vasopressin and parts of precursors in the human neonatal adrenal. Histochemistry, 84, 401—407.

27  Ross, M.G., Ervin, G., Leake, R.D., Fu, P. and Fisher, D.A. (1984): Fetal lung liquid regulation by neuropeptides. Am. J. Obstet. Gynecol., 150, 421—425.

28  Seppälä, M., Aho, I., Tissari, A. and Ruoslahti, E. (1972): Radioimmunoassay of oxytocin in amniotic fluid, fetal urine and meconium during late pregnancy and delivery. Am. J. Obstet. Gynecol., 114, 788—795.

29  Stark, R.I., Daniel, S.S., Husain, M.K., Sanocka, U.M., Zubrow, A.B. and James, L.S. (1984):

PAR-VASO-0008018

Vasopressin concentration in amniotic fluid as an index of fetal hypoxia: mechanism of release in the sheep. Pediatr. Res., 18, 835—841.

30  Swaab, D.F. and Oosterbaan, H.P. (1983): Exclusion of the fetal brain as the main source of rat and human amniotic fluid oxytocin. Br. J. Obstet. Gynaecol., 90, 1160—1167.

31  Wälli, R., Stettler, T., Largo, R.H., Fanconi, A. and Prader, A. (1980): Gewicht, Länge und Kopfumfang neugeborener Kinder und ihre Abhängigkeit von mütterlichen und kindlichen Faktoren. Helv. Paediatr. Acta, 35, 397—418.

PAR-VASO-0008019

Papadopoulos *et al. Journal of Cardiothoracic Surgery* 2010, **5**:17
http://www.cardiothoracicsurgery.org/content/5/1/17


JOURNAL OF
CARDIOTHORACIC SURGERY

STUDY PROTOCOL
Open Access

# Perioperative infusion of low- dose of vasopressin for prevention and management of vasodilatory vasoplegic syndrome in patients undergoing coronary artery bypass grafting-A double-blind randomized study

Georgios Papadopoulos[1†], Eleni Sintou[1†], Stavros Siminelakis[2†], Efstratios Koletsis[3*†], Nikolaos G Baikoussis[3†], Efstratios Apostolakis[3†]

## Abstract

Preoperative medication by inhibitors of angiotensin-converting enzyme (ACE) in coronary artery patients predisposes to vasoplegic shock early after coronary artery bypass grafting. Although in the majority of the cases this shock is mild, in some of them it appears as a situation, "intractable" to high-catecholamine dose medication. In this study we examined the possible role of prophylactic infusion of low-dose vasopressin, during and for the four hours post-bypass after cardiopulmonary bypass, in an effort to prevent this syndrome. In addition, we studied the influence of infused vasopressin on the hemodynamics of the patients, as well as on the postoperative urine-output and blood-loss. In our study 50 patients undergoing coronary artery bypass grafting were included in a blind-randomized basis. Two main criteria were used for the eligibility of patients for coronary artery bypass grafting: ejection fraction between 30-40%, and patients receiving ACE inhibitors, at least for four weeks preoperatively. The patients were randomly divided in two groups, the group A who were infused with 0.03 IU/min vasopressin and the group B who were infused with normal saline intraoperativelly and for the 4 postoperative hours. Measurements of mean artery pressure (MAP), central venous pressure (CVP), systemic vascular resistance (SVR), ejection fracture (EF), heart rate (HR), mean pulmonary artery pressure (MPAP), cardiac index (CI) and pulmonary vascular resistance (PVR) were performed before, during, and after the operation. The requirements of catecholamine support, the urine-output, the blood-loss, and the requirements in blood, plasma and platelets for the first 24 hours were included in the data collected. The incidence of vasodilatory shock was significantly lower (8% vs 20%) in group A and B respectively (p = 0,042). Generally, the mortality was 12%, exclusively deriving from group B. Postoperatively, significant higher values of MAP, CVP, SVR and EF were recorded in the patients of group A, compared to those of group B. In group A norepinephrine was necessary in fewer patients (p = 0.002) and with a lower mean dose (p = 0.0001), additive infusion of epinephrine was needed in fewer patients (p = 0.001), while both were infused for a significant shorter infusion-period (p = 0.0001). Vasopressin administration (for group A) was associated with a higher 24 hour diuresis (0.0001).

In conclusion, low-dose of infused vasopressin during cardiopulmonary bypass and for the next 4 hours is beneficial for its postoperative hemodynamic profile, reduces the doses of requirements of catecholamines and contributes to prevention of the postcardiotomy vasoplegic shock in the patient with low ejection fraction who is receiving ACE preoperatively.

\* Correspondence: ekoletsis@hotmail.com
† Contributed equally
[3]Department of Cardiothoracic Surgery Department, Patras University
Hospital Patras, Greece



© 2010 Papadopoulos et al; licensee BioMed Central Ltd. This is an Open Access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/2.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

PAR-VASO-0008020

## Background

Coronary artery bypass grafting by using cardiopulmonary bypass (CPB) may be complicated by persistent hypotension due to low systemic vascular resistance, in 5-22% of patients [1,2]. Different causes have been associated with this situation, like hypothermia and duration of CPB, total cardioplegic volume infused, reduced left ventricular function, preoperative treatment with angiotensin-converting enzyme inhibitors, and systemic inflammatory response syndrome (SIRS), or inappropriate low arginine-vasopressin secretion. On the other hand, different factors such as the reduced effect on the pressor catecholamines, cellular acidosis, opening of ATP sensitive channels, efflux of K+ and hyperpolarization of the myocytes, which prevents Ca++ channels from opening [3,4].

An advanced form of this post-cardiotomy hypotension is the so-called vasodilatory or vasoplegic shock which is a life-threatening condition, intractable in the usual management with fluid administration, inotropes, and even vasopressor catecholamines [4-7]. The incidence of this syndrome is reported to range between 8.8 to 10% [8-10], but in patients with preoperative severe left ventricular systolic dysfunction it may be observed up to 42% of the cases [11]. In addition, the infusion of catecholamines often complicates the cardiovascular stabilization by producing arrhythmias and entering into a circulus vicious [12,13].

Vasopressin has been introduced as adjunctive to catecholamines in cardiac arrest and in advanced vasodilatory shock, and the results have shown that it is more effective than vasopressor catecholamines [6,13,14].

We examined the effectiveness of intraoperative infusion of arginine vasopressin in operated cardiac patients to prevent the postoperative vasodilatory chock. The aim of our study was to investigate the effects of prophylactic administration of low-dose of vasopressin (of 0.03 Units per minute for 4 hours), on the patients' hemodynamic status, on the incidence of vasodilatory shock, and on urine output and blood loss, for the 1st day after the operation.

## Materials and methods

This study was conducted following approval from the Ethics Committee and our hospital's Scientific Committee and after having obtained written informed consent from all patients. A total of 50 patients, aged 32 to 81 years (61 ± 16 years), were operated between January 2003 to December 2005 for coronary artery disease. All the patients underwent selective coronary artery bypass grafting by the same anesthetic and surgical team. The inclusion criteria for the patients were the following:

1. Patients were on ACE inhibitors therapy for at least 4 weeks prior to surgical procedure, and

2. Patients had impaired left ventricular ejection fraction, expressed by a preoperatively estimated injection fraction between 30-40% (by transthoracic or transesophageal echo).

From the study patients were excluded, according to the following criteria:

1. injection fraction less than 30%,

2. in shock or critical hemodynamic state, confirmed by the introduced TEE. In addition, patients with appearance of shock or severe hemodynamic instability "intractable" in simple preload-manipulations (fluids infusion) and in combination with simultaneous (observed by TEE) impairment of left ventricular function during the operation and in the first 2 hours after termination of cardiopulmonary bypass, were excluded,

3. confirmed hepatic, and/or renal, and/or thyroid, and/or adrenal disease,

4. significant carotid stenosis or any event of intraoperative brain ischemia documented by continuous transcranial SvO2 (INVUS),

5. significant peripheral obstructive arteriopathy,

6. documented pulmonary hypertension, expressed by systolic pulmonary pressure >30-35 mm Hg, and

7. chronic obstructive pulmonary disease, confirmed by preoperative spirometry, thorax X-rays and blood gas analysis.

For all patients a double right internal jugular vein catheterization was performed, with placement of a three-way central catheter, as well as a Swan - Ganz catheter for continuous measurement of pulmonary artery pressure, cardiac output and mixed venous blood saturation. Next, a urinary catheter was introduced for measurement of hourly diuresis. In addition, a transesophageal ultrasound probe was introduced for intra- and post-operative estimation of cardiac function. All three catheters were retained for the first 24 h and removed in ICU after this time.

Induction of anesthesia was performed using a continuous remifentanyl infusion at a dosage of 0.5 μg/Kg/min, intravenous etomidate at a titrated dosage of 0.2-0.3 mg/Kg, and 0.6 mg/kg of rocuronium. For maintenance of anesthesia, the following were used: remifentanyl, at a dose of 0.25-0.5 μg/Kg/min, sevoflurane, 1-2%, and rocuronium in continuous infusion at a rate of 20 mg/h. The operation was performed using cardiopulmonary bypass, systemic hypothermia at 30°C, and intermittent (after each distal anastomosis) application of cold blood cardioplegia in the same manner. Patients were divided in a blind- manner in two groups. In group A, continuous infusion of a solution of vasopressin (Pitressin, Pfizer, Kalsruhe, Germany) 0.03 IU/min

PAR-VASO-0008021

was intravenously administered through a central line at an infusion rate of 22 ml/h. The infusion began 20 minutes before beginning cardiopulmonary bypass and was continued throughout the operation for the next 4 hours after termination of the cardiopulmonary bypass. In group B, a solution of normal saline was administered in the same dose, way, and duration. Both solutions were prepared by a nurse, and infused at an infusion rate of 22 ml/h. Neither the surgeon nor the anesthetist or any other in the operating room except from this nurse did know the kind of infused solution, in each patient.

Ten minutes before termination of the cardiopulmonary bypass, a solution of norepinephrine, at a dose of 0.03 μg/Kg/min was routinely administered (in continuous iv infusion), and it was individually increased up to 0.05 μg/Kg/min during the next 24 hours until extubation, depending on the hemodynamic state of each patient. An additional dose of epinephrine of 0.01-0.03 μg/Kg/min was selectively infused in patients to whom the above dose of norepinephrine was insufficient in order to restore a normal cardiac output, whereas in every patient with vasodilatory shock.

After successful termination of the cardiopulmonary bypass and the followed homeostasis, the patients were transferred to the ICU, where the vasopressin or saline solution was continued, until completion of the pre-specified infusion-time (4 hours after termination of cardiopulmonary bypass). All the patients were sedated for the first 12-18 hours, and then they were extubated in the absence of any hemodynamic instability. For maintenance of sedation, a solution of Propofol in a dose of about 40 mg/h was continuously administered until the time of extubation. Postoperative urine output and blood loss from drains were hourly recorded, for the first 24 hours.

In all patients, the hemodynamic profile was routinely recorded, at five phases. The first phase (phase-1) was recorded at 20 minutes prior to initiation of extracorporeal circulation. The second (phase-2) was recorded at 20 minutes after termination of the cardiopulmonary bypass. The third phase (phase-3) was recorded at 40 minutes following termination of the cardiopulmonary bypass. The fourth phase (phase-4) was recorded at 60 minutes after termination of the cardiopulmonary bypass. Finally, the last phase (phase-5) was recorded at 2 hours following transfer of the patient in ICU. The recorded parameters of hemodynamic profile were the following: EF, HR, MAP, MPAP, CO, CVP, SVR, and PVR. The rest of the data which were recorded and were considered for the analysis of the results were the following:

1. The preoperative medication,
2. Biometric data such as age and BSA,
3. Some intraoperative factors such as cardiopulmonary bypass-time and ischemia-time,
4. The units of administered blood and/or blood products,
5. The 24-hour patient dieresis,
6. The 24-hour blood-loss, and
7. Requirement for inotropes and their dosage, as well as the mean dose and duration of norepinephrine administration.

## Statistical analysis

All data are expressed as mean value ± standard deviation. Values in both groups passed the Kolmogorov-Smirnof test for normality. Comparisons of continuous variables between groups were performed using the unpaired student's t-test. Comparison of categorical data between the two groups of patients was performed by the chi-square test or the Fischer's exact test, where appropriate. p-values less than 0.05 were considered statistically significant. All analyses were performed using the SPSS 16 statistical package.

## Results

Three patients died (6%) in the postoperative period (48 hours, 88 hours and 4 days postoperatively), all of them from the group B (12%) (0% versus 12%, p = 0.235). The cause of death for all patients was the multiple organ-system failure.

At first, the comparison between two groups was made regarding the general characteristics (sex, mean age, and BSA), clinical preoperative data (co-morbidity, severity of CAD and intraoperative hemodynamic measurements), preoperative medication and intraoperative data (cardiopulmonary bypass-time, ischemia-time, grafts number per patients, etc). All these data are presented in table 1 and 2. In table 3 the postoperative data (mortality, hemodynamic profile, needed inotropic support, etc) for the two groups is shown.

According to all preoperative data, there were no statistically significant differences between the two groups, confirming the similarity of the groups at baseline (table 1). In the same way, from the comparison of postoperative measurements (table 3), no statistical significant differences were observed between two groups, concerning the factors HR, MPAP (fig. 1), CI (fig. 2) and PVR. On the contrary, comparison of values of MAP (fig. 3), CVP (fig. 4), SVR (fig. 5), and EF (fig. 6) following extracorporeal circulation showed significantly higher values in group A (table 2).

The mean vasopressin's infusion-time was 404 ± 33 minutes and the mean total dose of infused vasopressin in the patients of group A were 12.4 ± 1.3 Units (table 2).

Vasodilatory shock is considered the hemodynamic state characterized by a systolic arterial pressure of less

**Table 1 The comparative pre- operative data from the patients both groups.**

| | Group A | Group B | p |
|---|---|---|---|
| **General characteristics** | | | |
| Number of patients | 25 | 25 | - |
| Male/female | 20/5 | 21/4 | 1 |
| Age (y/s) | 66 ± 13 | 62 ± 15 | 0,319 |
| Height (cm) | 164 ± 9 | 168 ± 11 | 0,166 |
| Weight (kg) | 75 ± 11 | 72 ± 8 | 0,276 |
| BSA | 1.74 ± 7.4 | 1.82 ± 6.6 | 0,968 |
| **Clinical preoperative data** | | | |
| Hypertension | 16 | 14 | 0.773 |
| Diabetes mellitus | 8 | 10 | 0.769 |
| Euroscore | 4.8 ± 2.2 | 4.5 ± 2.6 | 0,662 |
| 3-coronary vessel disease | 19 | 17 | 0.754 |
| 2-coronary vessel disease | 6 | 9 | 0.538 |
| Significant Left main CAD | 2 | 4 | 0.667 |
| Ischemic mitral regurgitation 1+/4+ | 7 | 4 | 0.496 |
| Ischemic mitral regurgitation 2+/4+ | 4 | 8 | 0.321 |
| Ejection fraction 30-35% | 9 | 12 | 0.567 |
| Ejection fraction 35-40% | 16 | 13 | 0.567 |
| Cardiac Index (L/min/m²) | 3.1 ± 0,6 | 3.2 ± 0.8 | 0,619 |
| PCWP < 15 | 9 | 10 | 0.773 |
| PCWP > 15 | 16 | 15 | 0.773 |
| **Preoperative medication** | | | |
| aMEA | 25 | 25 | - |
| b-blockers | 14 | 17 | 0.377 |
| Calcium channel blockers (pts) | 11 | 8 | 0.561 |

**Table 2 The comparative intra-operative data from the patients both groups.**

| | Group A | Group B | P |
|---|---|---|---|
| Total vasopressin infused (U) | 12.4 ± 1.3 | - | - |
| Vasopressin's infusion-time (min) | 404 ± 33 | - | - |
| Operation's-time (min) | 238 ± 32 | 228 ± 26 | 0,231 |
| Cardiopulmonary bypass-time (min) | 169 ± 29 | 177 ± 20 | 0,262 |
| Myocardial ischemia-time (min) | 52 ± 14 | 47 ± 12 | 0.182 |
| Mean hypothermia (°C) | 31.4 ± 1.8 | 31.1 ± 1.5 | 0,525 |
| LIMA-used (pts) | 23 | 24 | 1.000 |
| Radial artery used (pts) | 9 | 6 | 0.538 |
| 3-grafts bypass | 16 | 18 | 0.762 |
| 2-grafts bypass | 9 | 6 | 0.538 |
| 1-graft bypass (LIMA) | - | 1 | 1.0 |

than 80 mmHg (or mean arterial pressure < 70 mm Hg), despite of a cardiac output more than 5 L/min (or a cardiac index > 2.5 L/min/m²) (9, 10). According to this definition, one (1) patient of the vasopressin group (4%), and six (6) patients of the control group (24%) developed vasodilatory shock, during the first 24 hours of postoperative observation (p = 0.042) (table 3).

**Table 3 The post-operative data from the patients both groups**

| Characteristics | Group A | Group B | p |
|---|---|---|---|
| **Mortality** | | | |
| Surgical mortality | 0(%) | 3 (12%) | 0.235 |
| **Hemodynamic profil** | | | |
| Cardiac Index (L/min/m²) | 3.2 ± 0.7 | 3.0 ± 0.8 | 0,352 |
| Heart rate (/min) | 78 ± 11 | 83 ± 9 | 0,085 |
| PVR | 198 ± 40 | 214 ± 29 | 0,112 |
| Mean PAP (mm Hg) | 21 ± 4 | 19 ± 4 | 0,084 |
| Mean AP (mm Hg) | 84 ± 11 | 78 ± 7 | 0,026 |
| SVR (dyn.cm/m²) | 1210 ± 102 | 1103 ± 123 | 0.002 |
| CVP (mm Hg) | 8.5 ± 2.5 | 7 ± 1.8 | 0.019 |
| EF | 38.0 ± 3.9 | 35.5 ± 4.1 | 0.032 |
| Vasodilatory shock (pts) | 1 (8%) | 6 (20%) | 0.042 |
| **Inotropic needs** | | | |
| Needed norepinephrine (pts) | 6 | 18 | 0.002 |
| Needed additional epinephrine (pts) | 5 | 17 | 0.001 |
| Mean catecholamine infusion-time (Hours) | 10 ± 4 | 18 ± 6 | 0,000 |
| Mean norepinephrine-dose μg/Kg/min | 0.16 ± 0.04 | 0.44 ± 0.07 | 0,000 |
| **Blood-loss and urine output** | | | |
| Mean blood loss (ml) | 650 ± 125 | 975 ± 100 | 0,000 |
| Mean urine volume (ml) | 5603 ± 1450 | 3910 ± 1102 | 0.000 |
| **Transfusion needs** | | | |
| Mean erythrocytes' units transfused | 3.1 ± 1.7 | 4.2 ± 1.8 | 0.031 |
| Mean plasma's units transfused | 6.1 ± 2.3 | 5.8 ± 3.1 | 0.699 |
| Mean platelets' units transfused | 4.3 ± 1.8 | 5.7 ± 2.1 | 0.015 |

It is of note that in none of the patients a hypertensive crisis was observed. Inotropes infusion (norepinerhrine and/or epinephrine) was individually decided, depending on the postoperative hemodynamic status of the patients for the first 24 hours. Norepinephrine was infused in a minimal dose of 0.03-0.05 μg/Kg/min in 6 patients (24%) of group A and in 18 patients (72%) of group B (p = 0.002). Epinephrine infusion was additionally necessary in 5 patients (20%) of group A and in 17 (68%) of group B (p = 0.001). Generally, the catecholamine infusion-time was significantly lower in group A (10 ± 4 hours), in comparison to group B (18 ± 6 hours) (p = 0.0001) (table 3). Mean needed doses of norepinephrine were significantly lower in group A (0.16 ± 0.04 μg/Kg/min) than in group B (0.44 ± 0.07 μg/Kg/min) (p = 0.0001) (table 3).

Postoperative urine output during the first 24 hours was significantly higher in group A (5603 ± 1450 ml), in comparison to group B (3910 ± 1102 ml (p = 0.0001) (table 3).

The needed transfusions for blood and platelet units were statistically significantly lower for the patients of

PAR-VASO-0008023



**Figure 1 Mean Pulmonary Pressure during time-points T1 - T5**. Distribution of values for mean pulmonary pressure (MPAP) during time-points T1 - T5 for group I (vasopressin, in blue boxplots) and group II (placebo, in green boxplots). (median = black line, boxplot = 50% of data set, lines on both sides of the boxplot = dispersion for 99% of values, * = numbers outside of distribution range for 99% of values).

group A, in comparison to group B, in contrast to transfused plasma units. Moreover the postoperative blood loss for the first 24 hours was significantly lower in group A (650 ± 125 ml), compared to group B (975 ± 100 ml) (p = 0.0001) (table 3).

## Discussion

The vasodilatory shock is a state of abrupt hemodynamic deterioration in the first hours following open heart surgery. It is mainly characterized by a vasodilatory hypotension (systolic BP < 80 mmHg, while cardiac output is restored >5 L/min) associated with lactic acidosis, tachycardia, decreased systemic vascular resistance and low filling pressures [11,15,16]. The hypotension is characteristically unresponsive either to catecholamine administration (or necessitating norepinephrine administration more than 8 μg/min), or to preload increase by excessive fluid infusion [17].

This situation is attributed to a loss of vascular tone, due to either the inflammatory mediators produced by the cardiopulmonary bypass or the administered vasodilators such as phosphodiesterase inhibitors, nitrates, etc [5,16]. Some factors such as congestive heart failure (with EF < 35%), preoperative use of angiotensin-converting enzyme inhibitors and/or b-blockers and/or amiodarone and phosphodiesterase inhibitors, seem to be related with increased

PAR-VASO-0008024



**Figure 2 Cardiac Index during time-points T1 - T5.** Distribution of values for cardiac index (CI) during time-points T1 - T5 for group I (vasopressin, in blue boxplots) and group II (placebo, in green boxplots). (median = black line, boxplot = 50% of data set, lines on both sides of the boxplot = dispersion for 99% of values, * = numbers outside of distribution range for 99% of values).

postoperative incidence of the vasodilatory shock [11,15,18-20]. In our study, the influence of low-dose of vasopressin on postoperative vasodilatory shock was examined in patients with two predisposing factors of this syndrome: low ejection fraction and preoperative administration of ACE inhibitors. In fact, according to Argengiano et al [11], both low ejection fraction and use of ACE inhibitors were independent risk factors for the development of postoperative vasodilatory shock. In fact, while the incidence of vasodilatory shock in patients with a normal ejection fraction was 3.3%, in patients with a low ejection fraction or receiving ACE inhibitors, it was 26.9% and 26.7%, respectively [11]. In our study, the incidence of vasodilatory shock was significantly lower in the group of

vasopressin, being 20% in the control group and 4% in the vasopressin group (table 3), and much lower from those values reported by Argengiano et al [21]. According to this study, which included patients with end-stage heart failure who were subjected to left ventricular assist device placement, the incidence of postoperative vasodilatory shock was 42% [21].

The mortality of post-cardiotomy vasodilatory syndrome is high, dependent on its responsiveness in simultaneous vasopressin and norepinephrine infusion [7,22]. According to Gomes W, et al [8], the duration of norepinephrine refractory vasoplegia -it may persist for longer than 36-48 hours- significantly influences outcomes, because the syndrome may complicate postoperative oozing that requires

PAR-VASO-0008025



**Figure 3 Mean arterial pressure values during time-points T1 - T5**. Distribution of mean arterial pressure (MAP) values during time-points T1 - T5 for group I (vasopressin, in blue boxplots) and group II (placebo, in green boxplots). (median = black line, boxplot = 50% of data set, lines on both sides of the boxplot = dispersion for 99% of values, * = numbers outside of distribution range for 99% of values).

blood and plasma transfusions. Generally, the mortality for post-cardiotomy patients may be increased up to 25% [8,9]. In our study, although the mortality for the patients of group A was 0% and for group B 12% this difference wasn't statistically significant. Of note, the mortality was not obviously related to the syndrome, all deaths occurred in patients with the syndrome, and at a later phase. Therefore, the calculated mortality for the patients suffering from the postcardiotomy vasoplegic shock syndrome was 50% (3 from the 6 pts) (table 3). The relative low mortality in our study may be attributed to the design of our protocol: we used a very-low dose of infusion; we started it 20 minutes before cardiopulmonary bypass in combination with norepinephrine infusion at the termination of cardio-pulmonary bypass. Indeed, Patel B, et al [23] considers the

low dose of 0.03 IU/min, in combination with its gradual starting of infusion as a factor of its effectiveness. In addition, another study has shown that the combined infusion of vasopressin with norepinephrine in post-cardiotomy patients did not cause an increase in mortality as predicted by Euroscore [24]. According to this study, the safety of low dose of vasopressin (≤0.04 IU/min) combined with norepinephrine was supported by the authors' observation that none of patients receiving vasopressin below 2 U/h (0.033 IU/min), died [24].

Concerning the appropriate dose of vasopressin there is not enough knowledge. It is mainly dependent on the indication, namely the management of postoperative vasodilatory shock or the prevention of the shock. For management, it has been used by several investigators in

PAR-VASO-0008026



**Figure 4 Central Venous Pressure during time- points T1 - T5**. Distribution of values for central venous pressure (CVP) during time- points T1 - T5 for group I (vasopressin, in blue boxplots) and group II (placebo, in green boxplots). (median = black line, boxplot = 50% of data set, lines on both sides of the boxplot = dispersion for 99% of values, * = numbers outside of distribution range for 99% of values).

different dosages, between 2-6, or even 15 U/h [11,16,21]. Others have administered much lower dosages as these of 0.03-1 U/h [16,25-29]. However, infusion at a dose of about 6 U/hr seems to be effective, because it obtains a plasma level of ≥150 pg/ml and further increasing these levels does not offer additional benefit [11,16,17,25]. In fact, Mutlu G and Factor P [29], consider as appropriate the dose of <0.04 U/min and showed that it is safe and effective, even for the treatment of the septic vasodilatory shock. Higher dosages of vasopressin may be associated with several complications such as decreased coronary blood flow and cardiac

output, ventricular arrhythmias and gut ischemia [28]. However, Torqersen C, et al [30] in their randomized and controlled trial by comparing two doses of 0.033 and 0.067 IU/min of arginine vasopressin infusion in patients with advanced vasodilatory shock, they showed that the patients receiving dose of 0.067 IU/min required significantly less norepinephrine, developed lower metabolic acidosis, without significant differences in MAP-levels, rate of adverse events and ICU-mortality, even for the 48 hours after the operation.

Our study showed, that intraoperative total "ultra-low" dose of 12.4 ± 1.3 Units of vasopressin may prevent the

PAR-VASO-0008027



**Figure 5 Systemic Vascular Resistance during time-points T1 - T5**. Distribution of values for peripheral resistance (SVR) during time-points T1 - T5 for group I (vasopressin, in blue boxplots) and group II (placebo, in green boxplots). (median = black line, boxplot = 50% of data set, lines on both sides of the boxplot = dispersion for 99% of values, * = numbers outside of distribution range for 99% of values).

postoperative vasodilatory shock. Indeed, this "ultra-low" dose of vasopressin according to our study, obtains a significant increase of MAP (fig. 3), CVP (fig. 4), as well as a significant increase of SVR (fig. 5). The increased arterial pressure and systemic vascular resistance are mainly due to the produced by vasopressin systemic vasoconstrictive action, rather in patients in shock than in patients with a normal hemodynamic state [15,28]. Indeed, several studies in the past have shown that the perioperative administration of vasopressin restores the vascular tone in patients following cardiopulmonary bypass, especially in cases that are refractory to norepinephrine [16,21,26]. This result could be warranted by the known action of vasopressin: in low doses it has little or no influence on blood pressure of the normotensive patients, while the same doses in patients in vasodilatory shock produce an effective constrictive vessel action [15]. The increased cardiac index is attributed not only to the preload and after load changes [11,21,26,25,31], but also to the increased myocardial contractility. In fact, vasopressin infusion in advanced vasodilatory shock tends to improve myocardial performance by increasing of intramyocardial calcium concentrations, and producing coronary artery vasodilatation,

PAR-VASO-0008028



**Figure 6 Left ventricular Ejection Fraction during time-points T1 - T5**. Distribution of values for left ventricular ejection fraction (E.F.) during time-points T1 - T5 for group I (vasopressin, in blue boxplots) and group II (placebo, in green boxplots). (median = black line, boxplot = 50% of data set, lines on both sides of the boxplot = dispersion for 99% of values, * = numbers outside of distribution range for 99% of values).

in combination with the increase of myocardial blood flow due to increased systemic perfusion pressure [12,14]. The observation of significant postoperative increase of ejection fraction in our patients receiving vasopressin (fig. 6), is confirmed only by our findings, as to the best of our knowledge, no other study has recorded and evaluated this hemodynamic parameter.

Our study also showed that pulmonary vascular resistance and mean pulmonary artery pressure were not affected by the vasopressin infusion (fig. 1). It may attributed to the observed vasodilatory effect of vasopressin in the pulmonary vasculature [21,31], influence (of action) which is already experimentally confirmed and is due to a release of NO by the endothelial pulmonary capillaries [32]. Because of the above described action, vasopressin has been successfully used by Tayama E, et al [32], in cardiac surgical patients with preoperative pulmonary hypertension.

Concerning the postoperative needs of norepinephrine, our data showed that in the vasopressin group the percentage of patients requiring administration was significantly lower in comparison to the control group

PAR-VASO-0008029

(6 pts or 24% versus 18 pts or 72%) (table 3). Similarly, an impressive difference was observed in the number of patients requiring additive infusion of epinephrine. While in the group of vasopressin only 5 pts (20%) required additional infusion of epinephrine, in the group of placebo it was 17 pts (68%) (table 3). An even more impressive observation was the difference to the mean administered dose of norepinephrine: this was significantly lower (0.16 ± 0.04 versus 0.44 ± 0.07 μg/min) in the vasopressin group. Similarly, the mean-time of catecholamine's infusion was significantly lower in the vasopressin group (10 ± 4 versus 18 ± 6 hours) (table 3).

Several studies have demonstrated the augmented vasoconstrictor action of vasopressin in patients with hypotension not responding to high-dose of norepinephrine, dopamine and fluid resuscitation [33], action which persists for up to 2 hours [34] and with a serious advantage: less pronounced vasoconstriction in the coronary and cerebral circulation [35]. Finally, to this double beneficial action of vasopressin for myocardium and brain, the protective action for the kidneys can be added. Experimental studies in protocols of short and prolonged cardiac arrest have shown that vasopressin produced a significantly higher vital organ blood flow and cerebral oxygen delivery than epinephrine did [36,37].

The increased urine output represents a remarkable result of infused vasopressin due -according to several studies- to the increased mean arterial pressure of the patient and therefore to the improvement of glomerular filtration rate [37,38]. However, Bragadottir G, et al [35] showed, that low to moderate doses of vasopressin (0.03-0.08 IU/min) in post-cardiac surgery patients cause a significant renal vasoconstricion and a decline in renal blood flow, which was accompanied by an increased glomerular filtration rate, suggesting that vasopressin mainly constricts efferent arterioles. It is of note that although these patients were not in shock, vasopressin infusion seems to produce an impairment of the renal oxygen demand/supply relationship [39]. Several studies have shown that vasopressin receptors in the renal vasculature are located in the efferent arterioles, in contrast to the catecholamine receptors, which are located in the adducing arterioles [33,35]. Therefore, although the vasoconstrictive action of catecholamines leads to a decrease in the filtration fraction, the action of vasopressin leads to an increase in the filtration fraction and, hence, to an increase of urine output [33,37,38].

We also observed this significantly increased 24-hour diuresis in the patients of the vasopressin group (table 3). Morales D, et al [16], proposed the long-term administration (up to 12 hours) of vasopressin in patients with postcardiotomy vasodilatory shock associated with renal insufficiency (instead of that of 2 to 3 hours in patients with normal renal function), to maintain an improved filtration rate and urine output.

Although vasopressin causes a decrease of platelets in a significant number of patients (up to 52%) [12,40], it enhances blood coagulation. This can be attributed to an observed increase the plasma concentrations of factors VIII and von Willebrand [41,42]. The combination of several factors as those just mentioned, like the produced vasoconstriction and probably the increased adhesion of platelets (there are receptors V1 on them) [41], may explain the observed statistically significant reduced post-cardiotomy blood loss in the vasopressin group, in our study (table 3), this finding is in accordance to the less transfusions needs in the group A. Because desmopressin -a known drug already used for the reduction of postoperative bleeding in post-cardiotomy patients is an analogue of vasopressin [36], could potentially offer an additive "hemostatic role" in the vasopressin actions.

## Conclusions

In summary, infusion of an "ultra-low" dose vasopressin (0.03 U/min) during cardiopulmonary bypass and for the first hours after coronary artery bypass grafting in patients with preoperative medication with ACE inhibitors who are having low ejection fraction, is safe and beneficial. It significantly reduces the required doses of catecholamines, obtaining a better hemodynamic profile, a higher urine output and lower blood loss for the first 24 hours. The use of an "ultra-low" dose vasopressin seems to be preventive for the incidence of observed post-cardiotomy vasodilatory shock. Finally, it may decrease both catecholamine dose and duration of their administration, it is considered as a useful agent for decreasing all their side-effects.

## Author details

[1]Department of Anesthesia and Intensive Care Unit, University Hospital of Ioannina, Ioannina, Greece. [2]Cardiac Surgery Department, University Hospital of Ioannina, Ioannina, Greece. [3]Department of Cardiothoracic Surgery Department, Patras University Hospital Patras, Greece.

## Authors' contributions

All authors: 1) have made substantial contributions to conception and design, or acquisition of data, or analysis and interpretation of data; 2) have been involved in drafting the manuscript or revising it critically for important intellectual content; and 3) have given final approval of the version to be published.

## Competing interests

The authors declare that they have no competing interests.

Received: 11 February 2010  Accepted: 28 March 2010
Published: 28 March 2010

## References

1.  Carrel T, Englberger L, Mohacsi P, Neidhart P, Schmidli J: **Low systemic vascular resistance after cardiopulmonary bypass: incidence, etiology, and clinical importance.** *J Card Surg* 2000, **15**:347-353.

PAR-VASO-0008030

2. Sun X, Zhang L, Hill PC, Lowery R, Lee AT, Molyneaux RE, Corso PJ, Boyce SW: Is incidence of postoperative vasoplegic syndrome different between off-pump and on-pump coronary artery bypass grafting surgery? *Eur J Cardiothorac Surg* 2008, 34:820-825.

3. Noto A, Lentini S, Versaci A, Giardina M, Risitano DC, Messina R, David A: A retrospective analysis of terlipressin in bolus for the management of refractory vasoplegic hypotension after cardiac surgery. *Interact CardioVascular and Thoracic Surgery* 2009, 9:588-92.

4. Laffey JG, Boylan JF, Cheng DC: The systemic inflammatory response to cardiac surgery: implications for the anesthesiologist. *Anesthesiology* 2002, 97:215-52.

5. Landry DW, Oliver JA: The pathogenesis of vasodilatory shock. *N Engl J Med* 2001, 345:588-595.

6. Wenzel V, Krismer AC, Arntz HR, Sitter H, Stadlbauer KH, Lindner KH: A comparison of vasopressin and epinephrine for out-of-hospital cardiopulmonary resuscitation. *N Engl J Med* 2004, 350:105-113.

7. Gomes WJ, Carvalho AC, Palma JH, Goncalves I Jr, Buffolo E: Vasoplegic syndrome: a new dilemma. *J Thorac Cardiovasc Surg* 1994, 107:942-3.

8. Gomes WJ, Carvalho AC, Palma JH, Teles CA, Branco JN, Silas MG, Buffolo E: Vasoplegic syndrome after open heart surgery. *J Cardiovasc Surg (Torino)* 1998, 39:619-23.

9. Levin RL, Degrange MA, Bruno GF, Del Mazo CD, Taborda DJ, Griotti JJ, Boullon FJ: Methylene blue reduces mortality and morbidity in vasoplegic patients after cardiac surgery. *Ann Thorac Surg* 2004, 77:496-9.

10. Shanmugam G: Vasoplegic syndrome-the role of methylene blue. *Eur J Cardio-thoracic Surg* 2005, 28:705-10.

11. Argenziano M, Chen J, Choundhri A, Cullinane S, Garfein E, Weinberg AD, Smith CR Jr, Rose EA, Landry DW, Oz MC: Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. *J Thorac Cardiovasc Surg* 1998, 116:973-80.

12. Luckner G, Duenser M, Jochberger S, Mayr VD, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, Mayr AJ, Friesenecker B: Arginine vasopressin in 316 patients with advanced vasodilatory shock. *Crit Care Med* 2005, 33:2659-2666.

13. Duenser MW, Wenzel V, Mayr AJ, Hasibeder WR: Management of vasodilatory shock: Defining the role of arginine vasopressin. *Drugs* 2003, 63:237-256.

14. Duenser MW, Mayr AJ, Ulmer H, Knotzer H, Sumann G, Pajk W, Friesenecker B, Hasibeder WR: Arginine vasopressin in advanced vasodilatory shock: A prospective, randomized, controlled study. *Circulation* 2003, 107:2313-2319.

15. Morales D, Garrido M, Madigan J, Helman D, Faber J, Williams M, Landry D, Oz M: A double-blind randomized trial: Prophylactic Vasopressin Reduces Hypotension After Cardiopulmonary Bypass. *Ann Thorac Surg* 2003, 75:926-30.

16. Morales D, Gregg D, Helman D, Williams MR, Naka Y, Landry DW, Oz MC: Arginine vasopressin in the treatment of fifty patients with postcardiotomy vasodilatory shock. *Ann Thorac Surg* 2000, 69:102-6.

17. Raja S, Dreyfus G: Vasoplegic syndrome after Off-pump coronary artery bypass surgery. *Tex Heart Inst J* 2004, 31:421-24.

18. Mekontso-Dessap A, Houel R, Soustelle C, Kirsch M, Thebert D, Loisance DY: Risk factors for post-cardiopulmonary bypass vasoplegia in patients with preserved left ventricular function. *Ann Thorac Surg* 2001, 71:1428-32.

19. Tuman KJ, McCarthy RJ, O'Connor CJ, Holm WE, Ivankovich AD: Angiotensin-converting enzyme inhibitors increase vasoconstrictor requirements after cardiopulmonary bypass. *Anesth Analg* 1995, 80:473-9.

20. Mets B, Michler RE, Delphin ED, Oz MC, Landry DW: Refractory vasodilation after cardiopulmonary bypass for heart transplantation in recipients on combined amiodarone and angiotensin-converting enzyme inhibitor therapy: a role for vasopressin administration. *J Cardiothorac Vasc Anesth* 1998, 12:326-9.

21. Argenglano M, Choudhri A, Oz M, Rose E, Smith C, Landry D: A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. *Circulation* 1997, 96:286-290.

22. Carrel T, Englberger L, Mohacsi P, Neidhart P, Schmidli J: Low systemic vascular resistance after cardiopulmonary bypass: incidence, etiology, and clinical importance. *J Card Surg* 2000, 15:347-53.

23. Patel B, Chittock D, Russell J, Walley K: Beneficial effects of short-term vasopressin infusion during severe septic shock. *Anesthesiology* 2002, 96:576-82.

24. Suojaranta-Ylinen R, Vento R, Patila T, Kukkonen S: Vasopressin, when added to norepinephrine, was not associated with increased predicted mortality after cardiac surgery. *Scand J Surg* 2007, 96:314-18.

25. Morales DL, Landry DW, Oz MC: Therapy for vasodilatory shock: Arginine vasopressin. *Semin Anesth Periop Med* 2000, 19:98-107.

26. Masetti P, Murphy SF, Kouchoukos NT: Vasopressin therapy for vasoplegic syndrome following cardiopulmonary bypass. *J Card Surg* 2002, 17:485-9.

27. Malay MB, Ashton RC Jr, Landry DW, Townsend RN: Low-dose vasopressin in the treatment of vasodilatory septic shock. *J Trauma* 1999, 47:699-705.

28. Albright T, Zimmerman M, Selzman C: Vasopressin in the cardiac surgery intensive care unit. *Am J Crit Care* 2002, 11:326-332.

29. Mutlu G, Factor P: Role of vasopressin in the management of septic shock. *Intensive Care Med* 2004, 30:1276-91.

30. Torgersen C, Duenser M, Wenzel V, Jochberger S, Mayr V, Schmittinger CA, Lorenz I, Schmid S, Westphal M, Grander W, Luckner G: Comparing two different arginine vasopressin doses in advanced vasodilatory shock: a randomized, controlled, open-label trial. *Intensive Care Med* 2009, 36:57-65.

31. Argenziano M, Chen JM, Cullinane S, Choudhri AF, Rose EA, Smith CR, Edwards NM, Landry DW, Oz MC: Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. *J Heart Lung Transplant* 1999, 18:814-817.

32. Tayama E, Ueda T, Shojima T, Akasu K, Oda T, Fukunaga S, Akashi H, Aoyagi S: Arginine vasopressin is an ideal drug after cardiac surgery for the management of low systemic vascular resistant hypotension concomitant with pulmonary hypertension. *Interact CardioVasc Thorac Surg* 2007, 6:715-719.

33. Leone M, Albanese J, Delmas A, Chaabane W, Garnier F, Martin C: Terlipressin in catecholamine-resistant septic shock patients. *SHOCK* 2004, 22:314-319.

34. Novella S, Martinez C, Pagán R, Hernández R, García-Sacristán A, González-Pinto A, González-Santos J, Benedito S: Plasma levels and vascular effects of vasopressin in patients undergoing coronary artery bypass grafting. *Eur J Cardiothorac Surg* 2007, 32:69-76.

35. Delmas A, Leone M, Rousseau S, Albanese J, Martin C: Clinical review: Vasopressin and terlipressin in septic shock patients. *Critical Care* 2005, 9:212-222.

36. Wenzel V, Lindner K: Employing vasopressin during cardiopulmonary resuscitation and vasodilatory shock as a lifesaving vasopressor. *Cardiovascular Research* 2001, 51:529-541.

37. Wenzel V, Lindner K, Prengel A, Maier C, Voelckel W, Lurie KG, Strohmenger HU: Vasopressin improves vital organ blood flow after prolonged cardiac arrest with postcounter-shock pulseless activity in pigs. *Crit Care Med* 1999, 27:486-92.

38. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA: The effects of vasopressin on hemodynamics and renal function in severe septic shock: A case series. *Intensive Care Med* 2001, 27:1416-21.

39. Bragadottir G, Redfors B, Nygren A, Sellgren J, Ricksten SE: Low-dose vasopressin increases glomerular filtration rate, but impairs renal oxygenation in post-cardiac surgery patients. *Acta Anesthesiol Scand* 2009, 53:1052-59.

40. Duenser MW, Fries DR, Schobersberger W, Ulmer H, Wenzel V, Friesenecker B, Hasibeder WR, Mayr AJ: Does arginine vasopressin influence the coagulation system in advanced vasodilatory shock with severe multiorgan dysfunction syndrome? *Anesth Analg* 2004, 99:201-206.

41. Treschan T, Peters J: The vasopressin system: Physiology and clinical strategies. *Anesthesiology* 2006, 105:599-612.

42. Mannucci PM: Desmopressin (DDAVP) in the treatment of bleeding disorders: The first twenty years. *Haemophilia* 2000, 6:60-7.

doi:10.1186/1749-8090-5-17
**Cite this article as:** Papadopoulos *et al:* Perioperative infusion of low-dose of vasopressin for prevention and management of vasodilatory vasoplegic syndrome in patients undergoing coronary artery bypass grafting-A double-blind randomized study. *Journal of Cardiothoracic Surgery* 2010 **5**:17.

PAR-VASO-0008031

Anesthesiology 2002; 96:576–82   © 2002 American Society of Anesthesiologists, Inc. Lippincott Williams & Wilkins, Inc.

# Beneficial Effects of Short-term Vasopressin Infusion during Severe Septic Shock

Bhavesh M. Patel, M.D., F.R.C.P.(C.),* Dean R. Chittock, M.D., F.R.C.P.(C.),† James A. Russell, M.D., F.R.C.P.(C.),‡ Keith R. Walley, M.D., F.R.C.P.(C.)‡

*Background:* Septic shock is associated with vasopressin deficiency and a hypersensitivity to its exogenous administration. The goal of the current study was to determine whether short-term vasopressin infusion in patients experiencing severe septic shock has a vasopressor sparing effect while maintaining hemodynamic stability and adequate end-organ perfusion.

*Methods:* Patients experiencing septic shock that required high-dose vasopressor support were randomized to a double-blinded 4-h infusion of either norepinephrine (n = 11) or vasopressin (n = 13), and open-label vasopressors were titrated to maintain blood pressure. To assess end-organ perfusion, urine output and creatinine clearance, gastric mucosal carbon dioxide tension, and electrocardiogram ST segment position were measured.

*Results:* Patients randomized to norepinephrine went from a median prestudy norepinephrine infusion of 20.0 $\mu$g/min to a blinded infusion of 17.0 $\mu$g/min at 4 h, whereas those randomized to vasopressin went from a median prestudy norepinephrine infusion of 25.0 $\mu$g/min to 5.3 $\mu$g/min at 4 h ($P < 0.001$). Mean arterial pressure and cardiac index were maintained in both groups. Urine output did not change in the norepinephrine group (median, 25 to 15 ml/h) but increased substantially in the vasopressin group (median, 32.5 to 65 ml/h; $P < 0.05$). Similarly, creatinine clearance did not change in the norepinephrine group but increased by 75% in the vasopressin group ($P < 0.05$). Gastric mucosal carbon dioxide tension and electrocardiogram ST segments did not change significantly in either group.

*Conclusions:* The authors conclude that short-term vasopressin infusion spared conventional vasopressor use and improved some measures of renal function in patients with severe septic shock.

EFFECTIVE cardiovascular support plays an essential role in the management of patients with septic shock. Oxygen delivery must be maintained above a critical threshold,[1] and arterial pressure must exceed a level that allows appropriate distribution of cardiac output for adequate regional perfusion. Combinations of cat-

---

This article is featured in "This Month in Anesthesiology." Please see this issue of ANESTHESIOLOGY, page 5A.

---

* Clinical Assistant Professor, Department of Critical Care, Mayo Clinic Arizona. † Clinical Assistant Professor, ‡ Professor, Program of Critical Care Medicine, University of British Columbia.

Received from the Department of Critical Care, Mayo Clinic Arizona, Scottsdale, Arizona, and the Program of Critical Care Medicine, University of British Columbia, Vancouver, British Columbia, Canada. Submitted for publication May 7, 2001. Accepted for publication October 18, 2001. Supported by the British Columbia Lung Association/St. Paul's Hospital Foundation, Vancouver, British Columbia, Canada (Dr. Walley). Presented at the annual meeting of the American Thoracic Society, San Diego, California, April 27, 1999.

Address reprint requests to Dr. Walley: University of British Columbia McDonald Research Laboratories, St. Paul's Hospital, 1081 Burrard Street, Vancouver, British Columbia, Canada V6Z 1Y6. Address electronic mail to: kwalley@mrl.ubc.ca. Individual article reprints may be purchased through the Journal Web site, www.anesthesiology.org.

echolamines, including norepinephrine, epinephrine, dopamine, and dobutamine, are currently used to achieve these goals. A number of studies favor norepinephrine as an effective vasopressor to maintain an adequate mean arterial pressure during septic shock.[2–4] However, at high doses, norepinephrine has several potential adverse effects, including increased tissue oxygen demand,[5] decreased renal and mesenteric blood flow,[6] increased pulmonary vascular resistance,[5,7] and arrhythmias resulting from $\beta$-adrenergic effects of norepinephrine. Over a short time, vascular responsiveness to norepinephrine and other catecholamines diminishes.[8–10] Thus, potential problems arise when high-dose catecholamines are required to treat septic shock. Furthermore, mortality from septic shock remains high despite the availability of norepinephrine and other catecholamine vasopressors. Thus, it is conceivable that alternative vasopressors used alone or in combination with standard therapies may further improve organ perfusion and function.

In view of these concerns, vasopressin may be a rational additional therapy in septic shock.[11,12] During hypotension, vasopressin normally helps maintain arterial blood pressure by acting as a potent vasoconstrictor.[13–17] In contrast to cardiogenic and hypovolemic shock, during which vasopressin concentrations increase substantially, vasopressin concentrations are not elevated during established septic shock,[18] which has been interpreted as vasopressin deficiency.[12] During septic shock, there is enhanced vasopressin sensitivity despite this relative vasopressin deficiency.[11,12] Thus, there is a physiologic rationale for restoring endogenous vasopressin concentrations during septic shock. As with all vasoconstricting agents, there is organ-specific heterogeneity in the vascular responsiveness to vasopressin. Vasopressin causes vasodilation of cerebral,[19] coronary,[19] and pulmonary vasculature[20,21] in animal models and has little effect on afferent glomerular renal arterioles.[22] Vasopressin significantly increases systemic vascular resistance overall by reducing blood flow to other organs, including skeletal muscle and skin.[23] During cardiac arrest in humans, vasopressin increases cerebral blood flow.[24] These organ-specific vascular effects of vasopressin may be beneficial compared with the effects of norepinephrine.

Accordingly, we tested the hypothesis that vasopressin infusion has a vasopressor-sparing effect while maintaining hemodynamic stability and adequate end-organ perfusion. To test this hypothesis, we compared the short-term physiologic effects of vasopressin *versus* nor-

PAR-VASO-0008032

**Table 1. Criteria Used to Define Sepsis**

Core temperature greater than 38.4°C or less than 36°C
Tachycardia greater than 90 beats/min
Tachypnea greater than 20 breaths/min or $Paco_2$ less than 32
   mmHg or if ventilated for an acute process
Leukocyte count greater than 12,000 cells/mm³ or less than 4,000
   cells/mm³ or greater than 10% circulating immature neutrophils
Suspected or proven infection

$Paco_2$ = arterial carbon dioxide tension.

epinephrine in patients who had hyperdynamic septic shock requiring high-dose vasopressors. The study drug (either vasopressin or norepinephrine) was titrated to maintain mean arterial pressure while we measured cardiac index and surrogate markers of specific organ perfusion, including urine output and creatinine clearance (renal), gastric–arterial carbon dioxide tension ($Pco_2$) gradient (gastric), and ST segment changes (heart).

## Materials and Methods

Our goal was to determine whether short-term vasopressin infusion in patients experiencing severe septic shock has a vasopressor-sparing effect while maintaining hemodynamic stability and adequate end-organ perfusion using a prospective, double-blind, randomized, controlled study design. Either vasopressin or norepinephrine was infused for 4 h in patients with severe septic shock who required high-dose vasopressors despite adequate fluid resuscitation. This study was approved by the ethical review boards of St. Paul's Hospital and Vancouver Hospital. Informed consent was obtained from the next of kin before study enrollment. Studies were conducted in the multidisciplinary intensive care units of these two university-affiliated tertiary care hospitals.

### Inclusion Criteria

Patients with severe septic shock were recruited if they fulfilled the diagnosis of sepsis plus end-organ dysfunction unrelated to the primary septic focus, were adequately volume resuscitated, were on high-dose vasopressors, and had a pulmonary artery catheter in place. All patients were required to have a cardiac index greater than $2.0 \ l \cdot min^{-1} \cdot m^{-2}$. Sepsis was defined using standard criteria (table 1),[25] which, together with end-organ dysfunction, define septic shock. Adequate volume resuscitation was defined as 500 ml crystalloid bolus or 250 ml 5% albumin (or other equivalent colloid) and pulmonary capillary wedge pressure greater than 12 mmHg, failing to reverse hypotension and vasopressor requirement. High-dose vasopressor support was defined as follows: norepinephrine dose (micrograms per minute) plus epinephrine dose (micrograms per minute) plus dopamine dose divided by 4 (micrograms per kilogram per minute) greater than 5 for a minimum of 1 h. These criteria fulfill the definition of septic shock[25] and

approximately correspond to severe cardiovascular failure as defined by the Sequential Organ Failure Assessment score.[26]

### Exclusion Criteria

Patients were excluded if they were pregnant, had a hypersensitivity to exogenously administered vasopressin or norepinephrine, had acute coronary artery disease present or suspected, had acute mesenteric ischemia present or suspected, had severe hyponatremia (serum sodium < 125 mM) not responding to water restriction, or if the patient had Raynaud phenomenon, systemic sclerosis, or a vasospastic diathesis.

### Measurements

All patients were mechanically ventilated, had ST segments monitored, had a systemic arterial catheter to measure mean arterial pressure, and had a pulmonary artery catheter to measure pulmonary artery pressure, pulmonary artery occlusion pressure, and thermodilution cardiac output in triplicate. Systemic vascular resistance index was calculated as the mean systemic arterial pressure minus right atrial pressure divided by cardiac index. Pulmonary vascular resistance index was calculated as the mean pulmonary artery pressure minus pulmonary artery occlusion pressure divided by cardiac index.

We measured gastric mucosal $Pco_2$ using a nasogastric tonometer (Tonometrics, Worcester, MA) after the correct position of the tonometer in the stomach was confirmed by radiography. The tonometer balloon was filled with 2.5 ml normal saline at room temperature 60 min before measurement. After this 60-min equilibration time, the saline sample was removed from the tonometer. The first 1 ml was discarded as catheter dead space, and blood gas analysis (IL-482; Radiometer, Copenhagen, Denmark) was performed on the remainder. $Pco_2$ measurements were temperature corrected to 37°C. Note that body temperature did not change during the course of this 4-h study. In four patients an automated gas tonometer system was used. The gradient between gastric mucosal and arterial $Pco_2$, $\Delta P_{g-a}co_2$, was calculated as gastric mucosal $Pco_2$ minus arterial $Pco_2$. Histamine receptor antagonists, which have no effect on the reproducibility of $\Delta P_{g-a}co_2$, were not routinely used.[27]

Urine output per hour was averaged over 4 h before the study, and the repeat measure was averaged over 4 h during study drug infusion. Simultaneously in blood and in a 4-h urine collection, we measured creatinine, sodium, and osmolality at baseline and after the 4-h study drug infusion. Serum vasopressin concentration was measured using a radioimmunoassay.[28]

### Patients

Twenty-four patients were enrolled. The etiology of septic shock was documented infection in 22 patients

PAR-VASO-0008033

**Table 2. Baseline Comparison between the Vasopressin and Norepinephrine Groups**

| Variable | Norepinephrine Group (n = 11) | Vasopressin Group (n = 13) | P Value |
|---|---|---|---|
| Age (yr) | 68 [58, 75] | 68 [58, 70] | 0.89 |
| % Female | 27 | 23 | 0.81 |
| APACHE II | 24 [19, 30] | 22 [20, 27] | 0.75 |
| Norepinephrine at baseline ($\mu$g/min) | 20.0 [19.0, 26.4] | 25.0 [20.0, 37.3] | 0.35 |
| Dopamine at baseline ($\mu$g · kg$^{-1}$ · min$^{-1}$) | 2.7 [1, 3.5] | 2.5 [0, 5.3] | 0.91 |
| Gram-positive cultures (%) | 64 | 46 | 0.39 |
| Gram-negative cultures (%) | 36 | 38 | 0.92 |
| Site of infection (%) | | | |
|   Lung | 55 | 54 | 0.97 |
|   Abdomen | 18 | 31 | 0.48 |
|   Other | 27 | 13 | 0.37 |

Values are median [25th percentile, 75th percentile], unless otherwise stated. *P* value refers to difference between the norepinephrine and vasopressin groups.

(table 2). One patient with pancreatitis and a second patient postoperatively after bowel infarction had suspected infection but did not have positive cultures. Patients had severe septic shock with very high Acute Physiology and Chronic Health Evaluation II scores ($25 \pm 7$) and high norepinephrine infusion rates at baseline (table 2).

### Protocol

An initial set of measurements was taken. Patients were then randomized, using a computer-based procedure, to receive an infusion of either vasopressin or norepinephrine in a double-blind fashion for 4 h. During the initial 60 min of this 4-h infusion protocol, the study drug was titrated (infusion increased by 7 ml/h every 5–10 min), and the prestudy vasopressor agent (in all cases this was norepinephrine) was titrated down to maintain mean arterial pressure constant at a level determined by the attending intensive care physician. All other medications were held constant, dobutamine infusions were not adjusted, and mechanical ventilator settings and positive end-expiratory pressure were not changed. If the patient deteriorated while on the study drug, then unblinding of the study drug infusion was allowed at any time. However, as this never occurred, no patients were unblinded during the 4-h study period. At the end of the 4-h study drug infusion period, a second set of measurements was obtained to complete the study.

The concentrations of vasopressin and norepinephrine in the study drug infusions were chosen so that the starting volume of the randomized drug infusion was 7 ml/h. This corresponded to a vasopressin infusion of 0.01 units/min or a norepinephrine infusion of 2 $\mu$g/min. The maximum rate of infusion allowed in this study protocol was 56 ml/h of blinded study drug, which corresponded to a vasopressin

infusion rate of 0.08 units/min or a norepinephrine infusion rate of 16 $\mu$g/min.

### Statistical Analysis

A number of measured variables, including the primary outcome of norepinephrine dose, demonstrated skewed distributions. Therefore, we used a nonparametric statistical analysis. We tested for differences in baseline characteristics between experimental groups using a Mann-Whitney test for continuous variables and a chi-square test for proportions. We tested for changes from baseline to 4 h in outcome variables between the two study groups using a Kruskal-Wallis analysis of variance. All data are reported as median with 25th and 75th percentiles in parentheses in the text and tables. A threshold $\alpha$ of 0.05 was used to assign statistical significance. This analysis was repeated using corresponding parametric tests (*t* test for baseline characteristics, analysis of variance for changes from baseline to 4 h for each variable) and identified exactly the same significant differences.

## Results

Patient groups were well matched such that there was no significant difference between the norepinephrine and vasopressin groups at the prestudy baseline (table 2). Titration of the study drug (either norepinephrine or vasopressin) was accomplished within 1 h without difficulty while maintaining hemodynamic stability. Mean arterial pressure and cardiac index were unchanged after titrating prestudy norepinephrine down and the blinded vasopressin or norepinephrine infusion up in the two groups (table 3). Similarly, there was no change in heart rate, pulmonary artery occlusion pressure, systemic vascular resistance index, or pulmonary vascular resistance in either the norepinephrine or vasopressin group (table 3). In the norepinephrine group, the median prestudy norepinephrine infusion rate was 20.0 $\mu$g/min (25th percentile, 19.0 $\mu$g/min; 75th percentile, 26.4 $\mu$g/min) and, after titrating the prestudy norepinephrine down and the blinded norepinephrine infusion up, total norepinephrine infusion rate was 17.0 $\mu$g/min (12.0, 29.9 $\mu$g/min; fig. 1). The concordance of prestudy and 4-h norepinephrine infusion rate in the norepinephrine group further demonstrates constant hemodynamic support and status during titration of study drugs and titration down of prestudy norepinephrine.

In the vasopressin study group, the norepinephrine infusion decreased from 25.0 $\mu$g/min (20.0, 37.3 $\mu$g/min) prestudy to 5.3 $\mu$g/min (0, 8.0 $\mu$g/min; $P < 0.001$) at 4 h while maintaining mean arterial pressure (table 3). The median vasopressin infusion rate in this group was 0.06 units/min (0.05, 0.06 units/min). Thus, a vasopressin infusion significantly reduced the requirement for norepinephrine in these patients with severe septic shock.

PAR-VASO-0008034

**Table 3. Hemodynamic Variables**

| Variable | Norepinephrine | | Vasopressin | |
|---|---|---|---|---|
| | Baseline | 4 h | Baseline | 4 h |
| Heart rate (beats/min) | 97 (89, 110) | 92 (83, 100) | 102 (90, 110) | 93 (91, 100) |
| Mean arterial pressure (mmHg) | 68 (65, 70) | 67 (61, 70) | 69 (65, 72) | 69 (65, 70) |
| Cardiac index ($l \cdot min^{-1} \cdot m^{-2}$) | 5.0 (3.8, 5.6) | 4.0 (3.2, 5.1) | 4.8 (3.5, 5.5) | 4.4 (3.1, 5.3) |
| Pulmonary artery occlusion pressure (cm $H_2O$) | 15 (14, 19) | 19 (13, 22) | 12 (12, 18) | 16 (13, 18) |
| Systemic vascular resistance index ($dyn \cdot cm^{-5} \cdot s \cdot m^2$) | 750 (681, 1173) | 781 (662, 1263) | 905 (838, 1044) | 948 (864, 1130) |
| Pulmonary vascular resistance index ($dyn \cdot cm^{-5} \cdot s \cdot m^2$) | 185 (116, 195) | 163 (121, 188) | 123 (96, 174) | 128 (84, 140) |

Values are median (25th percentile, 75th percentile). No statistically significant differences were observed in any of these variables between groups or over time.

Vasopressin infusion doubled urine output ($P < 0.05$) from baseline to 4 h (fig. 2). In contrast, urine output did not change from baseline to 4 h in the norepinephrine group. The vasopressin-induced increase in urine output was associated with a significantly increased creatinine clearance in the vasopressin group ($P < 0.05$; fig. 3) with no change in fractional excretion of sodium (table 4). Thus, vasopressin improved some aspects of renal function.

Vasopressin did not appear to have deleterious effects on other organ perfusion and function. Specifically, gastric–arterial $P_{CO_2}$ gradient did not change significantly in the norepinephrine group from baseline (8.0 mmHg [3.2, 9.5 mmHg]) to 4 h (6.9 mmHg [5.4, 10.7 mmHg]) or in the vasopressin group from baseline (5.2 mmHg [4.0, 8.0 mmHg]) to 4 h (7.0 mmHg [4.0, 16.2 mmHg]). Similarly, vasopressin infusion did not alter the position of ST segments on the monitor electrocardiogram in the vasopressin group (ST position change of 0.0 mm [0, 0 mm]) or in the norepinephrine group (ST position change of 0.0 mm [0.0, 0.1 mm]), did not result in arrhythmias and did not change heart rate or the rate–pressure product (table 3). Thus, there was no evidence of coronary hypoperfusion.

Vasopressin, also called antidiuretic hormone, had no effect on sodium or osmolality in blood or urine during the short time course of this study in patients with septic shock (table 4). Baseline vasopressin concentration in the blood was no different between the two groups and was very low (1.3 ± 0.9 pg/ml) for the degree of hypotension of these patients. Vasopressin infusion significantly increased blood vasopressin concentration to 17.1 ± 3.9 pg/ml ($P < 0.001$), while norepinephrine did not alter vasopressin concentration (0.7 ± 0.5 pg/ml).

## Discussion

The principal finding of this study is that vasopressin infusion spared conventional catecholamine use. Compared with a hemodynamically equivalent dose of nor-



**Fig. 1.** Mean norepinephrine infusion rate of all patients at the prestudy baseline and after 4 h of study drug infusion is shown for both the norepinephrine and vasopressin groups. Titrating on the blinded control drug (norepinephrine) allowed an expected decrease in the unblinded clinical norepinephrine infusion so that the total (blinded plus unblinded) norepinephrine infusion did not change significantly. In contrast, vasopressin infusion had a marked sparing effect on norepinephrine use (*$P < 0.001$). Error bars indicate the range from the 25th to 75th percentile.



**Fig. 2.** Mean urine output per hour for all patients in the 4 h before study and in the 4 h during study drug infusion is shown. Not surprisingly, urine output in the norepinephrine group did not change because prestudy norepinephrine was replaced with almost the same dose of blinded norepinephrine infusion during the 4-h study. In contrast, urine output during a vasopressin infusion, which resulted in an equivalent hemodynamic state, more than doubled urine output (*$P < 0.001$). Error bars indicate the range from the 25th to 75th percentile.

PAR-VASO-0008035



**Fig. 3. Median creatinine clearance for all patients during 4 h before the study and during the 4-h study drug infusion is shown. Creatinine clearance did not change in the norepinephrine group but increased significantly during vasopressin infusion (*P < 0.01). Error bars indicate the range from the 25th to 75th percentile.**

epinephrine, vasopressin infusion significantly increased urine output and creatinine clearance. Vasopressin infusion had no measurable adverse impact on the heart and the gastric–arterial $PCO_2$ gradient, while maintaining mean arterial pressure and cardiac output in patients with severe septic shock.

Cardiovascular dysfunction contributes importantly to the high mortality rate (40–70%) of septic shock.[29,30] Vasopressors play a critical role in the cardiovascular management of sepsis, first, by increasing venous tone, which increases venous return and, second, by increasing arterial tone, which increases mean arterial pressure. α-Adrenergic agonists have been the primary vasopressors used in septic shock to maintain venous tone and mean arterial pressure. However, α-adrenergic agonists have important potential problems. Little is known about alternative vasopressors, such as vasopressin, in managing clinical septic shock.

Vasopressin is a potentially interesting alternative agent[18] that has recently been used in septic and distributive shock.[11,12,31] Vasopressin is an endogenous hormone secreted by the posterior pituitary. Activation of $V_{1a}$ receptors on vascular smooth muscle is responsible for vasoconstriction and increased systemic vascular resistance.[18] Increased vasopressin concentrations activate

baroreceptor reflexes, which reduce heart rate and cardiac output,[23,32,33] so that vasopressin has little effect on arterial pressure at physiologic concentrations during normal conditions.[14,34–37] However, during hypotension and hypovolemia, vasopressin concentrations are increased significantly, and vasopressin maintains arterial blood pressure by acting as a potent vasoconstrictor.[14,16,23,38] When baroreceptor reflexes are impaired, as they are during septic shock,[11,12] the pressor activity of vasopressin is greatly enhanced.[32,33] The lack of change in heart rate in response to vasopressin infusion that we and other investigators[11,12] observed is consistent with the hypothesis that impaired baroreceptor reflex activity may be the cause of enhanced sensitivity to infused vasopressin.

Our study is currently the only randomized controlled trial comparing vasopressin to norepinephrine in severe septic shock. There are only three previously reported clinical studies of vasopressin in septic shock[11,12,39] that evaluated a total of 34 patients. One was a case series (n = 5),[11] one was a case-control study (n = 19),[12] and one was a randomized controlled trial (n = 10)[39] using a placebo control group. These studies suggested that vasopressin spared norepinephrine use, but none compared vasopressin *versus* norepinephrine directly. We chose to compare vasopressin to norepinephrine, rather than compare vasopressin to placebo, because it is already known that vasopressin has vasopressor properties in patients with septic shock,[11,12,39] yet it is not known whether vasopressin has significant beneficial effects compared with conventional norepinephrine therapy. Furthermore, comparison to norepinephrine allowed us to use a double-blind study design, which we believe is an important strength.

We observed low baseline serum vasopressin concentrations in these patients who had severe septic shock, which is similar to results reported by Landry *et al.*[12] These investigators concluded that septic shock is associated with vasopressin deficiency compared with similar degrees of hypotension during cardiogenic shock, because vasopressin concentrations were dramatically increased in patients who had cardiogenic shock. Decreased vasopressin concentrations observed during septic shock[11,12] could be a result of depletion of vasopressin stores in the posterior pituitary, inhibition of

**Table 4. Measures Related to Free Water and Sodium Handling**

| | Baseline | | 4 h | |
|---|---|---|---|---|
| Variable | Norepinephrine | Vasopressin | Norepinephrine | Vasopressin |
| FeNa (%) | 1.5 (0.3, 4.7) | 2.1 (0.2, 5.2) | 2.1 (0.2, 4.9) | 2.8 (0.5, 7.2) |
| Serum sodium concentration (mM) | 136 (135, 139) | 135 (134, 138) | 136 (133, 142) | 137 (133, 140) |
| Urine sodium concentration (mM) | 37 (12, 47) | 32 (19, 52) | 32 (19, 85) | 40 (32, 88) |
| Plasma osmolality (mM) | 297 (295, 310) | 297 (292, 307) | 306 (291, 314) | 305 (292, 315) |
| Urine osmolality (mM) | 333 (301, 359) | 343 (309, 392) | 360 (311, 379) | 357 (318, 388) |

Values are median (25th percentile, 75th percentile). No statistically significant differences were observed in any of these variables between groups or over time.

PAR-VASO-0008036

vasopressin production (*e.g.*, by increased nitric oxide production), or increased clearance of vasopressin. Increased clearance of vasopressin in septic shock is unlikely because a relatively low-dose infusion of vasopressin increased vasopressin concentrations in our patients and in other studies.[12] The vasopressin infusion we used restored vasopressin concentrations to those observed in other types of hypotension.[12] Thus, we consider low-dose vasopressin infusion during septic shock to be similar to hormonal replacement therapy as opposed to pharmacotherapy using catecholamines titrated to a blood pressure endpoint.

Vasopressin infusion allowed us to reduce norepinephrine infusion rates while maintaining blood pressure and cardiac output. The bedside critical care nurses were able to titrate on vasopressin and titrate down norepinephrine, while maintaining hemodynamic stability, without difficulty. The resulting cardiac output and pulmonary capillary occlusion pressure (as a measure of left ventricular preload) were unchanged. Lack of a difference in preload, afterload, and cardiac output indicate that there was no difference between the effect of vasopressin and norepinephrine on cardiac function.

The most striking additional finding of this study is that infusion of vasopressin, at a dose that did not alter mean arterial pressure or cardiac output while decreasing norepinephrine infusion, increased urine output and creatinine clearance. Previous studies of the physiology of vasopressin and norepinephrine suggest a plausible explanation. Norepinephrine increases resistance in both the afferent and efferent glomerular arterioles,[22] which can contribute to decreased glomerular filtration rate, creatinine clearance, and urine output. In contrast, vasopressin increases resistance in efferent glomerular arterioles but has virtually no effect on afferent glomerular arterioles.[22] Hence, for similar systemic hemodynamics, replacement of norepinephrine with vasopressin may result in increased glomerular perfusion pressure and flow and, hence, an elevated glomerular filtration rate because of beneficial vasoconstriction of efferent arterioles and relative vasodilation of afferent arterioles.

Vasopressin did not alter gastric–arterial $P_{CO_2}$ gradients or ST segments on the monitor electrocardiogram. These observations suggest that vasopressin, in the low doses used here, did not result in overt gastric ischemia or coronary perfusion as a result of excessive arterial vasoconstriction. However, gastric–arterial $P_{CO_2}$ gradients do not fully reflect splanchnic blood flow,[40,41] so that it is appropriate to interpret these results cautiously—particularly because vasopressin has been used for many years as a splanchnic vasoconstrictor. Although the main vascular effect of vasopressin is vasoconstriction, in low doses, vasopressin induces vasodilation[42,43] in a number of vascular beds *via* oxytocin receptor stimulation, which results in endothelial nitric oxide release.[44] The vasopressin-induced vasodilatory effects modulate the vasopressin vasoconstrictor effects so that low-dose vasopressin has less pronounced vasoconstrictor effects, particularly in coronary and cerebral arteries.[45]

This study has a number of limitations. First, the study duration was brief, which we chose to focus on indices of hemodynamic stability and measures of organ function. Thus, these data do not address the issue of whether vasopressin increases survival of septic shock compared with conventional catecholamine therapy. However, the current randomized controlled trial demonstrates that it is feasible to institute low-dose vasopressin therapy, and vasopressin has potentially important physiologic benefits compared with norepinephrine. These results are a necessary starting point for a survival outcome randomized controlled trial. A further potential concern is that our sample size was limited to 24 patients. We chose this sample size to adequately address the current physiologic hypotheses. A much larger sample size will be required to demonstrate a survival benefit. Although the sample size is relatively small, this is the only randomized controlled trial of vasopressin *versus* norepinephrine, the largest randomized controlled trial of any type using vasopressin *versus* another agent in septic shock, and our patients were well matched at baseline. Finally, our entry criterion of a pulmonary artery wedge pressure greater than 12 mmHg may be regarded as somewhat low, although the median wedge pressure for the group was higher (table 3). Thus, the initial vasopressor requirement may have been lower if these patients had received more fluid.

In summary, vasopressin spares conventional vasopressor use in patients with severe septic shock and improves aspects of renal function when compared with norepinephrine. One interpretation of the beneficial effects of vasopressin may be that it reduced the norepinephrine dose and therefore reduced the detrimental effects of high-dose norepinephrine. The results of this very preliminary clinical study are promising, but a larger more definitive study is needed to determine whether vasopressin is safe and effective in terms of meaningful clinical outcomes.

## References

1. Ronco JJ, Fenwick JC, Tweeddale MG, Wiggs BR, Phang PT, Cooper DJ, Cunningham KF, Russell JA, Walley KR: Identification of the critical oxygen delivery for anaerobic metabolism in critically ill septic and nonseptic humans. JAMA 1993; 270:1724–30

2. Martin C, Papazian L, Perrin G, Saux P, Gouin F: Norepinephrine or dopamine for the treatment of hyperdynamic septic shock? Chest 1993; 103:1826–31

3. Desjars P, Pinaud M, Potel G, Tasseau F, Touze MD: A reappraisal of norepinephrine therapy in human septic shock. Crit Care Med 1987; 15:134–7

4. Reinhart K, Sakka SG, Meier-Hellmann A: Haemodynamic management of a patient with septic shock. Eur J Anaesthesiol 2000; 17:6–21

5. Schreuder WO, Schneider AJ, Groeneveld AB, Thijs LG: Effect of dopamine vs norepinephrine on hemodynamics in septic shock: Emphasis on right ventricular performance. Chest 1989; 95:1282–8

6. Bomzon L, Rosendorff C, Scriven DR, Farr J: The effect of noradrenaline, adrenergic blocking agents, and tyramine on the intrarenal distribution of blood flow in the baboon. Cardiovasc Res 1975; 9:314–22

PAR-VASO-0008037

7. Chand N, Altura BM: Reactivity and contractility of rat main pulmonary artery to vasoactive agents. J Appl Physiol 1980; 49:1016–21

8. Meadows D, Edwards JD, Wilkins RG, Nightingale P: Reversal of intractable septic shock with norepinephrine therapy. Crit Care Med 1988; 16:663–6

9. Houston MC, Thompson WL, Robertson D: Shock: Diagnosis and management. Arch Intern Med 1984; 144:1433–9

10. Chernow B, Rainey TG, Lake CR: Endogenous and exogenous catecholamines in critical care medicine. Crit Care Med 1982; 10:409–16

11. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA: Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 1997; 25:1279–82

12. Landry DW, Levin HR, Gallant EM, Ashton RC, Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA: Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997; 95:1122–5

13. Abboud FM, Floras JS, Aylward PE, Guo GB, Gupta BN, Schmid PG: Role of vasopressin in cardiovascular and blood pressure regulation. Blood Vessels 1990; 27:106–15

14. Schwartz J, Reid IA: Effect of vasopressin blockade on blood pressure regulation during hemorrhage in conscious dogs. Endocrinology 1981; 109: 1778–80

15. Laszlo FA, Laszlo F Jr, De Wied D: Pharmacology and clinical perspectives of vasopressin antagonists. Pharmacol Rev 1991; 43:73–108

16. Minaker KL, Meneilly GS, Youn GJ, Landsberg L, Stoff JS, Robertson GL, Rowe JW: Blood pressure, pulse, and neurohumoral responses to nitroprusside-induced hypotension in normotensive aging men. J Gerontol 1991; 46:M151–4

17. Schrier RW, Berl T, Anderson RJ: Osmotic and nonosmotic control of vasopressin release. Am J Physiol 1979; 236:F321–32

18. Holmes CL, Patel BM, Russell JA, Walley KR: Physiology of vasopressin relevant to management of septic shock. Chest 2001; 120:989–1002

19. Vanhoutte PM, Katusic ZS, Shepherd JT: Vasopressin induces endothelium-dependent relaxations of cerebral and coronary, but not of systemic arteries. J Hypertens 1984; 2(Suppl):S421–2

20. Evora PR, Pearson PJ, Schaff HV: Arginine vasopressin induces endothelium-dependent vasodilatation of the pulmonary artery: V1-receptor-mediated production of nitric oxide. Chest 1993; 103:1241–5

21. Walker BR, Haynes J Jr, Wang HL, Voelkel NF: Vasopressin-induced pulmonary vasodilation in rats. Am J Physiol 1989; 257:H415–22

22. Edwards RM, Trizna W, Kinter LB: Renal microvascular effects of vasopressin and vasopressin antagonists. Am J Physiol 1989; 256:F274–8

23. Reid I, Schwartz J: Role of vasopressin in the control of blood pressure, Frontiers in Neuroendocrinology. Edited by Martini L, Ganong W. New York, Raven, 1984, pp 177–97

24. Wenzel V, Linder KH, Augenstein S, Prengel AW, Strohmenger HU: Vasopressin combined with epinephrine decreases cerebral perfusion compared with vasopressin alone during cardiopulmonary resuscitation in pigs. Stroke 1998; 29:1462–8

25. Bone RC, Balk RA, Cerra FB, Dellinger RP, Fein AM, Knaus WA, Schein RM, Sibbald WJ: Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. The ACCP/SCCM Consensus Conference Committee. American College of Chest Physicians/Society of Critical Care Medicine. Chest 1992; 101:1644–55

26. Vincent JL, de Mendonca A, Cantraine F, Moreno R, Takala J, Suter PM, Sprung CL, Colardyn F, Blecher S: Use of the SOFA score to assess the incidence of organ dysfunction/failure in intensive care units: Results of a multicenter,

prospective study. Working group on "sepsis-related problems" of the European Society of Intensive Care Medicine. Crit Care Med 1998; 26:1793–800

27. Parviainen I, Vaisanen O, Ruokonen E, Takala J: Effect of nasogastric suction and ranitidine on the calculated gastric intramucosal pH. Intensive Care Med 1996; 22:319–23

28. Argent NB, Baylis PH, Wilkinson R: Immunoreactive vasopressin in end stage renal failure. Clin Chim Acta 1990; 190:185–8

29. Tuchschmidt J, Fried J, Swinney R, Sharma OP: Early hemodynamic correlates of survival in patients with septic shock. Crit Care Med 1989; 17:719–23

30. Shoemaker WC, Appel PL, Kram HB, Waxman K, Lee TS: Prospective trial of supranormal values of survivors as therapeutic goals in high-risk surgical patients. Chest 1988; 94:1176–86

31. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW: A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997; 96:II-286–90

32. Montani JP, Liard JF, Schoun J, Mohring J: Hemodynamic effects of exogenous and endogenous vasopressin at low plasma concentrations in conscious dogs. Circ Res 1980; 47:346–55

33. Undesser KP, Hasser EM, Haywood JR, Johnson AK, Bishop VS: Interactions of vasopressin with the area postrema in arterial baroreflex function in conscious rabbits. Circ Res 1985; 56:410–7

34. Grollman A, Geiling E: The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary liquid (Pituitrin), Pitressin and Pitocin. J Pharm Exp Ther 1932; 46:447–60

35. Graybiel A: Circulatory effects following the intravenous administration of Pitressin in normal persons and in patients with hypertension and angina pectoris. Am Heart J 1941; 21:481–9

36. Wagner H: The pressor effect of the antidiuretic principle of the posterior pituitary in orthostatic hypotension. J Clin Invest 1956; 35:1412–8

37. Schwartz J, Keil LC, Maselli J, Reid IA: Role of vasopressin in blood pressure regulation during adrenal insufficiency. Endocrinology 1983; 112:234–8

38. Cowley AW Jr, Monos E, Guyton AC: Interaction of vasopressin and the baroreceptor reflex system in the regulation of arterial blood pressure in the dog. Circ Res 1974; 34:505–14

39. Malay MB, Ashton RC Jr, Landry DW, Townsend RN: Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999; 47:699–705

40. Uusaro A, Russell JA, Walley KR, Takala J: Gastric-arterial PCO2 gradient does not reflect systemic and splanchnic hemodynamics or oxygen transport after cardiac surgery. Shock 2000; 14:13–7

41. Walley KR, Friesen BP, Humer MF, Phang PT: Small bowel tonometry is more accurate than gastric tonometry in detecting gut ischemia. J Appl Physiol 1998; 85:1770–7

42. Liard JF, Deriaz O, Schelling P, Thibonnier M: Cardiac output distribution during vasopressin infusion or dehydration in conscious dogs. Am J Physiol 1982; 243:H663–9

43. Walker BR: Role of vasopressin in the cardiovascular response to hypoxia in the conscious rat. Am J Physiol 1986; 251:H316–23

44. Thibonnier M, Conarty DM, Preston JA, Plesnicher CL, Dweik RA, Erzurum SC: Human vascular endothelial cells express oxytocin receptors. Endocrinology 1999; 140:1301–9

45. Suzuki Y, Satoh S, Oyama H, Takayasu M, Shibuya M: Regional differences in the vasodilator response to vasopressin in canine cerebral arteries in vivo. Stroke 1993; 24:1049–54

PAR-VASO-0008038

Medscape Reference
Reference

- News
- Reference
- Education
- MEDLINE





# Septic Shock

- Chief Editor: Michael R Pinsky, MD, CM, FCCP, FCCM   more...

Updated: Aug 13, 2012

# Background

In 1914, Schottmueller wrote, "Septicemia is a state of microbial invasion from a portal of entry into the blood stream which causes sign of illness." The definition did not change much over the years, because the terms sepsis and septicemia referred to several ill-defined clinical conditions present in a patient with bacteremia. In practice, the terms often were used interchangeably; however, fewer than half the patients with signs and symptoms of sepsis have positive results on blood culture.

Furthermore, not all patients with bacteremia have signs of sepsis; therefore, sepsis and septicemia are not identical. In the past few decades, the discovery of endogenous mediators of the host response has led to the recognition that the clinical syndrome of sepsis is the result of excessive activation of host defense mechanisms rather than the direct effect of microorganisms. Sepsis and its sequelae represent a continuum of clinical and pathophysiologic severity.

Serious bacterial infections at any body site, with or without bacteremia, are usually associated with important changes in the function of every organ system in the body. These changes are mediated mostly by elements of the host immune system against infection. Shock is deemed present when volume replacement fails to increase blood pressure to acceptable levels and associated clinical evidence indicates inadequate perfusion of major organ systems, with progressive failure of organ system functions.

Multiple organ dysfunctions, the extreme end of the continuum, are incremental degrees of physiologic derangements in individual organs (ie, processes rather than events). Alteration in organ function can vary widely from a mild degree of organ dysfunction to frank organ failure.

This article does not cover sepsis of the neonate or infant. Special consideration must be given to neonates, infants, and small children with regard to fluid resuscitation, appropriate antibiotic coverage, intravenous (IV) access, and vasopressor therapy. See Neonatal Sepsis for complete information on this topic.

## Classification of shock

Shock is identified in most patients by hypotension and inadequate organ perfusion, which may be caused by either low cardiac output or low systemic vascular resistance. Circulatory shock can be subdivided into 4 distinct classes on the basis of underlying mechanism and characteristic hemodynamics, as follows:

- Hypovolemic shock
- Obstructive shock
- Distributive shock
- Cardiogenic shock

PAR-VASO-0008039

These classes of shock should be considered and systemically differentiated before establishing a definitive diagnosis of septic shock.

Hypovolemic shock results from the loss of blood volume caused by such conditions as gastrointestinal (GI) bleeding, extravasation of plasma, major surgery, trauma, and severe burns. The patient demonstrates tachycardia, cool clammy extremities, hypotension, dry skin and mucus membranes, and poor turgor.

Obstructive shock results from impedance of circulation by an intrinsic or extrinsic obstruction. Pulmonary embolism and pericardial tamponade both result in obstructive shock.

Distributive shock is caused by such conditions as direct arteriovenous shunting and is characterized by decreased resistance or increased venous capacity from the vasomotor dysfunction. These patients have high cardiac output, hypotension, large pulse pressure, a low diastolic pressure, and warm extremities with a good capillary refill. These findings on physical examination strongly suggest a working diagnosis of septic shock.

Cardiogenic shock is characterized by primary myocardial dysfunction, resulting in the inability of the heart to maintain adequate cardiac output. These patients demonstrate clinical signs of low cardiac output, while evidence exists of adequate intravascular volume. The patients have cool clammy extremities, poor capillary refill, tachycardia, narrow pulse pressure, and a low urine output.

## Definitions of key terms

The basis of sepsis is the presence of infection associated with a systemic inflammatory response that results in physiologic alterations at the capillary endothelial level. The difficulty in diagnosis comes in knowing when a localized infection has become systemic and requires more aggressive hemodynamic support. No criterion standard exists for the diagnosis of endothelial dysfunction, and patients with sepsis may not initially present with frank hypotension and overt shock.

Clinicians often use the terms sepsis, severe sepsis, and septic shock without a commonly understood definition. In 1991, the American College of Chest Physicians (ACCP) and the Society of Critical Care Medicine (SCCM) convened a consensus conference to establish definitions of these and related terms.[1, 2]

Systemic inflammatory response syndrome (SIRS) is a term that was developed in an attempt to describe the clinical manifestations that result from the systemic response to infection. Criteria for SIRS are considered to be met if at least 2 of the following 4 clinical findings are present:

- Temperature greater than 38°C (100.4°F) or less than 36°C (96.8°F)
- Heart rate (HR) greater than 90 beats per minute (bpm)
- Respiratory rate (RR) greater than 20 breaths per minute or arterial carbon dioxide tension (PaCO$_2$) lower than 32 mm Hg
- White blood cell (WBC) count higher than 12,000/μL or lower than 4000/μL, or 10% immature (band) forms

Of course, a patient can have either severe sepsis or septic shock without meeting SIRS criteria, and conversely, SIRS criteria may be present in the setting of many other illnesses (see the image below).



Venn diagram showing the overlap of infection, bacteremia, sepsis, systemic inflammatory response syndrome (SIRS), and multiorgan dysfunction.

In 2001, as a follow-up to the original ACCP/SCCM conference, an International Sepsis Definitions Conference was convened, with representation not only from the ACCP and the SCCM but also from the European Society of Intensive Care Medicine (ESICM), the American Thoracic Society (ATS), and the Surgical Infection Society (SIS). The following definitions of sepsis syndromes were published in order to clarify the terminology used to describe the spectrum of disease that results from severe infection.[3]

PAR-VASO-0008040

Sepsis is defined as the presence of infection in association with SIRS. The presence of SIRS is, of course, not limited to sepsis, but in the presence of infection, an increase in the number of SIRS criteria observed should alert the clinician to the possibility of endothelial dysfunction, developing organ dysfunction, and the need for aggressive therapy. Certain biomarkers have been associated with the endothelial dysfunction of sepsis; however, the use of sepsis-specific biomarkers has not yet translated to establishing a clinical diagnosis of sepsis in the emergency department (ED).

With sepsis, at least 1 of the following manifestations of inadequate organ function/perfusion is typically included:

- Alteration in mental state
- Hypoxemia (arterial oxygen tension [$PaO_2$] < 72 mm Hg at fraction of inspired oxygen [$FiO_2$] 0.21; overt pulmonary disease not the direct cause of hypoxemia)
- Elevated plasma lactate level
- Oliguria (urine output < 30 mL or 0.5 mL/kg for at least 1 h)

Severe sepsis is defined as sepsis complicated by end-organ dysfunction, as signaled by altered mental status, an episode of hypotension, elevated creatinine concentration, or evidence of disseminated intravascular coagulopathy (DIC).

Septic shock is defined as a state of acute circulatory failure characterized by persistent arterial hypotension despite adequate fluid resuscitation or by tissue hypoperfusion (manifested by a lactate concentration greater than 4 mg/dL) unexplained by other causes. Patients receiving inotropic or vasopressor agents may not be hypotensive by the time that they manifest hypoperfusion abnormalities or organ dysfunction.

Bacteremia is defined as the presence of viable bacteria within the liquid component of blood. It may be primary (without an identifiable focus of infection) or, more often, secondary (with an intravascular or extravascular focus of infection). Although sepsis is commonly associated with bacterial infection, bacteremia is not a necessary ingredient in the activation of the inflammatory response that results in severe sepsis. In fact, septic shock is associated with culture-positive bacteremia in only 30-50% of cases. [4, 5, 6, 7]

Multiple organ dysfunction syndrome (MODS) is defined as the presence of altered organ function in a patient who is acutely ill and in whom homeostasis cannot be maintained without intervention.

The American-European Consensus Conference on ARDS agreed upon the following definitions of acute lung injury (ALI) and acute respiratory distress syndrome (ARDS). [8] The criteria for ALI include the following:

- An oxygenation abnormality with a $PaO_2/FiO_2$ ratio less than 300
- Bilateral opacities on chest radiograph compatible with pulmonary edema
- Pulmonary artery occlusion pressure less than 18 mm Hg or no clinical evidence of left atrial hypertension if $PaO_2$ is not available

ARDS is a more severe form of ALI and is defined similarly, except that the $PaO_2/FiO_2$ ratio is 200 or less.

See the following articles for more information:

- Pediatric Sepsis
- Bacterial Sepsis
- Toxic Shock Syndrome
- Pediatric Toxic Shock Syndrome

# Pathophysiology

The pathophysiology of septic shock is not precisely understood, but it involves a complex interaction between the pathogen and the host's immune system. The normal physiologic response to localized infection includes the activation of host defense mechanisms that result in the influx of activated neutrophils and monocytes, the release of inflammatory mediators, local vasodilation, increased endothelial permeability, and activation of coagulation pathways.

These mechanisms are in play during septic shock, but on a systemic scale, leading to diffuse endothelial disruption, vascular permeability, vasodilation, and thrombosis of end-organ capillaries. Endothelial damage itself can further activate inflammatory and coagulation cascades, creating in effect a positive feedback loop, and leading to further endothelial and end-organ damage.

PAR-VASO-0008041

## Mediator-induced cellular injury

The evidence that sepsis results from an exaggerated systemic inflammatory response induced by infecting organisms is compelling; inflammatory mediators are the key players in the pathogenesis (see the table below).

Table 1. Mediators of Sepsis (Open Table in a new window)

| Type | Mediator | Activity |
|------|----------|----------|
| Cellular mediators | Lipopolysaccharide | Activation of macrophages, neutrophils, platelets, and endothelium releases various cytokines and other mediators |
| | Lipoteichoic acid | |
| | Peptidoglycan | |
| | Superantigens | |
| | Endotoxin | |
| Humoral mediators | Cytokines | Potent proinflammatory effect |
| | TNF-alpha and IL-1β | |
| | IL-8 | Neutrophil chemotactic factor |
| | IL-6 | Acts as pyrogen, stimulates B and T lymphocyte proliferation, inhibits cytokine production, induces immunosuppression |
| | IL-10 | Activation and degranulation of neutrophils |
| | MIF | Cytotoxic, augments vascular permeability, contributes to shock |
| | G-CSF | Involved in hemodynamic alterations of septic shock |
| | Complement | Promote neutrophil and macrophage, platelet activation and chemotaxis, other proinflammatory effects |
| | Nitric oxide | |
| | Lipid mediators | Enhance vascular permeability and contributes to lung injury |
| | Phospholipase A2 | |
| | PAF | Enhance neutrophil-endothelial cell interaction, regulate leukocyte migration and adhesion, and play a role in pathogenesis of sepsis |
| | Eicosanoids | |

PAR-VASO-0008042

Arachidonic acid
metabolites

Adhesion molecules


Selectins



Leukocyte integrins


G-CSF = Granulocyte colony-stimulating factor; IL = interleukin; MIF = macrophage inhibitory factor; PAF = platelet-activating factor; TNF = tumor necrosis factor.

An initial step in the activation of innate immunity is the synthesis de novo of small polypeptides, called cytokines, that induce protean manifestations on most cell types, from immune effector cells to vascular smooth muscle and parenchymal cells. Several cytokines are induced, including tumor necrosis factor (TNF) and interleukins (ILs), especially IL-1. Both of these factors also help to keep infections localized, but, once the infection becomes systemic, the effects can also be detrimental.

Circulating levels of IL-6 correlate well with outcome. High levels of IL-6 are associated with mortality, but its role in pathogenesis is not clear. IL-8 is an important regulator of neutrophil function, synthesized and released in significant amounts during sepsis. IL-8 contributes to the lung injury and dysfunction of other organs.

The chemokines (monocyte chemoattractant protein–1) orchestrate the migration of leukocytes during endotoxemia and sepsis. The other cytokines that have a supposed role in sepsis are IL-10, interferon gamma, IL-12, macrophage migration inhibition factor, granulocyte colony-stimulating factor (G-CSF), and granulocyte macrophage colony-stimulating factor (GM-CSF).

In addition, cytokines activate the coagulation pathway, resulting in capillary microthrombi and end-organ ischemia.[9, 10, 11] (See Abnormalities of coagulation and fibrinolysis.)

Gram-positive and gram-negative bacteria induce a variety of proinflammatory mediators, including the cytokines just mentioned, which play a pivotal role in initiating sepsis and shock. Various bacterial cell wall components are known to release the cytokines, including lipopolysaccharide (gram-negative bacteria), peptidoglycan (gram-positive and gram-negative bacteria), and lipoteichoic acid (gram-positive bacteria).

Several of the harmful effects of bacteria are mediated by proinflammatory cytokines induced in host cells (macrophages/monocytes and neutrophils) by the bacterial cell wall component. The most toxic component of the gram-negative bacteria is the lipid A moiety of lipopolysaccharide. The gram-positive bacteria cell wall leads to cytokine induction via lipoteichoic acid.

Additionally, gram-positive bacteria may secrete the superantigen cytotoxins that bind directly to the major histocompatibility complex (MHC) molecules and T-cell receptors, leading to massive cytokine production.

The complement system is activated and contributes to the clearance of the infecting microorganisms but probably also enhances the tissue damage. The contact systems become activated; consequently, bradykinin is generated.

Hypotension, the cardinal manifestation of sepsis, occurs via induction of nitric oxide (NO). NO plays a major role in the hemodynamic alterations of septic shock, which is a hyperdynamic form of shock.

A dual role exists for neutrophils; they are necessary for defense against microorganisms but also may become toxic inflammatory mediators contributing to tissue damage and organ dysfunction.

The lipid mediators (eicosanoids), platelet-activating factor (PAF), and phospholipase A2 are generated during sepsis, but their contributions to the sepsis syndrome remain to be established.

## Abnormalities of coagulation and fibrinolysis

PAR-VASO-0008043

An imbalance of homeostatic mechanisms leads to disseminated intravascular coagulopathy (DIC) and microvascular thrombosis, causing organ dysfunction and death.[12] Inflammatory mediators instigate direct injury to the vascular endothelium; the endothelial cells release tissue factor (TF), triggering the extrinsic coagulation cascade and accelerating production of thrombin. Plasma levels of endothelial activation biomarkers are higher in patients whose hypotension is the result of sepsis than in patients with hypotension of other causes.[13]

The coagulation factors are activated as a result of endothelial damage. The process is initiated via binding of factor XII to the subendothelial surface. This activates factor XII, and then factor XI and eventually factor X are activated by a complex of factor IX, factor VIII, calcium, and phospholipid. The final product of the coagulation pathway is the production of thrombin, which converts soluble fibrinogen to fibrin. The insoluble fibrin, along with aggregated platelets, forms intravascular clots.

Inflammatory cytokines, such as IL-1$\alpha$, IL-1$\beta$, and TNF-alpha, initiate coagulation by activating TF. TF interacts with factor VIIa to form factor VIIa-TF complex, which activates factors X and IX. Activation of coagulation in sepsis has been confirmed by marked increases in thrombin-antithrombin complex and the presence of D-dimer in plasma, indicating activation of the clotting system and fibrinolysis.[14, 15] Tissue plasminogen activator (t-PA) facilitates conversion of plasminogen to plasmin, a natural fibrinolytic.

Endotoxins increase the activity of inhibitors of fibrinolysis—namely, plasminogen activator inhibitor (PAI-1) and thrombin activatable fibrinolysis inhibitor (TAFI).

The levels of protein C and endogenous activated protein C (APC) are also decreased in sepsis. Endogenous APC is an important proteolytic inhibitor of coagulation cofactors Va and VIIa. Thrombin, via thrombomodulin, activates protein C, which then functions as an antithrombotic in the microvasculature. Endogenous APC also enhances fibrinolysis by neutralizing PAI-1 and by accelerating t-PA–dependent clot lysis.

The imbalance among inflammation, coagulation, and fibrinolysis results in widespread coagulopathy and microvascular thrombosis and suppressed fibrinolysis, ultimately leading to multiple organ dysfunction and death. The insidious nature of sepsis is such that microcirculatory dysfunction can occur while global hemodynamic parameters such as blood pressure may remain normal.[16]

## Circulatory abnormalities

As noted (see Background), septic shock falls under the category of distributive shock, which is characterized by pathologic vasodilation and shunting of blood from vital organ to nonvital tissues such as skin, skeletal muscle, and adipose. The endothelial dysfunction and vascular maldistribution characteristic of distributive shock result in global tissue hypoxia or inadequate delivery of oxygen to vital tissues. In addition, mitochondria can become dysfunctional, thus compromising oxygen utilization at the tissue level.

The predominant hemodynamic feature of septic shock is arterial vasodilation. The mechanisms implicated in this pathologic vasodilation are multifactorial, but the primary factors are thought to be (1) activation of adenosine triphosphate (ATP)-sensitive potassium channels in vascular smooth muscle cells and (2) activation of NO synthase.

The potassium-ATP channels are directly activated by lactic acidosis. NO also activates potassium channels. Potassium efflux from cells results in hyperpolarization, inhibition of calcium influx, and vascular smooth muscle relaxation.[17] The resulting vasodilation can be refractory to endogenous vasoactive hormones (eg, norepinephrine and epinephrine) that are released during shock.

Diminished peripheral arterial vascular tone may result in dependency of blood pressure on cardiac output, causing vasodilation to result in hypotension and shock if insufficiently compensated by a rise in cardiac output. Early in septic shock, the rise in cardiac output often is limited by hypovolemia and a fall in preload because of low cardiac filling pressures. When intravascular volume is augmented, the cardiac output is elevated (the hyperdynamic phase of sepsis and shock).

Even though cardiac output is elevated, the performance of the heart, reflected by stroke work as calculated from stroke volume and blood pressure, usually is depressed. Factors responsible for myocardial depression of sepsis are myocardial depressant substances, coronary blood flow abnormalities, pulmonary hypertension, various cytokines, NO, and beta-receptor down-regulation.

Although an elevation of cardiac output occurs, the arterial-mixed venous oxygen difference usually is narrow, and the blood lactate level is elevated. This implies that low global tissue oxygen extraction is the mechanism that may limit total body oxygen uptake in septic shock. The basic pathophysiologic problem seems to be a disparity between the uptake and oxygen demand in the tissues, which may be more pronounced in some areas than in others.

PAR-VASO-0008044

This disparity is termed maldistribution of blood flow, either between or within organs, with a resultant defect in capacity to extract oxygen locally. During a fall in oxygen supply, cardiac output becomes distributed so that most vital organs, such as the heart and brain, remain relatively better perfused than nonvital organs are. However, sepsis leads to regional changes in oxygen demand and regional alteration in blood flow of various organs.

The peripheral blood flow abnormalities result from the balance between local regulation of arterial tone and the activity of central mechanisms (eg, the autonomic nervous system). The regional regulation and the release of vasodilating substances (eg, NO, prostacyclin) and vasoconstricting substances (eg, endothelin) affect regional blood flow.

Increased systemic microvascular permeability also develops, remote from the infectious focus, and contributes to edema of various organs, particularly the lung microcirculation, and to the development of ARDS.

In patients experiencing septic shock, the delivery of oxygen is relatively high, but the global oxygen extraction ratio is relatively low. The oxygen uptake increases with a rise in body temperature despite a fall in oxygen extraction.

In patients with sepsis who have low oxygen extraction and elevated arterial blood lactate levels, oxygen uptake depends on oxygen supply over a much wider range than normal. Therefore, oxygen extraction may be too low for tissue needs at a given oxygen supply, and oxygen uptake may increase with a boost in oxygen supply—a phenomenon termed oxygen uptake supply dependence or pathologic supply dependence. However, this concept is controversial, because other investigators argue that supply dependence is artifactual rather than a real phenomenon.

Maldistribution of blood flow, disturbances in the microcirculation, and, consequently, peripheral shunting of oxygen are responsible for diminished oxygen extraction and uptake, pathologic supply dependency of oxygen, and lactate acidemia in patients experiencing septic shock.

## Mechanisms of organ dysfunction

Sepsis is described as an autodestructive process that permits the extension of the normal pathophysiologic response to infection (involving otherwise normal tissues), resulting in multiple organ dysfunction syndrome. Organ dysfunction or organ failure may be the first clinical sign of sepsis, and no organ system is immune to the consequences of the inflammatory excesses of sepsis.

The precise mechanisms of cell injury and resulting organ dysfunction in patients with sepsis are not fully understood. MODS is associated with widespread endothelial and parenchymal cell injury because of the following proposed mechanisms:

- Hypoxic hypoxia - The septic circulatory lesion disrupts tissue oxygenation, alters the metabolic regulation of tissue oxygen delivery, and contributes to organ dysfunction. Microvascular and endothelial abnormalities contribute to the septic microcirculatory defect in sepsis. Reactive oxygen species, lytic enzymes, vasoactive substances (eg, NO), and endothelial growth factors lead to microcirculatory injury, which is compounded by the inability of the erythrocytes to navigate the septic microcirculation.
- Direct cytotoxicity - Endotoxin, TNF-alpha, and NO may cause damage to mitochondrial electron transport, leading to disordered energy metabolism. This is called cytopathic or histotoxic anoxia—that is, an inability to use oxygen even when it is present.
- Apoptosis (programmed cell death) - This is the principal mechanism by which dysfunctional cells normally are eliminated. The proinflammatory cytokines may delay apoptosis in activated macrophages and neutrophils, but other tissues, such as the gut epithelium, may undergo accelerated apoptosis. Therefore, derangement of apoptosis plays a critical role in tissue injury in patients with sepsis.
- Immunosuppression - The interaction between proinflammatory and anti-inflammatory mediators may lead to an imbalance and an inflammatory reaction, or immunodeficiency may predominate, or both may occur.
- Coagulopathy - Subclinical coagulopathy signified by mild elevation of the thrombin time or activated partial thromboplastin time or by a moderate reduction in platelet count is extremely common, but overt DIC is rare. Coagulopathy is caused by deficiencies of coagulation system proteins, including protein C, antithrombin III, and TF inhibitors.

## Cardiovascular dysfunction

Significant derangement in the autoregulation of the circulatory system is typical in patients with sepsis. Vasoactive mediators cause vasodilatation and increase the microvascular permeability at the site of infection. NO plays a central role in the vasodilatation of septic shock. Impaired secretion of vasopressin also may occur, which may permit the persistence of vasodilatation.

PAR-VASO-0008045

Changes in both systolic and diastolic ventricular performance occur in patients with sepsis. Through the use of the Frank-Starling mechanism, cardiac output is often increased to maintain BP in the presence of systemic vasodilatation. Patients with preexisting cardiac disease are unable to increase their cardiac output appropriately.

Sepsis interferes with the normal distribution of systemic blood flow to organ systems; therefore, core organs may not receive appropriate oxygen delivery.

The microcirculation is the key target organ for injury in patients with sepsis syndrome. A decrease in the number of functional capillaries leads to an inability to extract oxygen maximally; this inability is caused by intrinsic and extrinsic compression of capillaries and plugging of the capillary lumen by blood cells. Increased endothelial permeability leads to widespread tissue edema involving protein-rich fluid.

Hypotension is caused by the redistribution of intravascular fluid volume resulting from reduced arterial vascular tone, diminished venous return from venous dilation, and release of myocardial depressant substances.

## Pulmonary dysfunction

The pathogenesis of sepsis-induced ARDS is a pulmonary manifestation of SIRS. A complex interaction between humoral and cellular mediators, inflammatory cytokines and chemokines, is involved in this process. A direct or indirect injury to the endothelial and epithelial cells of the lung increases alveolar capillary permeability, causing ensuing alveolar edema. The edema fluid is protein rich; the ratio of alveolar fluid edema to plasma is 0.75-1.0, compared with patients with hydrostatic cardiogenic pulmonary edema, in whom the ratio is less than 0.65.

Injury to type II pneumocytes decreases surfactant production; furthermore, the plasma proteins in alveolar fluid inactivate the surfactant previously manufactured. These enhance the surface tension at the air-fluid interfaces, producing diffuse microatelectasis.

Neutrophil entrapment within the pulmonary microcirculation initiates and amplifies the injury to alveolar capillary membrane. ARDS is a frequent manifestation of these effects. As many as 40% of patients with severe sepsis develop ALI.

ALI is a type of pulmonary dysfunction secondary to parenchymal cellular damage that is characterized by endothelial cell injury and destruction, deposition of platelet and leukocyte aggregates, destruction of type I alveolar pneumocytes, an acute inflammatory response through all the phases of injury, and repair and hyperplasia of type II pneumocytes. Migration of macrophages and neutrophils into the interstitium and alveoli produces many different mediators, which contribute to the alveolar and epithelial cell damage.

If addressed at an early stage, ALI may be reversible, but in many cases, the host response is uncontrolled, and ALI progresses to ARDS. Continued infiltration occurs with neutrophils and mononuclear cells, lymphocytes, and fibroblasts. An alveolar inflammatory exudate persists, and type II pneumocyte proliferation is evident. If this process can be halted, complete resolution may occur. In other patients, a progressive respiratory failure and pulmonary fibrosis develop.

The central pathologic finding in ARDS is severe injury to the alveolocapillary unit. Following initial extravasation of intravascular fluid, inflammation and fibrosis of pulmonary parenchyma develops into a morphologic picture, termed diffuse alveolar damage (DAD). The clinical and pathological evolution can be categorized into the following 3 overlapping phases (Katzenstein, 1986): (1) the exudative phase of edema and hemorrhage, (2) the proliferative phase of organization and repair, and (3) the fibrotic phase of end stage fibrosis.

The exudative phase occurs in the first week and is dominated by alveolar edema and hemorrhage. The other histological features include dense eosinophilic hyaline membranes and disruption of the capillary membranes. Necrosis of endothelial cells and type I pneumocytes occur, along with leukoagglutination and deposition of platelet fibrin thrombi.



PAR-VASO-0008046



Acute respiratory distress syndrome (ARDS), commonly observed in septic shock as a part of multiorgan failure syndrome, is pathologically diffuse alveolar damage (DAD). This photomicrograph shows an early stage (exudative stage) of DAD.

Acute respiratory distress syndrome (ARDS), commonly observed in septic shock as a part of multiorgan failure syndrome, is pathologically diffuse alveolar damage (DAD). This is a high-powered photomicrograph of an early stage (exudative stage) of DAD.

The proliferative phase is prominent in the second and third week following onset of ARDS but may begin as early as the third day. Organization of the intra-alveolar and interstitial exudate, infiltration with chronic inflammatory cells, parenchymal necrosis, and interstitial myofibroblast reaction occur. Proliferation of type II cells and fibroblasts, which convert the exudate to cellular granulation tissue, occurs; excessive collagen deposition, transforming into fibrous tissue, occurs.



This photomicrograph shows a delayed stage (proliferative or organizing stage) of diffuse alveolar damage (DAD). Proliferation of type II pneumocytes has occurred, hyaline membranes are present, and collagen and fibroblasts are present.



This photomicrograph shows a delayed stage (proliferative or organizing stage) of diffuse alveolar damage (DAD). The fibrin stain showing collagenous tissue, which may develop into the fibrotic stage of DAD.

The fibrotic phase occurs by the third or fourth week of the onset, though the process may begin in the first week. The collagenous fibrosis completely remodels the lung, the air spaces are irregularly enlarged, and alveolar duct fibrosis is apparent. Lung collagen deposition increases, microcystic honeycomb formation, and traction bronchiectasis follows.

## Gastrointestinal dysfunction

The GI tract may help to propagate the injury of sepsis. Overgrowth of bacteria in the upper GI tract may aspirate into the lungs and produce nosocomial pneumonia. The gut's normal barrier function may be affected, thereby allowing translocation of bacteria and endotoxin into the systemic circulation and extending the septic response.

Septic shock usually causes ileus, and the use of narcotics and sedatives delays the institution of enteral feeding. The optimal level of nutritional intake is interfered with in the face of high protein and energy requirements.

PAR-VASO-0008047

Glutamine is necessary for normal enterocyte functioning. Its absence in commercial total parenteral nutrition (TPN) formulations leads to a breakdown of the intestinal barrier and to translocation of the gut flora into the circulation. This may be one of the factors that drives sepsis. In addition to inadequate glutamine levels, this may lessen the immune response by decreasing leukocyte and natural killer cell counts, as well as total B-cell and T-cell counts.[18]

## Hepatic dysfunction

By virtue of the liver's role in host defense, the abnormal synthetic functions caused by liver dysfunction can contribute to both the initiation and progression of sepsis. The reticuloendothelial system of the liver acts as a first line of defense in clearing bacteria and their products; liver dysfunction leads to a spillover of these products into the systemic circulation.

## Renal dysfunction

Acute renal failure (ARF) caused by acute tubular necrosis often accompanies sepsis. The mechanism involves systemic hypotension, direct renal vasoconstriction, release of cytokines (eg, TNF), and activation of neutrophils by endotoxins and other peptides, which contribute to renal injury.

## Central nervous system dysfunction

Central nervous system (CNS) involvement in sepsis produces encephalopathy and peripheral neuropathy. The pathogenesis is poorly defined.

# Etiology

Most patients who develop sepsis and septic shock have underlying circumstances that interfere with the local or systemic host defense mechanisms. Sepsis is seen most frequently in elderly persons and in those with comorbid conditions that predispose to infection, such as diabetes or any immunocompromising disease.

The most common disease states predisposing to sepsis are malignancies, diabetes mellitus, chronic liver disease, chronic renal failure, and the use of immunosuppressive agents. In addition, sepsis also is a common complication after major surgery, trauma, and extensive burns. Patients with indwelling catheters or devices are also at high risk.

In most patients with sepsis, a source of infection can be identified, with the exception of patients who are immunocompromised with neutropenia, where an obvious source often is not found. Multiple sites of infection may occur in 6-15% of patients.

## Causative microorganisms

Before the introduction of antibiotics in clinical practice, gram-positive bacteria were the principal organisms causing sepsis. More recently, gram-negative bacteria have become the key pathogens causing severe sepsis and septic shock.

Anaerobic pathogens are becoming less important as a cause of sepsis. In one institution, the incidence of anaerobic bacteremia declined by 45% over a 15-year period. Fungal infections are the cause of sepsis in 0.8-10.2% of patients with sepsis, and their incidence appears to be increasing (see the image below).



PAR-VASO-0008048

An 8-year-old boy developed septic shock secondary to Blastomycosis pneumonia. Fungal infections are a rare cause of septic shock.

Respiratory tract infection and urinary tract infection are the most frequent causes of sepsis, followed by abdominal and soft tissue infections. Each organ system tends to be infected by a particular set of pathogens (see below).

Lower respiratory tract infections are the cause of septic shock in 25% of patients, and the following are the common pathogens:

- *Streptococcus pneumoniae*
- *Klebsiella pneumoniae*
- *Staphylococcus aureus*
- *Escherichia coli*
- *Legionella* species
- *Haemophilus* species
- Anaerobes
- Gram-negative bacteria
- Fungi

Urinary tract infections are the cause of septic shock in 25% of patients, and the following are the common pathogens:

- *E coli*
- *Proteus* species
- *Klebsiella* species
- *Pseudomonas* species
- *Enterobacter* species
- *Serratia* species

Soft tissue infections are the cause of septic shock in 15% of patients, and the following are the common pathogens:

- *S aureus*
- *Staphylococcus epidermidis*
- Streptococci
- Clostridia
- Gram-negative bacteria
- Anaerobes

GI tract infections are the cause of septic shock in 15% all patients, and the following are the common pathogens:

- *E coli*
- *Streptococcus faecalis*
- *Bacteroides fragilis*
- *Acinetobacter* species
- *Pseudomonas* species
- *Enterobacter* species
- *Salmonella* species

Infections of the male and female reproductive systems are the cause of septic shock in 10% of patients, and the following are the common pathogens:

- *Neisseria gonorrhoeae*
- Gram-negative bacteria
- Streptococci
- Anaerobes

Foreign bodies leading to infections are the cause of septic shock in 5% of patients, and *S aureus, S epidermidis,* and fungi/yeasts (eg, *Candida* species) are the common pathogens.

Miscellaneous infections are the cause of septic shock in 5% of patients, and *Neisseria meningitidis* is the most common cause of such infections (see the image below).



PAR-VASO-0008049


Gram stain of blood showing the presence of Neisseria meningitidis.

## Risk factors

Risk factors for severe sepsis and septic shock include the following:

- Extremes of age ( < 10 y and >70 y)
- Primary diseases (eg, liver cirrhosis, alcoholism, diabetes mellitus, cardiopulmonary diseases, solid malignancy, hematologic malignancy)
- Immunosuppression (eg, neutropenia, immunosuppressive therapy, corticosteroid therapy, IV drug abuse [see the image below], complement deficiencies, asplenia)
- Major surgery, trauma, burns
- Invasive procedures (eg, catheters, intravascular devices, prosthetic devices, hemodialysis and peritoneal dialysis catheters, endotracheal tubes)
- Previous antibiotic treatment
- Prolonged hospitalization
- Other factors, such as childbirth, abortion, and malnutrition


A 28-year-old woman who was a previous intravenous drug user (human immunodeficiency virus [HIV] status: negative) developed septic shock secondary to bilateral pneumococcal pneumonia.

# Epidemiology

## United States statistics

Since the 1930s, studies have shown an increasing incidence of sepsis. In the United States, 200,000 cases of septic shock and 100,000 deaths per year occur from this disease.

In 1 study, the incidence of bacteremic sepsis (both gram-positive and gram-negative) increased from 3.8 cases per 1000 admissions in 1970 to 8.7 per 1000 in 1987. Between 1980 and 1992, the incidence of nosocomial blood stream infection in 1 institution increased from 6.7 cases per 1000 discharges to 18.4 per 1000. The increase in the number of patients who are immunocompromised and an increasing use of invasive diagnostic and therapeutic devices predisposing to infection are major reasons for the increase in incidences of sepsis.

A 2001 article reported the incidence, cost, and outcome of severe sepsis in the United States.[19] Analysis of a large sample from the major centers reported the incidence of severe sepsis as 3 cases per 1000 population and 2.26 cases per 100 hospital discharges. Out of these cases, 51.1% were admitted to an intensive care unit (ICU), and an additional 17.3% were cared for in an intermediate care or coronary care unit.

Incidence ranged from 0.2 cases per 1000 admissions in children to 26.2 per 1000 in individuals older than 85 years. The mortality rate was 28.6% and ranged from 10% in children to 38.4% in elderly people. Severe sepsis resulted in an average cost of $2200 per case, with an annual total cost of $16.7 billion nationally.[19]

PAR-VASO-0008050

The National Center for Health Statistics published a large retrospective analysis using the National Hospital Discharge Survey of 500 nonfederal US hospitals, which included more than 10 million cases of sepsis over a 22-year period. Septicemia accounted for 1.3% of all hospitalizations, and the incidence of sepsis increased 3-fold between 1979 and 2000, from 83 cases per 100,000 population per year to 240 per 100,000.[20]

The reasons for this growing incidence likely include an increasingly elderly population, increased recognition of disease, increased performance of invasive procedures and organ transplantation, increased use of immunosuppressive agents and chemotherapy, increased use of indwelling lines and devices, and increase in chronic diseases such as end-stage renal disease and HIV. Of note, in 1987, gram-positive organisms surpassed gram-negative organisms as the most common cause of sepsis, a position they still hold today.[20]

Angus et al published linked data from several sources related to hospital discharge from all hospitals from 7 large states.[19] Hospital billing codes were used to identify patients with infection and organ dysfunction consistent with the definition of severe sepsis. This method yielded 300 annual cases per 100,000 population, 2.3% of hospital discharges, or an estimated 750,000 cases annually in the United States.[19]

A more recent large survey of ED visits showed that severe sepsis accounts for more than 500,000 such visits annually (0.7% of total visits), that the majority of patients presented to EDs without an academic affiliation, and that the mean length of stay in the ED is approximately 5 hours.[21]

ARDS has a reported incidence ranging from 1.5-8.4 cases per 100,000 population per year.[22] Subsequent studies report a higher incidence: 12.6 cases per 100,000 population per year for ARDS and 18.9 cases per 100,000 population per year for acute lung injury. The mortality rate from ARDS has been documented at approximately 50% in most studies.

## International statistics

A Dutch surveillance study examined the incidence, causes, and outcome of sepsis in patients admitted to a university hospital. The investigators reported that the incidences of sepsis syndrome and septic shock were, respectively, 13.6 and 4.6 cases per 1000 persons.[23]

## Age distribution for septic shock

Sepsis and septic shock occur at all ages. However, a strong correlation exists between advanced age and the incidence of septic shock, with a sharp increase in the number of cases in patients older than 50 years.[19, 24] At present, most sepsis episodes are observed in patients older than 60 years. Advanced age is a risk factor for acquiring nosocomial blood stream infection in the development of severe forms of sepsis.

Compared with younger patients, elderly patients are more susceptible to sepsis, have less physiologic reserve to tolerate the insult from infection, and are more likely to have underlying diseases; all of these factors adversely affect survival. In addition, elderly patients are more likely to have atypical or nonspecific presentations with sepsis.

## Sex distribution for septic shock

Epidemiologic data have shown that the age-adjusted incidence and mortality of septic shock are consistently greater in men. The percentage of male patients varies from 52% to 66%.However, it is not clear whether this difference can be attributed to an underlying higher prevalence of comorbid conditions, a higher incidence of lung infection in men, or whether women are inherently protected against the inflammatory injury that occurs in severe sepsis.[20, 19]

## Incidence of septic shock by race

One large epidemiologic study showed that the risk of septicemia in the nonwhite population is almost twice that in the white population, with the highest risk accruing to black men. Potential reasons for this include issues relating to decreased access to health care and increased prevalence of underlying medical conditions.[20]

A more recent large epidemiologic study tied the increased incidence of septic shock in the black population to increased rates of infection necessitating hospitalization and increased development of organ dysfunction.[25]

In this study, black patients with septic shock had a higher incidence of underlying diabetes and renal disease, which might explain the higher rates of infection. However, development of acute organ dysfunction was independent of

PAR-VASO-0008051

comorbidities. Furthermore, the incidence of septic shock and severe invasive infection was higher in the young, healthy black population, which suggests a possible genetic predisposition to developing septic shock.

# Prognosis

The mortality rate of severe sepsis and septic shock is frequently quoted as anywhere from 20% to 50%. In some studies, the mortality rate specifically caused by the septic episode itself is specified and is 14.3-20%.

In recent years, mortality rates seem to have decreased. The National Center for Health Statistics study showed a reduction in hospital mortality rates from 28% to 18% for septicemia over the years; however, more overall deaths occurred due to the increased incidence of sepsis. The study by Angus et al, which likely more accurately reflects the incidence of severe sepsis and septic shock, reported a mortality rate of about 30%.[19]

Given that there is a spectrum of disease from sepsis to severe sepsis to septic shock, mortality varies depending on the degree of illness. The following clinical characteristics are related to the severity of sepsis:

- An abnormal host response to infection
- Site and type of infection
- Timing and type of antimicrobial therapy
- Offending organism
- Development of shock
- Any underlying disease
- Patient's long-term health condition
- Location of the patient at the time of septic shock

Factors consistently associated with increased mortality in sepsis include advanced age, comorbid conditions, and clinical evidence of organ dysfunction.[19, 24] One study found that in the setting of suspected infection, just meeting SIRS criteria without evidence of organ dysfunction did not predict increased mortality; this emphasizes the importance of identifying organ dysfunction over the presence of SIRS criteria.[24] However, there is evidence to suggest that meeting increasing numbers of SIRS criteria is associated with increased mortality.[26]

In patients with septic shock, several clinical trials have documented a mortality rate of 40-75%. The poor prognostic factors are advanced age, infection with a resistant organism, impaired host immune status, poor prior functional status, and continued need for vasopressors past 24 hours. Development of sequential organ failure, despite adequate supportive measures and antimicrobial therapy, is a harbinger of poor outcome. The mortality rates were 7% with SIRS, 16% with sepsis, 20% with severe sepsis, and 46% with septic shock.[27]

A link between impaired adrenal function and higher septic shock mortality has been suggested. The adrenal gland is enlarged in patients with septic shock compared with controls. A study by Jung et al found that an absence of this enlargement, indicated by total adrenal volume of less than 10 $cm^3$, was associated with increased 28-day mortality in patients with septic shock.[28]

In 1995, a multicenter prospective study published by Brun-Buisson (1995) reported a mortality rate of 56% during ICU stays and 59% during hospital stays.[4] Twenty-seven percent of all deaths occurred within 2 days of the onset of severe sepsis, and 77% of all deaths occurred within the first 14 days. The risk factors for early mortality in this study were higher severity of illness score, the presence of 2 or more acute organ failures at the time of sepsis, shock, and a low blood pH (< 7.3).

Studies have shown that appropriate antibiotic administration (ie, antibiotics that are effective against the organism that is ultimately identified) has a significant influence on mortality. For this reason, initiating broad-spectrum coverage until the specific organism is cultured and antibiotic sensitivities are determined is important.

The long-term use of statins appears to have a significant protective effect on sepsis, bacteremia, and pneumonia.[29]

End-organ failure is a major contributor to mortality in sepsis and septic shock. The complications with the greatest adverse effect on survival are ARDS, DIC, and ARF. (See Clinical Presentation.)

The frequency of ARDS in sepsis has been reported from 18-38%, the highest with gram-negative sepsis, ranging from 18-25%. Sepsis and multiorgan failure are the most common cause of death in ARDS patients. Approximately 16% of patients with ARDS died from irreversible respiratory failure. Most patients who showed improvement achieved maximal recovery by 6 months, with the lung function improving to 80-90% of predicted values.

PAR-VASO-0008052

Controversy exists over the use of etomidate as an induction agent for patients with sepsis, with debate centered on its association with adrenal insufficiency. Sprung et al, in the CORTICUS study, reported that patients who received etomidate had a significantly higher mortality rate than those who did not receive etomidate.[30]

However, the authors did not address the fact that those patients receiving etomidate required orotracheal intubation and thus were a sicker subset. There have been no studies to date that have prospectively evaluated the effect of single-dose etomidate on the mortality of septic shock.

Although sepsis mortality is known to be high, its effect on the quality of life of survivors was previously not well characterized. New evidence shows that septic shock in elderly persons leads to significant long-term cognitive and functional disability compared with those hospitalized with nonsepsis conditions. Septic shock is often a major sentinel event that has lasting effects on the patient's independence, reliance on family support, and need for chronic nursing home or institutionalized care.[31]

# Patient Education

For patient education information, see the Shock Center, Blood and Lymphatic System Center, and Public Health Center, as well as Shock, Sepsis (Blood Infection), and Cardiopulmonary Resuscitation (CPR).

### Contributor Information and Disclosures
Coauthor(s)
**Steven Mink, MD**  Head, Section of Pulmonary Medicine, Department of Internal Medicine, St Boniface Hospital; Professor of Medicine, University of Manitoba, Canada

Steven Mink, MD is a member of the following medical societies: Alpha Omega Alpha

Disclosure: Nothing to disclose.

**Sat Sharma, MD, FRCPC**  Professor and Head, Division of Pulmonary Medicine, Department of Internal Medicine, University of Manitoba; Site Director, Respiratory Medicine, St Boniface General Hospital

Sat Sharma, MD, FRCPC is a member of the following medical societies: American Academy of Sleep Medicine, American College of Chest Physicians, American College of Physicians-American Society of Internal Medicine, American Thoracic Society, Canadian Medical Association, Royal College of Physicians and Surgeons of Canada, Royal Society of Medicine, Society of Critical Care Medicine, and World Medical Association

Disclosure: Nothing to disclose.

Chief Editor
**Michael R Pinsky, MD, CM, FCCP, FCCM**  Professor of Critical Care Medicine, Bioengineering, Cardiovascular Disease and Anesthesiology, Vice-Chair of Academic Affairs, Department of Critical Care Medicine, University of Pittsburgh Medical Center, University of Pittsburgh School of Medicine

Michael R Pinsky, MD, CM, FCCP, FCCM is a member of the following medical societies: American College of Chest Physicians, American College of Critical Care Medicine, American Heart Association, American Thoracic Society, Association of University Anesthetists, European Society of Intensive Care Medicine, Shock Society, and Society of Critical Care Medicine

Disclosure: LiDCO Ltd Honoraria Consulting; iNTELOMED Intellectual property rights Board membership; Edwards Lifesciences Honoraria Consulting; Applied Physiology, Ltd Honoraria Consulting; Cheetah Medical Consulting fee Consulting

Additional Contributors
**Fatima Al Faresi, MD** Dermatologist, Tawam Hospital, Al Ain, UAE

Disclosure: Nothing to disclose.

**Barry E Brenner, MD, PhD, FACEP** Professor of Emergency Medicine, Professor of Internal Medicine, Program Director, Emergency Medicine, Case Medical Center, University Hospitals, Case Western Reserve University School of Medicine

PAR-VASO-0008053

Barry E Brenner, MD, PhD, FACEP is a member of the following medical societies: Alpha Omega Alpha, American Academy of Emergency Medicine, American College of Chest Physicians, American College of Emergency Physicians, American College of Physicians, American Heart Association, American Thoracic Society, Arkansas Medical Society, New York Academy of Medicine, New York Academy of Sciences, and Society for Academic Emergency Medicine

Disclosure: Nothing to disclose.

**John L Brusch, MD, FACP** Assistant Professor of Medicine, Harvard Medical School; Consulting Staff, Department of Medicine and Infectious Disease Service, Cambridge Health Alliance

John L Brusch, MD, FACP is a member of the following medical societies: American College of Physicians and Infectious Diseases Society of America

Disclosure: Nothing to disclose.

**Ismail Cinel, MD, PhD** Visiting Associate Professor, Division of Critical Care Medicine, Robert Wood Johnson Medical School, University of Medicine and Dentistry of New Jersey

Disclosure: Nothing to disclose.

**Clara-Dina Cokonis, MD** Staff Physician, Department of Medicine, Division of Dermatology, Cooper Hospital University Medical Center

Disclosure: Nothing to disclose.

**R Phillip Dellinger, MD** Professor of Medicine, Program Director, Critical Care Medicine Fellowship Program, Robert Wood Johnson School of Medicine, University of Medicine and Dentistry of New Jersey; Head, Division of Critical Care Medicine, Medical Director, Medical/Surgical/Cardiovascular Surgical Intensive Care Unit, Cooper University Hospital

Disclosure: Wyeth Consulting fee Consulting; BRAHMS Grant/research funds Other Clinical Trial; Artisan Grant/research funds Other Clinical Trial; Agenix Grant/research funds Other Clinical Trial

**Daniel J Dire, MD, FACEP, FAAP, FAAEM** Clinical Professor, Department of Emergency Medicine, University of Texas Medical School at Houston; Clinical Professor, Department of Pediatrics, University of Texas Health Sciences Center San Antonio

Daniel J Dire, MD, FACEP, FAAP, FAAEM is a member of the following medical societies: American Academy of Clinical Toxicology, American Academy of Emergency Medicine, American Academy of Pediatrics, American College of Emergency Physicians, and Association of Military Surgeons of the US

Disclosure: Nothing to disclose.

**Dirk M Elston, MD** Director, Ackerman Academy of Dermatopathology, New York

Dirk M Elston, MD is a member of the following medical societies: American Academy of Dermatology

Disclosure: Nothing to disclose.

**Michael R Filbin, MD** Clinical Instructor, Department of Emergency Medicine, Massachusetts General Hospital

Michael R Filbin, MD is a member of the following medical societies: American College of Emergency Physicians, Massachusetts Medical Society, and Society for Academic Emergency Medicine

Disclosure: Nothing to disclose.

**Franklin Flowers, MD** Chief, Division of Dermatology, Professor, Department of Medicine and Otolaryngology, Affiliate Associate Professor of Pediatrics and Pathology, University of Florida College of Medicine

Franklin Flowers, MD, is a member of the following medical societies: American College of Mohs Micrographic Surgery and Cutaneous Oncology

Disclosure: Nothing to disclose.

PAR-VASO-0008054

**Cory Franklin, MD** Professor, Department of Medicine, Rosalind Franklin University of Medicine and Science; Director, Division of Critical Care Medicine, Cook County Hospital

Cory Franklin, MD is a member of the following medical societies: New York Academy of Sciences and Society of Critical Care Medicine

Disclosure: Nothing to disclose.

**Theodore J Gaeta, DO, MPH, FACEP** Clinical Associate Professor, Department of Emergency Medicine, Weill Cornell Medical College; Vice Chairman and Program Director of Emergency Medicine Residency Program, Department of Emergency Medicine, New York Methodist Hospital; Academic Chair, Adjunct Professor, Department of Emergency Medicine, St George's University School of Medicine

Theodore J Gaeta, DO, MPH, FACEP is a member of the following medical societies: Alliance for Clinical Education, American College of Emergency Physicians, Clerkship Directors in Emergency Medicine, Council of Emergency Medicine Residency Directors, New York Academy of Medicine, and Society for Academic Emergency Medicine

Disclosure: Nothing to disclose.

**Hassan I Galadari, MD** Assistant Professor of Dermatology, Faculty of Medicine and Health Sciences, United Arab Emirates University

Hassan I Galadari, MD is a member of the following medical societies: American Academy of Dermatology, American Medical Association, American Medical Student Association/Foundation, and American Society for Dermatologic Surgery

Disclosure: Nothing to disclose.

**Paul Krusinski, MD** Director of Dermatology, Fletcher Allen Health Care; Professor, Department of Internal Medicine, University of Vermont College of Medicine

Paul Krusinski, MD is a member of the following medical societies: American Academy of Dermatology, American College of Physicians, and Society for Investigative Dermatology

Disclosure: Nothing to disclose.

**Steven M Manders, MD** Clinical Assistant Professor, Department of Dermatology, University of Pennsylvania; Associate Professor, Department of Internal Medicine, Division of Dermatology, University of Medicine and Dentistry of New Jersey

Disclosure: Nothing to disclose.

**Mark L Plaster, MD, JD** Executive Editor, Emergency Physicians Monthly

Mark L Plaster, MD, JD is a member of the following medical societies: American Academy of Emergency Medicine and American College of Emergency Physicians

Disclosure: M L Plaster Publishing Co LLC Ownership interest Management position

**Francisco Talavera, PharmD, PhD** Adjunct Assistant Professor, University of Nebraska Medical Center College of Pharmacy; Editor-in-Chief, Medscape Drug Reference

Disclosure: Medscape Salary Employment

**Vicken Y Totten, MD, MS, FACEP, FAAFP** Assistant Professor, Case Western Reserve University School of Medicine; Director of Research, Department of Emergency Medicine, University Hospitals, Case Medical Center

Vicken Y Totten, MD, MS, FACEP, FAAFP is a member of the following medical societies: American College of Emergency Physicians and Society for Academic Emergency Medicine

Disclosure: Nothing to disclose.

**Richard P Vinson, MD** Assistant Clinical Professor, Department of Dermatology, Texas Tech University Health Sciences Center, Paul L Foster School of Medicine; Consulting Staff, Mountain View Dermatology, PA

PAR-VASO-0008055

Richard P Vinson, MD is a member of the following medical societies: American Academy of Dermatology, Association of Military Dermatologists, Texas Dermatological Society, and Texas Medical Association

Disclosure: Nothing to disclose.

**Eric L Weiss, MD, DTM&H** Medical Director, Office of Service Continuity and Disaster Planning, Fellowship Director, Stanford University Medical Center Disaster Medicine Fellowship, Chairman, SUMC and LPCH Bioterrorism and Emergency Preparedness Task Force, Clinical Associate Progressor, Department of Surgery (Emergency Medicine), Stanford University Medical Center

Eric L Weiss, MD, DTM&H is a member of the following medical societies: American College of Emergency Physicians, American College of Occupational and Environmental Medicine, American Medical Association, American Society of Tropical Medicine and Hygiene, Physicians for Social Responsibility, Southeastern Surgical Congress, Southern Association for Oncology, Southern Clinical Neurological Society, and Wilderness Medical Society

Disclosure: Nothing to disclose.

# References

1. Bone RC, Balk RA, Cerra FB, et al. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. The ACCP/SCCM Consensus Conference Committee. American College of Chest Physicians/Society of Critical Care Medicine. *Chest*. Jun 1992;101(6):1644-55. [Medline].

2. [Best Evidence] American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference: definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. *Crit Care Med*. Jun 1992;20(6):864-74. [Medline].

3. Levy MM, Fink MP, Marshall JC, Abraham E, Angus D, Cook D, et al. 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. *Crit Care Med*. Apr 2003;31(4):1250-6. [Medline].

4. Brun-Buisson C, Doyon F, Carlet J, et al. Incidence, risk factors, and outcome of severe sepsis and septic shock in adults. A multicenter prospective study in intensive care units. French ICU Group for Severe Sepsis. *JAMA*. Sep 27 1995;274(12):968-74. [Medline].

5. Sands KE, Bates DW, Lanken PN, Graman PS, Hibberd PL, Kahn KL, et al. Epidemiology of sepsis syndrome in 8 academic medical centers. *JAMA*. Jul 16 1997;278(3):234-40. [Medline].

6. Kumar A, Roberts D, Wood KE, Light B, Parrillo JE, Sharma S, et al. Duration of hypotension before initiation of effective antimicrobial therapy is the critical determinant of survival in human septic shock. *Crit Care Med*. Jun 2006;34(6):1589-96. [Medline].

7. Bernard GR, Vincent JL, Laterre PF, LaRosa SP, Dhainaut JF, Lopez-Rodriguez A, et al. Efficacy and safety of recombinant human activated protein C for severe sepsis. *N Engl J Med*. Mar 8 2001;344(10):699-709. [Medline].

8. Bernard GR, Artigas A, Brigham KL, Carlet J, Falke K, Hudson L, et al. The American-European Consensus Conference on ARDS. Definitions, mechanisms, relevant outcomes, and clinical trial coordination. *Am J Respir Crit Care Med*. Mar 1994;149(3 Pt 1):818-24. [Medline].

9. Wheeler AP, Bernard GR. Treating patients with severe sepsis. *N Engl J Med*. Jan 21 1999;340(3):207-14. [Medline].

10. Hotchkiss RS, Karl IE. The pathophysiology and treatment of sepsis. *N Engl J Med*. Jan 9 2003;348(2):138-50. [Medline].

11. Nguyen HB, Rivers EP, Abrahamian FM, Moran GJ, Abraham E, Trzeciak S, et al. Severe sepsis and septic shock: review of the literature and emergency department management guidelines. *Ann Emerg Med*. Jul 2006;48(1):28-54. [Medline].

12. Lorente JA, Landín L, De Pablo R, Renes E, Rodríguez-Díaz R, Liste D. Effects of blood transfusion on oxygen transport variables in severe sepsis. *Crit Care Med*. Sep 1993;21(9):1312-8. [Medline].

PAR-VASO-0008056

13. Schuetz P, Jones AE, Aird WC, Shapiro NI. Endothelial cell activation in emergency department patients with sepsis-related and non-sepsis-related hypotension. *Shock*. Aug 2011;36(2):104-8. [Medline]. [Full Text].

14. Levi M, ten Cate H, van der Poll T, van Deventer SJ. Pathogenesis of disseminated intravascular coagulation in sepsis. *JAMA*. Aug 25 1993;270(8):975-9. [Medline].

15. Mammen EF. Antithrombin III and sepsis. *Intensive Care Med*. Jul 1998;24(7):649-50. [Medline].

16. Trzeciak S, Rivers EP. Clinical manifestations of disordered microcirculatory perfusion in severe sepsis. *Crit Care*. 2005;9 Suppl 4:S20-6. [Medline].

17. Landry DW, Oliver JA. The pathogenesis of vasodilatory shock. *N Engl J Med*. Aug 23 2001;345(8):588-95. [Medline].

18. Cetinbas F, Yelken B, Gulbas Z. Role of glutamine administration on cellular immunity after total parenteral nutrition enriched with glutamine in patients with systemic inflammatory response syndrome. *J Crit Care*. Dec 2010;25(4):661.e1-6. [Medline].

19. Angus DC, Linde-Zwirble WT, Lidicker J, Clermont G, Carcillo J, Pinsky MR. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. *Crit Care Med*. Jul 2001;29(7):1303-10. [Medline].

20. Martin GS, Mannino DM, Eaton S, Moss M. The epidemiology of sepsis in the United States from 1979 through 2000. *N Engl J Med*. Apr 17 2003;348(16):1546-54. [Medline].

21. Wang HE, Shapiro NI, Angus DC, Yealy DM. National estimates of severe sepsis in United States emergency departments. *Crit Care Med*. Aug 2007;35(8):1928-36. [Medline].

22. Baughman RP, Gunther KL, Rashkin MC, Keeton DA, Pattishall EN. Changes in the inflammatory response of the lung during acute respiratory distress syndrome: prognostic indicators. *Am J Respir Crit Care Med*. Jul 1996;154(1):76-81. [Medline].

23. Kieft H, Hoepelman AI, Zhou W, Rozenberg-Arska M, Struyvenberg A, Verhoef J. The sepsis syndrome in a Dutch university hospital. Clinical observations. *Arch Intern Med*. Oct 11 1993;153(19):2241-7.

24. Shapiro N, Howell MD, Bates DW, Angus DC, Ngo L, Talmor D. The association of sepsis syndrome and organ dysfunction with mortality in emergency department patients with suspected infection. *Ann Emerg Med*. Nov 2006;48(5):583-90, 590.e1. [Medline].

25. Mayr FB, Yende S, Linde-Zwirble WT, Peck-Palmer OM, Barnato AE, Weissfeld LA, et al. Infection Rate and Acute Organ Dysfunction Risk as Explanations for Racial Differences in Severe Sepsis. *JAMA*. Jun 2010;303(24):2495-2503.

26. Rangel-Frausto MS, Pittet D, Costigan M, Hwang T, Davis CS, Wenzel RP. The natural history of the systemic inflammatory response syndrome (SIRS). A prospective study. *JAMA*. Jan 11 1995;273(2):117-23. [Medline].

27. Brun-Buisson C. The epidemiology of the systemic inflammatory response. *Intensive Care Med*. 2000;26 Suppl 1:S64-74. [Medline].

28. Jung B, Nougaret S, Chanques G, et al. The Absence of Adrenal Gland Enlargement during Septic Shock Predicts Mortality: A Computed Tomography Study of 239 Patients. *Anesthesiology*. Aug 2011;115(2):334-343. [Medline].

29. Janda S, Young A, Fitzgerald JM, Etminan M, Swiston J. The effect of statins on mortality from severe infections and sepsis: a systematic review and meta-analysis. *J Crit Care*. Dec 2010;25(4):656.e7-22. [Medline].

30. Vincent JL, Gerlach H. Fluid resuscitation in severe sepsis and septic shock: an evidence-based review. *Crit Care Med*. Nov 2004;32(11 Suppl):S451-4. [Medline].

31. Iwashyna TJ, Ely EW, Smith DM, Langa KM. Long-term cognitive impairment and functional disability among survivors of severe sepsis. *JAMA*. Oct 27 2010;304(16):1787-94. [Medline].

PAR-VASO-0008057

32. Levy B, Gibot S, Franck P, Cravoisy A, Bollaert PE. Relation between muscle Na+K+ ATPase activity and raised lactate concentrations in septic shock: a prospective study. *Lancet*. Mar 5-11 2005;365(9462):871-5. [Medline].

33. Shapiro NI, Howell MD, Talmor D, Nathanson LA, Lisbon A, Wolfe RE, et al. Serum lactate as a predictor of mortality in emergency department patients with infection. *Ann Emerg Med*. May 2005;45(5):524-8. [Medline].

34. Nguyen HB, Rivers EP, Knoblich BP, Jacobsen G, Muzzin A, Ressler JA, et al. Early lactate clearance is associated with improved outcome in severe sepsis and septic shock. *Crit Care Med*. Aug 2004;32(8):1637-42. [Medline].

35. Jones AE, Shapiro NI, Trzeciak S, Arnold RC, Claremont HA, Kline JA. Lactate clearance vs central venous oxygen saturation as goals of early sepsis therapy: a randomized clinical trial. *JAMA*. Feb 24 2010;303 (8):739-46. [Medline]. [Full Text].

36. Griffee MJ, Merkel MJ, Wei KS. The role of echocardiography in hemodynamic assessment of septic shock. *Crit Care Clin*. Apr 2010;26(2):365-82, table of contents. [Medline].

37. Dellinger RP, Carlet JM, Masur H. Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. *Crit Care Med*. Mar 2004;32(3):858-73. [Medline].

38. [Guideline] Dellinger RP, Levy MM, Carlet JM, Bion J, Parker MM, Jaeschke R, et al. Surviving Sepsis Campaign: international guidelines for management of severe sepsis and septic shock: 2008. *Crit Care Med*. Jan 2008;36(1):296-327. [Medline].

39. Marik PE, Baram M, Vahid B. Does central venous pressure predict fluid responsiveness? A systematic review of the literature and the tale of seven mares. *Chest*. Jul 2008;134(1):172-8. [Medline].

40. Nagdev AD, Merchant RC, Tirado-Gonzalez A, Sisson CA, Murphy MC. Emergency department bedside ultrasonographic measurement of the caval index for noninvasive determination of low central venous pressure. *Ann Emerg Med*. Mar 2010;55(3):290-5. [Medline].

41. Finfer S, Bellomo R, Boyce N, French J, Myburgh J, Norton R. A comparison of albumin and saline for fluid resuscitation in the intensive care unit. *N Engl J Med*. May 27 2004;350(22):2247-56. [Medline].

42. Rivers E, Nguyen B, Havstad S. Early goal-directed therapy in the treatment of severe sepsis and septic shock. *N Engl J Med*. Nov 8 2001;345(19):1368-77. [Medline].

43. Gattinoni L, Brazzi L, Pelosi P, Latini R, Tognoni G, Pesenti A, et al. A trial of goal-oriented hemodynamic therapy in critically ill patients. SvO2 Collaborative Group. *N Engl J Med*. Oct 19 1995;333(16):1025-32. [Medline].

44. Rady MY, Rivers EP, Nowak RM. Resuscitation of the critically ill in the ED: responses of blood pressure, heart rate, shock index, central venous oxygen saturation, and lactate. *Am J Emerg Med*. Mar 1996;14 (2):218-25. [Medline].

45. Crowe CA, Mistry CD, Rzechula K, Kulstad CE. Evaluation of a modified early goal-directed therapy protocol. *Am J Emerg Med*. Jul 2010;28(6):689-93. [Medline].

46. Kortgen A, Niederprüm P, Bauer M. Implementation of an evidence-based "standard operating procedure" and outcome in septic shock. *Crit Care Med*. Apr 2006;34(4):943-9. [Medline].

47. Shapiro NI, Howell MD, Talmor D, Lahey D, Ngo L, Buras J, et al. Implementation and outcomes of the Multiple Urgent Sepsis Therapies (MUST) protocol. *Crit Care Med*. Apr 2006;34(4):1025-32. [Medline].

48. Nguyen HB, Corbett SW, Steele R, Banta J, Clark RT, Hayes SR, et al. Implementation of a bundle of quality indicators for the early management of severe sepsis and septic shock is associated with decreased mortality. *Crit Care Med*. Apr 2007;35(4):1105-12. [Medline].

49. Micek ST, Roubinian N, Heuring T, Bode M, Williams J, Harrison C, et al. Before-after study of a standardized hospital order set for the management of septic shock. *Crit Care Med*. Nov 2006;34(11):2707-13. [Medline].

PAR-VASO-0008058

50. Trzeciak S, Dellinger RP, Abate NL, Cowan RM, Stauss M, Kilgannon JH, et al. Translating research to clinical practice: a 1-year experience with implementing early goal-directed therapy for septic shock in the emergency department. *Chest*. Feb 2006;129(2):225-32. [Medline].

51. Jones AE, Focht A, Horton JM, Kline JA. Prospective external validation of the clinical effectiveness of an emergency department-based early goal-directed therapy protocol for severe sepsis and septic shock. *Chest*. Aug 2007;132(2):425-32. [Medline]. [Full Text].

52. Ferrer R, Artigas A, Levy MM, Blanco J, González-Díaz G, Garnacho-Montero J, et al. Improvement in process of care and outcome after a multicenter severe sepsis educational program in Spain. *JAMA*. May 21 2008;299(19):2294-303. [Medline].

53. [Guideline] Levy MM, Dellinger RP, Townsend SR, Linde-Zwirble WT, Marshall JC, Bion J, et al. The Surviving Sepsis Campaign: results of an international guideline-based performance improvement program targeting severe sepsis. *Crit Care Med*. Feb 2010;38(2):367-74. [Medline].

54. Sevransky JE, Levy MM, Marini JJ. Mechanical ventilation in sepsis-induced acute lung injury/acute respiratory distress syndrome: an evidence-based review. *Crit Care Med*. Nov 2004;32(11 Suppl):S548-53. [Medline].

55. Vasu TS, Cavallazzi R, Hirani A, et al. Norephinephrine or Dopamine for Septic Shock: A Systematic Review of Randomized Clinical Trials. *J Intensive Care Med*. Mar 24 2011;[Medline].

56. Beale RJ, Hollenberg SM, Vincent JL, Parrillo JE. Vasopressor and inotropic support in septic shock: an evidence-based review. *Crit Care Med*. Nov 2004;32(11 Suppl):S455-65. [Medline].

57. Russell JA. Vasopressin in septic shock. *Crit Care Med*. Sep 2007;35(9 Suppl):S609-15. [Medline].

58. Russell JA, Walley KR, Singer J, Gordon AC, Hébert PC, Cooper DJ, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. *N Engl J Med*. Feb 28 2008;358(9):877-87. [Medline].

59. Hayes MA, Timmins AC, Yau EH, et al. Elevation of systemic oxygen delivery in the treatment of critically ill patients. *N Engl J Med*. Jun 16 1994;330(24):1717-22. [Medline].

60. Pitout JD, Laupland KB. Extended-spectrum beta-lactamase-producing Enterobacteriaceae: an emerging public-health concern. *Lancet Infect Dis*. Mar 2008;8(3):159-66. [Medline].

61. Bochud PY, Bonten M, Marchetti O, Calandra T. Antimicrobial therapy for patients with severe sepsis and septic shock: an evidence-based review. *Crit Care Med*. Nov 2004;32(11 Suppl):S495-512. [Medline].

62. McCoy C, Matthews SJ. Drotrecogin alfa (recombinant human activated protein C) for the treatment of severe sepsis. *Clin Ther*. Feb 2003;25(2):396-421. [Medline].

63. Marti-Carvajal AJ, Sola I, Lathyris D, Cardona AF. Human recombinant activated protein C for severe sepsis. *Cochrane Database Syst Rev*. Apr 13 2011;4:CD004388. [Medline].

64. Cooper MS, Stewart PM. Corticosteroid insufficiency in acutely ill patients. *N Engl J Med*. Feb 20 2003;348 (8):727-34. [Medline].

65. Cronin L, Cook DJ, Carlet J, Heyland DK, King D, Lansang MA, et al. Corticosteroid treatment for sepsis: a critical appraisal and meta-analysis of the literature. *Crit Care Med*. Aug 1995;23(8):1430-9. [Medline].

66. Kalil AC, Sun J. Low-dose steroids for septic shock and severe sepsis: the use of Bayesian statistics to resolve clinical trial controversies. *Intensive Care Med*. Mar 2011;37(3):420-9. [Medline].

67. Briegel J, Forst H, Haller M. Stress doses of hydrocortisone reverse hyperdynamic septic shock: a prospective, randomized, double-blind, single-center study. *Crit Care Med*. Apr 1999;27(4):723-32. [Medline].

68. Annane D, Sébille V, Charpentier C, Bollaert PE, François B, Korach JM, et al. Effect of treatment with low doses of hydrocortisone and fludrocortisone on mortality in patients with septic shock. *JAMA*. Aug 21 2002;288(7):862-71. [Medline].

PAR-VASO-0008059

69. [Best Evidence] Annane D, Bellissant E, Bollaert PE, Briegel J, Confalonieri M, De Gaudio R, et al. Corticosteroids in the treatment of severe sepsis and septic shock in adults: a systematic review. *JAMA*. Jun 10 2009;301(22):2362-75. [Medline].

70. Sprung CL, Annane D, Keh D, Moreno R, Singer M, Freivogel K, et al. Hydrocortisone therapy for patients with septic shock. *N Engl J Med*. Jan 10 2008;358(2):111-24. [Medline].

71. Dellinger RP, Carlet JM, Masur H. Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. *Intensive Care Med*. Apr 2004;30(4):536-55.

72. Van den Berghe G, Wouters PJ, Bouillon R. Outcome benefit of intensive insulin therapy in the critically ill: Insulin dose versus glycemic control. *Crit Care Med*. Feb 2003;31(2):359-66. [Medline].

73. Van den Berghe G, Wilmer A, Hermans G, et al. Intensive insulin therapy in the medical ICU. *N Engl J Med*. Feb 2 2006;354(5):449-61.

74. Zeni F, Freeman B, Natanson C. Anti-inflammatory therapies to treat sepsis and septic shock: a reassessment. *Crit Care Med*. Jul 1997;25(7):1095-100. [Medline].

75. Cruz DN, Antonelli M, Fumagalli R, Foltran F, Brienza N, Donati A, et al. Early use of polymyxin B hemoperfusion in abdominal septic shock: the EUPHAS randomized controlled trial. *JAMA*. Jun 17 2009;301(23):2445-52. [Medline].

76. Meduri GU, Headley AS, Golden E, et al. Effect of prolonged methylprednisolone therapy in unresolving acute respiratory distress syndrome: a randomized controlled trial. *JAMA*. Jul 8 1998;280(2):159-65. [Medline].

77. Nathens AB, Rotstein OD. Selective decontamination of the digestive tract in acute severe pancreatitis--an indication whose time has come. *Clin Infect Dis*. Oct 1997;25(4):817-8. [Medline].

78. Vasu TS, Cavallazzi R, Hirani A, Kaplan G, Leiby B, Marik PE. Norepinephrine or dopamine for septic shock: systematic review of randomized clinical trials. *J Intensive Care Med*. May-Jun 2012;27(3):172-8. [Medline].

Medscape Reference © 2011 WebMD, LLC

PAR-VASO-0008060

# Effects of combined administration of vasopressin, epinephrine, and norepinephrine during cardiopulmonary resuscitation in pigs*

Andreas W. Prengel, MD; Ulf Linstedt, MD; Michael Zenz, MD; Volker Wenzel, MD

*Objective:* Synergistic effects of epinephrine and vasopressin may be of benefit during cardiopulmonary resuscitation. However, cerebral perfusion was decreased when epinephrine was combined with vasopressin compared with vasopressin alone. Although a combined infusion of norepinephrine and vasopressin improves hemodynamic variables compared with norepinephrine alone during sepsis, it is unknown whether norepinephrine in addition to vasopressin and epinephrine changes vital organ perfusion during cardiopulmonary resuscitation.

*Design:* Prospective, randomized animal study.

*Setting:* University hospital research laboratory.

*Subjects:* Twenty-seven domestic pigs.

*Interventions:* After 4 mins of ventricular fibrillation and 3 mins of basic life support, the pigs were randomly assigned to receive either 200 $\mu$g/kg epinephrine, 0.4 units/kg vasopressin alone, or 45 $\mu$g/kg norepinephrine plus 45 $\mu$g/kg epinephrine plus 0.4 units/kg vasopressin before defibrillation.

*Measurements and Main Results:* Organ perfusion was determined by radiolabeled microspheres. Myocardial blood flow (mean ± SEM) before and 90 secs and 5 mins after drug administration was 8 ± 2, 25 ± 6, and 7 ± 1 mL/min/100 g after high-dose epinephrine, 12 ± 1, 75 ± 7, and 60 ± 10 mL/min/100 g after vasopressin, and 9 ± 2, 95 ± 26, and 46 ± 15 mL/min/100 g after vasopressin/epinephrine/norepinephrine, respectively ($p < .05$ at 90 secs and 5 mins vasopressin vs. epinephrine and vasopressin/epinephrine/norepinephrine vs. epinephrine). At the same time points, cerebral blood flow was 8 ± 2, 23 ± 3, and 17 ± 3 mL/min/100 g after epinephrine, 11 ± 3, 55 ± 7, and 52 ± 7 mL/min/100 g after vasopressin, and 11 ± 4, 67 ± 13, and 53 ± 12 mL/min/100 g after vasopressin/epinephrine/norepinephrine, respectively ($p < .05$ at 90 secs and 5 mins vasopressin vs. epinephrine and vasopressin/epinephrine/norepinephrine vs. epinephrine). Two of seven animals in the epinephrine group, four of seven animals in the vasopressin/epinephrine/norepinephrine group, and seven of seven animals in the vasopressin group could be successfully resuscitated ($p < .05$ vasopressin vs. epinephrine).

*Conclusions:* Vasopressin with or without epinephrine and norepinephrine resulted in higher myocardial and cerebral perfusion than epinephrine alone, but there was no benefit in adding norepinephrine to vasopressin and epinephrine with regard to cardiac and cerebral blood flow during cardiopulmonary resuscitation. (Crit Care Med 2005; 33:2587–2591)

KEY WORDS: cardiac arrest; cardiopulmonary resuscitation; cerebral blood flow; epinephrine; norepinephrine; vasopressin

The current international cardiopulmonary resuscitation (CPR) guidelines recommend 1 mg of epinephrine (EPI) or 40 IU of arginine-vasopressin (AVP) intravenously as equally effective for adult patients with ventricular fibrillation that is refractory to defibrillation (1). In a recent large multiple-center trial, the effects of AVP were similar to those of EPI in ventricular fibrillation and pulseless electrical activity, but in patients with asystole, hospital discharge rate was higher with AVP than with EPI (2).

Beneficial synergistic effects of EPI and AVP have been shown during experimental CPR with regard to myocardial perfusion and resuscitability (3); however, cerebral perfusion was significantly decreased when high-dose EPI 200 $\mu$g/kg was administered combined with AVP 0.8 units/kg compared with the same dose of AVP alone (4). In vasodilatory septic shock, a combined infusion of AVP and norepinephrine (NE) resulted in higher mean arterial blood pressure and improved cardiac performance than with NE alone, and NE requirements were reduced (5).

Although improvement of vital organ blood flow is an important target during cardiac arrest as well as in septic shock, it is unknown whether NE administered in addition to AVP and EPI may increase or decrease vital organ perfusion and resuscitability. Accordingly, the purpose of the current study was to evaluate effects of a combined administration of NE, AVP, and EPI vs. high-dose EPI or AVP alone on vital organ blood flow during CPR.

Our hypothesis was that there would be no difference in vital organ blood flow between groups.

## METHODS

This study was approved by the Institutional Animal Investigation Committee, and the animals were managed in accordance with the American Physiologic Society. Twenty-one healthy 12- to 14-wk-old domestic pigs of either gender weighing 26–28 kg were fasted overnight except for free access to water. The pigs were premedicated with azaperone (4 mg/kg intramuscularly) and atropine (0.1 mg/kg intramuscularly) 1 hr before anesthesia induction; anesthesia was subsequently induced with pentobarbital (15 mg/kg intrave-

*See also p. 2705.

From the Department of Anesthesiology, Critical Care Medicine, and Pain Therapy, University Clinic Langendreer, Ruhr-University Bochum, Germany (AWP, UL, MZ); and the Department of Anesthesiology and Critical Care Medicine, Innsbruck Medical University, Austria (VW).

Presented, in part, at the 52nd German Anesthesia-Congress, Munich, Germany, April 16–19, 2005.

Volker Wenzel has received one grant support from Aguettant, Lyon, France, a company that has applied for registration of vasopressin with European authorities. There is no personal conflict of interest.

Copyright © 2005 by the Society of Critical Care Medicine and Lippincott Williams & Wilkins

DOI: 10.1097/01.CCM.0000186774.30674.15

PAR-VASO-0008061

nously). After endotracheal intubation during spontaneous respiration, the pigs were ventilated with a volume-controlled ventilator (Servo 900, Siemens, Erlangen, Germany) with 65% $N_2O$ in oxygen at 24 breaths/min and with a tidal volume to maintain normocapnia. Anesthesia was maintained with pentobarbital (0.4 mg/kg/min) and a single injection of buprenorphine 0.02 mg/kg). To prevent agonal gasping and its possible interactions with pulmonary and hemodynamic variables during cardiac arrest (6, 7), muscle paralysis was achieved with alcuronium (10 mg) after intubation with additional doses as needed. Ringer's solution (6 mL/kg/hr) was administered throughout the preparation and study period. A standard lead II electrocardiogram was used to monitor cardiac rhythm; depth of anesthesia was judged according to blood pressure, heart rate, and electroencephalography (Neurotrac, Interspec, Munich, Germany). If physiologic signs or electroencephalography indicated a reduced depth of anesthesia, the pentobarbital dose was increased and additional buprenorphine was given.

For measurement of arterial blood pressure and organ blood flow, two catheters were advanced by femoral cutdown in the descending aorta. Another catheter was placed into the right atrium for drug administration and monitoring of right atrial pressure. A pigtail catheter was placed into the left ventricle and was used to inject radionuclide microspheres. Body temperature was maintained with a heating blanket between 38 and 39°C. Aortic and right atrial pressures were measured with pressure transducers (1290A; Hewlett Packard, Böblingen, Germany) that were calibrated to atmospheric pressure at the level of the right atrium. For measurement of intracranial pressure, a burr hole was drilled into the skull over the midline, and a catheter was passed into the sagittal sinus. Pressure tracings were continuously recorded (7758 multiple-channel recorder, Hewlett Packard, Böblingen, Germany), and mean pressures were obtained by electronic integration. Coronary perfusion pressure during diastole was defined as the difference between aortic and right atrial diastolic pressure. Animals were autopsied to check correct positioning of all catheters. Before and at 1.5 and 5 mins after vasopressor injection during CPR, organ blood flow was measured with radioactive microspheres according to the technique described by Heymann et al. (8). Radioactively labeled microspheres $^{141}Ce$, $^{95}Nb$, or $^{103}Ru$ (New England Nuclear, Dreieich, Germany) had a mean diameter of $15 \pm 1.5$ μm and a specific activity of 10 mCi/g. Each microsphere vial was placed in a water bath and subjected to ultrasonic vibration for 1 min before injection. Approximately $5 \cdot 10^5$ microspheres diluted in 10 mL of saline were then immediately injected into the left ventricle. Using an automatic pump (Perfusor, Braun, Melsungen, Germany), arterial blood was continuously withdrawn from the descending aorta at a rate of 9.9 mL/min from 10 secs before to 80 secs after microsphere injection. At the end of the experiment, the heart, the cerebrum, and the adrenal glands were removed. Aliquots of the tissues were weighed, homogenized, and then placed into vials. Radioactivity from tissues and blood was measured with a gamma scintillation spectrometer (LB 5300, Berthold, Wildbad, Germany) as previously described in a validation study of the microsphere technique (9).

Before induction of cardiac arrest, hemodynamic variables were measured, and 300 units/kg sodium heparin was administered intravenously to prevent intracardiac clot formation. A 50-Hz, 60-V alternating current was then applied via two subcutaneous needle electrodes, which were positioned bilaterally in the midaxillary line, to induce ventricular fibrillation. Cardiopulmonary arrest was defined as the point at which the aortic pulse pressure decreased to zero and the electrocardiogram showed ventricular fibrillation. At that point, ventilation was interrupted. After 4 mins of untreated cardiocirculatory arrest, closed-chest CPR was begun with a pneumatically driven automatic piston device (Thumper, 1003, MI Instruments). The compression pad of this device was wired to the midsternum to ensure a constant contact to the animal's chest wall and to prevent displacement of the pad during CPR. The chest compression rate was 80/min, and the duration of compression was 50% of the total cycle time. In all groups, a compression force of 500 N was held constant during the course of CPR and resulted in a 25% displacement of the anteroposterior diameter of the animal's chest. Mechanical ventilation with an inspiratory oxygen concentration of 100% was performed independently of chest compressions at a tidal volume shown to result in an arterial $P_{CO_2}$ of 35 torr before induction of cardiac arrest.

After 3 mins of CPR, animals were randomly assigned to receive either high-dose EPI 200 μg/kg (n = 7); 0.4 units/kg AVP (n = 7); or a combination of EPI 45 μg/kg, AVP 0.4 units/kg, and NE 45 μg/kg (n = 7), given through the right atrial catheter. All drugs were diluted to 10 mL in 0.9% saline solution. The investigators were blinded to the drugs. Blood flow measurements were performed before drug administration (i.e., after a total of 5.5 mins of arrest, including 1.5 mins of CPR), and 1.5 and 5 mins after drug administration. After a total of 13.5 mins of cardiac arrest, including 9.5 mins of CPR, direct current shocks were applied to restore spontaneous circulation. Initially, three shocks were ad-

ministered in rapid succession at an energy setting of 3 J/kg. In case of persisting ventricular fibrillation, the same drug was administered at the same dose that had been used before, and after an additional 90-sec period of CPR, three countershocks at an energy setting of 5 J/kg were administered. The same protocol (without defibrillation) was used if asystole or pulseless electric activity occurred during or after the initial defibrillation series. Successful resuscitation was defined as the presence of coordinated electrical activity together with a systolic blood pressure >90 mm Hg and a diastolic blood pressure >40 mm Hg for the duration of at least 5 mins, during which no further resuscitation measures were applied.

*Statistical Analysis.* All values are expressed as mean $\pm$ SEM. Data (blood pressure, coronary and cerebral perfusion pressure, and myocardial, cerebral, and adrenal gland blood flow) were analyzed in a first step for treatment-by-time interaction effects employing two-way analysis of variance for repeated measurements. In case of significant ($p < .05$) treatment-by-time interaction effects for a given variable, further analysis was performed for separate time points using one-way analysis of variance, followed by *post hoc* testing (Fisher's protected least significant difference test). Where necessary, a square root transformation was performed on the data before calculation to satisfy the assumption of approximate equality of variance of the sample distribution. Survival rates were compared using Fisher's exact test. Statistical significance was considered at $p < .05$.

## RESULTS

Hemodynamic variables and organ blood flow did not differ significantly during CPR before drug administration (Table 1 and Figs. 1 and 2). Heart rate before induction of ventricular fibrillation was $114 \pm 7$, $113 \pm 4$, and $113 \pm 7$ beats/min in the EPI, AVP/EPI/NE, and AVP groups, respectively.

Mean arterial and diastolic blood pressures were higher in the AVP/EPI/NE and in the AVP group compared with the EPI group 5 mins after drug administration. Coronary perfusion pressure was higher in the AVP/EPI/NE and in the AVP group when compared with EPI 5 mins after drug administration (Table 1). Maximum coronary perfusion pressure was not significantly different between groups after drug administration ($29 \pm 4$, $39 \pm 5$, and $34 \pm 2$ mm Hg in the EPI, AVP/EPI/NE, and AVP groups, respectively). The time course to maximum coronary perfusion pressure was $67 \pm 5$, $74 \pm 5$, and $89 \pm 10$

PAR-VASO-0008062

secs after drug administration in the EPI, AVP/EPI/NE, and AVP groups, respectively ($p < .05$ EPI vs. AVP).

Myocardial and cerebral blood flow were significantly higher in the AVP/EPI/NE and the AVP group than in the EPI group 90 secs and 5 mins after drug administration

(Fig. 1). Adrenal gland blow was significantly higher in the AVP/EPI/NE and the AVP group when compared with the EPI group 5 mins after drug administration (Fig. 2).

Two of seven animals in the EPI group, four of seven animals in the AVP/

EPI/NE group, and seven of seven animals in the AVP group could be successfully resuscitated ($p < .05$ AVP vs. EPI). Autopsy revealed no damage to the thoracic cage or the internal organs in either groups, and all catheters in all animals were in a correct position.

**Table 1.** Hemodynamic variables prearrest and during cardiopulmonary resuscitation before and after drug administration

|  | Prearrest | CPR Before DA | 90 Secs After DA | 5 Mins After DA |
|---|---|---|---|---|
| Diastolic blood pressure, mm Hg |  |  |  |  |
| EPI | 84 ± 3 | 10 ± 1 | 25 ± 4 | 14 ± 2 |
| AVP/EPI/NE | 91 ± 2 | 10 ± 1 | 36 ± 4 | 27 ± 3[a] |
| AVP | 88 ± 3 | 11 ± 2 | 33 ± 2 | 28 ± 2[a] |
| Mean arterial blood pressure, mm Hg |  |  |  |  |
| EPI | 99 ± 2 | 21 ± 2 | 42 ± 4 | 32 ± 4 |
| AVP/EPI/NE | 105 ± 2 | 26 ± 3 | 54 ± 7 | 48 ± 5[b] |
| AVP | 101 ± 2 | 24 ± 2 | 40 ± 5 | 47 ± 4[b] |
| Coronary perfusion pressure, mm Hg |  |  |  |  |
| EPI | 83 ± 3 | 8 ± 1 | 20 ± 4 | 10 ± 2 |
| AVP/EPI/NE | 89 ± 2 | 7 ± 1 | 31 ± 4 | 22 ± 4[a] |
| AVP | 87 ± 3 | 10 ± 2 | 31 ± 2 | 25 ± 2[a] |
| Cerebral perfusion pressure, mm Hg |  |  |  |  |
| EPI | 94 ± 3 | 6 ± 2 | 23 ± 4 | 12 ± 3 |
| AVP/EPI/NE | 100 ± 3 | 9 ± 4 | 33 ± 8 | 26 ± 6 |
| AVP | 94 ± 2 | 8 ± 1 | 21 ± 5 | 27 ± 4 |

CPR, cardiopulmonary resuscitation; DA, drug administration; EPI, epinephrine; AVP, arginine-vasopressin; NE, norepinephrine. Values are given as mean ± SEM.
[a] $p < .01$ vs. EPI; [b] $p < .05$ vs. EPI.





Figure 1. Left ventricular myocardial (*top*) and cerebral cortex (*bottom*) blood flow (mean ± SEM) before and 90 secs and 5 mins after administration of 200 μg/kg epinephrine (*open bars*), 45 μg/kg epinephrine plus 45 μg/kg norepinephrine plus 0.4 units/kg arginine-vasopressin (*filled bars*), and 0.4 units/kg arginine-vasopressin (*hatched bars*) during cardiopulmonary resuscitation. *$p < .05$ vs. epinephrine; †$p < .01$ vs. epinephrine. *DA*, drug administration.





Figure 2. Left (*top*) and right (*bottom*) adrenal gland blood flow (mean ± SEM) before and 90 secs and 5 mins after administration of 200 μg/kg epinephrine (*open bars*), 45 μg/kg epinephrine plus 45 μg/kg norepinephrine plus 0.4 units/kg arginine-vasopressin (*filled bars*), and 0.4 units/kg arginine-vasopressin (*hatched bars*) during cardiopulmonary resuscitation. †$p < .01$ vs. epinephrine. *DA*, drug administration.

## DISCUSSION

During CPR, vasopressor therapy not only increased myocardial blood flow and facilitated successful defibrillation but also helped to enhance cerebral perfusion. A previous study indicated that during CPR, AVP increased cerebral blood flow more than EPI despite equivalent cerebral perfusion pressure (10). Although AVP is a direct vasoconstrictor in the systemic vasculature mediated by V1 vascular receptors, AVP may vasodilate some vascular beds (e.g., the cerebral vasculature) at certain concentrations (11). This is possibly mediated by endothelial oxytocin receptors, mediating a calcium-dependent vasodilatory response via stimulation of the nitric oxide pathway (12). AVP/oxytocin agonists may lose their selectivity and specificity at high concentrations (13). During cardiac arrest, the combined administration of 0.8 units/kg AVP and 200 μg/kg EPI resulted in comparable cerebral perfusion pressure but decreased cerebral blood flow when compared with AVP alone (4). A similar observation was reported with different drug doses of 0.3 units/kg AVP and 40 μg/kg EPI in another pig model of cardiac arrest (3).

A compromised blood-brain barrier to catecholamines, resulting in α-adrenergic vasoconstriction, has been suggested as one possible factor acting against the vasodilating properties of AVP in the cerebral vascular bed (4). However, since a combined administration of NE, EPI, and AVP did not reduce cerebral blood flow in comparison to AVP alone in our study, it is unlikely that α-adrenergic vasoconstriction results in suppressed cerebral perfusion during CPR.

Interactions between NE and AVP are complex. Injection of NE into the cerebral ventricles stimulates release of AVP (14), an effect that is mediated by α-1-adrenoceptors (15). NE may also inhibit AVP release via α-2-adrenergic or possibly β-adrenergic receptors (16). In addition, AVP has been shown to potentiate the contractile effects of NE in mesenteric (17), renal (18), and penile arteries (19). Because it remains unclear which

PAR-VASO-0008063

Vasopressin with or without epinephrine and norepinephrine resulted in higher myocardial and cerebral perfusion than epinephrine alone, but there was no benefit in adding norepinephrine to vasopressin and epinephrine with regard to cardiac and cerebral blood flow during cardiopulmonary resuscitation.

mechanism may prevent cerebral blood flow from decreasing when NE is added to EPI and AVP, further investigations are necessary to elucidate possible interactions of different vasopressors on cerebral circulation during CPR.

Although coronary perfusion pressure was higher 5 mins after drug administration in the AVP and the AVP/EPI/NE groups than in the EPI group, maximum coronary perfusion pressure was not significantly different between groups and was present earlier after administration of EPI than after AVP. This result confirms observations of a previous study in which a slower onset and a longer duration of action of AVP were shown in comparison to EPI (3). Although the present study was designed to evaluate primarily vital organ blood flow, it cannot be ruled out that defibrillation at the time of maximum coronary perfusion could have resulted in better survival rates in the EPI group.

AVP decreases nonvital organ blood flow (20), but blood flow in the adrenal glands was increased after administration of AVP in comparison with placebo as well as with EPI (21). Similar to myocardial and cerebral blood flow, adrenal gland blood flow seems to be preserved during CPR. Administration of AVP together with EPI and NE did result in comparable blood flow as in the AVP group. Thus, adrenal blood flow may be at maximum after administration of AVP

and is neither increased nor diminished by administration of adrenergic drugs in addition.

Despite comparable myocardial, cerebral, and adrenal gland blood flow in the AVP and the AVP/EPI/NE groups, significantly more animals could be successfully resuscitated in the AVP group, but not in the AVP/EPI/NE group, when compared with the EPI group. Although myocardial blood flow is a critical factor to determine successful defibrillation, β- and α(1)-adrenergic side effects of EPI and NE, such as increased myocardial oxygen consumption during CPR (22), may have prevented animals from successful resuscitation, not only in pigs after having received high-dose EPI but to a lesser degree also in the AVP/EPI/NE group. β(1)-adrenergic blockade, when administered during CPR, minimized postresuscitation myocardial dysfunction and improved survival (23). α-Methyl-norepinephrine, a selective α-adrenergic agonist, was as effective as EPI in restoring spontaneous circulation during CPR but demonstrated lesser postresuscitation myocardial injury than EPI (24), indicating a possible beneficial alternative.

Although vasopressin improved vital organ perfusion, cerebral oxygen delivery, and the probability of restoring circulation better than epinephrine during experimental CPR (25), a clinical multiple-center trial did not entirely confirm laboratory data showing vasopressin to be more effective in ventricular fibrillation and pulseless electrical activity, but only in patients with asystole (2). Beside the fact that laboratory data stem from young healthy pigs with normal coronary arteries, a possible explanation may be the profound ischemia in patients with long arrest and resuscitation times. An *in vitro* study demonstrated that vasopressin has vasoconstricting efficacy even in severe acidosis, when catecholamines are less potent (26). In addition, during the early postresuscitation phase, a reversible depressant effect on myocardial function (27, 28) and on mesenteric blood flow (20) by AVP was observed when compared with EPI. It remains to be determined whether these drug-related effects may explain the fact that despite the otherwise beneficial properties of AVP in healthy animals, clinical trials that compared EPI and AVP showed less clear benefit in patients with cardiac arrest.

This study is limited in that we did not investigate dose-response relationships. Vasopressor doses and combinations were

chosen that were considered to be optimal and that have been used alone or in combination in previous experimental studies of cardiac arrest and CPR. Although a single EPI dose of 200 μg/kg resulted in maximum coronary and cerebral blood flow when compared with higher and lower EPI doses in pigs (29), for a combined vasopressor therapy, EPI and AVP doses of 45 μg/kg and 0.4 units/kg, respectively, were chosen, because these doses have been considered as being optimal and were evaluated as a combined vasopressor therapy earlier (30). An NE dose of 45 μg/kg has also been used earlier in a pig model of cardiac arrest and resulted in an improved balance between myocardial oxygen delivery and consumption and facilitated restoration of spontaneous circulation when compared with 45 μg/kg EPI (31).

This study did not directly compare NE to other vasopressors alone or in combination. Certainly, multiple different drug combinations are possible. However, a previous study has shown that besides resuscitation time after ventricular fibrillation, there is no overall benefit of NE over EPI during CPR (31). As this study was not designed to evaluate long-term survival and neurologic function, we are unable to assess whether a high cerebral blood flow in the AVP and the AVP/EPI/NE group might have beneficial effects on neurologic outcome after restoration of spontaneous circulation. However, in a previous porcine model of CPR, repeated administration of EPI together with AVP ensured long-term survival with full neurologic recovery (32).

Although pentobarbital anesthesia may influence plasma EPI and NE levels (33), the same pentobarbital dose was used in all groups, and it is therefore unlikely that the anesthetic regimen may have confounded results of this study. Finally, although pigs have lysine-vasopressin receptors, dose responses obtained in pigs cannot be directly translated to humans, who have arginine-vasopressin receptors. However, it is suggested that the circulatory effects of AVP administered to humans will be more pronounced than those in pigs.

## CONCLUSIONS

AVP with or without EPI and NE resulted in higher myocardial and cerebral perfusion than EPI alone, but there was no benefit in adding NE to AVP and EPI

PAR-VASO-0008064

with regard to cardiac and cerebral blood flow during CPR.

# REFERENCES

1. The American Heart Association in collaboration with the International Liaison Committee on Resuscitation. Guidelines 2000 for cardiopulmonary resuscitation and emergency cardiovascular care. *Circulation* 2000; 8(Suppl):I-129–I-135

2. Wenzel V, Krismer AC, Arntz R, et al: A comparison of vasopressin and epinephrine for out-of-hospital cardiopulmonary resuscitation. *N Engl J Med* 2004; 350:105–113

3. Mulligan KA, McKnite SH, Lindner KH, et al: Synergistic effects of vasopressin plus epinephrine during cardiopulmonary resuscitation: *Resuscitation* 1997; 35:265–271

4. Wenzel V, Lindner KH, Augenstein S, et al: Vasopressin combined with epinephrine decreases cerebral perfusion compared with vasopressin alone during cardiopulmonary resuscitation in pigs. *Stroke* 1998; 29: 1462–1467

5. Dünser MW, Mayr AJ, Ulmer H, et al: Arginine vasopressin in advanced vasodilatory shock: A prospective, randomized, controlled study. *Circulation* 2003; 107:2313–2319

6. Yang L, Weil MH, Noc M, et al: Spontaneous gasping increases the ability to resuscitate during experimental cardiopulmonary resuscitation. *Crit Care Med* 1994; 22:879–883

7. Xie J, Weil MH, Sun S, et al: Spontaneous gasping generates cardiac output during cardiac arrest. *Crit Care Med* 2004; 32:238–240

8. Heymann MA, Payne BD, Hoffmann JI, et al: Blood flow measurements with radionuclide-labeled particles. *Prog Cardiovasc Dis* 1977; 20:55–79

9. Lindner KH, Ahnefeld FW, Bowdler IM: Comparison of different doses of epinephrine on myocardial perfusion and resuscitation success during cardiopulmonary resuscitation in a pig model. *Am J Emerg Med* 1991; 9:27–31

10. Prengel AW, Lindner KH, Keller A: Cerebral oxygenation during cardiopulmonary resuscitation with epinephrine and vasopressin in pigs. *Stroke* 1996; 27:1241–1248

11. Suzuki Y, Satoh S, Oyama H, et al: Regional differences in the vasodilator response to vasopressin in canine cerebral arteries in vivo. *Stroke* 1993; 24:1049–1053

12. Thibonnier M, Conarty DM, Preston JA, et al: Human vascular endothelial cells express oxytocin receptors. *Endocrinology* 1999; 140:1301–1309

13. Thibonnier M, Conarty DM, Preston JA, et al: Molecular pharmacology of human vasopressin receptors. *In:* Vasopressin and Oxytocin: Molecular, Cellular, and Clinical Advances. Volume 449. Zingg H, Bourque CW, Bichet D (Eds). New York, Plenum Press, pp 251–276

14. Day TA, Randle JC, Renaud LP: Opposing $\alpha$- and $\beta$-adrenergic mechanisms mediate dose-dependent actions of norepinephrine on supraoptic vasopressin neurons in vitro. *Brain Res* 1985; 358:171–179

15. Randle JC, Bourque CW, Renaud LP: $\alpha$1-Adrenergic receptor activation depolarizes rat supraoptic neuro secretory neurons in vitro. *Am J Physiol* 1986; 251:R569–R574

16. Leng G, Brown CH, Russel JA: Physiological pathways regulating the activity of magnocellular neurosecretory cells. *Prog Neurobiol* 1999; 57:625–655

17. Noguera L, Medina P, Segarra G et al: Potentiation by vasopressin of adrenergic vasoconstriction in the rat isolated mesenteric artery. *Br J Pharmacol* 1997; 122:431–438

18. Segarra G, Medina P, Vila JM, et al: Increased contraction to noradrenaline by vasopressin in human renal arteries. *J Hypertens* 2002; 20:1373–1379

19. Segarra G, Medina P, Domenech C, et al: Role of vasopressin on adrenergic neurotransmission in human penile blood vessels. *J Pharmacol Exp Ther* 1998; 286:1315–1320

20. Prengel AW, Lindner KH, Wenzel V, et al: Splanchnic and renal blood flow after cardiopulmonary resuscitation with epinephrine and vasopressin in pigs. *Resuscitation* 1998; 38:19–24

21. Krismer AC, Wenzel V, Voelckel WG, et al: Effects of vasopressin on adrenal gland regional perfusion during experimental cardiopulmonary resuscitation. *Resuscitation* 2003; 56:223–228

22. Weil MH, Tang W: Cardiopulmonary resuscitation: A promise as yet largely unfulfilled. *Dis Mon* 1997; 43:429–501

23. Cammarata G, Weil MH, Sun S, et al: Beta1-adrenergic blockade during cardiopulmonary resuscitation improves survival. *Crit Care Med* 2004; 32:4404–4443

24. Klouche K, Weil MH, Tang W, et al: A selective alpha(2)-adrenergic agonist for cardiac resuscitation. *J Lab Clin Med* 2002; 140: 27–34

25. Krismer AC, Wenzel V, Stadlbauer KH, et al: Vasopressin during cardiopulmonary resuscitation: A progress report. *Crit Care Med*; 2004; 32:432–435

26. Fox AW, May RE, Mitch WE: Comparison of peptide and nonpeptide receptor-mediated responses in rat tail artery. *J Cardiovasc Pharmacol* 1992; 20:282–289

27. Prengel AW, Lindner KH, Keller A, et al: Cardiovascular function during the postresuscitation phase after cardiac arrest in pigs: A comparison of epinephrine versus vasopressin. *Crit Care Med* 1996; 24: 2014–2019

28. Kern KB, Heidenreich JH, Higdon TA, et al: Effects of vasopressin on postresuscitation ventricular function: Unknown consequences of the recent guidelines 2000 for cardiopulmonary resuscitation and emergency cardiovascular care. *Crit Care Med* 2004; 32:393–397

29. Brown CG, Werman HA, Davis EA, et al: The effects of graded doses of epinephrine on regional myocardial blood flow during cardiopulmonary resuscitation in swine. *Circulation* 1987; 75:491–497

30. Mayr VD, Wenzel V, Voelckel WG, et al: Developing a vasopressor combination in a pig model of adult asphyxial cardiac arrest. *Circulation* 2001; 104:1651–1656

31. Lindner KH, Ahnefeld FW: Comparison of epinephrine and norepinephrine in the treatment of asphyxial or fibrillatory cardiac arrest in a porcine model. *Crit Care Med* 1989; 17:437–441

32. Stadlbauer KH, Wagner-Berger HG, Wenzel V, et al: Survival with full neurologic recovery after prolonged cardiopulmonary resuscitation with a combination of vasopressin and epinephrine in pigs. *Anesth Analg* 2003; 96:1743–1749

33. Jasani MS, Salzman SK, Tice LL, et al: Anesthetic regimen effects on a pediatric porcine model of asphyxial arrest. *Resuscitation* 1997; 35:69–75

PAR-VASO-0008065

**PITRESSIN- vasopressin, unspecified injection**
**Par Pharmaceutical, Inc.**

*Disclaimer: This drug has not been found by FDA to be safe and effective, and this labeling has not been approved by FDA. For further information about unapproved drugs, click here.*

----------

**Pitressin®**
**(Vasopressin Injection, USP)**
*SYNTHETIC*

## DESCRIPTION

Pitressin (Vasopressin Injection, USP) Synthetic is a sterile, aqueous solution of synthetic vasopressin (8-Arginine vasopressin) of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 USP units/mL. The solution contains 0.5% Chlorobutanol (chloroform derivative) as a preservative. The acidity of the solution is adjusted with acetic acid.

## CLINICAL PHARMACOLOGY

The antidiuretic action of vasopressin is ascribed to increasing reabsorption of water by the renal tubules.

Vasopressin can cause contraction of smooth muscle of the gastrointestinal tract and of all parts of the vascular bed, especially the capillaries, small arterioles, and venules with less effect on the smooth musculature of the large veins. The direct effect on the contractile elements is neither antagonized by adrenergic blocking agents nor prevented by vascular denervation.

Following subcutaneous or intramuscular administration of vasopressin injection, the duration of antidiuretic activity is variable but effects are usually maintained for 2 to 8 hours.

The majority of a dose of vasopressin is metabolized and rapidly destroyed in the liver and kidneys. Vasopressin has a plasma half-life of about 10 to 20 minutes. Approximately 5% of a subcutaneous dose of vasopressin is excreted in urine unchanged after 4 hours.

## CONTRAINDICATION

Anaphylaxis or hypersensitivity to the drug or its components.

## INDICATIONS AND USAGE

Pitressin is indicated for prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows, and in diabetes insipidus.

## WARNINGS

This drug should not be used in patients with vascular disease, especially disease of the coronary arteries, except with extreme caution. In such patients, even small doses may precipitate anginal pain, and with larger doses, the possibility of myocardial infarction should be considered.

Vasopressin may produce water intoxication. The early signs of drowsiness, listlessness, and headaches should be recognized to prevent terminal coma and convulsions.

## PRECAUTIONS

### General

Vasopressin should be used cautiously in the presence of epilepsy, migraine, asthma, heart failure, or any state in which a rapid addition to extracellular water may produce hazard for an already overburdened system.

Chronic nephritis with nitrogen retention contraindicates the use of vasopressin until reasonable nitrogen blood levels have been attained.

### Information for Patients

Side effects such as blanching of skin, abdominal cramps, and nausea may be reduced by taking 1 or 2 glasses of water at the time of vasopressin administration. These side effects are usually not serious and probably will disappear within a few minutes.

### Laboratory Tests

Electrocardiograms (ECG) and fluid and electrolyte status determinations are recommended at periodic intervals during therapy.

### Drug Interactions

1) The following drugs may potentiate the antidiuretic effect of vasopressin when used concurrently: carbamazepine; chlorpropamide; clofibrate; urea; fludrocortisone; tricyclic antidepressants. 2) The following drugs may decrease the antidiuretic effect of vasopressin when used concurrently: demeclocycline; norepinephrine; lithium; heparin; alcohol. 3) Ganglionic blocking agents may produce a marked increase in sensitivity to the pressor effects of vasopressin.

### Pregnancy Category C

Animal reproduction studies have not been conducted with Pitressin. It is also not known whether Pitressin can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Pitressin should be given to a pregnant woman only if clearly needed.

### Labor and Delivery

Doses of vasopressin sufficient for an antidiuretic effect are not likely to produce tonic uterine contractions that could be deleterious to the fetus or threaten the continuation of the pregnancy.

### Nursing Mothers

Caution should be exercised when Pitressin is administered to a nursing woman.

## ADVERSE REACTIONS

Local or systemic allergic reactions may occur in hypersensitive individuals. The following side effects have been reported following the administration of vasopressin.

**Body as a Whole:** anaphylaxis (cardiac arrest and/or shock) has been observed shortly after injection of vasopressin.

**Cardiovascular:** cardiac arrest, circumoral pallor, arrhythmias, decreased cardiac output, angina, myocardial ischemia, peripheral vasoconstriction, and gangrene.

**Gastrointestinal:** abdominal cramps, nausea, vomiting, passage of gas.

**Nervous System:** tremor, vertigo, "pounding" in head.

**Respiratory:** bronchial constriction.

**Skin and Appendages:** sweating, urticaria, cutaneous gangrene.

## Overdosage

Water intoxication may be treated with water restriction and temporary withdrawal of vasopressin until polyuria occurs. Severe water intoxication may require osmotic diuresis with mannitol, hypertonic dextrose, or urea alone or with furosemide.

For medical advice about adverse reactions contact your medical professional. To report SUSPECTED ADVERSE REACTIONS, contact JHP at 1-866-923-2547 or MEDWATCH at 1-800-FDA-1088 (1-800-332-1088) or http://www.fda.gov/medwatch/.

## DOSAGE AND ADMINISTRATION

Pitressin may be administered subcutaneously or intramuscularly.

Ten units of Pitressin (0.5 mL) will usually elicit full physiologic response in adult patients; 5 units will be adequate in many cases. Pitressin should be given intramuscularly at 3- or 4-hour intervals as needed. The dosage should be proportionately reduced for pediatric patients. (For an additional discussion of dosage, consult the sections below.)

When determining the dose of Pitressin for a given case, the following should be kept in mind.

It is particularly desirable to give a dose not much larger than is just sufficient to elicit the desired physiologic response. Excessive doses may cause undesirable side effects—blanching of the skin, abdominal cramps, nausea—which, though not serious, may be alarming to the patient. Spontaneous recovery from such side effects occurs in a few minutes. It has been found that one or two glasses of water given at the time Pitressin is administered reduce such symptoms.

### Abdominal Distention

In the average postoperative adult patient, give 5 units (0.25 mL) initially; increase to 10 units (0.5 mL) at subsequent injections if necessary. It is recommended that Pitressin be given intramuscularly and that injections be repeated at 3- or 4-hour intervals as required. Dosage to be reduced proportionately for pediatric patients.

Pitressin used in this manner will frequently prevent or relieve postoperative distention. These recommendations apply also to distention complicating pneumonia or other acute toxemias.

### Abdominal Roentgenography

For the average case, two injections of 10 units each (0.5 mL) are suggested. These should be given two hours and one-half hour, respectively, before films are exposed. Many roentgenologists advise giving an enema prior to the first dose of Pitressin.

### Diabetes Insipidus

Pitressin may be given by injection or administered intranasally on cotton pledgets, by nasal spray, or by dropper. The dose by injection is 5 to 10 units (0.25 to 0.5 mL) repeated two or three times daily as needed. When Pitressin is administered intranasally by spray or on pledgets, the dosage and interval between treatments must be determined for each patient.

## HOW SUPPLIED

Pitressin (Vasopressin Injection, USP) Synthetic is supplied in vials as follows:

NDC 42023-117-25
1 mL vial (20 USP units). Packages of 25 vials.

**Store between 20° to 25°C (68° to 77°F). (See USP Controlled Room Temperature.)**

**Rx only.**

Prescribing Information as of October 2012.

**JHP Pharmaceuticals**
Manufactured and Distributed by:
JHP Pharmaceuticals, LLC
Rochester, MI 48307

3000403D

## PRINCIPAL DISPLAY PANEL - 1 mL Vial Label

**NDC** 42023-117-25

**Pitressin**®
(Vasopressin Injection, USP)

*Synthetic*
**20 USP units per mL**

**Rx** Only

25 VIALS (1 mL each)

**JHP**
PHARMACEUTICALS



NDC 42023-117-25

# Pitressin®
(Vasopressin Injection, USP)
*Synthetic*
20 USP units per mL

30004130

25 VIALS (1 mL each)

20 USP units per mL
*Synthetic*
(Vasopressin Injection, USP)

# Pitressin®

25 VIALS (1 mL each)

IHP
PHARMACEUTICALS

Rx only

20 USP units per mL
*Synthetic*
(Vasopressin Injection, USP)

# Pitressin®

NDC 42023-117-25

PAR-VASO-0008070




For intramuscular or Subcutaneous injection.

Note: Vials are oversealed.

Usual Adult Dosage: initially 5 to 10 units (0.25 to 0.5 mL) intramuscularly or subcutaneously. May be repeated as indicated. See Package Insert for full prescribing information.

Contains 0.5% chlorobutanol (chloroform derivative) as a preservative. Acidity adjusted with acetic acid.

Store between 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]

Manufactured and Distributed by:
JHP Pharmaceuticals, LLC, Rochester, MI 48307

3 42023 11725 0

Pitressin®
(Vasopressin Injection, USP)
*Synthetic*
20 USP units per mL

3600413C

25 VIALS (1 mL each)




# PITRESSIN

vasopressin injection

## Product Information

| | | | |
|---|---|---|---|
| **Product Type** | HUMAN PRESCRIPTION DRUG | **Item Code (Source)** | NDC:42023-117 |
| **Route of Administration** | SUBCUTANEOUS, INTRAMUSCULAR | **DEA Schedule** | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **vasopressin, unspecified** (UNII: Y87Y826H08) (vasopressin, unspecified - UNII:Y87Y826H08) | vasopressin, unspecified | 20 [USP'U] in 1 mL |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **Chlorobutanol** (UNII: HM4YQM8WRC) | |
| **acetic acid** (UNII: Q40Q9N063P) | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:42023-117-25 | 25 in 1 CARTON | | |
| 1 | | 1 mL in 1 VIAL; Type 0: Not a Combination Product | | |

PAR-VASO-0008071

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| UNAPPROVED DRUG OTHER | | 10/01/2007 | 06/30/2016 |

**Labeler -** Par Pharmaceutical, Inc. (092733690)

**Registrant -** Par Sterile Products, LLC (804894611)

Revised: 11/2014                                    Par Pharmaceutical, Inc.

**VASOPRESSIN - argipressin injection, solution**
**American Regent, Inc.**

*Disclaimer: This drug has not been found by FDA to be safe and effective, and this labeling has not been approved by FDA. For further information about unapproved drugs, click here.*

----------

**VASOPRESSIN INJECTION, USP**

**Synthetic**

**Rx Only**

## DESCRIPTION

Vasopressin Injection, USP is a sterile, aqueous solution of synthetic vasopressin (8-L-arginine vasopressin) of the posterior pituitary gland for intramuscular or subcutaneous use. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units/mL. Each mL contains: Vasopressin 20 units, Sodium Chloride 9 mg, Chlorobutanol 0.5% (as a preservative), Water for Injection q.s. pH (range 2.5 - 4.5) adjusted with Acetic Acid. The structural formula is:



$$H - Cys - Tyr - Phe - Glu(NH_2) - Asp(NH_2) - Cys - Pro - Arg - Gly - NH_2$$
$$1 \quad\quad 2 \quad\quad 3 \quad\quad 4 \quad\quad\quad 5 \quad\quad\quad\quad 6 \quad\quad 7 \quad\quad 8 \quad\quad 9$$

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$          Molecular Weight: 1084.23

## CLINICAL PHARMACOLOGY

The antidiuretic action of vasopressin is ascribed to increasing reabsorption of water by the renal tubules.

Vasopressin can cause contraction of smooth muscle of the gastrointestinal tract and of all parts of the vascular bed, especially the capillaries, small arterioles and venules with less effect on the smooth musculature of the large veins. The direct effect on the contractile elements is neither antagonized by adrenergic blocking agents nor prevented by vascular denervation.

Following subcutaneous or intramuscular administration of vasopressin injection, the duration of antidiuretic activity is variable but effects are usually maintained for 2-8 hours.

The majority of a dose of vasopressin is metabolized and rapidly destroyed in the liver and kidneys. Vasopressin has a plasma half-life of about 10 to 20 minutes. Approximately 5% of a subcutaneous dose of vasopressin is excreted in urine unchanged after four hours.

## INDICATIONS AND USAGE

Vasopressin is indicated for prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows, and in diabetes insipidus.

## CONTRAINDICATIONS

Anaphylaxis or hypersensitivity to the drug or its components.

## WARNINGS

This drug should not be used in patients with vascular disease, especially disease of the coronary arteries, except with extreme caution. In such patients, even small doses may precipitate anginal pain, and with larger doses, the possibility of myocardial infarction should be considered.

Vasopressin may produce water intoxication. The early signs of drowsiness, listlessness, and headaches should be recognized to prevent terminal coma and convulsions.

## PRECAUTIONS

### General

Vasopressin should be used cautiously in the presence of epilepsy, migraine, asthma, heart failure or any state in which a rapid addition to extracellular water may produce hazard for an already overburdened system.

Chronic nephritis with nitrogen retention contraindicates the use of vasopressin until reasonable nitrogen blood levels have been attained.

### Information for Patients

Side effects such as blanching of skin, abdominal cramps, and nausea may be reduced by taking 1 or 2 glasses of water at the time of vasopressin administration. These side effects are usually not serious and probably will disappear within a few minutes.

### Laboratory Tests

Electrocardiograms (ECG) and fluid and electrolyte status determinations are recommended at periodic intervals during therapy.

### Drug Interactions

1) The following drugs may potentiate the antidiuretic effect of vasopressin when used concurrently: carbamazepine; chlorpropamide; clofibrate; urea; fludrocortisone; tricyclic antidepressants. 2) The following drugs may decrease the antidiuretic effect of vasopressin when used concurrently: demeclocyline; norepinephrine; lithium; heparin, alcohol. 3) Ganglionic blocking agents may produce a marked increase in sensitivity to the pressor effects of vasopressin.

### Pregnancy

Teratogenic Effects

Pregnancy Category C. Animal reproduction studies have not been conducted with vasopressin. It is also not known whether vasopressin can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Vasopressin should be given to a pregnant woman only if clearly needed.

### Labor and Delivery

Doses of vasopressin sufficient for an antidiuretic effect are not likely to produce tonic uterine contractions that could be deleterious to the fetus or threaten the continuation of the pregnancy.

### Nursing Mothers

Caution should be exercised when vasopressin is administered to a nursing woman.

## ADVERSE REACTIONS

Local or systemic allergic reactions may occur in hypersensitive individuals. The following side effects have been reported following the administration of vasopressin.

**Body as a Whole:**

anaphylaxis (cardiac arrest and/or shock) has been observed shortly after injection of vasopressin.

**Cardiovascular:**

cardiac arrest, circumoral pallor, arrhythmias, decreased cardiac output, angina, myocardial ischemia, peripheral vasoconstriction and gangrene.

**Gastrointestinal:**

abdominal cramps, nausea, vomiting, passage of gas.

**Nervous System:**

tremor, vertigo, "pounding" in head.

**Respiratory:**

bronchial constriction.

**Skin and Appendages:**

sweating, urticaria, cutaneous gangrene.


## OVERDOSAGE

Water intoxication may be treated with water restriction and temporary withdrawal of vasopressin until polyuria occurs. Severe water intoxication may require osmotic diuresis with mannitol, hypertonic dextrose, or urea alone or with furosemide.


## DOSAGE AND ADMINISTRATION

Vasopressin may be administered intramuscularly or subcutaneously.

Ten units of vasopressin (0.5 mL) will usually elicit full physiologic response in adult patients; 5 units will be adequate in many cases. Vasopressin should be given intramuscularly at three- or four-hour intervals as needed. The dosage should be proportionately reduced for children. (For an additional discussion of dosage, consult the sections below.)

When determining the dose of vasopressin for a given case, the following should be kept in mind.

It is particularly desirable to give a dose not much larger than is just sufficient to elicit the desired physiologic response. Excessive doses may cause undesirable side effects - blanching of the skin, abdominal cramps, nausea - which, though not serious, may be alarming to the patient. Spontaneous recovery from such side effects occurs in a few minutes. It has been found that one or two glasses of water given at the time vasopressin is administered reduce such symptoms.

**Abdominal Distention:**

In the average postoperative adult patient, give 5 units (0.25 mL) initially, increase to 10 units (0.5 mL) at subsequent injections if necessary. It is recommended that vasopressin be given intramuscularly and that injections be repeated at three- or four-hour intervals as required. Dosage to be reduced proportionately for children.

Vasopressin used in this manner will frequently prevent or relieve postoperative distension. These recommendations apply also to distention complicating pneumonia or other acute toxemias.

**Abdominal Roentgenography:**

For the average case, two injections of 10 units each (0.5 mL) are suggested. These should be given

two hours and one-half hour, respectively, before films are exposed. Many roentgenologists advise giving an enema prior to the first dose of vasopressin.

**Diabetes Insipidus:**

Vasopressin may be given by injection or administered intranasally on cotton pledgets, by nasal spray, or by dropper. The dose by injection is 5 to 10 units (0.25 to 0.5 mL) repeated two or three times daily as needed. When vasopressin is administered intranasally by spray or on pledgets, the dosage and interval between treatments must be determined for each patient.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to use, whenever solution and container permit.

**HOW SUPPLIED**

Vasopressin Injection, USP 20 units/mL is supplied as follows:

For intramuscular or subcutaneous use:

NDC 0517-0510-25   10 units per 0.5 mL multiple dose vial        Boxes of 25
NDC 0517-1020-25   20 units per 1 mL multiple dose vial          Boxes of 25
NDC 0517-0410-10   200 units per 10 mL multiple dose vial        Boxes of 10

Store below 23°C (73°F). Do not freeze.

**AMERICAN
REGENT, INC.
SHIRLEY, NY 11967**

IN1020
Rev. 5/11


**PACKAGE LABEL.PRINCIPAL DISPLAY PANEL**

PRINCIPAL DISPLAY PANEL – 10 mL Label

**NDC 0517-0410-10**

**VASOPRESSIN**
INJECTION, USP
**Synthetic**

**20 Units/mL (200 Units/10 mL)**

**10 mL**

MULTIPLE DOSE VIAL

FOR IM OR SC USE ONLY

**Rx Only**

**AMERICAN REGENT, INC.**

SHIRLEY, NY 11967

PAR-VASO-0008076



PRINCIPAL DISPLAY PANEL – 0.5 mL Label

**NDC 0517-0510-25**

**VASOPRESSIN**
INJECTION, USP
**Synthetic**
**10 Units/0.5 mL**

**0.5 mL**

MULTIPLE DOSE VIAL
FOR IM OR SC USE ONLY

**Rx Only**

**AMERICAN REGENT, INC.**

SHIRLEY, NY 11967



PRINCIPAL DISPLAY PANEL – 1 mL Label

**NDC 0517-1020-25**

**VASOPRESSIN**
INJECTION, USP

**Synthetic**
**20 Units/1 mL**

**1 mL** MULTIPLE DOSE VIAL

FOR IM OR SC USE ONLY

**Rx Only**

**AMERICAN REGENT, INC.**

SHIRLEY, NY 11967



## VASOPRESSIN

vasopressin injection, solution

### Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | Item Code (Source) | NDC:0517-0410 |
|---|---|---|---|
| Route of Administration | INTRAMUSCULAR, SUBCUTANEOUS | DEA Schedule | |

### Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| ARGIPRESSIN (UNII: Y49O7O6MFD) (ARGIPRESSIN - UNII:Y49O7O6MFD) | ARGIPRESSIN | 20 [USP'U] in 1 mL |

### Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| SODIUM CHLORIDE (UNII: 451W47IQ8X) | 9 mg in 1 mL |
| CHLOROBUTANOL (UNII: HM4YQM8WRC) | |
| ACETIC ACID (UNII: Q40Q9N063P) | |
| WATER (UNII: 059QF0KO0R) | |

PAR-VASO-0008078

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|-----------|--------------------|--------------------|-------------------|
| 1 | NDC:0517-0410-10 | 10 in 1 CARTON | | |
| 1 | | 10 mL in 1 VIAL, MULTI-DOSE | | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|--------------------|------------------------------------------|--------------------|-------------------|
| Unapproved drug other | | 08/15/1996 | |

# VASOPRESSIN
vasopressin injection, solution

## Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | Item Code (Source) | NDC:0517-0510 |
|--------------|------------------------|-------------------|---------------|
| Route of Administration | INTRAMUSCULAR, SUBCUTANEOUS | DEA Schedule | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|-----------------|-------------------|----------|
| ARGIPRESSIN (UNII: Y4907O6MFD) (ARGIPRESSIN - UNII:Y4907O6MFD) | ARGIPRESSIN | 20 [USP'U] in 1 mL |

## Inactive Ingredients

| Ingredient Name | Strength |
|-----------------|----------|
| SODIUM CHLORIDE (UNII: 451W47IQ8X) | 9 mg in 1 mL |
| CHLOROBUTANOL (UNII: HM4YQM8WRC) | |
| ACETIC ACID (UNII: Q40Q9N063P) | |
| WATER (UNII: 059QF0KO0R) | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|-----------|--------------------|--------------------|-------------------|
| 1 | NDC:0517-0510-25 | 25 in 1 CARTON | | |
| 1 | | 0.5 mL in 1 VIAL, MULTI-DOSE | | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|--------------------|------------------------------------------|--------------------|-------------------|
| Unapproved drug other | | 10/01/1992 | |

# VASOPRESSIN
vasopressin injection, solution

## Product Information

| | | | |
|---|---|---|---|
| **Product Type** | HUMAN PRESCRIPTION DRUG | **Item Code (Source)** | NDC:0517-1020 |
| **Route of Administration** | INTRAMUSCULAR, SUBCUTANEOUS | **DEA Schedule** | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **ARGIPRESSIN** (UNII: Y4907O6MFD) (ARGIPRESSIN - UNII:Y4907O6MFD) | ARGIPRESSIN | 20 [USP'U] in 1 mL |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **SODIUM CHLORIDE** (UNII: 451W47IQ8X) | 9 mg in 1 mL |
| **CHLOROBUTANOL** (UNII: HM4YQM8WRC) | |
| **ACETIC ACID** (UNII: Q40Q9N063P) | |
| **WATER** (UNII: 059QF0KO0R) | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:0517-1020-25 | 25 in 1 CARTON | | |
| 1 | | 1 mL in 1 VIAL, MULTI-DOSE | | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| Unapproved drug other | | 10/01/1992 | |

## Labeler - American Regent, Inc. (622781813)

Revised: 8/2011

American Regent, Inc.

PAR-VASO-0008080

**VASOPRESSIN- vasopressin injection, solution**
**Fresenius Kabi USA, LLC**

*Disclaimer: This drug has not been found by FDA to be safe and effective, and this labeling has not been approved by FDA. For further information about unapproved drugs, click here.*

----------

**Vasopressin Injection USP**


*(SYNTHETIC)*


## DESCRIPTION

Vasopressin Injection, USP is a sterile solution of synthetic vasopressin of the posterior pituitary gland for intramuscular (IM) or subcutaneous use. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units/mL. The chemical name is Vasopressin, 8-L-arginine and has the following structural formula:



$C_{46}H_{65}N_{15}O_{12}S_2$                    1084.23

Each mL contains: 20 USP Vasopressin Units, chlorobutanol (anhydrous) 5 mg as preservative; Water for Injection q.s. Glacial acetic acid and/or sodium hydroxide may have been added for pH adjustment (2.5-4.5).


## CLINICAL PHARMACOLOGY

The antidiuretic action of vasopressin is ascribed to increasing reabsorption of water by the renal tubules.

Vasopressin can cause contraction of smooth muscle of the gastrointestinal tract and of all parts of the vascular bed, especially the capillaries, small arterioles and venules with less effect on the smooth musculature of the large veins. The direct effect on the contractile elements is neither antagonized by adrenergic blocking agents nor prevented by vascular denervation.

Following subcutaneous or intramuscular administration of vasopressin injection, the duration of antidiuretic activity is variable but effects are usually maintained for 2 to 8 hours.

The majority of a dose of vasopressin is metabolized and rapidly destroyed in the liver and kidneys. Vasopressin has a plasma half-life of about 10 to 20 minutes. Approximately 5% of a subcutaneous dose of vasopressin is excreted in urine unchanged after 4 hours.


## INDICATIONS AND USAGE

Vasopressin Injection, USP is indicated for prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows and in diabetes insipidus.


## CONTRAINDICATIONS

Anaphylaxis or hypersensitivity to the drug or its components.

## WARNINGS

This drug should not be used in patients with vascular disease, especially disease of the coronary arteries, except with extreme caution. In such patients, even small doses may precipitate anginal pain, and with larger doses, the possibility of myocardial infarction should be considered.

Vasopressin may produce water intoxication. The early signs of drowsiness, listlessness and headaches should be recognized to prevent terminal coma and convulsions.

## PRECAUTIONS

### General

Vasopressin should be used cautiously in the presence of epilepsy, migraine, asthma, heart failure or any state in which a rapid addition to extracellular water may produce hazard for an already overburdened system.

Chronic nephritis with nitrogen retention contraindicates the use of vasopressin until reasonable nitrogen blood levels have been attained.

### Information for Patients

Side effects such as blanching of skin, abdominal cramps, and nausea may be reduced by taking 1 or 2 glasses of water at the time of vasopressin administration. These side effects are usually not serious and probably will disappear within a few minutes.

### Laboratory Tests

Electrocardiograms (ECG) and fluid and electrolyte status determinations are recommended at periodic intervals during therapy.

### Drug Interactions

The following drugs may potentiate the antidiuretic effect of vasopressin when used concurrently: carbamazepine; chlorpropamide; clofibrate; urea; fludrocortisone; tricyclic antidepressants.

The following drugs may decrease the antidiuretic effect of vasopressin when used concurrently: demeclocycline; norepinephrine; lithium; heparin; alcohol.

Ganglionic blocking agents may produce a marked increase in sensitivity to the pressor effects of vasopressin.

### Pregnancy Category C

Animal reproduction studies have not been conducted with vasopressin. It is also not known whether vasopressin can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Vasopressin should be given to a pregnant woman only if clearly needed.

### Labor and Delivery

Doses of vasopressin sufficient for an antidiuretic effect are not likely to produce tonic uterine contractions that could be deleterious to the fetus or threaten the continuation of the pregnancy.

### Nursing Mothers

Caution should be exercised when vasopressin is administered to a nursing woman.

## ADVERSE REACTIONS

Local or systemic allergic reactions may occur in hypersensitive individuals. The following side effects have been reported following the administration of vasopressin:

### Body as a Whole

Anaphylaxis (cardiac arrest and/or shock) has been observed shortly after injection of vasopressin.

### Cardiovascular

Cardiac arrest, circumoral pallor, arrhythmias, decreased cardiac output, angina, myocardial ischemia, peripheral vasoconstriction, and gangrene.

### Gastrointestinal

Abdominal cramps, nausea, vomiting, passage of gas.

### Nervous System

Tremor, vertigo, ''pounding'' in head.

### Respiratory

Bronchial constriction.

### Skin and Appendages

Sweating, urticaria, cutaneous gangrene.

### Overdosage

Water intoxication may be treated with water restriction and temporary withdrawal of vasopressin until polyuria occurs. Severe water intoxication may require osmotic diuresis with mannitol, hypertonic dextrose, or urea alone or with furosemide.

## DOSAGE AND ADMINISTRATION

Vasopressin Injection may be administered IM or subcutaneously.

Ten units (0.5 mL) of Vasopressin Injection will usually elicit full physiologic response in adult patients; 5 units (0.25 mL) will be adequate in many cases. Vasopressin Injection should be given IM at three or four hour intervals as needed. The dosage should be proportionately reduced for pediatric patients. (For an additional discussion of dosage, consult the sections below.)

When determining the dose of Vasopressin Injection for a given case, the following should be kept in mind:

It is particularly desirable to give a dose not much larger than is just sufficient to elicit the desired physiologic response. Excessive doses may cause undesirable side effects–blanching of the skin, abdominal cramps, nausea–which, though not serious, may be alarming to the patient. Spontaneous recovery from such side effects occurs in a few minutes. It has been found that one or two glasses of water given at the time Vasopressin Injection is administered reduces such symptoms.

### Abdominal Distention

In the average postoperative adult patient, give 5 units (0.25 mL) initially, increase to 10 units (0.5 mL) at subsequent injections if necessary. It is recommended that Vasopressin Injection be given IM and that injections be repeated at three or four hour intervals as required. Dosage to be reduced proportionately for pediatric patients.

Vasopressin Injection used in this manner will frequently prevent, or relieve, postoperative distention. These recommendations apply also to distention complicating pneumonia or other acute toxemias.

### Abdominal Roentgenography

For the average case, two injections of 10 units (0.5 mL) each are suggested. These should be given two hours and one-half hour, respectively, before films are exposed. Many roentgenologists advise giving an enema prior to the first dose of Vasopressin Injection.

### Diabetes Insipidus

Vasopressin Injection may be given by injection or administered intranasally on cotton pledgets, by nasal spray, or by dropper. The dose by injection is 5 to 10 units (0.25 to 0.5 mL) repeated two or three times daily as needed. When Vasopressin Injection is administered intranasally by spray or on pledgets, the dosage and interval between treatments must be determined for each patient.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.

### HOW SUPPLIED

| Product No. | NDC No. | |
|---|---|---|
| 30201 | 63323-302-01 | Vasopressin Injection, USP 20 units, 1 mL fill in a 2 mL flip-top vial in packages of 25. |

Store at 20° to 25°C (68° to 77°F) [see USP Controlled Room Temperature].

Do not freeze.

This container closure is not made with natural rubber latex.

APP
Fresenius Kabi USA, LLC
Lake Zurich, IL 60047

45875F

Revised: September 2013

### PACKAGE LABEL - PRINCIPAL DISPLAY - Vasopressin 1 mL Vial Label

**NDC** 63323-302-01

30201

**Vasopressin Injection, USP (Synthetic)**

**20 Units/mL**

For IM or SC Use

**1 mL**

Sterile

Rx only



**PACKAGE LABEL - PRINCIPAL DISPLAY - Vasopressin 1 mL Vial Tray Label**

**NDC** 63323-302-01

30201

**Vasopressin Injection, USP (Synthetic)**

**20 Units/mL**

For IM or SC Use

**1 mL**

Rx only





| VASOPRESSIN | | | |
|---|---|---|---|
| vasopressin injection, solution | | | |

| **Product Information** | | | |
|---|---|---|---|
| **Product Type** | HUMAN PRESCRIPTION DRUG | **Item Code (Source)** | NDC:63323-302 |
| **Route of Administration** | INTRAMUSCULAR, SUBCUTANEOUS | **DEA Schedule** | |

| **Active Ingredient/Active Moiety** | | | |
|---|---|---|---|
| **Ingredient Name** | | **Basis of Strength** | **Strength** |
| **VASOPRESSIN** (UNII: Y87Y826H08) (VASOPRESSIN - UNII:Y87Y826H08) | | VASOPRESSIN | 20 [USP'U] in 1 mL |

## Inactive Ingredients

| Ingredient Name | Strength |
| --- | --- |
| **CHLOROBUTANOL** (UNII: HM4YQM8WRC) | 5 mg in 1 mL |
| **ACETIC ACID** (UNII: Q40Q9N063P) | |
| **SODIUM HYDROXIDE** (UNII: 55X04QC32I) | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
| --- | --- | --- | --- | --- |
| 1 | NDC:63323-302-01 | 25 in 1 TRAY | | |
| 1 | | 1 mL in 1 VIAL | | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
| --- | --- | --- | --- |
| Unapproved drug other | | 07/17/2001 | |

## Labeler - Fresenius Kabi USA, LLC (608775388)

## Establishment

| Name | Address | ID/FEI | Business Operations |
| --- | --- | --- | --- |
| Fresenius Kabi USA, LLC | | 023648251 | MANUFACTURE(63323-302) |

Revised: 4/2014

Fresenius Kabi USA, LLC

**VASOPRESSIN- vasopressin injection, solution**
**Fresenius Kabi USA, LLC**

*Disclaimer: This drug has not been found by FDA to be safe and effective, and this labeling has not been approved by FDA. For further information about unapproved drugs, click here.*

----------

**Vasopressin Injection USP**


*(SYNTHETIC)*


## DESCRIPTION

Vasopressin Injection, USP is a sterile solution of synthetic vasopressin of the posterior pituitary gland for intramuscular (IM) or subcutaneous use. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units/mL. The chemical name is Vasopressin, 8-L-arginine and has the following structural formula:



$C_{46}H_{65}N_{15}O_{12}S_2$          1084.23

Each mL contains: 20 USP Vasopressin Units, chlorobutanol (anhydrous) 5 mg as preservative; Water for Injection q.s. Glacial acetic acid and/or sodium hydroxide may have been added for pH adjustment (2.5-4.5).


## CLINICAL PHARMACOLOGY

The antidiuretic action of vasopressin is ascribed to increasing reabsorption of water by the renal tubules.

Vasopressin can cause contraction of smooth muscle of the gastrointestinal tract and of all parts of the vascular bed, especially the capillaries, small arterioles and venules with less effect on the smooth musculature of the large veins. The direct effect on the contractile elements is neither antagonized by adrenergic blocking agents nor prevented by vascular denervation.

Following subcutaneous or intramuscular administration of vasopressin injection, the duration of antidiuretic activity is variable but effects are usually maintained for 2 to 8 hours.

The majority of a dose of vasopressin is metabolized and rapidly destroyed in the liver and kidneys. Vasopressin has a plasma half-life of about 10 to 20 minutes. Approximately 5% of a subcutaneous dose of vasopressin is excreted in urine unchanged after 4 hours.


## INDICATIONS AND USAGE

Vasopressin Injection, USP is indicated for prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows and in diabetes insipidus.

PAR-VASO-0008087

## CONTRAINDICATIONS

Anaphylaxis or hypersensitivity to the drug or its components.

## WARNINGS

This drug should not be used in patients with vascular disease, especially disease of the coronary arteries, except with extreme caution. In such patients, even small doses may precipitate anginal pain, and with larger doses, the possibility of myocardial infarction should be considered.

Vasopressin may produce water intoxication. The early signs of drowsiness, listlessness and headaches should be recognized to prevent terminal coma and convulsions.

## PRECAUTIONS

### General

Vasopressin should be used cautiously in the presence of epilepsy, migraine, asthma, heart failure or any state in which a rapid addition to extracellular water may produce hazard for an already overburdened system.

Chronic nephritis with nitrogen retention contraindicates the use of vasopressin until reasonable nitrogen blood levels have been attained.

### Information for Patients

Side effects such as blanching of skin, abdominal cramps, and nausea may be reduced by taking 1 or 2 glasses of water at the time of vasopressin administration. These side effects are usually not serious and probably will disappear within a few minutes.

### Laboratory Tests

Electrocardiograms (ECG) and fluid and electrolyte status determinations are recommended at periodic intervals during therapy.

### Drug Interactions

The following drugs may potentiate the antidiuretic effect of vasopressin when used concurrently: carbamazepine; chlorpropamide; clofibrate; urea; fludrocortisone; tricyclic antidepressants.

The following drugs may decrease the antidiuretic effect of vasopressin when used concurrently: demeclocycline; norepinephrine; lithium; heparin; alcohol.

Ganglionic blocking agents may produce a marked increase in sensitivity to the pressor effects of vasopressin.

### Pregnancy Category C

Animal reproduction studies have not been conducted with vasopressin. It is also not known whether vasopressin can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Vasopressin should be given to a pregnant woman only if clearly needed.

### Labor and Delivery

Doses of vasopressin sufficient for an antidiuretic effect are not likely to produce tonic uterine contractions that could be deleterious to the fetus or threaten the continuation of the pregnancy.

### Nursing Mothers

Caution should be exercised when vasopressin is administered to a nursing woman.

## ADVERSE REACTIONS

Local or systemic allergic reactions may occur in hypersensitive individuals. The following side effects have been reported following the administration of vasopressin:

### Body as a Whole

Anaphylaxis (cardiac arrest and/or shock) has been observed shortly after injection of vasopressin.

### Cardiovascular

Cardiac arrest, circumoral pallor, arrhythmias, decreased cardiac output, angina, myocardial ischemia, peripheral vasoconstriction, and gangrene.

### Gastrointestinal

Abdominal cramps, nausea, vomiting, passage of gas.

### Nervous System

Tremor, vertigo, ''pounding'' in head.

### Respiratory

Bronchial constriction.

### Skin and Appendages

Sweating, urticaria, cutaneous gangrene.

### Overdosage

Water intoxication may be treated with water restriction and temporary withdrawal of vasopressin until polyuria occurs. Severe water intoxication may require osmotic diuresis with mannitol, hypertonic dextrose, or urea alone or with furosemide.

## DOSAGE AND ADMINISTRATION

Vasopressin Injection may be administered IM or subcutaneously.

Ten units (0.5 mL) of Vasopressin Injection will usually elicit full physiologic response in adult patients; 5 units (0.25 mL) will be adequate in many cases. Vasopressin Injection should be given IM at three or four hour intervals as needed. The dosage should be proportionately reduced for pediatric patients. (For an additional discussion of dosage, consult the sections below.)

When determining the dose of Vasopressin Injection for a given case, the following should be kept in mind:

It is particularly desirable to give a dose not much larger than is just sufficient to elicit the desired physiologic response. Excessive doses may cause undesirable side effects–blanching of the skin, abdominal cramps, nausea–which, though not serious, may be alarming to the patient. Spontaneous recovery from such side effects occurs in a few minutes. It has been found that one or two glasses of water given at the time Vasopressin Injection is administered reduces such symptoms.

### Abdominal Distention

In the average postoperative adult patient, give 5 units (0.25 mL) initially, increase to 10 units (0.5 mL) at subsequent injections if necessary. It is recommended that Vasopressin Injection be given IM and that injections be repeated at three or four hour intervals as required. Dosage to be reduced proportionately for pediatric patients.

Vasopressin Injection used in this manner will frequently prevent, or relieve, postoperative distention. These recommendations apply also to distention complicating pneumonia or other acute toxemias.

**Abdominal Roentgenography**

For the average case, two injections of 10 units (0.5 mL) each are suggested. These should be given two hours and one-half hour, respectively, before films are exposed. Many roentgenologists advise giving an enema prior to the first dose of Vasopressin Injection.

**Diabetes Insipidus**

Vasopressin Injection may be given by injection or administered intranasally on cotton pledgets, by nasal spray, or by dropper. The dose by injection is 5 to 10 units (0.25 to 0.5 mL) repeated two or three times daily as needed. When Vasopressin Injection is administered intranasally by spray or on pledgets, the dosage and interval between treatments must be determined for each patient.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.

**HOW SUPPLIED**

| Product No. | NDC No. | |
|---|---|---|
| NP30201 | 63323-302-09 | Vasopressin Injection, USP 20 units, 1 mL fill in a 2 mL flip-top vial in packages of 25. |

Store at 20° to 25°C (68° to 77°F) [see USP Controlled Room Temperature].

Do not freeze.

This container closure is not made with natural rubber latex.

N+ and NOVAPLUS are registered trademarks of Novation, LLC.

Manufactured by:

**Fresenius Kabi USA, LLC**

Lake Zurich, IL 60047

451357

Issued: October 2013

**NOVAPLUS®**

**PACKAGE LABEL - PRINCIPAL DISPLAY - Vasopressin 1 mL Vial Label**

**NDC** 63323-302-09

**Vasopressin Injection, USP (Synthetic)**

**20 Units/mL**

For IM or SC Use

**1 mL**

Rx only

Sterile

NDC 63323-302-09

# Vasopressin
## Injection, USP
### (SYNTHETIC)

**20 Units/mL**

For IM or SC Use

**1 mL**

Rx only
Sterile

**NOVAPLUS®**

**PACKAGE LABEL - PRINCIPAL DISPLAY - Vasopressin 1 mL Vial Tray Label**

**NDC** 63323-302-09

NP30201

**Vasopressin Injection, USP  (Synthetic)**

For IM or SC Use

**20 Units/mL**

**1 mL**

Rx only



## VASOPRESSIN
vasopressin injection, solution

### Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | Item Code (Source) | NDC:63323-302 |
|---|---|---|---|
| Route of Administration | INTRAMUSCULAR, SUBCUTANEOUS | DEA Schedule | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **VASOPRESSIN** (UNII: Y87Y826H08) (VASOPRESSIN - UNII:Y87Y826H08) | VASOPRESSIN | 20 [USP'U] in 1 mL |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **CHLOROBUTANOL** (UNII: HM4YQM8WRC) | 5 mg in 1 mL |
| **ACETIC ACID** (UNII: Q40Q9N063P) | |
| **SODIUM HYDROXIDE** (UNII: 55X04QC32I) | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:63323-302-09 | 25 in 1 TRAY | | |
| 1 | | 1 mL in 1 VIAL | | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| Unapproved drug other | | 07/17/2001 | |

# Labeler - Fresenius Kabi USA, LLC (608775388)

# Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Fresenius Kabi USA, LLC | | 023648251 | MANUFACTURE(63323-302) |

Revised: 7/2014

Fresenius Kabi USA, LLC

*Acta Obstetricia et Gynecologica.* 2009; 88: 639–646



## ORIGINAL ARTICLE

# Plasma vasopressin, oxytocin, estradiol, and progesterone related to water and sodium excretion in normal pregnancy and gestational hypertension

ANITHA RISBERG[1], KERSTIN OLSSON[2], SVEN LYRENÄS[3] & MATS SJÖQUIST[1]

[1]*Department of Medical Cell Biology, Section of Integrative Physiology, Uppsala University, Uppsala, Sweden,* [2]*Department of Anatomy, Physiology, and Biochemistry, Faculty of Veterinary Medicine and Animal Science, Swedish University of Agricultural Sciences, Uppsala, Sweden, and* [3]*Department of Obstetrics and Gynecology, Danderyds Hospital, Stockholm, Sweden*

**Abstract**

*Objective.* To investigate associations between plasma oxytocin and vasopressin concentrations and renal water and sodium excretion during normal pregnancy in comparison with gestational hypertension. *Design.* A prospective open trial conducted in the 12th, 24th, and 36th weeks of gestation. *Settings.* Seven antenatal clinics in Sweden. *Participants.* Thirty-seven normotensive women, 15 women with gestational hypertension, and five women with mild preeclampsia. *Main outcome measures.* Hormones were analyzed with radioimmunoassay. Albumin, osmolality, sodium, and urea were analyzed by routine methods. *Results.* Blood pressure was elevated in the hypertensive women and body mass index in mild preeclampsia from week 12. Renal sodium excretion did not differ between groups or weeks and mean renal free water clearance was negative. In normotensive women, the vasopressin concentration was $1.1 \pm 0.2$ (week 12) and $0.7 \pm 0.1$ pmol/L (week 36: $p = 0.053$). In hypertensive women, vasopressin concentration was $1.7 \pm 1.0$ pmol/L, week 12, and $0.7 \pm 0.1$ pmol/L in week 36 (*ns*). In normotensive women, oxytocin concentration increased from $23 \pm 1$ pmol/L in week 12 to $48 \pm 3$ pmol/L in week 36 ($p < 0.001$). Corresponding values in hypertensive women were $36 \pm 11$ (week 12) and $55 \pm 5$ pmol/L (week 36: *ns*). In all groups, plasma estradiol concentration increased. Plasma progesterone increased until week 24 in normotensive and hypertensive women with further increase in normotensive women. *Conclusions.* The low plasma vasopressin and increasing plasma oxytocin concentrations with unchanged water and sodium excretion indicate that oxytocin assists vasopressin in concentrating urine during pregnancy.

**Key words:** *BMI, gestation, oxytocin, vasopressin, water excretion*

**Abbreviations:** *BMI: body mass index, DP: diastolic blood pressure, SP: systolic blood pressure, MAP: mean arterial blood pressure, GFR: glomerular filtration rate*

## Introduction

Hypertensive disorders during pregnancy are classified as chronic hypertension, gestational hypertension, preeclampsia, and preeclampsia superimposed on chronic hypertension (1). The subcategory gestational hypertension embraces patients with previously unrecognized chronic hypertension, transient gestational hypertension without albuminuria, and mild preeclampsia with a urine albumin concentration less than 300 mg/24 h. Gestational hypertension with or without microalbuminuria puts considerable strain on fluid balance homeostasis.

During normal human pregnancy, plasma volume increases and the osmotic threshold for vasopressin secretion and thirst is reset to a lower plasma level (2). In the pregnant rat, the osmotic threshold is lowered for both vasopressin and oxytocin (3). In normal or sodium-restricted pregnant women, low plasma vasopressin and oxytocin concentrations are found (4). However, few studies have related oxytocin concentration to changes in water balance.

Correspondence: Anitha Risberg, Department of Medical Cell Biology, Division of Physiology, Biomedical Center, Uppsala University, Uppsala, Sweden.
E-mail: anitha.risberg@mcb.uu.se

(Received 19 November 2008; accepted 20 March 2009)

PAR-VASO-0008093

In order to provoke abortion, infusions of oxytocin may be accompanied by antidiuresis, hypo-osmolality, and in some cases even water intoxication (5). Oxytocin exerts an antidiuretic effect via vasopressin-2 receptors (6), and it is suggested that placental steroids enhance renal sensitivity of oxytocin towards its own receptor during pregnancy (7,8).

Estradiol, estriol, and progesterone are produced in the placenta. Estradiol is implicated in water and sodium retention resulting in an expanding plasma volume during normal pregnancy. The role of progesterone in fluid balance is unclear and both elevated and low plasma progesterone concentrations are found in connection with preeclampsia (9,10). Therefore, these hormones were also measured.

The aim of the study was to investigate associations between plasma oxytocin and vasopressin concentrations and renal water and sodium excretion during normal pregnancy in comparison with gestational hypertension.

## Material and methods

### Study design and subjects

The study was a prospective longitudinal open trial and took place at six urban antenatal clinics in Uppsala and Örnsköldsvik, Sweden, and one high-risk antenatal clinic at the University Hospital, Uppsala, Sweden. The regional Ethics Committees in Uppsala and Umeå, Sweden, approved the study. All women gave their informed consent before inclusion and 82 women were recruited. Women with essential hypertension, diabetes mellitus, miscarriages, hypo- or hyperthyreosis, or other diseases, as well as women, who dropped out after week 12, were excluded. Some women developed preeclampsia, but were not discussed in this study as they were on medication.

Women were recruited when they visited the antenatal clinic in the 12th, 24th, and 36th weeks of pregnancy. Blood pressure was measured in a sitting position and on the left arm. The cuff width was 15 cm when the arm circumference was >32 cm, otherwise it was 12 cm. If the diastolic blood pressure was higher than 90 mm Hg, the pressures were remeasured in a supine position after 10 minutes rest. Gestational hypertension was defined as hypertension developing after 20 weeks gestation and with a systolic blood pressure of $\geq 140$ mm Hg and/or a diastolic blood pressure of $\geq 90$ mm Hg (Korotkoff sound V), measured on two separate occasions at least four hours apart (11). The blood pressure data are illustrated in Table I.

Evaluation of the blood pressure data and urine albumin excretion/24 h revealed that 37 women were normotensive throughout pregnancy and had only traces of albumin in the urine ($7 \pm 1$ mg/24 h): they were designated normotensive women. Twenty women had elevated blood pressure in week 36. Fifteen of these had only traces in the urine ($13 \pm 2$ mg/24 h) and were designated women with gestational hypertension. Six of the 15 women had been recruited to the study in week 12 and blood and urine sampling was possible throughout the study. The other nine women with gestational hypertension were recruited in weeks 24 or 36 and were sampled as soon as they entered the study. The five remaining hypertensive women, recruited in week 36, had microalbuminuria ($207 \pm 40$ mg/24 h): they were considered as having mild preeclampsia. Age, height, body weight, and blood pressure were retrieved from the medical records. In the normotensive women, age varied between 20 and 40 (mean 37) years and height between 157 and $-180$ (mean 167) cm. In women with gestational hypertension, age was between 20 and 42 (mean 31) years and height between 158 and 180 (mean 168) cm. In women with mild preeclampsia, age was between 27 and 35 (mean 32) years and height between 164 and 169 (mean 167) cm.

In normotensive women, body weight increased from $68 \pm 2$ to $81 \pm 2$ kg ($n = 37$), from $73 \pm 2$ ($n = 13$) to $86 \pm 3$ kg ($n = 15$) in women with gestational hypertension, and from $81 \pm 7$ to $95 \pm 8$ kg in women with mild preeclampsia ($n = 5$). The weight increase in women with mild preeclampsia was higher than in normotensive women in week 12 ($p < 0.05$) and in week 36 it was higher compared with both normotensive ($p < 0.01$) and hypertensive women ($p < 0.05$). A higher body mass index (BMI) was observed in women with mild preeclampsia than normotensive women from week 12 (Table I).

Eighteen normotensive women, six women with gestational hypertension, and one woman with mild preeclampsia were primigravid. Among multigravid normotensive women, one had given birth to six children, six had given birth to two children, and 11 had given birth to one child (no information from one woman). Among women with gestational hypertension, two women had given birth to three children, three women had had two children, and two women had given birth to one child. One woman with mild preeclampsia had given birth to one child before. The remaining women with gestational hypertension or mild preeclampsia had previously had miscarriages or abortions.

All the women delivered healthy infants within pregnancy weeks 38–42, although one of the hypertensive women gave birth to a child with low birth

For personal use only.

Table I. Arterial blood pressure and body mass index (BMI) in normotensive women, women with gestational hypertension, and women with mild preeclampsia.

| | Normotension | Hypertension | Preeclampsia |
|---|---|---|---|
| **Diastolic pressure (mm Hg)** | | | |
| Week 12 | $69 \pm 1$ (37) | $82 \pm 3$*** (13) | 77; 85 (2) |
| Week 24 | $68 \pm 1$ (37) | $77 \pm 2$*** (13) | $85 \pm 8$*** (3) |
| Week 36 | $70 \pm 1$# (37) | $95 \pm 2$***,### (15) | $100 \pm 1$ (5) |
| **Systolic pressure (mm Hg)** | | | |
| Week 12 | $113 \pm 1$ (37) | $131 \pm 4$*** (13) | 144; 130 (2) |
| Week 24 | $112 \pm 1$ (37) | $123 \pm 3$*** (13) | $132 \pm 11$** (3) |
| Week 36 | $112 \pm 2$ (37) | $141 \pm 2$***,### (15) | $148 \pm 5$*** (5) |
| **Mean arterial blood pressure (mm Hg)** | | | |
| Week 12 | $84 \pm 1$ (37) | $98 \pm 3$*** (13) | 99; 100 (2) |
| Week 24 | $82 \pm 1$ (37) | $92 \pm 3$***,# (13) | $101 \pm 8$*** (3) |
| Week 36 | $84 \pm 1$ (37) | $110 \pm 2$***,### (15) | $116 \pm 2$*** (5) |
| **BMI (kg/m$^2$)** | | | |
| Week 12 | $24 \pm 1$ (36) | $26 \pm 1$ (15) | $30 \pm 3$* (4) |
| Week 24 | $26 \pm 1$### (32) | $28 \pm 1$### (10) | $34 \pm 2$###,** (3) |
| Week 36 | $29 \pm 1$### (36) | $30 \pm 1$### (15) | $35 \pm 3$###,***,† (5) |

Note: Values are means $\pm$ SEM. Numbers within parentheses $= n$. $^{#}p < 0.05$; $^{##}p < 0.01$; and $^{###}p < 0.001$ (weeks 12–24 and weeks 24–36). $^{*}p < 0.05$; $^{**}p < 0.01$; and $^{***}p < 0.001$, hypertension and preeclampsia vs. normotension, $^{†}p < 0.05$ hypertension vs. preeclampsia.

weight. Infants born to normotensive women weighed 3,764 $\pm$ 91 g (range 2,730–4,960 g) and to hypertensive women weighed 3,470 $\pm$ 203 g (range 1,528–4,650 g). In women with mild preeclampsia, the infants weighed 3,470 $\pm$ 368 g (range 2,550–4,300 g).

One normotensive woman was a moderate smoker and two had stopped smoking before becoming pregnant. One hypertensive woman had stopped smoking before pregnancy and one hypertensive woman smoked 1–10 cigarettes/day. Two women with mild preeclampsia smoked 1–10 cigarettes/day. Two normotensive women occasionally took antihistamines against nausea in early pregnancy. Three hypertensive women and two with mild preeclampsia took anti-hypertensive drugs at some time during the pregnancy, but not in close connection to the measuring occasions.

Blood samples were collected between 8.00 and 12.00 h and taken from an antecubital vein into two 7 ml Vacutainer® tubes (Becton Dickinson, Rutherford, NJ, USA). One of the tubes was used for serum analyses: the tube was centrifuged for 10 minutes at 2,000 × $g$ at about 20°C and then the serum was kept frozen at −70°C until analyzed. The other tube was pre-cooled on an ice-bath and contained $K_3$ – EDTA and aprotinin (Trasylol®, Bayer, Leverkusen, Germany, 5000 KIE/10 ml) to prevent degradation of vasopressin and oxytocin (12). The samples were kept on ice during transport to the laboratory, where they were centrifuged at +4°C and the plasma stored at −70°C until analysis. The women were asked to collect all urine during 24 hours, the

volume was measured, and well-mixed samples were taken and kept frozen at −20°C.

Plasma was extracted with acetone and petroleum benzene (Merck, Darmstadt, Germany) before assaying vasopressin and oxytocin. Vasopressin was measured with Vasopressin $^{125}$I RIA kit (Euro-Diagnostica AB, Malmö, Sweden). The cross-reaction of the antibody raised against Arg$^8$ vasopressin was <0.1% with oxytocin. The detection limit of the method was 0.7 pmol/L, and the coefficients of variance were 10% for intra-assay and 3% for inter-assay. Oxytocin was determined with the Oxytocin I$^{125}$ RIA kit (Eurodiagnostica AB, Malmö, Sweden). The cross-reaction of the antibody raised against oxytocin was 0.01% with Arg$^8$ vasopressin. The detection limit of the method was 1.7 pmol/L, and the coefficients of variance were 10% for intra-assay and 7% for inter-assay. Plasma estradiol, estriol, and progesterone were measured with appropriate Coat-A-Count® RIA (Diagnostics Product Corporation, Los Angeles, CA, USA), according to manufacturer's instructions. The detection limit for estradiol was 58.8 pmol/L, with an intra-assay coefficient of variance of 10% and inter-assay coefficient of variance of 9%. The detection limit of for estriol was 20 pmol/L, with an intra-assay coefficient of variance of 10% and inter-assay coefficient of variance of 11%. The detection limit for progesterone was 0.2 pmol/L, with an intra-assay coefficient of variance of 10% and inter-assay coefficient of variance of 11%.

Plasma and urine osmolality were measured by freezing point depression (Model 3MO, Advanced Instr Inc., Needham Heights, MA, USA). Urine

For personal use only.

albumin concentration was analyzed by nephelometry (Beckman Instruments, Brea, CA, USA). Creatinine in urine and plasma was determined with creatinine PAP, an enzymatic colorimetric test (Boehringer Mannheim, Germany). Creatinine clearance was used as an estimate of glomerular filtration rate (GFR). Urinary sodium concentration was determined by flame photometry (model IL 543, Instrumentation Laboratory, Milan, Italy).

*Statistical analysis*

All data were analyzed with SPSS 16.0 for Windows (Copyright © SPSS Inc., 2007). The hormone values were analyzed after logarithmic transformation of the data. Paired $t$-tests were used in order to include as many women as possible for comparisons between weeks 12–24, 24–36 and 12–36, in each group. Independent $t$-test was used for comparison between groups. Values are expressed as means $\pm$SEM, unless otherwise stated. A $p$-value $\leq 0.05$ was considered significant.

**Results**

When the medical records were checked, five of the hypertensive women had a systolic pressure above 140 mm Hg and one of them a diastolic pressure of 101 mm Hg in week 12 (Table I). One other woman had 110/90 in systolic/diastolic pressures. The systolic/diastolic pressures remained high in two women, but normalized in the other four women in week 24. In the two women with mild preeclampsia, the systolic/diastolic pressures were also elevated in week 12. In week 36, the blood pressures met the criteria for gestational hypertension in all women of both groups. In addition, the women with mild preeclampsia had microalbuminuria, weighed the most, and had the highest BMI from week 12.

Plasma osmolality was low in the normotensive and the hypertensive women in all weeks, but was higher in women mild preeclampsia than in women with normal blood pressure in week 36 (Table II). Urine osmolality was comparatively low, but higher than plasma osmolality on most occasions, which resulted in negative free water clearance (Table II). In the normotensive women, the urine volume (Table II) increased from week 24 to 36, but the difference between groups was not significant.

GFR did not differ between the normotensive and hypertensive groups, except in week 36 when it was higher in the hypertensive group (Table III). Renal sodium excretion was similar in both normotensive and hypertensive women (Table III). Plasma urea concentration and renal urea excretions were within

normal limits in the normotensive and hypertensive women throughout the pregnancy, but high in two of the women with mild preeclampsia (Table III).

The plasma vasopressin concentration was low in week 12 in normotensive women and remained low in week 36 ($p = 0.053$; Figure 1). In the hypertensive group, the mean vasopressin concentration was higher than the normotensive group in weeks 12 and 24, but there was no significant difference between the groups. The vasopressin concentration was low in women with mild preeclampsia in week 36 (Figure 1).

In the normotensive group, plasma oxytocin concentration increased significantly from week 12 to 36 (Figure 1). There was no significant difference between normotensive and hypertensive groups. The oxytocin concentration was lower in women with mild preeclampsia than in hypertensive women (Figure 1).

Plasma estradiol concentration increased over time in both the normotensive and hypertensive groups (Table IV). The estradiol concentration was high in week 36 in two women with mild preeclampsia (Table IV).

Plasma estriol concentration increased from week 12 to 24 in the normotensive group (Table IV). From week 24 to 36, the increase in estriol concentration continued but was not significant. The mean estriol concentration increased in the hypertensive women, but the changes were not significant.

Plasma progesterone concentrations increased from weeks 12–24 and 24–36 in normotensive women (Table IV). In hypertensive women, progesterone increased from week 12 to week 24, but not between weeks 24 and 36. There was no difference in the plasma progesterone concentration between the normotensive and hypertensive groups in week 12 and 24, but in week 36, progesterone concentration was higher in the normotensive group. This meant that estrogen–progesterone ratio was high in the hypertensive women in week 36.

**Discussion**

Gestational hypertension has been defined as hypertension developing after 20 weeks gestation and with a systolic blood pressure of $\geq 140$ mm Hg and/or a diastolic blood pressure of $\geq 90$ mm Hg (1,11). These criteria were fulfilled by the women in the hypertensive group. However, elevated blood pressure is recorded in the case sheets of some women from week 12, although none of them had the diagnosis for essential hypertension. The women visited the antenatal clinics at close intervals; however, they were not treated with anti-hypertensive

For personal use only.

Table II. Plasma and urine osmolalities, urine volume, and renal free water clearance.

| | Normotension | Hypertension | Preeclampsia |
|---|---|---|---|
| **Plasma osmolality (mosm/kg)** | | | |
| Week 12 | $283 \pm 1$ (37) | $283 \pm 1$ (4) | |
| Week 24 | $285 \pm 1$ (34) | $283 \pm 1$ (5) | |
| Week 36 | $282 \pm 2$ (32) | $286 \pm 2$ (13) | $294 \pm 4^*$ (5) |
| **Urine osmolality (mosm/kg)** | | | |
| Week 12 | $575 \pm 98$ (37) | $575 \pm 30$ (6) | |
| Week 24 | $561 \pm 36$ (35) | $488 \pm 49$ (6) | |
| Week 36 | $486 \pm 183$ (34) | $479 \pm 62$ (13) | $429 \pm 87$ (5) |
| **Urine volume(ml/24 h)** | | | |
| Week 12 | $1{,}420 \pm 93$ (37) | $1{,}685 \pm 385$ (6) | |
| Week 24 | $1{,}466 \pm 117$ (35) | $1{,}544 \pm 241$ (7) | |
| Week 36 | $1{,}764 \pm 130^{\#}$ (34) | $1{,}938 \pm 215$ (12) | $2{,}242 \pm 452$ (5) |
| **Free water clearance (ml/min)** | | | |
| Week 12 | $-0.85 \pm 0.07$ (37) | $-0.62 \pm 0.28$ (4) | |
| Week 24 | $0.78 \pm 0.09$ (34) | $-0.70 \pm 0.18$ (5) | |
| Week 36 | $-0.69 \pm 0.13$ (30) | $-0.52 \pm 0.21$ (11) | $-0.51 \pm 0.3$ (5) |

Note: Values are means $\pm$ SEM. Numbers within parentheses $= n$. For explanation of abbreviations and signs of significance, see Table I.

drugs and their children were born within the normal time. This concurred with the opinion that gestational hypertension without microalbuminuria is a benign condition (1). The results of the present study suggested that this could be the case even if blood pressure starts to increase in early pregnancy.

The women diagnosed with mild preeclampsia were not on regular medication, but the results indicated some regulatory systems in the body were beginning to deteriorate: they had increased plasma urea concentration and urinary urea excretion in addition to microalbuminuria. These women also had the highest body weight and BMI. Although they had higher plasma osmolality than the other groups, they had the lowest plasma concentrations of vasopressin and oxytocin; however, the low number of individuals in the group rendered comparisons and conclusions difficult. Therefore, the similarities and dissimilarities between normotensive and hypertensive women are mainly discussed in the remaining part of this section.

GFR increases in normal human pregnancies (13) and in the present study. It was further elevated in week 36 in the hypertensive group, but urine volumes and renal sodium excretion were not large and no pressure natriuresis accompanied elevated blood pressure. The plasma osmolality was low in both hypertensive and normotensive women, and

Table III. Glomerular filtration rate (GFR), renal sodium excretion, plasma urea concentration, and renal urea excretion.

| | Normotension | Hypertension | Preeclampsia |
|---|---|---|---|
| **GFR (ml/min)** | | | |
| Week 12 | $309 \pm 42$ (26) | $366 \pm 101$ (4) | |
| Week 24 | $316 \pm 30$ (32) | $384 \pm 50$ (5) | |
| Week 36 | $334 \pm 31$ (26) | $499 \pm 94^*$ (5) | |
| **Sodium excretion (mmol/dygn)** | | | |
| Week 12 | $136 \pm 10$ (37) | $151 \pm 25$ (6) | |
| Week 24 | $129 \pm 9$ (35) | $138 \pm 20$ (6) | |
| Week 36 | $142 \pm 15$ (34) | $162 \pm 18$ (12) | $144 \pm 18$ (5) |
| **Plasma urea (mmol/L)** | | | |
| Week 12 | $3.7 \pm 0.1$ (31) | $3.6 \pm 0.1$ (3) | |
| Week 24 | $3.5 \pm 0.2$ (34) | $3.6 \pm 0.8$ (6) | |
| Week 36 | $3.6 \pm 0.1$ (34) | $3.6 \pm 0.7$ (9) | 4.9; 5.7 (2) |
| **Renal urea excretion (mmol/24 h)** | | | |
| Week 12 | $444 \pm 32$ (37) | $307 \pm 163$ (6) | |
| Week 24 | $380 \pm 26$ (35) | $299 \pm 139$ (7) | |
| Week 36 | $337 \pm 27$ (33) | $249 \pm 109$ (9) | 765; 717 (2) |

Note: Values are means $\pm$ SEM. Numbers within parentheses $= n$. For explanation of abbreviations and signs of significance, see Table I.

For personal use only.

 

Figure 1. Plasma vasopressin (left) and plasma oxytocin (right) concentrations in normotensive women (hatched line), women with gestational hypertension (unbroken line), and women with mild preeclampsia (open square). Normotensive women, $n = 37$ in week 12; 31 in week 24; and 36 in week 36. The corresponding numbers for hypertensive women were $n = 6$ in week 12; six in week 24; and 13 in week 36. Five women had mild preeclampsia in week 36. Values are means ±SEM.

this together with an elevated GFR could explain the comparatively low urine osmolality. However, urine osmolality was higher than plasma osmolality, which indicated water was reabsorbed in the kidneys in most women in the two groups. This confirmed that vasopressin exerts an antidiuretic effect, as has been shown earlier in human pregnancy (2). However, oxytocin could also have an antidiuretic effect, as is suggested by recent observations (6).

Oxytocin and vasopressin share seven of nine amino acid residues and bind to each other's receptors (14). Increased plasma oxytocin concentration during pregnancy with no change in plasma vasopressin concentration is reported by Buemi et al. (15). They suggest oxytocin, or some other factors besides vasopressin, stimulates the increased urinary aquaporin-2 excretion observed in the last two trimesters. Further evidence that oxytocin has an antidiuretic effect and increases urinary excretion of aquaporin-2 is presented by Joo et al. (16). Li et al. (6) demonstrated that oxytocin binds to the vasopressin-2 receptors in the kidneys and exerts an

antidiuretic effect via the aquaporin water channels in the same manner as vasopressin.

However, caution should be exercised when discussing plasma levels of vasopressin and oxytocin in pregnant women. Firstly, measurements of plasma hormone concentrations provide no information about production rates, half-lives, or metabolic clearance rates of the hormones. Secondly, the analytical procedures may lead to loss of hormones. In pregnant women, placental amino peptidases degrade oxytocin and vasopressin (17,18), which may partially explain the rapid metabolic clearance rate of the two peptides (19,20). To safeguard against degradation, tubes were prepared with EDTA and aprotinin and an unbroken cool chain was maintained. Although it is possible that the addition of phenanthrolene to the tubes lead to better preservation of the peptides (21), the plasma vasopressin concentration in the present study was in the same range as in earlier studies on pregnant women (2).

The antidiuretic effect of oxytocin is expected to be smaller than equimolar concentrations of vasopressin,

Table IV. Plasma estradiol, estriol, and progesterone concentrations.

|  | Normotension | Hypertension | Preeclampsia |
|---|---|---|---|
| **Estradiol (pmol/L)** | | | |
| Week 12 | 441±124 (23) | 192±62 (3) | |
| Week 24 | 2,544±258### (33) | 2,508±235# (6) | |
| Week 36 | 4,072±338#(33) | 5,536±838 (9) | 5,935; 8,922 (2) |
| **Estriol (nmol/L)** | | | |
| Week 12 | 174±36 (29) | 160±111 (3) | |
| Week 24 | 373±52### (33) | 401±112 (5) | |
| Week 36 | 506±58 (33) | 571±123 (9) | 52; 683 (2) |
| **Progesterone (nmol/L)** | | | |
| Week 12 | 287±158 (32) | 58±8 (3) | |
| Week 24 | 395±69### (36) | 355±76# (6) | |
| Week 36 | 1,699±369### (34) | 433±56* (9) | 271; 408 (2) |

Note: Values are means ±SEM. Numbers within parentheses =$n$. For explanation of abbreviations and the signs of significance, see Table I.

as the peptides bind with less affinity to each other's receptors. Thus, it is debatable whether the values determined in this study were sufficiently high. Plasma oxytocin concentration can be high in late human pregnancy. In one study (22), which also used radioimmunoassay for the analysis, the plasma oxytocin concentration was approximately 30 pmol/L during labor. In this study, it was 50 times higher than vasopressin concentration and it is likely that oxytocin had an antidiuretic effect.

The oxytocin receptor is also found in the kidneys. Estrogens increase renal oxytocin receptor gene expression in macula densa cells and proximal tubule cells of female rats (8), which suggests a role of these receptors in mediating alterations in renal fluid dynamics. This is supported by findings in which oxytocin infusions stimulate the renal renin release in male rats (23). In the present study, plasma concentrations of both estradiol and oxytocin increased during pregnancy, but this did not prove that a casual relationship exists. Whether oxytocin receptors are also present in human macula densa cells is unknown, and renin was not measured in the present study.

Plasma progesterone increased in both the normotensive and hypertensive women but did not increase further in the hypertensive group after week 24. The importance of this observation is not clear. However, all women had successful pregnancies and gave birth to healthy children within the normal time range.

Tolerance to a water load is diminished during labor and hyponatremia is not uncommon often as a result of excessive water intake (24). These observations are important to consider since oxytocin is administered since oxytocin may cause water reabsorption in the kidneys which further dilutes the plasma.

In summary, vasopressin and oxytocin may have acted on vasopressin-2 receptors in the kidneys and concentrated the urine in both hypertensive and normotensive women. Renal sodium excretion did not change between the weeks and there was no difference between groups, indicating that changes in plasma concentrations of vasopressin, oxytocin, estradiol, or progesterone did not influence renal sodium excretion.

## Acknowledgements

The authors are grateful to the mothers, midwives, and biomedical laboratory staff, who, with patience and enthusiasm participated in the study. Our thanks to Professor Anders Larsson and his staff at the Department of Medical Sciences, section of Clinical Chemistry, Uppsala University Hospital, Uppsala, Sweden and Mrs. Gunilla Drugge, SLU, and Britta Isaksson, Uppsala University, for plasma and urine analyses. This work was supported by the Lennander Foundation; The Sigurd and Elsa Goljes memory Foundation; The Uppsala County Association against Heart and Lung Diseases; and The Swedish Research Council (project no. 3392).

***Declaration of interest:*** The authors report no conflicts of interest. The authors alone are responsible for the content and writing of the paper.

## References

1. National High Blood Pressure Education Program Working Group. Report on high blood pressure in pregnancy. Am J Obstet Gynecol. 2000;183:S1–22.
2. Davison JM, Gilmore EA, Durr J, Robertson GL, Lindheimer MD. Altered osmotic thresholds for vasopressin secretion and thirst in human pregnancy. Am J Physiol. 1984;246:F105–9.
3. Koehler EM, McLemore GL, Tang W, Summy-Long JY. Osmoregulation of the magnocellular system during pregnancy and lactation. Am J Physiol. 1993;264:R555–60.
4. Van der Post JA, van Buul BJ, Hart AA, van Heerikhuize JJ, Pesman G, Legros JJ, et al. Vasopressin and oxytocin levels during normal pregnancy: effects of chronic dietary sodium restriction. J Endocrinol. 1997;152:345–54.
5. Lauersen NH, Birnbaum SJ. Water intoxication associated with oxytocin administration during saline-induced abortion. Am J Obstet Gynecol. 1975;121:2–6.
6. Li C, Wang W, Summer SN, Westfall TD, Brooks DP, Falk S, et al. Molecular mechanisms of antidiuretic effect of oxytocin. J Am Soc Nephrol. 2008;19:225–32.
7. Salas SP, Marshall G, Gutierrez BL, Rosso P. Time course of maternal plasma volume and hormonal changes in women with preeclampsia or fetal growth restriction. Hypertension. 2006;47:203–8.
8. Ostrowski NL, Young WS 3rd, Lolait SJ. Estrogen increases renal oxytocin receptor gene expression. Endocrinology. 1995;136:1801–4.
9. Meher S, Duley L. Progesterone for preventing pre-eclampsia and its complications. Cochrane Database Syst Rev. 2006;4: CD006175. DOI:10.1002/14651858.CD006175.
10. Sammour MB, El-Kabarity H, Fawzy MM, Schindler AE. Prevention and treatment of pregnancy-induced hypertension (preeclampsia) with progestogens. J Steroid Biochem Mol Biol. 2005;97:439–40.
11. Sabatini S. Pathophysiology of and therapeutic strategies for hypertension in pregnancy. Curr Opin Nephrol Hypertens. 1993;2:763–74.
12. Zyznar ES. A rationale for the application of trasylol as a protease inhibitor in radioimmunoassay. Life Sciences. 1981; 28:1861–6.
13. Smith MC, Moran P, Ward MK, Davison JM. Assessment of glomerular filtration rate during pregnancy using the MDRD formula. BJOG. 2008;115:109–12.
14. Zingg HH. Vasopressin and oxytocin receptors. Baillieres Clin Endocrinol Metab. 1996;10:75–96.
15. Buemi M, D'Anna R, Di Pasquale G, Floccari F, Ruello A, Aloisi C, et al. Urinary excretion of aquaporin-2 water channel during pregnancy. Cell Physiol Biochem. 2001;11: 203–8.
16. Joo KW, Jeon US, Kim GH, Park J, Oh YK, Kim YS et al. Antidiuretic action of oxytocin is associated with increased urinary excretion of aquaporin-2. Nephrol Dial Transplant. 2004;19:2480–6.

For personal use only.

PAR-VASO-0008099

17. Davison JM, Sheills EA, Barron WM, Robinson AG, Lind-heimer MD. Changes in the metabolic clearance of vasopres-sin and in plasma vasopressinase throughout human pregnancy. J Clin Invest. 1989;83:1313–8.

18. Nomura S, Ito T, Yamamoto E, Sumigama S, Iwase A, Okada M, et al. Gene regulation and physiological function of placental leucine aminopeptidase/oxytocinase during pregnancy. Biochim Biophys Acta. 2005;1751:19–25.

19. Davison JM, Sheills EA, Philips PR, Barron WM, Lindheimer MD. Metabolic clearance of vasopressin and an analogue resistant to vasopressinase in human pregnancy. Am J Physiol. 1993;264:F348–53.

20. Thornton S, Davison JM, Baylis PH. Effect of human pregnancy on metabolic clearance rate of oxytocin. Am J Physiol. 1990;259:R21–4.

21. Burd JM, Davison J, Weightman DR, Baylis PH. Evaluation of enzyme inhibitors of pregnancy associated oxytocinase: application to the measurement of plasma immunoreactive oxytocin during human labour. Acta Chrinol (Copenh). 1987;114:458–64.

22. Rahm VA, Hallgren A, Högberg H, Hurtig I, Odlind V. Plasma oxytocin levels in women during labor with or without epidural analgesia: a prospective study. Acta Obstet Gynecol Scand. 2002;81:1033–9.

23. Sjöquist M, Huang W, Jacobsson E, Skott O, Stricker EM, Sved AF. Sodium excretion and renin secretion after con-tinuous versus pulsatile infusion of oxytocin in rats. Endocri-nology. 1999;140:2814–8.

24. Moen V, Brudin L, Rundgren M, Irestedt L. Hyponatremia complicating labour – rare or unrecognised? A prospective observational study. BJOG. 2009;116:552–61.

## ERRATUM

[DOI: 10.1080/00016340902919002]
The iFirst version of this article published online ahead of print on 01 05 2009 contained an error on page 3, in table 1, second column under the heading Diastolic pressure, the correct number is 69, not 1269 as written. The correct version is shown in this issue.

For personal use only.

# Intravenous Arginine-Vasopressin in Children With Vasodilatory Shock After Cardiac Surgery

Erika Berman Rosenzweig, MD; Thomas J. Starc, MD, MPH; Jonathan M. Chen, MD;
Suzanne Cullinane, BA; Donna M. Timchak, MD; Welton M. Gersony, MD;
Donald W. Landry, MD, PhD; Mark E. Galantowicz, MD

***Background***—Recent investigations at our institution have studied a variety of vasodilatory shock states that are characterized by vasopressin deficiency and pressor hypersensitivity to the exogenous hormone. Our experience in adults prompted the use of arginine-vasopressin (AVP) in a similar group of critically ill children.

***Methods and Results***—This report describes our early experience (from February 1997 through April 1998) in 11 profoundly ill infants and children (5 male, 6 female) ages 3 days to 15 years (median, 35 days) treated with AVP for hypotension after cardiac surgery which was refractory to standard cardiopressors. Although underlying heart disease was present (congenital heart defects in 10 and dilated cardiomyopathy in 1), only 2 patients had severely depressed cardiac function as demonstrated by 2D echocardiogram before administration of AVP. All patients were intubated and receiving multiple catecholamine pressors and inotropes, including dobutamine (n=10), epinephrine (n=8), milrinone (n=7), and dopamine (n=4) before receiving AVP. Five patients received AVP intraoperatively immediately after cardiopulmonary bypass, 5 in the intensive care unit within 12 hours of surgery, and 1 on postoperative day 2 for hypotension associated with sepsis. The dose of AVP was adjusted for patient size and ranged from 0.0003 to 0.002 U · $kg^{-1}$ · $min^{-1}$. During the first hour of treatment with AVP, systolic blood pressure rose from 65±14 to 87±17 mm Hg ($P<0.0001$; n=11), and epinephrine administration was decreased in 5 of 8 patients and increased in 1. Plasma AVP levels before treatment were available in 3 patients and demonstrated AVP depletion (median, 4.4 pg/mL; n=3). All 9 children with vasodilatory shock survived their intensive care unit stay. The 2 patients who received AVP in the setting of poor cardiac function died, despite transient improvement in blood pressure.

***Conclusions***—Infants and children with low blood pressure and adequate cardiac function after cardiac surgery respond to the pressor action of exogenous AVP. AVP deficiency may contribute to this hypotensive condition. **(*Circulation*. 1999;100[suppl II]:II-182–II-186.)**

**Key Words:** vasodilation ∎ shock ∎ pediatrics ∎ vasopressin

$R$ecent investigations at our institution have studied a variety of vasodilatory shock states that are characterized by deficiency of endogenous vasopressin and hypersensitivity to the administration of exogenous hormone. Landry and colleagues[1–3] first reported a beneficial use of arginine-vasopressin (AVP) in critically ill adult patients with septic shock in whom inotropic and maximal pressor therapy had failed to maintain adequate blood pressure. These patients also demonstrated a deficiency of vasopressin that was probably secondary to a defect in baroreflex-mediated release of the hormone. When AVP was administrated at very small doses by continuous intravenous infusion, marked improvement occurred in blood pressure and exogenous catecholamine vasopressor requirement decreased. Furthermore, systemic vascular resistance increased without significant changes to cardiac output.

A syndrome of vasodilatory shock after cardiopulmonary bypass associated with relative deficiency of vasopressin and hypersensitivity to the exogenous hormone has also been described. Recently, a randomized trial of vasopressin in patients undergoing left ventricular assist device (LVAD) placement demonstrated a marked pressor response and a significant reduction in need for exogenous catecholamine pressors in patients with vasodilatory shock.[4] These findings in adults prompted the use of AVP in a similar group of critically ill children. This report describes our initial experience in 11 moribund children treated with AVP for hypotension that was refractory to standard cardiopressors after cardiac surgery.

## Methods
We reviewed the hospital records of all critically ill infants and children treated with AVP for severe hypotension after cardiac

From Columbia University, College of Physicians and Surgeons (S.C.), Departments of Pediatric Cardiology (E.B.R., T.J.S., D.M.T., W.M.G., M.E.G.), Surgery (J.M.C., M.E.G.), and Medicine (D.W.L.), New York, NY.

Correspondence to Erika Berman Rosenzweig, MD, Babies and Children's Hospital of New York, 3959 Broadway, Division of Pediatric Cardiology - 2 North, New York, NY 10032. E-mail esb14@columbia.edu or Donald W. Landry, MD, PhD, Columbia University, Department of Medicine, P&S 10-445, 630 W 68th St, New York, NY 10032. E-mail dwl1@columbia.edu

© 1999 American Heart Association, Inc.

*Circulation* is available at http://www.circulationaha.org

**Patient Profiles: Vasodilatory and Cardiogenic Shock**

| Patient | Age | Sex, M/F | Congenital Heart Defect | Operation | Pressors, μg · kg⁻¹ · min⁻¹ | | | | | | | | Inotrope Score | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Baseline | | | | AVP | | | | | |
| | | | | | DB | E | DP | M | DB | E | DP | M | Baseline | AVP |
| Vasodilatory shock | | | | | | | | | | | | | | |
| 1 | 4 d | F | COA/Shoane's complex | Arch reconstruction | 8 | 0 | 3 | | 0 | 0.02 | 3 | | 11 | 5 |
| 2 | 5 d | M | TOF/absent PV | TOF/PA reconstruction | 7 | | | 0.50 | 0 | | | 0.50 | 12 | 5 |
| 3 | 6 d | M | RV dominant AVC | Norwood 1 | 10 | 0.15 | | | 10 | 0.02 | | | 25 | 12 |
| 4* | 35 d | M | TGV/VSD/COA | Switch/COA/VSD/ASD | 5 | | | 0.70 | 7 | | | 0.40 | 12 | 11 |
| 5* | 9 mo | F | TA homograft stenosis | Homograft revision | 8 | 0.20 | | 0.50 | 6 | 0.10 | | 0.50 | 32 | 21 |
| 6* | 19 mo | M | TOF | Complete repair | 10 | 0.10 | | | 10 | 0.10 | | | 9 | 9 |
| 7 | 22 mo | F | PA/IVS/sinusoids | Glenn/LPA repair | 10 | 0.13 | 8 | 0.30 | 10 | 0.13 | 4 | 0.30 | 34 | 30 |
| 8 | 7 y | F | PA/IVS/TS | Fontan | 14 | 1.50 | 7 | 0.50 | 14 | 0.60 | 7 | 0 | 176 | 81 |
| 9* | 15 y | F | Dilated cardiomyopathy | Heart transplant | | 0.16 | | 0.54 | | 0.16 | | 0.54 | 21 | 21 |
| Cardiogenic shock | | | | | | | | | | | | | | |
| 10* | 3 d | M | IAA/ASD/VSD | Complete repair | 12 | 0.80 | | 0.40 | 12 | 0.07 | | 0.50 | 96 | 24 |
| 11 | 5 d | F | DORV/VSD/ASD/AS/COA | ASD/VSD/COA repair | 15 | 0.20 | 10 | | 15 | 0.10 | 10 | | 45 | 35 |

DB indicates dobutamine; E, epinephrine; DP, dopamine; M, milrinone; COA, coarctation of aorta; TOF, tetralogy of Fallot; PV, pulmonary valve; PA, pulmonary atresia; RV, right ventricle; AVC, atrioventricular canal defect; Norwood 1, Norwood stage I procedure; TGV, transposition of the great vessels; VSD, ventricular septal defect; ASD, atrial septal defect; TA, truncus arteriosus; IVS, intact ventricular septum; Glenn, Glenn shunt; LPA, left pulmonary artery; TS, tricuspid stenosis; Fontan, Fontan procedure; IAA, interrupted aortic arch; DORV, double-outlet right ventricle; and AS, aortic stenosis. Blood pressure values indicate systolic, diastolic, and mean arterial pressure levels.

*Patients received AVP in the operating room; all other patients received AVP in the intensive care unit.

surgery between February 1997 and April 1998 (n=11). The patients were treated within 48 hours of cardiac surgery in the operating room (n=5) or intensive care unit (n=6) under close monitoring. All children were intubated, received mechanical ventilation, and had hypotension refractory to multiple adjustments in standard cardiopressor therapy. The general criterion for administering vasopressin at Columbia-Presbyterian Hospital to adult patients is shock due to vasodilation. Because this agent has not been reported previously as having been used in pediatric patients and risk-benefit data are not available, the decision was made to initiate AVP only in children with the most extreme refractory vasodilatory shock who were considered to be near death despite conventional vasoactive agents. Two patients had severely depressed cardiac function and were in extremis. These patients were not in vasodilatory shock but received vasopressin nonetheless; they are reported in the present study for completeness.

The dose of AVP was based on patient weight and started as a continuous intravenous infusion. Once AVP was started, it was adjusted for effect (ie, increase in systemic blood pressure without concurrent side effects). All patients were monitored in the operating room or intensive care unit during AVP infusion.

Systemic blood pressure was measured by use of an indwelling arterial catheter before and after initiation of AVP (Pitressin, Parke Davis). We calculated the average blood pressure over 8 hours or during time off bypass if this time was <8 hours before initiation of AVP. This result was compared with the mean blood pressure after 1 hour of AVP treatment. Heart rate before and after AVP and right atrial pressure (in mm Hg) were recorded in patients who had right atrial pressure transducers postoperatively. To describe the severity of the patient's condition and the level of medical support, we used a modification of an inotrope score previously described by Wernovsky et al.[5] The modified inotrope score was calculated as follows: dosages of dopamine+dobutamine+epinephrine×100+milrinone×10. All dosages were calculated in micrograms per kilogram per minute. The score was based on the dose and type of inotropic and cardiopressor medications just before the initiation of AVP and 1 hour after AVP.

Baseline 2D echocardiograms were available on all patients just before the initiation of AVP infusion (echocardiogram machine model Hewlett Packard 1500) and were reviewed retrospectively by

2 investigators to assess the effect of cardiac function on the efficacy of AVP. Left ventricular function was graded qualitatively as normal, mildly, moderately, or severely depressed. Parameters of organ perfusion were evaluated at baseline (ie, just before initiation of AVP) and after 8 to 24 hours of AVP infusion) because of a concern that an acute increase in peripheral vascular resistance might be associated with further compromise of end organ perfusion. These included urine output, serum bicarbonate score,[6] and serum sodium concentration. The average urine output in cubic centimeters per kilogram per hour was calculated and compared for the 8 hours before AVP infusion and the first 24 hours of AVP infusion in the 6 patients in whom these data were available. The serum bicarbonate score was calculated as the average serum bicarbonate during the 8 hours before initiation of AVP (derived from arterial blood gas, measured in mEq/L) minus (NaHCO3⁻ given during 8 hours before AVP initiation, in mEq/L, divided by patient weight in kg times 4)[6] Plasma vasopressin levels were measured by radioimmunoassay (SmithKline Beecham) before the initiation of AVP.

Data are reported as mean±SD. Paired variables were analyzed by the Student paired $t$ test or the paired sign test when appropriate.

## Results

Eleven infants and children with hypotension and shock received AVP for a mean of 71±46 hours (range, 6 to 144 hours). The study group included 5 males and 6 females, with a median age of 35 days (range, 3 days to 15 years) (Table). The dose of AVP was adjusted for patient weight and ranged from 0.0003 to 0.002 U · kg⁻¹ · min⁻¹. Ten patients had congenital heart defects of various types and 1 had dilated cardiomyopathy (Table). Three of the 11 patients had single-ventricle anatomy, and the rest had undergone anatomical repairs. Five patients received AVP intraoperatively immediately after cardiopulmonary bypass, 5 received AVP in the intensive care unit within 12 hours of surgery, and 1 received

**Continued**

| Quantitative LV Function on Echocardiogram | Blood Pressure, mm Hg | | Outcome at 2 wk |
|---|---|---|---|
| | Baseline | AVP | |
| Normal | 52/30/37 | 73/37/49 | Alive |
| Normal | 77/46/56 | 87/53/64 | Alive |
| Mildly depressed | 78/35/49 | 87/39/55 | Alive |
| Mildly depressed | 69/40/50 | 101/41/61 | Alive |
| Normal | 75/35/48 | 110/60/77 | Alive |
| Normal | 59/37/45 | 65/37/47 | Alive |
| Normal | 88/53/65 | 108/62/77 | Alive |
| Normal | 67/10/29 | 96/18/44 | Alive |
| Normal | 60/40/47 | 85/49/61 | Alive |
| Severely depressed | 42/22/29 | 59/50/53 | Deceased |
| Severely depressed | 49/34/39 | 81/55/64 | Deceased |

AVP on the second postoperative day for hypotension associated with sepsis.

All children were intubated and received multiple cardiopressors and inotropes, including dobutamine (n=10), epinephrine (n=8), milrinone (n=7), and dopamine (n=4), before being given AVP. Additional support in 5 of the children included a temporary pacemaker for junctional tachycardia (patient 11), temporary chest closure (patient 5), nitroglycerin drip for ST-segment changes before AVP (patient 4), and recent discontinuation of an LVAD (patients 7 and 9).

At baseline, the systolic blood pressure (SBP) was low and rose 34% with administration of AVP from 65±14 to 87±17 mm Hg ($P<0.0001$; n=11) (Figure). Before initiation of AVP, the SBP was <2 SD below the mean for age and sex[7] in 6 patients and <1 SD below the mean in 2 others. At follow-up on AVP, only 1 patient had SBP <2 SD below the mean and 2 had a SBP <1 SD below the mean. Four patients had SBP >1 SD above the mean on AVP. Diastolic blood pressure (DBP) increased 31%, from 35±11 to 46±13 mm Hg ($P<0.005$; n=11), and mean arterial pressure increased 31%, from 45±11 to 59±11 mm Hg ($P<0.0005$; n=11).

Right atrial pressure was elevated at baseline and unchanged after 1 hour of AVP administration (11±6 versus



SBP improved with AVP (n=11).

11±6 mm Hg; n=7; $P$=NS). The mean heart rate at baseline and after 1 hour of AVP infusion was essentially unchanged (154±41 versus 157±33 bpm; n=10; $P$=NS).

Pressor requirement as assessed by the inotrope score improved in 9 patients and was unchanged in 2 patients (Table).[5] The total inotrope score decreased from a mean of 43 to 23 (paired sign test; $P<0.005$; n=11). The mean doses of pressors at baseline and follow-up were dobutamine 10±3 versus 8±5 $\mu g \cdot kg^{-1} \cdot min^{-1}$ (n=10), epinephrine 0.36±0.49 versus 0.14±0.18 $\mu g \cdot kg^{-1} \cdot min^{-1}$ (n=9), dopamine 7.0±2.9 versus 6.0±3.1 $\mu g \cdot kg^{-1} \cdot min^{-1}$ (n=4), and milrinone 0.5±0.1 versus 0.4±0.2 $\mu g \cdot kg^{-1} \cdot min^{-1}$ (n=7). A trend was noted toward a significant decrease in the dose of epinephrine on AVP compared with baseline ($P<0.1$). The dosages of catecholamine pressors (ie, epinephrine [n=8] and high-dose dopamine [n=3]) decreased in 6 patients, were unchanged in 1, and slightly increased in 1.

Indexes of organ perfusion, including urine output and sodium bicarbonate scores, were not significantly changed during the first 24 and 8 hours, respectively, on AVP infusion, suggesting no adverse effect on renal perfusion. Urine output remained the same at baseline and with AVP treatment (3.9±3.0 versus 4.3±3.1 $cm^3 \cdot kg^{-1} \cdot h^{-1}$; n=6; $P$=NS). The serum bicarbonate score at baseline and on AVP (24±3 versus 23±2 mEq/L; n=10; $P$=NS) was similar. After 24 hours of AVP infusion, the serum bicarbonate levels were normal without the administration of exogenous sodium bicarbonate in all 9 patients with vasodilatory shock. In contrast, in the 2 patients who had cardiogenic shock and ultimately died, additional sodium bicarbonate boluses were still required while on AVP. Serum sodium concentration was unchanged during the first 24 hours on AVP (baseline, 141±7 versus 138±7 mmol/L; $P$=NS; n=10). One child (patient 8) had mixed venous oxygen saturation levels measured at baseline and on AVP that demonstrated an increase from 48% to 64% within 1 hour of AVP infusion.

Vasopressin levels in 3 patients demonstrated an absolute depletion in 2 patients (vasopressin levels, 1.9 and 4.4 pg/mL) and a relative vasopressin depletion in 1, (vasopressin level, 52.4 pg/mL) within 24 hours after cardiopulmonary bypass. Previous reports by Ationu et al[8] have demonstrated a 10-fold increase in plasma AVP levels in children even 24 hours after cardiopulmonary bypass (ie, mean levels in the range of 100 pg/mL).

Two of the 11 patients had poor left ventricular function before initiation of AVP but were started on therapy because of failure of all other conventional medical treatments. Cardiac function was normal or slightly depressed in 9 of the 11 patients.

## Complications

There were no episodes of peripheral vasoconstriction or cyanosis that required discontinuation of AVP.

## Early Outcome

Early outcome (24 hours) was favorable in the 9 critically ill patients. Of the 9 patients with vasodilatory shock, 1 was taken off LVAD and subsequently underwent successful heart transplantation (patient 7), 1 avoided LVAD placement

PAR-VASO-0008103

as a bridge to heart transplantation (patient 8), and 5 were successfully weaned from cardiopulmonary bypass. The 2 patients with cardiogenic shock (poor left ventricular function by echocardiogram before initiation of AVP) died at 6 hours (patient 10) and 6 days (patient 11) after initiation of continuous AVP, despite transient improvements in systemic arterial blood pressure.

## Long-Term Outcome

Eight of the 9 early survivors were discharged from the hospital. One patient remains hospitalized for chronic lung disease. Three patients died within 14 days to 6 months after AVP administration not related to the initial event: patient 1 died 14 days after administration of vasopressin during an interventional cardiac catheterization procedure; patient 8 died during subsequent heart transplantation secondary to hemorrhage; and patient 9 died 6 months after heart transplantation, presumably from acute rejection.

## Discussion

Children with severe vasodilatory hypotension refractory to standard pressor regimens after cardiac surgery can be extremely challenging to manage. Routine therapy includes administration of volume and high doses of catecholamine pressors to maintain adequate systemic arterial blood pressure. Severe hypotension with end-organ failure, significant volume overload, and death are potential adverse outcomes if medical management fails. To avoid the complications of severe hypotension, AVP was administered to 11 critically ill children after cardiac surgery. And, as in adult patients with other forms of vasodilatory shock (ie, septic shock or after cardiopulmonary bypass), hypotension improved with intravenous AVP administration. Stabilization of blood pressure enabled 5 patients to leave the operating room; permitted discontinuation of LVAD in 1; and, in an additional patient who was being considered for LVAD, AVP eliminated the need for LVAD as a bridge to transplantation. Furthermore, by decreasing the pressor requirements, the potential for adverse effects related to the pressors was decreased.

In our patients, plasma vasopressin levels before initiation of AVP demonstrated absolute AVP depletion in 2 patients and relative AVP depletion in 1. Previous studies have demonstrated that adults with septic shock have both an absolute vasopressin deficiency due to baroreflex-mediated stimuli and relative hypersensitivity to exogenously administered hormone. However, patients who started AVP associated with LVAD placement showed a bimodal distribution of AVP, with 1 group absolutely deficient and a second with moderately elevated plasma levels that were nonetheless lower than those of control patients on cardiopulmonary bypass.[4] Further, Argenziano et al[4] found that even though the group of patients who had higher levels of AVP had a lesser response to exogenous hormone, they still had significant improvement.[4] A study by Tarpey et al[9] demonstrated similar responses to exogenous AVP in both Long-Evans and Brattelboro (vasopressin-depleted) rats infused with lipopolysaccharide. The important message is that regardless of whether vasopressin was depleted, the children with vasodilatory shock responded to exogenous hormone with improve-

ments in systemic arterial blood pressure and ability to wean catecholamine pressors. Of note, the dose of AVP used is without significant pressor action in normal adult subjects. The mechanism of AVP pressor hypersensitivity remains to be determined.

Urine output and serum sodium concentration were analyzed because of a concern about the side effect syndrome of inappropriate antidiuretic hormone with administration of AVP. Additionally, a concern existed that an acute increase in peripheral vascular resistance might be associated with further compromise of end-organ perfusion, but this was not observed. We found no significant changes in urine output, serum bicarbonate levels, or serum sodium concentration after 24 hours of AVP infusion in this group of patients who received AVP short term. Furthermore, in all 9 children who survived, additional sodium bicarbonate boluses were not needed within 24 hours of AVP infusion.

Nine of 11 patients demonstrated good or only mildly depressed left ventricular function at the time of initiation of AVP, and 2 patients demonstrated very poor left ventricular function (Table). Although AVP has previously been beneficial in patients with vasodilatory shock, its use in cardiogenic shock is highly speculative. A recent case report by Overand and Teply[10] described a patient who developed increases in both systemic vascular resistance and cardiac index with AVP infusion. The increase in cardiac index was hypothesized to occur from either an increase in inotropy or an increase in coronary perfusion pressure. Additionally, isolated case reports of AVP use in patients with refractory cardiac arrest have been described[11] after initial investigations in a pig model[12]; however, the mechanism of action of AVP is still not completely understood. In contrast, a previous animal model study by Gardiner et al[13] showed a decrease in cardiac output with AVP administration. Our previous experience in adult patients indicated that vasopressin is most useful in vasodilatory shock. Of note, 2 of our patients who received AVP, (patients 10 and 11) were hypotensive and in cardiogenic shock but received AVP anyway because they were failing on catecholamine pressors. Although AVP transiently increased the blood pressure in both of these patients, they both died with severely depressed cardiac function. Given the findings that the 2 patients who died during AVP infusion had poor ventricular function and our experience in adult patients that AVP frequently further depresses cardiac output in the setting of cardiogenic shock, we would not recommend AVP for cardiogenic shock in pediatric patients.

## Study Limitations

Due to the small number of plasma AVP samples obtained, AVP levels could not be analyzed critically. In future studies, measurement of AVP levels before and during AVP treatment will be important. In addition, unlike the adult patients, infants and children undergoing cardiac surgery in our institution do not routinely have a Swan-Ganz catheter placed; thus, we did not have the benefit of measuring simultaneous cardiac output and systemic vascular resistance with our blood pressure measurements. It is of great importance to demonstrate any changes in cardiac output that might occur with AVP infusion so that future use could be tailored accordingly.

PAR-VASO-0008104

The heterogeneity of the group in terms of the types of cardiac defects and the type of surgery performed might be seen as a limitation. Three patients had single-ventricle anatomy, and the rest had undergone complete surgical repairs. One would expect the physiology and response to AVP to be similar in the patients with complete repairs (n=7) and cardiomyopathy (n=1). No obvious differences were seen between children with single-ventricle anatomy and those after complete repair. Nonetheless, the 2 groups were too small for a meaningful comparison in this study.

Although AVP was associated with improved blood pressure in our study (with each patient as his or her own control), one may not conclude that use of AVP and catecholamines is generally superior to use of catecholamines alone in terms of clinical outcome. Future randomized double-blinded studies with a control group for comparison are needed. Our findings in these critically ill patients near extremis so contrasts with the clinical expectations for this group that they support its limited use in this narrowly defined subgroup of infants and children with vasodilatory shock after cardiopulmonary bypass, pending a controlled trial.

## Conclusions

In summary, AVP infusion may be a viable treatment option for pediatric patients in a refractory vasodilatory state after cardiac surgery, to improve systemic arterial blood pressure when conventional therapies fail. Further studies are required before AVP can be recommended for the routine postoperative management of infants and children with congenital cardiac defects. However, AVP should be a consideration for patients with intractable symptomatic vasodilation. These data suggest that, as in adults, AVP should not be used in pediatric patients with severe left ventricular dysfunction until more is known about the effect of this agent on myocardial function.

## References

1. Landry DW. Vasopressin deficiency and hypersensitivity in vasodilatory shock: discovery of a new clinical syndrome. P&S Med Rev. 1996;3:3–4.
2. Landry DW, Levin HR, Gallant EM, Seo S, D'Allessandro D, Oz MC, Oliver JA. Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med. 1997;25:1279–1282.
3. Landry DW, Levin HR, Gallant EM, Ashton RC Jr, Seo S, D'Alessandro D, Oz MC, Oliver JA. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation. 1997;95:1122–1125.
4. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation. 1997;96(suppl II):II-286–II-290.
5. Wernovsky G, Wypij D, Jonas RA, Mayer JE Jr, Hanley FL, Hickey PR, Walsh AZ, Chang AC, Castaneda AR, Newburger JW, Wessel DL. Postoperative course and hemodynamic profile after the arterial switch operation in neonates and infants: a comparison of low-flow cardiopulmonary bypass and circulatory arrest. Circulation. 1995;92:2226–2235.
6. Kulik TJ, Moler FW, Palmisano JM, Custer JR, Mosca RS, Bove EL, Bartlett RH. Outcome-associated factors in pediatric patients treated with extracorporeal membrane oxygenator after cardiac surgery. Circulation. 1996;94(suppl II):II-63–II-68.
7. National Heart, Lung, and Blood Institute. Report of the second task force on blood pressure control in children—1987. Pediatrics. 1987;79:1–25.
8. Ationu A, Singer DRJ, Smith A, Elliott M, Burch M, Carter ND. Studies of cardiopulmonary bypass in children: implications for the regulation of brain natriuretic peptide. Cardiovasc Res. 1993;27:1538–1541.
9. Tarpey SB, Bennett T, Randall MD, Gardiner SM. Differential effects of endotoxaemia on pressor and vasoconstrictor actions of angiotensin II and arginine vasopressin in conscious rats. Br J Pharmacol. 1998;123:1367–1374.
10. Overand PT, Teply JF. Vasopressin for the treatment of refractory hypotension after cardiopulmonary bypass. Anesth Analg. 1998;86:1207–1209.
11. Lindner KH, Prengel AW, Brinkmann A, Strohmenger HU, Lindner IM, Lurie KG. Vasopressin administration in refractory cardiac arrest. Ann Intern Med. 1996;124:1061–1064.
12. Prengel AW, Lindner KH, Keller A, Lurie KG. Cardiovascular function during the postresuscitation phase after cardiac arrest in pigs: a comparison of epinephrine versus vasopressin. Crit Care Med. 1996;24:2014–2019.
13. Gardiner SM, Compton AM, Kemp PA, Bennett T. Effects of $N^G$-nitro-L-arginine methyl ester or indomethacin on differential regional and cardiac haemodynamic actions of arginine vasopressin and lysine vasopressin in conscious rats. Br J Pharmacol. 1991;102:65–72.

PAR-VASO-0008105

# Amniotic fluid ionic concentration in response to chronic fetal vasopressin infusion

MICHAEL G. ROSS, M. GORE ERVIN, ROSEMARY D. LEAKE,
AND DELBERT A. FISHER
*Perinatal Research Laboratories, Departments of Obstetrics and Pediatrics,
UCLA School of Medicine, Harbor-UCLA Medical Center, Torrance, California 90509*

ROSS, MICHAEL G., M. GORE ERVIN, ROSEMARY D. LEAKE, AND DELBERT A. FISHER. *Amniotic fluid ionic concentration in response to chronic fetal vasopressin infusion.* Am. J. Physiol. 249 (Endocrinol. Metab. 12): E287–E291, 1985.—Chronically prepared, third trimester fetal lambs were administered 72-h intravenous infusions of arginine vasopressin (AVP) (65 or 130 mU/kg h) or 0.9% saline. Saline infusion preceding the AVP infusion did not change amniotic fluid (AF) composition. During the AVP infusion, there were significant increases in amniotic fluid osmolality (278.8 ± 4.9 to 302.1 ± 4.5 mosm) and in sodium (122.7 ± 3.3 to 135.3 ± 3.6 meq/l) and potassium (9.7 ± 2.6 to 13.8 ± 1.3 meq/l) concentrations. Saline infusion after the AVP infusion resulted in return of AF osmolality, sodium, and potassium toward normal levels. Fetal plasma and amniotic fluid AVP levels measured by radioimmunoassay significantly increased during AVP infusion and decreased during the subsequent saline infusion. There were no changes in maternal or fetal plasma osmolality in response to AVP. These results suggest that fetal AVP released in response to intrauterine stress may alter the composition and osmolality of amniotic fluid in a reversible manner.

ovine fetus; arginine vasopressin; neurohypophysis

---

AMNIOTIC FLUID (AF) kinetics have been characterized with regard to routes of both fluid secretion and resorption. In the term ovine fetus, fetal urine contributes ~600 ml/day (5) and fetal tracheal fluid from 150 to 350 ml daily (15, 20) to the AF. Amniotic fluid is resorbed via fetal glutition (3) and transchorionic flow (21). Although these routes of fluid exchange have been described best in the ovine model, they are thought to be similar in human pregnancy (1, 7, 16).

The neurohypophyseal peptide arginine vasopressin (AVP) is secreted by the ovine fetus in response to intrauterine hypoxia (26), hemorrhage (19), or hyperosmolality (8), and there is evidence that the human fetus responds to intrauterine stress with secretion of AVP (4). Moreover, in the human newborn, plasma AVP levels after vaginal delivery correlate directly with the degree of acidosis (14). Amniotic fluid AVP, resulting largely from fetal renal clearance of plasma AVP, has been suggested as a marker for fetal hypoxia (25). Previous studies have shown that acute AVP infusion to the ovine fetus results in diminished lung fluid (15, 20) and urine production (9). These observations led us to hypothesize that continued secretion of AVP by a chronically dis-

tressed fetus may affect the volume and/or composition of AF. In the present study, we sought to simulate the fetal AVP response to a prolonged intrauterine stress by producing chronically elevated fetal plasma AVP levels.

## MATERIALS AND METHODS

*Animals and surgery.* Nine chronically prepared, pregnant, crossbred ewes were utilized for these studies; gestational ages at the time of surgery ranged from 115 to 123 days (full-term = 147 days). Animals were maintained under controlled photo periods (12 h light, 12 h dark) and housed individually in steel study cages both before and after surgery. Food and water were made available ad libitum except during the 24 h before surgery. Surgical anesthesia was induced with intramuscular ketamine (800 mg) and atropine sulphate (1.2 mg) followed by continuous intravenous infusion of ketamine (5 mg/min).

The maternal abdomen was opened by midline incision, a small hysterotomy incision was made, and a fetal hindlimb was extracted from the uterus. Polyethylene catheters (ID 1.02 mm, OD 1.78 mm) were placed in the fetal dorsal hindlimb vein and artery and threaded to the inferior vena cava and abdominal aorta, respectively. Before hysterotomy closure, an intrauterine plastic catheter (Corometrics Medical System) was placed in the amniotic cavity. The maternal femoral artery and vein were catheterized with polyethylene catheters (8 Fr) and threaded to the abdominal aorta and inferior vena cava, respectively. All catheters were exteriorized to the maternal flank and placed in a cloth pouch sutured to the ewes' flank. Animals were allowed at least 5 days of postoperative recovery during which chloramphenicol (500 mg) was administered twice daily into the maternal venous catheter and the amniotic cavity.

*Study design.* Sixteen continuous infusions were performed in the nine animals as follows: pre-AVP saline infusion (before AVP infusion), n = 5; AVP infusion (either initial or after saline), n = 7; and post-AVP saline infusion (after AVP infusion), n = 4. Most animals had two studies performed. The AVP infusion study was performed as follows: before each study, fetal pH was measured and the experimental protocol performed only if the fetal pH was greater than 7.30. Base-line samples of fetal arterial blood (4.5 ml) and maternal arterial blood

0193-1849/85 $1.50 Copyright © 1985 the American Physiological Society
E287

(4.5 ml) were obtained at −30 and 0 min for measurements of pH, $P_{O_2}$, $P_{CO_2}$, hematocrit, plasma osmolality, and AVP. Fetal blood samples were immediately replaced with an equivalent volume of heparinized maternal blood.

Fetal heart rate and blood pressure (systolic and diastolic) were measured before each fetal blood sample using a Statham P23 transducer and a Beckman Dynograph. Base-line samples of amniotic fluid (2 ml) were obtained at −30 and 0 min for measurement of osmolality and sodium, potassium, and AVP concentrations. All catheters were cleared with a volume of blood or amniotic fluid equal to three times the volume of the catheter before each sample. A continuous intravenous infusion (0.25 ml/h) of AVP (Pitressin, Parke, Davis & Co.) was administered in 0.9% saline at a dose of 65 mU/kg h or 130 mU/kg h to three and four fetuses, respectively. Fetal weights were estimated using the formula of Robillard and Weitzman (17). The infusion dose calculated for the initiation of each study was maintained for the entire 72-h period. Repeat samples of fetal and maternal blood and AF were drawn at 0800 and 1700 h each day during the study.

At the conclusion of the 72 h, two AF samples were drawn 30 min apart for use as the final values for the AVP infusion and the initial values for the post-AVP saline studies. The pre- and post-AVP saline infusion studies were performed in a manner identical to the AVP study except that only 0.9% saline was infused to the fetus.

Fetal and maternal plasma and AF osmolalities were measured by freezing point depression using an Advanced Digimatic Osmometer model 3D (Advanced Instruments, Needham Heights, MA). Amniotic fluid sodium and potassium were measured by flame photometry (model 143, Instrumentation Laboratory, Watertown, MA). Blood pH, $P_{O_2}$, and $P_{CO_2}$ values were determined at 30°C with a Radiometer BM 33 MK2-PHM 72 MK2 acid base analyzer system (Radiometer, Copenhagen, Denmark).

Blood samples for AVP were collected in chilled tubes containing 10 $\mu$l of 15% potassium EDTA per ml blood and immediately placed on ice. Plasma was prepared by centrifugation, stored frozen at −20°C, and extracted for measurement of AVP as described previously (24). Amniotic fluid was also stored at −20°C until assayed directly for AVP (2). Plasma and AF AVP levels were determined by radioimmunoassay (RIA) as previously described (2, 27) using USP Posterior Pituitary Reference Standard (USP Convention, Rockville, MD) as RIA standard.

*Statistics.* All data are expressed as means ± SE of the mean. Maternal and fetal plasma osmolalities and amniotic fluid osmolalities were analyzed by repeat measurement two-way analysis of variance (BMDP Statistical Software, P2V). Fetal pH, $P_{O_2}$, $P_{CO_2}$, hematocrit, heart rate, blood pressure, and AF sodium and potassium were analyzed by Student's paired $t$ test comparing the mean of the two base-line values with the mean of the two final values. Plasma and AF AVP were analyzed by Wilcoxon matched-pairs signed-ranks test. Significance was defined as a $P$ value less than or equal to 0.05.

## RESULTS

Fetal plasma AVP (1.6 ± 0.1 to 1.4 ± 0.1 $\mu$U/ml) and AF AVP levels (3.7 ± 0.4 to 3.2 ± 0.4 $\mu$U/ml) did not change during the pre-AVP saline infusion. Vasopressin infusion resulted in significant increases in mean fetal plasma AVP (1.7 ± 0.4 to 53.7 ± 24.4 $\mu$U/ml) and AF AVP (3.1 ± 0.5 to 61.2 ± 28.1 $\mu$U/ml) concentrations. Among the three animals receiving AVP infusion at 65 mU/kg h, the mean fetal plasma AVP concentration increased from 1.5 ± 0.2 to 15.1 ± 3.6 $\mu$U/ml while the AF AVP concentration increased from 3.3 ± 0.6 to 9.7 ± 2.5 $\mu$U/ml. During the post-AVP saline infusion the mean fetal plasma AVP level decreased from 37.6 ± 25.4 to 6.0 ± 2.2 $\mu$U/ml within 12 h; AF AVP levels decreased from 45.2 ± 26.3 to 24.6 ± 10.4 $\mu$U/ml, reflecting a slower rate of clearance. At the conclusion of the post-AVP saline infusion mean AVP concentrations had decreased to 1.9 ± 0.4 and 7.0 ± 1.8 $\mu$U/ml in fetal plasma and amniotic fluid, respectively.

Amniotic fluid osmolality remained unchanged (275.6 ± 3.7 to 273.4 ± 5.2 mosm) during the pre-AVP saline infusion (Fig. 1). During AVP infusion AF osmolality gradually increased (278.8 ± 4.9 to 302.1 ± 4.5 mosm; $P < 0.001$). Amniotic fluid osmolality decreased during the post-AVP saline infusion (303.2 ± 5.8 to 281.8 ± 5.6 mosm; $P < 0.05$). A similar trend was noted in AF sodium and potassium levels: there was no significant change during the pre-AVP saline infusion, a significant increase with the AVP infusion, and a decrease with the post-AVP saline infusion (Table 1). The AF osmolality, sodium, and potassium responses were similar in animals receiving AVP infusions at either 65 or 130 mU/kg h. There was no change in fetal or maternal plasma osmolality during any infusion; fetal plasma osmolality remained ~4 mosm hypoosmolar to maternal plasma (Table 1). Maternal or fetal hematocrit, pH, $P_{O_2}$, and $P_{CO_2}$ were stable during all studies (Table 1). In response to the vasopressin infusion there was a significant decrease in fetal heat rate (193 ± 8 to 172 ± 2 beats/min) and an increase, though not significant, in fetal systolic and diastolic blood pressures (Table 1).

## DISCUSSION

Ovine fetal and maternal water is distributed in four compartments: maternal, fetal, AF, and allantoic fluid. Potential routes of exchange exist between all compartments. We hypothesize that AF represents a fetal compartment (in essence a storage site for fetal water) and that the fetus may respond to changes in its environment [hypoxia (26), hemorrhage (19), and hyperosmolality (8)] with secretion of AVP in an attempt to decrease water loss through urine (9) or lung fluid (20) and perhaps to modify the distribution of fetal blood flow (6). Thus the fetus may regulate AF volume. In the present study we sought to simulate the AVP response of the fetus to a prolonged intrauterine stress by producing chronically elevated fetal plasma AVP levels by exogenous infusion of AVP. Saline infusion for 72 h had no effect on fetal plasma or AF AVP levels, reflecting sustained fetal homeostasis. The chronic administration of AVP to the



FIG. 1. Amniotic fluid osmolality (means ± SE) during prevasopressin saline, vasopressin, and postvasopressin saline infusions.

TABLE 1. *Mean maternal, fetal, and amniotic fluid measurements at initiation and termination of pre-AVP saline, AVP, and post-AVP saline infusions*

| | Pre-AVP Saline | | AVP Infusion | | Post-AVP Saline | |
|---|---|---|---|---|---|---|
| | Initiation | Termination | Initiation | Termination | Initiation | Termination |
| **Fetal** | | | | | | |
| pH | 7.35±0.02 | 7.35±0.01 | 7.34±0.01 | 7.33±0.01 | 7.35±0.01 | 7.34±0.01 |
| $O_2$, Torr | 17±2 | 20±3 | 21±1 | 20±1 | 19±2 | 18±1 |
| $CO_2$, Torr | 51±1 | 50±1 | 52±1 | 54±2 | 50±1 | 48±2 |
| HCT, % | 33.4±1.5 | 32.0±1.1 | 31.1±1.4 | 31.0±1.5 | 31.5±1.3 | 30.3±2.0 |
| Heart rate, bpm | 186±3 | 187±3 | 193±8 | 172±2* | 168±3 | 177±9 |
| BP systolic, Torr | 66±1 | 66±3 | 61±5 | 71±9 | 65±9 | 58±7 |
| BP diastolic, Torr | 43±2 | 42±2 | 42±1 | 50±5 | 47±5 | 40±4 |
| Osmolality, mosm | 299.8±0.8 | 301.2±2.5 | 301.3±4.1 | 306.5±3.2 | 304.0±1.3 | 306.3±0.8 |
| **Maternal** | | | | | | |
| pH, | 7.46±0.01 | 7.46±0.01 | 7.46±0.01 | 7.45±0.01 | 7.45±0.01 | 7.44±0.02 |
| $O_2$, Torr | 90±6 | 102±1 | 102±1 | 96±3 | 96±6 | 91±3 |
| $CO_2$, Torr | 34±1 | 33±1 | 33±1 | 33±1 | 34±2 | 32±1 |
| HCT, % | 28.6±1.0 | 29.9±0.8 | 29.4±0.7 | 28.5±0.7 | 29.9±0.9 | 29.5±0.5 |
| Osmolality, mosm | 303.4±1.7 | 306.2±1.2 | 309.5±3.3 | 307.1±2.1 | 310.1±2.5 | 312.0±3.2 |
| **Amniotic fluid** | | | | | | |
| Na, meq/l | 120.3±6.8 | 125.8±5.3 | 122.7±3.3 | 135.3±3.6* | 131.3±1.5 | 127.3±5.7 |
| K, meq/l | 10.1±2.1 | 9.6±2.0 | 9.7±2.6 | 13.8±1.3* | 18.9±2.5 | 16.3±4.8 |
| Osmolality, mosm | 275.6±3.7 | 273.4±5.2 | 278.8±4.9 | 302.1±4.5† | 303.2±5.8 | 281.8±5.6* |

Values are means ±SE. AVP, arginine vasopressin; HCT, hematocrit; BP, blood pressure. *$P < 0.05$ from initiation of infusion; †$P < 0.001$ from initiation of infusion.

fetus produced a significant increase in fetal plasma AVP with no change in maternal plasma AVP, an observation consistent with placental impermeability to AVP (28). Amniotic fluid AVP levels also increased after intravenous fetal AVP infusions, probably secondary to fetal renal AVP excretion (11). During the post-AVP saline infusion, plasma AVP levels remained elevated three- to fourfold over control values 12 h after cessation of the AVP infusion. Because the plasma half-life for AVP in the ovine fetus is between 2 and 10 min (28), this suggests either an impaired clearance or a continued endogenous or exogenous source of AVP. As fetal urine was not obtained during this study, renal clearance of AVP could not be determined. It is possible that the AVP infusion itself may induce fetal stress resulting in continued endogenous AVP secretion. It is also possible that fetal swallowing and subsequent gastrointestinal resorption of

AF AVP may serve as an exogenous (recirculation) source of fetal AVP (unpublished observation), explaining the persistence of elevated plasma AVP levels after the AVP infusion as well as the variability in plasma AVP levels during the AVP infusion. The decrease in AF AVP levels during the post-AVP saline infusion is consistent with a previously reported 8-h half-life of AVP in AF (25).

Intravenous AVP infusion to the fetus resulted in a marked increase in AF osmolality not seen during the pre-AVP saline infusion (Fig. 1). Previous studies have demonstrated in response to acute AVP infusion that there is a decrease in urine volume associated with an increase in osmolality (9). In contrast, the reduction in lung fluid production in response to AVP is not associated with an increase in lung fluid osmolality (20). Rather, lung fluid remains isoosmotic with respect to

fetal plasma and hyperosmotic with respect to AF. Thus the increase in AF osmolality in response to AVP probably results from an increase in urinary osmolality. The sustained elevation of AF osmolality during the AVP infusion suggests that the fetal kidney and/or lung continue to be responsive to AVP; there was no evidence of developing resistance to AVP action. AF osmolality increased within 24 h of the AVP infusion from 278.8 ± 4.9 mosm to a plateau of 298.6 ± 3.6 mosm, the latter value approximating maternal plasma osmolality. Basal AF osmolality (270–280 mosm) in the pregnant sheep is significantly less than the basal maternal plasma osmolality (300–305 mosm), resulting in an osmotic gradient across the chorioamnion that favors a continuous flow of water from AF to mother. We previously demonstrated that this flow can be accentuated by increasing the osmotic gradient (21). The present results suggest that chronic AVP infusion to the fetus may effect a decrease in transchorionic flow secondary to a reduction in the osmotic gradient.

Continuous fetal AVP infusion also resulted in increased AF sodium and potassium concentrations. Mellor and Slater (13) reported in 1972 that following intrauterine surgery in the pregnant ewe there was an increase in AF sodium and potassium levels that over several days returned toward "normal values." Lingwood et al. (9) suggested that increased postoperative fetal urinary osmolality was secondary to AVP released in response to anesthesia and surgical stress. These authors also noted a natremia induced by exogenous AVP infusion. Recently we reported that elevations in ovine fetal plasma AVP might produce a natremia (unpublished observations) consistent with AVP renal effects in adult dogs (11). As AVP does not affect lung fluid sodium or potassium levels despite reducing lung fluid volume (20), this finding suggests that the increases in AF sodium are due primarily to AVP action on the kidney. Whether the changes in AF osmolality, sodium, and potassium are due solely to direct actions of AVP is not currently known. Although the AF AVP concentration also increased significantly during the AVP infusion, it is unlikely that this could increase AF osmolality. We previously reported that intra-amniotic AVP levels ~1,000-fold higher than those observed in the present experiments had no effect on either basal or stimulated AF osmolality (21). Mellor and Pearsen (12) have reported an increase in allantoic fluid potassium and a decrease in sodium after intravenous infusion of synthetic adrenocorticotropin to the ovine fetus. Although this differs from the results in the present study, it suggests that other factors may be involved in mediating the effects of AVP on AF.

Despite the continued infusion of AVP to the fetus and the significant change in AF osmolality, there was no change in fetal or maternal plasma osmolality. This is a predictable result in view of the lack of transplacental passage of AVP (28) and the intact osmoregulatory system of the ewe. Although we reported previously (8) that acute (1 h) infusion of AVP to the sheep fetus results in an acute decrease in fetal plasma osmolality, the chronic

infusion in the present study did not affect fetal osmolality. Fetal plasma osmolality probably is regulated passively within the normal range by transplacental osmotic, hydrostatic, and electrochemical gradients that maintain the fetus slightly hypoosmotic to the mother (Table 1).

During the fetal AVP infusion we found a significant decrease in fetal heart rate and increases, though not significant, in fetal systolic and diastolic blood pressures. Previous studies (6, 9, 22, 28) of acute infusions of AVP to the ovine fetus have consistently demonstrated a significant pressor effect associated with a relative fetal bradycardia. Fetal arterial pressure in this and other studies includes a component of maternal abdominal pressure, amniotic fluid pressure, and fetal position relative to the pressure transducer. During acute studies these factors may remain relatively stable. In the present 72-h study changes in amniotic fluid pressure and fetal position are likely and may increase the variance such that small increases in fetal blood pressure are not significant. It is also possible that chronically elevated plasma AVP levels result in a loss of sensitivity to the pressor effects of AVP.

During the post-AVP saline infusion the significant decrease in AF osmolality indicates that the effect of AVP is reversible. Previous reports of acute artificial alteration of AF composition have shown that AF sodium, potassium, and chloride levels rapidly return to near normal (10, 23). The present data suggests that although the fetus is capable of significantly altering AF composition the removal of a fetal influence (i.e., AVP infusion) results in a return of AF composition toward normal basal values. Thus the normal osmolality of AF is physiologically regulated in the third trimester of ovine pregnancy. The basal flows of hypoosmotic urine (18) and isoosmotic lung fluid (20) are balanced by an AF to maternal transchorionic water movement to maintain a stable AF osmolality. The decrease in AF osmolality when the AVP infusion is discontinued occurs despite a continued elevation of AF AVP concentration, suggesting that AF AVP is not important in the regulation of AF osmolality. The failure of AF sodium or potassium to significantly decrease during the post-AVP saline infusion suggests that the mechanisms of regulation of AF sodium and potassium concentrations are not as sensitive as those regulating AF osmolality.

In summary, we have shown that a prolonged fetal AVP infusion results in significant, progressive, and reversible changes in AF osmolality and AF sodium, potassium, and AVP concentrations. These effects are consistent with AVP action, on the fetal kidneys and lungs. These results suggest the potential utility of AF sodium, potassium, osmolality, and AVP as markers for intrauterine fetal distress.

This research was supported by National Institutes of Health Grants RR-00425-1652 and HD-06335 and the Scientific Data Center, Cedar-Sinai Medical Center, Los Angeles, CA.

Received 26 November 1984; accepted in final form 2 May 1985.

PAR-VASO-0008109

## REFERENCES

1. ABRAMOVICH, D. R., A. GARDEN, L. JANDIAL, AND K. R. PAGE. Fetal swallowing and voiding in relation to hydramnios. *Obstet. Gynecol.* 54: 15–20, 1979.

2. ARTMAN, H. G., R. D. LEAKE, R. E. WEITZMAN, W. H. SAWYER, AND D. A. FISHER. Radioimmunoassay of vasotocin, vasopressin and oxytocin in human neonatal CSF and amniotic fluid. *Dev. Pharmacol. Therap.* 7: 39–49, 1984.

3. BRADLEY, R. M., AND C. M. MISTRETTA. The developing sense of taste. In: Denton, D. A. and J. P. Coughlan. *Olfaction and Taste*, New York: Academic, 1975, p. 91.

4. DEVANE, G. W., AND J. C. PORTER. An apparent stress-induced release of arginine vasopressin in human neonates. *J. Clin. Endocrinol. Metab.* 51: 1412–1416, 1980.

5. GRESHAM, E. L., J. H. G. RANKIN, AND E. L. MAKOWSKI. An evaluation of fetal renal function in a chronic sheep preparation. *J. Clin. Invest.* 51: 149–156, 1972.

6. IWAMOTO, H. S., A. M. RUDOLPH, L. C. KEIL, AND M. A. HEYMANN. Hemodynamic responses of the sheep fetus to vasopressin infusion. *Circ. Res.* 44: 430–436, 1979.

7. KURJAK, A., P. KIRKINEN, V. LATIN, AND D. IVANKOVIC. Ultrasonic assessment of fetal kidney function in normal and complicated pregnancies. *Am. J. Obstet. Gynecol.* 141: 266–270, 1981.

8. LEAKE, R. D., H. STEGNER, S. M. PALMER, G. K. OAKES, AND D. A. FISHER. Arginine vasopressin and arginine vasotocin inhibit ovine fetal/maternal water transfer. *Pediatr. Res.* 17: 583–586, 1983.

9. LINGWOOD, B., K. J. HARDY, I. HORACEK, M. L. MCPHEE, B. A. SCOGGINS, AND E. M. WINTOUR. The effects of antidiuretic hormone on urine flow and composition in the chronically cannulated ovine fetus. *Quart. J. Exp. Physiol.* 63: 315–330, 1978.

10. LINGWOOD, B. E., K. J. HARDY, J. G. LONG, M. MCPHEE, AND E. M. WINTOUR. Amniotic fluid volume and composition following experimental manipulations in sheep. *Obstet. Gynecol.* 56: 451–458, 1980.

11. MATSUI, K., L. SHARE, B. C. WANG, J. T. CROFTON, AND D. P. BROOKS. Effects of changes in steady-state plasma vasopressin levels on renal and urinary vasopressin clearances in the dog. *Endocrinology* 112: 2107–2113, 1983.

12. MELLOR, D. J., AND R. A. PEARSON. Changes in ionic composition of allantoic fluid during adrenocorticotrophin infusion into fetal sheep. *Res. Vet. Sci.* 16: 108–109, 1974.

13. MELLOR, D. J., AND J. S. SLATER. Daily changes in foetal urine and relationships with amniotic and allantoic fluid and maternal plasma during the last two months of pregnancy in conscious, unstressed ewes with chronically implanted catheters. *J. Physiol. London* 227: 503–525, 1972.

14. PARBOOSINGH, J., K. LEDERIS, AND N. SINGH. Vasopressin concentration in cord blood: correlation with method of delivery and cord pH. *Obstet. Gynecol.* 60: 179–183, 1982.

15. PERKS, A. M., AND S. CASSIN. The effects of arginine vasopressin and other factors on the production of lung fluid in fetal goats. *Chest* 81, *Suppl.*, 81: 63–65, 1982.

16. PRITCHARD, J. A. Deglutition by normal and anencephalic fetuses. *Obstet. Gynecol.* 25: 289–297, 1965.

17. ROBILLARD, J. E., AND R. E. WEITZMAN. Developmental aspects of the fetal renal response to exogenous arginine vasopressin. *Am. J. Physiol.* 238 (*Renal Fluid Electrolyte Physiol.* 7): F407–F414, 1980.

18. ROBILLARD, J. E., R. E. WEITZMAN, L. BURMEISTER, AND F. G. SMITH. Developmental aspects of the renal response to hypoxemia in the lamb fetus. *Circ. Res.* 48: 128–138, 1981.

19. ROBILLARD, J. E., R. E. WEITZMAN, D. A. FISHER, AND F. G. SMITH. The dynamics of vasopressin release and blood volume regulation during fetal hemorrhage in the lamb fetus. *Pediatr. Res.* 13: 606–610, 1979.

20. ROSS, M. G., M. G. ERVIN, R. D. LEAKE, P. FOU, AND D. A. FISHER. Fetal lung liquid regulation by neuropeptides. *Am. J. Obstet. Gynecol.* 150: 421–425, 1984.

21. ROSS, M. G., M. G. ERVIN, R. D. LEAKE, G. K. OAKES, C. J. HOBEL, AND D. A. FISHER. Bulk flow of amniotic fluid water in response to maternal osmotic challenge. *Am. J. Obstet. Gynecol.* 147: 697–701, 1983.

22. RURAK, D. W. Plasma vasopressin levels during hypoxaemia and the cardiovascular effects of exogenous vasopressin in foetal and adult sheep. *J. Physiol. London* 277: 341–357, 1978.

23. SCHRUEFER, J. J., A. E. SEEDS, R. E. BEHRMAN, A. E. HELLEGERS, AND P. D. BRUNS. Changes in amniotic fluid volume and total solute concentration in the rhesus monkey following replacement with distilled water. *Am. J. Obstet. Gynecol.* 112: 807–815, 1972.

24. SKOWSKY, W. R., A. ROSENBLOOM, AND D. A. FISHER. Radioimmunoassay of arginine vasopressin: development and application. *J. Clin. Endocrinol. Metab.* 38: 278–287, 1974.

25. STARK, R. I., S. S. DANIEL, M. K. HUSAIN, A. K. ZUBREW, AND L. S. JAMES. Is the level of vasopressin in amniotic fluid a marker of fetal hypoxia? *Pediatr. Res.* 16: 145A, 1982.

26. STEGNER, H., R. D. LEAKE, S. M. PALMER, G. K. OAKES, AND D. A. FISHER. The effect of hypoxia on neurohypophyseal hormone release in fetal and maternal sheep. *Pediatr. Res.* 18: 188–191, 1984.

27. WEITZMAN, R. E., A. REVICZKY, T. H. ODDIE, AND D. A. FISHER. Effect of osmolality on arginine vasopressin and renin release after hemorrhage. *Am. J. Physiol.* 238 (*Endocrinol. Metab.* 7): E62–E68, 1980.

28. WIRIYATHIAN, S., J. C. PORTER, R. P. NADEN, AND C. R. ROSENFIELD. Cardiovascular effects and clearance of arginine vasopressin in the fetal lamb. *Am. J. Physiol.* 245 (*Endocrinol. Metab.* 8): E24–E31, 1983.

PAR-VASO-0008110

# Interaction of vasopressin infusion, corticosteroid treatment, and mortality of septic shock*

James A. Russell, MD; Keith R. Walley, MD; Anthony C. Gordon, MB, BS, MD; D. James Cooper, BM, BS, MD; Paul C. Hébert, MD; Joel Singer, PhD, MD; Cheryl L. Holmes, MD; Sangeeta Mehta, MD; John T. Granton, MD; Michelle M. Storms, BScN; Deborah J. Cook, MD; Jeffrey J. Presneill, MB BS, PhD; Dieter Ayers for the Vasopressin and Septic Shock Trial (VASST) Investigators

*Objective:* Vasopressin and corticosteroids are often added to support cardiovascular dysfunction in patients who have septic shock that is nonresponsive to fluid resuscitation and norepinephrine infusion. However, it is unknown whether vasopressin treatment interacts with corticosteroid treatment.

*Design:* Post hoc substudy of a multicenter randomized blinded controlled trial of vasopressin vs. norepinephrine in septic shock.

*Setting:* Twenty-seven Intensive Care Units in Canada, Australia, and the United States.

*Patients:* Seven hundred and seventy-nine patients who had septic shock and were ongoing hypotension requiring at least 5 μg/min of norepinephrine infusion for 6 hours.

*Interventions:* Patients were randomized to blinded vasopressin (0.01–0.03 units/min) or norepinephrine (5–15 μg/min) infusion added to open-label vasopressors. Corticosteroids were given according to clinical judgment at any time in the 28-day postrandomization period.

*Measurements:* The primary end point was 28-day mortality. We tested for interaction between vasopressin treatment and corticosteroid treatment using logistic regression. Secondary end points were organ dysfunction, use of open-label vasopressors and vasopressin levels.

*Main Results:* There was a statistically significant interaction between vasopressin infusion and corticosteroid treatment ($p = 0.008$). In patients who had septic shock and were also treated with corticosteroids, vasopressin, compared to norepinephrine, was associated with significantly decreased mortality (35.9% vs. 44.7%, respectively, $p = 0.03$). In contrast, in patients who did not receive corticosteroids, vasopressin was associated with increased mortality compared with norepinephrine (33.7% vs. 21.3%, respectively, $p = 0.06$). In patients who received vasopressin infusion, use of corticosteroids significantly increased plasma vasopressin levels by 33% at 6 hours ($p = 0.006$) to 67% at 24 hours ($p = 0.025$) compared with patients who did not receive corticosteroids.

*Conclusions:* There is a statistically significant interaction between vasopressin and corticosteroids. The combination of low-dose vasopressin and corticosteroids was associated with decreased mortality and organ dysfunction compared with norepinephrine and corticosteroids. (Crit Care Med 2009; 37:811–818)

*Key Words:* sepsis; septic shock; vasopressin; corticosteroids; randomized controlled trial

T he mortality of septic shock varies from 30% to 60% (1–3). Ongoing hypotension despite fluid resuscitation is a major contributor to the high mortality. When patients do not respond adequately to fluid and vasopressor resuscitation, vasopressin and/or corticosteroids are often added (3, 4).

Randomized controlled trials of vasopressin (5) and of corticosteroids (3) have recently been published. The Vasopressin and Septic Shock Trial (VASST) trial of vasopressin vs. norepinephrine in patients with septic shock found that vasopressin infusion did not significantly decrease 28-day mortality compared with norepinephrine (5). However, in patients who had less severe septic shock (norepinephrine infusion of 5–15 μg/min at randomization), vasopressin decreased 28-day mortality compared with norepinephrine (26.5% vs. 35.7%, $p = 0.05$). There are two large randomized placebo-controlled trials of corticosteroids in patients who have septic shock (3, 6). Annane et al (6) reported that corticosteroids, compared with placebo, decreased mortality in patients who had septic shock and who did not respond adequately to a corticotropin stimulation test.

Sprung et al (3) conducted Corticosteroid Therapy of Septic Shock (CORTICUS) in part because the results of Annane et al were not entirely significant before adjustments. Sprung et al (3) found no difference in mortality between corticosteroids and placebo.

Whether there is an interaction between vasopressin and corticosteroid treatment is unknown, yet many septic shock patients receive vasopressin and corticosteroids. The effects of corticosteroids on vasopressin are controversial. Corticosteroids increased vasopressin messenger RNA (7) and restored hemodynamic responsiveness to vasopressin infusion (8), had no effect on vasopressin levels (9), and even suppressed vasopressin gene expression (10, 11). Vasopressin (viaV1b (V3) receptor) increases corticotroph responsiveness to corticotrophin releasing factor thereby increasing adrenocorticotropic hormone (12) even when corticosteroid levels are increased (12–14). Therefore, vasopressin treatment

*See also p. 1126.

From the St. Paul's Hospital, iCAPTURE Centre (JAR, KRW, ACG (current affiliation: Imperial College NHS Trust, London, UK, MMS), St Paul's Hospital (JS, DA), Kelowna General Hospital (CLH) University of British Columbia, Ottawa Hospital, General Campus (PCH) University of Ottawa, Mount Sinai Hospital (SM), University Health Network (JTG) University of Toronto, St. Joseph's Hospital (DJC) McMaster University, Canada and Alfred Hospital (DJC) Monash University, Royal Melbourne Hospital (JJP) University of Melbourne, Australia.

Supported, in part, by grant MCT 44152 to Canadian Institutes of Health Research.

Dr. Walley is an inventor on a patent application owned by the University of British Columbia relevant to this article. The remaining authors have not disclosed any potential conflicts of interest.

For information regarding this article, E-mail: jrussell@mrl.ubc.ca

Copyright © 2009 by the Society of Critical Care Medicine and Lippincott Williams & Wilkins

DOI: 10.1097/CCM.0b013e3181961ace

Copyright (c) Society of Critical Care Medicine and Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008111

Table 1. Baseline characteristics of patients who had septic shock according to corticosteroid treatment and vasopressin versus norepinephrine infusion

| n | Steroids | | | No Steroids | | |
|---|---|---|---|---|---|---|
| | Norepinephrine 293 | Arginine Vasopressin 296 | p Value[a] | Norepinephrine 89 | Arginine Vasopressin 101 | p Value[b] |
| Age (yrs.) (x ± SD) | 61.4 ± 15.7 | 59.0 ± 16.2 | 0.06 | 63.1 ± 16.6 | 60.4 ± 17.2 | 0.28 |
| Sex (n, % male) | 176 (60.1) | 183 (61.8) | 0.66 | 53 (59.6) | 63 (62.4) | 0.69 |
| Acute Physiology and Chronic Health Evaluation II (x ± SD) | 27.9 ± 6.7 | 27.4 ± 7.2 | 0.41 | 24.7 ± 6.9 | 26.0 ± 8.9 | 0.28 |
| Renal (n, %) | 203 (69.5) | 205 (69.3) | 0.95 | 55 (62.5) | 59 (58.4) | 0.57 |
| Respiratory (n, %) | 264 (90.1) | 261 (88.2) | 0.45 | 77 (87.5) | 81 (80.2) | 0.18 |
| Hematologic (n, %) | 70 (24.0) | 91 (30.7) | 0.07 | 14 (15.9) | 27 (26.7) | 0.07 |
| Neurologic (n, %) | 67 (22.9) | 78 (26.4) | 0.33 | 22 (25) | 23 (22.8) | 0.72 |
| Surgical (n, %) | 94 (34.4) | 105 (37.1) | 0.51 | 38 (47.5) | 46 (49.5) | 0.78 |
| Less severe shock (n, %) | 126 (43.0) | 131 (44.3) | 0.76 | 56 (62.9) | 65 (64.4) | 0.84 |
| More severe shock (n, %) | 167 (57.0) | 165 (55.7) | | 33 (37.1) | 36 (35.6) | |
| Activated protein C (n, %) | 53 (18.1) | 52 (17.6) | 0.87 | 3 (3.4) | 9 (8.9) | 0.12 |

[a]Statistical test ($\chi^2$ or t test) comparing steroids plus norepinephrine vs. steroids plus vasopressin (Arginine vasopressin); [b]Statistical test ($\chi^2$ or t test) comparing no steroids plus norepinephrine vs. no steroids plus vasopressin (Arginine vasopressin).

may interact with corticosteroid treatment in septic shock.

Accordingly, our hypothesis was that there is a significant interaction of vasopressin and corticosteroid treatment in septic shock. We had the unique opportunity to test this hypothesis in a *post hoc* analysis of the VASST trial (5) because many patients in that trial received corticosteroids in their clinical care.

## METHODS

VASST (5) is a multicenter blinded randomized controlled trial of vasopressin vs. norepinephrine in patients with septic shock. VASST was approved by the research ethics boards of all participating institutions. Patients, next of kin or surrogate decision maker, gave written informed consent.

*Selection Criteria.* Patients (≥16 years of age) with septic shock unresponsive to fluids and at least 5 μg/min norepinephrine infusion [or equivalent as defined (5)] were evaluated for enrollment. Septic shock was defined by two or more systemic inflammatory response syndrome criteria, (15) proven or suspected infection, hypotension despite fluid resuscitation, vasopressor infusion (at least 5 μg/min of norepinephrine or equivalent) for 6 hours, and at least one new organ dysfunction. Exclusion criteria, blinding and randomization have been reported previously (5).

*Study Drug Infusion.* Study drug infusion began at 5 mL/hr and increased to 15 mL/hr (vasopressin, 0.01–0.03 U/min; norepinephrine, 5–15 μg/min) whereas open-label vasopressors were titrated to mean arterial pressure of 65–75 mm Hg. If the target mean arterial pressure could not be reached on maximal study drug, open-label vasopressors were increased. Study drug continued until the patient died, had a serious adverse event, or improved (open-label vasopressors not required). Study drug was weaned after the target mean arterial pressure had been achieved for 8 hours with no open-label vasopressors. Open-label vasopressin and crossover to the opposite arm were prohibited.

*Use of Corticosteroids.* The administration of corticosteroids was not protocolized in this

Table 2. Hydrocortisone dose (mg/day) and number of patients (n) treated with hydrocortisone each day in norepinephrine and vasopressin treatment groups

| Study Day Number | Hydrocortisone Dose (mg/day), X (±SD), NE Group | n (NE) | Hydrocortisone Dose (mg/day), X (±SD), AVP Group | n (AVP) |
|---|---|---|---|---|
| 1 | 160.1 (105.4) | 173 | 154.7 (92.4) | 194 |
| 2 | 218 (90.6) | 208 | 216.9 (81) | 221 |
| 3 | 226.7 (102.6) | 198 | 226.8 (216.2) | 202 |
| 4 | 218.2 (86.6) | 174 | 199.7 (112.2) | 182 |
| 5 | 206.2 (91.9) | 167 | 184 (84.8) | 159 |
| 6 | 196.4 (94.4) | 147 | 182.2 (82.1) | 135 |
| 7 | 188.5 (92) | 125 | 168.2 (81.7) | 117 |
| 8 | 169.7 (92.1) | 108 | 164.7 (86.2) | 91 |
| 9 | 165.1 (97.6) | 85 | 147 (83.3) | 76 |
| 10 | 174.6 (99) | 67 | 142.2 (86) | 64 |
| 11 | 185.2 (107.9) | 55 | 137.4 (91) | 56 |
| 12 | 170.2 (105.2) | 52 | 121.2 (82) | 49 |
| 13 | 169.4 (106.1) | 45 | 134.7 (100.7) | 43 |
| 14 | 159.8 (100) | 39 | 139.6 (95.3) | 37 |
| 15 | 185.3 (114.3) | 35 | 161.4 (107.3) | 28 |
| 16 | 185.8 (113.7) | 31 | 160.2 (107.9) | 27 |
| 17 | 185.8 (110.5) | 30 | 153.4 (98.3) | 31 |
| 18 | 175.5 (97) | 31 | 157.7 (100.2) | 26 |
| 19 | 178.4 (99.7) | 32 | 142.5 (93.3) | 26 |
| 20 | 189.5 (96.6) | 29 | 136.7 (90.4) | 24 |
| 21 | 164 (96.5) | 31 | 140.9 (99.9) | 22 |
| 22 | 149.8 (84.6) | 27 | 121.3 (96.4) | 20 |
| 23 | 151 (91.7) | 23 | 172.3 (117.3) | 15 |
| 24 | 144.3 (100.3) | 22 | 175.4 (74.4) | 14 |
| 25 | 153.8 (101.1) | 20 | 166.1 (67.7) | 14 |
| 26 | 169 (110.6) | 21 | 152.9 (82.6) | 14 |
| 27 | 166.7 (100.4) | 18 | 156.9 (82) | 13 |
| 28 | 181.7 (93.8) | 15 | 132.1 (64.6) | 14 |

NE, norepinephrine; AVP, vasopressin.

trial but was determined by clinicians caring for the patients at each center. The type, dose, and route of administration of all corticosteroids were recorded in all patients over the 28-day primary observation period. We defined "use of corticosteroids" for this study as the administration of corticosteroids for at least 1 day during the 28-day observation period. Patients were accordingly classified as cortico-

Copyright (c) Society of Critical Care Medicine and Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008112

steroid treatment or no-corticosteroid treatment.

*Plasma Vasopressin Levels.* Plasma was collected for measurement of vasopressin levels in a convenience sample of patients at six of the participating institutions (n = 107) as previously described (5).

*Statistical Analysis.* The primary outcome measurement was 28-day mortality. Vasopressin treatment-by-steroid interaction was assessed using logistic regression analysis (interaction statistics): P(Death) ~ vasopressin + steroids + vasopressin × steroids.

Survival was also presented as Kaplan-Meier survival curves and all four survival curves (vasopressin or norepinephrine and corticosteroids or not) were compared with the log-rank test statistic.

Secondary outcomes were 1) 90-day mortality, 2) days alive and free from organ dysfunction over the first 28 days, according to the Brussels criteria (16). Secondary outcomes were compared using parametric procedures (independent Student's *t* test), nonparametric procedures (Mann-Whitney *U* test), or the Fisher's exact test, as appropriate. Analysis was conducted using Statistical Analysis Software software (version 9.1.3) (SAS Institute, Cary, NC) and Statistical Package for Social Scientists (version 15.0.1) (SPSS Inc., Chicago, IL).

## RESULTS

In VASST, 589 patients were treated with corticosteroids, 296 with both vasopressin and corticosteroids and 293 with both norepinephrine and corticosteroids (of 779 total patients). Within this subgroup of patients who received corticosteroids, vasopressin and norepinephrine patients were well matched except that the vasopressin-treated patients were somewhat younger (Table 1). A total of 190 patients were not treated with corticosteroids; 101 treated with vasopressin and 89 treated with norepinephrine. Within this subgroup vasopressin and norepinephrine patients were well matched (Table 1). Assignment to corticosteroid treatment was not randomized or blinded but was at the discretion of the treating physician, so the corticosteroid treatment subgroup had increased severity of illness compared with the no-corticosteroid treatment subgroup by many baseline measures (Table 1). Therefore, in the survival analysis we did not compare corticosteroid treatment to no-corticosteroid treatment but, rather, compared vasopressin to norepinephrine within each corticosteroid subgroup and tested for interaction.

There were no differences in the hydrocortisone dose (mg/day) and numbers of patients treated each day between the norepinephrine and vasopressin groups (Table 2). There were some patients on methylprednisolone (e.g., day 1 norepinephrine group n = 17, vasopressin group n = 17), some on dexamethasone (norepinephrine group n = 11, vasopressin group n = 9), some on fludrocortisone (norepinephrine group n = 7, vasopressin group n = 15), and some on prednisone (norepinephrine group n = 6, vasopressin group n = 8). However, there were no differences between the use of these corticosteroids between the norepinephrine and vasopressin groups.





**Figure 1.** Rates of total norepinephrine infusion (open-label and study drug) in patients not receiving steroids in the *top* and in patients receiving steroids in the *bottom*. The vasopressin treated group is shown in black squares and the norepinephrine-treated group in gray circles. Values are median + interquartile range (*IQR*).

Copyright (c) Society of Critical Care Medicine and Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008113

Table 3. Analysis of the rates of death from any cause for patients who had septic shock according to corticosteroid treatment and vasopressin versus norepinephrine infusion

| n | Steroids | | | No Steroids | | |
|---|---|---|---|---|---|---|
| | NE 293 | AVP 295 | p Value[a] | NE 89 | AVP 101 | p Value[b] |
| 28-day mortality (%) | 131 (44.7) | 106 (35.9) | 0.03 | 19 (21.3) | 34 (33.7) | 0.06 |
| | | | | | | 0.008[c] |
| | | | | | | 0.007[d] |
| Days alive and free of organ dysfunction[g] | | | [e] | | | [f] |
| Cardiovascular | 12 (0, 23) | 18.5 (0, 24) | 0.09 | 22 (12, 25) | 19 (0, 24) | 0.07 |
| Vasopressor use | 12 (0, 24) | 19 (0,24) | 0.11 | 22 (12,25, 25) | 20 (0, 24) | 0.08 |
| Respiratory | 2 (0, 14) | 4 (0, 16) | 0.13 | 2 (0, 14) | 2 (0, 16) | 0.77 |
| Ventilation | 3 (0, 18.75) | 8 (0, 20) | 0.03 | 15.5 (0, 24) | 12 (0, 21) | 0.16 |
| Renal | 15 (2, 28) | 21 (4, 28) | 0.07 | 28 (7, 28) | 22 (2, 28) | 0.06 |
| Renal replacement therapy | 18 (4, 28) | 24 (5, 28) | 0.15 | 28 (16.5, 28) | 28 (6, 28) | 0.06 |
| Hepatic | 20 (2, 28) | 24.5 (5, 28) | 0.18 | 28 (11.25, 28) | 25 (4.5, 28) | 0.06 |
| Hematologic | 21 (2, 28) | 23 (3, 28) | 0.16 | 28 (19, 28) | 28 (6, 28) | 0.16 |
| Neurologic | 10.5 (0, 28) | 15 (0.75, 24) | 0.43 | 22 (10.5, 27) | 15 (0, 24) | 0.01 |
| Days alive and free of any organ failure | 0 (0, 3) | 0 (0, 9) | 0.02 | 0 (0, 10.75) | 0 (0, 9) | 0.27 |

NE, norepinephrine; AVP, vasopressin.
[a]Statistical test ($\chi^2$) comparing steroids plus NE vs. steroids plus AVP; [b]statistical test ($\chi^2$) comparing no steroids plus NE vs. no steroids plus AVP; [c]interaction statistic by logistic regression; [d]age-adjusted interaction statistic by logistic regression; [e]statistical test (Mann Whitney $U$ test) comparing steroids plus NE vs. steroids plus vasopressin AVP; [f]statistical test (Mann Whitney $U$ test) comparing no steroids plus NE vs. no steroids plus AVP; [g]DAF, days alive and free calculations. Organ dysfunction for each organ system was defined as being present during each 24-hr period if there was evidence of moderate, severe, or extreme organ dysfunction (Brussels criteria) (16). Increasingly severe organ dysfunction is shown by a low score (i.e. low score shows fewer days alive and free of organ dysfunction). Values are median (interquartile range); $p$ values are based on Mann Whitney $U$ test.

Vasopressin decreased total norepinephrine dose similarly in corticosteroid- and noncorticosteroid-treated patients (Fig. 1).

For the entire VASST cohort, vasopressin was not associated with a reduction in 28-day mortality (35.4%) compared with norepinephrine (39.3%, $p = 0.26$) (5) and organ dysfunction rates did not differ between treatment groups (5).

In patients who received at least 1 day of corticosteroid treatment, vasopressin was associated with lower 28-day mortality (35.9% and 44.7%, respectively, $p = 0.03$) and 90-day mortality (45.2% and 55.5% respectively, $p = 0.01$) compared with norepinephrine (Table 3, Fig. 2). In contrast, if patients were not treated with corticosteroids, vasopressin was associated with a trend to increased mortality compared with norepinephrine (33.7% vs. 21.3%, respectively, $p = 0.06$). The interaction between vasopressin treatment and corticosteroid treatment was highly statistically significant ($p = 0.008$). The logistic regression interaction statistic remained significant after adjustment for age ($p = 0.007$) and after adjustment for age, gender, Acute Physiology and Chronic Health Evaluation II and severity of shock stratum ($p < 0.02$).

In patients who received corticosteroid treatment, the vasopressin group may have had less organ dysfunction as suggested by trends to increased days alive and free from shock ($p = 0.09$), ventilation ($p = 0.03$), renal failure ($p = 0.07$), and any organ failure ($p = 0.02$) (Table 3). In contrast, in patients who were not treated with corticosteroids, the pattern of organ dysfunction in the vasopressin group was directionally opposite for all these organ failures. We note that differences in days alive and free from organ dysfunction are influenced by differences in mortality, and so assessment of organ dysfunction is difficult. Therefore, we determined days free from organ dysfunction in survivors only (Table 4). In patients who received corticosteroid treatment, there was a trend ($p = 0.08$) to more days free from any organ dysfunction in the vasopressin group.

Low-dose vasopressin infusion significantly increased vasopressin levels (Fig. 3). In patients who were treated with vasopressin, corticosteroid treatment significantly increased vasopressin levels by 33% (6 hours) and by 67% (24 hours; $p = 0.006$ and $p = 0.025$, respectively) compared with patients who did not receive corticosteroids (Fig. 3). Plasma vasopressin levels were extremely low, did not change over time, and were not altered by corticosteroids in the norepinephrine group (Fig. 3).

Overall rates of serious adverse events were similar in the two treatment groups in both the corticosteroid treatment and no-corticosteroid treatment patients (Table 5). There was a significantly higher rate of cardiac arrests in norepinephrine patients treated with corticosteroids (2.4% vs. 0.3%, $p = 0.04$).

## DISCUSSION

The primary finding of this retrospective analysis is that low-dose vasopressin infusion plus corticosteroids was associated with lower 28-day mortality compared with norepinephrine plus corticosteroids (35.9% vs. 44.7%, $p = 0.03$) in septic shock. The combination of low-dose vasopressin infusion plus corticosteroids, compared with norepinephrine plus corticosteroids, was also associated with less organ dysfunction as shown by more days alive and free from shock, ventilation, and renal failure. In contrast, if patients were not treated with corticosteroids, vasopressin was associated with a trend to increased mortality compared with norepinephrine (33.7% vs. 21.3% respectively, $p = 0.06$). This result is hypothesis generating.

The difference in response to vasopressin according to corticosteroid treatment was highly significant (interaction statistic $p = 0.008$). Also, in patients who received vasopressin infusion, corticosteroid treatment (compared with

Copyright (c) Society of Critical Care Medicine and Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008114





Figure 2. Kaplan-Meier survival curves for 28 days are shown for all patients according to vasopressin (solid lines) vs. norepinephrine (dashed lines) group and according to whether patients did (*top*) or did not (*bottom*) receive corticosteroids. For patients receiving corticosteroid treatment, survival was greater for vasopressin-treated patients. In contrast, for patients receiving no corticosteroids, survival was less for vasopressin-treated patients. These survival curves differ ($p = 0.002$ by log-rank test).

no-corticosteroid treatment) increased vasopressin levels by 33% (6 hours) and by 67% (24 hours; $p = 0.006$ and 0.025, respectively). Corticosteroids did not increase vasopressin levels in the norepinephrine group. We believe that changes in vasopressin levels in response to corticosteroids may be related to the baseline level of vasopressin; thus, corticosteroids did not increase in vasopressin levels in the norepinephrine group because vasopressin levels were very low.

To our knowledge, this is the first clinical study of the interaction of vasopressin and corticosteroids on mortality and organ dysfunction in human septic shock.

The effect of corticosteroids on mortality of septic shock is controversial (17). Hydrocortisone and fludrocortisone decreased mortality of patients who had septic shock and an impaired response to corticotropin (6). Sprung et al (3) found that hydrocortisone, compared with placebo, did not change mortality of patients who had septic shock and an impaired response to corticotropin (CORTICUS). There were differences between Annane and CORTICUS including mortality (e.g., Annane nonresponders: hydrocortisone 53%, placebo 63%; CORTICUS nonresponders: hydrocortisone 39%, placebo 36%). Our results add new information to the history of uncertainty surrounding the effects of corticosteroid treatment during sepsis. Corticosteroids clearly interact with many signaling pathways relevant during human sepsis.

Low-dose vasopressin decreases the dose of infused norepinephrine (18, 19), increases urine output, and improves renal function (19, 20). VASST found no difference in mortality of septic shock (5). However, low-dose vasopressin infusion was associated with a significant decrease in mortality compared with norepinephrine in less severe septic shock.

Both vasopressin (18–20) and corticosteroids (3, 6) increase responsiveness to endogenous and infused catecholamine vasopressors. Vasopressin decreased dose of norepinephrine compared with norepinephrine in both corticosteroid- and non-corticosteroid-treated patients.

We did not address the mechanism of the potential benefit of the combination of low-dose vasopressin plus corticosteroids compared with norepinephrine plus corticosteroids. One potential mechanism could be increased vasopressin levels induced by corticosteroids (Fig. 3). Other mechanisms include enhanced responsiveness to vasopressin conferred by corticosteroids (8) and more anti-inflammatory effects of the combination of vasopressin and corticosteroids.

Substantial evidence exists for a mechanistic connection between corticosteroid and vasopressin signaling pathways. There are complex interactions of the hypothalamic-pituitary-adrenal axis with the hypothalamic-posterior pituitary-vasopressin axis. The effects of corticosteroids on vasopressin are controversial: corticosteroids increase (7), do not change (9) and even decrease vasopressin

Copyright (c) Society of Critical Care Medicine and Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008115

Table 4. Days free of organ dysfunction (brussels score) in survivors according to corticosteroid treatment and vasopressin vs. norepinephrine infusion

| Days Free of Organ Dysfunction[a] | Steroids | | | Steroids | | |
|---|---|---|---|---|---|---|
| | NE | AVP | p Value[b] | NE | AVP | p Value[c] |
| Cardiovascular | 22 (17, 25) | 23 (19, 25) | 0.54 | 23 (21, 25) | 23 (19, 25) | 0.71 |
| Vasopressor Use | 23 (17, 25) | 23 (19, 25) | 0.62 | 23 (21, 25) | 23 (20, 25) | 0.75 |
| Respiratory | 9 (1, 19) | 12 (3, 20) | 0.19 | 6 (1, 17) | 11.5 (1, 20) | 0.25 |
| Ventilation | 17 (5, 22) | 18 (8, 23) | 0.24 | 19 (12, 24) | 19 (9, 24) | 0.59 |
| Renal | 26.5 (17, 28) | 27 (20, 28) | 0.56 | 28 (25, 28) | 28 (21, 28) | 0.48 |
| Renal replacement | 28 (22, 28) | 28 (23, 28) | 0.92 | 28 (28, 28) | 28 (28, 28) | 0.67 |
| Hepatic | 28 (25, 28) | 28 (23, 28) | 0.5 | 28 (25, 28) | 28 (25, 28) | 0.48 |
| Hematologic | 28 (23, 28) | 28 (23, 28) | 0.93 | 28 (28, 28) | 28 (26, 28) | 0.76 |
| Neurologic | 22 (15, 27) | 22 (15, 26) | 0.41 | 24 (18.5, 27.5) | 21 (13.5, 26) | 0.07 |
| Any organ dysfunction | 1 (0, 13) | 4 (0, 15) | 0.08 | 2 (0, 14) | 2 (0, 15) | 0.9 |

NE, norepinephrine; AVP, vasopressin.
[a]DAF, Days free calculations in survivors only. Organ dysfunction for each organ system was defined as being present during each 24-hr period if there was evidence of moderate, severe, or extreme organ dysfunction (Brussels criteria)16; [b]statistical test (Mann Whitney $U$ test) comparing steroids plus NE vs. steroids plus AVP; [c]statistical test (Mann Whitney U test) comparing no steroids plus NE vs. no steroids plus AVP.



Figure 3. Plasma concentrations of vasopressin were measured by radioimmunoassay in a convenience sample of patients in VASST. Figure 3 shows vasopressin-treated patients who were treated with corticosteroids (*black squares*) or who were not treated with corticosteroids (*open squares*). There were no differences between corticosteroid and noncorticosteroid-treated patients at baseline. However, patients who were treated with vasopressin and corticosteroids had significantly higher plasma vasopressin concentrations at 6 hours ($p = 0.006$) and 24 hours (0.025) of study drug (vasopressin) infusion compared with patients treated with vasopressin who were not treated with corticosteroids. Figure 3 also shows norepinephrine-treated patients who were treated with corticosteroids (*black circles*) or who were not treated with corticosteroids (*open circles*). Plasma vasopressin concentrations were low, did not change during norepinephrine infusion, and there were no differences at baseline, at 6 hours or at 24 hours of study drug (norepinephrine) infusion among norepinephrine-treated patients who were or were not treated with corticosteroids.

(10, 11). Corticosteroids increase vasopressin messenger RNA (7) consistent with our finding that corticosteroids increased vasopressin levels (Fig. 3). Methylprednisolone reverses hypo-responsiveness to vasopressin in endotoxemia (8), which could explain increased responsiveness to vasopressin in patients who are also receiving corticosteroids. In contrast, Lauand et al (9) found that dexamethasone did not change vasopressin secretion. Kim et al (11) and Kuwahara et al (10) suggested that corticosteroids suppress vasopressin gene expression.

There is a more consistent understanding of the effects of vasopressin on the corticosteroid axis. Vasopressin potentiates the stimulatory effects of corticotrophin releasing factor because vasopressin binds to the V1b (V3) receptor of pituitary corticotrophs (12–14). Vasopressin-induced increase of adrenocorticotropic hormone is resistant to glucocorticoid feedback because the V1b receptor is not regulated by glucocorticoid levels (12). Overexpression of the V1b receptor increases serum corticosterone (21). One study found that vasopressin infusion did not change ACTH or cortisol levels in septic shock (22).

Strengths of our study include sample size, statistical power, blinded randomization (vasopressin vs. norepinephrine), multicenter design, and strict protocol. Weaknesses are the *post hoc* hypothesis and use of corticosteroids was not randomized, blinded, or controlled. Thus, this study is hypothesis generating—a *post hoc* hypothesis. The results of our study could be different if we used a higher dose of vasopressin (such as 0.066 U/min) (23), and this is a compelling hypothesis for a new study.

## CONCLUSIONS

In conclusion, the combination of low-dose vasopressin and corticosteroids—compared with norepinephrine plus corticosteroids—was associated with a lower mortality in patients who had septic shock. In patients who were treated with vasopressin, patients who were also treated with corticosteroids had higher plasma vasopressin levels during the vasopressin infusion than patients who did not receive corticosteroids. We suggest that a new trial of vasopressin

Copyright (c) Society of Critical Care Medicine and Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008116

Table 5. Serious adverse events in patients who had septic shock according to corticosteroid treatment and vasopressin vs. norepinephrine

| Variable | Steroid | | | No Steroid | | |
|---|---|---|---|---|---|---|
| | Norepinephrine Group, n (%) | Vasopressin Group, n (%) | p Value[a] | Norepinephrine Group, n (%) | Vasopressin Group, n (%) | p Value[a] |
| At least one serious adverse event | 30 (10.2) | 33 (11.1) | 0.79 | 10 (11.2) | 8 (11.2) | 0.47 |
| Acute myocardial infarction/ischemia | 5 (1.7) | 8 (2.7) | 0.58 | 2 (2.2) | 0 (0.0) | 0.22 |
| Cardiac arrest | 7 (2.4) | 1 (0.3) | 0.04 | 1 (1.1) | 2 (2.0) | 1.00 |
| Life-threatening arrhythmia | 3 (1.0) | 5 (1.7) | 0.73 | 3 (3.4) | 2 (2.0) | 0.66 |
| Acute mesenteric ischemia | 10 (3.4) | 8 (2.7) | 0.64 | 3 (3.4) | 1 (1.0) | 0.34 |
| Hyponatremia (serum Na <130 mM) | 1 (0.3) | 0 (0.0) | 0.50 | 0 (0.0) | 1 (1.0) | 1.00 |
| Digital ischemia | 2 (0.7) | 8 (2.7) | 0.11 | 0 (0.0) | 0 (0.0) | – |
| Cerebro-vascular accident | 1 (0.3) | 0 (0.0) | 0.50 | 0 (0.0) | 1 (1.0) | 1.00 |
| Other* | 1 (0.3) | 3 (1.0) | 0.62 | 1 (1.1) | 2 (2.0) | 1.00 |

[a]Two-sided p values are based on Fisher's Exact test.

(vs. control) and corticosteroids (vs. placebo) in a factorial design is warranted.

## REFERENCES

1. Vincent JL, Sakr Y, Sprung CL, et al: Sepsis in European intensive care units: Results of the SOAP study. Crit Care Med 2006; 34: 344–353
2. Friedman G, Silva E, Vincent JL: Has the mortality of septic shock changed with time. Crit Care Med 1998; 26:2078–2086
3. Sprung CL, Annane D, Keh D, et al: Hydrocortisone therapy for patients with septic shock. N Engl J Med 2008; 358:111–124
4. Russell JA: Vasopressin in septic shock. Crit Care Med 2007; 35:S609–S615
5. Russell JA, Walley KR, Singer J, et al: Vasopressin versus norepinephrine infusion in patients with septic shock. New Engl J Med 2008; 358:877–887
6. Annane D, Sebille V, Charpentier C, et al: Effect of treatment with low doses of hydrocortisone and fludrocortisone on mortality in patients with septic shock. JAMA 2002; 288: 862–871
7. Pietranera L, Saravia F, Roig P, et al: Mineralocorticoid treatment upregulates the hypothalamic vasopressinergic system of spontaneously hypertensive rats. Neuroendocrinology 2004; 80:100–110
8. Ertmer C, Bone HG, Morelli A, et al: Methylprednisolone reverses vasopressin hyporesponsiveness in ovine endotoxemia. Shock 2007; 27:281–288
9. Lauand F, Ruginsk SG, Rodrigues HL, et al: Glucocorticoid modulation of atrial natriuretic peptide, oxytocin, vasopressin and Fos expression in response to osmotic, angiotensinergic and cholinergic stimulation. Neuroscience 2007; 147:247–257
10. Kuwahara S, Arima H, Banno R, et al: Regulation of vasopressin gene expression by cAMP and glucocorticoids in parvocellular neurons of the paraventricular nucleus in rat hypothalamic organotypic cultures. J Neurosci 2003; 23:10231–10237
11. Kim JK, Summer SN, Wood WM, et al: Role of glucocorticoid hormones in arginine vasopressin gene regulation. Biochem Biophys Res Commun 2001; 289:1252–1256
12. Aguilera G, Rabadan-Diehl C: Vasopressinergic regulation of the hypothalamic-pituitary-adrenal axis: Implications for stress adaptation. Regul Pept 2000; 96:23–29
13. Tanoue A, Ito S, Honda K, et al: The vasopressin V1b receptor critically regulates hypothalamic-pituitary-adrenal axis activity under both stress and resting conditions. J Clin Invest 2004; 113:302–309
14. Rabadan-Diehl C, Aguilera G: Glucocorticoids increase vasopressin V1b receptor coupling to phospholipase C. Endocrinology 1998; 139:3220–3226
15. American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference: Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. Crit Care Med 1992; 20:864–874
16. Bernard GR, Wheeler AP, Arons MM, et al: A trial of antioxidants N-acetylcysteine and procysteine in ARDS. The Antioxidant in ARDS Study Group. Chest 1997; 112:164–172
17. Russell JA: Management of sepsis. N Engl J Med 2006; 355:1699–1713
18. Landry DW, Levin HR, Gallant EM, et al: Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 1997; 25:1279–1282
19. Patel BM, Chittock DR, Russell JA, et al: Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 2002; 96:576–582
20. Holmes CL, Walley KR, Chittock DR, et al: The effects of vasopressin on hemodynamics and renal function in severe septic shock: A case series. Intensive Care Med 2001; 27: 1416–1421
21. Rene P, Grino M, Viollet C, et al: Overexpression of the V3 vasopressin receptor in transgenic mice corticotropes leads to increased basal corticosterone. J Neuroendocrinol 2002; 14:737–744
22. Dunser MW, Hasibeder WR, Wenzel V, et al: Endocrinologic response to vasopressin infusion in advanced vasodilatory shock. Crit Care Med 2004; 32:1266–1271
23. Luckner G, Mayr VD, Jochberger S, et al: Comparison of two dose regimens of arginine vasopressin in advanced vasodilatory shock. Crit Care Med 2007; 35:2280–2285

## APPENDIX

In addition to the authors, the following persons and institutions participated in the VASST trial: Writing Committee: J.A. Russell (chair), K.R. Walley, A.C. Gordon, C. Holmes, J.T. Granton, P.C. Hebert, D.J. Cooper, S. Mehta, J. Singer, D.J. Cook, J.J. Presnell, M.M. Storms; Executive Committee — J.A. Russell (chair), K.R. Walley, C.L. Holmes Boulton, J.T. Granton, P.C. Hebert, D.J. Cooper, S. Mehta, J. Singer, A.C. Gordon, M.M. Storms (project coordinator), S. Jones (administrative assistant); Management Committee — J.A. Russell (chair), M.M. Storms (project coordinator), K.R. Walley, C.L. Holmes, J. Singer, A.C. Gordon, S. Jones (administrative assistant); DSMB — G.R. Bernard (chair), A.S. Slutsky, G.A Wells; CIHR — A. Gasparini; Data Management — J. Singer, B. Savage, D. Ayers, R. Woods, K. Wu, M. Maralit; Monitoring — L. Smith, K. Foley, A. Suri, M. Steinberg, B. Howe, P. Galt, A. Higgins, M.M. Storms; Laboratory — M.E. LeBlanc, A.M. Sutherland, A. Sham, A. McLeod.

## Clinical Centers and VASST Investigators

Canada. British Columbia; St. Paul's Hospital - J.A. Russell, K.R. Walley, D.R. Dorscheid, M. Hameed, L. Lazosky, S. Helderweirt, K. Foley, C. Honeyman, T. Terins; Vancouver General Hospital - D. Chittock, J. Ronco, L. Smith, S. Logie;

Copyright (c) Society of Critical Care Medicine and Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008117

*Royal Jubilee Hospital* - G. Wood, F. Auld; *Kelowna General Hospital* - C. Holmes, V. Stedham, M. Mantle, L. Fox, G.D. McCauley, J.D. Rolf, C. Erbacher; *Richmond General Hospital* - G. Martinka, S. Goulding, S. Silverwood, L. Leung; *Royal Columbian Hospital* - S. Keenan, J. Murray, M. Van Osch. Manitoba; *St. Boniface Hospital* - B. Light, M. Dominique; *Winnipeg Health Science Centre* - P. Gray, R. Stimpson, S. Rosser, D. Bell, W. Janz. Ontario; *Ottawa Hospital, General Campus* - P.C. Hebert, T. McArdle, I. Watpool; *UHN - Toronto General & Toronto Western Hospitals-* J.T. Granton, M. Steinberg, A. Matte-Martyn; *St. Joseph's Hospital* - D.J Cook, E. McDonald, F. Clarke, A. Tkaczyk, N. Zytaruk; *Mount Sinai Hospital* - S. Mehta, T. Stewart, A. Suri, C. Martinez-Motta, R. MacDonald, V. Sivanantham; *Ottawa Hospital, Civic Campus* - R. Hodder, J. Foxall, M. Lewis; *St. Michael's Hospital* - M.Ward, C. Dos Santos, J. Friedrich, D. Scales, O. Smith, I. DeCampos, A. Richards, H. Michalopoulos, U. Bakshi; *Sunnybrook and Women's College Health Science Centre* - W. Sibbald (deceased), T. Smith, K. Code, B. Bojilov, C. Dale, M. Keogh; *Hamilton Health Sciences Centre* - M. Meade, L. Hand; *London Health Sciences Centre* - C. Martin, J. Kehoe, V. Binns; *Sudbury Regional Hospital* - M. Mehta, M. McGuire; *Charles LeMoyne Hospital* - G. Poirier, L. Provost; *Windsor - Hotel Dieu Hospital* - J. Muscedere, C. Diemer. Australia. Victoria; *Alfred Hospital* - D.J. Cooper, V. Pellegrino, A. Hilton, S. Morrison, C. Weatherburn, K. Molden, C. Harry; *Royal Melbourne* - J.J. Presneill, M. S Robertson, J. F. Cade, B. D. Howe, D. K. Barge, C. A. Boyce, F. Healy; *Monash Medical Center* - C. Wright, D. Weyandt, J. Barrett, C. Walker, P. Galt, S. Burton. Western Australia; *Royal Perth Hospital* - G. Dobb, S. Perryman, J. Chamberlain, L. Thomas. South Australia; Flinders Medical Centre, A. Bersten, L. Daly, T. Hunt, D. Wood. USA. *Mayo Hospital* - B. Patel, J. Larson, M. Rady, G. LeBrun, E. Boyd, R. Rush.

Copyright (c) Society of Critical Care Medicine and Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008118

# Vasopressin in vasodilatory and septic shock

James A. Russell

**Purpose of review**

The aim of this article is to review mechanisms of action of vasopressin and clinical studies of vasopressin in septic shock.

**Recent findings**

Arginine vasopressin is an important stress hormone that has both vasoactive and antidiuretic properties. The vasoactive properties of vasopressin have been more applicable clinically because of the discovery by Landry and colleagues that there is a deficiency of vasopressin in septic shock and that vasopressin infusion increased blood pressure and urine output, and decreased the dose requirement of norepinephrine. There are at least 16 clinical studies of infusion of vasopressin in patients who have septic shock. The majority of studies found that vasopressin infusion increased blood pressure and urine output, and decreased the dose requirement of norepinephrine. Several studies showed that vasopressin infusion increased urine output. Both vasopressin and norepinephrine have important adverse effects including decreased cardiac output, decreased heart rate, arrhythmias, myocardial ischemia, mesenteric ischemia, and digital ischemia.

**Summary**

It is still unclear whether there is net benefit from low dose vasopressin infusion in patients who have septic shock. There may be certain patients who benefit but there are few studies of a prolonged vasopressin infusion to determine which patients benefit.

**Keywords**

norepinephrine, septic shock, vasopressin, vasopressin receptors, vasopressinase

Curr Opin Crit Care 13:383–391. © 2007 Lippincott Williams & Wilkins.

Division of Critical Care Medicine, University Of British Columbia, Vancouver, British Columbia, Canada

Correspondence to Dr James A. Russell, MD, St. Paul's Hospital and University Of British Columbia, 1081 Burrard Street, Vancouver, British Columbia, Canada Tel: +1 604 806 8272; e-mail: jrussell@mrl.ubc.ca

**Current Opinion in Critical Care** 2007, 13:383–391

**Abbreviations**

| AVP | arginine vasopressin |
| DDAVP | 1-deamino-8-D-arginine vasopressin |
| LPS | lipopolysaccharide |

© 2007 Lippincott Williams & Wilkins
1070-5295

## Introduction

Arginine vasopressin (AVP) is an important stress hormone that has both vasoactive and antidiuretic properties. The vasoactive properties of vasopressin have been recently applicable clinically because of the discovery by Landry and colleagues that there is a deficiency of vasopressin in septic shock and that infusion of relatively low doses of vasopressin improves responsiveness to infused catecholamines (such as norepinephrine) and increases blood pressure and urine output [1,2]. Vasopressin and norepinephrine have adverse effects such as arrhythmias, decreased cardiac output, and mesenteric ischemia. Vasopressin basic science [3••] and clinical care have been reviewed recently elsewhere [4,5•,6•,7]. Other aspects of the management of sepsis and septic shock have been reviewed recently [8•].

## Normal physiology of vasopressin

AVP is synthesized as a pro-hormone (preprovasopressin) in the hypothalamus and then transported down the pituitary stalk and is stored in the posterior pituitary gland. Preprovasopressin is degraded to pro-vasopressin, neurophysin and copeptin, the inactive peptide separated from vasopressin, which is further degraded to vasopressin. Vasopressin is a nonapeptide. There is tonic release of vasopressin such that steady state normal plasma levels of vasopressin are about 5–10 pmol/l.

AVP is active by localizing and binding to a family of receptors distributed widely throughout the circulation (Table 1). AVP binds to vasopressin-specific membrane-bound V1 receptors (also known as AVPR1A) on vascular smooth muscle (Fig. 1), vasopressin V2 receptors on the distal convoluted tubule and collecting ducts in the kidney, as well as V3 receptors in the pituitary gland that modify adrenocorticotropin hormone synthesis and release.

Binding of vasopressin to the AVPR1A receptor leads to vasoconstriction because of contraction of vascular smooth muscle. Vasopressin binds to $V_1$ receptors (Fig. 1). AVPR1A is of greatest density on vascular smooth muscle. Binding to AVPR1A stimulates phospholipase C. As a result, at least two second messengers are activated: inositol trisphosphate ($IP_3$) and diacylglycerol (DAG) through the $G_{q/11}$ pathway. Protein kinase C is thereby activated and increases intracellular free calcium leading ultimately to vascular smooth muscle contraction.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008119

**Table 1 Effects of vasopressin on specific receptors**

| Receptor | Tissue | Principal effects | Intracellular signaling mechanisms |
|---|---|---|---|
| AVPR1A | Vascular smooth muscle | Vasoconstriction | Phospho-inositide pathway |
| | Kidney | ● Direct | (Activate Phospholipase C) |
| | (bladder, adipocytes, platelets, spleen, testis) | ● Indirect | ↑ intracellular $Ca^{++}$ |
| V2R | Renal collecting duct | ↑ permeability to water | ↑ cAMP |
| V2(renal) | Endothelium | Vasodilation | NO-mediated |
| V3R | Pituitary | Neurotransmitter | ↑ cAMP |
| V3(pituitary) | | ACTH release | |
| OTR | Uterus, mammary gland | Vasoconstriction | Phospholipase C |
| OT(oxytocin) | Endothelium | Vasodilation | NO-mediated |

Previously published and adapted. Receptor physiology accounts for the differential effects of vasopressin on various tissues and microcirculations. The actions of vasopressin are mediated by stimulation of tissue-specific G protein-coupled receptors (GPCRs) currently classified into $V_1$ vascular ($V_1R$), $V_2$ renal ($V_2R$), $V_3$ pituitary ($V_3R$) and oxytocin (OTR) subtypes. Adapted with permission from C.L. Holmes and J.A. Russell, *Seminars in Respiratory and Critical Care Medicine*; Thieme, 2004.

$K_{ATP}$ channel activation is central to the vasodilation of septic shock. Vasopressin also increases vascular tone in vasodilatory shock by closing $K_{ATP}$ channels [9]. Closure of $K_{ATP}$ channels (e.g. sulfonylureas) raises blood pressure and shock caused by hypoxia [10], in septic shock [10] and in late vasodilated hemorrhagic shock.

Vasopressin also alters the nitric oxide cascade. Increased nitric oxide because of increased inducible nitric oxide synthase is a key aspect of the vasodilation of septic shock [8•,11]. Nitric oxide-induced vasodilation is mediated mainly by myosin light-chain phosophatase activation. Nitric oxide also activates potassium channels in the vascular smooth muscle. Agents which block nitric oxide synthesis during septic shock increase arterial pressure and decrease the dose requirements of norepinephrine [12,13]. Vasopressin could restore vascular tone in septic shock by ameliorating increased cGMP and by decreasing inducible nitric oxide synthase.

There is a potentially important interaction of the adrenal and vasopressin axes. For example, methylprednisolone has recently been reported to reverse the hyporesponsiveness to vasopressin in ovine endotoxemia [14•].

The half-life of vasopressin is approximately 5 min and that is why vasopressin is given as a continuous infusion for management of septic shock. Vasopressin is metabolized by a potent peptidase, vasopressinase (also known as LNPEP).

In normal health when blood pressure is normal, vasopressin plays a minimal role in maintenance of blood pressure. When blood pressure decreases, however, vasopressin is rapidly released from the posterior pituitary, binds to AVPR1A and induces vasoconstriction to restore blood pressure. If on the other hand, vasopressin levels are not increased then there is less vasoconstriction and continued hypotension.

Vasopressin interacts with other hormones such as prolactin [15] and coagulation-related proteins such as ADAMTS13. Vasopressin infusion in patients who have septic shock increases serum prolactin concentrations [16]. Dunser and colleagues [16] found that baseline plasma concentrations of vasopressin and prolactin did not differ between patients given vasopressin and norepinephrine (AVP/NE) and compared with patients who were on norepinephrine alone. The infusion of AVP/NE, however, significantly increased AVP and prolactin plasma concentrations over 48 h of infusion. Vasopressin stimulation of AVPR1A receptors increases prolactin secretion from the anterior pituitary gland. Prolactin regulates the immune response because it improves natural killer cell macrophage and lymphocyte function and also activates interferon and interleukin 1 transcription factors [17,18]. Protective effects of prolactin have been described in human sepsis and septic shock [19]. Females have lower mortality rates from sepsis and septic shock, which could be due in part to higher prolactin levels [20,21]. One hypothesis is that vasopressin infusion increases prolactin levels in septic shock and this could improve immune status.

## Vasopressin and vasopressin receptor levels in septic and vasodilatory shock

An increasing number of studies have consistently found that patients who have septic shock who are studied in the ICU setting have very low plasma levels of vasopressin ranging from means of 1.3 to 7.3 pg/ml [1,2,22–24]. It is important to emphasize, however, that there is a biphasic response of vasopressin in hemorrhagic and in septic shock. First, there is a surge of increased release of stored vasopressin from the posterior pituitary so that vasopressin levels are dramatically increased at the onset of shock. Vasopressin levels subsequently decline within hours, however, in patients who have septic shock, for reasons that remain unclear [1,2]. Initially, the pituitary stores of vasopressin are rapidly depleted. Furthermore, nitric oxide (which is increased in septic shock) proinflammatory cytokines such as TNFα inhibit synthesis of vasopressin. More specifically, Carnio and colleagues [25] observed that inducible nitric oxide synthase knockout mice (i.e. bred genetically deficient for nitric oxide)

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**Figure 1 Vasopressin docking and transmembrane topology of the human V₁ receptor**



V₁ receptors are found in high density on vascular smooth muscle and cause vasoconstriction by an increase in intracellular calcium via the phosphatidyl-inositol-bisphosphonate cascade. Functionally, the V₁R activates G proteins of the G$_{q/11}$ family. A model of arginine vasopressin (AVP) bound to the human V₁vascular receptor is depicted. Vasopressin is shown in ball-and-stick representation and the receptor is shown in ribbons. The intracellular loops of the receptor are labeled il1, il2, and il3 and the extracellular loops are labeled el1, el2, and el3. The transmembrane segments are labeled H1-H7. Reproduced with permission from M. Thibonnier, P. Coles, A. Thibonnier, M. Shoham, *Molecular pharmacology and modeling of vasopressin receptors*, *Progress in Brain Research*; Elsevier, 2002.

**Table 2 Vasopressin and norepinephrine levels in patients in emergency with sepsis, severe sepsis and septic shock**

|  | Sepsis | Severe Sepsis | Septic Shock |
|---|---|---|---|
| AVP (pg/ml) | 10.6 | 21.8 | 3.6 |
| Norepinephrine (NE) | 1720 | 3600 | 3650 |
| AVP/NE | 1/175 | 1/175 | 1/1000 |

AVP, arginine vasopressin. Data from Lin *et al.* [27].

There are fewer studies of vasopressin levels in earlier stages, such as in the emergency department. Lin and colleagues [27] measured both vasopressin and norepinephrine levels in patients in the emergency department setting who had sepsis, severe sepsis and septic shock (Table 2). Interestingly, vasopressin levels were higher in severe sepsis than sepsis, consistent with increased pituitary secretion of vasopressin in more severe illness. Vasopressin levels, however, were much lower in septic shock than in either sepsis or severe sepsis suggesting that mechanisms that decrease vasopressin levels were most active in established septic shock. In contrast, norepinephrine levels were higher in severe sepsis than in sepsis, but similar in severe sepsis and septic shock. The ratio of vasopressin to norepinephrine levels could be considered a rough reflection of adequacy of vasopressin homeostasis relative to adrenocorticoid homeostasis. I calculated group mean vasopressin/norepinephrine ratios for sepsis, severe sepsis and septic shock from the study of Lin and colleagues [27] (because individual patient data are not available in the published manuscript). The vasopressin/norepinephrine level ratios of sepsis and severe sepsis are similar (1/175) while the ratio in septic shock is much lower 1/1000. Thus, it would appear that even in early septic shock (i.e. emergency department) there is a relative deficiency of vasopressin relative to norepinephrine.

Very recently Muller and colleagues [28] reported on the clinical utility of measuring copeptin (because it is more stable and easier to measure than vasopressin and correlates well with vasopressin levels) in pneumonia. Patients who had pneumonia had higher than normal levels of copeptin; increasing levels of copeptin were associated with increasing severity of pneumonia. Jochberger and colleagues [29*,30,31] also found that copeptin and vasopressin levels correlated well in critical care and septic shock.

Sepsis changes vasopressin receptor density and activity, which also contributes to the deranged vasopressin axis in septic shock. Cytokines including TNFα, IL-1β, and IFN-γ downregulate AVP expression in lung, liver, kidney and heart. In another animal study, continuous infusion of endotoxin decreased AVPR1 density and activity by 43% [32]. In contrast, more recent studies suggest that sepsis may actually increase AVPR1A density and function.

have an enhanced release of vasopressin in response to lipopolysaccharide (LPS), a commonly used model of septic shock. Dunser and colleagues [26] studied serum nitrite/nitrate concentrations in patients who received an AVP infusion. This suggests that when the nitric oxide axis is normal, the increased nitric oxide of septic shock partially inhibits the release of vasopressin such that vasopressin levels are not as high as in inducible nitric oxide synthase knockout mice. Another mechanism for the decreased vasopressin levels of septic shock could be that high levels of norepinephrine inhibit central vasopressinergic neurons.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

## Cohort studies and randomized controlled trials of vasopressin in septic and vasodilatory shock

Landry and colleagues [1] first showed that infusion of low dose vasopressin in patients who have septic shock that is not responsive to catecholamines such as norepinephrine restored blood pressure, allowed rapid decrease of infused dose of norepinephrine, and increased urine output (Table 3) [1,2]. My colleagues and I confirmed and extended these findings in two studies. First, we evaluated a cohort of patients who were treated with vasopressin infusion because of refractory septic shock [33]. We found that vasopressin infusion was associated with increased blood pressure, decreased need for infused norepinephrine, and increased urine output, with no decrease in cardiac index [33]. The second study was a randomized controlled trial of vasopressin versus norepinephrine designed to determine proof of principle. Patel and colleagues [22] studied patients who had at least 5 μg/min of norepinephrine for management of septic shock. After baseline measurements of plasma vasopressin levels, cardiovascular (hemodynamics,) renal (urine output, creatinine and free water clearance), and gastrointestinal (gastric tonometric determination of gastric-arterial $CO_2$ gap) function, patients were randomized to a blinded study drug infusion of vasopressin (starting at 0.01 units/min and increased over 30 min to 0.04 units/min) or norepinephrine (starting at 5 μg/min and increased to 15 μg/min over 30 min). After 4 h of study drug infusion, vasopressin significantly decreased infused dose of norepinephrine (from about 27 μg/min to about 5 μg/min) (Fig. 2), increased urine output (from about 30 ml/h to about 70 ml/h) (Fig. 3), and increased creatinine clearance (from about 12 ml/min to about 25 ml/min) (Fig. 4) [22]. Baseline vasopressin concentration in the blood was no different between the two groups and was very low ($1.3 \pm 0.9$ pg/ml) for the degree of hypotension of these patients. Vasopressin infusion significantly increased blood vasopressin concentration to $17.1 \pm 3.9$ pg/ml ($P < 0.001$), while norepinephrine did not alter vasopressin concentration ($0.7 \pm 0.5$ pg/ml). In distinct contrast, infusion of norepinephrine study drug did not change total norepinephrine dose, urine output, creatinine clearance, or vasopressin levels [22].

Dunser and colleagues [34,35] reported a randomized controlled trial of vasopressin versus vasopressin plus norepinephrine in 48 patients and also found that vasopressin infusion increased vasopressin levels and decreased need for infused norepinephrine. Vasopressin also increased blood pressure, cardiac index, and stroke volume index and lowered the incidence of new onset tachyarrhythmias compared with norepinephrine; however, vasopressin increased bilirubin. Other small clinical studies have confirmed that infusion of vasopressin decreases need for dose of infused norepinephrine and increases blood pressure [36–39].

There are at least 16 clinical studies of infusion of vasopressin in patients who have septic shock

**Table 3 Clinical studies of vasopressin infusion in septic, vasodilatory, and cardiogenic shock**

| Study | Year | Study type | n | Disease studied | Vasopressin infusion dose | Effects |
|-------|------|-----------|---|-----------------|---------------------------|---------|
| Landry [1] | 1997 | Case series | 5 | Septic shock | 0.03−0.05 U/min | A, B, C |
| Landry [2] | 1997 | Matched cohort | 19 | Septic shock | 0.01−0.04 U/min | A, B, D in septic group |
| | | | 12 | Cardiogenic shock | | |
| Argenziano [40] | 1997 | RCT Placebo: NS | 10 | Vasodilatory shock Post LVAD implant | 0.1 U/min | A, B in treatment arm D in all |
| Argenziano [41] | 1998 | Retrospective Case series | 40 | Postbypass Vasodilatory shock | 0.1 U/min | A, B, D |
| Malay [45] | 1999 | RCT Placebo: NS | 10 | Septic shock, trauma | 0.04 U/min | A, B in treatment arm |
| Chen [43] | 1999 | Case series | 10 | Organ donors with vasodilatory shock | 0.04−0.1 U/min | A, D |
| Argenziano [42] | 1999 | Case series | 20 | Vasodilatory shock Postcardiac transplant | 0.1 U/min | A, B |
| Rosenzweig [44] | 1999 | Case series | 11 | Pediatric, vasodilatory Shock post bypass | 0.0003−0.002 U/kg/min | A, B, D |
| Morales [39] | 2000 | Retrospective Case series | 50 | Vasodilatory shock Post LVAD implantation | $0.09 \pm 0.05$ U/min | A, B |
| Gold [36] | 2000 | Case series | 7 | Milrinone-hypotension | 0.03−0.07 U/min | A, B, C |
| Gold [37] | 2000 | | | Milrinone-hypotension | | |
| Holmes [33] | 2001 | Retrospective | 50 | Septic shock | 0.01−0.6 U/min | A, B, C |
| Dünser [34] | 2001 | Retrospective | 35 | Septic shock | 0.06−0.1 U/min | A, B |
| | | | 25 | Postcardiotomy shock | | A, B |
| Dünser [46] | 2002 | Retrospective | 41 | Postcardiotomy shock | 0.06−0.1 U/min | A, B |
| Dunser [35] | 2003 | RCT | 48 | Vasodilatory shock | 0.06 U/min | A, B |
| Patel [22] | 2002 | RCT | 24 | Septic shock | 0.01−0.08 U/min | B, C in treatment arm |

A, increase in blood pressure; B, decrease or discontinuation of catecholamines; C, increase in urine output; D, inappropriately low plasma vasopressin levels in subjects; LVAD, left ventricular assist device; RCT, randomized controlled trial. Adapted from C. Holmes and J.A. Russell. Vasopressin. *Seminars in Respiratory and Critical Care Medicine;* Published by Thieme; 2004.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**Figure 2 Mean norepinephrine infusion rate of all patients at the prestudy baseline and after 4 h of study drug infusion for both the norepinephrine and vasopressin groups**

Titrating on the blinded control drug (norepinephrine) allowed an expected decrease in the unblinded clinical norepinephrine infusion so that the total (blinded plus unblinded) norepinephrine infusion did not change significantly. In contrast, vasopressin infusion had a marked sparing effect on norepinephrine use ($^*P < 0.001$). Reproduced with permission [22].



[1,2,22,33–37,39–46]. Most of these studies do not have a concurrent control group, most have a sample size less than 50, and most have studied the effects of vasopressin over several hours on key organ function (such as hemo-dynamics and renal function). Studies that measured plasma vasopressin levels found them dramatically decreased in patients who had shock requiring norepi-nephrine infusion [1,22,40,41,43,44,47].

The majority of studies found that vasopressin infusion increased blood pressure in a variety of vasodilatory shock states including septic shock [1,2,33–37,39–46]. Most studies find that low dose infusion of vasopressin decreases the dose requirement of norepinephrine [1,2,22,33–37,39–42,44–46], some showing a decrease

of norepinephrine dose of about 80% in several hours [1,2,22]. Some but not all studies find a decrease in cardiac output associated with vasopressin infusion.

Several studies showed that vasopressin infusion increased urine output in septic and vasodilatory shock [2,22,33,37]. Patel and colleagues [22] and Lauzier and colleagues [48*] also found that vasopressin infusion significantly increased creatinine clearance compared with norepinephrine infusion. Lauzier and colleagues [48*] studied the use of vasopressin in early hyperdy-namic septic shock (within 12 h) and also found that vasopressin decreased dose requirement for norepi-nephrine and improved organ dysfunction (as measured by SOFA score) compared with norepinephrine.

**Figure 3 Mean urine output per hour for all patients in the 4 h before study and in the 4 h during study drug infusion**

Not surprisingly, urine output in the norepinephrine group did not change because prestudy norepinephrine was replaced with almost the same dose of blinded norepinephrine infusion during the 4-h study. In contrast, urine output during a vasopressin infusion, which resulted in an equivalent hemodynamic state, more than doubled urine output ($^*P < 0.001$). Reproduced with permission [22].



Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**Figure 4 Median creatinine clearance for all patients during 4 h before the study and during the 4-h study drug infusion**



Creatinine clearance did not change in the norepinephrine group but increased significantly during vasopressin infusion (*P < 0.01) [22].

Both vasopressin and norepinephrine [49,50] have important adverse effects when used to treat septic shock (Table 4). After the initial enthusiasm about the use of vasopressin in septic shock, there has been a growing literature reporting adverse effects in animal model and human studies of vasopressin infusion. Both vasopressin and norepinephrine infusion have been associated with decreased cardiac output, decreased heart rate, arrhythmias, myocardial ischemia, mesenteric ischemia, and digital ischemia.

The adverse effects of norepinephrine infusion are dose-related and are secondary to stimulation of alpha and beta adrenergic receptors [51]. Alpha adrenergic stimulation leads to excessive vasoconstriction which can cause tissue ischemia despite an apparently beneficial increase in global blood pressure. Excessive beta adrenergic stimulation can cause tachyarrhythmias, can increase myocardial oxygen demand, and later glucose metabolism.

The adverse effects of vasopressin are also dose-related and are secondary to excessive AVPR1A, V2 and V3 stimulation. Animal model and human studies of sepsis have shown a constellation of mesenteric ischemic effects. Malay and colleagues [38] infused LPS into dogs as a model of septic shock and found that a moderate dose of AVP infusion was associated with mesenteric ischemia. In a LPS infusion model in rats, vasopressin caused mesenteric ischemia yet protected gut permeability (Levy). Vasopressin infusion increased the gastric-arterial $P_{CO_2}$ gap – a measure of mesenteric ischemia – in a LPS infusion model in pigs [52]. Two studies [53,54] of vasopressin in human septic shock found that vasopressin increased the gastric-arterial $P_{CO_2}$ gap, suggesting that vasopressin may have caused mesenteric ischemia. In contrast, we did not find that vasopressin increased the gastric-arterial $P_{CO_2}$ gap [22] perhaps because we used lower doses of vasopressin infusion than Klinzing and colleagues [53].

Vasopressin has also been associated with decreased cardiac index in some but not all studies [22,33]. Vasopressin has also been associated with peripheral ischemic skin lesions in up to one third of patients who receive vasopressin infusion [55].

An increase in blood pressure may not always be beneficial in septic shock. A large randomized controlled trial of an inducible nitric oxide synthase inhibitor showed that the active inducible nitric oxide synthase inhibitor significantly increased blood pressure but also significantly increased mortality [12,13]. This indicates that surrogate markers such as an increase in blood pressure may not accurately predict the effects of a compound on mortality. This is another reason for

**Table 4 Adverse effects of vasopressin infusion**

| Type of adverse effect | Adverse effects | Types of studies |
| --- | --- | --- |
| Cardiovascular | Decreased cardiac output | Clinical case series |
| | Bradycardia | Clinical case series |
| | Tachycardia and tachyarrhythmias | Clinical case series |
| | Coronary ischemia | Clinical case series |
| Gastrointestinal | Mesenteric ischemia | Clinical case series Animal models of sepsis |
| Dermatologic | Skin ischemic lesions | Clinical case series |
| | Digital ischemia | Clinical case series |
| Metabolic | Hyponatremia | Clinical case series |
| | Increased bilirubin | Clinical case series |

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**Figure 5 Effects of desmopressin on von Willebrand factor**



Effects of desmopressin (DDAVP) on von Willebrand factor antigen levels (VWF:Ag), VWF-cleaving protease activity (ADAMTS13), VWF propeptide (VWF:pp), VWF collagen-binding activity (VWF:CBA), and VWF multimers pattern (VWF:MM). Healthy volunteers ($n = 10$) received 0.3 μg/kg DDAVP over 30 min. The activity of ADAMTS13 decreased significantly from $1.38 \pm 0.2$ to $0.66 \pm 0.08$ U/ml after the infusion of desmopressin ($P = 0.004$). It remained reduced for at least 6 h, returning to baseline values after 24 h. Reproduced with permission [60].

suggesting that there is clinical equipoise in the literature regarding the use of vasopressin infusion for treatment of septic shock.

Another potential mechanism of adverse effects of vasopressin is increase of von Willebrand factor. Von Willebrand factor is an adhesive glycoprotein that induces adhesion of platelets to endothelium. Endothelial cells synthesize von Willebrand factor and store it in Weibel–Palade bodies [56]. 1-Deamino-8-D-arginine vasopressin (DDAVP) is used widely to treat bleeding disorders (such as von Willebrand's disease) because DDAVP increases von Willbrand factor [57,58]. DDAVP is a specific agonist for the V2 receptor (V2R), which is expressed in renal tubule cells [59] and pulmonary endothelial cells [56]. Vasopressin stimulates V2R and also increases synthesis and secretion of von Willebrand factor within 1 h indicating secretion of preformed von Willebrand factor [56].

ADAMTS13 is a recently discovered protein that cleaves von Willebrand factor. Deficiency of ADAMTS13 is the most common cause of thrombotic thrombocytopenic purpura. Interestingly, desmopressin infusion has been reported to decrease ADAMTS13 activity to about half normal and to increase von Willebrand factor (Fig. 5) [60]. The authors interpreted the data as showing that infusion of desmopressin increased multimers of von Willebrand factor because of a desmopressin-induced decrease of ADAMTS13. Other authors have found similar effects of desmopressin [61]. It is unknown whether vasopressin has similar effects on ADAMTS13 activity and von Willebrand factor.

## Vasopressin and septic shock trial

A multicenter randomized controlled trial of vasopressin versus norepinephrine infusion in patients who have septic shock that is powered for mortality has recently been completed. The Surviving Sepsis guidelines of 2004 [62] indicated that vasopressin was unproven in septic shock and was neutral in its recommendation pending the result of the Vasopressin and Septic Shock Trial (VASST).

## Future directions for clinical trials

Unanswered questions remain regarding use of vasopressin that could be the focus of future clinical trials as

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

PAR-VASO-0008125

follows. Randomized controlled trials of vasopressin (AVP) versus norepinephrine could answer whether it is better to start AVP or norepinephrine at onset of septic shock as first vasopressor; could focus on other conditions such as norepinephrine versus AVP in other diseases at risk of renal failure such as postcardiac surgery; and study AVP versus norepinephrine in pediatric septic shock.

## Conclusion

Animal models and clinical studies show risks and benefits of vasopressin in septic shock. Furthermore, clinical studies showing potentially beneficial effects of vasopressin infusion have usually evaluated brief infusions over only a few hours of observation. There have been very few studies of the effects of several days [33] or a week or more of vasopressin infusion. Thus, it is still unclear whether there is net benefit from low dose vasopressin infusion in patients who have septic shock. There may be certain patients who benefit but there are few studies of a prolonged vasopressin infusion to determine which patients benefit.

## Acknowledgement

Dr Russell is a consultant for and owns shares of Sirius Genomics Incorporated which has a patent application for genetics of vasopressin. Sirius Genomics Incorporated has no product at this time.

## References and recommended reading

Papers of particular interest, published within the annual period of review, have been highlighted as:
• of special interest
•• of outstanding interest
Additional references related to this topic can also be found in the Current World Literature section in this issue (pp. 460–461).

1 Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997; 95:1122–1125.

2 Landry DW, Levin HR, Gallant EM, et al. Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 1997; 25:1279–1282.

3 Barrett LK, Singer M, Clapp LH. Vasopressin: mechanisms of action on
•• the vasculature in health and in septic shock. Crit Care Med 2007; 35:33–40.
This is a strong review of mechanisms of action and adverse effects of vasopressin.

4 Dunser MW, Hasibeder WR. Vasopressin in vasodilatory shock: ensure organ blood flow, but take care of the heart! Crit Care 2006; 10:172.

5 Dunser MW, Lindner KH, Wenzel V. A century of arginine vasopressin
• research leading to new therapeutic strategies. Anesthesiology 2006; 105:444–445.
This is a comprehensive review of vasopressin.

6 Dunser MW, Wenzel V, Hasibeder WR. Ischemic skin lesions and micro-
• circulatory collapse during vasopressin therapy: a possible role of the microcirculation? Acta Anaesthesiol Scand 2006; 50:637–638.
This highlights potential adverse effects of vasopressin.

7 Dunser MW, Lindner KH, Wenzel V. Vasopressin: multitalented hormone among the shock hormones? Crit Care Med 2006; 34:562–564.

8 Russell JA. Management of sepsis. N Engl J Med 2006; 355:1699–
• 1713.
This is a comprehensive review of sepsis and septic shock by the author.

9 Wakatsuki T, Nakaya Y, Inoue I. Vasopressin modulates K(+)-channel activities of cultured smooth muscle cells from porcine coronary artery. Am J Physiol 1992; 263 (2 Pt 2):H491–H496.

10 Landry DW, Oliver JA. The ATP-sensitive K+ channel mediates hypotension in endotoxemia and hypoxic lactic acidosis in dog. J Clin Invest 1992; 89:2071–2074.

11 Herbertson MJ, Werner HA, Walley KR. Nitric oxide synthase inhibition partially prevents decreased LV contractility during endotoxemia. Am J Physiol Heart Circ Physiol 1996; 270 (6 Pt 2):H1979–H1984.

12 Lopez A, Lorente JA, Steingrub J, et al. Multiple-center, randomized, placebo-controlled, double-blind study of the nitric oxide synthase inhibitor 546C88: effect on survival in patients with septic shock. Crit Care Med 2004; 32: 21–30.

13 Watson D, Grover R, Anzueto A, et al. Cardiovascular effects of the nitric oxide synthase inhibitor NG-methyl-L-arginine hydrochloride (546C88) in patients with septic shock: results of a randomized, double-blind, placebo-controlled multicenter study (study no. 144-002). Crit Care Med 2004; 32:13–20.

14 Ertmer C, Bone HG, Morelli A, et al. Methylprednisolone reverses vasopressin
• hyporesponsiveness in ovine endotoxemia. Shock 2007; 27:281–288.
This describes an interesting interaction of adrenal and vasopressin axes in an animal model of septic shock.

15 Erfurth EM, Hedner P, Lundin S, Ekman R. Release of prolactin as well as adrenocorticotropin after administration of arginine-vasopressin to healthy men. Horm Metab Res 1996; 28:599–602.

16 Dunser MW, Hasibeder WR, Wenzel V, et al. Endocrinologic response to vasopressin infusion in advanced vasodilatory shock. Crit Care Med 2004; 32:1266–1271.

17 Leite-de-Moraes MC, Touraine P, Kelly PA, et al. Prolactin receptor expression in lymphocytes from patients with hyperprolactinemia or acromegaly. J Endocrinol 1995; 147:353–359.

18 Leite De Moraes MC, Touraine P, Gagnerault MC, et al. Prolactin receptors in the immune system. Ann Endocrinol (Paris) 1995; 56:567–570.

19 Zhu XH, Zellweger R, Wichmann MW, et al. Effects of prolactin and metoclopramide on macrophage cytokine gene expression in late sepsis. Cytokine 1997; 9:437–446.

20 Zellweger R, Wichmann MW, Ayala A, et al. Females in proestrus state maintain splenic immune functions and tolerate sepsis better than males. Crit Care Med 1997; 25:106–110.

21 Blanco JD, Gibbs RS, Castaneda YS. Bacteremia in obstetrics: clinical course. Obstet Gynecol 1981; 58:621–625.

22 Patel BM, Chittock DR, Russell JA, Walley KR. Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 2002; 96:576–582.

23 Sharshar T, Carlier R, Blanchard A, et al. Depletion of neurohypophyseal content of vasopressin in septic shock. Crit Care Med 2002; 30:497–500.

24 Tsuneyoshi I, Yamada H, Kakihana Y, et al. Hemodynamic and metabolic effects of low-dose vasopressin infusions in vasodilatory septic shock. Crit Care Med 2001; 29:487–493.

25 Carnio EC, Stabile AM, Batalhao ME, et al. Vasopressin release during endotoxaemic shock in mice lacking inducible nitric oxide synthase. Pflugers Arch 2005; 450:390–394.

26 Dunser MW, Werner ER, Wenzel V, et al. Arginine vasopressin and serum nitrite/nitrate concentrations in advanced vasodilatory shock. Acta Anaesthesiol Scand 2004; 48:814–819.

27 Lin IY, Ma HP, Lin AC, et al. Low plasma vasopressin/norepinephrine ratio predicts septic shock. Am J Emerg Med 2005; 23:718–724.

28 Muller B, Morgenthaler N, Stolz D, et al. Circulating levels of copeptin, a novel biomarker, in lower respiratory tract infections. Eur J Clin Invest 2007; 37:145–152.

29 Jochberger S, Morgenthaler NG, Mayr VD, et al. Copeptin and arginine
• vasopressin concentrations in critically ill patients. J Clin Endocrinol Metab 2006; 91:4381–4386.
Copeptin measurements have emerged as another way to assess vasopressin levels indirectly. Copeptin is more stable and easier to measure than vasopressin.

30 Jochberger S, Luckner G, Mayr VD, et al. Course of vasopressin and copeptin plasma concentrations in a patient with severe septic shock. Anaesth Intensive Care 2006; 34:498–500.

31 Jochberger S, Mayr VD, Luckner G, et al. Serum vasopressin concentrations in critically ill patients. Crit Care Med 2006; 34:293–299.

32 Roth BL, Spitzer JA. Altered hepatic vasopressin and alpha 1-adrenergic receptors after chronic endotoxin infusion. Am J Physiol 1987; 252 (5 Pt 1): E699–702.

33 Holmes CL, Walley KR, Chittock DR, et al. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 2001; 27:1416–1421.

34 Dunser MW, Mayr AJ, Ulmer H, et al. The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. Anesth Analg 2001; 93:7–13.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

35 Dunser MW, Mayr AJ, Ulmer H, et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation 2003; 107:2313–2319.

36 Gold JA, Cullinane S, Chen J, et al. Vasopressin as an alternative to norepinephrine in the treatment of milrinone-induced hypotension. Crit Care Med 2000; 28:249–252.

37 Gold J, Cullinane S, Chen J, et al. Vasopressin in the treatment of milrinone-induced hypotension in severe heart failure. Am J Cardiol 2000; 85:506–508; A11.

38 Malay MB, Ashton JL, Dahl K, et al. Heterogeneity of the vasoconstrictor effect of vasopressin in septic shock. Crit Care Med 2004; 32:1327–1331.

39 Morales DL, Gregg D, Helman DN, et al. Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surg 2000; 69:102–106.

40 Argenziano M, Choudhri AF, Oz MC, et al. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997; 96 (9 Suppl):II-286–II-290.

41 Argenziano M, Chen JM, Choudhri AF, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 1998; 116:973–980.

42 Argenziano M, Chen JM, Cullinane S, et al. Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant 1999; 18:814–817.

43 Chen JM, Cullinane S, Spanier TB, et al. Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors. Circulation 1999; 100 (19 Suppl):II244–II246.

44 Rosenzweig EB, Starc TJ, Chen JM, et al. Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation 1999; 100 (19 Suppl):II182–II186.

45 Malay MB, Ashton RC Jr, Landry DW, Townsend RN. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999; 47:699–703.

46 Dunser MW, Mayr AJ, Stallinger A, et al. Cardiac performance during vasopressin infusion in postcardiotomy shock. Intensive Care Med 2002; 28:746–751.

47 Holmes CL, Russell JA. Plasmafiltration in sepsis: removing the evil humors. Crit Care Med 1999; 27:2287–2289.

48 Lauzier F, Levy B, Lamarre P, Lesur O. Vasopressin or norepinephrine in early
• hyperdynamic septic shock: a randomized clinical trial. Intensive Care Med 2006; 32:1782–1789.
This is another recent proof of principle study of vasopressin in septic shock.

49 Hayes MA, Timmins AC, Yau EH, et al. Elevation of systemic oxygen delivery in the treatment of critically ill patients. N Engl J Med 1994; 330:1717–1722.

50 Bomzon L, Rosendorff C. Renovascular resistance and noradrenaline. Am J Physiol 1975; 229:1649–1653.

51 Martin C, Papazian L, Perrin G, et al. Norepinephrine or dopamine for the treatment of hyperdynamic septic shock? Chest 1993; 103:1826–1831.

52 Martikainen TJ, Tenhunen JJ, Uusaro A, Ruokonen E. The effects of vasopressin on systemic and splanchnic hemodynamics and metabolism in endotoxin shock. Anesth Analg 2003; 97:1758–1763.

53 Klinzing S, Simon M, Reinhart K, et al. High-dose vasopressin is not superior to norepinephrine in septic shock. Crit Care Med 2003; 31:2646–2650.

54 van Haren FM, Rozendaal FW, van der Hoeven JG. The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. Chest 2003; 124:2256–2260.

55 Dunser MW, Mayr AJ, Tur A, et al. Ischemic skin lesions as a complication of continuous vasopressin infusion in catecholamine-resistant vasodilatory shock: incidence and risk factors. Crit Care Med 2003; 31:1394–1398.

56 Kaufmann JE, Oksche A, Wollheim CB, et al. Vasopressin-induced von Willebrand factor secretion from endothelial cells involves V2 receptors and cAMP. J Clin Invest 2000; 106:107–116.

57 Mannucci PM, Ruggeri ZM, Pareti FI, Capitanio A. D.D.A.V.P. in haemophilia. Lancet 1977; 2:1171–1172.

58 Mannucci PM, Ruggeri ZM, Pareti FI, Capitanio A. 1-Deamino-8-d-arginine vasopressin: a new pharmacological approach to the management of haemophilia and von Willebrands' diseases. Lancet 1977; 1:869–872.

59 Lolait SJ, O'Carroll AM, McBride OW, et al. Cloning and characterization of a vasopressin V2 receptor and possible link to nephrogenic diabetes insipidus. Nature 1992; 357:336–339.

60 Reiter RA, Knobl P, Varadi K, Turecek PL. Changes in von Willebrand factor-cleaving protease (ADAMTS13) activity after infusion of desmopressin. Blood 2003; 101:946–948.

61 Michiels JJ, van de Velde A, van Vliet HH, et al. Response of von Willebrand factor parameters to desmopressin in patients with type 1 and type 2 congenital von Willebrand disease: diagnostic and therapeutic implications. Semin Thromb Hemost 2002; 28:111–132.

62 Dellinger RP, Carlet JM, Masur H, et al. Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. Crit Care Med 2004; 32:858–873.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

# The NEW ENGLAND JOURNAL of MEDICINE

ESTABLISHED IN 1812     FEBRUARY 28, 2008     VOL. 358 NO. 9

# Vasopressin versus Norepinephrine Infusion in Patients with Septic Shock

James A. Russell, M.D., Keith R. Walley, M.D., Joel Singer, Ph.D., Anthony C. Gordon, M.B., B.S., M.D.,
Paul C. Hébert, M.D., D. James Cooper, B.M., B.S., M.D., Cheryl L. Holmes, M.D., Sangeeta Mehta, M.D.,
John T. Granton, M.D., Michelle M. Storms, B.Sc.N., Deborah J. Cook, M.D., Jeffrey J. Presneill, M.B., B.S., Ph.D.,
and Dieter Ayers, M.Sc., for the VASST Investigators*

## ABSTRACT

### BACKGROUND

Vasopressin is commonly used as an adjunct to catecholamines to support blood pressure in refractory septic shock, but its effect on mortality is unknown. We hypothesized that low-dose vasopressin as compared with norepinephrine would decrease mortality among patients with septic shock who were being treated with conventional (catecholamine) vasopressors.

### METHODS

In this multicenter, randomized, double-blind trial, we assigned patients who had septic shock and were receiving a minimum of 5 μg of norepinephrine per minute to receive either low-dose vasopressin (0.01 to 0.03 U per minute) or norepinephrine (5 to 15 μg per minute) in addition to open-label vasopressors. All vasopressor infusions were titrated and tapered according to protocols to maintain a target blood pressure. The primary end point was the mortality rate 28 days after the start of infusions.

### RESULTS

A total of 778 patients underwent randomization, were infused with the study drug (396 patients received vasopressin, and 382 norepinephrine), and were included in the analysis. There was no significant difference between the vasopressin and norepinephrine groups in the 28-day mortality rate (35.4% and 39.3%, respectively; P=0.26) or in 90-day mortality (43.9% and 49.6%, respectively; P=0.11). There were no significant differences in the overall rates of serious adverse events (10.3% and 10.5%, respectively; P=1.00). In the prospectively defined stratum of less severe septic shock, the mortality rate was lower in the vasopressin group than in the norepinephrine group at 28 days (26.5% vs. 35.7%, P=0.05); in the stratum of more severe septic shock, there was no significant difference in 28-day mortality (44.0% and 42.5%, respectively; P=0.76). A test for heterogeneity between these two study strata was not significant (P=0.10).

### CONCLUSIONS

Low-dose vasopressin did not reduce mortality rates as compared with norepinephrine among patients with septic shock who were treated with catecholamine vasopressors. (Current Controlled Trials number, ISRCTN94845869.)

From the iCAPTURE Centre, Vancouver, BC (J.A.R., K.R.W., A.C.G., M.M.S.); St. Paul's Hospital, Vancouver, BC (J.A.R., K.R.W., J.S., A.C.G., M.M.S., D.A.); Ottawa Hospital, University of Ottawa, Ottawa (P.C.H.); Kelowna General Hospital, Kelowna, BC, and University of British Columbia, Vancouver (C.L.H.); Mount Sinai Hospital, Toronto (S.M.); Toronto General Hospital, Toronto Western Hospital, and University of Toronto, Toronto (J.T.G.); and St. Joseph's Hospital and McMaster University, Hamilton, ON (D.J. Cook) — all in Canada; and Alfred Hospital and Monash University, Melbourne (D.J. Cooper); and Royal Melbourne Hospital and University of Melbourne (J.J.P.) — all in Melbourne, Australia. Address reprint requests to Dr. Russell at Critical Care Medicine, St. Paul's Hospital, 1081 Burrard St., Vancouver, BC V6Z 1Y6, Canada, or at jrussell@mrl.ubc.ca.

*Investigators who participated in the Vasopressin and Septic Shock Trial (VASST) are listed in the Appendix.

N Engl J Med 2008;358:877-87.
Copyright © 2008 Massachusetts Medical Society.

PAR-VASO-0008128

EPTIC SHOCK IS THE MOST COMMON cause of death in intensive care units (ICUs)[1,2] and has a mortality rate of 40 to 60%.[2,3] Resuscitation strategies include the administration of intravenous fluids and the use of catecholamines such as norepinephrine, epinephrine, dopamine, and dobutamine.[4,5] Although largely effective in reestablishing minimally acceptable mean arterial pressures to maintain organ perfusion, catecholamines have important adverse effects and may even increase mortality rates.[6] For example, norepinephrine, a potent and commonly used $\alpha$-adrenergic agent in cases of septic shock, may decrease cardiac output, oxygen delivery, and blood flow to vulnerable organs despite adequate perfusion pressure.[7]

Vasopressin, an endogenously released peptide hormone, has emerged as an adjunct to catecholamines for patients who have severe septic shock. The rationale for its use is the relative vasopressin deficiency in patients with septic shock and the hypothesis that exogenously administered vasopressin can restore vascular tone and blood pressure, thereby reducing the need for the use of catecholamines.[8-10] Observational studies involving the use of vasopressin infusion rates below 0.1 U per minute in patients with vasodilatory shock have repeatedly shown improved short-term blood-pressure responses.[10-14] However, vasopressin infusion may decrease blood flow in the heart, kidneys, and intestine. Despite the widespread use of vasopressin in clinical practice, only two small randomized trials have evaluated its use in patients who had septic shock.[10,12] Vasopressin increased blood pressure, decreased catecholamine requirements, and improved renal function as compared with a control agent. However, neither of the trials was powered to evaluate mortality, organ dysfunction, or safety.

To address these uncertainties, we conducted a multicenter, randomized, stratified, double-blind trial among patients who had septic shock and were receiving usual care (including catecholamines), to determine whether vasopressin decreased 28-day mortality, as compared with norepinephrine. Our secondary hypothesis was that the beneficial effects of vasopressin would be more pronounced than those of norepinephrine in the subgroup of patients with more severe (as opposed to less severe) septic shock. Therefore, we strati-

fied patients at the time of randomization according to the baseline dose of norepinephrine.

## METHODS

This trial was conducted between July 2001 and April 2006 in 27 centers in Canada, Australia, and the United States and was approved by the research ethics boards of all participating institutions. Written informed consent was obtained from all patients, their next of kin, or another surrogate decision maker, as appropriate. The data were collected by the investigators and analyzed by the data management committee. The executive committee vouches for the accuracy and completeness of the data and analysis. The article was written by the writing committee, and the decision to publish was made by the executive committee. Full details of the trial protocol can be found in the Supplementary Appendix, available with the full text of this article at www.nejm.org.

### STUDY PATIENTS

Patients older than 16 years of age who had septic shock that was resistant to fluids (as defined by lack of response to 500 ml of normal saline or a requirement for vasopressors [see the Supplementary Appendix]) and low-dose norepinephrine were considered for enrollment. Septic shock was defined by the presence of two or more diagnostic criteria for the systemic inflammatory response syndrome,[15] proven or suspected infection, new dysfunction of at least one organ, and hypotension despite adequate fluid resuscitation (requiring vasopressor support consisting of at least 5 $\mu$g of norepinephrine or the equivalent per minute [see the Supplementary Appendix] for 6 hours). Exclusion criteria are listed in the Supplementary Appendix.

### TREATMENT ASSIGNMENTS

Treatment with either vasopressin or norepinephrine was assigned by means of a central telephone randomization system accessed by the study pharmacists at the participating institutions. A computer-generated randomization list of variable permuted blocks of 2, 4, and 6 was used for treatment allocation, which was stratified by center and by severity of shock in the hour before randomization (the stratum of less severe septic shock was

PAR-VASO-0008129

defined as treatment with 5 to 14 μg of norepinephrine or the equivalent per minute, and the stratum of more severe septic shock was defined as treatment with 15 μg or more of norepinephrine or the equivalent per minute. Infusions of both study drugs were prepared locally by study pharmacists who were aware of the two treatments. All other clinical staff, investigators, research personnel, patients, and families were unaware of the treatment assignments for the duration of the trial.

### DRUG INFUSION

Vasopressin (30 U) and norepinephrine (15 mg) were mixed in identical 250-ml intravenous bags of 5% dextrose in water, with final concentrations of 0.12 U of vasopressin per milliliter and 60 μg of norepinephrine per milliliter. The study-drug infusion was started at 5 ml per hour and increased by 2.5 ml per hour every 10 minutes during the first hour to achieve a constant target rate of 15 ml per hour. Thus, the blinded vasopressin infusion was started at 0.01 U per minute and titrated to a maximum of 0.03 U per minute, whereas the blinded norepinephrine infusion was started at 5 μg per minute and titrated to a maximum of 15 μg per minute.

During the initiation and titration of the study drug, the bedside nurse also titrated open-label vasopressors to maintain a constant target mean arterial pressure. An initial target mean arterial pressure of 65 to 75 mm Hg was recommended; however, the attending ICU physician could modify the target blood pressure of each patient.

Open-label vasopressors were increased only if the target mean arterial pressure was not reached on maximal study-drug infusion. Tapering of open-label vasopressors was permitted only when the target mean arterial pressure had been reached during the study-drug infusion. Tapering of the study drug was commenced only when the target mean arterial pressure had been maintained for 8 hours without any open-label vasopressors. Infusion of the study drug was continued at 15 ml per hour until the patient died, a serious adverse event occurred, or the patient's condition improved to the extent that open-label vasopressors were no longer required. Neither crossover to the other group nor open-label vasopressin was permitted.

The study-drug infusion was discontinued or interrupted if any of the following predetermined serious adverse events occurred: acute ST-segment elevation confirmed by a 12-lead electrocardiogram, serious or life-threatening (hemodynamically unstable) cardiac arrhythmias, acute mesenteric ischemia, digital ischemia, or hyponatremia (serum sodium level, <130 mmol per liter). If the clinical team noted an adverse event that they considered to be related to the study drug, then the study drug was discontinued for at least 8 hours and a serious adverse event was reported. The study drug could be restarted if, in the judgment of the investigator or attending physician, the adverse event had been treated, the condition had been reversed, and the event was not thought to have been a result of the study drug or study protocol.

If vasopressor support was required during the same admission to the ICU after a patient had been weaned from the study drug, the study drug was preferentially reinfused, as long as no exclusion criteria were met. In a subgroup of patients at six of the participating institutions, plasma was collected for measurement of circulating vasopressin levels (see the Supplementary Appendix).

### END POINTS

The primary outcome was death from any cause and was assessed 28 days after the start of infusions. Secondary outcomes included 90-day mortality; days alive and free of organ dysfunction during the first 28 days according to the Brussels criteria[16] (see the Supplementary Appendix); days alive and free of vasopressor use, mechanical ventilation, or renal replacement therapy; days alive and free of the systemic inflammatory response syndrome, defined as freedom from two or more of the four diagnostic criteria for the systemic inflammatory response syndrome; days alive and free of corticosteroid use; and length of stay in the ICU and hospital. We also evaluated rates of serious adverse events.

### STATISTICAL ANALYSIS

We calculated that 776 patients were required for enrollment, randomization, and receipt of the study drug in order to detect an absolute 10% difference in mortality, assuming a mortality rate of 60% in the norepinephrine group and a two-sided alpha error of 0.05 and a power of 80%. An independent

data and safety monitoring committee evaluated two preplanned interim analyses, after 194 patients had been enrolled and after 388 patients had been enrolled. An O'Brien–Fleming approach was used for sequential stopping rules for safety and efficacy according to the Lan–DeMets method.[17] After both interim analyses, the data and safety monitoring committee recommended that the study be continued without protocol modification.

Midway through the trial, the executive committee, unaware of all data and in conference with the data and safety monitoring committee, determined that patients who had undergone randomization but had never received an infusion would not be included in the primary analysis, since their omission would be equally distributed between groups, would be unrelated to treatment assignment, and would not bias outcome ascertainment.[18] We increased the total number of patients enrolled to maintain the target sample size after the removal of such patients from the analysis.

The primary analysis, which compared 28-day mortality between the two treatment groups, was performed with the use of an unadjusted chi-square test, and all patients were assessed according to the treatment received and to the treatment group assigned at randomization. Results are presented as absolute and relative risks and 95% confidence intervals. Kaplan–Meier curves for the estimated probability of survival in the two treatment groups as a function of time from enrollment in the study were compared with the use of the log-rank test.

Because of the complex nature of septic shock and to account for any imbalances between the two treatment groups at baseline, a logistic-regression procedure and significant covariates that predicted outcomes were used to adjust raw values for 28-day mortality. Age, illness severity (score on the Acute Physiology and Chronic Health Evaluation [APACHE II] at baseline), serious coexisting conditions, and other baseline covariates that predicted outcome (at a threshold P value of 0.20) were entered into the model. Results are presented as odds ratios and 95% confidence intervals. We used parametric procedures (independent t-test), nonparametric procedures (Wilcoxon rank-sum test), or Fisher's exact test to compare all secondary outcomes.

Patients were also assessed according to the a priori strata of more severe or less severe septic shock (as defined by the dose of norepinephrine)

as well as in several exploratory analyses of shock severity defined by post hoc criteria. The treatment effect within each subgroup was assessed according to the within-stratum analysis, with the use of the chi-square test. We also used logistic-regression analysis to test for an interaction between stratum and treatment in order to determine whether there was a differential effect on mortality.

The data analyst and investigators remained unaware of the treatment assignments while undertaking the final analyses. Analysis was conducted with the use of SAS software (version 9.1.3), and all P values were two-sided.

## RESULTS

Of 6229 screened patients, 802 underwent randomization after providing informed consent (Fig. 1). Of these 802 patients, 2 withdrew consent after infusion of the study drug and 21 did not receive the infusion for various reasons. In addition, one patient was lost to follow-up before day 28. Thus 779 patients underwent randomization and infusion of the study drug, and 778 were included in the final primary analysis: 396 in the vasopressin group and 382 in the norepinephrine group (Fig. 1). The baseline characteristics of the two groups are shown in Table 1. Enrolled patients were severely ill, as indicated by the APACHE II scores,[19] by the proportion with new organ dysfunction, by the serum lactate levels, and by the norepinephrine infusion rates at study entry.

Blood pressure in the two treatment groups was similar throughout the study, whereas the heart rate was significantly lower in the vasopressin group than in the norepinephrine group during the first 4 days of treatment (P<0.001) (Fig. 1 in the Supplementary Appendix). The difference in the mean infusion rates of the study drug between treatment groups during the first 5 days was within 2 ml per hour. The rate of norepinephrine infusion was significantly lower in the vasopressin group than in the norepinephrine group during the first 4 days (P<0.001) (Fig. 2 in the Supplementary Appendix).

There was no significant difference in the primary outcome (rate of death from any cause, assessed 28 days after the start of infusions), between the vasopressin group and the norepinephrine group (35.4% and 39.3%, respectively; P=0.26; 95% confidence interval [CI] for absolute risk re-

PAR-VASO-0008131



**Figure 1. Enrollment and Outcomes.**

NYHA denotes New York Heart Association classification.

duction in the vasopressin group, −2.9 to 10.7%) (Table 2 and Fig. 2). Similarly, there was no significant difference in mortality at 90 days (43.9% and 49.6%, respectively; P=0.11; 95% CI for absolute risk reduction, −1.3 to 12.8%) or in rates of organ dysfunction (Table 2). The results remained nonsignificant after multivariate logistic-regression analysis (odds ratio for death in the vasopres-

**Table 1. Demographic and Baseline Characteristics of the Patients.***

| Characteristic | Norepinephrine Group (N=382) | Vasopressin Group (N=397) | P Value |
|---|---|---|---|
| Age — yr | 61.8±16 | 59.3±16.4 | 0.03 |
| Male sex — no. (%) | 229 (59.9) | 246 (62.0) | 0.56 |
| Recent surgical history — no. (%) | 132 (34.6) | 151 (38.0) | 0.31 |
| Elective | 8 (2.1) | 6 (1.5) | |
| Emergency | 124 (32.5) | 145 (36.5) | |
| APACHE II score | 27.1±6.9 | 27.0±7.7 | 0.84 |
| White race — no. (%)† | 320 (83.8) | 336 (84.6) | 0.97 |
| Preexisting conditions — no. (%) | | | |
| Ischemic heart disease | 65 (17.0) | 68 (17.1) | 0.62 |
| Congestive heart failure | 30 (7.9) | 28 (7.1) | 0.56 |
| Chronic obstructive pulmonary disease | 72 (18.8) | 55 (13.9) | 0.11 |
| Chronic renal failure | 48 (12.6) | 40 (10.1) | 0.34 |
| Diabetes | 88 (23.0) | 77 (19.4) | 0.29 |
| Liver disease | 36 (9.4) | 52 (13.1) | 0.16 |
| Alcoholism | 53 (13.9) | 55 (13.9) | 0.62 |
| Injection-drug abuse | 14 (3.7) | 20 (5.0) | 0.40 |
| Cancer | 104 (27.2) | 85 (21.4) | 0.11 |
| Compromised immune system | 72 (18.8) | 67 (16.9) | 0.48 |
| Solid-organ transplant | 17 (4.5) | 14 (3.5) | 0.50 |
| Corticosteroid use | 86 (22.5) | 82 (20.7) | 0.51 |
| Recent trauma | 16 (4.2) | 23 (5.8) | 0.30 |
| New organ failure — no. (%) | | | |
| Cardiovascular | 382 (100) | 397 (100) | 1.00 |
| Respiratory | 341 (89.3) | 342 (86.1) | 0.15 |
| Renal | 258 (67.5) | 264 (66.5) | 0.68 |
| Hematologic and coagulation | 84 (22.0) | 118 (29.7) | 0.02 |
| Neurologic | 89 (23.3) | 101 (25.4) | 0.48 |
| No. of organ dysfunctions | 3.4±1.1 | 3.5±1.1 | 0.04 |
| Source of infection — no. (%) | | | 0.77 |
| Lung | 165 (43.2) | 162 (40.8) | |
| Abdomen | 100 (26.2) | 111 (28.0) | |
| Other‡ | 117 (30.6) | 124 (31.2) | |
| Pathogen type in cultures — no. (%) | | | 0.19 |
| Gram-positive alone | 59 (15.4) | 80 (20.2) | |
| Gram-negative alone | 43 (11.3) | 40 (10.1) | |
| Mixed organisms | 139 (36.4) | 143 (36.0) | |
| Other | 51 (13.4) | 62 (15.6) | |
| No pathogen | 90 (23.6) | 72 (18.1) | |
| Hemodynamic variables | | | |
| Systolic blood pressure — mm Hg | 110±17 | 108±17 | 0.10 |
| Mean arterial pressure — mm Hg | 73±10 | 72±9 | 0.23 |
| Arterial pH | 7.31±0.1 | 7.32±0.1 | 0.71 |
| Serum lactate level — mmol/liter | 3.5±3.0 | 3.5±3.2 | 0.96 |

PAR-VASO-0008133

**Table 1. (Continued.)**

| Characteristic | Norepinephrine Group (N=382) | Vasopressin Group (N=397) | P Value |
|---|---|---|---|
| Vasoactive drug dosage at randomization§ | | | |
| Norepinephrine — μg/min (μg/kg/min) | 20.7±18.1 (0.28±0.26) | 20.7±22.1 (0.26±0.27) | 0.97 |
| Epinephrine — μg/min (μg/kg/min) | 8.6±9.4 (0.12±0.15) | 14.6±16.9 (0.20±0.29) | 0.12 |
| Dopamine — μg/kg/min | 7.3±5.3 | 7.6±6.4 | 0.88 |
| Dobutamine — μg/kg/min | 5.1±3.7 | 6.4±5.2 | 0.18 |
| Milrinone — μg/kg/min | 0.4±0.3 | 0.3±0.1 | 0.23 |
| Phenylephrine — μg/min (μg/kg/min) | 151±74 (2.03±1.17) | 157±90 (2.04±1.31) | 0.61 |
| Vasoactive drug infusions — no. (%) | | | |
| Norepinephrine alone | 222 (58.1) | 224 (56.4) | 0.63 |
| No norepinephrine | 53 (13.9) | 53 (13.4) | 0.83 |
| Two or more vasopressors | 111 (29.1) | 124 (31.2) | 0.51 |
| Other therapy for sepsis — no. (%) | | | |
| Corticosteroids | 293 (76.7) | 296 (74.6) | 0.49 |
| Activated protein C | 56 (14.7) | 61 (15.4) | 0.78 |
| Baseline tidal volume — ml/kg | 7.4±2.5 | 7.2±2.5 | 0.43 |
| Time from meeting inclusion criteria to study-drug infusion — hr | 11.5±9.4 | 11.9±8.9 | 0.57 |

* Plus–minus values are means ±SD. APACHE II denotes Acute Physiology and Chronic Health Evaluation II.[19]
† Race was determined by the local study coordinators.
‡ Other sources of infection included blood, skin, central nervous system, bones and joints, cardiac system, and reproductive organs.
§ For norepinephrine, there were 329 patients in the norepinephrine group and 344 in the vasopressin group. For epinephrine, there were 23 patients in the norepinephrine group and 27 in the vasopressin group. For dopamine, there were 28 patients in the norepinephrine group and 26 in the vasopressin group. For dobutamine, there were 41 patients in the norepinephrine group and 48 in the vasopressin group. For milrinone, there were 10 patients in the norepinephrine group and 13 in the vasopressin group. For phenylephrine, there were 71 patients in the norepinephrine group and 85 in the vasopressin group.

sin group at 28 days, 0.88 [95% CI, 0.62 to 1.26]; odds ratio for death at 90 days, 0.81 [95% CI, 0.57 to 1.16]).

There were no significant differences in the overall rates or specific categories of serious adverse events between the vasopressin and norepinephrine groups (overall rates, 10.3% and 10.5%, respectively; P=1.00) (Table 3). There was a trend toward a higher rate of cardiac arrest in the norepinephrine group than in the vasopressin group (2.1% vs. 0.8%, P=0.14) and a trend toward a higher rate of digital ischemia in the vasopressin group than in the norepinephrine group (2.0% vs. 0.5%, P=0.11).

In the subgroup of patients in whom plasma vasopressin levels were measured, the levels were extremely low at baseline (median, 3.2 pmol per liter; interquartile range, 1.7 to 4.9). These levels did not change in the norepinephrine group. Infusion of low-dose vasopressin increased vasopressin levels to medians of 73.6 pmol per liter (inter-

quartile range, 58.6 to 94.7) at 6 hours and 98.0 pmol per liter (interquartile range, 67.1 to 127.8) at 24 hours (Fig. 3 in the Supplementary Appendix).

Baseline characteristics of the patients in the stratum of more severe septic shock and those in the stratum of less severe septic shock are presented in the Supplementary Appendix. Among patients who had less severe septic shock (an infusion of 5 to 14 μg of norepinephrine per minute at randomization), there were trends in favor of the vasopressin group with respect to both 28-day and 90-day mortality (Table 4). In contrast, there were no significant differences in mortality between the vasopressin and norepinephrine groups in the stratum of more severe septic shock. However, the test for the interaction between the treatment assignment and the severity-of-shock subgroup was not significant (P=0.10). We performed several additional post hoc analyses of the results stratified according to different indicators of illness severity (Table 3 of the Supplementary

| Table 2. Analysis of the Rates and Risks of Death from Any Cause and Secondary Outcomes.* | | | | | | |
|---|---|---|---|---|---|---|
| Variable | Norepinephrine Group (N=382) | Vasopressin Group (N=396) | P Value† | Absolute Risk Reduction (95% CI)‡ | Relative Risk (95% CI)§ | Adjusted Odds Ratio¶ |
| | *no./total no. (%)* | | | % | | |
| **Patients who underwent random-ization and infusion** | | | | | | |
| 28-day mortality | 150/382 (39.3) | 140/396 (35.4) | 0.26 | 3.9 (−2.9 to 10.7) | 0.90 (0.75 to 1.08) | 0.88 (0.62 to 1.26) |
| 90-day mortality | 188/379 (49.6) | 172/392 (43.9) | 0.11 | 5.7 (−1.3 to 12.8) | 0.88 (0.76 to 1.03) | 0.81 (0.57 to 1.16) |
| **Patients who underwent randomization** | | | | | | |
| 28-day mortality | 154/395 (39.0) | 144/404 (35.6) | 0.33 | 3.3 (−3.4 to 10.1) | 0.91 (0.76 to 1.09) | |
| 90-day mortality | 194/392 (49.5) | 177/400 (44.2) | 0.14 | 5.2 (−1.7 to 12.2) | 0.89 (0.77 to 1.04) | |
| | *median (interquartile range)* | | | | | |
| **Days alive‖** | | | | | | |
| Free of organ dysfunction | | | | | | |
| Cardiovascular | 17 (0–24) | 19 (0–24) | 0.58 | | | |
| Vasopressor use** | 17 (0–24) | 19 (0–24) | 0.61 | | | |
| Respiratory | 2 (0–14) | 3.5 (0–16) | 0.15 | | | |
| Ventilation†† | 6 (0–20) | 8.5 (0–20) | 0.24 | | | |
| Renal | 18.5 (3–28) | 21.5 (4–28) | 0.54 | | | |
| Renal-replacement therapy | 23 (5–28) | 25 (6–28) | 0.64 | | | |
| Hepatic | 24.5 (3–28) | 25 (5–28) | 0.80 | | | |
| Hematologic | 23 (3–28) | 24 (5–28) | 0.48 | | | |
| Neurologic | 15 (0–24) | 15 (0–24) | 0.57 | | | |
| Free of any organ failure | 0 (0–6) | 0 (0–9) | 0.14 | | | |
| Free of the systemic inflammatory response syndrome‡‡ | 6 (0–15) | 6 (0–18) | 0.21 | | | |
| Free of corticosteroid use | 13.5 (1–24) | 16 (1–25) | 0.33 | | | |
| **Length of stay (days)** | | | | | | |
| In ICU | 16 (8–32) | 15 (7–29) | 0.14 | | | |
| In hospital | 26 (15–53) | 27 (13–52) | 0.23 | | | |

\* Patients were analyzed in the treatment group to which they were assigned at randomization.
† Two-sided P values are based on Pearson's chi-square test.
‡ The absolute risk reduction is the mortality rate in the norepinephrine group minus the mortality rate in the vasopressin group.
§ The relative risk is the mortality rate in the vasopressin group divided by the mortality rate in the norepinephrine group.
¶ Multivariate logistic-regression analysis incorporated all significant covariates from Table 1. Baseline information was not available on the patients who underwent randomization but did not undergo infusion. Therefore, an adjusted analysis of the randomized, intention-to-treat population was not possible.
‖ Organ dysfunction for each organ system was considered to be present during each 24-hour period if there was evidence of moderate, severe, or extreme organ dysfunction according to the Brussels criteria[16] (see the Supplementary Appendix). A low score indicates more severe organ dysfunction and fewer days alive while free of organ dysfunction. P values are based on the Wilcoxon rank-sum test.
\*\* Vasopressor use was defined as 5 $\mu$g or more of dopamine per kilogram per minute or any dose of norepinephrine, epinephrine, or phenylephrine.
†† Ventilation was defined as intubation and positive-pressure ventilation.
‡‡ Freedom from the systemic inflammatory response syndrome was defined as freedom from two or more of the four diagnostic criteria.

Appendix). For most of these analyses, there was no evidence of a significant interaction between illness severity and vasopressin effect. Two of the interaction analyses (stratification according to quartile of lactate level and according to number of vasopressors at baseline) yielded moderately significant P values (P=0.04 for both), suggesting a possible advantage of vasopressin in patients

PAR-VASO-0008135

with less severe shock (Table 3 in the Supplementary Appendix).

## DISCUSSION

In this multicenter, randomized, double-blind trial of low-dose vasopressin as compared with norepinephrine in patients with septic shock, we were not able to demonstrate any significant difference in the 28-day mortality rate (35.4% in the vasopressin group vs. 39.3% in the norepinephrine group, P=0.26). We were also unable to demonstrate any significant difference between the two study groups in 90-day mortality or the rate of organ dysfunction. There was no difference in the rates of serious adverse events between the vasopressin and norepinephrine groups. Infusions of low-dose vasopressin (0.03 U per minute) increased plasma vasopressin levels to approximately 70 to 100 pmol per liter from extremely low baseline vasopressin levels (median, 3.2 pmol per liter). Consistent with at least 14 previous trials in humans[10-14,20-28] of low-dose vasopressin (≤0.1 U per minute), vasopressin infusion allowed a rapid decrease in the total norepinephrine dose while maintaining mean arterial pressure.[10-12,29]

Our study was prospectively powered to detect an absolute difference in mortality of 10% from an expected 60%. However, the observed mortality rates in both the vasopressin and norepinephrine groups were considerably lower than those in previous studies, perhaps because of overall improvements in the care of patients who have septic shock. Nonetheless, our data exclude with 95% confidence a harm associated with the use of vasopressin that was greater than 2.9% or a benefit that was greater than 10.7%.

The overall rates of serious adverse events were approximately 10% each in the vasopressin and norepinephrine groups. Previous studies raised the possibility that vasopressin infusion may increase the incidence of cardiac arrest.[29] In contrast, we found that of 11 cardiac arrests reported in this study, 8 occurred in the norepinephrine group and 3 occurred in the vasopressin group. Our selection of a low dose of vasopressin (0.03 U per minute) and careful exclusion of patients who had acute coronary syndromes or severe heart failure could account for the lack of adverse cardiovascular effects of vasopressin infusion. If vasopressin becomes routine therapy and is given at higher doses or to patients with septic shock who have coexisting heart disease, the adverse reactions to vasopressin could be increased. Other reported adverse effects of vasopressin and norepinephrine include decreased cardiac output,[11,14,29] mesenteric ischemia,[21,30] hyponatremia (with vasopressin only), skin necrosis,[31] and digital ischemia.[32] More patients in the vasopressin group than in the norepinephrine group had digital ische-



**Figure 2. Kaplan–Meier Survival Curves for Patients Who Underwent Randomization and Infusion.**
The dashed vertical line marks day 28. P values were calculated with the use of the log-rank test.

**Table 3. Serious Adverse Events in Patients Who Had Septic Shock.**

| Variable | Norepinephrine Group (N=382) | Vasopressin Group (N=396) | P Value* |
|---|---|---|---|
| | no. (%) | | |
| At least one serious adverse event | 40 (10.5) | 41 (10.3) | 1.00 |
| Acute myocardial infarction or ischemia | 7 (1.8) | 8 (2.0) | 1.00 |
| Cardiac arrest | 8 (2.1) | 3 (0.8) | 0.14 |
| Life-threatening arrhythmia | 6 (1.6) | 8 (2.0) | 0.79 |
| Acute mesenteric ischemia | 13 (3.4) | 9 (2.3) | 0.39 |
| Hyponatremia† | 1 (0.3) | 1 (0.3) | 1.00 |
| Digital ischemia | 2 (0.5) | 8 (2.0) | 0.11 |
| Cerebrovascular accident | 1 (0.3) | 1 (0.3) | 1.00 |
| Other‡ | 2 (0.5) | 5 (1.3) | 0.45 |

\* Two-sided P values are based on Fisher's exact test.
† Hyponatremia was defined as a serum sodium level of less than 130 mmol per liter.
‡ Other events include acute hepatitis, agranulocytosis, pulmonary embolism, seizures, drug error, and two cases of drug extravasation from the central venous catheter.

PAR-VASO-0008136

**Table 4. Rates and Risks of Death from Any Cause According to the Severity of Shock.***

| Stratum | Norepinephrine Group | Vasopressin Group | P Value† | Absolute Risk Reduction (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | *no./total no. (%)* | | | *%* | |
| More severe septic shock | | | | | |
| 28-day mortality | 85/200 (42.5) | 88/200 (44.0) | 0.76 | −1.5 (−11.2 to 8.2) | 1.04 (0.83 to 1.3) |
| 90-day mortality | 105/199 (52.8) | 103/199 (51.8) | 0.84 | 1.0 (−8.8 to 10.8) | 0.98 (0.81 to 1.18) |
| Less severe septic shock | | | | | |
| 28-day mortality | 65/182 (35.7) | 52/196 (26.5) | 0.05 | 9.2 (−0.1 to 18.5) | 0.74 (0.55 to 1.01) |
| 90-day mortality | 83/180 (46.1) | 69/193 (35.8) | 0.04 | 10.4 (0.4 to 20.3) | 0.78 (0.61 to 0.99) |

\* Patients with more severe septic shock were defined as those who required at least 15 $\mu$g of norepinephrine per minute or the equivalent at the time of randomization. Those with less severe septic shock were defined as those who required 5 to 14 $\mu$g of norepinephrine per minute or the equivalent at the time of randomization.
† Two-sided P values are based on Pearson's chi-square test.

mia; one patient in the vasopressin group required surgical intervention.

Our secondary hypothesis was that the beneficial effects of vasopressin as compared with norepinephrine would be more pronounced in the subgroup of patients with more severe septic shock. No significant interaction between treatment group and shock-severity subgroup (as defined a priori) was shown. Some of the analyses we performed suggested that vasopressin may be more beneficial in patients with less severe septic shock. However, the statistical significance of these observations is uncertain, especially because of the many statistical tests performed, and this finding should be considered only as a hypothesis-generating concept to be tested in future trials.[33]

Several limitations of our trial should be mentioned. The vasopressin was infused over a set range of doses, and we did not measure vasopressin levels as a guide to the dose or the duration of infusion. In addition, in this trial the mean arterial pressure at baseline was 72 to 73 mm Hg, essentially making this a study of the effects of low-dose vasopressin as a "catecholamine-sparing drug," not an evaluation of vasopressin in patients with catecholamine-unresponsive refractory shock. The mean time from meeting the criteria for study entry to infusion of the study drug (12 hours) was greater than the period that Rivers and colleagues[4] identified as being important in early goal-directed therapy (6 hours), which may be one reason that we did not find a benefit of vasopressin as compared with norepinephrine.

In summary, we evaluated the effect of low-dose vasopressin (0.03 U per minute) when used in conjunction with catecholamine vasopressors in patients with septic shock. We did not find a significant reduction in mortality rates with vasopressin.

Supported by a grant (MCT 44152) from the Canadian Institutes of Health Research.

Drs. Russell, Walley, and Gordon report serving as officers and holding stock in Sirius Genomics, which has submitted a patent, owned by the University of British Columbia and licensed to Sirius Genomics, that is related to the genetics of vasopressin. The University of British Columbia has also submitted a patent related to the use of vasopressin in septic shock. Drs. Russell, Walley, and Gordon report being inventors on this patent. Drs. Russell and Walley report receiving consulting fees from Ferring, which manufactures vasopressin. Dr. Russell reports receiving grant support from Sirius Genomics, Novartis, and Eli Lilly; and Dr. Wally, from Sirius Genomics. No other potential conflict of interest relevant to this article was reported.

APPENDIX

The following persons and institutions participated in the Vasopressin and Septic Shock Trial (VASST): **Writing Committee** — J.A. Russell (chair), K.R. Walley, A.C. Gordon, C. Holmes, J.T. Granton, P.C. Hébert, D.J. Cooper, S. Mehta, J. Singer, D.J. Cook, J.J. Presneill, M.M. Storms; **Executive Committee** — J.A. Russell (chair), K.R. Walley, C.L. Holmes, J.T. Granton, P.C. Hébert, D.J. Cooper, S. Mehta, J. Singer, A.C. Gordon, M.M. Storms (project coordinator), S. Jones (administrative assistant); **Management Committee** — J.A. Russell (chair), M.M. Storms (project coordinator), K.R. Walley, C.L. Holmes, J. Singer, A.C. Gordon, S. Jones (administrative assistant); **Data Safety and Monitoring Board** — G.R. Bernard (chair), A.S. Slutsky, G.A Wells; **Canadian Institutes of Health Research** — A. Gasparini; **Data Management** — J. Singer, B. Savage, D. Ayers, R. Woods, K. Wu, M. Maralit; **Monitoring** — L. Smith, K. Foley, A. Suri, M. Steinberg, B. Howe, P. Galt, A. Higgins, M.M. Storms; **Laboratory** — M.E. LeBlanc, A.M. Sutherland, A. Sham, A. McLeod; **Clinical Centers and Investigators: Canada** — British Columbia: St. Paul's Hospital — J.A. Russell, K.R. Walley, D.R. Dorscheid, M. Hameed, L. Lazosky, S. Helderweirt, K. Foley, C. Honeyman, T. Terins; Vancouver General Hospital — D. Chittock, J. Ronco, L. Smith, S. Logie; Royal Jubilee

PAR-VASO-0008137

*Hospital* — G. Wood, F. Auld; *Kelowna General Hospital* — C. Holmes, V. Stedham, M. Mantle, L. Fox, G.D. McCauley, J.D. Rolf, C. Erbacher; *Richmond General Hospital* — G. Martinka, S. Goulding, S. Silverwood, L. Leung; *Royal Columbian Hospital* — S. Keenan, J. Murray, M. Van Osch; **Manitoba:** *St. Boniface Hospital* — B. Light, M. Dominique; *Winnipeg Health Science Centre* — P. Gray, R. Stimpson, S. Rosser, D. Bell, W. Janz; **Ontario:** *Ottawa Hospital, General Campus* — P.C. Hébert, T. McArdle, I. Watpool; *University Health Network–Toronto General & Toronto Western Hospitals* — J.T. Granton, M. Steinberg, A. Matte-Martyn; *St. Joseph's Hospital* — D.J Cook, E. McDonald, F. Clarke, A. Tkaczyk, N. Zytaruk; *Mount Sinai Hospital* — S. Mehta, T. Stewart, A. Suri, C. Martinez-Motta, R. MacDonald, V. Sivanantham; *Ottawa Hospital, Civic Campus* — R. Hodder, J. Foxall, M. Lewis; *St. Michael's Hospital* — M. Ward, C. Dos Santos, J. Friedrich, D. Scales, O. Smith, I. DeCampos, A. Richards, H. Michalopoulos, U. Bakshi; *Sunnybrook and Women's College Health Science Centre* — W. Sibbald (deceased), T. Smith, K. Code, B. Bojilov, C. Dale, M. Keogh; *Hamilton Health Sciences Centre* — M. Meade, L. Hand; *London Health Sciences Centre* — C. Martin, J. Kehoe, V. Binns; *Sudbury Regional Hospital* — M. Mehta, M. McGuire; *Charles LeMoyne Hospital* — G. Poirier, L. Provost; *Hôtel-Dieu Grace Hospital* — J. Muscedere, C. Diemer; **Australia — Victoria:** *Alfred Hospital* — D.J. Cooper, V. Pellegrino, A. Hilton, S. Morrison, S. Vallance, K. Moulden, C. Harry; *Royal Melbourne Hospital* — J.J. Presneill, M.S. Robertson, J.F. Cade, B.D. Howe, D.K. Barge, C.A. Boyce, F. Healy; *Monash Medical Centre* — C. Wright, D. Weyandt, J. Barrett, C. Walker, P. Galt, S. Burton; **Western Australia:** *Royal Perth Hospital* — G. Dobb, S. Perryman, J. Chamberlain, L. Thomas; **South Australia:** *Flinders Medical Centre* — A. Bersten, L. Daly, T. Hunt, D. Wood; **United States — Phoenix, AZ:** *Mayo Clinic Hospital* — B. Patel, J. Larson, M. Rady, G. LeBrun, E. Boyd, R. Rush.

REFERENCES

1. Angus DC, Linde-Zwirble WT, Lidicker J, Clermont G, Carcillo J, Pinsky MR. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. Crit Care Med 2001;29:1303-10.

2. Annane D, Aegerter P, Jars-Guincestre MC, Guidet B. Current epidemiology of septic shock: the CUB-Réa Network. Am J Respir Crit Care Med 2003;168:165-72.

3. Friedman G, Silva E, Vincent JL. Has the mortality of septic shock changed with time. Crit Care Med 1998;26:2078-86.

4. Rivers E, Nguyen B, Havstad S, et al. Early goal-directed therapy in the treatment of severe sepsis and septic shock. N Engl J Med 2001;345:1368-77.

5. Dellinger RP, Carlet JM, Masur H, et al. Surviving Sepsis Campaign guidelines for management of severe sepsis and septic shock. Crit Care Med 2004;32:858-73. [Errata, Crit Care Med 2004;32:1448, 2169-70.]

6. Hayes MA, Timmins AC, Yau EH, Palazzo M, Hinds CJ, Watson D. Elevation of systemic oxygen delivery in the treatment of critically ill patients. N Engl J Med 1994;330:1717-22.

7. Bomzon L, Rosendorff C. Renovascular resistance and noradrenaline. Am J Physiol 1975;229:1649-53.

8. Landry DW, Oliver JA. The pathogenesis of vasodilatory shock. N Engl J Med 2001;345:588-95.

9. Holmes CL, Patel BM, Russell JA, Walley KR. Physiology of vasopressin relevant to management of septic shock. Chest 2001;120:989-1002.

10. Patel BM, Chittock DR, Russell JA, Walley KR. Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology 2002;96:576-82.

11. Landry DW, Levin HR, Gallant EM, et al. Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 1997;25:1279-82.

12. Malay MB, Ashton RC Jr, Landry DW, Townsend RN. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma 1999;47:699-703.

13. Dunser MW, Mayr AJ, Ulmer H, et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation 2003;107:2313-9.

14. Luckner G, Dünser MW, Jochberger S, et al. Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med 2005;33:2659-66.

15. American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference: definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis. Crit Care Med 1992;20:864-74.

16. Bernard GR, Wheeler AP, Arons MM, et al. A trial of antioxidants N-acetylcysteine and procysteine in ARDS. Chest 1997;112:164-72.

17. Lan KKG, DeMets DL. Discrete sequential boundaries for clinical trials. Biometrika 1983;70:659-63.

18. Fergusson D, Aaron SD, Guyatt G, Hébert P. Post-randomisation exclusions: the intention to treat principle and excluding patients from analysis. BMJ 2002;325:652-4.

19. Knaus WA, Draper EA, Wagner DP, Zimmerman JE. APACHE II: a severity of disease classification system. Crit Care Med 1985;13:818-29.

20. Landry DW, Levin HR, Gallant EM, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation 1997;95:1122-5.

21. van Haren FM, Rozendaal FW, van der Hoeven JG. The effect of vasopressin on gastric perfusion in catecholamine-dependent patients in septic shock. Chest 2003;124:2256-60.

22. Argenziano M, Chen JM, Choudhri AF, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg 1998;116:973-80.

23. Argenziano M, Chen JM, Cullinane S, et al. Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant 1999;18:814-7.

24. Argenziano M, Choudhri AF, Oz MC, Rose EA, Smith CR, Landry DW. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997;96:Suppl:II-286–II-290.

25. Morales DL, Gregg D, Helman DN, et al. Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surg 2000;69:102-6.

26. Rosenzweig EB, Starc TJ, Chen JM, et al. Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation 1999;100:Suppl:II-182–II-186.

27. Chen JM, Cullinane S, Spanier TB, et al. Vasopressin deficiency and pressor hypersensitivity in hemodynamically unstable organ donors. Circulation 1999;100:Suppl:II-244–II-246.

28. Gold J, Cullinane S, Chen J, et al. Vasopressin in the treatment of milrinone-induced hypotension in severe heart failure. Am J Cardiol 2000;85:506-8.

29. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med 2001;27:1416-21.

30. Klinzing S, Simon M, Reinhart K, Bredle DL, Meier-Hellmann A. High-dose vasopressin is not superior to norepinephrine in septic shock. Crit Care Med 2003;31:2646-50.

31. Dünser MW, Mayr AJ, Tür A, et al. Ischemic skin lesions as a complication of continuous vasopressin infusion in catecholamine-resistant vasodilatory shock: incidence and risk factors. Crit Care Med 2003;31:1394-8.

32. Hayes MA, Yau EH, Hinds CJ, Watson JD. Symmetrical peripheral gangrene: association with noradrenaline administration. Intensive Care Med 1992;18:433-6.

33. Assmann SF, Pocock SJ, Enos LE, Kasten LE. Subgroup analysis and other (mis)uses of baseline data in clinical trials. Lancet 2000;355:1064-9.

*Copyright © 2008 Massachusetts Medical Society.*

PAR-VASO-0008138

# Supplementary Appendix

This appendix has been provided by the authors to give readers additional information about their work.

Supplement to: Russell JA, Walley KR, Singer J, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med 2008;358:877-87.

PAR-VASO-0008139

# Online Supplement

# Methods

### Septic shock definition

*SIRS criteria* were:

(1) fever (>38$^0$C) or hypothermia (< 36$^0$C),

(2) tachycardia (heart rate > 90 beats per minute),

(3) tachypnea (respiratory rate > 20 breaths per minute or $PaCO_2$ < 32 mmHg) or need for mechanical ventilation,

(4) abnormal leukocyte count (> 12,000 cells/mm$^3$, < 4000 cells/mm$^3$, or > 10% immature [band] forms).

*Known or suspected infection* was defined by clinical suspicion of infection (microbiology cultures were positive or pending and the patient was being treated using antibiotics).

*Hypotension* was defined by: systolic blood pressure (SBP) less than 90 mmHg or decrease in SBP by at least 40 mmHg for more than one hour while central venous pressures (CVP) remained adequate (≥ 12 mmHg) or at least 500 mL of saline was infused or if vasopressors were infused to maintain blood pressure.

*Vasopressor requirement*. Norepinephrine equivalent dose was calculated as [norepinephrine (μg/min)] + [dopamine (μg/kg/min) ÷ 2] + [epinephrine (μg/min)] + [phenylephrine (μg/min) ÷ 10] after the study of Patel *et al.*[10] Patients needed to have received ≥ 5 μg/min of norepinephrine or equivalent for at least six consecutive hours in the preceeding 24 hours and to have received at

least 5 μg/min within the last hour prior to randomization. We also defined a fast track entry option for patients requiring high vasopressor doses (norepinephrine equivalent $\geq$ 15 μg/hr for three consecutive hours) who could be randomized at three hours rather than at six hours.

*New organ dysfunction* was defined as respiratory (ventilated and $PaO_2/FiO_2 < 300$ mmHg), renal (urine output < 30 mL/hour or less than 0.5 mL/kg body weight, for at least one hour), coagulation (platelet count < 80,000/mm$^3$), and neurologic (Glasgow Coma Score < 12, prior to receiving sedation).

**Exclusion criteria**

(1)   unstable coronary syndrome (acute myocardial infarction during this episode of shock based on the combination of history, electrocardiogram, and enzyme changes (as defined by investigator),

(2)   greater than 24 hours had elapsed since the patient met entry criteria,

(3)   use of open-label vasopressin for blood pressure support during the current hospital admission,

(4)   malignancy or other irreversible disease or condition for which six-month mortality was estimated to be $\geq$ 50%,

(5)   acute mesenteric ischemia either proven or suspected. A patient could be excluded by the investigator if, in their judgment, the condition was strongly suspected but not proven by conventional criteria or the attending physician had initiated presumptive therapy,

(6)   death anticipated within 12 hours,

(7)   underlying chronic heart disease (NYHA class III or IV) and shock,

(8)   physician and team were not committed to aggressive care,

(9)   severe hyponatremia (serum sodium < 130 mmol/L),

(10)  traumatic brain injury (GCS < 8 prior to onset of sepsis),

(11)  Raynaud's phenomenon, systemic sclerosis or vasospastic diathesis,

(12)  pregnancy (positive serum β-HCG).

**Weaning of vasopressors**

The weaning of open-label vasopressors was allowed only when target mean arterial pressure (MAP) had been reached during the study drug infusion. Open-label vasopressors were increased only if target MAP was not reached on maximal study drug infusion.  When the study drug infusion was at 15 mL/hr, then open-label norepinephrine was weaned by 1-2 µg/min every 5 - 10 minutes while maintaining target MAP.

Weaning of the study medication was commenced when the target MAP was maintained while off all open-label vasopressors for eight hours.  The infusion of study medication was decreased in 2.5 mL decrements every hour while the target MAP was maintained. Time of discontinuation of study drug for at least 12 hours was recorded. In the event of hypertension despite the above weaning protocols (MAP > 85 mmHg), open-label vasopressors and study drug could be weaned more rapidly.

If re-infusion of vasopressors was required once a patient had been weaned from vasopressor support, study drug was recommenced first. In the case of emergency situations that required re-infusion of vasopressors and the study drug was not immediately available, any open-label vasopressor (except open-label vasopressin) could be infused to maintain blood pressure until the study drug was available. An inability to re-infuse study drug within 12 hours (e.g. study pharmacist unavailable) was reported as a protocol violation.

**Co-interventions**

The effect of co-interventions was minimized because the medical teams were not aware of treatment allocation. Other aspects of managing septic shock and critical illness were at the discretion of the ICU team. However, important co-interventions potentially influencing the primary outcome were recorded.

**Plasma vasopressin levels**

Blood for measurement of plasma vasopressin levels was collected at six sites (St Paul's, Mount. Sinai, Ottawa General, Toronto General, The Alfred and The Mayo Clinic hospitals) at five timepoints; baseline, 6, 24, 72 hours and 7 days. Blood was collected in chilled EDTA bottles, cold centrifuged and the plasma stored at $-70^0$C until analysis. Vasopressin was analyzed after extraction on reversed phase column by double antibody immunoassay (Buhlman Laboratories, Basel, Switzerland) at London Laboratory Services Group, London, Ontario. The sensitivity limit of this assay is 0.39 pmol/L. The precision between runs was 11% at a mean of 1.9 pmol/L, 9.1% at a mean of 10.2 pmol/L, and 8.6% at a mean of 16.5 pmol/L. The within run variations were lower at all levels.

Within the five collecting centers, 107 of 359 (29.8%) patients infused with study drug had vasopressin assays done.

**Outcomes**

Study personnel visited patients in hospital and contacted patients or healthcare professionals for participants who left the hospital to determine 28-day and 90-day survival. Length of stay in the ICU and hospital was defined as the time spent in ICU or hospital respectively during the index

PAR-VASO-0008143

hospitalization. A patient was considered discharged on the day of transfer home, to alternate care (off active care while in hospital) or to a chronic care facility.

PAR-VASO-0008144

**Online Table 1. Brussels organ dysfunction definitions**

| Organs | Normal | Mild | Clinically Significant Organ Dysfunction | | |
| --- | --- | --- | --- | --- | --- |
| | | | Moderate | Severe | Extreme |
| Cardiovascular (systolic blood pressure, mmHg) | > 90 | ≤ 90 fluid responsive | ≤ 90 not fluid responsive | ≤ 90 pH 7.3 | ≤ 90 pH 7.2 |
| Pulmonary (PaO$_2$/FiO$_2$, mmHg) | > 400 | 400 – 301 | 300 – 201 | 200 – 101 | 100 |
| Neurologic (GCS) | 15 | 14 – 13 | 12 – 10 | 9 – 6 | ≤ 5 |
| Coagulation (platelet count, x10$^3$/mm$^3$) | > 120 | 120 – 81 | 80 – 51 | 50 – 21 | ≤20 |
| Renal (creatinine, μmol/L [mg/dL]) | <133 [<1.5] | 133 – 175 [1.5-1.9] | 176 – 300 [2.0-3.4] | 301 – 442 [3.5-4.9] | ≥443 [≥5.0] |
| Hepatic (bilirubin, μmol/L [mg/dL]) | < 20 [<1.2] | 20 – 32 [1.2-1.9] | 33 – 99 [2.0-5.9] | 100 – 199 [6.0-11.9] | ≥200 [≥12.0] |

Days alive and free (DAF) calculations. DAF was scored as 1 if the patient was alive and free of organ dysfunction (normal or mild dysfunction). DAF was scored as 0 if the patient had organ dysfunction (moderate, severe, or extreme) or was not alive. A low DAF score indicates more organ dysfunction because a low score indicates fewer days alive and free of organ dysfunction. Each of the 28 days after meeting the inclusion criteria was scored. For any 24-hour period in which there is no measurement of a variable, we carried forward the value from the previous 24-hour period. If any variable was never measured, it was assumed to be normal. Once a patient was discharged home they were considered free of organ or failure.

PAR-VASO-0008145

**Protocol / Data Monitoring**

To ensure compliance with the study protocol across the multiple sites and verify accurate data collection a process of monitoring case report forms (CRF) was undertaken. Eight trained monitors visited a representative sample of sites to verify important data on the CRF against source documents. This included appropriate ascertainment of consent, accurate application of inclusion and exclusion criteria, compliance with study drug infusion (initiation, maintenance and weaning), 28-day and 90-day mortality, time to hemodynamic stability, protocol violations and any serious adverse events. Geographical and budgetary restrictions prevented 100% monitoring.

In total 454 (58.3%) charts in 16 sites in Canada and Australia were monitored. In general the quality of data collected on the CRF was very good, there was consistent interpretation of the protocol and CRF, and the determination of outcome was 100% correct. In summary two additional serious adverse events were captured, there were 21 minor variations in the consent documents including incorrect version of consent form used, no witness or investigator signatures, 10 patients were enrolled outside of the 24 hour inclusion window and one patient was found not to have a new additional organ failure on inclusion.

**Online supplement results**



**Online Figure 1.** Comparison of mean arterial pressure (above) and heart rate (below) in the norepinephrine group (grey circles) and vasopressin group (black squares). Values are mean +/- standard deviation. Heart rate was significantly lower in the vasopressin group than in the

PAR-VASO-0008147

norepinephrine group over the first four days ($P < 0.001$). There were no statistically significant differences between the norepinephrine and vasopressin groups in mean arterial pressure.

PAR-VASO-0008148



**Online Figure 2.** Rates of total norepinephrine infusion (open-label and study drug) in the vasopressin treated group (black squares) and the norepinephrine treated group (grey circles) amongst patients who were treated only with open-label norepinephrine at baseline. The rates of norepinephrine infusion were significantly lower in the vasopressin group than in the norepinephrine group over the first four days (P < 0.001). Values are median + interquartile range

PAR-VASO-0008149



**Online Figure 3**. Plasma vasopressin levels over time in a convenience sample of patients receiving a vasopressin infusion, n = 54, (black squares), patients in the vasopressin group once vasopressin infusions had stopped (open squares) and patients in the norepinephrine group, n = 53, (grey circles). Values are median + interquartile range. For reference, physiologic plasma vasopressin levels are typically less than 4 pmol/L in humans who are not hypotensive (Cowley AW, Cushman WC, Quillen EW, et al. Vasopressin elevation in essential hypertension and increased responsiveness to sodium intake. Hypertension 1981; 3:I93-I100.

PAR-VASO-0008150

| CHARACTERISTIC | LESS SEVERE SEPTIC SHOCK N (%) N = 378 | MORE SEVERE SEPTIC SHOCK N (%) N= 401 | P VALUE |
|---|---|---|---|
| Age (years) | 60.5 ± 16.2 | 60.6 ± 16.3 | 0.99 |
| Male Gender | 229 (60.6) | 246 (61.3) | 0.83 |
| Recent surgical history | 141 (37.3) | 142 (35.4) | 0.59 |
| APACHE II score | 25.3 ± 7.2 | 28.7 ± 7.1 | <0.001 |
| Ethnicity | | | |
|   Caucasian | 324 (85.7) | 332 (82.8) | 0.36 |
| Pre-existing conditions | | | |
|   Ischemic Heart Disease | 65 (17.2) | 68 (17.0) | 0.62 |
|   Congestive Heart Failure | 36 (9.5) | 22 (5.5) | 0.30 |
|   COPD | 74 (19.6) | 53 (13.2) | 0.04 |
|   Chronic Renal Failure | 40 (10.6) | 48 (12.0) | 0.51 |
|   Diabetes | 73 (19.3) | 92 (22.9) | 0.28 |
|   Liver Disease | 43 (11.4) | 45 (11.2) | 0.62 |
|   Alcoholism | 61 (16.1) | 47 (11.7) | 0.13 |
|   Injection Drug Abuse | 22 (5.8) | 12 (3.0) | 0.10 |
|   Cancer | 89 (23.5) | 100 (24.9) | 0.56 |
|   Immunocompromised | 61 (16.1) | 78 (19.5) | 0.30 |
|   Solid Organ Transplant | 15 (4.0) | 16 (4.0) | 0.62 |
|   Steroid use | 86 (22.8) | 82 (20.4) | 0.47 |
|   Recent Trauma | 18 (4.8) | 21 (5.2) | 0.76 |
| New Organ Failure | | | |
|   Cardiovascular | 378 (100) | 401 (100) | 1.0 |
|   Respiratory | 331 (87.6) | 352 (87.8) | 0.85 |
|   Renal | 231 (61.1) | 291 (72.6) | 0.001 |
|   Hematology/Coagulation | 85 (22.5) | 117 (29.2) | 0.03 |
|   Neurologic | 82 (21.7) | 108 (26.9) | 0.15 |
| Number of organ dysfunctions | 3.3 ± 1.1 | 3.6 ± 1.1 | 0.001 |
| Source of Infection | | | 0.03 |
|   Lung | 177 (46.8) | 150 (37.4) | |
|   Abdomen | 92 (24.3) | 119 (29.7) | |
|   Other* | 109 (28.8) | 132 (32.9) | |
| Pathogen Type in positive cultures | | | 0.54 |
|   Gram positive alone | 64 (16.9) | 75 (18.7) | |
|   Gram negative alone | 34 (9.0) | 49 (12.2) | |
|   Mixed organisms | 144 (38.1) | 138 (34.4) | |
|   Other & unknown | 136 ( 36.0) | 139 (34.7 ) | |
| Hemodynamic variables | | | |

|  |  |  |  |
|---|---|---|---|
| Systolic Blood Pressure (mm Hg) | 111.6 ± 16.2 | 107.2 ± 17.0 | <0.001 |
| Mean Arterial Pressure (mm Hg) | 74.0 ± 9.2 | 71.6 ± 9.7 | 0.03 |
| Arterial pH | 7.35 ± 0.08 | 7.29 ± 0.11 | 0.11 |
| Serum lactate (mmol/L) | 2.4 ± 2.0 | 4.3 ± 3.6 | <0.001 |
| Vasoactive Drug Dosage at Randomization |  |  |  |
| Norepinephrine (μg/min) | 9.8 ± 5.5 (n=310) | 30.0 ± 23.3 (n=363) | <0.001 |
| Epinephrine (μg/min) | 7.8 ± 6.1 (n=8) | 12.6 ± 15.1 (n=42) | 0.14 |
| Dopamine (μg/kg/min) | 7.3 ± 6.0 (n=19) | 7.5 ± 5.8 (n=35) | 0.92 |
| Dobutamine (μg/kg/min) | 4.7 ± 3.1 (n=24) | 6.2 ± 5.0 (n=65) | 0.09 |
| Milrinone (μg/kg/min) | 0.3 ± 0.1 (n=17) | 0.4 ± 0.3 (n=16) | 0.36 |
| Phenylephrine (μg/min) | 110 ± 71 (n=68) | 188 ± 76 (n=88) | <0.001 |
| Time from meeting inclusion criteria to study drug infusion (hours) | 12.3 ± 10.3 | 11.2 ± 7.9 | 0.08 |

Plus-minus values are means ± SD.  COPD denotes chronic obstructive pulmonary disease, and

APACHE II Acute Physiology and Chronic Health Evaluation II

*Other sites of infection included the blood, skin, central nervous system, bones and joints,

cardiac system and reproductive organs

PAR-VASO-0008152



A.



B.

PAR-VASO-0008153

**Online Figure 4**. 90-day Kaplan Meier Survival Curves, A) patients in more severe stratum, (p = 0.77 at day 28 and p= 0.92 at day 90), B) patients in less severe stratum (p = 0.05 at day 28 and p= 0.03 at day 90). The interaction p value (test for heterogeneity) was 0.10. Solid black line is the vasopressin treated group, the dotted line is the norepinephrine treated group, and the vertical line marks day 28. P values were calculated using the log rank statistic.

PAR-VASO-0008154

| Post-hoc subgroups | | NOREPINEPHRINE GROUP N / total N (%) | VASOPRESSIN GROUP N / total N (%) | P VALUE* | INTERACTION STATISTIC P VALUE** |
|---|---|---|---|---|---|
| Treatment by lactate Quartile | First lactate quartile (≤1.4mmol/L) | 26/77 (33.8) | 17/90 (18.9) | 0.03 | 0.04 |
| | Second lactate quartile (1.5 – 2.3 mmol/L) | 36/87 (41.4) | 35/85 (41.2) | 0.98 | 0.65 |
| | Third lactate quartile (2.4 – 4.4 mmol/L) | 30/77 (39.0) | 31/85 (36.5) | 0.74 | 0.51 |
| | Fourth lactate quartile (>4.4mmol/L) | 47/83 (56.6) | 49/80 (61.3) | 0.55 | - |
| Treatment by number of vasopressors at baseline | One vasopressor | 108/271 (39.9) | 85/272 (31.3) | 0.04 | 0.04 |
| | Two or more vasopressors | 42/111 (37.8) | 55/124 (44.4) | 0.31 | - |
| Treatment by use of norepinephrine at baseline | Norepinephrine | 123/329 (37.4) | 120/343 (35.0) | 0.52 | 0.31 |
| | No norepinephrine | 27/53 (50.9) | 20/53 (37.7) | 0.17 | - |
| Treatment by pathogen identification | Pathogen identified | 112/292 (38.4) | 117/324 (36.1) | 0.56 | 0.35 |
| | No Pathogen identified | 38/90 (42.2) | 23/72 (31.9) | 0.18 | - |
| Treatment by APACHE II Quartiles | APACHE II <22 | 23/95 (24.2) | 24/116 (20.7) | 0.54 | 0.73 |
| | APACHE II 23-27 | 39/119 (32.8) | 32/92 (34.8) | 0.76 | 0.59 |
| | APACHE II 28-32 | 34/81 (42.0) | 34/100 (34.0) | 0.27 | 0.57 |

PAR-VASO-0008155

| | | | | | |
|---|---|---|---|---|---|
| | APACHE II >32 | 54/87 (62.1) | 50/88 (56.8) | 0.48 | - |
| Treatment by APACHE II ≤ 27 versus >27 | APACHE II ≤ 27 | 62/214 (29.0) | 56/208 (26.9) | 0.64 | 0.50 |
| | APACHE II >27 | 88/168 (52.4) | 84/188 (44.7) | 0.15 | - |
| Treatment by Time to Study Drug Infusion | ≤ 12 hrs | 90/222 (40.5) | 68/205 (33.2) | 0.12 | 0.28 |
| | >12 hrs | 60/160 (37.5) | 72/191 (37.7) | 0.97 | - |

* Within subgroup analysis, two-sided P values are based on Pearson's chi-squared tests.

**Interaction statistic was calculated using logistic regression.

PAR-VASO-0008156

*Blood Pressure.* 2006; 15: 375–383



## ORIGINAL ARTICLE

# Early left ventricular gene expression profile in response to increase in blood pressure

JAANA RYSÄ, JANI ARO & HEIKKI RUSKOAHO

*Department of Pharmacology and Toxicology, Biocenter Oulu, University of Oulu, Finland*

### Abstract
The heart adapts to increased pressure overload by hypertrophic growth of terminally differentiated cardiomyocytes. At the genetic level, the hypertrophic response is characterized by the reprogramming of gene expression, i.e. upregulation of immediate early genes, natriuretic peptide genes and genes encoding structural proteins. In the present study, we characterized the early changes in gene expression with cDNA expression arrays in response to increase in blood pressure produced by arginine$^8$–vasopressin infusion (0.05 μg/kg/min, i.v.) for 30 min and 4 h in conscious normotensive rats. Expression profiling revealed differential expression of 14 genes in the left ventricle, and several novel factors of immediate early genetic response to pressure overload were identified, such as growth arrest and DNA damage inducible protein 45 (GADD45α), epidermal fatty acid-binding protein (E-FABP) and Bcl-X. Administration of angiotensin II (Ang II) for 6 h by osmotic minipumps also increased left ventricular GADD45α, E-FABP and Bcl-X gene expression. Furthermore, the induction of GADD45α and Bcl-X gene expression by Ang II was blocked by angiotensin II type 1 receptor antagonist losartan. In summary, our analysis provided new insights into the pathogenesis of pressure overload-induced hypertrophy by suggesting the existence of novel regulators of the immediate early gene expression program.

**Key Words:** *Angiotensin receptor blockers, gene expression/regulation, hypertrophy, vasopressin*

## Introduction

Left ventricular hypertrophy (LVH) is the most potent predictor of adverse cardiovascular outcomes in the hypertensive population, and is an independent risk factor for coronary heart disease, sudden death, heart failure and stroke (1). LVH is an adaptive response of the myocardium to increased cardiac workload; its development normalizes wall tension and is thought to preserve systolic ventricular function (1). The hypertrophic response in cardiac myocytes is characterized by morphological changes that include increase in cell size and protein synthesis, enhanced sarcomeric reorganization and complex changes in cardiac gene expression (1,2). The early (within 1 h) genetic response to hemodynamic overload is characterized by the activation of immediate early response genes such as proto-oncogenes (*c-fos, c-myc, c-jun* and *Egr-1*) and a major heat shock protein-70 (Hsp-70) (3). This is followed by up-regulation of B-type natriuretic peptide (BNP) and later (12–24 h) re-activation of atrial natriuretic peptide (ANP) gene expression (4,5,6). Further, a subtype switch of the contractile protein gene expression such as α-myosin heavy chain (α-MHC) to β-myosin heavy chain (β-MHC) and cardiac muscle α-actin (caα-A) to skeletal muscle α-actin (skα-A) has been observed (2,7).

In the present study, we used cDNA expression arrays to characterize the very early cardiac transcriptional response to pressure overload induced by 30 min and 4 h of intravenous infusion of arginine$^8$–vasopressin (AVP) in conscious normotensive rats. We have previously shown that in this model the activation of gene expression is angiotensin II (Ang II)- and endothelin-1-independent (8). Expression profiling revealed several novel factors involved in

Correspondence: Heikki Ruskoaho, Department of Pharmacology and Toxicology, University of Oulu, P.O. Box 5000, FIN-90014 University of Oulu, Finland. Tel: +358-8-537 5236. Fax: +358-8-537 5247. E-mail: heikki.ruskoaho@oulu.fi

*(Received 15 June 2006; accepted 26 September 2006)*

ISSN 0803-7051 print/ISSN 1651-1999 online © 2006 Taylor & Francis
DOI: 10.1080/08037050601037851



immediate early genetic response to increase in blood pressure, such as growth arrest and DNA damage inducible protein 45 (GADD45α), epidermal fatty acid-binding protein (E-FABP) and Bcl-X. The expression profiles of selected transcripts were further confirmed in Ang II-induced hypertension. In addition, we examined the effect of angiotensin II type 1 (AT₁) receptor antagonist losartan on Ang II-induced left ventricular GADD45α, E-FABP and Bcl-X gene expression *in vivo*.

## Materials and methods

### Experimental designs in conscious rats

Male 3-month-old (weighing 250–300 g) Sprague-Dawley rats from the Center for Experimental Animals at the University of Oulu were used. The rats were anesthetized with 0.26 mg/kg fentanyl citrate, 8.25 mg/kg fluanisone and 4.1 mg/kg midazolam i.p., and instrumented for vehicle and drug infusions as previously described (4,8). The experiments were started in conscious animals by measurement of mean arterial pressure (MAP) and heart rate for 30 min before baseline hemodynamic measurements were made. Then AVP (Peninsula Laboratories Europe) at a dose of 0.05 µg/kg per minute or vehicle (0.9% NaCl) was infused i.v. at 37.5 µl/min for 30 min and 4 h. Angiotensin II (Sigma Chemicals) (33 µg/kg/h) or vehicle (0.9% NaCl) was administered through subcutaneously implanted osmotic minipumps (Alzet) in conscious rats for 6, 12 and 72 h, and 2 weeks as described before (9). In a separate series of experiments, vehicle (0.9% NaCl), Ang II (33 µg/kg/h), losartan (400 µg/kg/h) (10) (a generous gift from Merck), or Ang II in combination with losartan was administered for 6 h.

At the end of experiments, left ventricular samples were blotted dry, weighed, frozen in liquid nitrogen and stored at −70°C for further analysis. The experimental design was approved by the Animal Care and Use Committee of the University of Oulu.

### Preparation of RNA

Total RNA was isolated by the guanidine thiocyanate-CsCl method (11). For array analysis, RNA preparations were digested with DNase I (Amersham Biosciences) to avoid any contamination by genomic DNA. The quality and integrity of the isolated RNA was monitored by gel electrophoresis determination in the presence of RNA standards (Promega).

### ATLAS cDNA expression array

Analysis of differential gene expression was done by using ATLAS rat cDNA expression array (Clontech) consisting of 588 known rat genes as described by manufacturer (http://www.clontech.com/clontech/atlas/genelists/7738-1_Ra.pdf). For cDNA synthesis, 5 µg of total RNA isolated from left ventricles (n=4 in each group) was used. Briefly, $^{33}$P-labeled first-strand cDNA probes were done with Superscript™ II (Invitrogen) in the presence of gene-specific primers (Clontech) and RNase inhibitor (Ambion) according to manufacturer's protocol and purified by Sephadex G-50 (Amersham Biosciences). Hybridization of the cDNA probes to ATLAS™ membranes was done overnight at 68°C in ExpressHyb (Clontech) and washed according to manufacturer's protocols. The membranes were exposed to Phosphor screens (Eastman Kodak) and the results were analyzed with Molecular Imager FX equipment (Bio-Rad Laboratories).

### Data analysis

The intensity values for each 588 double spotted cDNAs were quantified by QuantityOne software (Bio-Rad Laboratories). Normalization among arrays was performed by dividing the background-subtracted signal for each spot on a blot by the average intensity of all of the spots on that blot. Then the average was taken of each duplicate cDNA spot to represent the gene expression level of that gene. Finally, the average signal of four different hybridizations (i.e. four different RNA-samples) was calculated and taken to further analysis as the specific expression level of that gene in each treatment. A threshold value for lowest reliable expression level was introduced to filter out unreliable low-intensity data. Ratios between gene expression levels between different treatments were then calculated (representing fold-change of mRNA levels). Genes were defined as differentially expressed if the fold-change was at least 1.5-fold and statistically significant (Student's t-test; $p < 0.05$).

### Northern analysis

For Northern Blot analyses, 20 µg of total RNA from left ventricular tissue were separated on agarose–formaldehyde gel electrophoresis and transferred to MAGNA nylon membrane (Osmonics Inc.). PCR-amplified Northern probes corresponding to bases 76–509 of rat BNP (accession number M25297), 737–1058 of Early growth response

ⓇⒾⒼⒽⓉⓈ ⓁⒾⓃⓀ🔗

factor-1 (Egr-1; NM_012551), 587–806 of plasminogen activator inhibitor-1 (PAI-1; M24067), 1286–1708 of immediate early transcription factor NGF1B (Nur77) (U17254), 260–662 of GADD45α (L32591), 536–950 of Hsp-70 (L16764), 522–1232 of Bcl-X (U72350), 11–603 of E-FABP (U13253), 922–1403 of rat ribosomal 18S RNA (M11188) and full-length ANP (M27498) were labeled, and the membranes were hybridized and washed as described previously (11), except that after hybridization the membranes were washed at +63°C and exposed to Phosphor screens (Eastman Kodak). The results were visualized and quantified with Molecular Imager FX equipment (Bio-Rad Laboratories) using QuantityOne software (Bio-Rad Laboratories). The signals of mRNA were normalized to 18S in each sample to correct for potential differences in loading and/or transfer.

*Statistical analysis*

The results are expressed as mean ± SEM. Statistical analysis was performed by unpaired Students *t*-test. For multiple comparisons, data were analyzed with one-way analysis of variance (ANOVA) followed by least significant difference (LSD) post-hoc test. A value of $p < 0.05$ was considered statistically significant.

**Results**

*AVP-induced pressure overload*

To examine the effect of acute pressure overload on left ventricular gene expression, a model of *in vivo* administration of AVP for 30 min and 4 h in conscious rats was used (4,8). Mean arterial pressure (MAP) rose rapidly and reached maximum values within 15 min during AVP infusion (AVP: $161 \pm 2$ mmHg; control: $114 \pm 2$ mmHg, $p < 0.001$) associated with a significant decrease in heart rate (AVP: $281 \pm 12$ beats/min; control: $413 \pm 8$ beats/min, $p < 0.001$) (Figure 1A and 1B). MAP and heart rate remained unchanged in the vehicle-treated animals.

To characterize the model at the level of gene expression, we measured Egr-1 and BNP mRNA levels in the left ventricle, since up-regulation of these genes represents typical genetic reprogramming in the heart subjected to mechanical stretch (4,12). A significant increase (7.9-fold, $p < 0.01$, $n = 9$) in left ventricular Egr-1 mRNA levels was seen



Figure 1. (A and B) Mean arterial pressure and heart rate in arginine[8]–vasopressin (AVP)-infused (0.05 μg/kg/min, i.v.) conscious rats. Open circle indicates vehicle, solid square, AVP. Results are expressed as mean ± SEM ($n = 9$). *$p < 0.001$ vs vehicle [one-way analysis of variance, ANOVA, followed by least significant difference (LSD) post hoc test]. (C and D) The effect of AVP on left ventricular mRNA levels of early growth response factor-1 (Egr-1) and B-type natriuretic peptide (BNP). White columns, vehicle; black columns, AVP. Results are expressed as ratio of respective mRNA to 18S, mean ± SEM ($n = 9$). †$p < 0.01$, ††$p < 0.001$, AVP vs vehicle (Student's *t*-test).

RIGHTS LINK

already after 30 min of AVP infusion, and at 4 h, both Egr-1 and BNP mRNA levels were markedly elevated (5.7-fold and 8.1-fold, respectively, $p < 0.001$, $n = 10$) (Figures 1C and 1D).

*Gene expression profiling of AVP-induced acute pressure overload*

Atlas[TM] cDNA expression membranes were used to identify changes in genes in the left ventricle in response to acute pressure overload produced by 30 min and 4 h infusion of AVP. Of 588 genes localized on the cDNA microarray used in this study, the hybridization signals of >45% were analyzable. After 30 min of AVP infusion, seven genes were found to be significantly increased and one gene decreased in the left ventricle

according to our selection criteria (at least 1.5-fold increase vs control rats; $p < 0.05$). At 4 h of AVP infusion, the expression of 11 genes was elevated and the expression of three genes was down-regulated. The differentially expressed genes are listed in Table I. Genes were further organized into groups representing their known biological functions. Accordingly, the identified genes were in the categories of cell signaling/communication, cell/organism defense and gene expression. We confirmed selected cDNA expression array results by comparison with mRNA levels obtained by Northern blot analysis. As shown in Table II, a similar differential expression in mRNA levels was observed by both cDNA expression array and Northern analysis, although the magnitude of change varied.

Table I. Genes regulated in the left ventricle in response to acute increase in blood pressure induced by 30 min and 4 h of arginine[8]–vasopressin (AVP) infusion in conscious rats.

| Accession no. | Gene name | Fold change[a] 30 min | Fold change[a] 4 h | Function |
|---|---|---|---|---|
| U17254 | Immediate early gene transcription factor NGFI-B (Nur77) | 4.9 | 12.5 | Gene expression |
| M24067 | Plasminogen activator inhibitor-1 (PAI-1) | 4.3 | 13.8 | Cell signaling/Communication |
| X17163 | c-jun proto-oncogene | 4.1 | 2.7 | Gene expression |
| M86389 | Heat shock 27 kDa protein (Hsp-27) | 2.5 | 8.1 | Cell/Organism defense |
| U13253 | Epidermal fatty acid binding protein (E-FABP) | 1.6 | 1.6 | Cell signaling/Communication |
| Z27118 | Heat shock 70-kDa protein (Hsp-70) | 1.5 | 11.3 | Cell/Organism defense |
| U72350 | Bcl-X | 1.5 | 2.7 | Cell/Organism defense |
| M25297 | B-type natriuretic peptide (BNP) | – | 12.2 | Cell signaling/Communication |
| U38376 | Cytosolic phospholipase $A_2$ | – | 5.7 | Cell signaling/Communication |
| L32591 | Growth arrest and DNA-damage-inducible protein 45α (GADD45α) | – | 5.1 | Cell/Organism defense |
| U75581 | Adipocyte fatty acid binding protein (A-FABP) | – | 2 | Cell signaling/Communication |
| D88666 | Serine phospholipid-specific phospholipase A | 0.4 | 0.4 | Cell signaling/Communication |
| L11004 | Sodium-hydrogen exchange protein-isoform-2 (NHE-2) | – | 0.4 | Cell signaling/Communication |
| U72487 | Calcium independent α-latrotoxin receptor (latrophilin-1) | – | 0.6 | Cell signaling/Communication |

[a]Statistically significant change in gene expression vs vehicle.

Table II. Comparison of cDNA expression array and Northern blot results.

| Accession No. | Gene name | cDNA expression array 30 min | cDNA expression array 4 h | Northern blot 30 min | Northern blot 4 h |
|---|---|---|---|---|---|
| U72350 | Bcl-X | 1.5*** | 2.7*** | 1.0 | 2.4*** |
| AA799498 | B-type natriuretic peptide (BNP) | 1.1 | 12.2** | 0.8 | 8,1*** |
| L32591 | Growth arrest and DNA-damage-inducible protein 45α (GADD45αα) | 1.1 | 5.1* | 0.9 | 3.2*** |
| U13253 | Epidermal fatty acid binding protein (E-FABP) | 1.6* | 1.6* | 1.0 | 1.4** |
| Z27118 | Heat shock 70-kDa protein (Hsp-70) | 1.5* | 11.3* | 1.4 | 4.4*** |
| U17254 | Immediate early gene transcription factor NGFI-B (Nur77) | 4.9*** | 12.5*** | 2.4* | 1.6* |
| M24067 | Plasminogen activator inhibitor-1 (PAI-1) | 4.3*** | 13.8*** | 2.5** | 5.2*** |

Results are expressed as fold change of mRNA levels of AVP-infused vs vehicle-infused rats. *$p < 0.05$, **$p < 0.01$, $p < 0.001$ vs vehicle-treated rats, Student's *t*-test.

RIGHTS LINK

*Ang II-induced pressure overload*

To confirm the changes in gene expression observed by the cDNA array analysis in another model of pressure overload, we studied cardiac gene expression of GADD45α, PAI-1, E-FAPB and Bcl-X in acute and short-term Ang II-induced hypertension in conscious rats (Figure 2). In this model of experimental hypertension, administration of Ang II increases MAP within 3 h and MAP remains significantly elevated throughout the 2-week period

(13). Ang II caused induction of Bcl-X mRNA at 6 h of Ang II infusion, similarly to NGF-1B mRNA. E-FAPB gene expression was markedly elevated up to 12 h of Ang II infusion, whereas at 3 days a significant decrease was observed in E-FAPB mRNA levels. Ang II caused induction of GADD45α and PAI-1 coding mRNAs, resembling Ang II-induced activation of *Egr-1* and Hsp-70 gene expression, while ANP and BNP mRNA levels in the left ventricle remained up-regulated up to 2 weeks (Figure 2).



Figure 2. Effect of angiotensin II infusion on left ventricular gene expression in conscious rats. Angiotensin II (33 μg/kg/h) was administered through subcutaneously implanted osmotic minipumps for 6 and 12 h, 3 days, and 2 weeks. B-type natriuretic peptide (BNP) (A); early growth response factor-1 (Egr-1) (B); heat shock 70-kDa protein (Hsp-70) (C); growth arrest and DNA damage inducible protein 45 (GADD45α) (D); plasminogen activator inhibitor-1 (PAI-1) (E); Bcl-X (F); immediate early transcription factor NGF1B (Nur77) (G); Epidermal fatty acid-binding protein (E-FABP) (H); and atrial natriuretic peptide (ANP) (I). White columns, vehicle; black columns, Ang II. Results are expressed as ratio of respective mRNA to 18S, mean ± SEM ($n=6–8$). *$p < 0.05$, **$p < 0.01$, ***$p < 0.001$ Ang II vs vehicle (Student's *t*-test).

RIGHTS LINK
PAR-VASO-0008161

*Effect of AT₁ receptor blockade on gene expression of GADD45α and Bcl-X in Ang II-induced hypertension*

AT₁ receptor blocker by losartan is known to inhibit Ang II-induced hypertrophic effects including the increase in gene expression of hypertrophic marker BNP *in vivo* (10). In the present study, losartan reduced Ang II-induced changes in left ventricular gene expression of Bcl-X by 40% ($p < 0.01$) at 6 h. Moreover, losartan completely abolished the Ang II-induced activation of GADD45α gene expression, similarly to BNP mRNA levels (Figure 3).

## Discussion

In the present study, we investigated the early changes in left ventricular gene expression in response to increase in blood pressure with cDNA expression arrays. Recent DNA array studies have examined transcriptional profiles during the development of cardiac hypertrophy induced by acute and chronic pressure overload (14,15), but the very early

genetic response to hemodynamic overload remains incompletely understood. To our knowledge, this is the first *in vivo* study of cardiac immediate early genetic response ($\leqslant 4$ h) to pressure overload. As expected, several well-established immediate early response genes including c-jun, nur77/NGFI-B and Hsp-70 as well as BNP (3,6) were among the most induced mRNAs identified in response to acute increase in blood pressure. In addition to Hsp-70, we observed that also Hsp-27 mRNA levels increase rapidly, within 30 min of pressure overload. Previously, elevated Hsp-27 protein levels have been reported in hearts subjected to simulated ischemia–reperfusion injury (time range 12–45 min) (16) and Ang II treatment for 3 days (17) as well as during development of heart failure (18). Interestingly, our DNA microarrays analysis revealed several novel modulators of immediate early genetic response, e.g. GADD45α, Bcl-X, FAPBs and PAI-1. Moreover, we confirmed the changes in gene expression observed in expression arrays by analyzing gene expression patterns of selected genes in response to



Figure 3. Effect of angiotensin II type 1 receptor blocker losartan (Los) on angiotensin II (Ang II)-induced increase in the left ventricular Bcl-X (A), DNA damage inducible protein 45 (GADD45α) (B) and B-type natriuretic peptide (BNP) (C) mRNA levels. Vehicle (0.9% NaCl), Ang II (33 µg/kg/h), losartan (400 µg/kg/h) or Ang II in combination with losartan was administered for 6 h. A representative Northern blot (D). Results are expressed as ratio of respective mRNA to 18S, mean ± SEM ($n$=6–8). *$p < 0.05$, ***$p < 0.001$ Ang II vs vehicle; ††$p < 0.01$, †††$p < 0.001$ Ang II vs Ang II+Los [one-way analysis of variance (ANOVA), followed by least significant difference (LSD)].

RIGHTS LINK

short-term Ang II treatment, and found that Ang II increased GADD45α and Bcl-X gene expression in the left ventricle via AT$_1$ receptor. Of note, although the changes in gene expression observed in AVP-induced pressure overload model were established in another experimental model of pressure overload, we cannot exclude the possibility that other pressure agents could cause different early gene expression patterns.

GADD45α is a member of mammalian protein family involved in a variety of growth-regulating mechanisms, including cell cycle arrest, growth suppression and apoptosis (19,20). In the heart, elevated GADD45α gene expression have been observed in young mouse in response to oxidative stress (21) and brief episodes of ischemia (22). Moreover, prolonged laminar shear stress causes increases in GADD45α levels in bovine aortic endothelial cells (23). Our finding that pressure overload rapidly increased left ventricular GADD45α mRNA levels suggests that mechanical stress is an important factor also in regulating left ventricular GADD45α gene expression. The pathophysiological importance of increased GADD45α expression remains to be established, but since GADD45-like proteins are reported to mediate activation of c-jun N-terminal kinase (JNK)-signaling pathway in response to environmental stress (24) and c-jun gene expression was up-regulated in response to acute increase in blood pressure in the present study, we hypothesize that GADD45α might be involved in JNK activation by pressure overload in the heart. Of note, JNK is known to be activated in response to increased left ventricular wall stress in the adult rat heart (25).

Accumulating evidence suggests that apoptosis of cardiomyocytes is an important regulatory mechanism that is involved in the cardiac adaptive response to pressure overload (26). In the present study, in addition to GADD45α, apoptosis-associated protein Bcl-X was significantly up-regulated by rapid increase in blood pressure. Bcl-X belongs to Bcl-2 protein family, which are key regulators of apoptosis in the mitochondrial pathway. Bcl-X gene generates at least four different proteins by alternative splicing (27), from which Bcl-x-long (Bcl-X$_L$) and Bcl-x-short (Bcl-X$_S$) have been well-characterized. Bcl-X$_L$ is an antiapoptotic molecule, whereas Bcl-X$_S$ can promote cell death by interacting with Bcl-X$_L$ and Bcl-2 (28). Our study shows that Bcl-X mRNA levels increased rapidly in response to pressure overload induced by both AVP and Ang II. Thus, Bcl-X is an early response gene during acute pressure overload, and may thus have a role in regulating apoptotic mechanisms involved in early

stretch-activated hypertrophic growth. Since simultaneous infusion of losartan with the Ang II blocked the activation of the Bcl-X as well as GADD45α gene expression, further *in vitro* studies are needed to establish whether these effects on gene expression are mediated directly via AT$_1$ receptors rather than due to the inhibition of Ang II-induced hemodynamic changes by losartan.

Epithelial fatty acid-binding protein (E-FABP) (in rats also known as FABP5, C-FABP, S-FABP, Le-Lbp, and DA11) and adipocyte fatty acid-binding protein (A-FABP) (also known as ALPB, aP2, p422, p15) are members of the fatty acid-binding proteins, which are assumed to be involved in fatty acid uptake, transport, and targeting (29). They may modulate fatty acid concentration and thus affect function of enzymes, membranes, ion channels and receptors as well as cellular growth and differentiation (29). The specific functions of E-FABP are unclear, but it is induced in peripheral neurons during nerve regeneration and found at high levels in central neurons during neuronal migration and development (30,31). The main function of A-FABP is related to intracellular fatty acid homeostasis (29), and mice with aP2 deficiency are partially resistant to obesity-induced insulin resistance and type 2 resistance, have low circulating triglycerides, and inhibit marked protection against atherosclerosis (32). Transfection of L6 myoblasts with A-FABP cDNA caused a marked increase in their rate of proliferation (33), which with together our present results suggest that A-FABP may have role in controlling pressure load-activated cardiac cell growth and hypertrophy.

Interestingly, also mRNA levels of cytosolic phospholipase A$_2$ (PLA$_2$) were elevated in response to acute increase in blood pressure. PLA$_2$ has a central role in regulating cellular homeostasis, inflammation and tumorigenesis (34). A recent study has also shown that mice lacking the gene encoding cytosolic PLA$_2$ show induced hypertrophic growth of the heart in response to pressure overload (35), suggesting that PLA$_2$ is a negative regulator of striated muscle growth. Since our cDNA-array results demonstrated that pressure overload rapidly activates PLA$_2$ mRNA levels in the left ventricle, PLA$_2$ may also be involved in the reprogramming of immediate early gene expression in the heart. Opposite to PLA$_2$, another phospholipase, serine phospholipid-specific phospholipase A (PS-PLA$_1$; phospholipase A1 member A) was down-regulated in cDNA array. The role of PS-PLA$_1$ in the heart is not clear, but it is involved in the production of bioactive lysophospholipid, lysoPS, which in turn is involved in the promotion of neurite outgrowth,

R I G H T S L I N K()

suppression of T-cell growth and mast cell activation (36). Our cDNA array analysis also revealed down-regulation of calcium independent α-latrotoxin receptor (latrophilin-1) and sodium-hydrogen exchange protein-isoform 2 (NHE-2; solute carrier family 9) in response to acute pressure overload. Latrophilin-1 is a member of heterogeneous G-protein coupled latrophilin receptors with biological function as cell-adhesion molecule coupled to signal transduction (37). NHE-2 is highly expressed in the intestine and in the kidney where it is involved in intracellular pH and cell volume regulation (38). Since the expression of sodium-hydrogen exchange protein-isoform 2 (NHE-2) has not been reported in the heart and the biological functions of latrophilin-1 in the heart are unknown, the physiological significance of these down-regulated genes in the heart remains to be established.

Plasminogen activator inhibitor type-1 (PAI-1) is a member of serine protease inhibitor superfamily (serpins) and is the major physiological inhibitor of tissue and urokinase plasminogen activators (39). Increased PAI-1 gene expression has been associated with atherosclerosis, myocardial infarction, and left ventricular hypertrophy (40–42). Our results show for the first time that acute pressure overload for 30 min directly stimulates the ventricular PAI-1 gene expression in conscious rats, thus mimicking the rapid induction of proto-oncogenes in response to hemodynamic stress (3). Since the induction of cardiac gene expression in AVP-induced pressure overload model appears to be Ang II- and ET-independent (8) and PAI-1 gene expression has been reported to increase in left ventricle in response to aortic constriction from 8 to 24 h (42), wall stress may be an important factor in the activation of PAI-1 gene.

In summary, we studied immediate early ($\leqslant 4$ h) genetic changes at transcriptional level in response to acute increase in blood pressure in the left ventricle. Although our expression array had a modest amount of genes, all the functional gene groups were represented, making possible to compare our study to other gene expression studies of pressure overload models. Interestingly, differentially expressed genes encode only cell signaling/communication and cell defense proteins, whereas no changes were seen in genes encoding ECM and cytoskeleton proteins, the functional groups that dominate chronic pressure overload models (11,14,15). Our analysis also provides new insights into the pathogenesis of pressure overload-induced left ventricular hypertrophy by suggesting existence of novel regulators of immediate early gene expression program.

## Acknowledgments

This work was supported by grants from the Academy of Finland, Aarne Koskelo Foundation, Ida Montin Foundation, Finnish Cultural Foundation, The Finnish Foundation for Cardiovascular Research, National Technology Agency of Finland, Paulo Foundation and the Sigfrid Jusélius Foundation. We thank Kati Viitala and Pirjo Korpi for their expert technical assistance.

## References

1. Lorell BH, Carabello BA. Left ventricular hypertrophy: Pathogenesis, detection, and prognosis. Circulation. 2000; 102:470–479.

2. Sugden PH, Clerk A. Cellular mechanisms of cardiac hypertrophy. J Mol Med. 1998;76:725–746.

3. Izumo S, Nadal-Ginard B, Mahdavi V. Protooncogene induction and reprogramming of cardiac gene expression produced by pressure overload. Proc Natl Acad Sci USA. 1988;85:339–343.

4. Magga J, Marttila M, Mantymaa P, Vuolteenaho O, Ruskoaho H. Brain natriuretic peptide in plasma, atria, and ventricles of vasopressin- and phenylephrine-infused conscious rats. Endocrinology. 1994;134:2505–2515.

5. Ruskoaho H. Atrial natriuretic peptide: Synthesis, release, and metabolism. Pharmacol Rev. 1992;44:479–602.

6. Tokola H, Hautala N, Marttila M, Magga J, Pikkarainen S, Kerkela R, et al. Mechanical load-induced alterations in B-type natriuretic peptide gene expression. Can J Physiol Pharmacol. 2001;79:646–653.

7. Sadoshima J, Izumo S. The cellular and molecular response of cardiac myocytes to mechanical stress. Annu Rev Physiol. 1997;59:551–571.

8. Romppanen H, Puhakka J, Foldes G, Szokodi I I, Vuolteenaho O, Tokola H, et al. Endothelin-1-independent and angiotensin ii-independent induction of adrenomedullin gene expression. Hypertension. 2001;37:84–90.

9. Foldes G, Suo M, Szokodi I, Lako-Futo Z, deChatel R, Vuolteenaho O, et al. Factors derived from adrenals are required for activation of cardiac gene expression in angiotensin II-induced hypertension. Endocrinology. 2001;142:4256–4263.

10. Lako-Futo Z, Szokodi I, Sarman B, Foldes G, Tokola H, Ilves M, et al. Evidence for a functional role of angiotensin II type 2 receptor in the cardiac hypertrophic process in vivo in the rat heart. Circulation. 2003;108:2414–2422.

11. Rysa J, Leskinen H, Ilves M, Ruskoaho H. Distinct upregulation of extracellular matrix genes in transition from hypertrophy to hypertensive heart failure. Hypertension. 2005;45:927–933.

12. Yamazaki T, Komuro I, Yazaki Y. Molecular mechanism of cardiac cellular hypertrophy by mechanical stress. J Mol Cell Cardiol. 1995;27:133–140.

13. Suo M, Hautala N, Foldes G, Szokodi I, Toth M, Leskinen H, et al. Posttranscriptional control of BNP gene expression in angiotensin II-induced hypertension. Hypertension. 2002;39:803–8.

14. Larkin JE, Frank BC, Gaspard RM, Duka I, Gavras H, Quackenbush J. Cardiac transcriptional response to acute and chronic angiotensin II treatments. Physiol Genomics. 2004; 18:152–166.

RIGHTS LINK

15. Weinberg EO, Mirotsou M, Gannon J, Dzau VJ, Lee RT, Pratt RE. Sex dependence and temporal dependence of the left ventricular genomic response to pressure overload. Physiol Genomics. 2003;12:113–127.

16. Vander Heide RS. Increased expression of HSP27 protects canine myocytes from simulated ischemia-reperfusion injury. Am J Physiol Heart Circ Physiol. 2002;282:H935–941.

17. Chen Y, Arrigo AP, Currie RW. Heat shock treatment suppresses angiotensin II-induced activation of NF-kappaB pathway and heart inflammation: A role for IKK depletion by heat shock? Am J Physiol Heart Circ Physiol. 2004;287: H1104–1114.

18. Tanonaka K, Yoshida H, Toga W, Furuhama K, Takeo S. Myocardial heat shock proteins during the development of heart failure. Biochem Biophys Res Commun. 2001;283: 520–5.

19. Sheikh MS, Hollander MC, Fornance AJ Jr. Role of Gadd45 in apoptosis. Biochem Pharmacol. 2000;59:43–45.

20. Zhan Q, Lord KA, Alamo I Jr, Hollander MC, Carrier F, Ron D, et al. The gadd and MyD genes define a novel set of mammalian genes encoding acidic proteins that synergistically suppress cell growth. Mol Cell Biol. 1994;14: 2361–2371.

21. Edwards MG, Sarkar D, Klopp R, Morrow JD, Weindruch R, Prolla TA. Age-related impairment of the transcriptional responses to oxidative stress in the mouse heart. Physiol Genomics. 2003;13:119–27.

22. Simkhovich BZ, Marjoram P, Poizat C, Kedes L, Kloner RA. Age-related changes of cardiac gene expression following myocardial ischemia/reperfusion. Arch Biochem Biophys. 2003;420:268–78.

23. Lin K, Hsu PP, Chen BP, Yuan S, Usami S, Shyy JY, et al. Molecular mechanism of endothelial growth arrest by laminar shear stress. Proc Natl Acad Sci USA. 2000;97:9385–9389.

24. Takekawa M, Saito H. A family of stress-inducible GADD45-like proteins mediate activation of the stress-responsive MTK1/MEKK4 MAPKKK. Cell. 1998;95:521–530.

25. Tenhunen O, Sarman B, Kerkela R, Szokodi I, Papp L, Toth M, et al. Mitogen-activated protein kinases p38 and ERK 1/2 mediate the wall stress-induced activation of GATA-4 binding in adult heart. J Biol Chem. 2004;279: 24852–24860.

26. van Empel VP, Bertrand AT, Hofstra L, Crijns HJ, Doevendans PA, De Windt LJ. Myocyte apoptosis in heart failure. Cardiovasc Res. 2005;67:21–29.

27. Valks DM, Kemp TJ, Clerk A. Regulation of Bcl-xL expression by H2O2 in cardiac myocytes. J Biol Chem. 2003;278:25542–25547.

28. Boise LH, Gonzalez-Garcia M, Postema CE, Ding L, Lindsten T, Turka LA, et al. bcl-x, a bcl-2-related gene that functions as a dominant regulator of apoptotic cell death. Cell. 1993;74:597–608.

29. Hertzel AV, Bernlohr DA. The mammalian fatty acid-binding protein multigene family: Molecular and genetic insights into function. Trends Endocrinol Metab. 2000;11:175–80.

30. Owada Y, Utsunomiya A, Yoshimoto T, Kondo H. Changes in gene expression for skin-type fatty acid binding protein in hypoglossal motor neurons following nerve crush. Neurosci Lett. 1997;223:25–28.

31. De Leon M, Welcher AA, Nahin RH, Liu Y, Ruda MA, Shooter EM, et al. Fatty acid binding protein is induced in neurons of the dorsal root ganglia after peripheral nerve injury. J Neurosci Res. 1996;44:283–292.

32. Makowski L, Boord JB, Maeda K, Babaev VR, Uysal KT, Morgan MA, et al. Lack of macrophage fatty-acid-binding protein aP2 protects mice deficient in apolipoprotein E against atherosclerosis. Nat Med. 2001;7:699–705.

33. Prinsen CF, Veerkamp JH. Transfection of L6 myoblasts with adipocyte fatty acid-binding protein cDNA does not affect fatty acid uptake but disturbs lipid metabolism and fusion. Biochem J. 1998;329:265–273.

34. Kudo I, Murakami M. Phospholipase A2 enzymes. Prostaglandins Other Lipid Mediat. 2002;68–69:3–58.

35. Haq S, Kilter H, Michael A, Tao J, O'Leary E, Sun XM, et al. Deletion of cytosolic phospholipase A2 promotes striated muscle growth. Nat Med. 2003;9:944–951.

36. Aoki J, Nagai Y, Hosono H, Inoue K, Arai H. Structure and function of phosphatidylserine-specific phospholipase A1. Biochim Biophys Acta. 2002;1582:26–32.

37. Sudhof TC. alpha-Latrotoxin and its receptors: Neurexins and CIRL/latrophilins. Annu Rev Neurosci. 2001;24: 933–962.

38. Wakabayashi S, Shigekawa M, Pouyssegur J. Molecular physiology of vertebrate Na+/H+ exchangers. Physiol Rev. 1997;77:51–74.

39. Saksela O, Rifkin DB. Cell-associated plasminogen activation: Regulation and physiological functions. Annu Rev Cell Biol. 1988;4:93–126.

40. Juhan-Vague I, Alessi MC. Plasminogen activator inhibitor 1 and atherothrombosis. Thromb Haemost. 1993;70:138–143.

41. Thompson SG, Kienast J, Pyke SD, Haverkate F, van de Loo JC. Hemostatic factors and the risk of myocardial infarction or sudden death in patients with angina pectoris. European Concerted Action on Thrombosis and Disabilities Angina Pectoris Study Group. N Engl J Med. 1995;332: 635–41.

42. Bloor CM, Nimmo L, McKirnan MD, Zhang Y, White FC. Increased gene expression of plasminogen activators and inhibitors in left ventricular hypertrophy. Mol Cell Biochem. 1997;176:265–271.

RIGHTS LINK

# Antianginal Effects of Lercanidipine on the Vasopressin or Methacholine Induced Anginal Model in Rats

Toshinobu Sasaki,*,a,b Hirofumi Maruyama,a Yoshio Kase,a Shuichi Takeda,a,c and Masaki Aburadaa,c

a Medicinal Evaluation Laboratory, Research Division, Tsumura & Co.; 3586 Yoshiwara Ami-machi Inashiki-gun, Ibaraki 300–1192, Japan; b Division of Medicinal Informatics, Department of Hospital Pharmacy, School of Medicine, Kanazawa University; 13–1 Takara-machi, Kanazawa 920–8641, Japan; and c Faculty of Pharmacy, Musashino University; 1–1–20 Shinmachi, Nishitokyo, Tokyo 202–8585, Japan. Received November 25, 2004; accepted February 12, 2005

The antianginal effects of lercanidipine, a newly synthesized 1,4-dihydropyridine derivative calcium channel antagonist, were evaluated in experimental angina model rats and the effects were compared with those of nifedipine, benidipine and amlodipine. In the vasopressin-induced angina model, intravenous administration of lercanidipine dose-dependently suppressed vasopressin-induced ST-depression. Amlodipine barely suppressed it, while benidipine, at the same dose, completely suppressed it. Nifedipine had a potency between that of amlodipine and benidipine. Oral administration of lercanidipine showed similar effects to the intravenous administration test on ST change. High doses of amlodipine, benidipine and nifedipine suppressed ST-depression by almost 100%. In the methacholine-induced angina model, lercanidipine suppressed the ST elevation dose dependently. Amlodipine barely suppressed it, while benidipine at 30 μg/kg effected almost total suppression. Nifedipine had a potency between that of amlodipine and benidipine. Intraduodenal administration of lercanidipine also suppressed the ST-elevation dose dependently. Nifedipine, benidipine and amlodipine at 10 mg/kg all markedly suppressed the elevation. Lercanidipine was more potent than the other calcium channel antagonists tested. In conclusion, it was explicitly demonstrated that lercanidipine exerts potent protective effects on the ischemic electrocardiography (ECG) changes in a variety of putative angina pectoris models in rats. An antispasmolytic coronary vasodilating action may be involved in the mechanism. It is expected that lercanidipine will be useful as an antianginal agent.

Key words calcium channel antagonist; lercanidipine; angina pectoris; 1,4-dihydropyridine; antianginal effect

Angina pectoris is caused by an imbalance between the supply and demand for oxygen in the heart, and it is divided into Angina of Effort and Stable Angina depending on the cause of the anginal fit. The former is a situation of myocardial ischemia induced by a lack of oxygen, which is caused by an inability to increase blood flow due to coronary constriction. The latter is a situation of severe myocardial ischemia induced by coronary spasm or abnormal strain in periods of rest.[1] Above all, in cases where anginal fit is frequent at daybreak or in the early morning, and a marked elevation of the ST segment from electrocardiography (ECG) is observed, it is called Variant Angina. ECG is used for an important diagnostic method for these diseases, because myocardial ischemia is closely reflected to changes on ECG such as elevation or depression in the ST segment.[2] There are cases of these diseases where they occur alone or together; it cannot be classified simply, but regardless, a decrease in the oxygen demand and an increase in the myocardial blood flow are required in therapy.

The clinical treatment of angina pectoris is mainly based on three groups of drugs, nitrates, β-adrenoceptor antagonists and calcium antagonists, which lead to the depression of oxygen consumption or the elevation of oxygen supply. The antianginal effect of calcium antagonists may be explained by their coronary dilatory effect (leading to the elevation of oxygen supply), cardio depressive effect (leading to the decrease of oxygen consumption) or the reduction of cardiac afterload according to antihypertensive effect.[3,4] Based on their chemical structure, the compounds selective for slow calcium channels are divided into three subgroups; dihydropyridine (ex. nifedipine), benzothiazepine (ex. diltiazem) and phenylalkyl-amine (ex. verapamil). Recently, a second or third generation of dihydropyridine derivatives has been developed with the aim of providing greater vascular selectivity and a longer duration of action in order to allow a once-a-day dosage.

A new 1,4-dihydropyridine derivative, lercanidipine (methyl 1,1-dimethyl-2-[N-(3,3-diphenylpropyl)-N-methylamino ethyl 2,6-dimethyl-4-(3-nitrophenyl)-1,4-dihydropyridine-3,5-dicarboxylate) (Fig. 1), synthesized at the Recordati Research Laboratory, is characterized by high vascular selectivity,[5] a slow-onset and a long duration of the antihypertensive effect.[6,7] These characteristics may qualify lercanidipine as a useful drug for the treatment of essential hypertension and angina pectoris. Fifty eight nations have approved this drug for clinical use as an antihypertensive, and clinical trials have progressed in Japan. Clinical trials of the antianginal effect have also progressed in Europe, and previous data reveal the great potential of this drug for clinical use.[8]

In this study, the possible target of the antianginal effect of lercanidipine was investigated using two models of angina pectoris with reference to nifedipine, benidipine and amlodipine.



Fig. 1. Chemical Structure of Lercanidipine

∗ To whom correspondence should be addressed.　e-mail: sasaki_toshinobu@mail.tsumura.co.jp

© 2005 Pharmaceutical Society of Japan

## MATERIALS AND METHODS

**Experimental Animals** Male Donryu Strain rats were used for the vasopressin-induced angina model, and male Sprague-Dawley strain rats were used for the methacholine-induced angina models. All animals were obtained from Charles River Japan, Inc. (Kanagawa) and used for experiments at an age of 8—10 weeks. The animals were housed in rooms kept at a temperature of $23 \pm 2$ °C and a relative humidity of $55 \pm 10$% under a 12 h light–dark cycle with free access to food (Rodent Chow, NMF; Oriental Yeast Co., Tokyo) and water. All experiments were conducted according to the institution's guidelines for the care and use of laboratory animals in research. The change of the lead-II electrocardiogram (ECG) was used as a parameter of ischemic changes in the heart. The amplitude of the ST-changes was determined usisng the method of Hiramatsu *et al.*[9]

**Effects on Vasopressin-Induced Angina Model in Rats** Donryu rats were anesthetized with sodium pentobarbital (50 mg/kg i.p.). A polyethylene catheter filled with saline was inserted into the right femoral vein and right carotid artery (for the intravenous injection experiment) in the anesthetized rat. According to the method of Hiramatsu *et al.*,[9] coronary vasospasm was induced with the intravenous injection of vasopressin (0.2 IU/kg). The standard limb lead II of the ECG was recorded with a bioelectrical amplifier (NEC-san-ei) and ECG-processor (Softron). The amplitude of the ST-segment was measured at intervals of 0.5 min for 5 min after the administration of vasopressin. The difference of the amplitude of the ST segment before and after vasopressind administration was presented as the depression of the ST segment (ΔST). Each drug was administered to anesthetized rats intravenously 2 min prior, or to conscious rats orally 1 h prior to the administration of vasopressin.

**Effects on Methacholine-Induced Angina Model in Rats** The methacholine-induced coronary vasospasm model was prepared as described previously.[10] Briefly, Sprague-Dawley rats were anesthetized with pentobarbital (50 mg/kg i.v.) or urethane (1.0 g/kg s.c., in saline). The trachea and right femoral artery and vein were cannulated with a polyethylene catheter. For the bolus injection of methacholine into the ostia of the coronary artery, a polyethylene cannula was introduced through the exposed right carotid artery to a point near the aortic valve. The mean blood pressure (BPm) was measured by means of a cannula in the femoral artery with a pressure transducer connected to an amplifier. Single doses of methacholine (8.0 μg) in volumes of 10 μl were injected into the aorta over a period of 1 s, using an Eppendorff® pipette, before and 2, 15 and 30 min after intravenous administration, or 5, 30, 60 and 120 min after intraduodenal administration of each drug or vehicle. Drugs were given intravenously or intraduodenally while the rats were under anesthesia to observe the duration of the stable effects in the same rat. The standard limb lead II of the ECG was recorded with a bio-amplifier and ECG-processor. The difference between the amplitude of the ST segment after and immediately prior to the administration of methacholine was presented as the elevation of the ST segment. The effects of each drug on the ST elevation are expressed as a percentage of pre-administration values (for the characteristics of the ECG-processor, S wave elevation (ΔS) was considered to be the ST elevation.).

**Drugs** Lercanidipine was provided by Recordati (Milan, Italy). Nifedipine was purchased from Wako Pure Chemicals (Osaka, Japan). Vasopressin ([Arg⁸]-vasopressin) and methacholine were purchased from Sigma (St. Louis, MO, U.S.A.). Benidipine was purchased from Kyowa-Hakko (Coniel® Tablets; Tokyo, Japan). Amlodipine was purchased from Pfizer (Norvase® Tablets; Tokyo, Japan). For the intravenous administration test, lercanidipine, nifedipine, benidipine and amlodipine (benidipine and amlodipine were extracted from tablets in our laboratory) were dissolved in ethanol (EtOH), and then diluted with propyleneglycol (PG) and saline (EtOH : PG : Saline = 1 : 1 : 8 at final ratio). For the oral administration test, these drugs were suspended in 0.5% Na-carboxymethylcellulose (CMC) solution. Vasopressin and methacholine were dissolved in saline.

**Statistical Analyses** Values are shown as the mean± S.E. The values of ECG changes after drug administration were compared with the control values after vehicle administration with Dunnett's test. $p$ values less than 0.05 were considered to be statistically significant.

## RESULTS

**Effects of Intravenous Administration on the Vasopressin-Induced ST-Depression Model** After the intravenous injection of vasopressin (0.2 IU/kg), the amplitude of the ST-segment of the ECG was transiently increased, followed by a continuous depression (Fig. 2). The maximal ST-depression is approximately 200 μV in rats given vehicle for drugs (Fig. 3). The intravenous administration of lercanidipine (3—30 μg/kg) significantly and dose dependently inhibited vasopressin-induced ST-depression (Fig. 3). Benidipine (30 μg/kg) also showed significant protective effects against the vasopressin-induced ST-depression. Amlodipine had no effect, and nifedipine had a slight effect. In these doses, lercanidipine was more effective than nifedipine and amlodipine, and less effective than benidipine against the vasopressin-induced angina model.

BPm and heart rate changes are shown in Table 1. BPm were increased after vasopressin injection and peaked after



Fig. 2. A Typical Scheme of Ischemic ECG Changes Induced by Vasopressin or Methacholine

PAR-VASO-0008167



Fig. 3.   Effects of Intravenous Administration of Lercanidipine, Nifedipine, Benidipine and Amlodipine on Vasopressin (0.2 IU/kg i.v.)-Induced ST Depression of ECG in Anesthetized Rats

A: time course of ST-depression; ●: control, ○: 3 μg/kg, □: 10 μg/kg, ◊: 30 μg/kg. B: maximal depression of ST-segment 1: control, 2: lercanidipine-3 μg/kg, 3: lercanidipine-10 μg/kg, 4: lercanidipine-30 μg/kg, 5: nifedipine-30 μg/kg, 6: benidipine-30 μg/kg, 7: amlodipine-30 μg/kg. Each point represents the mean±S.E. of 6—8 rats. ** p<0.01 vs. control value (Dunnett's test).



Fig. 4.   Effects of Oral Administration of Lercanidipine, Nifedipine, Benidipine and Amlodipine on Vasopressin (0.2 IU/kg i.v.)-Induced ST Depression of ECG in Anesthetized Rats

A: time course of ST-depression; ●: control, ○: 1 mg/kg, □: 3 mg/kg, ◊: 10 mg/kg. B: maximal depression of ST-segment 1: control, 2: lercanidipine-1 mg/kg, 3: lercanidipine-3 mg/kg, 4: lercanidipine-10 mg/kg, 5: nifedipine-1mg/kg, 6: nifedipine-10 mg/kg, 7: benidipine-1 mg/kg, 8: benidipine-10 mg/kg, 9: amlodipine-1 mg/kg, 10: amlodipine-10 mg/kg. Each point represents the mean±S.E. of 5—7 rats. ** p<0.01 vs. control value (Dunnett's test).

3 min in the control. Lercanidipine decreased BPm before vasopressin injection, and dose dependently inhibited the vasopressin-induced BPm increase. Similar to the case of ST-depression, benidipine inhibited the BPm increase more potently than lercanidipine.

tently than lercanidipine. Amlodipine had no effect, and nifedipine had a slight effect.

Heart rates were decreased after vasopressin injection and peaked after 3 min in the control. Lercanidipine inhibited

PAR-VASO-0008168

Table 1. Effects of Intravenous Injection of Lercanidipine, Nifedipine, Benidipine and Amlodipine on Mean Blood Pressure and Heart Rate

| Time after vasopressin injection | Control | Lercanidipine | | | Nifedipine | Benidipine | Amlodipine |
| | | 3 μg/kg | 10 μg/kg | 30 μg/kg | 30 μg/kg | 30 μg/kg | 30 μg/kg |
|---|---|---|---|---|---|---|---|
| Mean BP (mmHg) | | | | | | | |
| −2 min | 110.5±6.8 | 120.0±7.8 | 133.2±6.0 | 119.3±7.2 | 129.2±2.6 | 103.2±7.9 | 112.7±7.3 |
| 0 min | 118.9±5.7 | 116.0±9.1 | 114.0±4.0 | 91.8±2.7 | 115.5±3.1 | 68.7±4.2 | 115.8±5.3 |
| 3 min | 188.1±3.1 | 181.2±4.5 | 153.5±4.7 | 131.0±3.2 | 163.8±6.5 | 105.8±2.6 | 186.5±2.4 |
| Mean HR (bpm) | | | | | | | |
| −2 min | 339.9±8.2 | 382.4±15.4 | 399.8±9.1 | 375.8±22.5 | 402.0±9.6 | 378.2±18.4 | 397.4±17.6 |
| 0 min | 344.7±7.1 | 395.4±15.4 | 425.6±7.2 | 406.8±20.1 | 410.6±7.6 | 347.4±21.3 | 396.4±16.1 |
| 3 min | 399.9±6.2 | 334.6±11.0 | 372.2±6.0 | 382.6±17.0 | 359.8±11.2 | 343.0±14.2 | 348.8±13.7 |

Data are the mean±S.E. of 6—7 rats. Abbreviations used are: BP: blood pressure; HR: heart rate. Vasopressin was injected at 0 min and lercanidipine or control drugs were injected 1 min prior to vasopressin injection.

Table 2. Effects of Oral Administration of Lercanidipine, Nifedipine, Benidipine and Amlodipine on Mean Heart Rate

| Time after vasopressin injection | Control | Lercanidipine | | | Nifedipine | | Benidipine | | Amlodipine | |
| | | 1 mg/kg | 3 mg/kg | 10 mg/kg | 1 mg/kg | 10 mg/kg | 1 mg/kg | 10 mg/kg | 1 mg/kg | 10 mg/kg |
|---|---|---|---|---|---|---|---|---|---|---|
| Mean HR (bpm) | | | | | | | | | | |
| 0 min | 391.6±15.5 | 425.8±18.3 | 433.0±7.3 | 466.7±11.3 | 390.3±18.4 | 404.2±15.9 | 388.4±22.5 | 290.8±24.8 | 399.2±10.1 | 394.7±16.9 |
| 3 min | 318.1±6.2 | 361.0±15.5 | 398.5±7.0 | 394.2±8.2 | 318.5±17.4 | 359.3±19.1 | 349.0±8.1 | 281.0±25.8 | 314.0±7.8 | 369.3±15.3 |

Data are the mean±S.E. of 5—7 rats. Abbreviations used are: HR: heart rate. Vasopressin was injected at 0 min and lercanidipine or control drugs were administered 1 h prior to vasopressin injection.

these decreases dose dependently, though amlodipine and nifedipine did not, benidipine showed a unique effect that differed from the other calcium antagonist on heart rate. A decrease of heart rate was caused by benidipine itself, and vasopressin did not further decrease the heart rate.

**Effects of Oral Administration on the Vasopressin-Induced ST-Depression Model** As shown in Fig. 4, ST-depression also appeared after 30 s and reached a peak 2 min after the vasopressin injection. The oral administration of lercanidipine (1—10 mg/kg) significantly and dose dependently inhibited the vasopressin-induced ST-depression (Fig. 4). The positive control drugs (nifedipine, benidipine and amlodipine) had no effect at 1 mg/kg, but produced a 100% inhibition at 10 mg/kg (Fig. 4). These effects ceased 24 h after administration (data not shown).

Heart rates decreased after injection of vasopressin in the control. Lercanidipine administration (1 h before vasopressin injection) inhibited these decreases dose dependently (Table 2). Nifedipine and amlodipine showed similar effects to lercanidipine, though benidipine decreased the heart rate.

**Effects of Intravenous Administration on the Methacholine-Induced ST-Elevation Model** Bolus injection of methacholine 8 μg (10 μl) into the ostia of the coronary artery induced ST-segment elevation within a few seconds (Fig. 2). These elevations peaked 30 s after the methacholine injection, and recovered to pre injection levels after 1 min. In the control, ST elevation by methacholine injection was similarly observed 2, 15 or 30 min after vehicle administration (Fig. 5). A tendency to suppress this elevation was observed in the 10 μg/ml administration group of lercanidipine, and a significant effect was observed in the 30 μg/ml group 2 min after administration. In the control drugs treated group, the strongest effect was recognized by benidipine, and the effect persisted for a long time. There were scarce effects in amlodipine, and nifedipine showed an effect between that of amlodipine and benidipine (Fig. 5). When these effects were compared with the effects of lercanidipine, it did not exceed benidipine, but exceeded amlodipine and nifedipine.

**Effects of Intraduodenal Administration on the Methacholine-Induced ST-Elevation Model** Similar to the case of the intravenous administration test, the transient elevation of the ST-segment by methacholine injection was produced in the control group, transient elevations were produced by methacholine injections 5, 30, 60 or 120 min after vehicle administration (Fig. 6). On the other hand, a tendency to suppress these elevations was induced by treatment with 3 mg/kg lercanidipine, and significant effects were produced with 10 mg/kg after 30 min; the effects continued for 120 min. Nifedipine, benidipine and amlodipine showed a similar effect (Fig. 6).

## DISCUSSION

Lercanidipine, a newly synthesized 1,4-dihydropyridine type calcium antagonist, is characterized by high vascular selectivity,[5] slow-onset and a long duration of its antihypertensive effect.[6,7] In an isolated rabbit heart, this drug improved the postischemic recovery of the left ventricular function and prevented a coronary circulation disorder after ischemia.[11,12] Another important aspect of the pharmacodynamics of angina pectoris is the absence of changes in heart rate vari-

PAR-VASO-0008169



Fig. 5. Effects of Intravenous Administration of Lercanidipine, Nifedipine, Benidipine and Amlodipine on Methacholine (8 μg)-Induced ST-Increase of ECG of Anesthetized Rats

●: control, ○: 3 μg/kg, □: 10 μg/kg, ◇: 30 μg/kg. Each point represents the mean±S.E. of 5—7 rats. *p<0.05 and **p<0.01 vs. control values respectively (Dunnett's test).



Fig. 6. Effects of Intraduodenal Administration of Lercanidipine, Nifedipine, Benidipine and Amlodipine on Methacholine (8 μg)-Induced ST-Increase of ECG of Anesthetized Rats

●: control, ○: 1 mg/kg, □: 3 mg/kg, ◇: 10 mg/kg. Each point represents the mean±S.E. of 5—6 rats. *p<0.05 and **p<0.01 vs. control values respectively (Dunnett's test).

ability.[8] Recently, Wirts *et al.* showed that lercanidipine has a partial agonistic effect on cardiac calcium channels along with its action having a marked voltage-dependence.[13] These qualities lead to the vasoselectivity of this compound. These characteristics qualify lercanidipine as a useful drug in the treatment of essential hypertension and angina pectoris. Fifty eight nations have approved this drug for clinical use as an antihypertensive, and clinical trials are progressing in Japan. Clinical trials for antianginal effect are also progressing in Europe, and previous data indicate the great potential of this

drug for clinical use.[8]

As for experimental models that reflect angina pectoris, various models, such as the vasopressin or isoproterenol induced ST-depression models and the methacholine-induced ST-elevation model[9,10,14] have been developed. The vasopressin-induced ST-depression model is that in which there occurs an imbalance between the oxygen supply and demand because of coronary constriction (depression of coronary blood flow) or systemic vascular constriction (increase of cardiac afterload) induced by the injection of vasopressin

PAR-VASO-0008170

into the femoral vein of rats.[9] In this case the coronary arteries do not completely occlude, therefore ischemia occurs mainly in the endocardium. The ST segment decreases in the same way as in Angina of Effort in humans. Karasawa et al. showed that the ST-depression induced by vasopressin injection is effectively inhibited by certain calcium antagonists but not by β-blockers.[14] The methacholine-induced ST-elevation model is a model that induces severe transmural ischemia after the direct injection of methacholine into the coronary arteries. Then, the coronary trunks are transiently blocked, and similar to human Variant Angina, ST-elevations specific for transmural ischemia are observed.

In our experiment, the intravenous injection of vasopressin induced a transient ST-segment depression in rats and the degree of maximal ST-segment depression observed was similar to previous reports.[15,16] As a result of the intravenous administration of lercanidipine, compared with nifedipine, benidipine and amlodipine in vasopressin-induced models, lercanidipine produced dose-dependent suppressive effects on the ST-depression, and its potency was higher than nifedipine and amlodipine. These effects occurred parallel to the suppressive effect on BPm, so it was suggested that these effects resulted from vasorelaxation on the basis of calcium channel antagonism. Although, in oral administration trials, no suppressive effect was recognized at 1 mg/kg in the control drugs treated group, effects were observed from 1 mg/kg in the lercanidipine treated group. With lercanidipine, the ST-change was completely suppressed at 3 mg/kg, indicating that the utility of this drug is sufficiently higher than the control drugs.

In addition, lercanidipine showed a tendency to effect the suppression of heart rate decreases associated with ischemic change caused by vasopressin treatment. This characteristic is considerably different from the other control drugs (intravenous administration). Benidipine had the highest repressive effect on ST-depression, but because of its high affinity for cardiac calcium channels,[17] the drug itself strongly represses cardiac calcium function (Table 1). However, lercanidipine has a high vascular selectivity and a low cardio suppressive effect in comparison with nifedipine or amlodipine. Therefore, this high vascular selectivity and cardio suppressive effect are the reason for the greater repressive effect on the heart rate decline than the other control drugs.

In the Stable Angina model, lercanidipine suppressed the ST-elevation induced by methacholine injection dose dependently. The potency of this effect was higher than nifedipine or amlodipine, similar to the vasopressin-induced model (intravenous administration). The main mechanism may be the repression of coronary spasm by a calcium channel antagonistic effect. However, even if amlodipine has a coronary relaxation effect at a very low concentration ($10^{-9}$ mol/l) in the in vitro study, such effectiveness was not observed in this study. The pharmacokinetic profile of amlodipine after oral administration is characterized by a higher hepatic distribution and slow redistribution into the systemic circulation.[18] However for high plasma clearance in rat,[19] plasma amlodipine after intravenous administration may be eliminated im-

mediately. This may be the mechanism whereby the effectiveness was recognized only with oral administration, but the details are unclear.

Recently, the anti-ischemic action and the effects of lercanidipine on the autonomic function in patients with stable effort angina in double-blind clinical trial was reported.[20] In this report, lercanidipine was effective in reducing ischemia in patients with angina of effort. Furthermore, it does not cause adrenergic activation, which is the main mechanism hypothesized by which the negative effect on cardiovascular mortality assigned to short-acting DHP-calcium antagonists (ex. nifedipine) is explained.

In conclusion, it was explicitly demonstrated that lercanidipine exerts potent protective effects on the ischemic ECG changes in the putative angina pectoris model in rats. An antispasmodic coronary vasodilating action may be involved in the mechanism. It is expected that lercanidipine will prove useful as an antianginal agent.

## REFERENCES

1) Dhurandhar R. W., Watt D. L., Silver M. D., Trimble A. S., Adelman A. G., Am. J. Cardiol., 30, 902—905 (1972).
2) Yasue H., Omote S., Takizawa A., Nagao M., Circ. Res., 52 (Suppl. 1), 147—152 (1983).
3) Braunwald E., Muller J. E., Stone P. H., Eur. Heart J., 6 (Suppl. A), 31—36 (1985).
4) Opie L. H., Eur. Heart J., 18 (Suppl. A), A92—A104 (1997).
5) Guarneri L., Sironi G., Angelico P., Ibba M., Greto L., Colombo D., Leonardi A., Testa R., J. Cardiovasc. Pharmacol., 29 (Suppl. 1), S25—S32 (1997).
6) Guarneri L., Angelico P., Ibba M., Poggesi E., Taddei C., Leonardi A., Testa R., Arzneim. Forsch., 46, 15—24 (1996).
7) Sironi G., Montagna E., Greto L., Bianchi G., Leonardi A., Testa R., Arzneim. Forsch., 46, 145—152 (1996).
8) Acanfora D., Gheorghiade M., Rotiroti D., Trojano L., Rengo G., Furgi G., Papa A., Picone C., Nicolino A., Odierna L., Rengo F., Curr. Ther. Res. Clin. Exp., 61, 255—265 (2000).
9) Hiramatsu Y., Izumi A., Tezuka T., Kurosawa Y., Jpn. J. Pharmacol., 20, 313—324 (1970).
10) Sakai K., Akima M., Aono J., J. Pharmacol. Methods, 5, 325—336 (1981).
11) Cargnoni A., Benigno P., Ferrari F., Pedersini P., Curello P., Pepi P., Ferrari R., J. Cardiovasc. Pharmacol., 29 (Suppl. 1), S48—S62 (1997).
12) Boraso A., Bernocchi P., Benigno M., Pepi P., Ferrari F., Ceconi C., Ferrari R., J. Cardiovasc. Pharmacol., 29 (Suppl. 1), S69—S77 (1997).
13) Wirts S., Herzig S., Br. J. Pharmacol., 142, 275—284 (2004).
14) Karasawa A., Kubo K., Shuto K., Oka T., Nakamizo N., Arzneim. Forsch., 38, 1702—1707 (1988).
15) Mori T., Ishigai Y., Fukuzawa A., Chiba K., Shibano T., Br. J. Pharmacol., 116, 1668—1672 (1995).
16) Hirata Y., Miyei H., Mabuchi Y., Aisaka K., J. Cardiovasc. Pharmacol., 31, 322—326 (1998).
17) Ishii A., Nishida K., Oka T., Nakamizo N., Arzneim. Forsch., 38, 1677—1680 (1988).
18) Walker D. K., Humphrey M. J., Smith D. A., Xenobiotica, 24, 243—250 (1994).
19) Stopher D. A., Beresford A. P., Macrae P. V., Humphrey M. J., J. Cardiovasc. Pharmacol., 12 (Suppl. 7), S55—S59 (1988).
20) Acanfora D., Trojano L., Gheorghiade M., Picone C., Papa A., Furgi G., Giuliano F., Maestri A., Rengo F., Am. J. Ther., 9, 444—453 (2002).

PAR-VASO-0008171



Available online at www.sciencedirect.com



SCIENCE DIRECT®

Life Sciences 72 (2002) 103–112

ELSEVIER

*Life Sciences*

www.elsevier.com/locate/lifescie

# Effects of Rho-kinase inhibitor on vasopressin-induced chronic myocardial damage in rats

Shin-ichi Satoh[a,*], Ichiro Ikegaki[a], Yoshinori Toshima[a], Atsushi Watanabe[a], Toshio Asano[a], Hiroaki Shimokawa[b]

[a]*First Laboratory for Pharmacology, Institute of Life Science Research, Asahi Kasei Corporation, 632-1, Mifuku, Ohito-Cho, Tagata-Gun, 410-2321, Japan*
[b]*Department of Cardiovascular Medicine, Kyushu University Graduate School of Medical Sciences, 3-1-1, Maidashi, Higashi-Ku, Fukuoka, 812-8582, Japan*

Received 16 January 2002; accepted 1 August 2002

## Abstract

The aim of this study was to develop a new model of vasopressin-induced chronic myocardial damage based on sustained ST-segment depression in electrocardiogram (ECG) with progression of myocardial fibrosis in rats. Furthermore, using this model, we examined the prophylactic potential of fasudil, a Rho-kinase inhibitor, against myocardial damage induced by vasopressin. In 10-week old male Donryu rats, intravenous administration of arginine vasopressin (0.5 iu/kg) induced significant ST-segment depression. Two days and one week after the administration of vasopressin, ST-segment depression was $-0.19 \pm 0.02$ and $-0.14 \pm 0.02$ mV, respectively. Fasudil (10 and 30 mg/kg, p.o.) significantly attenuated the ST-segment depression induced by vasopressin. One week after the administration of vasopressin, the percent area of myocardial fibrosis in control animals ($0.42 \pm 0.11\%$, $p < 0.01$) was significantly greater than that in normal animals ($0.05 \pm 0.01\%$). Fasudil (10 and 30 mg/kg) significantly prevented the development of the fibrosis. We present a new model of chronic myocardial damage based on sustained ST-segment depression with progression of myocardial fibrosis in rats, and suggest that this model may be useful to investigate the treatment of chronic angina. Inhibition of Rho-kinase is efficacious in preventing the ECG change and development of fibrosis induced by vasopressin in this model.
© 2002 Elsevier Science Inc. All rights reserved.

*Keywords:* Angina; Fibrosis; Rho-kinase inhibitor; Fasudil

---

\* Corresponding author. Tel.: +81-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; fax: +81-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.
*E-mail address:* sato.sn@om.asahi-kasei.co.jp (S. Satoh).

0024-3205/02/$ - see front matter © 2002 Elsevier Science Inc. All rights reserved.
PII: S0024-3205(02)02178-1

PAR-VASO-0008172

## Introduction

Angina pectoris is a clinical syndrome caused by myocardial ischemia. Since myocardial ischemia is closely reflected by changes in the ST-segment or T-wave of the electrocardiogram (ECG), this has become a useful method for diagnosing angina pectoris. Various vasoactive substances, such as vasopressin or endothelin, cause myocardial ischemic ECG changes in experimental animals, and these animals have been used as models for angina pectoris [1–5]. In these studies, the ECG changes treated with vasoactive substances were measured during the acute period, and to our knowledge, there has been no previous animal models of a chronic angina caused by vasoactive substances. It is important to develop a relevant model of chronic angina for the study of the pathophysiology of the disorder and for the evaluation of potential therapies.

The activation of Rho-kinase is thought to be involved in vascular smooth muscle contraction [6,7]. Fasudil inhibits Rho-kinase activity [8–10], and prevents Rho-kinase-mediated vasocontractile mechanisms, such as the phosphorylation of the myosin binding subunit of myosin phosphatase, myosin phosphatase inhibition and myosin light chain phosphorylation [11–13]. Fasudil also relaxes the vascular smooth muscle cells. Rho-kinase is also one of the critical elements of the signal transduction pathways leading to a variety of cytoskeleton-dependent cell functions such as cell motility and migration [14,15]. The migration of neutrophils was also inhibited by fasudil [16].

We recently reported that vasopressin reduced coronary flow in vitro and induced ECG change within 30 min in conscious rabbits [17]. Fasudil prevented the reduction of coronary flow induced by vasopressin and markedly suppressed these vasopressin-induced ECG changes at an oral dose [17]. However, it remains to be clarified whether fasudil prevents the occurrence of chronic angina caused by vasopressin.

In this study, we aimed to develop a new model of chronic myocardial damage based on sustained ST-segment depression with progression of myocardial fibrosis in rats. Furthermore, using this model, we examined the prophylactic potential of fasudil against myocardial damage induced by vasopressin.

## Methods

### Vasopressin-induced ST-segment depression in rats

Male Donryu rats (10 weeks old; Charles River) were anesthetized with pentobarbital sodium (60 mg/kg, i.p.) 15 min before intravenous administration of vasopressin (0.5 iu/kg, i.v.). Each drug was administered orally 30 min before the administration of vasopressin. The standard limb lead II of an ECG was recorded with an electrocardiograph immediately before the administration of vasopressin and two days and one and two weeks after the administration of vasopressin. The difference in the amplitudes of the ST-segment after and immediately before the administration of vasopressin is presented as the depression of ST-segment ($\triangle$ ST).

### Vasopressin-induced myocardial fibrosis in rats

Male Donryu rats (9–10 weeks old; Charles River) were used. One week after the administration of vasopressin (0.5 iu/kg, i.v.), hearts were excised and cut transversely from apex to base. Five tissue

PAR-VASO-0008173



Fig. 1. Typical tracings showing the inhibitory effect of fasudil on the ST-segment depression caused by vasopressin in rats. Vasopressin (0.5 iu/kg) was administered intravenously on day 0. Fasudil (10 mg/kg) was administered orally 30 min before the administration of vasopressin.

blocks obtained from each heart were fixed in 10% buffered formalin solution. The extent of fibrosis was determined by periodic acid methenamine silver stain (PAM). The area of fibrosis was quantified using a computerized image analysis system, and was expressed as a percentage of the section of the heart.



Fig. 2. Time course of the ST-segment depression caused by vasopressin in rats. Vasopressin (0.5 iu/kg) was administered intravenously on day 0. Each value represents the mean ± S.E.M of ten experiments. The asterisks indicate a significant difference from the predose control (** $P < 0.01$: Dunnett's test).

PAR-VASO-0008174



Fig. 3. Effect of fasudil, diltiazem or nicorandil on the ST-segment depression caused by vasopressin. An electrocardiogram was recorded on day 2 and day 7. Each drug was administered orally 30 min before the administration of vasopressin. Each column represents the mean ± S.E.M. of the number of experiments shown in parentheses. The asterisks indicate a significant difference from the control (** P < 0.01: Dunnett's test).

PAR-VASO-0008175

*Drugs*

The drugs used were fasudil (Asahi Kasei Corporation, Tokyo, Japan), nicorandil (Chugai, Tokyo, Japan), diltiazem (Tanabe, Osaka, Japan), vasopressin (Sigma, St. Louis, MO) and pentobarbital sodium (Tokyo Kasei, Tokyo, Japan).

*Statistics*

Values are expressed as mean ± S.E.M. The significance of difference was calculated by Dunnett's test. P values of less than 0.05 were considered to be statistically significant.

## Results

*Effects on ST-segment depression*

The administration of vasopressin resulted in ST-segment depression of $-0.19 \pm 0.02$ mV (at 2 days; $p < 0.01$), $-0.14 \pm 0.02$ mV (at 1 week; $p < 0.01$) and $-0.04 \pm 0.02$ mV (at 2 weeks) (Figs. 1



Fig. 4. Photomicrographs (PAM, × 80) of myocardium in the vasopressin group (A) and the vasopressin plus fasudil (10 mg/kg) group (B). Multiple myocardial fibrosis was produced in hearts of rats by injection of vasopressin on day 7. Fasudil prevented the development of fibrosis.

PAR-VASO-0008176

and 2). Thirty minutes after the administration of drugs (immediately before the administration of vasopressin), fasudil, diltiazem or nicorandil did not affect the ST-segment (data not shown). One week after the vasopressin administration, ST-segment depression was $-0.14 \pm 0.02$ mV in the control group; the difference was significant compared with the ST-segment depression of $0.04 \pm 0.01$ mV and $0.04 \pm 0.01$ mV observed in rats treated with fasudil 10 and 30 mg/kg, respectively (Figs. 1 and 3). Diltiazem (30 mg/kg) and nicorandil (30 mg/kg) also significantly attenuated the ST-segment depression one week after the administration of vasopressin (Fig. 3). However, 10 mg/kg of diltiazem and nicorandil failed to attenuate the ST-segment depression induced by vasopressin (Fig. 3).

*Effects on myocardial fibrosis*

One week after the administration of vasopressin, minor and multiple myocardial fibrotic lesions were developed (Fig. 4). The percent area of myocardial fibrosis in control animals ($0.42 \pm 0.11\%$, $p < 0.01$) was significantly greater than that in normal animals ($0.05 \pm 0.01\%$) (Fig. 5). The mean area of fibrosis in rats treated with fasudil 10 mg/kg ($0.11 \pm 0.06\%$, $p < 0.05$) was smaller than that of control rats (Fig. 5). Fasudil (30 mg/kg) also significantly prevented the development of myocardial fibrosis. Diltiazem (10 and 30 mg/kg) showed a tendency to prevent the development of myocardial fibrosis, although the changes observed did not reach statistical significance (Fig. 5).



Fig. 5. Effect of fasudil or diltiazem on the progression of myocardial fibrosis caused by vasopressin in rats. Vasopressin (0.5 iu/ kg) was administered intravenously on day 0. On day 7, myocardial fibrosis was produced in the hearts of control rats, and the development of fibrosis was significantly prevented in the fasudil treatment group. Each column represents the mean $\pm$ S.E.M. of the number of experiments shown in parentheses. The asterisks indicate a significant difference from the control (** $P < 0.01$, * $P < 0.05$: Dunnett's test).

PAR-VASO-0008177

## Discussion

One of the novel findings of the present study was that vasopressin induced a long-lasting (at least one week) ST-segment depression in 10-week old male Donryu rats. Previous studies reported the pathogenesis of the acute phase (within one hour) of ST-segment depression induced by vasopressin [4,18,19]. In the present study, we observed that vasopressin induced not only acute but also chronic myocardial infarction based on sustained ST-segment depression in rats. To the best of our knowledge, this is the first study to demonstrate a model of chronic myocardial damage based on sustained ST-segment depression by vasoactive substances. In a preliminary trial, vasopressin was injected to 6-week old male Donryu rats. One week after the administration of vasopressin, no significant ST-segment depression was observed (data not shown). Vasopressin did not induce a chronic myocardial infarction in younger rats (6-week old), and the duration of ST-segment depression caused by vasopressin was age-dependent.

Previous studies revealed that myocardial infarction occurs in a subset of patients with angina pectoris. Patients with angina have increased concentrations of cardiac specific protein, troponin T, in their serum, and detection of troponin T indicated minor myocardial damage [20,21]. It has also been reported that biopsy tissues from patients with angina showed evidence of myocardial hypertrophy and perivascular fibrosis [22]. However, because the area of myocardial damage may be small and be difficult to quantify, there has been relatively little information available, up to the present time, on the development of myocardial infarction in patients with angina or animal models of angina. Minor and multiple myocardial damage (fibrosis) was developed in rat hearts by injecting vasopressin in the present study. Although distribution of the fibrosis was unpredictable and the area of fibrosis was small, the total size of the fibrosis was relatively constant. This finding indicates that this model can produce a situation that mimics myocardial damage in patients with angina, and measurement of the area of myocardial fibrosis provides quantitative information of disease severity in this model.

Myocardial damage and long-lasting ST-segment depression was induced by vasopressin in this study. It is believed that the intravenous injection of vasopressin immediately evoked contraction of the coronary arteries, but the period of the myocardial ischemic condition on day 1 was short-lasting, since the pathogenesis of the acute phase of ST-segment depression induced by vasopressin lasted within one hour after administration. While it is also thought that myocardial ischemia in acute phase is one of the first critical steps in the myocardial damage development cascade, the steps between the initial acute changes in ST-segment and the chronic delayed changes—such as ST-segment depression and myocardial fibrosis—remain unclear. We could not exclude the possibility that vasopressin produced myocardial damage and long-lasting ST-segment depression by other mechanisms, because data are available for the direct effect of vasopressin on myocyte [23], and it has been reported that vasopressin plays a role in regulating not only coronary but also cerebral and peripheral vascular tonus [24].

The elevation in plasma creatine phosphokinase (CPK) concentration was observed in myocardial ischemia and was thought to have been released from the ischemic myocardium [25,26]. In contrast, vasopressin produced a significant decrease in plasma CPK concentration by 45% two days after the administration of vasopressin compared with control in our preliminary trial. The plasma concentration of CPK returned to control level at day 7. The concentration of lactate dehydrogenase and glutamic oxaloacetic transaminase also decreased at day 2 and returned to nomal levels at day 7. The reason for this discrepancy is, at present, unknown. To defined the mechanisms of vasopressin in producing a long-lasting ST-segment depression and myocardial damage, it may be useful to measure the plasma concentration of CPK within 48 hours, and plasma levels of vasopressin. Additionally, measuring

PAR-VASO-0008178

ischemic markers, such as regional myocardial blood flow and lactate production would also provide insight as to the mechanism.

Vasopressin is considered to be a vasoconstrictor of the coronary artery [27], and ECG changes induced by vasopressin indicate subendocardial ischemia [28]. We also demonstrated that vasopressin appeared to be a potent constrictor of coronary arteries, and fasudil significantly prevented the reduction in coronary flow by vasopressin in vitro [17]. In the present study, fasudil significantly attenuated the ST-segment depression two days and one week after the administration of vasopressin. Fasudil also significantly prevented the development of fibrosis one week after the administration of vasopressin. These results suggest that fasudil has a prophylactic potential to prevent the development of chronic myocardial damage. Fasudil is a potent vasodilator and acts on the spastic coronary and cerebral arteries [11,29]. In the present study, diltiazem and nicorandil, vasodilators whose mechanism differs from that of fasudil, also attenuated the ST-segment depression one week after the administration of vasopressin. This means that vasodilatory effects of fasudil, diltiazem and nicorandil may be reflected in the effects in this chronic myocardial damage model, at least in part. In a previous study, we showed that pretreatment of rabbits with fasudil inhibited the ECG changes elicited by vasopressin during the acute period, and the antianginal effect of fasudil appeared to be mediated by its action of ameliorating the coronary vasospasm induced by vasopressin [17]. However, we did not monitor the ECG and hemodynamic changes after the administration of fasudil, diltiazem or nicorandil during the acute period in 10-week old rats. Furthermore, we did not measure the plasma levels of these drugs in this model. To define the mechanisms of these drugs in attenuating the ST-segment depression, it may be useful to measure the plasma concentrations of these drugs; to measure ECG; or to measure hemodynamic changes during the acute period.

Fasudil is metabolized to the active metabolite hydroxyfasudil [30,31]. After oral administration of fasudil at 10 mg/kg in rats, the maximum plasma concentration and the area under the plasma concentration curve of hydroxyfasudil were 10–20 times higher than those of fasudil, and the $\beta$-phase elimination half-life of hydroxyfasudil was about 10 times longer than that of fasudil [32]. Fasudil and hydroxyfasudil are both Rho-kinase inhibitors with hydroxyfasudil being more selective than fasudil [30]. Hydroxyfasudil has a potent vasodilator effect, and also significantly prevents the reduction in coronary flow by vasopressin [17]. Hydroxyfasudil may augment the potency of fasudil as an anti-anginal drug.

In the present study, fasudil prevented the development of myocardial fibrosis. The capacity of fasudil to prevent the development of myocardial fibrosis is in accordance with the findings of previous studies of fasudil where the degree of myocardial fibrosis induced by L-NAME was studied [32]. Macrophages are thought to play a central role in the fibroproliferative response. Fibrogenic growth factors, most of which might be released by infiltrating macrophages, may be important in the pathogenesis of fibrosis in several kinds of tissue [33,34]. It was reported that fasudil inhibited the infiltration of macrophages [12,32], suggesting that fasudil is effective in inhibiting the development of fibrosis by limiting macrophage infiltration, at least in part. Iwamoto et al. [35] reported that inhibition of the Rho-kinase pathway by a Rho-kinase inhibitor might be beneficial for the treatment of liver fibrosis by abolishing cell proliferation and collagen gene expression in rat hepatic stellate cells. Although it remains to be investigated if a Rho-kinase inhibitor has a direct effect on myocardial fibrosis, present and previous [32] results suggest that inhibition of Rho-kinase prevents the development of myocardial fibrosis in myocardial ischemic tissue. Although not significant, the low dose fasudil and diltiazem also decreased fibrosis by about half. Therefore there are discrepancies between ECG changes and fibrosis, and the

PAR-VASO-0008179

effective dose of these drugs on hemodynamics and anti-inflammation might be different. Additional research may be required to determine the mechanisms to prevent the myocardial fibrosis; for example the effect of fasudil on macrphage infiltration in the hearts or the effect of nicorandil on the fibrotic lesions.

In conclusion, we present a new model of chronic myocardial damage based on sustained ST-segment depression with progression of myocardial fibrosis, and this model may be useful to investigate the treatment of chronic angina. Inhibition of Rho-kinase is efficacious in preventing the ECG change and degree of fibrosis induced by vasopressin in this model.

## Acknowledgements

The authors thank Mark Smith for pertinent comments.

## References

[1] Serradeil-Le Gal C, Villanova G, Boutin M, Maffrand JP, Le Fur G. Effects of SR49059, a non-peptide antagonist of vasopressin V1a receptors, on vasopressin-induced coronary vasoconstriction in conscious rabbits. Fundamental and Clinical Pharmacology 1995;9:17–24.

[2] Filep JG, Skrobik Y, Fournier A, Foldes-Filep E. Effect of calcium antagonists on endothelin-1-induced myocardial ischaemia and oedema in the rat. British Journal of Pharmacology 1996;118:893–900.

[3] Hirata Y, Miyai H, Mabuchi T, Aisaka K. Effect of JTV-506, a novel vasodilator, on experimental angina model in rats. Journal of Cardiovascular Pharmacology 1998;31:322–6.

[4] Yamamoto S, Matsui K, Sasabe M, Kitano M, Ohashi N. Effect of SMP-300, a new NA+/H+ exchange inhibitor, on myocardial ischemia and experimental angina models in rats. Japanese Journal of Pharmacology 2000;84:196–205.

[5] Yamamoto Y, Ikegaki I, Sasaki Y, Uchida T. The protein kinase inhibitor fasudil protects against ischemic myocardial injury induced by endothelin-1 in the rabbit. Journal of Cardiovascular Pharmacology 2000;35:203–11.

[6] Hori M, Karaki H. Regulatory mechanisms of calcium sensitization of contractile elements in smooth muscle. Life Sciences 1998;62:1629–33.

[7] Shimokawa H. Cellular and molecular mechanisms of coronary artery spasm- Lessons from animal models -. Japanese Circulation Journal 2000;64:1–12.

[8] Uehata M, Ishizaki T, Satoh H, Ono T, Kawahara T, Morishita T, Tamakawa H, Yamagami K, Inui J, Maekawa M, Narumiya S. Calcium sensitization of smooth muscle mediated by a Rho-associated protein kinase in hypertension. Nature 1997;389:990–4.

[9] Davies SI, Reddy H, Caivano M, Cohen P. Specificity and mechanism of action of some commonly used protein kinase inhibitor. Biochemical Journal 2000;351:95–105.

[10] Nagumo H, Sasaki Y, Ono Y, Okamoto H, Seto M, Takuwa Y. Rho kinase inhibitor HA-1077 prevents Rho-mediated myosin phosphatase inhibition in smooth muscle cells. American Journal of Physiology 2000;278:C57–65.

[11] Katsumata N, Shimokawa H, Seto M, Kozai T, Yamawaki T, Kuwata K, Egashira K, Ikegaki I, Asano T, Sasaki Y, Takeshita A. Enhanced myosin light chain phosphorylations as a central mechanism for coronary artery spasm in a swine model with interleukin-1β. Circulation 1997;96:4357–63.

[12] Miyata K, Shimokawa H, Kandabashi T, Higo T, Morishige K, Eto Y, Egashira K, Kaibuchi K, Takeshita A. Rho-kinase is involved in macrophage-mediated formation of coronary vascular lesions in pigs in vivo. Arteriosclerosis, Thrombosis, and Vascular Biology 2000;20:2351–8.

[13] Shimokawa H, Horishige K, Miyata K, Kandabashi T, Eto Y, Ikegaki I, Asano T, Kaibuchi K, Takeshita A. Long-term inhibition of Rho-kinase induces a regression of arteriosclerotic coronary lesions in a porcine model in vivo. Cardiovascular Research 2001;51:167–77.

[14] Maekawa M, Ishizaki T, Boku S, Watanabe N, Fujita A, Iwamatsu A, Obinata T, Ohashi K, Mizuno K, Narumiya S.

Signaling from Rho to the actin cytoskeleton through protein kinases ROCK and LIM-kinase. Science 1999;285: 895–8.

[15] Niggli V. Rho-kinase in human neutrophils: a role in signalling for myosin light chain phosphorylation and cell migration. FEBS Letters 1999;445:69–72.

[16] Satoh S, Kobayashi T, Hitomi A, Ikegaki I, Suzuki Y, Shibuya M, Yoshida J, Asano T. Inhibition of neutrophil migration by a protein kinase inhibitor for the treatment of ischemic brain infarction. Japanese Journal of Pharmacology 1999;80: 41–8.

[17] Satoh S, Ikegaki I, Asano T, Shimokawa H. Antiischemic properties of fasudil in experimental models of vasospastic angina. Japanese Journal of Pharmacology 2001;87:34–40.

[18] Kita Y, Ozaki R, Sakai S, Sugimoto T, Hirasawa Y, Ohtsuka M, Senoh H, Yoshida K, Maeda K. Antianginal effects of FK409, a new spontaneous NO releaser. British Journal of Pharmacology 1994;113:1137–40.

[19] Wang JX, Maruyama K, Murakami M, Endo T, Komatsu H, Akahane M. Antianginal effects of ranolazine in various experimental models of angina. Arzneimittel-Forschung/Drug Research 1999;49:193–9.

[20] Hamm CW, Ravkilde J, Gerhardt W, Jorgensen P, Peheim E, Ljungdahl L, Goldmann B, Katus HA. The prognostic value of serum troponin T in unstable angina. New England Journal of Medicine 1992;327:146–50.

[21] Stubbs P, Collinson P, Moseley D, Greenwood T, Noble M. Prospective study of the role of cardiac troponin T in patients admitted with unstable angina. British medical Journal 1996;313:262–4.

[22] Suzuki H, Takeyama Y, Koba S, Suwa Y, Katagiri T. Small vessel pathology and coronary hemodynamics in patients with microvascular angina. International Journal of Cardiology 1994;43:139–50.

[23] Nakamura Y, Haneda T, Osaki J, Miyata S, Kikuchi K. Hypertrophic growth of cultured neonatal rat heart cells mediated by vasopressin $V_{1A}$ receptor. European Journal of Pharmacology 2000;391:39–48.

[24] Oyama H, Suzuki Y, Satoh S, Kajita Y, Takayasu M, Shibuya M, Sugita K. Role of nitric oxide in the cerebral vasodilatory responses to vasopressin and oxytocin in dogs. Journal of Cerebral Blood Flow and Metabolism 1993;13:285–90.

[25] Himori N, Matsuura A. A simple technique for occlusion and reperfusion of coronary artery in conscious rats. American Journal of Physiology 1989;256:H1719–25.

[26] Cargnoni A, Boraso A, Comini L, De Giuli F, Condorelli E, Pasini E, Ferrari R. Role of timing of administration in the cardioprotective effect of iloprost, a stable prostacyclin mimetic. European Journal of Pharmacology 1991;199:165–78.

[27] Maturi MF, Martin SE, Markle D, Maxwell M, Burruss CR, Speir E, Greene R, Ro YM, Vitale D, Green MV, Goldstein SR, Bacharach SL, Patterson RE. Coronary vasoconstriction induced by vasopressin. Production of myocardial ischemia in dogs by constriction of nondiseased small vessels. Circulation 1991;83:2111–21.

[28] Mori T, Ishigai Y, Fukuzawa A, Chiba K, Shibano T. Pharmacological profile of semotiadil fumarate, a novel calcium antagonist, in rat experimental angina model. British Journal of Pharmacology 1995;116:1668–72.

[29] Asano T, Ikegaki I, Satoh S, Suzuki Y, Shibuya M, Takayasu M, Hidaka H. Mechanism of action of a novel antivasospasm drug, HA1077. The Journal of Pharmacology and Experimental Therapeutics 1987;241:1033–40.

[30] Shimokawa H, Seto M, Katsumata N, Amano M, Kozai T, Yamawaki T, Kuwata K, Kandabashi T, Egashira K, Ikegaki I, Asano T, Kaibuchi K, Takeshita A. Rho-kinase-mediated pathway induces enhanced myosin light chain phosphorylations in a swine model of coronary artery spasm. Cardiovascular Research 1999;43:1029–39.

[31] Satoh S, Utsunomiya T, Tsurui K, Kobayashi T, Ikegaki I, Sasaki Y, Asano T. Pharmacological profile of hydroxy fasudil as a selective rho kinase inhibitor on ischemic brain damage. Life Sciences 2001;69:1441–53.

[32] Ikegaki I, Hattori T, Yamaguchi T, Sasaki Y, Satoh S, Asano T, Shimokawa H. Involvement of Rho-kinase in vascular remodeling caused by long-term inhibition of nitric oxide synthesis in rats. European Journal of Pharmacology 2001; 427:69–75.

[33] Henke C, Marineili W, Jessurun J, Fox J, Harms D, Peterson M, Chiang L, Doran P. Macrophage production of basic fibroblast growth factor in the fibroproliferative disorder of alveolar fibrosis after lung injury. American Journal of Pathology 1993;143:1189–99.

[34] Diamond JR, Kees-Folts D, Ding G, Frye JE, Restrepo NC. Macrophages, monocyte chemoattractant peptide-1, and TGF-β1 in experimental hydronephrosis. American Journal of Physiology 1994;266:F926–33.

[35] Iwamoto H, Nakamuta M, Tada S, Sugimoto R, Enjoji M, Nawata H. A p160ROCK-specific inhibitor, Y-27632, attenuates rat hepatic stellate cell growth. Journal of Hepatology 2000;32:762–70.

PAR-VASO-0008181

# Systemic Arterial Vasodilation, Vasopressin, and Vasopressinase in Pregnancy

Robert W. Schrier

Department of Medicine, University of Colorado, Denver, Colorado

## ABSTRACT

Systemic arterial vasodilation in early pregnancy is accompanied by a compensatory rise in cardiac output and a decline in BP. This relative arterial underfilling in early pregnancy is coupled to stimulation of the renin-angiotensin-aldosterone system and hypotonicity. Arterial underfilling induces the nonosmotic stimulation of arginine vasopressin and upregulation of aquaporin 2 followed by trafficking of this water channel to the apical membrane of principal cells along the collecting ducts. In middle and late pregnancy, there also is a four-fold increase in vasopressinase, a cystine aminopeptidase produced by placental trophoblasts, which enhances the metabolic clearance of vasopressin. In the setting of preeclampsia, twins or triplets, or subclinical central diabetes insipidus, a transient diabetes insipidus may ensue from this vasopressinase-mediated degradation of N-terminal amino acids from the vasopressin molecule. Because desmopressin is already deaminated at the N-terminal, it is resistant to the effect of vasopressinase and therefore is the treatment of choice for transient diabetes insipidus of pregnancy.

J Am Soc Nephrol 21: 570–572, 2010. doi: 10.1681/ASN.2009060653

Systemic arterial vasodilation occurs very early in the first trimester of pregnancy.[1] This change in the arterial circulation happens before maturation of the placenta; therefore, at least early in gestation, arterial vasodilation cannot be explained by arteriovenous shunting through the placenta. Estrogens are known to upregulate nitric oxide (NO) synthase,[2] and there is experimental evidence that NO contributes to this arterial vasodilation during pregnancy.[3,4] Moreover, an increase in circulating relaxin during early pregnancy is also known to increase NO-mediated arterial vasodilation.[5] Systemic arterial vasodilation in pregnancy is associated consequently with a secondary increase in cardiac output.[1] This increase in cardiac output is inadequate, however, to compensate for the arterial vasodilation and diminished systemic vascular resistance. Thus, arterial BP declines during the first trimester of normal pregnancy.

Compensatory responses, in addition to the increase in cardiac output, occur in association with the arterial vasodilation of pregnancy. Specifically, there is evidence that the neurohumoral axis, including activation of renin-angiotensin-aldosterone system, is stimulated early in normal pregnancy.[1] Moreover, administration of an angiotensin-converting enzyme inhibitor lowers BP in the pregnant rat.[6]

The systemic arterial vasodilation in the first trimester of pregnancy is also associated with stimulation of thirst, increased water intake, and a decline in plasma osmolality of approximately 8 to 10 mOsm/kg $H_2O$ (4- to 5-mEq/L decline in serum sodium concentration).[7] In other clinical circumstances of arterial underfilling, whether as a result of a decrease in cardiac output from heart failure or systemic arterial vasodilation as occurs with cirrhosis, increases in the renin-angiotensin-aldosterone system, hypotonicity, and hyponatremia all are common occurrences.[8] The hypotonicity in these edematous disorders, however, is more profound than what occurs in pregnancy. The nonosmotic stimulation of vasopressin clearly is the mediator of the hyponatremia in these edematous disorders, not only by RIA measurements but also by reversal of the hyponatremia with V2 vasopressin antagonists.[9]

A similar nonosmotic stimulation of thirst and release of vasopressin would be expected with the systemic arterial vasodilation of pregnancy. The hypotonicity seen in pregnant rats, which is similar to that observed in human pregnancy, is associated with increased plasma and hypothalamic vasopressin.[3] Because of the modest degree of hypotonicity during pregnancy, a large acute water load (20 ml/kg) may lower plasma osmolality substantially and override the nonosmotic release of AVP, thereby leading to urinary dilution.

There is other evidence for the role of vasopressin in pregnancy. Studies dem-

Published online ahead of print. Publication date available at www.jasn.org.

**Correspondence:** Dr. Robert W. Schrier, Department of Medicine, University of Colorado Denver, 12700 East 19th Avenue C281, Research Building 2, Room 7001, Aurora, CO 80045. Phone: 303-724-4837; Fax: 303-724-4831; E-mail: robert.schrier@ucdenver.edu

Copyright © 2010 by the American Society of Nephrology

PAR-VASO-0008182



**Figure 1.** AQP2 protein expression is increased in normal pregnant rats on days 7, 14, and 20 of gestation compared with nonpregnant (NP) rats. Two bands are detectable: A band of 29 kD and a broader band of 36 to 45 kD corresponding to the predicted molecular mass of AQP2 and its glycosylated form. Reprinted from reference[10], with permission.

onstrate that expression of aquaporin 2 (AQP2) water channels in principal cells along the collecting duct are regulated by vasopressin.[10] Thus, the nonosmotic stimulation of vasopressin in rat pregnancy should increase the medullary expression of AQP2 and its trafficking to the apical membrane. This has been clearly demonstrated (Figure 1).[10] These effects on AQP2 during pregnancy are reversed by a V2 vasopressin receptor antagonist. Moreover, urinary AQP2 has been shown to increase in human pregnancy as compared to the nonpregnant state.[11] Thus, the modest lowering of the osmotic threshold for plasma vasopressin in pregnancy seems most likely to be secondary to systemic arterial vasodilation, leading to the nonosmotic stimulation of vasopressin and upregulation of AQP2. This is compatible with the peripheral arterial vasodilation hypothesis of sodium and water retention in pregnancy.[12]

There is another very interesting and important event relating to the vasopres-sin in pregnancy. This is the role of vaso-pressinase, a cystine aminopeptidase produced by the placental trophoblasts during pregnancy. In previous studies, measurement of plasma vasopressin necessitated the inclusion of an inhibitor of vasopressinase, phenanthroline. Initially, this activity of vasopressinase in degrading vasopressin was believed to be an artifact of *in vitro* analysis. Subsequent studies, however, demonstrated that vasopressinase actively degrades vasopressin *in vivo* during pregnancy. In normal pregnancy, increased synthesis and release of vasopressin is adequate to maintain vasopressin plasma concentrations despite the increased activity of vasopressinase; however, in some pregnancies, increased levels of vasopressinase are associated with a transient diabetes insipidus.[13]

This polyuric state is observed in women carrying multiple pregnancies, perhaps as a result of increased placental trophoblastic synthesis of vasopressinase. Transient diabetes insipidus of pregnancy

also may occur with the liver involvement associated with preeclampsia, perhaps secondary to diminished hepatic degradation of vasopressinase. Moreover, subclinical central diabetes insipidus may become clinically apparent during normal pregnancy, when vasopressin degradation by vasopressinase occurs and an adequate compensatory increase in vasopressin synthesis and release does not. Durr *et al.*[14] performed a seminal study defining the mechanism of vasopressinase-mediated transient diabetes insipidus of pregnancy. Large doses of exogenous vasopressin (up to 75 μg or 30 IU intravenously) were ineffective in treating this polyuria of pregnancy. The polyuria—up to 25 L/d—responded, however, to the administration of dDAVP. Bioactive fragments of vasopressin appeared with this vasopressinase-mediated diabetes insipidus of pregnancy. Vasopressinase degrades vasopressin by sequentially removing amino acids from the N-terminus. Because dDAVP, desmopressin, is deaminated at the N-terminus, the degradative effect of vasopressinase does not occur with exogenous dDAVP. Thus, dDAVP is the treatment of choice for the transient diabetes insipidus of pregnancy, which is caused by excessive vasopressinase and/or the inadequate response of vasopressin synthesis during pregnancy.

Studies of normal women by Davison *et al.*[15] examined the plasma vasopressin concentrations, urine osmolality, vasopressinase activity, metabolic clearance of vasopressin, and effect of dDAVP during pregnancy *versus* the postpartum period. Plasma levels of vasopressin and urine osmolality were



**Figure 2.** (A and B) Plasma vasopressinase activity (A) and vasopressin metabolic clearance rate (B) during pregnancy are shown. Adapted from reference[15], with permission.

PAR-VASO-0008183

no different between these two periods; however, the metabolic clearance rate of vasopressin was four-fold increased during middle (22 to 24 wk) and late (36 to 38 wk) pregnancy and returned to normal in the 10 to 12 wk postpartum (Figure 2). This increase in the metabolic clearance of vasopressin is associated with increased vasopressinase activity, which returns to undetectable levels in the postpartum period. The marked increment in the rate of metabolic clearance of vasopressin occurs between weeks 7 and 8 of pregnancy through midpregnancy. This is the period of the largest rise in trophoblast mass and plasma vasopressinase activity. The vasopressinase activity increases 40- to 50-fold in middle and late pregnancy using either an enzymatic or a photometric method. The trophoblastic mass in pregnancy is estimated to increase 1000-fold between gestational weeks 6 and 24 and to plateau thereafter.[16] Moreover, because vasopressinase cannot degrade dDAVP, the metabolic clearance rates of dDAVP were no different when comparing middle and late pregnancy with the postpartum period.[15]

## ACKNOWLEDGMENTS

This work was supported by the National Institute of Diabetes and Digestive and Kidney Diseases (P01 DK19928).

I thank Jan Darling for support in the preparation of the manuscript.

## DISCLOSURES

R.W.S. has been a consultant for Otsuka Pharmaceuticals and a reviewer for Amgen and has received a research grant from Astellas.

## REFERENCES

1. Chapman AB, Abraham WT, Zamudio S, Coffin C, Merouani A, Young D, Johnson A, Osorio F, Goldberg C, Moore LG, Dahms T, Schrier RW: Temporal relationship between hormonal and hemodynamic changes in early human pregnancy. *Kidney Int* 54: 2056–2063, 1998
2. Chen Z, Yuhanna IS, Galchera-Gargova Z, Karas RH, Mendelsohn ME, Shaul PW: Estrogen receptor alpha mediates the nongenomic activation of endothelial nitric oxide synthase by estrogen. *J Clin Invest* 103: 401–406, 1999
3. Xu D-L, Martin P-Y, St. John J, Tsai P, Summer SN, Ohara M, Kim JK, Schrier RW: Upregulation of endothelial and neuronal constitutive nitric oxide synthase in pregnant rats. *Am J Physiol Regulatory Integrative Comp Physiol* 40: R1739–R1745, 1996
4. Cadnapaphornchai MA, Ohara M, Morris KG Jr, Knotek M, Bogachev B, Ladtkow T, Carter EP, Schrier RW: Chronic NOS inhibition reverses systemic vasodilation and glomerular hyperfiltration in pregnancy. *Am J Physiol Renal Physiol* 280: F592–F598, 2001
5. Danielson LA, Kercher LJ, Conrad K: Impact of gender and endothelin on renal vasodilation and hyperfiltration inducted by relaxin in conscious rats. *Am J Physiol Renal Comp Physiol* 279: R1298–R1304, 2000
6. Baylis C, Collins RC: Angiotensin II inhibition on blood pressure and renal hemodynamics in pregnant rats. *Am J Physiol* 250: F308–F314, 1986
7. Davison JM, Gilmore EA, Durr J, Robertson GL, Lindheimer MD: Altered osmotic thresholds for vasopressin and thirst in human pregnancy. *Am J Physiol* 246: F105–F109, 1984
8. Schrier RW, Cadnaphornchai MA, Ohara M: Water retention and aquaporins in heart failure, liver disease, and pregnancy. *J R Soc Med* 94: 265–269, 2001
9. Schrier RW, Gross P, Gheorghiade M, Berl T, Verbalis JG, Czerwiec FS, Orlandi C, SALT Investigators: Tolvaptan, a selective oral vasopressin V2-receptor antagonist, for hyponatremia. *N Engl J Med* 355: 2099–2112, 2006
10. Ohara M, Martin P-Y, Xu D-L, St. John J, Pattison TA, Kim JK, Schrier RW: Upregulation of aquaporin 2 water channel expression in pregnant rats. *J Clin Invest* 101: 1076–1083, 1998
11. Buemi M, D'Anna R, Di Pasquale G, Floccari F, Ruello A, Aloisi C, Leonardi I, Frisina N, Corica F: Urinary excretion of aquaporin-2 water channel during pregnancy. *Cell Physiol Biochem* 11: 203–208, 2001
12. Schrier RW, Briner VA: Peripheral arterial vasodilation hypothesis of sodium and water retention in pregnancy: Implications for pathogenesis of preeclampsia-eclampsia. *Obstet Gynecol* 77: 632–639, 1991
13. Barron WM, Cohen LH, Ulland LA, Lassiter WE, Fulghum EM, Emmanouel D, Robertson G, Lindheimer MD: Transient vasopressin-resistant diabetes insipidus of pregnancy. *N Engl J Med* 310: 442–444, 1984
14. Durr JA, Hoggard JG, Hunt JM, Schrier RW: Diabetes insipidus in pregnancy associated with abnormally high circulating vasopressinase activity. *N Engl J Med* 316: 1070–1074, 1987
15. Davison JM, Sheills EA, Baron WM, Robinson AG, Lindheimer MD: Changes in the metabolic clearance of vasopressin and in plasma vasopressinase throughout human pregnancy. *J Clin Invest* 83: 1313–1318, 1989
16. Braunstein GD, Rasor JL, Engrall E, Wade ME: Interrelationships of human chorionic gonadotropin, human placenta lactogen and pregnancy-specific B1-glycoprotein throughout normal human gestation. *Am J Obstet Gynecol* 138: 1205–1213, 1980

PAR-VASO-0008184

*Developmental Brain Research*, 22 (1985) 269–277
Elsevier

BRD 50281

# Body and Brain Growth Following Continuous Perinatal Administration of Arginine- and Lysine-Vasopressin to the Homozygous Brattleboro Rat

F.G.M. SNIJDEWINT, G.J. BOER and D.F. SWAAB

*Netherlands Institute for Brain Research, Amsterdam (The Netherlands)*

(Accepted April 5th, 1985)

*Key words:* vasopressin — Brattleboro rat — development — brain growth

Using a recently developed controlled-drug-delivery implantation technique, arginine-vasopressin (AVP) or lysine-vasopressin (LVP) was administered to homozygous (HOM) Brattleboro rats throughout pregnancy in order to study the influence of compensation for the deficiency of AVP on body and brain development in their HOM offspring. This mutant is retarded in both body and brain growth from the neonatal period onwards. In one subgroup the LVP-treatment was continued postnatally by means of subcutaneous implantation in the pups. AVP treatment had no growth-stimulating effect either on pup body weight at day one or on postnatal body growth, nor did it affect noticeably the day of eye opening, or a number of brain parameters measured at one month of age. LVP treatment, in contrast, resulted in higher body weights at birth, which could be maintained postnatally if the pups were reared with a Wistar foster-mother. At one month of age body as well as brain weights were still larger in the treated pups. Although cerebellar weight was larger than in untreated Brattleboro pups in this group, cerebellar DNA content or gross morphology, known to be impaired in HOM rats, were not changed. LVP treatment of the pups, as well as maternal AVP-treatment beginning on day 15 of pregnancy, had inhibiting rather than growth-stimulating effects, high-lighting the different effects created by these two peptides at different stages of development.

## INTRODUCTION

Homozygous (HOM) Brattleboro rats have a recessive brain deficiency for the synthesis of arginine-vasopressin (AVP). The hereditary defect is due to a single deletion in the sequence encoding the neurophysin part of the AVP precursor giving rise to a frame shift and an open reading frame[33]. Normally, the vasopressin gene is transcribed within magnocellular neurones in the paraventricular and supraoptic nuclei of the hypothalamo-neurohypophyseal system. Neural lobe AVP is released into the circulation mainly to control antidiuresis[30]. The Brattleboro rats suffer, therefore, from severe diabetes insipidus (DI) resulting in a daily water turnover up to 110% of their body weight[38]. DI can be corrected by subcutaneous administration of vasopressin[14,24,35,43].

AVP is also believed to act centrally as a neurotransmitter, via a network of nerve fibers from the suprachiasmatic and paraventricular nuclei[12] and

from the bed nucleus of the stria terminalis, locus coeruleus and amygdala[13,39]. By immunological methods, the presence of AVP has recently been demonstrated in mammalian ovary[41], testis[25] and adrenal gland[1], including the adrenal[26] and ovary[21] of HOM Brattleboro rats. These findings suggest that non-neural tissues may have a different posttranslational modification of the AVP precursor than does the brain.

When compared with heterozygous (HET) Brattleboro rats, which are capable of producing AVP and which have nearly normal diuresis[37], the HOM animals exhibit retarded body and brain development[4,8,43]. In the brain the most severely and persistently affected area appears to be the cerebellum[8]. A trophic role of AVP during brain development has been postulated on the basis of: (a) the particular pattern of the stunted brain growth among other known developmental disturbances[3,7]; (b) the mitogenic potency of vasopressin both in vitro[23,29,31,40,42] and in

*Correspondence:* F.G.M. Snijdewint, Netherlands Institute for Brain Research, Meibergdreef 33, 1105 AZ Amsterdam, The Netherlands.

PAR-VASO-0008185

vivo[19,28,32]; and (c) the growth-promoting effect on neurites in cell culture[18]. In theory, the proper administration of this peptide to HOM animals should correct the growth anomalies in the body and brain. AVP, applied systemically fails to increase postnatal body[7,35,43] or brain growth[5,7], even when applied continuously[6,20]. Since reduced brain growth is already evident at birth[4], it has been argued[9] that AVP supplementation in the above experiments was given too late during development, and that earlier administration of AVP might well correct the growth anomalies in HOM animals. Since in the normal rat the AVP-generating neurons of the hypothalamus appear immunocytologically already on prenatal day 16 (ref. 11), while AVP can be detected radioimmunochemically as early as prenatal day 14 (ref. 34), this hypothesis is quite plausible. The present study, therefore, describes the effects on the postnatal development of continuously applied AVP or LVP to the Brattleboro mothers throughout pregnancy.

## MATERIALS AND METHODS

### Animals and animal treatment

HOM Brattleboro rats (di/di), weighing 200–250 g, were obtained from TNO-CPB (Zeist, The Netherlands). All animals were kept in large cages, received tap water and standard chow ad libitum, and experienced light between 07.00 and 19.00 h. For each experiment 70 female and 25 male HOM Brattleboro rats were used to produce sufficient litters. If sperm were present in the morning vaginal smear, day postcoitus (dpc) 0, the females received Accurel/collodion tubing (see below) subcutaneously in the neck loaded with AVP, LVP or water (untreated rats). The pregnant HOM Brattleboro rats were placed in metabolism cages on dpc 7 and 16 to measure urine production and urine osmolality. Urine AVP and LVP were assayed radioimmunochemically[16] (LVP could be measured by its cross-reaction in the AVP assay since no endogene AVP is available in urine of HOM rats), to control for proper functioning of the drug-delivery device (detection levels were 1 and 2 pg/ml urine respectively). On dpc 17 the rats were placed in small individual plastic cages (35 × 25 × 18 cm) and kept on ample and daily changed sawdust bedding. On day 1 postpartum (dpp 1, i.e. dpc 23), the Accurel/collodion tubing was removed and

the litters were aselectively adjusted to a litter size of 8 pups. Mothers with less then 6 pups were not used. On dpp 12, the mother and litter were placed in larger plastic cages (60 × 25 × 18 cm) in which water nipples were made available for the pups. Body weights of the pups were regularly recorded during the first month of life, after which the animals were sacrificed by decapitation.

### Vasopressin/Accurel/collodion device implantations

AVP and LVP treatment of the pregnant rats and the pups was performed with a subcutaneously implantable device[6,20]. For application in the mothers, pieces of microporous Accurel polypropylene hollow fiber (P78/15/2, o.d. 1.6 mm), 15 mm in length, were loaded with 20 or 100 μg AVP (Sigma Grade VIII, 403 IU/mg) or 100 μg LVP (Sigma Grade IX, 231 IU/mg) and coated with a layer of nitrocellulose (Necol Collodion solution for preparing permeable membranes, British Drug Houses). For neonatal Brattleboro pups small tubing (Accurel P9/80/1, o.d. 0.95 mm), 5 mm in length and loaded with 20 μg LVP, were prepared similarly and sterilized by γ-radiation (25 kGy; Gammaster B.V. Ede, The Netherlands). The in vivo release, tested with [125I]AVP and with [3H]AVP, is approximately 1% of the total load per 24 h for at least 3 weeks[20] (Kruisbrink and Boer, in preparation).

### Experimental series

The sperm-positive HOM rats received on dpc 0 devices loaded with 20 μg AVP in experiment 1, 100 μg AVP in experiment 2 and 100 μg LVP in experiment 4 and 5. In experiment 3 the implantations (100 μg AVP loads) were performed on dpc 15. The untreated females received devices filled with water. In experiment 5, HOM litters were fostered by Wistar mothers of the same postpartum stage. In a subgroup (experiment 5A), LVP treatment was continued in the pups: small Accurel/collodion tubing loaded with 20 μg LVP or water (untreated pups) were implanted subcutaneously on dpp 1. In all series between day 12 and 15 at 10.00 h the number of opened eyes within a litter was counted, while the urine production of the pups was measured over a two-day period in a metabolism cage between day 30 and 34. The young animals were sacrificed on day 33 or 34 by means of decapitation and the brains were

immediately isolated and weighed.

Cerebellum and medulla oblongata were quickly dissected and also weighed. Brain parts were frozen and kept at −25 °C, and later lyophilized for dry weight, DNA[2] and protein content[22] determinations.

### Morphology of the cerebellum

A non-selectively obtained number of cerebelli from 7 untreated and 5 prenatally LVP-treated animals of experiment 5 were fixed in 4% paraformaldehyde and after dehydration embedded in paraffin. Sagittal sections (5 $\mu$m) near the midline of the vermis were stained with cresyl violet. The midsagittal section (Fig. 1) was selected and the morphology quantified. Total surface and the areas of the molecular, granular and white matter layers were measured with a digitizer (Calcomp 2000) using 30-fold magnified photographs. The sulcus depth of lobe VId was also measured (Uylings and Van Norde, in preparation).

### Statistics

All data were statistically evaluated using Student's $t$-test, taking $P < 0.05$ (2-tailed) as the level of significance. The non-parametric Mann–Whitney U-test (two-tailed, corrected for ties) was used for the sulcus depth of lobe VId.

### RESULTS

### Diuresis pregnant mothers

A week after implantation of the Accurel/collo-dion devices in the sperm-positive HOM rats, the continuous release of AVP and LVP had significantly decreased the diuresis to about 10% and 15% of levels of untreated rats, respectively (Table I). The DI slowly returned during pregnancy: on dpc 17 the urine production of the rats with the 20 and 100 $\mu$g AVP and 100 $\mu$g LVP loads was, respectively, approximately 40, 20 and 35% of untreated HOM rats. Urine osmolality reflected the urine excretion data.

### Prenatal supplementation of AVP (experiments 1, 2 and 3)

The body weights of the pups on dpp 1 did not differ from untreated HOM rats in any of the prenatal supplementation experiments using AVP. There were also no differences in the moment of eye opening (Table II). Body weights remained unaffected up to one month postnatally (experiments 1 and 2), except when AVP treatment started at dpc 15 (experiment 3). These animals showed lower postnatal growth rate and a 10% lower body weight at one month (Table III). At that time, total brain weight, cerebellar and medulla oblongata weight also did not differ from untreated rats, except again in experiment 3 where the brain weight was significantly lower ($P < 0.005$).

### Prenatal treatment with LVP (experiment 4 and 5)

Treatment with LVP resulted in increased body weights of the pups on dpp 1 (Table II), although in experiment 4 this effect did not become statistically significant ($0.2 < P < 0.3$) as it did in experiment 5

TABLE I

*Urine production and osmolality of pregnant HOM Brattleboro rats after implantation of the Accurel/collodion devices on dpc 0*

Urine production and osmolality are given as average ± S.E.M.

| Experiment | | n | Urine production (ml/100 g b.wt./day) | | Urine osmolality (mOsm/kg) | |
|---|---|---|---|---|---|---|
| | | | dpc 8 | dpc 17 | dpc 8 | dpc 17 |
| 1 | Untreated | 2 | 83 ± 7 | 101 ± 11 | 140 ± 30 | 125 ± 25 |
| | AVP (20 $\mu$g) | 3 | 9 ± 1 | 43 ± 6 | 1110 ± 80 | 500 ± 125 |
| 2 | Untreated | 3 | 96 ± 3 | 100 ± 8 | 133 ± 3 | 115 ± 10 |
| | AVP (100 $\mu$g) | 4 | 9 ± 1 | 18 ± 6 | 1150 ± 60 | 765 ± 70 |
| 3* | Untreated | 4 | 119 ± 9 | 114 ± 4 | 124 ± 4 | 140 ± 20 |
| | AVP (100 $\mu$g) | 5 | 102 ± 7 | 10 ± 1 | 131 ± 4 | 1090 ± 80 |
| 4 | Untreated | 6 | 79 ± 3 | 96 ± 4 | – | – |
| | LVP (100 $\mu$g) | 7 | 13 ± 1 | 37 ± 5 | – | – |
| 5 | Untreated | 24 | 98 ± 3 | 105 ± 2 | 146 ± 4 | 143 ± 2 |
| | LVP (100 $\mu$g) | 24 | 14 ± 2 | 35 ± 5 | 1130 ± 55 | 630 ± 70 |

* Implantation dpc 15.

TABLE II

*Influence of continuous treatment of AVP or LVP to pregnant HOM Brattleboro rats on day 1 weight and eye opening of their HOM offspring*

Data show average ± S.E.M. (number of animals).

| Experiment | | Wistar foster | Weight day 1 (g) | Day of eye opening |
|---|---|---|---|---|
| 1 | Untreated | – | 6.9 ± 0.1 (16) | 13.4 ± 0.1 (16) |
| | AVP (20 μg) | – | 6.8 ± 0.1 (23) | 13.5 ± 0.1 (22) |
| 2 | Untreated | – | 6.9 ± 0.1 (41) | 13.0 ± 0.1 (40) |
| | AVP (100 μg) | – | 6.7 ± 0.1 (92) | 13.0 ± 0.1 (85) |
| 3* | Untreated | – | 6.6 ± 0.1 (31) | 13.3 ± 0.1 (28) |
| | AVP (100 μg) | – | 6.7 ± 0.1 (43) | 13.3 ± 0.1 (40) |
| 4 | Untreated | – | 6.4 ± 0.3 (54) | 13.1 ± 0.1 (18) |
| | LVP | – | 6.7 ± 0.1 (59) | 13.1 ± 0.1 (24) |
| 5 | Untreated | + | 6.3 ± 0.1 (98) | 13.8 ± 0.1 (37) |
| | | | | 13.7 ± 0.1 (24)** |
| | LVP | + | 6.6 ± 0.1 (97)*** | 13.7 ± 0.1 (31) |
| | | | | 14.3 ± 0.1 (22)**,*** |

  * Implantation dpc 15.
 ** Experiment 5A, pups from untreated mothers received control Accurel implants on dpp 1, whereas pups from LVP-treated mothers received LVP/Accurel implant on dpp 1.
*** Statistically significant at $P < 0.001$.

($P < 0.001$). The day of eye opening was not affected by the prenatal treatment (Table II).

The increase in body weight was not maintained (experiment 4, Table III) except when Wistar fosters were introduced after birth (experiment 5, Table III). In this instance, total brain weight and cerebellar weight were also higher than in untreated rats. Medulla oblongata weight did not differ. For cerebel-

TABLE III

*Effect of the continuous treatment of AVP and LVP during pregnancy of HOM Brattleboro rats on body and brain weights of their HOM offspring as measured on day 34*

Data show average ± S.E.M.

| Experiment | | Number of pups | Body (g) | Brain (g) | Cerebellum (mg) | Medulla oblongata (mg) |
|---|---|---|---|---|---|---|
| 1* | Untreated | 16 | 76 ± 2 | 1.52 ± 0.02 | 186 ± 3 | 124 ± 3 |
| | AVP (20 μg) | 22 | 79 ± 2 | 1.54 ± 0.02 | 193 ± 3 | 127 ± 4 |
| 2 | Untreated | 31 | 83 ± 1 | 1.57 ± 0.01 | 192 ± 2 | 123 ± 3 |
| | AVP (100 μg) | 85 | 80 ± 1 | 1.55 ± 0.01 | 192 ± 1 | 120 ± 1 |
| 3** | Untreated | 15 | 79 ± 2 | 1.56 ± 0.01 | 188 ± 2 | 118 ± 3 |
| | AVP (100 μg) | 29 | 71 ± 1*** | 1.49 ± 0.01*** | 184 ± 2 | 118 ± 2 |
| 4 | Untreated | 18 | 72 ± 3 | 1.50 ± 0.02 | 186 ± 3 | 114 ± 3 |
| | LVP | 24 | 70 ± 2 | 1.50 ± 0.02 | 184 ± 3 | 111 ± 3 |
| 5§ | Untreated | 37 | 80 ± 2 | 1.53 ± 0.01 | 188 ± 3 | 122 ± 3 |
| | LVP | 31 | 86 ± 2*** | 1.57 ± 0.01*** | 197 ± 2*** | 124 ± 2 |
| 5A | Untreated | 24 | 81 ± 2 | 1.54 ± 0.01 | 188 ± 3 | 119 ± 3 |
| | LVP | 22 | 86 ± 2 | 1.49 ± 0.02***,§§ | 187 ± 3§§ | 112 ± 3 |

   * Experiment 1 data are obtained on day 33.
  ** Implantation dpc 15.
 *** Statistically significant at $P < 0.05$.
   § In experiment 5 and 5A pups were fostered by Wistars and in experiment 5A the pups received on day 1 postnatal an Accurel device subcutaneously (cf. legends Table II).
  §§ Statistically significant difference as compared to LVP group of experiment 5.

PAR-VASO-0008188

TABLE IV

*DNA and protein contents of the cerebellum after continuous treatment of LVP given prenatally to the HOM mother and postnatally to the HOM Brattleboro pup*

Data are average ± S.E.M.

| Experiment | | n | Dry weight (mg) | DNA | | Protein | |
|---|---|---|---|---|---|---|---|
| | | | | (mg) | (%) | (mg) | (%) |
| 5 | Untreated | 24 | 38.9 ± 0.6 | 2.26 ± 0.07 | 5.8 ± 0.2 | 22.7 ± 1.0 | 58 ± 2 |
| | LVP | 20 | 42.4 ± 0.4* | 2.23 ± 0.05 | 5.3 ± 0.1* | 25.8 ± 0.8* | 61 ± 2 |
| 5A | Untreated | 14 | 40.3 ± 0.5 | 1.75 ± 0.11 | 4.3 ± 0.2 | 23.8 ± 0.5 | 59 ± 1 |
| | LVP | 14 | 41.2 ± 0.5 | 1.80 ± 0.16 | 4.4 ± 0.1 | 24.1 ± 0.6 | 60 ± 1 |

* Statistically significant at $P < 0.05$.

lum, dry weight and protein content were higher, whereas DNA content was not influenced by the treatment (Table IV). Consequently, the ratio DNA/dry weight was significantly decreased.

### Pre- and postnatal treatment with LVP (experiment 5A)

Pups, from a LVP-treated mother and postnatally treated with LVP, experienced eye opening one day later ($P < 0.001$). The postnatal treatment impaired growth since the higher body weight at birth had disappeared at one month of age. This was true for total brain and cerebellum weight as well, whereas medulla oblongata weight became significantly lower as compared with pups from an LVP-treated mother only (Table III). DNA and protein content of cerebellum was, however, not changed (Table IV).

### Cerebellar morphology (experiment 5)

Measurements of total surface area and of the molecular, granular and white matter zones of the prenatal LVP-treated and untreated animals of experiment 5, revealed no significant differences (Table V). In both groups, sublobe VId was either absent or had variable surface areas. No difference of the average values of depth of sulcus VId was observed (Table V, Fig. 1).

### Diuresis pups

Neither prenatal AVP or LVP treatment of the mother had any influence on the diuresis of the pups as measured between postnatal day 30 and 34 (data not presented).

## DISCUSSION

### Diuresis

Kruisbrink and Boer[20] found that implantation of Accurel tubing containing 20 µg AVP in male Brattleboro rats caused a decrease in diuresis to the normal (heterozygous) level for more than 35 days. In the present study, the pregnant females, and also those females that failed to become pregnant (data not presented in Table I), showed an initial decrease in diuresis followed by a slow increase. This was also observed, though to a lesser extent, when 100 µg AVP or LVP devices were implanted. The secondary increase in diuresis could be due to a drop in AVP or LVP release from the implant over time. However, according to Cheng et al.[14], there is a relation between urine and plasma AVP levels. Since the LVP excretion in experiment 5 was almost identical on dpc 8 and 17 (13.8 ± 2.1 vs 10.9 ± 1.8 ng/day, n = 24), it

TABLE V

*Quantitative morphology of the midsagittal section of the cerebellum of 34-day-old HOM Brattleboro rats after continuous treatment of LVP, given prenatally to the mother*

Data are expressed in square mm ± S.E.M. Depth of sulcus VId expressed in mm ± S.E.M.

| | Untreated | LVP-treated |
|---|---|---|
| Number | 7 | 5 |
| Total area | 16.7 ± 0.3 | 16.0 ± 0.3 |
| Molecular layer | 8.4 ± 0.2 | 8.0 ± 0.3 |
| Granular layer | 7.3 ± 0.2 | 7.2 ± 0.2 |
| White matter | 1.01 ± 0.07 | 0.93 ± 0.06 |
| Sulcus VId | 0.19 ± 0.08 | 0.30 ± 0.05 |

PAR-VASO-0008189

274



Fig. 1. Midsagittal section of the cerebellum of a 34-day-old HOM Brattleboro rat. Inset shows lobe VId of another untreated HOM Brattleboro rat (also control of experiment 5) which has a much more pronounced appearance, illustrating the great variability within groups.

may also be possible that, as a consequence of kidney adaptation to continuous vasopressin exposure, increasing amounts of AVP or LVP are necessary for normalizing diuresis.

*Body growth*

Maternal treatment with LVP, a natural analog of AVP, improved prenatal body growth to some extent when measured on dpp 1 (Table II), whereas similar treatment with AVP failed in this respect. This discrepancy might be due to differences in biological ac-

tivity. The vasopressor activity of LVP (285 U/mg) and its antidiuretic activity (212 U/mg) are lower than that of AVP (respectively 369 U/mg and 323 U/mg). Considering the difference in the hydrophobic nature of the two peptides, it is probable that if AVP and LVP are able to cross the placental barrier[27,36], then LVP would pass more readily than AVP. This possibility is currently under investigation.

AVP supplementation which started on dpc 15 instead of dpc 0 (experiment 3), had no effect on dpp 1

PAR-VASO-0008190

weight, but showed an inhibitory effect on body development postnatally. Oosterbaan et al.[27] have reported disturbed fetal body and brain growth when Wistar mothers received 200 $\mu$g AVP-loaded Accurel devices on day 14 of pregnancy. Apparently the present dosage rate of AVP from the device did not impair fetal growth in HOM rats. It is likely, however, that AVP treatment, during the last week of pregnancy, caused metabolic disturbances in the mother, which may influence lactation and rearing care and consequently postnatal body development.

The pups of LVP-treated Brattleboro mothers retain their increased body weight only if the pups were reared by a Wistar foster mother (experiment 4 vs 5). Since LVP treatment was terminated after birth by removal of the drug-delivery device, the failure to maintain body weight gain with their own mother may be due simply to postnatal conditions unfavorable for rearing and nursing by the again polyurinating HOM rat[7].

### Brain development

Previous studies showed a 15–20% diminished DNA content in the HOM cerebellum as compared with HET controls[7]. The present improvement in cerebellar growth induced by prenatal LVP treatment was not reflected in the DNA content, since the values at one month of age did not differ from those of untreated animals. Since water content did not differ, the average cell size in the cerebellum, as reflected in protein/DNA ratio, was 13% higher (experiment 5, Table IV).

Because an increased cell loss appears to take place in the postnatal VP-deficient brain[10], the effect of continuing the LVP treatment directly on the pups (experiment 5A) was explored with the aim of further improving the observed growth-stimulating effects. Neonatal implantation of the Accurel/collodion mini-preparation itself did not disturb general growth, since comparison of body, brain, cerebellum and medulla oblongata weights of untreated animals with or without such implants failed to show any significant change (Table III). However, postnatal LVP treatment decreased brain weight and delayed eye opening, the latter effect being in agreement with postnatal vasotocin and AVP treatment in the cat[17].

Postnatal supplementation with AVP also failed to promote growth of the HOM Brattleboro pups[5]. Hence, if any effect of postnatal LVP treatment is to be concluded from this series, it is one of an inhibition of brain growth.

Quantitative morphology of midsagittal sections of the cerebellum showed that the molecular, granular and white matter zones were reduced in size and that lobe VId was absent in most of the HOM Brattleboro rats[7] (Uylings and Van Norde, in preparation). We found no morphological improvement in the midsagittal sections of cerebelli of prenatally LVP-treated HOM Brattleboro rats (experiment 5). The morphological variability, in particular in the size of lobe VId (Fig. 1), which was larger than Uylings and Van Norde observed in their HOM rats, might be explained by the fact that in our experiment the rats were raised by Wistar foster instead of HOM Brattleboro mothers.

### Concluding remarks

The beneficial effects of AVP or LVP treatment on the pregnant HOM Brattleboro mother may indirectly be of benefit to the fetus as well. Such treatment may effect general metabolism by reducing drinking requirements while also normalizing sleep patterns[15]. These differences in prenatal circumstances might theoretically explain the higher body weight of the pups dpp 1 after prenatal treatment with LVP. This possibility is unlikely to be the explanation, however, since the even more efficient suppression of the DI by AVP (Table I) failed to be reflected in increased fetal growth. Therefore, LVP most probably exerts a direct effect upon the fetus. This possibility might best be studied by the administration of AVP and LVP directly to the fetus.

### ACKNOWLEDGEMENTS

The authors would like to thank Ms. T. v.d. Woude, Mrs. M.H. Dozy and Mr. J. van Heerikhuize for their valuable practical assistance in the present study, Dr. H.B.M. Uylings for his advice, and Drs. R.E. Baker and M.A. Corner for linguistic styling of the manuscript.

REFERENCES

1 Ang, V.T.Y. and Jenkins, J.S., Neurohypophysial hormones in the adrenal medulla, *J. Clin. Endocrinol. Metab.*, 58 (1984) 688–691.

2 Boer, G.J., A simplified microassay of DNA and RNA using ethidium bromide, *Anal. Biochem.*, 65 (1975) 255–231.

3 Boer, G.J., Buijs, R.M., Swaab, D.F. and de Vries, G.J., Vasopressin and the developing rat brain, *Peptides*, 1 (1980) 203–209.

4 Boer, G.J., Dozy, M.H. and Uylings, H.B.M., Cerebellar DNA and tissue water changes in the brain of diabetes insipidus Brattleboro rats are already present at birth, *Int. J. Dev. Neurosci.*, 2 (1984) 301–304.

5 Boer, G.J., Kragten, R., Kruisbrink, J. and Swaab, D.F., Vasopressin fails to restore postnatally the stunted brain development in the Brattleboro rat, but affects water metabolism permanently, *Neurobehav. Toxicol. Teratol.*, 6 (1984) 103–109.

6 Boer, G.J., Kruisbrink, J. and Pelt-Heerschap, H., Long-term and constant release of vasopressin from Accurel tubing: implantation in the Brattleboro rat, *J. Endocr.*, 98 (1983) 147–152.

7 Boer, G.J., Uylings, H.B.M., Patel, A.J., Boer, K. and Kragten, R., The regional impairment of brain development in the Brattleboro diabetes insipidus rat; some vasopressin supplementation studies, *Ann. NY Acad. Sci.*, 394 (1982) 703–719.

8 Boer, G.J., van Rheenen-Verberg, C.M.F. and Uylings, H.B.M., Impaired brain development of the diabetes insipidus Brattleboro rat, *Dev. Brain Res.*, 3 (1982) 557–575.

9 Boer, G.J., Vasopressin and brain development; studies using the Brattleboro rat, *Peptides*, in press.

10 Boer, G.J. and Patel, A.J., Disorders of cell acquisition in the brain of rat deficient in vasopressin (Brattleboro mutant), *Neurochem. Int.*, 5 (1983) 463–469.

11 Buijs, R.M., Velis, D.N. and Swaab, D.F., Ontogeny of vasopressin and oxytocin in the rat: early vasopressinergic innervation of the fetal brain, *Peptides*, 1 (1980) 315–324.

12 Buijs, R.M., Vasopressin and oxytocin — their role in neurotransmission, *Pharmacol. Ther.*, 22 (1983) 127–141.

13 Caffé, A.R. and van Leeuwen, F.W., Vasopressin-immunoreactive cells in the dorsomedial hypothalamic region, medial amygdaloid nucleus and locus coeruleus of the rat, *Cell Tissue Res.*, 233 (1983) 23–33.

14 Cheng, S.W.T., North, W.G. and Gellai, M., Replacement therapy with arginine-vasopressin in homozygous Brattleboro rats, *Ann. NY Acad. Sci.*, 394 (1982) 473–480.

15 Danguir, J., Sleep deficits in rats with hereditary diabetes insipidus, *Nature (London)*, 304 (1983) 163–164.

16 Dogterom, J., Van Wimersma Greidanus, Tj.B. and De Wied, D., Vasopressin in cerebrospinal fluid and plasma of man, dog, and rat, *Am. J. Physiol.*, 234 (1978) E463–E467.

17 Goldstein, R., The involvement of arginine vasotocin in the maturation of the kitten brain, *Peptides*, 5 (1984) 25–28.

18 Gruener, R., Brinton, R.E. and Yamamura, H.I., Vasopressin promotes neurite outgrowth in culture. In *13th Annual Meeting of the Society for Neuroscience*, Boston, 1983, p. 206.

19 Hunt, N.H., Perris, A.D. and Sandford, P.A., Role of vasopressin in the mitotic response of rat bone marrow cells to haemorrhage, *J. Endocr.*, 72 (1977) 5–16.

20 Kruisbrink, J. and Boer, G.J., Controlled long-term release of small peptide hormones using a new microporous polypropylene polymer: its application for vasopressin in the Brattleboro rat and potential perinatal use, *J. Pharm. Sci.*, 73 (1984) 1713–1718.

21 Lim, A.T.W., Lolait, S.J., Barlow, J.W., Autelitano, D.J., Tho, B.H., Abraham, J., Johnston, C.I. and Funder, J.W., Immunoreactive arginine-vasopressin in Brattleboro rat ovary, *Nature (London)*, 310 (1984) 61–63.

22 Lowry, O.H., Rosebrough, N.J., Farr, A.L. and Randall, R.J., Protein measurement with the Folin phenol reagent, *J. Biol. Chem.*, 193 (1951) 265–275.

23 Miller, R.P., Husain, F., Svensson, M. and Lohin, S., Enhancement of ($^3$H-Methyl) thymidine incorporation and replication of rat chondrocytes grown in tissue culture by plasma, tissue extracts and vasopressin, *Endocrinology*, 100 (1977) 1365–1447.

24 Möhring, J., Kohrs, G., Möhring, B., Petri, M., Homsy, E. and Haack, D., Effects of prolonged vasopressin treatment in Brattleboro rats with diabetes insipidus, *Am. J. Physiol.*, 234 (1978) F106–F111.

25 Nicholson, H.D., Swann, R.W., Burford, G.D., Wathes, D.C., Porter, D.G. and Pickering, B.T., More steroidogenic tissues containing oxytocin and vasopressin: human testis and fetal adrenal, *Acta Endocr. (Copenhagen)*, 103 (1983) 243.

26 Nussey, S.S., Ang, V.T.Y., Jenkins, J.S., Chowdrey, H.S. and Bisset, G.W., Brattleboro rat adrenal contains vasopressin, *Nature (London)*, 310 (1984) 64–66.

27 Oosterbaan, H.P., Swaab, D.F. and Boer, G.J., Oxytocin and vasopressin in the rat do not readily pass from the mother to the amniotic fluid in late pregnancy, *J. Dev. Physiol.*, 7 (1985) 55–62.

28 Payet, N. and Lehoux, J.G., A comparative study of the role of vasopressin and ACTH in the regulation of growth and function of rat adrenal glands, *J. Steroid Biochem.*, 12 (1980) 461–467.

29 Payet, N., Déziel, Y. and Lehoux, J.G., Vasopressin: a potent growth factor in adrenal glomerulosa cells in culture, *J. Steroid Biochem.*, 20 (1984) 449–454.

30 Pickering, B.T., Jones, C.W., Burford, G.D., McPherson, M., Swann, R.W., Hesp, P.F. and Morris, J.F., The role of neurophysin proteins: suggestions from the study of their transport and turnover, *Ann. NY Acad. Sci.*, 248 (1975) 15–35.

31 Rozengurt, E., Legg, A. and Pettican, P., Vasopressin stimulation of mouse 3T3 cell growth, *Proc. Natl. Acad. Sci. U.S.A.*, 76 (1979) 1284–1287.

32 Russell, W.E. and Bucher, N.L.R., Vasopressin modulates liver regeneration in the Brattleboro rat, *Am. J. Physiol.*, 245 (1983) 321–324.

33 Schmale, H. and Richter, D., Single base deletion in the vasopressin gene is the cause of diabetes insipidus in Brattleboro rats, *Nature (London)*, 308 (1984) 705–709.

34 Sinding, C., Robinson, A.G. and Seif, S.M., Neurohypophyseal peptides in the developing rat fetus, *Brain Res.*, 195 (1980) 177–186.

35 Sokol, H.W. and Sise, J., The effects of exogenous vasopressin and growth hormone on the growth of rats with hereditary hypothalamic diabetes insipidus, *Growth*, 37 (1973) 127–142.

36 Stegner, H., Leake, R.D., Palmer, S.M. and Fisher, D.A., Permeability of the sheep placenta to $^{125}$I-arginine vasopressin, *Dev. Pharmacol. Ther.*, 7 (1984) 140–144.

37 Valtin, H., The discovery of the Brattleboro rat, recommended nomenclature and the question of proper controls, *Ann. NY Acad. Sci.*, 394 (1982) 1–9.

38 Valtin, H. and Schroeder, H.A., Familial hypothalamic diabetes insipidus in rats (Brattleboro strain), *Am. J. Physiol.*, 206 (1964) 425–430.

39 Van Leeuwen, F. and Caffé, R., Vasopressin-immunoreactive cell bodies in the bed nucleus of the stria terminalis of the rat, *Cell Tissue Res.*, 228 (1983) 525–534.

40 Walsh-Reitz, M.M. and Toback, F.G., Vasopressin stimulates growth of renal epithelial cells in culture, *Am. J. Physiol.*, 245 (1983) C 365–370.

41 Wathes, D.C., Swann, R.W., Birkett, S.D., Porter, D.G. and Pickering, B.T., Characterization of oxytocin, vasopressin, and neurophysin from the bovine corpus luteum, *Endocrinology*, 113 (1984) 693–698.

42 Whitfield, J.F., MacManus, J.P. and Gillan, D.J., The possible mediation by cyclic AMP of the stimulation of thymocyte proliferation by vasopressin and the inhibition of this mitogenic action by thyrocalcitonin, *J. Cell Physiol.*, 76 (1970) 65–76.

43 Wright, W.A. and Kutscher, C.L., Vasopressin administration in the first month of life: effects on growth and water metabolism in hypothalamic diabetes insipidus rats, *Pharmacol. Biochem. Behav.*, 6 (1977) 505–509.

PAR-VASO-0008193



Resuscitation 53 (2002) 201–207



**RESUSCITATION**

www.elsevier.com/locate/resuscitation

# Resuscitation from cardiac arrest with adrenaline/epinephrine or vasopressin: effects on intestinal mucosal tonometer $pCO_2$ during the postresuscitation period in rats

Wolfgang Studer *, Xianren Wu, Martin Siegemund, Manfred Seeberger

*Department of Anesthesiology and Research, University of Basel, CH-4031 Basel, Switzerland*

Received 6 July 1998; received in revised form 1 October 2001; accepted 14 January 2002

## Abstract

*Background:* The use of vasopressin instead of adrenaline/epinephrine during resuscitation improves vital organ perfusion, but the effects on mesenteric perfusion following successful resuscitation are not fully evaluated. The present study was designed to compare the effects of vasopressin and adrenaline/epinephrine, given to rats during resuscitation from ventricular fibrillation, on to mesenteric ischaemia, as determined by intestinal mucosal tonometer $pCO_2$ during the postresuscitation period. *Methods and results:* Male Sprague-Dawley rats ($n = 28$) were allocated randomly to receive vasopressin (0.8 U/kg) or adrenaline/epinephrine (90 µg/kg) after 5 min of ventricular fibrillation. Precordial chest compression was initiated 4 min after the start of ventricular fibrillation, continued for 4 min, and followed by defibrillation. Seven of 14 (vasopressin) and 12 of 14 (adrenaline/epinephrine) rats were successfully defibrillated ($P = 0.10$, Fisher's exact test) and observed for 60 min. Intestinal mucosal tonometer $pCO_2$ measurements before cardiac arrest and 15, 30, and 60 min following return of spontaneous circulation were $47 \pm 3$, $73 \pm 8$, $63 \pm 7$, and $56 \pm 6$ mm Hg in the vasopressin group and $48 \pm 5$, $78 \pm 7$, $67 \pm 6$, and $62 \pm 6$ mm Hg in the adrenaline/epinephrine group ($P < 0.05$ at 60 min between vasopressin and adrenaline/epinephrine). Right atrial hemoglobin oxygen saturations at these time points were $73 \pm 5$, $51 \pm 12$, $58 \pm 11$, and $63 \pm 5\%$ in the vasopressin group and $76 \pm 7$, $44 \pm 10$, $52 \pm 10$ and $54 \pm 8\%$ in the adrenaline/epinephrine group ($P < 0.05$ at 60 min between vasopressin and adrenaline/epinephrine). *Conclusions:* We conclude that in this rat model the administration of vasopressin instead of adrenaline/epinephrine for CPR tends to be associated with lower resuscitation success, but less mesenteric ischaemia during the postresuscitation period in successfully resuscitated rats. © 2002 Published by Elsevier Science Ireland Ltd.

*Keywords:* Cardiopulmonary resuscitation; Rats; Ventricular fibrillation; Postresuscitation period; Mesenteric perfusion; Adrenaline/epinephrine; Vasopressin

## 1. Introduction

Release of arginine vasopressin is increased substantially during and after cardiopulmonary resuscitation (CPR) and higher plasma levels are associated with resuscitation success [1]. Exogenous vasopressin given during cardiac arrest generates higher blood flows to vital organs than adrenaline/epinephrine in a pig model of closed-chest resuscitation [2], and has favorable effects on coronary and cerebral oxygenation, indicated

by lower coronary venous lactate [3] and decreased cerebral oxygen extraction ratio [4]. Successful resuscitation in refractory human cardiac arrest following administration of vasopressin has been recently reported [5]. Two randomized clinical studies documented higher immediate and 24-h survival when vasopressin was used instead of adrenaline/epinephrine in patients resuscitated because of out-of-hospital ventricular fibrillation (VF) [6] and no difference in survival between vasopressin and adrenaline/epinephrine following inhospital cardiac arrest [7]. The 2000 guidelines for CPR and emergency cardiovascular care [8] subsequently recommended vasopressin as an alternative therapy to adrenaline/epinephrine for adult shock-refractory VF. Experimentally in resuscitated pigs, vasopressin, com-

---

* Corresponding author. Present address: Anaesthesie, Kantonsspital, CH-4410 Liestal, Switzerland. Tel.: +41-61-925-2408; fax: +41-61-925-2817.

*E-mail address:* wolfgang.studer@ksli.ch (W. Studer).

0300-9572/02/$ - see front matter © 2002 Published by Elsevier Science Ireland Ltd.
PII: S 0 3 0 0 - 9 5 7 2 ( 0 2 ) 0 0 0 0 7 - 2

PAR-VASO-0008194

pared with adrenaline/epinephrine, induced reversible adverse effects on myocardial contractility [9], on renal and adrenal blood flow but not on hepatic and ileal blood flow [10] during the postresuscitation period. In a subsequent study temporary mesenteric hypoperfusion was demonstrated early during the postresuscitation period [11]. Given the potential of exogenous vasopressin to induce splanchnic vasoconstriction [12] and potentially mesenteric ischaemia, intestinal tonometry might be a guide to estimate the adequacy of mesenteric perfusion following successful resuscitation. The technique to measure intestinal mucosal $pCO_2$ using a silicone balloon tonometer has been validated experimentally in larger animals [13] and applied successfully in rats [14–16]. Increased mucosal $pCO_2$ resulting from accumulated $CO_2$ or from tissue dysoxia correlates with local perfusion [17] and indicates perfusion deficits in various forms of circulatory shock. By using a pediatric silicone balloon tonometer we determined jejunal mucosal $pCO_2$ in rats during the postresuscitation period and compared the effects of vasopressin and adrenaline/epinephrine, given during resuscitation from VF.

## 2. Materials and methods

The study was approved by the local Animal Care Committee.

### 2.1. Surgical preparation

The present model of CPR has previously been described in detail [18]. Male Sprague-Dawley rats ($n = 28$, 450–500 g, Biological Research Laboratories, Füllinsdorf, Switzerland) were anaesthetized by an intraperitoneal injection of 45 mg/kg pentobarbital and ventilated (Model 680, Harvard Biosciences, South Natick, MA, USA). Through the right and left external jugular veins, catheters were advanced to the right ventricle (Seldiflex 1.0 mm, Plastimed, St. Leu La Foret, France), into the right atrium (PE 50), from the left femoral into the caval vein (PE 50) and through the left carotid artery into the ascending aorta (PE 50). Through an incision of the abdomen, a 5 F pediatric silicone balloon tonometer (prototype for investigational use, Tonometrics, Charlottenlund, Denmark) was inserted into the jejunal lumen and the abdominal incision was closed. Rectal temperature was maintained at $37 \pm 0.5\ °C$ using a heating lamp.

### 2.2. Experimental protocol

An initial bolus of 10 ml/kg of Ringer's lactate was followed by continuous infusion of 30 ml/kg per h. A 50-Hz AC current of 1.4–1.8 mA was delivered to the right ventricular endocardium to induce VF by means of the

guide wire for 3 min. After 4 min of untreated VF, precordial chest compression (PCC) was initiated and maintained for 4 min, using a programmable (MI-12715, Michigan. Instruments, Grand Rapids, MI, USA) mechanical chest compressor (MI-1014, Michigan Instruments, Grand Rapids, MI, USA). Compression of 30% of the anterior–posterior chest diameter was maintained at a rate of 200/min with equal compression–relaxation. After 1 min of PCC, the rats randomly received either 0.8 U/kg arginine vasopressin (Sigma, St. Louis, MO, USA) or 90μg/kg adrenaline/epinephrine (Sintetica, Mendrisio, Switzerland), both dissolved in 0.8 ml of isotonic saline solution and injected over 60 s. Random allocation to the treatment group was performed by means of a computer generated random order list. After 4 min of PCC, transthoracic defibrillation (Minidef II, ODAM, Wissembourg, France) with 5 J DC was delivered. If VF was not reversed to a perfusing rhythm within 10 s, an additional DC countershock was applied. Compression was resumed for another 30 s before the next pair of countershocks. A maximum of three pairs of countershocks, each followed by 30 s of PCC, was delivered before resuscitation stopped. Resuscitated animals were observed for 60 min, followed by euthanasia.

### 2.3. Measurements and calculations

Aortic and right atrial pressures were measured with transducers (DPT-100, Utah Medical Inc., Midvale, UT, USA) and recorded continuously on a multichannel recorder (7404A, Hewlett Packard, GmbH, Böblingen, Germany), together with lead II electrocardiograms (subcutaneous needle electrodes). Coronary perfusion pressure (CPP) was calculated as the difference between the lowest diastolic aortic and the diastolic right atrial pressure recorded at the same instant. At baseline (prearrest) and 15, 30, and 60 min following return of spontaneous circulation (ROSC), 0.3 ml of aortic and right atrial blood were sampled with a tuberculin syringe and analyzed immediately for hemoglobin concentration and hemoglobin oxygen saturation (OSM3, Radiometer, Copenhagen, Denmark, set at rat blood mode), blood gases (Model IL 1302, Instrumentation Laboratories Systems Inc., Lexington, MA, USA) and lactate concentration (2300 Stat Plus, Glucose and Lactate Analyzer, Yellow Springs Instruments, OH, USA). Fifteen minutes prior to blood sampling, the silicone balloon of the tonometer was filled with 0.6 ml of phosphate buffered solution ($Na_2HPO_4$ 1.61 g/l/ $NaH_2PO_4$ 6.07 g/l) [19]. Together with blood sampling, tonometer fluid was aspirated and analyzed for $pCO_2$ (Model IL 1302 Instrumentation Laboratories Systems Inc., Lexington, MA, USA). The first 0.3 ml of aspirated fluid was discarded as dead space. Because equilibration of diffusing $CO_2$ from the intestinal

PAR-VASO-0008195

mucosa into the tonometer fluid is incomplete after 15 min, we calibrated the tonometer in vitro using a glass chamber, filled with phosphate buffered solution maintained at 37 °C and bubbled with either 5 or 10% $CO_2$ gas. Aliquots of phosphate buffered solution taken simultaneously from the chamber and the tonometer balloon after equilibration for 15 min were analyzed for $pCO_2$ (IL 1302) and the results of 24 measurements were used to calculate the correction factor. The gradient between arterial and tonometric $pCO_2$ ($pCO_2$ gap) was calculated as $P_{tonometric}CO_2 - P_{arterial}CO_2$.

## 2.4. Statistical analysis

Data are reported as mean±SD. Resuscitation outcome was analyzed with Fisher's exact test. All other differences between groups were analyzed using unpaired, two-tailed Student's $t$ test. Measurements over time within groups were analyzed using one-way ANOVA for repeated measurements, followed by Dunnet's multicomparison post-test. Significance level was set at 0.05.

## 3. Results

In vitro calibration of the tonometer revealed a gradient between the tonometer balloon and the glass chamber. The mean gradient of 24 measurements was 8.14±3.7 mm Hg, resulting in a mean correction factor of 1.17±0.04 to assume full equilibration. Therefore all tonometer $pCO_2$ measurements were multiplied by the correction factor of 1.17.

Prearrest variables were similar in both groups (Table 1). During cardiac arrest, CPP increased during PCC to 43±13 mm Hg in the vasopressin group (AVP) and to 38±12 mm Hg in the adrenaline/epinephrine group (EPI) ($P = 0.32$ for AVP vs. EPI) after 8 min of VF. ROSC was achieved in 7 of 14 (50%) rats following AVP and in 12 of 14 rats (85.7%) following EPI ($P = 0.10$). Four rats in the EPI group and none in the AVP group converted spontaneously into a perfusing rhythm following injection of the drug during PCC. Nonresuscitated rats demonstrated either electrocardiographically persistent VF that was unresponsive to defibrillation (AVP 4 of 7, EPI 1 of 2) or electromechanical dissociation.

Following ROSC, mucosal $pCO_2$ increased in both groups, but recovered to a significantly lower level in the AVP group (Fig. 1). Accordingly, $pCO_2$ gap was significantly lower at 30 and 60 min (Table 1). Right atrial hemoglobin oxygen saturation decreased to similar levels in both groups shortly following ROSC, but recovered to a significantly higher level in the AVP group (Fig. 2). Blood gas analysis indicated a severe metabolic acidosis and increased right atrial-arterial $pCO_2$ gradients at 15 min. Right atrial-arterial $pCO_2$ gradients tended to be lower at 30 min in the AVP group ($P = 0.05$). Arterial lactate levels had increased equally in both groups at 15 and 30 min and tended to be lower in the AVP group at 60 min ($P = 0.08$).

## 4. Discussion

This is the first CPR study in a rat model of VF and resuscitation which compared the effects of adrenaline/

Table 1
Hemodynamic, bloodgas, lactate, and tonometrically derived variables prearrest and during the postresuscitation period in rats

| | | Prearrest | Postresuscitation period (min) | | |
|---|---|---|---|---|---|
| | | −5 | 15 | 30 | 60 |
| MAP (mm Hg) | AVP | 139.9±17.6 | 85.0±21.4** | 92.3±18.0** | 99.4±11.7** |
| | EPI | 145.7±20.4 | 83.1±16.0** | 87.7±17.6** | 86.9±14.6** |
| HR (bpm) | AVP | 407.1±29.3 | 261.4±72.9** | 327.9±65.1** | 377.1±29.3 |
| | EPI | 382.5±38.6 | 275.0±69.9** | 325.0±40.1** | 355.0±35.8 |
| pH arterial | AVP | 7.37±0.04 | 7.05±0.10** | 7.15±0.13** | 7.25±0.10** |
| | EPI | 7.36±0.03 | 7.03±0.06** | 7.15±0.08** | 7.22±0.06** |
| $pCO_2$ arterial (mm Hg) | AVP | 37.5±2.6 | 46.1±6.5* | 43.7±5.2 | 40.5±5.8 |
| | EPI | 39.1±3.2 | 47.7±7.2** | 40.8±5.5 | 39.3±3.7 |
| $pCO_2$ RA-art (mm Hg) | AVP | 9.17±2.5 | 19.4±10.3** | 11.8±5.6 | 10.9±3.5 |
| | EPI | 7.2±2.2 | 16.8±5.2** | 16.4±3.8** | 13.2±3.7** |
| Lactate arterial (mmol/l) | AVP | 1.08±0.24 | 5.33±2.34** | 3.81±2.27** | 2.53±1.38 |
| | EPI | 1.30±0.24 | 5.80±0.90** | 4.36±0.85** | 3.44±0.66** |
| $pCO_2$ gap (mm Hg) | AVP | 9.0±2.3 | 26.4±10.5** | 19.1±4.4**** | 15.3±9.4*** |
| | EPI | 9.3±4.5 | 30.6±7.1** | 26.5±3.8** | 23.1±5.5** |

MAP, mean arterial pressure; HR, heart rate; bpm, beats per minute; $pCO_2$ RA-art, right atrial-to-arterial $pCO_2$ gradient; $pCO_2$ gap, tonometric-to-arterial $pCO_2$ gradient; AVP, arginine vasopressin; EPI, epinephrine. Values are means±SD of measurements of seven (AVP) or twelve (EPI) successfully resuscitated rats. *, $P < 0.05$, **, $P < 0.01$ compared with prearrest value; ***, $P < 0.05$, ****, $P < 0.01$ between AVP and EPI.



Fig. 1. Graph. Intestinal tonometric $pCO_2$ (mm Hg) before cardiac arrest (prearrest) and 15, 30, 60 min following successful resuscitation with return of spontaneous circulation (ROSC). During resuscitation arginine vasopressin 0.8 U/kg (AVP) or epinephrine 90 μg/kg (EPI) was administered, together with precordial chest compression, and followed by defibrillation. Values are means±SD of measurements of seven (AVP) or twelve (EPI) successfully resuscitated rats. * = $P < 0.05$ for the comparison of AVP vs. EPI.



Fig. 2. Graph. Right atrial hemoglobin $O_2$ saturation (%) before cardiac arrest (prearrest) and 15, 30, 60 min following successful resuscitation with return of spontaneous circulation (ROSC). During resuscitation arginine vasopressin 0.8 U/kg (AVP) or epinephrine 90 μg/kg (EPI) was administered, together with precordial chest compression, and followed by defibrillation. Values are means±SD of measurements of seven (AVP) or twelve (EPI) successfully resuscitated rats. ** = $P < 0.01$ for the comparison of AVP vs. EPI.

epinephrine and vasopressin. We confirmed previous results [20,21] using this model regarding the effectiveness of high-dose adrenaline/epinephrine on the rate of ROSC following defibrillation. Resuscitation success following vasopressin at comparable doses is reported from pig studies and varies greatly from 16% [22], to 67% [23], 86% [2], up to 100% [3], depending hereby largely on the experimental protocol. In our study, we selected the dose of vasopressin based on its effect on coronary perfusion pressure during PCC, and aimed at achieving equipressor effects to adrenaline/epinephrine, evaluated in few pilot experiments. We demonstrated, despite identical coronary perfusion pressures generated during PCC, that immediate resuscitation success tended to be higher in adrenaline/epinephrine-treated rats compared to vasopressin-treated rats. Nonresusci-

tated, vasopressin-treated rats demonstrated either shock-resistant VF or electromechanical dissociation. A previous study in rats [20], comparing adrenaline/ epinephrine with methoxamine, a pure α agonist with comparable effects on CPP during PCC to vasopressin and adrenaline/epinephrine, reported 100% ROSC following defibrillation, but significantly more defibrillation shocks were required in the adrenaline/epinephrine group. In our study, we have not observed an increased need for defibrillation following adrenaline/epinephrine. However, it should be emphasized, that small animal resuscitation models are very sensitive to minimal differences in protocol, demonstrated by a recent rat study [24], in which a delay of 30 s between cessation of PCC and defibrillation reduced the rate of ROSC by 80%. Our results might be different from pig studies, which demonstrated identical [2,3,10,23,25] or higher [4,26] resuscitation success using vasopressin instead of adrenaline/epinephrine. Species characteristics like differences in refractory time in rats, resulting in a tendency for spontaneous reversion of VF, or age characteristics, as previously reported [22], might partly explain the observed differences. In that study, adrenaline/epinephrine was demonstrated to be much more effective than vasopressin in a model of asphyxial cardiac arrest in small piglets.

The numerical difference in resuscitation success in our study results in two groups of successfully resuscitated rats, which may not be strictly comparable. The interpretation of the results in the postresuscitation period are therefore limited.

Taken this limitation into account, we demonstrated that different vasoconstricting drugs given during resuscitation can have effects on systemic and mesenteric perfusion and oxygenation during the postresuscitation period. Previous studies in rats [27] have demonstrated the recovery of cardiac output and regional blood flows to approximately 70% of prearrest values within 30 min following successful resuscitation without pharmacological intervention. In accordance with these data, all resuscitated rats in our study showed evidence of depressed cardiovascular function, indicated by a decreased right atrial hemoglobin oxygen saturation and an increased right atrial-arterial $pCO_2$ gradient. Successfully resuscitated, vasopressin-treated, rats differed from adrenaline/epinephrine-treated rats by having a higher right atrial hemoglobin oxygen saturation, a lower intestinal tonometric $pCO_2$, a decreased tonometric-arterial $pCO_2$ gap and a trend towards smaller right atrial-arterial $pCO_2$-gradients and lower lactate levels. Three possible mechanisms might account for the observed differences, which indicate improved systemic oxygenation and less mesenteric ischaemia. First, as demonstrated previously in rats, adrenaline/epinephrine induced more myocardial damage related to its β-adrenergic, inotropic action and increased the severity

PAR-VASO-0008197

of postresuscitation myocardial dysfunction [28]. Less myocardial dysfunction in the vasopressin-treated rats would then have resulted in a higher cardiac output, indicated by a higher right atrial hemoglobin oxygen saturation, less regional mesenteric ischaemia, indicated by a smaller $pCO_2$ gap, and lower lactate levels. Contrasting with our results, a recent study in pigs [9] reported an increased depressant effect on cardiac function by vasopressin, compared with adrenaline/epinephrine. In that study, systemic vascular resistance and MAP were significantly higher during the early postresuscitation period following resuscitation with vasopressin. We did not observe an increased MAP and have no evidence for large differences in systemic vascular resistance, despite higher doses of vasopressin used (0.8 vs. 0.4 U/kg). Complex and heterogeneous vascular responses following exogenous vasopressin [29], that have not been fully evaluated, may probably explain the observed differences. Second, vasopressin may have decreased systemic oxygen uptake, associated with baroreceptor reflex-mediated withdrawal of sympathetic tone [30]. Decreased systemic and regional oxygen uptake would have resulted in higher right atrial hemoglobin oxygen saturation and less mesenteric ischaemia, indicated by a smaller $pCO_2$ gap. It has recently been shown in pigs [31], that endogenous catecholamine plasma concentrations during resuscitation are in fact decreased following administration of vasopressin. Whether this effect is prolonged into the postresuscitation period, is not confirmed. Third, beneficial effects of vasopressin are due to absolute or relative increases in mesenteric perfusion. This may be explained by the observation that vasopressin may have a biphasic effect with initial strong vasoconstriction, mediated by $V_1$ receptors, followed by vasodilatation, mediated by $V_2$ receptors, as demonstrated in human forearm vessels [32] and isolated human mesenteric arteries [33]. Conflicting results are reported from two recent studies in pigs, where in one study neither vasopressin nor adrenaline/epinephrine demonstrated adverse effects on ileal and only minimal effects on hepatic blood flow, determined using microspheres [10]. In a subsequent study [11], a temporary reduction in superior mesenteric blood flow was demonstrated in vasopressin-treated pigs. In our study, in the absence of flow measurements, we have only indirect evidence that mesenteric perfusion may be less compromised in resuscitated vasopressin-treated rats, indicated by a lower intestinal tonometric $pCO_2$ and a decreased tonometric-arterial $pCO_2$ gap. Whether this is due to higher mesenteric blood flow, and potentially, less mucosal damage, remains to be determined.

The clinical implication of a compromised mesenteric perfusion and potential mucosal damage is certainly not of first priority, when assessing the value of different drugs for CPR. It may, however, become an issue, when

secondary effects of cardiac arrest as such as hepatic and neurologic dysfunction together with bacteremia, described as the visceral postresuscitation syndrome [34], become apparent. Exogenous vasopressin induces splanchnic vasoconstriction in patients with stable cardiovascular conditions [12] and might induce even more pronounced mesenteric vasoconstriction in cardiovascular shock, when the mesenteric vasoconstricting effects due to endogenous angiotensin [35,36] are added. Our data do not support concerns regarding additional mesenteric ischaemia due to the use of vasopressin instead of adrenaline/epinephrine during CPR. Data from previous studies [10,11] demonstrate, that additional effects on mesenteric perfusion are absent [10] or limited [11]. All of these studies are limited by the fact that animals free of cardiovascular diseases were studied; whether the observed effects on mesenteric perfusion during the postresuscitation period apply to humans with generalized atherosclerosis remains to be determined.

In summary, based on intestinal tonometry, we conclude that in this rat model the administration of vasopressin instead of adrenaline/epinephrine for CPR tends to be associated with lower resuscitation success, but less mesenteric ischaemia, in successfully resuscitated rats during the postresuscitation period.

### Acknowledgements

This study is supported by Grant No. 32.40877.94 from the Swiss National Science Foundation.

### References

[1] Lindner KH, Haak T, Keller A, Bothner U, Lurie KG. Release of endogenous vasopressors during and after cardiopulmonary resuscitation. Heart 1996;75:145–50.

[2] Lindner KH, Prengel AW, Pfenninger EG, Lindner IM, Strohmenger HU, Georgieff M, et al. Vasopressin improves vital organ blood flow during closed-chest cardiopulmonary resuscitation in pigs. Circulation 1995;91:215–21.

[3] Lindner KH, Brinkmann A, Pfenninger EG, Lurie KG, Goertz A, Lindner IM. Effect of vasopressin on hemodynamic variables, organ blood flow, and acid–base status in a pig model of cardiopulmonary resuscitation. Anesth Analg 1993;77:427–35.

[4] Prengel AW, Lindner KH, Keller A. Cerebral oxygenation during cardiopulmonary resuscitation with adrenaline/epinephrine and vasopressin in pigs. Stroke 1996;27:1241–8.

[5] Lindner KH, Prengel AW, Brinkmann A, Strohmenger HU, Lindner IM, Lurie KG. Vasopressin administration in refractory cardiac arrest. Ann Intern Med 1996;124:1061–4.

[6] Lindner KH, Dirks B, Strohmenger HU, Prengel AW, Lindner IM, Lurie KG. Randomised comparison of adrenaline/epinephrine and vasopressin in patients with out-of-hospital ventricular fibrillation. Lancet 1997;349:535–7.

[7] Stiell IG, Hebert PC, Wells GA, Vandemheen KL, Tang AS, Higginson LA, et al. Vasopressin versus adrenaline/epinephrine

for inhospital cardiac arrest: a randomised controlled trial. Lancet 2001;358:105–9.

[8] Guidelines 2000 for cardiopulmonary resuscitation and emergency cardiovascular care. International consensus on science. Circulation 2000; 102: I1-384.

[9] Prengel AW, Lindner KH, Keller A, Lurie KG. Cardiovascular function during the postresuscitation phase after cardiac arrest in pigs: a comparison of adrenaline/epinephrine versus vasopressin. Crit Care Med 1996;24:2014–9.

[10] Prengel AW, Lindner KH, Wenzel V, Tugtekin I, Anhaupl T. Splanchnic and renal blood flow after cardiopulmonary resuscitation with adrenaline/epinephrine and vasopressin in pigs. Resuscitation 1998;38:19–24.

[11] Voelckel WG, Lindner KH, Wenzel V, Bonatti J, Hangler H, Frimmel C, et al. Effects of vasopressin and adrenaline/epinephrine on splanchnic blood flow and renal function during and after cardiopulmonary resuscitation in pigs. Crit Care Med 2000;28:1083–8.

[12] Iwao T, Toyonaga A, Oho K, Shigemori H, Sakai T, Tayama C, et al. Effect of vasopressin on esophageal varices blood flow in patients with cirrhosis: comparisons with the effects on portal vein and superior mesenteric artery blood flow. J Hepatol 1996;25:491–7.

[13] Schlichtig R, Bowles SA. Distinguishing between aerobic and anaerobic appearance of dissolved $CO_2$ in intestine during low flow. J Appl Physiol 1994;76:2443–51.

[14] Noc M, Weil MH, Sun S, Gazmuri RJ, Tang W, Pakula JL. Comparison of gastric luminal and gastric wall PCO2 during hemorrhagic shock. Circ Shock 1993;40:194–9.

[15] Wu X, Siegemund M, Seeberger M, Studer W. Systemic and mesenteric hemodynamics, metabolism, and intestinal tonometry in a rat model of supraceliac aortic cross-clamping and declamping. J Cardiothorac Vasc Anesth 1999;13:707–14.

[16] Studer W, Wu X. Supraceliac aortic cross-clamping and declamping. Effects of dopexamine and dopamine on systemic and mesenteric hemodynamics, metabolism and intestinal tonometry in a rat model. Acta Anaesthesiol Scand 2000;44:241–8.

[17] Tang W, Weil MH, Sun S, Noc M, Gazmuri RJ, Bisera J. Gastric intramural PCO2 as monitor of perfusion failure during hemorrhagic and anaphylactic shock. J Appl Physiol 1994;76:572–7.

[18] von Planta I, Weil MH, von Planta M, Bisera J, Bruno S, Gazmuri RJ, et al. Cardiopulmonary resuscitation in the rat. J Appl Physiol 1988;65:2641–7.

[19] Knichwitz G, Kuhmann M, Brodner G, Mertes N, Goeters C, Brussel T. Gastric tonometry: precision and reliability are improved by a phosphate buffered solution. Crit Care Med 1996;24:512–6.

[20] Tang W, Weil MH, Gazmuri RJ, Sun S, Duggal C, Bisera J. Pulmonary ventilation/perfusion defects induced by adrenaline/epinephrine during cardiopulmonary resuscitation. Circulation 1991;84:2101–7.

[21] von Planta I, Wagner O, von Planta M, Ritz R. Determinants of survival after rodent cardiac arrest: implications for therapy with adrenergic agents. Int J Cardiol 1993;38:235–45.

[22] Voelckel WG, Lurie KG, McKnite S, Zielinski T, Lindstrom P, Peterson C, et al. Comparison of adrenaline/epinephrine and vasopressin in a pediatric porcine model of asphyxial cardiac arrest. Crit Care Med 2000;28:3777–83.

[23] Babar SI, Berg RA, Hilwig RW, Kern KB, Ewy GA. Vasopressin versus adrenaline/epinephrine during cardiopulmonary resuscitation: a randomized swine outcome study. Resuscitation 1999;41:185–92.

[24] Sato Y, Weil MH, Sun S, Tang W, Xie J, Noc M, Bisera J. Adverse effects of interrupting precordial compression during cardiopulmonary resuscitation. Crit Care Med 1997;25:733–6.

[25] Mulligan KA, McKnite SH, Lindner KH, Lindstrom PJ, Detloff B, Lurie KG. Synergistic effects of vasopressin plus adrenaline/epinephrine during cardiopulmonary resuscitation. Resuscitation 1997;35:265–71.

[26] Kornberger E, Prengel AW, Krismer A, Schwarz B, Wenzel V, Lindner KH, Mair P. Vasopressin-mediated adrenocorticotropin release increases plasma cortisol concentrations during cardiopulmonary resuscitation. Crit Care Med 2000;28:3517–21.

[27] Duggal C, Weil MH, Gazmuri RJ, Tang W, Sun SFOC, Ali M. Regional blood flow during closed-chest cardiac resuscitation in rats. J Appl Physiol 1993;74:147–52.

[28] Tang W, Weil MH, Sun S, Noc M, Yang L, Gazmuri RJ. Adrenaline/epinephrine increases the severity of postresuscitation myocardial dysfunction. Circulation 1995;92:3089–93.

[29] Hayoz D, Weber R, Pechere A, Burnier M, Brunner HR. Heterogeneous vascular response to vasopressin: radial artery versus forearm blood flow. J Hypertens 1997;15:35–41.

[30] Liard JF. Vasopressin reduces oxygen uptake in intact dogs but not in sinoaortic-denervated dogs. Am J Physiol 1989;257:R1–9.

[31] Wenzel V, Lindner KH, Baubin MA, Voelckel WG. Vasopressin decreases endogenous catecholamine plasma concentrations during cardiopulmonary resuscitation in pigs. Crit Care Med 2000;28:1096–100.

[32] Suzuki S, Takeshita A, Imaizumi T, Hirooka Y, Yoshida M, Ando S, et al. Biphasic forearm vascular responses to intraarterial arginine vasopressin. J Clin Invest 1989;84:427–34.

[33] Martinez MC, Vila JM, Aldasoro M, Medina P, Flor B, Lluch S. Relaxation of human isolated mesenteric arteries by vasopressin and desmopressin. Br J Pharmacol 1994;113:419–24.

[34] Cerchiari EL, Safar P, Klein E, Diven W. Visceral, hematologic and bacteriologic changes and neurologic outcome after cardiac arrest in dogs. The visceral post-resuscitation syndrome. Resuscitation 1993;25:119–36.

[35] Reilly PM, MacGowan S, Miyachi M, Schiller HJ, Vickers S, Bulkley GB. Mesenteric vasoconstriction in cardiogenic shock in pigs. Gastroenterology 1992;102:1968–79.

[36] Reilly PM, Bulkley GB. Vasoactive mediators and splanchnic perfusion. Crit Care Med 1993;21:S55–68.

## Portuguese Abstract and Keywords

*Introdução:* a utilização de vasopressina em vez de adrenalina/epinefrina durante a reanimação melhora a perfusão de órgãos vitais, mas o efeito na perfusão mesentérica após reanimação com sucesso não está totalmente avaliado. O presente estudo foi desenhado para comparar os efeitos da vasopressina e da adrenalina/epinefrina, administradas a ratos durante reanimação por fibrilhação ventricular, na isquemia mesentérica, determinada por tonometria de pCO2 da mucosa intestinal durante o período pósreanimação. *Métodos e Resultados:* distribuiram-se aliatoriamente ratos machos Sprague-Dawley ($n=28$) para receberem vasopressina (0.8 U/Kg) ou adrenalina/epinefrina (90 µg/Kg) cinco minutos após fibrilhação ventricular. As compressões torácicas précordiais foram iniciadas 4 min após o início da fibrilhação ventricular, mantidas durante 4 min e seguidas de desfibrilhação. Foram desfibrilhados com sucesso 7 de 14 (vasopressina) e 12 de 14 (adrenalina/epinefrina) ratos ($P=0.10$, teste exacto de Fischer) e observados durante 60 min. As medições de tonometria de pCO2 da mucosa intestinal antes da paragem cardíaca e 15, 30 e 60 min após retorno da circulação espontânea foram $47\pm3$, $73\pm8$, $63\pm7$, e $56\pm6$ mmHg no grupo da vasopressina e $48\pm5$, $78\pm7$, $67\pm6$, e

PAR-VASO-0008199

$62 \pm 6$ mmHg no grupo da adrenalina/epinefrina ($P < 0.05$ aos 60 min entre vasopressina e adrenalina/epinefrina). A saturação de oxigénio da hemoglobina da aurícula direita nestes momentos foi de $73 \pm 5$, $51 \pm 12$, $58 \pm 11$, e $63 \pm 5\%$ no grupo da vasopressina e $76 \pm 7$, $44 \pm 10$, $52 \pm 10$ e $54 \pm 8\%$ no grupo da adrenalina/epinefrina ($P < 0.05$ aos 60 min entre vasopressina e adrenalina/epinefrina). *Conclusões:* Concluímos que, neste modelo, a administração de vasopressina em vez de adrenalina/epinefrina para RCP tende a estar associada com menor sucesso de reanimação mas com menor isquemia mesentérica durante o período pós-reanimação nos ratos reanimados com sucesso.

*Palavras chave*: Reanimação cardiopulmonar; Ratos; Fibrilhação ventricular; Período pós-reanimação; Perfusão mesentérica; Adrenalina/ Epinefrina; Vasopressina

## Spanish Abstract and Keywords

*Antecedentes*: El uso de vasopresina en lugar de adrenalina/epinefrina durante la resucitación mejora la perfusión de órganos vitales, pero no están evaluados completamente sus efectos sobre la perfusión mesentérica después de una resucitación exitosa. Este estudio se diseñó para comparar los efectos de la vasopresina con los de la adrenalina/epinefrina, sobre la isquemia mesentérica, determinada por tonometría de $p\mathrm{CO}_2$ al en la mucosa intestinal, durante el período postresucitación en ratas a las quees se les administraron esas drogas durante la resucitación de fibrilación ventricular. *Métodos y resultados*: Machos de ratas Sprague-Dawley ($n = 28$) se distribuyeron al azar para recibir vasopresina (0.8 U/kg) o adrenalina/epinefrina (90 μg/kg) después de 5 minutos de fibrilación ventricular. Se inició compresión torácica precordial a los 4 minutos de iniciada la fibrilación ventricular, se continuó por 4 minutos seguido por desfibrilación. Se desfibrilaron exitosamente 7 de las 14 ratas (vasopresina) y 12 de las 14 (adrenalina/ epinefrina) ($P = 0.10$, test exacto de Fisher), y fueron observadas por 60 min. Las mediciones de tonometría de $p\mathrm{CO}_2$ de mucosa intestinal antes del paro cardíaco, 15, 30 y 60 minutos después del retorno a circulación espontánea fueron $47 \pm 3$, $73 \pm 8$, $63 \pm 7$, y $56 \pm 6$ mm Hg en el grupo vasopresina y $48 \pm 5$, $78 \pm 7$, $67 \pm 6$, y $62 \pm 6$ mm Hg en el grupo adrenalina/epinefrina ($P < 0.05$ a los 60 minutos entre vasopresina y adrenalina/epinefrina). La saturación de oxígeno de la hemoglobina en la aurícula izquierda en estos puntos de tiempo fueron $73 \pm 5$, $51 \pm 12$, $58 \pm 11$, y $63 \pm 5\%$ en el grupo vasopresina y $76 \pm 7$, $44 \pm 10$, $52 \pm 10$, y $54 \pm 8$ en el grupo adrenalina/epinefrina ($P < 0.05$ a los 60 minutos entre vasopresina y adrenalina/epinefrina). *Conclusiones*: Concluimos que ene este modelo de ratas, la administración de vasopresina en lugar de adrenalina/epinefrina para reanimación cardiopulmonar tiende a estar asociado con menor éxito en la resucitación, pero con menor isquemia mesentérica durante el período postresucitación en las ratas exitosamente resucitadas.

*Palabras clave*: Reanimación cardiopulmonar; Ratas; Fibrilación ventricular; Período postresucitación; Perfusión mesentérica; Adrenalina/ epinefrina; Vasopresina

PAR-VASO-0008200

# NEUROPEPTIDES

*Neuropeptides* (1990) **17**, 17-22
© Longman Group UK Ltd 1990

0143-4179/90/0017-0017/$10.00

# Effect of Peripheral Injection of Arginine Vasopressin and Its Receptor Antagonist on Burn Shock in the Rat

K. SUN, A. GONG*, C. H. WANG, B. C. LIN and H. N. ZHU

*Department of Neurobiology, The Second Military Medical College, Shanghai 200433, P. R. China. *The Affiliated Health School of Shanghai Second Medical University, Shanghai, P. R. China (Reprint request to KS)*

Abstract—To investigate the effect of arginine vasopressin (AVP) in the peripheral circulation on burn shock in the rat, AVP and its nonselective V1/V2 receptor antagonist d(CH₂)5Tyr (Et)VAVP were administered intravenously in burn shocked rats. Cardiovascular parameters were recorded including left ventricular systolic pressure (LVSP), ±dP/dt max, total area of the cardiac force loop (Lo), mean arterial blood pressure (MAP), heart rate (HR) and electrocardiogram (ECG). Our results showed that AVP failed to increase MAP in burned rats whereas it elicited a greater fall in LVSP,±dP/dt max and Lo and MAP than seen in control burned rats and hastened the onset of the decompensatory phase of burn shock resulting in the early death of burn shocked animals. The receptor antagonist d(CH₂)5Tyr(Et)VAVP elevated LVSP, ±dp/dt max and Lo for the eight hour observation period, and allowed MAP to recover from the initial profound fall following burn injury. Furthermore, it prolonged the survival time of the burned rats. AVP treated rats also displayed earlier abnormal changes such as elevation of S-T segment, inversion of T wave and ventricular fibrillation in ECG. The onset of these changes was much delayed in antagonist treated rats.

## Introduction

We have previously demonstrated a marked increase in arginine vasopressin (AVP) concentration in the plasma and a decrease in the posterior pituitary during burn shock (1) as is the case in endotoxin and hemorrhagic shock (2, 3). This suggests that AVP released from the posterior pituitary into the blood does play a role in the pathophysiology of burn shock. The specific role it plays in shock is still controversial however. It has been argued that AVP is helpful to the animal because the Brattleboro rat, which has a defect in AVP biosynthesis, cannot compensate for the early cardiovascular dysfunction associated with shock resulting in premature death (4). In addition, the fact that AVP stimulates phagocytosis by reticuloendothelial cells also suggests that AVP may have a protective action in shock (5). On the other hand, Cronenwett et al have reported that AVP blockade improves myocardial contractility

Date received 2 January 1990
Date accepted after revision 13 April 1990

PAR-VASO-0008201

and survival time in endotoxin shock in dogs (6). Similarly, we have shown that intracerebroventricular administration of AVP has a detrimental effect on burn shock (7). In the present study, we have studied the effect of AVP on burn shock further.

## Materials and Methods

Male Sprague-Dawley rats weighing 250-300g were anaesthetized with urethane (1.35g/kg). The rats remained in anaesthesia throughout the experiment without repeated injections of urethane. The left femoral artery was cannulated with a PE-50 polyethylene tube filled with 0.4% heparin sodium for recording of arterial blood pressure. Another cannula (PE-50) filled with heparin sodium was introduced into the left ventricle via the right carotid artery; the tip location was confirmed by pressure tracing. The left ventricular cannula was used for recording left ventricular pressure. The left jujular vein was also cannulated for administration of drugs. The femoral artery and left ventricle cannulae were connected to MPU-0.5 pressure transducers. MAP, left ventricular pressure (LVP) and electrocardiogram (ECG) were recorded on a multipurpose polygraph (Nihon Kohden). Myocardial contractility parameters including $\pm dP/dtmax$, left ventricular systolic pressure (LVSP), area of the cardiac force loop (Lo) and heart rate (HR) were analyzed with a MCCA-9 program which provides on-line real time estimation of myocardial contractility parameters at the isovolumetric period of the left ventricular pressure wave form using the Maxwell mode of cardiac muscle (24,25). When the cardiovascular parameters became stable after surgery, preburn values were measured. And then third degree burns which extended over 30% of the surface area of the body were made by shaving rats' backs and dipping them in $100\,°C$ water for 20s. Drugs including AVP (Peninsula Lab, 0.4ug/kg) and the non-selective V1/V2 receptor antagonist d(CH$_2$)5Tyr(Et)VAVP (a gift from Dr. Maurice Manning, Toledo, Ohio, 10ug/kg) were administered intravenously through the jugular vein 0, 30, 60, 90, 120min after burns. The above doses were based on our preliminary experiments

and data of others (6, 26). Control rats received normal saline. The MAP, LVSP, Lo, $\pm dP/dt$ max, HR and ECG were measured at 10, 30 and 60min and thereafter once every 60min for 8h after burns. At the end of the experiments the survival time was recorded. Student's t test and Fisher test were used for statistical analyses. All the data were expressed as mean $\pm$ SEM.

## Results

### Effects of AVP and its antagonist on MAP in burned rats

Figure 1 shows that in burned animals there was a brief initial fall in MAP which was followed by a short period of recovery and then a marked and prolonged decline. AVP failed to elevate MAP; in fact, it elicited a greater initial fall in MAP, a much briefer period of mild recovery, and hastened the onset of the decompensation. The most pronounced initial fall in MAP was observed following administration of the nonselective V1/V2 receptor antagonist. However the decline in MAP after blockade of AVP receptors was not persistent. There was a gradual increase in MAP until 4h after the burn. In addition the modest decompensatory decline in MAP in antagonist treated rats was also gradual and appeared later then in control and AVP treated groups.

### Effect of AVP and its receptor antagonist on myocardial contractility parameters in burned rats

Ten minutes after burns, there were marked decreases in LVSP, Lo and $\pm dp/dt$ max in all three groups. The most dramatic falls were seen in the AVP treated group, and the smallest decline was observed in rats receiving d(CH$_2$)5Tyr(Et)VAVP. After the initial decrease, rats receiving AVP recovered briefly and then deteriorated quickly. In contrast to AVP treated rats, antagonist treated animals recovered quickly. Only modest falls in their myocardial contractility were observed 8h after they were burned. Control rats had better cardiac functions than AVP treated animals but were sicker than antagonist treated ones. These results are depicted in Figures 2 and 3.

PAR-VASO-0008202



**Fig. 1** Effects of AVP and its receptor antagonist d (CH2) 5Tyr(Et)VAVP (i.v.) on the mean arterial pressure (MAP) in the burned rats. Time 0 indicates burn. *P < 0.05, **P < 0.01 (vs control●). †P < 0.05, ‡P < 0.01 (AVP△vs antagonist○). Vertical bars indicate SEM. No. of rats = 8 − 15. F test.

for 6.18 ± 0.56h. AVP antagonist treated rats survived for more than 13h (Table).

## Discussion

Our data indicate that AVP, which is markedly increased in the plasma following burns (1), has a detrimental effect on myocardial contractility. AVP has been known for years to produce vaso-constriction when its concentration in the blood is high. The hemodynamic hazards of vasopressin, including reductions in cardiac output and coronary blood flow, and arrhythmias have been observed when treating hemorrhage from eso-phageal varices with vasopressin (8). These effects have been attributed to the coronary artery con-striction by AVP (8). However the role AVP plays in shock is still poorly understood. Although AVP has been shown to be an essential factor to

### Effect of AVP and its antagonist on the heart rate in the burned rats

All three groups (control, AVP, antagonist) exhi-bited gradual decreases in heart rate after burns. There were no significant differences among the three groups until 2 h after the burn when the heart rates of rats in the AVP and antagonist groups were significantly slower than those of the control animals. Thereafter animals in the AVP groups had a dramatic decline in heart rate; animals treated with antagonist showed a mild and pro-gressive fall in heart rate (Fig. 4).

### Effect of AVP and its antagonist on ECG in the burned rats

The electrocardiogram of AVP treated burned rats showed early abnormal changes such as arrythmia, elevation of S-T segment, inversion of T wave and ventricular fibrillation. Such abnormal findings in antagonist treated rats were much delayed (Fig. 5).

### Effect of AVP and its antagonist on survival time in burned rats

Rats treated with normal saline survived burn shock for 8.36 ± 0.87h AVP treated rats survived





**Fig. 2** Effects of intravenous administrtion of AVP and its antagonist on the left ventricular systolic pressure (LVSP) and total cardiac force loop (Lo) in burned rats. Time 0 indicates burn. *P<0.05, **P<0.01 (vs control●). †P < 0.05, ‡P < 0.01 (AVP△vs antagonist○). Vertical bars indicates SEM. No. of rats = 8-15. F test.





Fig. 3   Effects of intravenous administration of AVP and its antagonist on +dp/dt MAX in the burned rats. Time 0 inidcates burn. *P < 0.05, **P < 0.01 (vs control ●). †P < 0.05, ‡P < 0.01 (AVP△vs antagonist○). Vertical bars indicate SEM. No. of rats ≈ 8-15. F test.

opioid peptides (17, 23) and reduced systemic venous return (18) have been implicated as contributors to the impaired cardiac function. Our work strongly points at AVP as an inhibitor of cardiac function in burn shock as has been suggested in endotoxin shock in dogs (6). Exogenous AVP failed to elicit an increase in blood pressure in burned rats; on the contrary, it caused a larger and earlier fall of MAP compared with control rats. This may be due to the fact that the concentration of AVP during burn shock is already high (1) and that it is already exerting a maximum effect on blood pressure. More AVP only causes a deterioration in cardiac function and, ultimately, a fall in blood pressure. The initial profound fall of MAP after blockade of V1/V2 receptors is obviously associated with the blockade of the V1 receptor which is responsible for the vasoconstricting effect of AVP. Our results also suggest a role of endogenous AVP in affecting blood pressure in the compensatory phase of burn shock. Because myocardial contractility was much improved by the AVP antagonist, blood pressure gradually recovered in antagonist treated animals and was maintained during the latter phase of burn shock. Thus survival time was prolonged by the antagonist. As regards the mechanism by which AVP

compensate for the early cardiovascular disturbances in Brattleboro rats given endotoxin (4), there is also evidence that it is detrimental in dogs with endotoxic shock (6). Our present investigation also indicates that peripheral AVP is harmful in the case of burn shock. Most previous studies have proved that the contractile activity of the heart was impaired during shock (9. 10, 11, 22). Our work also supports such an effect though there are some studies suggesting that myocardial contractility is normal or increased in shock (12. 13). However, there is considerable controversy at present regarding the mechanism of inhibition of myocardial contractile status. Inadequate cornoary perfusion (14), myocardial depressant factors (15), metabolic acidosis (16), endogenous



Fig. 4   Changes of heart rate following i.v. injection of AVP and its receptor antagonist in the burned rats. Time 0 indicates burn. *P<0.05, **P <0.01 (vs control●). †P < 0.05, ‡P < 0.01 (AVP△vs antagonist○). Vertical bars indicate SEM. No. of rats = 8-15. F test.



**Fig. 5** Effect of AVP and its antagonist (i.v.) on ECG in the burned rats. Time indicated as postburn time.

impairs the cardiac function, coronary vasoconstriction by AVP seems a likely course. Shivolocki et al demonstrated that isoproterenol can present the adverse hemodynamic effects of vasopressin in dogs (20). However Wilson et al have shown that AVP has direct myocardial depressant effects, decreasing contractility despite relatively normal coronary blood flow and without significant changes in myocardial oxygen consumption or lactate and potassium balance *in vitro* (19). The same authors also demonstrated that epinephrine can reverse myocadial depression caused by AVP

**Table** Effect of AVP and Its Receptor Antagonist d(CH$_2$)5Tyr(Et)VAVP (i.v.) on the Survival Time in the Burned Rats

| Group | Survival time (h) | No. of rats |
|---|---|---|
| control | 8.36 ± 0.87 | 12 |
| AVP | 6.18 ± 0.56* | 15 |
| antagonist | >13** | 10 |

* P< 0.05, ** P< 0.01 vs control. Data expressed as mean ± SEM, Students t test

in the isolated canine left ventricle without significant change in coronary blood flow. Therefore the mechanism by which AVP impairs cardiac function is complicated and may involve more than one factor. Unlike Cronenwett et al, we did not observe tachycardia in burned animals as is seen in dogs in endotoxic shock after AVP antagonist treatment. We saw progressive bradycardia in control burned animals and in rats treated with AVP antagonist. The heart rate of the AVP antagonist group only surpassed that of control group in the final phase of shock. The early cardiovascular disturbances and higher mortality in Brattleboro rats with endotoxin shock (4) seem to be at odds with our findings. The contradictory results may be due to the effect of differnt concentrations of AVP in shock. Low levels of AVP may help maintain the cardiovascular function during shock. Brattleboro rats, then, may be more vulnerable to shock. In burn shock, however, the concentration of AVP may exceed what is useful, and it may act as a cardiac depressant (21).

Despite extensive investigations, the mechanisms underlying cardiac depression and hypotension in shock are still unclear. Although AVP appears to play a significant role, the exact mechanism awaits further study.

## References

1. Sun, K., Lin, B. C., Wang, C. H. and Zhu, H. N. (1989). Changes of ir-arginine vasopressin contents in the plasma and some tissues in the burned rats. Acad J Sec Mil Med coll 10: 333-335.

2. Malayan, A. S., Ramsay, D. J., Kwil, L. C. and Reid, I. A. (1980). Effects of increases in plasma renin activity, blood pressure, heart rate, and plasma corticosteroid concentration in conscious dogs. Endocrinology 107: 1899-1904.

3. Wilson, M. F., Bracket, Q. J., Tompkins, P., Benjamin, B., Archer, L. T. and Hinshaw, L. B. (1981). Elevated plasma vasopressin concentrations during endotoxin and E. coli shock. Adv Shock Res 6: 15-26.

4. Brackett, D.J., Schaefer, C.F. and Wilson, M.F. (1983). The role of vasopressin in the maintenance of cardiovascular function during early endotoxin shock. Adv Shock Res 9: 147-156.

5. Altura, B. M. (1980). Evidence that endogenous vasopressin plays a protective role in circulatory shock. Role for reticuloendothelial system using Brattleboro rats. Experientia 36: 1080-1082.

6. Cronenwett, J. L., Baver-Neff, B. S., Grekin, R. J. and Sheagren, J. N. (1986). The role of endorphins and

vasopressin in canine endotoxin shock. J Surg Res 41: 609-619.

7. Sun, K., Lin, B. C., Zhang, C., Wang, C. H. and Zhu, H. N. (1989). Possible involvement of B-endorphin in the deteriorating effect of arginine vasopressin on burn shock in rats. Circ Shock 29: 167-174.

8. Corliss, R. J., McKenna, D. H., Sialer, S., O'Brien, G. S. and Rowe, G. G. (1968). Systemic and coronary hemodynamic effects of vasopressin. Am J Med Sci 256: 293-299.

9. Abel, F. L. and Kessler, D. P. (1973) Myocardial performance in hemorrhagic shock in the dog and primate. Circ Res 32: 492-500.

10. Goldfarb, R. D. (1982). Cardiac mechanical performance in circulatory shock: A critical review of methods and results. Circ Shock 9: 633-653.

11. Gilmore, J. P. and Handford, S. W. (1956). Hemodynamic response of the dog to thermal radiation. J Appl Physiol 8: 393-398.

12. Rothe, C. F. and Selkurt, E. E. (1964). Cardiac and peripheral failure in hemorrhagic shock in the dog. Am J Physiol 207: 203-214.

13. Zweifach, B. and Fronek, A. (1975). The interplay of central and peripheral factors in irreversible hemorrhagic shock. Prog Cardiovasc Dis 18: 147-180.

14. Sarnoff, J. J., Case, R. B., Waithe, P. E. and Isaacs, J. P. (1954). Insufficient coronary flow and myocardial failure as a complicating factor in late hemorrhagic shock. Am J Physiol 176: 439-444.

15. Baxter, C.R. (1966). Serum myocardial depressant factor of burn shock. Surg Forum 17:1.

16. Adams, H. R. (1981). Development of acute burn shock in unresuscitated guinea pigs. Circ Shock 8: 613.

17. Caffrey, J. L., Gaugl, J. F. and Jones, C. E. (1985). Local endogenous opiate activity in dog myocardium: Receptor blockade with naloxone. Am J Physiol 248: H382-H388.

18. Hess, M. L., Soulsby, M. E., Davis, J. A. and Briggs, F. N. (1977). The influence of venous return on cardiac mechanical and sarcoplasmic reticulum function during endotoxemia. Circ Shock 4: 143.

19. Wilson, M. F., Brackett, D. J., Archer, L. T. and Hinshaw, L. B. (1980). Mechanisms of impaired cardiac function by vasopressin. Ann Surg 191: 494-500.

20. Shivolocki, W. P. and Thomford, N. R. (1973). Addition of isoproterenol prevents adverse hemodynamic effects of vasopressin. Surgery 74: 752-757.

21. Gelman, S. and Ernst. E. E. (1978). Nitroprusside prevents adverse hemodynamic effects of vasopressin. Arch Surg 113: 1456-1471.

22. Horton, J. W. (1989). Hemorrhagic shock depresses myocardial contractile function in the guinea pig. Circ Shock 28: 23-36.

23. Vargish, T., Reynolds, D. G., Gurll, N. J., Holaday, J. E. and Faden, A. I. (1980). Naloxone reversal of hypovolemic shock in dogs. Circ Shock 7: 31-38.

24. Yu, K. D., Zhu, Z. N., Chen, Z. D. and Fu, W. J. (1989). Experimental studies of cardiac muscle mechanics function with microcomputer. J Biomechanics 4: 62-65.

25. Yu, K. D., Zhu, Z. N., Fu, W. J. and Chen, J. G. (1989). A microcomputer-based system for determining myocardiocontractility parameters. Acad J Sec Mil Med Coll 10: 562-564.

26. Bennett, T. and Gardiner, S. M. (1986). Vasopressin and the cardiovascular system: Physiology or pharmacology? J Cardiovasc Pharmacol 8 (suppl. 7): S44-49.

*Peptides*, Vol. 11, pp. 927–932. © Pergamon Press plc, 1990. Printed in the U.S.A.

0196-9781/90 $3.00 + .00

# Prenatal Exposure to AVP or Caffeine But Not Oxytocin Alters Learning in Female Rats

ROBYN R. SWENSON, BILL E. BECKWITH,[1]
KERRI J. LAMBERTY, SCOTT J. KREBS

*Psychology Department, University of North Dakota, Box 7187
University Station, Grand Forks, ND 58202*

AND

TIMOTHY P. TINIUS

*North Dakota State Hospital, Psychology Services
Box 476, Jamestown, ND 58402-0476*

Received 9 May 1990

SWENSON, R. R., B. E. BECKWITH, K. J. LAMBERTY, S. J. KREBS AND T. P. TINIUS. *Prenatal exposure to AVP or caffeine but not oxytocin alters learning in female rats.* PEPTIDES 11(5) 927–932, 1990.—Rats whose mothers had been treated with 1 microgram of arginine vasopressin (AVP) or oxytocin (OXT), 15 mg of caffeine, or saline on days 13–19 of gestation were given training on a passive avoidance response as adults. Female rats whose mothers had been exposed to either AVP or caffeine demonstrated enhanced retention of the response. No effects were found for male rats or for exposure to oxytocin. These results suggest that prenatal exposure to AVP or caffeine produced sexually dimorphic effects on learning and that the effects are specific to the structure of AVP.

Caffeine    Development    Learning    Memory    Neuropeptides    Oxytocin    Passive avoidance    Prenatal
Vasopressin

VASOPRESSIN (AVP) and oxytocin (OXT) are nonapeptide hormones synthesized in the cells of the paraventricular and supraoptic nuclei of the hypothalamus. Both hormones are cyclic and display a similar disulfide bridge between positions one and six, differing only at positions three and eight: AVP possesses phenylalanine and arginine, whereas OXT contains isoleucine and leucine, respectively. Both vasopressin and OXT appear to have distinct functions in adulthood: OXT stimulates milk release from the mammary gland and induces uterine contractions, while vasopressin regulates osmolarity, blood volume and pressure. Peripherally, the peptides act as traditional hormones, while centrally they act as neurotransmitters and/or neuromodulators (17). Acute treatment of adult male rats with vasopressin has been found to produce resistance to extinction of passive and active avoidance responses (1,10), suggesting that vasopressin facilitated memory (27). AVP has also been found to facilitate reversal of a black/ white discrimination which has been interpreted as evidence that it

facilitates attention (2,3).

While several studies have examined the activational effects of vasopressin, few studies have assessed its effects on the developing brain. At present, only three studies have explored the effects of perinatal and neonatal administration of vasopressin on behavioral performance of adult animals. Ermisch, Koch and Barth (12) administered 2.2 micrograms of AVP or placebo subcutaneously to female rats daily throughout the gestational period. The offspring of the dams treated with AVP were then treated with either 1.1 microgram of AVP or placebo from day 2 to day 30 of life. The offspring of the dams treated with placebo were then treated with 1.1 microgram of AVP or placebo from day 2 to day 30 of life. An additional group received neither pre- nor postnatal treatment. All animals learned and later relearned a brightness discrimination after reaching adulthood. AVP administered both prenatally and postnatally or only postnatally facilitated relearning the discrimination when compared to all other treatments. The

---

[1]Requests for reprints should be addressed to Bill E. Beckwith.

PAR-VASO-0008207

authors suggested that exposure to AVP during CNS development induced an enhanced ability to process information. No interaction with gender or age was found.

Chen, Chen, Liu and Du (8) reported a series of experiments in which they varied dose of DDAVP (a $V_2$ agonist), period of administration, and age at which the animal was exposed to the learning task. Neonatal rats received 0.1 or 0.2 micrograms of DDAVP, 2 micrograms of OXT, hypertonic saline, or physiological saline from days 1 to 14 or days 1 to 4. One or four months later, the rats learned a brightness discrimination and were tested after a month retention interval. DDAVP, but not OXT, significantly enhanced acquisition and retention of the brightness discrimination. Hypertonic saline was found to have effects similar to those of DDAVP.

Tinius, Beckwith, Preussler and Lee (24) administered arginine vasopressin or saline to female rats via an osmotic pump at a rate of 1 microgram per 24 hours during days 13–19 of gestation. Offspring were tested as adults (60 days) on either a brightness discrimination or the retention of a passive avoidance response after a 25-day retention interval. Rats exposed to vasopressin in utero did not differ from controls on the acquisition or reversal of brightness discrimination; however, they required more trials to reach criterion after a ten-day retention test. Male rats, whose dams had been treated with AVP, were found to have significantly shorter latencies than males whose dams had been treated with placebo. Females whose dams were treated with AVP did not differ significantly from controls.

The present study was undertaken to replicate and to extend the results of Tinius *et al*. (24). Adult rats whose dams had received AVP or OXT during gestation were assessed after a 25-day retention interval of a passive avoidance response. OXT was included in this study to assess the specificity of the organizational effects of AVP. OXT has been shown to attenuate a passive avoidance response in adult male rats (6). Administration of OXT to pregnant rats reportedly caused such adverse effects as reduced birth weight and impaired postnatal growth of offspring; however, total brain weight was not affected (4). As indicated above, only one other study has tested the organizational effects of OXT on behavior (8).

Finally, since some theorists attempt to explain the behavioral effects of AVP in terms of increased arousal [e.g., (15)], caffeine, an agent affecting behavioral arousal, was administered to a fourth group of pregnant rats. If the organizational effects of AVP are mediated by processes related to general arousal, then caffeine should have a similar effect on behavior. Only two studies have examined the effects of prenatal caffeine administration on learning and memory. West *et al*. (28) demonstrated that prenatal exposure of rats to caffeine at doses of 5 mg/kg and 25 mg/kg produced a significant decrease whereas prenatal exposure to 50 mg/kg produced a significant increase in latency of a passive avoidance response learned when the animals were 48 days of age. Sinton *et al*. (21) exposed two strains (C and BR) of pregnant mice to caffeine via their drinking water. Offspring were tested in a step-through passive avoidance chamber at an age ranging from 9–15 months using different animals at each time interval. At 21 days, there was a nonsignificant trend for C-strain animals whose mothers were exposed to 60 mg/kg, 80 mg/kg or 100 mg/kg of caffeine to have longer latencies than the control animals. In addition, females demonstrated longest latencies at 100 mg/kg of caffeine whereas males showed the longest latencies at 60 mg/kg.

In the present study, it was hypothesized that AVP administered subcutaneously to pregnant female rats would impair the performance of male offspring on a 25-day retention test for passive avoidance. It was further hypothesized that this effect would not be found for females. Prenatal exposure to OXT was not

expected to produce a significant effect on retention of the passive avoidance response whereas prenatal exposure to caffeine was predicted to facilitate retention of the passive avoidance response.

METHOD

*Animals*

One hundred and nine rat pups, obtained from twenty-eight Holtzman Sprague-Dawley dams, were used as subjects. The sperm-positive dams were received from the Holtzman Company, Madison, WI on the fifth day of gestation and were housed individually under controlled light-dark conditions (indirect lights on at 7:30 a.m. and off at 7:30 p.m.). The animals had access to food and water ad lib.

*Apparatus*

The test apparatus was a passive avoidance chamber. The floor, 40 cm square, was constructed of 4-mm stainless steel rods spaced 1.4 cm apart at the centers. Black Plexiglas walls extended 40 cm above the floor and the top of the chamber was open except for a 2.5-cm lip extending around the perimeter and into the center. A $6 \times 25$ cm runway extended out from the front wall. The apparatus was situated on the edge of the table 76 cm above the floor to discourage the animal from stepping off the runway. Passage from the runway to the box was through a 6-cm square opening controlled by a manually operated guillotine door. The inside of the apparatus remained dark, while a 25-watt lamp, the only light in the experimental room, was placed 40 cm above the center of the runway.

*Procedure*

On the thirteenth day of gestation, sperm-positive dams were randomly assigned to groups receiving AVP (n = 7), OXT (n = 7), caffeine (n = 7) or the vehicle solution, physiological saline (n = 7). The pregnant females were administered AVP or OXT (1 microgram in 0.1 ml of physiological saline solution), 15 mg caffeine (approximately 60 mg/kg) in 0.75 ml of saline, or saline subcutaneously on the thirteenth through the nineteenth day of gestation. Following injections the female rats were coded so that experimenters would be blind as to group assignment until after the data were analyzed.

The rat pups were weaned at twenty-one days of age and housed in litter groups of three to five rat pups per cage until they were separated by gender at 40 days of age. At 40 days of age, 2 male and 2 female rats were randomly selected from each litter. The animals were then group housed by gender in litter groups of two pups until 50 days of age, at which time all animals were individually housed for the remainder of the experiment. In addition to separation by gender and cage reassignments, the rat pups were further handled during weighing. The pups were weighed every 10 days from 10 to 90 days of age. All litters were divided by gender: AVP male (n = 14), AVP female (n = 14), OXT male (n = 14), OXT female (n = 13), caffeine male (n = 14), caffeine female (n = 14), placebo male (n = 14) and placebo female (n = 12). One female animal died prior to day 65 and another female animal was later excluded from data analysis, since the animal's preshock latency on Trial 3 exceeded the mean latency by more than 3 standard deviations. Both animals were from dams treated with saline. Beginning on day 65, the animals were handled individually for 5 minutes per day over three successive days.

On the first day of training, each animal was taken into the darkened experimental room. The animals were transported to and

from the experimental room in their home cages. The animal was placed inside the dark chamber of the passive avoidance box for 2 minutes. This was immediately followed by a single trial in which the animal was placed on the runway facing away from the door. Ten seconds later, the door was raised and the animal allowed to enter the dark chamber. Upon the animal's entering the chamber with all four feet, the door was closed without touching the animal's tail. Ten seconds later, the animal was removed and placed in its home cage. On the second day of training, each animal received three more trials to enter the dark chamber, with an intertrial interval of two minutes. On the third trial, each animal received a two-second inescapable footshock (0.05 mA supplied by a Grason Stadler shock scrambler) through the grid floor immediately before entering the chamber with all four feet. The animal was removed from the chamber 10 seconds after completion of the shock.

*Test Trial*

The test trial was initiated twenty-five days after the learning trial. This trial was similar to the learning trial except that the shock was deleted. The animal was again placed on the runway facing away from the door. Ten seconds later the door was opened and the animal was allowed to enter the dark chamber. The initial latency to enter the chamber with all four feet during the 900-second test trial was recorded and used as an index of retention.

During the time spent on the safe side of the apparatus, the animal's behavior was observed and the time spent in exploration, freezing, and grooming behaviors was noted. Exploration was defined as alert and active moving about the runway, sniffing, and rearing. Freezing behavior involved an inactive state during which the animal remained entirely still, and grooming behavior included all grooming activity. These three behavioral measures were used as an index of general activity.

RESULTS

On the 18th through the 22nd days of gestation, the dams were checked every two hours for sixteen consecutive hours followed by an eight-hour break. Time of parturition and litter size were recorded and later assessed by means of one-way analyses of the variance (ANOVA). The time of parturition was not significantly different between the treatment and control groups ($F < 1.00$). Litter size was also unaffected by treatment ($F < 1.00$).

The body weight of pups through 30 days of age was analyzed by means of a 4 (treatment) $\times$ 3 (time) hierarchical analysis of variance with repeated measures on the last factor. The analysis revealed a significant main effect for time, $F_{(2,48)} = 682.770$, $p < 0.001$, but did not reveal a significant main effect of treatment, $F_{(3,24)} = 1.539$, $p = 0.230$, nor a significant treatment by time interaction, $F_{(6,48)} = 1.521$, $p = 0.192$.

Animals were separated by gender at 40 days of age. The body weight for animals from 40 through 90 days of age was analyzed by means of a 4 (treatment) $\times$ 2 (sex) $\times$ 6 (time) analysis of variance with repeated measures on the last factor. The analysis revealed significant main effects of time, $F_{(5,510)} = 2411.122$, $p < 0.001$, and gender, $F_{(1,102)} = 700.777$, $p < 0.001$, but did not reveal significant main effects for treatment, $F_{(3,102)} = 1.048$, $p = 0.375$. These results show that the animals' weights significantly increased over time and that males were significantly heavier than females. In addition, the analysis revealed a significant treatment by gender interaction, $F_{(3,102)} = 4.614$, $p = 0.005$, and a significant gender by time interaction, $F_{(5,510)} = 297.852$, $p < 0.001$, but not a significant treatment by time interaction

($F < 1.00$) or a significant three-way interaction ($F < 1.00$). The treatment by gender interaction resulted from caffeine's producing a decrease in weight for males compared to other treatments. The gender by time interaction resulted from the greater rate of weight gain for male than female rats.

The F max statistic was used to test for homogeneity of the variance with alpha $= 0.05$. Because the assumption for homogeneity of the variance was violated for five of the seven dependent variables measuring behavior, the Mann-Whitney U-Test was chosen for subsequent analysis. The preshock latencies (see Table 1) were analyzed to explore the differences among the male and female animals whose mothers were treated with AVP, OXT, caffeine, or saline. Male rats whose mothers were treated with placebo had a significantly longer latency on the second preshock trial than male rats whose mothers were treated with AVP ($U = 49.5$, $p = 0.0236$). Treatment did not appear to have an effect on males at preshock trials one or three. Prenatal treatment with AVP consistently increased the latencies of female rats during the preshock trials as compared to the latencies of female rats whose dams were treated with placebo; however, only the latency on the third trial was significantly longer ($U = 45.5$, $p = 0.0451$). On preshock trial numbers two and three, males whose mothers were treated with placebo were found to have significantly longer latencies than females whose mothers were treated with placebo ($U = 42.0$, $p = 0.0279$ and $U = 26.0$, $p = 0.0029$, respectively). A similar gender difference was found on preshock trial number two among the animals whose mothers were treated with caffeine ($U = 43.5$, $p = 0.011$). These gender differences were not apparent among the animals whose dams had been prenatally treated with AVP or OXT ($p > 0.05$).

During the test trial, four behavioral measures were recorded: exploration, freezing, grooming, and four-foot latency. The first three behaviors were measured as an index of activity whereas the final variable represented a measure of retention. During a random sampling of 59% of the test trials, a second rater independently rated the three behaviors measuring activity. The average inter-rater reliability across all of the behavioral measures was 0.935. As may be seen in Table 2, there were no significant differences between groups for the time spent in grooming, exploration, or freezing ($p > 0.05$). Therefore, treatment had no overall effect on level of activity.

For initial latency (see Fig. 1), female animals whose mothers were treated with AVP and those whose mothers were treated with caffeine had significantly longer latencies than female animals whose mothers had been treated with placebo ($U = 46.0$, $p = 0.0499$ and $U = 47.5$, $p = 0.034$, respectively). Prenatal treatment with OXT did not have a significant effect on initial latency in female animals. There were no significant treatment effects found for the male animals. Male animals whose mothers were treated with placebo were found to have significantly longer latencies than female animals whose mothers were treated with placebo ($U = 45.5$, $p = 0.0267$).

DISCUSSION

Female rats whose mothers were treated with AVP or caffeine showed enhanced retention of a passive avoidance response when tested as adults, while OXT did not affect retention in female animals. The retention scores of male rats whose mothers were treated with AVP, OXT, or caffeine did not differ significantly from the retention scores of male rats whose mothers were treated with placebo. Order of parturition, number of pups in a litter, and overall level of activity were not influenced by the treatments.

The finding that order of parturition was unaffected by treatment with OXT or caffeine is inconsistent with previous findings.

PAR-VASO-0008209

TABLE 1

MEANS AND STANDARD DEVIATIONS FOR PRESHOCK LATENCIES OF ANIMALS WHOSE
MOTHERS WERE TREATED WITH AVP, OXYTOCIN, CAFFEINE AND PLACEBO

| Preshock Trial | AVP | | Oxytocin | | Caffeine | | Placebo | |
|---|---|---|---|---|---|---|---|---|
| | Female | Male | Female | Male | Female | Male | Female | Male |
| **Trial 1** | | | | | | | | |
| Mean | 31.29 | 19.79 | 21.67 | 17.93 | 25.00 | 20.79 | 16.50 | 24.07 |
| SD | 43.60 | 11.05 | 22.20 | 6.72 | 24.79 | 10.87 | 6.38 | 15.59 |
| n | 14 | 14 | 13 | 14 | 14 | 14 | 12 | 14 |
| **Trial 2** | | | | | | | | |
| Mean | 14.14 | 12.93 | 14.62 | 13.86 | 12.50 | 15.07 | 12.50 | 18.00 |
| SD | 4.91 | 2.67 | 3.33 | 2.35 | 2.65 | 3.95 | 1.83 | 7.82 |
| n | 14 | 14 | 13 | 14 | 14 | 14 | 12 | 14 |
| **Trial 3** | | | | | | | | |
| Mean | 23.64 | 18.00 | 13.39 | 15.86 | 15.07 | 14.21 | 12.25 | 17.93 |
| SD | 25.89 | 9.32 | 4.35 | 7.31 | 5.31 | 4.12 | 1.36 | 6.51 |
| n | 14 | 14 | 13 | 14 | 14 | 14 | 12 | 14 |

Data expressed in seconds.

Other studies, which continued treatment with OXT through day 21 of gestation, demonstrated early parturition (4,13). Since the effect was not found in the present study in which treatment with OXT was terminated after day 19 of gestation, it is likely that the effect of OXT on uterine contraction is specific to the last 2–3 days of gestation. The failure of caffeine to affect time of parturition is inconsistent with previous studies in which exposure to caffeine lengthened gestation (14, 16, 28). Again this discrepancy may be a result of the period of administration employed in the present study, since the studies reporting lengthened gestation began administration of caffeine much earlier than day 13.

Neither AVP, OXT, nor caffeine affected the number of pups born in a litter. Exposing dams to caffeine on days 8 through 10 of gestation has been shown not to affect litter size (19) whereas exposing dams to caffeine throughout gestation reduced litter size (14). The failure of treatment with AVP to affect body weight has

been previously reported (8,24). The failure to observe a significant effect of OXT on body weight is contrary to the findings of Boer and Kruisbrink (4), who demonstrated significant weight differences in pups exposed to OXT from day 17 of gestation through day 35 postpartum, suggesting impaired growth during the first month of life. Although the effect of exposure to caffeine and OXT on litter size is unclear, it appears that time and duration of exposure may be critical variables.

In the present study, male pups exposed to caffeine were lighter than those pups exposed to the placebo. This finding is consistent with the results of previous studies in which prenatal exposure to caffeine has been found to result in decreased body weight of offspring (9, 14, 22, 28). In future studies it may be helpful to assess brain weight as a means to determine possible effects of prenatal treatments with peptides, as well as caffeine (5). This would undoubtedly be a more specific measure than would overall

TABLE 2

MEANS AND STANDARD DEVIATIONS FOR THE INNATE BEHAVIORS MEASURED DURING THE TEST TRIAL

| Behavior | AVP | | Oxytocin | | Caffeine | | Placebo | |
|---|---|---|---|---|---|---|---|---|
| | Female | Male | Female | Male | Female | Male | Female | Male |
| **Time spent in exploration** | | | | | | | | |
| Mean | 229.50 | 157.36 | 117.46 | 190.71 | 233.00 | 212.64 | 112.67 | 165.86 |
| SD | 278.99 | 196.78 | 127.51 | 32.38 | 304.68 | 260.70 | 176.63 | 200.83 |
| n | 14 | 14 | 13 | 14 | 14 | 14 | 12 | 14 |
| **Time spent in freezing behavior** | | | | | | | | |
| Mean | 158.50 | 140.07 | 78.00 | 89.93 | 94.64 | 83.57 | 63.08 | 198.21 |
| SD | 227.97 | 232.12 | 164.03 | 107.22 | 197.04 | 193.68 | 82.26 | 261.08 |
| n | 14 | 14 | 13 | 14 | 14 | 14 | 12 | 14 |
| **Time spent grooming** | | | | | | | | |
| Mean | 5.36 | 9.64 | 5.77 | 6.43 | 6.43 | 7.50 | 3.75 | 6.43 |
| SD | 9.50 | 22.49 | 13.05 | 12.77 | 14.06 | 11.40 | 6.78 | 11.34 |
| n | 14 | 14 | 13 | 14 | 14 | 14 | 12 | 14 |

Data expressed in seconds.

PAR-VASO-0008210



FIG. 1. Latency to reenter the dark chamber with four feet during the test trial (mean and SEM).

body weight.

Analysis of data from the preshock trials revealed that females whose dams were treated with placebo entered the dark chamber with shorter latencies than males whose mothers had also been treated with placebo. Consistent with other studies [e.g., (25,26)], males demonstrated longer preshock latencies during passive avoidance training than females. It has been suggested (25,26) that the gender difference in passive avoidance behavior may be attributable to gender differences in habituation with females being slower than males to habituate to the stimuli associated with the platform. Others argue that females are more active than males in novel situations, as indicated by their higher scores in open-field ambulation (25,26). Recent studies have shown that when male rats are castrated either neonatally or in adulthood, the gender difference is not observed. In the present study, although the expected gender difference was found in animals exposed to caffeine, the gender difference did not consistently appear in rats whose dams were treated with AVP or OXT and there were no differences in activity as a result of the treatments. It appears that prenatal treatment with AVP or OXT may abolish the gender difference typically found in the standard preshock exposure to the passive avoidance apparatus. Given the interactive nature of the neuroendocrine systems (17) and the differential distribution of vasopressin in the CNS of males and females (7) it is quite plausible that prenatal exposure to AVP or OXT could affect these systems.

Analysis of performance after a 25-day retention interval revealed that females exposed to AVP or caffeine took longer to reenter the dark chamber than females exposed to saline. Prenatal exposure to OXT did not affect the performance of female animals. Although there was no statistically significant effect of treatment among the male animals, there was a trend toward shorter latencies on the 25-day retention for males whose dams were treated with AVP as compared to males whose dams were treated with placebo. This pattern of findings is very similar to that found by Tinius et al. (24), who reported that chronic prenatal exposure to AVP had a teratogenic effect on the 25-day retention of a passive avoidance response in males but had no significant effect on retention in females. However, upon further inspection of the data from that study, there was a nonsignificant trend toward longer latencies in females whose mothers had been treated with AVP. Although it is not possible to fully explain the discrepancy in significant effects between the two studies, the only procedural difference was in the method of exposure to AVP: acute daily subcutaneous injection versus chronic release from an osmotic pump. It is also interesting that the major difference in the effects appears in the performance of the control groups with the basic pattern of findings remaining the same, including the expected gender difference within the control group. Close inspection of the data from these studies suggests that prenatal administration of AVP to pregnant rats during the latter part of gestation attenuates the expected gender difference in performance during passive avoidance in their pups when tested as adults.

In the present study prenatal exposure to caffeine was shown to significantly increase initial latency 25 days following the learning trial. This finding is consistent with previous literature (21,28). Although there were no effects of any treatment on activity in the offspring, as measured by exploration, freezing, and grooming, the similarity of results from exposure to either caffeine or AVP suggests that the observed behavioral effects, including the gender effect, resulted from a general behavioral activation produced by caffeine or AVP but not OXT. Others have suggested that the activational effects of AVP are a result of alteration in arousal [e.g., (15)] rather than a specific effect on learning or memory systems. The present results suggest a similar interpretation for the organizational effects of this peptide.

Interesting implications may be drawn from these data when one considers the administration of vasopressin to individuals who manifest neurogenic diabetes insipidus and the fact that nicotine stimulates the secretion of vasopressin (20). It follows from the findings of the present study that there may be alterations of cognition in progeny of women exposed to vasopressin or nicotine during pregnancy. These findings may also have implications for the use of OXT in obstetrics (17), and for humans who expose their fetuses to high amounts of caffeine during pregnancy (11, 18, 23).

ACKNOWLEDGEMENT

This work was supported, in part, by a Grant-in-Aid of Research from Sigma Xi, the Scientific Research Society.

REFERENCES

1. Ader, R.; de Wied, D. Effects of lysine vasopressin on passive avoidance learning. Psychon. Sci. 29:46–48; 1972.
2. Beckwith, B. E.; Tinius, T. P. Vasopressin and vasotocin facilitate reversal of a brightness discrimination. Peptides 6:383–386; 1985.
3. Beckwith, B. E.; Tinius, T. P.; Miller, D. H. Arginine vasopressin facilitates reversal and impairs retention of a brightness discrimination in albino rats. Psychobiology 15:329–335; 1987.
4. Boer, G. J.; Kruisbrink, J. Effects of continuous administration of oxytocin by an accrual device on parturition in the rat and on development and diuresis in the offspring. J. Endocrinol. 101: 121–129; 1984.
5. Boer, G. J.; van Rheenen-Verberg, C. M. H.; Uylings, H. B. M. Impaired brain development of the diabetes insipidus Brattleboro rat. Dev. Brain Res. 3:557–575; 1982.
6. Bohus, B.; Kovacs, G. L.; De Wied, D. Oxytocin, vasopressin and memory: Opposite effects on consolidation and retrieval processes. Brain Res. 157:414–417; 1978.
7. Buijs, R. M. Vasopressin localization and putative functions in the brain. In: Gash, D. M.; Boer, G. J., eds. Vasopressin: Principles and properties. New York: Plenum Press; 1987:91–115.
8. Chen, X.; Chen, Z.; Liu, R.; Du, Y. Neonatal administration of a vasopressin analog (DDAVP) and hypertonic saline enhance learning behavior in rats. Peptides 9:717–721; 1988.
9. Collins, T. F. X.; Welsh, J. J.; Black, T. N.; Collins, E. V. A study of teratogenic potential of caffeine given by oral intubation to rats. Regul. Toxicol. Teratol. 1:335–378; 1981.
10. de Wied, D.; Versteeg, H. G. Neurohypophyseal principles and memory. Fed. Proc. 9:2348–2354; 1979.
11. Emory, E. K.; Konopka, S.; Hronsky, S.; Tuggey, R.; Dave, R. Salivary caffeine and neonatal behavior: Assay modification and

functional significance. Psychopharmacology (Berlin) 94:64–68; 1988.

12. Ermisch, A.; Koch, M.; Barth, T. Learning performance of rats after pre- and postnatal application of arginine-vasopressin. Monogr. Neurol. Sci. 12:142–147; 1986.

13. Fuchs, A. R.; Poblete, V. R., Jr. Oxytocin and uterine function in pregnant and parturient rats. Biol. Reprod. 2:387–400; 1970.

14. Fujii, T.; Nishimura, H. Adverse effects of prolonged administration of caffeine on the rat fetus. Toxicol. Appl. Pharmacol. 22:449–457; 1972.

15. Gash, D. M.; Herman, J. P.; Thomas, G. J. Vasopressin and animal behavior. In: Gash, D. M.; Boer, G. J., eds. Vasopressin: Principles and properties. New York: Plenum Press; 1987:517–547.

16. Gilbert, E. F.; Pistey, W. R. Effects on the offspring of repeated caffeine administration to pregnant rats. J. Reprod. Fertil. 34:495–499; 1973.

17. Hadley, M. Endocrinology, 2nd ed. Englewood Cliffs, NJ: Prentice-Hall, Inc.; 1988.

18. Hronsky, S. L.; Emory, E. K. Neurobehavioral effects of caffeine on the neonate. Inf. Behav. Dev. 10:61–80; 1987.

19. Hughes, R. N.; Beveridge, I. J. Behavioral effects of prenatal exposure to caffeine in rats. Life Sci. 38:861–868; 1985.

20. Reichlin, S. The neurohypophysis. New York: Plenum Medical Book Company; 1984:70–75.

21. Sinton, C. M.; Valatx, J. L.; Jouvet, M. Gestational caffeine modifies offspring behavior in mice. Psychopharmacology (Berlin) 75:69–71; 1981.

22. Soyka, L. F. Caffeine exposure during pregnancy: In utero exposure and possible effects. Sem. Perinatol. 5:305–309; 1981.

23. Soyka, L. F.; Neese, A. L.; Main, D.; Main, E. Studies of caffeine and theophylline in the neonate. Sem. Perinatol. 5:332–336; 1981.

24. Tinius, T. P.; Beckwith, B. E.; Preussler, D. W.; Lee, K. J. Prenatal administration of arginine vasopressin impairs memory retrieval in adult rats. Peptides 8:493–499; 1987.

25. van Haaren, F.; Poll, N. E. The number of pre-shock trials affects sex differences in passive avoidance behavior. Physiol. Behav. 33:269–272; 1984.

26. van Haaren, F.; Poll, N. E. Effects of light intensity on passive avoidance behavior of male and female Wistar rats. Physiol. Behav. 36:123–125; 1986.

27. van Wimersma Greidanus, Tj. B.; Van Ree, J. M.; de Wied, D. Vasopressin and memory. Pharmacol. Ther. 20:437–458; 1983.

28. West, G. L.; Sobotka, T. J.; Brodie, R. E.; Beier, J. M.; O'Donnel, M. W., Jr. Postnatal neurobehavioral development in rats exposed to caffeine. Neurobehav. Toxicol. Teratol. 8:29–43; 1986.

PAR-VASO-0008212

0145-6008/95/1903-0759$03.00/0
ALCOHOLISM: CLINICAL AND EXPERIMENTAL RESEARCH

Vol. 19, No. 3
June 1995

# Role of Plasma Vasopressin in Changes of Water Balance Accompanying Acute Alcohol Intoxication

Hanna Taivainen, Kalevi Laitinen, Riitta Tähtelä, Kalervo Kiianmaa, and Matti J. Välimäki

Acute alcohol intoxication causes diuresis presumably resulting from inhibition of vasopressin (also called antidiuretic hormone) release from the posterior pituitary gland. In contrast, in alcoholics during withdrawal from alcohol, vasopressin release is stimulated, resulting in water retention (antidiuresis) and dilutional hyponatremia. The purpose of this study was to evaluate the role of this biphasic response of vasopressin secretion to alcohol in normal persons. We studied eight healthy men who took part in two study sessions: one involving the ingestion of ethanol (1.2 g/kg of body weight) and the other the ingestion of the same volume of fruit juice during 3 hr from 6 to 9 PM. Starting at 6 AM the following morning, subjects were loaded with water (20 ml/kg of body weight within 15 min). During the first 3 hr of the study, ethanol intake increased diuresis, whereas from midnight to 6 AM, a phase of antidiuresis was obtained. Antidiuresis continued during water loading when the retention of water was 44 ± 6% during the alcohol experiment and 12 ± 4% during the control session ($p < 0.05$). During the alcohol-induced diuresis, the plasma arginine vasopressin levels did not differ from the control experiment, but were higher during the phase of antidiuresis from 10 PM to 6 AM ($p < 0.05$–<0.01). Also, after water loading at 8 and 9 AM, they were higher in the alcohol study than in the control experiment ($p < 0.05$). After alcohol ingestion, serum osmolality was higher than the corresponding control levels from 8 PM to 2 AM ($p < 0.01$–<0.001). After water loading at 9 AM, serum osmolality was slightly lower ($p < 0.05$) in the alcohol study than in the control study. During alcohol ingestion, urine was diluted; but, from midnight until the end of the experiment, it was more concentrated in the alcohol study than in the control study ($p < 0.05$–<0.01). In conclusion, our results do not support the idea that the inhibition of vasopressin secretion is the only mechanism of alcohol-induced diuresis. In contrast, stimulated vasopressin secretion explains, at least in part, antidiuresis and water retention that also follow alcohol intoxication in healthy persons.

**Key Words:** Alcohol Intoxication, Vasopressin, Hyponatremia, Osmolality, Diuresis.

THE ACUTE effect of alcohol on water balance is to induce diuresis.[1] Mostly, this has been attributed to suppression of the endogenous release of antidiuretic hormone [arginine vasopressin (AVP)] from the posterior pituitary.[2] However, a decrease in plasma AVP concentration has been observed in only a few studies, and in these it has been only short-term.[3–5] The majority of studies dealing

with mechanisms of alcohol-induced diuresis has shown either no change[6–9] or even an increase[10] in plasma AVP concentration. Thus, alcohol-induced diuresis is thought to be caused not only by the inhibition of AVP secretion, but also by a direct action of alcohol on the renal tubular system.[11]

In alcoholics, during withdrawal from alcohol, vasopressin release is stimulated resulting in water retention (antidiuresis) and dilutional hyponatremia.[2,12–15] There are, however, few data available on whether the phase of stimulated AVP secretion follows acute heavy drinking in healthy volunteers and whether these subjects are exposed to development of hyponatremia during hangover. To evaluate the role of the biphasic response of vasopressin to alcohol in normal persons, we performed a controlled study in which plasma vasopressin concentrations and serum and urine osmolalities during acute heavy drinking and 13 hr following its cessation were determined in healthy men. During hangover, subjects were loaded with water to evaluate their sensitivity to water retention and developing hyponatremia.

## MATERIALS AND METHODS

### Subjects and Study Design

We studied eight normal men, aged 23–27 (mean 24) years, with a history of occasional social drinking. Subjects were asked to abstain totally from alcohol and heavy exercise for 1 week before the experiments. None was taking any drugs at the time of the study. Smoking was also prohibited on the experimental days. All the subjects took part in two study sessions: one involving the ingestion of alcohol and the other the ingestion of fruit juice. The interval between the two sessions was at least 2 weeks. The study protocol was approved by the Ethical Committee of the Third Department of Medicine, University of Helsinki. Each subject gave informed consent. On each occasion, participants came fasting to the metabolic ward at 0800 hr. On both study days, they were served exactly the same meals and drinks with identical amounts of energy, carbohydrates, fat, protein, and sodium. The amount of water consumed was identical, too. All the studies were commenced at 1800 hr. During each session, participants drank either alcohol (1.2 g/kg of body weight) as a 15% (v/v) solution in fruit juice or an equal volume (10 ml/kg) of fruit juice containing no alcohol. Drinks were consumed at regular intervals during a 3-hr period from 8 to 9 PM. For a 75-kg person, the dose of alcohol consumed was equivalent to six "standard" drinks (15 g) and sufficient to cause mild to moderate intoxication. To avoid nausea and vomiting, heavy intoxication was not aimed for. A snack was served at 9 PM, and from 9 PM to midnight, subjects drank 200 ml of fruit juice hourly. They were allowed to sleep and move about freely in the ward. For the water load test, subjects drank cool tap water (20 ml/kg of body weight) within 15 min from 6 to 6:15 AM.

*From the Third Department of Medicine (H.T., M.J.V.) and the Research Unit of Alcohol Diseases (K.L.), University of Helsinki; United Laboratories (R.T., M.J.V.); and the Biomedical Research Center, Alko Ltd. (K.K.), Helsinki, Finland.*

*Received for publication May 19, 1994; accepted December 28, 1994*

*This study was supported by a grant from the Finnish Alcohol Research Foundation.*

*Reprint requests: Matti J. Välimäki, M.D., Third Department of Medicine, Helsinki University Central Hospital, FIN-00290, Helsinki, Finland.*

*Copyright © 1995 by The Research Society on Alcoholism.*

PAR-VASO-0008213

**Table 1.** Mean (±se) Fluid Balances (Fluid Intake − Urine Output in Ml) during Different Phases of the Study Sessions

| Time | Ethanol | Control |
|---|---|---|
| 1800–2100 hr | −432 ± 167* | 262 ± 119 |
| 2100–2400 hr | 369 ± 46 | 504 ± 82 |
| 0000–0600 hr | −207 ± 48* | −504 ± 77 |
| 0600–1000 hr | 620 ± 75* | 161 ± 84 |
| Total | 363 ± 93 | 423 ± 213 |

* $p < 0.05$, for differences between experiments.

Blood samples were collected twice at baseline (before the ingestion of alcohol or fruit juice), every hour from 7 to 10 PM, and at midnight, 2 AM, and then hourly from 6 AM to 10 AM. In the samples, serum concentrations of ethanol, sodium and potassium, serum osmolality, and plasma vasopressin were measured. Intravenous cannulas and evacuated blood-collecting tubes (Terumo Europe N.V., Leuven, Belgium) were used for the blood sampling. Urine was collected from 4 to 5 PM, from 5 to 6 PM (two baseline aliquots), and then hourly from 6 to 10 PM, from 10 PM to midnight, from midnight to 2 AM, from 2 to 6 AM, and again hourly from 6 to 10 AM for the determination of osmolality and volume.

*Laboratory Tests*

Serum potassium and sodium were measured by methods routinely used in clinical laboratories. Serum ethanol concentration was measured by headspace gas chromatography, as described by Eriksson et al.[16] Serum and urine osmolalities were determined by freezing-point depression (Micro-Osmometer model 3 M.O., Advanced Instrument Corp., Needham Heights, MA). Serum osmolality was adjusted for contribution of ethanol by subtracting the molar concentration of ethanol from the osmolality measured.[17] Blood samples for assessment of plasma AVP concentration were collected in chilled tubes containing heparin, quickly placed on ice, and centrifuged at +4°C for 10 min. Plasma was separated immediately and stored at −20°C. AVP was assayed by radioimmunoassay kits from Mitsubishi Yaki Corp., Tokyo, Japan, according to Robertson et al.[18]

*Statistical Analysis*

One subject, who vomited during the alcohol experiment, was excluded from the final analysis. Data for the remaining seven subjects are expressed as mean ± SE. The mean of the two samples collected before commencement of drinking was used as the baseline value for each subject. To study each variable, the two test periods (alcohol ingestion and fruit juice ingestion) were first compared by ANOVA with repeated measures. If a statistically significant difference ($p < 0.05$) was found, Student's paired $t$ test was used to study the significance of differences in the same variable at each time point. Also, areas under the curve (AUCs) were calculated by the trapezium rule to evaluate statistical significance of differences in plasma AVP between the experiments. Analyses were performed with BMDP statistical programs and a VAX/VMS minicomputer.

## RESULTS

The mean serum ethanol concentration reached a peak of 26.6 ± 2.1 mmol/liter 4 hr after the administration of alcohol was begun (Fig. 1A). At 6 AM when water loading was started, the ethanol concentration was 1.25 ± 0.2 mmol/liter and declined to 0.34 ± 0.04 mmol/liter at the end of the experiment.

Table 1 shows fluid balances (fluid intake − urine output) at different phases of the study. Expectedly, ethanol intake increased diuresis, resulting in a negative mean balance of 432 ± 167 ml from 6 to 9 PM, as compared with a positive balance of 262 ± 119 ml during the same period of



**Fig. 1.** Serum concentrations (mean ± SE) of ethanol (A), plasma AVP concentrations (B), serum osmolality (C), serum concentrations of sodium (D), and urine osmolality (E) in the subjects ($n = 7$) studied. During 3 hrs from 6 to 9 PM, subjects drank either ethanol (1.2 g/kg of body weight) as a 15% (v/v) solution in fruit juice or an equal volume (10 ml/kg) of fruit juice containing no alcohol. From 6 to 6:15 AM, subjects were loaded with cool tap water (20 ml/kg of body weight). *$p < 0.05$, **$p < 0.01$, ***$p < 0.001$, for differences between experiments.



**Fig. 2.** AUCs (mean ± se) for plasma AVP concentration at different phases of the study. For the design, see Fig. 1 legend. *$p < 0.05$, **$p < 0.01$, for differences between experiments.

the control experiment ($p < 0.05$). The phase of antidiuresis was seen from midnight to 6 AM, when the mean balances were $-207 \pm 48$ ml and $-504 \pm 77$ ml for the alcohol and control experiments ($p < 0.05$). However, at 6 AM when water loading was started, the balance calculated from the beginning of the study was still negative for the alcohol experiment ($-271 \pm 112$ ml), but positive for the control experiment ($+262 \pm 202$ ml, $p = 0.06$). Antidiuresis continued after water loading when the retention of water was 44% ± 4 during the alcohol experiment and 12% ± 6 during the control session ($p < 0.05$). The fluid balance for the whole study period was similar during each session.

The basal levels for serum osmolality, sodium and potassium, and plasma AVP, as well as for urine osmolality, were similar during both sessions (Fig. 1, B–E). Figure 1B shows the absolute and Fig. 2 the AUC values for plasma AVP during each study. During alcohol-induced diuresis (6–9 PM), plasma AVP levels did not differ from the control experiment, but were higher following ingestion of alcohol from 10 PM to 6 AM ($p < 0.05$–<$0.01$). Immediately after water loading, plasma AVP levels were suppressed to a similar extent during both sessions, but later on they were again higher in the alcohol study than in the control experiment ($p < 0.05$). One of the subjects had nausea and vomited after having ingested the total dose of ethanol. He was excluded from the final analysis, but showed a peak AVP value of 4.75 ng/liter, which was 3- to 4-fold higher than the average mean values.

Figure 1C shows serum osmolalities during both studies. After alcohol ingestion, serum osmolality was higher than the corresponding control values from 8 PM to 2 AM ($p < 0.01$–<$0.001$), but came back to the control level at 6 AM. After water loading at 9 AM, serum osmolality was slightly lower ($p < 0.05$) in the alcohol study than in the control study.

As shown in Fig. 1D, changes in the serum sodium concentration were similar to those in serum osmolality; the sodium level was higher from 8 PM to 2 AM ($p < 0.05$)

and lower at 9 AM ($p < 0.05$) in the alcohol study than in the control study. Serum potassium concentrations were similar during the two studies (data not shown).

Figure 1E illustrates urine osmolalities during the experiments. During alcohol ingestion urine was diluted, the osmolality being lower than the corresponding control values from 8 to 10 PM ($p = 0.07$–$0.08$). From midnight onward, urine was more concentrated in the alcohol study than in the control study ($p < 0.05$–<$0.01$). Antidiuresis following alcohol ingestion was most pronounced after water loading during the last 2 hr of the study when urine osmolality was doubled, as compared with the control experiment.

## DISCUSSION

Expectedly, the ingestion of alcohol enhanced diuresis, which was followed by the phase of antidiuresis. In agreement with several previous studies,[6–9] we did not observe suppression of plasma AVP level during increased diuresis, but antidiuresis was associated with elevated or normal AVP concentrations.

The method we used for assaying plasma AVP has been considered sensitive and reliable.[19,20] Thus, this method sensitively revealed a predictable decrease in plasma AVP concentration following water loading during each session. It is, however, possible that we missed a very short-term decrease in plasma AVP concentration[3–5] by performing the first sampling 60 min after commencement of drinking. However, it is hard to believe that such a short-term change in plasma vasopressin concentration could explain the prolonged increment in diuresis; up to 4 hr from the beginning of the alcohol ingestion, subjects continued to excrete increased amounts of dilute urine, and this occurred in the face of completely normal or even elevated AVP levels. Thus, it seems likely that, besides the suppression of AVP secretion, there must exist some other mechanisms, such as decreased renal sensitivity to vasopressin[11,21] or alterations in renal hemodynamics to explain the alcohol-induced diuresis. Changes in plasma atrial natriuretic factor are not involved.[5,9]

After the ingestion of alcohol, raised plasma AVP levels were observed from 10 PM to 6 AM. However, in the face of coexisting marked hyperosmolality, these levels seemed to be inappropriately low.[22] The disproportion was further accentuated by the simultaneous negative fluid balance that suggested that, at this phase of the alcohol experiment, the subjects might have been even hypovolemic; hypovolemia has been considered as the most potent stimulus for vasopressin secretion.[23] These data confirm the findings of Eisenhofer and Johnson[3] of a resetting by ethanol of the hypothalamic osmoreceptors so that the rate of vasopressin release is reduced relative to plasma osmolality.

In the water loading test, subjects retained more water after alcohol ingestion than following fruit juice ingestion. This increased retention was associated with raised urine

osmolality, and, at this phase of the study, plasma AVP levels were higher in the alcohol study than in the control experiment. Therefore, the increased water retention most evidently resulted from stimulated vasopressin secretion, although the contribution of an enhanced sensitivity of the renal tubular system to plasma vasopressin cannot be excluded. As a result of water retention, subjects developed mild hyponatremia with slightly decreased serum osmolality levels. Although not clinically significant in the present study, it is possible that the antidiuretic state during hangover could lead to more severe hyponatremia in case of dilute drinks, such as water or beer,[12,13] are consumed in large quantities. This risk is accentuated by simultaneous nausea, because—as seen in one of our subjects—nausea is a strong stimulus for AVP secretion.[24]

In conclusion, our results do not support the idea that the inhibition of vasopressin is the only mechanism of alcohol-induced diuresis. In contrast, stimulated vasopressin secretion explains, at least in part, antidiuresis and water retention that also follow alcohol intoxication in healthy persons.

## REFERENCES

1. Murray MM: The diuretic action of alcohol and its relation to pituitrin. J Physiol 76:379–386, 1932

2. Ragland G: Electrolyte abnormalities in the alcoholic patient. Emerg Med Clin North Am 8:761–773, 1990

3. Eisenhofer G, Johnson RH: Effect of ethanol ingestion on plasma vasopressin and water balance in humans. Am J Physiol 242:522–527, 1982

4. Goldsmith SR, Dodge D: Response of plasma vasopressin to ethanol in congestive heart failure. Am J Cardiol 55:1354–1357, 1985

5. Leppäluoto J, Vuolteenaho O, Arjamaa O, Ruskoaho H: Plasma immunoreactive atrial natriuretic peptide and vasopressin after ethanol intake in man. Acta Physiol Scand 144:121–127, 1992

6. Chiodera P, d'Amato L, Davoli C, Volpi R, Delsignore R, Gnudi A, Coiro V: Naloxone decreases the inhibiting effect of ethanol on the release of arginine-vasopressin induced by cigarette smoking in man. Metabolism 36:804–806, 1987

7. Chiodera P, Coiro V: Inhibitory effect of ethanol on the arginine vasopressin response to insulin-induced hypoglycemia and the role of endogenous opioids. Neuroendocrinology 51:501–504, 1990

8. Collins GB, Brosnihan B, Zuti RA, Messina M, Gupta K: Neuroendocrine, fluid balance, and thirst responses to alcohol in alcoholics.

Alcohol Clin Exp Res 16:228–233, 1992

9. Hynynen M, Kupari M, Salmenperä M, Koskinen P, Tikkanen I, Fyhrqvist F: Plasma atrial natriuretic factor during ethanol ingestion in volume-loaded subjects. Alcohol Alcohol 27:277–285, 1992

10. Colantonio D, Casale R, Desiati P, De Pichele G, Mammarella M, Pascualetti P: A possible role of atrial natriuretic peptide in ethanol-induced acute diuresis. Life Sci 48:635–642, 1991

11. Linkola J, Ylikahri R, Fyhrqvist F: Plasma vasopressin in ethanol intoxication and hangover. Acta Physiol Scand 104:180–187, 1978

12. Flear CT, Gill GV, Burn J: Beer drinking and hyponatraemia. Lancet 2:477, 1981 (abstr)

13. Leopolder-Ochsendorf A, Holtermüller KH: Inappropriate ADH secretion caused by alcohol withdrawal: A rare cause of hyponatremia. Dtsch Med Wochenschr 114:1612–1615, 1989

14. Eisenhofer G, Lambie DG, Whiteside EA, Johnson RH: Vasopressin concentrations during alcohol withdrawal. Br J Addict 80:195–199, 1985

15. Emsley RA, Potgieter A, Taljaard JJ, Coetzee D, Joubert G, Gledhill RF: Impaired water excretion and elevated plasma vasopressin in patients with alcohol-withdrawal symptoms. Q J Med 244:671–678, 1987

16. Eriksson CJ, Sippel HW, Forsander OA: The determination of acetaldehyde in biological samples by head-space gas chromatography. Anal Biochem 80:116–124, 1977

17. Hoffman RS, Smilkstein MJ, Howland MA, Goldfrank LR: Osmol gaps revisited: Normal values and limitations. Clin Toxicol 31:81–93, 1993

18. Robertson GL, Mahr EA, Athar S, Sinha T: Development and clinical application of a new method for the radioimmunoassay of arginine vasopressin in human plasma. J Clin Invest 52:2340–2352, 1973

19. Watabe T, Tanaka K, Kumagae M, Itoh S, Kogure M, Hasegawa M, Horiuchi T, Morio K, Takeba F, Ubukata E, Miyabe S, Shimizu N: Role of endogenous arginine vasopressin in potentiating corticotropin-releasing hormone-stimulated corticotropin secretion in man. J Clin Endocrinol Metab 66:1132–1137, 1988

20. Iwasaki Y, Oiso Y, Yamauchi K, Takatsuki K, Kondo K, Hasegawa H, Itatsu T, Niinomi M, Tomita A: Neurohypophyseal function in postpartum hypopituitarism: Impaired plasma vasopressin response to osmotic stimuli. J Clin Endocrinol Metab 68:560–565, 1989

21. De Marchi S, Cecchin E, Basile A, Bertotti A, Nardini R, Bartoli E: Renal tubular dysfunction in chronic alcohol abuse-effects of abstinence. N Engl J Med 329:1927–1934, 1993

22. Vokes TJ, Robertson GL: Disorders of antidiuretic hormone. Endocrinol Metab Clin North Am 17:281–299, 1988

23. Dunn FL, Brennan TJ, Nelson AE, Robertson GL: The role of blood osmolality and volume in regulating vasopressin in the rat. J Clin Invest 52:3212–3219, 1973

24. Editorial. Nausea and vasopressin. Lancet 337:1133–1134, 1991

PAR-VASO-0008216

*Peptides*, Vol 8, pp 493–499 © Pergamon Journals Ltd , 1987 Printed in the U S A

0196-9781/87 $3 00 + 00

# Prenatal Administration of Arginine Vasopressin Impairs Memory Retrieval in Adult Rats

TIMOTHY P. TINIUS, BILL E. BECKWITH,[1] DONALD W. PREUSSLER

*Psychology Department*

AND

KAP J. LEE

*Medical School, University of North Dakota, Grand Forks, ND 58202*

Received 17 October 1986

TINIUS, T P., B E BECKWITH, D W PREUSSLER AND K J LEE *Prenatal administration of arginine vasopressin impairs memory retrieval in adult rats* PEPTIDES 8(3) 493–499, 1987 —Eight pregnant female rats were chronically treated via an osmotic pump with arginine vasopressin or placebo during days 13 to 19 gestation. All offspring were tested as adults in either a discrimination task or a 25 day retention of a passive avoidance response. The results revealed that rats whose mother had been treated with vasopressin did not differ from controls on the acquisition or reversal of a brightness discrimination; however, they did require more trials to reach criterion during the ten day memory test of discrimination reversal. Further, treatment resulted in impaired memory retrieval in male rats on the 25 day memory test, while female rats were not affected. Treatment did not influence body weight. The results indicated that vasopressin administered during the prenatal period of development may have had a teratogenic effect on memory retrieval

Attention          Discrimination          Learning          Peptides          Vasopressin          Development          Memory retrieval
Memory          Sexual dimorphism

THE peptide hormone vasopressin is synthesized in the supraoptic and paraventricular nuclei of the hypothalamus [20]. When present in the general circulation, vasopressin decreases urine production by increasing water reabsorption in the kidneys [24] and also increases blood pressure via constriction of blood vessels [21]. Vasopressin also has a direct effect on the CNS and is, therefore, called a neuropeptide. Because several neuropeptides may act as neurotransmitters and are present in the brain during the prenatal period, it has been suggested that they also play a role in brain development [9]. Swaab and Boer [26] suggested that neuropeptides could possibly influence brain development via three different routes: (1) because the fetal brain does not have the blood-brain barrier developed, neuropeptides released directly into the blood exert their full action on cell maturation, (2) Neuropeptides influence CNS development via peptidergic fibers that innervate other brain areas, or (3) Peptidergic fibers surround the third and fourth ventricles whereby cerebrospinal fluid may serve to transport peptides during development. Because peptides such as vasopressin are present during brain development, they could be manipulated to influence brain development via the early

hormonal state and will influence functioning in adult rats that were treated either prenatally or postnatally.

Brattleboro homozygous mutant rats, which are derived from the Long Evans strain, are not able to synthesize vasopressin in the brain and thus provide a good experimental model for the study of the effect of an absence of vasopressin on brain development [9]. Brattleboro rats have decreased body weight, decreased brain weight (shown consistently in cerebellum, medulla oblongata, and olfactory lobes) [11] and decreased DNA production [8]. Other hormonal changes in Brattleboro rats, such as thyroid abnormalities and impaired growth hormone production, do not contribute to the underdevelopment of the Brattleboro strain, and therefore, the absence of vasopressin in Brattleboro rats seems to have its own expression in brain development [9].

Prenatal administration of arginine vasopressin (AVP) via Accurel-collodion tubing to Brattleboro rats did not influence body weight at birth, day of eye opening, and brain weight at one month of age, while similar treatment with lysine vasopressin (LVP) resulted in higher body weights at birth, and higher body and brain weights at 30 days of age [25]. Daily administration of vasopressin either peripherally

---

[1]Requests for reprints should be addressed to Bill Beckwith, Department of Psychology, University of North Dakota, Box 7187, University Station, Grand Forks, ND 58202.

PAR-VASO-0008217

or centrally into neonatal Brattleboro rats during days 5 to 28 after parturition or into 150 day old adult Brattleboro rats during a 30 day period did not produce an increase in weight of either the cerebral cortex or cerebellum when compared to Brattleboro rats treated with saline during the same period [10] Constant release of vasopressin via an osmotic pump (Alzet 2001, Alza Corporation, Palo Alto, CA) implanted subcutaneously in adult Brattleboro rats caused a dose dependent decrease in water consumption [16] and an increase in urine osmolarity [13,16]. Using Osborn-Mendal rats that synthesize and release vasopressin, Handelmann et al [18] subcutaneously injected 40 $\mu g$ per 100 g body weight of vasopressin into rat pups after birth during days 1–7. At day 7 and day 40 postnatally, animals treated with vasopressin did not show increased body weight over animals with saline However, urine production measured for 7 days beginning at day 40 showed that animals treated with vasopressin produced twice as much urine as did animals treated with saline

These results suggest that vasopressin influences brain development as measured by brain weight in Brattleboro rats, and daily treatment with vasopressin as neonates and adults does not appear to reverse the apparent brain weight deficit [11], while chronic treatment with vasopressin appears to restore normal water balance [16]. Prenatal treatment with AVP and LVP has differential action on fetal brain and body weight [25] Treatment with large doses of vasopressin in rat pups that synthesize and release vasopressin appears to have a teratogenic influence on adult rat kidneys possibly by decreasing sensitivity of naturally occurring vasopressin [18].

One study has reported testing adult rats for possible facilitative or teratogenic behavioral effects that could occur when vasopressin is administered to rat pups prenatally. Ermisch et al [15] administered 0.5 ml of AVP or placebo daily to pregnant rats every day up to the day of delivery. Two groups of offspring were treated with either 0 02 ml of AVP or placebo from day 2 to day 30. The third group of offspring received AVP prenatally and placebo postnatally and the fourth group received placebo prenatally and AVP postnatally The fifth group received no treatment prenatally or postnatally All offspring were tested in a Y-chamber brightness discrimination task when they were 6–10 weeks or 18–22 weeks old. The results showed that when compared to all other groups animals treated with AVP prenatally and postnatally showed a significantly improved performance in re-learning of the brightness discrimination. There was no interaction with sex or age.

Acute treatment with vasopressin in adult male rats will produce an apparent perseveration of a behavioral response or resistance to extinction of both active [14] and passive [2,12] avoidance responses. The ability of vasopressin to cause a perseveration of behavioral responding by facilitating extinction has been interpreted as evidence that vasopressin facilitates memory processes [28]. Furthermore, acute daily treatment with vasopressin has also been reported to facilitate reversal of a white/black visual discrimination Beckwith and Tinius [6] administered AVP prior to learning trials each day during both acquisition and reversal of a black/white discrimination task and found that AVP facilitated reversal learning. In a subsequent study, Beckwith et al [7] found that AVP facilitated reversal learning when administered immediately after acquisition trials but not when administered prior to reversal learning trials. These results where treatment with AVP facilitated reversal learn-

ing in a black/white visual discrimination are interpreted as evidence that AVP facilitates attention (see [6,7])

In the present study, AVP was chronically administered to fetal rat pups during days 13–19. On day 13, pregnant female rats were anesthetized and an osmotic pump (Alzet 2001, Alza Corporation, Palo Alto, CA), which produced a constant flow of AVP each day, was inserted under the skin of pregnant rats. The pumps were removed on day 19 of gestation. The pups were then tested as adults (65 days or older) on either a visual discrimination or a passive avoidance response.

Previous research has shown that AVP influences memoric processes and therefore, prenatal treatment with AVP should facilitate reversal learning of the visual discrimination and the passive avoidance response. Alternatively, treatment with vasopressin during the developmental period has resulted in a decrease in brain and body weight suggesting that AVP will have a teratogenic influence on memoric processes.

## METHOD

### Animals

Eight Holtzman Sprague Dawley female albino rats were ordered from the Holtzman Company, Madison, WI The pregnant rats arrived on the fifth day of gestation and were housed individually under controlled light-dark conditions (indirect lights on at 7 30 a.m., off at 7.30 p.m ). Animals were left undisturbed for 7 days subsequent to arrival at the laboratory and had access to food and water ad lib. Experimental manipulations of inserting and removing the osmotic pumps, and data collection were performed using a blind procedure

### Procedure

The pregnant female rats were randomly assigned to either an AVP group (n=4) or the vehicle (physiological saline solution) group (n=4). On the thirteenth gestation day, all pregnant rats were anesthetized with Sodium Pentobarbital injected IP at a dose of 50 mg/kg body weight. Osmotic pumps (Alzet 2001, Alza Corporation, Palo Alto, CA) were filled to release either 1 $\mu g$ of AVP in 24 $\mu l$ of saline or 24 $\mu l$ of vehicle over a 24 hour period. The pumps were then placed under the skin near the nape of neck (9·15 a.m. to 10:15 a m ) On the nineteenth gestation day, the osmotic pumps were removed (2.15 p.m. to 3 15 p m ) without anaesthetic.

Only pups from litters of 9 or more were used in the experiment resulting in 31 male and 21 female rats whose mother was treated with AVP; and 28 male and 20 female rats whose mother was treated with the vehicle. The rat pups were weaned at twenty-one days of age and housed in litter groups of three to five rat pups per cage. The animals were sexed at 40 days of age and group housed by sex in litter groups of three to 5 pups. At 50 days of age, all animals were individually housed for the remainder of the experiment. The rat pups were left undisturbed from birth to the beginning of behavioral testing at day 60, except when body weight was taken The rat pups were weighed every 10 days from 10 to 100 days of age.

### Discrimination Problem

*Procedure.* Twelve male and female rats whose mother had been treated with AVP were randomly selected from all litters treated with AVP and assigned to two groups; AVP

male, AVP female. Similarly, twelve male and female rats whose mother had been treated with vehicle were randomly selected from all litters treated with the vehicle and assigned to two groups; placebo male, placebo female. On day 60, animals were handled individually for 15 minutes per day for 5 additional days prior to the first day of the experiment. The animals were transported to and from the experimental room in their home cages.

*Apparatus* The test apparatus was a Thompson-Bryant Discrimination Box [27]. It was constructed from black Plexiglas and consisted of a start box, a choice chamber and a goal box Two discrimination doors, 89 mm square, at the end of the choice chamber, were the only means of entering the goal box The two discrimination doors were separated by a partition which extended 7.5 mm into the choice chamber The choice chamber and the start box were separated by a guillotine door The entire apparatus was covered by a three-sectioned, clear Plexiglas lid which prevented the animal's escape. The apparatus was illuminated by a 100-watt bulb positioned 2 meters above the center of the choice chamber. The discriminative stimuli used were solid white and solid black doors. During the pretraining phase black and white, vertically and horizontally striped doors were used to shape goal box entry.

*Pretraining* Each animal was permitted to explore the apparatus with free access to all chambers for 15 minutes on the first day of the pretraining phase. The second day of pretraining consisted of shaping the animals to enter the goal box by dislodging the doors of the choice chamber. This was done through a procedure of successive approximations which required that each animal be trained to dislodge the door in order to enter the goal box. The animal was allowed to remain in the goal box for 15 seconds before being removed for the next trial. The pretraining continued to a criterion of 5 consecutive errorless entries into the goal box An error was scored, and the animal shocked, if the animal hesitated for 5 seconds in the choice chamber, or turned towards the start box after entering the choice chamber with the guillotine door completely down. Throughout pretraining, original learning, reversal learning, and recall, the intensity of the shock was 0.5 mA and the duration of the shock was 0 5 seconds.

*Original learning* The visual discrimination task during original learning required the animal to run to the solid white door (positive stimulus), dislodge it, and enter the goal box The animal was allowed to remain in the goal box for 15 seconds before being removed for the next trial The solid black door (negative stimulus) was locked, during this phase. The door positions were alternated according to a series of semi-random numbers [17]. On each day of training each animal was given 10 successive trials. An error was scored, and the animal shocked if the animal approached within 7.5 cm of the negative stimulus, failed to approach either stimulus within five seconds after entering the choice chamber, or turned toward the start box after entering the choice chamber On error trials, animals remained in the choice chamber until they correctly escaped through the appropriately colored door. The criterion for learning was 9 out of 10 consecutive correct responses.

*Reversal learning.* On the day after reaching criterion on the original learning task, the positive stimulus was reversed so that the black door became the positive stimulus. During this phase, the solid white door remained locked and the door positions were alternated according to the same semi-random series. The criterion used for acquisition of the re-

sponse and the scoring of errors was the same as that used during the original learning phase.

*Retention* Ten days after reaching criterion for reversal learning, the animals were again trained to run to the black door. The criteria used for acquisition of the response and the scoring of errors were the same as that used during the reversal learning phase.

*Passive Avoidance*

*Procedure.* The remaining 19 male and 8 female rats from all litters treated with AVP were assigned to one of two groups; AVP male, AVP female. Similarly, the remaining 13 male and 8 female rats from all litters treated with vehicle were assigned to two groups; placebo male, placebo female. On day 65, animals were handled individually for 5 minutes per day for 3 days The animals were transported to and from the experimental room in their home cages.

*Apparatus.* The test apparatus was a passive avoidance chamber [3]. The floor, 40 cm square, was constructed of 4 mm stainless steel rods spaced 1.4 cm apart at the centers. Black Plexiglas walls extended 40 cm above the floor and the top of the chamber was open except for a 2 5 cm lip extending around the perimeter and into the center. A 6×25 cm runway extended out from the front wall and the apparatus was situated on the edge of a table so the animal could not step off the runway. Passage from the runway to the box was through a 6 cm square opening controlled by a manually operated guillotine door The inside of the apparatus remained dark, while a 25-watt lamp, the only light in the experimental room, was placed 40 cm above the center of the runway.

*Training.* On the first day of training, each animal was taken into the darkened experimental room. The animal was placed inside the dark chamber of the passive avoidance box for 2 minutes. This was immediately followed by a single trial in which the animal was placed on the runway facing away from the door. Ten seconds later, the door was raised and the animal allowed to enter the dark chamber. Upon entering the chamber with all four feet, the door was closed without touching the animal's tail. Ten seconds later the animal was removed and placed in its home cage. On the second day of training, each animal received three more trials to enter the dark chamber, with an inter-trial interval of 2 minutes On the third trial, each animal received a 2 second inescapable footshock (0.5 mA supplied by a Grason Stadler shock scrambler) through the grid floor immediately after entering the chamber with all four feet. The animal was removed from the chamber 10 seconds after the completion of the shock. Any animal with a mean latency to enter greater than 30 seconds during the 3 trials on day 2 was removed from the study.

*Test trial* The test trial occurred twenty-five days after the learning trial and was similar to the training trial except that no shock was administered. The animal was placed on the runway facing away from the chamber Ten seconds later the door was opened and the animal was allowed to enter the dark chamber. The initial latency to enter the chamber with all four feet and the total time spent on the safe side of the apparatus with all four feet during the 900 second test trial served as an index of memory.

## RESULTS

Because rats pups came from litters whose mother was treated with AVP or placebo and were not randomly as-



FIG 1 Trials to criterion during original learning, reversal learning, and ten day retention (Mean+SEM) *Significantly different from animals whose mother was treated with placebo.



FIG 2 Latency to re-enter the dark chamber during the test trial (Mean+SEM) *Significantly different from male animals whose mother was treated with vasopressin

signed to treatment groups, the correlation of rats within litters must be recognized when measuring the standard deviation and error term for treatment groups Therefore, the standard deviation for the treatment means was calculated from the mean of the litters around the treament mean, not from the measurements on the individual rats around the treatment mean [1]. Litters nested within treatment and sex was used as the error term for testing all main effects and interactions.

*Discrimination Problem*

Both the number of trials to criterion and number of errors to criterion during original learning and reversal learning were analyzed by means of a 2 (treatment) × 2 (sex) × 2 (problem) hierarchical analysis of variance (ANOVA) with repeated measures on the last factor. For trials to criterion the analysis revealed a significant main effect for problem, $F(1,4)=86.641$, $p<0.001$; all other main effects and interactions were not significant. Likewise, errors to criterion showed a significant main effect only of problem, $F(1,4)=128.782$, $p<0.001$; all other main effects and interactions were not significant.

Both trials to criterion and number of errors to criterion during the 10 day test of retention were analyzed by means of a 2 (treatment) × 2 (sex) hierarchical analysis of variance (ANOVA). For trials to criterion, the analysis revealed a significant main effect for treatment. Animals whose mother was treated with AVP required more trials to reach criterion than animals whose mother was treated with placebo, $F(1,4)=9.583$, $p=0.03$. The main effect of sex, $F<1$, and the treatment by sex interaction, $F(1,4)=2.626$, $p>0.5$, were not significant. Likewise, errors to criterion showed a significant main effect for treatment. Animals whose mother was treated with AVP made more errors during the 10 day retention than animals whose mother was treated with placebo, $F(1,4)=9.264$, $p=0.03$. The main effect of sex, $F<1$, and the treatment by sex interaction, $F<1$, were not significant. As can be seen by Fig. 1, treatment with AVP did not influence

performance during original or reversal learning in male or female rats; however, both males and females whose mother was treated with AVP took significantly more trials to reach criterion during the 10 day retention than both male and female rats whose mother was treated with placebo.

*Passive Avoidance*

Preshock latencies were analyzed by mean of a 2 (treatment) × 2 (sex) × 3 (trial) hierarchical analysis of variance (ANOVA) with repeated measures on the last factor. The analysis did not reveal a main effect of treatment, $F<1$, a main effect of sex, $F<1$, or trial, $F(1,4)=2.559$, $p<0.05$ None of the 2 and 3 way interactions were significant $p<0.05$. Treatment with AVP did not influence preshock latencies.

Planned comparisons using $t$-tests (two tailed) were used to explore the differences among the male and female animals whose mother was treated with AVP and male and female animals whose mother was treated with placebo. In order to equate between group variances, a log transformation was performed on the test trial and total time on the safe side data prior to data analysis. The pooled variance of litter means around the treatment mean and individual rats around the treatment mean was used as the error term [22] to test these planned comparisons.

For latency to enter at the test trial (see Fig. 2), male rats whose mother was treated with placebo had a significantly longer latency at the test trial than male rats whose mother was treated with AVP, $t(44)=2.68$, $p<0.02$. Female rats whose mother was treated with placebo were not significantly different from either female rats whose mother was treated with AVP, $t(44)=0.13$, $p>0.05$, or male rats whose mother was treated with placebo, $t(44)=0.99$, $p>0.05$, Similarly, for total time spent on the safe side, male rats whose mother was treated with placebo spent significantly more time on the safe side than male rats whose mother was treated with AVP, $t(44)=2.19$, $p<0.05$. Female rats whose mother was treated with placebo were not significantly different from either female rats whose mother was treated with