

FIG 3 Body weights of rats whose mother was treated with AVP or placebo (Mean+SEM) No differences were found

AVP, $t(44)=0$ 25, $p>0.05$, or male rats whose mother was treated with placebo, $t(44)=1.18$, $p>0.05$.

*Body Weight*

The body weight through 30 days of age was analyzed by means of a 2 (Treatment) × 3 (Day) hierarchical analysis of variance with repeated measures on the last factor. Litters nested within treatment was used as the error term to test all main effects and interactions. The analysis revealed a significant main effect of day, $F(2,6)=177.817$, $p<0.001$; but did not reveal a significant main effect of treatment, $F(1,6)=1.6$, $p>0.05$; or a significant treatment by day interaction, $F(2,12)=<1$, $p>0.05$.

The body weight for 40 to 100 days of age was analyzed by means of a 2 (Treatment) × 2 (Sex) by 7 (Day) hierarchical analysis of variance with repeated measures on the last factor. The analysis revealed a significant main effect of day, $F(2,6)=774.188$, $p<0.001$; but did not reveal significant main effects of treatment, $F(1,4)<1$, $p>0.05$; or sex, $F(1,4)<1$. All 2 and 3 way interactions were not significant ($p>0.05$). Figure 3 shows that although animals whose mother was treated with AVP weighed less than animals whose mother was treated with placebo the groups were not significantly different

DISCUSSION

Male and female rats whose mother was treated with AVP for seven days during gestation demonstrated a deficit in performance as shown by more trials and errors to criterion during the ten day retention of the visual discrimination. Rats whose mother was treated with AVP did not show increased performance on the acquisition or reversal of a brightness discrimination. Male rats whose mother was treated with AVP showed a deficit in memory retrieval of a 25 day passive avoidance response, while female rats whose mother was treated with AVP did not show a deficit in memory retrieval. Body weight was not influenced in rats whose mother was treated with AVP.

The inability of chronic treatment with AVP to influence performance on original or reversal learning of the brightness discrimination in adult rats whose mother was treated with AVP or placebo is contrary to results where adult rats were treated daily with AVP required fewer trials to reach criterion during reversal learning than adult rats treated with placebo [6,7] suggesting that AVP may have different organizational and activational effects [19] on the acquisition and reversal of a brightness discrimination.

However, rats whose mother was treated with AVP during the developmental period showed a teratogenic effect of memory retrieval for reversal learning (i.e , black door) during the ten day retention as was shown by more trials to reach criterion. Males whose mother was treated with AVP also showed an impairment of memory retrieval on the passive avoidance response further suggesting that chronic treatment with AVP to pregnant rats during the prenatal period produced a teratogenic effect on memory retrieval in adult offspring. The results of the discrimination problem are similar to the findings of Ermisch *et al.* [15] who found that both treatments of AVP during gestation and placebo during neonatal days 2 to 30 did not influence performance on discrimination re-learning when compared to treatment with placebo during the same time period. It appears that prenatal treatment with AVP has no effect on the learning of a brightness discrimination, but impairs memory retrieval Using the same parameters of discrimination performance, Beckwith *et al.* [7] found that treatment with AVP each day prior to training in ten day retention in adult rats also resulted in impaired retention of a brightness discrimination or more trials to criterion during a ten day retention. The similarity of these findings on the ten day retention across two modes of treatment (prenatal chronic treatment of pregnant rats vs acute adult) remains to be explained.

The teratogenic effect of AVP on memory retrieval in the present study may be specific to AVP and appears to be different from the effects of neonatal treatment with alpha Melanocyte-Stimulating Hormone (alpha MSH). Treatment with alpha MSH during neonatal days two to seven facilitated acquisition and reversal of a brightness discrimination, facilitated acquisition and extinction of two-way active avoidance response, facilitated learning of a different reinforcement response for low rates [5], and increased gregariousness [4] in adult male rats, but had no effect in adult female rats. However, prenatal treatment with AVP did not influence acquisition or reversal of a brightness discrimination in males or females, but both males and females showed impaired performance on ten day retention of the visual discrimination, while only males showed impaired performance on the 25 day passive avoidance response. Although the methods of the present study are different from those of Beckwith *et al* [4,5], it appears that treatment with either AVP or alpha MSH during the developmental period may differentially alter the brain organization in male and female rats. These results where AVP and alpha MSH have a facilitative and/or teratogenic influence on learning and memory in adult rats when administered during the developmental period suggest a complex interaction of the type of peptide used, age at treatment time, and behavioral task. Future research should address the sexually dimorphic and teratogenic or facilitative actions of these peptides on learning and memory when they are administered during the developmental period.

Oosterbaan *et al* [23] suggested that the retarded fetal body and brain weight growth present in Wistar rats follow-

PAR-VASO-0008221

ing release of AVP via Accurel-collodion was the result of a decrease in uterine blood flow due to neuropeptides. The present experiment found a nonsignificant trend for decreased body weight and impaired memory retrieval suggesting that higher amniotic AVP levels which originate in the fetus during treatment with vasopressin reflect an adaptive mechanism resulting in retarded body weight and memory retrieval processes [23] Further support for this suggestion comes from the failure to find that vasopressin passes from maternal circulation to the amniotic compartment in Brattleboro rats [23].

Using Osborn-Mendel rats that synthesize and release vasopressin, Handelmann et al. [18] found that daily postnatal treatment with vasopressin increased urine production (diuresis) which they attributed to a deficit in cAMP production in the kidneys. They suggested that early exposure to vasopressin may alter the sensitivity of neural systems to peptide neurotransmitters. Although several methodological variables (chronic vs acute and prenatal vs. postnatal treatments) make a direct comparison of the present results with those of Handelmann et al [18] difficult, it appears that treatment with vasopressin during early developmental periods in rats may result in kidney malfunction as well as a teratogenic influence on memory retrieval. The long lasting teratogenic effect of vasopressin administered during development on memory retrieval as well as on the kidneys

in adult rats may occur because administration of vasopressin during development decreases the sensitivity of the receptors of target organs (i e., brain and kidneys) to neurotransmitters The insensitivity of receptors to neurotransmitters in adult rats may be the result of vasopressin permanently blocking a specific receptor or the result of permanent alteration of the normal function and structure of receptors

Recently, Swaab and Boer [26] have expressed concern over the fact that vasopressin and several other neuropeptides such as vasotocin, oxytocin (neuropeptides which are very similar in structure and action to vasopressin), beta-endorphin, and naloxone are administered to pregnant women and children when little attention is paid to studies that question the possible long term side effects that these substances might have on the developing brain and kidneys These preliminary results may suggest that obstetrical and pediatric use of the neuropeptide vasopressin also may be teratogenic for memory retrieval and/or kidney function [18] in the developing child.

## ACKNOWLEDGEMENTS

We express our appreciation for the assistance of Will Volesky, Cheri Ostrenga, Jim Schober and Dave Schlender

# REFERENCES

1  Abbey, H and E Howard Statistical procedure in developmental studies on species with multiple offspring Dev Psychobiol 6: 329–335, 1972.
2. Ader, R and D de Wied Effects of lysine vasopressin on passive avoidance learning Psychonom Sci 29: 46–48, 1972
3  Ader, R, J A W. M Weijnen and P Moleman Retention of a passive avoidance response as a function of the intensity and duration of electric shock. Psychonom Sci 25: 125–128, 1972
4  Beckwith, B E., R K O'Quin, M S Petro and C. A Sandman. The effects of neonatal injections of alpha-MSH on the open-field behavior of juvenile and adult rats Physiol Psychol 5: 295–299, 1977
5  Beckwith, B E., C A. Sandman, D Hothersall and A J Kastin  Influence of neonatal injections of alpha-MSH on learning, memory and attention in rats. Physiol Behav 18: 63–71, 1977
6  Beckwith, B E and T P Tinius Vasopressin and vasotocin facilitate reversal of a brightness discrimination Peptides 6: 383–386, 1985
7. Beckwith, B E , T P Tinius and D H. Miller Arginine vasopressin facilitates reversal and impairs retention of a brightness discrimination in albino rats  Manuscript submitted for publication, 1986
8  Boer, G. J and A J. Patel Disorders of cell acquisition in the brain of rats deficient in vasopressin Brattleboro mutant Neurochem Int 5: 463–469, 1983
9. Boer, G J , D F. Swaab, H B M Uylings, K Boer, R M Buijs and D. N Velis Neuropeptides in rat brain development. Prog Brain Res 53: 207–227, 1980
10  Boer, G J , H. B M Uylings, A J Patel, K Boer and R Kragten. The regional impairment of brain development in the Brattleboro diabetes insipidus rat Some vasopression supplementation studies Ann NY Acad Sci 394: 703–717,1982
11  Boer, G J , C M H van Rheenen-Verberg and H B. M Uylings. Impaired brain development of the diabetes insipidus Brattleboro rat Dev Brain Res 3: 557–575, 1982
12  Bohus, B , G. L Kovacs and D de Wied Oxytocin, Vasopressin and memory Opposite effects on consolidation and retrieval processes Brain Res 157: 414–417, 1978.

13  Cheng, S. W T , W G North and M Gellai Replacement therapy with arginine vasopressin in homozygous Brattleboro rats. Ann NY Acad Sci 394: 473–480, 1982
14  de Wied, D and H G Versteeg. Neurohypophyseal principles and memory Fed Proc 9: 2348–2354, 1979
15  Ermisch, A , M Koch and T Barth Learning performance of rats after pre- and postnatal application of arginine-vasopressin Mongr Neural Sci 12: 142–147, 1986
16  Gash, D M , P H Warren, L B Dick, J. R Sladek and J R Ison. Behavioral modification in Brattleboro rats due to vasopressin administration and neural transplantation. Ann NY Acad Sci 394: 672–688, 1982.
17  Gellerman, L W Chance orders of altering stimuli in visual discrimination experiments J Gen Psychiatry 42: 207–208, 1933.
18  Handelmann, G. E , J T Russell, H Gainer, R Zerbe and M Bayorh. Vasopressin administration to neonatal rats reduces antidiuretic response in adult kidneys Peptides 4: 827–832, 1983
19  Leshner, A I An Introduction to Behavioral Endocrinology New York Oxford University Press, 1978.
20  Martin, J B , S R Reichlin and G M Brown Clinical Neuroendocrinology Philadelphia, PA F A Davis Company, 1977
21  Matsuguchi, H , F M. Sharaki, F J Gordon, A K. Johnson and P G Schmid Blood pressure and heart rate responses to microinjections of vasopressin into the nucleus tractus solitius region of the rat brain. Neuropharmacology 21: 687–693, 1982
22  Myers, J L. Fundamentals of Experimental Design. Boston, MA Allyn and Bacon, Inc., 1979
23  Oosterbaan, H. P , Swaab, D F , Boer, G. J Oxytocin and vasopressin in the rat do not readily pass from the mother to the amniotic fluid in late pregnancy J Dev Physiol 7: 55–62, 1985
24  Schrier, R W and A Leaf Effect of hormones on water, sodium, chloride, and potassium metabolism In Textbook of Endocrinology, edited by R H Williams. Philadelphia W B Saunders Company, 1981, pp 1033–1046

PAR-VASO-0008222

25 Snijdewint, F. G. M., J. G. Boer and D. F. Swaab. Body and brain growth following continuous perinatal administration of arginine- and lysine vasopressin to the homozygous Brattleboro rat. *Dev Brain Res* **22:** 269–277, 1985

26 Swaab, D. F. and G. J. Boer. Neuropeptides and brain development. Current perils and future potential. *J Dev Physiol* **5:** 67–75, 1983

27 Thompson, R. and J. H. Bryant. Memory as affected by the relevant receptor. *Psychol Rep* **1:** 393–400, 1955

28 van Wimersma Greidanus, Tj. B., J. M. van Ree and D. de Wied. Vasopressin and memory. *Pharmacol Ther* **20:** 437–458, 1983

PAR-VASO-0008223

# Vasopressin dose-response effects on fetal vascular pressures, heart rate, and blood volume

HAJIME TOMITA, ROBERT A. BRACE, CECILIA Y. CHEUNG,
AND LAWRENCE D. LONGO
*Division of Perinatal Biology, Loma Linda University, Loma Linda 92350; and
Department of Reproductive Medicine, University of California, San Diego,
La Jolla, California 92093*

TOMITA, HAJIME, ROBERT A. BRACE, CECILIA Y. CHEUNG, AND LAWRENCE D. LONGO. *Vasopressin dose-response effects on fetal vascular pressures, heart rate, and blood volume.* Am. J. Physiol. 249 (Heart Circ. Physiol. 18): H974–H980, 1985.—To determine the effects of circulating arginine vasopressin (AVP) on fetal arterial pressure, venous pressure, heart rate, and blood volume, we infused graded amounts of AVP into chronically catheterized fetal sheep at 122–136 days gestation (term 145–150 days). Plasma AVP concentrations increased by 6.5 ± 3.9 (SE), 13.0 ± 2.4, 55 ± 11.7, and 144 ± 42 pg/ml with infusion rates of 1, 3.3, 10, and 33 ng/min, respectively. Fetal arterial pressure rose 0, 7.2 ± 1.0, 9.1 ± 2.5, 11.4 ± 2.9, and 12.1 ± 2.4 mmHg while heart rate decreased 0, 24 ± 5, 36 ± 10, 59 ± 9, and 62 ± 9 beats/min during AVP infusions of 0.5, 3.3, 10, 33, and 700 ng/min, respectively. Fetal venous pressure was unchanged except that it increased 2.4 ± 0.5 and 4.8 ± 1.5 mmHg at infusion rates of 33 and 700 ng/min, respectively. Fetal blood volume remained unchanged except for a 7.2 ± 3.4% decrease with 700 ng/min. After blockade of the fetal autonomic nervous system, the arterial pressure increase was twice and the heart rate decrease was one-third of those observed in autonomically intact fetuses with comparable AVP infusion rates. Thus these fetal cardiovascular variables showed differential sensitivity to increases in circulating AVP concentrations, suggesting that physiological variations in endogenous AVP may have short-term effects on fetal arterial pressure and heart rate, but probably not on venous pressure or blood volume.

*fetus; cardiovascular; vascular compliance; vascular resistance; sheep; renin*

ARGININE VASOPRESSIN (AVP) is thought to play an important role in maintaining homeostasis of the fetal cardiovascular system (1, 9, 14, 20–22, 25–29).This possibility is supported by the observation that pituitary AVP storage capacity in the sheep fetus is well developed by 80 days gestation (term = 145–150 days) (2). In addition, although basal plasma AVP concentrations normally average from 1 to 10 pg/ml in the fetal lamb (8, 9, 14, 19, 28, 29), large increases can occur during stress. For instance, with acute hypoxia plasma AVP concentration increases by about 50–200 pg/ml (21, 25, 27), and with fetal hemorrhage or cord occlusion it increases by 100–500 pg/ml (8, 10, 22).

Previous studies have explored some of the effects of exogenously administered AVP on fetal cardiovascular function. Infusion rates sufficient to cause a 5- to 10-fold increase in the plasma vasopressin concentrations produced a marked increase in fetal arterial pressure and a decrease in heart rate (14, 19, 21, 29). However, the dose-response effects on arterial pressure and heart rate have not been studied over a sufficiently broad range to include the physiological range of concentrations as well as the high concentrations that occur during hypoxic or hemorrhagic stress. In addition, it appears that the fetal renal and vascular AVP receptors display a differential sensitivity to AVP in that the threshold concentration for the antidiuretic effects of AVP is lower than the threshold for its pressor effects (16, 19). Presently it is not known whether the fetal cardiac and vascular receptors also have a differential sensitivity to AVP. In the adult, venous pressure may be more sensitive to exogenous vasopressin than is either heart rate or arterial pressure because venous pressure increases at doses lower than those required to increase arterial pressure or decrease heart rate (3). However, it is not known whether fetal venous pressure is similarly affected by AVP. Finally, the acute effects of AVP on fetal blood volume have not been previously studied.

Thus the present study was designed to determine the dose-response effects of AVP on fetal arterial pressure, venous pressure, heart rate, and blood volume.

## METHODS

These studies were performed with pregnant ewes of mixed western breed with single fetuses between 122 and 136 days gestation.

*Animal preparation.* The surgical procedures for intravascular catheter implantation in the sheep fetus have been previously described (12). In brief, the ewe was given general anesthesia, and the uterus was exposed through a midline abdominal incision. The distal half of each fetal hindleg was exteriorized through a small incision in the uterus, and catheters were inserted into a pedal artery and vein so that their tips lay in the descending aorta and inferior vena cava, respectively. Two catheters were attached to the fetal skin for recording of amniotic fluid pressure. The uterus and abdomen were closed and the catheters tunneled subcutaneously to a cloth pouch attached to the left flank of the ewe.

0363-6135/85 $1.50 Copyright © 1985 the American Physiological Society

PAR-VASO-0008224

The animals were allowed 4 or 5 days to recover from surgery. During this time as well as between experiments, the vascular catheters were flushed daily with heparinized saline (1,000 U/ml). Ampicillin (500 mg, Wyeth Laboratories) was injected into the amniotic fluid, and combiotic (2.5 ml, Pfizer) was administered intramuscularly to the ewe each day to minimize the potential problem of infection.

*Experimental procedures.* During the experiment, the ewe stood quietly in a cart with no access to food or water. We recorded fetal vascular pressures, heart rate, and amniotic fluid pressure on a polygraph (Beckman R612) and on disk at 1-min intervals using an on-line computer (Texas Instruments 990/10). Amniotic fluid pressure was taken as the zero pressure reference for fetal arterial and venous pressures. To do this, the computer continuously subtracted the intrauterine pressure from the vascular pressures, and only the corrected vascular pressures were displayed on the polygraph and stored on disk. Heart rate was calculated from the arterial pressure pulses using a cardiotachometer (Beckman). Changes in fetal blood volume as a fraction of the initial fetal blood volume were calculated from microhematocrit values using procedures that can detect a 1% change in blood volume (5).

*Experimental protocol.* After a 30-min control period, we infused AVP into the fetal inferior vena cava. The AVP was dissolved in sterile isotonic saline and infused at a rate of 0.5 ml/min for 30 min. The fetal variables were recorded for an additional 30 min after the termination of the infusion. We infused AVP at 0, 1.0, 3.3, 10, 33, 167, 670, and 1,000 ng/min. The animals given 0 and 1.0 ng/min were combined into one group (i.e., an average of 0.5 ng/min), because there was no change in any of the variables during the 0 and 1.0 ng/min infusions. Similarly, the animals given 167, 670, and 1,000 ng/min were combined into one group (i.e., an average of 700 ng/min), because these doses were supraphysiological and appeared to elicit maximum responses in arterial pressure and heart rate. Six samples of fetal arterial blood (2.7 ml each) were obtained at 15-min intervals during the control, infusion, and recovery periods. With each sample, blood gases, pH, hematocrit, plasma protein concentration, and osmolality as well as the plasma AVP concentration (Immuno-Nuclear RIA kit) and plasma renin activity (PRA) (18) were determined. Hormone assays were not performed for the group with the highest infusion rate, i.e., 700 ng/min. The intra- and interassay coefficients of variations averaged 8.1 and 26.6% for AVP and 9.3 and 22.8% for PRA, respectively, for the two assays used for this study.

We made a total of 23 observations on 15 normal fetuses. For those fetuses studied more than once, we allowed 48 or 72 h for recovery between experiments. Four to five animals were studied within each group for infusion rates averaging 0.5, 3.3, 10, 33, and 700 ng AVP/min. In another group of three fetuses, we administered hexamethonium (15–50 mg/kg) intravenously to each fetus 30 min prior to the beginning of the AVP infusion. At the termination of the experiments, the ewe was killed with an intravenous euthanasia solution (American

Hoechst) and the weight of the fetus determined after towel drying. Fetal weight on the day of the infusion was either determined directly or was calculated assuming a 3% growth rate per day (13) for the eight fetuses studied more than once. This weight was used to express the AVP infusion rate in units of nanograms per minute per kilogram.

The plasma clearance rate of AVP was calculated as the ratio of infusion rate to the increase in arterial plasma AVP concentration at the end of the 30-min infusion. The AVP half life was calculated from the time course of the changes in the plasma AVP concentration after terminating the infusion, assuming a monoexponential decay.

*Data analysis.* The data are expressed as means $\pm$ SE. In Figs. 2–4 with overlapping lines, the SE was deleted to improve clarity. The data were analyzed for statistical significance using paired and unpaired $t$ tests or an analysis of variance with Duncan's multiple-range test. Correlation coefficients were calculated using standard methods, and regression relationships were determined with the method of symmetry (4). The 95% confidence intervals about the regression lines are shown in Figs. 1, 5, and 6.

## RESULTS

*Control values.* Mean fetal weights plus the initial values observed during the control period are given in Table 1. These are consistent with the values normally found in this laboratory.

*Basal AVP.* During the control period, plasma AVP concentration averaged 8.1 $\pm$ 2.6 pg/ml on the first day of study with a range from 3.3 to 19.7 pg/ml. Two fetuses had AVP concentrations above 10 pg/ml. For those fetuses subjected to a second experiment, the control AVP concentration was not different from that during the first experiment ($P > 0.8$).

*Plasma AVP during infusion.* Figure 1 shows the increase in plasma AVP concentration at the end of the 30-min infusion as a function of infusion rate. The regression relationship between infusion rate (IR, ng·min$^{-1}$·kg$^{-1}$) and concentration change (pg/ml) was log $\Delta$AVP = 1.075 + 1.068 log IR ($r = 0.915$, $P \ll 0.001$). On termination of the infusion, the AVP concentration decreased with time but at 30 min postinfusion AVP usually remained elevated above preinfusion values. The half time for AVP disappearance from the plasma calculated

TABLE 1. *Mean control values for 23 AVP infusions into 15 fetuses*

| Variable | Mean | SE |
|---|---|---|
| Fetal wt, kg | 3.610 | 0.160 |
| Arterial pressure, mmHg | 42.7 | 1.1 |
| Venous pressure, mmHg | 3.5 | 0.4 |
| Heart rate, beats/min | 164 | 9 |
| Hematocrit, % | 31.2 | 0.9 |
| $O_2$ tension, Torr | 21.2 | 0.6 |
| $CO_2$ tension, Torr | 52.6 | 0.9 |
| pH | 7.33 | 0.01 |

PAR-VASO-0008225



FIG. 1. Regression relation between arginine vasopressin (AVP) infusion rate and change in AVP concentration. *Solid line,* $Y = 1.075 + 1.068 \log X$, $r = 0.915$, $P < 0.0001$. *Dashed lines,* 95% confidence intervals about regression line.



FIG. 2. Mean changes in arterial pressure as a function of time and arginine vasopressin infusion rate. Each *line* represents mean of 4–5 fetuses.



FIG. 3. Mean changes in fetal heart rate as a function of time and arginine vasopressin infusion rate.

from the means of each of the four infusion rates averaged $18 \pm 3$ min.

*Arterial pressure responses to AVP.* The higher AVP infusion rates caused both larger and more rapid increases in arterial pressure than occurred with low infusion rates, as seen in Fig. 2. The dose-response relationship appears to be very steep because 0.0 and 1.0 ng/min produced no change in arterial pressure, whereas 3.3 ng/min produced a near-maximal response at the end of 30 min. Figure 2 shows that arterial pressure tended not to recover after termination of the highest infusion rate, whereas termination of the intermediate infusion rates was followed by a more rapid recovery.

*Heart rate responses to AVP.* As seen in Fig. 3, the decreases in heart rate were greater and occurred earlier with the higher infusion rates as compared with low AVP infusion rates. The responses of heart rate were different from those of arterial pressure in that the maximum heart rate decrease occurred with an infusion rate of 33 ng/min compared with a maximum pressure increase with 10 ng/min. On termination of the infusion, heart rate returned to control within 30 min for the 3.3 ng/min group and only partly recovered for the 10, 33, and 700 ng/min dosages.

*Venous pressure responses to AVP.* As seen in Fig. 4, venous pressure was relatively insensitive to AVP, consistently increasing ($P < 0.05$) only with infusion rates of 33 and 700 ng/min. At the end of the 30-min postinfusion period, it had returned to control in all groups.

*Blood volume responses to AVP.* Fetal blood volume was relatively insensitive to AVP. For infusion rates of 10 ng/min or less, blood volume tended to increase by the end of the 30-min infusion period, but not in all fetuses ($P > 0.05$). The only consistent response was a reduction in blood volume at the end of the 30-min infusion in the group of fetuses receiving 700 ng/min ($P < 0.05$). However, these blood volume data were complicated by the fact that we infused 0.5 ml/min of isotonic saline into the fetuses during the 30-min infusion period. To take this into account, we plotted the percent change in blood volume in individual fetuses against the AVP

infusion rate. As seen in Fig. 5, there was a significant negative correlation ($P < 0.01$) between blood volume and AVP infusion rate over the entire range of AVP infusion rates.

*Arterial blood gas and pH responses to AVP.* As shown in Fig. 6A, descending aortic oxygen tension increased with the higher AVP infusion rates. Although the regression relationship was highly significant ($P < 0.01$), arterial oxygen tension did not increase in all fetuses even at the higher infusion rates. Carbon dioxide tension (Fig. 6B) decreased by an average of $2.7 \pm 0.6$ Torr during the infusion ($P < 0.01$) and returned to normal during the recovery period, but the decrease correlated poorly with the logarithm of the AVP infusion rate. Figure 6C shows that, for infusion rates of approximately $3.3$ ng·min⁻¹· kg⁻¹ or less, pH generally increased, but at infusion rates greater than $3.3$ ng·min⁻¹·kg⁻¹ pH significantly decreased.

*Fetal responses to AVP after autonomic blockade.* It is



FIG. 4. Mean changes in fetal venous pressure as a function of time and arginine vasopressin infusion rate.



FIG. 5. % Change in fetal blood volume at end of 30-min arginine vasopressin (AVP) infusion. Regression equation is $Y = 2.73 - 5.34 \log X$, $r = 0.677$, $P = 0.001$. Dashed lines, 95% confidence intervals about regression line.



FIG. 6. Changes in fetal descending aortic oxygen tension ($P_{O_2}$) (A), carbon dioxide tension ($P_{CO_2}$) (B), and pH (C) as a function of arginine vasopressin (AVP) infusion rate. Regression relationships are $Y = -0.16 + 4.40 \log X$, $r = 0.661$, $P < 0.01$; $Y = -0.55 - 2.68 \log X$, $r = 0.383$, $P = 0.11$; and $Y = 0.012 - 0.0208 \log X$, $r = 0.713$, $P < 0.001$ for A, B, and C, respectively. Dashed lines, 95% confidence intervals about regression line.



FIG. 7. Mean (±SE) arterial pressure (A), venous pressure (B), and heart rate (C) changes during and after a 30-min infusion of arginine vasopressin (AVP, 370 ng/min) in ganglionic blocked fetuses.

not clear whether the decrease in fetal heart rate following increases in circulating AVP concentration occurs because of a direct effect of AVP on the heart or because of baroreceptor feedback in the presence of an elevated arterial pressure. To explore this, we infused 100–500 ng/min of AVP (avg of 370) into three fetuses after blocking the autonomic nervous system with hexamethonium. Figure 7 shows the arterial pressure, venous pressure, and heart rate responses to the hormone infusion. The time course of these changes did not appear greatly affected by autonomic blockade, except that the arterial pressure increase was twice and the heart rate decrease was only one-third of those in the autonomically intact fetuses with comparable infusion rates. Part of the reduction in the heart rate response to AVP after autonomic blockade may be related to the fact that, in the hexamethonium-treated fetuses, heart rate averaged 21 beats/min lower than in the autonomically intact fetuses during the preinfusion period. The increased arterial

pressure responsiveness cannot be attributed to a similar phenomenon because the preinfusion arterial pressure was not altered by autonomic blockade. Finally, the postblockade venous pressure responses to AVP (Fig. 7) were essentially the same as in the autonomically intact fetuses that received a comparable infusion rate.

*Effects of AVP on plasma renin activity.* In this study, our basal PRA averaged $4.0 \pm 1.0$ ng·ml$^{-1}$·h$^{-1}$ with a range from 1.02 to 14.4 ng·ml$^{-1}$·h$^{-1}$. Neither the absolute PRA nor the change in PRA during the infusion corre-



FIG. 8. Summary of dose-response relationships between arginine vasopressin (AVP) infusion rate and fetal arterial pressure (AP), heart rate (HR), venous pressure (VP), and blood volume (BV). + Sign indicates that the variable increased at end of infusion; − sign indicates variable decreased at end of infusion.

lated with the AVP infusion rate ($P > 0.5$). However, this observation was dependent on the initial PRA in that all fetuses with an initial PRA greater than 2.2 ng·ml$^{-1}$·h$^{-1}$ ($n = 7$) underwent a decrease in PRA during AVP infusion. In fetuses with an initial PRA less than 2.2 ng·ml$^{-1}$·h$^{-1}$, only two of six experienced a decrease in PRA during the AVP infusion. However, in all fetuses PRA remained low ($P < 0.01$), averaging $73 \pm 6$ and $66 \pm 6\%$ of control value at 15 and 30 min, respectively, after termination of the AVP infusion.

*Fetal osmolality response to AVP.* As a whole, osmolality of fetal arterial blood underwent no consistent change during or after the AVP infusion. In approximately one-third of the fetuses, osmolality decreased by an average of 1 mosmol/kg during the infusion and remained low during the 30-min recovery period.

## DISCUSSION

The purpose of this study was to explore the dose-response effects of AVP on fetal arterial pressure, heart rate, venous pressure, and blood volume. Figure 8 summarizes these findings. Fetal arterial pressure was most sensitive to AVP in that it increased at a lower AVP infusion rate, had a steeper dose-response curve, and reached its maximum at a lower AVP concentration than did the other variables. Heart rate displayed an intermediate sensitivity to AVP, while the venous pressure and the blood volume responses were shifted approximately one order of magnitude to the right. These results suggest that the arterial, cardiac, and venous AVP receptors may have differing affinities for vasopressin. The differences in the heart rate and arterial pressure responses after autonomic blockade also suggest that the autonomic nervous system modulates the cardiovascular responses to exogenous AVP, presumably through baroreceptor reflexes, which may either slow the heart or decrease vascular resistance during the AVP infusion, or both (6, 17, 21).

Previous studies have considered the effects of exogenous AVP on fetal arterial pressure and heart rate (14,

21, 23, 26, 29). New information from this study includes the finding that both arterial pressure and heart rate respond in a graded, dose-dependent manner to AVP. Wiriyathian et al. (29) reported a dose-dependent rise in arterial pressure but failed to find a dose-dependent decrease in heart rate. This difference may largely be attributed to a 4-fold range of infusion rates in their study (29) versus a range of almost 1,000-fold used in the present study.

The time of the decrease in heart rate relative to the time of the rise in arterial pressure during AVP infusion has been used to determine whether the bradycardia is a direct cardiac effect of AVP or is reflexly mediated. Iwamoto et al. (14) found that the increase in arterial pressure occurred at essentially the same time as the decrease in heart rate. Wiriyathian et al. (29) stated that the bradycardia preceded the elevation of pressure but they did not record heart rate continuously. In the present study with continuous recording, by careful inspection of the responses of the autonomically intact (Figs. 2 and 3) and blocked (Fig. 7) fetuses, it can be seen that the decrease in heart rate tended to occur 1–2 min after the rise in arterial pressure. This delay is most likely due to a lower threshold sensitivity of the resistance vessels to AVP than that of the cardiac receptors. This is consistent with the slight shift to the right of the heart rate dose-response curve relative to the arterial pressure dose-response curve (Fig. 8). The fact that the decrease in heart rate occurred after autonomic blockade (Fig. 7) shows that AVP has a potent direct effect on the fetal heart.

Although this study shows that exogenous vasopressin has short-term effects on fetal arterial and venous pressures, heart rate, and blood volume, it is not clear whether these responses occur in the physiological or in the pharmacological range of AVP concentrations. As noted above, plasma AVP concentration normally averages about 1–10 pg/ml, but it can increase by up to 200 pg/ml or more during hemorrhagic or hypoxic stress (8, 10, 25, 27). As seen in Fig. 1, plasma AVP concentration increased by an average of 144 pg/ml for an infusion rate of 33 ng/min. Thus it appears that under physiological as well as stress conditions, AVP may have short-term effects on fetal arterial pressure and heart rate but will probably affect venous pressure and blood volume only with considerable stress.

In the present study high rates of AVP infusion decreased fetal blood volume (Fig. 5) when venous pressure was elevated. This observation suggests that the decrease in fetal blood volume may have resulted from elevations in fetal capillary pressure secondary to the rise in venous pressure, thereby filtering fluid from the vascular to the interstitial space of the fetus. The increase in volume with the lowest infusion rate may be partly attributable to the 15 ml of saline infused over the 30-min infusion period and/or to the effects of AVP at low doses.

The negative relationship between blood volume and AVP infusion rate (Fig. 5) is opposite to that expected from the fluid-retaining property of AVP on the kidney. However, AVP infusion into the sheep fetus does not consistently reduce urinary output, particularly at the

PAR-VASO-0008228

higher infusion rates when arterial pressure increases (16, 19). In addition, plasma volume expansion occurs only after several days of AVP infusion in the adult (24). Thus it appears that the present decrease in blood volume with the higher infusion rates may be due to the effects of AVP on vascular resistance and/or compliance rather than to its renal effects.

It is interesting that venous pressure in the sheep fetus appears to be the least sensitive to AVP of the cardiovascular variables (Fig. 8). This contrasts with the report that venous pressure in the adult dog is more sensitive than either arterial pressure or heart rate (3), but the reason for this difference is presently not known.

The reported effects of exogenous AVP infusion on fetal blood gases and pH are inconsistent. Arterial oxygen tension has been reported to be unchanged (19) or to increase (14, 23, 29), and pH to increase (14), to remain unchanged (18, 29), or to decrease (23), while carbon dioxide tension was unchanged (14, 19, 23, 29). By comparing the AVP infusion rates used in those previous studies with the changes in blood gas tensions and pH found in this study (Fig. 6), we can see that the results of the present study agree with all those of the previous studies since the responses are dose dependent. That is, the apparent discrepancies in the previous studies can be attributed to the differences in the infusion rates that were used. Apparently these changes in arterial blood gas tensions and pH occur because exogenous AVP causes a graded redistribution of blood flow to the placenta from the fetal carcass (14, 23) while leaving fetal oxygen consumption unchanged (23).

Elevated plasma AVP concentration has been reported to be associated with a reduction in PRA (19). In the present study, PRA was consistently reduced at the end of the 30-min AVP infusion only in those fetuses with an initial PRA greater than 2.2 $ng \cdot ml^{-1} \cdot h^{-1}$, roughly half of our fetuses. This difference appears attributable to the shorter infusion period of 30 min used in the present study compared with the 60-min infusion used by Robillard and Weitzman (19). This is supported by our observation that PRA was reduced in all our fetuses 15 and 30 min after termination of the AVP infusion when it is recognized that AVP levels would still be elevated because AVP has a half life of approximately 18 min in our fetuses. Thus it appears that the decrease in fetal PRA during AVP infusions occurs slowly over 30–60 min.

The 18-min half life for AVP found in this study should be interpreted cautiously. Shorter (1) and longer (19, 26) half lives have been reported for the sheep fetus. In addition, other studies that explored plasma AVP kinetics in detail have found that three time constants are required to characterize the disappearance of exogenous

AVP from the circulation of the fetus (29) as well as the adult (11). However, it needs to be recognized that an arterial plasma AVP concentration during an intravenous infusion may be dependent on blood flow rate as well as on metabolism of the hormone because the infusion occurs at a site upstream to the sampling. Thus more detailed studies with frequent sampling coupled with correction for the fact that sampling occurs downstream from the site of infusion are needed to adequately determine plasma AVP kinetics in the fetus.

Plasma clearances also have been used to characterize plasma AVP kinetics. In the present study, AVP clearance averaged $56 \pm 7$ $ml \cdot min^{-1} \cdot kg^{-1}$ at the end of the 30-min infusion. This is in agreement with the clearance of $61 \pm 9$ $ml \cdot min^{-1} \cdot kg^{-1}$ found by Wiriyathian et al. (29) and similar to a value of 48 $ml \cdot min^{-1} \cdot kg^{-1}$ calculated from the data of Iwamoto et al. (14) but is higher than that found in other studies (1, 19, 26). However, clearance calculations suffer from the same problem as half-life determinations in that the site of sampling is downstream from the site of infusion. This problem easily could be overcome, however, by sampling just upstream from the infusion site.

Fetal osmolality has been reported to decrease (15) or to undergo no change (14, 19, 29) in response to AVP infusion. In the present study, we anticipated that osmolality would decrease in those fetuses in which $CO_2$ tension decreased due to the associated change in bicarbonate ion. However, there was no consistent change in fetal osmolality during the AVP infusion, and the small changes that did occur in some fetuses were not correlated with $CO_2$ tension changes ($P > 0.5$). Thus we were unable to confirm any acute effect of AVP on fetal osmolality.

In summary, the present study suggests that, in the sheep fetus, arterial pressure is the most sensitive to exogenous AVP during short-term infusions, whereas heart rate is slightly less sensitive. Venous pressure and blood volume respond only at concentrations approximately one order of magnitude higher. In addition, it appears that the autonomic nervous system modulates the fetal arterial pressure and heart rate responses to AVP.

We appreciate the technical assistance of Debra Brittingham, Marsha Slough, Charles Hewitt, and Thomas Basemore.

This study was supported in part by National Institute of Child Health and Human Development Grants HD-20299, HD-13949, and HD-03807. H. Tomita was supported by a Research Fellowship from the California Affiliate of the American Heart Association. R. A. Brace is an Established Investigator of the American Heart Association.

Address for reprint requests: R. A. Brace, Dept. of Reproductive Medicine T-002, University of California, San Diego, La Jolla, CA 92093.

Received 20 September 1984; accepted in final form 10 June 1985.

REFERENCES

1. ALEXANDER, D. P., R. A. BASHORE, H. G. BRITTON, AND M. L. FORSLING. Antidiuretic hormone and oxytocin releases and antidiuretic hormone turnover in the fetus, lamb, and ewe. *Biol. Neonate* 30: 80–87, 1976.
2. ALEXANDER, D. P., H. G. BRITTON, M. L. FORSLING, D. A. NIXON, AND J. G. RATCLIFFE. Pituitary and plasma concentrations of adrenocorticotrophin, growth hormone, vasopressin and oxytocin

in fetal and maternal sheep during the latter half of gestation and the response to hemorrhage. *Biol. Neonate* 24: 206–219, 1974.
3. BIE, P., AND J. WARBERG. Effects on intravascular pressures of vasopressin and angiotensin II in dogs. *Am. J. Physiol.* 245 (*Regulatory Integrative Comp. Physiol.* 14): R906–R914, 1983.
4. BRACE, R. A. Fitting straight lines to experimental data. *Am. J. Physiol.* 233 (*Regulatory Integrative Comp. Physiol.* 2): R94–R99,

PAR-VASO-0008229

1977.

5. BRACE, R. A. Blood volume and its measurement in the chronically catheterized sheep fetus. *Am. J. Physiol.* 244 (*Heart Circ. Physiol.* 13): H487–H494, 1983.

6. COWLEY, A. W., JR., E. MONOS, AND A. C. GUYTON. Interaction of vasopressin and the baroreceptor reflex system in the regulation of arterial blood pressure in the dog. *Circ. Res.* 34: 505–514, 1974.

7. CZERNICHOW, P. Vasopressin in fetal sheep: a review. *J. Physiol. Paris* 75: 33–36, 1979.

8. DANIEL, S. S., M. K. HUSAIN, J. MILLIEZ, R. I. STARK, M. N. YEH, AND L. S. JAMES. Renal response of fetal lamb to complete occlusion of umbilical cord. *Am. J. Obstet. Gynecol.* 131: 514–519, 1978.

9. DANIEL, S. S., R. I. STARK, M. K. HUSAIN, L. V. BAXI, AND S. JAMES. Role of vasopressin in fetal homeostasis. *Am. J. Physiol.* 242 (*Renal Fluid Electrolyte Physiol.* 11): F740–F744, 1982.

10. DRUMMOND, W. H., A. M. RUDOLPH, L. C. KEIL, P. D. GLUCKMAN, A. A. MACDONALD, AND M. A. HEYMANN. Arginine vasopressin and prolactin after hemorrhage in the fetal lamb. *Am. J. Physiol.* 238 (*Endocrinol. Metab.* 1): E214–E219, 1980.

11. ENGEL, P. A., J. W. ROWE, K. L. MINAKER, AND G. L. ROBERTSON. Effect of exogenous vasopressin on vasopressin release. *Am. J. Physiol.* 246 (*Endocrinol. Metab.* 9): E202–E207, 1984.

12. GILBERT, R. D. Control of fetal cardiac output during changes in blood volume. *Am. J. Physiol.* 238 (*Heart Circ. Physiol.* 7): H80–H86, 1980.

13. GRESHAM, E. L., J. H. G. RANKIN, E. L. MAKOWSKI, G. MESCHIA, AND F. C. BATTAGLIA. An evaluation of fetal renal function in a chronic sheep preparation. *J. Clin. Invest.* 51: 149–155, 1972.

14. IWAMOTO, H. S., A. M. RUDOLPH, L. C. KEIL, AND M. A. HEYMANN. Hemodynamic responses of sheep fetus to vasopressin infusion. *Circ. Res.* 44: 430–436, 1979.

15. LEAKE, R. D., H. STEGNER, S. M. PALMER, G. K. OAKES, AND D. A. FISHER. Arginine vasopressin and arginine vasotocin inhibit ovine fetal/maternal water transfer. *Pediatr. Res.* 17: 583–586, 1983.

16. LINGWOOD, B., K. J. HARDY, I. HORACEK, M. L. MCPHEE, B. A. SCOGGINS, AND E. M. WINTOUR. The effects of antidiuretic hormone on urine flow and composition in the chronically-cannulated ovine fetus. *Q. J. Exp. Physiol.* 63: 315–330, 1978.

17. MONTANI, J.-P., J.-F. LIARD, J. SCHOUN, AND J. MÖHRING. Hemodynamic effects of exogenous and endogenous vasopressin at low plasma concentrations in conscious dogs. *Circ. Res.* 47: 346–355,

18. REID, I. A., J. R. STOCKIGT, A. GOLDFIEN, AND W. F. GANONG. Stimulation of renin secretion in dogs by theophylline. *Eur. J. Pharmacol.* 17: 325–332, 1972.

19. ROBILLARD, J. E., AND R. E. WEITZMAN. Developmental aspects of the fetal renal response to exogenous arginine vasopressin. *Am. J. Physiol.* 238 (*Renal Fluid Electrolyte Physiol.* 7): F407–F414, 1980.

20. ROSE, J. C., P. J. MEIS, AND M. MORRIS. Ontogeny of endocrine (ACTH, vasopressin, cortisol) responses to hypotension in lamb fetuses. *Am. J. Physiol.* 240 (*Endocrinol. Metab.* 3): E656–E661, 1981.

21. RURAK, D. W. Plasma vasopressin levels during hypoxaemia and the cardiovascular effects of exogenous vasopressin in foetal and adult sheep. *J. Physiol. Lond.* 277: 341–357, 1978.

22. RURAK, D. W. Plasma vasopressin levels during haemorrhage in mature and immature fetal sheep. *J. Dev. Physiol.* 1: 91–101, 1979.

23. RURAK, D. W., AND N. C. GRUBER. The effect of vasopressin on fetal oxygenation in sheep. *Can. J. Physiol. Pharmacol.* 62: 27–30, 1984.

24. SMITH, M. J., JR., A. C. COWLEY, JR., A. C. GUYTON, AND R. D. MANNING, JR. Acute and chronic effects of vasopressin on blood pressure, electrolytes, and fluid volumes. *Am. J. Physiol.* 237 (*Renal Fluid Electrolyte Physiol.* 6): F232–F240, 1979.

25. STARK, R. I., S. L. WARDLAW, S. S. DANIEL, M. K. HUSAIN, U. M. SANOCKA, AND R. L. V. WIELE. Vasopressin secretion induced hypoxia in sheep: developmental changes and relationship to beta-endorphin release. *Am. J. Obstet. Gynecol.* 143: 204–212, 1982.

26. STEGNER, H., R. D. LEAKE, S. M. PALMER, A. M. MORRIS, AND D. A. FISHER. Arginine vasopressin metabolic clearance and production rates in fetal sheep, pregnant ewes, and lambs. *Dev. Pharmacol. Ther.* 7: 87–93, 1984.

27. STEGNER, H., R. D. LEAKE, S. M. PALMER, G. OAKES, AND D. A. FISHER. The effect of hypoxia on neurohypophyseal hormone release in fetal and maternal sheep. *Pediatr. Res.* 18: 188–191, 1984.

28. WINTOUR, E. M., M. CONGIU, K. J. HARDY, AND D. P. HENNESSY. Regulation of urine osmolality in fetal sheep. *Q. J. Exp. Physiol.* 67: 427–435, 1982.

29. WIRIYATHIAN, S., J. C. PORTER, R. P. NADEN, AND C. R. ROSENFELD. Cardiovascular effects and clearance of arginine vasopressin in the fetal lamb. *Am. J. Physiol.* 245 (*Endocrinol. Metab.* 8): E24–E31, 1983.

Intensive Care Med (2010) 36:57–65
DOI 10.1007/s00134-009-1630-1

**ORIGINAL**

Christian Torgersen
Martin W. Dünser
Volker Wenzel
Stefan Jochberger
Viktoria Mayr
Christian A. Schmittinger
Ingo Lorenz
Stefan Schmid
Martin Westphal
Wilhelm Grander
Günter Luckner

# Comparing two different arginine vasopressin doses in advanced vasodilatory shock: a randomized, controlled, open-label trial

Received: 11 May 2009
Accepted: 19 August 2009
Published online: 15 September 2009
© Copyright jointly hold by Springer and
ESICM 2009

C. Torgersen · V. Wenzel · S. Jochberger ·
V. Mayr · C. A. Schmittinger · I. Lorenz ·
S. Schmid · G. Luckner
Department of Anaesthesiology and Critical
Care Medicine, Innsbruck Medical
University, Innsbruck, Austria

M. W. Dünser (✉)
Department of Intensive Care Medicine,
Inselspital, Freiburgerstrasse,
3010 Bern, Switzerland
e-mail: Martin.Duenser@i-med.ac.at
Tel.: +41-31-63220167

M. Westphal
Department of Anesthesiology and
Intensive Care, University Hospital of
Muenster, Muenster, Germany

W. Grander
Department of Internal Medicine,
Community Hospital Hall in Tirol,
Hall in Tirol, Austria

**Abstract** *Purpose:* To compare the effects of two arginine vasopressin (AVP) dose regimens on the hemodynamic response, catecholamine requirements, AVP plasma concentrations, organ function and adverse events in advanced vasodilatory shock. *Methods:* In this prospective, controlled, open-label trial, patients with vasodilatory shock due to sepsis, systemic inflammatory response syndrome or after cardiac surgery requiring norepinephrine >0.6 µg/kg/min were randomized to receive a supplementary AVP infusion either at 0.033 IU/min ($n = 25$) or 0.067 IU/min ($n = 25$). The hemodynamic response, catecholamine doses, laboratory and organ function variables as well as adverse events (decrease in cardiac index or platelet count, increase in liver enzymes or bilirubin) were recorded before, 1, 12, 24 and 48 h after randomization. A linear mixed effects model was used for statistical analysis in order to account for drop-outs during the observation period. *Results:* Heart rate and norepinephrine requirements decreased while MAP increased in both groups. Patients receiving AVP at 0.067 IU/min required less norepinephrine ($P = 0.006$) than those infused with AVP at 0.033 IU/min. Arterial lactate and base deficit decreased while arterial pH increased in both groups. During the observation period, AVP plasma levels increased in both groups (both $P < 0.001$), but were higher in the 0.067 IU/min group ($P < 0.001$) and in patients on concomitant hydrocortisone. The rate of adverse events and intensive care unit mortality was comparable between groups (0.033 IU/min, 52%; 0.067 IU/min, 52%; $P = 1$). *Conclusions:* A supplementary AVP infusion of 0.067 IU/min restores cardiovascular function in patients with advanced vasodilatory shock more effectively than AVP at 0.033 IU/min.

**Keywords** Vasopressin · Dose · Vasodilatory shock · Hemodynamic response · Norepinephrine

## Introduction

Since 1997 [1], arginine vasopressin (AVP) has been used as a supplementary vasopressor in patients with advanced vasodilatory shock [2, 3]. While AVP repeatedly proved effective in restoring cardiovascular function in shock states poorly responsive or even resistant to catecholamine therapy [1–7], no benefit of a supplementary AVP infusion on septic shock survival was found in the Vasopressin in Septic Shock Trial (VASST) [8]. Nonetheless, an à priori defined subgroup analysis suggested that AVP improved outcome in patients with less severe septic shock [8] and in those treated with concomitant low dose hydrocortisone [9]. In the latest guidelines, the Surviving Sepsis

PAR-VASO-0008231

Campaign suggests that AVP may be added as an adjunct vasopressor agent when hemodynamic instability persists despite escalating norepinephrine doses [10].

Although several clinical studies investigated the effects of AVP in vasodilatory shock [1–7], little is known about the optimal AVP dose to counteract vasodilation. Identification of this AVP dose could help to optimize hemodynamic effects while keeping adverse effects at a minimum. So far, varying AVP doses between 0.01 and 2 IU/min have been used [1–7, 11]. In the VASST study, AVP was infused at 0.01–0.03 IU/min [8]. The Surviving Sepsis Campaign recommends infusing AVP at 0.03 IU/min [10]. However, no comparisons between different AVP doses have yet been prospectively investigated. So far, one retrospective analysis has evaluated the hemodynamic effects of two AVP doses and observed that AVP at 0.067 IU/min was more effective to reverse cardiovascular failure in advanced vasodilatory shock than 0.033 IU/min [12].

We hypothesized that AVP at 0.067 IU/min could restore cardiovascular function more effectively than AVP at 0.033 IU/min. In this randomized, controlled, open-label trial, the effects of two AVP doses (0.033 vs. 0.067 IU/min) on the hemodynamic response, organ function and adverse events were prospectively compared in advanced vasodilatory shock patients.

## Patients and methods

This prospective, randomized, controlled, open-label trial was performed in a 23-bed general and surgical intensive care unit in a tertiary teaching hospital from 1 January 2008 until 31 December 2008. The study protocol was approved by the institutional review board and the Ethics Committee of the Innsbruck Medical University (UN 3052_LEK; EudraCT: 2007-005010-40). Written informed consent was obtained from the patients' next of kin or the legal representative. In all surviving patients, written informed consent was obtained after recovery.

### Inclusion and exclusion criteria

Critically ill patients were considered eligible to participate in the study if they presented with vasodilatory shock due to sepsis, systemic inflammatory response syndrome (SIRS) or cardiac shock and required norepinephrine doses >0.6 μg/kg/min to maintain MAP >60 mmHg. Patients <18 years, in a moribund state unlikely to survive >12 h, in whom intensive care therapy was withdrawn or limited in an end-of-life decision, who received AVP or any of its analogues because of other diagnoses than vasodilatory shock, participated in another clinical trial,

were pregnant or refused written informed consent were excluded. Patients had to be included within 12 h after their norepinephrine demand exceeded 0.6 μg/kg/min or within 12 h after intensive care unit admission (in case norepinephrine doses exceeded 0.6 μg/kg/min before intensive care unit admission).

### Definitions

Vasodilatory shock was defined as the simultaneous presence of adequate systemic blood flow (cardiac index >2–2.5 l/min/m$^2$, mixed venous oxygen saturation >60%, or an ejection fraction >50% together with a heart rate >80 bpm in the absence of severe diastolic dysfunction on echocardiography), a mean arterial blood pressure (MAP) <60 mmHg in volume-resuscitated patients together with a systemic vascular resistance index <1,200 dyne*s/cm$^5$*m$^2$ resulting in the need for norepinephrine >0.1 μg/kg/min for >12 h. Sepsis and SIRS were defined according to the criteria suggested by the American College of Chest Physicians and the Society of Critical Care Medicine [13].

### Hemodynamic management

Study patients were routinely monitored with an arterial and central venous line. A pulmonary artery or transpulmonary thermodilution catheter (PiCCO plus®; Pulsion, Munich, Germany) was inserted at the discretion of the attending physician. Transesophageal echocardiography was done at least once in all study patients for diagnostic reasons and to guide hemodynamic management. Volume resuscitation was performed according to the response of filling pressures (e.g., central venous pressure, pulmonary arterial occlusion pressure) and stroke volume/cardiac index to repetitive fluid loading using gelatine-based colloids (Gelofusin®; B. Braun, Melsungen, Germany). If the cardiac index remained <2–2.5 l/min/m$^2$ or mixed venous oxygen saturation <60% despite adequate volume resuscitation and/or blood transfusion, milrinone (0.3–0.7 μg/kg/min) and/or epinephrine was continuously infused. After ensuring adequate systemic blood flow using fluids and/or inotropes, norepinephrine (Arterenol®; Sanofi-Aventis, Frankfurt, Germany) was infused to increase MAP >60–65 mmHg. Hydrocortisone (200–300 mg/day) was added as a continuous infusion if escalating norepinephrine doses could not stabilize hemodynamic function. Intubated patients on mechanical, assisted or spontaneous breathing were sedated by infusing either sufentanil and midazolam, or morphine alone. Continuous veno-venous hemofiltration was employed for renal indications only. Causative and supportive sepsis therapy was performed according to the Surviving Sepsis

Campaign guidelines [10]. Activated protein C was not administered.

Randomization and study groups

Based on a computer-generated list, patients were randomly allocated to one of the two study groups. The first group received AVP at 0.067 IU/min, while AVP was infused at 0.033 IU/min in the second group. Clinicians and researchers were not blinded to the study group allocation. No bolus injections of AVP were given in any group. After initiation of AVP (Pressyn®; Ferring Inc, Toronto, Canada), norepinephrine infusion was adapted to maintain MAP >60–65 mmHg in both groups. If norepinephrine could be decreased <0.2 µg/kg/min, AVP was slowly tapered off at the discretion of the attending physician. Simultaneously, norepinephrine doses could be further reduced. No crossover between study groups was allowed during the 48-h observation period.

Data collection

Demographic data, pre-existent chronic diseases, admission diagnosis, duration of AVP infusion, need for continuous veno-venous hemofiltration, length of intensive care unit stay, intensive care unit and 28-day mortality were documented. A modified Goris multiple organ dysfunction syndrome score [14] and the Sepsis-related Organ Failure Assessment score [15] were calculated from most aberrant clinical and laboratory variables during the intensive care unit stay.

The following hemodynamic variables were recorded before, 1, 12, 24 and 48 h after randomization: heart rate, MAP, central venous pressure, mean pulmonary arterial pressure, pulmonary arterial occlusion pressure, cardiac index, stroke volume index and mixed venous oxygen saturation. Norepinephrine, epinephrine and milrinone requirements were documented at the same intervals. The systemic vascular resistance index was calculated using the standard formula. Platelet count, plasma levels of aspartate and alanine aminotransferase, total bilirubin, creatinine, urea, troponin T, AVP and prolactin were collected before, 24 and 48 h after the start of AVP therapy. For hormone analyses, plasma samples were immediately frozen at −70°C and transferred to the endocrinologic laboratory after completion of patient recruitment. AVP levels were determined using a conventional radioimmunoassay (DRG Diagnostics, Marburg, Germany) [16]. Prolactin was measured with an enzyme-linked immunosorbent assay (DRG Diagnostics, Marburg, Germany). Hemoglobin levels, arterial pH, lactate concentrations, base deficit and the partial arterial oxygen tension/fractional inspiratory oxygen concentration ratio were recorded before, 1, 12, 24 and 48 h after

randomization. Occurrence of adverse events (>5% increase in liver enzymes or total bilirubin levels or >5% decrease in platelet count or cardiac index during the 48 h observation period compared to randomization values) was evaluated in all study patients.

Study endpoints

The primary endpoint was to compare the hemodynamic response to AVP at two doses (0.033 vs. 0.067 IU/min). Secondary endpoints included differences in organ function and laboratory variables, AVP and prolactin plasma levels as well as the rate of adverse events.

Statistical analysis

Based on the results of a retrospective study [10], a sample size of 22 patients per group was required to detect a significant difference in the hemodynamic response (MAP increase, norepinephrine decrease) between AVP at 0.033 and 0.067 IU/min (alpha error, 0.05; beta error, 0.2; power, 80%).

The SPSS 13.0 software program (SPSS Inc; Chicageo, IL) was used for statistical analysis. Normality distribution was assessed by the Kolmogorov–Smirnov test. In case the normality assumption was not fulfilled (aspartate and alanine aminotransferase, total bilirubin, troponin T, AVP, prolactin), variables were $ln$-transformed. All group comparisons were performed as intention-to-treat analyses. The unpaired Student's $t$ (continuous) or Fisher's exact test (categorical) was used to compare demographic and clinical parameters as well as the rate of adverse events between groups. To compare the hemodynamic response, changes in laboratory variables as well as plasma hormone levels over time between groups, a linear mixed effects model was applied to account for drop-outs during the observation period [17]. If hemodynamic and laboratory variables showed group differences ($P < 0.1$) before randomization, the baseline value of the corresponding variable (stroke volume index, cardiac index, systemic vascular resistance index, mixed venous oxygen saturation, milrinone requirements) was entered as a covariate into the mixed effects model. $P$-values <0.05 were considered to indicate statistical significance. All variables are given as mean values ± SD, if not otherwise indicated.

## Results

Sixty-one patients met the inclusion criteria during the observation period, of which 50 patients were enrolled (Fig. 1). A pulmonary artery or transpulmonary

**Fig. 1** CONSORT protocol of patient recruitment, randomization and analysis



thermodilution catheter was in place in 16 and 13 patients in the 0.033 and 0.067 IU/min group, respectively ($P = 0.57$). All patients were included within $7 \pm 5$ h after their norepinephrine requirements exceeded 0.6 μg/kg/min or intensive care unit admission. There were no differences in demographic and clinical variables between groups before randomization (Table 1). Six patients in the 0.033 IU/min group and four patients in the 0.067 IU/min group died during the observation period ($P = 0.73$). Intensive care unit mortality was 52% (13/52) in both groups ($P = 1$).

Heart rate (0.033 IU/min, $P = 0.001$; 0.067 IU/min, $P < 0.001$) and norepinephrine requirements (0.033 IU/min, $P = 0.03$; 0.067 IU/min, $P = 0.001$) decreased, while MAP increased in both groups (0.033 IU/min, $P = 0.02$; 0.067 IU/min, $P < 0.001$) (Table 2). Patients receiving AVP at 0.067 IU/min required less norepinephrine during the study period when compared to the 0.033 IU/min group. Throughout the study period, mixed venous oxygen saturation was lower in the 0.033 than in the 0.067 IU/min group. While mixed venous oxygen saturation remained unchanged in the 0.033 IU/min group ($P = 0.75$), it tended to decrease in the 0.067 IU/min group ($P = 0.12$). Simultaneous hydrocortisone therapy did not influence the hemodynamic response to AVP in both groups (both $P > 0.05$).

Arterial lactate levels (0.033 IU/min, $P = 0.05$; 0.067 IU/min, $P = 0.04$) and base deficit (0.033 IU/min, $P < 0.001$; 0.067 IU/min, $P = 0.001$) decreased, while arterial pH increased in both groups (0.033 IU/min, $P < 0.001$; 0.067 IU/min, $P < 0.001$). Platelets fell in both groups, but the decrease was only significant in

patients treated with 0.033 IU/min of AVP (0.033 IU/min, $P = 0.02$; 0.067 IU/min, $P = 0.18$). Patients in the 0.067 IU/min group had lower plasma troponin levels and base deficits than patients allocated to the 0.033 IU/min group (Table 3). The rate of adverse events during AVP infusion was comparable between groups (Table 4).

AVP plasma levels increased in both groups (both $P < 0.001$) but were higher in the 0.067 IU/min group ($P < 0.001$) (Fig. 2). Study patients on concomitant hydrocortisone therapy exhibited higher AVP levels than patients who did not receive hydrocortisone in both groups (Fig. 3). Prolactin plasma levels tended to increase in both groups during AVP infusion (0.033 IU/min, $P = 0.05$; 0.067 IU/min, $P = 0.06$). There was no difference in the course of prolactin plasma levels between the two AVP groups ($P = 0.98$).

## Discussion

The main findings of this randomized, controlled, open-label trial were that a supplementary AVP infusion increased MAP and decreased heart rate in advanced vasodilatory shock irrespective of the dose infused. The reduction of norepinephrine requirements was more pronounced in patients treated with AVP at 0.067 than 0.033 IU/min. While the incidence of adverse events was comparable between groups, base deficit and troponin levels were higher in patients receiving AVP at 0.033 IU/min.

PAR-VASO-0008234

**Table 1** Characteristics of the study population

| | 0.033 IU/min | 0.067 IU/min | P-value |
|---|---|---|---|
| *n* | 25 | 25 | |
| Age (years) | 70 ± 15 | 64 ± 15 | 0.19 |
| Male sex, *n* (%) | 18 (72) | 13 (52) | 0.24 |
| BMI (kg/m²) | 26 ± 4 | 25 ± 4 | 0.40 |
| Pre-existent diseases, *n* (%) | | | |
| Chronic arterial hypertension | 19 (76) | 13 (52) | 0.14 |
| Coronary artery disease | 12 (48) | 8 (32) | 0.39 |
| Congestive heart failure | 5 (20) | 2 (8) | 0.42 |
| Chronic renal insufficiency | 6 (24) | 3 (12) | 0.46 |
| COPD | 7 (28) | 5 (20) | 0.74 |
| Malignant tumor disease | 7 (28) | 9 (36) | 0.76 |
| Admission diagnosis, *n* (%) | | | |
| Septic shock | 13 (52) | 13 (52) | 1 |
| Vasodilatory shock after CS | 3 (12) | 3 (12) | 1 |
| Non-septic SIRS | 9 (36) | 9 (36) | 1 |
| Concomittant hydrocortisone, *n* (%) | 13 (52) | 14 (56) | 1 |
| CVVHF, *n* (%) | 12 (48) | 7 (28) | 0.24 |
| Goris MODS score (pts) | 10.6 ± 1.2 | 10.6 ± 1.3 | 0.91 |
| SOFA score (pts) | 14.6 ± 2.5 | 15.1 ± 3.6 | 0.62 |
| Duration of AVP infusion (h) | 63 ± 40 | 56 ± 43 | 0.55 |
| Length of ICU stay (days) | 22 ± 18 | 17 ± 18 | 0.41 |
| 28-Day mortality, *n* (%) | 10 (40) | 13 (52) | 0.57 |
| ICU mortality, *n* (%) | 13 (52) | 13 (52) | 1 |

*BMI* Body mass index, *COPD* chronic obstructive pulmonary disease, *CS* cardiac surgery, *SIRS* systemic inflammatory response syndrome, *CVVHF* continuous venovenous hemofiltration, *MODS* multiple organ dysfunction syndrome, *SOFA* sequential organ failure assessment, *ICU* intensive care unit

Causes of non septic SIRS were multiple trauma ($n = 5$; AVP 0.033 IU/min, $n = 3$; AVP 0.067 IU/min, $n = 2$), severe

hemorrhage not related to multiple trauma ($n = 6$; AVP 0.033 IU/min, $n = 1$; AVP 0.067 IU/min, $n = 5$), major surgery ($n = 5$; AVP 0.033 IU/min, $n = 3$; AVP 0.067 IU/min, $n = 2$), pancreatitis ($n = 1$; AVP 0.033 IU/min, $n = 1$) and acute respiratory failure ($n = 1$; AVP 0.033 IU/min, $n = 1$)

Data are given as mean values ± SD, if not indicated otherwise

As previously reported [1–7], an increase in MAP and a reduction in heart rate as well as norepinephrine requirements occurred in both groups after initiation of AVP. Simultaneously, arterial pH, lactate levels and base deficit improved, suggesting enhanced tissue perfusion. Lower norepinephrine demands together with comparable MAP levels confirm our hypothesis that 0.067 IU/min of AVP could restore cardiovascular functions more effectively than AVP at 0.033 IU/min. The lacking difference in MAP between groups can be explained by the fact that this variable was used to guide vasopressor therapy. The results of the endocrinologic analysis revealed higher AVP plasma levels in patients receiving 0.067 IU/min of AVP than during AVP infusion at 0.033 IU/min. This together with the finding that AVP plasma levels and norepinephrine requirements in all study patients were indirectly correlated (Spearman-*rho* correlation coefficient, $-0.49$; $P < 0.001$) confirms dose-dependent hemodynamic effects of AVP in vasodilatory shock.

So far, one retrospective analysis has addressed the effects of different AVP doses in vasodilatory shock [12]. This analysis revealed similar results and was performed in a comparable patient population. Including 78 subjects, it suggested that patients treated with 0.067 IU/min of AVP displayed a higher MAP and lower central venous

pressure, mean pulmonary arterial pressure and norepinephrine requirements than patients receiving AVP at 0.033 IU/min [12]. The results of that and the present study are in contrast to the findings of a case series in 50 septic shock patients [18]. In that analysis, Holmes et al. reported adverse events in five patients treated with AVP at doses >0.04 IU/min and concluded that AVP should not be used at higher doses. Unlike the present trial, the latter analysis was uncontrolled, observational and did not prove a causative relationship between the occurrence of adverse events and AVP doses >0.04 IU/min [18].

Even though our study included enough patients to detect differences in the hemodynamic response between groups, it was underpowered to investigate effects on patient outcome. Since there is no proven link between the duration of norepinephrine weaning and improved outcome in septic or vasodilatory shock, no conclusions on the effects of AVP doses on patient outcome can be drawn from our results. So far, the multicentered VASST trial was the only study investigating the effects of AVP on mortality [8]. Considering that all study patients in our trial suffered from "more severe" vasodilatory shock (according to the VASST criteria), it is possible that AVP doses applied in the VASST study (0.01–0.03 IU/min) were too low. This hypothesis is supported by a recent

PAR-VASO-0008235

**Table 2** Hemodynamic response to arginine vasopressin in patients receiving 0.033 IU/min and 0.067 IU/min

| | Baseline | 1 h | 12 h | 24 h | 48 h | $P$-value |
|---|---|---|---|---|---|---|
| $n$ | | | | | | |
| 0.033 IU/min | 25 | 25 | 24 | 20 | 19 | |
| 0.067 IU/min | 25 | 25 | 24 | 21 | 21 | |
| AVP (IU/min) | | | | | | |
| 0.033 IU/min | $0 \pm 0$ | $0.033 \pm 0$ | $0.033 \pm 0$ | $0.033 \pm 0$ | $0.032 \pm 0.04$ | <0.001* |
| 0.067 IU/min | $0 \pm 0$ | $0.067 \pm 0$ | $0.06 \pm 0.02$ | $0.057 \pm 0.02$ | $0.042 \pm 0.03$ | |
| HR (bpm) | | | | | | |
| 0.033 IU/min | $106 \pm 22$ | $104 \pm 20$ | $95 \pm 19$ | $89 \pm 14$ | $86 \pm 11$ | 0.94 |
| 0.067 IU/min | $108 \pm 17$ | $101 \pm 17$ | $97 \pm 14$ | $87 \pm 16$ | $85 \pm 21$ | |
| MAP (mmHg) | | | | | | |
| 0.033 IU/min | $65 \pm 9$ | $71 \pm 12$ | $71 \pm 11$ | $71 \pm 10$ | $75 \pm 7$ | 0.66 |
| 0.067 IU/min | $65 \pm 9$ | $78 \pm 13$ | $69 \pm 14$ | $71 \pm 7$ | $75 \pm 7$ | |
| CVP (mmHg) | | | | | | |
| 0.033 IU/min | $13 \pm 4$ | $13 \pm 4$ | $13 \pm 4$ | $12 \pm 3$ | $11 \pm 3$ | 0.52 |
| 0.067 IU/min | $13 \pm 4$ | $13 \pm 4$ | $12 \pm 3$ | $11 \pm 2$ | $12 \pm 3$ | |
| MPAP (mmHg) | | | | | | |
| $n = 10$ 0.033 IU/min | $30 \pm 5$ | $29 \pm 4$ | $27 \pm 7$ | $26 \pm 4$ | $26 \pm 3$ | 0.89 |
| $n = 10$ 0.067 IU/min | $29 \pm 5$ | $30 \pm 5$ | $27 \pm 6$ | $26 \pm 5$ | $26 \pm 4$ | |
| PAOP (mmHg) | | | | | | |
| $n = 10$ 0.033 IU/min | $18 \pm 5$ | $16 \pm 5$ | $17 \pm 3$ | $16 \pm 5$ | $18 \pm 4$ | 0.82 |
| $n = 10$ 0.067 IU/min | $18 \pm 6$ | $16 \pm 5$ | $16 \pm 5$ | $16 \pm 5$ | $17 \pm 5$ | |
| CI (l/min/m²) | | | | | | |
| $n = 10$ 0.033 IU/min | $3.0 \pm 1.1$ | $2.6 \pm 0.8$ | $2.7 \pm 0.8$ | $2.9 \pm 0.7$ | $3.0 \pm 0.8$ | 0.29§ |
| $n = 13$ 0.067 IU/min | $4.4 \pm 1.9$ | $4.3 \pm 1.8$ | $3.4 \pm 1.1$ | $3.3 \pm 0.8$ | $3.3 \pm 0.8$ | |
| SVI (ml/beat/m²) | | | | | | |
| $n = 10$ 0.033 IU/min | $30 \pm 12$ | $26 \pm 10$ | $31 \pm 15$ | $33 \pm 10$ | $36 \pm 10$ | 0.7§ |
| $n = 13$ 0.067 IU/min | $41 \pm 17$ | $42 \pm 17$ | $34 \pm 9$ | $38 \pm 10$ | $38 \pm 12$ | |
| SVRI (dyne.s.cm$^{-5}$/m²) | | | | | | |
| $n = 10$ 0.033 IU/min | $1492 \pm 600$ | $1925 \pm 567$ | $1844 \pm 497$ | $1656 \pm 430$ | $1813 \pm 496$ | 0.06§ |
| $n = 13$ 0.067 IU/min | $1108 \pm 492$ | $1376 \pm 560$ | $1326 \pm 617$ | $1441 \pm 301$ | $1560 \pm 549$ | |
| SvO2 (%) | | | | | | |
| $n = 10$ 0.033 IU/min | $64 \pm 13$ | n.a. | n.a. | $63 \pm 10$ | $66 \pm 6$ | 0.04*,§ |
| $n = 10$ 0.067 IU/min | $76 \pm 9$ | n.a. | n.a. | $72 \pm 9$ | $68 \pm 9$ | |
| Norepinephrine (μg/kg/min) | | | | | | |
| $n = 25$ 0.033 IU/min | $0.98 \pm 0.6$ | $0.94 \pm 0.82$ | $0.85 \pm 0.96$ | $0.57 \pm 0.39$ | $0.4 \pm 0.31$ | 0.006* |
| $n = 25$ 0.067 IU/min | $0.86 \pm 0.34$ | $0.64 \pm 0.37$ | $0.69 \pm 0.78$ | $0.65 \pm 1.4$ | $0.22 \pm 0.16$ | |
| Milrinone (μg/kg/min) | | | | | | |
| $n = 17$ 0.033 IU/min | $0.31 \pm 0.21$ | $0.37 \pm 0.18$ | $0.44 \pm 0.19$ | $0.42 \pm 0.23$ | $0.33 \pm 0.2$ | 0.38§ |
| $n = 13$ 0.067 IU/min | $0.22 \pm 0.17$ | $0.2 \pm 0.18$ | $0.25 \pm 0.25$ | $0.28 \pm 0.24$ | $0.23 \pm 0.16$ | |
| Epinephrine (μg/kg/min) | | | | | | |
| $n = 11$ 0.033 IU/min | $0.03 \pm 0.04$ | $0.04 \pm 0.04$ | $0.08 \pm 0.05$ | $0.07 \pm 0.06$ | $0.06 \pm 0.03$ | 0.85 |
| $n = 12$ 0.067 IU/min | $0.06 \pm 0.08$ | $0.17 \pm 0.53$ | $0.08 \pm 0.07$ | $0.08 \pm 0.14$ | $0.05 \pm 0.02$ | |

*AVP* Arginine vasopressin, *HR* heart rate, *MAP* mean arterial blood pressure, *CVP* central venous pressure, *MPAP* mean pulmonary arterial blood pressure, *PAOP* pulmonary artery occlusion pressure, *CI* cardiac index, *SVI* stroke volume index, *SVRI* systemic vascular resistance index, *SvO2* mixed venous oxygen saturation, *n.a.* not available

Data are given as mean values ± SD, if not indicated otherwise
*Significant difference over time between groups, § corrected for baseline differences

post hoc analysis of the VASST database indicating that combined AVP and corticosteroid therapy was associated with decreased mortality and organ dysfunction than norepinephrine and corticosteroids [9]. In line with our results, combined administration of low-dose corticosteroids and AVP resulted in higher AVP plasma levels than infusion of AVP alone [9]. Although our data cannot identify the mechanism for this observation, steroid-induced inhibition of vasopressin degradation may be a possible explanation.

Although higher AVP doses appear to allow more rapid and pronounced reductions in norepinephrine

support, it is possible that such a dose regime induces more adverse events thereby counterbalancing beneficial cardiovascular effects. The results of the current trial suggest that the rate of adverse events was not different between the two AVP doses. It must, however, be considered that our patient population is too small to reliably exclude differences in adverse events between groups.

The most important limitation of our analysis was that important hemodynamic variables differed between groups before randomization. Therefore, group comparisons over time had to be corrected for certain baseline differences. Although this is an accepted statistical

PAR-VASO-0008236

**Table 3** Changes in organ function variables in study groups

| | Baseline | 1 h | 12 h | 24 h | 48 h | P-value |
|---|---|---|---|---|---|---|
| **Hemoglobin (mg/dl)** | | | | | | |
| 0.033 IU/min | 10.7 ± 1.6 | 10.3 ± 1.4 | 10.3 ± 1.4 | 10.5 ± 1.9 | 9.9 ± 1.2 | 0.39 |
| 0.067 IU/min | 10.2 ± 1.1 | 10.5 ± 1.2 | 10.1 ± 1.3 | 10 ± 1 | 10 ± 1.3 | |
| **Platelets (G/μl)** | | | | | | |
| 0.033 IU/min | 134 ± 80 | n.a. | n.a. | 92 ± 57 | 81 ± 47 | 0.52 |
| 0.067 IU/min | 129 ± 85 | n.a. | n.a. | 99 ± 98 | 78 ± 92 | |
| **ASAT (IU/l)** | | | | | | |
| 0.033 IU/min | 746 ± 2146 | n.a. | n.a. | 915 ± 2091 | 340 ± 415 | 0.91 |
| 0.067 IU/min | 344 ± 677 | n.a. | n.a. | 552 ± 814 | 582 ± 1136 | |
| **ALAT (IU/l)** | | | | | | |
| 0.033 IU/min | 443 ± 1340 | n.a. | n.a. | 547 ± 1365 | 250 ± 467 | 0.98 |
| 0.067 IU/min | 216 ± 542 | n.a. | n.a. | 292 ± 466 | 319 ± 675 | |
| **Total bilirubin (mg/dl)** | | | | | | |
| 0.033 IU/min | 2.6 ± 4.6 | n.a. | n.a. | 2.6 ± 4.7 | 2.8 ± 5.6 | 0.56 |
| 0.067 IU/min | 2.8 ± 3.4 | n.a. | n.a. | 2.4 ± 2.5 | 2.4 ± 2.8 | |
| **Creatinine (mg/dl)** | | | | | | |
| 0.033 IU/min | 1.9 ± 0.5 | n.a. | n.a. | 1.9 ± 0.6 | 1.9 ± 0.7 | 0.09 |
| 0.067 IU/min | 1.8 ± 0.9 | n.a. | n.a. | 1.6 ± 0.7 | 1.6 ± 0.8 | |
| **Urea (mg/dl)** | | | | | | |
| 0.033 IU/min | 97 ± 49 | n.a. | n.a. | 102 ± 55 | 109 ± 54 | 0.08 |
| 0.067 IU/min | 88 ± 47 | n.a. | n.a. | 82 ± 27 | 95 ± 40 | |
| **Troponin T (mg/dl)** | | | | | | |
| 0.033 IU/min | 0.63 ± 1.62 | n.a. | n.a. | 0.57 ± 0.93 | 1.77 ± 4.8 | 0.03* |
| 0.067 IU/min | 0.17 ± 0.33 | n.a. | n.a. | 0.17 ± 0.23 | 0.22 ± 0.41 | |
| **Arterial pH** | | | | | | |
| 0.033 IU/min | 7.30 ± 0.11 | 7.29 ± 0.10 | 7.31 ± 0.10 | 7.36 ± 0.07 | 7.42 ± 0.08 | 0.55 |
| 0.067 IU/min | 7.33 ± 0.09 | 7.32 ± 0.09 | 7.34 ± 0.12 | 7.37 ± 0.08 | 7.44 ± 0.05 | |
| **Base deficit (mmol/l)** | | | | | | |
| 0.033 IU/min | −4.5 ± 4.7 | −5.4 ± 5.1 | −4.2 ± 4.5 | −1.2 ± 3.7 | 2.5 ± 4.3 | 0.03* |
| 0.067 IU/min | −2.3 ± 5.5 | −3.1 ± 5.6 | −3.2 ± 6 | 0 ± 5.2 | 3.1 ± 5.1 | |
| **Arterial lactate (mg/dl)** | | | | | | |
| 0.033 IU/min | 36 ± 26 | 42 ± 39 | 49 ± 47 | 33 ± 26 | 19 ± 13 | 0.24 |
| 0.067 IU/min | 49 ± 45 | 51 ± 45 | 55 ± 56 | 34 ± 27 | 21 ± 15 | |
| **paO$_2$/FiO$_2$** | | | | | | |
| 0.033 IU/min | 179 ± 79 | 191 ± 89 | 190 ± 104 | 217 ± 98 | 230 ± 78 | 0.4 |
| 0.067 IU/min | 191 ± 95 | 185 ± 87 | 173 ± 75 | 197 ± 69 | 212 ± 75 | |

*ASAT* Aspartate aminotransferase, *ALAT* alanine aminotransferase, *paO$_2$* arterial oxygen partial pressure, *FiO$_2$* inspiratory oxygen concentration, *n.a.* not available    *Significant difference over time between groups

**Table 4** Adverse events during AVP therapy

| | 0.033 IU/min | 0.067 IU/min | P-value |
|---|---|---|---|
| Decrease in cardiac index, n (%) | 4 (25) | 7 (50) | 0.26 |
| Increase in serum transaminases, n (%) | 10 (47.6) | 15 (65.2) | 0.36 |
| Increase in total bilirubin, n (%) | 4 (19) | 6 (26.1) | 0.72 |
| Decrease in platelet count, n (%) | 15 (71.4) | 17 (73.9) | 1 |

method to compensate for group differences at randomization, it limits data interpretation. In our trial, this is particularly relevant for interpreting differences in heart function between the two study groups. It appears that patients allocated to the 0.033 IU/min group suffered from more chronic heart diseases. This could explain why at randomization indices of systemic blood flow were lower and milrinone requirements higher in this group when compared to patients receiving AVP at 0.067 IU/min. Accordingly, these baseline differences do not allow drawing firm clinical conclusions on the effects of the two AVP dose regimes on heart function. However, the observation that troponin levels increased in patients receiving lower AVP doses while they remained unchanged in the 0.067 IU/min group may point at beneficial effects of a more pronounced reduction of norepinephrine infusion and by that adrenergic stress on the heart [19, 20]. However, this finding must be

PAR-VASO-0008237

 

**Fig. 2** Arginine vasopressin and prolactin plasma levels in patients receiving AVP at 0.033 IU/min (*dots*) and 0.067 IU/min (*squares*). AVP plasma levels increased in both study groups (both $P < 0.001$). The increase was more pronounced in patients receiving AVP at 0.067 IU/min (*squares*) when compared to patients receiving AVP at 0.033 IU/min (*dots*) ($P < 0.001$). There

was no group difference in prolactin plasma levels ($P = 0.98$). Absolute values of AVP (pmol/l) were: 0 h: 0.033 IU/min, 15.9 ± 24.7; 0.067 IU/min, 13.9 ± 6.3; 24 h: 0.033 IU/min, 114.7 ± 56.2; 0.067 IU/min, 262 ± 138.2; 48 h: 0.033 IU/min, 98.8 ± 46; 0.067 IU/min, 216.5 ± 125.7

 

**Fig. 3** Arginine vasopressin plasma levels in patients with (*triangle*) and without concomitant hydrocortisone therapy (*diamond*) in both study groups. Arginine vasopressin (AVP) plasma levels significantly increased in both groups after start of AVP therapy (both $P < 0.001$), but the increase was more pronounced if patients received a concomitant hydrocortisone therapy (AVP 0.033 IU/min, $P = 0.05$; AVP 0.067 IU/min, $P = 0.04$). Absolute

values of AVP (pmol/l) were: AVP 0.033 IU/min: 0 h: no HC, 9.8 ± 7.9; HC, 21.5 ± 33.1; 24 h: no HC, 103.3 ± 72.8; HC, 123.9 ± 39.2; 48 h: no HC, 100.6 ± 56.1; HC, 97.3 ± 39.3; AVP 0.067 IU/min: 0 h: no HC, 12.5 ± 5.9; HC, 15.1 ± 6.7; 24 h: no HC, 216.5 ± 128.1; HC, 318.9 ± 136.6; 48 h: no HC, 191.9 ± 123.1; HC, 234.9 ± 132.8

considered preliminary and hypothesis-generating, since future trials are required to further elucidate this endpoint. Similarly, it is unclear whether decreasing mixed venous oxygen saturation in the 0.067 IU/min group represented reversal of hyperdynamic blood flow or a clinically relevant reduction of systemic oxygen supply.

A strength of this clinical investigation is its randomized, controlled design. Only few patients could not be enrolled because either exclusion criteria were present or written informed consent was denied suggesting minimal selection bias [21]. In accordance with results of the power analysis, the trial included an adequate number of patients to uncover differences in the hemodynamic response between the two AVP doses. The fact that study group allocation was not blinded is a weakness of our study, and we cannot exclude that a treatment-bias originating from the open-label design has influenced the study results. Since the majority of patients in both study

groups were either on continuous veno-venous hemofiltration or received diuretics during the observation period, we could not compare the effects of different AVP dose regimes on urine output and net fluid balance. Furthermore, it is impossible to assess whether the preference of dobutamine as the first-line inotrope and use of activated protein C would have been more effective to resuscitate our study patients.

In conclusion, a supplementary AVP infusion of 0.067 IU/min can restore cardiovascular function in advanced vasodilatory shock more effectively than AVP at 0.033 IU/min. Future trials including more patients are warranted to evaluate the effects of AVP at 0.067 IU/min on the overall outcome of patients with advanced vasodilatory shock secondary to systemic inflammation.

**Conflict of interest statement** No author has a conflict of interest in regards to the drugs or methods discussed in this manuscript.

# References

1. Landry DW, Levin HR, Gallant EM, Seo S, D'Alessandro D, Oz MC, Oliver JA (1997) Vasopressin pressor hypersensitivity in vasodilatory septic shock. Crit Care Med 25:1279–1282
2. Mutlu GM, Factor P (2004) Role of vasopressin in the management of septic shock. Intens Care Med 30:1276–1291
3. Lange M, Ertmer C, Westphal M (2008) Vasopressin vs. terlipressin in the treatment of cardiovascular failure in sepsis. Intens Care Med 34:821–832
4. Jerath N, Frndova H, McCrindle BW, Gurofsky R, Humpl T (2008) Clinical impact of vasopressin infusion on hemodynamics, liver and renal function in pediatric patients. Intens Care Med 34:1274–1280
5. Dünser MW, Mayr AJ, Ulmer H, Ritsch N, Knotzer H, Pajk W, Luckner G, Mutz NJ, Hasibeder WR (2001) The effects of vasopressin on systemic hemodynamics in catecholamine-resistant septic and postcardiotomy shock: a retrospective analysis. Anesth Analg 93:7–13
6. Luckner G, Dünser MW, Jochberger S, Mayr VD, Wenzel V, Ulmer H, Schmid S, Knotzer H, Pajk W, Hasibeder W, Mayr AJ, Friesenecker B (2005) Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med 33:2659–2666
7. Dünser MW, Mayr AJ, Hanno U, Knotzer H, Sumann G, Pajk W, Friesenecker B, Hasibeder WR (2003) Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation 107:2313–2319
8. Russell JA, Walley KR, Singer J, Gordon AC, Hébert PC, Cooper DJ, Holmes CL, Mehta S, Granton JT, Storms MM, Cook DJ, Presneill JJ, Ayers D, VASST Investigators (2008) Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med 358:877–887
9. Russell JA, Walley KR, Gordon AC, Cooper DJ, Hébert PC, Singer J, Holmes CL, Mehta S, Granton JT, Storms MM, Cook DJ, Presneill JJ, Dieter Ayers for the Vasopressin, Septic Shock Trial Investigators (2009) Interaction of vasopressin infusion, corticosteroid treatment and mortality of septic shock. Crit Care Med 37:811–818
10. Dellinger RP, Levy MM, Carlet JM, Bion J, Parker MM, Jaeschke R, Reinhart K, Angus DC, Brun-Buisson C, Beale R, Calandra T, Dhainaut JF, Gerlach H, Harvey M, Marini JJ, Marshall J, Ranieri M, Ramsay G, Sevransky J, Thompson BT, Townsend S, Vender JS, Zimmerman JL, Vincent JL (2008) Surviving Sepsis Campaign: international guidelines for management of severe sepsis and septic shock: 2008. Intens Care Med 34:17–60
11. Klinzing S, Simon M, Reinhart K, Bredle DL, Meier-Hellmann A (2003) High-dose vasopressin is not superior to norepinephrine in septic shock. Crit Care Med 31:2646–2650
12. Luckner G, Mayr VD, Jochberger S, Wenzel V, Ulmer H, Hasibeder WR, Dünser MW (2007) Comparison of two dose regimes of arginine vasopressin in advanced vasodilatory shock. Crit Care Med 35:2280–2285
13. American College of Chest Physicians/Society of Critical Care Medicine Consensus Conference (1992) Definitions for sepsis and organfailure and guidelines for the use of innovative therapies in sepsis. Crit Care Med 20:864–874
14. Goris RJA, te Boekhorst TPA, Nuytinck JKS, Gimbrère JS (1985) Multiple-organ failure. Arch Surg 120:1109–1115
15. Vincent JL, Moreno R, Takala J, Willatts S, De Mendonça A, Bruining H, Reinhart CK, Suter PM, Thijs LG (1996) The SOFA (Sepsis-related Organ Failure Assessment) score to describe organ dysfunction/failure. On behalf of the Working Group on Sepsis-Related Problems of the European Society of Intensive Care Medicine. Intens Care Med 22:707–710
16. Beardwell CG (1971) Radioimmunoassay of arginine vasopressin in human plasma. J Clin Endocrinol Metab 33:254–260
17. Laird NM, Ware JH (1982) Random effects models for longitudinal data. Biometrics 38:963–974
18. Holmes CL, Walley KR, Chittock DR, Lehman T, Russell JA (2001) The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intens Care Med 27:1416–1421
19. Dünser MW, Hasibeder WR (2009) Sympathetic overstimulation during critical illness: adverse effects of adrenergic stress. J Intensive Care Med, 23 Aug [Epub ahead of print]
20. Goldspink DF, Burniston JG, Ellison GM, Clark WA, Tan LB (2004) Catecholamine-induced apoptosis and necrosis in cardiac and skeletal myocytes of the rat in vivo: the same or separate death pathways? Exp Physiol 89:407–416
21. Paradis C (2008) Bias in surgical research. Ann Surg 248:180–188

PAR-VASO-0008239

# Inappropriate vasopressin secretion in severe alcohol withdrawal

W. Trabert[1], D. Caspari[1], P. Bernhard[1], G. Biro[2]

Departments of [1] Psychiatry and [2] Internal Medicine II, University of Saarland, Homburg/Saar, Germany

Trabert W, Caspari D, Bernhard P, Biro G. Inappropriate vasopressin secretion in severe alcohol withdrawal. Acta Psychiatr Scand 1992: 85: 376–379.

Forty-one male alcoholics suffering from alcohol withdrawal syndrome were investigated to assess the relationship between vasopressin (ADH), water homeostasis and alcohol withdrawal. During 10 d, we found a significant decrease in serum vasopressin, from $3.08 \pm 0.61$ to $1.71 \pm 0.22$ pg/nl. There were no concomitant changes in osmolality, so that a general dysregulatory state of vasopressin secretion during alcohol withdrawal cannot be assumed. Only patients with delirium tremens (8/41) had higher vasopressin levels despite lowered serum osmolalities. These findings support the hypothesis of an inappropriate rebound secretion of vasopressin in severe alcohol withdrawal. Furthermore, they may contribute to the pathogenesis of focal alcoholic brain damage, because rapid and/or profound changes in osmolality are suspected to cause circumscribed cerebral demyelinization.

Key words: alcohol withdrawal; vasopressin

Dr. Wolfgang Trabert, Department of Psychiatry, University of Saarland, D-6650 Homburg/Saar, Germany

Accepted for publication November 30, 1991

The alcohol withdrawal syndrome has been a well known clinical entity for about 200 years, but its underlying pathophysiological mechanisms and neuroendocrinological changes are still subject to discussion.

Elevated vasopressin (antidiuretic hormone = ADH) levels in alcohol withdrawal states were first reported by Eisenhofer et al. (1), and were thought to be a rebound phenomenon following previous suppression by alcohol causing a positive water balance and overhydration.

Consistent with these results, neuropathological postmortem studies found increased brain water content in the white matter of alcoholics, especially in the frontal regions (2).

It was suspected that elevated ADH concentrations and increased brain water may contribute (via cerebral edema) to the symptoms of alcohol withdrawal or explain at least some complicating features in alcoholics, i.e. demyelinating diseases such as central pontine myelinolysis or Korsakoff syndrome (3).

## Material and methods

We investigated 41 male alcoholics (according to DSM-III-R criteria) admitted to hospital because of alcohol withdrawal syndrome. Exclusion criteria for this study were any prior history of schizophrenia or affective psychosis, polytoxicomania (assessed by anamnesis and urine screening for drugs), cardiac, renal or liver failure, hypotonia ( < 120 mmHg systolic) or prior intake of anticonvulsant drugs. The mean age was 43 years (range 26–64). Detailed alcohol history was evaluated by interviewing the patient and a close relative after withdrawal. The duration of alcohol dependence was 10 years (2–40). The mean daily consumption of alcohol was 200 g (80–840) for the last 4 weeks prior to admission. Eight of the 41 withdrawing alcoholics developed full delirium tremens within the first 24 h. The withdrawal state was assessed with the Clinical Institute Withdrawal Assessment for Alcohol (CIWA-A) scale (4) on admission (day 1) and on the following days 2, 3, 5 and 10 (between 0700 and 0800). Laboratory analysis on days 1, 2, 3, 5 and 10 included sodium, potassium, urea, glucose, albumin, creatinine, serum and urine osmolality and serum ADH (blood and urine samples were also taken between 0700 and 0800). At the same time, blood pressure, heart rate and rectal temperature were recorded. ADH concentrations were determined by radioimmunoassay, and osmolality by using the freezing point technique. If blood alcohol was present, the osmolality value was corrected according to the method described by Eisenhofer et al. (5). Before the blood samples were taken, the patients were instructed to rest in the supine position (to exclude orthostatic effects) and not to smoke for 30 min.

Statistical analysis was performed with the STAT-GRAPH 2.1 program (6) using nonparametric tests, analysis of variance (ANOVA) (with repeated measurements) and discriminance analysis. The significance threshold was set at $P < 0.05$.

PAR-VASO-0008240

## Results

During 10 d, ADH concentrations decreased significantly from $3.08 \pm 0.61$ (SE) to $1.71 \pm 0.22$ pg/nl (ANOVA $f = 3.23$, df = 4, $P < 0.015$; Table 1).

There were no concomitant changes in osmolality, so that a general dysregulatory state of ADH secretion cannot be assumed. But dividing the whole group into those who developed delirium tremens (DT) and those who did not, we found significant differences in ADH concentrations and osmolality, indicating an inappropriate ADH secretion despite of lowered serum osmolalities in the DT group. These differences were the most pronounced on day 3, when the CIWA-A scores were the highest in the delirious group (Fig. 1). Discriminance analysis (with serum osmolality and serum ADH as independent variables) revealed a correct classification to the delirious group in 100% and a correct classification to the nondelirious group in 87%.

## Discussion

ADH is a neurohypophyseal peptide hormone that regulates, in particular, water homeostasis by maintaining a serum osmolality between 275 and 290 mosmol/kg via glomerular water reabsorption. There is a close positive relationship between ADH secretion and serum osmolality: raising osmolality (> 290 mosmol/kg) leads to a linear increase of ADH concentration, and low osmolality (< 275 mosmol/kg) causes complete suppression of ADH (7). Under normal circumstances, ADH secretion is under control of osmolality, but numerous factors that alter this feedback regulation (stress, nicotine and nausea) have been identified.

Rising alcohol concentrations inhibit the secretion of ADH, resulting in an augmented diuresis with a loss of free water.

On the other hand, a positive water balance (hyperhydration) was found in acute withdrawal states (8–10) and led to the hypothesis that, during withdrawal, there might be a (inappropriate) rebound secretion of ADH, causing increased water retention (syndrome of inappropriate ADH secretion = SIADH), water intoxication and cerebral edema (3).

This hypothesis was supported by Eisenhofer et al. (1), who found raised ADH concentrations in alcoholics showing symptoms of withdrawal compared with controls and withdrawing alcoholics without symptoms.

Some years later, Emsley et al. (11) could demonstrate impaired water excretion and elevated plasma ADH in patients with alcohol withdrawal symptoms.

Additionally, neuropathological postmortem studies revealed further results indicating increased water content in the brain (white matter) of alcoholic subjects (2). In vivo studies of brain water using magnetic resonance imaging (MRI) found a decrease of free water in acute intoxication and an increase during withdrawal (12, 13). After 7–21 d there was only a slight difference compared with nonalcoholic controls (14). Unfortunately, other studies did not provide the same results (15, 16), which may be due to different methods and/or methodological problems of in vivo measurements of brain water by MRI.

One of the most neglected aspects in previous ADH studies was the necessity of simultaneous analysis of the ADH and the osmolality values, because elevated ADH levels are not a priori pathological; given a definite osmolality, a wide range of ADH concentrations can be regarded as completely normal (see "normal range" in Fig. 1). Elevated ADH concentrations are meaningless if no concomitant changes in water homeostasis can be shown, i.e., decreased osmolality or impaired water excretion.

In our study, we were able to demonstrate a significant shift out of that "normal range" in subjects who suffer from delirium tremens. This shift indicates an inappropriate secretion of ADH during severe alcohol withdrawal states with subsequent overhydration. The tendency to pathologically lowered serum osmolalities in spite of increased ADH concentrations is comparable to the state of SIADH (7) and was not found in patients suffering from uncomplicated withdrawal states.

This increased and (related to osmolality) inappropriate ADH secretion is generally regarded as a rebound effect following previous chronic suppression by alcohol (17). Alternatively, elevated ADH levels may represent an unspecific epiphenomenon of severe stress or autonomic dysregulation as it is regularly seen in withdrawal states; but in general, stress-induced increase in ADH secretion is not accompanied by lowered osmolality, as in our study.

Regardless of these different hypotheses about the etiology of the inappropriate secretion of ADH, the most important pathogenic factor is, however, not the ADH elevation itself, but a possible ADH-

Table 1. *Clinical course of withdrawal syndrome (assessed with CIWA-A scale), serum vasopressin and serum osmolality in 41 patients (mean values±SE)*

|  | CIWA-A score | Vasopressin (pg/nl) | Osmolality (mosmol/kg) |
|---|---|---|---|
| Day 1 (admission) | 17.12±1.56 | 3.08±0.61 | 292±5 |
| Day 2 | 16.48±1.98 | 2.08±0.22 | 290±4 |
| Day 3 | 13.75±2.60 | 2.14±0.28 | 295±5 |
| Day 5 | 7.02±1.67 | 1.65±0.19 | 284±3 |
| Day 10 | 5.42±1.52 | 1.71±0.22 | 293±5 |

377



*Fig. 1.* Relationship between ADH, osmolality and severity of withdrawal during 10 days (mean values ± SE). Fig. 1a. Vasopressin and osmolality in the DT group ($n = 8$). Fig. 1b. Clinical course (assessed with CIWA-A scale) in the DT group. Fig. 1c. Vasopressin and osmolality in the non-DT group ($n = 33$). Fig. 1d. Clinical course in the non-DT group.

mediated hypoosmolality via renal water reabsorption. Additionally, this effect is probably strengthened by renal hypersensitivity to vasopressin: it has been shown (9) that, during chronic alcohol digestion, the kidneys increase their sensitivity to ADH, so that they can respond more efficiently to low (suppressed) levels of circulating hormone; a sudden increase of ADH concentration during withdrawal is then followed by a stronger antidiuretic response and subsequent overhydration.

These findings may explain the higher incidence of demyelinating complications in alcoholics who develop delirium tremens than in those who do not, because rapid and profound changes in osmolality are known to cause focal demyelinating lesions in cerebral white matter (18, 19). On the other hand, our results cannot explain the overall symptoms of alcohol withdrawal states as supposed by Lambie (3); in accordance with Emsley et al. (11), we found only a very weak relationship between the CIWA-A score of the nondelirious group and the corresponding ADH concentrations or osmolality.

Further research is required to establish whether SIADH in delirium tremens reflects a genuine part of the syndrome or whether it characterizes a distinct subtype of DT.

Another important question arising from our results concerns the clinical practice of generous fluid supplementation in alcohol withdrawal. At least in a subgroup of patients with severe withdrawal syndrome, there is a tendency to develop SIADH, and large fluid intakes may be subject to hazardous complications.

### References

1. Eisenhofer G, Lambie DG, Whiteside EA, Johnson RH. Vasopressin concentrations during alcohol withdrawal. Br J Addict 1985: 80: 195–199.

PAR-VASO-0008242

2. HARPER CG, KRIL JJ, DALY JM. Brain shrinkage is not caused by changes in hydration: a pathological study. J Neurol Neurosurgery Psychiatry 1988: 51: 124–127.

3. LAMBIE DG. Alcoholic brain damage and neurological symptoms of alcohol withdrawal – manifestations of overhydration. Med Hypoth 1985: 16: 377–388.

4. SHAW JM, KOLESAR GS, SELLERS EM, KAPLAN HL, SANDOR P. Development of optimal treatment tactics for alcohol withdrawal. I. Assessment and effectiveness of supportive care. J Clin Psychopharmacol 1981: 1: 382–389.

5. EISENHOFER G, JOHNSON RH. Effects of ethanol ingestion on plasma vasopressin and water balance in humans. Am J Physiol 1982: 242: R522–R527.

6. Statistical Graphics Corporation. STATGRAPHICS, Statistical graphics system (2.1), 1987.

7. ROBERTSON GL. The pathophysiology of ADH secretion. In: TOLIS G et al., ed. Clinical neuroendocrinology: a pathophysiological approach. New York: Raven Press, 1979.

8. BEARD JD, KNOTT DH. Fluid and electrolyte balance during acute withdrawal in chronic alcoholic patients. JAMA 1968: 204: 135–139.

9. ZEBALLOS GA, BASULTO J, MUNOZ CA, SALINAS-ZEBALLOS ME. Chronic alcohol ingestion: effects on water metabolism. Ann NY Acad Sci 1975: 293: 343–350.

10. SARGENT WQ, SIMPSON JR, BEARD JD. Twenty-four-hour fluid intake and renal handling of electrolytes after various doses of ethanol. Alcoholism 1980: 4: 74–83.

11. EMSLEY RA, POTGIETER A, TALJAARD JJF, COETZEE D, JOUBERT G, GLEDHILL RF. Impaired water excretion and elevated plasma vasopressin in patients with alcohol-withdrawal symptoms. Q J Med 1987: 244: 671–678.

12. BESSON JAE, GLEN AIM, FOREMAN EI et al. Nuclear magnetic resonance observations in alcoholic cerebral disorder and the role of vasopressin. Lancet 1981: 923–924.

13. MANDER AJ, WEPPNER GJ, CHICK JD, MORTON JJ, BEST JJK. An NMR study of cerebral oedema and its biological correlates during withdrawal from alcohol. Alcohol Alcohol 1988: 23: 97–102.

14. SMITH MA, CHICK J, KEAN DM et al. Brain water in chronic alcoholic patients measured by magnetic resonance imaging. Lancet 1985: 1273–1274.

15. MANDER AJ, YOUNG A, CHICK JD, RIDGWAY J, BEST JJK. NMR $T_1$ relaxation time of the brain during alcohol withdrawal and its lack of relationship with symptom severity. Br J Addict 1989: 84: 669–672.

16. SMITH MA, CHICK JD, ENGLEMAN HM et al. Brain hydration during alcohol withdrawal in alcoholics measured by magnetic resonance imaging. Drug Alcohol Depend 1988: 21: 25–28.

17. YLIKAHRI RH, HUTTUNEN MO, HÄRKÖNEN M. Hormonal changes during alcohol intoxication and withdrawal. Pharmac Biochem Behav 1980: 13 (suppl): 131–137.

18. ILLOWSKY BP, LAURENO R. Encephalopathy and myelinolysis after rapid correction of hyponatremia. Brain 1987: 110: 855–867.

19. BRUNNER JE, REDMOND JM, HAGGAR AM, KRUGER DF, ELIAS SB. Central pontine myelinolysis and pontine lesions after rapid correction of hyponatremia: a prospective magnetic resonance imaging study. Ann Neurol 1990: 27: 61–66.

PAR-VASO-0008243



European Journal of Pharmacology 446 (2002) 129–138



www.elsevier.com/locate/ejphar



# Pharmacological characterization of YM471, a novel potent vasopressin $V_{1A}$ and $V_2$ receptor antagonist

Junko Tsukada, Atsuo Tahara\*, Yuichi Tomura, Koh-ichi Wada,
Toshiyuki Kusayama, Noe Ishii, Motonori Aoki, Takeyuki Yatsu, Wataru Uchida,
Nobuaki Taniguchi, Akihiro Tanaka

*Institute for Drug Discovery Research, Yamanouchi Pharmaceutical Co. Ltd., 21 Miyukigaoka, Tsukuba, Ibaraki 305-8585, Japan*

Received 6 February 2002; received in revised form 3 May 2002; accepted 7 May 2002

## Abstract

The pharmacologic profile of YM471 ((Z)-4′-{4,4-difluoro-5-[2-(4-dimethylaminopiperidino)-2-oxoethylidene]-2,3,4,5-tetrahydro-1H-1-benzoazepine-1-carbonyl}-2-phenylbenzanilide monohydrochloride), a novel potent vasopressin $V_{1A}$ and $V_2$ receptor antagonist, was investigated using several in vitro and in vivo techniques. YM471 showed high affinity for rat vasopressin $V_{1A}$ and $V_2$ receptors, exhibiting $K_i$ values of 0.16 and 0.77 nM, respectively. In contrast, YM471 exhibited much lower affinity for rat vasopressin $V_{1B}$ and oxytocin receptors, with $K_i$ values of 10.5 $\mu$M and 31.0 nM, respectively. In conscious rats, oral administration of YM471 (0.1–3.0 mg/kg) produced dose-dependent inhibition of the pressor response caused by exogenous vasopressin and increased urine excretion and decreased urine osmolality; this effect lasted more than 8 h. In all biological assays used, YM471 exhibited no agonistic activity. These results demonstrate that YM471 exerts potent and long-lasting antagonistic activity on both vasopressin $V_{1A}$ and $V_2$ receptors, and that this compound may be a useful tool for clarifying the physiologic and pathophysiologic roles of vasopressin and the therapeutic usefulness of the vasopressin receptor antagonist. © 2002 Elsevier Science B.V. All rights reserved.

*Keywords:* YM471; Vasopressin $V_{1A}$ receptor; Vasopressin $V_2$ receptor; Nonpeptide antagonist

## 1. Introduction

The peptide hormone arginine vasopressin plays important roles in the regulation of blood pressure and fluid volume homeostasis. These effects are mediated by membrane-bound receptors located in a variety of tissues and organs. So far, three vasopressin receptor subtypes ($V_{1A}$, $V_{1B}$ and $V_2$) have been identified based on their primary structure, their coupling mechanisms, their tissue distributions and their pharmacologic properties (Birnbaumer et al., 1992; Sugimoto et al., 1994; Thibonnier et al., 1994; Morel et al., 1992; De Keyzer et al., 1994; Lolait et al., 1992). Vasopressin $V_{1A}$ receptors have been shown to be present in vascular smooth muscle cells, hepatocytes, platelets, mesangial cells, cardiomyocytes, brain, testis, adrenal glands, spinal cord and sympathetic ganglia by radioligand binding techniques. These receptors serve to mediate the contrac-

tion, proliferation and hypertrophy of cells, platelet aggregation, hepatocyte glycogenolysis, enhancement of learning and memory, and steroid secretion (Weingartner et al., 1981; Thibonnier and Roberts, 1985; Jard et al., 1986; Phillips et al., 1990; Howl et al., 1991; Guillon et al., 1982; Serradeil-Le Gal et al., 1995; Tahara et al., 1997a). Vasopressin $V_{1B}$ receptors are located in the anterior pituitary, β-cells of pancreas and adrenal medulla, where they stimulate corticotropin, insulin and catecholamine release, respectively (Jard et al., 1986; Lee et al., 1995; Grazzini et al., 1996). In contrast, vasopressin $V_2$ receptors are present in a renal epithelial cell line (LLC-PK₁), as well as in the medullary portion of the kidney, where they control water and urea reabsorption (Butlen et al., 1978; Jans et al., 1989).

Vasopressin causes potent vasoconstriction via vasopressin $V_{1A}$ receptors and induces water retention via vasopressin $V_2$ receptors, respectively; consequently, vasopressin plays an important role in regulating blood pressure as well as fluid and electrolyte homeostasis in normal physiologic and various pathophysiologic states, such as congestive heart failure, liver cirrhosis, renal disease, hyponatremia,

---

\* Corresponding author. Tel.: +81-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; fax: +81-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.

*E-mail address:* tahara@yamanouchi.co.jp (A. Tahara).

0014-2999/02/$ - see front matter © 2002 Elsevier Science B.V. All rights reserved.
PII: S0014-2999(02)01813-7

the syndrome of inappropriate antidiuretic hormone secretion, nephrotic syndrome, and dysmenorrhea (Fujisawa et al., 1993b; Naitoh et al., 1994; Laszlo et al., 1991; Mah and Hofbauer, 1987; Sorensen et al., 1995). Therefore, the development of vasopressin receptor antagonists is essential for assessing the pathophysiologic roles of vasopressin and could lead to new therapeutic agents. Recently, several orally effective nonpeptide vasopressin receptor antagonists have been discovered, namely the vasopressin $V_{1A}$ receptor-selective antagonists OPC-21268 (1-{1-[4-(3-acetylaminopropoxy)benzoyl]-4-piperidyl}-3,4-dihydro-2(1H)-quinolinone; Yamamura et al., 1991) and SR 49059 ((2S) 1-[(2R 3S)-(5-chloro-3-(2-chlorophenyl)-1-(3,4-dimethoxybenzene-sulfonyl)-3-hydroxy-2,3-dihydro-1H-indole-2-carbonyl)]-pyrrolidine-2-carboxamide; Serradeil-Le Gal et al., 1993), the vasopressin $V_2$ receptor-selective antagonists OPC-31260 (5-dimethylamino-1-{4-(2-methylbenzoylamino)benzoyl}-2,3,4,5-tetrahydro-1H-benzazepine; Yamamura et al., 1992), OPC-41061 (7-chloro-5-hydroxy-1-[2-methyl-4-(2-methylbenzoyl-amino)benzoyl]-2,3,4,5-tetrahydro-1H-1-benzazepine; Yamamura et al., 1998) and SR 121463A (1-[4-(N-tert-butyl-carbamoyl)-2-methoxybenzene sulfonyl]-5-ethoxy-3-spiro-[4-(2-morpholinoethoxy)cyclohexane]indol-2-one; equatorial isomer; Serradeil-Le Gal et al., 1996) and the vasopressin $V_{1A}/V_2$ receptor antagonist conivaptan (YM087, 4′-(2-methyl-1,4,5,6-tetrahydroimidazo[4,5-d][1]benzoazepine-6-carbonyl)-2-phenylbenzanilide monohydrochloride; Burnier et al., 1999; Yatsu et al., 1999; Matsuhisa et al., 2000).

We have previously reported on the discovery and characterization of a high-affinity mixed vasopressin $V_{1A}/V_2$ receptor antagonist, conivaptan (Tahara et al., 1997b). Although the recent identification of nonpeptide vasopressin receptor antagonists represents an important milestone in vasopressin research, it is likely that elucidation of the role of vasopressin in the pathophysiology of diseases in various

systems will require potent compounds for both animals and humans. In this study, we report on the characterization of YM471 ((Z)-4′-{4,4-difluoro-5-[2-(4-dimethylaminopiperidino)-2-oxoethylidene]-2,3,4,5-tetrahydro-1H-1-benzoazepine-1-carbonyl}-2-phenylbenzanilide monohydrochloride; Fig. 1) in rats. YM471 is the lead compound from a new chemical series of potent nonpeptide vasopressin receptor antagonists.

## 2. Materials and methods

### 2.1. Materials

The radioligands [³H]vasopressin and [³H]oxytocin with a specific activity of 80 and 50 Ci/mmol, respectively, were obtained from DuPont, New England Nuclear (Boston, MA, USA). Vasopressin and oxytocin were obtained from the Peptide Institute (Osaka, Japan). Furosemide was obtained from Sigma (St. Louis, MO, USA). YM471, SR 49059 and SR 121463A were synthesized at the Yamanouchi Pharmaceutical (Ibaraki, Japan). The structure of these compounds was determined by ¹H-nuclear magnetic resonance, mass spectrometry and elemental analysis. Their purity was measured by high-pressure liquid chromatography and was > 98%. For in vitro studies, these nonpeptide antagonists were initially dissolved in dimethylsulfoxide at $10^{-2}$ M and diluted to the desired concentration with assay buffer. The final concentration of dimethylsulfoxide in the assay buffer did not exceed 1%, a concentration at which specific [³H]vasopressin or [³H]oxytocin binding was not affected. For in vivo studies, drugs were dissolved in dimethylformamide for intravenous administration and in 0.5% methylcellulose solution for oral administration. Diethylstilbestrol dipropionate was obtained from Sigma. Bovine serum albumin was purchased from Nacalai Tesque (Kyoto, Japan). Reagents for protein assay were purchased from Bio-Rad Laboratories (Richmond, CA, USA). All other chemicals were of the highest reagent grade available.

### 2.2. Animals

Male and female Wistar rats (250–300 g) were used as indicated. All animals were housed in communal cages and maintained on a 12-h light/dark cycle with food and water available ad libitum. All experimental procedures involving animals or animal tissues conformed to the regulations of the Animal Ethical Committee of Yamanouchi Pharmaceutical and "The Guide for the Care and Use of Laboratory Animals" (U.S. Department of Health and Human Services, 1985 NIH Publication No. 86-23).

### 2.3. Binding assays

Rats were anesthetized with ether and killed by decapitation; the liver, kidneys, pituitary gland and uterus were



Fig. 1. Chemical structure of YM471, (Z)-4′-{4,4-difluoro-5-[2-(4-dimethylaminopiperidino)-2-oxoethylidene]-2,3,4,5-tetrahydro-1H-1-benzoazepine-1-carbonyl}-2-phenylbenzanilide monohydrochloride.

quickly removed. All subsequent preparative steps were carried out at 4 °C. Membrane preparations from rat liver (Nakamura et al., 1983), kidney (Campbell et al., 1972) and pituitary (Lutz-Bucher and Koch, 1983) were prepared as previously described. Uterine plasma membranes were prepared by the method of Pettibone et al. (1990) from uterine tissue isolated from female Wistar rats treated with diethylstilbestrol dipropionate at 0.3 mg/kg i.p. 18–24 h before isolation. For saturation binding studies, membrane preparations were incubated with various concentrations of [$^3$H]vasopressin or [$^3$H]oxytocin (0.1–3.0 nM). For competition studies, radioligand (0.5–1.0 nM) was added to each membrane preparation, which was incubated with various concentrations of test compounds in 250 μl of assay buffer containing 50 mM Tris–HCl, pH 7.4, 10 mM MgCl$_2$ and 0.1% bovine serum albumin. The binding reactions were initiated by the addition of the plasma membrane preparations and incubations were for 60 min at 25 °C, which allowed equilibrium to be established. After incubation, the reaction was terminated by the addition of 3 ml of ice-cold Tris buffer (50 mM Tris–HCl, pH 7.4, and 10 mM MgCl$_2$) followed immediately by rapid filtration through 96-well GF/B UniFilter Plates using a MicroMate Cell Harvester (Packard Instrument, Meriden, CT, USA). The filters were rinsed twice and the radioactivity retained on the filters was counted with a TopCount Microplate Scintillation Counter (Packard Instrument). Nonspecific binding was determined using 1 μM unlabeled vasopressin or oxytocin. Specific binding was calculated as the total binding minus nonspecific binding. The concentration of test compound that caused 50% inhibition (IC$_{50}$) of the specific binding of [$^3$H]vasopressin or [$^3$H]oxytocin was determined by regression analysis of displacement curves. The inhibitory dissociation constant ($K_i$) was calculated from the following formula (Cheng and Prusoff, 1973): $K_i = IC_{50}/(1+[L]/K_D)$, where [$L$] is the concentration of radioligand present in the tubes and $K_D$ is the dissociation constant of radioligand obtained from the saturation studies. Data were analyzed using the GraphPAD PRISM (GraphPAD Software, San Diego, CA, USA).

## 2.4. Inhibition of pressor response to vasopressin in pithed rats

Male Wistar rats were anesthetized with sodium pentobarbital (60 mg/kg i.p.) and the left carotid artery was cannulated with a polyethylene tube (PE-50) to measure blood pressure with a pressure transducer (AP-200T; Nihon Kohden; Tokyo, Japan), and heart rate with a cardiotachometer (AT-200T; Nihon Kohden) triggered by the blood pressure pulse wave. The left femoral vein was cannulated for intravenous administration of vasopressin and YM471. The vagus nerve was bilaterally resected at the neck to prevent reflex actions, indirect bradycardia due to the systemic vasoconstriction and cardiac parasympathetic nerve activation induced by vasopressin. Rats were pithed by

inserting a steel rod through the orbit and foramen magnum down the whole length of the spinal canal. Immediately after pithing, the rats were artificially ventilated with a tidal volume of 0.01 ml/g body weight at a frequency of 50 cycles/min using a rodent ventilator (SN-480-4; Shinano Seisakusho; Tokyo, Japan). Rats were kept warm at 37 °C by means of a thermostatically controlled heating board. After arterial blood pressure and heart rate had stabilized, YM471 or the vehicle was administered intravenously (0.1 ml/kg) 5 min before the injection of vasopressin (30 mU/kg i.v.). The dose of antagonist causing a 50% inhibition of the pressor response induced by vasopressin (ID$_{50}$) was calculated from peak inhibition percentage with several doses of antagonist.

## 2.5. Inhibition of pressor response to vasopressin in conscious normotensive rats

Male Wistar rats were anesthetized with sodium pentobarbital (60 mg/kg i.p.). The left carotid artery was cannulated with a polyethylene tube (PE-50) to measure blood pressure. The catheter passed subcutaneously to the back, where it exited at the neck, and was filled with saline containing heparin. For 1–2 days, rats recovered from the operation; during this time, they were allowed free access to rat food and water. Measurement of blood pressure and heart rate was as previously described. This configuration permitted direct recording of arterial blood pressure and heart rate in individually housed, conscious, and unrestrained animals. The left femoral vein was cannulated for intravenous administration of vasopressin. After calibration of pressure transducers and an appropriate equilibration period, exogenous vasopressin (30 mU/kg) sufficient to induce a rise in diastolic blood pressure of 40–60 mm Hg was injected intravenously (50 μl/100 g in saline) two or three times at 15-min intervals to establish a reproducible control pressor response and subsequently at 30, 60, 90, 120, 180, 240, 360 and 480 min after a single p.o. dose of YM471 or the vehicle. Percentage of inhibition of the pressor response to exogenous vasopressin challenges during the subsequent 8-h period was used to measure vasopressin inhibition.

## 2.6. Aquaretic effect in dehydrated conscious rats

Male Wistar rats were deprived of drinking water for 16–20 h to stimulate endogenous vasopressin secretion. After YM471 or the vehicle was administered intravenously or orally, spontaneously voided urine was collected for 2 h using a metabolic cage.

## 2.7. Aquaretic effect in normally hydrated conscious rats

Male Wistar rats were housed individually in metabolic cages with water and food ad libitum for 2–3 days before the experiments. YM471, furosemide, or the vehicle was administered orally to hydrated conscious rats by gavage (5



Fig. 2. Displacement of the specific binding of [$^3$H]vasopressin or [$^3$H]oxytocin to rat liver vasopressin V$_{1A}$, kidney V$_2$, pituitary V$_{1B}$ and uterus oxytocin receptors by YM471. Specific binding of [$^3$H]vasopressin or [$^3$H]oxytocin is expressed as a percentage of control binding. Results are representative data from three to seven independent experiments performed in duplicate. The combined results of all experiments are summarized in Table 1.

ml/kg). After treatment, each rat was placed in its own metabolic cage and provided with food and water ad libitum and spontaneously voided urine was collected at 2-h intervals for 10 h or for 4 h. After the volume of collected urine was measured, a portion was centrifuged at 2000 × $g$ for 10 min. The supernatant was used for measurement of urinary variables. After urine sampling, the rats were decapitated, and trunk blood was collected into a tube to obtain plasma by centrifugation at 2000 × $g$ for 15 min. Plasma and urine osmolality were measured by the freezing point depression method, using an osmometer (Model 3C2; Advanced Instruments; Needham Heights, MA, USA). Free water clearance ($C_{H_2O}$) was calculated as the urine flow rate minus osmolal clearance ($C_{osm}$ = urine flow rate × urine osmolality/plasma osmolality). Plasma and urinary Na$^+$ and K$^+$ concentrations were measured using a flame photometer (Model 710; Hitachi, Tokyo, Japan). Plasma vasopressin concentration was measured with a vasopressin RIA kit (Mitsubishi Yuka





Fig. 3. (A) Vasopressin-induced dose–pressor response curve in pithed rats. (B) Inhibitory effect of intravenous administration of YM471 on the pressor response induced by vasopressin in pithed rats. YM471 was given 5 min before the injection of vasopressin (30 mU/kg i.v.). Values are means ± S.E.M. for six animals in each group.

Bio-chemical Laboratories, Tokyo, Japan) after Sep-Pak C18 extraction.

## 2.8. Statistical procedures

Experimental results are expressed as the means ± S.E.M. For in vivo studies, data were analyzed by one-way analysis

Table 1
Affinity of nonpeptide vasopressin receptor antagonists for rat vasopressin and oxytocin receptor subtypes

| Compound | $K_i$ (nM) | | | |
|---|---|---|---|---|
| | Vasopressin | | | Oxytocin[a] receptors |
| | V$_{1A}$ receptors | V$_2$ receptors | V$_{1B}$ receptors | |
| YM471 | 0.16 ± 0.04 | 0.77 ± 0.16 | 10,500 ± 500 | 31.0 ± 10.2 |
| Conivaptan[b] | 0.48 ± 0.07 | 3.04 ± 1.51 | >100,000 | 44.4 ± 13.1 |
| SR 49059 | 1.43 ± 0.17 | 285 ± 36 | 206 ± 46 | 83.9 ± 20.3 |
| SR 121463A | 5480 ± 520 | 2.83 ± 0.94 | 3840 ± 1600 | 984 ± 258 |

Values represent means ± S.E.M. obtained from three to seven independent experiments performed in duplicate.

[a] Competition experiments with [$^3$H]oxytocin.

[b] Corresponding values of conivaptan were taken from previously published data (Tahara et al., 1997b).



Fig. 4. Time course of the inhibitory effect of oral administration of YM471 (▲, 0.1; □, 0.3; ◆, 1.0 mg/kg) or the vehicle (○) on exogenous vasopressin (30 mU/kg i.v.)-induced hypertension in conscious rats. Each rat was treated with a single p.o. dose of the vehicle or YM471. Values are means ± S.E.M. for six animals in each group. *$P < 0.05$ compared with the vehicle group.



Fig. 5. Urine volume and osmolality in dehydrated conscious rats over a 2-h collection period after (A) intravenous or (B) oral administration of YM471 or the vehicle. Values are means±S.E.M. for five animals in each group. *$P<0.05$ compared with the vehicle group.

of variance. When overall statistically significant differences were detected ($P<0.05$), Dunnett's multiple range test was used to compare each of the doses to the vehicle control.

## 3. Results

### 3.1. Radioligand binding studies

YM471 showed high affinity for rat liver vasopressin $V_{1A}$ and kidney $V_2$ receptors (Fig. 2, Table 1); measured $K_i$ values were $0.16 \pm 0.04$ nM for $V_{1A}$ and $0.77 \pm 0.16$ nM for $V_2$ receptors. The affinity of YM471 for vasopressin $V_{1A}$ receptors was nine and three times higher than that of SR 49059 ($K_i = 1.43 \pm 0.17$ nM) and conivaptan ($K_i = 0.48 \pm 0.07$ nM), whereas that for vasopressin $V_2$ receptors was four times higher than that of SR 121463A ($K_i = 2.83 \pm 0.94$ nM) and conivaptan ($K_i = 3.04 \pm 1.51$ nM). In contrast, YM471 exhibited low affinity for rat pituitary vasopressin $V_{1B}$ and uterus oxytocin receptors with $K_i$ values of $10.5 \pm 0.5$ μM and $31.0 \pm 10.2$ nM, respectively.

### 3.2. Inhibition of pressor response to vasopressin in pithed rats

In pithed rats, intravenous administration of vasopressin dose-dependently induced a transient rise in diastolic blood pressure (Fig. 3A). Intravenous administration of



Fig. 6. Time course of YM471 action on urine flow rate and osmolality after oral administration to hydrated conscious rats. The aquaretic effect was measured by collecting urine at 2-h intervals for 10 h after oral administration of YM471 or the vehicle. Values are means±S.E.M. for five animals in each group. *$P<0.05$ compared with the vehicle group.

Table 2
Effect of oral administration of YM471 on urine volume, osmolality, and urinary electrolyte excretion in hydrated conscious rats

|  | Compound | Time after administration (h) | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 0–2 | 2–4 | 4–6 | 6–8 | 8–10 | 0–10 |
| Urine volume (ml) | vehicle | 1.55 ± 0.18 | 0.66 ± 0.17 | 0.72 ± 0.10 | 0.50 ± 0.14 | 0.64 ± 0.23 | 4.07 ± 0.28 |
|  | YM471 | 8.08 ± 2.96* | 13.2 ± 2.7* | 5.92 ± 3.86 | 3.30 ± 2.25 | 1.61 ± 0.84 | 32.1 ± 10.2* |
| Urine osmolality (mOsm/kg) | vehicle | 1310 ± 210 | 1610 ± 200 | 1720 ± 160 | 2040 ± 290 | 1940 ± 240 | 1630 ± 170 |
|  | YM471 | 587 ± 185* | 387 ± 82* | 649 ± 131* | 847 ± 229* | 932 ± 302* | 477 ± 112* |
| Urinary Na⁺ excretion (µEq) | vehicle | 204 ± 32.8 | 89.5 ± 41.9 | 144 ± 31 | 58.5 ± 21.1 | 45.1 ± 21.6 | 542 ± 98 |
|  | YM471 | 200 ± 13 | 318 ± 28* | 139 ± 25 | 129 ± 26 | 92.2 ± 34.3 | 878 ± 69* |
| Urinary K⁺ excretion (µEq) | vehicle | 291 ± 40 | 191 ± 60 | 181 ± 31 | 158 ± 45 | 241 ± 80 | 1060 ± 90 |
|  | YM471 | 548 ± 29* | 637 ± 36* | 245 ± 105 | 166 ± 45 | 107 ± 30 | 1700 ± 190* |

The aquaretic effect was measured by collecting urine at 2-h intervals for 10 h after oral administration of YM471 (3 mg/kg) or the vehicle in hydrated conscious rats. Values represent means±S.E.M. for five animals in each group.
  * $P<0.05$ compared with the vehicle group.

YM471 (1.0–10 µg/kg) inhibited this exogenous vasopressin (30 mU/kg)-induced pressor response dose-dependently, exhibiting an $ID_{50}$ value of 2.7 µg/kg (Fig. 3B). YM471 exhibited no agonistic property in this model.

### 3.3. Inhibition of pressor response to vasopressin in conscious normotensive rats

In conscious normotensive rats, bolus injection of vasopressin (30 mU/kg) produced a transient increase in dias-



Fig. 7. Effects of oral administration of YM471 (1 and 3 mg/kg) or furosemide (30 and 100 mg/kg) on urinary and plasma variables in hydrated conscious rats. Values are means±S.E.M. for five animals in each group. *$P<0.05$ compared with the vehicle group.

PAR-VASO-0008249

tolic blood pressure (40–60 mm Hg). Oral administration of YM471 (0.1–1.0 mg/kg) produced a dose-dependent inhibition of the pressor response to exogenous vasopressin without changing basal blood pressure and heart rate (Fig. 4). Vasopressin receptor agonistic activity was not observed in that there was no significant increase in blood pressure with doses of YM471 that strongly inhibited the pressor response to vasopressin. The maximal inhibitory effect of YM471 at each dose occurred 3–4 h after oral administration. Maximal inhibitory effects of YM471 at 0.1, 0.3 and 1.0 mg/kg were approximately 16%, 69% and 81%, respectively, and the $ID_{50}$ value was 0.27 mg/kg. YM471 at 1.0 mg/kg caused potent inhibition of the vasopressin-induced pressor response and this inhibition was still evident 8 h after dosing, demonstrating the long-lasting oral effectiveness of YM471 in counteracting the hypertensive response to vasopressin in vivo.

### 3.4. Aquaretic effect in dehydrated conscious rats

In dehydrated conscious rats, intravenous administration (0.01–0.3 mg/kg) and oral administration (0.1–3.0 mg/kg) of YM471 dose-dependently caused a significant increase in urine volume and a concomitant decrease in urine osmolality (Fig. 5).

### 3.5. Aquaretic effect in normally hydrated conscious rats

In hydrated conscious rats, oral administration of YM471 (0.3–3.0 mg/kg) dose-dependently increased urine excretion and decreased urine osmolality (Fig. 6). This effect was significant from 1.0 mg/kg on urine osmolality and at a dose of 3.0 mg/kg on urine excretion and reached its maximal effect 2–4 h after administration of YM471. The effects of the highest dose (3.0 mg/kg) lasted more than 8 h. Table 2 summarizes the effects of YM471 on urinary $Na^+$ and $K^+$ excretion. Oral administration of YM471 (0.3 and 1.0 mg/kg) had no measurable effect on urinary $Na^+$ and $K^+$ excretion (data not shown); however, the 3.0 mg/kg dose caused a significant increase. YM471 exhibited no antidiuretic property in this model.

### 3.6. Comparison of YM471 and furosemide

The doses of YM471 and furosemide that had a similar effect on the extracellular volume were determined. Oral administration of YM471 (1 and 3 mg/kg) and furosemide (30 and 100 mg/kg) increased urine volume to about 15 and 35 times that of the control at 4 h postdosing, respectively (Fig. 7A). There were no differences in urine volume between the YM471 and furosemide groups at both the low doses and high doses. Both YM471 and furosemide dose-dependently decreased urine osmolality (Fig. 7B). Furosemide caused a dose-dependent increase in urinary electrolyte ($Na^+$ and $K^+$) excretion (Fig. 7C, Table 3). Although YM471 also increased urinary electrolyte excretion, the extent of the increase was smaller than that seen in furosemide-treated groups. YM471 and furosemide significantly elevated the plasma vasopressin concentration and plasma osmolality to the same extent (Fig. 7D,E). YM471 significantly elevated the plasma electrolyte ($Na^+$ and $K^+$) concentration, but furosemide significantly decreased it (Fig. 7F, Table 3). YM471 markedly elevated free water clearance to a positive value. In contrast, furosemide elevated only osmolal clearance but not free water clearance (Fig. 7G,H).

## 4. Discussion

In receptor binding studies, YM471 potently inhibited [$^3$H]vasopressin binding to rat vasopressin $V_{1A}$ and $V_2$ receptors at subnanomolar concentrations. In contrast, YM471 showed much lower affinity for rat vasopressin $V_{1B}$ and oxytocin receptors. These results indicate that YM471 possesses potent affinity and selectivity for vasopressin $V_{1A}$ and $V_2$ receptors. In vivo studies, YM471 potently and dose-dependently antagonized the pressor response to exogenous vasopressin and exerted an aquaretic effect. Additionally, these effects lasted for more than 8 h if YM471 was given at a dose of 1.0 mg/kg or higher, demonstrating that YM471 exerted a long-lasting oral effect. The systemic bioavailability, estimated by the ratio of the dose-normalized area under the plasma concentration–time curve of YM471 (1 mg/kg i.v. and 10 mg/kg p.o.), amounted to 23.3% in rats

Table 3
Effect of oral administration of YM471 and furosemide on urinary electrolyte excretion and plasma electrolyte concentration in hydrated conscious rats

| Compound | Dose (mg/kg) | Urinary electrolyte excretion (µEq/4 h) | | Plasma electrolyte concentration (mEq/l) | |
|---|---|---|---|---|---|
| | | $Na^+$ | $K^+$ | $Na^+$ | $K^+$ |
| Vehicle | | 98.8 ± 20.3 | 145 ± 19 | 172 ± 0.5 | 4.10 ± 0.22 |
| YM471 | 1 | 169 ± 15 | 183 ± 46 | 173 ± 1.2 | 4.74 ± 0.08* |
| | 3 | 430 ± 30* | 350 ± 140 | 183 ± 0.6* | 5.39 ± 0.05* |
| Furosemide | 30 | 986 ± 147* | 267 ± 44 | 160 ± 0.5* | 3.50 ± 0.10* |
| | 100 | 2470 ± 180* | 701 ± 94* | 154 ± 0.3* | 3.19 ± 0.09* |

The diuretic effect was measured by collecting urine for 4 h after oral administration of YM471 (1 and 3 mg/kg), furosemide (30 and 100 mg/kg) or the vehicle in hydrated conscious rats. Values represent means ± S.E.M. for five animals in each group.

\* $P < 0.05$ compared with the vehicle group.

PAR-VASO-0008250

and 28.1% in dogs, respectively, after oral administration (unpublished data). In contrast, YM471 alone exhibited no pressor activity or antidiuretic properties at these intravenous and oral doses in vivo. Furthermore, in the absence of vasopressin, YM471 did not increase the intracellular $Ca^{2+}$ concentration in Chinese hamster ovary (CHO) cells expressing human vasopressin $V_{1A}$ receptors and cAMP production in CHO cells expressing human $V_2$ receptors (Tsukada et al., 2001), indicating that YM471 possesses no agonistic activity at vasopressin $V_{1A}$ and $V_2$ receptors. These results show that YM471 exerts potent and long-lasting antagonistic activity without agonistic properties at both vasopressin $V_{1A}$ and $V_2$ receptors in vivo.

Vasopressin is a neuroendocrine factor which regulates potent systemic vasoconstriction through vasopressin $V_{1A}$ receptors as well as water retention through $V_2$ receptors. Elevation of plasma vasopressin increases peripheral vascular resistance and body fluid retention, leading to a deterioration of cardiac function and water-retaining states. Indeed, several experimental and clinical studies have demonstrated elevated plasma levels of vasopressin in various water-retaining conditions including congestive heart failure (Szatalowicz et al., 1981; Goldsmith et al., 1986; Gines and Jimenez, 1996; Burmeister et al., 1986; Pyo et al., 1995; Manoogian et al., 1988; Cowley et al., 1981). Moreover, the aquaporin-2 water channel, which controls the water permeability of the collecting duct under the regulation of vasopressin, is markedly up-regulated in these diseases (Xu et al., 1997; Fernandez-Llama et al., 1999; Schrier et al., 1998; Fujita et al., 1995). These observations suggest that vasopressin is one of the most important neurohormones implicated in the pathophysiology of various water-retaining conditions such as congestive heart failure, hyponatremia, cirrhosis, nephrotic syndrome, the syndrome of inappropriate antidiuretic hormone secretion and hypertension (Fujisawa et al., 1993b; Naitoh et al., 1994; Bichet et al., 1982). Thus, a vasopressin receptor antagonist may be a valuable therapeutic agent in the treatment of these chronic disorders.

In the pathological condition of congestive heart failure, vasopressin promotes the renal reabsorption of water, and thus blockade of vasopressin action through vasopressin $V_2$ receptors, to correct the abnormal water retention, might be useful in the treatment of heart failure (Nishikimi et al., 1996; Fujisawa et al., 1993a). In the present study, YM471 increased urine volume, decreased urine osmolality and markedly elevated free water clearance to a positive value. In contrast, furosemide also increased urine volume, but elevated only osmolal clearance but not free water clearance. These results suggest that YM471 and furosemide exert an aquaretic and a natriuretic effect, respectively. These differences in the mode of diuretic action reflected the changes in plasma electrolyte levels. YM471 elevated plasma electrolyte levels, but furosemide decreased them and caused hyponatremia and hypokalemia. This aquaretic effect of YM471 is clinically important for the treatment of

water-retaining diseases such as congestive heart failure and liver cirrhosis, because dilutional hyponatremia and hypokalemia frequently develop secondarily to these diseases. Especially, the plasma $Na^+$ level is one of the most powerful predictors of cardiovascular mortality, with hyponatremic patients showing a substantially shorter survival than patients with a normal plasma $Na^+$ level (Lee and Packer, 1986; Martin and Schrier, 1997). These results indicate that YM471 may be beneficial in the treatment of water-retaining diseases without the well-known side effects of conventional saliuretics, such as hyponatremia or hypokalemia.

In the present study, YM471 significantly increased urinary $Na^+$ and $K^+$ excretion, but the extent of the increase was lower than that seen in furosemide-treated rats. It was previously demonstrated that vasopressin $V_2$ receptor antagonists increased urinary electrolyte excretion in rats (Tomura et al., 1999; Yamamura et al., 1998) but not in dogs (Yamashita et al., 1993) or humans (Shimizu, 1995). These findings are consistent with some reports that rats and mice possess vasopressin-sensitive adenylate cyclase activity in the thick ascending limb of Henle's loop, whereas dogs and humans do not (Chabardes et al., 1977; Morel, 1981; Ruggles et al., 1985). Therefore, the present results suggest that YM471 inhibits electrolyte absorption at the vasopressin-sensitive segment in the thick ascending limb of Henle's loop.

YM471 possesses high affinity for, and exerts potent antagonistic activity at, vasopressin $V_{1A}$ receptors. Several experimental and clinical studies have demonstrated that vasopressin $V_{1A}$ receptor antagonists cause significant hemodynamic improvement with decreased peripheral vascular resistance in congestive heart failure and hypertension (Raya et al., 1990; Naitoh et al., 1994, 1997; Nicod et al., 1985; Yamada et al., 1994; Burrell et al., 1994, 1995). These results indicate that vasopressin contributes to the raised peripheral vascular resistance in congestive heart failure and hypertension through vasopressin $V_{1A}$ receptors (Wang et al., 1991), and that YM471 may be therapeutically useful in the treatment of these circulatory diseases.

In summary, the present in vitro and in vivo assay results indicate that YM471 is an orally active, nonpeptide dual vasopressin $V_{1A}$ and $V_2$ receptor antagonist with high affinity and potency. Furthermore, this compound is devoid of vasopressin-like agonist activity. Therefore, YM471 will not only be useful for elucidating the physiologic and pathophysiologic roles of vasopressin, but also for studying the etiology and possible treatment of diseases such as heart failure, hyponatremia and the syndrome of inappropriate antidiuretic hormone secretion.

## Acknowledgements

The authors acknowledge Dr. Toichi Takenaka, Dr. Takeshi Fujikura, Dr. Noboru Satoh, Dr. Isao Yanagisawa, Dr. Gensei Kon, Dr. Osamu Inagaki, Dr. Hisataka Shikama,

Dr. Nobuyuki Yamamoto and Dr. Kazuo Honda (Yamanouchi Pharmaceutical) for their valuable comments and continuing encouragement.

## References

Bichet, D., Szatalowicz, V., Chaimovitz, C., Schrier, R.W., 1982. Role of vasopressin in abnormal water excretion in cirrhotic patients. Ann. Intern. Med. 96, 413–417.

Birnbaumer, M., Seibold, A., Gilbert, S., Ishido, M., Barberis, C., Antaramian, A., Brabet, P., Rosenthal, W., 1992. Molecular cloning of the receptor for human antidiuretic hormone. Nature 357, 333–335.

Burmeister, P., Scholmerich, J., Diener, W., Gerok, W., 1986. Renin, aldosterone and arginine vasopressin in patients with liver cirrhosis: the influence of ascites retransfusion. Eur. J. Clin. Investig. 16, 117–123.

Burnier, M., Fricker, A.F., Hayoz, D., Nussberger, J., Brunner, H.R., 1999. Pharmacokinetic and pharmacodynamic effects of YM087, a combined $V_1/V_2$ vasopressin receptor antagonist in normal subjects. Eur. J. Clin. Pharmacol. 55, 633–637.

Burrell, L.M., Phillips, P.A., Stephenson, J.M., Risvanis, J., Rolls, K.A., Johnston, C.I., 1994. Blood pressure-lowering effect of an orally active vasopressin V1 receptor antagonist in mineralocorticoid hypertension in the rat. Hypertension 23, 737–743.

Burrell, L.M., Phillips, P.A., Risvanis, J., Aldred, K.L., Hutchins, A.M., Johnston, C.I., 1995. Attenuation of genetic hypertension after short-term vasopressin V1A receptor antagonism. Hypertension 26, 828–834.

Butlen, D., Guillon, G., Rajerison, R.M., Jard, S., Sawyer, W.H., Manning, M., 1978. Structural requirements for activation of vasopressin-sensitive adenylate cyclase, hormone binding, and antidiuretic actions: effects of highly potent analogues and competitive inhibitors. Mol. Pharmacol. 14, 1006–1017.

Campbell, B.J., Woodward, G., Borberg, V., 1972. Calcium-mediated interactions between the antidiuretic hormone and renal plasma membranes. J. Biol. Chem. 247, 6167–6175.

Chabardes, D., Imbert-Teboul, M., Gagnan-Brunette, M., Morel, F., 1977. Different hormonal target sites along the mouse and rabbit nephrons. Curr. Probl. Clin. Biochem. 8, 447–454.

Cheng, Y., Prusoff, W.H., 1973. Relationship between the inhibition constant ($K_i$) and the concentration of inhibitor which causes 50 per cent inhibition ($IC_{50}$) of an enzymatic reaction. Biochem. Pharmacol. 22, 3099–3108.

Cowley Jr., A.W., Cushman, W.C., Quillen Jr., E.W., Skelton, M.M., Langford, H.G., 1981. Vasopressin elevation in essential hypertension and increased responsiveness to sodium intake. Hypertension 3, 93–100.

De Keyzer, Y., Auzan, C., Lenne, F., Beldjord, C., Thibonnier, M., Bertagna, X., Clauser, E., 1994. Cloning and characterization of the human V3 pituitary vasopressin receptor. FEBS Lett. 356, 215–220.

Fernandez-Llama, P., Turner, R., Dibona, G., Knepper, M.A., 1999. Renal expression of aquaporins in liver cirrhosis induced by chronic common bile duct ligation in rats. J. Am. Soc. Nephrol. 10, 1950–1957.

Fujisawa, G., Ishikawa, S., Okada, K., Sakuma, N., Tsuboi, Y., Saito, T., 1993a. Improvement by a non-peptide vasopressin antagonist OPC-31260 of water retention in experimental rats with myocardial infarction. J. Am. Soc. Nephrol. 4, 852.

Fujisawa, G., Ishikawa, S., Tsuboi, Y., Okada, K., Saito, T., 1993b. Therapeutic efficacy of non-peptide ADH antagonist OPC-31260 in SIADH rats. Kidney Int. 44, 19–23.

Fujita, N., Ishikawa, S., Sasaki, S., Fujisawa, G., Fushimi, K., Marumo, F., Saito, T., 1995. Role of water channel AQP-CD in water retention in SIADH and cirrhotic rats. Am. J. Physiol. 269, F926–F931.

Gines, P., Jimenez, W., 1996. Aquaretic agents: a new potential treatment of dilutional hyponatremia in cirrhosis. J. Hepatol. 24, 506–512.

Goldsmith, S.R., Francis, G.S., Cowley Jr., A.W., Goldenberg, I.F., Cohn, J.N., 1986. Hemodynamic effects of infused arginine vasopressin in congestive heart failure. J. Am. Coll. Cardiol. 8, 779–783.

Grazzini, E., Lodboerer, A.M., Perez-Martin, A., Joubert, D., Guillon, G., 1996. Molecular and functional characterization of $V_{1b}$ vasopressin receptor in rat adrenal medulla. Endocrinology 137, 3906–3914.

Guillon, G., Butlen, D., Cantau, B., Barth, T., Jard, S., 1982. Kinetic and pharmacological characterization of vasopressin membrane receptors from human kidney medulla: relation to adenylate cyclase activation. Eur. J. Pharmacol. 85, 291–304.

Howl, J., Ismail, T., Strain, A.J., Kirk, C.J., Anderson, D., Wheatley, M., 1991. Characterization of the human liver vasopressin receptor. Biochem. J. 276, 189–195.

Jans, D.A., Peters, R., Zsigo, J., Fahrenholz, F., 1989. The adenylate cyclase-coupled vasopressin $V_2$-receptor is highly laterally mobile in membranes of LLC-PK1 renal epithelial cells at physiological temperature. EMBO J. 8, 2481–2488.

Jard, S., Gaillard, R.C., Guillon, G., Marie, J., Schoenenberg, P., Muller, A.F., Manning, M., Sawyer, W.H., 1986. Vasopressin antagonists allow demonstration of a novel type of vasopressin receptor in the rat adenohypophysis. Mol. Pharmacol. 30, 171–177.

Laszlo, F.A., Laszlo Jr., F., De Wied, D., 1991. Pharmacology and clinical perspectives of vasopressin antagonists. Pharmacol. Rev. 43, 73–108.

Lee, W.H., Packer, M., 1986. Prognostic importance of serum sodium concentration and its modification by converting-enzyme inhibition in patients with severe chronic heart failure. Circulation 73, 257–267.

Lee, B., Yang, C., Chen, T.H., Al-Azawi, N., Hsu, W.H., 1995. Effect of AVP and oxytocin on insulin release: involvement of $V_{1b}$ receptors. Am. J. Physiol. 269, E1095–E1100.

Lolait, S.J., O'Carroll, A.M., McBride, O.W., Konig, M., Morel, A., Brownstein, M.J., 1992. Cloning and characterization of a vasopressin V2 receptor and possible link to nephrogenic diabetes insipidus. Nature 357, 336–339.

Lutz-Bucher, B., Koch, B., 1983. Characterization of specific receptors for vasopressin in the pituitary gland. Biochem. Biophys. Res. Commun. 115, 492–498.

Mah, S.C., Hofbauer, K.G., 1987. Antagonists of arginine-vasopressin: experimental and clinical applications. Drugs Future 12, 1055–1070.

Manoogian, C., Pandian, M., Ehrlich, L., Fisher, D., Horton, R., 1988. Plasma atrial natriuretic hormone levels in patients with the syndrome of inappropriate antidiuretic hormone secretion. J. Clin. Endocrinol. Metab. 67, 571–575.

Martin, P.Y., Schrier, R.W., 1997. Pathogenesis of water and sodium retention in cirrhosis. Kidney Int. 59, S43–S49.

Matsuhisa, A., Taniguchi, N., Koshio, H., Yatsu, T., Tanaka, A., 2000. Nonpeptide arginine vasopressin antagonists for both $V_{1A}$ and $V_2$ receptors: synthesis and pharmacological properties of 4-(1,4,5,6-tetrahydroimidazo[4',5-d][1]benzoazepine-6-carbonyl)benzanilide derivatives and 4'-(5,6-dihydro-4H-thiazolo[5,4-d] [1]benzoazepine-6-carbonyl)benzanilide derivatives. Chem. Pharm. Bull. 48, 21–31.

Morel, F., 1981. Sites of hormone action in the mammalian nephron. Am. J. Physiol. 240, F159–F164.

Morel, A., O'Carroll, A.M., Brownstein, M.J., Lolait, S.J., 1992. Molecular cloning and expression of a rat $V_{1a}$ arginine vasopressin receptor. Nature 356, 523–526.

Naitoh, M., Suzuki, H., Murakami, M., Matsumoto, A., Arakawa, K., Ichihara, A., Nakamichi, H., Oka, K., Yamamura, Y., Saruta, T., 1994. Effects of oral AVP receptor antagonists OPC-21268 and OPC-31260 on congestive heart failure in conscious dogs. Am. J. Physiol. 267, H2245–H2254.

Naitoh, M., Burrell, L.M., Risvanis, J., Aldred, K.L., Rockell, M.D., Johnston, C.I., Phillips, P.A., 1997. Modulation of genetic hypertension by short-term AVP V1A or V2 receptor antagonism in young SHR. Am. J. Physiol. 272, F229–F234.

Nakamura, T., Tomomura, A., Noda, C., Shimoji, M., Ichihara, A., 1983. Acquisition of a beta-adrenergic response by adult rat hepatocytes during primary culture. J. Biol. Chem. 258, 9283–9289.

Nicod, P., Waeber, B., Bussien, J.P., Goy, J.J., Turini, G., Nussberger, J., Hofbauer, K.G., Brunner, H.R., 1985. Acute hemodynamic effect of a

vascular antagonist of vasopressin in patients with congestive heart failure. Am. J. Cardiol. 55, 1043–1047.

Nishikimi, T., Kawano, Y., Saito, Y., Matsuoka, H., 1996. Effect of long-term treatment with selective vasopressin V1 and V2 receptor antagonist on the development of heart failure in rats. J. Cardiovasc. Pharmacol. 27, 275–282.

Pettibone, D.J., Woyden, C.J., Totaro, J.A., 1990. Identification of functional oxytocin receptors in lactating rat mammary gland in vitro. Eur. J. Pharmacol. 188, 235–241.

Phillips, P.A., Abrahams, J.M., Kelly, J.M., Mooser, V., Trinder, D., Johnston, C.I., 1990. Localization of vasopressin binding sites in rat tissues using specific $V_1$ and $V_2$ selective ligands. Endocrinology 126, 1478–1484.

Pyo, H.J., Summer, S.N., Niederberger, M., Kim, J.K., Schrier, R.W., 1995. Arginine vasopressin gene expression in rats with puromycin-induced nephrotic syndrome. Am. J. Kidney Dis. 25, 58–62.

Raya, T.E., Gay, R.G., Goldman, S., 1990. Selective vasopressin inhibition in rats with heart failure decreases afterload and results in venodilatation. J. Pharmacol. Exp. Ther. 255, 1015–1020.

Ruggles, B.T., Murayama, N., Werness, J.L., Gapstur, S.M., Bentley, M.D., Dousa, T.P., 1985. The vasopressin-sensitive adenylate cyclase in collecting tubules and in thick ascending limb of Henle's loop of human and canine kidney. J. Clin. Endocrinol. Metab. 60, 914–921.

Schrier, R.W., Fassett, R.G., Ohara, M., Martin, P.Y., 1998. Vasopressin release, water channels, and vasopressin antagonism in cardiac failure, cirrhosis, and pregnancy. Proc. Assoc. Am. Physicians 110, 407–411.

Serradeil-Le Gal, C., Wagnon, J., Garcia, C., Lacour, C., Guiraudou, P., Christophe, B., Villanova, G., Nisato, D., Maffrand, J.P., Le Fur, G., Guillon, G., Cantau, B., Barberis, C., Trueba, M., Ala, Y., Jard, S., 1993. Biochemical and pharmacological properties of SR 49059, a new, potent, nonpeptide antagonist of rat and human vasopressin $V_{1a}$ receptors. J. Clin. Invest. 92, 224–231.

Serradeil-Le Gal, C., Herbert, J.M., Delisee, C., Schaeffer, P., Raufaste, D., Garcia, C., Dol, F., Marty, E., Maffrand, J.P., Le Fur, G., 1995. Effect of SR-49059, a vasopressin $V_{1a}$ antagonist, on human vascular smooth muscle cells. Am. J. Physiol. 268, H404–H410.

Serradeil-Le Gal, C., Lacour, C., Valette, G., Garcia, G., Foulon, L., Galindo, G., Bankir, L., Pouzet, B., Guillon, G., Barberis, C., Chicot, D., Jard, S., Vilain, P., Garcia, C., Marty, E., Raufaste, D., Brossard, G., Nisato, D., Maffrand, J.P., Le Fur, G., 1996. Characterization of SR 121463A, a highly potent and selective, orally active vasopressin $V_2$ receptor antagonist. J. Clin. Invest. 98, 2729–2738.

Shimizu, K., 1995. Aquaretic effects of the nonpeptide $V_2$ antagonist OPC-31260 in hydropenic humans. Kidney Int. 48, 220–226.

Sorensen, J.B., Andersen, M.K., Hansen, H.H., 1995. Syndrome of inappropriate secretion of antidiuretic hormone (SIADH) in malignant disease. J. Intern. Med. 238, 97–110.

Sugimoto, T., Saito, M., Mochizuki, S., Watanabe, Y., Hashimoto, S., Kawashima, H., 1994. Molecular cloning and functional expression of a cDNA encoding the human $V_{1b}$ vasopressin receptor. J. Biol. Chem. 269, 27088–27092.

Szatalowicz, V.L., Arnold, P.E., Chaimovitz, C., Bichet, D., Berl, T., Schrier, R.W., 1981. Radioimmunoassay of plasma arginine vasopressin in hyponatremic patients with congestive heart failure. N. Engl. J. Med. 305, 263–266.

Tahara, A., Tomura, Y., Wada, K., Kusayama, T., Tsukada, J., Ishii, N., Yatsu, T., Uchida, W., Tanaka, A., 1997a. Effect of YM087, a potent nonpeptide vasopressin antagonist, on vasopressin-induced hyperplasia and hypertrophy of cultured vascular smooth-muscle cells. J. Cardiovasc. Pharmacol. 30, 759–766.

Tahara, A., Tomura, Y., Wada, K., Kusayama, T., Tsukada, J., Takanashi, M., Yatsu, T., Uchida, W., Tanaka, A., 1997b. Pharmacological profile of YM087, a novel potent nonpeptide vasopressin $V_{1A}$ and $V_2$ receptor antagonist, in vitro and in vivo. J. Pharmacol. Exp. Ther. 282, 301–308.

Thibonnier, M., Roberts, J.M., 1985. Characterization of human platelet vasopressin receptors. J. Clin. Invest. 76, 1857–1864.

Thibonnier, M., Auzan, C., Madhun, Z., Wilkins, P., Berti-Mattera, L., Clauser, E., 1994. Molecular cloning, sequencing, and functional expression of a cDNA encoding the human $V_{1a}$ vasopressin receptor. J. Biol. Chem. 269, 3304–3310.

Tomura, Y., Tahara, A., Tsukada, J., Yatsu, T., Uchida, W., Iizumi, Y., Honda, K., 1999. Pharmacological profile of orally administered YM087, a vasopressin antagonist, in conscious rats. Clin. Exp. Pharmacol. Physiol. 26, 399–403.

Tsukada, J., Tahara, A., Tomura, Y., Wada, K., Kusayama, T., Ishii, N., Yatsu, T., Uchida, W., Taniguchi, N., Tanaka, A., 2001. Effects of YM471, a nonpeptide AVP $V_{1A}$ and $V_2$ receptor antagonist, on human AVP receptor subtypes expressed in CHO cells and oxytocin receptors in human uterine smooth muscle cells. Br. J. Pharmacol. 133, 746–754.

Wang, Y.X., Franco, R., Gavras, I., Gavras, H., 1991. Effects of chronic administration of a vasopressin antagonist with combined antivasopressor and antiantidiuretic activities in rats with left ventricular dysfunction. J. Lab. Clin. Med. 117, 313–318.

Weingartner, H., Gold, P., Ballenger, J.C., Smallberg, S.A., Summers, R., Rubinow, D.R., Post, R.M., Goodwin, F.K., 1981. Effects of vasopressin on human memory functions. Science 211, 601–603.

Xu, D.L., Martin, P.Y., Ohara, M., St. John, J., Pattison, T., Meng, X., Morris, K., Kim, J.K., Schrier, R.W., 1997. Upregulation of aquaporin-2 water channel expression in chronic heart failure rat. J. Clin. Invest. 99, 1500–1505.

Yamada, Y., Yamamura, Y., Chihara, T., Onogawa, T., Nakamura, S., Yamashita, T., Mori, T., Tominaga, M., Yabuuchi, Y., 1994. OPC-21268, a vasopressin V1 antagonist, produces hypotension in spontaneously hypertensive rats. Hypertension 23, 200–204.

Yamamura, Y., Ogawa, H., Chihara, T., Kondo, K., Onogawa, T., Nakamura, S., Mori, T., Tominaga, M., Yabuuchi, Y., 1991. OPC-21268, an orally effective, nonpeptide vasopressin V1 receptor antagonist. Science 252, 572–574.

Yamamura, Y., Ogawa, H., Yamashita, H., Chihara, T., Miyamoto, H., Nakamura, S., Onogawa, T., Yamashita, T., Hosokawa, T., Mori, T., Tominaga, M., Yabuuchi, Y., 1992. Characterization of a novel aquaretic agent, OPC-31260, as an orally effective, nonpeptide vasopressin $V_2$ receptor antagonist. Br. J. Pharmacol. 105, 787–791.

Yamamura, Y., Nakamura, S., Itoh, S., Hirano, T., Onogawa, T., Yamashita, T., Yamada, Y., Tsujimae, K., Aoyama, M., Kotosai, K., Ogawa, H., Yamashita, H., Kondo, K., Tominaga, M., Tsujimoto, G., Mori, T., 1998. OPC-41061, a highly potent human vasopressin $V_2$-receptor antagonist: pharmacological profile and aquaretic effect by single and multiple oral dosing in rats. J. Pharmacol. Exp. Ther. 287, 860–867.

Yamashita, T., Yamamura, Y., Chihara, T., Nakamura, S., Onogawa, T., Yamada, Y., Mori, T., Tominaga, M., Yabuuchi, Y., 1993. Effect of OPC-31260, vasopressin $V_2$ antagonist, on renal function in anesthetized dogs. Jpn. J. Pharmacol. 61, 275.

Yatsu, T., Tomura, Y., Tahara, A., Wada, K., Kusayama, T., Tsukada, J., Tokioka, T., Uchida, W., Inagaki, O., Iizumi, Y., Tanaka, A., Honda, K., 1999. Cardiovascular and renal effects of conivaptan hydrochloride (YM087), a vasopressin $V_{1A}$ and $V_2$ receptor antagonist, in dogs with pacing-induced congestive heart failure. Eur. J. Pharmacol. 376, 239–246.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23215652 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal/Steven Dieu (TA6) |
| **Filer Authorized By:** | Trisha Agrawal |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 14-AUG-2015 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 16:27:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Non Patent Literature | Z-LANDRY-Vasopressin-deficiency-1122.pdf | 3884872<br>99044b7a99ba77bf6fbc2ac1fad901e642def194 | no | 13 |

**Warnings:**

**Information:**

PAR-VASO-0008254

| 2 | Non Patent Literature | Z-LAUZIER-Vasopressin-or-1782.pdf | 4100218 | no | 8 |
| | | | 2c048e97dc053ca34338b2ac07d712492ac51978 | | |

**Warnings:**

**Information:**

| 3 | Non Patent Literature | Z-LECHNER-Arginine-vasopressin-1221.pdf | 5196036 | no | 7 |
| | | | b0384d770b01eec08a31202355a634bc6805b334 | | |

**Warnings:**

**Information:**

| 4 | Non Patent Literature | Z-LEVIN-Early-on-1664.pdf | 616041 | no | 9 |
| | | | 7609f33f15c9016d86f84549a7aab862546dc155 | | |

**Warnings:**

**Information:**

| 5 | Non Patent Literature | Z-LEVINE-Methylene-blue-496.pdf | 227153 | no | 4 |
| | | | 998f0590d88a0bd22ce8d1917eb5bbb86e8f15d5 | | |

**Warnings:**

**Information:**

| 6 | Non Patent Literature | Z-LEVY-2001-SCCM-1250.pdf | 304263 | no | 7 |
| | | | 0b42d5a0c8e7599b5563cdd3c0ba379947278c16 | | |

**Warnings:**

**Information:**

| 7 | Non Patent Literature | Z-LITTLE-Vasopressin-alone-810.pdf | 181414 | no | 5 |
| | | | 3cf8e7942d7c5282aad0a6f1360c6e9746defd88 | | |

**Warnings:**

**Information:**

| 8 | Non Patent Literature | Z-LUCKNER-Arginine-vasopressin-2659.pdf | 545015 | no | 8 |
| | | | dc27502aab3f4456472d34b05664aa8c5af2c5b1 | | |

**Warnings:**

**Information:**

| 9 | Non Patent Literature | Z-LUCKNER-Comparison-of-2280.pdf | 3715117 | no | 6 |
| | | | ea872b3da137e2038832 1e70c7eaab70ad064524 | | |

**Warnings:**

**Information:**

| 10 | Non Patent Literature | Z-MALAY-Low-dose-699.pdf | 1117176 | no | 7 |
| | | | 5b3eea585a67addd8a9efd131a6944c1fe0fee51 | | |

**Warnings:**

**Information:**

| 11 | Non Patent Literature | Z-MANDER-Fluid-balance-233.pdf | 378948 | no | 5 |
| | | | ed0628d3805af48a56ad908f0cf32d568f5c3df7 | | |

**Warnings:**

**Information:**

| 12 | Non Patent Literature | Z-MARTIN-The-epidemiology-1546.pdf | 4657001 | no | 9 |
| | | | c2335f3c919266888895f94fcb75bcfc87aaa176 | | |

**Warnings:**

**Information:**

| 13 | Non Patent Literature | Z-MAURO-Torsade-de-200.pdf | 197015 | no | 2 |
| | | | 3230929f92f98d76b86d2adb710109033416ada0 | | |

**Warnings:**

**Information:**

| 14 | Non Patent Literature | Z-MAYR-Infection-rate-2495.pdf | 4982387 | no | 9 |
| | | | 1b81f7fc38d78bd71f09644207bf1dd43d7615b | | |

**Warnings:**

**Information:**

| 15 | Non Patent Literature | Z-MEKONTSO-DESSAP-Risk-factors-1428.pdf | 3403267 | no | 5 |
| | | | 48281312b1f0f51e7b827b94ce5eb4e2396a71d3 | | |

**Warnings:**

**Information:**

| 16 | Non Patent Literature | Z-MEYER-Vasopressin-in-228.pdf | 3821745 | no | 7 |
| | | | 14d05a3e46ccb781f0e180702d87aa6590b4e20 | | |

**Warnings:**

**Information:**

| 17 | Non Patent Literature | Z-MIYAKE-Cardiovascular-responses-735.pdf | 594813 | no | 6 |
| | | | a634e88e43068897a66fe9113d90b1767332c862 | | |

**Warnings:**

**Information:**

| 18 | Non Patent Literature | Z-MIYAZAKI-Bioavailability-assessment-87.pdf | 1946254 | no | 10 |
| | | | 535e2488091d75095de884937e357bcffc80b0ca | | |

**Warnings:**

**Information:**

| 19 | Non Patent Literature | Z-MORALES-Arginine-vasopressin-102.pdf | 217878 | no | 5 |
| | | | 707650ee76f5336cfee5d6d96982c98b8d3642c5 | | |

**Warnings:**

**Information:**

| 20 | Non Patent Literature | Z-MORALES-Reversal-by-226.pdf | 300713<br>0fdfed688e86ae336969ff5c3fb6fcc29bfe3b03 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 21 | Non Patent Literature | Z-MORI-Pharmalogical-profile-1668.pdf | 902787<br>f9ecce470502674eaac60773660407791 45b035b | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 22 | Non Patent Literature | Z-MOSES-Urinary-and-R365.pdf | 1322469<br>49461cf5904eebb61deb8d8f1e943670db3b9286 | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 23 | Non Patent Literature | Z-NYGREN-Vasopressin-decreases-581.pdf | 230924<br>903a532a46a61cee894b626154ca70f3dddeb29a | no | 8 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 24 | Non Patent Literature | Z-OA-06-08-15-USApp-14-717882.pdf | 1051018<br>4d5dcdac0665d7edb833e60a2405a83b58934e6 | no | 26 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 25 | Non Patent Literature | Z-OA-07-20-15-USApp-14-610499.pdf | 407482<br>9b031a824c4bed5c0b3aaa76c6b098c32d0cb93b | no | 11 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 26 | Non Patent Literature | Z-OA-07-28-15-USApp-14-610579.pdf | 920816<br>278e2bd87e1ab6d5c55d1397187c76457d1b3cce | no | 24 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 27 | Non Patent Literature | Z-OA-07-28-15-USApp-14-610594.pdf | 814192<br>ca3cfb490be3e0373bbf55797c3a0f886dee77db | no | 20 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 28 | Non Patent Literature | Z-OA-07-31-15-USApp-14-610488.pdf | 801532<br>2df80898f77aaf28f53d4522d2d38c34849b4304 | no | 21 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 29 | Non Patent Literature | Z-OLIVER-On-the-277.pdf | 255204<br>40235c7fe60a6203e39dda176855f3055e52<br>78c1 | no | 3 |
|----|----------------------|-------------------------|------|----|---|

Warnings:

Information:

| 30 | Non Patent Literature | Z-OLSSON-Vasopressin-increases-177.pdf | 298151<br>86c5e539f9204e65ecb005030b40d4da2a3<br>bcd97 | no | 8 |
|----|----------------------|-----------------------------------------|------|----|---|

Warnings:

Information:

| 31 | Non Patent Literature | Z-OOSTERBAAN-Amniotic-oxytocin-253.pdf | 610610<br>019e483c265bbf555a23f3257710caff2374c<br>10d | no | 10 |
|----|----------------------|-----------------------------------------|------|----|----|

Warnings:

Information:

| 32 | Non Patent Literature | Z-PAPADOPOULOS-Perioperative-infusion-17.pdf | 4152455<br>dfce6c15eab2ca816ffeb0510d0c313f33b3<br>3d80 | no | 12 |
|----|----------------------|-----------------------------------------------|------|----|----|

Warnings:

Information:

| 33 | Non Patent Literature | Z-PATEL-Beneficial-effects-576.pdf | 6370818<br>5dd7daf086407bce554da2c844839650de6<br>d8fb6 | no | 7 |
|----|----------------------|-------------------------------------|------|----|---|

Warnings:

Information:

| 34 | Non Patent Literature | Z-PINSKY-Septic-shock-2012.pdf | 338865<br>9b756d34c507224866339eec2f42c6a2c8d<br>ae2ef | no | 22 |
|----|----------------------|---------------------------------|------|----|----|

Warnings:

Information:

| 35 | Non Patent Literature | Z-PRENGEL-Effects-of-2587.pdf | 265544<br>d398cd99098df5fba31f3c21b7d097c330e6<br>1a04 | no | 5 |
|----|----------------------|--------------------------------|------|----|---|

Warnings:

Information:

| 36 | Non Patent Literature | Z-Product-Insert-for-Pitressin-2014.pdf | 139886<br>ab5a8b797f69c9155161f8b21f08c32f3d8<br>898b | no | 7 |
|----|----------------------|------------------------------------------|------|----|---|

Warnings:

Information:

| 37 | Non Patent Literature | Z-Product-Insert-Vasopressin-AmericanRegent-2011.pdf | 169723<br>d22695afc0f9400c38b7c8c417e3af74832a<br>d5d4 | no | 8 |
|----|----------------------|-------------------------------------------------------|------|----|---|

Warnings:

Information:

| 38 | Non Patent Literature | Z-Product-Insert-Vasopressin-FreseniusKabi-April-2014.pdf | 109036<br><br>716f2988a96d2807f0f6e7ad7410263f0342b2a4 | no | 6 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 39 | Non Patent Literature | Z-Product-Insert-Vasopressin-FreseniusKabi-July-2014.pdf | 113339<br><br>0ea51f5ba26bbb62bd1e81562ddbeb87508d8269 | no | 6 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 40 | Non Patent Literature | Z-RISBERG-Plasma-vasopressin-639.pdf | 293988<br><br>c21e90833f84523941588b877214e348fed75cde | no | 8 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 41 | Non Patent Literature | Z-ROSENZWEIG-Intravenous-arginine-II-182.pdf | 386266<br><br>bbdbfd1ece0ec568f6c4ed841ccddd8904927f46 | no | 5 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 42 | Non Patent Literature | Z-ROSS-Amniotic-fluid-E287.pdf | 1275474<br><br>4fa5a12ff780c20970fb0c7583d8709c26dd14e5 | no | 5 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 43 | Non Patent Literature | Z-RUSSELL-Interaction-of-811.pdf | 3869878<br><br>4ff0f40f7bbbf4c64c9bbfce20c734373bfd103f | no | 8 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 44 | Non Patent Literature | Z-RUSSELL-Vasopressin-in-383.pdf | 4589216<br><br>42385b1c3b6c87e2d02a1d4e7c5c0a45414d75c5 | no | 9 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 45 | Non Patent Literature | Z-RUSSELL-Vasopressin-versus-877.pdf | 5487099<br><br>95897e7f41eefac47941bf2dd8a3d2a827432356 | no | 11 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 46 | Non Patent Literature | Z-RUSSELL-Vasopressin-versus-877-suppl.pdf | 291954<br><br>298026735716ab6fd3df549e7e6eb484b6851542 | no | 18 |
| --- | --- | --- | --- | --- | --- |

**Warnings:**

**Information:**

| 47 | Non Patent Literature | Z-RYSA-Early-left-375.pdf | 4048136<br><br>28011cb0f570f196551abf6d17d43a89b20a7d09 | no | 9 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 48 | Non Patent Literature | Z-SASAKI-Antianginal-effects-811.pdf | 1133559<br><br>25f6e153c84a1e45f1c895d18b8b4bb5439d1c2e | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 49 | Non Patent Literature | Z-SATOH-Effects-of-103.pdf | 6011035<br><br>08eb0522b9fa04128670f1bfd8d5cbb025e652de | no | 10 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 50 | Non Patent Literature | Z-SCHRIER-Systemic-arterial-570.pdf | 1590005<br><br>ba056166ad14843215bc5893302c0468328f218b | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 51 | Non Patent Literature | Z-SNIJDEWINT-Body-and-269.pdf | 1093030<br><br>c0e377472bc6e0407dd7cc8c6e5271d504049e60 | no | 9 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 52 | Non Patent Literature | Z-STUDER-Resuscitation-from-201.pdf | 4312540<br><br>a3c794a2b135c5b31d76c380473427dec9234133 | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 53 | Non Patent Literature | Z-SUN-Effect-of-17.pdf | 459513<br><br>dfd24d6ebab25e668824b0897659e25e6661afe | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 54 | Non Patent Literature | Z-SWENSON-Prenatal-exposure-927.pdf | 513050<br><br>77905537c0212e7d65d28023feb77a44db9ca46e | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 55 | Non Patent Literature | Z-TAIVAINEN-Role-of-759.pdf | 463516<br><br>0bd40494c8f39d9dcc57349c009fc694d9cf8cec | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 56 | Non Patent Literature | Z-TINIUS-Prenatal-administration-493.pdf | 618918 | no | 7 |
| | | | 58f08c3d27be4bd8cd14ed4bd2ebaa5f500aacc3 | | |

**Warnings:**

**Information:**

| 57 | Non Patent Literature | Z-TOMITA-Vasopressin-dose-H974.pdf | 1793353 | no | 7 |
| | | | c67692ead3bf7381276ba2503ff0fef19d0b196c | | |

**Warnings:**

**Information:**

| 58 | Non Patent Literature | Z-TORGERSEN-Comparing-two-57.pdf | 4244515 | no | 9 |
| | | | c92c420138eb0cd57f82f49c503385eba0f53a59 | | |

**Warnings:**

**Information:**

| 59 | Non Patent Literature | Z-TRABERT-Inappropriate-vasopressin-376.pdf | 328204 | no | 4 |
| | | | d020d9f31c2b2af76a42d8b464f3c01dbb6e677e | | |

**Warnings:**

**Information:**

| 60 | Non Patent Literature | Z-TSUKADA-Pharmacological-characterization-129.pdf | 9894001 | no | 10 |
| | | | 093d4aa3b1ccf99c4a5d0a4067c8e45fca895fb2 | | |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 112359427 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Behavioral Neuroscience
1994, Vol. 108, No. 2, 395-409

Copyright 1994 by the American Psychological Association, Inc.
0735-7044/94/$3.00

# Behavioral Effects of Centrally Administered Arginine Vasopressin in the Rat Fetus

Elena I. Varlinskaya, Evgeniy S. Petrov, Scott R. Robinson, and William P. Smotherman

Arginine[8] vasopressin (AVP) was administered to rat fetuses on Embryonic Day 20 via intracisternal (IC), intrahemispheric (IH), or intrathecal (IT) injection. The IC administration of AVP promoted a 4-fold increase in motor activity, including the uncommon patterns of mouthing, licking, and facial wiping. The IH injection of AVP had little effect on fetal behavior, but IT injection resulted in pronounced increases in fetal activity, including mouthing, licking, and wiping. The IT administration of a $V_1$ antagonist blocked AVP effects, whereas IH injection potentiated AVP-induced changes in fetal behavior. The IC blockade of $V_1$ receptors suppressed facial wiping to a chemosensory fluid (lemon) and reduced oral grasping of an artificial nipple, whereas IH injection of the $V_1$ antagonist promoted facial wiping responses and increased grasping of the nipple. These data suggest that AVP may play a role in the development of responsiveness to stimuli encountered in the context of suckling.

The neurohypophyseal hormone, arginine[8] vasopressin (AVP), is a peptide with well-known peripheral endocrine functions that also serves as a neurotransmitter or neuromodulator in various regions of the brain. The principal functions of vasopressin are the maintenance of physiological homeostasis, including antipyretic effects (Kasting, 1991), and osmoregulation (Ramsay & Thrasher, 1990). In addition, AVP is distributed widely in the mammalian nervous system (De Vries, Buijs, Van Leeuwen, Caffe, & Swaab, 1985), where it has been found to induce motor disturbances (Balaban, Fredericks, Wurpel, & Severs, 1988), stimulate grooming behavior (Diamant & de Wied, 1993; Meisenberg, 1988), and facilitate learning and memory (Bunsey, Kramer, Kesler, & Strupp, 1990; de Wied et al., 1988; Koob, Lebrun, Bluthe, Dantzer, & Le Moal, 1989). Most of the central effects of AVP have been shown to be mediated by stimulation of AVP receptors of the $V_1$ subtype (Szabo, Tabakoff, & Hoffmann, 1988; Burnard, Pittman, & Veale, 1985; Kasting & Wilkinson, 1985). Although much is known about the behavioral effects of AVP in adult animals, less information is available regarding the possible

Elena I. Varlinskaya and Evgeniy S. Petrov, Pavlovian Physiological Department, Institute for Experimental Medicine, Russian Academy of Medical Sciences, St. Petersburg, Russia; Department of Psychology, State University of New York at Binghamton. Scott R. Robinson and William P. Smotherman, Laboratory of Perinatal Neuroethology, Center for Developmental Psychobiology, Department of Psychology, State University of New York at Binghamton.

Elena I. Varlinskaya and Evgeniy S. Petrov were supported as visiting scientists by the Center for Developmental Psychobiology at Binghamton University. William P. Smotherman was supported by National Institute of Child Health and Human Development (National Institutes of Health) Grant HD16102. William P. Smotherman and Scott R. Robinson were supported by National Institutes of Health Grants HD28231 and HD28014.

Correspondence concerning this article should be addressed to William P. Smotherman, Laboratory of Perinatal Neuroethology, Center for Developmental Psychobiology, Department of Psychology, P.O. Box 6000, Binghamton University, Binghamton, New York 13902-6000.

roles of AVP during early development. AVP-containing neurons have been reported in rat fetuses around Embryonic Day 17 (E17; Buijs, Velis, & Swaab, 1980), and precursor peptides of AVP have been identified in the rat brain as early as E16 (Altstein & Gainer, 1988). Arginine[8] vasopressin is first expressed in the rat suprachiasmatic nucleus, which regulates circadian rhythmicity, about the same time that the first overt rhythms occur (Swaab, Hofman, & Honnebier, 1990). It also helps to regulate blood flow to the fetal brain during hypoxia by facilitating selective dilation of cerebral blood vessels (Eisenach, Tong, Stump, & Block, 1992). Indirect evidence such as this suggests that AVP may play a role in the functional formation of the central nervous system (CNS) during the prenatal and neonatal periods.

Previous studies have documented that pharmacological manipulation of peptide systems in the fetal CNS can have pronounced effects on fetal behavior. Various behavioral manipulations, such as intraoral infusion of a small volume of milk, are known to elicit ingestive-like behavior in the rat fetus. Milk evokes mouthing activity that is followed by expression of the stretch response (Robinson & Smotherman, 1992), a stereotypic action pattern that is thought to function in the newborn by facilitating the ingestion of milk at the nipple (Drewett, Statham, & Wakerley, 1974). The stretch response and other changes in motor and sensory behavior induced by milk are dependent on activity in the endogenous opioid system (Smotherman & Robinson, 1992b). Administration of receptor-specific antagonists or an inhibitor of an endopeptidase that degrades endogenous opioid peptides (Smotherman et al., 1994) have implicated the kappa opioid system in mediating the behavioral effects of milk in the fetus. Activation of the mu or kappa opioid systems can alternately promote or disrupt fetal responses to stimuli that mimic key features of the postnatal suckling situation, such as an artificial nipple (Hoeltzel, Robinson, & Smotherman, 1993). Data such as these demonstrate that neuropeptides can have direct and potent effects on behavioral systems in the fetus and suggest the involvement of neuropeptides in the control of newborn

PAR-VASO-0008262

behavior during the first suckling episode (Smotherman & Robinson, 1992c).

Arginine[8] vasopressin also has been implicated in the control of ingestive behavior. Vasopressin serves to regulate osmotic and water balance and has been shown to influence thirst and drinking behavior in adult rats (Ramsay & Thrasher, 1990). Elevated levels of AVP have been reported in the fetal sheep in response to intracarotid injection of sodium chloride solutions (Ross, Agnew, Fujino, Ervin, & Day, 1992), which stimulates fetal swallowing of amniotic fluid (Ross, Sherman, Ervin, Day, & Humme, 1989). Similarly, maternal dehydration, which is associated with increased thirst and drinking in adults, results in increased AVP levels in the fetus (Agnew, Ross, Fujino, Ervin, Day, & Kullama, 1993). The association of AVP with drinking and swallowing generally has been interpreted as the result of AVP's effects on osmoregulation, which indirectly affects thirst (Ramsay & Thrasher, 1990; Ross et al., 1992). The ability of AVP to modulate behavior through its action in the CNS, coupled with recent findings that elements of suckling behavior can be expressed by fetal rats after central administration of neuropeptides (Smotherman & Robinson, 1992c), suggests that AVP may influence fetal behavior by directly stimulating CNS activity and promoting ingestive-like responses.

The objective of this study was to determine the effects of acute AVP administration on CNS function and behavior in the rat fetus in vivo. Arginine[8] vasopressin or a selective $V_1$ antagonist was administered directly into the brain or spinal cord of individual fetal rats, and changes in fetal behavior were determined by visual observation and quantification of fetal movement. In addition to measures of fetal motor activity, changes in fetal sensory responsiveness were assessed by presenting subjects with a chemosensory stimulus that reliably elicits facial wiping behavior (a component of postnatal aversion and grooming behavior; Smotherman & Robinson, 1989) and an artificial nipple that evokes oral ingestive-like responses typical of the neonatal rat (Robinson et al., 1992).

## General Method

### Subjects

Subjects were the progeny of pregnant Sprague-Dawley rats (Charles River Laboratories, Wilmington, MA), which were time-mated in the Laboratory for Perinatal Neuroethology at Binghamton University. A total of 136 female rats provided 479 fetuses as subjects in this study. Adult rats were housed in groups of 3 females and 1 male in plastic breeding cages (36 × 47 × 20 cm) during a 4-day breeding period. Vaginal smears were collected daily, with the first date of detectable sperm designated as E0, with birth occurring on E21.5. After removal of the breeding male, pregnant female rats were maintained under conditions of constant room temperature (22 °C), on a 12:12-hr light–dark cycle with lights on at 7 a.m. until the date of fetal testing (E20). Food and water were available ad libitum. At all times, rats were maintained and treated in accordance with guidelines for animal care established by the National Institutes of Health (PHS Publication 86-23).

### Prenatal Preparation

On E20, each pregnant rat was surgically prepared for behavioral testing of fetuses. The rat was placed under brief ether anesthesia and then received an injection of 100% ethanol (70 μl) between the first and second lumbar vertebrae. This procedure irreversibly blocks neural transmission within the spinal cord at the low thoracic level and eliminates sensation in the lower part of the body. The pregnant rat was then placed in a holding device and immersed to chest depth in a buffered isotonic saline bath maintained at 37.5 °C. Throughout the period of fetal testing, the activity of the pregnant rat was visually monitored to ensure completeness of the spinal preparation. Direct access to fetal subjects was provided by externalizing the uterus into the bath through a low, midline laparotomy. Individual fetuses selected as experimental subjects were delivered from the uterus and amniotic sac into the bath, taking care to preserve the umbilical attachment of the fetus to the placenta, which remained within the uterus. The condition of the fetus was visually monitored during the experiment; only fetuses that remained pink and apparently well oxygenated were used as subjects. After surgical preparation, a 20-min period elapsed before behavioral testing to provide time for the pregnant rat and subject fetuses to accommodate to the bath environment.

### Central Administration of Arginine[8] Vasopressin

Solutions containing various dosages of AVP (Sigma Chemical, St. Louis, MO), [β-mercapto-β,β-cyclopentamethylene-propionyl[1],O-Me-Tyr[2],Arg[8]]-vasopressin (a selective $V_1$ receptor antagonist, Sigma Chemical), or isotonic saline (SAL) were administered directly into the CNS of individual fetal subjects. Three different routes of administration were used in different experiments: intracisternal (IC), intrahemispheric (IH), and intrathecal (IT). In all types of injection, a 30-gauge hypodermic needle attached to a length of transparent polyethylene tubing (PE-10) was inserted under visual guidance into the target site. Intracisternal injection involved insertion of the needle into the foramen magnum between the occipital bone and the first cervical vertebra, with the tip placed in the cisterna magna. Intrahemispheric injection involved insertion of the needle to a depth of 1.5 mm at a point located 1.0 mm anterior and 1.0 mm lateral from bregma. These coordinates correspond to the location of the lateral ventricle in the brain of the term rat fetus (E21 to Postnatal Day 0; Paxinos et al., 1991). Intrathecal injection involved insertion of the needle into the upper thoracic spinal canal at the T3–T5 level. Successful placement of the needle into the target site in IC and IT injections was immediately confirmed by the appearance of a small volume of cerebrospinal fluid in the tubing. Drug and vehicle solutions were injected slowly (8- to 10-s pulse) in a standard volume of 10 μl with the aid of a 0.2-ml micrometer syringe (Gilmont Instruments, Barrington, IL). Solutions were prepared in advance and stored at −70 °C until the day of testing. To prevent degradation of the peptide, aliquots were thawed and warmed to fetal body temperature 10 min before injection. Isotonic saline was used as the vehicle in preparing these solutions. Some experiments involved a single injection of AVP, the $V_1$ antagonist, or SAL, whereas one experiment involved two injections, the first delivered either IT or IH and the second delivered IC 3 min later.

### Behavioral Observation

Effects of various drug solutions were assessed by recording the motor behavior of fetal subjects. Behavioral scoring involved two persons: The observer noted each instance of fetal movement and called the appropriate behavioral category to an assistant, who recorded the data using a real-time event-recording program on a

microcomputer. Five basic categories of fetal movement were distinguished by reference to the region of the fetal body that was involved in the movement: forelimb (including movement of any part of one or both forelimbs), rearlimb (including movement of any part of one or both rearlimbs), head (involving any change in head position relative to the body trunk), mouth (an opening and closing of the mouth), and lick (protrusion of the tongue outside the. oral cavity). A sixth behavioral category was facial wiping, a simple action pattern involving placement of one or both forepaws against the side of the head and movement of the forepaw(s) in a rostral direction, with contact sliding across the face. Facial wiping is rarely expressed by unmanipulated rat fetuses, but it is consistently evoked in E20 rat fetuses by chemosensory or perioral cutaneous stimulation (Robinson & Smotherman, 1991; Smotherman & Robinson, 1990). The sum of movement events across these six categories provided a measure of overall fetal activity. This method of categorizing and recording fetal activity preserves information about the frequency and timing of fetal movements and is highly consistent between observation sessions (reliability > .90). A more detailed description of the observation and scoring techniques used in our laboratory has been reported previously (Smotherman & Robinson, 1991).

### Experimental Design and Analysis

In all experiments, various treatment conditions were represented at least once within a litter when feasible, with no more than 2 fetuses from the same litter assigned to the same treatment group. The order of testing in each treatment group was varied in different pregnancies. These are common strategies in developmental research with species bearing multiple offspring and are necessary to circumvent the confounding of litter effects or order of testing with treatment effects (Abbey & Howard, 1973; Holson & Pearce, 1992). In Experiments 1–5, a series of statistical analyses was conducted to assess the effects of drug treatment. An overall analysis comprising all treatment groups involved a multifactor analysis of variance (ANOVA), with scores during successive minutes of observation treated as repeated measures. Where significant main or interaction effects involving the drug treatment factor were evident, additional planned ANOVAs were conducted to determine which experimental groups differed from SAL-injected controls. In these planned comparisons, a significant main or interaction effect involving the drug treatment factor indicated that the drug treatment differed from the SAL-injected control group. Where drug treatment effects were found on overall fetal activity, a similar series of analyses was conducted to characterize further the drug effects on individual categories of fetal movement. In Experiments 6 and 7, more focal comparisons of specific patterns of fetal behavior were conducted to investigate the role of the AVP system in regulating fetal responses to perioral stimulation. Because of the large number of analyses performed, discussion of statistical significance is limited to the differences found at an alpha level less than .01.

### Experiment 1: Intracisternal Administration of Arginine[8] Vasopressin in the Rat Fetus

Studies of neuropeptides in adult animals often have shown that behavioral effects exhibit a U-shaped dose–response relationship, indicating that the effectiveness of the peptide declines at dosages above or below an optimum. Arginine[8] vasopressin is known to produce behavioral effects in adult rats when injected directly into the brain in nanogram quantities (de Wied, 1971; Koob et al., 1986). The objective of Experiment 1 was to examine the effects of various dosages of AVP



*Figure 1.* Overall motor activity of Embryonic Day 20 rat fetuses after intracisternal injection of arginine[8] vasopressin in dosages of 0.1, 1.0, 10.0, or 100.0 ng or the isotonic saline vehicle (SAL) in Experiment 1. Points depict the mean number of fetal movements per minute; vertical lines show the standard error of the mean.

administered into the cisterna magna (IC) on the motor behavior of the E20 rat fetus.

### Method

A total of 97 fetuses from 26 pregnancies served as subjects. Fetuses received a control injection of the SAL vehicle ($n = 26$) or a drug injection consisting of one of four doses of AVP: 0.1 ng ($n = 18$), 1.0 ng ($n = 20$), 10.0 ng ($n = 18$), or 100.0 ng ($n = 15$). Immediately after IC injection of the AVP solution or SAL, the behavior of fetal subjects was recorded in a 10-min observation session.

### Results

Overall fetal activity was compared in a two-way, repeated measures ANOVA with drug (SAL vs. AVP) and time (10 min) as independent variables. A significant Drug × Time interaction was found, $F(36, 936) = 6.3, p < .001$. Pairwise ANOVAs comparing each AVP dose with SAL-injected controls indicated no differences between 0.1 ng AVP and SAL (all $ps > .15$) but significant increases in overall activity with 1.0 ng AVP, Drug × Time interaction $F(9, 504) = 3.6, p < .001$; 10.0 ng AVP, Drug × Time interaction $F(9, 486) = 10.4, p < .001$; and 100.0 ng AVP, Drug × Time interaction $F(9, 459) = 8.8, p < .001$. The increase in motor activity produced by IC injection of AVP during the minute of maximal activity amounted to 195% (1.0 ng), 395% (10.0 ng), and 428% (100.0 ng) of SAL controls (see Figure 1).

The two-factor, repeated measures ANOVAs that examined changes in the individual categories of fetal movement indicated that IC administration of AVP resulted in significant increases of all types of movement (see Figure 2). A significant Drug × Time interaction was evident for movements of forelimb, $F(36, 936) = 4.2, p < .001$; rearlimb, $F(36, 936) = 2.8, p < .001$; head, $F(36, 936) = 2.2, p < .001$; mouth, $F(36, 936) = 2.8, p < .001$; lick, $F(36, 936) = 7.7, p < .001$; and wipe,

PAR-VASO-0008264



*Figure 2.* Changes in six categories of fetal movements after intracisternal injection of different dosages of arginine[8] vasopressin or saline (SAL) in Experiment 1.

$F(36, 936) = 6.3, p < .001$. Planned ANOVAs indicated that forelimb movements were elevated relative to the SAL group in the 1.0-, 10.0-, and 100.0-ng AVP groups: For Drug × Time interactions, $F(9, 504) = 3.9, F(9, 486) = 8.6$, and $F(9, 459) = 8.8$ (all $ps < .001$), respectively. However, they were not elevated in the 0.1 ng AVP group. In the two highest dosages, forelimb activity reached a peak within 2 min after IC injection and declined thereafter; in the 1.0-ng group, forelimb movements increased modestly and plateaued by 5 min after injection. Rearlimb movements decreased relative to SAL controls in the 1.0- and 10-ng groups: For the main effect of drug, $F(1, 56) = 15.7, p < .001$, and $F(1, 54) = 37.4, p < .001$, respectively. The 100.0-ng group also differed from SAL, Drug × Time interaction $F(9, 459) = 5.1, p < .001$, and exhibited a biphasic change involving initial suppression in rearlimb activity (Minutes 2–5), followed by elevated activity (Minutes 7–8). Rearlimb movements in the 0.1-ng group did not differ from those of the SAL group. Head movements were elevated relative to the SAL group only in the 10.0-ng AVP group, drug main effect $F(1, 54) = 52.9, p < .001$, and did not differ from controls in the 0.1-, 1.0-, and 100.0-ng groups. In the 10.0-ng group, head activity increased to a peak by Minute 8 and declined thereafter. Mouth movements were elevated relative to the SAL group in the 1.0-, 10.0-, and 100.0-ng groups: For Drug × Time interactions, $F(9, 504) = 7.2 F(9, 486) = 6.2$, and $F(9, 459) = 3.9$ (all $ps < .001$), respectively; however, they were not elevated in the 0.1-ng group. In the two *highest dosages*, mouth activity increased to a plateau 2 min

after injection, but the 1.0-ng group exhibited a gradual increase in mouth activity throughout the session. Licking movements were elevated relative to the SAL group in the 1.0-, 10.0-, and 100.0-ng groups: For Drug × Time interactions, $F(9, 504) = 5.6, F(9, 486) = 19.7$, and $F(9, 459) = 4.9$ (all $ps < .001$), respectively. Licking movements were not elevated in the 0.1-ng group, however. Licking activity reached a peak at 3 min in the 100.0-ng group and at 4 min in the 10.0-ng group and declined thereafter. In the 1.0-ng group, licking was modestly elevated only during the last 5 min of the session. Facial wiping was elevated relative to the SAL group in the 1.0-ng group, drug main effect $F(1, 56) = 21.4, p < .001$; the 10.0-ng group, Drug × Time interaction $F(9, 486) = 10.3, p < .001$; and the 100.0-ng groups, Drug × Time interaction $F(9, 459) = 13.0, p < .001$; it was not elevated in the 0.1-ng group. Wiping activity increased to a peak 2 min after injection in the 10.0- and 100.0-ng groups and was only slightly elevated throughout the session in the 1.0-ng group.

## Discussion

The results of Experiment 1 demonstrate that injection of AVP into the cisterna magna of the E20 rat fetus results in dramatic changes in fetal motor behavior. The two highest dosages of AVP produce the most pronounced effects on fetal behavior, with the 10.0-ng dose yielding sustained effects on motor activity throughout the 10-min observation session. All six categories of fetal movement were affected in a time- and

PAR-VASO-0008265

dose-dependent fashion. Higher dosages of AVP promoted an increase in forelimb activity that was most evident soon after injection, increases in head and mouth activity that were most evident in the second half of the observation session, and a decrease in rearlimb activity. Perhaps the most noteworthy effect of IC administration of AVP was the high levels of licking and facial wiping expressed in the 10.0- and 100.0-ng groups. Licking and wiping are rarely exhibited during spontaneous activity in unmanipulated fetal subjects and were virtually absent among SAL controls in this experiment.

## Experiment 2: Intracisternal Administration of a $V_1$ Antagonist

Experiment 1 confirmed that central administration of AVP produces behavioral effects in the rat fetus. In adult rats, AVP influences activity in the CNS through interaction with the $V_1$ subtype of receptor (Szabo, Tabakoff, & Hoffmann, 1988; Kasting & Wilkinson, 1985). Synthetic compounds are available that bind selectively to the $V_1$ receptor and antagonize the action of endogenous or exogenous AVP. The aim of Experiment 2 was to develop dose–response information about the behavioral effects of a $V_1$ antagonist administered IC in the E20 rat fetus.

### Method

A total of 50 fetuses from 10 pregnancies served as subjects. Fetuses received a control injection of the SAL vehicle ($n = 10$) or an injection of one of four doses of the $V_1$ antagonist: 0.1 ng ($n = 10$), 1.0 ng ($n = 10$), 10.0 ng ($n = 10$), or 100.0 ng ($n = 10$). Immediately after IC injection of the $V_1$ antagonist solution or SAL vehicle, the behavior of fetal subjects was recorded in a 10-min observation session.

### Results and Discussion

Overall fetal activity was compared in a two-way, repeated measures ANOVA with drug ($V_1$ antagonist vs. SAL) and time (10 min) as independent variables. No significant main or interaction effects were found. In all groups, overall motor activity remained relatively constant at 10–20 movements per minute throughout the observation session (see Figure 3). The findings of Experiment 2 therefore suggest that pharmacological blockade of the $V_1$ receptor does not result in changes in spontaneous motor activity in the E20 rat fetus.

## Experiment 3: Blockade of Arginine[8] Vasopressin Effects With a $V_1$ Antagonist Administered Into the Cisterna Magna

Exogenous administration of AVP into the CNS results in distinctive changes in fetal motor behavior. However, the absence of pronounced behavioral effects of the $V_1$ antagonist, as found in Experiment 2, suggests that endogenous activity at the $V_1$ receptor is relatively low in the E20 fetus. The purpose of Experiment 3 was to confirm that the behavioral effects produced by central administration of AVP are mediated by the $V_1$ receptor. Fetuses received IC injections of both AVP and the selective $V_1$ antagonist.



*Figure 3.* Overall motor activity after intracisternal injection of [β-mercapto-β,β-cyclopentamethylene-propionyl[1],O-Me-Tyr[2],Arg[8]]-vasopressin (a selective antagonist of $V_1$ receptors) in dosages of 0.1, 1.0, 10.0, and 100.0 ng or the isotonic saline vehicle (SAL) in Experiment 2. There was no evidence that any dose of the $V_1$ antagonist affected overall motor activity.

### Method

A total of 55 E20 fetuses from 15 pregnancies were used as subjects. Fetuses received an initial IC injection consisting of the SAL vehicle ($n = 15$) or one of three doses of the $V_1$ antagonist: 1.0 ng ($n = 15$), 10.0 ng ($n = 15$), or 100.0 ng ($n = 10$). Immediately after this initial injection, fetal subjects were observed for 3 min and then received a second IC injection during a 2-min period in which no behavior was scored. In the second injection, 10.0 ng AVP was administered IC. This dosage of AVP was chosen for its immediate and sustained effects on fetal motor behavior in Experiment 1. After the second injection, the behavior of all fetal subjects was recorded for an additional 8 min, yielding a complete experimental session (from initial injection to end of observation) of 13 min per subject. It was expected that initial administration of the $V_1$ antagonist would block the effects of the second injection of AVP on fetal behavior. Specifically, higher dosages of the $V_1$ antagonist were expected to eliminate AVP-evoked increases in forelimb, head, mouth, lick, and wipe activity and the decrease in rearlimb activity.

### Results

Overall fetal activity was compared in a two-way, repeated measures ANOVA, with drug ($V_1$ antagonist vs. SAL) and time (8 min) as independent variables, encompassing the period of observation after IC administration of AVP. A significant Drug × Time interaction was revealed, $F(21, 357) = 2.5, p < .001$. Pairwise ANOVAs compared the activity of the groups that received doses of the $V_1$ antagonist with controls that received SAL before AVP administration. Subjects in the control group that received an IC injection of saline before administration of AVP exhibited a pronounced increase in overall motor activity, consistent with the results of Experiment 1. No difference in overall activity was evident between the 1.0-ng antagonist group and SAL controls (all $ps > .05$). However, a significant reduction in activity was apparent among fetuses treated with 10.0 ng, drug main effect

PAR-VASO-0008266



*Figure 4.* Overall motor activity in Experiment 3. Fetuses received an intracisternal (IC) injection of one of three dosages of the $V_1$ antagonist (1.0, 10.0, or 100.0 ng) or saline (SAL) at the beginning of the session. Three minutes later, subjects received a 10-ng IC injection of arginine[8] vasopressin (AVP). Fetuses in the 1.0-ng antagonist and SAL groups exhibited an increase in activity after administration of AVP, whereas the 10.0- and 100.0-ng doses of the antagonist were effective in blocking AVP's effects on fetal behavior.

$F(1, 28) = 157.9, p < .001$, and 100.0 ng, drug main effect $F(1, 23) = 108.1, p < .001$, of the $V_1$ antagonist before AVP injection. These results indicate that the 10.0- and 100.0-ng dosages of the $V_1$ antagonist administered IC were effective in blocking AVP-induced increases in overall fetal activity (see Figure 4).

Additional two-factor, repeated measures ANOVAs examined changes in individual categories of fetal movement after IC administration of the $V_1$ antagonist and AVP (see Figure 4). A significant main effect of drug treatment was evident for movements of forelimb, $F(3, 51) = 48.6, p < .001$, rearlimb, $F(3, 51) = 12.5, p < .001$, and facial wiping, $F(3, 51) = 27.6, p < .001$, and a significant Drug × Time interaction was found for licking, $F(21, 357) = 3.6, p < .001$ (see Figure 5). Planned comparisons of each $V_1$ antagonist dosage with SAL controls revealed no significant effect of the 1.0-ng dose on forelimb movements but complete elimination of the AVP-induced increase in forelimb activity at the 10.0-ng, Drug × Time interaction $F(7, 196) = 3.8, p < .001$, and 100.0-ng, drug main effect $F(1, 23) = 84.1, p < .001$, doses. The reduction in rearlimb activity after AVP administration, which was evident in the SAL group, was not affected by the 1.0- or 10.0-ng dose of the $V_1$ antagonist, but such activity was blocked in the 100.0-ng group, drug main effect $F(1, 23) = 30.3, p < .001$. A pronounced increase in licking movements after AVP injection did not differ between the group that received SAL and the group that received the 0.1-ng dose of the $V_1$ antagonist, but licking was significantly reduced at 10.0 ng, Drug × Time interaction $F(7, 196) = 3.9, p < .001$, and was completely eliminated at 100.0 ng, Drug × Time interaction $F(7, 161) = 3.7, p < .001$. Similarly, the increase in facial wiping after AVP injection did not differ between the SAL and 1.0-ng groups, but it was virtually absent in the 10.0-ng, drug main effect $F(1,

$28) = 101.3, p < .001$, and 100.0-ng, drug main effect $F(1, 23) = 81.1, p < .001$, groups. Although AVP administration appeared to produce modest increases in both head and mouth movements, none of the three dosages of the $V_1$ antagonist resulted in significant reductions in head and mouth activity relative to SAL controls.

## Discussion

The results of Experiment 3 demonstrate that the most distinctive effects of central AVP administration—an increase in overall motor activity; selective increases in forelimb activity, licking, and facial wiping; and a reduction in rearlimb activity—are reduced or completely eliminated in a dose-dependent fashion by IC injection of a $V_1$ antagonist. The lowest dose of antagonist did not influence the effects of AVP on any category of fetal behavior, but the 10.0- and 100.0-ng dosages both were generally effective in blocking AVP-induced changes in fetal behavior. These findings confirm that central effects of AVP in the rat fetus are mediated by AVP binding to $V_1$ receptors in the fetal brain or spinal cord.

## Experiment 4: Intrahemispheric or Intrathecal Administration of Arginine[8] Vasopressin

Injection of AVP into the cisterna magna of the E20 rat fetus is effective in producing distinctive changes in fetal motor behavior. The findings of Experiment 3 indicate that these behavioral effects are mediated by AVP binding to the $V_1$ subtype of receptor. In vitro studies of receptor development have suggested that $V_1$ receptors are widely distributed in the CNS of the rat fetus (Lawrence, Poulin, Lawrence, & Lederis, 1988; Tanaka, de Kloet, de Wied, & Versteeg, 1977; Tribollet, Barberis, Jard, Dubois-Dauphin, & Dreyfuss, 1988). Because drugs injected into the cerebrospinal fluid of the fetus can be transported throughout the brain and spinal cord, IC injection of AVP may produce behavioral effects by altering activity at $V_1$ receptors at widely different locations in the CNS. The aim of Experiment 4 was to provide additional information about the localization of AVP effects in the E20 rat fetus. Arginine[8] vasopressin was administered to individual fetal subjects by IH injection into the left or right lateral ventricle or by IT injection into the upper thoracic spinal cord.

## Method

A total of 75 fetuses from 25 pregnancies served as subjects. Fetuses received a control injection of the SAL vehicle or AVP (10 ng per fetus). Injections were delivered into the left or right lateral ventricle of the fetal brain (IH) or into the thoracic spinal cord (IT). The combination of drug and injection site yielded four experimental groups: SAL IT ($n = 10$), SAL IH ($n = 20$), AVP IT ($n = 15$), and AVP IH ($n = 30$). Immediately after IT or IH injection of AVP or saline, the behavior of fetal subjects was recorded in a 10-min observation session.

## Results

Overall fetal activity was compared in a two-way, repeated measures ANOVA, with drug (AVP vs. SAL) and time (8 min)

PAR-VASO-0008267



*Figure 5.* Changes in six categories of fetal movements after intracisternal (IC) injection of different dosages of the $V_1$ antagonist or saline (SAL), followed by IC injection of arginine[8] vasopressin (AVP) in Experiment 3.

as independent variables, encompassing the period of observation after IT or IH administration of AVP. A significant Drug × Time interaction was found, $F(27, 639) = 3.3, p < .001$. Planned comparisons of each AVP group with its



*Figure 6.* Overall motor activity after intrathecal (IT) or intrahemispheric (IH) injection of arginine[8] vasopressin (AVP) (10.0 ng) or saline (SAL) in Experiment 4. Intrathecal administration of AVP resulted in an immediate and sustained increase in motor activity, whereas IH administration had no effect on fetal behavior.

appropriate SAL control indicated that IT administration of AVP significantly elevated fetal motor activity, drug main effect $F(1, 23) = 77.6, p < .001$, but IH administration of AVP did not affect overall activity (all $p$s > .30; see Figure 6).

Additional ANOVAs were conducted to compare individual categories of fetal movement for subjects receiving IT injections of AVP or SAL. Injection of AVP produced significant increases in forelimb, drug main effect $F(1, 23) = 28.4, p < .001$; mouthing, drug main effect $F(1, 23) = 40.8, p < .001$; licking, drug main effect $F(1, 23) = 24.6, p < .001$; and facial wiping, Drug × Time interaction $F(9, 207) = 14.6, p < .001$ (see Figure 7). Forelimb, mouthing, and licking movements increased immediately after AVP injection into the spinal cord and remained elevated across the 10-min observation period. Wiping movements exhibited a pronounced peak in the first minute after IT injection of AVP and then sharply decreased during Minutes 2–10. No significant differences were apparent in rearlimb or head movements by fetuses in the AVP IT and SAL IT groups.

## Discussion

In Experiment 4, IT administration of AVP produced distinctive behavioral changes in the E20 rat fetus. In contrast, IH administration of AVP had no effects on fetal motor behavior. Considered with the findings of Experiments 1 and 3, in which AVP was administered into the cisterna magna of the



*Figure 7.* Changes in six categories of fetal movements after intrathecal or intrahemispheric injection of arginine[8] vasopressin (AVP) or saline in Experiment 4. Note that intrathecal administration of AVP promoted sustained increases in forelimb, mouth, and licking movements and a pronounced but transient increase in facial wiping. Open circles = intrathecal AVP; open squares = intrathecal saline; solid circles = intrahemispheric AVP; solid squares = intrahemispheric saline.

fetus, these data suggest that the behavioral effects of AVP are mediated in caudal elements of the fetal CNS, most likely within the brainstem, spinal cord, or both.

## Experiment 5: Blockade of Arginine[8] Vasopressin Effects With Intrahemispheric or Intrathecal Injection of a $V_1$ Antagonist

The results of Experiment 4 confirm that distinctive behavioral effects are produced by administration of AVP into the spinal cord of the E20 rat fetus but that comparable effects are not observed after IH injection of AVP. A simple interpretation of these results is that $V_1$ receptors associated with motor control pathways in the brainstem or spinal cord are responsible for mediating the behavioral effects of central AVP administration. If this is the case, it should be possible to block the effects of IC injection of AVP by IT administration. However, because IH injection of AVP is without behavioral effect, IH administration of a $V_1$ antagonist should not influence changes in fetal behavior induced by AVP injected IC. These predictions were tested in Experiments 5a and 5b, in *which E20 fetuses received an IT or IH injection of the $V_1$* antagonist or SAL vehicle, followed by IC injection of AVP.

## Experiment 5a: Intrathecal Administration of a $V_1$ Antagonist

### Method

A total of 41 E20 fetuses from 15 pregnancies were used as subjects. Fetuses received an initial IT injection consisting of the SAL vehicle or 10.0 ng of the $V_1$ antagonist. Immediately after this initial injection, subjects were observed for 3 min, and then they received a second injection of either saline or 10.0 ng AVP administered IC. After the second injection, the behavior of all fetal subjects was recorded for an additional 5 min. The combination of the two central injections yielded three drug treatment groups: SAL IT + SAL IC (SAL + SAL; $n = 10$), SAL IT + AVP IC (SAL + AVP; $n = 15$), and 10 ng of the $V_1$ antagonist IT + AVP IC (10 ng + AVP; $n = 16$). It was expected that initial administration of the $V_1$ antagonist IT would block the effects of the IC injection of AVP on fetal behavior.

### Results

Overall fetal activity was compared in a two-way, repeated measures ANOVA, with drug (AVP vs. $V_1$ antagonist vs. SAL) and time (5 min) as independent variables, encompassing the period of observation after IC administration of AVP. A significant main effect of drug treatment was found, $F(2, 38) = 13.8, p < .001$. Post hoc comparisons of mean activity collapsed

PAR-VASO-0008269



*Figure 8.* Overall motor activity in Experiment 5a. Fetuses received an intrathecal (IT) injection of the $V_1$ antagonist (10.0 ng) or saline (SAL) at the beginning of the session. Three minutes later, subjects received an intracisternal injection of arginine[8] vasopressin (AVP; 10.0 ng) or SAL. Intracisternal injection of AVP (SAL + AVP) elevated overall activity relative to that of control subjects (SAL + SAL). Intrathecal injection of the $V_1$ antagonist (10 ng + AVP) blocked the effect of AVP on fetal activity.

over the 5 min of observation revealed that fetuses in the SAL + AVP group were more active than those in the SAL + SAL group or the 10 ng + AVP group (Scheffé test, all $ps < .05$). Moreover, fetuses injected it with the $V_1$ antagonist

and AVP did not differ in overall activity from fetuses that received two SAL injections (see Figure 8).

Additional comparisons were conducted to examine individual categories of fetal movement (see Figure 9). Forelimb activity did not significantly differ among the three drug treatment groups during the 5 min after IC injection. The ANOVA comparing rearlimb activity revealed differences among the three groups, drug main effect $F(2, 38) = 56.2, p < .001$. Rearlimb movements were suppressed in the SAL + AVP group, were expressed at significantly higher levels in the 10 ng + AVP group than in the SAL + AVP group, and were at control levels in the SAL + SAL group. The $V_1$ antagonist therefore partially reversed the effects of IC injection of AVP. The analysis of head movements indicated a significant Drug × Time interaction, $F(8, 152) = 3.8, p < .001$. Although differences were apparent among groups during the first minute after IC injection, pairwise comparison of groups indicated that the SAL + AVP group did not differ from the SAL + SAL group, suggesting that AVP did not significantly alter head activity in this experiment. Mouthing activity differed among groups, drug main effect $F(2, 38) = 33.0, p < .001$, with more mouth movements in the SAL + AVP group, fewer mouth movements in the 10 ng + AVP group, and low levels of mouthing in the SAL + SAL group. As in the analysis of rearlimb movements, the $V_1$ antagonist was partially effective in reversing the effects of AVP on mouthing behavior. Licking movements were expressed at high levels in the SAL +



*Figure 9.* Changes in six categories of fetal movements in Experiment 5a. Fetuses received an intrathecal injection of the $V_1$ antagonist (10.0 ng) or saline (SAL) at the beginning of the session. Three minutes later, subjects received an intracisternal injection of arginine[8] vasopressin (AVP; 10.0 ng) or SAL, yielding three drug treatment groups: 10 ng + AVP, SAL + AVP, and SAL + SAL.

PAR-VASO-0008270



*Figure 10.* Overall motor activity in Experiment 5b. Fetuses received an intrahemispheric (IH) injection of the $V_1$ antagonist (10.0 ng) or saline (SAL) at the beginning of the session. Three minutes later, subjects received an intracisternal injection of arginine[8] vasopressin (AVP; 10.0 ng) or SAL. Intracisternal injection of AVP (SAL + AVP) elevated overall activity relative to that of control subjects (SAL + SAL). The IH injection of the $V_1$ antagonist (10 ng + AVP) further increased fetal activity above levels exhibited by the SAL + AVP group.

AVP group but at significantly lower levels than in the SAL + AVP group in the 10 ng + AVP and SAL + SAL groups, Drug × Time interaction $F(8, 152) = 7.0, p < .001$. A similar result was found for facial wiping behavior, which varied significantly among groups, drug main effect $F(2, 38) = 13.3, p < .001$. Pairwise comparison of groups collapsed across time indicated high levels of facial wiping in the SAL + AVP group but complete absence of wiping in the 10 ng + AVP and SAL + SAL groups. Thus, AVP-induced increases in both licking and wiping movements were completely blocked by IT administration of the $V_1$ antagonist.

## Experiment 5b: Intrahemispheric Administration of a $V_1$ Antagonist

### Method

A total of 41 E20 fetuses from 15 pregnancies were used as subjects. The experimental design exactly followed that used in Experiment 5a, except that the initial injection of SAL or the $V_1$ antagonist was administered IH. Thus, the combination of the two central injections yielded three drug treatment groups: SAL IH + SAL IC (SAL + SAL; $n = 10$), SAL IH + AVP IC (SAL + AVP; $n = 15$), and 10 ng of the $V_1$ antagonist IH + AVP IC (10 ng + AVP; $n = 16$). Because IH injection of AVP has no discernible effects on fetal behavior, it was expected that initial IH administration of the $V_1$ antagonist would fail to block the effects of the IC injection of AVP on fetal behavior.

### Results

Overall fetal activity was compared in a two-way, repeated measures ANOVA, with drug (AVP vs. $V_1$ antagonist vs. SAL) and time (5 min) as independent variables, encompassing the period of observation after IC administration of AVP. A significant main effect of drug treatment was found, $F(2, 38) = 36.3, p < .001$. Post hoc comparisons of mean activity collapsed over the 5 min of observation revealed that fetuses in the

SAL + AVP group were more active than those in the SAL + SAL group (Scheffé test, all $ps < .05$; see Figure 10). However, fetuses in the 10 ng + AVP group were more active than subjects injected with SAL + AVP ($p < .05$).

Additional Drug × Time ANOVAs were conducted to examine individual categories of fetal movement (see Figure 11). Following the main effects of drug treatment in these analyses, pairwise comparisons of drug groups collapsed across time were conducted by the method of Scheffé ($p < .05$). Forelimb activity was elevated in the 10 ng + AVP group relative to both other groups, drug main effect $F(2, 38) = 30.9, p < .001$. Rearlimb movements were suppressed in the SAL + AVP group, were expressed at significantly higher levels in the 10 ng + AVP group than in the SAL + AVP group, and were at control levels in the SAL + SAL group, drug main effect $F(2, 38) = 14.3, p < .001$. Head movements were significantly elevated in the 10 ng + AVP group relative to both other groups, drug main effect $F(2, 38) = 9.1, p < .001$. Mouthing activity after injection of SAL + AVP was elevated relative to SAL + SAL control levels, and it was further elevated by IH administration of the $V_1$ antagonist in the 10 ng + AVP group, drug main effect $F(2, 38) = 25.5, p < .001$. Licking movements were not expressed by fetuses in the SAL + SAL group, but they were elevated in the SAL + AVP and 10 ng + AVP groups, drug main effect $F(2, 38) = 9.1, p < .001$. Similarly, facial wiping was absent in the SAL + SAL group, was expressed at levels higher than control levels in the SAL + AVP group, and was further elevated in the 10 ng + AVP group, drug main effect $F(2, 38) = 13.2, p < .001$.

### Discussion

Data from Experiments 5a and 5b suggest that IT and IH administrations of a $V_1$ antagonist differ markedly in their ability to alter AVP-induced changes in fetal behavior. Intrathecal and IH injections of SAL had little influence on AVP administered IC. Overall activity was elevated in the SAL + AVP group in both experiments; AVP produced distinctive increases in mouthing, licking, and facial wiping behavior; and rearlimb movements were suppressed by AVP. These findings are consistent with the results of Experiments 1 and 3. Intrathecal administration of the $V_1$ antagonist was partially effective in blocking some AVP effects (rearlimb and mouth movements) and completely eliminated AVP effects on some behavioral categories (overall activity, licking, and wiping). Behavioral changes after IH administration of the $V_1$ antagonist, however, were unexpected. Fetuses that received an IH injection of the $V_1$ antagonist and an IC injection of AVP exhibited significantly elevated levels of overall activity, forelimb, head, mouth, and wiping movements relative to subjects exposed to AVP alone (SAL + AVP group). This result suggests that blockade of $V_1$ receptors through IH injection potentiates the behavioral effects of AVP administered IC in the rat fetus.

## Experiment 6: $V_1$ Effects on Chemosensory-Evoked Facial Wiping

The foregoing experiments indicate that IC (Experiment 3) or IT (Experiment 5a) administration of a $V_1$ antagonist blocks



*Figure 11.* Changes in six categories of fetal movements in Experiment 5b. Fetuses received an intrahemispheric injection of the V1 antagonist (10.0 ng) or saline (SAL) at the beginning of the session. Three minutes later, subjects received an intracisternal injection of arginine[8] vasopressin (AVP; 10.0 ng) or SAL, yielding three drug treatment groups: 10 ng + AVP, SAL + AVP, and SAL + SAL.

the behavioral effects of AVP in the cisterna magna, but IH administration (Experiment 5b) potentiates the AVP effect. Several of the behavioral categories that increase under the influence of AVP (mouthing, licking, and facial wiping) occur rarely in control subjects in the absence of sensory stimulation. However, facial wiping can be reliably evoked in the E20 rat fetus by intraoral infusion of lemon odor extract (Robinson & Smotherman, 1991; Smotherman & Robinson, 1990). If AVP plays a role in regulating the facial wiping response of the fetus, IC and IH administration of a $V_1$ antagonist should reduce and increase, respectively, the number of facial wiping strokes elicited by lemon infusion.

### Method

A total of 60 E20 fetuses from 15 pregnancies were used as subjects. Infusion of the lemon solution into the mouth of each fetus was achieved by fitting each subject with an intraoral cannula, which consisted of a 3-cm length of PE-10 tubing inserted through the lower jaw with a flanged terminal end resting on the dorsal midline of the tongue (Smotherman & Robinson, 1991). The cannula was attached to a computer-controlled infusion pump (Kashinsky, Rozboril, Robinson, & Smotherman, 1990) to deliver a single 20-µl (±1 µl) infusion into the oral cavity. After cannulation, fetal subjects received an injection of the SAL vehicle or 100.0 ng of the $V_1$ antagonist, which was delivered either IH or IC. The combination of the two drug treatments and two sites of injection yielded four groups in Experiment 6: SAL IH ($n = 15$), SAL IC ($n = 15$), $V_1$ IH ($n = 15$), and $V_1$ IC ($n = 15$). Three minutes after the injection, all subjects received a 20-µl intraoral

infusion of the lemon solution, and all instances of facial wiping were recorded during the subsequent 60 s. It was expected that initial IC administration of the $V_1$ antagonist would reduce the facial wiping response of fetal rats but that initial IH administration of the $V_1$ antagonist would enhance facial wiping.

### Results and Discussion

Facial wiping was not expressed by fetal subjects during the 3-min period before lemon infusion. The number of facial wiping strokes expressed during the minute after infusion was compared in a two-way (Drug Treatment × Site of Injection) ANOVA. This analysis indicated a significant Drug × Site interaction, $F(1, 56) = 38.8$, $p < .001$. Fetuses injected with SAL either IC or IH exhibited an average of about five wiping strokes (see Figure 12). Post hoc $t$ tests indicated that subjects in the $V_1$ IH group showed significantly more facial wiping strokes than did SAL IH subjects ($p < .001$). Conversely, subjects in the $V_1$ IC group showed fewer wiping strokes than did fetuses receiving SAL IC ($p < .001$). These findings confirm that blockade of $V_1$ receptors in the hemispheres or brainstem can affect the expression of chemosensory-evoked behavioral responses (facial wiping) in the rat fetus.

## Experiment 7: $V_1$ Effects on Oral Responses to an Artificial Nipple

Newborn rats exhibit a variety of behavioral responses during suckling at the nipple, including orientation toward the



*Figure 12.* Number of facial wiping strokes evoked by an intraoral infusion of lemon odor solution in rat fetuses receiving an intrahemispheric (IH) or intracisternal (IC) injection of a $V_1$ antagonist (V1 ant) or saline in Experiment 6.

nipple, grasping the nipple with the mouth, rhythmic mouthing (sucking) activity, and alternating pushing movements of the limbs (treadling; Brake, Shair, & Hofer, 1988). Although neonatal rats are not responsive to surrogate nipples, recent experiments have revealed that presentation of an artificial nipple fashioned from soft vinyl reliably evokes behavioral responses in the E20 rat fetus, including appetitive responses such as mouthing, licking, and oral grasping of the nipple and aversive responses such as facial wiping (Robinson, et al., 1992). Central manipulation of the AVP system also promotes elevated levels of mouthing, licking, and facial wiping in fetal subjects in the absence of sensory stimulation (Experiment 1). If activity at $V_1$ receptors plays a role in regulating nipple-

evoked behavior in the fetal and neonatal rat, central administration of a $V_1$ antagonist should alter fetal oral responses to an artificial nipple.

## Method

A total of 60 E20 fetuses from 15 pregnancies were used as subjects. The artificial nipple presented to all fetal subjects consisted of a solid piece of soft vinyl shaped to approximate the dimensions of the nipple of a lactating rat (tapering to approximately 1 mm diameter at the rounded tip; Robinson et al., 1992). Fetal subjects received an injection of SAL or 100.0 ng of the $V_1$ antagonist by either the IH or IC route. The combination of the two drug treatments and two sites of injection yielded four groups: SAL IH ($n = 15$), SAL IC ($n = 15$), $V_1$ IH ($n = 15$), and $V_1$ IC ($n = 15$). Three minutes after the injection, all subjects were exposed to the artificial nipple continuously for a period of 1 min. Presentation consisted of gently placing the tip of the artificial nipple in contact with the mouth of the fetus, without attempting to force the nipple into the mouth. Fetal perioral responses (oral grasping, mouthing, licking, and facial wiping) were recorded during the minute of nipple stimulation. It was expected that initial IC administration of the $V_1$ antagonist would reduce fetal responsiveness to the artificial nipple but that initial IH administration of the $V_1$ antagonist would enhance nipple-evoked behavior.

## Results and Discussion

The number of oral grasping responses directed toward the artificial nipple during the minute of nipple stimulation was compared across groups in a two-way (Drug Treatment × Site of Injection) ANOVA. This analysis indicated the significant interaction Drug × Site interaction, $F(1, 56) = 46.7, p < .001$ (see Figure 13). Oral grasping of the nipple was significantly



*Figure 13.* Effects of intrahemispheric (IH) or intracisternal (IC) injection of a $V_1$ antagonist (V1 ant) or saline on fetal responses to an artificial nipple in Experiment 7. Blockade of activity at $V_1$ receptors influenced the number of oral grasping responses (top left), mean duration of the first grasp response (bottom left), latency to the first grasp (top right), and number of facial wiping strokes (bottom right) elicited by the artificial nipple.

elevated in the $V_1$ IH group compared with the SAL controls ($p < .001$) and was significantly reduced relative to SAL in the $V_1$ IC group ($p < .001$). Two additional measures confirmed the effect of the $V_1$ antagonist on oral grasping of the nipple. A significant Drug × Site interaction, $F(1, 56) = 39.5, p < .001$, indicated that the latency to the first grasp response was reduced in the $V_1$ IH group ($p < .05$) and elevated in the $V_1$ IC group ($p < .05$) compared with SAL controls. After exhibiting a grasp response, fetuses remained on the artificial nipple for varying lengths of time. Comparison of the duration of the first grasp response revealed a significant interaction of Drug × Site interaction, $F(1, 56) = 15.2, p < .001$. Post hoc $t$ tests indicated that the duration of grasping was significantly reduced relative to SAL duration by IC injection of the $V_1$ antagonist ($p > .001$). No difference was evident in the duration of the first grasp response among fetuses that received IH injections ($p > .05$).

Presentation of the artificial nipple resulted in elevated levels of mouthing and licking behavior. However, the analyses of these oral responses indicated that neither mouthing nor licking varied as a function of drug treatment, site of injection, or the interaction of these variables (all $ps > .01$). Across the four experimental groups, the minute of nipple stimulation evoked an average of 6.7 ($SE_M = 0.5$) mouth movements and 1.6 ($SE_M = 0.4$) licking movements. Blockade of $V_1$ receptors appeared to influence aversive responses to the nipple. Although no facial wiping was expressed before presentation of the artificial nipple, the analysis of facial wiping during the minute of nipple stimulation indicated the significant interaction of drug treatment and site, $F(1, 56) = 26.2, p < .001$. The number of wiping strokes was significantly elevated in the $V_1$ IH group ($p < .001$) and was reduced after IC injection of the $V_1$ antagonist ($p < .01$).

The data from Experiment 7 suggest that manipulations of the AVP system of the fetal rat can alter perioral responsiveness to an artificial nipple. Specifically, blockade of endogenous AVP activity at $V_1$ receptors in the brainstem or spinal cord by IC injection depresses oral grasping and facial wiping responses to the artificial nipple. Blockade of $V_1$ receptors in the cerebral hemisphere by IH injection has the opposite effect, promoting faster and more frequent grasp responses to the artificial nipple and more facial wiping strokes.

## Conclusions

The present series of experiments demonstrates that central administration of neuroactive peptides to fetal subjects can have pronounced effects on motor behavior. These data complement other recent studies showing that pharmacological activation or blockade of opioid and catecholamine systems in fetal rats can bring about distinctive changes in motor activity, sensory responsiveness, and the expression of organized behavioral patterns (Robinson, Moody, Spear, & Smotherman, 1993; Smotherman, Moody, Spear, & Robinson, 1993; Smotherman & Robinson, 1992a). The effects of opioid and dopaminergic drugs are manifested through an increase or decrease in activity in only a few categories of fetal behavior, such as forelimb, rearlimb, and head movements. Other categories of behavior remain relatively infrequent in the

absence of explicit sensory stimulation. The behavioral effects produced by central administration of AVP are unusual in this context: Injection of AVP into the cisterna magna of the E20 rat fetus resulted in modest increases in forelimb and head movements and decreases in rearlimb movements, but it also promoted very high rates of ordinarily rare categories of fetal behavior, notably, licking and facial wiping. The expression of perioral behavior after central administration of AVP is consistent with reports that human fetuses exhibit elevated serum levels of AVP associated with swallowing and other ingestivelike behavior in utero (Agnew et al., 1993; Ross et al., 1992). The ability to block the behavioral effects of AVP by central administration of [β-mercapto-β,β-cyclopentamethylene-propionyl[1],O-Me-Tyr[2],Arg[8]]-vasopressin indicates that changes in fetal behavior induced by AVP are mediated by the $V_1$ subclass of receptor.

The present experiments also provide some information about the localization of AVP effects in the CNS of the rat fetus. Administration of AVP into the lateral ventricle is without behavioral effect, but IT injection of AVP results in immediate and pronounced effects, including distinctive changes in licking and facial wiping behavior. This finding suggests that AVP interacts with a population of $V_1$ receptors in the spinal cord or brainstem. Movements of the mouth and tongue are generated by motoneurons in the medulla, whereas forelimb activity (including facial wiping) is the product of motoneuron activity in the low cervical spinal cord (Shepherd, 1988). These two facts imply that the population of $V_1$ receptors that subserve AVP-induced behavior is close to the final common pathway of motor control in the fetal CNS. The brainstem and spinal cord involvement in AVP effects was corroborated by the finding that IT, but not IH administration of a $V_1$ antagonist, effectively blocks AVP injected into the cisterna magna.

Although IH injection of AVP had little direct effect on fetal motor behavior, IH injection of the $V_1$ antagonist appeared to potentiate AVP-induced changes in fetal behavior. The finding that an antagonist administered at one location can increase the effectiveness of an agonist administered elsewhere in the CNS is paradoxical. A possible interpretation is that there are two populations of $V_1$ receptors, one in the brainstem/spinal cord that has basically excitatory effects on fetal motor behavior, and a second in the brain that is inhibitory. By this view, administration of a $V_1$ antagonist into the cerebral hemispheres produces disinhibition, thereby accentuating the behavioral effects of AVP injected IC.

In adult rats, AVP has been implicated in the regulation of drinking behavior (Ramsay & Thrasher, 1990). Although there is no reason to believe that AVP has the same function in developing rats, the distinctive fetal responses evoked by central administration of AVP, namely, mouthing, licking, and facial wiping, are observed in the fetal rat with stimuli that are associated with suckling, such as milk and an artificial nipple (Robinson et al., 1992; Smotherman, Arnold, & Robinson, 1993). Other peptide systems, including opioids and cholecystokinin, have been found to play a role in the control of suckling behavior and sensory responsiveness in young rats (Blass, 1990). Given that central administration of AVP results in pronounced changes in the perioral behavior of fetuses, and

given the apparent proximity of $V_1$ receptors to effector systems in the fetus, AVP may play an important role in the development of responsiveness to stimuli present in the suckling context.

The potential influence of AVP on the development of suckling behavior is supported by Experiments 6 and 7 in the present study. Blockade of activity at $V_1$ receptors in the cerebral hemispheres or brainstem/spinal cord can either potentiate or suppress fetal responsiveness to perioral stimulation. Intrahemispheric injection of the $V_1$ antagonist promotes facial wiping to an intraoral infusion of lemon odor extract and increases oral grasping and facial wiping directed toward an artificial nipple. Intracisternal injection of the $V_1$ antagonist has the opposite effects, nearly eliminating facial wiping to lemon infusion and the nipple and sharply reducing the number and duration of oral grasp responses. Because the responses influenced by $V_1$ manipulations include both appetitive (e.g., oral grasping) and aversive (e.g., facial wiping) components, the AVP system may help to regulate perioral responsiveness in general and not to alter the hedonic processing of sensory stimuli (Grill & Berridge, 1985).

The effects of AVP on adult rat drinking behavior (Ramsay & Thrasher, 1990) and swallowing in fetal sheep (Ross et al., 1992) have been interpreted as the consequence of AVP effects on osmoregulation, which can alter intervening motivational variables such as thirst. The present study confirms that central manipulation of $V_1$ receptors can directly affect fetal rats' responsiveness to stimuli of importance in the neonatal suckling situation, including oral responses evoked by an artificial nipple. Because central administration of AVP is unlikely to alter the water balance of fetuses within the time scale of minutes used in the present experiments, AVP may play a more direct role of regulating responsiveness of fetal (and neonatal) rats to oral stimuli essential for suckling.

## References

Abbey, H., & Howard, E. (1973). Statistical procedure in developmental studies on species with multiple offspring. *Developmental Psychobiology 6*, 329–335.

Agnew, C. L., Ross, M. G., Fujino, Y., Ervin, M. G., Day, L., & Kullama, L. K. (1993). Maternal/fetal dehydration: Prolonged effects and responses to oral rehydration. *American Journal of Physiology, 264*, R197–R203.

Altstein, M., & Gainer, H. (1988). Differential biosynthesis and posttranslational processing of vasopressin and oxytocin in rat brain during embryonic and postnatal development. *Journal of Neuroscience, 8*, 3967–3977.

Balaban, C. D., Fredericks, D. A., Wurpel, J. N. D., & Severs, W. B. (1988). Motor disturbances and neurotoxicity induced by centrally administered somatostatin and vasopressin in conscious rats, interactive effects of two neuropeptides. *Brain Research, 445*, 117–129.

Blass, E. M. (1990). Suckling: Determinants, changes, mechanisms, and lasting impressions. *Developmental Psychology, 26*, 520–533.

Brake, S. C., Shair, H., & Hofer, M. A. (1988). Exploiting the nursing niche: The infant's sucking and feeding in the context of the mother–infant interaction. In E. M. Blass (Ed.), *Handbook of behavioral neurobiology: Vol. 9. Developmental psychobiology and behavioral ecology* (pp. 347–388). New York: Plenum.

Buijs, R. M., Velis, D. N., & Swaab, D. F. (1980). Ontogeny of

vasopressin and oxytocin in the fetal rat: Early vasopressinergic innervation of the fetal brain. *Peptides, 1*, 315–324.

Bunsey, M., Kramer, D., Kesler, M., & Strupp, B. J. (1990). A vasopressin metabolite increases attentional selectivity. *Behavioral Neuroscience, 104*, 277–287.

Burnard, D. M., Pittman, Q. J., & Veale, W. L. (1985). Brattleboro rats display increased sensitivity to arginine vasopressin-induced motor disturbances. *Brain Research, 382*, 316–322.

De Vries, G. J., Buijs, R. M., Van Leeuwen, F. W., Caffe, A. R., & Swaab, D. F. (1985). The vasopressinergic innervation of the brain in normal and castrated rats. *Journal of Comparative Neurology, 233*, 236–254.

de Wied, D. (1971). Long term effect of vasopressin on the maintenance of a conditioned avoidance response in rats. *Nature, 232*, 58–60.

de Wied, D., Joels, M., Burbach, P. H., de Jong, W., De Kloet, E. R., Gaffori, O. W. J., Urban, I. J. A., van Ree, J. M., van Wimersma Greidanus, T. B., Veldhuis, H. D., Versteeg, D. H. G., & Wiegant, V. M. (1988). Vasopressin effects on central nervous system. In A. Negro-Vilar & P. M. Conn (Eds.), *Peptide hormones: Effects and mechanisms of action* (pp. 97–140). Boca Raton, FL: CRC Press.

Diamant, M., & de Wied, D. (1993). Differential effects of centrally injected AVP on heart rate, core temperature, and behavior in rats. *American Journal of Physiology, 264*, R51–R61.

Drewett, R. F., Statham, C., & Wakerley, J. B. (1974). A quantitative analysis of the feeding behaviour of suckling rats. *Animal Behaviour, 22*, 907–913.

Eisenach, J. C., Tong, C., Stump, D. A., & Block, S. M. (1992). Vasopressin and fetal cerebrovascular regulation. *American Journal of Physiology, 263*, R376–R381.

Grill, H. J., & Berridge, K. C. (1985). Taste reactivity as a measure of the neural control of palatability. In J. M. Sprague & A. N. Epstein (Eds.), *Progress in psychobiology and physiological psychology* (Vol. 11, pp. 1–61). San Diego, CA: Academic Press.

Hoeltzel, T. C. M., Robinson, S. R., & Smotherman, W. P. (1993). *Behavioral responses of the rat fetus to an artificial nipple are differentially altered by mu and kappa opioid activity.* Manuscript submitted for publication.

Holson, R. R., & Pearce, B. (1992). Principles and pitfalls in the analysis of prenatal treatment effects in multiparous species. *Neurotoxicology and Teratology, 14*, 221–228.

Kashinsky, W. M., Rozboril, L. W., Robinson, S. R., & Smotherman, W. P. (1990). An inexpensive rotary infusion pump for delivering microliter volumes of chemosensory fluids to animal subjects. *Physiology & Behavior, 47*, 1279–1281.

Kasting, N. W. (1991). Criteria for establishing a physiological role for brain peptides. A case in point: The role of vasopressin in thermoregulation during fever and antipyresis. *Brain Research Reviews, 14*, 143–151.

Kasting, N. W., & Wilkinson, M. F. (1985). An antagonist to the antipyretic effects of intracerebroventricularly administered vasopressin in the rat. In K. E. Cooper, P. Lomax, W. L. Veale, & E. Schonbaum (Eds.), *Homeostasis and thermal stress* (pp. 137–140). Basel, Switzerland: Karger.

Koob, G. F., Lebrun, C., Bluthe, R. M., Dantzer, R., & Le Moal, M. (1989). Role of neuropeptides in learning versus performance: Focus on vasopressin. *Brain Research Bulletin, 23*, 359–364.

Koob, G. F., Le Moal, R., Bluthe, R. M., Lebrun, C., Bloom, F. E., & Le Moal, M. (1986). Central injections of arginine vasopressin prolong extinction of active avoidance. *Peptides, 7*, 213–218.

Lawrence, J. A. M., Poulin, P., Lawrence, D., & Lederis, K. (1988). [$^3$H]arginine vasopressin binding to rat brain: A homogenate and autoradiographic study. *Brain Research, 446*, 212–218.

Meisenberg, G. (1988). Vasopressin induced grooming and scratching behavior in mice. In D. L. Colbern & W. H. Gispen (Eds.), *Neural*

*mechanisms and biological significance of grooming behavior* (pp. 257–269). New York: New York Academy of Sciences.

National Institutes of Health. (1986). *Guide for the care and use of laboratory animals* (DHEW Publication No. 86-23). U.S. Government Printing Office.

Paxinos, G., Tork, I., Tecott, L. H., & Valentino, K. L. (1991). *Atlas of the developing rat brain.* San Diego, CA: Academic Press.

Ramsay, D. J., & Thrasher, T. N. (1990). Thirst and water balance. In E. M. Stricker (Ed.), *Handbook of behavioral neurobiology: Vol. 10. Neurobiology of food and fluid intake* (pp. 353–386). New York: Plenum.

Robinson, S. R., Hoeltzel, T. C. M., Cooke, K. M., Umphress, S. M., Murrish, D. E., & Smotherman, W. P. (1992). Oral capture and grasping of an artificial nipple by rat fetuses. *Developmental Psychobiology, 25,* 543–555.

Robinson, S. R., Moody, C. A., Spear, L. P., & Smotherman, W. P. (1993). Effects of dopamine and kappa opioid receptors on fetal responsiveness to perioral stimuli. *Developmental Psychobiology, 26,* 37–50.

Robinson, S. R., & Smotherman, W. P. (1991). The amniotic sac as scaffolding: Prenatal ontogeny of an action pattern. *Developmental Psychobiology, 24,* 463–485.

Robinson, S. R., & Smotherman, W. P. (1992). Organization of the stretch response to milk in the rat fetus. *Developmental Psychobiology, 25,* 33–49.

Ross, M. G., Agnew, C., Fujino, Y., Ervin, M. G., & Day, L. (1992). Concentration thresholds for fetal swallowing and vasopressin secretion. *American Journal of Physiology, 262,* R1057–R1063.

Ross, M. G., Sherman, D. J., Ervin, M. G., Day, L., & Humme, J. (1989). Stimuli for fetal swallowing: Systemic factors. *American Journal of Obstetrics and Gynecology, 161,* 1559–1565.

Shepherd, G. M. (1988). *Neurobiology* (2nd ed.). New York: Oxford University Press.

Smotherman, W. P., Arnold, H. M., & Robinson, S. R. (1993). Responses to ecologically relevant stimuli in the rat fetus: Interactive effects of milk and an artificial nipple. *Developmental Psychobiology, 26,* 359–374.

Smotherman, W. P., Moody, C. A., Spear, L. P., & Robinson, S. R. (1993). Fetal behavior and the dopamine system: D$_1$ receptor interaction with the kappa opioid system. *Physiology & Behavior, 53,* 191–197.

Smotherman, W. P., & Robinson, S. R. (1989). Cryptopsychobiology: The appearance, disappearance and reappearance of a species-typical action pattern during early development. *Behavioral Neuroscience, 103,* 153–160.

Smotherman, W. P., & Robinson, S. R. (1990). Olfactory bulb transection alters fetal behavior after chemosensory but not tactile stimulation. *Developmental Brain Research, 57,* 175–180.

Smotherman, W. P., & Robinson, S. R. (1991). Accessibility of the rat fetus for psychobiological investigation. In H. N. Shair, G. A. Barr, & M. A. Hofer (Eds.), *Developmental psychobiology: New methods and changing concepts* (pp. 148–163). New York: Oxford University Press.

Smotherman, W. P., & Robinson, S. R. (1992a). Kappa opioid mediation of fetal responses to milk. *Behavioral Neuroscience, 106,* 396–407.

Smotherman, W. P., & Robinson, S. R. (1992b). Opioid control of the fetal stretch response: Implications for the first suckling episode. *Behavioral Neuroscience, 106,* 866–873.

Smotherman, W. P., & Robinson, S. R. (1992c). Prenatal experience with milk: Fetal behavior and endogenous opioid systems. *Neuroscience and Biobehavioral Reviews, 16,* 351–364.

Smotherman, W. P., Robinson, S. R., Varlinskaya, E. I., Petrov, E. S., Orlowski, M., de Costa, B. R., & Rice, K. C. (1994). Central administration of the endopeptidase inhibitor cFP-AAF-pAB suggests dynorphin as the endogenous ligand underlying the behavioral effects of milk in the rat fetus. *Pharmacology, Biochemistry and Behavior, 47,* 715–719.

Swaab, D. F., Hofman, M. A., & Honnebier, M. B. O. M. (1990). Development of vasopressin neurons in the human suprachiasmatic nucleus in relation to birth. *Developmental Brain Research, 52,* 289–293.

Szabo, G., Tabakoff, D., & Hoffmann, P. L. (1988). Receptors with V$_1$ characteristics mediate the maintenance of ethanol tolerance by vasopressin. *Journal of Pharmacology and Experimental Therapeutics, 247,* 536–541.

Tanaka, M., de Kloet, E. R., de Wied, D., & Versteeg, D. H. G. (1977). Arginine$^8$-vasopressin affects catecholamine metabolism in specific brain nuclei. *Life Sciences, 20,* 1799–1808.

Tribollet, E., Barberis, C., Jard, S., Dubois-Dauphin, M., & Dreyfuss, J. J. (1988). Localization and pharmacological characterization of high affinity binding sites for vasopressin and oxytocin in the rat brain by light microscopic autoradiography. *Brain Research, 442,* 105–118.

Received July 8, 1993
Revision received October 21, 1993
Accepted November 12, 1993 ∎

PAR-VASO-0008276

# PRINCIPLES OF CRITICAL CARE

## THIRD EDITION

Editors

**JESSE B. HALL, MD**
Director of Critical Care Services
Professor of Medicine and of Anesthesia and Critical Care
Section of Pulmonary and Critical Care
University of Chicago
Chicago, Illinois

**GREGORY A. SCHMIDT, MD**
Director, Critical Care Services
Professor of Medicine and of Anesthesia and Critical Care
Section of Pulmonary and Critical Care
University of Chicago
Chicago, Illinois

**LAWRENCE D.H. WOOD, MD PHD**
Faculty Dean of Medical Education
University of Chicago, Pritzker School of Medicine
Professor of Medicine and of Anesthesia and Critical Care
Section of Pulmonary and Critical Care Medicine
University of Chicago
Chicago, Illinois

Cora D. Taylor
Editorial Assistant

McGRAW-HILL
Medical Publishing Division

New York   Chicago   San Francisco   Lisbon
London   Madrid   Mexico City   Milan   New Delhi
San Juan   Seoul   Singapore   Sydney   Toronto

PAR-VASO-0008277

Chapter 21
# SHOCK
KEITH R. WALLEY

**KEY POINTS**

- *Shock is present when there is evidence of multisystem organ hypoperfusion; it often presents as decreased mean blood pressure.*

- *Initial resuscitation aims to establish adequate airway, breathing, and circulation. Rapid initial resuscitation (usefully driven by protocol) is fundamental for improved outcome, since "time is tissue."*

- *A working diagnosis or clinical hypothesis of the cause of inadequate circulation should always be made immediately, while treatment is initiated, based on clinical presentation, physical examination, and by observing the response to therapy.*

- *Drug and/or definitive therapy for specific causes of shock must be considered and implemented early (e.g., thrombolysis for myocardial infarction, hemostasis for hemorrhage, appropropriate antibiotics, and activated protein C for severe sepsis, etc.).*

- *The most common causes of shock are high cardiac output hypotension, or septic shock; reduced pump function of the heart, or cardiogenic shock; and reduced venous return despite normal pump function, or hypovolemic shock. Overlapping etiologies can confuse the diagnosis, as can a short list of other less common etiologies, which are often separated by echocardiography and pulmonary artery catheterization.*

- *Shock has a hemodynamic component, which is the focus of the initial resuscitation, but shock also has a systemic inflammatory component (ameliorated by rapid initial resuscitation) that leads to adverse sequelae including subsequent organ system dysfunction.*

This chapter discusses shock with respect to the bedside approach: first with an early working diagnosis, then an approach to urgent resuscitation that confirms or changes the working diagnosis, followed by a pause to ponder the broader differential diagnosis of the types of shock and the pathophysiology of shock leading to potential adverse sequelae. Effective initial diagnosis and treatment at a rapid pace depend in large part on understanding cardiovascular pathophysiology.

## Establishing a Working Diagnosis of the Cause of Shock

### DEFINITION OF SHOCK

Shock is present if evidence of multisystem organ hypoperfusion is apparent. Evidence of hypoperfusion includes tachycardia, tachypnea, low mean blood pressure, diaphoresis, poorly perfused skin and extremities, altered mental status, and decreased urine output. Hypotension has special importance because it commonly occurs during shock, be-

cause blood pressure is easily measured, and because extreme hypotension always results in shock. Important caveats are: (1) relatively low blood pressure is normal in some healthy individuals and (2) systolic blood pressure may be preserved in some patients in shock by excessive sympathetic tone. In the latter case, it is important to anticipate that sedation will unmask hypotension. Further, cuff blood pressure measurements may markedly underestimate central blood pressure in low flow states.[1] The focus of initial resuscitation is reversing the hemodynamic component of shock, which leads to tissue hypoxia and lactic acidosis. However, all types of shock are also associated with a systemic inflammatory component that is a key contributor to subsequent multisystem organ failure and death. The development of the systemic inflammatory component is minimized by rapid and adequate (usefully driven by protocol) initial resuscitation.[2]

### A QUESTIONING APPROACH TO THE INITIAL CLINICAL EXAMINATION

Mean blood pressure is the product of cardiac output and systemic vascular resistance (SVR). Accordingly, hypotension may be caused by reduced cardiac output or reduced SVR. Therefore, initial examination of the hypotensive patient seeks to answer the question: Is cardiac output reduced? High cardiac output hypotension is most often signaled by a high pulse pressure, a low diastolic pressure, warm extremities with good nail bed return, fever (or hypothermia), leukocytosis (or leukopenia), and other evidence of infection; these clinical findings strongly suggest a working diagnosis of septic shock (Table 21-1), the initial treatment for which is thoughtful antibiosis combined with rapid expansion of the vascular volume and subsequent vasopressors, inotropes, and blood transfusion as necessary to achieve an adequate mean arterial pressure (MAP) and central venous oxygen saturation ($Scv_{O_2}$; see below).

In contrast, low cardiac output is signaled by a low pulse pressure, mottled cyanotic skin, and cool extremities with poor nail bed return. In this case, clinical examination turns to a second question: Is the heart too full? A heart that is too full in a hypotensive patient is signaled by elevated jugular venous pressure, peripheral edema, crepitations on lung auscultation, a laterally displaced precordial apical impulse with extra heart sounds ($S_3$, $S_4$), chest pain, ischemic changes on the electrocardiogram, and a chest radiograph showing a large heart with dilated upper lobe vessels and pulmonary edema.[3] These findings suggest cardiogenic shock, most often caused by ischemic heart disease, and are generally absent when low cardiac output results from hypovolemia (see Table 21-1). Clinical examination then shows manifestations of blood loss (hematemesis, tarry stools, abdominal distention, reduced hematocrit, or trauma) or manifestations of dehydration (reduced tissue turgor, vomiting or diarrhea, or negative fluid balance). This distinction between cardiogenic and hypovolemic shock allows initial therapy to focus on vasoactive drugs and on volume infusions, respectively.

Whenever the clinical formulation is not obvious after answering the first two questions, ask a third: What does not fit? Most often, the answer is that the hypotension is due to overlap of two or more of these common etiologies of

PAR-VASO-0008278

TABLE 21-1 Rapid Formulation of an Early Working Diagnosis of the Etiology of Shock

Defining features of shock

| | |
|---|---|
| Blood pressure | ↓ |
| Heart rate | ↑ |
| Respiratory rate | ↑ |
| Mentation | ↓ |
| Urine output | ↓ |
| Arterial pH | ↓ |

| | High-Output Hypotension Septic Shock | Low Cardiac Cardiogenic and Hypovolemic Shock |
|---|---|---|
| Is cardiac output reduced? | No | Yes |
| Pulse pressure | ↑ | ↓ |
| Diastolic pressure | ↓ | ↓ |
| Extremities/digits | Warm | Cool |
| Nail bed return | Rapid | Slow |
| Heart sounds | Crisp | Muffled |
| Temperature | ↑ or ↓ | ↔ |
| White cell count | ↑ or ↓ | ↔ |
| Site of infection | ++ | — |

| | Reduced Pump Function, Cardiogenic Shock | Reduced Venous Return, Hypovolemic Shock |
|---|---|---|
| Is the heart too full? | Yes | No |
| Symptoms clinical context | Angina on electrocardiogram | Hemorrhage dehydration |
| Jugular venous pressure | ↑ | ↓ |
| S3, S4, gallop rhythm | + + + | — |
| Respiratory crepitations | + + + | — |
| Chest radiograph | Large heart ↑ Upper lobe flow Pulmonary edema | Normal |

What does not fit?
Overlapping etiologies (septic cardiogenic, septic hypovolemic, cardiogenic hypovolemic)
Short list of other etiologies

| | | |
|---|---|---|
| High-output hypotension | High right atrial pressure hypotension | Nonresponsive hypovolemia |
| Liver failure | | Adrenal insufficiency |
| Severe pancreatitis | Pulmonary hypertension | Anaphylaxis |
| Trauma with significant systemic inflammatory response | (Most often pulmonary embolus) | Spinal shock |
| Thyroid storm | Right ventricular infarction | |
| Arteriovenous fistula | Cardiac tamponade | |
| Paget disease | | |

Get more information
Echocardiography, right heart catheterization

shock: septic shock complicated by myocardial dysfunction or hypovolemia, cardiogenic shock complicated by hypovolemia or sepsis, and hypovolemic shock masking sepsis or ischemic heart disease. At this time, more data are frequently needed, especially aided by echocardiography and pulmonary artery catheterization. Interpretations of the data and response to initial therapy frequently confirm the multiple etiologies or lead to a broader differential diagnosis of the etiologies of shock (see below). A short list of common etiologies other than septic, cardiogenic, or hypovolemic shock can be grouped as they present (see Table 21-1): high cardiac output hypotension that does not appear to be caused by sepsis, high right atrial pressure hypotension not caused by left ventricular ischemia, and poorly responsive hypovolemic shock.

## Urgent Initial Resuscitation

### PRIMARY SURVEY

Early institution of aggressive resuscitation improves a patient's chances of survival.[2,4] To improve efficiency at the necessarily rapid tempo, a systematic approach to initial evaluation and resuscitation is useful as it is during cardiac emergencies (advanced cardiac life support [ACLS]) and trauma (advanced trauma life support [ATLS]). In analogy to these systematic "ABC" approaches, a primary survey includes establishing an airway (*airway*), choosing a ventilator mode and small tidal volumes that minimize ventilator-induced lung injury (*breathing*), rapid (usefully protocol driven) resuscitation of the inadequate circulation

PAR-VASO-0008279

(circulation), and drugs/definitive therapy consisting of early consideration and implementation of definitive therapy for specific causes of shock (e.g., thrombolysis or angioplasty for myocardial infarction; hemostasis for hemorrhage; appropriate antibiotics, surgical drainage of abscess, activated protein C, and steroids for severe sepsis; etc.).

## AIRWAY

Almost all patients in shock have one or more indications for airway intubation and mechanical ventilation (Table 21-2), which should be instituted early. Significant hypoxemia (based on blood-gas analysis, pulse oximetry, or high clinical suspicion) is one indication for airway intubation because external masks and other devices do not reliably deliver an adequate fraction of inspired $O_2$ ($F_{IO_2}$). Initially, a high $F_{IO_2}$ (100%) is used until blood-gas analysis or reliable pulse oximetry allows titration of the $F_{IO_2}$ down toward less toxic concentrations.

Ventilatory failure is another indication for airway intubation and mechanical ventilation. Elevated and rising partial pressure of $CO_2$ in arterial blood reliably establishes the diagnosis of ventilatory failure but is often a late finding. In particular, young, previously healthy patients are able to defend partial pressure of $CO_2$ ($P_{CO_2}$) and pH up until a precipitous respiratory arrest. Therefore, clinical signs of respiratory muscle fatigue or subtle evidence of inadequate ventilation are more important early indicators.[5] Evidence of respiratory muscle fatigue, including labored breathing precluding more than rudimentary verbal responses, tachypnea greater than 40/minute or an inappropriately low and decreasing respiratory rate, abdominal paradoxical respiratory motion, accessory muscle use, and other manifestations of ventilatory failure such as inadequately compensated acidemia should lead to early elective intubation and ventilation of the patient in shock (see Chap. 31).

Obtundation, due to shock or other causes, resulting in inadequate airway protection is an important indication for intubation. In shock, airway intubation and mechanical ventilation should precede other complicated procedures, such as central venous catheterization, or complicated tests that require transportation of the patient because these procedures and tests restrict the medical staff's ability to continuously assess the airway and ensure adequacy of ventilation.

TABLE 21-2 Indications for Intubation in Shock Patients

| Indication | Why |
|---|---|
| Hypoxemia | High $F_{IO_2}$ is not guaranteed by oxygen masks; PEEP can be added |
| Ventilatory failure (inappropriately high $P_{CO_2}$, signs of ventilatory muscle fatigue) | Ensure adequate $CO_2$ removal Correct hypoxia due to hypoventilation Prevent sudden respiratory arrest |
| Vital organ hypoperfusion | Rest ventilatory muscles (and divert cardiac output to hypoperfused vital organs) |
| Obtundation | Protect and ensure an adequate airway |

ABBREVIATIONS: $F_{IO_2}$, fraction of inspired $O_2$; $P_{CO_2}$, partial pressure of $CO_2$; PEEP, positive end-expiratory pressure.

## BREATHING

Initially, mechanical ventilation with sedation and, if necessary, paralysis are instituted to remove work of breathing as a confounding factor from the initial resuscitation and diagnostic pathway and to redistribute limited blood flow to vital organs.[6] The change from spontaneous breathing (negative intrathoracic pressure ventilation) to mechanical ventilation (positive intrathoracic pressure ventilation) leads to reduced venous return so that additional volume resuscitation must be anticipated when hypovolemia contributes to shock. Application of positive end-expiratory pressure (increases intrathoracic pressure) and administration of sedative or narcotic drugs (increases venous capacitance) similarly should be expected to reduce venous return and highlight the importance of aggressive volume resuscitation at the time of intubation and institution of mechanical ventilation in hypovolemic patients. Conversely, when hypovolemia is not a problem (e.g., cardiogenic shock), application of positive intrathoracic pressure may improve cardiac output and blood pressure.

A relatively small tidal volume (6 to 8 mL/kg) should be selected to minimize hypotension due to high intrathoracic pressures and, more importantly, to reduce ventilator-induced lung injury.[7] When arterial hypoxemia due to acute lung injury or frank adult respiratory distress syndrome (ARDS) complicates shock, adherence to tidal volumes of 6 mL/kg ideal body weight significantly decreases mortality rate and number of days on a ventilator in the intensive care unit.[8]

## CIRCULATION

Just as low tidal volumes limit ongoing lung inflammation and injury, rapid resuscitation of the circulation limits ongoing generation of a systemic inflammatory response and multiple organ injury. Hence, rapid protocol-driven approaches with defined end points improve shock outcome.[4,9] For all types of shock, "time is tissue." Thus, for cardiogenic shock secondary to acute myocardial infarction, the early goal is immediate thrombolysis, angioplasty, or surgical revascularization.[3] For hypovolemic shock due to hemorrhage, the early goal is immediate hemostasis and rapid volume resuscitation. The early goals of volume resuscitation in hypovolemic or septic shock are incorporated in the Early Goal-Directed Therapy algorithm (Fig. 21-1), which was initially designed to aid resuscitation of septic shock.[2] This requires immediate monitoring (even before formal admission to the intensive care unit) of MAP (goal > 65 mm Hg), central venous pressure (CVP; goal 8 to 12 mm Hg), and $Scvo_2$ (goal > 70%).

### Volume

Aggressive volume resuscitation up to the point of a heart that is too full is the first step in resuscitation of the circulation. The rate and composition of volume expanders must be adjusted in accord with the working diagnosis. The Early Goal-Directed Therapy algorithm for resuscitation of septic shock calls for 500 mL saline every 30 minutes, but this is much too slow in hypovolemic patients in whom 1 L every 10 minutes, or faster, is initially required. During volume resuscitation, infusions must be sufficient to test the clinical hypothesis that the patient is hypovolemic by effecting a short-term end point indicating benefit (increased blood pressure and pulse



FIGURE 21-1 An approach to initial resuscitation of the circulation based on Early Goal-Directed Therapy. Cardiac monitoring, pulse oximetry, urinary catheterization, and arterial and central venous catheterizations must be instituted. Volume resuscitation is the initial step. If this is insufficient to raise mean arterial pressure (MAP) to 65 mm Hg, then vasopressors are the second step. Adequate tissue oxygenation (reflected by central venous $O_2$ saturation [$Scv_{O_2}$] > 70%) is a goal of all resuscitation interventions. If this $Scv_{O_2}$ goal is not met by volume resuscitation and vasopressors, then red blood cell transfusion and inotrope infusion are the third and fourth interventions, respectively. When the goals of resuscitation are met, then reduction of vasopressor infusion, with further volume infusion if necessary, becomes a priority. CVP, central venous pressure; Hct, hematocrit. (*Adapted from Rivers et al.*[2])

pressure and decreased heart rate) or complication (increased jugular venous pressure and pulmonary edema). Absence of either response indicates an inadequate challenge, so the volume administered in the next interval must be greater than the previous one. In obvious hemorrhagic shock, immediate hemostasis is essential[10]; blood must be obtained early, warmed and filtered; blood substitutes are administered in large amounts (crystalloid or colloid solutions) until blood pressure increases or the heart becomes too full. At the other extreme, a working diagnosis of cardiogenic shock without obvious fluid overload requires a smaller volume challenge (250 mL NaCl in 20 minutes). In each case, and in all other types of shock, the next volume challenge depends on the response to the first; it should proceed soon after the first so that the physician does not miss the diagnostic clues evident only to the examining critical care team at the bedside during this urgent resuscitation (Table 21-3).

### Role of Red Blood Cell Transfusion during Initial Resuscitation

Transfusion of red blood cells is a component of the initial volume resuscitation of shock when severe or ongoing blood loss contributes to shock. In addition, when anemia contributes to inadequate oxygen delivery so that mixed venous oxygen saturation or its surrogate $Scv_{O_2}$ <70% despite an adequate CVP (8 to 12 mm Hg) and an adequate MAP (>65 mm Hg), then transfusion of red blood cells to hematocrit greater than 30% is a reasonable component of Early Goal-Directed Therapy.[2] After initial resuscitation and stabilization, transfusion of red blood cells to maintain a hemoglobin above 90 g/L is no more beneficial than maintaining a hemoglobin level above 70 g/L and only incurs additional transfusion risk.[11]

### Is There a Role for Delayed Resuscitation of Hypovolemia?

During brisk ongoing hemorrhage, massive crystalloid or colloid resuscitation increases blood pressure and the rate of hemorrhage, so patient outcome may be worse.[12] This does not mean that resuscitation is detrimental; rather, control of active bleeding is more important than volume replacement. Preventing blood loss conserves warm, oxygen-carrying, protein-containing, biocompatible intravascular volume and is therefore far superior to replacing ongoing losses with fluids deficient in one or more of these areas. I and my colleagues believe that delayed or inadequate volume resuscitation, after blood loss is controlled, is a significant error that will have a detrimental effect on patient outcome.[10]

This approach of aggressive volume resuscitation avoids persistent hypovolemia as the cause for prolonged hypotension at the risk of causing pulmonary edema or aggravating the pumping dysfunction of the ischemic myocardium. We are not cavalier about fluid overload; just as soon as early resuscitation goals are met and as the heart becomes evaluated as too full, we shift goals to aim for the lowest circulating volume that provides adequate perfusion and $O_2$ delivery, but we emphasize that rational diagnosis and early resuscitation from shock require an adequate circulating volume before vasoactive drugs can be effective. Of course, the discerning intensivist is aware that the initial evaluation of some hypotensive patients demonstrates a heart that is too full, so vasoactive therapy starts immediately.

### Vasopressors

Volume-resuscitated septic shock stands out as a challenging hemodynamic problem. Here the inflammatory component of shock is prominent; after vigorous volume resuscitation, right atrial pressure and cardiac output may be high, but MAP may be distressingly low and evidence of organ system hypoperfusion may persist (oliguria, impaired mentation, and lactic acidosis). Here there is a role for pressor agents. Whereas adequate cardiac output is more important than blood pressure (because adequate tissue oxygen delivery is the underlying issue), effective distribution of flow by the vascular system depends on an adequate pressure head. At pressures below an autoregulatory limit, normal flow distribution mechanisms are lost, so significant vital organ system hypoperfusion may persist in the face of elevated cardiac output

PAR-VASO-0008281

TABLE 21-3 Urgent Resuscitation of the Patient with
Shock—Managing Factors Aggravating the Hypoperfusion State

Respiratory therapy
  Protect the airway—consider early elective intubation
  Prevent excess respiratory work—ventilate with small volumes
  Avoid respiratory acidosis—keep $Pa_{CO_2}$ low
  Maintain oxygen delivery—$Fi_{O_2}$, PEEP, hemoglobin
Infection in presumed septic shock (see Chap. 46)
  Empirical rational antibiosis for all probable etiologies
  Exclude allergies to antibiotics
  Search, incise, and drain abscesses (consider laparotomy)
Arrhythmias aggravating shock (see Chap. 24)
  Bradycardia
    Correct hypoxemia—$Fi_{O_2}$ of 1.0
    Atropine 0.6 mg, repeat × 2 for effect
    Increase dopamine to 10 mg/kg per minute
    Add isoproterenol (1–10 mg/min)
    Consider transvenous pacer
  Ventricular ectopy, tachycardia
    Detect and correct $K^+$, $Ca^{2+}$, $Mg^{2+}$
    Detect and treat myocardial ischemia
    Amiodarone for sustained ventricular tachycardia
  Supraventricular tachycardia
    Consider defibrillation early
    $\beta$ blocker, digoxin for rate control of atrial fibrillation
  Sinus tachycardia 140/min
    Detect and treat pain and anxiety
      Midazolam fentanyl drip
      Morphine
    Detect and treat hypovolemia
Metabolic (lactic) acidosis
  Characterize to confirm anion gap without osmolal gap
  Rule out or treat ketoacidosis, aspirin intoxication
  Hyperventilate to keep $Pa_{CO_2}$ of 25 mm Hg
  Calculate bicarbonate deficit and replace half if pH <7.0
  Correct ionized hypocalcemia
  Consider early dialysis
Hypothermia
  Maintain skin dry and covered with warmed blankets
  Warm vascular volume expanders
  Aggressive rewarming if temperature <35°C (95°F)

ABBREVIATIONS: $Fi_{O_2}$, fraction of inspired $O_2$; $P_{CO_2}$, partial pressure of $CO_2$;
PEEP, positive end-expiratory pressure.

due to maldistribution of blood flow. In this case, where inadequate pressure is the dominant problem, an assessment of organ system perfusion is made (urine output, mentation, and lactic acid concentration), and then a vasopressor agent such as noradrenaline is initiated to raise MAP.[13] The increased afterload will decrease cardiac output, so this intervention as single therapy is appropriate only when cardiac output is high. If cardiac output and oxygen delivery are inadequate, then combination of vasopressor therapy with inotropic agents should be considered (see below).

Too often, the blanket coverage of "pressor agents" is used early in all types of shock. Because some positive inotropic drugs can cause venoconstriction to increase cardiac output by endogenous volume shifts (dopamine and epinephrine), there is a rationale (like that of raising the patient's legs or applying military antishock trousers) for the common practice of starting these agents in some hypotensive patients while the volume resuscitation proceeds. However, this strategy often confounds the determination of an adequate circulating volume and the diagnosis of the etiology of shock. Thus, vasopressor use as part of Early Goal-Directed Therapy must be reassessed during ongoing volume resuscitation. Even when the numerical MAP and CVP goals have been attained, additional rapid volume challenge generally should be used to test for further clinical improvement (increased MAP, decreased heart rate, increased $Scv_{O_2}$, and increased urine output) and to determine whether this will allow titration of vasopressor use down or off.

Assessment of organ system perfusion is the most important component of vasopressor therapy; increase in blood pressure by itself is insufficient and can distract from careful reassessment of adequacy of oxygen delivery. If urine output increases, mentation improves, and lactate levels decrease, then vasopressor therapy has achieved its goals, and there is no need to increase MAP further even if the MAP that reverses these signs of hypoperfusion is 55 mm Hg. If the measures of organ system perfusion are not improved by vasopressor therapy, then arbitrarily driving MAP much above 70 mm Hg is rarely useful in septic shock and usually detrimental because cardiac output will decrease further and excessive vasoconstrictor tone will impair blood flow distribution. If evidence of hypoperfusion persists, then inadequate volume resuscitation, cardiac output, hemoglobin, and oxygen saturation are more likely problems.

### Inotropes

If evidence of inadequate perfusion persists (assessed by clinical indicators, by direct measurement of cardiac output, or by $Scv_{O_2}$, etc.) despite adequate circulating volume (Early Goal-Directed Therapy goal: CVP 8 to 12 mm Hg) and vasopressors (Early Goal-Directed Therapy goal: >65 mm Hg), then inotropic agents are indicated.[13] Inotropes are not effective when volume resuscitation is incomplete. In this case, the arterial vasodilating properties of inotropes such as dobutamine and milrinone result in a drop in arterial pressure that is not countered by an increase in cardiac output because venous return is still limited by the inadequate volume resuscitation. The corollary is, if initiation of inotropes results in a significant drop in blood pressure, then adequate volume resuscitation is not complete.

The objective of inotrope use is to increase cardiac output to achieve adequate oxygen delivery to all tissues. Of the many clinical and laboratory indicators that should be measured, mixed venous $O_2$ saturation (when a pulmonary artery catheter is placed) or $Scv_{O_2}$ are useful surrogate measures of adequacy of $O_2$ delivery.[14] Rapidly achieving a goal $Scv_{O_2}$ greater than 70% results in a substantial improvement in survival and limits the systemic inflammatory response so that the subsequent need for further volume, red blood cell transfusion, vasopressor use, and mechanical ventilation is reduced.[2]

Accordingly, we encourage early aggressive volume resuscitation, judicious use of vasopressors to aid in rapidly achieving an adequate MAP in septic shock, titration of a positive inotropic agent (dobutamine 2 to 20 $\mu$g/kg per minute) to enhance myocardial contractility, and blood transfusion to hematocrit greater than 30, if necessary, to achieve $Scv_{O_2}$ greater than 70%. Resuscitation of the circulation is often usefully driven by protocol. When numerical resuscitation goals are met, additional rapid volume infusions can be used to determine whether volume resuscitation is complete and to

PAR-VASO-0008282

help titrate vasopressor agents down and off. After a rapid and adequate resuscitation, timely reduction in vasopressor and inotrope use should be anticipated and is the next goal.

## DRUGS/DEFINITIVE THERAPY

During the rapid initial assessment of the patient in shock and initial resuscitation aimed at supporting respiration and circulation, it is important to consider early institution of other definitive therapy for specific causes of shock and early input from consultant experts. When myocardial infarction is the cause of cardiogenic shock, immediate thrombolysis or angioplasty is considered, using intraaortic balloon pump support and coronary artery bypass surgery when necessary[3] (see Chap. 25). During resuscitation of hypovolemic shock, continuous and early application of techniques to anticipate, prevent, or correct hypothermia prevents secondary coagulopathy, coma, and nonresponsiveness to volume and pharmacologic resuscitation. Hemostasis is the immediate goal for hemorrhage[10] because it removes the cause of hypovolemic shock and lessens the need for further volume expanders, none of which are as effective as keeping the patient's own blood intravascular. Emergent radiologic and surgical consultation and intervention may be required. Similarly, when septic shock is secondary to a perforated viscus, an undrained abscess, or rapid spread of infection in devitalized tissue or in tissue planes (gas gangrene, necrotizing fasciitis, etc.), then immediate surgical intervention is fundamental to survival. Early institution of appropriate antibiotics has a profound effect on patient survival from septic shock.[15] Activated protein C decreases mortality for severe sepsis and is most effective when given early.[16] Low-dose steroid therapy of septic shock in patients who are unresponsive to corticotropin (ACTH) similarly improves survival in patients having septic shock.[17] Thus, an ACTH stimulation test should be conducted and low-dose steroid therapy should be initiated immediately thereafter. Steroid therapy can be discontinued as soon as the results of the ACTH stimulation test demonstrate adrenal responsiveness.[17]

## CATHETERS AND FREQUENT MEASUREMENTS DURING INITIAL RESUSCITATION

After an airway is established and breathing ensured, correction of the circulatory abnormality always requires good intravenous access. For large-volume administration, two peripheral intravenous catheters of gauge 16 or larger or large-bore central venous access is required. Early Goal-Directed Therapy mandates immediate placement of a central venous catheter. Electrocardiographic monitoring is easily accomplished and usefully measures heart rate and rhythm for early detection and, hence, rational treatment of tachyarrhythmias or bradyarrhythmias aggravating the low-flow state.

The urinary bladder should be catheterized to measure urine output and to facilitate urine sampling. A nasogastric or orogastric tube to decompress the stomach and later to deliver medication and nutrition is generally required in the intubated patient. Measuring arterial pressure with a peripheral arterial or femoral arterial catheter is useful because, in the patient in shock with low cardiac output or low blood pressure, cuff pressures may be inaccurate.[1] Arterial blood-gas and other blood samples are then readily obtained.

Early echocardiography is a useful adjunct to $Scv_{O_2}$ to distinguish poor ventricular pumping function from hypovolemia; a good study can exclude or confirm tamponade, right heart failure, pulmonary hypertension possibly due to pulmonary embolism, or significant valve dysfunction, all of which influence therapy, and can replace more invasive pulmonary artery catheterization.

Effective use and interpretation of $Scv_{O_2}$ and echocardiography often obviate pulmonary artery catheterization when the clinical hypothesis of cardiogenic, hypovolemic, or septic shock is confirmed and corrected by initial therapeutic intervention. There is no role for pulmonary artery catheterization for routine monitoring or management of uncomplicated shock states.[18,19] Use of pulmonary artery catheterization should be restricted to circumstances in which the derived measurements will alter management or direct therapeutic interventions. For example, when confirmed septic shock does not respond fully, or as expected, to volume resuscitation and vasopressor use (e.g., persistent narrow pulse pressure, low $Scv_{O_2}$, and elevated lactate), then myocardial dysfunction contributes. When echocardiography excludes other causes (see above), then subsequent pulmonary artery catheterization guides the balance between vasopressor (to maintain an adequate MAP for blood flow distribution to vital organs) and inotrope use (to achieve an adequate cardiac output and oxygen delivery to maintain vital organ function).

## TEMPO

One of the most important contributions the intensivist can make to the care of a shock patient is to establish an appropriately rapid management tempo. Rapid initial resuscitation improves survival ("time is tissue"). In many instances, resuscitation driven by protocol can achieve adequate resuscitation faster. Effective protocol-driven resuscitation requires significant preliminary discussion, buy in, and training of emergency room physicians, house staff, nurses, respiratory therapists, and others.

The mirror image of urgent implementation is rapid liberation of the resuscitated patient from excessive therapy. It is not uncommon for the patient with hypovolemic or septic shock to stabilize hemodynamically on positive-pressure ventilation with high circulating volume and several vasoactive drugs infusing at a high rate. Too often, hours or days of "weaning" pass, when a trial of spontaneous breathing, diuresis, and sequential reduction of the drug dose by half each 10 minutes can return the patient to a much less treated, stable state within the hour. Of course, this rapid discontinuation may be limited by intercurrent hemodynamic or other instability, but defining each limit and justifying ongoing or new therapy is the essence of titrated care in this postresuscitation period.

# Types of Shock

We use cardiac function curves and venous return relations in the following discussion to compare and contrast cardiovascular mechanisms responsible for cardiogenic shock (Fig. 21-2), hypovolemic shock (Fig. 21-3), and septic shock (Fig. 21-4). The goal is to link pathophysiology of the circulation to the broader differential diagnosis of the types of shock

PAR-VASO-0008283





**FIGURE 21-2** Cardiovascular mechanics in cardiogenic shock. *Upper panel.* Abnormalities of systolic and diastolic left ventricular (LV) pressure and volume (*ordinate and abscissa,* respectively) relations during cardiogenic shock (*continuous lines*) with normal pressure-volume relations (*dashed lines*). The primary abnormality is that the end-systolic pressure-volume relation (*sloped straight lines*) is shifted to the right mainly by a marked reduction in slope (decreased contractility). As a result, at similar or even lower systolic pressures, the ventricle is not able to eject as far, so end-systolic volume is greatly increased and stroke volume is therefore decreased. To compensate for the decrease in stroke volume, the curvilinear diastolic pressure-volume relation shifts to the right, which indicates decreased diastolic stiffness (increased compliance). To maximize stroke volume, diastolic filling increases even further, associated with an increase in end-diastolic pressure. *Lower panel.* Why end-diastolic pressure increases is determined from the pump function and venous return curves as a plot of cardiac output (*ordinate*) versus right atrial end-diastolic pressure (*abscissa*). The decrease in contractility (*upper panel*) results in a shift of the curvilinear cardiac function curve from its normal position (*dashed curve, lower panel*) down and to the right (*continuous curve, lower panel*). Because end-diastolic pressure and cardiac output are determined by the intersection of the cardiac function curve (*curvilinear relations, lower panel*) with the venous return curve (*straight lines, lower panel*), the shift of the cardiac function curve immediately results in a decrease in cardiac output and an increase in end-diastolic pressure. Compensatory mechanisms (fluid retention by the kidneys, increased sympathetic tone) act to maintain venous return by increasing mean systemic pressure (venous pressure when cardiac output = 0) from 16 to 25 mm Hg as indicated by the rightward shift from the *dashed straight line* to the *continuous straight line* in the *lower panel*. The effect is that end-diastolic pressure increases so that stroke volume (*upper panel*) and cardiac output (*lower panel*) are increased toward normal.





**FIGURE 21-3** Cardiovascular mechanics in hypovolemic shock (axes as labeled as in Fig. 21-2). *Lower panel.* During hypovolemic shock, the primary abnormality is a decrease in the intravascular volume so that mean systemic pressure decreases as illustrated by a shift of the venous return curves from the normal relation (*straight dashed line*) leftward (*straight continuous line*). This hypovolemic venous return curve now intersects the normal cardiac function curve (*dashed curvilinear relation*) at a much lower end-diastolic pressure so that cardiac output is greatly reduced. *Upper panel.* The increased sympathetic tone accompanying shock results in a slight increase in contractility, as illustrated by the slight left shift of the left ventricular end-systolic pressure-volume relation (*from the dashed straight line to the solid straight line*). However, because the slope of the end-systolic pressure-volume relation is normally quite steep, the increase in contractility cannot increase stroke volume or cardiac output much and is therefore an ineffective compensatory mechanism in patients with normal hearts. If volume resuscitation to correct the primary abnormality is delayed for several hours, the diastolic pressure-volume relation shifts from its normal position (*dashed curve, upper panel*), resulting in increased diastolic stiffness (*continuous curve, upper panel*). Increased diastolic stiffness results in a decreased stroke volume and therefore a depressed cardiac function curve (*continuous curve, lower panel*) compared with normal (*dashed curve, lower panel*). This decrease in cardiac function due to increased diastolic stiffness probably accounts for irreversibility of severe prolonged hypovolemic shock. LV, left ventricular.

PAR-VASO-0008284



FIGURE 21-4 Cardiovascular mechanics in septic shock (axes as labeled as in Fig. 21-2). Septic shock has important independent effects on left ventricular (LV) pressure-volume relations, on the venous return curve, and on arterial vascular resistance. *Upper panel.* Depressed systolic contractility indicated by a decreased slope of the LV end-systolic pressure-volume relation from normal (*dashed sloped line*) to sepsis (*continuous sloped line*) is caused in part by a circulating myocardial depressant factor, but the end-systolic volume remains about normal owing to the reduced afterload. Survivors of septic shock have a large end-diastolic volume even at reduced diastolic pressure associated with dilation of their diastolic ventricles, indicated by a shift of the normal diastolic pressure-volume relation (*dashed curve*) to the right (*right-hand continuous curve*). As a result, stroke volume is increased. However, in nonsurvivors, stroke volume decreases because of a leftward shift of the diastolic pressure-volume relation (*left-hand continuous curve*), indicating increased diastolic stiffness and impaired diastolic filling. *Lower panel.* The cardiac function curve for survivors is normal (*dashed curvilinear relation*) or slightly increased (*continuous curvilinear relation* owing to reduced afterload). The peripheral *circulation* during septic shock is often characterized by high flows and low vascular pressures. It follows that the resistance to venous return is decreased as indicated by a steeper venous return curve (*continuous straight line* compared with normal (*straight dashed lines*). This accounts for the high venous return and large end-diastolic volumes and stroke volumes. As with other interventions, resistance to venous return may be decreased in part by redistribution of blood flow to vascular beds with short time constants. However, the nonsurvivors may have significantly depressed cardiac function (*downward shifted continuous curve*) because of the additive effects of decreased systolic contractility and impaired diastolic filling. Depending on the relative contribution of the abnormalities of ventricular mechanics and peripheral vascular changes, cardiac output is usually normal or high even at relatively normal end-diastolic pressures until diastolic dysfunction limits cardiac output by reducing diastolic volume even at high diastolic pressures.

presented in Table 21-4 to facilitate the accurate etiologic diagnosis and management based on additional hemodynamic measures as required by the response to urgent resuscitation.

Shock caused by decreased pump function of the heart is commonly cardiogenic shock resulting from left ventricular ischemia. For high right atrial pressure hypotension not obviously caused by left ventricular ischemia, greatly elevated pulmonary arterial pressure (most commonly pulmonary embolism), right ventricular ischemia, and dysfunction of heart valves must be excluded. Of course, right atrial pressure may be increased by abnormal pressures surrounding the heart in the absence of ventricular dysfunction. Because of this clinical presentation, I have included cardiac tamponade in the category of high right atrial pressure hypotension. Tamponade and pulmonary embolism might have been classified as decreased venous return due to obstruction of the circulation (see Table 21-1). Decreased venous return despite normal pump function is most commonly due to hemorrhagic or dehydration hypovolemia, but I emphasize other mechanisms including decreased venous tone caused by drugs, neurologic injury, and adrenal insufficiency, particularly for nonresponsive hypovolemia. Septic shock is the most common cause of high cardiac output hypotension resulting from abnormal arterial tone and blood flow distribution, although other causes such as severe liver failure, severe pancreatitis, trauma

with tissue damage eliciting a significant inflammatory response, anaphylactic shock, thyroid storm, Paget disease, and other peripheral shunts share this mechanism. Defining shock as anaerobic metabolism of multiple organ systems, often signaled by lactic acidosis, allows classification of the shock state associated with metabolic poisons such as carbon monoxide that results in histotoxic hypoxia caused by inadequate uptake of oxygen by the mitochondria (see Table 21-4). Other shock states, in particular septic shock, may also involve an inability of tissues to extract delivered oxygen, but the lactic acidosis of sepsis is not necessarily caused by anaerobic metabolism.

## DECREASED PUMP FUNCTION—CARDIOGENIC SHOCK

Pump function is measured as the output of a pump for a given input. The diagnosis of decreased pump function as the cause of shock is made by finding evidence of inappropriately low output (cardiac output) despite normal or high input (right atrial pressure). Cardiac output is the most important "output" of the heart and is clinically assessed in the same way that perfusion was assessed during the urgent initial examination. Better estimates are later obtained by thermodilution measurement using a pulmonary artery catheter, nuclear medicine scans, and Doppler echocardiographic

PAR-VASO-0008285

**TABLE 21-4 Causes of and Contributors to Shock**

Decreased pump function of the heart—cardiogenic shock
  Left ventricular failure
    Systolic dysfunction—decreased contractility
      Myocardial infarction
      Ischemia and global hypoxemia
      Cardiomyopathy
      Depressant drugs: $\beta$ blockers, calcium channel blockers, antiarrhythmics
      Myocardial contusion
      Respiratory acidosis
      Metabolic derangements: acidosis, hypophosphatemia, hypocalcemia
    Diastolic dysfunction—increased myocardial diastolic stiffness
      Ischemia
      Ventricular hypertrophy
      Restrictive cardiomyopathy
      Consequence of prolonged hypovolemic or septic shock
      Ventricular interdependence
      External compression (see cardiac tamponade below)
    Greatly increased afterload
      Aortic stenosis
      Hypertrophic cardiomyopathy
      Dynamic outflow tract obstruction
      Coarctation of the aorta
      Malignant hypertension
    Valve and structural abnormality
      Mitral stenosis, endocarditis, mitral aortic regurgitation
      Obstruction owing to atrial myxoma or thrombus
      Papillary muscle dysfunction or rupture
      Ruptured septum or free wall
    Arrhythmias
  Right ventricular failure
    Decreased contractility
      Right ventricular infarction, ischemia, hypoxia, acidosis
    Greatly increased afterload
      Pulmonary embolism
      Pulmonary vascular disease
      Hypoxic pulmonary vasoconstriction, PEEP, high alveolar pressure
      Acidosis
        ARDS, pulmonary fibrosis, sleep disordered breathing, chronic obstructive pulmonary disease
    Valve and structural abnormality
      Obstruction due to atrial myxoma, thrombus, endocarditis
    Arrhythmias
Decreased venous return with normal pumping function—hypovolemic shock
  Cardiac tamponade (increased right atrial pressure—central hypovolemia)
    Pericardial fluid collection
      Blood
      Renal failure
      Pericarditis with effusion

Constrictive pericarditis
High intrathoracic pressure
  Tension pneumothorax
  Massive pleural effusion
  Positive-pressure ventilation
High intraabdominal pressure
  Acites
  Massive obesity
  After extensive intra abdominal surgery
Intravascular hypovolemia (reduced mean systemic pressure)
  Hemorrhage
    Gastrointestinal
    Trauma
    Aortic dissection and other internal sources
  Renal losses
    Diuretics
    Osmotic diuresis
    Diabetes (insipidus, mellitus)
  Gastrointestinal losses
    Vomiting
    Diarrhea
    Gastric suctioning
    Loss via surgical stomas
  Redistribution to extravascular space
    Burns
    Trauma
    Postsurgical
    Sepsis
Decreased venous tone (reduced mean systemic pressure)
  Drugs
    Sedatives
    Narcotics
    Diuretics
  Anaphylactic shock
  Neurogenic shock
Increased resistance to venous return
  Tumor compression or invasion
  Venous thrombosis with obstruction
  PEEP
  Pregnancy
High cardiac output hypotension
Septic shock
Sterile endotoxemia with hepatic failure
Arteriovenous shunts
  Dialysis
  Paget disease
Other causes of shock with unique etiologies
Thyroid storm
Myxedema coma
Adrenal insufficiency
Hemoglobin and mitochondrial poisons
  Cyanide
  Carbon monoxide
  Iron intoxication

ABBREVIATIONS: ARDS, acute respiratory distress syndrome; PEEP, positive end-expiratory pressure.

techniques. Right atrial pressure or CVP is the most easily measured "input" of the whole heart and is initially assessed by examination of jugular veins. After catheter insertion, CVP can be measured accurately. Other outputs, such as stroke work or left ventricular ejection fraction, and other inputs, such as left ventricular end-diastolic pressure (LVEDP) or volume (LVEDV), are useful to determine the specific cause of decreased pump function. Left and right ventricular

dysfunction can be caused by decreased systolic contractility, increased diastolic stiffness, greatly increased afterload (including obstruction), valvular dysfunction, or abnormal heart rate and rhythm.

CAUSES OF LEFT VENTRICULAR FAILURE
Acute or acute-on-chronic left ventricular failure resulting in shock is the classic example of cardiogenic shock and is

PAR-VASO-0008286

identified as a subset of decreased pump function by evidence of a low cardiac output in relation to high left ventricular filling pressures. Clinical findings of low cardiac output and increased left ventricular filling pressures include, in addition to assessment of perfusion, pulmonary crackles in dependent lung regions, a laterally displaced and diffuse precordial apical impulse, elevated jugular veins, and presence of a third heart sound.[20] These findings are not always present or unambiguous. Therefore, echocardiography or pulmonary artery catheterization is helpful and often essential in establishing the diagnosis and titrating therapy. Cardiogenic shock then is usually associated with a cardiac index lower than 2.2 L/m$^2$ per minute when the pulmonary artery occlusion pressure has been raised above 18 mm Hg.[21]

### Systolic Dysfunction

Figure 21-2 illustrates the pathophysiologic abnormalities of cardiogenic shock resulting from decreased left ventricular contractility. The primary abnormality is that the relation of end-systolic pressure to volume is shifted down and to the right (see Fig. 21-2, upper panel) so that, at the same afterload, the ventricle cannot eject as far (decreased contractility). It follows that pump function is also impaired, indicated by a shift down and to the right (see Fig. 21-2, lower panel) so that at similar preloads cardiac output is reduced. Three mechanisms that counter the decrease in cardiac output are illustrated. The diastolic ventricle becomes more compliant, possibly from stress relaxation of the pericardium and myocardium, so that stroke volume increases at the same end-diastolic pressure (rightward shift of the diastolic pressure-volume relation in the upper panel). Afterload decreases, resulting in increased stroke volume (see Fig. 21-2, upper panel). Mean systemic pressure rises (see Fig. 21-2, lower panel), aided by avid fluid retention by the kidneys and by increased venous tone mediated by the sympathetic nervous system. Thus, the Frank-Starling mechanism of increasing cardiac output by increasing diastolic filling is used.

As a result of a decrease in contractility, the patient presents with elevated left and right ventricular filling pressures and a low cardiac output. Mixed venous oxygen saturation may be well below 50% because cardiac output is low. In the presence of physiologic pulmonary shunt that accompanies pulmonary edema, the low saturation of mixed venous blood shunting by the lung contributes to substantial arterial desaturation. Accordingly, arterial desaturation aggravates the low oxygen delivery due to reduced cardiac output, as does intercurrent anemia.

Acute myocardial infarction or ischemia is the most common cause of left ventricular failure leading to shock. The principal effect of myocardial infarction is to depress systolic contractility, which in completely infarcted areas becomes zero or even negative (paradoxical regional wall motion). Earlier series described shock occurring in 10% to 20% of patients with transmural myocardial infarction.[22] However, the recent use of fibrinolytic therapy and early angioplasty or surgical revascularization has reduced the incidence of cardiogenic shock to less than 5%.[23] Infarction greater than 40% of the myocardium is often associated with cardiogenic shock;[24] anterior infarction is 20 times more likely to lead to shock than is inferior or posterior infarction.[25] Details of the diagnosis and management of ischemic heart disease are discussed in Chap. 25; other causes of decreased left ventricular contractility in critical illness are discussed in more detail in Chaps. 22 and 23, and each may contribute to shock.

### Diastolic Dysfunction

Increased left ventricular diastolic chamber stiffness contributing to cardiogenic shock occurs during myocardial ischemia and in a range of less common disorders including late stages of hypovolemic shock and septic shock (see Table 21-4); all causes of tamponade listed in Table 21-4 need to be considered in a systematic review of causes of diastolic dysfunction.[26] Cardiac function is depressed because stroke volume is decreased by decreased end-diastolic volume caused by increased diastolic chamber stiffness. Diastolic dysfunction in a hypotensive patient with low cardiac output and high filling pressures is often identified by a small (rather than large) LVEDV by bedside echocardiography. Conditions resulting in increased diastolic stiffness are particularly detrimental when systolic contractility is decreased because decreased diastolic stiffness (increased compliance; see Fig. 21-2, upper panel) is normally a compensatory mechanism. Increased diastolic chamber stiffness contributing to hypotension in patients with low cardiac output and high ventricular diastolic pressures is best identified echocardiographically by small diastolic volumes.

Treatment of increased diastolic stiffness is approached by first considering the potentially contributing reversible causes. Acute reversible causes include ischemia and the many causes of tamponade physiology listed in Table 21-4. Fluid infusion results in large increases in diastolic pressure without much increase in diastolic volume. Positive inotropic agents and afterload reduction are generally not helpful and may decrease blood pressure further. If conventional therapy of cardiogenic shock aimed at improving systolic function is ineffective, then increased diastolic stiffness should be strongly considered as the cause of decreased pump function. Cardiac output responsiveness to heart rate is another subtle clue suggesting impaired diastolic filling. Heart rate does not normally alter cardiac output (which is normally set by and equal to venous return) except at very low heart rates (maximally filled ventricle before end diastole) or at very high heart rates (incomplete ventricular relaxation and filling). However, if diastolic filling is limited by tamponade or a stiff ventricle, then very little further filling occurs late in diastole. In this case, increasing heart rate from 80 to 100 or 110 beats/min may result in a significant increase in cardiac output, which may be therapeutically beneficial and also a diagnostic clue.

### Valvular Dysfunction

Acute mitral regurgitation, due to cordal or papillary muscle rupture or papillary muscle dysfunction, most commonly is caused by ischemic injury. The characteristic murmur and the presence of large V waves on the pulmonary artery occlusion pressure trace suggest significant mitral regurgitation, which is quantified by Doppler echocardiographic examination. Rupture of the ventricular septum with left-to-right shunt is detected by Doppler echocardiographic examination or by observing a step-up in oxygen saturation of blood from the right atrium to the pulmonary artery.[27] Rarely, acute obstruction of the mitral valve by left atrial thrombus or myxoma may also result in cardiogenic shock. These conditions are generally surgical emergencies.

More commonly, valve dysfunction aggravates other primary etiologies of shock. Aortic and mitral regurgitation reduces forward flow and raises LVEDP, and this regurgitation is ameliorated by effective arteriolar dilation and by nitroprusside infusion. Vasodilator therapy can effect large increases in cardiac output without much change in mean blood pressure, pulse pressure, or diastolic pressure, so pulmonary artery catheterization and repeat echocardiography, to confirm increased cardiac output and reduced valvular regurgitation, are essential to titrating effective vasodilator doses. In contrast, occasional patients develop decreased blood pressure and cardiac output on inotropic drugs such as dobutamine; in this case, excluding dynamic ventricular outflow tract obstruction by echocardiography or treating it by increasing preload, afterload, and end-systolic volume are essential.

## Cardiac Arrhythmias

Not infrequently, arrhythmias aggravate hypoperfusion in other shock states. Ventricular tachyarrhythmias are often associated with cardiogenic shock; sinus tachycardia and atrial tachyarrhythmias are often observed with hypovolemic and septic shock. Specific therapy of tachyarrhythmias depends on the specific diagnosis, as discussed in Chap. 24. Inadequately treated pain and unsuspected drug withdrawal should be included in the intensive care unit differential diagnosis of tachyarrhythmias; whatever their etiology, the reduced ventricular filling time can reduce cardiac output and aggravate shock. Bradyarrhythmias contributing to shock may respond acutely to atropine or isoproterenol infusion and then pacing; hypoxia or myocardial infarction as the cause should be sought and treated. Symptomatic hypoperfusion resulting from bradyarrhythmias, even in the absence of myocardial infarction or high-degree atrioventricular block, is an important indication for temporary pacemaker placement that is sometimes overlooked.

## Treatment of Left Ventricular Failure

After initial resuscitation, which includes consideration of early institution of thrombolytic therapy in acute coronary thrombosis and revascularization or surgical correction of other anatomic abnormalities where appropriate,[3] management of patients with cardiogenic shock requires repeated testing of the hypothesis of "too little versus too much." Clinical examination is not accurate enough; when the response to initial treatment of cardiogenic shock is inadequate, a pulmonary artery catheter may be required. Therapy for cardiogenic shock follows from consideration of the pathophysiology illustrated in Fig. 21-2 and includes optimizing filling pressures, increasing contractility by improving the ratio of myocardial oxygen supply to demand, or by using inotropic drugs, and optimizing afterload. Temporary mechanical support using an intraaortic balloon pump is often extremely useful in cardiogenic shock and should be considered early as a support device in patients who may benefit from later surgical therapy.[28] Cardiac transplantation and mechanical heart implantation are considered when other therapy fails.

Filling pressures are optimized to improve cardiac output but avoid pulmonary edema. Depending on the initial presentation, cardiogenic shock frequently spans the spectrum of hypovolemia (so fluid infusion helps) to hypervolemia with pulmonary edema (where reduction in intravascular volume results in substantial improvement). If gross fluid overload is not present, then a rapid fluid bolus should be given. In contrast to patients with hypovolemic or septic shock, a smaller bolus (250 mL) of crystalloid solution should be infused as quickly as possible. Immediately after infusion, the patient's circulatory status should be reassessed. If there is improvement but hypoperfusion persists, then further infusion with repeat examination is indicated to attain an adequate cardiac output and oxygen delivery while seeking the lowest filling pressure needed to accomplish this goal. If there is no improvement in oxygen delivery and evidence of worsened pulmonary edema or gas exchange, then the limit of initial fluid resuscitation has been defined. Crystalloid solutions are used particularly if the initial evaluation is uncertain because crystalloid solutions rapidly distribute to the entire extracellular fluid compartment. Therefore, after a brief period only one-fourth to one-third remains in the intravascular compartment, and evidence of intravascular fluid overload rapidly subsides.

Contractility increases if ischemia can be relieved by decreasing myocardial oxygen demand, by improving myocardial oxygen supply by increasing coronary blood flow (coronary vasodilators, thrombolytic therapy, surgical revascularization, or intra-aortic balloon pump counterpulsation), or by increasing the oxygen content of arterial blood. Inotropic drug infusion attempts to correct the physiologic abnormality by increasing contractility (see Fig. 21-2). However, this occurs at the expense of increased myocardial oxygen demand. Afterload is optimized to maintain arterial pressures high enough to perfuse vital organs (including the heart) but low enough to maximize systolic ejection. When systolic function is reduced, vasodilator therapy may improve systolic ejection and increase perfusion, even to the extent that blood pressure rises.[29] In patients with very high blood pressure, end-systolic volume increases considerably so that stroke volume and cardiac output decrease unless LVEDV and LVEDP are greatly increased; this sequence is reversed by judicious afterload reduction.

## Diagnosis and Management of Right Ventricular Failure

Right ventricular failure as a cause of cardiogenic shock is often identified by elevated right atrial pressure and low cardiac output not explained by left ventricular failure or cardiac tamponade. The most common causes of shock owing to right ventricular failure are right ventricular infarction and pulmonary embolism resulting in greatly increased right ventricular afterload.

Right ventricular infarction is found in approximately half of inferior myocardial infarctions and is complicated by shock only 10% to 20% of the time.[30] Isolated right ventricular infarction with shock is uncommon and has a mortality rate ~50% comparable to left ventricular infarction shock.[25] The hemodynamic findings of right ventricular infarction must be distinguished from cardiac tamponade and constrictive pericarditis and include Kussmaul sign, low cardiac output, high filling pressures, and often equalization of right atrial, right ventricular diastolic, pulmonary artery diastolic, and pulmonary artery occlusion pressures. Pulmonary crackles are classically absent. Early recognition of right versus left ventricular infarction as the cause of shock is important, so potentially dangerous therapy, including vasodilators, morphine, and $\beta$ blockers, are avoided. Therapy includes infusion

PAR-VASO-0008288

of dobutamine and volume expansion, although excessive volume can aggravate shock by shifting the intraventricular septum from right to left.[31] Because bradyarrhythmias are common and atrioventricular conduction is frequently abnormal, atrioventricular sequential pacing may preserve right ventricular synchrony and often dramatically improves cardiac output and blood pressure in shock caused by right ventricular infarction.[31] Afterload reduction using balloon counterpulsation may also be useful,[25] as are early fibrinolytic therapy and angioplasty when indicated (see Chap. 25).

Right ventricular ischemia, with or without coronary artery disease, probably is a more important cause of right ventricular dysfunction than generally recognized. In shock states systemic arterial pressure is often low, and right ventricular afterload (pulmonary artery pressure) may be high owing to emboli, hypoxemic pulmonary vasoconstriction, acidemic pulmonary vasoconstriction, sepsis, or ARDS. Therefore, right ventricular perfusion pressure is low leading to right ventricular ischemia and decreased contractility, which, in the face of normal or high right ventricular afterload, results in right ventricular dilation. Subsequent right-to-left shift of the interventricular septum limits left ventricular filling. Cardiac output is then limited by right ventricular systolic ejection and left ventricular diastolic filling.

Therapy of right ventricular failure caused by decreased right ventricular perfusion and increased afterload is evolving. Animal studies suggest that, acutely in right ventricular shock caused by pulmonary embolism, interventions such as norepinephrine infusion may increase systemic arterial pressure more than pulmonary arterial pressure, resulting in improved right ventricular perfusion. Improved right ventricular function and total cardiac output may result. This approach has not been carefully tested in patients in shock owing to right ventricular failure.[32] Established approaches include verifying that pulmonary emboli are present and initiating therapy with anticoagulation, fibrinolytic agents for submassive pulmonary embolism or shock, or surgical embolectomy as necessary.[33] Hypoxic pulmonary vasoconstriction may be reduced by improving alveolar and mixed venous oxygenation. More aggressive correction of acidemia should be considered in this setting. Pulmonary vasodilator therapy may be useful in some patients if pulmonary artery pressures can be lowered without significantly lowering systemic arterial pressures. Inhaled nitric oxide, prostaglandin $E_1$, and many other agents have been variably successful. Measurements of pulmonary artery pressure, systemic pressure, cardiac output, and oxygen delivery before and after a trial of a specific potential pulmonary vasodilator are essential (see Chap. 26).

**Compression of the Heart by Surrounding Structures**

Compression of the heart (cardiac tamponade) limits diastolic filling and can result in shock with inadequate cardiac output despite very high right atrial pressures. Diagnosis of cardiac tamponade is made physiologically by using pulmonary artery catheterization to demonstrate a low cardiac output in addition to elevated and approximately equal right atrial, right ventricular diastolic, pulmonary artery diastolic, and pulmonary artery occlusion pressures (particularly their waveforms). The diagnosis is often best confirmed anatomically by using echocardiographic examination to demonstrate pericardial fluid, diastolic collapse of the atria

and right ventricle, and right-to-left septal shift during inspiration. Septal shift during inspiration and increased afterload that accompany decreased intrathoracic pressure during inspiration account for the clinically observed pulsus paradoxus. Although pericardial tamponade by accumulation of pericardial fluid is the most common cause of cardiac tamponade, other structures surrounding the heart may also produce tamponade. Tension pneumothorax, massive pleural effusion, pneumopericardium (rarely), and greatly elevated abdominal pressures may also impair diastolic filling.

Decreasing the pressure of the tamponading chamber by needle drainage of the pericardium, pleural space, and peritoneum can rapidly and dramatically improve venous return, blood pressure, and organ system perfusion. Therefore, the goal of therapy is to accomplish this decompression as rapidly and safely as possible. In patients who are hemodynamically stable, fluid infusion is a temporizing therapy that increases mean systemic pressure so that venous return increases even though right atrial pressure is high. In hemodynamically stable patients, if it is safe to take the time needed to get ultrasonic guidance for needle aspiration or surgical drainage, then this should be done. Otherwise, in an emergency, blind needle drainage is necessary.

**DECREASED VENOUS RETURN—HYPOVOLEMIC SHOCK**

The pressure driving venous return to the right atrium is described as mean systemic pressure minus right atrial pressure, where the mean systemic pressure is determined by the vascular volume and by the unstressed volume and capacitance of the systemic vessels. Venous return to the heart when right atrial pressure is not elevated may be inadequate owing to decreased intravascular volume (hypovolemic shock), to decreased tone of the venous capacitance bed so that mean systemic pressure is low (e.g., drugs, neurogenic shock), and occasionally to increased resistance to venous return (e.g., obstruction of the inferior vena cava by abdominal compartment syndrome). In the presence of shock, decreased venous return is determined to be a contributor to shock by finding low left and right ventricular diastolic pressures, often in an appropriate clinical setting such as trauma or massive gastrointestinal hemorrhage.

**HYPOVOLEMIC SHOCK**

Hypovolemia is the most common cause of shock caused by decreased venous return and is illustrated in Fig. 21-3. Intravascular volume is decreased, so the venous capacitance bed is not filled, leading to a decreased pressure driving venous return back to the heart. This is seen as a left shift of the venous return curve in Fig. 21-3, lower panel, so that cardiac output decreases at a low end-diastolic pressure (intersection of the venous return curve and cardiac function curve). Endogenous catecholamines attempt to compensate by constricting the venous capacitance bed, thereby raising the pressure driving venous return back to the heart, so that 25% reductions in intravascular volume are nearly completely compensated for. Orthostatic decrease in blood pressure by 10 mm Hg or an increase in heart rate of more than 30 beats/min[34] may detect this level of intravascular volume reduction. When approximately 40% of the intravascular volume is lost, sympathetic stimulation can no longer maintain

PAR-VASO-0008289

mean systemic pressure, resulting in decreased venous return and clinical shock.

After sufficient time (>2 hours) and severity (>40% loss of intravascular volume), patients often cannot be resuscitated from hypovolemic shock.[35] This observation highlights the urgency with which patients should be resuscitated. A "no reflow" phenomenon is described in microvascular beds, gut ischemia with systemic release of inflammatory mediators,[36] and increased diastolic stiffness (see Fig. 21-3) contribute to the pathophysiology.[37]

Shock after trauma is a form of hypovolemic shock in which a significant systemic inflammatory response, in addition to intravascular volume depletion, is present. Intravascular volume may be decreased because of loss of blood and significant redistribution of intravascular volume to other compartments, i.e., "third spacing." Release of inflammatory mediators may result in pathophysiologic abnormalities resembling septic shock. Cardiac dysfunction may be depressed from direct damage from myocardial contusion, from increased diastolic stiffness, from right heart failure, or even from circulating myocardial depressant substances. Shock related to burns similarly is multifactorial with a significant component of intravascular hypovolemia and a systemic inflammatory response (see Chaps. 98 to 100).

Other causes of shock caused by decreased venous return include severe neurologic damage or drug ingestion resulting in hypotension caused by loss of venous tone. As a result of decreased venous tone, mean systemic pressure decreases, thereby reducing the pressure gradient driving blood flow back to the heart so that cardiac output and blood pressure decrease. Obstruction of veins owing to compression, thrombus formation, or tumor invasion increases the resistance to venous return and occasionally may result in shock.

The principal therapy of hypovolemic shock and other forms of shock caused by decreased venous return is rapid initial fluid resuscitation. Warmed crystalloid solutions are readily available. Colloid-containing solutions result in a more sustained increase in intravascular volume. However, in the setting of demonstrated or potential leaking endothelial surfaces (e.g., ARDS), the colloid rapidly redistributes into the entire extravascular water compartment. Pulmonary edema and tissue edema may be aggravated. Overall, no benefit of colloid over crystalloid has been convincingly demonstrated. The role of hypertonic saline and other resuscitation solutions is currently uncertain. Alternatively, transfusion of packed red blood cells increases oxygen-carrying capacity and expands the intravascular volume and is therefore a doubly useful therapy. In an emergency, initial transfusion often begins with type-specific blood before a complete cross-match is available. During initial resuscitation, the Early Goal-Directed Protocol suggests that achieving a hematocrit greater than 30% may be beneficial when $Scv_{O_2}$ is less than 70%. However, after initial resuscitation, maintaining hemoglobin above 90 g/L does not appear to be better than maintaining hemoglobin above 70 g/L. After a large stored red blood cell transfusion, clotting factors, platelets, and serum ionized calcium decrease and therefore should be measured and replaced if necessary (see Chap. 68).

Recognizing inadequate venous return as the primary abnormality of hypovolemic shock alerts the physician to several commonly encountered and potentially lethal complications of therapy. Airway intubation and mechanical ventilation increase negative intrathoracic pressures to positive values and thus raise right atrial pressure. The already low pressure gradient driving venous return to the heart worsens, resulting in marked reduction in cardiac output and blood pressure. However, ventilation treats shock by reducing the work of respiratory muscle, so ventilation should be implemented early with adequate volume expansion. Sedatives and analgesics are often administered at the time of airway intubation, resulting in reduced venous tone because of a direct relaxing effect on the venous capacitance bed or because of a decrease in circulating catecholamines. Thus, the pressure gradient driving venous return decreases. Therefore, in the hypovolemic patient, these medications may markedly reduce cardiac output and blood pressure and should be used with caution and with ongoing volume expansion.

## HIGH CARDIAC OUTPUT HYPOTENSION—SEPTIC SHOCK

Septic shock is the most common example of shock that may be caused primarily by reduced arterial vascular tone and reactivity, often associated with abnormal distribution of blood flow. Gram-negative bacilli account for half of all cases of sepsis and approximately 50% of these patients develop septic shock.[38] In contrast, shock accompanies only 5% to 10% of gram-positive or fungal bloodstream infections,[38] although candida infections are emerging as an important cause of attributable mortality.[39] Evidence of end-organ hypoperfusion and dysfunction may be present at low, normal, and high cardiac outputs and oxygen deliveries. During evaluation and resuscitation, normal or increased cardiac output with low SVR hypotension is manifested by a high pulse pressure, warm extremities, good nail bed capillary filling, and low diastolic and mean blood pressures. This high cardiac output hypotension is often accompanied by an abnormal temperature and white blood cell count and differential and an evident site of sepsis. However, the diagnosis is sometimes initially unclear when septic shock is combined with cardiogenic or hypovolemic shock, which limit the usual increase in cardiac output, oxygen delivery, and mixed-venous oxygen saturation.

Several pathophysiologic mechanisms contribute to inadequate organ system perfusion in septic shock. There may be abnormal distribution of blood flow at the organ system level, within individual organs, and even at the capillary bed level. The result is inadequate oxygen delivery in some tissue beds.

The cardiovascular abnormalities of septic shock (see Fig. 21-4) are extensive and include systolic and diastolic abnormalities of the heart, abnormal arterial tone, decreased venous tone, and abnormal distribution of capillary flow leading to regions of tissue hypoxia. In addition, there may be a cellular defect in metabolism so that even cells exposed to adequate oxygen delivery may not maintain normal aerobic metabolism. Depressed systolic contractility illustrated as a rightward shift of the end-systolic pressure-volume relation in Fig. 21-4, upper panel, occurs in septic shock[40] due to circulating proinflammatory cytokines and other mediators, nitric oxide production by activated endothelial cells and cardiomyocytes, and reactive oxygen intermediate generation by retained leukocytes and other cells.[41] Decreased systolic contractility associated with septic shock is reversible over 5 to 10 days as the patient recovers.[40] Systolic and diastolic

PAR-VASO-0008290

dysfunctions during sepsis that progress to the point that high cardiac output (hyperdynamic circulation) is no longer maintained (normal or low cardiac output is observed) are associated with poor outcome.[40]

Decreased arterial resistance is almost always observed in septic shock. Early in septic shock, a high cardiac output state exists with normal or low blood pressure. The low arterial resistance is associated with impaired arterial and precapillary autoregulation and may be due to increased endothelial nitric oxide and opening of potassium adenosine triphosphate channels on vascular smooth muscle cells. Redistribution of blood flow to low-resistance, short time-constant vascular beds (such as skeletal muscle) results in decreased resistance to venous return, as illustrated in Fig. 21-4 (lower panel) by a steeper venous return curve. As a result, cardiac output may be increased even when cardiac function is decreased (see Fig. 21-4, lower panel) because of decreased contractility (see Fig. 21-4, upper panel). Hypovolemia, caused by redistribution of fluid out of the intravascular compartment and to decreased venous tone, impedes venous return during septic shock.

Early institution of appropriate antibiotic therapy and surgical drainage of abscesses or excision of devitalized and infected tissue is central to successful therapy. Activated protein C and low-dose steroids therapy in patients with inadequate adrenal responses to ACTH stimulation improve outcome. Many other anticytokine and anti-inflammatory therapies and inhibition of nitric oxide production have not been successful in improving outcome.

## OTHER TYPES OF SHOCK

As detailed in Table 21-4, there are many less common etiologies of shock, and the diagnosis and management of several causes of high right atrial pressure hypotension are discussed elsewhere in this book (see Chaps. 22, 26, and 28). A few other types of hypovolemic shock merit early identification by their characteristic features and lack of response to volume resuscitation including neurogenic shock and adrenal insufficiency. Anaphylactic shock results from the effects of histamine and other mediators of anaphylaxis on the heart, circulation, and the peripheral tissues (see Chap. 106). Despite increased circulating catecholamines and the positive inotropic effect of cardiac $H_2$ receptors, histamine may depress systolic contractility via $H_1$ stimulation and other mediators of anaphylaxis. Marked arterial vasodilation results in hypotension even at normal or increased cardiac output. Like septic shock, blood flow is redistributed to short time-constant vascular beds. The endothelium becomes more permeable, so fluid may shift out of the vascular compartment into the extravascular and intracellular compartments, resulting in intravascular hypovolemia. Venous tone and therefore venous return are reduced, so the mainstay of therapy of anaphylactic shock is fluid resuscitation of the intravascular compartment and includes epinephrine and antihistamines as adjunctive therapy.[42]

Neurogenic shock is uncommon. In general, in a patient with neurologic damage that may be extensive, the cause of shock is usually associated with blood loss. Patients with neurogenic shock develop decreased vascular tone, particularly of the venous capacitance bed, which results in pooling of blood in the periphery. Therapy with fluid will increase mean systemic pressure. Catecholamine infusion also will increase

mean systemic pressure, and stimulation of $\alpha$ receptors will increase arterial resistance, but these are rarely needed once circulation volume is repleted.

Several endocrinologic conditions may result in shock. Adrenal insufficiency (Addison disease, adrenal hemorrhage and infarction, Waterhouse-Friderichsen syndrome, adrenal insufficiency of sepsis, and systemic inflammation) or other disorders with inadequate catecholamine response may result in shock and may be important contributors to other forms of shock.[17] Whenever inadequate catecholamine response is suspected, diagnosis should be established by measuring serum cortisol and conducting an ACTH stimulation test, whereas presumptive therapy proceeds using dexamethasone (see Chap. 79). Hypothyroidism and hyperthyroidism may in extreme cases result in shock; thyroid storm is an emergency requiring urgent therapy with propylthiouracil or other antithyroid drug, steroids, propranolol, fluid resuscitation, and identification of the precipitating cause[43] (see Chap. 80). Pheochromocytoma may lead to shock by markedly increasing afterload and by redistributing intravascular volume into extravascular compartments.[44] In general, the therapeutic approach involves treating the underlying metabolic abnormality, resuscitating with fluid to produce an adequate cardiac output at the lowest adequate filling pressure, and infusing inotropic drugs, if necessary, to improve ventricular contractility if it is decreased. Details of diagnosis and therapy of shock associated with poisons (carbon monoxide, cyanide) are discussed in Chap. 102.

## *Organ System Pathophysiology of Shock*

### INFLAMMATORY COMPONENT OF SHOCK

Shock has a hemodynamic component that has been the focus of much of the preceding discussion. In addition, shock is invariably associated with some degree of inflammatory response, although this component of shock varies greatly. A severe systemic inflammatory response (e.g., sepsis) can result primarily in shock. Conversely, shock results in an inflammatory response because ischemia-reperfusion injury[45] will be triggered to some extent after successful hemodynamic resuscitation of shock of any kind. Ischemia-reperfusion causes release of proinflammatory mediators, chemotactic cytokines, and activation of endothelial cells and leukocytes. Because of the multiorgan system involvement of shock, the inflammatory response of ischemia-reperfusion involves many organ systems. Rapid hemodynamic correction of hypovolemic or cardiogenic shock may result in a minimal systemic inflammatory response. However, trauma with significant tissue injury or prolonged hypoperfusion states usually elicit marked systemic inflammatory responses. Because the resolution and repair phases of the inflammatory response are complex and take time, this component of shock is important to recognize and characterize clinically because it has prognostic value with profound effects on the subsequent clinical course.

A systemic inflammatory response results in elevated levels of circulating proinflammatory mediators (tumor necrosis alpha, interleukins, prostaglandins, etc.) that activate endothelial cells and leukocytes. Subsequent production of nitric oxide by activated vascular endothelial cells via inducible nitric oxide synthase results in substantial vasodilation. Products of the arachidonic acid pathway generated during

the systemic inflammatory response contribute to systemic vasodilation (prostaglandin I₂) and pulmonary hypertension (thromboxane A₂). Activated endothelial cells and leukocytes upregulate expression of cellular adhesion molecules and their corresponding ligands, resulting in accumulation of activated leukocytes in pulmonary and systemic capillaries and postcapillary venules. Expression of chemotactic cytokines by endothelial and parenchymal cells contributes to flow of activated leukocytes into the lungs and systemic tissues. Activated leukocytes release destructive oxygen free radicals, resulting in further microvascular and tissue damage. Damaged and edematous endothelial cells, retained leukocytes, and fibrin and platelet plugs associated with activation of the complement and coagulation cascades block capillary beds in a patchy manner, leading to increased heterogeneity of microvascular blood flow. As a result of the significant damage to the microvasculature, oxygen uptake by metabolizing tissues is further impaired.[46] A severe systemic inflammatory response leads to very high levels of circulating proinflammatory mediators, leukopenia, and thrombocytopenia owing to uptake in excess of production, disseminated intravascular coagulation owing to excessive activation of the coagulation cascades, diffuse capillary leak, marked vasodilation that may be quite unresponsive to high doses of vasopressors, and generalized organ system dysfunction.

Whereas the hemodynamic component of shock is often rapidly reversible, the resolution and repair phases of an inflammatory response follow a frustratingly slow time course: recruitment of adequate and appropriate leukocyte populations, walling off or control of the initial inciting stimuli, modulation of the subsequent inflammatory response toward clearance with apoptosis of inflammatory and damaged cells (T-helper 1 type of response), or, when the inflammatory stimulus is not as easily cleared, toward a more chronic response with recruitment of new populations of mononuclear leukocytes and fibrin and collagen deposition (T-helper 2 type of response). During this repair and resolution phase, current therapy involves vigilant supportive care of the patient to prevent and avoid the common multiple complications associated with multiple organ system dysfunction and mechanical ventilation.

## INDIVIDUAL ORGAN SYSTEMS

Altered mental status, ranging from mild confusion to coma, is a frequently observed effect of shock on neurologic function, when brain blood flow decreases by approximately 50%.[47] Autoregulation of cerebral blood flow is maximal, and decreased neurologic function ensues, when MAP decreases to below 50 to 60 mm Hg in normal individuals. Elevated $P_{CO_2}$ transiently dilates and decreased $P_{CO_2}$ transiently constricts cerebral vessels. Profound hypoxia also results in markedly decreased cerebral vascular resistance. Patients recovering from shock infrequently suffer frank neurologic deficit unless they have concomitant cerebrovascular disease. However, subsequent subtle neurocognitive dysfunction is now increasingly recognized.

Systolic and diastolic myocardial dysfunction during shock have been discussed above. Myocardial oxygen extraction is impaired during sepsis and myocardial perfusion is redistributed away from the endocardium. This maldistribution is further aggravated by circulating catecholamines. Segmen-

tal and global myocardial dysfunction occur with ST and T-wave changes apparent on the electrocardiogram, and elevations in creatine kinase and troponin concentrations may be observed[48] in the absence of true myocardial infarction. In addition, the metabolic substrate for myocardial metabolism changes so that free fatty acids are no longer the prime substrate and more lactic acid and endogenous fuels are metabolized.

More than any other organ system, the lungs are involved in the inflammatory component of shock. ARDS is the acronym given to lung injury caused by the effect of the systemic inflammatory response on the lung and has aptly been called "shock lung." Inflammatory mediators and activated leukocytes in the venous effluent of any organ promptly affect the pulmonary capillary bed, leading to activation of pulmonary vascular endothelium and plugging of pulmonary capillaries with leukocytes. Ventilation perfusion matching is impaired and shunt increases. High tidal volume ventilation induces a further intrapulmonary inflammatory response and lung damage. Increased ventilation associated with shock results in increased work of breathing to the extent that a disproportionate amount of blood flow is diverted to fatiguing ventilatory muscles.

Early in shock, increased catecholamines, glucagon, and glucocorticoids induce hepatic gluconeogenesis leading to hyperglycemia. Later, when synthetic function fails, hypoglycemia occurs. Clearance of metabolites and immunologic function of the liver are also impaired during hypoperfusion. Typically, centrilobular hepatic necrosis leads to release of transaminases as the predominant biochemical evidence of hepatic damage, and bilirubin levels may be high. Shock may lead to gut ischemia before other organ systems become ischemic, even in the absence of mesenteric vascular disease. Mucosal edema, submucosal hemorrhage, and hemorrhagic necrosis of the gut may occur. Hypoperfusion of the gut has been proposed as a key link in the development of multisystem organ failure after shock, particularly when ARDS precedes sepsis[49]; that is, loss of gut barrier function results in entrance of enteric organisms and toxins into lymphatics and the portal circulation. Because the immunologic function of the liver is impaired, bacteria and their toxic products, particularly from portal venous blood, are not adequately cleared. These substances and inflammatory mediators produced by hepatic reticuloendothelial cells are released into the systemic circulation and may be an important initiating event of a diffuse systemic inflammatory process that leads to multisystem organ failure or to the high cardiac output hypotension of endotoxemia. Decreased hepatic function during shock impairs normal clearance of drugs such as narcotics and benzodiazepines, lactic acid, and other metabolites that may adversely affect cardiovascular function. In addition, pancreatic ischemic damage may result in the systemic release of a number of toxic substances including a myocardial depressant factor.

The glomerular filtration rate decreases as renal cortical blood flow is reduced by decreased arterial perfusion pressures and by afferent arteriolar vasoconstriction owing to increased sympathetic tone, catecholamines, and angiotensin. The ratio of renal cortical to medullary blood flow decreases. Renal hypoperfusion may lead to ischemic damage with acute tubular necrosis, and debris and surrounding tissue edema obstruct tubules. Loss of tubular function is compounded by

PAR-VASO-0008292

loss of concentrating ability because medullary hypertonicity decreases. Impaired renal function or renal failure leads to worsened metabolic acidosis, hyperkalemia, impaired clearance of drugs and other substances; all contribute to the poor outcome of patients in shock with renal failure.

Shock impairs reticuloendothelial system function, leading to impaired immunologic function. Coagulation abnormalities and thrombocytopenia are common hematologic effects of shock. Disseminated intravascular coagulation occurs in approximately 8% of patients with hypovolemic and septic shock. Shock combined with impaired hematopoietic and immunologic function seen with hematologic malignancies or after chemotherapy is nearly uniformly lethal. Endocrine disorders, from insufficient or ineffective insulin secretion to adrenal insufficiency, adversely affect cardiac and other organ system function. Conceivably, impaired parathyroid function is unable to maintain calcium homeostasis. As a result, ionized hypocalcemia is observed during lactic acidosis or its treatment with sodium bicarbonate infusion.[50]

**SHOCK AND THERAPEUTIC INTERVENTIONS**

Hypoperfusion alters the efficacy of drug therapy by slowing delivery of drugs, altering pharmacokinetics once delivered, and decreasing the clearance of drugs. For example, subcutaneous injection of medications may fail to deliver useful quantities of a drug in the setting of decreased perfusion. When adequate perfusion is re-established, the drug may be delivered in an unpredictable way at an inappropriate time. Thus, parenteral medications should be given intravenously to patients with evidence of hypoperfusion. In marked hypoperfusion states, peripheral intravenous infusion also may be ineffective, and central venous administration may be necessary to effectively deliver medications. Once the drug is delivered to its site of action, it may not have the same effect in the setting of shock. For example, catecholamines may be less effective in an acidotic or septic state. Because there may be significant renal and hepatic hypoperfusion, drug clearance is frequently greatly impaired. With these observations in mind, it is appropriate to consider, for each drug, necessary changes in route, dose, and interval of administration in shock patients.

Bicarbonate therapy of metabolic acidosis associated with shock may have adverse consequences.[50] Bicarbonate decreases ionized calcium levels further, with a potentially detrimental effect on myocardial contractility. Because bicarbonate and acid reversibly form carbon dioxide and water, a high $P_{CO_2}$ is observed. Particularly during bolus infusion, acidotic blood containing bicarbonate may have a very high $P_{CO_2}$, which readily diffuses into cells, resulting in marked intracellular acidosis; recall that hypoperfusion increases tissue $P_{CO_2}$ by carrying off the tissue $CO_2$ production at a higher mixed venous $P_{CO_2}$ owing to reduced blood flow. Intracellular acidosis results in decreased myocardial contractility. These adverse consequences of bicarbonate therapy may account in part for the lack of benefit observed with bicarbonate therapy of metabolic acidosis.[50]

## Outcome

Untreated, shock leads to death. Even with rapid, appropriate resuscitation, shock is associated with a high initial mortality

rate, and tissue damage sustained during shock may lead to delayed sequelae. Several studies have identified important predictors. For cardiogenic shock, 85% of the predictive information is contained in age, systolic blood pressure, heart rate, and presenting Killip class.[3] A blood lactic acid level in excess of 5 mmol/L is associated with a 90% mortality rate in cardiogenic shock[51] and a high mortality rate in other shock states. These mortality rates have decreased during the past decade of interventional cardiology and aggressive antibiosis (see Chaps. 25 and 46). In septic shock, decreasing cardiac output predicts death, and high concentrations of bacteria in blood and a failure to mount a febrile response predict a poor outcome. Age and pre-existing illness are important determinants of outcome. Multisystem organ failure is an important adverse outcome, leading to a mortality rate in excess of 60%.

## References

1. Cohn JN: Blood pressure measurement in shock. Mechanism of inaccuracy in auscultatory and palpatory methods. *JAMA* 199:118, 1967.
2. Rivers E, Nguyen B, Havstad S, et al: Early Goal-Directed Therapy Collaborative G. Early goal-directed therapy in the treatment of severe sepsis and septic shock. *N Engl J Med* 345:1368, 2001.
3. Menon V, Hochman JS: Management of cardiogenic shock complicating acute myocardial infarction. *Heart* 88:531, 2002.
4. Kern JW, Shoemaker WC: Meta-analysis of hemodynamic optimization in high-risk patients. *Crit Care Med* 30:1686, 2002.
5. Grassino A, Macklem PT: Respiratory muscle fatigue and ventilatory failure. *Annu Rev Med* 35:625, 1984.
6. Hussain SN, Roussos C: Distribution of respiratory muscle and organ blood flow during endotoxic shock in dogs. *J Appl Physiol* 59:1802, 1985.
7. Imai Y, Parodo J, Kajikawa O, et al: Injurious mechanical ventilation and end-organ epithelial cell apoptosis and organ dysfunction in an experimental model of acute respiratory distress syndrome. *JAMA* 289:2104, 2003.
8. Anonymous: Ventilation with lower tidal volumes as compared with traditional tidal volumes for acute lung injury and the acute respiratory distress syndrome. The Acute Respiratory Distress Syndrome Network. *N Engl J Med* 342:1301, 2000.
9. Shoemaker WC, Appel PL, Kram HB, et al: Prospective trial of supranormal values of survivors as therapeutic goals in high-risk surgical patients. *Chest* 94:1176, 1988.
10. de Guzman E, Shankar MN, Mattox KL: Limited volume resuscitation in penetrating thoracoabdominal trauma. *AACN Clin Issues* 10:61, 1999.
11. Hebert PC, Wells G, Blajchman MA, et al: A multicenter, randomized, controlled clinical trial of transfusion requirements in critical care. Transfusion Requirements in Critical Care Investigators, Canadian Critical Care Trials Group. *N Engl J Med* 340:409, 1999.
12. Bickell WH, Wall MJ Jr, Pepe PE, et al: Immediate versus delayed fluid resuscitation for hypotensive patients with penetrating torso injuries. *N Engl J Med* 331:1105, 1994.
13. Ruokonen E, Parviainen I, Uusaro A: Treatment of impaired perfusion in septic shock. *Ann Med* 34:590, 2002.
14. Reinhart K, Rudolph T, Bredle DL, et al: Comparison of central-venous to mixed-venous oxygen saturation during changes in oxygen supply/demand. *Chest* 95:1216, 1989.
15. Vincent JL, Abraham E, Annane D, et al: Reducing mortality in sepsis: new directions. *Crit Care* 6:S1, 2002.
16. Bernard GR, Vincent JL, Laterre PF, et al: Recombinant human protein CWEiSSsg. Efficacy and safety of recombinant human

activated protein C for severe sepsis. *N Engl J Med* 344:699, 2001.

17. Annane D, Sebille V, Charpentier C, et al: Effect of treatment with low doses of hydrocortisone and fludrocortisone on mortality in patients with septic shock. *JAMA* 288:862, 2002.

18. Connors AF Jr, Speroff T, Dawson NV, et al: The effectiveness of right heart catheterization in the initial care of critically ill patients. SUPPORT Investigators. *JAMA* 276:889, 1996.

19. Sandham JD, Hull RD, Brant RF, et al: Canadian Critical Care Clinical Trials G. A randomized, controlled trial of the use of pulmonary-artery catheters in high-risk surgical patients. *N Engl J Med* 348:5, 2003.

20. Rame JE, Dries DL, Drazner MH: The prognostic value of the physical examination in patients with chronic heart failure. *Congest Heart Fail* 9:170, 2003.

21. Forrester JS, Diamond G, Chatterjee K, Swan HJ: Medical therapy of acute myocardial infarction by application of hemodynamic subsets (second of two parts). *N Engl J Med* 295:1404, 1976.

22. Scheidt S, Ascheim R, Killip T III: Shock after acute myocardial infarction. A clinical and hemodynamic profile. *Am J Cardiol* 26:556, 1970.

23. Lieu TA, Gurley RJ, Lundstrom RJ, Parmley WW: Primary angioplasty and thrombolysis for acute myocardial infarction: an evidence summary. *J Am Coll Cardiol* 27:737, 1996.

24. Page DL, Caulfield JB, Kastor JA, et al: Myocardial changes associated with cardiogenic shock. *N Engl J Med* 285:133, 1971.

25. Pfisterer M: Right ventricular involvement in myocardial infarction and cardiogenic shock. *Lancet* 362:392, 2003.

26. Zile MR, Brutsaert DL: New concepts in diastolic dysfunction and diastolic heart failure: Part II: Causal mechanisms and treatment. *Circulation* 105:1503, 2002.

27. David TE: Operative management of postinfarction ventricular septal defect. *Semin Thorac Cardiovasc Surg* 7:208, 1995.

28. Baskett RJ, Ghali WA, Maitland A, Hirsch GM: The intraaortic balloon pump in cardiac surgery. *Ann Thoracic Surg* 74:1276, 2002.

29. Lipkin DP, Frenneaux M, Maseri A: Beneficial effect of captopril in cardiogenic shock. *Lancet* 2:327, 1987.

30. Kinch JW, Ryan TJ: Right ventricular infarction. *N Engl J Med* 330:1211, 1994.

31. Jacobs AK, Leopold JA, Bates E, et al: Cardiogenic shock caused by right ventricular infarction: A report from the SHOCK registry. *J Am Coll Cardiol* 41:1273, 2003.

32. Layish DT, Tapson VF: Pharmacologic hemodynamic support in massive pulmonary embolism. *Chest* 111:218, 1997.

33. Konstantinides S, Geibel A, Heusel G, et al: Prognosis of Pulmonary Embolism-3 Trial I. Heparin plus alteplase compared with heparin alone in patients with submassive pulmonary embolism. *N Engl J Med* 347:1143, 2002.

34. McGee S, Abernethy WB III, Simel DL: The rational clinical examination. Is this patient hypovolemic? *JAMA* 281:1022, 1999.

35. Rush BF Jr: Irreversibility in the post-transfusion phase of hemorrhagic shock. *Adv Exp Med Biol* 23:215, 1971.

36. Reilly PM, Wilkins KB, Fuh KC, et al: The mesenteric hemodynamic response to circulatory shock: An overview. *Shock* 15:329, 2001.

37. Walley KR, Cooper DJ: Diastolic stiffness impairs left ventricular function during hypovolemic shock in pigs. *Am J Physiol* 260:H702, 1991.

38. Rangel-Frausto MS: The epidemiology of bacterial sepsis. *Infect Dis Clin North Am* 13:299, 1999.

39. Angus DC, Wax RS: Epidemiology of sepsis: An update. *Crit Care Med* 29:S109, 2001.

40. Parker MM, Shelhamer JH, Bacharach SL, et al: Profound but reversible myocardial depression in patients with septic shock. *Ann Intern Med* 100:483, 1984.

41. Walley KR: Many roles of nitric oxide in regulating cardiac function in sepsis. *Crit Care Med* 28:2135, 2000.

42. Ellis AK, Day JH: Diagnosis and management of anaphylaxis. *Can Med Assoc J* 169:307, 2003.

43. Cooper DS: Hyperthyroidism. *Lancet* 362:459, 2003.

44. Bravo EL: Pheochromocytoma. *Curr Ther Endocrinol Metab* 6:195, 1997.

45. Hochman JS: Cardiogenic shock complicating acute myocardial infarction: expanding the paradigm. *Circulation* 107:2998, 2003.

46. Walley KR: Heterogeneity of oxygen delivery impairs oxygen extraction by peripheral tissues: Theory. *J Appl Physiol* 81:885, 1996.

47. Harper AM: Autoregulation of cerebral blood flow: Influence of the arterial blood pressure on the blood flow through the cerebral cortex. *J Neurol Neurosurg Psychiatry* 29:398, 1966.

48. Spies C, Haude V, Fitzner R, et al: Serum cardiac troponin T as a prognostic marker in early sepsis. *Chest* 113:1055, 1998.

49. Aranow JS, Fink MP: Determinants of intestinal barrier failure in critical illness. *Br J Anaesth* 77:71, 1996.

50. Cooper DJ, Walley KR, Wiggs BR, Russell JA: Bicarbonate does not improve hemodynamics in critically ill patients who have lactic acidosis. A prospective, controlled clinical study. *Ann Intern Med* 112:492, 1990.

51. Weil MH, Afifi AA: Experimental and clinical studies on lactate and pyruvate as indicators of the severity of acute circulatory failure (shock). *Circulation* 41:989, 1970.



Cardiovascular Research 51 (2001) 529–541

*Cardiovascular Research*

www.elsevier.com/locate/cardiores

Review

# Employing vasopressin during cardiopulmonary resuscitation and vasodilatory shock as a lifesaving vasopressor

Volker Wenzel*, Karl H. Lindner

*Department of Anesthesiology and Critical Care Medicine, Leopold-Franzens-University, Anichstrasse 35, 6020 Innsbruck, Austria*

Received 8 November 2000; accepted 29 January 2001

**Abstract**

Epinephrine during cardiopulmonary resuscitation (CPR) is being discussed controversially due to its β-receptor mediated adverse effects such as increased myocardial oxygen consumption, ventricular arrhythmias, ventilation-perfusion defect, postresuscitation myocardial dysfunction, ventricular arrhythmias and cardiac failure. In the CPR laboratory simulating adult pigs with ventricular fibrillation or postcountershock pulseless electrical activity, vasopressin improved vital organ blood flow, cerebral oxygen delivery, resuscitability, and neurological recovery better than did epinephrine. In paediatric preparations with asphyxia, epinephrine was superior to vasopressin, whereas in both paediatric pigs with ventricular fibrillation, and adult porcine models with asphyxia, combinations of vasopressin and epinephrine proved to be highly effective. This may suggest that a different efficiency of vasopressors in paediatric vs. adult preparations; and different effects of dysrhythmic vs. asphyxial cardiac arrest on vasopressor efficiency may be of significant importance. Whether these theories can be extrapolated to humans is unknown at this point in time. In patients with out-of-hospital ventricular fibrillation, a larger proportion of patients treated with vasopressin survived 24 h compared with patients treated with epinephrine; during in-hospital CPR, comparable short-term survival was found in groups treated with either vasopressin or epinephrine. Currently, a large trial of out-of-hospital cardiac arrest patients being treated with vasopressin vs. epinephrine is ongoing in Germany, Austria and Switzerland. The new CPR guidelines of both the American Heart Association, and European Resuscitation Council recommend 40 U vasopressin intravenously, and 1 mg epinephrine intravenously as equally effective for the treatment of adult patients in ventricular fibrillation; however, no recommendation for vasopressin was made to date for adult patients with asystole and pulseless electrical activity, and paediatrics due to lack of clinical data. When adrenergic vasopressors were unable to maintain arterial blood pressure in patients with vasodilatory shock, continuous infusions of vasopressin (~0.04 to ~0.1 U/min) stabilised cardiocirculatory parameters, and even ensured weaning from catecholamines. © 2001 Elsevier Science B.V. All rights reserved.

*Keywords:* Adrenergic (ant)agonists; Defibrillation

## 1. Epinephrine's 100 year history for CPR turns out to be controversial

Morbidity and mortality after successful resuscitation from cardiac arrest largely depends on recovery of neurologic function [1]. Accordingly, efficiency of an intervention during cardiopulmonary resuscitation (CPR) has to be judged with regard to its effects on neurologic outcome [2]. The American Heart Association [3] and the European Resuscitation Council [4] have acknowledged a lack of

clinical evidence to recommend epinephrine during CPR in previously published guidelines; however, no change was made in the 1992 and 1998 recommendations due to a lack of proven alternative drugs or interventions.

Laboratory studies employing epinephrine during CPR showed increased β-receptor-mediated myocardial oxygen consumption [5], ventricular arrhythmias [6], a ventilation-perfusion defect [7] that was possibly caused by attenuated hypoxic pulmonary vasoconstriction [8], postresuscitation myocardial dysfunction, ventricular arrhythmias, and cardiac failure [9]. Another explanation for the adverse effects of epinephrine during CPR is a significant reduction of the

---

*Corresponding author. Tel.: +43-512-504-2400; fax: +43-512-504-5744.

*E-mail address:* volker.wenzel@uibk.ac.at (V. Wenzel).

**Time for primary review 21 days.**

0008-6363/01/$ – see front matter © 2001 Elsevier Science B.V. All rights reserved.
PII: S0008-6363(01)00262-0

PAR-VASO-0008295

Table 1
Chemical structures and activities of antidiuretic peptides/vasopressin analogues[a]

| Peptide | Simplified amino acid structure | Activity in relation to arginine vasopressin | | Comment |
|---|---|---|---|---|
| | | Antidiuretic | Vasopressor | |
| Arginine vasopressin | Cys–Tyr–Phe–Glu–Asp–Cys–Pro–L-Arg–Gly–(NH$_2$) | 100 | 100 | ADH/AVP (Pitressin®), present in mammals |
| Lysine vasopressin | Cys–Tyr–Phe–Glu–Asp–Cys–Pro–Lys–Gly–(NH$_2$) | 80 | 60 | LVP (Lypressin®), present in swine |
| Oxytocin | Cys–Tyr–Ile–Glu–Asp–Cys–Pro–Leu–Gly–(NH$_2$) | 1 | 1 | Induces uterine contraction |
| Ornithine vasopressin | Cys–Tyr–Phe–Glu–Asp–Cys–Pro–Orn–Gly–(NH$_2$) | 22 | 90 | POR 8®, treatment of esophageal varices |
| DDAVP[b] | Cys–Tyr–Phe–Glu–Asp–Cys–Pro–D-Arg–Gly–(NH$_2$) | 1200 | 0.39 | Desmopressin®, increases factor VIII activity |

[a] All peptides shown have disulfide bonds between amino acids at positions one and six.

[b] Deaminated on position 1 (synthetic peptide). Primary indication of vasopressin and its analogues is management of hypothalamic diabetes insipidus, and treating bleeding esophageal varices in some cases; 400 U arginine vasopressin=1 mg; unless otherwise noted, vasopressin discussed in this article reflects arginine vasopressin.

myocardial action potentials; it was shown that epinephrine increased the probability that re-entry action potentials hit excitable tissue, which may provoke or even stabilise ventricular fibrillation [10].

In one clinical study from Australia, epinephrine did not result in better short-term survival or hospital discharge rate compared with saline placebo [11]. Further, high-dose epinephrine did not improve hospital discharge rates in several large multicenter clinical trials [12–17]. In a study in the Vienna General Hospital [18], patients with an unfavourable vs. favourable cerebral performance category received a cumulative dose of 4 vs. 1 mg epinephrine during CPR; this finding persisted after stratification by duration of resuscitation. Accordingly, it is disappointing that a drug such as epinephrine, which is being used for resuscitation for more than 100 years [19,20], has controversial safety and efficacy. Given these potential adverse epinephrine-mediated effects, an American researcher asked in an editorial [21] "have we ridden the adrenergic horse as far as it will take us?"

## 2. Vasopressin, an endogenous stress hormone

Vasopressin, a hormone that is called an antidiuretic hormone as well, has a long evolutionary history. With the emergence of life on land, vasopressin became the mediator of a remarkable regulatory system for the conservation of water. Natural vasopressin forms are nonapeptides with two cysteine residues forming a bridge between positions one and six. The integrity of this disulfide bond is essential for its biological activity, and amino acid substitutions dictate physiologic actions such as alterations of antidiuretic, or vasopressor function. Interestingly, vasopressor effects were observed as early as 1895; vasopressin acts directly via V$_1$-receptors on contractile elements — an effect that cannot be reversed by adrenergic blockade or denervation [22] (Table 1). Primary indication of vasopressin and its analogues so far is management of hypothalamic diabetes insipidus, and treating bleeding esophageal varices in some cases.

A number of fundamental endocrine responses of the human body to cardiac arrest and CPR have been investigated in the past 10 years [23–25]. Circulating endogenous vasopressin concentrations were high in patients undergoing CPR, and levels in successfully resuscitated patients have been shown to be significantly higher than in patients who died (Table 2) [26]. This may indicate that the human body discharges vasopressin as an adjunct vasopressor to epinephrine in life-threatening situations such as cardiac arrest in order to preserve homeostasis. In a clinical study of 60 out-of-hospital cardiac arrest patients, parallel in-

Table 2
Endogenous vasopressors during basic life support CPR, and advanced cardiac life support CPR[a]

| Hormone | Before epinephrine by EMS physician | | After epinephrine by EMS physician | |
|---|---|---|---|---|
| | Survivors ($n=12$) | Nonsurvivors ($n=14$) | Survivors ($n=24$) | Nonsurvivors ($n=36$) |
| Endothelin (0.6–1.2 pg/ml) | 4.3±0.9 | 5.5±0.4 | 4.0±1.0 | 5.3±0.5 |
| Epinephrine (0.05–0.2 ng/ml) | 14.1±2.0 | 25.3±3.6** | 145±16‡ | 201±21*,‡ |
| Norepinephrine (0.25–0.5 ng/ml) | 5.0±0.9 | 8.4±1.1* | 3.9±0.9 | 8.3±1.1** |
| Vasopressin (1–3 pg/ml) | 193±28 | 70±9*** | 177±27 | 58±9*** |
| Adrenocorticotropin (25–50 pg/ml) | 128±34 | 57±6* | 234±92† | 85±9*** |
| Cortisol (5–25 μg/dl) | 18±3 | 15±2 | 17±2 | 13±2 |

[a] Values are given as mean±S.E.M.; normal ranges of hormones are given in parentheses. Note that both before and after injection of epinephrine by the emergency medical service physician, vasopressin plasma levels in surviving patients were significantly higher than in non-survivors. Adapted from Lindner et al., Heart 1996;75:145–150. *, $P<0.05$; **, $P<0.01$; ***, $P<0.001$ for comparisons between survivors and nonsurvivors; †$P$, $<0.01$; ‡, $P<0.001$ before and after epinephrine.

creases in plasma vasopressin and endothelin during CPR were found only in surviving patients. Both before and after epinephrine administration, plasma epinephrine and norepinephrine concentrations were significantly higher in patients who died when compared with surviving cardiac arrest victims [27]. Thus, plasma concentrations of vasopressin may have a more important effect on CPR outcome than previously thought; and prompted several investigations to assess its role for possible CPR management in order to improve CPR management.

## 3. Vasopressin during CPR in laboratory models: assessment of individual organ function

During ventricular fibrillation, a dose–response investigation of three vasopressin dosages (0.2, 0.4, 0.8 U/kg) compared with the maximum effective dose of 200 μg/kg epinephrine showed that 0.8 U/kg vasopressin was the most effective drug in regards of increasing vital organ blood flow [28] (Fig. 1). Also, vasopressin significantly improved cerebral oxygen delivery, and ventricular fibrillation mean frequency during CPR when compared with a maximum dose of epinephrine [29] (Figs. 2–4). Furthermore, effects of vasopressin on vital organ blood flow lasted longer after vasopressin than after epinephrine (~4 vs. ~1.5 min); significantly more vasopressin animals could be resuscitated; and vasopressin did not result in bradycardia after return of spontaneous circulation (Fig. 5) [30]. Interestingly, the combination of vasopressin and epinephrine vs. vasopressin only resulted in comparable left ventricular myocardial blood flow, but in significantly decreased cerebral perfusion [31]. The binding of both vasopressin and epinephrine to its receptors causes charac-

teristic changes such as intracellular concentration of phosphatidylinositol and calcium [32,33]. In fact, a rodent study evaluating administration of vasopressin, norepinephrine, and a combination of vasopressin and norepinephrine showed that $V_1$- and $\alpha$-adrenergic receptors saturated the same intracellular transduction pathway [34]. Although speculative, this mechanism may have hampered nitric oxide release in the cerebral vasculature induced by vasopressin, and therefore, suppressed cerebral perfusion in our animals receiving a combination of vasopressin and epinephrine. These results are striking, since epinephrine selectively spares the cerebral circulation from vasoconstriction when administered during CPR alone.

Administration of endobronchial drugs during CPR may be a simple and rapid alternative, when intubation is performed before intravenous cannulation [35], when the time interval for intravenous access is prolonged, or when attempts for intravenous access are simply unsuccessful, such as in young children with poor peripheral perfusion. A laboratory model showed that the same dose of intravenous and endobronchial vasopressin resulted into the same coronary perfusion pressure four min after drug administration [36] (Fig. 6). In contrast, the equipotent endobronchial epinephrine dose is approximately ten times higher than the intravenous epinephrine dose during CPR [37]. This investigation showed that endobronchial vasopressin is absorbed during CPR, increased coronary perfusion pressure significantly within a very short period, and increased the chance of successful resuscitation [39]. However, endobronchial drug administration may be less appropriate in children, who suffer cardiac arrest due to respiratory disorders. For example, in children suffering cardiac arrest mostly due to severe pneumonia, endobronchial drug delivery is not likely to result in adequate



Fig. 1. Systemic vascular resistance during closed-chest cardiopulmonary resuscitation (CPR) in pigs before, 90 s after, and 5 min after administration of 200 μg/kg epinephrine, 0.2 U/kg vasopressin (low dose), 0.4 U/kg vasopressin (medium dose), and 0.8 U/kg vasopressin (high dose), and in the 1-h postresuscitation phase. Each bar represents the mean±S.E.M. of seven observations. **, $P<0.01$, ***, $P<0.001$ between epinephrine and 0.8 U/kg vasopressin groups. VF, ventricular fibrillation; Defib, defibrillation; and ROSC, restoration of spontaneous circulation. Note that 0.8 U/kg vasopressin increases systemic vascular resistance during CPR fundamentally to levels of ~10 000 dynes s$^{-1}$ cm$^{-5}$, which shifts blood flow from muscle, skin and gut towards the heart and brain. Reprinted with permission from Lindner et al., Circulation 1995;91:215–221. Copyright 1995 American Heart Association.



Fig. 2. Cerebral perfusion pressure, and total cerebral blood flow during cardiopulmonary resuscitation before and 90 s and 5 min after intravenous administration of 200 μg/kg epinephrine (maximum effective dosage in pigs; □) and 0.4 U/kg vasopressin (medium dosage in pigs; ■). Each box plot represents median, 25th and 75th percentiles, and minimum and maximum values. *, $P<0.05$ vs. epinephrine; †, $P<0.01$ vs. epinephrine; ‡, $P<0.05$ vs. before drug administration (DA). Note that even the medium vasopressin dose induced a significant increase in cerebral blood flow, which is most likely induced by a nitric oxide-mediated cerebral vasodilatation. Reprinted with permission from Prengel et al., Stroke 1996;27:1241–1248. Copyright American Heart Association 1996.



Fig. 3. Cerebral oxygen delivery and consumption indices, and oxygen extraction ratio during cardiopulmonary resuscitation before, and 90 s and 5 min after intravenous administration of 200 μg/kg epinephrine (maximum effective dosage in pigs; □) and 0.4 U/kg vasopressin (medium dosage in pigs; ■). Each box plot represents median, 25th and 75th percentiles, and minimum and maximum values. *, $P<0.05$ vs. epinephrine; †, $P<0.01$ vs. epinephrine; ‡, $P<0.05$ vs. before drug administration (DA). Note that the superior cerebral blood flow with vasopressin lead to a greater cerebral oxygen consumption, but this was not the result of an overstimulation of metabolism because cerebral oxygen extraction fell, and oxygen uptake became independent of oxygen delivery. Reprinted with permission from Prengel et al., Stroke 1996;27:1241–1248. Copyright 1996 American Heart Association.

drug absorption, and therefore, may be rather ineffective. In such cases, the endobronchial drug delivery route may render drug absorption erratic due to pulmonary oedema and capillary leak, and therefore, may further compromise oxygenation and ventilation in children [38]. Additionally, hypovolemia can be rapidly corrected with fluids via an intraosseous catheter, but not via the endobronchial route. Accordingly, the intraosseous route has been recommended for paediatric emergency situations, and is widely taught both in the Americas and internationally by the Paediatric Advanced Life Support and Advanced Trauma Life Support courses [39]. In a porcine investigation, intraosseous vs. intravenous vasopressin resulted in comparable vasopressin plasma levels, hemodynamic variables, coronary perfusion pressure, and return of spontaneous circulation rates [40] (Fig. 7). Therefore, intraosseous vasopressin may be a valuable alternative for vasopressor

administration during CPR, when intravenous access is delayed, or not available. Accordingly, our laboratory studies indicate that the same vasopressin dosage may be administered intravenously, endobronchially, and intraos-

PAR-VASO-0008298



Fig. 4. Power spectrum and 10 s ECG ventricular fibrillation pattern of a laboratory pig during basic life support CPR (before vasopressin), and during advanced cardiac life support CPR 90 s after vasopressin. Note that vasopressin induces an increase of ventricular fibrillation mean frequency, which is validated by the rightward shift of the power spectrum (a, c); and increase in ECG amplitude (b, d). Reprinted with permission from Achleitner et al., Anesth Analg 2000;90:1067–1075. Copyright International Anesthesia Research Foundation 2000.

seously; rendering usage of this vasopressor during CPR simple, rapid and inexpensive.

Both the American Heart Association and European Resuscitation Council continue to recommend repeated administration of epinephrine during advanced cardiac life support [56,57], although it is not proven whether repeated epinephrine given during CPR may be effective, or if this strategy may even result in inadvertent catecholamine toxicity. After repeated dosages of vasopressin vs. epinephrine were administered, coronary perfusion pressure increased only after the first of three epinephrine injection, but increased after each of three vasopressin injections; accordingly, all vasopressin animals survived; whereas all pigs resuscitated with epinephrine died [41]. Long-term survival after cardiac arrest may be determined by the ability to ensure adequate organ perfusion during CPR, and in the postresuscitation phase. In the early postresuscitation phase, vasopressin administration resulted in higher arterial blood pressure, but a lower cardiac index; a reversible depressant effect on myocardial function of the vasopressin pigs was observed when compared with epinephrine. However, overall cardiovascular function was not irreversibly or critically impaired after the administration of

vasopressin [42]. Renal and splanchnic perfusion may be critically impaired during [43,44] and after [45] successful resuscitation from cardiac arrest. For example, 30 min after return of spontaneous circulation, renal and adrenal blood flow were significantly lower in the vasopressin pigs as compared with the epinephrine group; pancreatic, intestinal, and hepatic blood flow were not significantly different in animals after receiving epinephrine or vasopressin [46]. It is unknown whether the vasopressin-mediated pronounced blood shift during CPR from the muscle, skin and gut towards the myocardium and brain might be deleterious for splanchnic organs, and whether this may contribute to multiorgan failure after return of spontaneous circulation. Furthermore, it is unknown whether a high bolus of vasopressin administered during CPR may result in oliguria or anuria due to its antidiuretic effects in the postresuscitation phase. In a porcine CPR investigation, vasopressin impaired cephalic mesenteric blood flow during CPR and in the early postresuscitation phase, but did not result in an anti diuretic response. Neither renal blood flow, nor renal function was influenced by vasopressin or epinephrine in this investigation [47]. Continuous infusion of low-dose dopamine mediated a significant increase in

PAR-VASO-0008299





Fig. 5. Porcine laboratory model of prolonged cardiac arrest of 15 min with postcountershock pulseless electrical activity. Left ventricular myocardial, and total cerebral blood flow before, 90 s, and 5 min after vasopressin (■) or epinephrine (□) administration during CPR. Each box plot represents median, 25th and 75th percentiles, and minimum and maximum values of eight measurements in both groups; *, $P<0.05$ vs. vasopressin. Note that vasopressin during CPR may increase myocardial blood flow to ~60% of prearrest values (normal left ventricular myocardial blood flow in pigs, ~200 ml/min/100 g), but brain perfusion even to ~150% of prearrest values (normal brain blood flow in pigs, ~50 ml/min/100 g). Reprinted with permission from Wenzel et al., Crit Care Med 1999;27:486–492. Copyright Lippincott Williams & Wilkins 1999.

superior mesenteric blood flow after successful CPR with vasopressin by selective vasodilatation of intestinal vessels. Accordingly, administering dopamine may improve gut perfusion, and therefore, may improve gut function in the postresuscitation period [48].

In laboratory investigations of short and prolonged cardiac arrest, vasopressin resulted in significantly higher vital organ blood flow and cerebral oxygen delivery than did epinephrine [28–31]. This implies that vasopressin dilated cerebral arterioles and subsequently, resulted in superior brain perfusion throughout the neuroaxis. In the



Fig. 6. Coronary perfusion pressure before and after endobronchial drug administration during CPR. All variables are given as mean±S.E.M.; DA, drug administration; CPP, coronary perfusion pressure; intravenous vasopressin (●); endobronchial vasopressin (▲); endobronchial saline placebo (O); *, $P<0.05$ compared with endobronchial saline placebo; †, $P<0.05$ compared with endobronchial vasopressin. Note that seven of seven intravenous vasopressin, and nine of nine endobronchial vasopressin swine survived, but only two of five endobronchial saline placebo pigs ($P<0.05$). Reprinted with permission from Wenzel et al., Anesthesiology 1997;86:1375–1381. Copyright American Society of Anesthesiologists 1997.

vasopressin animals, the superior cerebral blood flow lead to a greater cerebral oxygen consumption, but was not the result of an overstimulation of metabolism because cerebral oxygen extraction fell, and oxygen uptake became independent of oxygen delivery [29]. The question arises, if increased cerebral blood flow during CPR with vasopressin is beneficial in regards of neurological recovery, or detrimental due to fatal complications such as cerebral oedema after return of spontaneous circulation. Although a Glasgow-Coma Score rating was performed after successful CPR with vasopressin vs. epinephrine in preliminary clinical studies, the results could unfortunately not be attributed to a single CPR-intervention due to many confounding variables. In a porcine model simulating prolonged (22 min) of advanced cardiac life support, all vasopressin animals had return of spontaneous circulation, whereas all pigs in the epinephrine and saline placebo group died. After 24 h of return of spontaneous circulation, the only neurologic deficit of all vasopressin pigs was an unsteady gait, which disappeared within another 3 days [49]. This observation confirms that in order to achieve full recovery after cardiac arrest, both excellent management of basic and advanced cardiac life support, and careful optimisation of organ function in the postresuscitation phase are of fundamental importance. (Fig. 8) [50] Since neurodiagnostic tests such as evoked potentials, electroencephalogram, or positron emission tomography may not be able to accurately detect pathology [51], we employed cerebral magnetic resonance imaging after successful CPR. Since imaging was performed 4 days after the experiment to ensure that cerebral ischemic regions due to extracellular edema would be fully developed, the absence of cerebral cortical and subcortical edema, intraparenchymal haemorrhage, ischemic brain lesions, or cerebral



Fig. 7. Individual coronary perfusion pressure tracings after intravenous (▲) and intraosseous (■) vasopressin administration during CPR. No statistical analysis was performed, and some tracings may be superimposed on each other; defibrillation was performed approximately at 5 min and 15 s after drug administration. Intraosseous vs. intravenous vasopressin resulted at all points of the experiment in comparable coronary perfusion pressure during CPR; also, note that coronary perfusion pressure after either intravenous or intraosseous vasopressin is elevated for about 5 min, which allows ample time for successful defibrillation. Reprinted with permission from Wenzel et al., Crit Care Med 1999;27:1565–1569. Copyright Lippincott Williams & Wilkins 1999.

infarction confirmed by T2-weighted magnetic resonance imaging indicates that the vasopressin pigs fully recovered from cardiac arrest in regards of both anatomical and physiological terms. Thus, laboratory evidence suggests that vasopressin given during CPR may be a superior drug when compared with epinephrine in order to ensure both return of spontaneous circulation and neurological outcome.

## 4. Clinical experience with vasopressin during cardiac arrest

In patients with refractory cardiac arrest, intravenous vasopressin induced an increase in arterial blood pressure, and in some cases, return of spontaneous circulation, where standard therapy with chest compressions, ventilation, defibrillation, and epinephrine had failed [52]. In a small ($n=40$) prospective, randomised investigation of patients with out-of-hospital ventricular fibrillation, a significantly larger proportion of patients treated with vasopressin were successfully resuscitated and survived 24 h compared with patients treated with epinephrine [53]. This was not designed as a mortality study, but even with such small numbers, there was a non-significant trend towards an improvement in hospital discharge rate ($P=$ 0.16). In a large ($n=200$) in-hospital CPR trial from

Ottawa, Canada, comparable short-term survival was found in both groups treated with either vasopressin or epinephrine, indicating that these drugs may be equipotent when response times of rescuers are short [54]. In another clinical evaluation in Detroit, Michigan, four of ten patients responded to vasopressin administration after approximately 40 min of unsuccessful advanced cardiac life support, and had a mean increase in coronary perfusion pressure of 28 mmHg [55]. This is surprising, since an arterial blood pressure increase with any drug after such a long period of non-effective CPR management would be normally not expected. In this study, vasopressin caused an increase in coronary perfusion pressure, and a decrease of epinephrine plasma levels, which is similar to an animal study with increased vital organ blood flow, but decreased catecholamine plasma levels after vasopressin [56]. Although speculative, it is possible that baroreceptors in the arterial vasculature registered increased organ perfusion after vasopressin, and subsequently down-regulated catecholamine secretion — whether this may decrease epinephrine tachyphylaxis and therefore, improve subsequent catecholamine effects, remains under investigation.

The authors of the present article are currently coordinating a multicenter clinical study to determine the effects of 40 U vasopressin IV vs. 1 mg epinephrine IV given up to two times in out-of-hospital cardiac arrest patients with ventricular fibrillation, asystole, and pulseless

PAR-VASO-0008301



Fig. 8. Effects of vasopressin, epinephrine, and saline placebo on diastolic aortic pressure during prolonged advanced cardiac life support CPR. Repeated doses of vasopressin (♦), but not epinephrine (■) or saline placebo (▲), maintained mean±S.E.M. aortic diastolic arterial blood pressure above a threshold of about 30 to 40 mmHg (horizontal dashed lines) that renders successful defibrillation likely. DA 1 indicates drug administration of 0.4 U/kg vasopressin vs. 45 μg/kg epinephrine vs. saline placebo; DA 2, drug administration of 0.4 U/kg vasopressin vs. 45 μg/kg epinephrine vs. saline placebo; DA 3, drug administration of 0.8 U/kg vasopressin vs. 200 μg/kg epinephrine vs. saline placebo; *, $P<0.05$ vs. epinephrine and saline placebo, respectively; ‡, $P<0.05$ vs. saline placebo; ACLS, advanced cardiac life support; BLS, basic life support; VF, ventricular fibrillation; time is given in min (′) and seconds (″). Note that only the first of three epinephrine injections, but three of three vasopressin injections maintained coronary perfusion pressure at a level that ensured return of spontaneous circulation: Six of six vasopressin pigs survived with full neurological recovery, whereas both six of six epinephrine- and five of five saline placebo pigs died. Reprinted with permission from Wenzel et al., J Am Coll Cardiol 2000;35:527–533. Copyright American College of Cardiology 2000.

electrical activity (Fig. 9). This clinical trial is conducted under the aegis of the European Resuscitation Council, and has randomised per March, 2001 a total of 770 patients in 42 EMS systems (37 ground, and 5 rotor-winged EMS programs) in Germany, Switzerland, and Austria. A preliminary analysis has revealed that the study is safe, randomisation is working properly, no adverse results were reported, and that there is a good chance to find significant results after randomising 1500 patients as planned. The new international CPR guidelines of both the American Heart Association [57] and European Resuscitation Council [58] recommend 40 U vasopressin IV and 1 mg epinephrine IV as equally effective for the treatment of patients in ventricular fibrillation; however, no recommendation was made to date for patients with asystole and pulseless electrical activity, and paediatrics due to lack of clinical data. When the aforementioned large clinical study may be concluded in Autumn 2001, we may be able to better determine the role of vasopressin vs. epinephrine for management of cardiac arrest patients presenting with ventricular fibrillation, asystole, or pulseless electrical activity [59].

Efficiency of a CPR intervention is judged with regards to its effects on hospital discharge rate, long-term survival, and especially, neurologic outcome. However, in order to determine effects of a drug given during CPR on neurological recovery is extremely difficult due to confounding variables. For example, a given patient population differs significantly due to past medical history, standard of life, age, race, cardiac rhythm at collapse, and location of cardiac arrest [60,61]. Second, the healthcare system itself may affect CPR outcome fundamentally due to differences in emergency medical services, response times, intensive care unit management, and access to diagnostic technology [62]. In order to detect a significant increase in hospital discharge rates and/or neurological recovery employing a new pharmacological CPR intervention, ~20 000 patients, several years, and millions of US Dollars or Euros would be necessary — a trial that would be significantly bigger than large Framingham Heart studies with typically ~3000 [63] to ~5000 patients [64]. Thus, initiating such as study seems to be almost next-to-impossible, since healthcare and research funding is decreasing throughout the world; further, commercial manufacturers of vasopressin have not much interest in this drug since the patent of vasopressin has expired ~50 years ago. As such, the primary endpoint of the European vasopressor study (anticipated number of patients, 1500) are effects of vasopressin vs. epinephrine on hospital admission — not the optimum, but a realistic solution.

PAR-VASO-0008302



Fig. 9. Study algorithm of a multicenter, blockrandomized, doubleblind, randomized controlled trial in Europe: comparison of vasopressin vs. epinephrine during cardiac arrest. A study conducted under the aegis of the European Resuscitation Council. Reprinted with permission from Krismer et al. (article in German) Notfall Rettungsmed 1999;2:478–485. Copyright Springer Verlag, Berlin, Heidelberg, New York, 1999.

## 5. Where is the future of CPR management?

We have shown beneficial effects of vasopressin vs. epinephrine in special CPR situations such as epidural anaesthesia [65], hypothermia [66], and hypovolemic shock [67] in the laboratory. In the clinical setting, we observed positive effects of vasopressin infusions in some patients with life-threatening haemorrhagic shock with collapsing arterial blood pressure, who did not respond anymore to adrenergic catecholamines. Although these observations in the laboratory and in individual patients are very promising, they have to be yet confirmed in prospective, randomised clinical trials; however, due to the relatively rare occurrence of these special CPR situations, it is unlikely that vasopressin can be studied systematically under these circumstances.

Another area that is extremely complicated to investi-gate, but definitely needs to be addressed, is the paediatric cardiac arrest population. Due to the lack of randomised clinical trials in paediatric emergency cardiac care, some CPR recommendations have been extrapolated from adult or laboratory studies. In a porcine preparation, epinephrine was superior to vasopressin in a paediatric CPR model of asphyxia cardiac arrest [68]. We have shown in this paediatric model that a combination of vasopressin and epinephrine was superior to either vasopressin or epineph-rine alone; however, this may only apply to paediatric but not adult settings, and definitely warrants especially clini-cal investigations. Upon repeating the aforementioned experiment of asphyxia cardiac arrest in adult swine to determine effects of age vs. underlying cause of cardiac arrest, we confirmed that a combination of vasopressin with epinephrine was superior to either vasopressin alone, or epinephrine alone. This observation is entirely new and

PAR-VASO-0008303

surprising, and may suggest that the usual approach of pharmacological CPR management to administer identical drugs and dosages for patients presenting with cardiac arrest due to dysrhythmia or asphyxia may have to be reconsidered. In fact, it is possible that when the degree of ischemia is fundamental such as during asphyxia, or advanced cardiac life support is prolonged, a combination of vasopressin with epinephrine could be beneficial. The laboratory experience of this phenomenon may be confirmed by observations from CPR efforts in eight patients who were unsuccessfully resuscitated with epinephrine for ~10–20 min, subsequently received 40 U of vasopressin, and subsequently, all patients had return of spontaneous circulation, with three of eight patients being even discharged alive from the hospital [52]. This explanation would be in agreement with a Canadian study [54] indicating comparable outcome with vasopressin vs. epinephrine in in-hospital cardiac arrest, with a short time of ischemia.

Thus, our usual strategy according to the current CPR guidelines of employing vasopressors during CPR may not sufficiently address the cause of cardiac arrest, and degree of ischemia. Accordingly, it is possible that the ideal vasopressor and especially, the ideal dosing regimen for CPR is yet to be discovered, rendering a combination of agents possibly necessary; however, development of a CPR 'cocktail' may be extremely difficult due to multiple potential permutations of different drugs and dosages whenever a combination therapy is employed [69]. Laboratory experiments were performed with a combination of vasopressin, epinephrine and nitroglycerine; however, determining optimal dose–response effects is most likely difficult, and clinical experience is pending [70]. Further, vasopressors that improve initial resuscitation may not be the best drugs to improve survival in the post resuscitation phase. The ideal vasopressor for CPR is a drug that significantly increases myocardial and cerebral perfusion during CPR, and yet, if necessary, can be rapidly, but titratibly reversed in the immediate post-resuscitation phase [71]. Although the case of vasopressin looks promising at this point in time, the large clinical study in Europe would have to come out significantly in favour of vasopressin in order to further change international CPR guidelines.

The exciting news about vasopressin studies cannot cover the fact that many issues have not been addressed as of today, at least partially because commercial interest is lacking due to an expired patent from ~50 years ago. For example, the only dose–response investigation with vasopressin stems from young healthy pigs; vasopressin experience in humans is solely based on injections of 40 U. Second, preliminary laboratory evidence suggests beneficial effects of a combination of vasopressin with epinephrine in asphyxia arrest; however, this observation is inconsistent with a report in a postcountershock pulseless electrical activity preparation — further research is neces-

sary which drug plays which role in what situation. Third, vasopressin receptors in pigs (lysine vasopressin) and humans (arginine vasopressin) are different, which may result in a different hemodynamic response to exogenously administered arginine vasopressin. However, the circulatory effects of arginine vasopressin, as administered in all laboratory investigations, may be even greater in humans with arginine vasopressin receptors when compared with pigs with lysine vasopressin receptors. Furthermore, extrapolating experience with vasopressin from the adult to the paediatric setting seems to be difficult, and needs further significant investigation. Also, young healthy pigs that were free of atherosclerotic disease were employed in animal studies; it is therefore difficult to determine whether all laboratory results can be safely extrapolated to humans with sometimes severe underlying cardiovascular pathology upon suffering sudden cardiac arrest. Although preliminary evidence suggests slight coronary vasodilatation after vasopressin administration, this model of extremely low cardiac output such as shock or CPR had the limitation to have a pre- and afterload that may be different from normal cardiocirculatory circumstances due to an open-chest preparation [72]. Lastly, There is no doubt that a CPR attempt employing vasopressin is more expensive than epinephrine (cost of 40 U vasopressin, ~15 vs. 1 mg epinephrine, ~15 vs. ~1 US Dollar/Euro); however, this is not as expensive as a day on the intensive care unit on powerful antibiotics. In summary, laboratory studies employing vasopressin administration may have to detect the best time point, dosage, and exact indication for shock states — a lot of time and resource-consuming work is down the road, but as an 'orphan' drug, vasopressin has come a long way already.

## 6. Vasopressin as a continuous infusion during vasodilatory shock

The standard treatment of vasodilatory septic shock includes antibiotics, extracellular volume expansion, vasopressors, and drugs that increase myocardial contractility. Adrenergic catecholamines employed in this setting such as norepinephrine often have a diminished vasopressor action in vasodilatory shock; therefore, alternatives may be very useful. First reports with vasopressin in septic shock described a patient who was successfully resuscitated from cardiac arrest, but subsequently developed bacterial septicaemia, and needed a continuous infusion of both epinephrine and norepinephrine to maintain systolic arterial pressure of ~90 mmHg (Fig. 10). Continuous infusion of vasopressin (0.04 U/min) then easily improved mean arterial blood pressure, cardiac output remained stable, and urine output increased from ~6 to >50 ml/h. Stepwise withdrawal of vasopressin subsequently resulted in a decrease in arterial pressure, which again required norepinephrine to maintain systolic arterial pressure at 90–100

PAR-VASO-0008304



Fig. 10. Arterial blood pressure, urine output, and vasopressor management of a patient who was successfully resuscitated, but developed septic vasodilatory shock that was refractory to catecholamines. Note that an infusion of vasopressin increased arterial blood pressure, while both epinephrine and norepinephrine could be weaned; when vasopressin was discontinued, epinephrine and norepinephrine were again necessary to maintain arterial blood pressure. Reprinted with permission from Landry et al., Crit Care Med 1997;25:1279–1282. Copyright 1997 Lippincott Williams & Wilkins, Baltimore.

mmHg; urine output decreased to 30 ml/h. Six hours later, systolic arterial pressure was maintained at ~105 mmHg on vasopressin alone [73]. In patients with vasodilatory shock after left ventricular assist device placement or postbypass vasodilatory shock, vasopressin (0.1 U/min) increased mean arterial pressure, while norepinephrine was decreased [74,75]. In the latter study, inappropriately low serum vasopressin concentrations were found before vasopressin administration, indicating endogenous vasopressin deficiency. Thus, it is possible that endogenous vasopressin stores in these patients were simply depleted, or not able to meet the demand to maintain cardiocirculatory homeostasis. Another investigation studying patients on amiodarone and angiotensin-converting enzyme inhibitors with refractory vasodilatation after cardiopulmonary bypass revealed a beneficial potential for continuous vasopressin infusion [76]. Similar observations were made in patients with milrinone-induced hypotension, when 0.03–0.07 U/min vasopressin caused an increase in systolic artery pressure of from ~90 to ~130 mmHg [77].

These observations may be similar to first experiences in cardiac arrest patients, when high endogenous vasopressin levels correlated with subsequent survival [27]. As such, it is likely that vasopressin in addition to the well established endogenous stress hormone epinephrine plays an important role in regards of arterial blood pressure regulation during shock states such as septicaemia, and CPR. Currently, we do not exactly know whether vasopressin acts simply as a back-up of the back-up vasopressor epinephrine during life-threatening shock states, whether vasopressin or epinephrine alone is better in certain situations, or whether these two hormones have unique adjunct features that we are only starting to understand. A better knowledge of these underlying mechanisms most likely would save many patients; patients who at this point in time have a relatively small chance of survival.

## 7. Practice points: management of cardiac arrest and vasodilatory shock patients

In adult patients with shock-refractory ventricular fibrillation, 40 U vasopressin, or 1 mg epinephrine should be administered intravenously; vasopressin is currently a single dosage, epinephrine can be repeated every 2–5 min. No recommendation for vasopressin was made to date for adult patients with asystole and pulseless electrical activity, and paediatrics due to lack of clinical data. Patients with vasodilatory shock refractory to adrenergic vasopressors should receive continuous infusions of vasopressin early (~0.04 to ~0.1 U/min) in order to stabilise cardiocirculatory function.

### Acknowledgements

Supported, in part, by the Austrian Science Foundation grant P14169-MED, and the Austrian National Bank, both of Vienna, Austria; a Founder's Grant of the Society of Critical Care Medicine, Anaheim, California; and the Laerdal Foundation for Acute Medicine, Stavanger, Norway.

PAR-VASO-0008305

# References

[1] Koehler RC, Eleff SM, Traystman RJ. Global neuronal ischemia and reperfusion. In: Paradis NA, Halperin HR, Nowak RM, editors, Cardiac arrest: the science and practice of resuscitation medicine, Baltimore: Williams & Wilkins, 1996, pp. 113–145.

[2] Wenzel V, Lindner KH, Strohmenger HU. Special aspects of CPR: vasopressin as vasopressor, analysis of ventricular fibrillation waveform, and tidal volume in an unintubated patient. Gun Opin Anesth 1998;11:185–192.

[3] Emergency Cardiac Care and Subcommittees, American Heart Association. Guidelines for cardiopulmonary resuscitation and emergency cardiac care. J Am Med Assoc 1992;268:2171–2302.

[4] Robertson C, Stehen P, Adgey J et al. The 1998 European Resuscitation Council guidelines for adult advanced life support. Resuscitation 1998;37:81–90.

[5] Ditchey RV, Lindenfeld JA. Failure of epinephrine to improve the balance between myocardial oxygen supply and demand during CPR in dogs. Circulation 1988;78:382–389.

[6] Nieman JT, Haynes KS, Gamer D et al. Postcountershock pulseless rhythms. Response to CPR, artificial cardiac pacing, and adrenergic agonists. Ann Emerg Med 1986;15:112–120.

[7] Tang W, Weil MB, Gazmuri R et al. Pulmonary ventilation/perfusion defects induced by epinephrine during CPR. Circulation 1991;84:2101–2107.

[8] Thrush DN, Downs TB, Smith RA. Is epinephrine contraindicated during cardiopulmonary resuscitation? Circulation 1997;96:2709–2714.

[9] Tang W, Weil MB, Sun S et al. Epinephrine increases the severity of postresuscitation myocardial dysfunction. Circulation 1995;92:3089–3093.

[10] Tovar OH, Jones JL. Epinephrine facilitates cardiac fibrillation by shortening action potential refractoriness. J Mol Cell Cardiol 1997;29:1447–1455.

[11] Woodhouse SP, Cox S, Boyd P et al. High dose and standard dose adrenaline Vasopression during CPR do not alter survival, compared with placebo, in cardiac arrest. Resuscitation 1995;30:243–249.

[12] Callaham M, Madsen CD, Barton CW et al. A randomized clinical trial of high-dose epinephrine and norepinephrine vs. standard-dose epinephrine in prehospital cardiac arrest. J Am Med Assoc 1992;268:2667–2672.

[13] Stiell IG, Hebert PC, Weitzmann BN et al. High-dose epinephrine in adult cardiac arrest. New Engl J Med 1992;327:1045–1050.

[14] Lindner KH, Ahnefeld FW, Prengel AW. A comparison of standard and high-dose adrenaline in the resuscitation of asystole and electromechanical dissociation. Acta Anaesthesiol Scand 1991;35:253–256.

[15] Van Walraven C, Stiell IG, Wells GA et al. Do advanced cardiac life support drugs increase resuscitation rates from in hospital cardiac arrest? The OTAC study group. Ann Emerg Med 1998;32:544–553.

[16] Gueugniaud PY, Mols F, Goldstein P et al. A comparison of repeated high doses and repeated standard doses of epinephrine for cardiac arrest outside the hospital. New Engl J Med 1998;339:1595–1601.

[17] Brown CG, Martin DR, Pepe PE et al. A comparison of standard-dose and high-dose epinephrine in cardiac arrest outside the hospital. The Multicenter High-Dose Epinephrine Study Group. New Engl J Med 1992;327:1051–1055.

[18] Behringer W, Kittler H, Sterz F et al. Cumulative epinephrine dose during cardiopulmonary resuscitation and neurological outcome. Ann Intern Med 1998;129:450–456.

[19] Gottlieb R. Über die Wirkung der Nebennierenextrakte auf Herz und Blutdruck. Arch Exp Path Pharm 1897;38:99–112.

[20] Crile GD, Dolley H. An experimental research into resuscitation of dogs killed by anaesthetics and asphyxia. J Exp Med 1906;8:713–725.

[21] Paradis NA. If one receptor doesn't do it, try another. Acad Emerg Med 1996;3:97–99.

[22] Hays RM. Agent affecting the renal conservation of water. In: Goodman LS, Gilman A, Goodman LS, Rall TW, Murad F, editors, Goodman and Gilman's the pharmacological basis of therapeutics, 7th ed. Macmilian, New York, 1985, pp. 908–919.

[23] Prengel AW, Lindner KH, Ensinger H et al. Plasma catecholamine concentrations after successful resuscitation in patients. Crit Care Med 1992;20:609–614.

[24] Lindner KH, Strohmenger HU, Prengel AW et al. Hemodynamic and metabolic effects of epinephrine during cardiopulmonary resuscitation in a pig model. Crit Care Med 1992;20:1020–1026.

[25] Schultz CH, Rivers EP, Feldkamp CS et al. A characterization of hypothalamic–pituitary–adrenal axis function during and after human cardiac arrest. Crit Care Med 1993;21:1339–1347.

[26] Lindner KH, Strohmenger HU, Ensinger H et al. Stress hormone response during and after CPR. Anesthesiology 1992;77:662–668.

[27] Lindner KH, Haak T, Keller A et al. Release of endogenous vasopressors during and after cardiopulmonary resuscitation. Heart 1996;75:145–150.

[28] Lindner KH, Prengel AW, Pfenninger EG et al. Vasopressin improves vital organ blood flow during closed-chest cardiopulmonary resuscitation in pigs. Circulation 1995;91:215–221.

[29] Prengel AW, Lindner KH, Keller A. Cerebral oxygenation during cardiopulmonary resuscitation with epinephrine and vasopressin in pigs. Stroke 1996;27:1241–1248.

[30] Wenzel V, Lindner KH, Prengel AW et al. Vasopressin improves vital organ blood flow after prolonged cardiac arrest with postcountershock pulseless activity in pigs. Crit Care Med 1999;27:486–492.

[31] Wenzel V, Lindner KH, Augenstein S et al. Vasopressin combined with epinephrine decreases cerebral perfusion compared with vasopressin alone during cardiopulmonary resuscitation in pigs. Stroke 1998;29:1467–1468.

[32] Paradis NA, Koscove EM. Epinephrine in cardiac arrest: A critical review. Ann Emerg Med 1990;19:1288–1301.

[33] Lolait SJ, O'Carrol AM, Brownstein MJ. Molecular biology of vasopressin receptors. Ann New York Acad Sci 1995;771:273–292.

[34] Fox AW, May RE, Mitch WE. Comparison of peptide and nonpeptide receptor-mediated responses in rat tail artery. J Cardiovasc Pharm 1992;20:282–289.

[35] Lindemann R. Endotracheal administration of epinephrine during cardiopulmonary resuscitation. Am J Dis Child 1982;136:753.

[36] Wenzel V, Lindner KH, Prengel AW et al. Endobronchial vasopressin improves survival during CPR in pigs. Anesthesiology 1997;86:1375–1381.

[37] Ralston SH, Tacker WA, Showen L et al. Endotracheal versus intravenous epinephrine during electromechanical dissociation with CPR in dogs. Ann Emerg Med 1985;14:1044–1048.

[38] Kruse JA, Vyskocil JJ, Haupt MT. Intraosseous infusions: A flexible option for the adult or child with delayed, difficult, or impossible conventional vascular access. Crit Care Med 1994;22:728–729.

[39] Sawyer RW, Bodai BI, Blaisdell EW et al. The current status of intraosseous infusion. J Am Coll Surg 1994;179:353–360.

[40] Wenzel V, Lindner KH, Augenstein S et al. Intraosseous vasopressin improves coronary perfusion pressure rapidly during cardiopulmonary resuscitation in pigs. Crit Care Med 1999;27:1565–1569.

[41] Wenzel V, Lindner KH, Krismer AC et al. Repeated administration of vasopressin, but not epinephrine, maintains coronary perfusion pressure after early and late administration during prolonged cardiopulmonary resuscitation in pigs. Circulation 1999;99:1379–1384.

[42] Prengel AW, Lindner KH, Keller A et al. Cardiovascular function during the postresuscitation phase after cardiac arrest in pigs: A comparison of epinephrine versus vasopressin. Crit Care Med 1996;24:2014–2019.

[43] Lindner KH, Brinkmann A, Pfenninger EG et al. Effect of vasopressin on hemodynamic variables, organ blood flow and acid–base status in a pig model of cardiopulmonary resuscitation. Anesth Analg 1993;77:427–435.

[44] Luce J, Rizk N, Niskanen R. Regional blood flow during cardiopulmonary resuscitation in dogs. Crit Care Med 1984;12:874–878.

[45] Strohmenger HU, Lindner KH, Wienen W et al. Effects of the ATi-selective angiotensin II antagonist, telmisartan, on hemodynamics and ventricular function after cardiopulmonary resuscitation in pigs. Resuscitation 1997;35:61–68.

[46] Prengel AW, Lindner KH, Wenzel V et al. Splanchnic and renal blood flow after CPR with epinephrine and vasopressin in pigs. Resuscitation 1998;38:19–24.

[47] Voelckel W, Lindner KH, Wenzel V et al. Effects of vasopressin and epinephrine on splanchnic blood flow and renal function after cardiopulmonary resuscitation in pigs. Crit Care Med 2000;28:1083–1088.

[48] Voelckel WG, Lindner KH, Wenzel V et al. Dopamine improves splanchnic blood flow and renal function after cardiopulmonary resuscitation with vasopressin in pigs. Anesth Analg 1999;89:1430–1436.

[49] Wenzel V, Lindner KH, Krismer AC et al. Improved survival and neurological outcome with vasopressin after prolonged resuscitation in pigs. J Am Coll Cardiol 2000;35:527–533.

[50] Gazmuri RJ, Maldonado FA. Postresuscitation management. In: Weil MH, Tang W, editors, CPR — resuscitation of the arrested heart, Philadelphia: Saunders, 1999, pp. 179–191.

[51] Kampfl A, Schmutzhard E, Franz G et al. Prediction of recovery from post-traumatic vegetative state with cerebral magnetic-resonance imaging. Lancet 1998;351:1763–1767.

[52] Lindner KH, Prengel AW, Brinkmann A et al. Vasopressin administration in refractory cardiac arrest. Ann Intern Med 1996;124:1061–1064.

[53] Lindner KH, Dirks B, Strohmenger HU et al. A randomized comparison of epinephrine and vasopressin in patients with out-of-hospital ventricular fibrillation. Lancet 1997;349:535–537.

[54] Stiell IG, Hebert P, Wells G et al. Evaluation of the myocardial ischemia subgroup in the vasopressin epinephrine cardiac arrest (VECA) trial. Acad Emerg Med (Abstract) 2000;7:439–441.

[55] Morris DC, Dereczyk BE, Grzybowski M et al. Vasopressin can increase coronary perfusion pressure during human cardiopulmonary resuscitation. Acad Emerg Med 1997;4:878–883.

[56] Wenzel V, Lindner KH, Baubin MA et al. Vasopressin decreases endogenous catecholamine plasma levels during CPR in pigs. Crit Care Med 2000;28:1096–1100.

[57] Anonymous. Guidelines 2000 for cardiopulmonary resuscitation and emergency cardiovascular care. international consensus on science. Circulation 2000;102(Suppl):I1–I384.

[58] Anonymous. Guidelines 2000 for cardiopulmonary resuscitation and emergency cardiovascular care. international consensus on science. Resuscitation 2000;46:1–447.

[59] Krismer AC, Wenzel V, Lindner KH et al. Vasopressin oder Adrenalin bei der Therapie des präklinischen Herzkreislaufstillstandes: Studienprotokoll einer vergleichenden, multizentrischen, europäischen, blockrandomisierten Doppelblind-Studie unter der Schirmherrschaft des European Resuscitation Council. Notfall Rettungsmed 1999;2:478–485, Article in German.

[60] Becker LB, Han BH, Meyer PM et al. Racial differences in the incidence of cardiac arrest and subsequent survival. The CPR Chicago Project. New Engl J Med 1993;329:600–606.

[61] Becker LB, Smith DW. Rhodes KV., Incidence of cardiac arrest: a neglected factor in evaluating survival rates. Ann Emerg Med 1993;22:86–91.

[62] Becker LB, Ostrander MP, Barrett J et al. Outcome of CPR in a large metropolitan area — where are the survivors? Ann Emerg Med 1991;20:355–361.

[63] Lloyd-Jones DM, Martin DO, Larson MG et al. Accuracy of death certificates for coding coronary heart disease as the cause of death. Ann Intern Med 1998;129:1020–1026.

[64] Benjamin EJ, Wolf PA, D'Agostino RB et al. Impact of atrial fibrillation on the risk of death: the Framingham Heart Study. Circulation 1998;98:946–952.

[65] Krismer AC, Hogan QH, Wetnel V et al. Cardiac arrest during epidural anesthesia: A comparison between epinephrine and vasopressin in a porcine CPR model (abstract). Circulation 1999;100(Suppl):I-313–1636.

[66] Krismer AC, Lindner KH, Kornberger R et al. CPR during severe hypothermia in pigs: does epinephrine or vasopressin increase coronary perfusion pressure? Anesth Analg 2000;90:69–73.

[67] Voelckel WG, Lurie KG, Lindner KH et al. Vasopressin improves survival after cardiac arrest in hypovolemic shock. Anesth Analg 2000;91:627–634.

[68] Voelckel WG, Lurie KG, Lindner KH. Comparison of epinephrine and vasopressin in a pediatric porcine model of asphyxial cardiac arrest. Crit Care Med 2000;28:3777–3783.

[69] Wenzel V, Lindner KH, Mayer H et al. Vasopressin combined with nitroglycerine increases endocardial perfusion during cardiopulmonary resuscitation in pigs. Resuscitation 1998;38:13–17.

[70] Lurie KG, Mulligan KA, McKnite SH et al. Nitroglycerine enhances vasopressor efficacy during cpr. Circulation 1998;98(Suppl):I409–2153.

[71] Wenzel V, Ewy GA, Lindner KH. Vasopressin and endothelin during cardiopulmonary resuscitation. Crit Care Med 2000;28(Suppl):N233–N235.

[72] Mayr VD, Strohmenger HU, Krismer AC et al. Effects of vasopressin on left ventricular anterior descending artery blood flow during extremely low cardiac output (Abstract). Crit Care Med 2000;28(Suppl):498/T86.

[73] Landry DW, Levin HR, Gallant EM et al. Vasopressin pressor hypersensitivity in vasodilatory shock. Crit Care Med 1997;25:1279–1282.

[74] Argenziano M, Choudhri AF, Oz MC et al. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation 1997;96(Suppl):II286–II290.

[75] Argenziano M, Ghen JM, Ghoudhri AF et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Gardiovase Surg 1998;116:973–980.

[76] Mets B, Michier RE, Delphin ED et al. Refractory vasodilation after cardiopulmonary bypass for heart transplantation in recipients on combined amiodarone and angiotensin-converting enzyme inhibitor therapy: a role for vasopressin administration. J Cardiothorac Vasc Anesth 1998;12:326–329.

[77] Gold JA, Cullinane S, Chen J et al. Vasopressin as an alternative to norepinephrine in the treatment of milrinone-induced hypotension. Crit Care Med 2000;28:249–252.

PAR-VASO-0008307

Contents lists available at ScienceDirect

# Comparative Biochemistry and Physiology, Part A

journal homepage: www.elsevier.com/locate/cbpa



# A differential response in the reproductive system and energy balance of spiny mice *Acomys* populations to vasopressin treatment

Tilaye Wube [a,*], Fuad Fares [a], Abraham Haim [b]

[a] *Department of Evolutionary and Environmental Biology, University of Haifa, Mount Carmel 31905, Israel*
[b] *Department of Biology, University of Haifa-Oranim, Kiryat Tivon 36006, Israel*

## ARTICLE INFO

*Article history:*
Received 24 March 2008
Received in revised form 20 June 2008
Accepted 24 June 2008
Available online 29 June 2008

*Keywords:*
Acomys
Energy consumption
Energy intake
Reproduction
Salinity
Vasopressin

## ABSTRACT

Increased dietary salinity suppressed reproduction of the xeric adapted golden spiny mouse, *Acomys russatus*. Testicular and uterine mass were reduced, suppressed spermatogenesis and vaginal closure were observed. The anti-diuretic hormone, vasopressin (VP), was suggested to mediate such effects. However, increased dietary salinity did not affect reproductive status of a mesic adapted population of the common spiny mouse, *A. cahirinus*. In the present study, the effect of exogenous VP on the reproductive status and energy balance of both males and females of *A. russatus* and of a mesic population of *A. cahirinus* was tested. Vasopressin (Sigma, 50 µg/kg) was injected intraperitoneally in three-day intervals for four weeks. In VP-treated *A. russatus*, spermatogenesis was significantly suppressed while the change in testis mass did not show significant difference. Both control and VP-treated females lost body mass ($W_b$) significantly and the latter also exhibited a higher energy expenditure compared to their male counterparts. VP did not affect reproductive status in both sexes of *A. cahirinus*. Also it did not have a significant effect on $W_b$, energy intake, and energy expenditure in this species. Our results support the idea that VP mediates the effects of increased diet salinity on reproduction in *A. russatus*. The results also reinforce previous knowledge that different physiological systems could be integrated by a single biochemical signal.

© 2008 Elsevier Inc. All rights reserved.

## 1. Introduction

The reproductive timing of animals has been the subject of investigation for the last several decades (Coetzee, 1965; Sadlier, 1969; Bronson 1985, 1989; Svensson, 1995; Wikelski et al., 2000). It is crucial for animals to breed when resources are adequately available and also ambient conditions like temperature are favorable. Animals are known to use various environmental cues to forecast the occurrence of the optimum season. One such cue most commonly used is photoperiod (Jones, 1986; Nelson et al., 1983; El-Bakry et al., 1998; Kriegsfeld et al., 1999; Kriegsfeld et al., 2000). Photoperiod is more reliable as a signal in ecosystems where variations in climatic conditions are minimal between different years. However, in those regions where the weather is subjected to constant fluctuations, such as deserts, complete reliance on photoperiod cues could be less advantageous. Therefore, it is assumed that in desert adapted species reproduction may be partially triggered by photoperiod while full initiation is achieved after additional signals that ensure the imminence of the optimum season are manifested. Such signals

could be the first shower of rain (Louw and Seely, 1982; Wikelski et al., 2000), prevalence of optimum temperature (Trillmich, 2000), increased availability of food (Brodmann et al., 1997; Cumming and Bernard, 1997; Schlund et al., 2002), drinking water (Nelson and Desjardins, 1987), and chemicals in sprouting vegetation (Beatley, 1969; Negus and Berger, 1977; Nieminen et al., 2004).

Increase in dietary salinity was proposed to be used as a signal to detect the ensuing of the dry season and hence to stop breeding in a desert adapted animal – the golden spiny mouse, *Acomys russatus* (Shanas and Haim, 2004). In the laboratory, females decreased body, uterine, and ovarian mass and experienced vaginal closure upon exposure to gradually increasing diet salinity. In subsequent studies in our laboratory, *A. russatus* males were also reproductively responsive to treatment with increased dietary salinity (here under referred to as preliminary data). These individuals reduced body and testis mass and also suppressed spermatogenesis. This did not occur in a population of *A. cahirinus* from a Mediterranean ecosystem which is adapted to a mesic environment.

Shanas and Haim (2004) suggested that the effect of salinity on reproduction could be mediated by the hormone vasopressin (VP). Vasopressin is produced in the hypothalamus and released by the pituitary as a response to water stress where it helps to reduce urinary water loss by increasing the reabsorption of water at the distal end of the nephrotubule (Schmidt-Nielsen, 1997). In addition to its role in osmoregulataion, results of several studies link VP to reproduction.

* Corresponding author. Beit Margolin, Department of Biology, University of Haifa-Oranim Campus, Tivon 36006, Israel. Tel.: +972 4 9838894; fax: +972 4 9832167.
*E-mail addresses:* twube@sci.haifa.ac.il, tilayewube@yahoo.com (T. Wube).

1095-6433/$ – see front matter © 2008 Elsevier Inc. All rights reserved.
doi:10.1016/j.cbpa.2008.06.027

PAR-VASO-0008308

While it was reported to decrease fluid output of the sheep epididymis (Nicholson et al., 1999), VP was also known to increase the frequency and amplitude of epididymal contraction in mice (Hib, 1974). In humans, concentration of VP receptors on the uterus increases during the second half of pregnancy and secretory phase of the menstrual cycle (Fuchs et al., 1998) and this was consistent with its role in uterine contraction pre-term and term, and in primary dysmenorrhoea (Akerlund, 2004). The postpartum increase in hypothalamic VP gene expression in both males and females of the prairie voles (*Microtus ochrogaster*) was considered as indicative of its role in inducing parental care (Wang et al., 2000). Vasopressin was also reported to be responsible for the proestrous LH surge in the *Clock* mutant mice. This suggests that VP up-regulates reproduction in these mice (Miller et al., 2006).

Shanas and Haim (2004) tested if indeed the effect of increased dietary salinity on reproduction is mediated by VP. Females of *A. russatus* were injected with exogenous VP. The results partially supported the expectation. Vasopressin decreased body and uterine mass while ovarian mass and vaginal perforation were not significantly affected. The authors suggested future studies should determine whether the significant decrease in body mass ($W_b$) was as a result of decreased gross energy intake or increased energy expenditure. Thus the purposes of the present study were to: 1) Test if the effect of salinity on the reproductive status of males of *A. russatus* was also mediated by VP and also to test if VP has a similar effect on the reproductive system of both sexes of *A. cahirinus* from a mesic habitat. 2) Determine whether VP treatment has any energetic effects on xeric and mesic populations of the genus *Acomys* in order to try and explain the change in $W_b$.

## 2. Materials and methods

### 2.1. Animals

Animals were recruited from a breeding colony maintained at University of Haifa, Oranim Campus. Studied mice were descendants of a parental line originally captured from surroundings of the Dead Sea shores (*A. russatus*) and Mt Carmel (*A. cahirinus*). The Dead Sea shores are a desert ecosystem characterized by limited annual precipitation (not exceeding 47 mm) which occurs in unpredictable manner while Mt Carmel is part of a Mediterranean ecosystem that receives annual rainfall of up to 700 mm mostly during winter (for more details see also Jaffe, 1988; Wube et al., 2008).

### 2.2. Maintenance conditions

Mice were maintained in auto-regulated cabinet (Meditest/ 1300-600, Austria). Each individual was kept separately in a plastic cage (35×25×15 cm). Saw dust was used as bedding and food (rat pellets, Koffolk, Israel) provided *ad lib*. Agar cubes (0.9% saline) were provided as a source of water. Cabinet temperature was set at the lower critical point for each species; 31±1 °C (*A. russatus*) and 28±1 °C (*A. cahirinus*) (Haim and Borut, 1981; Weissenberg and Shkolnik, 1994, respectively). The photoperiod regime was 14L:10D; lights on at 06:00 h and off at 20:00 h in accordance with the photoperiod used in the salinity experiment which simulated summer conditions (preliminary study).

### 2.3. Vasopressin treatment

Two groups of animals (*n*=10; half males and half females) were set aside from each species. One group was used as experimental and the other as control. The experimental group was injected 0.5 mL VP intraperitoneally (Sigma; 50 µg/kg $W_b$) in three-day interval. The dose was the same as that used in Shanas and Haim, (2004). The control group was treated similarly but instead of VP mice were injected 0.9% saline. Injection lasted four weeks. At the end of the experiment, three

individuals from each sex of both control and experimental groups were sacrificed by decapitation and autopsied (see below). The remaining four individuals (half males and half females) in the experimental group were left for recovery for a period of four weeks without any treatment. At the end of this period they were also sacrificed and autopsied.

### 2.4. Body, testicular and uterine mass

Body, testicular and uterine mass were measured to the nearest 0.01 g using a digital balance (1907 MP8 Sartorius, Germany). Body mass was measured weekly. The mice were removed from the cage into a cotton bag using a glass jar and put on the balance. Wet mass of left testis and uterus was measured after removing excess fat upon autopsy.

### 2.5. Reproductive status

#### 2.5.1. Spermatogenesis

Testis cross sections were prepared using standard fixation, dehydration and mounting procedures. Slides were stained using eosine and hematoxylene. Cross sections were microtomed at a thickness of 6 µm. Testicular spermatogenic capacity was evaluated by scoring 100 randomly chosen seminiferous tubules following El-Bakry et al. (1998) as used in Wube et al. (2008). A scoring scale of 1–5 was assigned to each of the 100 seminiferous tubules as follows: 1) Only spermatogonia and spermatocytes. 2) Spermatogonia, spermatocytes, and round spermatids. 3) Few elongated spermatids and matured spermatozoa. 4) More elongated spermatids and matured spermatozoa. 5) Abundant elongated spermatids and matured spermatozoa. For each testis, two cross sections were scored and the mean of the two cross sections was used for statistical analysis. The total spermatogenic score was calculated as the sum of the score of each individual seminiferous tubule. Thus all values were between 100 (minimum) and 500 (maximum).

#### 2.5.2. Estrus cycle

The functional status of the ovaries was assessed by monitoring vaginal estrus in consultation with Bekyurek et al. (2002) as used in Wube et al. (2008). Vaginal fluid was extracted trice a week using Pasteur pipettes with blunt tips. Saline solution was infused in the vaginal tract and the resulting fluid was extracted. Then it was mounted on a slide, stained with methylene blue, and studied under the microscope. The occurrence of estrus was marked by the presence of cornified (superficial) cells.

### 2.6. Mass specific gross digestible energy intake (GDEI)

GDEI was determined as in Haim et al. (1994). Mice were supplied with a known amount of oven-dried (60±1 °C) to constant mass rat pellets (Koffolk, Israel). The bedding material was substituted by paper towel for easier collection of food leftovers and fecal matter. After four days, the food leftovers and fecal matter were collected, oven-dried (60±1 °C), and weighed. Daily food consumption was calculated as the difference between supplied dry pellets and leftovers divided by four. Daily fecal matter was also calculated similarly. Caloric energy (Cal/g) content of dry food and fecal matter was measured using a bomb calorimeter (Parr-1425, USA). Mass specific Gross Digestible Energy Intake (cal/g $W_b$, day) was calculated as:

$$GDEI/g = Ef - Ee/W_b$$

where;

Ef=Caloric energy in daily ingested food.
Ee=Caloric energy in daily fecal matter.
$W_b$=Body mass in grams.





**Fig. 1.** Changes in body mass ($W_b$) of *A. russatus* (A) and *A. cahirinus* (B). (Males at the beginning [▢], males at the end [▨], females at the beginning [▧], females at the end [▨] of experiment. * = significantly different between beginning and end values of females. Paired samples *t*-test *$p<0.05$, **$p<0.01$; $n=5$ for each sex in control and experimental groups and $n=2$ for the recovery group).

### 2.7. Oxygen consumption ($VO_2$)

The daily total energy expenditure was measured as a function of the daily total oxygen consumption ($VO_2$). $VO_2$ was measured according to Zubidat et al. (2007). Five animals were simultaneously put in separate metabolic chambers (2 L in volume). Dried air was pumped through the metabolic chambers at a rate of 670 mL/min. $O_2$ concentration of the dry outflow air from the metabolic chambers was determined by a Servomex 4100 $O_2$ analyzer and sequentially recorded for 100 s interval in each chamber. $VO_2$ (mL $O_2$/g h) was calculated by an automated system (MODCON systems, Wonderware InTouch 7,1,0,0: Tuchenhagen, Ireland, Ltd.). The metabolic chambers were maintained in an auto-regulated cabinet (LAB–Line EnvironETTE®, Dubuque, IA, USA). Ambient conditions were kept the same as maintenance conditions prior to measurements (photoperiod 14L: 10D, Ta=31±1 °C, 28±1 °C for *A. russatus* and *A. cahirinus*, respectively). The measurement period lasted 96 h except for the control group of *A. cahirinus*. In this group measurements were carried out for 48 h for males and 24 h for females. Food (rat pellets) and agar cubes as source of water were adequately provided at the beginning of measurement. The agar cubes were refreshed in 48 h interval. The daily total $VO_2$ values for each individual were calculated by extracting each measured value within the hour and determining the hourly average. Then these values were added together to determine the total daily $VO_2$ values. Values in the first 24 h were excluded in those groups where measurements were carried out for 96 h to allow habituation period while all measurements were considered in the control group of *A. cahirinus*. The use of data only from 24 h measurement period in the latter group was not expected to cause bias since there were almost no variations between measured values of consecutive days in the other groups.

### 2.8. Statistical analysis

Values are given as mean±SD. Comparisons between two groups were carried out using independent samples *t*-test and for group comparisons one way ANOVA was used. Post-hoc test was conducted using Least Significant Difference (LSD). Values were considered significantly different when $p<0.05$. All statistical comparisons were conducted on SPSS 13.0 for windows.

## 3. Results

### 3.1. Body mass, GDEI, and $VO_2$ consumption

#### 3.1.1. A. russatus

Females of both control and experimental groups lost 11.30±5.37% and 12.21±6.24% of body mass ($W_b$), respectively after one month and the losses were statistically significant ($p=0.009$ and 0.014) while there was no significant change in their male counterparts ($p=0.423$ and 0.711 for control and experimental groups, respectively) (**Fig. 1A**). The $W_b$ loss of females in the experimental group was accompanied by a significantly higher $VO_2$ values compared to their male counterparts ($p=0.008$). In the control group, females and males had almost similar GDEI and $VO_2$ values ($p=0.890$ and 0.403, respectively). (**Figs. 2A and 3A**).

In the recovery group, there was no significant change in $W_b$ for both sexes ($p=0.790$ and 0.448, respectively). Also GDEI and $VO_2$ values were not different among males and females ($p=0.209$ and 0.191, respectively) (**Figs. 1A–3A**).

#### 3.1.2. A. cahirinus

Body mass did not significantly change in both sexes of control and experimental groups (**Fig. 1B**). Also GDEI and $VO_2$ values were not significantly different between males and females of control ($p=0.581$ and 0.388, GDEI and $VO_2$, respectively) and experimental groups ($p=0.178$ and 0.361 for GDEI and $VO_2$, respectively) (**Figs. 2B and 3B**).

In the recovery group, males significantly gained $W_b$ ($p=0.011$) while there was no change in females ($p=0.089$). The difference in GDEI and $VO_2$ values between males and females were not significant ($p=0.802$ and 0.580, respectively) (**Figs. 1B–3B**).





**Fig. 2.** Gross digestible energy intake (GDEI) values in males (▢) and females (▨) of *A. russatus* (A) and *A. cahirinus* (B) in the three tested groups. (Values with different letters are significantly different, independent samples *t*-test, $p<0.01$; $n=5$ for each sex in control and experimental groups and $n=2$ for the recovery group).



Fig. 3. Average daily metabolic rates measured as oxygen consumption (VO$_2$) of males (☐) and females (▨) of *A. russatus* (A) and *A. cahirinus* (B). (*=significantly different from control males $p < 0.05$; and experimental females $p < 0.01$, $n = 5$ for each sex in control and experimental groups and $n = 2$ for the recovery group).





Fig. 4. Distribution of 100 seminiferous tubules on a spermatogenic scale of 1–5 of control (☐), experimental (▨) and recovery (▨) groups in *A. russatus* (A) and *A. cahirinus* (B). (Values with different letters are significantly different, post-hoc [LSD] test $p < 0.01$).

18.53, $p = 0.005$). Post-hoc test showed that the experimental group had significantly lower values than the control and recovery groups ($p = 0.016$ and 0.002, respectively). The recovery group also had significantly higher values than control ($p = 0.036$) (Table 1). Fig. 4 shows the distribution of 100 seminiferous tubules on a spermatogenic scale of 1–5.

### 3.2. Inter-species comparison of GDEI and VO$_2$

Comparison of GDEI and VO$_2$ values between *A. russatus* and *A. cahirinus* showed that the control group of *A. cahirinus* had significantly higher energy intake than that of *A. russatus* ($p = 0.01$) while in the experimental and recovery groups *A. russatus* had higher values albeit not statistically significant. VO$_2$ values were similar for the respective treatment groups in both species except in the experimental groups where *A. cahirinus* had significantly higher values ($p = 0.011$).

### 3.3. Testis mass and spermatogenic index

#### 3.3.1. A. russatus

Values of both absolute and relative testis mass (as percentage of $W_b$) were not significantly different between control, experimental and recovery groups ($F$ [2,5]=3.83, $p = 0.098$ and $F$ [2,5]=5.21, $p = 0.06$ for absolute and relative testis mass, respectively). Spermatogenic index was significantly different among the three groups ($F$ [2,5]=

#### 3.3.2. A. cahirinus

Absolute and relative testis mass did not show difference in control, experimental and recovery groups ($F$ [2,5]=2.58, $p = 0.17$ and $F$ [2,5]=1.19, $p = 0.378$ for absolute and relative testis mass, respectively). Also spermatogenic index values were not significant among the three groups ($F$ [2,5]=0.517, $p = 0.625$) (Table 1).

### 3.4. Uterine mass and estrus cycles

#### 3.4.1. A. russatus

Both absolute and relative uterine mass were not significantly different between control, experimental and recovery groups ($F$ [2,5]=0.195, $p = 0.829$ and $F$ [2,5]=0.132, $p = 0.879$ for absolute and relative uterus mass, respectively). Also the number of estrus cycles did not show significant difference between control and experimental groups ($p = 0.126$) (Table 2).

**Table 1**
Testis mass, body mass and spermatogenic index values in *A. russatus* and *A. cahirinus* (mean±SD)

|  | Absolute testis mass (g) | Relative testis mass (%) | Spermatogenic index | Body mass (g) |
|---|---|---|---|---|
| *A. russatus* |  |  |  |  |
| Control | 0.23±0.11 | 0.38±0.15 | 329.83±25.64[A] | 60.82±4.21 |
| Experimental | 0.11±0.02 | 0.17±0.04 | 243.5±39.58[B] | 65.35±5.47 |
| Recovery | 0.27±0.04 | 0.48±0.11 | 407.25±1.77[C] | 56.45±4.7 |
| *A. cahirinus* |  |  |  |  |
| Control | 0.18±0.06 | 0.33±0.11 | 419.17±19.64 | 52.63±2.86 |
| Experimental | 0.25±0.03 | 0.39±0.01 | 411.83±17.76 | 63.18±8.61 |
| Recovery | 0.26±0.04 | 0.44±0.06 | 430.00±22.63 | 59.66±0.76 |

Values with different letters are significantly different, post-hoc [LSD] test, $p < 0.01$.

**Table 2**
Uterine mass, body mass and number of estrus cycles in *A. russatus* and *A. cahirinus* (mean±SD)

|  | Absolute uterus mass (g) | Relative uterus mass (%) | Number of estrus cycles | Body mass (g) |
|---|---|---|---|---|
| *A. russatus* |  |  |  |  |
| Control | 0.07±0.03 | 0.13±0.04 | 1.4±0.55 | 53.55±6.75 |
| Experimental | 0.08±0.03 | 0.13±0.04 | 0.6±0.89 | 59.35±4.44 |
| Recovery | 0.06±0.03 | 0.11±0.06 | 2.0±0.00 | 53.16±1.20 |
| *A. cahirinus* |  |  |  |  |
| Control | 0.11±0.03 | 0.21±0.05 | 1.8±0.1 | 50.67±4.0 |
| Experimental | 0.10±0.01 | 0.18±0.025 | 2.0±0.71 | 56.10±9.35 |
| Recovery | 0.09±0.01 | 0.16±0.01 | 1.5±0.71 | 54.86±1.00 |

PAR-VASO-0008311



**Fig. 5.** Correlations between energy intake and spermatogenesis in *A. russatus* (A) and *A. cahirinus* (B).

### 3.4.2. A. cahirinus

Absolute and uterine mass values were not significantly different between the three groups ($F [2,5]=0.594$, $p=0.587$ and $F [2,5]=1.40$, $p=0.329$ for absolute and relative uterine mass, respectively). Estrus cycle values were nearly identical in control and experimental groups ($p=0.740$). Among the two females in the recovery group, one of them had two estrus cycles and the other had one (Table 2).

## 4. Discussion

Previous studies linking VP and reproduction were mainly focused on its effect on vascular tissue contractility and rate of fluid movement especially pertinent to the epididymis and uterus wall (Hib, 1974; Fuchs et al., 1998; Nicholson et al., 1999; Akerlund, 2004). The present study investigated its effects on reproduction based on testicular and uterine mass as well as gonadal functions manifested by frequency of estrus and level of spermatogenesis in relation to energetics.

Increased dietary salinity negatively affected reproductive status of *A. russatus* females (Shanas and Haim, 2004) and males (preliminary study). It was suggested that the surge of endogenous VP, expected to follow such exposure to increased salinity, was responsible for this effect. The results of our study support this suggestion and furthermore show a difference between xeric and mesic populations of the genus *Acomys*. In *A. russatus*, spermatogenesis was significantly reduced in VP-treated individuals compared to controls. Testis mass was also reduced in the treated group to less than half of the controls. On the other hand, VP did not affect reproductive status in both sexes of *A. cahirinus* and this was consistent with results revealed in the salinity study (preliminary study) where an increase in dietary salinity had no significant effect on the reproductive system of this species. Even though increased diet salinity did not affect frequency of the estrus cycle in *A. russatus*, VP treatment seems to have some effect. In the experimental group three out of the five females experienced no estrus cycle at all. However, the lack of any discrimination in uterine mass between control and experimental groups shows that the effect of VP on the reproductive status of females was less distinct. In contrast to results in the present study, Shanas and Haim (2004) revealed a significant decrease in uterine mass among VP-treated females.

Shanas and Haim (2004) reported a significant decrease of $W_b$ in *A. russatus* females following VP treatment and they suggested that the effect of salinity and VP on their reproductive status might be linked with energetic variables. In the present study VP-treated females of *A. russatus* significantly lost $W_b$ and showed increased $VO_2$ compared with their male counterparts. Males on the other hand, slightly gained $W_b$ in both experimental and control groups, indicating that the suppression of reproduction in males by VP is independent of the energetic pathway at least in *A. russatus* and it should be further tested in species from various habitats. Reproductive status showed dramatic recovery as seen in the higher values of testis mass and spermatogenic index of the recovery group. Such recovery was unlike what was found in the diet salinity experiment (preliminary study). After a similar period of recovery, males which were exposed to increased diet salinity stayed at a suppressed reproductive state. This could have been due to severe exhaustion of such individuals which sustained significant loss of $W_b$. Our previous results showed that such individuals prioritized the recovery of $W_b$ rather than reproductive condition. Such prioritization to recover body mass instead of reproductive status was unlike what was suggested for the Syrian hamsters (*Mesocricetus auratus*) (Jones and Lubbers, 2001). In these rodents estrus behavior was resumed in just 6 h of re-feeding after 48 h of fasting. Such recovery was presumed to have occurred before the restoration of body lipid and glycogen.

In *A. russatus* females, a significant loss of $W_b$ in both control and experimental groups was noted, while those in *A. cahirinus* remain unaffected. It is not apparent why the females in the control group of *A. russatus* lost $W_b$ significantly while they had similar GDEI and $VO_2$ values as their male counterparts. This might be related to the high sensitivity of females compared to males for body mass loss. Female rats subjected to 40% food restriction experienced emaciation while their male counterparts maintained a higher body mass (Martin et al., 2007). Even though the females in the control group of the present study were provided ad lib food supply, they might have been negatively affected by some unseen factor while their male counterparts remained tolerant. On the other hand, the loss of $W_b$ in the experimental group could be explained by the higher expenditure of energy in females compared to males. It could be suggested that VP has a sex-specific effect on the energetic pathway in *A. russatus*. However, the loss of $W_b$ also in females of the control group indicates that such an effect is not unequivocal.

It is well established that desert adapted rodents have lower metabolic rates than what is expected for their body mass as predicted by Kleiber (1961). The xeric adapted population of *A. russatus* has lower metabolic rates than that of *A. cahirinus* from the same habitat (Haim and Borut, 1981; Weissenberg and Shkolnik, 1994). A similar trend was also observed between the respective experimental groups of the two species in the present study (see previous paragraph). Low metabolic rates were suggested as an important adaptation in desert rodents for increasing their longevity as reproduction may be postponed after consecutive years of drought (Haim, 1987; Haim and Izhaki, 1993). Decrease in resting metabolic values were recorded in *A. russatus* acclimated to 7% NaCl (Ron and Haim, 2001) and *A. cahirinus* acclimated to 3.5% NaCl (Scantlebury et al., 2002). In regards to GDEI values obtained by *A. russatus* (control group), they are lower than those of the mesic population of *A. cahirinus*. However VP significantly decreased GDEI in this population of *A. cahirinus*. A question to be asked in regards to this result is: Does VP affect the energy intake in this population directly or indirectly? This question is under investigation in our laboratory.

Correlations between reproductive status and energetic variables revealed that energy intake was significantly correlated with spermatogenesis in the control groups of both *A. russatus* and *A. cahirinus* ($p=0.025$ in both cases). However, the correlation was negative in the former and positive in the latter and this correlation was lost following VP treatment (Fig. 5).

It is known that some hormones are used in a versatile way to link and synchronize different physiological pathways. To mention some examples, testosterone and estrogen synchronize onset of gametogenesis and pubertal changes in adolescent men and women respectively (Lewis, 1998). The recently discovered peptide hormone, leptin, mainly functions as regulator of metabolism and eating behavior (Schubring et al., 2000; Li and Wang, 2005). However, results in previous studies showed that it also links reproduction with the metabolic status of animals (Hileman et al., 2000; Gonzalez et al., 2000; Spicer, 2001; Zieba et al., 2005). Such versatility of hormones brings about integration of different systems by a single hormone so that the body could respond more efficiently to changes in environmental cues. The results of our study could be used as a good example to illustrate the above physiological advantage. In *A. russatus*, the xeric adapted species, VP conveys the signal on osmotic status of the body to the reproductive system while its main function is to minimize urinary water loss during times of osmotic stress. Previously it was demonstrated that increased dietary salt consumption could be used as a signal to alert the reproductive system in both males and females of *A. russatus* that the environment is not suitable for reproduction (Shanas and Haim, 2004; preliminary study). Such increase in dietary salinity in the natural habitat could be mainly a result of increased evaporative loss of water which in turn is due to the prevalence of the dry season. The dual function of VP is expected to be advantageous as it conveys a signal on the osmotic status of the body to the reproductive system there by integrating the reproductive and osmoregulatory systems for an efficient response. Finally our results are yet another example contributing to the body of evidence illustrating the role of VP in reproduction, in addition to its function as an osmoregulatory hormone.

## Acknowledgements

The study was supported by an ISF grant from the Israel Academy of Science and Humanities to AH and FF. We also would like to thank Nina Dainov and Dimitri Rozenband for maintaining the mice colonies. We are also grateful to the anonymous referees for their constructive comments.

## References

Akerlund, M., 2004. Vasopressin and oxytocin in normal reproduction and in the patophysiology of preterm labor and primary dysmenorrhoea. Development of receptor antagonists for therapeutic use in these conditions. Rocz. Akad. Med. Bialymst. 49, 18–21.

Beatley, J.C., 1969. Dependence of desert rodents on winter annuals and precipitation. Ecology 50, 721–724.

Bekyurek, T., Liman, N., Bayram, G., 2002. Diagnosis of sexual cycle by means of vaginal smear method in the chinchilla (*Chilchilla lanigera*). Lab. Anim. 36, 51–60.

Brodmann, P.A., Reyer, H., Bollmann, K., Schlapfer, A.R., Rauter, C., 1997. The importance of food quantity and quality for reproductive performance in alpine water pipits (*Anthus spinoletta*). Oecologia 109, 200–208.

Bronson, F.H., 1985. Mammalian reproduction: an ecological perspective. Biol. Reprod. 32, 1–26.

Bronson, F.H., 1989. Mammalian Reproductive Biology. The University of Chicago Press.

Coetzee, C., 1965. The breeding season of the multimammate mouse *Praomys* (*Mastomys*) *natalensis* (*A. Smith*) in the Transvaal Highveld. Zool. Afr. 1, 29–39.

Cumming, G.S., Bernard, R.T.F., 1997. Rainfall, food abundance and timing of parturition in African bats. Oecologia 111, 309–317.

El-Bakry, H.A., Zaharan, W.M., Bartness, T.J., 1998. Photoperiodic response of four wild-trapped desert rodent species. Am. J. Physiol. 275, R2012–R2022.

Fuchs, A.R., Behrens, O., Maschek, H., Kupsch, E., Einspanier, A., 1998. Oxytocin and vasopressin receptors in human and uterine myomas during menstrual cycle and early pregnancy. Hum. Reprod. 4, 594–604.

Gonzalez, R.R., Simon, C., Caballero-Campo, P., Norman, R., Chardonnens, D., Devoto, L., Bischof, P., 2000. Leptin and reproduction. Hum. Reprod. Update. 6, 290–300.

Haim, A., Borut, A., 1981. Heat production and dissipation in golden spiny mice, *Acomys russatus* from two extreme habitats. J. Comp. Physiol. 142, 445–450.

Haim, A., 1987. Metabolism and thermoregulation in rodents: are these adaptations to habitat and food quality? S. Afr. J. Sci. 639–642.

Haim, A., Izhaki, I., 1993. The ecological significance of resting metabolic rate and non-shivering thermogenesis for rodents. J. Therm. Biol. 18, 71–81.

Haim, A., Yedida, I., Haim, D., Zisapel, N., 1994. Photoperiodicity in daily rhythms of body temperature, food and energy intake of the golden spiny mouse (*Acomys russatus*). Isr. J. Zool. 40, 145–150.

Hib, J., 1974. The in vitro effects of oxytocin and vasopressin on spontaneous contractility of the mouse cauda epididymis. Biol. Reprod. 11, 436–439.

Hileman, S.M., Pierroz, D.D., Flier, J.S., 2000. Leptin, nutrition, and reproduction: timing is everything. J. Clin. Endocrinol. Metab. 85, 804–807.

Jaffe, S., 1988. Climate of Israel. In: Yom-Tov, Y., Tchernov, E. (Eds.), The Zoogeography of Israel. Dr W. Junk, Dordrecht, pp. 79–94.

Jones, L.R., 1986. The effect of photoperiod and temperature on testicular growth in captive black-billed magpies. Condor 88, 91–93.

Jones, J.E., Lubbers, L.S., 2001. Suppression and recovery of estrous behavior in Syrian hamsters after changes in metabolic fuel availability. Am. J. Physiol. 280, R1393–R1398.

Kleiber, M., 1961. The Fire of Life. Wiley, New York.

Kriegsfeld, L.J., Drazen, D.L., Nelson, R.J., 1999. Effects of photoperiod and reproductive responsiveness on pituitary sensitivity to GnRH in male prairie voles (*Microtus ochrogaster*). Gen. Comp. Endocrinol. 116, 221–228.

Kriegsfeld, L.J., Trasy, A.G., Nelson, R.J., 2000. Temperature and photoperiod interact to affect reproduction and GnRH synthesis in male prairie voles. J. Neuroendocrinol. 12, 553–558.

Lewis, R., 1998. Life. McGraw-Hill, USA.

Li, X., Wang, D., 2005. Regulation of body weight and thermogenesis in seasonally acclimatized Brandt's voles (*Microtus brandtii*). Horm. Behav. 48, 321–328.

Louw, G.N., Seely, M.K., 1982. Ecology of Desert Organisms. Longman Group Ltd, New York.

Martin, B., Pearson, M., Kebejan, L., Golden, E., Keselman, A., Bender, M., Carlson, O., Egan, J., Ladenheim, B., Cadet, J., Becker, K., Wood, W., Duffy, K., Vinayakumar, P., Maudsley, S., Mattson, M., 2007. Sex-dependent metabolic, neuroendocrine and cognitive responses to dietary energy restriction and excess. Endocrinology 148, 4318–4333.

Miller, B.H., Olson, S.L., Levine, J.E., Turek, F.W., Horton, T.H., Takahashi, J.S., 2006. Vasopressin regulation of the proestrous luteinizing hormone surge in wild-type and clock mutant mice. Biol. Reprod. 75, 778–784.

Negus, N.C., Berger, P.J., 1977. Experimental triggering of reproduction in a natural population of *Microtus montanus*. Science 196, 1230–1231.

Nelson, R.J., Dark, J., Zucker, I., 1983. Influence of photoperiod, nutrition and water availability on reproduction of male California voles (*Microtus californicus*). J. Reprod. Fertil. 69, 473–477.

Nelson, R.J., Desjardins, C., 1987. Water availability affects reproduction in deer mice. Biol. Reprod. 37, 257–260.

Nicholson, H.D., Parkinson, T.J., Lapwood, K.R., 1999. Effects of oxytocin and vasopressin on sperm transport from the cauda epididymis in sheep. J. Reprod. Fertil. 117, 299–305.

Nieminen, P., Mustonen, A.M., Pälvälänen, P., Kukkonen, J.V., 2004. Reproduction of the tundra vole (*Microtus oeconomus*) with dietary phytosterol supplement. Food Chem. Toxicol. 42, 945–951.

Ron, U., Haim, A., 2001. How dehydration affects the thermoregulatory and osmoregulatory abilities of the golden spiny mouse *Acomys russatus*. Isr. J. Zool. 47, 15–20.

Sadlier, R.M., 1969. The Ecology of Reproduction in Wild and Domestic Mammals. Methuen & Co. Ltd, London.

Scantlebury, M., Afik, D., Shanas, U., 2002. Comparative non-shivering thermogenesis in adjacent populations of the common spiny mouse (*Acomys cahirinus*) from opposite slopes: the effects of increasing salinity. J. Comp. Physiol. B. 172, 1–5.

Schlund, W., Scharfe, F., Ganzhorn, J.U., 2002. Long-term comparison of food availability and reproduction in the edible dormouse (*Glis glis*). Mamm. Biol. 67, 219–232.

Schmidt-Nielsen, K., 1997. Animal Physiology – Adaptation and Environment, fifth ed. Cambridge University press.

Schubring, C., Blum, W.F., Kratzsch, J., Deutscher, J., Kiess, W., 2000. Leptin, the ob gene product, in female health and disease. Eur. J. Obstet., Gynecol. Reprod. Biol. 88, 121–127.

Shanas, U., Haim, A., 2004. Diet salinity and vasopressin as reproduction modulators in the desert-dwelling golden spiny mouse (*Acomys russatus*). Physiol. Behav. 81, 645–650.

Spicer, L.J., 2001. Leptin: a possible metabolic signal affecting reproduction. Dom. Anim. Endocrinol. 21, 251–270.

Svensson, E., 1995. Food supply, territory quality, and reproductive timing in the blue tit-*Parus caeruleus*. Ecology 76, 1804–1812.

Trillmich, F., 2000. Effects of low temperature and photoperiod on reproduction in the female wild guinea pig (*Cavia aperea*). J. Mamm. 81, 586–594.

Wang, Z.X., Liu, Y., Young, L.J., Insel, T.R., 2000. Hypothalamic vasopressin gene expression increases in both males and females postpartum in a biparental rodent. J. Neuroendocrinol. 12, 111–120.

Weissenberg, S., Shkolnik, A., 1994. Metabolic rate and water economy in the desert and Mediterranean populations of the common spiny mouse (*Acomys cahirinus*) in Israel. Isr. J. Zool. 40, 135–143.

Wikelski, M., Hau, M., Wingfield, J.C., 2000. Seasonality of reproduction in a neotropical rainforest bird. Ecology 81, 2458–2472.

Wube, T., Haim, A., Fares, F., 2008. Reproductive response of xeric and mesic populations of the spiny mouse *Acomys* to photoperiod acclimation. J. Arid Environ. 72, 440–447.

Zieba, D.A., Amstalden, M., Williams, G.L., 2005. Regulatory role of leptin in reproduction and metabolism: a comparative review. Domest. Anim. Endocrinol. 29, 166–185.

Zubidat, A., Ben-Shlomo, R., Haim, A., 2007. Thermoregulatory and endocrine responses to light pulses in short-day acclimated social voles (*Microtus socialis*). Chronobiol. Int. 24, 269–288.

PAR-VASO-0008313

MICROCIRCULATION
1997, VOL. 4, NO. 2, 261-266

# Remodeling of Capillary Network in Left Ventricular Subendocardial Tissues Induced by Intravenous Vasopressin Administration

ZHONGLIN XIE, MING GAO, SANJAY BATRA, AND
TOMIYASU KOYAMA

Laboratory of Physiology, Research Institute of Electronic Science,
Hokkaido University, Sapporo, Japan

## ABSTRACT

**Objective:** The question of whether the coronary vasospasm induced by intravenous administration of vasopressin produces any remodeling of the capillary network in the left ventricle was investigated. To this end, cardiac tissues obtained from vasopressin-injected rats were stained to allow capillary counting and for basic fibroblast growth factor (bFGF).

**Methods:** Nine male Donryu rats were divided into three groups that received, respectively, 0.25 ml of saline containing 0, 0.5, or 1.0 U/kg vasopressin injected into the tail vein once daily for 4 days. Rats were killed 30 days after the last injection. Two additional rats each received a single intravenous injection of 1.0 U/kg vasopressin and were killed 24 hours later. The left ventricles were removed and 16- or 10-μm frozen sections were cut for differential staining and distribution of bFGF, respectively. Differential staining was used to classify the capillary portions, and bFGF was identified by immunohistological staining.

**Results:** Compared with the control group, total capillary density was increased in both vasopressin-treated groups, capillary to myocyte ratio was increased, and the capillary domain areas decreased in the three capillary portions. Arteriolar and intermediate capillary portions increased, while the venular capillary portion decreased. In rats killed 24 hours after vasopressin injection, a considerable amount of bFGF could be demonstrated immunohistochemically in the ventricular tissues, and the punctate distribution of bFGF was still found in rats killed 30 days after treatment.

**Conclusions:** A remodeling of capillary network which would increase the oxygen transport capacity to cardiac tissues was produced in left ventricular tissues by intravenous injection of vasopressin. bFGF located around capillaries and in the interstitial space may have been involved in the capillary remodeling.

KEY WORDS: vasopressin, basic fibroblast growth factor, capillary remodeling, transient ischemia, heart.

## INTRODUCTION

The acute intravenous injection of vasopressin causes a sharp rise in blood pressure, but this is not maintained by chronic administration. Blood pressure returns toward normal by day 3 (2). The addi-

For reprints of this article, contact Tomiyasu Koyama, Laboratory of Physiology, Hokkaido University, Research Institute of Electronic Science, Sapporo 060, Japan.
Submitted for publication: June 6, 1996; accepted for publication: January 12, 1997.

1073-9688 © 1997 Chapman & Hall

tion of vasopressin to the culture medium of smooth muscle cells isolated from rat aorta causes marked increases in the content of specific cytoskeletal protein and actin in 4 days. Further, actin mRNA increases in a few hours after the addition of vasopressin to the culture medium (14). Moreover, intravenous injection of vasopressin causes electrocardiographic (ECG) changes similar to those in patients suffering from angina pectoris. Vasopressin administration may be used as a model of coronary vasospasm (7,15). Injection of vasopressin causes vasoconstriction in coronary microvessels with di-

ameters smaller than 100 $\mu$m (9). These studies suggest that adaptive changes are quickly established in coronary microvessels after the intravenous administration of vasopressin. Thus, we were interested in whether any changes in the capillary architecture could be found in the left ventricular wall 1 month after intravenous injection of vasopressin.

Because capillaries are localized between arterioles and venules, they are not uniform thin tubes. A differential distribution of enzymes has been described in arteriolar and venular capillaries; alkaline phosphatase (AP) and dipeptidylpeptidase IV (DPPIV) are attributed to arteriolar and venular capillaries, respectively (1,10). In our previous study colored microspheres were injected into coronary arteries of rat hearts. The localization of microspheres in capillaries was studied in sections of the hearts stained for AP and DPPIV (8). They were found only in capillaries stained for AP. Further, polygonal and elongated cells were observed when endothelial cells isolated from coronary vessels were cultured. The polygonal cells could be stained only for AP and elongated ones only for DPPIV. It seemed probable that the differential staining method was a useful tool for studying capillarity in rat cardiac tissues.

In the present study, vasopressin at a dose of 0.5 or 1.0 U/kg was intravenously injected to rats once a day on four consecutive days. Differential staining was applied to investigate the capillarity of left ventricular tissue sections.

## MATERIALS AND METHODS

Nine male Donryu rats aged 8 weeks were divided into three groups that received, respectively, 0.25 ml of saline containing 0, 0.5, or 1.0 U/kg of vasopressin injected into the tail vein once daily for 4 days (control, VP0.5, and VP1.0 groups, respectively). Rats were killed 30 days after the last injection. The left ventricles were removed, placed in optimum cutting temperature (OCT) compound, and frozen in liquid nitrogen.

Frozen sections (16 $\mu$m) were cut from the ventricular tissues with a cryotome. Four transverse sections of the left ventricle, each 80 $\mu$m apart, were taken midway between the apex and base, and stained for AP and DPPIV. Arteriolar capillary portions with endothelial cells containing AP stained blue, venular portions containing DPPIV stained red, and the intermediate portions containing both enzymes stained violet (7). In other words, capillaries stained, respectively, blue, violet, and red are referred to as arteriolar, intermediate, and venular capillary portions.

Using a drawing tube attached to a microscope, cross-sections of differently colored capillaries were sketched on a sheet of paper and transmitted to a personal computer via an X-Y digitizer for capillary counts and capillary domain area (CDA) measurements. CDA represents the supply region of a capillary (1). Krogh's tissue cylinder radius was calculated from CDA values treating CDA area as circular, and its SDlog value, an index of the variability in capillary spacing, was calculated (1,6).

Microscopic observations reveal cross-sections of capillaries in the outer and inner muscle layers and longitudinal ones in the middle layer. Visual fields were selected in the inner layer close to the endocardium (i.e., subendocardium). Morphological measurements were made in one arbitrarily selected microscopic visual field covering 0.0615 $\mu$m$^2$ in each section. Since each visual field contained more than 100 capillaries, more than 1200 capillaries were examined for each group. All CDA values found in each specimen were averaged to obtain a single mean value. Mean values of individual specimens in each group were used to calculate the mean value and standard deviation of each group and to check the significance of differences between groups with a single degree of freedom per animal.

Cross-sections of subendocardial myocytes were sketched, and their areas were calculated using an image scanner and a personal computer with an NIH image program 1.52. Capillary:myocyte (C:M) ratio, which indicates the number of capillaries assigned to one myocyte in ordered capillary networks, was calculated by dividing microscopically counted capillary numbers with myocyte numbers.

Immunohistochemical staining for basic fibroblast growth factor (bFGF) was made of 10-$\mu$m frozen sections with anti-bovine bFGF, which also reacts with rat bFGF (Upstate Biotechnology, Lake Placid, NY, USA) visualized with biotinized anti-mouse immunoglobulin G (IgG) and aminoethylcalbasol (AEC Substrate Kit; Nitirei, Tokyo, Japan) largely according to the maker's instructions. In addition, two rats were killed 24 hours after a single injection of 1.0 U/kg vasopressin, and their hearts were immunohistochemically studied for bFGF distribution.

The data were processed with the program McIntosh Stat View, and values are expressed as means ± SD. Significance of differences was tested by Mann-Whitney $U$-test for two-sample comparisons and Kruskal-Wallis' one-way analysis of variance for three or more group comparisons. The difference was considered significant when $p < 0.05$.

PAR-VASO-0008315

**Table 1.** Basic data of the rats

| Group | Body weight (g) | Heart weight (mg) | Left ventricular weight (mg) | LVW/BW ratio* |
|-------|-----------------|-------------------|------------------------------|---------------|
| Control | 356.7 ± 37.9 | 1102.3 ± 173.1 | 804.0 ± 101.7 | 2.25 ± 0.04 |
| VP0.5 | 365.0 ± 17.3 | 1158.3 ± 96.9 | 797.6 ± 65.4 | 2.18 ± 0.09 |
| VP1.0 | 356.7 ± 20.8 | 1139.3 ± 190.0 | 840.3 ± 56.3 | 2.35 ± 0.14 |

*Ratio of left ventricular weight to body weight.

## RESULTS

Physical characteristics, body weight (BW), wet weight of heart (HW), and left ventricle weight (LVW) are listed in Table 1. No significant differences were found among the groups. The ECG showed transient ischemic changes after the end of the vasopressin injection but returned to the initial pattern within 10 minutes (ECG recordings not shown).

The cross-sectional areas of subendocardial myocytes showed no significant differences. C:M ratio was increased in VP0.5 and VP1.0 groups. The increase in the ratio in the VP0.5 group was more evident than that in the VP1.0 group (Table 2).

The CDA values showed significant decreases in the venular, intermediate, and arteriolar capillary portions in VP0.5 and VP1.0 groups compared with those in the respective capillaries in the control group (Table 3). Values for the VP1.0 group decreased more than those for the VP0.5 group. Tissue cylinder radii were calculated from CDA values, treating the polygonal areas of CDA as circular. The radii of all three capillary portions decreased as shown in Table 4. SDlog, an index of the uneven distribution of capillaries, was calculated from radii and tended to decrease in all capillary portions in vasopressin-injected rats (Table 4).

The total capillary density increased in both treated groups compared with controls (Table 3). In the VP0.5 group, the number of venular and arteriolar portions significantly increased but not as a percentage of the total capillary density. In the VP1.0 group the number and proportion of the intermediate capillary portion significantly increased, and the proportion of venular capillary portions decreased.

Examples of an immunohistochemically stained section and the adjacent section stained for AP and DPPIV are shown in Fig. 1. These sections were obtained from the hearts 1 day after a single injection of 1.0 U/kg vasopressin. In Fig. 1A many capillaries and a microvessel 15 μm in diameter are stained for bFGF. Figure 1B shows all capillaries to be venular; the microvessel was not stained because it was not a capillary. In other micrographs bFGF was also demonstrated along arteriolar and intermediate capillaries. bFGF staining was not seen in heart tissues from the control group. A punctate distribution of bFGF was still observed 1 month after the vasopressin injection along arteriolar and venular capillaries, as shown in Fig. 2.

## DISCUSSION

Some vasoactive substances cause ischemic changes in experimental animals (4,5). Previous publications suggest that vasopressin produces ischemia as indicated by ST abnormalities in the ECG of patients receiving vasopressin (13). A strong and transient decrease in the ST segment and a bradycardia were also observed in the present study (no tracing of ECG is shown here). Intracoronary administration of vasopressin to dogs without known coronary artery disease caused a reduction in coronary blood flow, inducing left ventricular dysfunction, myocardial acidosis, and reduction in regional shortening (12). In particular, Karasawa et al. (7) reported that vasopressin-induced coronary vasospasm in rats was useful for evaluation of the effect of coronary vasospasm.

In the present study, 1 month after four intravenous injections of vasopressin, the total capillary density increased in the sections of ventricular muscle wall.

**Table 2.** Cardiomyocyte areas of control and vasopressin-treated groups

| Group | Myocyte area (μm²) | C:M ratio* |
|-------|--------------------|-----------| 
| Control | 435.8 ± 188.6 | 1.26 ± 0.09 |
| VP0.5 | 437.9 ± 192.3 | 1.68 ± 0.04[†] |
| VP1.0 | 419.3 ± 188.2 | 1.55 ± 0.11[†‡] |

Values are means ± SD.
*Capillary number divided by myocyte number.
[†]Compared with control group $p < 0.01$.
[‡]Compared with VP0.5 group $p < 0.05$.

PAR-VASO-0008316

Table 3. Capillary distribution of control and vasopressin-treated groups

| Group | Capillary type | Capillary domain area ($\mu m^2$) | Density (n/mm$^2$) | Capillary proportion |
|---|---|---|---|---|
| Control | Venular | 450.3 ± 28.7 | 1678 ± 74 | 73.0 ± 9.0 |
| | Intermediate | 475.3 ± 36.9 | 483 ± 109 | 19.6 ± 7.9 |
| | Arteriolar | 554.3 ± 36.8 | 187 ± 46 | 7.4 ± 5.0 |
| | Total | 475.2 ± 36.9 | 2505 ± 135 | |
| VP0.5 | Venular | 388.3 ± 13.4* | 2156 ± 189* | 71.7 ± 9.3 |
| | Intermediate | 406.3 ± 2.5* | 567 ± 106 | 18.9 ± 6.9 |
| | Arteriolar | 439.0 ± 6.0* | 296 ± 88 | 9.8 ± 4.4 |
| | Total | 406.3 ± 2.5* | 3003 ± 60† | |
| VP1.0 | Venular | 361.0 ± 20.7† | 2021 ± 189 | 64.8 ± 8.7* |
| | Intermediate | 372.3 ± 17.8† | 843 ± 173*‡ | 27.1 ± 7.4*‡ |
| | Arteriolar | 408.0 ± 17.6†‡ | 250 ± 86 | 8.0 ± 3.8 |
| | Total | 370.0 ± 17.1†‡ | 3117 ± 132† | |

*$p < 0.05$ compared with control group.
†$p < 0.01$ compared with control group.
‡$p < 0.05$ compared with VP0.5 group.

To confirm the present results, effects of the transient ischemia were recently studied in a rat model subjected to reperfusion after a 3-minute mechanical occlusion. The capillary density was increased from $1888 \pm 140/mm^2$ in a sham-operated group to $2885 \pm 231/mm^2$ in 1 month ($p < 0.01$) in the test group (unpublished data), being qualitatively consistent with the vasopressin test.

The findings that CDA decreased concomitantly in all capillary portions and that SDlog showed a similar tendency suggest that changes in capillary architecture proceed similarly throughout the capillary path length.

The administration of the angiogenic agent bFGF into the coronary artery of dogs whose left descending branch was occluded has been shown to cause a significant increase in arterioles and capillaries at the border between the ischemic and normal regions of ventricular tissues (16,17). In the present study bFGF was found to be distributed along capillaries in vasopressin-treated rat hearts. Thus, bFGF seems to stimulate capillary angiogenesis and arterialization of capillaries. Our results show that the proportion of venular capillary portions decreased while the total capillary density increased; this seems to be explained by bFGF expression and its reported effects on microvessels.

The increase in capillary density and C:M ratio together with the decrease in percentage of venular capillaries would improve oxygen transport capacity to cardiac tissues as required to meet the high oxygen demand in the heart produced by vasopressin

injection. The present result supports the statement that the "blood vascular system adapts its structure to meet the maximal oxygen needs of the tissues rather than the average oxygen needs" (3).

Manolis *et al.* (11) found that hypertensive patients with hypertrophied left ventricles had significantly higher vasopressin levels at rest and during exercise than those without hypertrophy. They speculated that high vasopressin levels may suppress the development of the left ventricular hypertrophy. Their speculation may be consistent with the present result that the myocyte areas of the VP1.0 group tended to be smaller than those of the other two groups.

Table 4. Tissue cylinder radius and SDlog values

| Group | Capillary type | Tissue cylinder radius | SDlog |
|---|---|---|---|
| Control | Venular | 11.84 ± 1.67 | 0.061 |
| | Intermediate | 12.19 ± 1.61 | 0.058 |
| | Arteriolar | 12.99 ± 1.99 | 0.067 |
| | Total | 11.92 ± 1.68 | 0.061 |
| VP0.5 | Venular | 10.91 ± 1.46* | 0.057 |
| | Intermediate | 11.22 ± 1.49* | 0.056 |
| | Arteriolar | 11.63 ± 1.50* | 0.056 |
| | Total | 11.04 ± 1.49† | 0.057 |
| VP1.0 | Venular | 10.75 ± 1.50* | 0.058 |
| | Intermediate | 10.83 ± 1.41* | 0.055 |
| | Arteriolar | 11.26 ± 1.49*‡ | 0.057 |
| | Total | 10.84 ± 1.48*‡ | 0.058 |

*$p < 0.01$ compared with control group and with VP0.5 group.
†$p < 0.05$ compared with control group.
‡$p < 0.05$ compared with VP0.5 group.

PAR-VASO-0008317

In conclusion, CDA of three capillary portions decreased and SDlog also tended to decrease in the left ventricular subendocardium in vasopressin-injected rats. Capillary density and C:M ratio increased. The percentage of venular capillary decreased. The results of this study suggest that, following four injections of vasopressin, homogeneous angiogenesis of the subendocardial capillaries was induced in 4 weeks to protect myocytes from transient ischemia caused by coronary vasospasm. It is possible that the vasopressin-induced adaptations to the transient ischemia may be mediated by extracellularly released bFGF.





**Figure 2.** Micrographs as in Fig. 2. The ventricular tissues were obtained 1 month after four sequential injections of vasopressin at a dose of 1.0 U/kg. (A) Capillaries show punctuate staining for bFGF (arrows). (B) Corresponding capillaries are stained for AP (blue) and DPPIV (red). Nuclei in (A) are counterstained dark blue with hematoxylin.

## ACKNOWLEDGMENTS

This study was partially supported by a Sasakawa Scientific Research Grant from the Japan Science Society and by a Scientific Research Grant from the Hokkaido Heart Association to M. Gao. The authors express their thanks to these foundations.

## REFERENCES

1. Batra S, Kuo C, Rakusan K. (1989). Spatial distribution of coronary capillaries: S-V segment staggering. In: *Oxygen Transport to Tissue* XI (Rakusan K, Biro GP, Goldstick TK, Eds.) Plenum. New York. 241–247.

2. Cowley AW Jr, Szaczepanska-Sadowska E, Stepniakowski K, Mattson D. (1994). Chronic intravenous administration of V1 arginine vasopressin agonist results in sustained hypertension. *Am J Physiol* 267:H751–756.

3. Hang J, Gu J-W, Adair TH. (1995). Vascular endothelial growth factor gene expression is upregulated in





**Figure 1.** Micrographs of adjacent sections of ventricular tissue stained for bFGF (A) and for alkaline phosphatase (AP, arteriolar capillary) and dipeptidylpeptidase IV (DPPIV, venular capillary) (B). The ventricular tissue was obtained 24 hours after a single injection of vasopressin at a dose of 1.0 U/kg. All capillaries are stained for bFGF (A) and are stained red for DPPIV (B); none are stained blue for AP in this section. Nuclei are stained dark blue with hematoxylin (A). Note that the microvessel (arrow) was stained for bFGF (A) but for neither AP nor DPPIV (B).

PAR-VASO-0008318

electrically stimulated rat skeletal muscle. *Am J Physiol* 269:H1827–1831.

4. Hatano N, Nakatsuji K, Nose I. (1980). Effect of antianginal agents on electrocardiographic change induced with vasopressin in rats. *Pharmacometrics* 19: 311–317.

5. Hiramatsu Y, Izumi A, Tezuka T. (1970). Antagonizing substances obtained from whole heart extract to vasopressin induced myocardial hypoxia. *Jpn J Pharmacol* 20:313–324.

6. Hoofd L, Turek Z, Kubat K, Ringnalda BEM, Kazda S. (1985). Variability of intercapillary distance estimated on histological sections of rat heart. In: *Oxygen Transport to Tissues VIII* (Kreuzer F, Cain SM, Goldstick TK, Eds.) Plenum. New York. 239–247.

7. Karasawa A, Kubo K, Shuto K, Oka T, Nakamizo N. (1988). Antianginal effects of the new calcium antagonist benidipine hydrochloride in anesthetized rats and spontaneously hypertensive rats. *Arzneimittelforschung* 38:1702–1707.

8. Koyama T, Gao M, Uede T, Batra B, Itoh K, Ushiki T, Abe K. (1996). Different enzyme activities in coronary capillary endothelial cells. In: *Oxygen Transport to Tissue XVIII* (Nemoto EM, Ed.) Plenum. New York. pp 359–364.

9. Lamping KG, Kanatsuka H, Eastham CL, Chilian WM, Marcus ML. (1989). Nonuniform vasomotor responses of the coronary microcirculation to serotonin and vasopressin. *Circ Res* 65:343–351.

10. Lojda Z. (1993). Studies on dipeptidy(amino)peptidase IV(glycyl-proline naphthylamidase). *Histochemistry* 59:153–166.

11. Manolis A, Athanasopoulos G, Karatasakis G, Gavras I, Bresnahan M. (1993). Pressor hormone profile during stress in hypertension: does vasopressin interfere with left ventricular hypertrophy? *Clin Exp Hypertens* 15:539–555.

12. Matari MF, Martin SE, Markle D, Maxwell M. (1991). Coronary vasoconstriction induced by vasopressin production of myocardial ischemia in dogs by constriction of nondiseased small vessels. *Circulation* 83: 2111–2121.

13. Slotnik IK, Teiglaid JD. (1951). Cardiac accidents following vasopressin injection (pitressin). *JAMA* 146: 1126–1129.

14. Turla MB, Thompson MM, Corjay MH, Owens GK. (1991). Mechanisms of angiotensin II- and arginine vasopressin-induced increases in protein synthesis and content in cultured rat aortic smooth muscle cells: evidence for selective increases in smooth muscle isoactin expression. *Circ Res* 68:288–299.

15. Uchida W, Shibasaki K, Asano M, Takenaka T. (1993). Antianginal effects of YM-16151-4 in various experimental angina models. *J Cardiovasc Pharmacol* 21:701–708.

16. Unger EF, Banai S, Shou M, Lazarous DF, Jaklitsch. (1994). Basic fibroblast growth factor enhances myocardial collateral flow in a canine model. *Am J Physiol* 266:H1588–H1595.

17. Yanagisawa Miwa A, Uchida Y, Nakamura F, Tomaru T, Kido H. (1992). Salvage of infarcted myocardium by angiogenication of basic fibroblast growth factor. *Science* 257:1401–1403.

PAR-VASO-0008319

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23215750 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal/Steven Dieu (TA6) |
| **Filer Authorized By:** | Trisha Agrawal |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 14-AUG-2015 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 16:31:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Non Patent Literature | Z-VARLINSKAYA-Behavioral-effects-395.pdf | 1309682<br>f5c205d10dc4ae26a67b579e506be56a555db1a6 | no | 15 |

| Warnings: |
|---|
| Information: |

PAR-VASO-0008320

| 2 | Non Patent Literature | Z-WALLEY-Shock-2005.pdf | 3922619 | no | 18 |
| | | | b3cfaeeb38265c27d3974a254df2c67bebbb70ef | | |

**Warnings:**

**Information:**

| 3 | Non Patent Literature | Z-WENZEL-Employing-vasopressin-529.pdf | 2893834 | no | 13 |
| | | | 413f82d78bc4d5a34ccdc118f8e6d39edaff1160 | | |

**Warnings:**

**Information:**

| 4 | Non Patent Literature | Z-WUBE-A-differential-499.pdf | 8067199 | no | 6 |
| | | | 12985ac78b3bbea1b813143e931f959d87d7722 | | |

**Warnings:**

**Information:**

| 5 | Non Patent Literature | Z-XIE-Remodeling-of-261.pdf | 621370 | no | 6 |
| | | | facdfc78ab5e42ca5b8bad151a6e00c0705e56ee | | |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 16814704 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/717,877 | Filing Date<br>05/20/2015 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) |  |  |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee is due $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **08/14/2015** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 14 | Minus | ** 20 | = 0 | X $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | X $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

|  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|
| **AMENDMENT** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/MELINDA L. OLIVER/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0008322



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

21971          7590          10/21/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/21/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0008323

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>August 14, 2015</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☒ This action is **FINAL**.    2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) <u>16-28 and 30</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>16-28 and 30</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All  b) ☐ Some**  c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

PAR-VASO-0008324

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Status of the Claims*

Claims 1-15 were cancelled and claims 16-28 and 30 were added in the amendment filed August 14, 2015. All previous grounds of rejection are withdrawn because the claims were cancelled.

Claim 30 is objected to because of improper claim numbering. The claim listing omits claim 29. Correction is required.

The terminal disclaimer over copending Application Nos. 14/610,594, 14/610,488, and 14/610,579 filed August 14, 2015 is approved.

### *Claim Rejections - 35 USC § 102/103*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale or otherwise available to the public before the effective filing date of the claimed invention.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 16-28 and 30 are rejected under 35 U.S.C. 102(a)(1) as anticipated by or, in the

alternative, under 35 U.S.C. 103 as obvious over the FDA label for VASOSTRICT™ (NPL U

PTO-892, published 4/2014).

The FDA label teaches a method to increase blood pressure in adults with vasodilatory

shock (e.g. post-cardiotomy or sepsis) who remain hypotensive despite fluids and

catecholamines (section 1) comprising:

a) providing a pharmaceutical composition containing vasopressin for intravenous

administration in a unit dosage form that contains vasopressin at 20 units/mL, chlorobutanol, NF

0.5% as a preservative, and water for Injection, and a pH adjusted with acetic acid to pH 3.4 –

3.6. (section 11);

diluting the vasopressin unit dosage form with normal saline (0.9% sodium chloride) or

5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration

(section 2.1);

b) refrigerating the diluted solution for up to 24 hours (section 2.1); and

c) administering the vasopressin by intravenous route at a dose of 0.03 to 0.1 units/minute

for post-cardiotomy shock (section 2.2) or 0.01 to 0.07 units/minute for septic shock (section

2.2).

The FDA explicitly teaches all of the limitations of claim 16 except for the amount of

vasopressin expressed in mg/ml. In contrast, the FDA label reports the amount as 20 units/ml and

is silent on how to convert from units/ml to mg/ml.

See MPEP §§ 2112 - 2112.02 states that a rejection under 35 U.S.C. 102 /103 is proper

when the reference discloses all the limitations of a claim except a property or function, and the

PAR-VASO-0008326

examiner cannot determine whether or not the reference inherently possesses properties which

anticipate or render obvious the claimed invention but has basis for shifting the burden of proof

to applicant as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). In the instant case,

the Examiner is shifting the burden to Applicant to provide for a conversion between the units/ml

taught by the FDA label and the mg/ml recited in the instant claims. If the 20 units/ml disclosed

in the FDA label falls within the claimed range, the claim is anticipated by the reference. If the

20 units/ml taught by the FDA overlaps with or touches the claimed range, the claim is obvious

over the reference.

With respect to claims 17-19, the concentration of SEQ ID Nos: 2-4 in the formulation is

an inherent feature of the prior art formulation which contains the same chemical components as

required by the instant claims.

With respect to claim 20, the FDA label states that the mean arterial blood pressure may

be increased within 15 minutes of administration (section 2.2).

With respect to claims 21-23, the FDA label states to titrate to the lowest dose compatible

with a clinically acceptable response and for post-cardiotomy shock, to start with a dose of 0.03

units/minute and to use a maximum dose of 0.1 units/minute (section 2.2).

With respect to claims 24 and 25, the FDA label states to titrate to the lowest dose

compatible with a clinically acceptable response and for septic shock, to start with a dose of 0.01

units/minute and to use a maximum dose of 0.07 units/minute (section 2.2).

With respect to claims 26-28, the FDA label states that after target blood pressure has

been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005

units/minute every hour as tolerated to maintain target blood pressure (section 2.2)

PAR-VASO-0008327

With respect to claim 30, refrigeration is the same as about 5° C.

*Response to Arguments and Declaration*

The declaration under 37 CFR 1.132 filed August 14, 2015 by Inventor Sunil Vandse has been fully considered but is insufficient to overcome the rejection. To the extent that the rejection is based on anticipation, evidence of unexpected results is irrelevant (MPEP 2131.04). To the extent that the rejection is based on obviousness, the unexpected results are insufficient to overcome the rejection.

Applicant asserts that the data presented in the declaration establishes that storage at 5° C provides surprising and unexpected stability to a vasopressin formulation, even after two years of storage (paragraph 9). The declaration states that vasopressin formulations were prepared containing 20 units/ml vasopressin and chlorobutanol, and were adjusted to pH 3.5 with acetic acid. The vasopressin formulations were then filled into 3 cc vials, containing 1 mL solution each (paragraph 3). The stability of the formulations were monitored at 5, 25, and 40° C (paragraph 4).

The formulations described in the declaration are identical to the formulations disclosed in the prior art FDA Label cited herein. As a result, data collected on these formulations cannot form the basis for an allegation of unexpected results. MPEP 2112 states that: "[T]he discovery of a previously unappreciated property of a prior art composition, or of a scientific explanation for the prior art's functioning, does not render the old composition patentably new to the discoverer." *Atlas Powder Co. v. Ireco Inc.,* 190 F.3d 1342, 1347, 51 USPQ2d 1943, 1947 (Fed. Cir. 1999). Thus the claiming of a new use, new function or unknown property which is

PAR-VASO-0008328

inherently present in the prior art does not necessarily make the claim patentable. *In re Best,* 562

F.2d 1252, 1254, 195 USPQ 430, 433 (CCPA 1977)."

In the instant case, Applicant is relying on a newly discovered feature of a prior art

formulation to traverse a rejection over the same prior art.

For these reasons, the rejection is maintained.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees.  A nonstatutory double patenting rejection is appropriate

where the claims at issue are not identical, but at least one examined application claim is not

patentably distinct from the reference claim(s) because the examined application claim is either

anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*,

140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d

2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van*

*Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

PAR-VASO-0008329

of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used. Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what form should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 16-28 and 30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-27 of copending Application No. 14/717,882 in view of the FDA label for VASOSTRICT™ (NPL U PTO-892, published 4/2014).

Claim 16 of Application No. 14/717,882 recites a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; b) acetic acid; and c) water, wherein: the unit dosage form has a pH of 3.75 to 3.85; the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive. Claim 18 states that the composition further comprises chlorobutanol.

Application No. 14/717,882 does not claim that the pH is 3.4-3.6 or that the vasopressin is stored at 2-8° C prior to administration.

PAR-VASO-0008330

The FDA label teaches a method to increase blood pressure in adults with vasodilatory shock (e.g. post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines (section 1) comprising:

a) providing a pharmaceutical composition containing vasopressin for intravenous administration in a unit dosage form that contains vasopressin at 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for Injection, and a pH adjusted with acetic acid to pH 3.4 – 3.6. (section 11);

diluting the vasopressin unit dosage form with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration (section 2.1);

b) refrigerating the diluted solution for up to 24 hours (section 2.1); and

c) administering the vasopressin by intravenous route at a dose of 0.03 to 0.1 units/minute for post-cardiotomy shock (section 2.2) or 0.01 to 0.07 units/minute for septic shock (section 2.2).

It would have been obvious to adjust the pH of the vasopressin formulation claimed in Application No. 14/717,882 to 3.4-3.6 to be consistent with FDA label for this drug and to add a step of refrigeration following preparation of the form for intravenous administration. The resulting method would satisfy all of the limitations of instant claim 16.

With respect to claims 17-19, the concentration of SEQ ID Nos: 2-4 in the formulation is an inherent feature of the prior art formulation which contains the same chemical components as required by the instant claims.

With respect to claim 20, claim 19 of Application No. 14/717,882 states that the mean

arterial blood pressure may be increased within 15 minutes of administration.

With respect to claims 21-23, claim 22 of Application No. 14/717,882 states that for post-

cardiotomy shock, to use a dose of 0.03 units/minute to 0.1 units/minute.

With respect to claims 24 and 25, claim 24 of Application No. 14/717,882 states that for

septic shock, to use a dose of 0.01 units/minute to 0.07 units/minute.

With respect to claims 26-28, the FDA label states that after target blood pressure has

been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005

units/minute every hour as tolerated to maintain target blood pressure (section 2.2)

With respect to claim 30, refrigeration is the same as about 5° C.

This is a provisional nonstatutory double patenting rejection.

The declaration under 37 CFR 1.132 filed August 14, 2015 by Inventor Sunil Vandse has

been fully considered but is insufficient to overcome the rejection for the reasons presented

above.


Claims 16-28 and 30 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1, 6-14, and 16 of copending Application No.

14/610,499 in view of the FDA label for VASOSTRICT™ (NPL U PTO-892, published 4/2014).

Claim 1 of Application No. 14/610,499 recites a pharmaceutical composition comprising,

in a unit dosage form comprising from about 0.01 mg/ml to about 0.07 mg/ml vasopressin. The

copending application does not claim that the composition contains chlorobutanol or acetic acid,

or has a pH of 3.4-3.6, nor does it claim a method of using the composition in a method to

PAR-VASO-0008332

increase blood pressure in a hypotensive human. However, these differences are remedied by the prior art of the FDA label for VASOSTRICT™, the teachings of which are presented above.

It would have been obvious to adjust the pH of the vasopressin formulation claimed in Application No. 14/610.499 to 3.4-3.6 and to add acetic acid and chlorobutanol to be consistent with FDA label for this drug. It would have been obvious to utilize the resulting vasopressin formulation in a method to increase blood pressure in a hypotensive human in accordance with FDA label for this drug. The resulting method would satisfy all of the limitations of the instant claims for the reasons presented in the prior art rejection above.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

The declaration under 37 CFR 1.132 filed August 14, 2015 by Inventor Sunil Vandse has been fully considered but is insufficient to overcome the rejection for the reasons presented above.

### Conclusion

No claims are allowed.

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after

PAR-VASO-0008333

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0008335

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | US- | | | | |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | FDA Label for VASOSTRICT™, published 4/2014 |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0008336

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | Complete if Known | |
|---|---|---|
| Substitute for form 1449/PTO | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet | 1 | of | 12 | Attorney Docket Number | 47956-702.301 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US 2006/0293243 A1 | 12/28/2006 | Puri et al. | |
| | 2. | US 2007/0059285 A1 | 03/15/2007 | Samaritani et al. | |
| | 3. | US 2007/0190047 A1 | 08/16/2007 | Brych et al. | |
| | 4. | US 2007/0292391 A1 | 12/20/2007 | Samaritani et al. | |
| | 5. | US 2010/0234276 A1 | 09/16/2010 | Mizushima et al. | |
| | 6. | US 2010/0273709 A1 | 10/28/2010 | Aston et al. | |
| | 7. | US 2013/0011378 A1 | 01/10/2013 | Yang et al. | |
| | 8. | US 2013/0115231 A1 | 05/09/2013 | Hong et al. | |
| | 9. | US 5,811,399 | 09/22/1998 | Khavinson et al. | |
| | 10. | US 5,902,790 | 05/11/1999 | Green et al. | |
| | 11. | US 5,972,894 | 10/26/1999 | Sinackevich et al. | |
| | 12. | US 6,143,722 | 11/07/2000 | Melin et al. | |

### UNPUBLISHED PATENT APPLICATIONS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 13. | N/A | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] – Number[4] – Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 14. | N/A | | | | |

Continued on the next page with more references.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Attorney Docket No. 47956-702.301                    - 1 -                         7453722_1.docx

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008337

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet  2  of  12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 15. | AHFS DRUG INFORMATION. VASOPRESSIN. Pituitary. 2011; 68:28, 3261-3263. | |
| | 16. | ALTEN, et al. Early initiation of arginine vasopressin infusion in neonates after complex cardiac surgery. Pediatr Crit Care Med. 2012 May;13(3):300-4. doi: 10.1097/PCC.0b013e31822f1753. | |
| | 17. | ANGUS, et al. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. Crit Care Med. 2001 Jul;29(7):1303-10. | |
| | 18. | ARGENZIANO, et al. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation. 1997 Nov 4;96(9 Suppl):II-286-90. | |
| | 19. | ARGENZIANO, et al. Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant. 1999 Aug;18(8):814-7. | |
| | 20. | ARGENZIANO, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg. 1998 Dec;116(6):973-80. | |
| | 21. | BARR, et al. Similarity of arterial and intravenous vasopressin on portal and systemic hemodynamics. Gastroenterology. 1975 Jul;69(1):13-9. | |
| | 22. | BAUER, et al. Arginine vasopressin for the treatment of septic shock in adults. Pharmacotherapy. 2010 Oct;30(10):1057-71. doi: 10.1592/phco.30.10.1057. | |
| | 23. | BAUER, et al. Effect of corticosteroids on arginine vasopressin-containing vasopressor therapy for septic shock: a case control study. J Crit Care. 2008 Dec;23(4):500-6. doi: 10.1016/j.jcrc.2008.04.002. Epub 2008 Jun 30. | |
| | 24. | BENEDINI, et al. New antianginal nitro esters with reduced hypotensive activity. Synthesis and pharmacological evaluation of 3-[(nitrooxy)alkyl]-2H-1,3-benzoxazin-4(3H)-ones. J Med Chem. 1995 Jan 6;38(1):130-6. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008338

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet | 3 | of | 12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 25. | BRIERLEY, et al. Clinical practice parameters for hemodynamic support of pediatric and neonatal septic shock: 2007 update from the American College of Critical Care Medicine. Crit Care Med. 2009 Feb;37(2):666-88. doi: 10.1097/CCM.0b013e31819323c6. | |
| | 26. | BRUN-BUISSON. The epidemiology of the systemic inflammatory response. Intensive Care Med. 2000;26 Suppl 1:S64-74. | |
| | 27. | BURBACH, et al. Difference in susceptibility of arginine-vasopressin and oxytocin to aminopeptidase activity in brain synaptic membranes. Biochem Biophys Res Commun. 1982 Oct 15;108(3):1165-71. | |
| | 28. | CHOONG, et al. Vasopressin in pediatric shock and cardiac arrest. Pediatr Crit Care Med. 2008 Jul;9(4):372-9. doi: 10.1097/PCC.0b013e318172d7c8. | |
| | 29. | CHOONG, et al. Vasopressin in pediatric vasodilatory shock: a multicenter randomized controlled trial. Am J Respir Crit Care Med. 2009 Oct 1;180(7):632-9. doi: 10.1164/rccm.200902-0221OC. Epub 2009 Jul 16. | |
| | 30. | CZACZKES, et al. Physiologic Studies of Antidiuretic Hormone by Its Direct Measurement in Human Plasma. J Clin Invest. 1964 Aug;43:1625-40. | |
| | 31. | DAHLBORN, et al. Effects of dehydration and arginine vasopressin infusions on the production of milk and the morphology of the goat udder. J Dairy Res. 1990 Nov;57(4):479-87. | |
| | 32. | DAVISON, et al. Changes in the metabolic clearance of vasopressin and in plasma vasopressinase throughout human pregnancy. J Clin Invest. 1989 Apr;83(4):1313-8. | |
| | 33. | DELLINGER, et al. Surviving Sepsis Campaign: international guidelines for management of severe sepsis and septic shock: 2008. Crit Care Med. 2008 Jan;36(1):296-327. | |
| | 34. | DUNSER, et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation. 2003 May 13;107(18):2313-9. Epub 2003 May 5. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008339

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | Complete if Known | |
|---|---|---|---|
| Substitute for form 1449/PTO | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Filing Date | May 20, 2015 |
| | | First Named Inventor | Matthew Kenney |
| | | Art Unit | 1675 |
| | | Examiner Name | Christina Bradley |
| Sheet | 4 of 12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 35. | DUNSER, et al. Cardiac performance during vasopressin infusion in postcardiotomy shock. Intensive Care Med. 2002 Jun;28(6):746-51. Epub 2002 Apr 30. | |
| | 36. | EDEN, et al. Ventricular arrhythmia induced by vasopressin: torsade de pointes related to vasopressin-induced bradycardia. Mt Sinai J Med. 1983 Jan-Feb;50(1):49-51. | |
| | 37. | EDWARDS, et al. Renal microvascular effects of vasopressin and vasopressin antagonists. Am J Physiol. 1989 Feb;256(2 Pt 2):F274-8. | |
| | 38. | EMSLEY, et al. Impaired water excretion and elevated plasma vasopressin in patients with alcohol-withdrawal symptoms. Q J Med. 1987 Aug;64(244):671-8. | |
| | 39. | EPSTEIN, et al. Coronary revascularization trends in the United States, 2001-2008. JAMA. 2011 May 4;305(17):1769-76. doi: 10.1001/jama.2011.551 | |
| | 40. | ERMISCH, et al. Improved behavioral performance of rats after pre- and postnatal administration of vasopressin. Exp Clin Endocrinol. 1987 Aug;90(1):17-25. | |
| | 41. | ERTMER, et al. Methylprednisolone reverses vasopressin hyporesponsiveness in ovine endotoxemia. Shock. 2007 Mar;27(3):281-8. | |
| | 42. | FABIAN, et al. The clearance and antidiuretic potency of neurohypophysial hormones in man, and their plasma binding and stability. J Physiol. 1969 Oct;204(3):653-68. | |
| | 43. | FAIGEL, et al. Torsade de pointes complicating the treatment of bleeding esophageal varices: association with neuroleptics, vasopressin, and electrolyte imbalance. Am J Gastroenterol. 1995 May;90(5):822-4. | |
| | 44. | FORSLING, et al. Permeability of the foetal guinea-pig placenta to arginine-vasopressin. Endocrinol. 1977 Mar;72(3):409-10. | |
| | 45. | FORSLING, et al. The role of the pineal in the control of the daily patterns of neurohypophysial hormone secretion. J Pineal Res. 1993 Jan;14(1):45-51. | |
| | 46. | GIBSON, et al. Ovine fetal cardiovascular, renal, and fluid balance responses to 3 days of high arginine vasopressin levels. Am J Physiol. 1997 Apr;272(4 Pt 2):R1069-76. | |
| | 47. | GINSBURG, et al. The clearance of injected vasopressin from the circulation and its fate in the body. J Endocrinol. 1953 Jul;9(3):283-91. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008340

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | Complete if Known | |
|---|---|---|---|
| Substitute for form 1449/PTO | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE** | | Filing Date | May 20, 2015 |
| **STATEMENT BY APPLICANT** | | First Named Inventor | Matthew Kenney |
| *(Use as many sheets as necessary)* | | Art Unit | 1675 |
| | | Examiner Name | Christina Bradley |
| Sheet | 5 of 12 | Attorney Docket Number | 47956-702.301 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 48. | GORDON, et al. The effects of vasopressin on acute kidney injury in septic shock. Intensive Care Med. 2010 Jan;36(1):83-91. doi: 10.1007/s00134-009-1687-x. Epub 2009 Oct 20. | |
| | 49. | GRAYBIEL, et al. Circulatory effects following the intravenous administration of pitressin in normal persons and in patients with hypertension and angina pectoris. Boston, Mass. 1941; 481-489. | |
| | 50. | GROLLMAN, et al. The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary liquid (pituitrin), pi-tressin and pitocin. Johns Hopkins Univeristy School of Medicine. May 25, 1932; 447-460. | |
| | 51. | GROSZMANN, et al. Nitroglycerin improves the hemodynamic response to vasopressin in portal hypertension. Hepatology. 1982 Nov-Dec;2(6):757-62. | |
| | 52. | HARTLEY, et al. Plasma vasopressin concentrations and Fos protein expression in the supraoptic nucleus following osmotic stimulation or hypovolaemia in the ovariectomized rat: effect of oestradiol replacement. J Neuroendocrinol. 2004 Mar;16(3):191-7. | |
| | 53. | HARTLEY, et al. Renal response to arginine vasopressin during the oestrous cycle in the rat: comparison of glucose and saline infusion using physiological doses of vasopressin. Exp Physiol. 2002 Jan;87(1):9-15. | |
| | 54. | HASIJA, et al. Prophylactic vasopressin in patients receiving the angiotensin-converting enzyme inhibitor ramipril undergoing coronary artery bypass graft surgery. J Cardiothorac Vasc Anesth. 2010 Apr;24(2):230-8. doi: 10.1053/j.jvca.2009.08.001. Epub 2009 Oct 28. | |
| | 55. | HAVEL, et al. Vasopressors for hypotensive shhock (review). The Cochrane Library, 2011 Issue 5. 76 pages. | |
| | 56. | HIRAMATSU, et al. Antagonizing substances obtained from whale heart extract to vasopressin induced myocardial hypoxia. Jpn J Pharmacol. 1970 Sep;20(3):313-24 | |
| | 57. | HIRATA, et al. Effect of JTV-506, a novel vasodilator, on experimental angina model in rats. J Cardiovasc Pharmacol. 1998 Feb;31(2):322-6. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008341

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | Complete if Known | |
|---|---|---|---|---|
| Substitute for form 1449/PTO | | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Filing Date | May 20, 2015 |
| | | | First Named Inventor | Matthew Kenney |
| | | | Art Unit | 1675 |
| | | | Examiner Name | Christina Bradley |
| Sheet | 6 | of | 12 | Attorney Docket Number | 47956-702.301 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 58. | HOLMES, et al. Arginine vasopressin in the treatment of vasodilatory septic shock. Best Pract Res Clin Anaesthesiol. 2008 Jun;22(2):275-86. | |
| | 59. | HOLMES, et al. Physiology of vasopressin relevant to management of septic shock. Chest. 2001 Sep;120(3):989-1002. | |
| | 60. | HOLMES, et al. Science review: Vasopressin and the cardiovascular system part 1-- receptor physiology. Crit Care. 2003 Dec;7(6):427-34. Epub 2003 Jun 26. | |
| | 61. | HOLMES, et al. Science Review: Vasopressin and the cardiovascular system part 2 - clinical physiology. Crit Care. 2004 Feb;8(1):15-23. Epub 2003 Jun 26. | |
| | 62. | HOLMES, et al. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med. 2001 Aug;27(8):1416-21. | |
| | 63. | IWASHYNA, et al. Long-term cognitive impairment and functional disability among survivors of severe sepsis. JAMA. 2010 Oct 27;304(16):1787-94. doi: 10.1001/jama.2010.1553. | |
| | 64. | JACKSON. Vasopressin and other agents affecting the renal conservation of water. The Pharmacological Basis of Therapeutics. Chapter 29. 2006; 771-788. | |
| | 65. | KARASAWA, et al. Antianginal effects of the new calcium antagonist benidipine hydrochloride in anesthetized rats and spontaneously hypertensive rats. Electrocardiographic study. Arzneimittelforschung. 1988 Nov;38(11A):1702-7. | |
| | 66. | KARMAZYN, et al. Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. Endocrinology. 1978 Apr;102(4):1230-6 | |
| | 67. | KELLY, et al. Vasopressin provocation of ventricular dysrhythmia. Ann Intern Med. 1980 Feb;92(2 Pt 1):205-6. | |
| | 68. | KING, et al. Pharmacokinetics of vasopressin and atrial natriuretic peptide in anesthetized rabbits. Endocrinology. 1989 Jan;124(1):77-83. | |
| | 69. | KRISTELLER, et al. Transient diabetes insipidus after discontinuation of therapeutic vasopressin. Pharmacotherapy. 2004 Apr;24(4):541-5. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008342

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet 7 of 12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 70. | KUPFERSCHMIDT, et al. [Clinico-pharmacological case (2). Bradycardia and ventricular tachycardia of the torsades de pointes type as a side effect of vasopressin: 3 case reports]. Praxis (Bern 1994). 1996 Mar 12;85(11):340-3. )in German with English abstract] | |
| | 71. | LAM, et al. Lack of an effect of body mass on the hemodynamic response to arginine vasopressin during septic shock. Pharmacotherapy. 2008 May;28(5):591-9. doi: 10.1592/phco.28.5.591. | |
| | 72. | LANDRY, et al. The pathogenesis of vasodilatory shock. N Engl J Med. 2001 Aug 23;345(8):588-95. | |
| | 73. | LANDRY, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation. 1997 Mar 4;95(5):1122-5. | |
| | 74. | LAUZIER, et al. Vasopressin or norepinephrine in early hyperdynamic septic shock: a randomized clinical trial. Intensive Care Med. 2006 Nov;32(11):1782-9. Epub 2006 Sep 22 | |
| | 75. | LECHNER, et al. Arginine-vasopressin in neonates with vasodilatory shock after cardiopulmonary bypass. Eur J Pediatr. 2007 Dec;166(12):1221-7. Epub 2007 Jan 16 | |
| | 76. | LEVIN, et al. Early on-cardiopulmonary bypass hypotension and other factors associated with vasoplegic syndrome. Circulation. 2009 Oct 27;120(17):1664-71. doi: 10.1161/CIRCULATIONAHA.108.814533. Epub 2009 Oct 12. | |
| | 77. | LEVIN, et al. Methylene blue reduces mortality and morbidity in vasoplegic patients after cardiac surgery. Ann Thorac Surg. 2004 Feb;77(2):496-9. | |
| | 78. | LEVY, et al. 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. Crit Care Med. 2003 Apr;31(4):1250-6. | |
| | 79. | LITTLE, et al. Vasopressin alone or with epinephrine may be superior to epinephrine in a clinically relevant porcine model of pulseless electrical activity cardiac arrest. Am J Emerg Med. 2006 Nov;24(7):810-4. | |
| | 80. | LUCKNER, et al. Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med. 2005 Nov;33(11):2659-66. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008343

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | | Complete if Known | |
|---|---|---|---|---|
| Substitute for form 1449/PTO | | | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Filing Date | May 20, 2015 |
| | | | First Named Inventor | Matthew Kenney |
| *(Use as many sheets as necessary)* | | | Art Unit | 1675 |
| | | | Examiner Name | Christina Bradley |
| Sheet | 8 | of | 12 | Attorney Docket Number | 47956-702.301 |

| | NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|---|

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 81. | LUCKNER, et al. Comparison of two dose regimens of arginine vasopressin in advanced vasodilatory shock. Crit Care Med. 2007 Oct;35(10):2280-5. | |
| | 82. | MALAY, et al. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma. 1999 Oct;47(4):699-703; discussion 703-5. | |
| | 83. | MANDER, et al. Fluid balance, vasopressin and withdrawal symptoms during detoxification from alcohol. Drug Alcohol Depend. 1989 Dec;24(3):233-7. | |
| | 84. | MARTIN, et al. The epidemiology of sepsis in the United States from 1979 through 2000. N Engl J Med. 2003 Apr 17;348(16):1546-54. | |
| | 85. | MAURO, et al. Torsade de pointes in a patient receiving intravenous vasopressin. Crit Care Med. 1988 Feb;16(2):200-1. | |
| | 86. | MAYR, et al. Infection rate and acute organ dysfunction risk as explanations for racial differences in severe sepsis. JAMA. 2010 Jun 23;303(24):2495-503. doi: 10.1001/jama.2010.851. | |
| | 87. | MEKONTSO-DESSAP, et al. Risk factors for post-cardiopulmonary bypass vasoplegia in patients with preserved left ventricular function. Ann Thorac Surg. 2001 May;71(5):1428-32. | |
| | 88. | MEYER, et al. Vasopressin in catecholamine-refractory shock in children. Anaesthesia. 2008 Mar;63(3):228-34. Epub 2007 Dec 13. | |
| | 89. | MIYAKE, et al. Cardiovascular responses to norepinephrine and arginine vasopressin infusion in chronically catheterized fetal lambs. J Reprod Med. 1991 Oct;36(10):735-40. | |
| | 90. | MIYAZAKI, et al. Bioavailability assessment of arginine-vasopressin (AVP) using pharmacokinetic-pharmacodynamic (PK-PD) modeling in the rat. Biol Pharm Bull. 2000 Jan;23(1):87-96. | |
| | 91. | MORALES, et al. Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surg. 2000 Jan;69(1):102-6. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008344

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | Complete if Known |
|---|---|---|
| Substitute for form 1449/PTO | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet 9 of 12 | Attorney Docket Number | 47956-702.301 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 92. | MORALES, et al. Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation. 1999 Jul 20;100(3):226-9. | |
| | 93. | MORI, et al. Pharmacological profile of semotiadil fumarate, a novel calcium antagonist, in rat experimental angina model. Br J Pharmacol. 1995 Sep;116(1):1668-72. | |
| | 94. | MOSES, et al. Urinary and metabolic clearances of arginine vasopressin in normal subjects. Am J Physiol. 1986 Aug;251(2 Pt 2):R365-70. | |
| | 95. | NYGREN, et al. Vasopressin decreases intestinal mucosal perfusion: a clinical study on cardiac surgery patients in vasodilatory shock. Acta Anaesthesiol Scand. 2009 May;53(5):581-8. doi: 10.1111/j.1399-6576.2008.01900.x. Epub 2009 Feb 23. | |
| | 96. | Office action dated 06/05/2015 for US Application No. 14/717,882 | |
| | 97. | Office action dated 07/20/2015 for US Application No. 14/610,499. | |
| | 98. | Office action dated 07/28/2015 for US Application No. 14/610,579. | |
| | 99. | Office action dated 07/28/2015 for US Application No. 14/610,594. | |
| | 100. | Office action dated 07/31/2015 for US Application No. 14/610,488. | |
| | 101. | OLIVER, et al. On the Physiological Action of Extracts of Pituitary Body and certain other Glandular Organs: Preliminary Communication. J Physiol. 1895 Jul 18;18(3):277-9. | |
| | 102. | OLSSON, et al. Vasopressin increases milk flow and milk fat concentration in the goat. Acta Physiol Scand. 2003 Feb;177(2):177-84. | |
| | 103. | OOSTERBAAN, et al. Amniotic oxytocin and vasopressin in relation to human fetal development and labour. Early Hum Dev. 1989 Jul;19(4):253-62. | |
| | 104. | PAPADOPOULOS, et al. Perioperative infusion of low- dose of vasopressin for prevention and management of vasodilatory vasoplegic syndrome in patients undergoing coronary artery bypass grafting-A double-blind randomized study. J Cardiothorac Surg. 2010 Mar 28;5:17. doi: 10.1186/1749-8090-5-17. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008345

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| *(Use as many sheets as necessary)* | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet | 10 | of | 12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 105. | PATEL, et al. Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology. 2002 Mar;96(3):576-82. | |
| | 106. | PINSKY. Septic Shock. Medscape review. Updated August 13, 2012. 22 pages. | |
| | 107. | PRENGEL, et al. Effects of combined administration of vasopressin, epinephrine, and norepinephrine during cardiopulmonary resuscitation in pigs. Crit Care Med. 2005 Nov;33(11):2587-91. | |
| | 108. | Product Insert for Pitressin. Vasopressin injection. Par Pharmaceuticals. Revised November 2014. | |
| | 109. | Product Insert for Vasopressin Injection. American Regent. Revised August 2011. | |
| | 110. | Product Insert for Vasopressin Injection. Fresenius Kabi. Revised April 2014. | |
| | 111. | Product Insert for Vasopressin Injection. Fresenius Kabi. Revised July 2014. | |
| | 112. | RISBERG, et al. Plasma vasopressin, oxytocin, estradiol, and progesterone related to water and sodium excretion in normal pregnancy and gestational hypertension. Acta Obstet Gynecol Scand. 2009;88(6):639-46. doi: 10.1080/00016340902919002. | |
| | 113. | ROSENZWEIG, et al. Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation. 1999 Nov 9;100(19 Suppl):II182-6 | |
| | 114. | ROSS, et al. Amniotic fluid ionic concentration in response to chronic fetal vasopressin infusion. Am J Physiol. 1985 Sep;249(3 Pt 1):E287-91. | |
| | 115. | RUSSELL, et al. Interaction of vasopressin infusion, corticosteroid treatment, and mortality of septic shock. Crit Care Med. 2009 Mar;37(3):811-8. doi: 10.1097/CCM.0b013e3181961ace. | |
| | 116. | RUSSELL, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med. 2008 Feb 28;358(9):877-87. doi: 10.1056/NEJMoa067373. | |
| | 117. | RUSSELL, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med. 2008 Feb 28;358(9):877-87. doi: 10.1056/NEJMoa067373. Supplemental materials. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008346

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| | | **Complete if Known** | |
|---|---|---|---|
| Substitute for form 1449/PTO | Application Number | 14/717,877 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Filing Date | May 20, 2015 | |
| | First Named Inventor | Matthew Kenney | |
| *(Use as many sheets as necessary)* | Art Unit | 1675 | |
| | Examiner Name | Christina Bradley | |
| Sheet | 11 | of | 12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 118. | RUSSELL. Vasopressin in vasodilatory and septic shock. Curr Opin Crit Care. 2007 Aug;13(4):383-91. | |
| | 119. | RYSA, et al. Early left ventricular gene expression profile in response to increase in blood pressure. Blood Press. 2006;15(6):375-83. | |
| | 120. | SASAKI, et al. Antianginal effects of lercanidipine on the vasopressin or methacholine induced anginal model in rats. Biol Pharm Bull. 2005 May;28(5):811-6. | |
| | 121. | SATOH, et al. Effects of Rho-kinase inhibitor on vasopressin-induced chronic myocardial damage in rats. Life Sci. 2002 Nov 22;72(1):103-12. | |
| | 122. | SCHRIER. Systemic arterial vasodilation, vasopressin, and vasopressinase in pregnancy. J Am Soc Nephrol. 2010 Apr;21(4):570-2. doi: 10.1681/ASN.2009060653. Epub 2009 Dec 3. | |
| | 123. | SNIJDEWINT, et al. Body and brain growth following continuous perinatal administration of arginine- and lysine-vasopressin to the homozygous Brattleboro rat. Brain Res. 1985 Oct;354(2):269-77. | |
| | 124. | STUDER, et al. Resuscitation from cardiac arrest with adrenaline/epinephrine or vasopressin: effects on intestinal mucosal tonometer pCO(2) during the postresuscitation period in rats. Resuscitation. 2002 May;53(2):201-7. | |
| | 125. | SUN, et al. Effect of peripheral injection of arginine vasopressin and its receptor antagonist on burn shock in the rat. Neuropeptides. 1990 Sep;17(1):17-22. | |
| | 126. | SWENSON, et al. Prenatal exposure to AVP or caffeine but not oxytocin alters learning in female rats. Peptides. 1990 Sep-Oct;11(5):927-32 | |
| | 127. | TAIVAINEN, et al. Role of plasma vasopressin in changes of water balance accompanying acute alcohol intoxication. Alcohol Clin Exp Res. 1995 Jun;19(3):759-62. | |
| | 128. | TINIUS, et al. Prenatal administration of arginine vasopressin impairs memory retrieval in adult rats. Peptides. 1987 May-Jun;8(3):493-9. | |
| | 129. | TOMITA, et al. Vasopressin dose-response effects on fetal vascular pressures, heart rate, and blood volume. Am J Physiol. 1985 Nov;249(5 Pt 2):H974-80. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008347

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 14/717,877 |
| **INFORMATION DISCLOSURE** | Filing Date | May 20, 2015 |
| **STATEMENT BY APPLICANT** | First Named Inventor | Matthew Kenney |
| *(Use as many sheets as necessary)* | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet   12   of   12 | Attorney Docket Number | 47956-702.301 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 130. | TORGERSEN, et al. Comparing two different arginine vasopressin doses in advanced vasodilatory shock: a randomized, controlled, open-label trial. Intensive Care Med. 2010 Jan;36(1):57-65. doi: 10.1007/s00134-009-1630-1. Epub 2009 Sep 15. | |
| | 131. | TRABERT, et al. Inappropriate vasopressin secretion in severe alcohol withdrawal. Acta Psychiatr Scand. 1992 May;85(5):376-9. | |
| | 132. | TSUKADA, et al. Pharmacological characterization of YM471, a novel potent vasopressin V(1A) and V(2) receptor antagonist. Eur J Pharmacol. 2002 Jun 20;446(1-3):129-38. | |
| | 133. | VARLINSKAYA, et al. Behavioral effects of centrally administered arginine vasopressin in the rat fetus. Behav Neurosci. 1994 Apr;108(2):395-409. | |
| | 134. | WALLEY. Shock. Principles of Critical Care. 3rd Ed. 2005; Chapter 21. 249-265. | |
| | 135. | WENZEL, et al. Employing vasopressin during cardiopulmonary resuscitation and vasodilatory shock as a lifesaving vasopressor. Cardiovasc Res. 2001 Aug 15;51(3):529-41. | |
| | 136. | WUBE, et al. A differential response in the reproductive system and energy balance of spiny mice Acomys populations to vasopressin treatment. Comp Biochem Physiol A Mol Integr Physiol. 2008 Dec;151(4):499-504. doi: 10.1016/j.cbpa.2008.06.027. Epub 2008 Jun 29. | |
| | 137. | XIE, et al. Remodeling of capillary network in left ventricular subendocardial tissues induced by intravenous vasopressin administration. Microcirculation. 1997 Jun;4(2):261-6. | |

| Examiner Signature | /CHRISTINA BRADLEY/ | Date Considered | 10/16/2015 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CB/

PAR-VASO-0008348

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use VASOSTRICT™ safely and effectively. See full prescribing information for VASOSTRICT.**

**Vasostrict (vasopressin injection) for intravenous use**
**Initial U.S. Approval: 2014**

---------------------------INDICATIONS AND USAGE----------------------------
- Vasostrict is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines. (1)

-----------------------DOSAGE AND ADMINISTRATION-----------------------
- Dilute Vasostrict with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration. (2.1)
- Post-cardiotomy shock: 0.03 to 0.1 units/minute (2.2)
- Septic shock: 0.01 to 0.07 units/minute (2.2)

----------------------DOSAGE FORMS AND STRENGTHS ----------------------
- Injection:  20 units per mL; packaged as 1 mL per vial (3)

-----------------------------CONTRAINDICATIONS-----------------------------
- Vasostrict is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. (4)

----------------------WARNINGS AND PRECAUTIONS-------------------
- Can worsen cardiac function. (5.1)

-----------------------------ADVERSE REACTIONS-----------------------------
The most common adverse reactions include decreased cardiac output, bradycardia, tachyarrhythmias, hyponatremia and ischemia (coronary, mesenteric, skin, digital). (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Par Pharmaceutical Companies at 1-800-828-9393 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch**

-----------------------------DRUG INTERACTIONS-----------------------------
- Pressor effects of catecholamines and Vasostrict are expected to be additive. (7.1)
- Indomethacin may prolong effects of Vasostrict. (7.2)
- Co-administration of ganglionic blockers or drugs causing SIADH may increase the pressor response. (7.3, 7.5)
- Co-administration of drugs causing diabetes insipidus may decrease the pressor response. (7.6)

-----------------------USE IN SPECIFIC POPULATIONS-------------------
- **Pregnancy:** May induce uterine contractions. (8.1)
- **Pediatric Use:** Safety and effectiveness have not been established. (8.4)
- **Geriatric Use:** No safety issues have been identified in older patients. (8.5)

**Revised: 4/2014**

Reference ID: 3491207

**PAR-VASO-0008349**

**FULL PRESCRIBING INFORMATION: CONTENTS***

1   **INDICATIONS AND USAGE**
2   **DOSAGE AND ADMINISTRATION**
    2.1   Preparation of Diluted Solutions
    2.2   Administration
3   **DOSAGE FORMS AND STRENGTHS**
4   **CONTRAINDICATIONS**
5   **WARNINGS AND PRECAUTIONS**
    5.1   Worsening Cardiac Function
6   **ADVERSE REACTIONS**
7   **DRUG INTERACTIONS**
    7.1   Catecholamines
    7.2   Indomethacin
    7.3   Ganglionic Blocking Agents
    7.4   Furosemide
    7.5   Drugs Suspected of Causing SIADH
    7.6   Drugs Suspected of Causing Diabetes
          Insipidus

8   **USE IN SPECIFIC POPULATIONS**
    8.1   Pregnancy
    8.3   Nursing Mothers
    8.4   Pediatric Use
    8.5   Geriatric Use
10  **OVERDOSAGE**
11  **DESCRIPTION**
12  **CLINICAL PHARMACOLOGY**
    12.1 Mechanism of Action
    12.2 Pharmacodynamics
    12.3 Pharmacokinetics
13  **NONCLINICAL TOXICOLOGY**
    13.1 Carcinogenesis, Mutagenesis, Impairment of
         Fertility
14  **CLINICAL STUDIES**
16  **HOW SUPPLIED/STORAGE AND
    HANDLING**

* Sections or subsections omitted from the full
prescribing information are not listed.

Reference ID: 3491207

PAR-VASO-0008350

# FULL PRESCRIBING INFORMATION

## 1     INDICATIONS AND USAGE

Vasostrict™ is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines.

## 2     DOSAGE AND ADMINISTRATION

### 2.1     Preparation of Diluted Solutions

Dilute Vasostrict in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use.  Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration.

**Table 1 Preparation of diluted solutions**

| Fluid restriction? | Final concentration | Mix | |
|---|---|---|---|
| | | Vasostrict | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

Inspect parenteral drug products for particulate matter and discoloration prior to use, whenever solution and container permit.

### 2.2     Administration

The goal of treatment is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, whose function is difficult to monitor. The following advice is empirical. In general, titrate to the lowest dose compatible with a clinically acceptable response.

For post-cardiotomy shock, start with a dose of 0.03 units/minute.  For septic shock, start with a dose of 0.01 units/minute.  If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper Vasostrict by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

## 3     DOSAGE FORMS AND STRENGTHS

Injection:  20 units per mL; packaged as 1 mL per vial

Reference ID: 3491207

PAR-VASO-0008351

**4      CONTRAINDICATIONS**

Vasostrict is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol.

**5      WARNINGS AND PRECAUTIONS**

**5.1    Worsening Cardiac Function**

Use in patients with impaired cardiac response may worsen cardiac output.

**6      ADVERSE REACTIONS**

The following adverse reactions associated with the use of vasopressin were identified in the literature. Because these reactions are reported voluntarily from a population of uncertain size, it is not possible to estimate their frequency reliably or to establish a causal relationship to drug exposure.

Bleeding/lymphatic system disorders: Hemorrhagic shock, decreased platelets, intractable bleeding

Cardiac disorders: Right heart failure, atrial fibrillation, bradycardia, myocardial ischemia

Gastrointestinal disorders: Mesenteric ischemia

Hepatobiliary: Increased bilirubin levels

Renal/urinary disorders: Acute renal insufficiency

Vascular disorders: Distal limb ischemia

Metabolic: Hyponatremia

Skin: Ischemic lesions

**7      DRUG INTERACTIONS**

**7.1    Catecholamines**

Use with *catecholamines* is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters.

**7.2    Indomethacin**

Use with *indomethacin* may prolong the effect of Vasostrict on cardiac index and systemic vascular resistance *[see Clinical Pharmacology (12.3)].*

**7.3    Ganglionic Blocking Agents**

Use with *ganglionic blocking agents* may increase the effect of Vasostrict on mean arterial blood pressure *[see Clinical Pharmacology (12.3)].*

**7.4    Furosemide**

Reference ID: 3491207

PAR-VASO-0008352

Use with *furosemide* increases the effect of Vasostrict on osmolar clearance and urine flow *[see Clinical Pharmacology (12.3)]*.

**7.5    Drugs Suspected of Causing SIADH**

Use with *drugs suspected of causing SIADH* (e.g., SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, felbamate) may increase the pressor effect in addition to the antidiuretic effect of Vasostrict.

**7.6    Drugs Suspected of Causing Diabetes Insipidus**

Use with *drugs suspected of causing diabetes insipidus* (e.g., demeclocycline, lithium, foscarnet, clozapine) may decrease the pressor effect in addition to the antidiuretic effect of Vasostrict.

**8      USE IN SPECIFIC POPULATIONS**

**8.1    Pregnancy**

Pregnancy Category C

*Risk Summary:* There are no adequate or well-controlled studies of Vasostrict in pregnant women.  It is not known whether vasopressin can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity.  Animal reproduction studies have not been conducted with vasopressin *[see Clinical Pharmacology (12.3)]*.

*Clinical Considerations:* Because of increased clearance of vasopressin in the second and third trimester, the dose of Vasostrict may need to be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasostrict may produce tonic uterine contractions that could threaten the continuation of pregnancy.

**8.3    Nursing Mothers**

It is not known whether vasopressin is present in human milk.  However, oral absorption by a nursing infant is unlikely because vasopressin is rapidly destroyed in the gastrointestinal tract. Consider advising a lactating woman to pump and discard breast milk for 1.5 hours after receiving vasopressin to minimize potential exposure to the breastfed infant.

**8.4    Pediatric Use**

Safety and effectiveness of Vasostrict in pediatric patients with vasodilatory shock have not been established.

**8.5    Geriatric Use**

Clinical studies of vasopressin did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and

Reference ID: 3491207

younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy *[see Warnings and Precautions (5), Adverse Reactions (6), and Clinical Pharmacology (12.3)]*.

# 10    OVERDOSAGE

Overdosage with Vasostrict can be expected to manifest as consequences of vasoconstriction of various vascular beds (peripheral, mesenteric, and coronary) and as hyponatremia. In addition, overdosage may lead less commonly to ventricular tachyarrhythmias (including Torsade de Pointes), rhabdomyolysis, and non-specific gastrointestinal symptoms.

Direct effects will resolve within minutes of withdrawal of treatment.

# 11    DESCRIPTION

Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis. Vasostrict is a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and Water for Injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. It is a white to off-white amorphous powder, freely soluble in water. The structural formula is:



Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$        Molecular Weight: 1084.23

One mg is equivalent to 530 units.

# 12    CLINICAL PHARMACOLOGY

## 12.1    Mechanism of Action

The vasoconstrictive effects of vasopressin are mediated by vascular $V_1$ receptors. Vascular $V_1$ receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction.  In addition, vasopressin stimulates antidiuresis via stimulation of $V_2$ receptors which are coupled to adenyl cyclase.

## 12.2    Pharmacodynamics

At therapeutic doses exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular $V_1$-receptors and release of prolactin and

Reference ID: 3491207

PAR-VASO-0008354

ACTH via $V_3$ receptors. At lower concentrations typical for the antidiuretic hormone vasopressin inhibits water diuresis via renal $V_2$ receptors.

In patients with vasodilatory shock vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine. Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

## 12.3 Pharmacokinetics

At infusion rates used in vasodilatory shock (0.01-0.1 units/minute) the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent $t_{1/2}$ of vasopressin at these levels is $\leq 10$ minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

**Drug-Drug Interactions**

Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects *[see Drug Interactions (7.2)]*.

The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects *[see Drug Interactions (7.3)]*.

Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects *[see Drug Interactions (7.4)]*.

Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

**Special Populations**

*Pregnancy:* Because of a spillover into blood of placental vasopressinase the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. After delivery the clearance of vasopressin returns to pre-conception baseline within two weeks.

Reference ID: 3491207

PAR-VASO-0008355

# 13    NONCLINICAL TOXICOLOGY

## 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility

No formal carcinogenicity or fertility studies with vasopressin have been conducted in animals. Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin has been reported to have an effect on function and fertilizing ability of spermatozoa.

# 14    CLINICAL STUDIES

Increases in systolic and mean blood pressure following administration of vasopressin were observed in 7 studies in septic shock and 8 in post-cardiotomy vasodilatory shock.

# 16    HOW SUPPLIED/STORAGE AND HANDLING

Vasostrict (vasopressin injection, USP) is supplied in vials as follows:

A carton of 25 multi-dose vials each containing vasopressin 1 mL at 20 units/mL.

Store between 15°C and 25°C (59°F and 77°F).  Do not freeze.

Discard vial after 48 hours after first puncture.

NDC 42023-164-25 (carton)



Manufactured by:
Par Pharmaceutical Companies, Inc.
Spring Valley, NY 10977

OS164J-01-90-01

Vasostrict is a registered trademark of Par Pharmaceutical Companies, Inc.

Reference ID: 3491207

PAR-VASO-0008356

---------------------------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**
---------------------------------------------------------------------------------------------------

/s/
----------------------------------------------------

NORMAN L STOCKBRIDGE
04/17/2014

PAR-VASO-0008357

| Search Notes  | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14717877 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** |
| | CHRISTINA BRADLEY | 1675 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| C07K7/16 | 6/1/2015 | CMB |
| A61K38/11 | 6/1/2015 | CMB |

## CPC COMBINATION SETS - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East - see transcript | 6/1/2015, 10/16/2015 | CMB |
| Commercial database and structure search - see SCORE for parent application 14/610,499 with identical claims | 3//20154 | CMB |
| Palm inventor search | 6/1/2015, 10/16/2015 | CMB |
| Google scholar - vasopressin, stability, polymeric excipients | 6/1/2015 | CMB |
| Google - vasopressin, refridgeration | 10/16/2015 | CMB |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

PAR-VASO-0008358

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| First Named Inventor: Matthew Kenney | Group Art Unit: 1675 |
| Serial Number: 14/717,877 | Examiner: Christina Bradley |
| Filing Date: May 20, 2015 | Confirmation No.: 1722 |
| Title: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | Customer No.: 21971 |

**Electronically Filed on: November 24, 2015**

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## REQUEST FOR CORRECTION OF INVENTORSHIP
## UNDER 37 CFR § 1.48

Madam:

Applicant(s) hereby request(s) that the inventorship of the above-referenced patent application be amended pursuant to 37 C.F.R. §1.48 to name only the actual inventors.

☐ The Office is requested to amend the inventorship to **ADD** the following omitted inventor(s):

☒ The Office is requested to amend the inventorship to **DELETE** the following inventor(s):

**Sunil Vandse**
**Suketu Sanghvi**
**Serge Ilin-Schneider**

☒ *37 C.F.R. 1.48(a). Correction of inventorship for non-provisional application.* This application is a non-provisional patent application. A request under 37 CFR 1.48(a) to correct the inventorship, or to correct or update the name of an inventor that identifies each inventor by their legal name.

In support of this Request, Applicant(s) provide(s):

☒ (1) Updated Application Data Sheet in accordance with § 1.76 that identifies each inventor by his or her legal name; and

☒ (2) The processing fee set forth in 37 C.F.R. § 1.17(i); and

7971093v1

PAR-VASO-0008359

☒  *Fee Authorization.*  The Commissioner is hereby authorized to charge the above-referenced fees of **$140.00** and charge any additional fees or credit any overpayment associated with this communication to Deposit Account No. 23-2415 (Docket No. 47956-702.301).

Applicant respectfully requests a corrected filing receipt be issued pursuant to the above referenced corrections.

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Date:  November 24, 2015          By:  /Craig S. Kenesky/
                                            Craig S. Kenesky, Ph.D.
                                            Reg. No. 65,256

650 Page Mill Road
Palo Alto, CA 94304-1050
(512) 338-5458
Customer No. 21971

7971093v1

PAR-VASO-0008360

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | 14/717,877 |
| Title of Invention | ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~ | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor    1**      [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Matthew | | Kenney | |

**Residence Information (Select One)**  ⊙ US Residency   ◯ Non US Residency   ◯ Active US Military Service

| City | New Haven | State/Province | MI | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 32227 Chatham Street | | |
|---|---|---|---|
| Address 2 | | | |
| City | New Haven | State/Province | MI |
| Postal Code | 48048 | Country i | US |

**Inventor    2**      [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Vinayagam | | Kannan | |

**Residence Information (Select One)**  ⊙ US Residency   ◯ Non US Residency   ◯ Active US Military Service

| City | Rochester | State/Province | MI | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 611 Timothy Lane, Apt. 204 | | |
|---|---|---|---|
| Address 2 | | | |
| City | Rochester | State/Province | MI |
| Postal Code | 48307 | Country i | US |

**Inventor    3**      [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | ~~Sunil~~ | | ~~Vandse~~ | |

**Residence Information (Select One)**  ⊙ US Residency   ◯ Non US Residency   ◯ Active US Military Service

PAR-VASO-0008361

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
| | Application Number | 14/717,877 |
| Title of Invention | ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~ VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |

| City | ~~Basking Ridge~~ | State/Province | ~~NJ~~ | Country of Residence i | ~~US~~ |

**Mailing Address of Inventor:**

| Address 1 | ~~83 Dorchester Drive~~ | | |
| Address 2 | | | |
| City | ~~Basking Ridge~~ | State/Province | ~~NJ~~ |
| Postal Code | ~~07920~~ | Country i | ~~US~~ |

**Inventor 4**                    Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | ~~Suketu~~ | | ~~Sanghvi~~ | |

**Residence Information (Select One)** ● US Residency ○ Non US Residency ○ Active US Military Service

| City | ~~Kendall Park~~ | State/Province | ~~NJ~~ | Country of Residence i | ~~US~~ |

**Mailing Address of Inventor:**

| Address 1 | ~~1 Hancock Drive~~ | | |
| Address 2 | | | |
| City | ~~Kendall Park~~ | State/Province | ~~NJ~~ |
| Postal Code | ~~08824~~ | Country i | ~~US~~ |

**Inventor 5**                    Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | ~~Serge~~ | | ~~Ilin-Schneider~~ | |

**Residence Information (Select One)** ● US Residency ○ Non US Residency ○ Active US Military Service

| City | ~~Ridgewood~~ | State/Province | ~~NJ~~ | Country of Residence i | ~~US~~ |

**Mailing Address of Inventor:**

| Address 1 | ~~22 Pomander Walk~~ | | |
| Address 2 | | | |
| City | ~~Ridgewood~~ | State/Province | ~~NJ~~ |
| Postal Code | ~~07450~~ | Country i | ~~US~~ |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.        Add

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ **An Address is being provided for the correspondence Information of this application.**

PAR-VASO-0008362

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
| | Application Number | 14/717,877 |

| Title of Invention | ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~ VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |

| **Customer Number** | 021971 |
| **Email Address** | patentdocket@wsgr.com    [Add Email] [Remove Email] |

## Application Information:

| **Title of the Invention** | ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~ VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | | |
| **Attorney Docket Number** | 47956-702.301 | **Small Entity Status Claimed** | ☐ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 10 | **Suggested Figure for Publication (if any)** | |

## Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
| | | |

## Publication Information:

| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
| Customer Number | 021971 | | |

PAR-VASO-0008363

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
| | Application Number | 14/717,877 |

| Title of Invention | ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~ | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
| --- | --- | --- | --- |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation of | 14610499 | 2015-01-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.    | Add |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) [i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
| --- | --- | --- | --- |
| Application Number | Country [i] | Filing Date (YYYY-MM-DD) | Access Code [j] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.    | Add |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.<br>NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |

PAR-VASO-0008364

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
| | Application Number | 14/717,877 |

| Title of Invention | ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~ | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |

# Authorization to Permit Access:

| ☒ Authorization to Permit Access to the Instant Application by the Participating Offices |
| --- |
| If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application. <br><br> In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application. <br><br> In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization. |

# Applicant Information:

| Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office. |
| --- |

| **Applicant   1** | Remove |
| --- | --- |
| If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section. |

| | Clear |

| ⦿ Assignee | ◯ Legal Representative under  35 U.S.C. 117 | ◯ Joint Inventor |
| --- | --- | --- |
| ◯ Person to whom the inventor is obligated to assign. | ◯ Person who shows sufficient proprietary interest | |

| If applicant is the legal representative, indicate the authority to file the patent application, the inventor is: |
| --- |
| |

| Name of the Deceased or Legally Incapacitated Inventor : | |
| --- | --- |
| If the Applicant is an Organization check here.        ☒ | |
| Organization Name | Par Pharmaceutical, Inc. |

PAR-VASO-0008365

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
| | Application Number | 14/717,877 |
| Title of Invention | ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~ | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |

**Mailing Information For Applicant:**

| **Address 1** | One Ram Ridge Road | | |
| **Address 2** | | | |
| **City** | Spring Valley | **State/Province** | NY |
| **Country** i | US | Postal Code | 10977 |
| **Phone Number** | | **Fax Number** | |
| **Email Address** | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.  | Add |

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee    1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| Remove |

If the Assignee or Non-Applicant Assignee is an Organization check here.  ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
| --- | --- | --- | --- | --- |
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | | | |
| **Address 2** | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| **Phone Number** | | **Fax Number** | |
| **Email Address** | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.  | Add |

PAR-VASO-0008366

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.301 |
|---|---|---|
| | Application Number | 14/717,877 |
| Title of Invention | ~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~ VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |

## Signature:

Remove

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Signature | /Craig Kenesky/ | | | Date (YYYY-MM-DD) | 2015-11-24 |
|---|---|---|---|---|---|
| First Name | Craig | Last Name | Kenesky | Registration Number | 65,256 |

| Additional Signature may be generated within this form by selecting the Add button. | Add |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PAR-VASO-0008367

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0008368

# CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Matthew Kenney | Nonprovisional Application Number (if known): | 14717877 |
|---|---|---|---|
| Title of Invention: | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

   **I.** ☐ **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i. (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii. An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   **II.** ☑ **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i. A request for continued examination has been filed with, or prior to, this form.
   ii. If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv. This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v. No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature | /Craig S. Kenesky/ | Date | November 24, 2015 |
|---|---|---|---|
| Name (Print/Typed) | Craig S. Kenesky | Practitioner Registration Number | 65256 |

**_Note:_** _This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.*_

☑ *Total of _1_ forms are submitted.

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0008370

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14717877 |
| **Filing Date:** | 20-May-2015 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Craig Scott Kenesky |
| **Attorney Docket Number:** | 47956-702.301 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Request for Prioritized Examination | 1817 | 1 | 4000 | 4000 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| PROCESSING FEE, EXCEPT PROV. APPLS. | 1830 | 1 | 140 | 140 |
| **Petition:** | | | | |
| Petition fee- 37 CFR 1.17(h) (Group III) | 1464 | 1 | 140 | 140 |
| **Patent-Appeals-and-Interference:** | | | | |

PAR-VASO-0008371

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| Request for Continued Examination | 1801 | 1 | 1200 | 1200 |
| **Total in USD ($)** | | | | **5480** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 24184736 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Craig Scott Kenesky |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 24-NOV-2015 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 18:17:36 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $5480 |
| RAM confirmation Number | 6132 |
| Deposit Account | 232415 |
| Authorized User | KENESKY, CRAIG S |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0008373

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | PAR_47956-_702_301_RCE.pdf | 1350195<br>5bfb1494abe9d6eeee749c84f39b7b8bc9a50c0d | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | | PAR_47956-_702_301_FOAResponseWRCE.pdf | 52445<br>5126982e1339b27d0da18f41e3fc7254e62d586c | yes | 9 |

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| | Document Description | Start | End |
| | Amendment Submitted/Entered with Filing of CPA/RCE | 1 | 1 |
| | Claims | 2 | 4 |
| | Applicant Arguments/Remarks Made in an Amendment | 5 | 9 |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Affidavit-Rule 130(a)-AIA (FITF) ONLY | PAR_47956_702_301_130Declaration_Kannan_executed.pdf | 222543<br>62edbbd722ffb60477a7d1291e04a21ac549e2f | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Affidavit-Rule 130(a)-AIA (FITF) ONLY | PAR_47956_702_301_130Declaration_Bonomi_executed.pdf | 171431<br>20c6a85d3c8bd3e5f072a4b52e9a25248Be65998 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Request under Rule 48 correcting inventorship | PAR_47956_702_301_Reqforcorrectedinventorship.pdf | 29908<br>1a42eb7be588d28168fc9fb239007e50f7804251 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Application Data Sheet | PAR_47956_702_301_UpdatedADS.pdf | 652697<br>6f7cd01a4b78724886858387c3f0d7ff443c448 | no | 8 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 7 | TrackOne Request | PAR_47956_702_301_RequestforPrioritizedExamination.pdf | 114273<br>f60b721c59e2f9f5773a8bc296b89236df87de76 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 8 | Fee Worksheet (SB06) | fee-info.pdf | 37861<br>5a8de4c7d1addfaec76b2ab71a10f6800e2f0345 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | Total Files Size (in bytes): | | 2631353 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0008375

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (07-14)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# REQUEST FOR CONTINUED EXAMINATION(RCE)TRANSMITTAL
## (Submitted Only via EFS-Web)

| Application Number | 14717877 | Filing Date | 2015-05-20 | Docket Number (if applicable) | 47956-702.301 | Art Unit | 1672 |
|---|---|---|---|---|---|---|---|
| First Named Inventor | Matthew Kenney | | | Examiner Name | BRADLEY, CHRISTINA | | |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, to any international application that does not comply with the requirements of 35 U.S.C. 371, or to any design application. The Instruction Sheet for this form is located at WWW.USPTO.GOV.

### SUBMISSION REQUIRED UNDER 37 CFR 1.114

Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

    ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

    ☐ Other _____

☒ Enclosed

    ☒ Amendment/Reply

    ☐ Information Disclosure Statement (IDS)

    ☐ Affidavit(s)/ Declaration(s)

    ☒ Other _____ 1.130(a) Declaraion of VINAYAGAM KANNAN and MICHELLE BONOMI-HUVALA; Track one request

### MISCELLANEOUS

☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of months _____ (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

☐ Other _____

### FEES

**The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.**
☒ The Director is hereby authorized to charge any underpayment of fees, or credit any overpayments, to Deposit Account No _232415_____

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

☒ Patent Practitioner Signature
☐ Applicant Signature

PAR-VASO-0008376

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (07-14)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Signature of Registered U.S. Patent Practitioner | | | |
|---|---|---|---|
| Signature | /Craig S. Kenesky/ | Date (YYYY-MM-DD) | 2015-11-24 |
| Name | Craig S. Kenesky | Registration Number | 65256 |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0008377

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0008378

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) Group Art Unit: 1675 |
| | ) |
| Matthew Kenney | ) Examiner: Christina Bradley |
| | ) |
| Application No.:  14/717,877 | ) Confirmation No.:  1722 |
| | ) |
| Filed:  May 20, 2015 | ) Customer No.:  21971 |
| | ) |
| For:   VASOPRESSIN FORMULATIONS | ) |
| FOR USE IN TREATMENT | ) |
| OF HYPOTENSION | ) |
| | ) |

## RESPONSE TO FINAL OFFICE ACTION AND REQUEST FOR CONTINUED EXAMINATION

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

Madam:

 This communication is in response to the Office Action dated October 21, 2015 (the "Office Action").  The shortened statutory period for reply expires on January 21, 2016. Accordingly, this response is timely filed.

 **Amendments to the Claims** begin on page **2** of this paper.

 **Remarks** begin on page **5** of this paper.

 **Conclusion** begins on page **9** of this paper.

7869837

# AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in this application. The following amendments do not constitute an admission regarding the patentability of the amended subject matter and should not be so construed. Applicant reserves the right to pursue the subject matter of the canceled claims in this or any other appropriate patent application.

**Listing of claims:**

1-15. (Canceled)

16. (Previously Presented) A method of increasing blood pressure in a human in need thereof, the method comprising:

a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6;

b) storing the unit dosage form at 2-8 °C; and

c) administering the unit dosage form to the human;

wherein:

the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and

the human is hypotensive.

17. (Previously Presented) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 2 in an amount of about 0.01% after storage for about 4 weeks at 2-8 °C.

18. (Previously Presented) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 3 in an amount of about 0.01% after storage for about 4 weeks at 2-8

PAR-VASO-0008380

°C.

19. (Previously Presented) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 4 in an amount of about 0.01% after storage for about 4 weeks at 2- 8 °C.

20. (Previously Presented) The method of claim 16, wherein the human's mean arterial blood pressure is increased within 15 minutes of administration.

21. (Previously Presented) The method of claim 16, wherein the human's hypotension is associated with vasodilatory shock.

22. (Previously Presented) The method of claim 21, wherein the vasodilatory shock is post-cardiotomy shock.

23. (Previously Presented) The method of claim 22, wherein the administration provides to the human from about 0.03 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

24. (Previously Presented) The method of claim 21, wherein the vasodilatory shock is septic shock.

25. (Previously Presented) The method of claim 24, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

26. (Previously Presented) The method of claim 16, the method further comprising attaining a target blood pressure in the human and continuing the administration for a period of about 8

PAR-VASO-0008381

hours.

27. (Previously Presented) The method of claim 26, the method further comprising, after the period of about 8 hours, reducing the administration by about 0.005 units per minute.

28. (Previously Presented) The method of claim 16, the method further comprising reaching a target increase in blood pressure of the human, wherein if the target increase in blood pressure is not attained, the administration is increased by about 0.005 units per minute at 10-15 minute intervals until the target increase in blood pressure is attained.

<u>29</u> [[30]]. (Currently Amended) The method of claim 1, wherein the unit dosage form is stored at about 5 °C.

PAR-VASO-0008382

## REMARKS

Claims 16-28 and 30 were pending prior to entry of the amendments. Applicant thanks the Examiner for pointing out the error in the numbering of claim 30. *Office Action*, page 2. Accordingly, claim 30 has been renumbered to claim 29 to correct the typographical error in the numbering of the claims. This edit is the only amendment to claim 29. No new matter is added.

Accordingly, claims 16-29 are pending and submitted for the Examiner's consideration and approval. Reconsideration is respectfully requested in light of the following remarks.

## Interview Summary.

Applicant thanks the Examiner for the telephonic interview of November 24, 2015 attended by Examiner Christina Bradley, and Craig Kenesky and Trisha Agrawal, Applicant's legal representatives. Declarations under 37 C.F.R. § 1.130(a) were presented, which described that the disclosure of the cited reference was obtained from the inventors of the present application. The exception under 35 U.S.C. § 102(b)(1)(A) was discussed. Submission of terminal disclaimers to obviate the double patenting rejections was also discussed.

## Terminal Disclaimers.

Applicant submits herewith terminal disclaimers to obviate the double patenting rejections as described below.

## Correction of Inventorship.

Applicant submits herewith a request for corrected inventorship under 37 C.F.R. § 1.48 and an updated Application Data Sheet to reflect the change in inventorship.

## Claim Rejections- 35 USC § 102/103.

Claims 16-29 are rejected under 35 U.S.C. § 102(a)(l) as allegedly anticipated by or, in the alternative, under 35 U.S.C. § 103 as allegedly obvious over the FDA Label for Vasostrict® (Published 4/2014; "the Label"). Applicant submits that the Label is not prior art against the present invention.

35 U.S.C. § 102(b) states, in relevant part:

PAR-VASO-0008383

(1) DISCLOSURES MADE 1 YEAR OR LESS BEFORE THE EFFECTIVE FILING DATE OF THE CLAIMED INVENTION.—A disclosure made 1 year or less before the effective filing date of a claimed invention shall not be prior art to the claimed invention under subsection (a)(1) if—

(A) the disclosure was made by . . . another who obtained the subject matter disclosed directly or indirectly from the inventor or a joint inventor . . . .

Applicant submits that the Label is not prior art because the Label was disclosed less than one year prior to the effective filing date by another who obtained the disclosed subject matter directly or indirectly from the joint inventors. Applicant submits that the FDA is "another" in the words of 35 U.S.C. § 102(b)(1).

The disclosure was made 1 year or less before the effective filing date of the claimed invention.

The Label was published in April of 2014, which is less than one year prior to the effective filing date of the present application. This application was filed as continuation of an application filed on January 30, 2015. Thus, the Label is a disclosure made less than one year before the effective filing date of the claimed invention, as required under 35 U.S.C. 102 § 102(b)(1).

The disclosure was made by another who obtained the subject matter disclosed directly or indirectly from the inventor or a joint inventor.

In response to the Final Office Action dated October 21, 2015, Inventor Vinayagam Kannan ("V. Kannan"), and Senior Vice President, Regulatory Affairs at Par Pharmaceutical, Inc. ("PAR PHARM"), Michelle Bonomi-Huvala ("M. Bonomi-Huvala"), have filed declarations under 37 C.F.R. § 1.130(a) ("Kannan" and "Bonomi-Huvala," respectively) describing how the FDA obtained the subject matter of the Label from the inventors of the present application. The declarations describe that V. Kannan provided the subject matter of the claims to the regulatory department at Par Sterile Products, LLC ("PAR STERILE"). Under the direction of M. Bonomi-Huvala, a member of the regulatory department submitted the details of the joint invention to the FDA.

V. Kannan is a senior scientist at PAR PHARM, , the assignee of the present application. *Kannan*, paragraph 1. At the time of the invention, V. Kannan was employed by PAR STERILE,

PAR-VASO-0008384

which is a wholly-owned subsidiary of PAR PHARM. *Kannan*, paragraph 2. As described in Kannan, the Label indicates that Vasostrict® is manufactured by Par Pharmaceutical Companies, Inc. ("PAR CO"). *Kannan*, paragraph 5. PAR PHARM is a wholly-owned subsidiary of PAR CO. *Kannan*, paragraph 2. Kannan states that as part of V. Kannan's employment at PAR STERILE, V. Kannan developed pharmaceutical products on behalf of PAR CO. *Kannan*, paragraph 5.

Kannan states that the subject matter of the currently-pending claims was jointly invented by V. Kannan and Matthew Kenney, the other named inventor of the present application, while employed at PAR STERILE. *Kannan*, paragraph 6. V. Kannan forwarded the details of the joint invention to the regulatory department of PAR STERILE. *Kannan*, paragraph 6. Kannan describes that one of the functions performed by the regulatory department at PAR STERILE is the submission of regulatory filings to the FDA. *Kannan*, paragraph 6. As described in Kannan, the regulatory department at PAR STERILE submitted the details of the joint invention to the FDA in filings directed toward regulatory approval of the Vasostrict® product manufactured by PAR CO. *Kannan*, paragraph 6.

As described in Kannan, the Label discloses part of the subject matter of the claims, including a method of increasing blood pressure in a hypotensive human. The Label recites that, "[v]asostrict is indicated to increase blood pressure in adults with vasodilatory shock who remain hypotensive . . . ." *Label*, page 1 (parentheticals omitted). The Label further recites a pharmaceutical composition for intravenous administration having 20 units of vasopressin per mL . . . ." *Label*, page 3. The Label further recites that the vasopressin formulation comprises "chlorobutanol [and] Water for Injection, USP adjusted with acetic acid to pH 3.4 – 3.6." *Label*, page 6. The Label recites the infusion rate of the claim by stating that "[f]or post-cardiotomy shock start with a dose of 0.03 units/minute. For septic shock, start with a dose of 0.01 units/minute." *Label*, page 3. The Label recites refrigeration of the diluted vasopressin for up to 24 hours. *Label*, page 1. Kannan states that the FDA obtained this information from V. Kannan and Matthew Kenney, as they invented this subject matter. *Kannan,* paragraph 7.

Bonomi-Huvala describes the direction and oversight of regulatory filings to the FDA on behalf of PAR CO and subsidiaries thereof, including PAR STERILE. *Bonomi-Huvala*, paragraph 3. Bonomi-Huvala describes that as part of the inventors' employment responsibilities, the inventors forwarded the details of the joint invention to the regulatory department, which falls

PAR-VASO-0008385

under the supervision of M. Bonomi-Huvala. *Bonomi-Huvala*, paragraph 6. Bonomi-Huvala describes that upon receiving the details of the joint invention, and at M. Bonomi-Huvala's direction, a member of the regulatory department submitted the details of the joint invention to the FDA in filings directed toward regulatory approval of the Vasostrict® product manufactured by PAR CO. *Bonomi-Huvala*, paragraph 6.

The FDA obtained the subject matter disclosed in the Label directly from a member of the regulatory department at PAR STERILE, who obtained the subject matter directly from the inventors. *Bonomi-Huvala*, paragraph 7 and *Kannan*, paragraph 8. Thus, the FDA obtained the subject matter recited in the Label from the inventors.

Applicant submits that the Label is not prior art under 35 U.S.C. § 102(a)(1) against the present invention based on the exception of 35 U.S.C. § 102(b)(1)(A). The disclosure was made by another (the FDA) less than one year before the effective filing date of the claimed invention. The FDA obtained the subject matter of the Label from the regulatory team at PAR STERILE, who received the subject matter from the inventors of the present application. Thus, the Label satisfies the provisions of 35 U.S.C. § 102(b)(1)(A). Applicant respectfully requests withdrawal of the rejection because the claims have not been rejected over any eligible prior art.

**<u>Double Patenting.</u>**

Claims 16-29 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 16-27 of copending Application No. 14/717,882 in view of the Label. Applicant submits herewith a terminal disclaimer over copending Application No. 14/717,882. Applicant respectfully requests withdrawal of the rejection.

Claims 16-29 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1, 6-14, and 16 of copending Application No. 14/610,499 in view of the Label. Applicant submits herewith a terminal disclaimer over copending Application No. 14/610,499. Applicant respectfully requests withdrawal of the rejection.

PAR-VASO-0008386

## CONCLUSION

This paper fully addresses the rejections raised in the Office Action mailed October 21, 2015. The present application is now in condition for allowance and Applicant respectfully requests that the Examiner expedite the prosecution of this patent application to issuance. Should the Examiner have any questions, the Examiner is encouraged to telephone the undersigned at (212) 497-7767.

The Commissioner is authorized to charge any underpayment or credit any overpayment to Deposit Account No. 23-2415 (Attorney Docket No. 47956-702.301) for any matter in connection with this response, including any fee for extension of time, which may be required.

Respectfully submitted,

Date: __November 24, 2015_____     By: ___/Craig S. Kenesky/_____

Craig S. Kenesky, Ph.D., J.D.
Registration No. 65,256

**WILSON SONSINI GOODRICH & ROSATI**
A Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone No.: (650) 493-9300
Facsimile No.: (650) 493-6811

PAR-VASO-0008387

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) Group Art Unit: 1675 |
| | ) |
| Matthew Kenney | ) Examiner: Christina Bradley |
| | ) |
| Application No.: 14/717,877 | ) Confirmation No.: 1722 |
| | ) |
| Filed: May 20, 2015 | ) Customer No.: 21971 |
| | ) |
| For: VASOPRESSIN FORMULATIONS | ) |
| FOR USE IN TREATMENT | ) |
| OF HYPOTENSION | ) |
| | ) |

## DECLARATION UNDER 37 CFR §1.130(a) BY
## INVENTOR VINAYAGAM KANNAN

I, Vinayagam Kannan, residing at Morris Plains, New Jersey, hereby declare that:

### I. Background.

1.      I am Senior Scientist, Formulation Research and Development at Par Pharmaceutical, Inc. ("PAR PHARM"), the assignee of above-referenced U.S. Application No. 14/717,877 (the "'877 application").

2.      At the time of the invention, I was employed by Par Sterile Products, LLC ("PAR STERILE"), which is wholly-owned subsidiary of Par Pharmaceutical, Inc. ("PAR PHARM"). PAR PHARM is a wholly-owned subsidiary of Par Pharmaceutical Companies, Inc. ("PAR CO").

3.      I am an inventor of the '877 Application and I am familiar with the contents and the pending claims.

4.      I have reviewed the Final Office Action of October 21st, 2015 (the "Office Action"). As I understand, the Office Action alleges that the FDA label for Vasostrict® (the

1

PAR-VASO-0008388

"Label") qualifies as prior art against the pending claims under 35 U.S.C. § 102(a)(1).

**II. The Label recites subject matter that the FDA obtained either directly or indirectly from joint inventors of the '877 application.**

5.      The Label indicates that Vasostrict® is manufactured by PAR CO. *Label*, page 8. As part of my employment at PAR PHARM (and my former employment at PAR STERILE), I develop pharmaceutical products on behalf of PAR CO.

6.      I jointly invented the subject matter of the currently-pending claims of the '877 Application with Matthew Kenney, the other named inventor of currently-pending claims of the '877 Application, while employed at PAR STERILE. Matthew Kenney and I invented the subject matter of the Label that is cited in the Office Action. As part of my responsibilities, I forwarded the details of the joint invention to the regulatory department of PAR STERILE. As I understand, one of the functions performed by the regulatory department at PAR STERILE is the submission of regulatory filings to the FDA. My understanding is that the regulatory department at PAR STERILE submitted the details of the joint invention to the FDA in the filings directed toward regulatory approval of the Vasostrict® product manufactured by PAR CO.

7.      The Label discloses part of the subject matter of the claims, including a method of increasing blood pressure in a hypotensive human. The Label recites that, "[v]asostrict is indicated to increase blood pressure in adults with vasodilatory shock who remain hypotensive . . . ." *Label*, page 1 (parentheticals omitted). The Label further recites a pharmaceutical composition for intravenous administration having 20 units of vasopressin per mL . . . ." *Label*, page 3. The Label further recites that the vasopressin formulation comprises "chlorobutanol [and] Water for Injection, USP adjusted with acetic acid to pH 3.4 – 3.6." *Label*, page 6. The Label recites the infusion rate of the claim by stating that "[f]or post-cardiotomy shock start with a dose of 0.03 units/minute. For septic shock, start with a dose of 0.01 units/minute." *Label*, page 3. The Label recites refrigeration of the diluted vasopressin for up to 24 hours. *Label*, page 1. The FDA obtained this information from me and Matthew Kenney, as we invented this subject matter.

8.      The FDA obtained the subject matter disclosed in the Label directly from the

2

PAR-VASO-0008389

regulatory department of PAR STERILE, who obtained the subject matter directly from the inventors. Thus, the FDA indirectly obtained the subject matter disclosed in the Label from the inventors.

9. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that any willful false statements and the like so made are punishable by fine or imprisonment of not more than five (5) years, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent(s) issuing therefrom.

_____          24 Nov 2015
Vinayagam Kannan                                    Date

3

PAR-VASO-0008390

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: ) | Group Art Unit: 1675 |
| ) | |
| Matthew Kenney ) | Examiner: Christina Bradley |
| ) | |
| Application No.: 14/717,877 ) | Confirmation No.: 1722 |
| ) | |
| Filed: May 20, 2015 ) | Customer No.: 21971 |
| ) | |
| For: VASOPRESSIN FORMULATIONS ) | |
| FOR USE IN TREATMENT ) | |
| OF HYPOTENSION ) | |

## DECLARATION UNDER 37 CFR §1.130(a) BY
## MICHELLE BONOMI-HUVALA

I, Michelle Bonomi-Huvala, residing at Chester, New York, hereby declare that:

## I. Background.

1.      I am Senior Vice President, Regulatory Affairs at Par Pharmaceutical, Inc. ("PAR PHARM"), the assignee of above-referenced U.S. Application No. 14/717,877 (the "'877 application").

2.      Par Sterile Products, LLC ("PAR STERILE") is a wholly-owned subsidiary of PAR PHARM. PAR PHARM is a wholly-owned subsidiary of Par Pharmaceutical Companies, Inc. ("PAR CO").

3.      In my position at PAR PHARM, I direct and oversee regulatory filings to the FDA on behalf of PAR CO and its subsidiaries, including PAR STERILE.

4.      I have reviewed the Final Office Action of October 21st, 2015 (the "Office Action"). As I understand, the Office Action alleges that the FDA label for Vasostrict$^{®}$ (the "Label") qualifies as prior art against the pending claims under 35 U.S.C. § 102(a)(1).

1

**II. The Label recites subject matter that the FDA obtained either directly or indirectly from joint inventors of the '877 application.**

5. As I understand, the subject matter of the currently-pending claims of the '877 Application were jointly invented by Matthew Kenney and Vinayagam Kannan, while the inventors were employed at PAR STERILE.

6. As part of the inventors' employment responsibilities, the inventors forwarded the details of the joint invention to my department. One of the functions performed by my department is the submission of regulatory filings to the FDA. Upon receiving the details of the joint invention and at my direction, a member of my department submitted the details of the joint invention to the FDA in the filings directed toward regulatory approval of the Vasostrict® product manufactured by PAR CO.

7. The FDA obtained the subject matter disclosed in the Label directly from a member of my department, who obtained the subject matter directly from the inventors. Thus, the FDA obtained the subject matter recited in the Label from the inventors.

8. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that any willful false statements and the like so made are punishable by fine or imprisonment of not more than five (5) years, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent(s) issuing therefrom.

_Michelle Bonomi-Huvala_                     _11/24/2015_

Michelle Bonomi-Huvala                                    Date

PAR-VASO-0008392

| Electronic Petition Request | **TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE PATENTING REJECTION OVER A PENDING "REFERENCE" APPLICATION** |
|---|---|
| Application Number | 14717877 |
| Filing Date | 20-May-2015 |
| First Named Inventor | Matthew Kenney |
| Attorney Docket Number | 47956-702.301 |
| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |

☒ Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action

☒ This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent Interest |
|---|---|
| PAR PHARMACEUTICAL, INC. | 100% |

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application Number(s)

14717882    filed on  05/20/2015
14610499    filed on  01/30/2015

as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the reference application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on said reference application, "as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application," in the event that any such patent granted on the pending reference application: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

◉ Terminal disclaimer fee under 37 CFR 1.20(d) is included with Electronic Terminal Disclaimer request.

PAR-VASO-0008393

○    I certify, in accordance with 37 CFR 1.4(d)(4), that the terminal disclaimer fee under 37 CFR 1.20(d) required for this terminal disclaimer has already been paid in the above-identified application.

Applicant claims the following fee status:

○    Small Entity

○    Micro Entity

⦿    Regular Undiscounted

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

THIS PORTION MUST BE COMPLETED BY THE SIGNATORY OR SIGNATORIES

I certify, in accordance with 37 CFR 1.4(d)(4) that I am:

⦿    An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

      Registration Number    65256

○    A sole inventor

○    A joint inventor; I certify that I am authorized to sign this submission on behalf of all of the inventors as evidenced by the power of attorney in the application

○    A joint inventor; all of whom are signing this request

| Signature | /CRAIG S. KENESKY/ |
|-----------|---------------------|
| Name | Craig S. Kenesky |

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

PAR-VASO-0008394

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14717877 |
| **Filing Date:** | 20-May-2015 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Craig Scott Kenesky |
| **Attorney Docket Number:** | 47956-702.301 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Statutory or Terminal Disclaimer | 1814 | 1 | 160 | 160 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

PAR-VASO-0008395

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| **Total in USD ($)** | | | **160** | |

Doc Code: DISQ.E.FILE
Document Description: Electronic Terminal Disclaimer – Approved

Application No.: 14717877

Filing Date: 20-May-2015

Applicant/Patent under Reexamination: Kenney et al.

Electronic Terminal Disclaimer filed on November 24, 2015

☒ APPROVED

**This patent is subject to a terminal disclaimer**

☐ DISAPPROVED

Approved/Disapproved by: Electronic Terminal Disclaimer automatically approved by EFS-Web

U.S. Patent and Trademark Office

PAR-VASO-0008397

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 24178560 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew  Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Craig Scott Kenesky |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 24-NOV-2015 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 18:22:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $160 |
| RAM confirmation Number | 6179 |
| Deposit Account | 232415 |
| Authorized User | KENESKY, CRAIG S |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0008398

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Electronic Terminal Disclaimer-Filed | eTerminal-Disclaimer.pdf | 36613<br>6aed850fb2d690ad9c43781e4338bf31ea6888f7 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30525<br>39d6efa0527c909323ea723f85387a566b1f50a7 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 67138 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

### New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

### National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

### New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0008399

Document code: WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date: 12/01/2015

MTEKLEMI     SALE  #00000001     Mailroom Dt:  11/24/2015     232415   14717877
                  01     FC : 1830              140.00  DA
                  02     FC : 1819              600.00  DA

PAR-VASO-0008400

Document code: WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date: 12/01/2015

MTEKLEMI      ADJ #00000001      Mailroom Dt: 11/24/2015
                Seq No:      6132    Sales Acctg Dt: 11/25/2015   232415   14717877
                03   FC : 1464                 140.00  CR

PAR-VASO-0008401

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/717,877 | Filing Date<br>05/20/2015 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **11/24/2015** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 14 | Minus | ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|
| **AMENDMENT** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/CORALIA BETANCOURT/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0008402



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

21971          7590          11/30/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/30/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0008403

| **Applicant-Initiated Interview Summary** | **Application No.** | **Applicant(s)** |
|---|---|---|
| | 14/717,877 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** | |
| | CHRISTINA BRADLEY | 1675 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *CHRISTINA BRADLEY*.        (3)_____.

(2) *CRAIG KENESKY*.        (4)_____.

Date of Interview: *24 November 2015*.

Type:    ☒ Telephonic    ☐ Video Conference
☐ Personal [copy given to: ☐ applicant    ☐ applicant's representative]

Exhibit shown or demonstration conducted:    ☐ Yes    ☒ No.
If Yes, brief description: _____.

Issues Discussed    ☐101 ☐112 ☐102 ☐103 ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _____.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

*See Continuation Sheet*.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| /CHRISTINA BRADLEY/ Primary Examiner, Art Unit 1675 | |
|---|---|

PAR-VASO-0008404

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
–  An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
(The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

PAR-VASO-0008405

 Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:

Prior to the interview, Applicant sent two unexecuted declarations under 37 CFR 1.30(a) by facsimile regarding the FDA Vasostrict reference cited in the Final Rejection mailed 10/21/2015.

The Examiner stated that the declaration by Inventor Vinayagam Kannan clearly provides a reasonable explanation of how the subject matter in the reference was transferred by the Inventors to the FDA, thus explaining the presence of the FDA as an author of the reference. The Examiner recommended amending paragraph 7 to include a reference to all of the subject matter from the FDA reference relied upon in the rejection and an unequivocal statement that one or more joint inventors invented all of the subject matter relied upon, if possible. Applicant's representative asserted that the Inventor is responsible for all of the subject matter in the FDA reference and would be able to make this statement.

The Examiner stated that no changes to the declaration by Michelle Bonomi-Huvala are needed but that this declaration would not be persuasive in the absence of the declaration by Inventor Vinayagam Kannan.

Applicant's representative asked if the declaration, if successful to disqualify the FDA reference, would overcome the double patenting rejections. The Examiner stated that this would require further consideration. Applicant's representative stated that terminal disclaimers would be filed .

**PAR-VASO-0008406**



Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

**Date:** 2015-11-20 17:08:17 PST

**Fax:** 15712739044

**From:** Kenesky, Craig

**Subject:** US 14/717,877  ‖  Materials for telephonic interview of November 24 at 1:00 pm

Hi Examiner Bradley,

Attached are unexecuted draft declarations for our interview on Tuesday.  These 130 declarations explain how the FDA obtained the subject matter of the cited reference from the inventors.

I consent to receive correspondence by email if you need to send me anything.

Best,
Craig

Craig S. Kenesky, Ph.D.
Wilson, Sonsini, Goodrich & Rosati PC
1301 Avenue of the Americas | New York, NY 10019-6022
212-497-7767 Phone | 212-999-5899 Fax
ckenesky@wsgr.com<mailto:ckenesky@wsgr.com> | http://www.wsgr.com<http://www.wsgr.com/>

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**Austin**
900 South Capital of Texas Hwy
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Ph 512-338-5400
Fx 512-338-5499

**Beijing**
Unit 2901, 29F, Tower C
Beijing Yintai Centre
No. 2 Jianguomenwai Avenue
Chaoyang District, Beijing 100022
People's Republic of China
Ph +86 10 6529 8300
Fx +86 10 6529 8399

**Brussels**
Rue Montoyer 47
1000 Brussels, Belgium
Ph +32 (0)2 274 57 00
Fx +32 (0)2 274 57 99

**Georgetown, DE**
Eight West Laurel Street
Georgetown, DE 19947
Ph 302-856-4235
Fx 866-974-7329

**Hong Kong**
Unit 1001
10/F Henley Building
5 Queen's Road Central
Hong Kong
Ph +852 3972 4988
Fx +852 3972 4999

**New York**
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
Ph 212-999-5800
Fx 212-999-5899

**Palo Alto**
650 Page Mill Road
Palo Alto, CA 94304-1050
Ph 650-493-9300
Fx 650-493-6811

**San Diego**
12235 El Camino Real
Suite 200
San Diego, CA 92130-3002
Ph 858-350-2300
Fx 858-350-2399

**San Francisco**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Ph 415-947-2000
Fx 415-947-2099

**Seattle**
701 Fifth Avenue
Suite 5100
Seattle, WA 98104-7036
Ph 206-883-2500
Fx 206-883-2699

**Shanghai**
Jin Mao Tower
38F, Unit 01
88 Century Boulevard
Pudong, Shanghai 200121
People's Republic of China
Ph +86 21 6165 1700
Fx +86 21 6165 1799

**Washington, DC**
1700 K Street NW, Fifth Floor
Washington, DC 20006-3817
Ph 202-973-8800
Fx 202-973-8899

This fax may contain confidential and privileged material for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited.
If you are not the intended recipient please contact the sender and destroy all copies

"Entire Transmission Copyright © 2013 Wilson Sonsini Goodrich & Rosati. All Rights Reserved."

1288573218.1 rtf (959)

**PAGE 1/6** * RCVD AT 11/20/2015 8:13:21 PM [Eastern Standard Time] * SVR:W-PTOFAX-001/15 * DNIS:2739044 * CSID:Wilson Sonsini Goodr * DURATION (mm-ss):04-24

**PAR-VASO-0008407**

Attorney Docket No.: 47956-702.301

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: ) | Group Art Unit: 1675 |
| ) | |
| Matthew Kenney ) | Examiner: Christina Bradley |
| ) | |
| Application No.: 14/717,877 ) | Confirmation No.: 1722 |
| ) | |
| Filed:  May 20, 2015 ) | Customer No.: 21971 |
| ) | |
| For: PEPTIDE CONGENERS WITH ) | |
| POLYMER EXCIPIENTS ) | |

## DECLARATION UNDER 37 CFR §1.130(a) BY
## INVENTOR VINAYAGAM KANNAN

I, Vinayagam Kannan, residing at Morris Plains, New Jersey, hereby declare that:

### I. Background.

1.     I am Senior Scientist, Formulation Research and Development at Par Pharmaceutical, Inc. ("PAR PHARM"), the assignee of above-referenced U.S. Application No. 14/717,877 (the "'877 application").

2.     At the time of the invention, I was employed by Par Sterile Products, LLC ("PAR STERILE"), which is a wholly-owned subsidiary of Par Pharmaceutical, Inc. ("PAR PHARM"). PAR PHARM is a wholly-owned subsidiary of Par Pharmaceutical Companies, Inc. ("PAR CO").

3.     I am an inventor of the '877 Application and I am familiar with the contents and the pending claims.

4.     I have reviewed the Final Office Action of October 21st, 2015 (the "Office Action"). As I understand, the Office Action alleges that the FDA label for Vasostrict® (the "Label") qualifies as prior art against the pending claims under 35 U.S.C. § 102(a)(1).

1

PAR-VASO-0008408

**II. The Label recites subject matter that the FDA obtained either directly or indirectly from joint inventors of the '877 application.**

5.    The Label indicates that Vasostrict® is manufactured by PAR CO. *Label*, page 8. As part of my employment at PAR PHARM (and my former employment at PAR STERILE), I currently develop and had developed pharmaceutical products on behalf of PAR CO.

6.    I jointly invented the subject matter of the currently-pending claims of the '877 Application with Matthew Kenney, the other named inventor of currently-pending claims of the '877 Application, while employed at PAR STERILE. As part of my responsibilities, I forwarded the details of the joint invention to the regulatory team at PAR STERILE. As I understand, one of the functions performed by the regulatory team at PAR STERILE is the submission of regulatory filings to the FDA. My understanding is that the regulatory team at PAR STERILE submitted the details of the joint invention to the FDA in the filings directed toward regulatory approval of the Vasostrict® product manufactured by PAR CO.

7.    The Label discloses part of the subject matter of the claims, including a method of increasing blood pressure in a hypotensive human. The Label recites that, "[v]asostrict is indicated to increase blood pressure in adults with vasodilatory shock who remain hypotensive . . . ." *Label*, page 1 (parentheticals omitted). The Label further recites a pharmaceutical composition for intravenous administration having 20 units of vasopressin per mL . . . ." *Label*, page 3. The Label further recites that the vasopressin formulation comprises "chlorobutanol [and] Water for Injection, USP adjusted with acetic acid to pH 3.4 – 3.6." *Label*, page 6. The Label recites the infusion rate of the claim by stating that "[f]or post-cardiotomy shock start with a dose of 0.03 units/minute. For septic shock, start with a dose of 0.01 units/minute." *Label*, page 3. The FDA obtained this information from me and the other joint inventors.

8.    The FDA obtained the subject matter disclosed in the Label directly from the regulatory team at PAR STERILE, who obtained the subject matter directly from the inventors. Thus, the FDA obtained the subject matter disclosed in the Label from the inventors.

9.    I hereby declare that all statements made herein of my own knowledge are true and

2

PAR-VASO-0008409

that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that any willful false statements and the like so made are punishable by fine or imprisonment of not more than five (5) years, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent(s) issuing therefrom.



----------------------------------------               ----------------------------------------

     Vinayagam Kannan                                Date

PAGE 4/6 * RCVD AT 11/20/2015 8:13:21 PM [Eastern Standard Time] * SVR:W-PTOFAX-001/15 * DNIS:2739044 * CSID:Wilson Sonsini Goodr * DURATION (mm-ss):04-24

PAR-VASO-0008410

Attorney Docket No.: 47956-702.301

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) Group Art Unit: 1675 |
| | ) |
| Matthew Kenney | ) Examiner: Christina Bradley |
| | ) |
| Application No.: 14/717,877 | ) Confirmation No.: 1722 |
| | ) |
| Filed: May 20, 2015 | ) Customer No.: 21971 |
| | ) |
| For: PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS | ) |

## DECLARATION UNDER 37 CFR §1.130(a) BY
## MICHELLE BONOMI-HUVALA

I, Michelle Bonomi-Huvala, residing at _____, hereby declare that:

### I. Background.

1. I am Senior Vice President, Regulatory Affairs at Par Pharmaceutical, Inc. ("PAR PHARM"), the assignee of above-referenced U.S. Application No. 14/717,877 (the "'877 application").

2. Par Sterile Products, LLC ("PAR STERILE") is a wholly-owned subsidiary of PAR PHARM. PAR PHARM is a wholly-owned subsidiary of Par Pharmaceutical Companies, Inc. ("PAR CO").

3. In my position at PAR PHARM, I direct and oversee regulatory filings to FDA on behalf of PAR CO. and its subsidiaries, including PAR STERILE. The regulatory team at PAR STERILE reports to me, and I direct and oversee regulatory filings to the FDA made by that team.

4. I have reviewed the Final Office Action of October 21st, 2015 (the "Office Action"). As I understand, the Office Action alleges that the FDA label for Vasostrict® (the

1

PAGE 5/6 * RCVD AT 11/20/2015 8:13:21 PM [Eastern Standard Time] * SVR:W-PTOFAX-001/15 * DNIS:2739044 * CSID:Wilson Sonsini Goodr * DURATION (mm-ss):04-24

PAR-VASO-0008411

"Label") qualifies as prior art against the pending claims under 35 U.S.C. § 102(a)(1).

**II. The Label recites subject matter that the FDA obtained either directly or indirectly from joint inventors of the '877 application.**

5.      As I understand, the subject matter of the currently-pending claims of the '877 Application were jointly invented by Matthew Kenney and Vinayagam Kannan, while the inventors were employed at PAR STERILE.

6.      As part of the inventors' employment responsibilities, the inventors forwarded the details of the joint invention to the regulatory team at PAR STERILE, which falls under my supervision. One of the functions performed by the regulatory team at PAR STERILE is the submission of regulatory filings to the FDA. Upon receiving the details of the joint invention, and at my direction, a member of the regulatory team at PAR STERILE submitted the details of the joint invention to the FDA in the filings directed toward regulatory approval of the Vasostrict® product manufactured by PAR CO.

7.      The FDA obtained the subject matter disclosed in the Label directly from a member of the regulatory team at PAR STERILE, who obtained the subject matter directly from the inventors. Thus, the FDA obtained the subject matter recited in the Label from the inventors.

8.      I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that any willful false statements and the like so made are punishable by fine or imprisonment of not more than five (5) years, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent(s) issuing therefrom.

---------------------------------------                    ---------------------------------

Michelle Bonomi-Huvala                                     Date

2

PAR-VASO-0008412



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | 1675 | 1600 | 47956-702.301 | 15 | 1 |

**CONFIRMATION NO. 1722**

21971
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**FILING RECEIPT**

0C000000079031834

Date Mailed: 12/04/2015

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Matthew Kenney, New Haven, MI;
Vinayagam Kannan, Rochester, MI;

**Applicant(s)**

Par Pharmaceutical, Inc., Spring Valley, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 021971

**Domestic Priority data as claimed by applicant**

This application is a CON of 14/610,499 01/30/2015

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 05/29/2015

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/717,877**

PAR-VASO-0008413

**Projected Publication Date:** 08/04/2016

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

      VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

**Preliminary Class**

      514

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

PAR-VASO-0008414

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

PAR-VASO-0008415



## United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 |

21971
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**CONFIRMATION NO. 1722**

**37 CFR 1.48 ACKNOWLEDGEMENT LETTER**


*OC000000079051855*

Date Mailed: 12/04/2015

# NOTICE OF ACCEPTANCE OF REQUEST UNDER 37 CFR 1.48(a)

This is in response to the applicant's request under 37 CFR 1.48(a) submitted on 11/24/2015.

The request under 37 CFR 1.48(a) to correct the inventorship, to correct or update the name of an inventor, or to correct the order of names of joint inventors is accepted.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/sstephanos/

page 1 of 1

PAR-VASO-0008416



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

21971      7590      01/11/2016
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/11/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0008417

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>November 24, 2015</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.**    2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) <u>16-29</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☒ Claim(s) <u>16-29</u> is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a)☐ All  b)☐ Some**  c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1)☒ Notice of References Cited (PTO-892)
2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .
4)☐ Other: _____ .

PAR-VASO-0008418

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Continued Examination Under 37 CFR 1.114

A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on November 24, 2015 has been entered.

### Status of the Claims

Claims 16-29 are pending and were not amended in the response filed November 24, 2015.

### Withdrawn Rejections

The declarations under 37 CFR 1.130(a) filed November 24, 2015 are sufficient to overcome the rejection of claims 16-29 based upon FDA label for VASOSTRICT™ (NPL U PTO-892, published 4/2014). The declaration by Inventor Vanayagam Kannan includes an unequivocal statement that he and Matthew Kenney invented the subject matter disclosed in the FDA Label and relied upon in the rejection (¶ 6-7), and a reasonable explanation for the presence of the FDA as an author of the prior art disclosure (¶ 6, 8). The declaration by Michelle Bonomi-Huvala supports the explanation that the subject matter in the prior art was invented by Vanayagam Kannan and Matthew Kinney and provided to the FDA as part of the regulatory

filings (¶¶ 6-7). Accordingly, the rejection of claims 16-29 under 35 U.S.C. 102(a)(1) as

anticipated by or, in the alternative, under 35 U.S.C. 103 as obvious over the FDA label for

VASOSTRICT™ is withdrawn.

The terminal disclaimers over copending Application Nos. 14/610,594, 14/610,488, and

14/610,579 filed August 14, 2015 and over Application Nos. 14/717,882 and 14/610,499 filed

November 24, 2015 are approved. Accordingly, the provisional double patenting rejections

issued in the previous Office action are withdrawn.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains.  Patentability shall not be negated by the manner in which the
> invention was made.

Claims 16-29 are rejected under 35 U.S.C. 103 as being unpatentable over Treschan

(NPL U, PTO-892) in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892), Scott

(NPL U, PTO-892), Manning and Carpenter (NPL V, PTO-892), the product information for

bivalirudin (NPL W, PTO-892), the product information for oxytocin (NPL X, PTO-892), the

product information for liraglutide pen (NPL U2, PTO-892), the product information for

triptorelin acetate (NPL V2, PTO-892), the product information for cetrorelix (NPL W2, PTO-

892), the product information for octreotide (NPL X2, PTO-892), and the product information

for botulinum toxin (NPL U3, PTO-892).

PAR-VASO-0008420

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation, cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601, col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

PAR-VASO-0008421

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Neither Treschan nor Pharmaceutical Partners of Canada teach that Vasopressin Injection is stored at 2-8° C prior to administration to a hypotensive subject. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique to Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

The prior art method of Treschan and Pharmaceutical Partners of Canada Inc. is a "base" method upon which the claimed invention can be seen as an "improvement" because of the addition of a refrigeration step in the claimed method.

(2) a finding that the prior art contained a "comparable" device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention

Two reviews of the prior art on the formulation and storage of peptide drugs state that peptides can be stored at 2-8° C. For example, Scott teaches that "Solution formulations are typically refrigerated at 2-8° C, 'with a minimum target shelf life of two years'" (p. 47, col 3, citations removed). In addition, Carpenter and Manning teach that processes that lead to protein degradation "are not necessarily major problems when the product is stored at 2-8°C" (p. 9).

The prior art is replete with examples of the use of refrigeration to store peptide and protein formulations prior to use. See for example the labels for each of the following peptide drugs:

reconstituted bivalirudin may be stored at 2-8°C for up to 24 hours (section 2.4);

oxytocin is stored between 2-8° C. (p. 2);

after the first use of the liraglutide pen, the product can be stored for 1 month at room temperature (not above 30°C) or in a refrigerator (2-8° C) (p. 19);

triptorelin acetate can be stored at 2-8°C (refrigerator) in the proposed packaging (providing protection from light) (p. 3);

cetrorelix acetate should be kept in the vial(s) in a refrigerator at 2-8° C (p. 3);

octreotide should be stored in the refrigerator between 36-46 degrees F (2-8° C) away from light (p. 3); and

botulinum toxin can be stored after reconstitution at 2-8˚ C (Table 4.1).

PAR-VASO-0008423

(3) a finding that one of ordinary skill in the art could have applied the known "improvement" technique in the same way to the "base" device (method, or product) and the results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added a step of refrigeration (storage at 2-8° C) to the method of administering vasopressin formulations taught by Treschan and Pharmaceutical Partners of Canada Inc. in the same manner as taught by Scott, Carpenter and Manning, and the drug product information documents listed above. The results would have been predictable because the prior art teaches a means for testing the effect of the temperature and storage conditions on the stability of the peptide formulation (see Scott, p. 9).

It would have been obvious to add the refrigeration step included in the instant claims in order to provide short-term storage stability. There is a reasonable expectation of success given that the prior art discloses assays for measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the art to optimize storage temperature to improve stability of peptide pharmaceuticals, as evidenced by Scott, and Carpenter and Manning. The rationale to support a conclusion that the claim would have been obvious is that "a method of enhancing a particular class of devices (methods, or products) has been made part of the ordinary capabilities of one skilled in the art based upon the teaching of such improvement in other situations. One of ordinary skill in the art would have been capable of applying this known method of enhancement to a "base" device (method, or product) in the prior art and the results would have been predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting method would comprise

a) providing a pharmaceutical composition containing vasopressin for intravenous administration in a unit dosage form that contains vasopressin at 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for Injection, and a pH adjusted with acetic acid to pH 2.5-4.5 (Pharmaceutical Partners of Canada label);

b) refrigerating the solution (Scott, Carpenter and Manning, and additional drug labels cited above); and

c) administering the vasopressin by intravenous route at a dose of 0.01 to 0.04 units/minute for refractory hypotension in septic shock (Treschan Table 4).

The Pharmaceutical Partners of Canada label discloses all of the claim limitations describing of the vasopressin formulation conditions except that it teaches a range of pH values which encompass the claimed range rather than the exact claimed range, and except that it expresses the amount of vasopressin in units/ml rather than mg/ml as recited in the claims.

First, with respect to the pH of the vasopressin formulation, the prior art range of 2.5-4.5 encompasses the claimed range of pH 3.4-3.6. MPEP § 2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of obviousness exists. *In re Wertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In re Woodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore, it is obvious to optimize the amount of the polymeric excipient through routine experimentation in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Second, with respect to the units of vasopressin concentration, the Examiner is shifting the burden to Applicant to provide for a conversion between the units/ml taught by the Pharmaceutical Partners of Canada label and the mg/ml recited in the instant claims as in *In re*

PAR-VASO-0008425

*Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). If the 20 units/ml disclosed in the label

falls within the claimed range, the claim limitation is met by the reference. If the 20 units/ml

taught by the label overlaps with or touches the claimed range, it would be obvious to optimize

the amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In re*

*Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Therefore, the method that is obvious over the combined references meets all of the

limitations of claims 16 and 29.

With respect to claims 17-19, the concentration of SEQ ID Nos: 2-4 in the formulation is

an inherent feature of the prior art formulation which contains the same chemical components as

required by the instant claims.

With respect to claims 20 and 26, Treschan teaches that mean arterial pressure increased

within minutes of administration to patients with septic shock (p. 606, col 2).

With respect to claims 21-23, Treschan teaches that vasopressin infusion (0.1 U/min) in

patients with postcardiotomy hypotension enabled discontinuation of catecholamine

administration in some patients. (p. 608, col 1, Table 4). This prior art dose falls within the

claimed dose.

With respect to claims 24 and 25, Treschan teaches a vasopressin dose of 0.01-0.04

U/min for refractory hypotension in septic shock (p. 606, col 2, Table 4). This prior art dose

range falls within the claimed dose.

PAR-VASO-0008426

With respect to claims 27 and 28, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation in response to obtaining desired arterial pressure.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

*Response to Arguments and Declaration*

The declaration under 37 CFR 1.132 filed August 14, 2015 by Inventor Sunil Vandse has been fully reconsidered but is insufficient to overcome the rejection.

Applicant asserts that the data presented in the declaration establishes that storage at 5° C provides surprising and unexpected stability to a vasopressin formulation, even after two years of storage (paragraph 9). The declaration states that vasopressin formulations were prepared containing 20 units/ml vasopressin and chlorobutanol, and were adjusted to pH 3.5 with acetic acid. The vasopressin formulations were then filled into 3 cc vials, containing 1 mL solution each (paragraph 3). The stability of the formulations were monitored at 5, 25, and 40° C (paragraph 4).

The formulations described in the declaration are substantially the same as the formulations disclosed in the prior art Pharmaceutical Partners of Canada label cited herein. As a result, data collected on these formulations cannot form the basis for an allegation of unexpected results. MPEP 2112 states that: "[T]he discovery of a previously unappreciated property of a prior art composition, or of a scientific explanation for the prior art's functioning, does not render the old composition patentably new to the discoverer." *Atlas Powder Co. v. Ireco Inc.,* 190 F.3d 1342, 1347, 51 USPQ2d 1943, 1947 (Fed. Cir. 1999). Thus the claiming of a new use,

new function or unknown property which is inherently present in the prior art does not

necessarily make the claim patentable. *In re Best,* 562 F.2d 1252, 1254, 195 USPQ 430, 433

(CCPA 1977)."

In the instant case, Applicant is relying on a newly discovered feature of a prior art

formulation to traverse a rejection over the same prior art.

Furthermore, the results presented in the declaration are expected not unexpected in view

of the recited art which teaches that peptides can be stored at 4-8° C. MPEP 716.02(b) states:

"The evidence relied upon should establish 'that the differences in results are in fact unexpected

and unobvious and of both statistical and practical significance.' *Ex parte Gelles,* 22 USPQ2d

1318, 1319 (Bd. Pat. App. & Inter. 1992)." In the instant case, Applicant has not established that

the results relied upon are unexpected in view of the art.


### *Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

PAR-VASO-0008428

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0008429

# *Notice of References Cited*

| Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|
| 14/717,877 | KENNEY ET AL. |

| Examiner | Art Unit | |
|---|---|---|
| CHRISTINA BRADLEY | 1675 | Page 1 of 3 |

## U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | US- | | | | |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Scott "Making the Medicine" BioProcess International, March 2006, supplement, p. 42-56 |
| | V | Meyer et al. "Effects of Conformation on the Chemical Stability of Pharmaceutically Relevant Polypeptides," Chapter 4 in Rational Design of Stable Protein Formulations, Ed. Carpenter and Manning, 2002, pp. 85-107 |
| | W | Label for Angiomax® (bivalirudin) for Injection, 2000 |
| | X | Label for Oxytocin for Injection, December 2000 |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0008430

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | US- | | | | |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Product Information for Liraglutide Victoza®, May 15, 2013 |
| | V | Public Assessment Report of the Medicines Evaluation Board in the Netherlands, Gonapeptyl 0.1 mg/1 ml, solution for injection, Ferring B.V., the Netherlands, triptorelin acetate, February 2, 2010 |
| | W | Cetrotide® Cetrorelix acetate Consumer Medicine Information, April 2011 |
| | X | octreotide acetate 100 mcg/mL injection solution product information from Kaiser Permanente, March 2013 |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0008431

## Notice of References Cited

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14/717,877 | KENNEY ET AL. |

| Examiner | Art Unit | |
|---|---|---|
| CHRISTINA BRADLEY | 1675 | Page 3 of 3 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | US- | | | | |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | Botox Preparation,storage and injection technique, July 23, 2003 |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0008432

Pharmaceutical Biotechnology • Volume 13

# Rational Design of Stable Protein Formulations

## Theory and Practice

Edited by

John F. Carpenter

and

Mark C. Manning

PAR-VASO-0008433

# Pharmaceutical Biotechnology

*Series Editor:* Ronald T. Borchardt
*The University of Kansas*
*Lawrence, Kansas*

*Recent volumes in this series:*

Volume 7    PHYSICAL METHODS TO CHARACTERIZE
PHARMACEUTICAL PROTEINS
Edited by James N. Herron, Win Jiskoot,
and Daan J. A. Crommelin

Volume 8    MODELS FOR ASSESSING DRUG ABSORPTION
AND METABOLISM
Edited by Ronald T. Borchardt, Philip L. Smith,
and Glynn Wilson

Volume 9    FORMULATION, CHARACTERIZATION, AND
STABILITY OF PROTEIN DRUGS: Case Histories
Edited by Rodney Pearlman and Y. John Wang

Volume 10   PROTEIN DELIVERY: Physical Systems
Edited by Lynda M. Sanders and R. Wayne Hendren

Volume 11   INTEGRATION OF PHARMACEUTICAL DISCOVERY AND
DEVELOPMENT: Case Histories
Edited by Ronald T. Borchardt, Roger M. Freidinger,
Tomi K. Sawyer, and Philip L. Smith

Volume 12   MEMBRANE TRANSPORTERS AS DRUG TARGETS
Edited by Gordon L. Amidon and Wolfgang Sadée

Volume 13   RATIONAL DESIGN OF STABLE PROTEIN
FORMULATIONS: Theory and Practice
Edited by John F. Carpenter and Mark C. Manning

Volume 14   DEVELOPMENT AND MANUFACTURE OF PROTEIN
PHARMACEUTICALS
Edited by Steven L. Nail and Michael J. Akers

*A Chronological Listing of Volumes in this series appears at the back of this volume*

A Continuation Order Plan is available for this series. A continuation order will bring delivery of each
new volume immediately upon publication. Volumes are billed only upon actual shipment. For further
information please contact the publisher.

PAR-VASO-0008434

# Rational Design of Stable Protein Formulations

## Theory and Practice

Edited by

**John F. Carpenter**

and

**Mark C. Manning**
*University of Colorado Health Sciences Center*
*Denver, Colorado*

Springer Science+Business Media, LLC

PAR-VASO-0008435

Library of Congress Cataloging-in-Publication Data

---

Rational design of stable protein formulations: theory and
practice/edited John F. Carpenter, Mark C. Manning.
   p.  cm. ---- (Pharmaceutical biotechnology; v. 13)
Includes bibliographical references and index.
  ISBN 978-1-4613-5131-3    ISBN 978-1-4615-0557-0 (eBook)
  DOI 10.1007/978-1-4615-0557-0
  1. Protein drugs—Stability.  2. Protein engineering.  3.
Drugs—Design.  I. Carpenter, John F.  II. Manning, Mark C.  III.
Series.
  RS431.P75 R38 2002
  615'.19---dc21

2001057997

---

ISBN 978-1-4613-5131-3

© 2002 Springer Science+Business Media New York
Originally published by Kluwer Academic / Plenum Publishers, New York in 2002
Softcover reprint of the hardcover 1st edition 2002

All rights reserved

No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form
or by any means, electronic, mechanical, photocopying, microfilming, recording, or otherwise,
without written permission from the Publisher

PAR-VASO-0008436

# Contributors

*Tsutomu Arakawa* • Alliance Protein Laboratories, Thousand Oaks, California 91360

*John Carpenter* • Center for Pharmaceutical Biotechnology, Department of Pharmaceutical Sciences, School of Pharmacy, University of Colorado Health Sciences Center, Denver, Colorado 80262

*Byeong S. Chang* • Department of Pharmaceutics and Drug Delivery, Amgen, Inc., Thousand Oaks, California 90132

*William Garzon-Rodriguez* • Center for Pharmaceutical Biotechnology, Department of Pharmaceutical Sciences, School of Pharmacy, University of Colorado Health Sciences Center, Denver, Colorado 80262

*Susan Hershenson* • Department of Pharmaceutics and Drug Delivery, Amgen, Inc., Thousand Oaks, California 90132

*Bert Ho* • Tularik Corporation, S. San Francisco, California 94080

*LaToya S. Jones* • Center for Pharmaceutical Biotechnology, Department of Pharmaceutical Sciences, School of Pharmacy, University of Colorado Health Sciences Center, Denver, Colorado 80262

*Brent S. Kendrick* • Amgen, Inc., Boulder, Colorado 80301

*Geoffrey Lee* • Department of Pharmaceutical Technology, Friedrich-Alexander University, Erlangen, Germany

PAR-VASO-0008437

*4*

# Effects of Conformation on the Chemical Stability of Pharmaceutically Relevant Polypeptides

*Jeffrey D. Meyer[1], Bert Ho[2], and Mark C. Manning[1]*

## INTRODUCTION

Although most of the attention on the stability of protein and peptide pharmaceuticals has focused on denaturation and aggregation, chemical degradation cannot be ignored. A large number of possible chemical reactions have been identified as leading to decomposition of polypeptides (Manning et al., 1989). However, a select few are of primary concern to pharmaceutical scientists. In particular, hydrolysis and oxidation reactions appear to be the most common source of chemical instability. Hydrolysis of peptides refers to the nucleophilic addition of water to either an amide linkage in the peptide backbone (in a process known as proteolysis) or to an amide side chain of either asparagine or glutamine (known as deamidation). Meanwhile, oxidation can occur at cysteine residues (to form disulfide linkages), at methionine (to form sulfoxides), or at heterocyclic aromatic side chains of tryptophan and histidine (to form N-oxides).

*Jeffrey D. Meyer and Mark C. Manning* • Center for Pharmaceutical Biotechnology, Department of Pharmaceutical Sciences, School of Pharmacy, University of Colorado Health Sciences Center, Denver, CO 80262.    *Bert Ho* • Tularik Corporation, S. San Francisco, CA 94080.
*Rational Design of Stable Protein Formulations*, edited by Carpenter and Manning. Kluwer Academic / Plenum Publishers, New York, 2002.

85

The mechanistic details of these reactions and the effects of extrinsic factors, such as pH, temperature, ionic strength and buffer composition have been widely reviewed (Manning et al., 1989; Nguyen, 1994; Cleland et al., 1993; Li et al., 1995; Vogt, 1995; Xie and Schowen, 1999; Aswad, 1995; Geiger and Clarke, 1987). Therefore, the focus of this chapter will be on the effects of conformation and structure on the rate of these chemical reactions. It is important to note that, in most cases, the rate of oxidation or hydrolysis of formulated protein products is relatively slow (only a small percentage per month), although this is still significant on the timescale of the typical shelf life (12–24 months). If a change in protein structure or structural stability can cause a slower rate of chemical degradation, new approaches towards stabilization of protein pharmaceuticals can be envisioned.

Previously, it had been thought that the only approach to slowing chemical degradation was to alter pH, lower the temperature, change the buffer, or, in the case of oxidation, add a scavenger. Certainly, these factors are critical in controlling chemical decomposition. However, an additional method for stabilizing proteins towards chemical degradation exists. The same strategies that are currently employed for stabilizing the native state of a protein molecule, thereby diminishing denaturation and aggregation, may also provide a benefit in retarding chemical instability. We hypothesize that both hydrolysis and oxidation reactions in proteins are, to some degree, sensitive to the overall conformation of the molecule. By modulating the structure and stability of the native protein molecule through interactions with excipients, we may be able to further slow chemical inactivation processes.

Except for some work on the deamidation of peptides and oxidation of a methionine at the active site of subtilisin (DePaz et al., 2000), this hypothesis is largely untested. Therefore, this chapter should be viewed as a proposed stabilization strategy rather than a completed demonstration of first principles. Building on what is known about conformational control of deamidation, we propose general methods of controlling other reactions, such as the oxidation of partially exposed methionine residues in proteins and peptides.

## RELATIONSHIP BETWEEN STRUCTURE AND DEAMIDATION RATES

Deamidation, or hydrolysis of the side chains of Asn and Gln residues, has been extensively studied (Manning et al., 1989; Cleland et al., 1993; Xie and Schowen, 1999; Aswad, 1995; Geiger and Clarke, 1987). Except for a few isolated cases, most deamidation reactions have been found to occur at Asn rather than Gln. Presumably, this is due to the formation of a cyclic imide

PAR-VASO-0008439

intermediate, the dominant mechanism for deamidation at pH values above 6 (see Figure 1). In the case of Asn, a five-membered ring is formed, whereas for Gln, a six-membered ring is necessary. The relative stability of a heterocyclic five-membered ring vs. a six-membered ring is sufficient to favor deamidation of Asn in most cases. A number of references to deamidation in pharmaceutically relevant compounds are provided to demonstrate the immense activity that has occurred in this field. For example, deamidation has been reported for epidermal growth factor (Araki et al., 1989; DiAugustine et al., 1987; Senderoff et al., 1994; George-Nascimento et al., 1990; Son and Kwon, 1995), growth hormone (Becker et al., 1988; Frenz et al., 1989; Johnson et al., 1989; Lewis et al., 1970; Nielsen et al., 1989; Pikal et al., 1991; Cleland et al., 1993, 1997; McCrossin et al., 1998), tissue plasminogen activator (Pearlman and Nguyen, 1992; Chloupek et al., 1989), insulin (Fisher and Porter, 1981; Nielsen et al., 1989; Brange et al., 1992; Berson and Yalow, 1966; Oliva et al., 1996; Strickley et al., 1996; Darrington and Anderson, 1994), monoclonal antibodies (Liu, 1992; Kroon et al., 1992; Tsai et al., 1993), interleukin-1 receptor antagonist (Chang et al., 1996), hirudin (Gietz et al., 1998), and human stem cell factor (Hsu et al., 1998).

## Primary Structure Effects

Considering the mechanism shown in Figure 1, one would expect that there would be an effect of primary structure on deamidation rates, simply based upon steric hindrance. If the rate-limiting step at neutral or basic pH is nucleophilic attack to form the cyclic imide (also called succinimide) intermediate, then increasing the bulk of the adjacent amino acid side chain should slow the reaction. Conversely, if the succeeding side chain can hydrogen bond to the amide side chain of Asn (as in the case of Ser and Thr), it would make the amide more electrophilic and the reaction might proceed faster than expected.

The influence of primary structure was examined in studies by Geiger and Clarke (1987) on a hexapeptide sequence based on residues from the peptide hormone, ACTH. These studies indicated that deamidation under physiological conditions proceeds through the succinimide intermediate and the presence of a bulky residue (Leu or Pro) on the N-terminal side of the Asn residue can reduce the relative rate of degradation by a factor of 33–50 fold. In addition, Geiger and Clarke (1987) proposed that the conformational flexibility of the short peptides allows the peptide to assume the dihedral angles necessary to form the cyclic intermediate. This conformational flexibility may not be as readily achieved within the more highly ordered structure of proteins and larger peptides.

In similar studies examining the effect of primary sequence on asparagine deamidation, Patel and Borchardt (1990) varied the amino acid residue on either

PAR-VASO-0008440

**Figure 1.** General mechanistic scheme for deamidation of asparagine (Asn) residues in peptide and proteins.

side of Asn in the same hexapeptide sequence, Val-Tyr-X-Asn-Y-Ala. They found that in acidic media, the Asn residue deamidates to give only Asp and there is no effect from the neighboring amino acid. This should not be surprising, as the acid-catalyzed reaction does not proceed through the cyclic imide intermediate, but rather by direct hydrolysis of the Asn side chain. At neutral or basic pH, both Asp and isoAsp products were found, following the mechanism outlined in Figure 1. Deamidation proceeded most rapidly with a Gly residue on the C-terminus side of Asn; the rate with Asn-Gly hexapeptide was 120–180 times faster than that of the more sterically-hindered Asn-Val hexapeptide. Modifications on the N-terminal side of Asn did not have any effect on deamidation at neutral or basic pH.

Tyler-Cross and Schirch (1991) examined the influence of the neighboring residue on deamidation in the pentapeptide sequences, Val-X-Asn-Ser-Val or Val-Ser-Asn-X-Val. Their results are similar to those of Patel and Borchardt (1990). They found minimal influence from the residue on the N-terminal side at any pH, and at neutral or basic pH they found the sequences with bulky residues on the

PAR-VASO-0008441

C-terminal side had the slowest rate of deamidation. Consistent with a deamidation mechanism via a succinimide intermediate at neutral or alkaline pHs, the ratio of isoAsp to Asp product was found to be consistently about 3:1.

Brennan and Clarke (1995) investigated the influence of adjacent basic amino acids on Asn deamidation via the succinimide intermediate. In studies with hexapeptides, they found minimal effect on succinimide formation from His or Cys residues on the C-terminal side of the Asn residue and from His on the N-terminal side of Asn. However, they did find enhancement of the competing peptide bond cleavage with His or Cys on the C-terminus side. Whether these findings apply to similar peptide sequences in mutant hemoglobins that are susceptible to deamidation is not clear as higher order structural elements are present in folded proteins.

In a theoretical study, Wright (1990) examined the influence of the nearest neighboring residue on Asn deamidation in known protein structures. The data indicate that potential "catalytic" residues neighboring Asn are selected against in a large number of proteins. Catalytic residues are those that could hydrogen bond to the neighboring Asn side chain, and render it more susceptible to intramolecular cyclization. In proteins where deamidation has been characterized, the participation of catalytic residues was made possible by the secondary or tertiary structure of the protein; the higher-order flexible conformation brings catalytic amino acids in proximity to the labile Asn residue.

These studies on short model peptides clearly show the influence of primary structure on the deamidation of Asn residues. The influence of neighboring steric factors is clear and was expected. Less understood is the effect of conformation on deamidation in peptides and proteins. One would expect higher order structure to affect the proximity of functional groups relative to the labile Asn residue, thus impacting the rate of formation of the cyclic intermediate. Higher order structure could also inhibit or accelerate the rate of deamidation by influencing the local environment of the Asn residue and the stability of transition state intermediates in the deamidation pathway, as described in the sections below.

## Secondary Structure Effects

The influence of secondary structural environments of peptides and proteins on deamidation of asparagine residues has recently been reviewed by Xie and Schowen (1999). In general, the conformation adopted by the polypeptide backbone, as well as the side chains, affects the ability for intramolecular cyclization. Since the formation of the cyclic imide is the rate-controlling step, different secondary structures should, and do, exhibit different rates of deamidation, independent of primary structure effects. In an early theoretical study, Clarke (1989)

PAR-VASO-0008442

examined the sequence and conformation of Asp and Asn residues in proteins with known three-dimensional structures. The optimal set of dihedral angles for cyclic imide formation as well as those least favoring cyclization are described. The findings suggest that primary sequence may not be the major determinant of deamidation in any of the stable proteins studied, rather the Asn and Asp residues in stable proteins are constrained by their conformation from attack by neighboring residues. Differences in deamidation rates result when changes in protein conformation allow local flexibility in the polypeptide chain, thus allowing formation of the imide intermediate necessary for deamidation.

The degradation of Asp and Asn residues in human growth hormone-releasing factor (GRF) was studied by Bongers et al. (1992). In GRF, Asn-8 deamidates to iso-Asp and Asp in a ratio of about 4 : 1 at neutral and alkaline pH, and exclusively to Asp at pH ~ 2. No evidence of deamidation at Asn-35 was found, possibly due to steric constraints imposed by an adjacent bulky Gln-36 residue. Deamidation of Asn-8 is general base-catalyzed and proceeds via the cyclic imide intermediate. Since deamidation of Asn-8 was found to obey non-linear Arrhenius kinetics, this suggests that a distinct temperature-dependent change in conformation has occurred, possibly conversion between an α-helical conformation and a more unordered structure.

Stevenson et al. (1993a,b) studied the effect of secondary structure on deamidation at Asn-8 with GRF analogs modified at position 15 with Pro (helix breaker) or Ala (helix enhancer). They showed the more α-helical Ala-15 analog had a decreased rate of deamidation in aqueous methanol solutions whereas the Pro-15 analog with less helical propensity had an increased rate of deamidation and less bioactivity. The increased stability of the Ala-15 analog would appear to conflict with results with a similar Ala-15 GRF analog reported by Bongers et al. (1992). Whether the presence of methanol in the later study affects the results is unclear.

Lura and Schirch (1988) compared the deamidation of the tetrapeptides Val-Asn-Gly-Ala and N-acetyl-Val-Asn-Gly-Ala. At pH < 7.5, the N-acetyl peptide undergoes deamidation of Asn to give the isoAsp and Asp products in a 3 : 1 ratio via the succinimide pathway. Surprisingly, the non-acetylated peptide gave rise to a 7-member cyclic peptide formed from the displacement of the Asn side-chain amide by the free amino terminus of the Val residue. At basic pH, both tetrapeptides deamidated by the same mechanism to give the isoAsp and Asp products. The authors proposed that the difference in deamidation rates and mechanism can be attributed to variation in the solution conformation of the peptide segment, but no structural information was provided.

The influence of other secondary structures has also been studied in proteins. Sharma et al. (1993) examined the deamidation of histidine-containing protein, HPr, in *E. coli*. Their findings indicated that HPr undergoes sequential deamidation of Asn-38 and then Asn-12 to yield, respectively, HPr-1 and HPr-2. Both Asn residues are followed by a Gly, and both deamidation reactions proceed via the cyclic imide at neutral and alkaline pH. The more labile Asn-38 is in a

PAR-VASO-0008443

type III β-turn structure and may be solvent-exposed. The less susceptible Asn-12 is in a type I β-turn. This residue is stable to deamidation under normal conditions but may be susceptible once the tertiary structure is altered by the formation of the deamidated HPr-1 species.

**Tertiary Structure Effects**

Kossiakoff (1988) examined the factors influencing the deamidation of trypsin using a database derived from the neutron crystallographic structure of trypsin. He concluded that contrary to other findings, the steric or electronic nature of the residues flanking Asn is not the primary factor in the rate of deamidation. Modeling suggests the influence of tertiary structure in achieving or constraining the required geometry about the labile Asn residue for deamidation.

Chen et al. (1999) looked at the effect of removal of exogenous calcium ion on recombinant human DNase I (rhDNase) on deamidation and aggregation. Their findings indicate the removal of $Ca^{2+}$ by EGTA treatment had little effect on secondary or tertiary structure of the protein. However, the removal of $Ca^{2+}$ did result in increased rates of deamidation and soluble aggregation. It is believed that $Ca^{2+}$ bound to the native protein protects cystine bridges against reduction; the removal of calcium ions would allow the cleavage of disulfide bridge Cys173–Cys209, thus allowing increased conformational freedom which would lead to increased susceptibility to deamidation via the succinimide intermediate. Here we have an example of metal binding apparently modulating the conformational flexibility of the protein. In the absence of metal binding, there is increased flexibility, allowing intramolecular nucleophilic attack to proceed, which leads to increased levels of chemical degradation.

Other evidence for the effect of conformation on deamidation is provided in studies on intact proteins. Artigues et al. (1990) examined deamidation of Asn in rabbit liver cytosolic serine hydroxymethyltransferase (SHMT). The rates of deamidation of Asn-5 in the intact protein was compared with that of the same residue in the cleaved 14-mer from the N-terminus of SHMT. The rate of deamidation in the intact enzyme was found to be 5-fold slower than that in the peptide fragment. This difference in rate can be attributed to conformational differences in which the Asn residue is stabilized by higher-order structure in the intact protein, whereas it is not protected in the peptide fragment. Violand et al. (1990, 1992) examined the deamidation of both Asn-99 and Asn-129 in bovine somatotropin (BST). Their results led them to conclude that the three-dimensional conformation of BST places the Asn residues in a flexible portion of the molecule, allowing the more facile formation of the succinimide intermediate.

Brange et al. (1992) examined the degradation of several formulations of insulin under various conditions. At neutral pH, Asn-B3 was found to deamidate

to a mixture of Asp and iso-Asp products. The lowest rates of deamidation were seen in formulations containing phenol. This effect was attributed to the stabilizing effect of phenol on the $\alpha$-helical conformation of the protein, thus reducing the possibility of cyclic imide formation. Differences in the rate of deamidation of insulin in amorphous versus crystalline suspensions were also found; the amorphous suspensions had a greater rate of deamidation than the crystalline product. Again, the authors propose the more tightly packed crystalline suspension constrains the tertiary structure, thus reducing the flexibility required to form the required cyclic imide intermediate.

In a study comparing the rates of deamidation of Asn-67 in native and unfolded RNase A, Wearne and Creighton (1989) found the native conformation inhibited deamidation of Asn-67 by 30-fold. The native conformation does not achieve the structure necessary for the formation of the cyclic imide intermediate whereas the more flexible unfolded molecule is not restricted in this region. Di Donato et al. (1986) examined the deamidation of Asn-67 in RNase A to Asp and isoAsp under mild conditions. They observed the deamidation of Asn-67 in bovine serum RNase (bsRNase) proceeded at a much faster rate yet the homology between RNase A and bsRNase is greater than 80% and the sequence about Asn-67 is identical except for residue 64. They hypothesized a role for bsRNase dimeric structure in determining the deamidation rate of Asn-67.

## Summary of Structure Effects on Deamidation

Primary structure clearly affects the rate of deamidation in peptides and proteins. Extensive literature documents the influence of secondary, tertiary and even quarternary structure on the deamidation of pharmaceutically relevant products and native proteins. Many of these reports also examine the influence of the altered residue on the structure and function of the "degraded" product. Control of conformation is highly desirable in protein formulations to minimize physical degradation. These examples of structural influence on a particular form of chemical degradation, deamidation, suggest that conformational control may also aid in minimizing certain aspects of chemical degradation.

## ROLE OF STRUCTURE IN PROTEIN OXIDATION

Along with deamidation, oxidation is the most predominant form of chemical degradation of pharmaceutical proteins and peptides (Li et al., 1995a; Cleland et al., 1993). There have been several excellent reviews which detail general

PAR-VASO-0008445

protein oxidation (Vogt, 1995), oxidation of pharmaceutical dosage forms of proteins (Manning et al., 1989; Nguyen, 1994; Kosen, 1992), and strategies for minimizing oxidation in pharmaceuticals (Li et al., 1995a). From these reviews, a detailed understanding of the mechanisms of oxidation and some strategies for reducing oxidative rates can be gleaned. Primary strategies for minimizing oxidation include reducing the levels of reactive species (free radicals), altering the solution pH, changing the buffer species, reducing levels of molecular $O_2$, or the addition of a scavenger or oxidative "sponge".

As with deamidation, it may be possible to extend the use of conformational stabilization beyond physical stability issues to the realm of chemical stability, and specifically to oxidation. At this time, this hypothesis remains largely untested, and the following discussion will examine how to apply what is currently known about protein oxidation to develop a new strategy for reducing oxidative damage in polypeptides using conformational control.

## Types of Oxidation Processes

In order to reduce oxidation by the control of protein conformation, an understanding of the various mechanisms of oxidation is necessary. The reactive species that can cause oxidative damage could come from one of several sources. Different oxidants will attack different sites on the protein, producing a specific set of decomposition products. Therefore, this section summarizes some of the types of oxidants known to degrade pharmaceutical proteins.

The first species to consider are organic peroxides, often found as contaminants. Organic peroxides readily react with methionine residues to produce methionine sulfoxide through a nucleophilic substitution reaction. One common source of organic peroxides is the stopper, another is the tubing used in some intravenous infusion systems. For example, silicon rubber tubing contains reactive species, such as 2,4-dichlorobenzoyl peroxide, which remains from the polymerization reaction used to manufacture the material. In addition, organic peroxides can be found in excipients, such as Tweens or polysorbates, where the peroxides are left over from the bleaching process (Nguyen, 1994).

The second reactive oxygen species to consider is singlet oxygen ($^1O_2$). Normally, molecular oxygen is in a triplet state. Upon excitation by light, the much more reactive singlet oxygen is generated. For this reason, photostability testing is becoming much more pervasive (Fransson and Hagman, 1996; Fransson, 1997; Lam et al., 1997). Singlet oxygen can potentially cause oxidation of a number of amino acid side chains, including methionine, histidine, and tryptophan (Li et al., 1995a). This type of oxidation can be prevented by removal of oxygen and/or protection of the protein from light.

PAR-VASO-0008446

A third source of reactive oxygen species in pharmaceutical dosage forms is trace metals. Redox-active metals are found as trace contaminants in additives such as buffer salts and sugars. The most common and well characterized of the redox metals and their ability to oxidize proteins are iron and copper. Both Fe(III) and Cu(II) can cause oxidation of methionine, cysteine, histidine, and tryptophan (Li et al., 1995a). Metal-catalyzed oxidation (MCO) generally occurs at metal binding sites within proteins; the reactive species are generated at or near the binding site of the metal and react quickly with labile residues within close proximity, making the identification of the exact reactive oxygen species involved difficult to identify (Li et al., 1995a, Li et al., 1995c). Thus, residues within close proximity to metal binding sites are more prone to MCO, and this process is referred to as a "caged" or site-specific process. For example, the rate of methionine oxidation in the peptide His-Met is greater than in the peptide (Gly)$_3$-Met-(Gly)$_3$, due to the fact that histidine is known to be a good ligand for Fe(III) (Li et al., 1995c).

Except for MCO reactions, oxidation processes are usually referred to as non-site-specific. Numerous examples have shown that reactivity of individual residues is greater if the residue is surface exposed compared to it being buried within the protein interior (Pearlman and Bewley, 1993; Teh et al., 1987; Liu et al., 1998; Houghten et al., 1977). For example, in human growth hormone, the reactivity of the three methionines to hydrogen peroxide correlates to their proximity to solvent accessible surfaces, and oxidation of the least solvent accessible methionine (Met-170) can usually only be seen upon unfolding of the protein in 8 M urea (Houghten et al., 1977; Nguyen, 1994). In an IgG monoclonal antibody, only one or two of the 28 tryptophans will photooxidize, and these are located on the surface and exposed to solvent (Mach et al., 1994). There are few, if any, examples of neighboring sequence effects on non-site-specific oxidation. Most likely this is due to the fact that higher order structure, including secondary, tertiary, or quaternary structure plays a much more important role than primary sequence in affecting non-site-specific oxidation rates in proteins.

Recombinant human relaxin contains two methionines, Met B(4) and Met B(25). This protein has been characterized in terms of reactivity both towards site-specific and non-site-specific oxidation, and illustrates the differences that can be seen between these two types of oxidation. In oxidation studies of human relaxin using exogenously added $H_2O_2$ it can be demonstrated that the more exposed Met B(25) reacts faster than the sterically hindered Met B(4) (Nguyen et al., 1993). However, when MCO of human relaxin was studied using an ascorbate/Fe(III) or Cu(II) system, the reactivity of the two methionines was reversed when compared to the hydrogen peroxide studies (Li et al., 1995b). Methionine B(4) is located near Asp and Glu residues, which can bind the metals and thus sequester the reactive species near this methionine, while B(25) is not near to any charged side chains. The His residue located at A(12) is the residue most

PAR-VASO-0008447

susceptible to metal catalyzed oxidation, due to its affinity for metals despite its partially buried position (~57% surface exposed).

The example of human relaxin illustrates that the source of oxidative damage must be taken into account when considering whether changes in conformation can control oxidation rates. It is unlikely that any form of structural control could reduce MCO rates at Met B(4) or at His A(12). However, it may be possible to reduce the hydrogen peroxide generated oxidative damage to Met B(25) and especially Met B(4) if a structural stabilizer could diminish access of these residues to bulk solvent.

## Effects of Oxidation of Surface and Buried Methionines on Protein Structure

It has recently been proposed that, *in vivo*, surface methionines serve to act as scavengers of oxidants in order to protect partially or fully buried residues necessary for proper folding or function of the protein (Levine et al., 1996). Ovine prolactin has seven methionine residues, of which four are oxidized readily by hydrogen peroxide, and the remaining three are only oxidized by $H_2O_2$ upon denaturation in 8 M urea. Oxidation of the four surface residues has little impact upon the activity or physical properties of the protein. In contrast, oxidation of remaining three reduces the bioactivity, changes the physiochemical properties, and enhances the sensitivity of the protein to cleavage by trypsin (Houghten and Li, 1976). This illustrates some of the general physiochemical consequences that may be seen upon oxidation of methionines. If a methionine residue is near the surface, then oxidation will have will generally have little effect on protein structure, and usually the only physiochemical consequence will be an increase in hydrophilicity of the protein, due to the fact methionine sulfoxide is more hydrophilic than methionine. If an oxidized methionine is partially or fully buried, then the local increase in hydrophilicity may disrupt hydrophobic interactions potentially causing loosening or unfolding of hydrophobic clusters in the protein (Vogt, 1995; Lilova et al., 1987).

Parathyroid hormone contains two methionine residues. Met-8 is buried in a hydrophobic pocket, and is less prone to oxidation than the more exposed Met-18. Oxidation of Met-18 does not alter the conformation or activity of the protein, however, oxidation of Met-8 causes a conformational change, loss in activity, and increase in hydrophobicity of the peptide, due to exposure of tryptophans previously buried within the hydrophobic pocket (Zull et al., 1990; Nabuchi et al., 1995). In the example of parathyroid hormone, it is unlikely that controlling structure would affect oxidation of the surface exposed Met-18. On the other hand, the partially buried Met-8 poses an interesting question; if oxidation of this

PAR-VASO-0008448

methionine causes unfolding, then is some sort of partial unfolding or loosening of the structure necessary for it to oxidize? If this indeed were true, then oxidation of Met-8 in parathyroid hormone, or other similarly partially buried residues in other systems could possibly slowed by a general means of structural stabilization.

### Limiting Solvent Accessibility of Residues

It would be of interest if a general means of structural control could be employed in order to reduce rates of oxidative degradation. Ideally, this method could be applied to a number of systems that fit the criteria of having residues prone to non-site-specific oxidation residing in a partially or fully buried position in the protein. As mentioned earlier, rates of non-site-specific oxidation correlate well with solvent accessibility. Thus, any means that could reduce the average solvent accessibility of a residue should slow its rate of oxidative degradation.

Two types of excipients could be effective at limiting solvent accessibility. The first would be a solute that is preferentially excluded from the surface of the protein, a so-called non-specific ligand or stabilizer. This type of compound and its thermodynamic effects on proteins have been described in great detail in a number of reviews (Lee and Timasheff, 1981; Timasheff, 1998; Wills et al., 1993). Examples of preferentially excluded solutes are sugars, amino acids, and polymers. Without detailing the mechanism, which is described in other chapters in this book, it is sufficient to say that addition an excluded solute to a solution will result in a protein population in which the most compact state is favored. For interferon-$\gamma$, the reduction in aggregation rate upon addition of sucrose has been directly correlated with a reduction in the population of an expanded state intermediate, which is only slightly larger size than the native state (Kendrick et al., 1998). This general phenomenon can be envisioned as the adjustment of the native state ensemble away from loose, open structures to more rigid and compact structures upon the addition of an excluded solute. Similar effects were seen in the case of recombinant interleukin-1 receptor antagonist (rIL1-ra), where sucrose was noted to induce a compaction of the native state (Kendrick et al., 1997). In both cases, there was an overall decrease in the total surface area of the protein.

One can imagine that shifting the native state ensemble would towards more compact species would also reduce the timed-average solvent accessibility of partially buried residues, lowering their susceptibility to oxidation. Such changes in the time-averaged conformation of the protein structure can be measured by monitoring the accessibility of amide hydrogens to bulk solvent via hydrogen to deuterium exchange experiments (Clarke and Itzhake, 1998). A more compact

PAR-VASO-0008449

structure will have slower H-D exchange rates, directly reflecting the reduction in solvent accessibility of certain amide groups. The residues that will have their exchange rates lowered by excluded solutes represent amide protons that are partially or fully buried in the native structure; the reduction in rate may either represent protection from global unfolding or from fluctuations in the native state (Foord and Leatherbarrow, 1998). If such an effect in H-D exchange rates can be seen with addition of excluded solutes, then the next logical step is to assume that chemical reactivity of partially exposed or buried groups would likewise be reduced, as was seen in the case of cysteine reactivity in rIl1-ra (Kendrick et al., 1997). It would be simple hypothesis to test, and amenable to a number of systems. A correlation between H-D exchange rates and rates of non-site-specific oxidative degradation at partially buried residues would indeed indicate if this approach is valid.

Another aspect of the excluded solute effect is that these additives tend to favor the assembled state of multimeric systems. If a protein or peptide has a tendency to self-associate, this phenomenon would have the effect of shifting the equilibrium towards the more highly associated system. Again, this shift would result in net reduction in overall protein surface area, thereby limiting solvent accessibility of residues exposed in the on the contact sights between monomers.

The second type of ligand that could limit solvent accessibility would be a molecule (i.e., a ligand) that would bind specifically and with high affinity to the native state of the protein. Such binding would have the same thermodynamic consequence as preferential solute exclusion; the compact native conformation that most readily bound ligand would be most favored, and time-averaged solvent exposure of partially or fully buried residues would be reduced. In addition, the binding event would block a certain portion of the surface of the protein, limiting exposure to exogenous oxidants. Conversely, oxidation in the absence of the ligand would be expected to alter ligand binding to the protein. Examples of both excluded solute effects and direct ligand binding, and their effects on oxidation rates, are given below.

## Conformational Control of Oxidation in Aqueous Solution

As described above, non-site-specific oxidation occurs fastest at solvent exposed residues, slowest at buried residues, and at an intermediate rate at partially exposed residues. Thus, the goal of structural control in reducing oxidation rates would be to reduce exposure of the sensitive side chains to potential oxidants. First, consider proteins that have specific endogenous ligands and the effect that ligand binding has upon oxidation.

Methionine residues in α/β-type acid-soluble spore proteins (SASP) of *Bacillus* species are readily oxidized *in vitro* by $H_2O_2$ or the organic peroxide,

PAR-VASO-0008450

t-butyl hydroperoxide (tBHP) (Li et al., 1995a). Oxidation rendered α/β-SASP unable to bind to DNA and, presumably not confer UV and heat protection to spores *in vivo*. However, DNA binding appears to protect the protein from methionine oxidation, by rendering the methionine residues inaccessible to solvent. Therefore, this system demonstrates all of the characteristics outlined above. Ligand binding drastically reduced exposure of sensitive methionine residues. Conversely, oxidation of those residues prior to DNA binding has a profound impact on biolgical activity.

Similarly, fibronectin binds with high affinity to collagen, and within the binding region are a number of methionine residues. Oxidation of fibronectin with chloramine T greatly reduces binding affinity, although no conformational change was noted upon oxidation. However, when fibronectin is mixed with gelatin and subsequently treated with chloramine T, the methionines are effectively removed from the bulk solvent due to binding, and no oxidation is observed (Miles and Smith, 1993). Thus, simple binding of a ligand and subsequent removal of methionines from the bulk solvent has rendered them inaccessible to oxidants.

While it is easy to appreciate that binding to a large macromolecular substrate is effective at diminishing solvent exposure, one might attribute this behavior solely to steric factors. However, binding of small ligands can also affect sensitivity to oxidation. For example, in recombinant coagulation factor VII (FVIIa), two of the protein's four methionines have been reported to undergo oxidation to methionine sulfoxide upon exposure to hydrogen peroxide (Kornfelt et al., 1999). At pH 7.5–9.5, both of these surface exposed methionines, Met-298 and Met-306, have equivalent rates of oxidation. However, upon adjustment of the pH to 5.5, the oxidation rate of Met-298 is considerably slower. Although no direct structural evidence is given, the authors conclude that, under the acidic conditions, a conformational change has occurred around the region of Met-298, partially protecting it from the solution and thus from the oxidant. In this case, the specific stabilizing ligand is hydrogen ion, even though it has no steric bulk. Here direct ligand binding to the native state causes a putative change in conformation, slowing the oxidation of Met-298.

There are few examples of excluded solute effects on oxidation. However, recent examples suggest it is, in fact, a valid approach for reducing oxidative damage. For example, DePaz et al. (2000) have reported using an excluded solute, sucrose, to inhibit methionine oxidation in the subtilisin used in laundry detergents. This protease, which has a partially buried methionine residue located near its active site, undergoes rapid oxidation at elevated pH in the presence of borate buffer. The borate is converted into a perborate by hydrogen peroxide, which carries the oxidizing species directly into the active site. Addition of sucrose slowed the oxidation rate appreciably. The authors demonstrated that the effect was not due to radical scavenging or viscosity increases. Moreover, they showed that the oxidation-competent species was slightly expanded, with a surface area

PAR-VASO-0008451

3.9% greater than the native state. Therefore, it is possible to diminish the amount of expanded, degradation-competent species in the native state ensemble and produce a more stable solution formulation, whether the pathway involves physical changes, such as aggregation, or chemical reactions, such as oxidation.

As described above, another effect of preferentially excluded ligands is to drive systems towards self-assembly, as with multimeric proteins. Assembly into a multimer should protect methionines from the solvent. In other words, control the association state of a multimeric protein can be a method for slowing non-site specific oxidation in proteins. For example, *E. coli* ribosomal protein L12 can be oxidized at its three methionine residues by hydrogen peroxide (Brot and Weissbach, 1983). This oxidation renders the protein inactive. The native, active form of L12 is a dimer, and the inactive form appears to be a monomer by ultracentrifugal analysis (Caldwell et al., 1978). Oxidation appears to have rendered the monomer incapable of forming the active dimer, and reduction of the methionine sulfoxides back to methionine by methionine sulfoxide reductase and dithiothreotol (DTT) yielded the active dimer again. Either a specific ligand or an excluded solute that could shift the equilibrium towards the dimer would slow oxidation.

Furthermore, we observed that addition of excluded solutes, like disaccharides, can affect the assembly state of the 41 amino acid peptide, human corticotropin-releasing factor, hCRF (Meyer et al., 1996). Other researchers have reported that CRF has a propensity to form tetramers at higher peptide concentrations, as well as form larger multimers under certain conditions (Dathe et al., 1996). Although specific details of the oligomerization need to be determined, it appears that solution conditions can be adjusted to push the system to a more highly associated state (unpublished results). The two methionines in the peptide, Met-21 and Met-38, have been found to oxidize upon storage in a liquid formulation at different rates. Met-38, located near the C-terminus, oxidizes several times faster than Met-21 at a peptide concentration of 1 mg/mL. Upon increasing the concentration to 8 mg/mL, the rate of oxidation of Met-38 is slowed almost four-fold, while the Met-21 rate is slowed only by a factor of ~1.4. We suggest that both methionines become progressively more protected from the solvent as the peptide associates, with the extent of solvent exposure changing the most for Met-38, as it becomes more deeply buried under solution conditions which push the peptide toward a relatively large oligomer.

## Structural Control of Oxidation in Lyophilized Products

Due to the fact that many proteins do not possess adequate stability in solution in order to provide a reasonable shelf life, many protein pharmaceuticals are

PAR-VASO-0008452

prepared as lyophilized products. Although lyophilization may solve some of the physical instability problems, proteins still may also undergo chemical degradation in the solid state. Certainly, chemical degradation is typically slower in the solid state than in liquid state (Li et al., 1995a; Kenkare and Richards, 1966; Chang et al., 1996), due to reduced mobility of the protein and limited exposure to water. However, this is not always the case (Fransson et al., 1996). Regardless of whether oxidation in retarded in a lyophilized cake compared to a solution, oxidation remains a major degradative pathway that must be considered. Variables such as residual moisture, type of excipients, and composition of the headspace gas in relation to oxidation have previously been discussed in a number of research and review articles (Li et al., 1995a; Pikal et al., 1991; Fransson et al., 1996). As in liquid formulations, the effect of structure on rates of oxidation in the solid state should not be ignored. Maintenance of native protein structure in the dried state may serve to reduce chemical instability, as well as physical instability, assuming that surface exposure would have similar effects on oxidation as solvent exposure does in the liquid state. Therefore, proper design of a freeze dried formulation in which the maintenance of native secondary structure to reduce physical instability problems such as aggregation may have the secondary benefit of reducing surface exposure of labile side chains in the solid form as well.

For example, in hGH, irreversible changes during freeze-drying were minimal, but upon storage, aggregation and chemical decomposition (via methionine oxidation and asparagine damidation became problematic) (Pikal et al., 1991). The formulation that contained no excipients had the highest level of aggregates, as well as the highest level of methionine sulfoxide. The final formulation, which conferred the greatest stability, was a combination of mannitol and glycine, where the glycine remained amorphous. This formulation not only provided stabilization against aggregation, but against methionine oxidation as well. At the very least, this correlation suggests that unfolding of the protein in the dried state, which leads to increased susceptibility to aggregation, also may also make the protein more susceptible to oxidation. Whether or not this correlation between maintenance of native-like structure in the solid state and lower rates of oxidation holds true in all cases remains to be seen. Such reports in the open literature are rare. In addition, other variables, such as the diffusivity of reactants in the solid, the storage temperature relative to the glass transition temperature, and the exact nature of reactive species in the dried state, also need to be considered as well.

## Summary of Structural Control of Oxidation

Oxidation of the various side chains of proteins and peptides remains a major problem to overcome in formulation science. A rational approach stemming from

PAR-VASO-0008453

an understanding of oxidative mechanisms and oxidative sources is already fairly well understood, and has helped in a number of cases where oxidative degradation was occurring in a pharmaceutical dosage form. Consideration and control of secondary, tertiary and quaternary structure will hopefully be yet an additional method to slow oxidation and increase shelf life. In the case of liquid formulations, this could be done by adjustment of specific solution conditions such as pH in order to alter conformational states, reduction of solvent exposure of methionines via association states, or addition of excluded solutes to produce a more compact native ensemble. The work by DePaz et al. (2000) demonstrates that for buried residues the oxidation-competent species is slightly larger than the native state. The use of excluded solutes to shift the equilibrium towards to more compact species should and does slow chemical degradation. We expect other examples to emerge in the near future.

In lyophilized formulations structural control may already be in place in many instances, as maintenance of a native-like secondary structure is already a requirement for reducing aggregation from physical instability, and its effect should certainly be considered if oxidation is a route of degradation. It has been shown that less mobility (i.e., in an amorphous glass below the glass transition temperature) does slow deamidation (Chang et al., 1996).

## SUMMARY

Control of chemical instability in protein pharmaceuticals continues to be a critical issue in developing stable formulations. While the effects of pH, buffer composition, ionic strength and temperature remain the most effective methods for controlling hydrolysis and oxidation reactions, it appears that conformational control may also be important. Addition of excipients to maintain native structure and reduce the propensity of the protein to denature and/or aggregate is already a central theme in stabilizing proteins (Arakawa et al., 1993). The same additives have now been found to slow both deamidation and oxidation, whether in solution or in the solid state. What is emerging is an additional approach for producing protein pharmaceuticals that maintain native structure and activity during long-term storage.

## REFERENCES

Arakawa, T., Prestrelski, S.J., Kenney, W.C., and Carpenter, J.F., 1993. Factors affecting short-term and long-term stabilites of proteins, *Adv. Drug Delivery Rev.* 10: 1–28.

PAR-VASO-0008454

Araki, F., Nakamura, H., Nojima, N., Tsukumo, K., and Sakamoto, S., 1989. Stability of recombinant human epidermal growth factor in various solutions, *Chem. Pharm. Bull.* 37:404–406.

Artigues, A., Birkett, A., and Schirch, V., 1990. Evidence for the in vivo deamidation and isomerization of an asparaginyl residue in cytosolic serine hydroxymethyltransferase, *J. Biol. Chem.* 265:4853–4858.

Aswad, D.W., ed., 1995. *Deamidation and Isoasparate Formation in Peptides and Proteins*, CRC Press, Boca Raton.

Becker, G.W., Tackitt, P.M., Bromer, W.W., Lefeber, D.S., and Riggin, R.M., 1988. Isolation and characterization of a sulfoxide and desamido derivative of biosynthetic human growth hormone, *Biotechnol. Appl. Biochem.* 10:326–337.

Berson, S.A. and Yalow, R.S., 1966. Deamidation of insulin during storage in frozen state, *Diabetes* 15:875–878.

Bongers, J., Heimer, E.P., Lambros, T., Pan, Y.C., Campbell, R.M., and Felix, A.M., 1992. Degradation of aspartic acid and asparagine residues in human growth hormone-releasing factor, *Int. J. Peptide Protein Res.* 39:364–374.

Brange, J., Langkjŕ r, L., Havelund, S., and Vølund, A., 1992. Chemical stability of insulin. 1. hydrolytic degradation during storage of pharmaceutical preparations. *Pharm. Res.* 9:715–726.

Brennan, T.V. and Clarke, S., 1995. Effect of adjacent histidine and cysteine residues on the spontaneous degradation of asparaginyl- and aspartyl-containing peptides, *Int. J. Peptide Protein Res.* 45:547–553.

Brot, N. and Weissbach, H., 1983. Biochemistry and physiological role of methionine sulfoxide residues in proteins, *Arch. Biochem. Biophys.* 223:271–281.

Caldwell, P., Luk, D.C., Weissbach, H., and Brot, N., 1978. Oxidation of the methionine residues of Escherichia coli ribosomal protein L12 decreases the protein's biological activity, *Proc. Natl. Acad. Sci. USA* 75:5349–5352.

Chang, B.S., Beauvais, R.M., Dong, A., and Carpenter, J.F., 1996. Physical factors affecting the storage stability of freeze-dried interleukin-1 receptor antagonist: glass transition and protein conformation, *Arch. Biochem. Biophys.* 331:249–258.

Chen, B., Costantino, H.R., Hsu, C.-C., and Shire, S.J., 1999. Influence of calcium ions on the structure and stability of recombinant human deoxyribonuclease I in the aqueous and lyophilized States, *J. Pharm. Sci.* 88:477–482.

Chloupek, R.C., Harris, R.J., Leonard, C.K., Keck, R.G., Keyt, B.A., Spellman, M.W., Jones, A.J.S., and Hancock, W.S., 1989. Study of the primary structure of recombinant tissue plasminogen activator by reversed phase high performance liquid chromatographic tryptic mapping, *J. Chromatogr.* 463:375–396.

Clarke, S., 1987. Propensity for spontaneous succinimide formation from aspartyl and asparaginyl residues in cellular proteins, *Int. J. Peptide Protein Res.* 30:808–829.

Clarke, J. and Itzhake, L.S., 1998. Hydrogen exchange and protein folding, *Curr. Opinion Struct. Biol.* 8:112–118.

Cleland, J.L., Mac, A., Boyd, B., Yang, J., Duenas, E.T., Yeung, D., Brooks, D., Hsu, C., Chu, H., Mukku, V., and Jones, A.J.S., 1997. The stability of recombinant human growth hormone in poly(lactic-co-glycolic acid) (PLGA) microspheres, *Pharm. Res.* 14:420–425.

PAR-VASO-0008455

Cleland, J.L., Powell, M.F., and Shire, S.J., 1993. The development of stable protein formulations: a close look at protein aggregation, deamidation, and oxidation, *Crit. Rev. Ther. Drug Carrier Systems* 10:307–377.

Darrington, R.T. and Anderson, B.D., 1994. The role of intramolecular nucleophilic catalysis and the effects of self-association on the deamidation of human insulin at low pH, *Pharm. Res.* 11:784–793.

Dathe, M., Fabian, H., Gast, K., Zirwer, D., Winter, R., Beyermann, M., Schumann, M., and Bienert, M., 1996. Conformational differences of ovine and human corticotropin releasing hormone. A CD, IR, NMR and dynamic light scattering study, *Int. J. Peptide Protein Res.* 47:383–393.

DePaz, R.A., Barnett, C.C., Carpenter, J.F., Dale, D.A., Gaertner, A., and Randolph, T.W., 2000. The excluding effects of sucrose on a protein chemical degradation pathway: methionine oxidation in subtilisin, *Arch. Biochem. Biophys.* 384:123–132.

DiAugustine, R.P., Gibson, B.W., Aberth, W., Kelly, M., Ferrua, C.M., Tomooka, Y., Brown, C.F., and Walker, M., 1987. Evidence for isoaspartyl (deamidated) forms of mouse epidermal growth factor, *Anal. Biochem.* 165:420–429.

Di Donato, A., Galletti, P., and D'Alession, G., 1986. Selective deamidation and enzymatic methylation of seminal ribonuclease, *Biochemistry* 25:8361–8368.

Fisher, B.D. and Porter, P.B., 1981. Stability of bovine insulin, *J. Pharm. Pharmacol.* 33:203–206.

Foord, R.L. and Leatherbarrow, R.J., 1998. Effect of osmolytes on the exchange rates of backbone amide protons in proteins, *Biochemistry* 37:2969–2978.

Fransson, J., Florin-Robertsson, E., Axelsson, K., and Nyhlen, C., 1996. Oxidation of human insulin-like growth factor I in formulation studies: kinetics of methionine oxidation in aqueous solution and in solid state, *Pharm. Res.* 13:1252–1257.

Fransson, J. and Hagman, A., 1996. Oxidation of human insulin-like growth factor I in formulation studies, II. Effects of oxygen, visible light, and phosphate on methionine oxidation in aqueous solution and evaluation of possible mechanisms, *Pharm. Res.* 13:1476–1481.

Fransson, J.R., 1997. Oxidation of human insulin-like growth factor I in formulation studies. 3. Factorial experiments of the effects of ferric ions, EDTA, and visible light on methionine oxidation and covalent aggregation in aqueous solution, *J. Pharm. Sci.* 86:1046–1050.

Frenz, J., Wu, S.-L., and Hancock, W.S., 1989. Characterization of human growth hormone by capillary electrophoresis, *J. Chromatogr.* 480:379–391.

Geiger, T. and Clarke, S., 1987. Deamidation, isomerization, and racemization at asparaginyl and aspartyl residues in peptides. Succinimide-linked reactions that contribute to protein degradation, *J. Biol. Chem.* 262:785–794.

George-Nascimento, C., Lowenson, J., Borissenko, M., Calderon, M., Medina-Selby, A., Kuo, J., Clarke, S., and Randolph A., 1990. Replacement of a labile aspartyl residue increases the stability of human epidermal growth factor, *Biochemistry* 29:9584–9591.

Gietz, U., Alder, R., Langguth, P., Arvinte, T., and Merkle, H.P., 1998. Chemical degradation kinetics of recombinant hirudin (HV1) in aqueous solution: effect of pH, *Pharm. Res.* 15:1456–1462.

Hayes, C.S., Illades-Aguiar, B., Casillas-Martinez, L., and Setlow, P., 1998. In vitro and in vivo oxidation of methionine residues in small, acid-soluble spore proteins from Bacillus species, *J. Bacteriol.* 180:2694–2700.

Houghten, R.A. and Li, C.H., 1976. Studies on pituitary prolactin. 39. reaction of the ovine hormone with hydrogen peroxide, *Biochim. Biophys. Acta* 439:240–249.

Houghten, R.A., Glaser, C.B., and Li, C.H., 1977. Human somatotropin. Reaction with hydrogen peroxide. Arch. Biochem. Biophys. 178:350–355.

Hsu, Y.R., Chang, W.C., Mendiaz, E.A., Hara, S., Chow, D.T., Mann, D.B., Langley, K.E., and Lu, H.S., 1998. Selective deamidation of recombinant human stem cell factor during in vitro Aging: isolation and characterization of the aspartyl and isoaspartyl homodimers and heterodimers, *Biochemistry* 37:2251–2262.

Johnson, B.A., Shirokawa, J.M., Hancock, W.S., Spellman, M.W., Basa, L.J., and Aswad, D.W., 1989. Formation of isoaspartate at two distinct sites during in vitro aging of human growth hormone, *J. Biol. Chem.* 264:14262–14271.

Kendrick, B.S., Chang, B.S., Arakawa, T., Peterson, B., Randolph, T.W., Manning, M.C., and Carpenter, J.F., 1997. Preferential exclusion of sucrose from recombinant interleukin-1 receptor antagonist: Role in restricted conformational mobility and compaction of native state. *Proc. Natl. Acad. Sci. USA* 94:11917–11922.

Kendrick, B.S., Carpenter, J.F., Cleland, J.L., and Randolph, T.W., 1998. A transient expansion of the native state preces aggregation of recombinant human interferon-$\gamma$. *Proc. Natl. Acad. Sci. USA* 95:14142–14146.

Kenkare, U.W. and Richards, F.M., 1966. The histidyl residues in ribonuclease-S. Photooxidation in solution and in single crystals, the iodination of histidine-12, *J. Biol. Chem.* 241:3197–3206.

Kornfelt, T., Persson, E., and Palm, L., 1999. Oxidation of methionine residues in coagulation factor VIIa, *Arch. Biochem. Biophys.* 363:43–54.

Kosen, P.A., 1992. Disulfide bonds in proteins, in: *Stability of Protein Pharmaceuticals, Part A: Chemical and Physical Pathways of Protein Degradation*, T.J. Ahern and M.C. Manning, eds., Plenum Press, New York, pp. 31–66.

Kossiakoff, A.A., 1988. Tertiary structure is a principal determinant to protein deamidation, *Science* 240:191–194.

Kroon, D.J., Baldwin-Ferro, A., and Lalan, P., 1992. Identification of sites of degradation in a therapeutic monoclonal antibody by peptide mapping, *Pharm. Res.* 9:1386–1393.

Lam, X.M., Yang, J.Y., and Cleland, J.L., 1997. Antioxidants for prevention of methionine oxidation in recombinant monoclonal antibody HER2, *J. Pharm. Sci.* 86:1250–1255.

Lee, J.C. and Timasheff, S.N., 1981. The stabilization of proteins by sucrose, *J. Biol. Chem.* 256:7193–7201.

Levine, R.L., et al., 1996. Methionine residues as endogenous antioxidants in proteins, *Proc. Natl. Acad. Sci. USA* 93:15036–15040.

Lewis, U.J., Cheever, E.V., Hopkins, W.C., 1970. Kinetic study of the deamidation of growth hormone and prolactin, *Biochim. Biophys. Acta.* 214:498–508.

Li, S., Schoneich, C., and Borchardt, R.T., 1995a. Chemical instability of protein pharmaceuticals: mechanisms of oxidation and strategies for stabilization. *Biotechnol. Bioeng.* 48:490–500.

Li, S., Nguyen, T.H., Schoneich, C., and Borchardt, R.T., 1995b. Aggregation and precipitation of human relaxin induced by metal-catalyzed oxidation, *Biochemistry* 34:5762–5772.

Li, S., Schoneich, C., and Borchardt, R.T., 1995c. Chemical pathways of peptide degradation. VIII. Oxidation of methionine in small model peptides by prooxidant/transition metal ion systems: influence of selective scavengers for reactive oxygen intermediates. *Pharm. Res.* 12:348–355.

Lilova, A., Kleinschmidt, T., and Nedkov, P., 1987. Methionine residue susceptibility in native subtilisin DY, *Biol. Chem. HoppeSeyler* 368:513–519.

Liu, D.T.-Y., 1992. Deamidation: a source of microheterogeneity in pharmaceutical proteins, *Trends Biotechnol.* 10:364–369.

Liu, J.L., Lu, K.V., Eris, T., Katta, V., Westcott, K.R., Narhi, L.O., and Lu, H.S., 1998. In vitro methionine oxidation of recombinant human leptin, *Pharm. Res.* 15:632–640.

Lura, R., Schirch, V., 1988. Role of peptide conformation in the rate and mechanism of deamidation of asparaginyl residues, *Biochemistry* 27:7671–7677.

Mach, H., et al., 1994. Origin of the photosensitivity of a monoclonal immunoglobulin G, in: *Formulation and Delivery of Proteins and Peptides*, J.L. Cleland and R. Langer, eds., American Chemical Society Symp. Series, Washington, D.C., pp. 72–84.

Manning, M.C., Patel, K., Borchardt, R.T., 1989. Stability of protein pharmaceuticals, *Pharm. Res.* 6:903–918.

McCrossin, L.E., Charman, W.N., and Charman, S.A., 1998. Degradation of recombinant porcine growth hormone in the presence of guanidine hydrochloride, *Int. J. Pharm.* 173:157–170.

Meyer, J.D., Ho, B., Snyder, S., and Manning, M.C., 1996. Solution behavior of human corticotropin releasing factor, *Pharm. Res.* 13:S-100.

Miles, A.M. and Smith, R.L., 1993. Functional methionines in the collagen/gelatin binding domain of plasma fibronectin: effects of chemical modification by chloramine T, *Biochemistry* 32:8168–8178.

Nabuchi, Y., Fujiwara, E., Ueno, K., Kuboniwa ,H., Asoh, Y., and Ushio, H., 1995. Oxidation of recombinant human parathyroid hormone: effect of oxidized position on the biological activity, *Pharm. Res.* 12:2049–2052.

Nguyen, T.H., Oxidative degradation of protein pharmaceuticals, in: *Formulation and Delivery of Proteins and Peptides*, J.L. Cleland and R. Langer, eds., American Chemical Society Symp. Series, Washington, D.C., pp. 59–71.

Nguyen, T.H., Burnier, J., and Meng, W., 1993. The kinetics of relaxin oxidation by hydrogen peroxide. *Pharm. Res.* 10:1563–1571.

Nielsen, R.G., Sittampalam, G.S., and Rickard, E.C., 1989. Capillary zone electrophoresis of insulin and growth hormone, *Anal. Biochem.* 177:20–26.

Oliva, A., Farina, J.B., and LlabrŽs, M., 1996. Influence of temperature and shaking on stability of insulin preparations: degradation kinetics, *Int. J. Pharm.* 143:163–170.

Patel, K. and Borchardt, R.T., 1990. Chemical pathways of peptide degradation. II. kinetics of deamidation of an asparaginyl residue in a model hexapeptide, *Pharm. Res.* 7:703–711.

PAR-VASO-0008458

Pearlman, R. and Bewley, T.A., 1993. Stability and characterization of human growth hormone, in: *Pharmaceutical Biotechnology: Case Studies*, Vol. 5, Y.J. Wang and R. Pearlman, eds., Plenum Press, New York, New York. pp. 1–59.

Pearlman, R. and Nguyen, T.H., 1992. Pharmaceutics of protein drugs, *J. Pharm. Pharmacol.* 44 (Suppl 1):178–185.

Pikal, M.J., Dellerman, K.M., Roy, M.L., and Riggin, R.M., 1991. The effects of formulation variables on the stability of freeze-dried human growth hormone, *Pharm. Res.* 8:427–436.

Senderoff, R.I., Wootton, S.C., Boctor, A.M., Chen, T.M., Giordani, A.B., Julian, T.N., and Radebaugh, G.W., 1994. Aqueous stability of human epidermal growth factor 1–48, *Pharm. Res.* 11:1712–1720.

Sharma, S., Hammen, P.K., Anderson, J.W., Leung, A., Georges, F., Hengstenberg, W., Klevit, R.E., and Waygood, E.B., 1993. Deamidation of HPr, a phosphocarrier protein of the phosphoenolpyruvate:sugar phosphotransferase system, involves asparagine 8 (HPr-1) and asparagine 12 (HPr-2) in isoaspartyl acid formation, *J. Biol. Chem.* 268:17695–17704.

Son, K. and Kwon, C., 1995. Stabilization of human epidermal growth factor (hEGF) in aqueous solution, *Pharm. Res.* 12:451–454.

Stevenson, C.L., Donlan, M.E., Friedman, A.R., and Borchardt, R.T., 1993a. Solution conformation of Leu27-hGRF(1–32)-NH$_2$ and Its deamidation products by 2D NMR, *Int. J. Peptide Protein Res.* 42:24–32.

Stevenson, C.L., Friedman, A.R., Kubiak, T.M., Donlan, M.E., and Borchardt, R.T., 1993b. Effect of secondary structure on the rate of deamidation of several growth hormone releasing factor analogs, *Int. J. Peptide Protein Res.* 42:497–503.

Strickley, R.G. and Anderson, B.D., 1996. Solid-state stability of human insulin. I. mechanism and the effect of water on the kinetics of degradation in lyophiles from pH 2–5 solutions, *Pharm. Res.* 13:1142–1153.

Teh, L.C., Murphy, L.J., Huq, N.L., Surus, A.S., Friesen, H.G., Lazarus, L., and Chapman, G.E., 1987. Methionine oxidation in human growth hormone and human chorionic somatomammotropin. Effects on receptor binding and biological activities, *J. Biol. Chem.* 262:6472–6477.

Timasheff, S.N., 1998. Control of protein stability and reactions by weakly interacting cosolvents: The simplicity of the complicated. *Adv. Protein Chem.* 91:355–432.

Tsai, P.K., Bruner, M.W., Irwin, J.L., Yu Ip, C.C., Oliver, C.N., Nelson, R.W., Volkin, D.B., and Middaugh, C.R., 1993. Origin of the isoelectric heterogeneity of monoclonal immunoglobulin h1B4, *Pharm. Res.* 10:1580–1586.

Tyler-Cross, R. and Schirch, V., 1991. Effects of amino acid sequence, buffers, and ionic strength on the rate and mechanism of deamidation of asparagine residues in small peptides, *J. Biol. Chem.* 266:22549–22556.

Violand, B.N., Schlittler, M.R., Toren, P.C., and Siegel, N.R., 1990. Formation of isoaspartate 99 in bovine and porcine somatotropins, *J. Prot. Chem.* 9:109–117.

Violand, B.N., Schlittler, M.R., Kolodziej, E.W., Toren, P.C., Cabonce, M.A., Siegel, N.R., Duffin, K.L., Zobel, J.F., Smith, C.E., and Tou, J.S., 1992. Isolation and characterization of porcine somatotropin containing a succinimide residue in place of aspartate129, *Protein Sci.* 1:1634–1641.

PAR-VASO-0008459

Vogt, W., 1995. Oxidation of methionyl residues in proteins: tools, targets, and reversal, *Free Radical Biol. Med.* 18:93–105.

Wearne, S.J. and Creighton, T.E., 1989. Effect of protein conformation on rate of deamidation: ribonuclease A, *Proteins* 5:8–12.

Wills, P.R., Comper, W.D., and Winzor, D.J., 1993. Thermodynamic nonideality in macromolecular solutions: interpretation of virial coefficients, *Arch. Biochem. Biophys.* 300:206–213.

Wright, H.T., 1991. Sequence and structure determinants of the nonenzymatic deamidation of asparagine and glutamine residues in proteins, *Protein Eng.* 4:283–294.

Xie, M. and Schowen, R.L., 1999. Secondary structure and protein deamidation, *J. Pharm. Sci.* 88:8–13.

Zull, J.E., Smith, S.K., and Wiltshire, R., 1990. Effect of methionine oxidation and deletion of amine-terminal resiudes on the conformation of parathyroid hormone, *J. Biol. Chem.* 265:5671–5676.

PAR-VASO-0008460



PN1601-15
FOR INJECTION
(bivalirudin)
**Angiomax®**



**Angiomax®**
(bivalirudin)
FOR INJECTION



PN1601-15

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

These highlights do not include all the information needed to use ANGIOMAX safely and effectively. See full prescribing information for ANGIOMAX.

ANGIOMAX® (bivalirudin) for injection, for intravenous use
Initial U.S. Approval: 2000

------------------------------INDICATIONS AND USAGE------------------------------

Angiomax is a direct thrombin inhibitor indicated for use as an anticoagulant in patients:
• With unstable angina undergoing percutaneous transluminal coronary angioplasty (PTCA). (1.1)
• Undergoing percutaneous coronary intervention (PCI) with provisional use of glycoprotein IIb/IIIa inhibitor (GPI) as in the REPLACE-2 study. (1.2)
• With, or at risk of, heparin-induced thrombocytopenia (HIT) or heparin-induced thrombocytopenia and thrombosis syndrome (HITTS), undergoing PCI. (1.2)

Angiomax is intended for use with aspirin. (*.5)

Limitation of Use
Safety and effectiveness not established in patients with acute coronary syndromes who are not undergoing PTCA or PCI. (1.4)

------------------------------DOSAGE AND ADMINISTRATION------------------------------

For patients who do not have HIT/HITTS
• PCI/PTCA: 0.75 mg/kg intravenous (IV) bolus dose followed by a 1.75 mg/kg/h IV infusion for the duration of the procedure. (2.1)
• Perform activated clotting time (ACT) test 5 minutes post-bolus dose. If needed, give an additional bolus of 0.3 mg/kg. (2.1)
• After PCI/PTCA IV infusion may be continued for up to 4 hours, after which a rate of 0.2 mg/kg/h can be used for up to 20 more hours, if needed. (2.1)
• Consider glycoprotein IIb/IIIa inhibitor (GPI) administration with procedural complications. (2.1, 14.1)

For patients who have HIT/HITTS
• The recommended dose of Angiomax in patients with HIT/HITTS undergoing PCI is an IV bolus of 0.75 mg/kg. This should be followed by an infusion at a rate of 1.75 mg/kg/h for the duration of the procedure. (2.1)
• After PCI/PTCA IV infusion may be continued for up to 4 hours, after which a rate of 0.2 mg/kg/h can be used for up to 20 more hours, if needed. (2.1)

For patients with renal impairment
• No reduction in bolus dose required. Consider reduction of the rate of infusion to 1 mg/kg/h for CrCL <30 mL/min or 0.25 mg/kg/h if on dialysis. (2.3)

------------------------------DOSAGE FORMS AND STRENGTHS------------------------------

Vials containing 250 mg of bivalirudin as a sterile, lyophilized powder for reconstitution. (3)

------------------------------CONTRAINDICATIONS------------------------------

• Active major bleeding (4)
• Hypersensitivity to bivalirudin or any product components (4)

------------------------------WARNINGS AND PRECAUTIONS------------------------------

• Bleeding events: Hemorrhage can occur at any site. Discontinue Angiomax for an unexplained fall in blood pressure or hematocrit. (5.1)
• Coronary artery brachytherapy: Risk of thrombus formation, including fatal outcomes, in gamma brachytherapy. (5.2)

------------------------------ADVERSE REACTIONS------------------------------

Most common adverse reaction was: bleeding (28%). Other adverse reactions (incidence >0.5%) were headache, thrombocytopenia and fever. (6.1)

To report SUSPECTED ADVERSE REACTIONS, contact The Medicines Company at 1-800-264-4662 or the FDA at 1-800-FDA-1088 or www.fda.gov/medwatch

------------------------------DRUG INTERACTIONS------------------------------

Heparin, warfarin, thrombolytics, or GPIs: Increased major bleeding risk with concomitant use. (7)

------------------------------USE IN SPECIFIC POPULATIONS------------------------------

• Pediatric patients: Safety and efficacy not established. (8.4)
• Geriatric patients: Elderly patients may experience more bleeding than younger patients. (8.5)
• Renal impairment: Reduce infusion dose and monitor ACT. (2.2, 8.6)

See 17 for PATIENT COUNSELING INFORMATION

Revised: 01/2012

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1 INDICATIONS AND USAGE**
  1.1 Percutaneous Transluminal Coronary Angioplasty (PTCA)
  1.2 Percutaneous Coronary Intervention (PCI)
  1.3 Use with Aspirin
  1.4 Limitation of Use
**2 DOSAGE AND ADMINISTRATION**
  2.1 Recommended Dose
  2.2 Dosing in Renal Impairment
  2.3 Instructions for Administration
  2.4 Storage after Reconstitution
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**

**5 WARNINGS AND PRECAUTIONS**
  5.1 Bleeding Events
  5.2 Coronary Artery Brachytherapy
**6 ADVERSE REACTIONS**
  6.1 Clinical Trials Experience
  6.2 Immunogenicity/Re-Exposure
  6.3 Postmarketing Experience
**7 DRUG INTERACTIONS**
**8 USE IN SPECIFIC POPULATIONS**
  8.1 Pregnancy
  8.3 Nursing Mothers
  8.4 Pediatric Use
  8.5 Geriatric Use
  8.6 Renal Impairment
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
  14.1 PCI/PTCA
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**
*Sections or subsections omitted from the full prescribing information are not listed

**FULL PRESCRIBING INFORMATION**

**1 INDICATIONS AND USAGE**

**1.1 Percutaneous Transluminal Coronary Angioplasty (PTCA)**

Angiomax® (bivalirudin) is indicated for use as an anticoagulant in patients with unstable angina, undergoing percutaneous transluminal coronary angioplasty (PTCA).

**1.2 Percutaneous Coronary Intervention (PCI)**

Angiomax with provisional use of glycoprotein IIb/IIIa inhibitor (GPI) as in the REPLACE-2 trial [see Clinical Studies (14.1)] is indicated for use as an anticoagulant in patients undergoing percutaneous coronary intervention (PCI).

Angiomax is indicated for patients with, or at risk of, heparin induced thrombocytopenia (HIT) or heparin induced thrombocytopenia and thrombosis syndrome (HITTS) undergoing PCI.

**1.3 Use with Aspirin**

Angiomax in these indications is intended for use with aspirin and has been studied only in patients receiving concomitant aspirin [see Dosage and Administration (2.1) and Clinical Studies (14.1)].

**1.4 Limitation of Use**

The safety and effectiveness of Angiomax have not been established in patients with acute coronary syndromes who are not undergoing PTCA or PCI.

**2 DOSAGE AND ADMINISTRATION**

**2.1 Recommended Dose**

Angiomax is for intravenous administration only.

Angiomax is intended for use with aspirin (300-325 mg daily) and has been studied only in patients receiving concomitant aspirin.

For patients who do not have HIT/HITTS
The recommended dose of Angiomax is an intravenous (IV) bolus dose of 0.75 mg/kg, followed by an infusion of 1.75 mg/kg/h for the duration of the PCI/PTCA procedure. Five min after the bolus dose has been administered, an activated clotting time (ACT) should be performed and an additional bolus of 0.3 mg/kg should be given if needed.

GPI administration should be considered in the event that any of the conditions listed in the REPLACE-2 clinical trial description [see Clinical Studies (14.1)] is present.

For patients who have HIT/HITTS
The recommended dose of Angiomax with HIT/HITTS undergoing PCI is an IV bolus of 0.75 mg/kg. This should be followed by a continuous infusion at a rate of 1.75 mg/kg/h for the duration of the procedure.

For ongoing treatment post procedure
Continuation of the Angiomax infusion following PCI/PTCA for up to 4-hours post-procedure is optional, at the discretion of the treating physician. After four hours, an additional IV infusion of Angiomax may be initiated at a rate of 0.2 mg/kg/h (low-rate infusion), for up to 20 hours, if needed.

**2.2 Dosing in Renal Impairment**

No reduction in the bolus dose is needed for any degree of renal impairment. The infusion dose of Angiomax may need to be reduced, and anticoagulant status monitored in patients with renal impairment. Patients with moderate renal impairment (30-59 mL/min) should receive an infusion of 1.75 mg/kg/h. If the creatinine clearance is less than 30 mL/min, reduction of the infusion rate to 1 mg/kg/h should be considered. If a patient is on hemodialysis, the infusion rate should be reduced to 0.25 mg/kg/h [see Use In Specific Population (8.6)].

**2.3 Instructions for Administration**

Angiomax is intended for intravenous bolus injection and continuous infusion after reconstitution and dilution. To each 250 mg vial, add 5 mL of Sterile Water for Injection, USP. Gently swirl until all material is dissolved. Each reconstituted vial should be further diluted in 50 mL of 5% Dextrose in Water or 0.9% Sodium Chloride for Injection to yield a final concentration of 5 mg/mL (e.g., 1 vial in 50 mL; 2 vials in 100 mL; 5 vials in 250 mL). The dose to be administered is adjusted according to the patient's weight (See Table 1).

If the low-rate infusion is used after the initial infusion, a lower concentration bag should be prepared. In order to prepare this bag, reconstitute the 250 mg vial with 5 mL of Sterile Water for Injection, USP. Gently swirl until all material is dissolved. Each reconstituted vial should be further diluted in 500 mL of 5% Dextrose in Water or 0.9% Sodium Chloride for Injection to yield a final concentration of 0.5 mg/mL. The infusion rate to be administered should be selected from the right-hand column in Table 1.

Table 1. Dosing Table

| Weight (kg) | Using 5 mg/mL Concentration Bolus 0.75 mg/k (mL) | Using 5 mg/mL Concentration Infusion 1.75 mg/kg/h (mL/h) | Using 0.5 mg/mL Concentration Subsequent Low-rate Infusion 0.2 mg/kg/h (mL/h) |
|---|---|---|---|
| 43-47 | 7 | 16 | 18 |
| 48-52 | 7.5 | 17.5 | 20 |
| 53-57 | 8 | 19 | 22 |
| 58-62 | 9 | 21 | 24 |
| 63-67 | 10 | 23 | 26 |
| 68-72 | 10.5 | 24.5 | 28 |
| 73-77 | 11 | 26 | 30 |
| 78-82 | 12 | 28 | 32 |
| 83-87 | 13 | 30 | 34 |
| 88-92 | 13.5 | 31.5 | 36 |
| 93-97 | 14 | 33 | 38 |
| 98-102 | 15 | 35 | 40 |
| 103-107 | 16 | 37 | 42 |
| 108-112 | 16.5 | 38.5 | 44 |
| 113-117 | 17 | 40 | 46 |
| 118-122 | 18 | 42 | 48 |
| 123-127 | 19 | 44 | 50 |
| 128-132 | 19.5 | 45.5 | 52 |
| 133-137 | 20 | 47 | 54 |
| 138-142 | 21 | 49 | 56 |
| 143-147 | 22 | 51 | 58 |
| 148-152 | 22.5 | 52.5 | 60 |

Angiomax should be administered via an intravenous line. No incompatibilities have been observed with glass bottles or polyvinyl chloride bags and administration sets. The following drugs should not be administered in the same intravenous line with Angiomax, since they resulted in haze formation, microparticulate formation, or gross precipitation when mixed with Angiomax: alteplase, amiodarone HCl, amphotericin B, chlorpromazine HC, diazepam, prochlorperazine edisylate, reteplase, streptokinase, and vancomycin HCl. Dobutamine was compatible at concentrations up to 4 mg/mL, but incompatible at a concentration of 12.5 mg/mL.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration. Preparations of Angiomax containing particulate matter should not be used. Reconstituted material will be a clear to slightly opalescent, colorless to slightly yellow solution.

**2.4 Storage after Reconstitution**

Do not freeze reconstituted or diluted Angiomax. Reconstituted material may be stored at 2-8°C for up to 24 hours. Diluted Angiomax with a concentration of between 0.5 mg/mL and 5 mg/mL is stable at room temperature for up to 24 hours. Discard any unused portion of reconstituted solution remaining in the vial.

**3 DOSAGE FORMS AND STRENGTHS**

Angiomax is supplied as a sterile, lyophilized powder in single-use, glass vials. After reconstitution, each vial delivers 250 mg of Angiomax.

**4 CONTRAINDICATIONS**

Angiomax is contraindicated in patients with:
• Active major bleeding;
• Hypersensitivity (e.g., anaphylaxis) to Angiomax or its components [see Adverse Reactions (6.3)].

**5 WARNINGS AND PRECAUTIONS**

**5.1 Bleeding Events**

Although most bleeding associated with the use of Angiomax in PCI/PTCA occurs at the site of arterial puncture, hemorrhage can occur at any site. An unexplained fall in blood pressure or hematocrit should lead to serious consideration of a hemorrhagic event and cessation of Angiomax administration [see Adverse Reactions (6.1)]. Angiomax should be used with caution in patients with disease states associated with an increased risk of bleeding.

**5.2 Coronary Artery Brachytherapy**

An increased risk of thrombus formation, including fatal outcomes, has been associated with the use of Angiomax in gamma brachytherapy. If a decision is made to use Angiomax during brachytherapy procedures, maintain meticulous catheter technique, with frequent aspiration and flushing, paying special attention to minimizing conditions of stasis within the catheter or vessels [see Adverse Reactions (6.3)].

**6 ADVERSE REACTIONS**

**6.1 Clinical Trials Experience**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

In 6210 patients undergoing PCI treated in the REPLACE-2 trial, Angiomax exhibited statistically significantly lower rates of bleeding, transfusions, and thrombocytopenia as noted in Table 2.

Table 2. Major Hematologic Outcomes REPLACE-2 Study (Safety Population)

| | Angiomax with "provisional" GPI[1] n=2914 | HEPARIN + GPI (n=2987) | p-value |
|---|---|---|---|
| Protocol defined major hemorrhage[2] (%) | 2.3% | 4.0% | <0.001 |
| Protocol defined minor hemorrhage[3] (%) | 13.5% | 25.9% | <0.001 |
| TIMI defined major bleeding[4] | | | |
| - Major | 0.6% | 0.9% | 0.289 |
| - Minor | 1.3% | 2.9 | <0.001 |
| Non-access site bleeding | | | |
| - Retroperitoneal bleeding | 0.2% | 0.5% | 0.069 |
| - Intracranial bleeding | <0.1% | 0.1% | 1.0 |
| Access site bleeding | | | |
| - Sheath site bleeding | 0.9% | 2.4% | <0.001 |
| Thrombocytopenia[5] | | | |
| <100,000 | 0.7% | 1.7% | <0.001 |
| <50,000 | 0.3% | 0.6% | 0.099 |
| Transfusions | | | |
| - RBC | 1.2% | 1.9% | 0.08 |
| - Platelets | 0.3% | 0.6% | 0.095 |

[1] GPIs were administered to 7.2% of patients in the Angiomax with provisional GPI group
[2] Defined as the occurrence of any of the following: intracranial bleeding, retroperitoneal bleeding, a transfusion of ≥2 units of blood/blood products, a fall in hemoglobin > 4g/dL, whether of not bleeding site is identified, spontaneous or non-spontaneous blood loss with a decrease in hemoglobin >3g/dL.
[3] Defined as observed bleeding that does not meet the criteria for major hemorrhage
[4] TIMI major bleeding is defined as intracranial, or a fall in adjusted Hgb >5g/dL or Hct of >15%. TIMI minor bleeding is defined as a fall in adjusted Hgb of 3 to <5 g/dL, or a fall in adjusted Hct of 9 to <15%, with a bleeding site such as: hematuria, hematemesis, hematomas, retroperitoneal bleeding or a decrease in Hgb of ≥4 g/dL, with no identified bleeding site.
[5] A <100,000 and >26% reduction from baseline, or <50,000

In 4312 patients undergoing PTCA for treatment of unstable angina in 2 randomized, double-blind studies comparing Angiomax to heparin, Angiomax patients exhibited lower rates of major bleeding and lower requirements for blood transfusions. The incidence of major bleeding is presented in Table 3. The incidence of major bleeding was lower in the Angiomax group than in the heparin group.

Table 3. Major Bleeding and Transfusions in BAT Trial (all patients)[1]

| | Angiomax N=2161 | Heparin N=2151 |
|---|---|---|
| No. (%) Patients with Major hemorrhage[2] | 79 (3.7) | 199 (9.3) |
| - with ≥3 g/dL fall in Hgb | 41 (1.9) | 124 (5.8) |
| - with ≥5 g/dL fall in Hgb | 14 (0.6) | 47 (2.2) |
| - retroperitoneal bleeding | 5 (0.2) | 15 (0.7) |
| - intracranial bleeding | 1 (<0.1) | 2 (0.1) |
| - Required transfusions | 43 (2.0) | 133 (5.7) |

[1] No monitoring of ACT (or PTT) was done after a target ACT was achieved.
[2] Major hemorrhage was defined as the occurrence of any of the following: intracranial bleeding, retroperitoneal bleeding, clinically overt bleeding with a decrease in hemoglobin ≥3 g/dL, or leading to a transfusion of ≥2 units of blood. This table includes data from the entire hospitalization period.

In the AT-BAT study, of the 51 patients with HIT/HITTS, 1 patient who did not undergo PCI had major bleeding during CABG on the day following angiography. Nine patients had minor bleeding (mostly due to: access site bleeding), and 3 patients developed thrombocytopenia.

Other Adverse Reactions
Adverse reactions, other than bleeding, observed in clinical trials were a minor between the Angiomax-treated patients and the control groups.

Adverse reactions (related adverse events) seen in clinical studies in which Angiomax and PTCA are shown in Tables 4 and 5.

Table 4 Most frequent (>0.2%) treatment-related adverse events (reactions) (through 30 days) in the REPLACE-2 Safety population

| | Angiomax with "provisional" GPI (N = 2914) | | Heparin+GPI (N = 2987) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with at least one treatment-related AE | 76 | (2.7) | 115 | (5.9) |
| Thrombocytopenia | 9 | (0.3) | 30 | (1.0) |
| Nausea | 15 | (0.5) | 7 | (0.2) |
| Hypotension | 7 | (0.3) | 12 | (0.4) |
| Injection site pain | 5 | (0.2) | 14 | (0.5) |
| Angina pectoris | 5 | (0.2) | 12 | (0.4) |
| Headache | 9 | (0.3) | 11 | (0.4) |
| Injection site pain | 3 | (0.1) | 10 | (0.3) |
| Nausea and vomiting | 3 | (0.1) | 9 | (0.3) |
| Vom ting | 3 | (0.1) | 5 | (0.2) |

PAR-VASO-0008461

Note: A patient could have more than one event in any category.
Abbreviation: AE = adverse event.

**Table 6. Adverse Events Other Than Bleeding Occurring in ≥ 5% Of Patients In Either Treatment Group In BAT Trial**

| EVENT | ANGIOMAX N=2161 | HEPARIN N=2151 |
|---|---|---|
| | Number of Patients (%) | |
| **CARDIOVASCULAR** | | |
| Hypotension | 262 (12) | 371 (17) |
| Hypertension | 139 (6) | 115 (5) |
| Bradycardia | 118 (5) | 164 (8) |
| **GASTROINTESTINAL** | | |
| Nausea | 218 (15) | 347 (16) |
| Vomiting | 128 (6) | 169 (8) |
| Dyspepsia | 100 (5) | 111 (5) |
| **GENITOURINARY** | | |
| Urinary retention | 89 (4) | 98 (5) |
| **MISCELLANEOUS** | | |
| Back pain | 916 (42) | 944 (44) |
| Pain | 330 (15) | 358 (17) |
| Headache | 264 (12) | 225 (10) |
| Injection site pain | 174 (8) | 274 (13) |
| Insomnia | 142 (7) | 139 (6) |
| Pelvic pain | 130 (6) | 169 (8) |
| Anxiety | 127 (6) | 140 (7) |
| Abdominal pain | 107 (5) | 104 (5) |
| Fever | 103 (5) | 108 (5) |
| Nervousness | 102 (5) | 87 (4) |

Serious, non-bleeding adverse events were experienced in 2% of 2165 Angiomax-treated patients and 2% of 2151 heparin-treated patients. The following individual serious non-bleeding adverse events were rare (<0.1% to <1%) and similar in incidence between Angiomax- and heparin-treated patients. These events are listed by body system: *Body as a Whole:* fever, infection, sepsis; *Cardiovascular:* hypotension, syncope, vascular anomaly, ventricular fibrillation; *Nervous:* cerebral ischemia, confusion, facial paralysis; *Respiratory:* lung edema; *Urogenital:* kidney failure, oliguria. In the BAT trial, there was no causality assessment for adverse events.

**6.2 Immunogenicity/Re-Exposure**
In 494 patients studied, Angiomax exhibited no platelet aggregation response against sera from patients with a history of HIT/HITTS.
Among 494 subjects who received Angiomax in clinical trials and were tested for reinfection, 2 subjects had treatment-emergent positive bivalirudin antibody tests. Neither subject demonstrated clinical evidence of allergic or anaphylactic reactions and repeat testing was not performed. Nine additional patients who had initial positive tests were negative on repeat testing.

**6.3 Postmarketing Experience**
Because postmarketing adverse reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

The following adverse reactions have been identified during postapproval use of Angiomax: fatal bleeding, hypersensitivity and allergic reactions including reports of anaphylaxis; lack of anticoagulant effect; thrombus formation during PCI with and without intracoronary brachytherapy, including reports of fatal outcomes.

**7 DRUG INTERACTIONS**
In clinical trials in patients undergoing PCI/PTCA, co-administration of Angiomax with heparin, warfarin, thrombolytics, or GPIs was associated with increased risks of major bleeding events compared to patients not receiving these concomitant medications.
There is no experience with co-administration of Angiomax and plasma expanders such as dextran.

**8 USE IN SPECIFIC POPULATIONS**
**8.1 Pregnancy**
*Pregnancy Category B*
Reproductive studies have been performed in rats at subcutaneous doses up to 150 mg/kg/day (1.6 times the maximum recommended human dose based on body surface area) and rabbits at subcutaneous doses up to 150 mg/kg/day (3.2 times the maximum recommended human dose based on body surface area). These studies revealed no evidence of impaired fertility or harm to the fetus attributable to Angiomax. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.
Angiomax is intended for use with aspirin *[see Indications and Usage (1.1)]*. Because of possible adverse effects or the neonate and the potential for increased maternal bleeding, particularly during the third trimester, Angiomax and aspirin should be used together during pregnancy only if clearly needed.

**8.3 Nursing Mothers**
It is not known whether bivalirudin is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when Angiomax is administered to a nursing woman.

**8.4 Pediatric Use**
The safety and effectiveness of Angiomax in pediatric patients have not been established.

**8.5 Geriatric Use**
In studies of patients undergoing PCI, 44% were ≥65 years of age and 12% of patients were ≥75 years old. Elderly patients experienced more bleeding events than younger patients. Patients treated with Angiomax experienced fewer bleeding events in each age stratum, compared to heparin.

**8.6 Renal Impairment**
The disposition of Angiomax was studied in PTCA patients with mild, moderate and severe renal impairment. The clearance of Angiomax was reduced approximately 20% in patients with moderate and severe renal impairment and was reduced approximately 80% in dialysis-dependent patients. *[see Clinical Pharmacology (12.3)]*
The infusion dose of Angiomax may need to be reduced, and anticoagulant status monitored in patients with renal impairment *[see Dosage and Administration (2.3)]*.

**9 OVERDOSAGE**
Single bolus doses of Angiomax up to 7.5 mg/kg have been reported without associated bleeding or other adverse reactions. In cases of overdosage, treatment with Angiomax should be immediately discontinued and the patient monitored closely for signs of bleeding. Angiomax is hemodialyzable *[see Clinical Pharmacology (12.3)]*. There is no known antidote to Angiomax.

**11 DESCRIPTION**
Angiomax is a specific and reversible direct thrombin inhibitor. The active substance is a synthetic, 20 amino acid peptide. The chemical name is D-phenylalanyl-L-prolyl-L-arginyl-L-prolyl-glycyl-glycyl-glycyl-glycyl-L-asparaginyl-glycyl-L-aspartyl-L-phenylalanyl-L-glutamyl-L-glutamyl-L-isoleucyl-L-prolyl-L-glutamyl-L-glutamyl-L-tyrosyl-L-leucine trifluoroacetate (salt) hydrate (Figure 1). The molecular weight of Angiomax is 2180 daltons (anhydrous free base peptide).

Angiomax is supplied in single-use vials as a white lyophilized cake, which is sterile. Each vial contains 250 mg bivalirudin, 125 mg mannitol, and sodium hydroxide to adjust the pH to 5-6 (equivalent of approximately 12.5 mg sodium). When reconstituted with Sterile Water for Injection, the product yields a clear to opalescent, colorless solution to slightly yellow solution, pH 5-6.

**Figure 1. Structural Formula for Bivalirudin**



**12 CLINICAL PHARMACOLOGY**
**12.1 Mechanism of Action**
Angiomax directly inhibits thrombin by specifically binding both to the catalytic site and to the anion binding exosite of circulating and clot-bound thrombin. Thrombin is a serine proteinase that plays a central role in the thrombotic process, acting to cleave fibrinogen into fibrin monomers and to activate Factor XIII to Factor XIIIa, allowing fibrin to develop a covalently cross-linked framework which stabilizes the thrombus; thrombin also activates Factors V and VIII, promoting further thrombin generation, and activates platelets, stimulating aggregation and granule release. The binding of Angiomax to thrombin is reversible as thrombin slowly cleaves the Angiomax-Arg₃-Pro₄ bond, resulting in recovery of thrombin active site functions.

In *in vitro* studies, Angiomax inhibited both soluble (free) and clot-bound thrombin, was not neutralized by products of the platelet release reaction, and prolonged the activated partial thromboplastin time (aPTT), thrombin time (TT), and prothrombin time (PT) of normal human plasma in a concentration-dependent manner. The clinical relevance of these findings is unknown.

**12.2 Pharmacodynamics**
In healthy volunteers and patients (with a 70% vessel occlusion undergoing routine PTCA ), Angiomax exhibited dose- and concentration-dependent anticoagulant activity as evidenced by prolongation of the ACT, aPTT, PT, and TT. Intravenous administration of Angiomax produces an immediate anticoagulant effect. Coagulation times return to baseline approximately 1 hour following cessation of Angiomax administration.

In 291 patients with ≥70% vessel occlusion undergoing routine PTCA , a positive correlation was observed between the dose of Angiomax and the proportion of patients achieving ACT values of 300 sec or 350 sec. At an Angiomax dose of 1 mg/kg IV bolus plus 2.5 mg/kg/h IV infusion for 4 hours, followed by 0.2 mg/kg/h, all patients reached maximal ACT values >300 sec.

**12.3 Pharmacokinetics**
Angiomax exhibits linear pharmacokinetics following IV administration to patients undergoing PTCA. In these patients, a mean steady state Angiomax concentration of 12.3 ± 1.7 mcg/mL is achieved following an IV bolus of 1 mg/kg and a 4-hour 2.5 mg/kg/h IV infusion. Angiomax does not bind to plasma proteins (other than thrombin) or to red blood cells. Angiomax is cleared from plasma by a combination of renal mechanisms and proteolytic cleavage, with a half-life in patients with normal renal function of 25 min.

The disposition of Angiomax was studied in PTCA patients with mild, moderate, and severe renal impairment. Drug elimination was related to glomerular filtration rate (GFR). Total body clearance was similar for patients with normal renal function and with mild renal impairment (60-89 mL/min). Clearance was reduced in patients with moderate and severe renal impairment and in dialysis-dependent patients (See Table 6 for pharmacokinetic parameters).

Angiomax is hemodialyzable, with approximately 25% cleared by hemodialysis.

**Table 6. PK Parameters in Patients with Renal Impairment[a]**

| Renal Function (GFR, mL/min) | Clearance (mL/min/kg) | Half-life (min) |
|---|---|---|
| Normal renal function (≥90 mL/min) | 3.4 | 25 |
| Mild renal impairment (60-89 mL/min) | 3.4 | 22 |
| Moderate renal impairment (30-59 mL/min) | 2.7 | 34 |
| Severe renal impairment (10-29 mL/min) | 2.8 | 57 |
| Dialysis-dependent patients (off dialysis) | 1.0 | 3.5 hours |

[a] The ACT should be measured in renally-impaired patients.

**13 NONCLINICAL TOXICOLOGY**
**13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility**
No long-term studies in animals have been performed to evaluate the carcinogenic potential of Angiomax. Angiomax displayed no genotoxic potential in the *in vitro* bacterial cell reverse mutation assay (Ames test), the *in vitro* Chinese hamster ovary cell forward gene mutation test (CHO/HGPRT), the *in vitro* human lymphocyte chromosomal aberration assay, the *in vitro* rat hepatocyte unscheduled DNA synthesis (UDS) assay, and the *in vivo* micronucleus assay. Fertility and general reproductive performance in rats were unaffected by subcutaneous doses of Angiomax up to 150 mg/kg/day, about 1.6 times the dose on a body surface area basis (mg/m²) of a 50 kg person given the maximum recommended dose of 15 mg/kg/day.

**14 CLINICAL STUDIES**
**14.1 PCI/PTCA**
Angiomax has been evaluated in the randomized, controlled interventional cardiology trials reporting 11,422 patients. Studies were randomized in 6902 of the patients in these trials – mainly in trials performed since 1995. Percutaneous transluminal coronary angioplasty, atherectomy or other procedures were performed in the remaining patients.

*REPLACE 2 Trial*
This was a randomized, double-blind, multicenter study reporting 6002 (intent-to-treat) patients undergoing PCI. Patients were randomized to treatment with Angiomax with the "provisional" use of platelet glycoprotein IIb/IIIa inhibitor (GPI) or heparin plus planned use of GPI. GPIs were added on a "provisional" basis to patients who were randomized to the Angiomax in the following circumstances:
• decreased TIMI flow (0 to 2) or slow reflow;
• dissection with decreased flow;
• new or suspected thrombus;
• persistent residual stenosis;
• distal embolization;
• unplanned stent;
• suboptimal stenting;
• side branch closure;
• abrupt closure, clinical instability, and
• prolonged ischemia.
During the study, one or more of these circumstances occurred in 12.7% of patients in the Angiomax with provisional GPI arm. GPIs were administered to 7.7% of patients in the Angiomax with provisional GPI arm (62.3% of eligible patients).

Patients ranged in age from 25-95 years (median, 63); weight ranged from 38-159 kg (median 85.5). 74.4% were male and 25.6% were female. Indications for PCI included unstable angina (36% of patients), myocardial infarction within 7 days prior to intervention (8% of patients), stable angina (26%) and positive ischemic stress test (24%). Stents were deployed in 86% of patients. Ninety-nine percent of patients received aspirin and 86% received thienopyridines prior to study treatment.

Angiomax was administered as a 0.75 mg/kg bolus followed by a 1.75 mg/kg/h infusion for the duration of the procedure. The activated clotting time (ACT – measured by a Hemochron® device) was measured 5 min after the first bolus of study medication. If the ACT was < 225 seconds, an additional bolus of 0.3 mg/kg was given. An investigator discretion, the infusion could be continued following the procedure for up to 4 hours. The median infusion duration was 44 min. Heparin was administered as a 65 U/kg bolus. The activated clotting time (ACT – measured by a Hemochron® device) was measured 5 min after the first bolus of study medication. If the ACT was < 225 seconds, an additional bolus of 20 units/kg was given. GPIs (either abciximab or eptifibatide) were given according to manufacturers' instructions. Both randomized groups could be given "provisional" treatments during the PCI at investigator discretion, but under double-blind conditions. "Provisional" treatment with GPI was requested in 5.2% of patients randomized to heparin plus GPI (they were given sixrabo) and 7.2% patients randomized to Angiomax with provisional GPI (they were given sixrabo); e.g. eptifibatide according to pre-randomization investigator choice and patient stratification.

The percent of patients reaching protocol-specified levels of anticoagulation was greater in the Angiomax with provisional GPI group than in the heparin plus GPI group. For patients randomized to Angiomax with provisional GPI, the median 5 min ACT was 358 sec (interquartile range 320-400 sec) and the ACT was <225 sec in only 4% of patients. For patients randomized to heparin plus GPI, the median 5 min ACT was 317 sec (interquartile range 263-378 sec) and the ACT was <225 sec in 12%. At the end of the procedure, median ACT values were 354 sec (Angiomax group) and 276 sec (heparin plus GPI group).

For the composite endpoint of death, MI, or urgent revascularization adjudicated under double-blind conditions, the frequency was higher (7.6% (95% confidence interval 6.1%-9.6%) in the Angiomax with "provisional" GPI arm when compared to the heparin plus GPI arm (7.1% (95% confidence interval 6.1%-8.7%). However major hemorrhage was reported significantly less frequently in the Angiomax with provisional GPI arm (2.4%) compared to the heparin plus GPI arm (4.1%). Study outcomes are shown in Table 7.

**Table 7 Incidences of Clinical Endpoints at 30 Days for REPLACE-2, a Randomized Double-Blind Clinical Trial**

| Intent-to-treat Population | ANGIOMAX with "Provisional" GPI n=2994 | HEPARIN + GPI n=3008 |
|---|---|---|
| **Efficacy Endpoints** | | |
| Death, MI, or urgent revascularization | 7.6% | 7.1% |
| Death | 0.2% | 0.4% |
| MI | 7.0% | 6.2% |
| Urgent revascularization | 1.2% | 1.4% |
| **Safety Endpoint** | | |
| Major hemorrhage[*] | 2.4% | 4.1% |

[*]Defined as intracranial bleeding, retroperitoneal bleeding, a transfusion of ≥2 units of blood/blood products, a fall in hgb ≥4 g/dL, whether or not bleeding site is identified, spontaneous or non-spontaneous blood loss with a decrease in Hgb >3 g/dL.
[†]p-value <0.001 between groups.

At 1 year follow-up, mortality was 1.9% among patients randomized to Angiomax with "provisional" GPIs and 2.5% among patients randomized to heparin plus GPI.

*Bivalirudin Angioplasty Trial (BAT)*
Angiomax was evaluated in two trials with unstable angina undergoing PTCA in two randomized, double-blind, multicenter studies with identical protocols. Patients must have had unstable angina defined as: (1) a new onset of severe or accelerated angina or rest pain within the month prior to study entry or (2) angina or ischemic rest pain which developed between four hours and two weeks after an acute myocardial infarction (MI). Overall, 4312 patients with unstable angina, including 741 (17%) patients with past MI, were treated in a 1:1 randomized fashion with Angiomax or heparin. Patients ranged in age from 29-90 (median 63) years, their weight was a median of 80 kg (38-120 kg), 68% were male, and 91% were Caucasian. Twenty-three percent of patients were treated with heparin within one hour prior to randomization. All patients were administered aspirin in 300-325 mg prior to PTCA and daily thereafter. Patients randomized to Angiomax were started on an intravenous infusion of Angiomax (1.5 mg/kg/h). Within 5 min after starting the infusion, and prior to PTCA, a 1 mg/kg loading dose was administered as an intravenous bolus. The infusion was stopped within 4 hours, then the infusion was changed under double-blinded conditions to Angiomax (0.2 mg/kg/h) for up to an additional 20 hours (patients received their infusion for an average of 14 hours). The ACT was checked at 5 min and at 45 min following commencement. If an error occasion the ACT value <350 sec, an additional double blind bolus of heparin (60 IU/kg) was administered. Once the target ACT was achieved for heparin patients, no further ACT measurements were performed. All ACTs were determined with the Hemochron® device. The protocol allowed use of open-label heparin in the discretion of the investigator after discontinuation of blinded study medication, whether or not an endpoint event (procedural failure) had occurred. The use of open-label heparin was similar between Angiomax and heparin treatment groups (about 20% in both groups).

The studies were designed to demonstrate the safety and efficacy of Angiomax in patients undergoing PTCA as a treatment for unstable angina as compared with a control group of similar patients receiving heparin during and up to 24 hours after initiation of PTCA. The primary protocol endpoint was a composite endpoint called procedural failure, which included both clinical and angiographic elements measured during hospitalization. The clinical elements were: the occurrence of death, MI, or urgent revascularization, adjudicated under double-blind conditions. The angiographic elements were: impending or abrupt vessel closure. The protocol-specified safety endpoint was major hemorrhage.
The median duration of hospitalization was 4 days for both the Angiomax and the heparin treatment groups. The rates of procedural failure were similar in the Angiomax and heparin treatment groups as shown in Table 8

**Table 8 Incidences of In-Hospital Clinical Endpoints In BAT Trial Occurring within 7 Days**

| All Patients | ANGIOMAX n=2161 | HEPARIN n=2151 |
|---|---|---|
| **Efficacy Endpoint** | | |
| Procedural failure[*] | 7.9% | 9.3% |
| Death, MI, revascularization | 6.2% | 7.9% |
| Death | 0.2% | 0.2% |
| MI | 3.3% | 4.2% |
| Revascularization[†] | 4.2% | 5.6% |
| **Safety Endpoint** | | |
| Major hemorrhage‡ | 3.5% | 9.3% |

[*] The protocol-specified primary endpoint is a composite of death or (MI or clinical deterioration of cardiac origin requiring revascularization or placement of an aortic balloon pump or angiographic evidence of abrupt vessel closure).
[†] Defined as: Q-wave MI, CK-MB elevation ≥2 x ULN, new ST- or T-wave abnormality, and chest pain ≥30 min, OR new LBBB with chest pain ≥30 min and/or elevated CK-MB enzymes; OR elevated CK-MB and new ST- or T-wave abnormality without chest pain, OR elevated CK-MB.
‡ Defined as: any revascularization procedure, including angioplasty, CABG, stenting, or placement of an intra-aortic balloon pump.
‡ Defined as the occurrence of any of the following: intracranial bleeding, retroperitoneal bleeding, clinically overt bleeding with a decrease in Hgb >3 g/dL, or leading to a transfusion of ≥2 units of blood.

*At-MI Trial*
This was a single-group open-label study which enrolled 51 patients with heparin-induced thrombocytopenia (HIT) or heparin induced thrombocytopenia and thrombosis syndrome (HITTS) undergoing PCI. Evidence for the diagnosis of HIT/HITTS was based on a clinical history of a decrease of platelets in patients after heparin administration (new diagnosis or history of clinically suspected or objectively documented HIT/HITTS defined as either: 1) HIT: positive heparin-induced platelet aggregation (HIPA) or other functional assay where the platelet count has decreased to <100,000/mL (minimum 30% from prior to heparin), or has decreased to <50,000/mL (minimum 40% from prior to heparin), or has decreased or above within hours of receiving heparin in a patient with a recent, previous exposure to heparin; 2) HITTS: thrombocytopenia as above plus arterial or venous thrombosis diagnosed by physician examination/laboratory and/or appropriate imaging studies). Patients ranged in age from 48-89 years (median 70); weight ranged from 42-123 kg (median 74); 63% were male and 50% were female. Angiomax was administered as either 1 mg/kg bolus followed by 2.5 mg/kg/h (high dose in 28 patients) or 0.75 mg/kg bolus followed by a 1.75 mg/kg/h infusion (lower dose in 25 patients) for up to 4 hours. Ninety-eight percent of patients received aspirin, 86% received clopidogrel and 19% received GPIs.

The median ACT values at the time of device activation were 379 sec (high dose) and 317 sec (lower dose). Following the procedure, 48 of the 51 patients (94%) had TIMI grade 3 flow and stenosis <50%. One patient died during a single-vessel procedure 46 hours after unsuccessful PCI; another patient required surgical revascularization, and one patient experienced no flow requiring a temporary intra-aortic balloon. Two of the fifty-one patients with the diagnosis of HIT/HITTS developed thrombocytopenia after receiving Angiomax and GPIs.

**16 HOW SUPPLIED/STORAGE AND HANDLING**
Angiomax is supplied as a sterile, lyophilized powder in single-use, glass vials. After reconstitution, each vial delivers 250 mg of Angiomax.
NDC 65293-001-01
Store Angiomax storage units at 20-25°C (68-77°F). Excursions to 15-30°C permitted. [See USP Controlled Room Temperature.]

**17 PATIENT COUNSELING INFORMATION**
Advise patients to watch carefully for any signs of bleeding or bruising and to report these to their health care provider when they occur.
Advise patients to discuss with their health care provider their use of any other medications, including over-the-counter medications or herbal products, prior to Angiomax use. Examples of other medications that should not be taken with Angiomax are warfarin and heparin.

PN1601-15
Marketed by:



THE MEDICINES COMPANY

The Medicines Company
Parsippany, NJ 07054
For information call: (800) 264-4662

U.S. Patent 5,196,404

Hemochron® is a registered trademark of Inter-national Technidyne Corporation, Edison, NJ.

# PUBLIC ASSESSMENT REPORT
## of the Medicines Evaluation Board
## in the Netherlands

## Gonapeptyl 0.1 mg/1 ml, solution for injection
## Ferring B.V., the Netherlands

## triptorelin acetate

---

This assessment report is published by the MEB pursuant Article 21 (3) and (4) of Directive 2001/83/EC. The report comments on the registration dossier that was submitted to the MEB and its fellow –organisations in all concerned EU member states.
It reflects the scientific conclusion reached by the MEB and all concerned member states at the end of the evaluation process and provides a summary of the grounds for approval of a marketing authorisation.
This report is intended for all those involved with the safe and proper use of the medicinal product, i.e. healthcare professionals, patients and their family and carers. Some knowledge of medicines and diseases is expected of the latter category as the language in this report may be difficult for laymen to understand.

This assessment report shall be updated by a following addendum whenever new information becomes available.

General information on the Public Assessment Reports can be found on the website of the MEB.

To the best of the MEB's knowledge, this report does not contain any information that should not have been made available to the public. The MAH has checked this report for the absence of any confidential information.

---

### EU-procedure number: NL/H/1427/001/MR
### Registration number in the Netherlands: RVG 33462

### 2 February 2010

| | |
|---|---|
| Pharmacotherapeutic group: | gonadotropin releasing hormone analogues |
| ATC code: | L02AE04 |
| Route of administration: | subcutaneous |
| Therapeutic indication: | downregulation and prevention of premature luteinizing hormone (LH) surges in women undergoing controlled ovarian hyperstimulation for assisted reproductive technologies (ART) |
| Prescription status: | prescription only |
| Date of first authorisation in NL: | 14 February 2008 |
| Concerned Member States: | Mutual recognition procedure with BE, EL, ES, FR, HU, IT, LU, MT, PL, PT, RO, SI |
| Application type/legal basis: | Directive 2001/83/EC, Article 8(3) |

For product information for healthcare professionals and users, including information on pack sizes and presentations, see Summary of Product Characteristics (SPC), package leaflet and labelling.

PAR-VASO-0008463

# I  INTRODUCTION

Based on the review of the quality, safety and efficacy data, the member states have granted a marketing authorisation for Gonapeptyl 0.1 mg/1 ml, solution for injection, from Ferring B.V. The date of authorisation was on 14 February 2008 in the Netherlands.

The product is indicated for downregulation and prevention of premature luteinizing hormone (LH) surges in women undergoing controlled ovarian hyperstimulation for assisted reproductive technologies (ART).

In clinical trials Gonapeptyl 0.1 mg/1 ml has been used in cycles where urinary and recombinant human follicle stimulating hormone (FSH) as well as human menopausal gonadotrophin (HMG) were used for stimulation.

A comprehensive description of the indications and posology is given in the SPC.

Triptorelin (acetate) is a synthetic decapeptide and an analogue of the natural hypothalamus hormone GnRH. Triptorelin has a longer duration of action than the natural GnRH and has a biphasic effect at the pituitary level. After an initial large sudden increase in LH and FSH levels (flare-up), circulating LH and FSH levels decrease due to the pituitary GnRH-receptor desensitization, with a consequent marked reduction in the gonadal production. After discontinuation of Gonapeptyl, a further drop in circulating LH levels should be expected, with LH levels returning to baseline after approximately 2 weeks.
The Gonapeptyl-induced downregulation of the pituitary can prevent the LH surge and thereby premature ovulation and/or follicular luteinization. The use of the downregulation with GnRH agonist reduces the cycle cancellation rate and improves the pregnancy rate in ART cycles.

This mutual recognition procedure concerns a full application with a known active substance. Gonapeptyl 0.1 mg/1 ml is identical to Decapeptyl 0.1 mg/1 ml. A marketing authorization for Decapeptyl 0.1 mg/1 ml was granted in the Netherlands on 26 September 1989 (NL RVG 11778), for the indication of prostate cancer, followed in December 2000 by the indication of "In vitro fertilisation (IVF)". With this dossier the MAH applies exclusively for the indication "downregulation and prevention of premature luteinizing hormone (LH) surges in women undergoing controlled ovarian hyperstimulation for assisted reproductive technologies (ART)" and has changed the name of Decapeptyl into Gonapeptyl.

The marketing authorisation is granted based on article 8(3) of Directive 2001/83/EC.

The MAH has submitted a complete dossier for this application. The results of the performed pharmacokinetic and pharmacodynamic studies are submitted. Seven clinical studies to support the efficacy of Gonapeptyl 0.1 mg SC daily administration are performed and the results submitted (see also Tables 1 and 2). In the MRP dossier three clinical studies have been added not earlier submitted as part of the dossier for Decapeptyl 0.1 mg/1 ml (NL RVG 11778). One study conducted for the development program of Gonapeptyl 0.1 mg/1 ml for the indication of IVF (study 3) and two studies conducted for the development of MENOPUR (study 6) and (study 7). An updated chemical-pharmaceutical dossier is submitted as the basis for the MRP, including the results of the conducted photostability studies.

No scientific advice has been given to the MAH with respect to this product.

No paediatric development programme has been submitted.

PAR-VASO-0008464

## II    SCIENTIFIC OVERVIEW AND DISCUSSION

### II.1    Quality aspects

**Compliance with Good Manufacturing Practice**
The MEB has been assured that acceptable standards of GMP (see Directive 2003/94/EC) are in place for this product type at all sites responsible for the manufacturing of the active substance as well as for the manufacturing and assembly of this product prior to granting its national authorisation.

**Active substance**

General information
The active substance is triptorelin acetate. The chemical name is L-Pyroglutamyl-L-histidyl-L-tryptophyl-L-seryl-L-tyrosyl-D-tryptophyl-L-leucyl-L-arginyl-L-prolyl-glycine amide, acetate salt.
The active substance, a decapeptide, is a white to off-white powder, which is freely soluble in acetic acid, soluble in water, 0.1N hydrochloric acid, 0.1N sodium hydroxide, dimethylformamide and it is practically insoluble in acetone and chloroform.

The Active Substance Master File (ASMF) procedure is used for the active substance. The main objective of the ASMF procedure, commonly known as the European Drug Master File (EDMF) procedure, is to allow valuable confidential intellectual property or 'know-how' of the manufacturer of the active substance (ASM) to be protected, while at the same time allowing the applicant or marketing authorisation holder (MAH) to take full responsibility for the medicinal product, the quality and quality control of the active substance. Competent Authorities/EMEA thus have access to the complete information that is necessary to evaluate the suitability of the use of the active substance in the medicinal product.

Manufacture
The manufacture requires 17 synthesis steps. Adequate in-process controls based on TLC and HPLC methods are applied for monitoring the progress and completion of the reactions and/or the purity of the resulting products. For the drug substance protection from light measures are applied.

Quality control of drug substance
The drug substance specification has been established in-house by the MAH. The specification is acceptable in view of the route of synthesis and the various European guidelines. Batch analytical data demonstrating compliance with the drug substance specification have been provided for 10 batches.

Stability
Stability data on the active substance have been provided for 3 full scale batches stored at 2-8ºC, < -15ºC, 25º/60%RH and 40ºC/75%RH. The drug substance is stable at the two lower temperatures. The drug substance is not stable at higher temperatures (25°C/60% RH and 40°C/75% RH) and showed hygroscopic properties. The water content increased significantly on storage at 2-8°C to ca. 8% but was nearly constant at < -15°C for 60 months. Based on the provided normal testing data, the proposed retest period of 3 years if stored below -15°C or at 2-8°C (refrigerator) in the proposed packaging (providing protection from light) for both storage conditions is acceptable.

**Medicinal Product**

Composition
Each syringe of Gonapeptyl 0.1 mg/1 ml contains as active substance 100 micrograms triptorelin acetate equivalent to 95.6 micrograms triptorelin free base in 1 ml of aqueous solution. It is a clear, colourless solution.

The solution for injection is packed in single use pre-filled disposable borosilicate type 1 glass syringes with integrated needle and rigid needle shield. The plunger stopper is made of chlorobutyl rubber and the plunger rod of polystyrene. The prefilled syringes are packed in polyethylene blisters covered by paper,

PAR-VASO-0008465

which are subsequently paced into paper cartons. The secondary packaging is sufficient to protect the drug product against the influence of light.

The excipients are: sodium chloride, glacial acetic acid, water for injections. The excipients are usual for this type of dosage form. The excipients comply with the Ph. Eur.

Pharmaceutical development
The proposed formulation is identical to the Decapeptyl 0.1 mg/1 ml formulation registered in the Netherlands, RVG 11778, for the indication prostate cancer since 1989.

Manufacturing process
The manufacturing process consists of standard methods for solutions for injection. Sterile filtration is necessary as sterilization method due to the heat sensitive nature of the peptide drug substance. Process validation has been performed with four validation batches in accordance with the relevant European guidelines. Triptorelin acetate is freely soluble in aqueous solution with low pH. The stability studies show that the drug substance is compatible with the proposed excipients. The chosen pH of 4-5 is favourable for the stability of the drug substance. The solution is made isotonic by the addition of the sodium chloride. The syringe is sterilised with ethylene oxide in accordance with Ph. Eur. requirements. The plunger stopper is sterilised using a validated gamma-irradiation procedure in accordance with current Ph. Eur. requirements. Sterile filtration and filling of the syringes are performed under aseptic conditions. It is specifically stated in the description of the manufacturing process that the product is protected from light during manufacture.

Quality control of drug product
The product specification includes tests for appearance, identification of the active and sodium, pH, extractable volume, particulate matter, assay, related substances, sterility and bacterial endotoxins. The release and shelf life specifications are considered to be sufficient. The analytical methods have been adequately described and validated. Batch analytical data from 3 batches from the proposed production site have been provided, demonstrating compliance with the specification.

Stability tests on the finished product
Stability data on the product has been provided for three full scale batches stored during 48 months at 2-8°C, 25º/60%RH and 40°C/75%RH. The conditions used in the stability studies are according to the ICH stability guideline. The batches were stored in the pre-filled 1 ml glass syringes.
The stability results show that the finished product amply meets the set requirements during the claimed shelf life period of 3 years at 2-8°C. At 25°C/60% RH after 6 months out-of-specification results arise, at 40°C/75 RH already after 2 months. At 2-8°C total impurities levels increased from 0.4-0.7% to 1.4-1.8% after 48 months. All 36 months results including particulate matter, extractable volume and sterility were in accordance with the specification. One assay result after 48 months of one batch was slightly below its specification. A photostability study has been conducted showing that the product is sensitive to light and also that the product is protected from light by the secondary packaging, i.e. polyethylene blisters covered by paper in cartons.
Based on the stability data a shelf life was granted of 3 years. The labelled storage conditions are *"Store in a refrigerator (2°C – 8°C). Do not freeze. Store in the original package, to protect from light."*

Specific measures concerning the prevention of the transmission of animal spongiform encephalopathies
There are no substances of ruminant animal origin present in the product nor have any been used in the manufacturing of this product, so a theoretical risk of transmitting TSE can be excluded.

## II.2    Non clinical aspects

This product contains triptorelin, which is a synthetic decapeptide and an analog of the natural hypothalamus hormone GnRH. Triptorelin is an active ingredient with well known pharmacological and toxicological characteristics in animal species and in humans. It has a well established medical use with acceptable efficacy and safety. The preclinical pharmacodynamic, pharmacokinetic, and toxicological data revealed the hormonal effects of triptorelin as its pharmacological activity.

PAR-VASO-0008466

The preclinical data have already been submitted for Decapeptyl (approved in the Netherlands in September 1989) and are considered adequate. Gonapeptyl is a copy of the dossier of Decapeptyl. No new preclinical data were submitted.

In the non-clinical overview, the pharmacological, toxicological and pharmacokinetic properties of triptorelin have been adequately described. This overview gives a good review of the data published in the open literature.

**Environmental risk assessment**

The active ingredient of Gonapeptyl, triptorelin, is not expected to have any ecotoxicological effects. Besides triptorelin, the Gonapeptyl formulation contains sodium chloride and glacial acetic acid. These are standard compounds and are not considered to cause environmental problems. It is concluded that the product is unlikely to present a risk for the environment following the prescribed usage in patients.

## II.3    Clinical aspects

**Quality of clinical studies, compliance with GCP**

The MAH stated that according to the trial reports, all trials conducted in the clinical development programme (1992-2002) complied with the existing Declaration of Helsinki at the time of conduct. Some deficiencies have been detected in some of the studies, related to the design and conduct of the studies in comparison to current standards. However, these deficiencies do not interfere with a reliable assessment of the studies.

**Table 1: Summary of the studies done for the development program of DECAPEPTYL.**

| No | Study ID | Design | Treatments | No. of subjects | Primary Endpoint |
|----|----------|--------|------------|-----------------|------------------|
| 1 | DECA 93/12/NL Dose-response (ART) | Randomised, double-blind Stimulation with 225 IU hMG | DECAPEPTYL 0.05 mg, 0.1 mg, 0.2 mg SC | 18 (6 subjects / dose group) | Hormonal response (LH, FSH, E2 and progesterone) including suppression of premature LH surges |
| 2 | DECA 93/11/NL Dose-finding (ART) | Randomised, double-blind Stimulation with 225 IU FSH | DECAPEPTYL 0.015 mg, 0.05 mg, 0.1 mg SC, placebo | 240 (60 subjects / dose group) | Rate of occurrence of premature LH surges |
| 3 | DECA 98/01/NL Dose-duration (ART) | Randomised, double-blind, early cessation, mid-cessation and no cessation (standard long) protocol Stimulation with hMG (dose at the discretion of the investigator) | DECAPEPTYL 0.1 mg SC | 196 subjects started DECAPEPTYL 0.1 mg; 178 were randomised to the three regimens of different GnRH agonist duration | Rate of occurrence of premature LH surges |
| 4 | DECA 95/1.1/NL Efficacy (ART) | Open, uncontrolled Stimulation with 225 IU FSH | DECAPEPTYL 0.1 mg SC | 50 | Hormonal response (LH) |
| 5 | DECA 95/02/NL Efficacy (ART) | Open, uncontrolled Stimulation with 225 IU hMG | DECAPEPTYL 0.1 mg SC | 141 | Hormonal response (LH) |

PAR-VASO-0008467

Table 2: Summary of the studies done for the development program of MENOPUR.

| No | Study ID | Design | Concomitant medication | No. of subjects | Population |
|---|---|---|---|---|---|
| 6 | MFK/IVF/0399E Efficacy (ART) | Randomised (HP-hMG vs. rFSH), open Stimulation with HP-hMG or rFSH (225 IU for the first 5 days, then individual adjustment) | DECAPEPTYL 0.1 mg SC DECAPEPTYL Depot 3.75 mg (single injection) Other GnRH agonists | GnRH agonist. 781, COH: 727 DECAPEPTYL 0.1 mg SC: 117 started down-regulation, 113 started downregulation with DECAPEPTYL 0.1 mg and underwent COH | Ongoing pregnancy rate |
| 7 | FE999906 CS003 Efficacy (ART) | Randomised (HP-hMG vs. rFSH), open, assessor-blind Stimulation with HP-hMG or rFSH (225 IU for the first 5 days, then individual adjustment) | DECAPEPTYL 0.1 mg SC | DECAPEPTYL 0.1 mg SC: 781 Randomised to HP-hMG or FSH for COH: 731 | Ongoing pregnancy rate |

## Pharmacokinetics

The systemic bioavailability of triptorelin after subcutaneous administration is estimated close to 100% compared to intravenous administration. Protein binding has not been investigated. Human metabolism after administration of triptorelin was not studied. After intravenous administration the mean half-life for terminal elimination was 5.1 hours (range: 2.5-13.81 hours). Triptorelin is predominantly excreted in urine. Renal clearance over 24 hours was on average 25.3 mL/min. The mean percentage of the dose recovered in urine over the 24 hours was 17%. The pharmacokinetics of triptorelin seem dose-proportional. There are no formal drug-drug interaction studies with triptorelin 0.1 mg. No major differences in concentrations of triptorelin prior to or during concomitant gonadotrophin administration were observed. The pharmacokinetics of triptorelin has been evaluated in male subjects with varying degrees of renal dysfunction and in male subjects with hepatic insufficiency, after administration of 0.5 mg triptorelin IV. According to the MAH the study showed that the elimination half-lives were similarly prolonged in subjects with mild to moderate renal insufficiency (6.6 hours), severe renal insufficiency (7.7 hours) and hepatic insufficiency (7.6 hours) compared to healthy subjects (2.8 hours). Total clearance decreased with increasing renal dysfunction. The risk of accumulation of triptorelin in patients with severe liver and renal impairment is small; the impact of these profiles on LH levels and the magnitude of downregulation have not been evaluated. Additionally, due to the short half-life on the day of embryo transfer 2-3 days after oocyte retrieval there will be no triptorelin, or very low levels, in circulation. In general, pharmacokinetic properties are sufficiently evaluated.

## Pharmacodynamics

### Healthy female volunteers

In pharmacodynamic study DECA 92/11/NL in healthy female volunteers in which the effect of once daily doses of 0.025 mg, 0.05 mg, 0.1 mg, and 0.2 mg of Gonapeptyl (subcutaneously administrated) on the degree of pituitary desensitization has been studied, demonstrated adequate pituitary suppression after 17 days of treatment. Suppression of LH, but not of FSH appeared to be dose-dependent, with no difference in degree of suppression between the 0.05 mg and 0.1 mg dose. After cessation of Gonapeptyl therapy both LH and FSH values initially decreased further to values below treatment values. Six days after cessation of Gonapeptyl treatment, LH-levels were still comparable with those at the end of the treatment, but FSH levels were increasing. No data beyond six days after cessation of treatment are available.

### Healthy women undergoing IVF/ICSI

Additionally, LH-measurements showed adequate pituitary suppression in women undergoing IVF/ICSI during down-regulation and/or ovarian stimulation with either Menotrophin (FSH+LH preparation) or an

PAR-VASO-0008468

FSH preparation.

Overall, the results suggest that even a dose as low as Gonapeptyl 0.015 mg is able to substantially blunt pituitary response to endogenous GnRH when there is no concomitant administration of gonadotrophins.

PAR-VASO-0008469

**Clinical efficacy**

Dose selection

GnRH agonists have initially been introduced in the field of reproductive medicine on an 'off label use' basis without preceding proper dose finding studies. The doses used in IVF were derived from treatment schedules used in disseminated prostate cancer, which aim at complete gonadal suppression under all circumstances. This raises the question whether these schemes would not lead to LH levels that were too low for the maintenance of proper follicle growth in some patients. During the period of follicle stimulation with hMG (FSH + LH) this aspect might stay unnoticed as there will always be a sufficient exogenous administration to sustain follicle growth, but this may change for some patients since the wide scale use of recombinant FSH devoid of any LH activity (Jansen and Tucker, 2003). It was shown in 2 clinical studies that a daily dose of 0.05 mg triptorelin creates a state of pituitary desensitization comparable with the 'standard' dose of 0.1 mg (Janssens et al., 1998) and that daily doses of 0.05 mg are capable of preventing an LH surge, but with a lower grade of pituitary desensitization, as shown by the higher LH secretion in the stimulatory phase (Janssens et al., 2000). In terms of implantation rate, pregnancy rate and baby take-home rate, the results of the higher dose groups appeared to be better, although the differences were not significant. Therefore, on the basis of these observations the investigators concluded that using the 0.05 mg dose is possible, without negatively affecting the success rate. Although the 0.05 mg dose was shown to be effective, there are no comparative data with 0.05 mg in large clinical trials. Only 66 women undergoing IVF/ICSI in clinical trials have been exposed to 0.05 mg, of whom nine women obtained an ongoing pregnancy and live birth.

Data from large clinical trials (MFK/IVF/0399E, FE999906 CS003) with almost 900 patients indicate that 95% of the patients initiating treatment achieve adequate downregulation with the dose of 0.1 mg. The 0.1 mg dose has been administered to 1,351 women undergoing IVF/ICSI in clinical trials, of whom 283 had an ongoing pregnancy. A clinically relevant difference in treatment outcome (e.g. 5% of ongoing pregnancy rates) between Gonapeptyl 0.1 mg and 0.05 mg is difficult to document statistically, as it would require at least 2,000 patients.

Furthermore, the available safety and efficacy data do not suggest that the 0.1 mg dose is associated with a poorer benefit/risk profile compared to the 0.05 mg dose, although the total exposure will be higher for the relatively short treatment period.

In addition, it should be noted that the triptorelin acetate 0.1 mg dose is currently marketed and in clinical use for the intended indication in the concerned member states proposed for an MRP subsequent to this national procedure.

Clinical endpoints

The main new submitted study, which was solely conducted for the clinical development program of Gonapeptyl (study 3), addresses the question of the most adequate duration of Gonapeptyl use (early/mid/no cessation).

Only 1 (1.8%) patient in the mid-cessation protocol group experienced an LH surge during the stimulation phase, leading to an upper limit of the one-sided 95% confidence interval of 8.1%. None of the patients in the 'early cessation' and 'no cessation' groups had an LH surge, and the corresponding upper limits of the one-sided 95% confidence intervals were 5.8% and 5.5%, respectively. According to the MAH, this outcome is a consequence of a lower actual sample size than planned (the planned sample size was chosen such that, if the actually observed number of unwanted LH surges in a group turned out to be zero, it could be concluded that the true incidence is smaller than 5%). By combining the mid-cessation group with the early cessation group, the upper limit of the one-sided 95% CI is below the 5% cut-off (0.9% point estimate with upper limit 4.4% 95%CI).

In 2 studies, the adequacy of down-regulation with Gonapeptyl 0.1 mg by means of LH-measurements was established in women undergoing IVF/ICSI programs that were primarily performed in the indication of IVF/ICSI (studies 4 and 5).

Supporting evidence of adequate pituitary suppression is provided by two IVF/ICSI studies (studies 6 & 7), for results see table 3. Inclusion of the data in this submission is considered acceptable as in both studies Gonapeptyl 0.1 mg was used for down-regulation. These were the most recently conducted studies (1999-2000 and 2004, respectively). The large number of patients recruited and using Gonapeptyl 0.1 mg add credibility to the results (117 and 781 respectively).

PAR-VASO-0008470

**Table 3: Efficacy summary in studies 4, 5, 6, and 7**

| | Study 4 (n =50) | Study 5 (n =141) | Study 6 (n =117) | Study 7 (n =781) |
|---|---|---|---|---|
| Serum LH (IU/L) | | | | |
| Down-regulation | 2.5 ± 1.4 | 1.3 ± 0.6 | - | 2.28 ± 1.35 |
| Stimulation day 6 | - | - | 2.1 ± 1.2 | 1.44 ± 0.81 |
| Stimulation day 7 | 1.6 ± 0.8 | 1.1 ± 0.3 | - | - |
| Day of hCG | 1.3 ± 0.6 | 1.2 ± 0.4 | 1.4 ± 0.8 | 1.71 ± 0.90 |
| Serum P4 (nmol/L) | | | | |
| Day of hCG | 8.3 ± 24.8 | 2.8 ± 1.2 | - | 3.1 ± 2.8 |
| Serum E2 (pmol/L) | | | | |
| Day of hCG | 7567 ± 4218 | 6135 ± 3960 | 6510 ± 4571 | 6900 ± 4200 |
| Total number of follicles | 14 | 19 | 12.0 ± 4.7 | 15.3 ± 7.3 |
| Treatment efficiency | | | | |
| Total gonadotrophin dose (IU) | - | - | 2543 ± 713 | 2446 ± 679 |
| Duration of gonatrophins (d) | - | - | 11.0 ± 2.1 | 10.3 ± 1.8 |
| Total duration of DECA + gona (d) | 26 | 20.4 | 23.4 | 25.1 |
| Patients with oocyte retrieval | 37 | 120 | 108 | 691 |
| Number of oocytes retrieved | 9.3 | 11.7±7.9 | 12.7 ± 7.9 | 10.9 ± 5.6 |
| Fertilisation rate (%) | 81.4 ± 31.9 | 54.2 | 53.9 ± 29.3 | 52.1 ± 28.7 |
| Patients with embryo transfer | 32 | 118 | 97 | 601 |
| Embryos transferred | 1.6 | 1.81 ± 0.9 | 2.1 ± 0.6 | 1.7 ± 0.5 |
| Positive βhCG rate | 8 (16%) | 26 (19%) | 37 (33%) | 251 (34%) |
| Clinical pregnancy rate | - | - | 30 (27%) | 187 (26%) |
| Ongoing pregnancy rate | 8 (16%) | 22 (16%) | 27 (24%) | 179 (24%) |
| Live birth rate | 8 (16%) | 21 (16%) | 26 (23%) | - |

A general remark can be made on the choice of the primary endpoint, which in study 1-5 has not been adapted to current standards. In the original submission for this indication in 2000, the choice of LH measurement during the treatment was accepted as in line with the current knowledge of that time. However, in 2006 the current public literature recommends that down-regulation is to be verified by serum estradiol measurement of less than 30 pg/mL. The estradiol levels were commented upon in the submitted studies but none was powered to address that issue.
In the other two studies (studies 6 & 7) most recently conducted (1999-2000 and 2004, respectively), the primary endpoint chosen was the ongoing pregnancy rate (defined as at least one viable foetus at 10-11 weeks after embryo transfer) after one cycle.

<u>Comparative data</u>
There were no comparative studies versus other GnRH agonists in the development programme for Gonapeptyl. This was justified by the MAH with the argumentations that at the time the other agents were not widely registered for the proposed indication, and the efficacy of the currently used doses of other GnRH agonists for prevention of premature LH surge has not been adequately established in placebo-controlled trials. However, some comparative data can be interpreted from study 6, in which the ongoing pregnancy rate using Gonapeptyl 0.1 mg was 24% (27/113) compared to 22% (133/614) using all other GnRH agonists (buserelin, leuprolin, goserelin, nafarelin and triptorelin 3.75 mg depot).
In public literature, Gonapeptyl 0.1 mg was compared to ganirelix 0.25 mg (GnRH antagonist) in a randomised multicenter study performed in 236 patients by The European and Middle East Orgalutran Study Group. The two treatment regimens produced similar pregnancy rates; 31.0% with ganirelix 0.25 mg and 33.9% with Gonapeptyl 0.1 mg.

In conclusion, the efficacy data presented from the submitted clinical studies are open to several points of criticism e.g. minimum effective dose. However, it is acknowledged that there is very wide clinical experience with Gonapeptyl in the acclaimed dose of 0.1 mg SC. In addition, in comparison to other GnRH or antagonists, Gonapeptyl 0.1 mg has shown to be as effective, in valid clinical endpoints as ongoing pregnancy rates. Accordingly, its efficacy in the indication of IVF is considered sufficient to grant

the application.

**Clinical Safety**

Adverse drug reactions
Although the causality of adverse events was not always assessable due to concomitant administration of gonadotrophins, the pattern of adverse drug reactions (ADRs) observed during treatment with Gonapeptyl 0.1 mg is considered typical for a GnRH agonist and acceptable within the context of ART procedures.
There was no indication of dose-response on adverse events, serious adverse events or discontinuation due to adverse events in the dose-ranging or dose-finding studies.
Although no evaluation of the adverse event time profile was performed, study 3 showed no apparent differences in the incidence of adverse events for the different durations of treatment.
A higher frequency of adverse events was noted in the two Menopur studies, possibly explained by the fact that they were conducted more recently than the studies in the Decapeptyl development program.

**Table 4: Most frequently reported adverse events in studies 6 and 7, during down regulation and after start of stimulation with Menotrophin/FSH.**

| Study 6 | | Study 7 | |
|---|---|---|---|
| Prior* 57% | After** 61% | Prior* 12 % | After** 50 % |
| Headache (27%) | Headache (27%) | Headache (4%) | Headache (5%) |
| Injection site inflammation (12%) | Injection site inflammation (10%) | | Spontaneous abortion (7%) |
| Abdominal pain (9%) | Abdominal pain (15%) | | Pelvic pain (6%) |
| Dysmenorrhea (6%) | | Dysmenorrhea (3%) | Vaginal haemorrhage (24%) |
| Nausea (5%) | Nausea (10%) | | Nausea (3%) |
| Injection site pain (4%) | Injection site pain (7%) | | OHSS (3%) |
| Dizziness (4%) | Dizziness (5%) | | Post-procedural pain (4%) |
| Upper respiratory tract infection (4%) | Upper respiratory tract infection (4%) | | |
| Flushing/hot flushes (4%/2%) | | | |
| Fatigue (3%) | Fatigue (4%) | | |
| Vomiting 3% | | | |
| | Injection site bruising (3%) | | |

* Prior to stimulation with menotrophin (FSH+LH)/FSH only
** After stimulation with menotrophin (FSH+LH)/FSH only

*OHSS (ovarian hyperstimulation syndrome)*
The overall incidence of OHSS in clinical trials with Gonapeptyl 0.1 mg ranged from 0% to 3.1%, which is better than that reported with other GnRH agonists in the same studies.

Postmarketing experience
The reporting rate for the post marketing data of 14 cases of adverse events per 50,000 patient years for the Gonapeptyl 0.1 mg and 0.5 mg formulations is too low to draw any reliable conclusion.
In conclusion, the data shown do not include any signs that the safety profile of Gonapeptyl is different from other GnRH agonists in the indication requested.

Pharmacovigilance system
The MAH has a pharmacovigilance system at their disposal, which is based on the current European legislation.

Risk management plan
The MAH stated that a risk management plan has not been submitted due to the following reasons:
- Triptorelin acetate is considered a well known active substance as it has been on the market for more than 15 years.
- Gonapeptyl 0.1 mg/1 ml is not considered a biosimilar product.

PAR-VASO-0008472

- No specific safety concern has been identified with the product during the up to 15 years for which a Marketing Authorisation for the in vitro fertilisation indication has been granted in several EU countries.
- There is extensive clinical experience with triptorelin acetate treatment in higher doses, other patient groups and with a longer duration of treatment than covered by this application.
- No significant changes in the Marketing Authorisation (e.g. new dosage form, new route of administration, significant change in indication) are being applied for.

The MAH's rationale can be followed. No risk management plan is deemed necessary at this time. If, in future, new data suggest differently the submission of a risk management plan and a riks minimisation plan can be necessary.

## Product information

SPC
The content of the SPC approved during the mutual recognition procedure is a good translation of the approved Dutch SPC of Decapeptyl.

Readability test
The package leaflet has been evaluated via a user consultation study in accordance with the requirements of Articles 59(3) and 61(1) of Directive 2001/83/EC. The test consisted of two test rounds, first a diagnostic test round and second a verification test round. There were in total 22 questions about the content, for each key safety section two questions were asked. The questionnaire contains three types of questions, relating to findability, understandability and applicability. The participants selected for this test were potential users of the medication the patient information leaflet is destined for. They were spread on age and level of education in order to create a representative statistical sample. All participants were women which is logic as the product is indicated to be used by women.

The answers to the test questions are scored and recorded using predefined answer categories: 'incorrect', 'incomplete' and 'correct'. The results of the first test round of the patient information leaflet for Gonapeptyl led to the formulation of 3 areas for attention. A total of 91% of the questions were answered correctly or incompletely in this test round. Answers categorised as 'incomplete' are those for which the respondent refers to the correct passage in the leaflet, but does not supply the complete correct answer.

A number of areas for improvement were identified during the first test round and recommendations were made for modifications. The MAH implemented modifications based on these recommendations. The second round, in which the modified patient information leaflet was tested, resulted in a readability of 93%. The second test round generated no new areas for attention.

Two general open questions were asked to obtain information about the leaflet. The positive feedback was in general that the leaflet was clear and the negative feedback that section 1 was not clear and that an advice in section 2b was missing. The readability test has been sufficiently performed.

PAR-VASO-0008473

# III    OVERALL CONCLUSION AND BENEFIT-RISK ASSESSMENT

Although the efficacy data presented from the submitted clinical studies are open to points of criticism e.g. choice of minimum effective dose, it is acknowledged that there is very wide clinical experience with Gonapeptyl in the dose of 0.1 mg SC. Gonapeptyl 0.1 mg/1 ml is identical to Decapeptyl 0.1 mg/1 ml registered in the Netherlands, RVG 11778, for the indication prostate cancer since 1989. In addition, in comparison to other GnRH agonists or antagonists, Gonapeptyl 0.1 mg has shown to be as effective, in valid clinical endpoints as ongoing pregnancy rates. Accordingly, its efficacy in the indication of IVF is considered sufficient to grant the application. Although comparative data included only a mixed group of other GnRH agonists and a comparison with the GnRH antagonist ganirelix in the public literature, the data shown do not include any signs that the safety profile of Gonapeptyl is different from other GnRH agonists in the indication requested.

In conclusion, the MEB, on the basis of the data submitted, considered that Gonapeptyl 0.1 mg/1 ml demonstrated adequate evidence of efficacy for the approved indication as well as a satisfactory risk/benefit profile and therefore granted a marketing authorisation.

The MAH has provided written confirmation that systems and services are in place to ensure compliance with their pharmacovigilance obligations.

The Board followed the advice of the assessors. Gonapeptyl 0.1 mg/1 ml was authorised in the Netherlands on 14 February 2008.

There was no discussion in the CMD(h). Agreement between member states was reached during a written procedure. The member states mutually recognised the Dutch evaluation for the marketing authorisation. The mutual recognition procedure was finished on 20 January 2009.

A European harmonised birth date has been allocated (5 March 1986) and subsequently the first data lock point for triptorelin is March 2009. The first PSUR will cover the period from February 2008 to March 2009, after which the PSUR submission cycle is 3 years.

The date for the first renewal will be: 30 November 2012.

The following post-approval commitment has been made during the procedure:

Quality - medicinal product
-    The MAH committed to express the content of triptorelin free base in mg in agreement with the strength given for the product (0.1 mg/ml). This commitment has been fulfilled.

PAR-VASO-0008474

## List of abbreviations

| | |
|---|---|
| ART | Assisted Reproductive Technologies |
| ASMF | Active Substance Master File |
| ATC | Anatomical Therapeutic Chemical classification |
| AUC | Area Under the Curve |
| BP | British Pharmacopoeia |
| CEP | Certificate of Suitability to the monographs of the European Pharmacopoeia |
| CHMP | Committee for Medicinal Products for Human Use |
| CI | Confidence Interval |
| $C_{max}$ | Maximum plasma concentration |
| CMD(h) | Coordination group for Mutual recognition and Decentralised procedure for human medicinal products |
| CV | Coefficient of Variation |
| EDMF | European Drug Master File |
| EDQM | European Directorate for the Quality of Medicines |
| EU | European Union |
| FSH | Follicle Stimulating Hormone |
| GCP | Good Clinical Practice |
| GLP | Good Laboratory Practice |
| GMP | Good Manufacturing Practice |
| HMG | Human Menopausal Gonadotrophin |
| ICH | International Conference of Harmonisation |
| ICSI | Intracytoplasmic Sperm Injection |
| IVF | In Vitro Fertilisation |
| LH | Luteinizing Hormone |
| MAH | Marketing Authorisation Holder |
| MEB | Medicines Evaluation Board in the Netherlands |
| OHSS | Ovarian Hyperstimulation Syndrome |
| OTC | Over The Counter (to be supplied without prescription) |
| PAR | Public Assessment Report |
| Ph.Eur. | European Pharmacopoeia |
| PIL | Package Leaflet |
| PSUR | Periodic Safety Update Report |
| SC | Subcutaneous |
| SD | Standard Deviation |
| SPC | Summary of Product Characteristics |
| $t_{\frac{1}{2}}$ | Half-life |
| $t_{max}$ | Time for maximum concentration |
| TSE | Transmissible Spongiform Encephalopathy |
| USP | Pharmacopoeia in the United States |

PAR-VASO-0008475

C B **G**
*M F B*

**STEPS TAKEN AFTER THE FINALISATION OF THE INITIAL PROCEDURE - SUMMARY**

| Scope | Procedure number | Type of modification | Date of start of the procedure | Date of end of the procedure | Approval/ non approval | Assessment report attached |
|---|---|---|---|---|---|---|
| Addition of a secondary packaging site. | NL/H/1427/ 001/IA/001 | IA | 8-10-2009 | 22-10-2009 | Approval | N |

PAR-VASO-0008476

# 4 Preparation, storage and injection technique

USER TIP ■ ▨ ▨ ▨
NEVER handle botulinum toxin without surgical gloves.

## PRESENTATION

### Botox®

Botox® is delivered in an insulated container. It is presented as 100 units of freeze dried powder in a glass vial. The vials frequently look empty to the inexperienced eye, as the powder tends to rest in their bottom angle (Fig. 4.1).

There are strict guidelines for storage of botulinum toxin in order to prevent denaturation and maintain maximum efficacy. Botox® should be stored, before reconstitution, either frozen at minus five degrees (-5°) centigrade or in a refrigerator at 2–8° centigrade until reconstituted. Once reconstituted, Botox® must be stored at 2–8° centigrade (refrigeration temperature). Inexperienced practitioners can use a thermos flask or a vaccination transporter (Fig. 4.2) to maintain the solution at 2–8° if a refrigerator is not available in the clinic. This is effective but the temperature may vary and, if ice is used, may even be too cold. There is minimal evidence that freezing reconstituted Botox® solution preserves its efficacy and Allergan do not recommend this. Freezing may in fact accelerate denaturation of the product, greatly reducing its duration of efficacy after injection. In the author's experience, Botox® that has been partially denatured by being stored at the wrong temperature (e.g. leaving the bottle on a table instead of in the refrigerator) will still achieve some effect but of a reduced duration.

PAR-VASO-0008477



**Fig 4.1** Powder at the bottom of a Botox® vial.



**Fig 4.2** Insulated container.

### Dysport®

Dysport® comes in a plastic hinged box containing two glass vials (Fig. 4.3).
Like Botox®, it is a freeze-dried powder that clumps at the bottom of the vial.

PAR-VASO-0008478



**Fig 4.3** Plastic box of Dysport® with 2 vials.

Dysport® does not have to be stored in a deep freeze but, once reconstituted, it must be kept at 2–8° centigrade. Ipsen recommend using it within eight hours of reconstitution. Reconstituted Dysport® should not be frozen.

**NeuroBloc® (Myobloc in the USA)**

NeuroBloc® is a liquid and comes in vials of three different sizes: 2,500 units (0.5 ml), 5,000 units (1.0 ml) and 10,000 units (2.0 ml) (see Fig. 3.1). It can be stored in unopened vials, in a refrigerator at 2–8°, for up to 18 months, and at room temperature for 8 hours. If diluted with saline, it should not be stored for longer than 8 hours. NeuroBloc® should not be frozen.

## RECONSTITUTION

The rubber seal on the vial should be wiped with an alcohol swab before using a 5 ml syringe to inject the desired volume of normal preservative-free saline. A green 25-gauge needle is inserted carefully through the center of the bung. Especial care must be taken with Botox® bungs which can freeze solid as the needle can easily enter at an angle, releasing pieces of rubber into the solution.

---

**USER TIP** 
Never agitate botulinum toxin solution when reconstituting it.

---

**Fig 4.4** Controlled reconstitution.

The product is vacuum-sealed. Air can be injected into the vial to avoid too rapid a reconstitution, and a thumb can be placed under the plunger of the syringe to control the rate of release of saline onto the powder (Fig. 4.4). The saline must not gush in and agitate the solution mechanically. Rotating the vial during injection also assists a gentle reconstitution.

## TRANSPORT

Both Dysport® and Botox® can be transported after reconstitution if the solution is not agitated. The author used to work in an outlying clinic and used a cold packed vaccine insulation box for transport. Ideally Dysport® and Botox® should be reconstituted after the journey. Agitation denatures the toxin and greatly reduces its duration of action

## INJECTION TECHNIQUE

Almost all of the injections mentioned in this book, unless specifically stated otherwise, are intramuscular and not subcutaneous.

The author's experience is based on the initial management of patients with facial dystonia. Such patients suffer from involuntary and irregular contraction of one or several groups of facial muscles, often involving the orbicularis oculi and orbicularis oris. The impulse, once sparked, is thought to travel from muscle fiber to muscle fiber by the sequential depolarization of adjacent fibers (ephaptic transmission). BTX-A injections are placed in such a way that they

PAR-VASO-0008480

achieve the maximum blockage of impulse transmission with the minimum of side effects, by giving BTX-A to muscles along the line of transmission.

The placement of BTX-A around dangerous areas, such as the corner of the mouth where inadvertent diffusion to the levators of the labii superioris will cause drooling, requires careful analysis of the degree of diffusion of the injection by dose and by depth of injection. Intramuscular placement is essential for maximum effect and control, but subcutaneous treatment can be used gently in these areas.

---

**USER TIP** ▨ ▨ ▨ ▨ ▨

All injections of BTX-A referred to here are intramuscular unless otherwise stated.

---

### INJECTION

We recommend using one ml tuberculin or insulin syringes. These are essential for the dose to be gauged accurately during injection. The doses recommended in this book are given in units of volume. The finest mark on a one ml syringe is 0.01: we often recommend using 0.025 ml (more later).

---

**USER TIP** ▨ ▨ ▨ ▨ ▨

Always watch the gauge of the syringe while injecting.

---

### DOSAGE

The vial can be diluted with preservative-free normal saline to achieve the desired concentration. The doses recommended for cosmetic use have been established independently by several workers over the last six years and, while now based on experience, were initially derived from the doses used for blepharospasm (Chapter 10).

Jean and Alastair Carruthers made their original observations about the ability of Botox® to smooth rhytids while treating a patient with blepharospasm induced by facial palsy. Blepharospasm due to orbicularis oculi spasm is treated with injections into the muscle above and below the eye. The information leaflet provided with each vial of Botox® or Dysport® gives the optimal dose recommended to relax each part of the orbicularis muscle. For blepharospasm, Allergan recommend a dilution of 2.5 ml to give 4 units per 0.1 ml. Dysport® recommend a dilution of 2.5 ml to give 20 units per 0.1 ml.

---

**USER TIP** ▨ ▨ ▨ ▨ ▨

Botox® Cosmetic has been licensed for the management of the glabellar frown (see Chapter 8). Specific directions for dosage are provided.

---

PAR-VASO-0008481

A review of the literature provides information on the dosage preferences of a variety of practitioners. The author has validated the doses suggested in this book over the course of more than 10,000 treatments given since the cosmetic use of Botox® was suggested in the early nineties. With experience, the reader should get a feeling for the required dose in each patient – as part of the 'art of botulinum' – and may well modify these doses accordingly. The following guidelines based on the author's experience may be useful:

※ **Aim to use the smallest volume of the lowest concentration necessary to provide paralysis of the target muscle for at least 12 weeks.**

※ **Decide in advance how far you want the injection to diffuse.**

※ **Remember that, on average, 4 units in 0.1 ml of Botox® will diffuse 1 cm; 20 units of Dysport® in 0.1 ml will diffuse 1.5 cm; 20 units of Dysport® in 0.05 ml will diffuse less far; as will 2 units of Botox® in 0.05 ml.**

※ **Select the injection site so that treatment will not extend beyond the desired diffusion zone e.g. 0.1ml Botox® injected one centimeter above the superior orbital rim (not brow) to treat the glabellar muscle. This avoids diffusion towards the levator muscle (Fig. 4.5). Likewise, inject Dysport® 0.05 ml one centimeter from the lateral canthus (outer corner of the eyelid) to avoid diffusion medially. This is dealt with in detail in later chapters.**



**Fig 4.5** Injecting at 1cm over superior orbital rim.

PAR-VASO-0008482

※ **Base your choice of dosage on the recommendations given in Chapters 7, 8 and 9. Most receive the same dose for the same rhytids; but one aim of this book is to teach how to treat the unpredictable minority too.**

---

**USER TIP** ■ ▨ ▨ ▨
Concentration of botulinum toxin:
Too weak = short duration of action
Too strong = risk of increased side effects

■ **Increased Diffusion: GOOD FOR:**

■ **Treatment of frontalis**

■ **Extended treatment of crow's feet (inferolaterally over zygomatic arch)**

■ **Reduced Diffusion: GOOD FOR:**

■ **Lateral canthus**

■ **Pre tarsal orbicularis**

■ **Close to superior orbital rim**

---

**USER TIP** ■ ▨ ▨ ▨
Increased volume dilution per unit botulinum toxin means increased diffusion.

## ASPIRATION

Always use gloves for self protection. The solution should be aspirated freshly for each patient, although some doctors recommend pre-aspiration of botulinum in several one ml syringes, and then storing them in the refrigerator. This often proves to be wasteful as it is not uncommon to need less than expected; also, if more is required, a fresh syringe has to be used to aspirate from the bottle of botulinum toxin anyway. Manufacturers recommend a single vial per patient which must be used within four hours of reconstitution. It is preferable to aspirate the required dose from the vial, having first studied the patient, and then return the vial to the refrigerator as soon as possible in order to minimize the exposure of the residual solution to room temperature. NeuroBloc® may be left for up to eight hours at room temperature.

Botulinum toxin is potent and very expensive, so each drop must be used to its maximum effect. Even 0.0125ml is effective in certain sites. Up to 0.3ml can be salvaged from the end of a bottle if the top is removed with a can opener.

PAR-VASO-0008483

Take care to remove the 25-gauge needle from the bottle after aspiration, particularly with Dysport® where the combination of a small vial and a viscous solution encourage seepages from the needle.

Once aspiration is complete, attach a 30-gauge needle to the hub of the syringe. Take care that the batches of needles and syringes fit well together, and beware attachments so loose that the toxin dribbles from the hub during injection. This is wasteful, and hazardous if the leaked fluid contacts the patient's face. Clear the air bubble from the syringe using minimal agitation. This requires more care with Dysport® because of its greater viscosity.

---

**USER TIP**

Wipe away any spilled botulinum toxin with a hypochlorite solution

---

### INJECTION TECHNIQUE

First, study the face and the muscles of the area to be injected (see Chapters 7 and 8). An inexperienced worker should mark the injection sites with a washable skin marker, having first wiped the sites with an alcohol swab. It is important to sterilize the skin at the injection site, as many patients wear a



**Fig 4.6** Granuloma on forehead at site of Botox® injection.

PAR-VASO-0008484

make-up foundation. Local granulomas or erythematous nodules can develop
at injection sites (Fig. 4.6), but the author has never seen areas of infection or
cellulitis related to an injection. Some practitioners suggest that alcohol
denatures the toxin. If this were so, then every injection site swabbed with
alcohol during a treatment session should have a similar effect on the toxin at
the time of injection. The author, however, has seen no difference in the effect
of BTX when given simultaneously to sites which have been swabbed
(forehead) and have not (eye zone in patients who find the alcohol too
irritating and are simply swabbed with saline).

Botulinum toxin can be injected intramuscularly or subcutaneously. Most
doses in this book, however, are based on intramuscular injections, and have
been derived from experience with blepharospasm. Subcutaneous injections
are also effective but need more injection sites to allow for maximum
absorption. Pre-tarsal orbicularis injections are usually given intramuscularly
as the skin here is only 0.5 mm thick. Intramuscular placement stings less, and
produces less local erythema. However it carries a slight risk of causing
intramuscular bruising.

---

**USER TIP** ▰ ▨ ▨ ▨ ▨

Avoid the supraorbital nerve, vein and artery complex when injecting the glabellar
area. Study the anatomy and, if in doubt, feel for the supraorbital notch under the
medial aspect of the brow.

---



**Fig 4.7**  Holding the muscle between two fingers when injecting the glabella.

PAR-VASO-0008485

Start with the frontalis zone. Ask the patients to frown while assessing the bulk of muscle contraction, then relax the patient and inject at the point noted. Gently tip the periosteum with the needle, withdraw slightly, and inject while watching the syringe gradations. With experience, one soon becomes familiar with the muscle bulk, and the periosteum is rarely touched. Take care to point the needle away from danger and in particular avoid pointing it towards the orbital septum when injecting the lateral canthus.

It is sometimes useful to hold the muscle site between two fingers, especially in the glabellar area (Fig. 4.7).

---

**USER TIP** ■ ■ ▨ ▨ ▨

Spread the lateral orbital skin between two fingers to observe the orbital veins clearly and take care to inject around these.

---

**USER TIP** ■ ■ ▨ ▨ ▨

Steady the injecting hand by resting the little finger on the face while spreading the skin with the other hand (Fig. 4.8). Resting the little finger of the injecting hand against the face, or the other hand on the face, also helps to avoid sudden movement by the patient towards the needle. Look carefully for and avoid superficial veins.

---



**Fig 4.8** Steady the injecting hand, and avoid sudden movement by the patient towards the needle.

PAR-VASO-0008486

## PAIN

Botox® stings more than Dysport®, and NeuroBloc® more than Botox®. Topical anesthesia makes no difference to the pain of intramuscular injections, although it should be used for other injections – see Chapter 11. Slow insertion of the needle can greatly reduces the perception of pain, possibly by minimizing the mechanical stimulation of cutaneous pain receptors.

In the author's clinic experimental reconstitution using saline preserved with 0.9% benzyl alcohol (Wigmore pharmacy) has been found to stop the stinging. All remaining toxin is subsequently discarded because it is not known whether its efficacy will have been altered. There have also been reports of reconstitution with lignocaine to minimize pain but the efficacy of this has not been tested by the author.

## POST-INJECTION

The patient should be asked to press on the site with a tissue immediately after the injection – even while other sites are being treated. This minimizes bruising. Any bruising that occurs should be treated immediately with an ice pack from the freezer. Camouflage cream or make-up is then applied before the patient goes home.

**Table 4.1.** A comparison of the different commercially available botulinum toxins

|  | Botox® | Dysport® | NueroBloc® |
|---|---|---|---|
| Presentation | Single 100 unit vial (frozen) | Two 500 unit vials (refrigerated) | 0.5 ml, 1.0 ml or 2.0 ml vials (refrigerated) |
| Form | Freeze dried powder | Freeze dried powder | Liquid protein complex |
| Reconstitution | 0.9% preservative-free saline | 0.9% preservative-free saline | May be further diluted with 0.9% preservative-free saline |
| Recommended storage before reconstitution | One year frozen at −5° or one year refrigerated at 2–8° | One year refrigerated at 2–8° | 18 months under refrigeration at 2–8° or 8 hours at room temperature |
|  |  |  | If diluted, no more than 8 hours at either room temperature or under refrigeration |
| Recommended storage after reconstitution | Four hours at 2–8° Should not be frozen | Eight hours at 2–8° Should not be frozen | |

PAR-VASO-0008487

Some experts believe that flying or lying down after treatment causes untoward diffusion and hence side effects such as ptosis. However, the author has had no cases of ptosis in over 10,000 treatments, and has seen no evidence to confirm this theory.

## DURATION OF APPOINTMENT

An average botulinum appointment lasts a maximum of 10 minutes. This excludes the first counseling visit but includes reading and signing the consent form, the injections and settling the account. A nurse practitioner may prepare the patient, thus reducing the time spent with the practitioner.

PAR-VASO-0008488

| Search Notes  | Application/Control No. 14717877 | Applicant(s)/Patent Under Reexamination KENNEY ET AL. |
|---|---|---|
| | Examiner CHRISTINA BRADLEY | Art Unit 1675 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| C07K7/16 | 6/1/2015 | CMB |
| A61K38/11 | 6/1/2015 | CMB |

## CPC COMBINATION SETS - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East - see transcript | 6/1/2015, 10/16/2015, 1/4/2016 | CMB |
| Commercial database and structure search - see SCORE for parent application 14/610,499 with identical claims | 3//20154 | CMB |
| Palm inventor search | 6/1/2015, 10/16/2015, 1/4/2016 | CMB |
| Google scholar - vasopressin, stability, polymeric excipients | 6/1/2015 | CMB |
| Google - vasopressin, refridgeration | 10/16/2015, 1/4/2016 | CMB |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

PAR-VASO-0008489

# CETROTIDE®

Cetrorelix acetate

**Consumer Medicine Information**

## What is in this leaflet

This leaflet answers some common questions about CETROTIDE.

It does not contain all the available information.

It does not take the place of talking to your doctor or pharmacist.

All medicines have risks and benefits. Your doctor has weighed the risks of you taking CETROTIDE against the benefits they expect it will have for you.

**If you have any concerns about taking this medicine, ask your doctor or pharmacist.**

**Keep this leaflet with the medicine.**

You may need to read it again.

## What CETROTIDE is used for

CETROTIDE is used to prevent too early or premature ovulation during a controlled ovarian stimulation as part of an assisted reproduction cycle (eg IVF, ICSI, GIFT).

CETROTIDE prevents the effects of a natural hormone called luteinising hormone releasing hormone (LHRH). LHRH controls the secretion of another hormone, called luteinising hormone (LH), which induces ovulation during the menstrual cycle. Ovulation that is too early is undesirable during hormone treatment for ovarian stimulation, because only mature egg cells are suitable for fertilisation. CETROTIDE is given to prevent premature ovulation.

Your doctor may have prescribed CETROTIDE for another reason. Ask your doctor if you have any questions about why CETROTIDE has been prescribed for you.

CETROTIDE is not addictive.

This medicine is available only with a doctor's prescription.

## Before you use CETROTIDE

### When you must not use it

**Do not use CETROTIDE if you have an allergy to:**

- Cetrorelix acetate
- Mannitol
- Exogenous peptide hormones (medicines similar to CETROTIDE).

Symptoms of an allergic reaction to CETROTIDE may include:

- shortness of breath, wheezing, difficulty breathing or a tight feeling in your chest
- swelling of the face, lips, tongue or other parts of the body
- rash, itching, hives or flushed, red skin.

**Do not use CETROTIDE if you have, or have had, any of the following medical conditions:**

- moderate or severe liver disease
- moderate or severe kidney disease.

**Do not use CETROTIDE if you have already reached menopause.**

**Do not use CETROTIDE if you are pregnant or suspect that you might be pregnant.**

**Do not breastfeed while taking CETROTIDE.**

It is not known whether CETROTIDE passes into breast milk.

**Do not use CETROTIDE after the expiry date printed on the label of the vial, pre-filled syringe and the carton.**

If you take this medicine after the expiry date has passed, it may not work as well.

**Do not use CETROTIDE if the packaging is torn or shows signs of tampering.**

If it has expired or is damaged, return it to your pharmacist or doctor for disposal.

**If you are not sure whether you should start using CETROTIDE, talk to your doctor or pharmacist.**

**If you have not told your doctor about any of the above, tell them before you start using CETROTIDE.**

### Before you use it

**Tell your doctor or pharmacist if you have allergies to:**

- any other medicines
- any other substances, such as foods, preservatives or dyes

### Taking other medicines

**Tell your doctor or pharmacist if you are using any other medicines, including any that you buy without a prescription from your**

PAR-VASO-0008490

pharmacy, supermarket or health food shop.

Although there have been no reports so far, there is a possibility that some medicines and CETROTIDE may interfere with each other.

# How to use CETROTIDE

CETROTIDE is given as an injection under the skin (subcutaneously). It is given in the abdomen, usually near your navel.

## How much to use and how often to use it

CETROTIDE comes in two strengths, 250mcg and 3mg. Your doctor will tell you which one to use.

CETROTIDE 250mcg:

The contents of one vial is given once daily, at 24 hour intervals, either in the morning or in the evening. It is given over several days. Your doctor or nurse will advise you on which days you should use it.

CETROTIDE 3mg:

The contents of one vial are given as a single dose on one day during the cycle. Your doctor will advise you when to use it.

## How to use CETROTIDE

Your first injection of CETROTIDE should be performed by your doctor or nurse. You should remain under their supervision for 30 minutes after this injection in case of allergic reaction.

You may self-administer any further CETROTIDE injections after you have been provided with appropriate instructions from your doctor or nurse, including the signs, symptoms and treatment of allergic reactions.

Please see the end of this leaflet for instructions on how to administer the dose.

## If you forget to use it

CETROTIDE 250mcg:

CETROTIDE 250mcg should be administered at 24 hour intervals.

**If you forget to administer CETROTIDE 250mcg at the right time, administer it as soon as you remember on the same day.**

**If you forget to administer CETROTIDE 250mcg on one day, contact your doctor immediately and ask for advice.**

CETROTIDE 3mg:

**If you forget to administer CETROTIDE 3mg, contact your doctor immediately and ask for advice.**

## If you use too much (Overdose)

Immediately contact your doctor or the Poisons Information Centre (In Australia telephone 131 126. In New Zealand telephone 0800 764 766) if you are concerned that you have given yourself too much CETROTIDE.

Overdosage of CETROTIDE may result in it working for longer in your body, but it is unlikely to be associated with severe unwanted effects.

# While you are using CETROTIDE

## Things you must do

**Be sure to keep all your doctor's appointments so your progress can be checked.**

**Tell any other doctors, dentists, and pharmacists who are treating you that you are using CETROTIDE.**

**If you are about to be started on any new medicine, tell your doctor, dentist or pharmacist that you are using CETROTIDE.**

## Things you must not do

**Do not give CETROTIDE to anyone else, even if they have the same condition as you.**

**Do not use CETROTIDE to treat any other complaints unless your doctor tells you to.**

## Things to be careful of

**If you have any of the following symptoms, contact your doctor immediately:**

- Nausea
- Vomiting
- Diarrhoea
- Breathing difficulties
- Stomach pain or discomfort

These may be signs of overstimulation of the ovaries, which can sometimes occur during controlled ovarian stimulation with gonadotropins (hormones promoting egg maturation).

**Administer the injection in a different place on your skin each day.**

This will help to reduce any irritation.

As far as it is known, CETROTIDE does not impair your ability to drive or to operate machinery.

# Side effects

**Tell your doctor, nurse or pharmacist as soon as possible if you do not feel well while you are using CETROTIDE.**

Like other medicines, CETROTIDE may have unwanted side effects.

**Ask your doctor, nurse or pharmacist to answer any questions you may have.**

**Tell your doctor, nurse or pharmacist if you notice any of the following and they worry you:**

- Redness, itching, swelling of the injection site (these are usually mild and short-lasting)

- Headache
- Feeling sick (nausea)

**Other side effects not listed above may occur in some patients. Tell your doctor, nurse or pharmacist if you notice anything that is making you feel unwell.**

## After using CETROTIDE

### Storage

**Keep the vial(s) in a refrigerator at 2- 8°C. Do not freeze.**

**Keep the vial in the outer carton to protect it from light.**

**Keep it where young children cannot reach it.**

A locked cupboard at least one-and-a-half metres above the ground is a good place to store medicines.

**Do not leave it in the car on hot days.**

CETROTIDE does not contain a preservative.

**Use the preparation immediately after the CETROTIDE powder has been dissolved in the water.**

**Each vial and syringe should be used only once. Use a new vial and syringe for each dose.**

There should not be any liquid left over after you have given yourself your dose.

**If there is any left over, this should not be used.**

### Disposal

**If your doctor or pharmacist tells you to stop using CETROTIDE or the pack has passed its expiry date, ask your pharmacist what to do with any that is left over.**

## Product description

### What it looks like

CETROTIDE is a powder for injection. CETROTIDE 250mcg is available in packs of one or seven vials. CETROTIDE 3mg is available in a pack with one vial.

Also, for each vial the packs contain:

- One pre-filled syringe with solvent (water for injections) for dissolving the powder in the vial
- One injection needle with a yellow mark to be used for injecting the water into the vial and withdrawing the solution from the vial
- One injection needle with a grey mark to be used for injecting the solution
- Two alcohol swabs for cleaning purposes

### Ingredients

Active ingredients:

- Cetrorelix acetate

Other ingredients

- mannitol

CETROTIDE does not contain lactose, sucrose, gluten, tartrazine or any other azo dyes.

### Supplier

Cetrotide is supplied in Australia by:

Merck Serono Australia Pty Ltd

3-4/25 Frenchs Forest Rd

Frenchs Forest NSW 2086

For enquiries call: 1800 633 463

Cetrotide is supplied in New Zealand by:

Healthcare Logistics

58 Richard Pearse Drive

Airport Oaks

Auckland

### Australian Registration Numbers:

CETROTIDE 250mcg:

AUST R 74888

CETROTIDE 3mg:

AUST R 74889

This leaflet was prepared in April 2011

A007-0411

PAR-VASO-0008492

# HOW TO USE CETROTIDE

CETROTIDE is for injection under the skin of the lower abdominal wall, preferably around the navel. To minimise local irritation, use a different injection site each day.

Dissolve CETROTIDE powder only with the water in the pre-filled syringe. Do not use a CETROTIDE solution if it contains particles or if it is not clear.

Before you administer CETROTIDE yourself, please read the following instructions carefully:

1. Wash your hands. It is important that your hands and all items you use are as clean as possible.



2. Lay out on a clean surface everything you need (one vial, one pre-filled syringe, one injection needle with a yellow mark, one injection needle with a grey mark and two alcohol swabs).



3. Flip off the plastic cover of the vial. Wipe the aluminium ring and the rubber stopper with an alcohol swab.



4. Take the injection needle with the yellow mark and remove the wrapping. Take the pre-filled syringe and remove the cover.

Put the needle on the syringe and remove the cover of the needle.



5. Push the needle through the centre of the rubber stopper of the vial. Inject the water into the vial by slowly pushing the plunger of the syringe.



6. Leave the syringe on the vial. Gently agitate the vial until the solution is clear and without residue. Avoid forming bubbles during dissolution.



7. Draw the whole contents of the vial into the syringe. If solution is left in the vial, invert the vial, pull back the needle until the opening of the needle is just inside the stopper. If you look from the side through the gap in the stopper, you can control the movement of the needle and the liquid. It is important to withdraw the entire contents of the vial.



8. Detach the syringe from the needle and lay down the syringe. Take the injection needle with the grey mark and remove its wrapping. Put the needle on the syringe and remove the cover of the needle.



9. Invert the syringe and push the plunger until all air bubbles have been expelled. Do not touch the needle or allow the needle to touch any surface.



10. Choose an injection site in the area of the lower abdominal wall, preferably around the navel. Take the second alcohol swab and clean the skin at the injection site. Hold the syringe in one hand. Gently pinch up the skin surrounding the site of injection and hold firmly with the other hand.



11. Hold the syringe as you would hold a pencil, insert the needle completely into the skin at an angle of about 45 degrees.



PAR-VASO-0008493

12. Once the needle has been inserted completely, release your grasp of the skin.



13. Inject the solution slowly by pushing the plunger gently forward. After all of the solution is injected, withdraw the needle slowly, applying gentle pressure with the alcohol swab on the skin where the needle was inserted. Withdraw the needle at the same angle as it was inserted.



14. Use the syringe and needles only once. Dispose of the syringe and needles immediately after use as instructed by your nurse (put the covers on the needles to avoid injury).

There should not be any liquid left in the vial or the syringe after the dose has been given. However, if there is some left, this must not be used.

PAR-VASO-0008494

# PRODUCT INFORMATION

# LIRAGLUTIDE

# Victoza®

## NAME OF THE MEDICINE

Liraglutide (rys)

Liraglutide (rys) has the molecular formula $C_{172}H_{265}N_{43}O_{51}$ and a molecular weight of 3751.20 daltons.



CAS No.: 204656-20-2

## DESCRIPTION

Liraglutide is a human Glucagon-Like Peptide-1 (GLP-1) analogue that binds to and activates the GLP-1 receptor. The GLP-1 receptor is the target for native GLP-1, an endogenous incretin hormone that potentiates glucose-dependent insulin secretion from the pancreatic beta cells. Liraglutide exhibits 97% homology to human GLP-1. In liraglutide, the lysine at position 34 has been replaced with arginine, and a palmitic acid has been attached via a glutamoyl spacer to lysine at position 26.

Liraglutide is produced by recombinant DNA technology using *Saccharomyces cerevisiae*. One mL contains 6 mg salt-free anhydrous liraglutide. Victoza® is a sterile, clear, colourless, isotonic solution of liraglutide 6 mg/mL (pH=8.15). Victoza is a solution for injection.

Each mL of Victoza also contains the following inactive ingredients: 1.42 mg dibasic sodium phosphate dihydrate, 14.0 mg propylene glycol, 5.5 mg phenol, hydrochloric acid q.s., sodium hydroxide q.s. and water for injections to 1 mL.

## PHARMACOLOGY

### *Mechanism of action*

Unlike native GLP-1, liraglutide has a pharmacokinetic and pharmacodynamic profile in humans suitable for once daily administration. Following subcutaneous administration, the protracted action profile is based on three mechanisms: self-association (which results in slow absorption), binding to albumin and enzymatic stability towards the dipeptidyl peptidase (DPP-IV) and neutral endopeptidase (NEP) enzymes, resulting in a long plasma half life.

Liraglutide action is mediated via a specific interaction with GLP-1 receptors, leading to an increase in cyclic adenosine monophosphate (cAMP). Liraglutide stimulates insulin secretion in a glucose-dependent manner and improves beta-cell function. Simultaneously, liraglutide lowers inappropriately high glucagon secretion, also in a glucose-dependent manner. Thus, when blood glucose is high, insulin

PAR-VASO-0008495

secretion is stimulated and glucagon secretion is inhibited. Conversely, during hypoglycaemia liraglutide diminishes insulin secretion and does not impair glucagon secretion.

The mechanism of blood glucose lowering also may involve a minor delay in gastric emptying. (see Interactions).

Liraglutide has shown anti-hyperglycaemic efficacy in animal models of pre-diabetes. Liraglutide has been shown *in vitro* to stimulate beta-cell proliferation and prevent both cytokine and free fatty acid induced beta-cell death (apoptosis). *In vivo*, liraglutide increases insulin biosynthesis, and beta-cell mass in diabetic animal models. The relevance of this to humans is not known. When hyperglycaemia is fully normalised, in animal studies, liraglutide does not increase beta-cell mass.

### *Pharmacodynamics*
Liraglutide has 24-hour duration of action and improves glycaemic control by lowering fasting and postprandial blood glucose in subjects with type 2 diabetes mellitus.

The difference between liraglutide 1.8 mg / 1.2 mg and placebo in reduction of mean fasting glucose was found to be 3.90 mmol/L / 3.33 mmol/L (Figure 1). Following a standard meal, the difference in mean 2-hour postprandial glucose concentration was 6.02 mmol/L / 5.63 mmol/L. In addition, liraglutide decreased postprandial glucose excursion (incremental postprandial glucose) on average by 1.1 mmol/L / 1.08 mmol/L.



**Figure 1    Mean absolute (left) and incremental (right) postprandial glucose concentrations. Subjects with type 2 diabetes treated with liraglutide 1.8 mg or placebo in a cross-over design (N=18) (Trial 1698)**

### *Glucose dependent insulin secretion*
Liraglutide increased insulin secretion in relation to increasing glucose concentrations. Using a stepwise graded glucose infusion, the insulin secretion rate was increased following a single injection of liraglutide in subjects with type 2 diabetes to a level indistinguishable to that observed in healthy subjects (Figure 2).

PAR-VASO-0008496



**Figure 2**      **Mean Insulin Secretion Rate (ISR) versus glucose concentration following a single injection of liraglutide 7.5 µg/kg (~0.66 mg) or placebo in subjects with type 2 diabetes (N=10) and untreated healthy subjects (N=10) during graded glucose infusion (Trial 2063)**

*Beta-cell function*

Liraglutide improved beta-cell function as measured by first- and second phase insulin response and maximal beta-cell secretory capacity. A pharmacodynamic study in subjects with type 2 diabetes demonstrated restoration of first phase insulin secretion (intravenous bolus of glucose), improved second phase insulin secretion (hyperglycaemic clamp) and maximal insulin secretory capacity (arginine stimulation test) (Figure 3).

PAR-VASO-0008497



**Figure 3**     **Mean insulin profiles during glucose bolus (inserted), hyperglycaemic clamp and arginine stimulation test (at 120 min) following 6 µg/kg (~0.55 mg) liraglutide or placebo for 10 days in subjects with type 2 diabetes (Trial 1332)**

Clinical studies up to 52 weeks have shown a durable secretagogue effect with liraglutide, as well as improvements from baseline in the homeostasis model assessment for beta-cell function (HOMA-B) and the proinsulin to insulin ratio. Liraglutide has not yet been evaluated for use in individuals with impaired glucose tolerance or those who do not yet meet the diagnostic criteria for diabetes mellitus.

*Glucagon secretion*
Liraglutide lowered blood glucose by stimulating insulin secretion and lowering glucagon secretion. Liraglutide did not impair glucagon response to low glucose concentration. Furthermore, a lower endogenous glucose release has been observed with liraglutide.

*Gastric emptying*
Liraglutide caused a minor delay in gastric emptying, thereby reducing the rate at which postprandial glucose appeared in the circulation.

*Body weight*
In clinical studies up to 52 weeks involving subjects with elevated body weight liraglutide was observed to significantly lower body weight. [See Clinical Trials, Adverse Effects.] Specific weight loss studies have not been assessed in type 2 diabetes mellitus

*Cardiac Electrophysiology (QTc)*
In a cardiac repolarisation study liraglutide at steady state concentrations with daily doses up to 1.8 mg did not produce QTc prolongation.

***Pharmacokinetics***
*Absorption*
The absorption of liraglutide following subcutaneous administration is slow, reaching maximum concentration 8-12 hours post dosing. Estimated maximum liraglutide concentration was 9.4 nmol/L for a subcutaneous single dose of liraglutide 0.6 mg. At 1.8 mg liraglutide, the average steady state concentration of liraglutide ($AUC_{\tau/24}$) reached approximately 34 nmol/L. Liraglutide exposure increased

**PAR-VASO-0008498**

proportionally with dose. The intra-subject coefficient of variation for liraglutide AUC was 11% following single dose administration. Liraglutide can be administered subcutaneously in the abdomen, thigh, or upper arm.

*Distribution*
The apparent volume of distribution after subcutaneous administration is 11-17 L. The mean volume of distribution after intravenous administration of liraglutide is 0.07 L/kg. Liraglutide is extensively bound to plasma protein *(>98%)*.

*Metabolism/biotransformation*
During the 24 hours following administration of a single [$^3$H]-liraglutide dose to healthy subjects, the major component in plasma was intact liraglutide. Two minor plasma metabolites were detected ($\leq$ 9 % and $\leq$ 5% of total plasma radioactivity exposure). Liraglutide is endogenously metabolised in a similar manner to large proteins without a specific organ as major route of elimination.

*Elimination*
Following a [$^3$H]-liraglutide dose, intact liraglutide was not detected in urine or faeces. Only a minor part of the administered radioactivity was excreted as liraglutide-related metabolites in urine or faeces (6% and 5%, respectively). The urine and faeces radioactivity was mainly excreted during the first 6-8 days, and corresponded to three minor metabolites.

The mean clearance following s.c. administration of a single dose of liraglutide is approximately 1.2 L/h with an elimination half-life of approximately 13 hours.

*Special populations*
Elderly
No dosage adjustment is required based on age. Age had no clinically relevant effect on the pharmacokinetics of liraglutide based on the results from a pharmacokinetic study in healthy subjects and population pharmacokinetic data analysis of subjects (18 to 80 years).

Gender
No dosage adjustment is required based on gender. Gender had no clinically meaningful effect on the pharmacokinetics of liraglutide based on the results of population pharmacokinetic data analysis of male and female subjects and a pharmacokinetic study in healthy subjects.

Ethnicity
No dosage adjustment is required based on ethnicity. Ethnicity had no clinically relevant effect on the pharmacokinetics of liraglutide based on the results of population pharmacokinetic analysis.

Obesity
No dosage adjustment is required based on obesity. Population pharmacokinetic analysis suggests that body mass index (BMI) has no significant effect on the pharmacokinetics of liraglutide.

Hepatic impairment
The pharmacokinetics of liraglutide was evaluated in subjects with varying degree of hepatic impairment in a single-dose trial. Liraglutide exposure was decreased by 23% and 13% in subjects with mild or moderate hepatic impairment respectively, compared to healthy subjects.

Exposure was significantly lower (44%) in subjects with severe hepatic impairment (Child Pugh score >9).

Renal impairment
Liraglutide exposure was mildly reduced in subjects with renal impairment compared to individuals with normal renal function. Liraglutide exposure was lowered by 33%, 14%, 27% and 26%,

respectively, in subjects with mild (creatinine clearance, CrCL 50-80 mL/min), moderate (CrCL 30-50 mL/min), and severe (CrCL <30 mL/min) renal impairment and in end-stage renal disease requiring dialysis.

<u>Paediatrics</u>
Liraglutide has not been studied in paediatric subjects.

## CLINICAL TRIALS

### *Phase 2*
Study NN2211-1499 was a phase 2, exploratory study. It was a double-blind, double-dummy, randomised, parallel-group, multicentre, dose titration study (with an open labelled oral agent arm i.e. glimepiride + metformin) to assess the effect on glycaemic control of individual maximum effective dose of Victoza as add on therapy to metformin compared to monotherapy (metformin or Victoza alone). Victoza was given in doses of 0.5 mg, 1.0 mg, 1.5 mg, 2.0 mg, as a once daily subcutaneous injection in the abdomen or thigh (in the evening) The study was of five weeks duration. One hundred and forty-four patients were randomised (36 per group). They were on at least 50% of the maximal dose of their oral agent. Fasting serum glucose after five weeks of treatment was the primary endpoint. Victoza alone was superior to metformin alone but inferior to metformin + glimepiride whereas Victoza + metformin was superior to metformin + glimepiride. Results were similar for HbA1c but the short duration of the study limits the interpretation of these results.

### *Phase 3*
There were 3992 subjects with type 2 diabetes randomised in five double-blind, controlled clinical safety and efficacy studies conducted to evaluate the effects of Victoza on glycaemic control.

These studies included 3978 exposed subjects (2501 subjects treated with Victoza), 53.7% men and 46.3% women, 797 subjects (508 treated with Victoza) were $\geq$ 65 years of age and 113 subjects (66 treated with Victoza) were $\geq$ 75 years of age.

The studies included four studies (LEAD 1, 2, 4 and 5) assessing Victoza in various combinations with metformin, a sulfonylurea and rosiglitazone plus one study where Victoza was used as a single agent (LEAD 3). In the dual therapy studies, patients could be inadequately controlled but were not necessarily failing to respond to monotherapy at baseline.

LEAD 1 (Trial 1436) and LEAD 2 (Trial 1572) evaluated 26 weeks of treatment with Victoza in combination with the oral antidiabetic drug (OAD) glimepiride or metformin respectively. Both trials employed a placebo comparator (LEAD 1 glimepiride alone; LEAD 2 metformin alone) and an active comparator (LEAD 1 glimepiride + rosiglitazone; LEAD 2 metformin + glimepiride).

LEAD 5 (Trial 1697) evaluated 26 weeks treatment with Victoza in combination with metformin + glimepiride. LEAD 5 assessed the 1.8 mg Victoza dose and compared this with a placebo comparator (metformin + glimepiride) and an active comparator (insulin glargine + metformin + glimepiride).

Primary outcomes for the LEAD studies are presented in Table 1 and 2. Treatment with Victoza produced clinically and statistically significant improvements versus the placebo comparators in haemoglobin A1$_C$ (HbA1$_c$) fasting plasma glucose (FPG) and postprandial glucose (PPG).

### *Victoza in combination with one OAD (LEAD 1 and 2 respectively)*
LEAD 1 enrolled patients diagnosed with type 2 diabetes, treated with OAD(s) for at least 3 months, with an HbA1c: 7.0-11.0 % (inclusive) in subjects on oral monotherapy or 7.0-10.0 % (inclusive) in subjects on oral combination therapy. All were switched to glimepiride in the trial. The study enrolled patients on monotherapy who might need a second agent and those already on two agents that might need a third agent. In LEAD 1, the analysis of change in HbA1c from baseline showed that treatment with Victoza at both 1.2 mg and 1.8 mg (+ glimepiride) was superior to treatment with glimepiride

alone, and superior to treatment with rosiglitazone + glimepiride (Table 1). For the primary efficacy outcome measure, Victoza 1.2 mg and 1.8 mg in combination with glimepiride were superior to both comparator groups, and Victoza 0.6 mg in combination with glimepiride was superior to glimepiride alone and non inferior to rosiglitazone/glimepiride. Amongst secondary outcomes, Victoza plus glimepiride did not increase weight compared to glimepiride alone whereas glimepiride and rosiglitazone were associated with weight gain.

LEAD 2 enrolled patients diagnosed with type 2 diabetes, treated with OAD(s) for at least 3 months, with an HbA1c: 7.0-11.0 % (inclusive) in subjects on oral monotherapy or 7.0-10.0 % (inclusive) in subjects on oral combination therapy. All were switched to metformin in the trial. The analysis of change in HbA1c from baseline showed that treatment with Victoza (1.2 mg and 1.8 mg) + metformin was superior to metformin alone and non-inferior to treatment with glimepiride and metformin (Table 1). The primary efficacy outcome measure was the change from baseline in HbA1c after 26 weeks of treatment. Victoza 1.8 mg and 1.2 mg doses in combination with metformin were superior to metformin alone, and non-inferior to glimepiride/metformin. In combination with metformin, Victoza had similar efficacy to the glimepiride/metformin combination. In this study, Victoza 1.2 mg daily was as effective as the higher dose.

**Table 1    Results of two 26 week trials of Victoza (LEAD 2 and LEAD 1) in combination with an OAD in subjects previously treated with one or more OADs.**

| LEAD 2 - Metformin Add-on Therapy | | | | |
|---|---|---|---|---|
| | Victoza 1.8 mg + metformin | Victoza 1.2 mg + metformin | Metformin [1] | Glimepiride +metformin [2] |
| N | 242 | 240 | 121 | 242 |
| **HbA$_{1c}$ (%) (Mean)** | | | | |
| Baseline | 8.4 | 8.3 | 8.4 | 8.4 |
| Change from baseline | -1.00* | -0.97* | 0.09 | -0.98 |
| **Subjects (%) achieving HbA$_{1C}$ <7%** | | | | |
| All subjects | 42.4* | 35.3* | 10.8 | 36.3 |
| Previous OAD monotherapy | 66.3 | 52.8 | 22.5 | 56.0 |
| **LEAD 1 - Glimepiride Add-on Therapy** | | | | |
| | Victoza 1.8 mg + glimepiride | Victoza 1.2 mg + glimepiride | Glimepiride [3] | Rosiglitazone +glimepiride [4] |
| N | 234 | 228 | 114 | 231 |
| **HbA$_{1c}$ (%) (Mean)** | | | | |
| Baseline | 8.5 | 8.5 | 8.4 | 8.4 |
| Change from baseline | -1.13*[#] | -1.08*[#] | 0.23 | -0.44 |
| **Subjects (%) achieving HbA$_{1C}$ <7%** | | | | |
| All subjects | 41.6*[#] | 34.5*[#] | 7.5 | 21.9 |
| Previous OAD monotherapy | 55.9 | 57.4 | 11.8 | 36.1 |

[1] placebo comparator (metformin)
[2] active comparator (metformin + glimepiride)
[3] placebo comparator (glimepiride)
[4] active comparator (glimepiride + rosiglitazone)
*Significantly different from placebo comparator (p < 0.02)
[#] Significantly different from active comparator (p < 0.05)

*Victoza compared to a basal insulin (LEAD 5)*
LEAD 5 enrolled patients diagnosed with type 2 diabetes, previously treated with oral agent(s) for at least 3 months with an HbA1c: 7.5-10.0 % (inclusive) in subjects on oral monotherapy or 7.0-10.0 %

(inclusive) in subjects on oral combination therapy. In LEAD 5, the analysis of change in HbA1c from baseline demonstrated that treatment with Victoza 1.8 mg + glimepiride + metformin was superior to treatment with glimepiride + metformin alone and superior to treatment with insulin glargine + glimepiride + metformin (Table 2).

**Table 2** **Results of a 26 week trial of Victoza (LEAD 5) in combination with OADs in previous OAD-treated subjects. LEAD 5 also included a comparison with basal insulin.**

| LEAD 5 - Metformin + Glimepiride Add-on Therapy | | | |
|---|---|---|---|
| | Victoza 1.8 mg + metformin + glimepiride | Metformin + glimepiride [1] | Glargine + metformin + glimepiride [2] |
| **N** | 230 | 114 | 232 |
| **HbA$_{1c}$ (%) (Mean)** | | | |
| Baseline | 8.3 | 8.3 | 8.1 |
| Change from baseline | -1.33*# | -0.24 | -1.09 |
| **Subjects (%) achieving HbA$_{1c}$** | | | |
| <7% | 53.1*# | 15.3 | 45.8 |
| All subjects | | | |

[1] placebo comparator (metformin + glimepiride)
[2] active comparator (glargine + metformin + glimepiride)
*Significantly different from placebo comparator (p < 0.01)
# Significantly different from active comparator (p < 0.02)

***Glycaemic control***
*HbA1c*

Victoza in combination therapy for 26 weeks with metformin or a sulfonylurea resulted in statistically significant (p < 0.001) and sustained reductions in HbA$_{1c}$ compared with subjects in the placebo comparator groups (Figure 4).

The efficacy of Victoza 0.6 mg was also tested in combination with a sulfonylurea or with metformin and was found to be superior to placebo but less effective than the other Victoza doses of 1.2 mg and 1.8 mg.

PAR-VASO-0008502



**Figure 4: Mean HbA1c (%) over Time ± SEM, ITT Analysis Set Note: The Primary endpoint was change from baseline to the end of the study.**

*Fasting Plasma Glucose*
Treatment with Victoza resulted in a reduction in fasting plasma glucose of 0.72-2.42 mmol/L. This reduction was observed within the first two weeks of treatment.

*Postprandial glucose*
Victoza reduced postprandial glucose across all three daily meals by 1.68-2.71mmol/L.

**Body Weight**
Body weight was assessed amongst predefined secondary endpoints. Specific weight loss studies have not been assessed in type 2 diabetes. In the clinical programme, statistically significant reductions in mean body weight from baseline were consistently observed. Treatment with Victoza was associated with an initial reduction in mean body weight within the first 8 weeks, that was sustained over the duration of studies (Figure 5). Larger weight reduction was observed with increasing body mass index at baseline. Reductions in body weight were seen, irrespective of the occurrence of nausea.

No morbidity data or mortality data are presently available to support long term benefit from Victoza induced weight loss in patients with type 2 diabetes.



**Figure 5        Change in Body Weight over Time, Mean ±2 SEM**

### Effect on blood pressure

Victoza reduced systolic blood pressure with a mean range of 2-6 mm Hg within the first two weeks of treatment in long-term clinical trials. The reduction in systolic blood pressure occurred before weight loss.

### Effect on lipids

Victoza showed no adverse effects on lipid parameters.

### Other effects

Victoza improved insulin sensitivity compared to a sulfonylurea for 52 weeks as assessed by HOMA-IR. The clinical significance of this has not been established.

### Macrovascular outcomes

There have been no clinical studies establishing conclusive evidence of the long term benefits or adverse effects of Victoza on cardiovascular morbidity or mortality.

### Other clinical data

In an open label study comparing efficacy and safety of liraglutide (1.2 mg and 1.8 mg) and sitagliptin (a DPP-4 inhibitor, 100 mg) in patients inadequately controlled on metformin therapy (mean HbA$_{1c}$ 8.5%), Victoza at both doses was statistically superior to sitagliptin treatment in reducing HbA$_{1c}$ after 26 weeks (-1.24%, -1.50%, -0.90%, for liraglutide 1.2 mg, 1.8 mg and sitagliptin respectively; p<0.0001). Patients treated with liraglutide had a significant decrease in body weight compared to that of patients treated with sitagliptin (-2.9 kg, -3.4 kg, -1.0 kg in liraglutide 1.2 mg, 1.8 mg and sitagliptin treatment groups, respectively, p<0.0001). Greater proportions of patients treated with liraglutide experienced transient nausea compared to patients treated with sitagliptin (20.8%, 27.1%, 4.6% in liraglutide 1.2 mg, 1.8 mg and sitagliptin treatment groups respectively). The reductions in HbA$_{1c}$ and

superiority vs sitagliptin observed after 26 weeks of Victoza treatment (1.2 mg and 1.8 mg) were sustained after 52 weeks of treatment (-1.29%, -1.51%, -0.88% in liraglutide 1.2 mg, 1.8 mg and sitagliptin treatment groups respectively, p<0.0001).

In an open label study comparing efficacy and safety of liraglutide 1.8 mg once daily and exenatide 10 μg twice daily in patients inadequately controlled on metformin and/or sulphonylurea therapy (mean HbA$_{1c}$ 8.3%), liraglutide was statistically superior to exenatide treatment in reducing HbA$_{1c}$ after 26 weeks (-1.12% vs - 0.79% respectively, with the estimated treatment difference being –0.33% (95% CI: –0.47% to –0.18%), p<0.0001). More patients achieved HbA$_{1c}$ below 7% with Victoza compared with exenatide (54.2% vs 43.4% respectively, p=0.0015). Both treatments resulted in mean body weight loss of approximately 3 kg.

## INDICATIONS

Victoza is indicated as an adjunct to diet and exercise for treatment of adults with type 2 diabetes mellitus to achieve glycaemic control:

- in dual combination, added to metformin or a sulfonylurea, in patients with insufficient glycaemic control despite the use of maximally tolerated or clinically adequate doses of metformin or sulfonylurea monotherapy.
- in triple combination, added to metformin and a sulfonylurea in patients with insufficient glycaemic control despite dual therapy.

## CONTRAINDICATIONS

Liraglutide is not to be used in:
- patients with hypersensitivity to liraglutide or any of its excipients.
- patients with a past history of GLP-1 analogue associated pancreatitis

## PRECAUTIONS

Victoza should not be used in patients with type 1 diabetes mellitus or for the treatment of diabetic ketoacidosis. Insulin is the correct treatment for these conditions. Victoza should not be administered intravenously or intramuscularly.

Victoza is not a substitute for insulin. Insulin should not be discontinued in patients dependent on insulin.The combination of liraglutide with insulin has not been evaluated.

There is limited experience in patients with congestive heart failure New York Heart Association (NYHA) class I-II. There is no experience in patients with congestive heart failure NYHA class III-IV.

There is limited experience in patients with inflammatory bowel disease and diabetic gastroparesis and Victoza is therefore not recommended in these patients. The use of Victoza is associated with transient gastrointestinal adverse reactions, including nausea, vomiting and diarrhoea.

Signs and symptoms of dehydration, including renal impairment and acute renal failure have been reported in patients treated with Victoza. Patients treated with Victoza should be advised of the potential risk of dehydration in relation to gastrointestinal side effects and take precautions to avoid fluid depletion.

Thyroid adverse events, including increased blood calcitonin, goitre and thyroid neoplasm have been reported in clinical trials in particular in patients with pre-existing thyroid disease.

PAR-VASO-0008505

*Pancreatitis*

In clinical trials of Victoza, there were 7 cases of pancreatitis among Victoza-treated patients and 1 case among comparator-treated patients (2.2 vs. 0.6 cases per 1000 patient-years). Five cases with Victoza were reported as acute pancreatitis and two cases with Victoza were reported as chronic pancreatitis. In one case in a Victoza-treated patient, pancreatitis, with necrosis, was observed and led to death; however clinical causality could not be established. One additional case of pancreatitis has subsequently been reported in a Victoza-treated patient. Some patients had other risk factors for pancreatitis, such as a history of cholelithiasis or alcohol abuse. There are no conclusive data establishing a risk of pancreatitis with Victoza treatment. After initiation of Victoza, and after dose increases, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). In most cases, treatment of pancreatitis has led to recovery. If pancreatitis is suspected, Victoza and other potentially suspect medications should be discontinued promptly, confirmatory tests should be performed and appropriate management should be initiated. If pancreatitis is confirmed, Victoza should not be restarted.

*Hypoglycaemia*

Due to the glucose-dependent insulinotropic mechanism of action of Victoza, when used in combination with metformin alone, no increase in the frequency of hypoglycaemia was observed over that of placebo in combination with metformin.

Patients receiving Victoza in combination with a sulfonylurea may have an increased risk of hypoglycaemia (see Table 4 in Adverse Effects). The risk of hypoglycaemia can be lowered by a reduction in the dose of sulfonylurea.

No studies on the effects on the ability to drive and use machines have been performed. It is unlikely that the ability to drive or use machines should be impaired by Victoza. Patients should be advised to take precautions to avoid hypoglycaemia while driving and using machines, in particular when Victoza is used in combination with a sulfonylurea.

*Genotoxicity*

Liraglutide was not mutagenic in the bacterial Ames assay, and not clastogenic in human lymphocytes *in vitro*, or in rat lymphocytes and bone marrow *in vivo*.

*Carcinogenicity*

Liraglutide caused thyroid C-cell adenomas and carcinomas in two-year studies in mice and rats. C-cell neoplasia was observed in mice at subcutaneous doses ≥1mg/kg/day (relative exposure based on plasma AUC, ≥7.7) and in rats at all doses tested (≥0.075mg/kg/day subcutaneously; relative exposure, ≥0.5). No tumours or other C-cell proliferative changes were seen in monkeys treated with liraglutide for 20 months (≤5 mg/kg/day subcutaneously; relative exposure, ≤64). The findings in mice and rats are mediated by a specific GLP-1 receptor-mediated mechanism to which rodents are particularly sensitive. The relevance for humans is likely to be low but cannot presently be completely excluded.

*Effects on fertility*

No adverse effects on fertility were observed in male and female rats given subcutaneous doses of liraglutide at ≤1mg/kg/day, yielding exposure to liraglutide (plasma AUC) 11-13 times higher than that of patients at the maximum recommended human dose.

*Use in Pregnancy*

Pregnancy Category: B3

Increased embryofetal death and minor fetal skeletal abnormalities (kinked ribs) were observed in rats given liraglutide at 1mg/kg/day by subcutaneous injection (yielding 11-times the plasma AUC in humans at the maximum recommended clinical dose). In rabbits treated at doses ≥0.01mg/kg/day

PAR-VASO-0008506

(relative exposure, ≥0.2), there was retardation of fetal growth and an increased incidence of several minor skeletal and visceral abnormalities. Postnatal body weight gain was reduced in the offspring of rats treated with liraglutide during gestation and lactation. These findings may have occurred secondary to reduced maternal food consumption. Placental transfer of liraglutide and/or its metabolites was demonstrated in the animal species.

There are no adequate data from the use of Victoza in pregnant women. Victoza should not be used during pregnancy and the use of insulin is recommended. If a patient wishes to become pregnant, or pregnancy occurs, treatment with Victoza should be discontinued.

### *Use in Lactation*
It is not known whether Victoza is excreted in human milk. Studies in lactating rats have shown that the transfer of Victoza and metabolites of close structural relationship into milk is low. Due to lack of experience, Victoza must not be used during breast-feeding.

### *Incompatibilities*
Substances added to Victoza may cause degradation of liraglutide. Victoza must not be mixed with other medicinal products, e.g. infusion fluids.

## INTERACTIONS WITH OTHER MEDICINES

### *In vitro assessment of drug-drug interaction*
Liraglutide has shown very low potential to be involved in pharmacokinetic drug-drug interactions related to cytochrome P450 (CYP) and plasma protein binding.

### *In vivo assessment of drug-drug interaction*
Drug-drug interaction has been investigated using medicines that were carefully selected to represent compounds of various degrees of solubility and permeability properties, including paracetamol (acetaminophen), digoxin, lisinopril, griseofulvin and atorvastatin. In addition, the effect of liraglutide on the absorption of ethinyloestradiol and levonorgestrel administered in an oral combination contraceptive drug has been investigated.

The delay of gastric emptying caused by liraglutide may influence absorption of concomitantly administered oral medicinal products. Interaction studies did not show any clinically relevant delay of absorption of the compounds that were studied, however clinically relevant interactions with other compounds where the effect is dependent on $C_{max}$ and $t_{max}$, drugs with narrow therapeutic index, or medications associated with local gastrointestinal irritation (e.g. bisphosphonates, potassium chloride) cannot be excluded.

Few patients treated with liraglutide reported at least one episode of severe diarrhoea. Diarrhoea may affect the absorption of concomitant oral medicinal products.

### *Paracetamol (Acetaminophen)*
Liraglutide did not change the overall exposure of paracetamol following a single dose of 1000 mg. Paracetamol $C_{max}$ was decreased by 31% and median $t_{max}$ was delayed up to 15 min. No dose adjustment for concomitant use of paracetamol is required.

### *Atorvastatin*
Liraglutide did not change the overall exposure of atorvastatin to a clinically relevant degree following single dose administration of atorvastatin 40 mg. Therefore, no dose adjustment of atorvastatin is required when given with liraglutide. Atorvastatin $C_{max}$ was decreased by 38% and median $t_{max}$ was delayed from 1 h to 3 h with liraglutide.

PAR-VASO-0008507

*Griseofulvin*
Liraglutide did not change the overall exposure of griseofulvin following administration of a single dose of griseofulvin 500 mg. Griseofulvin $C_{max}$ increased by 37% while median $t_{max}$ did not change. Dose adjustments of griseofulvin and other compounds with low solubility and high permeability are not required.

*Digoxin*
A single dose administration of digoxin 1mg with liraglutide resulted in a reduction of digoxin AUC by 16%; $C_{max}$ decreased by 31%. Digoxin median time to maximum concentration ($t_{max}$) was delayed from 1 h to 1.5 h. No dose adjustment of digoxin is required based on these results.

*Lisinopril*
A single dose administration of lisinopril 20 mg with liraglutide resulted in a reduction of lisinopril AUC by 15%; $C_{max}$ decreased by 27%. Lisinopril median $t_{max}$ was delayed from 6 h to 8 h with liraglutide. No dose adjustment of lisinopril is required based on these results.

*Oral contraceptives*
Liraglutide lowered ethinyloestradiol and levonorgestrel $C_{max}$ by 12 and 13%, respectively, following administration of a single dose of an oral contraceptive product. $T_{max}$ was 1.5 h later with liraglutide for both compounds. There was no clinically relevant effect on the overall exposure of either ethinyloestradiol or levonorgestrel. The contraceptive effect is therefore anticipated to be unaffected when co-administered with liraglutide.

*Warfarin and other coumarin derivatives*
No interaction study has been performed. Upon initiation of Victoza treatment in patients on warfarin or other coumarin derivatives, more frequent monitoring of INR (International Normalised Ratio) is recommended.

*Insulin*
No pharmacokinetic or pharmacodynamic interactions were observed between liraglutide and insulin detemir when administering a single dose of insulin detemir 0.5 U/kg with liraglutide 1.8 mg at steady state in patients with type 2 diabetes. Combination of liraglutide and insulin has not been evaluated from clinical trials.

## ADVERSE EFFECTS

***Summary of safety profile:***
The most frequently reported adverse events during clinical trials were gastrointestinal adverse events: nausea, diarrhoea (reported by > 10% of subjects) and vomiting, constipation, abdominal pain, and dyspepsia (reported by ≥ 1% and ≤ 10% of subjects).

At the beginning of Victoza therapy these gastrointestinal adverse events may occur more frequently. These reactions usually diminish within a few days or weeks on continued treatment. Headache and upper respiratory tract infections are also reported relatively frequently (by 1-10% of subjects). Furthermore, hypoglycaemia may occur, especially when Victoza is used in combination with sulfonylurea (>10% of subjects). Major hypoglycaemia has primarily been observed when combined with a sulfonylurea.

Very few of the reported adverse events were serious in nature.

***Tabulated summary of adverse reactions:***
Table 3 lists Victoza   adverse reactions reported in long term phase 3 controlled studies and spontaneous (postmarketing) reports. The adverse reactions identified in long term phase 3 studies are

PAR-VASO-0008508

presented if they occurred with a frequency > 5 % and if the frequency was higher among Victoza-treated subjects than subjects treated with comparator. Adverse reactions that occurred with a frequency ≥1% if the frequency was > 2 times the frequency for comparator-treated subjects are also included. Frequencies for related spontaneous reports (postmarketing) have been calculated based on their incidence in phase 3 clinical studies. The reactions are listed in Table 3 as MedDRA preferred term by system organ class and absolute frequency. Frequencies are defined as: very common (≥ 1/10), common (≥ 1/100, < 1/10), uncommon (≥ 1/1000, < 1/100) and rare (≥ 1/10,000, < 1/1000).

**Table 3      Adverse reactions reported in long term phase 3 controlled studies and spontaneous (postmarketing) reports**

| Body system/ adverse reaction terms | Frequency of occurrence | |
|---|---|---|
| Reactions | Phase 3 studies | Spontaneous reports |
| **Metabolism and nutrition disorders** | | |
| Hypoglycaemia | Common | |
| Anorexia | Common | |
| Appetite decreased | Common | |
| **Nervous system disorders** | | |
| Headache | Common | |
| **Gastrointestinal disorders** | | |
| Nausea | Very common | |
| Diarrhoea | Very common | |
| Vomiting | Common | |
| Dyspepsia | Common | |
| Abdominal pain upper | Common | |
| Constipation | Common | |
| Gastritis | Common | |
| Flatulence | Common | |
| Abdominal distension | Common | |
| Gastroesophageal reflux disease | Common | |
| Eructation | Common | |
| Pancreatitis (including necrotising pancreatitis) | | Very rare |
| **Infections and infestations** | | |
| Upper respiratory tract infection | Common | |
| **Immune system disorders** | | |
| Anaphylactic reaction | | Rare |
| **General disorders and administration site conditions** | | |
| Malaise | | Uncommon |
| Injection site reactions | Common | |
| **Renal and urinary disorders** | | |
| Renal failure acute | | Uncommon |
| Renal impairment# | | Uncommon |
| **Metabolism and nutrition disorders** | | |
| Dehydration# | | Uncommon |
| **Skin and subcutaneous tissue disorders** | | |
| Urticaria | | Uncommon |
| Rash | | Common |
| Pruritus | | Uncommon |
| **Cardiac disorders** | | |
| Increased heart rate | | Common |

PAR-VASO-0008509

N= 2501 Victoza-treated subjects
# See 'Precautions.'

***Description of selected adverse events:***
*Hypoglycaemia*
Most episodes of confirmed hypoglycaemia in clinical studies were minor.

No episodes of major hypoglycaemia were observed in the study with Victoza used as monotherapy. Major hypoglycaemia may occur uncommonly and has primarily been observed when Victoza is combined with a sulfonylurea (0.02 events/subject year). Very few episodes (0.001 events/subject year) were observed with administration of Victoza in combination with a non-sulfonylurea.

Table 4 presents the incidence of confirmed hypoglycaemic episodes (number of episodes divided by subject years of exposure).

**Table 4    Hypoglycaemia in long-term controlled clinical studies of Victoza monotherapy or combinations with oral antidiabetic drugs (OAD)**

|  | Number of episodes divided by subject years of exposure | |
|---|---|---|
| **Monotherapy (LEAD 3)** | **Liraglutide** | **Placebo + Sulfonylurea** |
| (52 week study) | 0.27 | 1.70 |
|  |  |  |
| **Combination with Metformin (LEAD 2)** | **Liraglutide + Metformin** | **Metformin + Sulfonylurea** |
| (26 week study) | 0.05 | 0.87 |
|  |  |  |
| **Combination with Sulfonylurea (LEAD 1)** | **Liraglutide + Sulfonylurea** | **Sulfonylurea + Rosiglitazone** |
| (26 week study) | 0.43 | 0.14 |
|  |  |  |
| **Combination with Metformin + Rosiglitazone (LEAD 4)** | **Liraglutide + Metformin + Rosiglitazone** | **Placebo + Metformin + Rosiglitazone** |
| (26 week study) | 0.50 | 0.18 |
| **Combination with Metformin + Sulfonylurea (LEAD 5)** | **Liraglutide + Metformin + Sulfonylurea** | **Insulin glargine + Metformin + Sulfonylurea** |
| (26 week study) | 1.21 | 1.33 |

*Gastrointestinal adverse events*
Most episodes of nausea were mild to moderate, transient and rarely led to discontinuation of therapy. In long term clinical trials, some patients (0.6%) reported decreased weight as an adverse event.



**Figure 6      Percentage of subjects with nausea adverse events by week and treatment -
all long-term trials - safety analysis set**

In subjects treated with Victoza combined with metformin 20.7% reported at least one episode of
nausea, and 12.6% reported at least one episode of diarrhoea, respectively. When combining Victoza
with a sulfonylurea 9.1% of subjects reported at least one episode of nausea and 7.9% of subjects
reported at least one episode of diarrhoea.

The incidence of withdrawal due to adverse events was 7.8 % for Victoza-treated subjects and 3.4% for
comparator treated subjects in the long-term controlled trials (26 weeks or longer). The most common
adverse events leading to withdrawal for Victoza-treated subjects were nausea (2.8% of subjects) and
vomiting (1.5%).

Patients >70 years may experience more gastrointestinal effects when treated with Victoza.
Patients with mild renal impairment (creatinine clearance 60-90 mL/min) may experience more
gastrointestinal effects when treated with Victoza.

*Immunogenicity*
Consistent with the potentially immunogenic properties of protein and peptide pharmaceuticals, patients
may develop anti-liraglutide antibodies following treatment with Victoza. On average, 8.6% of subjects
developed antibodies. Antibody formation has not been associated with reduced efficacy of Victoza.

*Injection site reactions*
Injection site reaction has been reported in approximately 2% of subjects receiving Victoza in long-term
(26 weeks or longer) controlled trials. These reactions have usually been mild.

*Pancreatitis*
Few cases (<0.2%) of acute pancreatitis have been reported during long-term clinical trials with
Victoza. However, this information is too limited to characterise the incidence of a rare event. A causal
relationship between Victoza and pancreatitis can neither be established nor excluded. See
Contraindications and Precautions. Pancreatitis was also reported from marketed use.

PAR-VASO-0008511

*Thyroid events*
The overall rates of thyroid adverse events in all intermediate and long-term trials are 33.5, 30.0 and 21.7 events per 1000 subject years of exposure for total Victoza, placebo and total comparators; 5.4, 2.1 and 0.8 events, respectively for serious thyroid adverse events.

In subjects treated with Victoza, thyroid neoplasms, increased blood calcitonin and goiters are the most frequent thyroid adverse events and were reported in 0.5%, 1% and 0.8% of subjects respectively.

*Allergic reactions*
Allergic reactions including urticaria, rash and pruritus have been reported for marketed use of Victoza. Few cases of anaphylactic reactions with additional symptoms such as hypotension, palpitations, dyspnoea, oedema have been reported with marketed use of Victoza.

*Increased heart rate*
Signs and symptoms of increased heart rate were reported with the use of Victoza. Mean increase in heart rate from baseline of 2 to 3 beats per minute has been observed with Victoza in long-term clinical trials. The long-term clinical effects of the increase in heart rate have not been established.

## DOSAGE AND ADMINISTRATION

### Administration
Victoza is administered once daily at any time, independent of meals, and can be injected subcutaneously in the abdomen, in the thigh or in the upper arm. The injection site and timing can be changed without dose adjustment. However, it is preferable that Victoza is injected around the same time each day, when the most convenient time of the day has been chosen.

Victoza must **not** be administered intravenously or intramuscularly.

### Dosage
For all patients the starting dose is 0.6 mg liraglutide daily. After at least one week, the dose should be increased to 1.2 mg. Based on clinical response and tolerability, and after at least one week, the dose can be increased to 1.8 mg to achieve maximum efficacy. Daily doses higher than 1.8 mg are not recommended.

Victoza may be used when previous therapies provide insufficient glycaemic control in dual combination with metformin or a sulfonylurea, or in triple combination with metformin and sulfonylurea.

When Victoza is added to existing metformin therapy, the current dose of metformin can be continued unchanged.

When Victoza is added to sulfonylurea therapy or to a combination of metformin and sulfonylurea therapy, a reduction in the dose of sulfonylurea should be considered to reduce the risk of hypoglycaemia (see Precautions). During clinical trials physicians were advised, at their discretion, to lower the dose of the sulfonylurea by approximately half to minimize the risk of unacceptable hypoglycaemia.

Self-monitoring of blood glucose is not needed in order to adjust the dose of Victoza. However, when initiating treatment with Victoza in combination with a sulfonylurea, blood glucose self-monitoring may become necessary to adjust the dose of the sulfonylurea.

***Specific patient groups***

*Elderly*

*(> 65 years old):* No dose adjustment is required based on age. Therapeutic experience in patients ≥ 75 years of age is limited (see Pharmacokinetics).

*Patients with hepatic impairment*

The therapeutic experience in patients with hepatic impairment is currently too limited to recommend the use in patients with mild, moderate or severe hepatic impairment (see Pharmacokinetics).

*Patients with renal impairment*

No dose adjustment is required for patients with mild renal impairment. There is limited experience in patients with moderate renal impairment. Victoza can currently not be recommended for use in patients with severe renal impairment including patients with end-stage renal disease (see Pharmacokinetics).

*Children and adolescents*

Victoza is not recommended for use in children below 18 years of age due to lack of data.

***Special precautions for disposal and other handling***

Victoza should not be used if it does not appear clear and colourless.

Victoza should not be used if it has been frozen.

After the first use of the Victoza pen, the product can be stored for 1 month at room temperature (not above 30°C) or in a refrigerator (2 - 8°C).

Victoza can be administered with needles up to a length of 8 mm and as thin as 32G. The pen is designed to be used with NovoFine or NovoTwist disposable needles.

The patient should be advised to discard the injection needle in accordance with local requirements after each injection and to store the Victoza pen without the injection needle attached. This prevents contamination, infection and leakage. It also ensures that dosing is accurate.

## OVERDOSAGE

From clinical trials and post-market use, deliberate or accidental administration of dose up to 40 times the recommended maintenance dose (72 mg) have been reported. These included instances where patients needed hospitalisation either due to severe events of vomiting and nausea or as a precaution. In some reports glucose infusion was administered but none were associated with severe hypoglycaemia. All patients were reported to have recovered from the events without complications. In the event of overdosage, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms.

## PRESENTATION AND STORAGE CONDITIONS

Cartridge (type 1 glass) with a plunger (bromobutyl) and a stopper (bromobutyl/polyisoprene) contained in a pre-filled multidose disposable pen made of polyolefin and polyacetal.

Each pen contains 3 mL solution , delivering 30 doses of 0.6 mg, 15 doses of 1.2 mg or 10 doses of 1.8 mg.

Pack sizes of 1, 2 or 3 pre-filled pens.  Not all pack sizes may be marketed.

Store in a refrigerator (2°C to 8°C). Keep away from the cooling element. Do not freeze Victoza and do not use Victoza if it has been frozen.

PAR-VASO-0008513

After first use of the Victoza pen, the product can be stored for 1 month at room temperature (not above 30°C) or in a refrigerator (2 to 8°C).

Keep the pen cap on when the Victoza pen is not in use in order to protect from light.

Victoza should be protected from excessive heat and sunlight.

Always remove the injection needle after each injection and store the Victoza pen without an injection needle attached. This prevents contamination, infection, and leakage. It also ensures that the dosing is accurate.

The shelf-life for Victoza is 30 months. The in-use time is 1 month.

## NAME AND ADDRESS OF THE SPONSOR

*Novo Nordisk Pharmaceuticals Pty Limited*
Level 3
21 Solent Circuit
Baulkham Hills  NSW  2153

## POISON SCHEDULE OF THE MEDICINE

S4

## DATE OF FIRST INCLUSION IN THE AUSTRALIAN REGISTER OF THERAPEUTIC GOODS (THE ARTG)

26 August 2010

## DATE OF MOST RECENT AMENDMENT:

15 May 2013

PAR-VASO-0008514

 KAISER PERMANENTE₀

# octreotide acetate 100 mcg/mL injection solution

## Medication name

Generic name: **Octreotide - Injection**
Pronunciation: (ok-TREE-oh-tide)
Brand name(s): Sandostatin

## Uses

Octreotide is used to treat severe watery diarrhea and sudden reddening of the face and neck caused by certain types of tumors (e.g., carcinoid tumors, vasoactive intestinal peptide tumors) that are found usually in the intestines and pancreas. The symptoms occur when these tumors make too much of certain natural substances (hormones). This medication works by blocking the production of these hormones. By decreasing watery diarrhea, octreotide helps to reduce the loss of body fluids and minerals.Octreotide is also used to treat a certain condition (acromegaly) that occurs when the body makes too much of a certain natural substance called growth hormone. Treating acromegaly helps reduce the risk of serious problems such as diabetes and heart disease. Octreotide works by decreasing the amount of growth hormone to normal levels.This drug is not a cure for these conditions. This medication is usually used with other treatment (e.g., surgery, radiation, other drugs).

## How to use

This medication is usually given by injection under the skin, usually 2 to 3 times a day or as directed by your doctor. Depending on your condition, it may be given by injection into a vein by a health care professional.If your doctor directs you to inject this medication under the skin yourself, learn all preparation and usage instructions from your health care professional. Learn how to store and discard needles and medical supplies safely. If you have questions, ask your health care professional.Before using, check this product visually for particles or discoloration. If either is present, do not use the liquid. Before injecting each dose, clean the injection site with rubbing alcohol. Change the location of the injection site each time to avoid problem areas under the skin.Dosage is based on your medical condition and response to treatment.Use this medication regularly to get the most benefit from it. To help you remember, use it at the same times each day.Tell your doctor if your condition does not improve or if it worsens.

## Precautions

Before using octreotide, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details.Before using this medication, tell your doctor or pharmacist your medical history, especially of: kidney disease, liver disease (e.g., cirrhosis), diabetes, thyroid problems, gallbladder problems (e.g., gallstones), nutrition problems (e.g., decreased fat absorption, vitamin B12 deficiency).This drug may make you dizzy. Do not drive, use machinery, or do any activity that requires alertness until you are sure you can perform such activities safely. Limit alcoholic beverages.Caution is advised when using this drug in children. Use of this medication for long periods (e.g., longer than 1 year) may slow a child's growth rate. However, the growth rate catches up after treatment with the drug is stopped. Consult your doctor for more information.This medication may restore the normal ability to become pregnant in females with acromegaly who have infertility. Females of childbearing age should discuss reliable forms of birth control with the doctor. During pregnancy, this medication should be used only when clearly needed. Discuss the risks and benefits with your doctor.It is not known whether this drug passes into breast milk. Consult your doctor before breast-feeding.

## Drug interactions

Your doctor or pharmacist may already be aware of any possible drug interactions and may be monitoring you for them. Do not start, stop, or change the dosage of any medicine before checking with them first.Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: beta-blockers (e.g., metoprolol, propranolol), calcium channel blockers (e.g., diltiazem, verapamil), cyclosporine, nutritional solutions given by vein (e.g., total parenteral nutrition-TPN), pegvisomant, "water pills" (diuretics such as furosemide, hydrochlorothiazide).This document does not contain all possible interactions. Therefore, before using this product, tell your doctor or pharmacist of all the products you use. Keep a list of all your medications with you, and share the list with your doctor and pharmacist.

## Side effects

Nausea, vomiting, loose/oily stools, constipation, stomach upset, gas, bloating, dizziness, or headache may occur. Pain and irritation at the injection site may also occur. If any of these effects persist or worsen, tell your doctor or pharmacist promptly.Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.Tell your doctor immediately if any of these unlikely but serious side effects occur: signs of gallbladder/liver problems (e.g., fever, stomach/abdominal pain, severe nausea/vomiting, yellowing eyes/skin, unexplained pain in the back/right shoulder), signs of underactive thyroid (e.g., unexplained weight gain, cold intolerance, slow heartbeat, severe constipation, unusual/extreme tiredness, growth/lump/swelling on the front of the neck), worsening heart condition symptoms (e.g., trouble breathing, slow/fast/irregular heartbeat), numbness/tingling of the arms/legs.This medication may infrequently cause changes in blood sugar, especially if you have diabetes. Symptoms of high blood sugar include increased thirst and urination. Symptoms of low blood sugar include nervousness, shakiness, sweating, fast heartbeat, and hunger. Follow your doctor's instructions to treat low blood sugar (e.g., eat a quick source of sugar such as glucose gel/tablets, table sugar, or honey, or drink fruit juice or non-diet soda). Tell your doctor immediately if you experience symptoms of high or low blood sugar while taking this medication. Monitor your blood sugar levels as directed by your doctor. Your doctor may need to adjust your diabetes medications.A very serious allergic reaction to this drug is rare. However, seek immediate medical attention if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing.This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.In the US -Call your doctor for

medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

## Missed dose

If you miss a dose, use it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

## Overdose

If overdose is suspected, contact a poison control center or emergency room immediately. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center.

## Notes

Do not share this medication with others.Laboratory and/or medical tests (e.g., blood glucose tests, thyroid function tests, hormone levels, vitamin B12 levels) should be performed periodically to monitor your progress or check for side effects. Consult your doctor for more details.

## Storage

Store this medication in the refrigerator between 36-46 degrees F (2-8 degrees C) away from light. Allow the medication to come to room temperature before using. This medication is good for 2 weeks if stored at room temperature between 68-86 degrees F (20-30 degrees C) away from light. Multi-use vials should be discarded 2 weeks after opening. Ampules should be opened just before each dose, and any unused portion should be discarded. Do not store in the bathroom. Keep all medicines away from children and pets.Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product.

## Photos by medication strength

Click the "Photos" link to see sample photographs for a specific medication strength.

### Common strengths

| | |
|---|---|
| octreotide acetate 1,000 mcg/mL injection solution | *Photos |
| octreotide acetate 100 mcg/mL (1 mL) injection syringe | *Photos |
| octreotide acetate 100 mcg/mL injection solution | *Photos |
| octreotide acetate 200 mcg/mL injection solution | *Photos |

| | |
|---|---|
| octreotide acetate 50 mcg/mL (1 mL) injection syringe | *Photos 🔳 |
| octreotide acetate 50 mcg/mL injection solution | *Photos 🔳 |
| octreotide acetate 500 mcg/mL (1 mL) injection syringe | *Photos 🔳 |
| octreotide acetate 500 mcg/mL injection solution | *Photos 🔳 |

**\*The photos shown are samples only.** Not all photos of the drug may be displayed.
Your medication may look different. If you have questions, ask your pharmacist.

## Important note

HOW TO USE THIS INFORMATION: This is a summary and does NOT have all possible information about this product. This information does not assure that this product is safe, effective, or appropriate for you. This information is not individual medical advice and does not substitute for the advice of your health care professional. Always ask your health care professional for complete information about this product and your specific health needs.

Information last revised March 2013. Copyright(c) 2013 First Databank, Inc.

Selected from **NATIONAL DRUG DATA FILE (NDDF)** data included with permission and copyrighted by First DataBank, Inc., 2012. This copyrighted material has been downloaded from a licensed data provider.

The above information is intended to supplement, not substitute for, the expertise and judgment of your health care professional. You should consult your health care professional before taking any drug, changing your diet, or commencing or discontinuing any course of treatment.

© Kaiser Permanente, 2016



# OXYTOCIN INJECTION BP

## Presentation

OXYTOCIN INJECTION BP is available in ampoules containing 2 I.U. (5.00 µg/ml Oxytocin BP with an activity of 500 units per mg), 5 I.U./ml (8.33 µg/ml) and 10 I.U./ml (16.66 µg/ml).
Other ingredients: Sodium Chloride, Acetic Acid, Sodium Acetate, Water for Injections.

## Uses

*Principal action:* The active principle of OXYTOCIN INJECTION BP is a synthetic nonapeptide identical with oxytocin, a hormone released by the posterior lobe of the pituitary. It exerts a stimulatory effect on the smooth musculature of the uterus, particularly towards the end of pregnancy, during labour, after delivery, and in the puerperium, i.e. at times when the number of specific oxytocin receptors in the myometrium is increased.

When given by low-dose intravenous infusion, OXYTOCIN INJECTION BP elicits rhythmic uterine contractions that are indistinguishable in frequency, force, and duration from those observed during spontaneous labour. At higher infusion dosages, or when given by single injection, the drug is capable of causing sustained uterine contractions.

Being synthetic, OXYTOCIN INJECTION BP does not contain vasopressin, but even in its pure form oxytocin possesses some weak intrinsic vasopressin-like antidiuretic activity.

Another pharmacological effect observed with high doses of oxytocin, particularly when administered by rapid intravenous bolus injection, consists in a transient direct relaxing effect on vascular smooth muscle, resulting in brief hypotension, flushing, and reflex tachycardia.

*Indications:* OXYTOCIN INJECTION BP may be used for: induction of labour for medical reasons; stimulation of labour in hypotonic uterine inertia; during caesarian section following the delivery of the child; prevention and treatment of postpartum uterine atony and haemorrhage. OXYTOCIN INJECTION BP may also be indicated in early stages of pregnancy as an adjunctive therapy for the management of incomplete, inevitable or missed abortion.

## Dosage and administration

*Induction or enhancement of labour:* OXYTOCIN INJECTION BP should be administered as an intravenous drip infusion or, preferably, by means of a variable-speed infusion pump. For drip infusion it is recommended that 10 IU of OXYTOCIN INJECTION BP be added to 1l of a physiologic electrolyte solution. For patients in whom infusion of sodium chloride must be avoided, 5% dextrose solution may be used as the diluent (see "Precautions"). To ensure even mixing, the bottle or bag must be turned upside down several times before use.

The initial infusion rate should be set at 1 – 4 mIU/min (2 – 8 drops/min). It may be gradually increased at intervals not shorter than 20 min, until a contraction pattern similar to that of normal labour is established. In pregnancy near term this can often be achieved with an infusion rate of less than 10 mIU/min (20 drops/min), and the recommended maximum rate is 20 mIU/min (40 drops/min). In the unusual event that higher rates are required, as may occur in the management of foetal death in utero or for induction of labour at an earlier stage of pregnancy, when the uterus is less sensitive to oxytocin, it is advisable to use a more concentrated OXYTOCIN INJECTION BP solution, e.g. 10 IU in 500 ml.

When using a motor-driven infusion pump which delivers smaller volumes than those given by drip infusion, the concentration suitable for infusion within the recommended dosage range must be calculated according to the specifications of the pump.

The frequency, strength, and duration of contractions as well as the foetal heart rate must be carefully monitored throughout the infusion. Once an adequate level of uterine activity is attained, the infusion rate can often be reduced. In the event of uterine hyperactivity and/or foetal distress, the infusion must be discontinued immediately.

If, in women who are at term or near term, regular contractions are not established after the infusion of a total amount of 5 IU, it is recommended that the attempt to induce labour be ceased; it may be repeated on the following day, starting again from a rate of 1 – 4 mIU/min.

*Caesarian section:* 5 IU by slow intravenous injection immediately after delivery.

*Prevention of postpartum uterine haemorrhage:* The usual dose is 5 IU slowly i.v. after delivery of the placenta. In women given OXYTOCIN INJECTION BP for induction or enhancement of labour, the infusion should be continued at an increased rate during the third stage of labour and for the next few hours thereafter.

*Treatment of postpartum uterine haemorrhage:* 5 – 10 IU i.m. or 5 IU slowly i.v., followed in severe cases by intravenous infusion of a solution containing 5 – 20 IU of oxytocin in 500 ml of a non-hydrating diluent, run at the rate necessary to control uterine atony.

*Incomplete, inevitable, or missed abortion:* 5 IU i.m. or slowly i.v., if necessary followed by intravenous infusion at a rate of 20 – 40 mIU/min or higher.

## Contra-indications, warnings, etc.

*Contra-indications:* Hypersensitivity to the drug.

Hypertonic uterine contractions, mechanical obstruction to delivery, foetal distress. Any condition in which for foetal or maternal reasons spontaneous labour is inadvisable and/or vaginal delivery is contraindicated; e.g. significant cephalopelvic disproportion, foetal malpresentation; placenta praevia and vasa praevia, placental abruption, cord presentation or prolapse, overdistension or impaired resistance of the uterus to rupture as in multiple pregnancy, polyhydramnios, grand multiparity and in the presence of a uterine scar resulting from major surgery including classical caesarian section.

PAR-VASO-0008519

OXYTOCIN INJECTION BP should not be used for prolonged periods in patients with oxytocin-resistant uterine inertia, severe pre-eclamptic toxaemia or severe or severe disorders.

*Precautions:* The induction of labour by means of oxytocin should be attempted only when strictly indicated for medical reasons. Administration should only be under hospital conditions and qualified medical supervision. When given for induction and enhancement of labour, OXYTOCIN INJECTION BP must only be administered as an intravenous infusion and never by intravenous bolus injection. Careful monitoring of foetal heart rate and uterine motility (frequency, strength, and duration of contractions) is essential, so that the dosage may be adjusted to individual response.

When OXYTOCIN INJECTION BP is given for induction or enhancement of labour, particular caution is required in the presence of borderline cephalopelvic disproportion, secondary uterine inertia, mild to moderate degrees of pregnancy-induced hypertension or cardiac disease and in patients above 35 years of age or with a history of lower-uterine-segment caesarean sections.

In the case of foetal death in utero, and/or in the presence of meconium-stained amniotic fluid, tumultuous labour must be avoided, as it may cause amniotic fluid embolism.

Because oxytocin possesses slight antidiuretic activity, its prolonged intravenous administration at high doses in conjunction with large volumes of fluid, as may be the case in the treatment of inevitable or missed abortion, or in the management of postpartum haemorrhage, may cause water intoxication associated with hyponatraemia. To avoid this rare complication, the following precautions must be observed whenever high doses of oxytocin are administered over a long time: an electrolyte-containing diluent must be used (not dextrose), the volume of infused fluid should be kept low (by infusing oxytocin at a higher concentration than recommended for the induction or enhancement of labour at term); fluid intake by mouth must be restricted; a fluid balance chart should be kept; and serum electrolytes should be measured when electrolyte imbalance is suspected.

When OXYTOCIN INJECTION BP is used for prevention or treatment of uterine haemorrhage, rapid intravenous injection should be avoided, as it may cause an acute short-lasting drop in blood pressure. Prostaglandins may potentiate the uterotonic effect of oxytocin and vice versa; therefore, concomitant administration requires very careful monitoring.

Some inhalation anaesthetics, e.g. cyclopropane or halothane, may enhance the hypotensive effect of oxytocin and reduce its oxytocic action. Their concurrent use with oxytocin has also been reported to cause cardiac rhythm disturbances. When given during or after caudal block anesthesia, oxytocin may potentiate the pressor effect of sympathomimetic vasoconstrictor agents.

*Overdosage:* The fatal dose of OXYTOCIN INJECTION BP has not been established. OXYTOCIN INJECTION BP is subject to inactivation by proteolytic enzymes of the alimentary tract. Hence it is not absorbed from the intestine and is not likely to have toxic effects when ingested. The symptoms and consequences of overdosage are those mentioned under 'Side-effects'. In addition, as a result of uterine overstimulation, placental abruption and/or amniotic fluid embolism have been reported.

*Treatment:* When signs or symptoms of overdosage occur during continuous i.v. administration of OXYTOCIN INJECTION BP the infusion must be discontinued at once and oxygen should be given to the mother. In cases of water intoxication it is essential to restrict fluid intake, promote diuresis, correct electrolyte imbalance, and control convulsions that may eventually occur, by judicious use of diazepam. In the case of coma, a free airway should be maintained with routine measures normally employed in the nursing of the unconscious patient.

*Side effects.* As there is a wide variation in uterine sensitivity, uterine spasm may be caused in some instances by what are normally considered to be low doses.

When OXYTOCIN INJECTION BP is given by i.v. infusion for the induction or enhancement of labour, its administration at too high doses results in uterine overstimulation which may cause foetal distress, asphyxia, and death, or may lead to hypertonicity, tetanic contractions, soft tissue damage or rupture of the uterus.

Water intoxication associated with maternal and neonatal hyponatraemia has been reported in cases where high doses of oxytocin together with large amounts of electrolyte-free fluid have been administered over a prolonged period of time (see 'Precautions'). Symptoms of water intoxication include:

1. Headache, anorexia, nausea, vomiting and abdominal pain.
2. Lethargy, drowsiness, unconsciousness and grand-mal type seizures.
3. Low blood electrolyte concentration.

Rapid intravenous bolus injection of oxytocin at doses amounting to several IU may result in acute short-lasting hypotension accompanied with flushing and reflex tachycardia.

Oxytocin may occasionally cause nausea, vomiting, or cardiac arrhythmias. In a few cases, skin rashes and anaphylactoid reactions associated with dyspnoea, hypotension, or shock have been reported.

## Pharmaceutical precautions

Store between +2 °C and +8 °C. Any portion of the contents remaining should be discarded.

OXYTOCIN INJECTION BP should not be infused via the same apparatus as blood or plasma, because the peptide linkages are rapidly inactivated by oxytocin-inactivating enzymes. OXYTOCIN INJECTION BP is incompatible with solutions containing sodium metabisulphite as a stabiliser.

OXYTOCIN INJECTION BP is compatible with the following infusion fluids, but due attention should be paid to the advisability of using electrolyte fluids in individual patients. Dextrose 5 %, Sodium/potassium chloride (103 mmol Na+ and 51 mmol K+), L-laevulose 20 %, Macrodex 6 %, Sodium bicarbonate 1.39 %, Sodium chloride 0.9 %, Sodium lactate 1.72 %, Rheomacrodex 10 %, Ringer's solution

After first opening, use within 24 hours.

Date of issue: December 2000

Importer / authorization holder:
S.A.R.E.L. Supply Services
SAREL House
Ragavish St. Industrial Zone
South Netany

 GmbH
BUNSENSTRASSE 4 · 22946 TRITTAU / GERMANY

*The content of this leaflet was determined by the Ministry of Health and its content was checked and approved*

PAC3L230-11 / 02.12

PAR-VASO-0008520

# Formulation Development
## Making the Medicine

**by Cheryl Scott**

Design and execution of a successful fill/finish and stability project requires careful planning performed by experienced, responsive professionals. Failure to incorporate these activities early in your drug development program can lead to costly delays in meeting milestones essential to the successful launch of your product. (1)

One rule of thumb in drug development is that the larger a molecule is, the more trouble it will be to make, ship/store, and administer to patients. Biotherapeutics include proteins (such as antibodies), some of the smaller peptides (such as hormones), DNA for gene-transfer therapies, vaccines of various types, cells and tissues, and to a lesser extent blood-fractionation products, allergenics, and RNA. The molecules are big, unwieldy things; they are produced in complex mixtures by biological processes; and they face numerous challenges both in storage and within the environment of a human body. Application of cells and tissues presents an entirely different set of problems:

The emergence of cell- and tissue-based technologies and the move toward a global marketplace are creating a demand for new technologies that allow worldwide shipment of such products while maintaining their viability or function—a concept referred to as biological packaging. . . . The principles governing the development of effective biological packaging necessitate an understanding of state-of-the-art hypothermic storage and cryopreservation: the two standard approaches currently used for preserving cells and tissues for extended periods. (2)



Biotech drug formulators have many concerns to juggle in their work, beginning with the physicochemical characteristics of an active molecule and including the reliability, cost, and availability of analytical methods used in formulation work; the array of excipients on the market (and their chemistries); evolving delivery methods and devices; patient preferences and behavior, as well as the biology of diseases being treated; even the concerns of legal, sales, and marketing staff. Formulation is more than science, as a result, but science is its foundation. For years, it has been considered by many as an arena where luck and intuition play a role as well, but just as biotherapeutics have transitioned from the relatively mysterious world of biologics to being thought of as drugs (3), so too is formulation work becoming more methodical and quantifiable.

The basic concerns of biotherapeutic formulation are stability and structural integrity of the active molecule during transit and storage, successful delivery of the drug to its site of action, and (inevitably) speed and cost-effectiveness of development and the final product. Numerous details come into play including analytical methods and testing protocols, containers and closures, delivery devices and dosage forms, exipients and stabilizers, and compatibility of ingredients. Complicated formulation decision trees necessitate the following types of choices:

- Method of delivery (parenteral, pulmonary, etc.)
- Final product form (solution, lyophilized cake, etc.)
- Single-dose or multidose (necessitating preservatives)
- Ingredients (excipients, stabilizers, preservatives, etc.)
- Dosage details (concentration, frequency, etc.)
- Logistics (transportation, storage conditions, shelf life, etc.)
- Packaging (vials, ampules, etc., even labeling)
- Manufacturing process (scale, equipment, procedures, etc.).

Those decisions cannot be made by formulators alone. Product development and market data are important factors as well as process development experience and regulatory guidance. Intellectual property lawyers help determine whether a device will need to be licensed, for instance, or the formulation infringes a patent. Sales people know what doctors and patients are looking for, marketing specialists understand the final product's eventual placement and financial situation, regulatory affairs and quality personnel see to compliance matters, and other scientists add their

SUPPLEMENT

PAR-VASO-0008521

findings along the way. But the formulators must keep all these things in mind. No wonder they've been thought of as "magicians" by their appreciative colleagues over the years!

## STABILITY

Proteins and other large biomolecules are delicate and sensitive to changes in conditions such as pH, osmolality, tonicity, pressure, and temperature. Vaccines may be genes, proteins, pathogen fragments, or whole organisms that have been killed or inactivated (4). Blood-fractionation products and allergenics are usually proteins themselves, so they can be treated by formulators the same ways as recombinant antibodies. And peptides are merely amino-acid chains (like proteins, only smaller), which present the least amount of trouble in biotech formulations.

Nucleic acids usually are formulated with gene-transfer vectors such as transformed viruses, lipids, or polymers. Viral vectors can be treated more or less as large proteins in formulation because they are typically protein shells surrounding genes of interest. Synthetic vectors present fewer safety issues than viruses, but they are less efficient transfectors of DNA/RNA (5). They also present more challenges in formulation

because aqueous suspensions of nonviral vectors tend to agglomerate over time. "Some clinical trials have attempted to circumvent the problem . . . by preparing complexes at the bedside immediately prior to injection. Clearly, this method of sample preparation and administration is not practical and leads to significant variations in product quality and gene delivery" (3). It may have contributed to some gene therapy failures in clinical trials so far.

Simply put, stabilization of gene products is also stabilization of their transfer vectors. So issues of lipid/polymer sensitivity to agitation and temperature in solution, for example, must be considered. Transfection efficiency can be lost as a result of freezing and thawing, among other processes. And "it is critical for quality control that vector size be maintained during a process regardless of its effect on transfection rates" (5). Thus, formulation has been the primary challenge to companies developing gene-transfer products, whether as therapies or vaccines. Because chemical degradation of DNA can cause mutation as well as negate therapeutic activity, any kind of destabilization is of great concern.

For those choosing synthetic over viral vectors (and they are growing in number) there appears to be only one option: freezing. Some have quickly frozen samples using liquid nitrogen because slow freezing invites damage to sensitive molecules. But the most promising method of stabilizing

nucleic acid formulations appears to be lyophilization. Because DNA is very sensitive to hydrolytic and oxidative degradation, its half-life in aqueous solutions is measured in hours or days. It appears to fare much better at colder temperatures, and even better in a freeze-dried state. However, much work is yet to be done in nucleic acid formulations before we see confirmed shelf lives approaching the drug-product norm of two years.

**Protein Stability:** Formulators have much more experience with recombinant proteins. They have identified three principal methods of degradation in protein formulations: deamidation, oxidation, and aggregation, all of which are most likely to occur in aqueous solutions (6). Deamidation is mainly associated with hydrolysis of asparagine residues into aspartic acids. Oxidation can be catalyzed by metal ions, directly caused by the presence of hydrogen peroxide and organic solvents or by photochemical reactions involving certain excipients. Aggregation is the final result of many forms of protein denaturation, which can result from changes in temperature, pH, or pressure as well as the presence of denaturing chemicals and exposure to shear forces.

Proteins are amphoteric (their electrical charge depends on the pH of their environment) because they are complex molecules made up of many individually charged elements. They are most stable at their isoelectric point (pI): the pH value at which their net charge is zero, and "opposing

### CAUSES OF INSTABILITY

These conditions encountered during manufacturing and/or storage can present challenges to stability (6):

freeze–thaw

heavy metal ions

interface adsorption

ionic strength

light

organic solvents

oxygen

pH extremes

radiation

residual moisture

shear forces

surfactants

temperature

### LIQUID OR LYOPHILIZED?

**LIQUID FORMULATIONS**

**Advantages**

Convenient

Cost of goods (economical)

Competitive

Applicable to many commercially available delivery devices

**Disadvantages**

Less stable than lyophilized formulations

**LYOPHILIZED FORMULATION**

**Advantages**

More stable than liquid formulations

Can achieve higher concentration formulation

**Disadvantages**

Cost of goods (expensive)

More complex process and tech transfer

Limited commercial contract capacity

Source: Chen B, Zapata G, Chamow SM. Strategies for Rapid Development of Liquid and Lyophilized Antibody Formulations: An Integrated Design. *BioProcess International* 2(1) 2004: 48–52.

PAR-VASO-0008522

charges serve to stabilize the protein structure" (7), but that is often the same point at which they are least soluble as well.

Proteins are attracted to interfaces, such as where air and water meet, so they tend to cluster along the walls of their container or clump around bubbles in solution. Simply shaking a vial could destroy the efficacy of the product within. Some denaturation is reversible—if it occurs during processing. In final products, there is no going back.

In the end, protein formulations "are complex systems, and it is often difficult to separate the effects of any single variable that can account for a shift in the equilibrium to favor the denatured protein state. Losses in protein physical stablity most likely are due to an interplay between many different stabilizing and destabilizing effects" (7). Thus, it is important to understand a given molecule as well as possible when making decisions about its formulation. Such understanding comes from preformulation, characterization, and dedicated stability testing.

The results from accelerated stability tests, in which product is stored at higher temperatures than are normal for storage and monitored for signs of denaturation and degradation, are commonly used as supporting data in applications for market authorization. However, regulators expect to see real-time testing of final products at normal storage conditions—that is, several months' intermittent sampling of before- and after-shipment material. Of course, a company's management may want to rush things. "If it's stable after three months, isn't that a good indication of . . . ?" A formulator's answer must be, "Not necessarily." After three months, the protocol and results can be reported, but those data should be amended every three months following—until a firm expiration date has been established and confirmed.

## PREFORMULATION

The process of formulation development begins with activities collectively known as preformulation, but that doesn't mean they are limited only to the early phase of development. "Preformulation should be an iterative process that starts early in development and continues through the development life of a molecule . . . . A formulator should be willing to restart preformulation efforts when business and marketing decisions dictate a change or modification of a formulation" (8).

Preformulation work provides a scientific sketch of a drug in development. Later work will fill in the details, e.g., with more detailed characterization. Here, formulators begin to "get a feel" for the molecule's preferred environment, what sorts of conditions cause it to denature/degrade, and what sorts of excipients/stabilizers might help. The earlier this work can begin, the better. Even as little as a few milligrams of protein are enough for preformulation testing, so it can start as early as the end of drug discovery. Using such material can be problematic, of course, because it will not be as pure as protein from developed processes—which can translate to dramatic differences in later results. But it's often a good place to start.

"Consequences of a poorly formed preformulation study, or no study, are increased time and cost of product

The following sample three-phase protocol for a solution formulation comes from McGoff P and Scher DS, Chapter Five: Solution Formulations of Proteins/Peptides in *Protein Formulation and Delivery* (Drugs and the Pharmaceutical Sciences series, Volume 99). McNally EJ, ed. Marcel Dekker, Inc.: New York, NY, 2000; 156–157.

### Phase 1: Range-Finding Studies
Protein concentration: 1–10 mg/mL
pH range: 4.0–9.0
Temperature: 2–8 °C
Excipients: NaCl to near isotonic
Time Frame: up to three months
Sampling Interval: weekly at pH extremes, monthly otherwise

### Phase 2: Narrow It Down
Results of previous studies help narrow the scope for future testing. Now the focus is on a narrower pH and concentration range while looking at higher temperatures, possibly adding stabilizers, over a longer term (at least a year, sampling at monthly intervals). "Specific buffer ion effects could be investigated during this phase."

### Phase 3: Final Parameters
Address the remaining solution-formulation parameters with an autoclave study, photostability testing, a presevative study (for multidose products), cavitation/shaking tests, materials adsorption testing, and in-depth freeze–thaw studies.

Lyophilization is a three-step process, typically taking many hours to complete.

**1) Freezing:** The product (solution, disperson, emulsion, or tissue) is solidified by low temperature.

**2) Primary Drying:** Free water is removed by sublimation under a vacuum, ~1 hour/mm thickness (11).

**3) Secondary Drying:** Remaining water (~10–30% present) is removed by desorption.

What's left at the end is a complex mixture in a stable glassy state, not crystallized as ice. A lyophilized cake "consists of finely divided flakes interlaced with open pores. . . . The channels are the pathways left after sublimation of the ice crystals. . . . The size, shape, and nature (amorphous or crystalline) of the dried product can affect its stability upon dehydration as well as upon storage" (11).

development, insufficient product stability, or the need to register a suboptimal formulation or restrictive storage conditions relative to a competitor's product" (8). A typical preformulation study examines the general structure and molecular weight of a molecule along with
- solubility and conformation at various pH values
- behavior at air–water interfaces and during freezing/

thawing
  • compatibility with organic solvents
  • degradation pathways, absorbance spectra, melting point, hydrophobicity, isoelectric point, and general aggregation tendencies
  • response to time, light, temperature, and oxygen.

Some of that information may come from other sources—such as analytical work done in product or process development. Commonly used analytical methods include isoelectric focusing (for determining pI and changes in charge), electrophoresis and high-pressure liquid chromatography (for size, conformation, and aggregation states), biological assays (for functionality), ultrafiltration (for solubility), and differential scanning calorimetry (for melting temperature). Although measurements of optical density are possible, a formulator's naked eye can be just as important in making qualitative assessments of a solution's appearance. When stresses are applied (e.g., extreme thermal, pH, and oxidative conditions), some changes will be obvious, but most will require quantitative measurement. And up-to-date knowledge of scientific literature helps put analyses into context.

Initial preformulation studies take several weeks to months of work, and their results provide a basis for real formulations work to start with. "While not absolutely necessary, it is often instructive to identify the type of degradation products being generated" (8). A balance must be struck, however, between the need for information and the supply of purified product. "Drug supply is often limited at this phase of development, so only a few conditions can be studied" (8).

## Parenteral Formulations

Not only formulators have been working with the molecule, but also those involved in product and process development. Once process development is making enough purified drug, the sophisticated trial-and-error process of formulation can begin. By now, the drug substance should be well enough understood that

formulations developers know what to look for and how. In addition to the methods listed above for preformulation, other analytical methods may now come into play: polyacrylamide gel electrophoresis (PAGE) and ion-exchange chromatography (IEC) to study charge; circular dichroism, size-exclusion chromatography (SEC), capillary zone electrophoresis, and fluorescence spectroscopy to study molecular conformation; SEC, sodium-dodecyl sulfate polyacrylamide gel electrophoresis (SDS-PAGE), laser-light scattering, capillary electrophoresis, and matrix-assisted laser-desorption ionization time-of-flight (MALDI-TOF) mass spectrometry to study molecular size; micellar electrokinetic chromatography and hydrophobic interaction and reversed-phase chromatographies (HIC and RPC) to study hydrophobicity; and cell-based, enzymatic, and enzyme-linked immunosorbant assays (ELISAs) to study biological activity.

Formulation studies should address solubility as a function of pH and salt and the influence of increased temperature, solution pH, buffer ion, salt, protein concentration, and other excipients and preservatives (when necessary) on stability. Other studies to include are photostability, cavitation/shaking, and freeze–thaw cycling. Finally, material compatibility studies should be performed with any storage containers or medical device the molecule/formulation may contact. (9)

The easiest and most economical way to formulate a biomolecule is in solution. Most approved biotherapeutics on the world markets (with the exception of three topicals, a few peptide capsules, and certain tissue products) are parenteral dosage forms intended for injection into patients intravenously, intramuscularly, intracavitarily, and so on (10). About half of them are sold in solution or suspension form. If stability can be achieved this way, it is the first choice of biotech formulators.

Solubility is of primary concern with solution formulations, with a goal of at

least 0.1–5.0 mg/mL (9). Isotonicity contributes to solubility, and it is typically adjusted by changing salt concentrations. By this point, preformulation studies have elucidated the effects of extreme pH, so stability studies now focus on the narrower, usable range of 4–9 (7). Because every biomolecule is different, several of the numerous buffers available on the market will be tested until the most appropriate one is chosen. Other excipients include stabilizers, solubilizers, bulking agents, tonicifiers, vaccine adjuvants, antioxidants, chelating agents, complexants, encapsulators, preservatives, pH adjusters, solvents, surfactants, suspension agents, and polymers for sustained-release formulations (10). Whatever combination is chosen, compatibility must be documented among all the individual components—and the product container and closure system too, not to mention the ultimate delivery device (e.g., hypodermic needles).

Solution formulations are typically refrigerated at 2–8 °C, "with a minimum target shelf life of two years" (9). Most are unstable at or above room temperature. Although normal concentrations are 1–10 mg/mL, several higher-concentration formulations are currently in development, and some sustained-release "depot" formulations are already on the market. An interesting consideration for clinical trials is the need for placebo formulations to be indistinguishable from the actual drug formulation so that intentional or inadvertent unblinding does not occur.

International regulators require every effort to be made for patient safety—not only with the drug itself but also its formulation and packaging. Aseptic processing (see the previous chapter) is vital to the sterility of biologic products. "If a product can be autoclaved, it must be. If the manufacturer claims a product cannot be terminally sterilized, there must be data to support this claim" (9). Excipients used must be classified as GRAS ("generally recognized as safe") by the governing bodies of the intended market—and the criteria are

PAR-VASO-0008524

## ADJUVANTS IN VACCINE FORMULATIONS

Adjuvants are ingredients added to a vaccine to improve the immune response it produces. Researchers are studying many types, but the only type licensed for human use in the United States are so-called "alum" adjuvants composed of aluminum salts. Such compounds bind to the antigens in a vaccine, help retain them at the site of injection, and help deliver them to the lymph nodes. The slowed release of antigens to tissues surrounding the injection site and the improved delivery of antigens to the lymph nodes can produce a stronger antibody response than can the antigen alone. Alum adjuvants are also taken up by monocytes and macrophages to help them better present antigens to lymphocytes.

Some other adjuvants used in the vaccine industry, either outside the United States or in animal vaccines, include liposomes and immunostimulating complexes, the muramyl dipeptide derived from mycobacterial cell walls, certain cytokines (interferons and interleukins), and emulsions of mycobacteria in oil and water.

Source: *Understanding Vaccines: What They Are and How They Work.* US National Institute of Allergy and Infectious Diseases. NIH Publication 03-4219, July 2003; www.naiad.nih.gov.

not the same everywhere.

**Lyophilization:** Solution formulations are not always an option. Many proteins and nucleic acids simply will not remain stable in solution long enough at any temperature. This usually is a result of their extreme sensitivity to interfacial dynamics and oxidation. Removal of water from the formulation is very often the answer. So about half of the biotherapeutics currently being sold are shipped and stored in freeze-dried form—conveniently at ambient temperatures. These products are reconstituted in a "just add water-for-injection" procedure immediately before injection. Methods of reconstitution and use are critical to

maintaining proper bioactivity, of course, so most often the products are administered by health-care professionals. Even so, some variation may be inevitable and should be taken into account by product formulators and package labelers.

As described in the "Freeze-Drying" box, lyophilization is "a process whereby a product in aqueous solution is frozen, producing discrete ice crystals and solute crystals. The solid ice under controlled conditions is sublimed away. Any of the 'more tightly bound' water is desorbed by controlled heating. The final product's solute is relatively undisturbed from that originally in solution and is finely divided, with a large surface area" (12). It is expensive in terms of equipment, time, and power—and often represents a "bottleneck" in manufacturing—so the choice to lyophilize is not made lightly. But it may be the only choice for some products, particularly gene therapies.

> Once in the dried state, it is typically assumed that vectors will be stable for indefinite periods of time. This naïve notion has caused leaders in the gene therapy field to respond to questions about the shelf life of their pet vector by stating, "It is lyophilized." (5)

Of course, biotech formulations offer no easy answers. The keys to successful lyophilization processes are precise control of time, temperature, and pressure—all of which can be determined only through characterization and testing. "Optimization of the drying cycle for a given formulation requires a balanced understanding of the fundamental science of freeze-drying, formulation characteristics, equipment capabilities, and practical risks associated with process parameters" (13). Excipients are compared and chosen as with solution formulations. Adjustments are made to pH, unit dose and overall volume, and containers and closures. Final products may include cryoprotectants, buffers, salts, and/or stabilizers, depending on the effects of freeze-drying on the molecule of interest. A

vial should contain enough product (about 2 cm thick) to work with easily in reconstitution, so bulking agents are common with low-concentration biologics. Finally, lyophilized products are evaluated for their physical characteristics (color, uniformity, and volume, as well as reconstitution rates and clarity), stability, and bioactivity.

There are several types of lyophilizers, from simple laboratory-scale manifold systems to industry-standard chamber freeze-dryers and newer spray-dryers. One recent advance in chamber lyophilizers is replacement of traditional refrigerator compressors with liquid nitrogen condenser systems (14). They are said to provide improved control of freezing temperatures and cooling rates (faster and more constant) as well as simplified operations and maintenance. Another trend is toward use of nonaqueous (organic) solvents such as ethanol for increased sublimation rates and improved product stability.

## OTHER DELIVERY OPTIONS

Biomolecules are "difficult to deliver systemically by noninvasive routes due to their poor bioavailability" (13). Nevertheless, some companies are working toward methods of delivery outside the parenteral norm. The most problematic alternative is also the most attractive: Patients would much rather take a pill than get a shot any day. But one primary function of our digestive systems is to break down incoming proteins into their usable amino acid components, so getting such large molecules through that route intact is a nearly insurmountable challenge. Some smaller peptides, such as insulin, are showing promise however.

**Transdermal delivery** (e.g.,"the patch") is familiar to smokers trying to quit, women on hormone replacement therapy, and people who suffer from severe motion sickness. There have been challenges in its use in delivery of peptides, proteins, and other macromolecules that cannot easily permeate the outer skin layer. "Mechanical abrasion and chemical enhancers increase drug permeation, [but] their effects on the skin's inherent rate-controlling properties

PAR-VASO-0008525

are difficult to control and they may irritate the skin" (15).

**Transmucosal delivery** encompasses many possible routes of administration including buccal lozenges, nasal sprays, and suppositories. Most patients, I wager, would prefer even a shot to a suppository—and I know of none such biotech products in development. There is little interest in the buccal idea as well, though for more similar reasons to those preventing most companies from following the oral route.

There is a nasal spray vaccine (FluMist) on the market already, and a few other such products in development. These are typically liquid solution formulations either inhaled or swabbed into the nasal cavity, which presents a lot of mucosal surface area through which drugs can interface with the circulatory system. Bioavailability levels reported so far have been low. This is the most common method we become infected with cold and flu viruses, in fact, which may suggest a possible route for gene therapies that use viral vectors.

**Pulmonary Delivery:** The most promising alternative to parenteral delivery of biomolecular drugs is through the lungs. The alveoli offer a very large surface area with direct access to the bloodstream. Spray-drying (a form of lyophilization) is growing in popularity for creating inhalable powders. But aerosols typically begin as liquid solution formulations that are nebulized by jet, ultrasonic technology, or mechanical means such as liquid atomizers and ultrasonic mesh devices. The metered-dose inhalers familiar to asthmatics are not an option here because of their harsh treatment of products and difficulties with their propellants. In fact, in its development of the recently approved Exubera insulin for inhalation, Pfizer Inc. had to create a new delivery device along with it.

Because all those are newly evolving technologies, formulators working on such products have even more hurdles to overcome than those working on parenteral biomolecules. They can find less information in scientific literature regarding excipient use with these products and these routes of administration. Many excipients that work just fine for injectible products are too strong-



smelling for inhalation, for example, or may cause unacceptable burning sensations in contact with delicate mucosal membranes. Biomolecules can denature from exposure to air–water interfaces during nebulization, and oxidation may result from mixing with air, both of which can drastically reduce the amount of drug that arrives intact to the alveoli. "A delicate balance between physical stability, aerosol performance, and protein stability may have to be struck" (16).

In addition, there are delivery device issues to consider. Development of a nonparenteral formulation can also mean development of a delivery device. This complicates the intellectual property picture for a product and adds regulatory steps as well. Manufacturing issues are raised when bulk product formulations must be stored before being loaded into unit dose or multidose devices. If salt has been used as a tonicifier, it precludes storage of the solution in stainless steel tanks. Frozen storage is a good idea if it doesn't cause product damage.

## MANUFACTURING CONCERNS

Of course, manufacturing efficiencies are always of concern, no matter what delivery method or formulation is chosen. What happens to a product after it has been purified will vary, as does every other aspect of production and processing, according to the nature of the molecule and its formulation. Bulk purified or partially purified product may be frozen until market conditions necessitate a new batch of final product, for example, or until equipment farther down the line in a multiproduct facility has been freed up and cleaned for use. When

---

## REAL-LIFE PROBLEMS WITH LEACHABLE/EXTRACTABLES

Here are lessons learned from some real-life case studies with extractables and leachables in protein therapeutics:

**Different Form, Same Vial?** A process was changed from a lyophilized to a liquid formulation, but the liquid form released a metal cation in contact with the container's rubber stopper. The manufacturer had to add a chelator to the formulation buffer. You can't change the form and assume that the same container system will work.

**Metals and Oxidation:** A prefilled syringe had used a tungsten wire to perforate the syringe barrell, which caused the protein

formulation to oxidize. The tungsten wire was discontinued and replaced with another material.

**Temperature Physics:** A lyophilized formulation was released in a lower dosage form, but after reconstitution at room temperature it became unstable. The smaller amount of material in the same-size vial was affected differently by temperature conditions, so it had to be stored at a lower temperature.

**Take the Time to Do It Right:** A solvent (glue) was used for needle attachment, but it caused the protein in solution to oxidize. Analysis revealed that the problem could be solved by giving

the glue at least six hours to dry—rather than assembling, gluing, and filling all at once (while the glue was still a bit tacky).

**Look Upstream:** Gaskets in a filling line absorbed a cleaning agent, which caused the product to show two new phenolic peaks in lot-release testing. The problem may not come from the actual container materials; it could be something leaching down from further upstream.

**Reference**
Lee K. Overview of Extractables and Leachables in Protein Therapeutics: Sources, Methods, and Case Studies. *WCBP 2006.* California Separation Science Society: San Francisco, CA, 24–26 January 2006.

PAR-VASO-0008526

**absorbance spectra:** results of absorbance spectroscopy, showing wavelengths of electromagnetic radiation absorbed by a material as dark lines—thus producing a "fingerprint" of that material's constituents

**aqueous suspension:** solid particles suspended (not dissolved) in a watery solution

**aseptic processing:** drug processing performed under sterile conditions using sterile techniques (e.g., in a cleanroom or with an isolator)

**bioactivity:** effect of a drug or vaccine on a living organism or tissue

**capillary (zone) electrophoresis:** solution- or gel-based electrophoresis performed in tiny glass capillaries; CZE is its simplest form based on differences in the charge-to-mass ratio of analytes

**circular dichroism:** a form of spectroscopy based on differential absorption of circularly polarized light to determine the optical isomerism and secondary structure of molecules

**cleanroom:** a room combining the use of air filters and continuous air circulation to produce levels of air borne particles that are much lower than normal (100,000 particles/ft$^3$ at most)

**cryoprotectants:** excipients that prevent damage during freezing and thawing processes (usually with high water solubility and low toxicity)

**deamidation:** conversion of an asparagine residue to a mixture of isoaspartate and aspartate—thus altering the structure and peptide arrangement of a protein

**denaturation:** irreversible destruction of a protein's

structure or amino acid constituents

**desorption:** release from an adsorbed state on a surface to a free gaseous or liquid form (evaporation in secondary drying during lyophilization)

**differential scanning calorimetry:** raising the temperature of a sample and reference standard in increments to compare how much heat energy is required to do so

**electrophoresis:** separation of charged molecules in an electric field across a porous medium

**ELISA:** enzyme-linked immunosorbance assay, an immunochemical method for detecting the presence of antigens or antibodies

**excipients:** bioactively inert substances added to a drug formulation to make it more stable or easier to store/administer

**fluorescence spectroscopy (fluorometry):** analytical technique using a beam of (usually UV) light that excites the electrons in molecules, causes them to emit light (compare the resulting *emission spectra* to *absorbance spectra*)

**HIC:** hydrophobic-interaction liquid chromatography (based on the relative solubility of proteins and matrix materials)

**HPLC:** high-performance liquid chromatography (combining several separation techniques to separate substances at high resolution)

**hydrolysis:** cleavage of a large molecule by the action of an added $H_2O$ molecule

**hydrophobic:** repelled by water (insoluble in water or other polar liquids)

**IEC:** ion-exchange liquid chromatography (based on the electrical phenomenon of ion

---

equipment availability allows, then bulk formulations or products will be thawed for further operations. Often, contract organizations take over at that point.

"Fill and finish" describes all the activities involved in turning bulk formulations into finished products for the market: precisely filling vials, cartridges, syringes, or ampules under aseptic conditions; stoppering or otherwise sealing them; manually inspecting the results; labeling and packaging them in boxes and/or cartons with informational inserts; and shipping them out. Class 100 cleanrooms are the norm, but alternative barrier-isolation systems are being used increasingly to create aseptic conditions in smaller-volume areas for more flexibile and cost-effective operations.

Another new development has been blow-fill-seal (BFS) sytems that create plastic tubes as containers, fill them, and seal them all in one unit

operation. This is showing promise for liquid formulations, which can eliminate use of preservatives because there is no exposure to the air. BFS systems are fast, easy to scale up, and may be more cost-effective when compared with the capital investment of facilities, equipment, and consumables for traditional filling operations. But they involve temperature extremes that may be incompatible with biomolecular fomulations.

Leachables/extractables from delivery/packaging materials (and even some processing equipment) can cause proteins to aggregate, among other problems. Even the plastics and other materials used in containers and closures can pose a danger (see the "Real-World Problems" box). Even though plastics have traditionally been a source of concern, they are seeing renewed interest as container materials (17)—but glass is still the standard. Whatever the material, containers

must be thoroughly washed and sterilized (with solutions and methods that won't compromise container/closure integrity) before use. Gamma irradiation is often used, but it may break down some plastics. Seals are most often made of rubber that may be lubricated by silicone oil, which can have a denaturing effect on proteins (18). Newer materials such as fluoroelastomers are an attempt to mitigate that problem. Many fill and finish operations are outsourced, and the contract organizations that specialize in these activities must keep up-to-date on the latest technology. It is often advisable to include someone from the fill-and-finish company on a formulation development team.

**Postmarket Development:** Formulators begin with timelines and end-product requirements in mind, and just like process development in an ever-evolving technology, their work is never fully complete. As described in my previous chapter,

PAR-VASO-0008527

exchange; cation exchange binds positively charged molecules, and anion-exchange binds negatively charged ones)

**isoelectric focusing:** separating proteins based on their relative content of acidic and basic residues

**isoelectric point:** the pH at which a protein or other amphoteric molecule has an equal number of positive and negative charges

**isotonic:** of the same osmotic pressure as blood serum, thus easily mixed with blood

**laser light scattering analysis:** measuring the amount of light scattered by a solution at some angle relative to the incident laser beam (the intensity is proportional to a protein concentration (in mg/mL) multiplied by its molecular mass)

**MALDI-TOF spectrometry:** matrix-assisted laser

desorption ionization–time of flight mass spectrometry, which dissociates compounds into their constituent ions (electrons become excited by laser irradiation, which ejects them from the mixture's surface) to determine molecular weight

**micellar electrokinetic chromatography:** separating samples by differential partitioning between a pseudostationary micellar phase and an aqueous mobile phase, roughly combining capillary electrophoresis and liquid chromatography methods

**nonaqueous (organic) solvents:** carbon-containing liquids (e.g., ethanol) used to dissolve solutes

**osmolality:** concentration of a solution expressed in osmoles of solute particles per unit of solvent

**oxidative degradation:** molecular degradation caused by oxidation (removal of electrons by oxygen atoms)

**PAGE/SDS-PAGE:** (sodium dodecyl sulfate) polyacrylamide gel electrophoresis, by which molecules are separated by migrating at different rates from one electrical pole to another through a gel medium; in SDS-PAGE, a detergent unfolds proteins first to ease their separation

**pH:** (potential of hydrogen) a measure of the activity of hydrogen ions ($H^+$) in a solution—its acidity or alkalinity

**PEGylation:** attaching one or more chains of polyethylene glycol (PEG) to a protein molecule

**preservatives:** chemicals added to prevent spoilage, whether from microbial growth or undesirable

chemical changes

**RPC:** reverse-phase liquid chromatography, which separates molecules based on their hydrophobicity

**SEC:** size-exclusion (or gel-filtration) liquid chromatography based on differences in the size (and to a lesser extent, shape) of molecules in a mixture

**sublimation:** phase transition from solid to vapor without melting (water ice sublimes under low relative humidity at temperatures below 0 °C)

**tonicity:** osmotic pressure (i.e., strong enough to prevent osmosis)

**ultrafiltration:** filtration through semipermeable membranes that allow small molecules (e.g., water) to pass through but hold back larger ones (e.g., protein)

---

business-savvy biotech companies seek ways to extend their products' lifespans with new formulations, new delivery methods, and new indications. "No single formulation can satisfy all proteins" (12), but neither can a single formulation be considered the only answer for a given drug. So formulators may well find themselves returning to the "drawing board" of preformulation and looking at every variable anew. New questions can arise: Can PEGylation (see the "Controlled and Sustained Delivery" box) increase our product's in vitro half-life? "The 37 °C temperature and neutral pH conditions of the human body encourage deamidation. In addition, the higher temperature coupled with moisture will promote molecular mobility and thus accelerate degradation reactions" (4). So is controlled or sustained release possible? What about a high-concentration formulation? Market factors and disease behaviors will

## CONTROLLED- AND SUSTAINED-RELEASE PRODUCTS

Many biotherapeutics suffer from a very short half-life upon injection—due to fast excretion or metabolic degradation—and a longer presence in the blood and tissues could improve their therapeutic peformance. Some examples include erythropoietin, interleukin, interferons, granulocyte- and granulocyte-macrophage colony stimulating factors, growth factors, leukemia inhibiting factor, and bone morphogenic protein. Controlled-release strategies began with insulin–zinc complexes, which release insulin over at most a few days. Polylactic–polyglycolic-acid (PLGA) based implants and microspheres provide release over a month. Hydrogel technologies have improved release control possibilities and may be preferred by patients. Two approaches currently in clinical trials are hydrogel-based microspheres and in situ (injection site) gelling of viscous solutions or dispersions of protein drugs.

**Polyethylene glycol (PEG) and methoxy-polyethylene glycol (mPEG)** are nontoxic, water-soluble additives approved by the FDA for drug use. They can be used to prolong the circulation half-life of therapeutic proteins as well as to increase their liquid stability. In the process of "PEGylation," mPEG is fused to a protein molecule, which can increase product heterogeneity, complicating purification and adding characterization work that can raise the overall cost of a drug. It may, however, be a way to increase the lifespan of a marketed product—if there is no loss of biological activity.

dictate the path of a drug once it is on the market, and those forces will present new challenges to the formulation team throughout the

lifespan of their product.

**REFERENCES**
1 Butler S, Luczak J, Schiff LJ. Outsourced Aseptic Fill/Finish and Stability

PAR-VASO-0008528

Programs for Biopharmaceuticals. *BioProcess International* 1(7) 2003: 44–49.

**2** Van Buskirk RG, et al. Hypothermic Storage and Cryopreservation: Successful Short- and Long-Term Preservation of Cells and Tissues. *BioProcess International* 2(10) 2004: 42–49.

**3** Abrams TW. *Update from DDMAC* (PowerPoint presentation). US FDA Division of Drug Marketing, Advertising, and Communications. Regulatory Affairs Professionals Society, 11 September 2003; www.fda.gov/cder/ddrmac/Presentations/ FDLI_DDMAC Update slides 091103_ta/ FDLI DDMAC Update slides 091103.ppt.

**4** Scott, CA. Chapter Three: Applying the Technology—Vaccine Discovery, Development, and Manufacturing. *BioProcess International* 2(4, supplement) 2004: 24–35.

**5** Anchordoquy TJ, et al. Physical Stabilization of Plasmid DNA-Based Therapeutics During Freezing and Drying. *Lyophilization of Biopharmaceuticals* (Biotechnology: Pharmaceutical Aspects series, Volume 2). Costantino HR, Pikal MJ, eds. (Borchardt RT, Middaugh CR, series eds.) American Association of Pharmaceutical Scientists: Arlington, VA, 2004.

**6** Wright J. Overview of Protein Formulation and Delivery. *Protein Formulation and Delivery* (Drugs and the Pharmaceutical Sciences series, Volume 99). McNally EJ, ed. Marcel Dekker, Inc.: New York, NY, 2000.

**7** Bummer PM, Koppenol S. Chemical and Physical Considerations in Protein and Peptide Stability. *Protein Formulation and Delivery* (Drugs and the Pharmaceutical Sciences series, Volume 99). McNally EJ, ed. Marcel Dekker, Inc.: New York, NY, 2000.

**8** McNally EJ, Lockwood CE. The Importance of a Thorough Preformulation Study. *Protein Formulation and Delivery* (Drugs and the Pharmaceutical Sciences series, Volume 99). McNally EJ, ed. Marcel Dekker, Inc.: New York, NY, 2000.

**9** McGoff P, Scher DS. Solution Formulation of Proteins/Peptides. *Protein Formulation and Delivery* (Drugs and the Pharmaceutical Sciences series, Volume 99). McNally EJ, ed. Marcel Dekker, Inc.: New York, NY, 2000.

**10** Costantino H. Excipients for Use in Lyophilized Pharmaceutical Peptide, Protein, and Other Bioproducts. *Lyophilization of Biopharmaceuticals* (Biotechnology: Pharmaceutical Aspects series, Volume 2). Costantino HR, Pikal MJ, eds. (Borchardt RT, Middaugh CR, series eds.) American Association of Pharmaceutical Scientists: Arlington, VA, 2004.

**11** Overcashier DE. Microscopy of Lyophilized Proteins. *Lyophilization of Biopharmaceuticals* (Biotechnology: Pharmaceutical Aspects series, Volume 2). Costantino HR, Pikal MJ, eds. (Borchardt RT, Middaugh CR, series eds.) American Association of Pharmaceutical Scientists: Arlington, VA, 2004.

**12** Cappola ML. Freeze-Drying Concepts: The Basics. *Protein Formulation and Delivery* (Drugs and the Pharmaceutical Sciences series, Volume 99). McNally EJ, ed. Marcel Dekker, Inc.: New York, NY, 2000.

**13** Chang BS, Patro SY. Freeze-Drying Process Development for Protein Pharmaceuticals. *Lyophilization of Biopharmaceuticals* (Biotechnology: Pharmaceutical Aspects series, Volume 2). Costantino HR, Pikal MJ, eds. (Borchardt RT, Middaugh CR, series eds.) American Association of Pharmaceutical Scientists: Arlington, VA, 2004.

**14** Liu J, Rouse D. Using Liquid Nitrogen To Maximize Lyophilization Manufacturing Capacity. *BioProcess International* 3(2) 2005: 56–60.

**15** Daddona P. Macroflux Transdermal Technology Development for the Delivery of Therapeutic Peptides and Proteins. *Drug Delivery Technology;* www.drugdeliverytech. com/cgi-bin/articles.cgi?idArticle=63

**16** Clark AR, Shire SJ. Formulation of Proteins for Pulmonary Delivery. *Protein Formulation and Delivery* (Drugs and the Pharmaceutical Sciences series, Volume 99). McNally EJ, ed. Marcel Dekker, Inc.: New York, NY, 2000.

**17** Eakins MN. New Plastics for Old Vials. *BioProcess International* 3(6) 2005: 52–58.

**18** DeGrazio FL. Focus on Fill and Finish: Parenteral Packaging Concerns for Biotech Drugs—Compatibility Is Key. *BioProcess International* 4(2) 2006 (in press).

## FOR FURTHER READING:

Crommelin DJA, et al. Storage and Handling of Biopharmaceuticals: Problems and Solutions—A Workshop Discussion. *Euro. J. Hosp. Pharmacy* 8, 2003: 89–93.

Crommelin DJA, van Winden E, Mekking A. Delivery of Pharmaceutical Proteins. *Pharmaceutics* (second edition). Aulton ME, ed. Churchill Livingstone: Edinburgh, UK, 2002; 544–553.

*Formulation and Delivery of Proteins and Peptides* (ACS Symposium Series #567). Cleland JL, Langer R, eds. American Chemical Society: Washington, DC, 1994.

Palmer D, Daniels J. Vendor Voice: Developing Particulate Drug-Delivery Systems—Introducing a Novel Microfluidic Technology. *BioProcess International* 3(3) 2005: 70–72. ✦

*Cheryl Scott is senior technical editor of* BioProcess International, *1200 Executive Parkway, Suite #255, Eugene, OR 97402; 1-541-345-2761, fax 1-541-345-5055; cscott@bioprocessintl.com.*

PAR-VASO-0008529

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
ewww.uspto.gov

**WILSON, SONSINI, GOODRICH & ROSATI**
**650 PAGE MILL ROAD**
**PALO ALTO CA 94304-1050**



MAILED
FEB 09 2016
OFFICE OF PETITIONS

Doc Code: TRACK1.GRANT

| *Decision Granting Request for Prioritized Examination (Track I or After RCE)* | Application No.: 14/717,877 |
|---|---|

1.    THE REQUEST FILED <u>November 24, 2015</u> IS **GRANTED**.

The above-identified application has met the requirements for prioritized examination
    A.    ☐ for an original nonprovisional application (Track I).
    B.    ☒ for an application undergoing continued examination (RCE).

2.    **The above-identified application will undergo prioritized examination.** The application will be accorded special status throughout its entire course of prosecution until one of the following occurs:

    A.    filing a **petition for extension of time** to extend the time period for filing a reply;

    B.    filing an **amendment to amend the application to contain more than four independent claims, more than thirty total claims**, or a multiple dependent claim;

    C.    filing a **request for continued examination**;

    D.    filing a notice of appeal;

    E.    filing a request for suspension of action;

    F.    mailing of a notice of allowance;

    G.    mailing of a final Office action;

    H.    completion of examination as defined in 37 CFR 41.102; or

    I.    abandonment of the application.

Telephone inquiries with regard to this decision should be directed to **Michelle R. Eason** at (571) 272-4231.

In his/her absence, calls may be directed to Brian W. Brown at (571) 272-5338.

/Michelle R. Eason/           Paralegal Specialist, Office of Petitions
(*Signature*)                     (Title)

PAR-VASO-0008530



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

21971        7590        03/17/2016
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/17/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0008531

All participants (applicant, applicant's representative, PTO personnel):

(1) *CHRISTINA BRADLEY*.

(3)*CRAIG KENESKY*.

(2) *ESTHER KEPPLINGER*.

(4)*TRISHA AGRAWAL*.

Date of Interview: *11 March 2016*.

Type:  ☒ Telephonic  ☐ Video Conference
☐ Personal [copy given to: ☐ applicant  ☐ applicant's representative]

Exhibit shown or demonstration conducted:  ☐ Yes  ☒ No.
If Yes, brief description: _____ .

Issues Discussed  ☐101  ☐112  ☐102  ☒103  ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: *16-18*.

Identification of prior art discussed: *all art cited in the 103 rejection*.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

*See Continuation Sheet*.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

PAR-VASO-0008532

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2  Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

––––––

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
–   An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

PAR-VASO-0008533

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:  Applicant's representative argued generally that one of ordinary skill in the art would not be able to predict the stability of a vasopressin formulation, or have a reasonable expectation of success in stabilizing a vasopressin formulation based on the cited references. Applicant's representative pointed to passages in the secondary references of Scott that highlight the unpredictability in the peptide formulation art more broadly, and argued that the teachings in the additional cited references, which are directed to peptides with different structures than vasopressin, are not applicable to vasopressin. In addition, Applicant's representative pointed out that several of the references teach refrigeration for short time periods, whereas Applicant's data exhibits stability for up to 24 months.

The Examiner acknowledged the differences between vasopressin and the peptides taught in the cited art but argued that the sheer number of peptides with different structures that can be refrigerated, along with the general teachings in the review articles of Scott and Carpenter and Manning, support the fact that refrigeration is widely used in the peptide arts to stabilize formulations. The Examiner argued that unlike the choice of excipients, the universe of choices for temperature is limited to room temperature, refrigeration, and below freezing. Given the limited choice and the widespread use of refrigeration, the Examiner argued that it is not unexpected that an increase in stability would result.

The Examiner asked how the observed stability for 24 months relates to the claims given that the claims do not have any time requirements and that even claims 17 and 18 could be met with only a short refrigeration period. No agreement was reached on this point, although Applicant's representative stated that they would consider incorporating the limitations of claims 17 or 18 into claim 16. Applicant's representative argued generally that the ability to lengthen the storage time of the formulation is advantageous to the user because it would avoid waste associated with throwing out expired product, and that the increased storage time is unexpected in view of the art. The Examiner stated that she needed more time to consider this approach.

The Examiner raised the argument made in the previous Office action regarding the increased stability being an inherent property of the composition. Applicant's argument that the claim is a method claim that requires an additional step and is not merely a recitation of the property is persuasive to rebut this argument. No agreement on patentability was reached.

Applicant's representative pointed to a teaching in the disqualified art (FDA label for VASOSTRICT) that the formulation must be thrown out after 24 hours of refrigeration and suggested an amendment to the claim requiring at least 24 hours of refrigeration. The Examiner agreed that the cited art would be a clear teaching away to this step. The Examiner encouraged Applicant to file this amendment as a dependent claim so that all of the issues could be reconsidered before limiting the claims in this way. The issue of support for this limitation was not discussed.

PAR-VASO-0008534

| **Applicant-Initiated Interview Summary** | **Application No.** | **Applicant(s)** |
|---|---|---|
| | 14/717,877 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** | |
| | CHRISTINA BRADLEY | 1675 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _CHRISTINA BRADLEY_.

(3) _CRAIG KENESKY_.

(2) _ESTHER KEPPLINGER_.

(4) _TRISHA AGRAWAL_.

Date of Interview: _11 March 2016_.

Type: ☒ Telephonic ☐ Video Conference
☐ Personal [copy given to: ☐ applicant ☐ applicant's representative]

Exhibit shown or demonstration conducted: ☐ Yes ☒ No.
If Yes, brief description: _____.

Issues Discussed ☐101 ☐112 ☐102 ☒103 ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _16-18_.

Identification of prior art discussed: _all art cited in the 103 rejection_.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

_See Continuation Sheet_.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /CHRISTINA BRADLEY/<br>Primary Examiner, Art Unit 1675 | |
|---|---|

PAR-VASO-0008535

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

———

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
–   An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
      (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

PAR-VASO-0008536

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:  Applicant's representative argued generally that one of ordinary skill in the art would not be able to predict the stability of a vasopressin formulation, or have a reasonable expectation of success in stabilizing a vasopressin formulation based on the cited references. Applicant's representative pointed to passages in the secondary references of Scott that highlight the unpredictability in the peptide formulation art more broadly, and argued that the teachings in the additional cited references, which are directed to peptides with different structures than vasopressin, are not applicable to vasopressin. In addition, Applicant's representative pointed out that several of the references teach refrigeration for short time periods, whereas Applicant's data exhibits stability for up to 24 months.

The Examiner acknowledged the differences between vasopressin and the peptides taught in the cited art but argued that the sheer number of peptides with different structures that can be refrigerated, along with the general teachings in the review articles of Scott and Carpenter and Manning, support the fact that refrigeration is widely used in the peptide arts to stabilize formulations. The Examiner argued that unlike the choice of excipients, the universe of choices for temperature is limited to room temperature, refrigeration, and below freezing. Given the limited choice and the widespread use of refrigeration, the Examiner argued that it is not unexpected that an increase in stability would result.

The Examiner asked how the observed stability for 24 months relates to the claims given that the claims do not have any time requirements and that even claims 17 and 18 could be met with only a short refrigeration period. No agreement was reached on this point, although Applicant's representative stated that they would consider incorporating the limitations of claims 17 or 18 into claim 16. Applicant's representative argued generally that the ability to lengthen the storage time of the formulation is advantageous to the user because it would avoid waste associated with throwing out expired product, and that the increased storage time is unexpected in view of the art. The Examiner stated that she needed more time to consider this approach.

The Examiner raised the argument made in the previous Office action regarding the increased stability being an inherent property of the composition. Applicant's argument that the claim is a method claim that requires an additional step and is not merely a recitation of the property is persuasive to rebut this argument. No agreement on patentability was reached.

Applicant's representative pointed to a teaching in the disqualified art (FDA label for VASOSTRICT) that the formulation must be thrown out after 24 hours of refrigeration and suggested an amendment to the claim requiring at least 24 hours of refrigeration. The Examiner agreed that the cited art would be a clear teaching away to this step. The Examiner encouraged Applicant to file this amendment as a dependent claim so that all of the issues could be reconsidered before limiting the claims in this way. The issue of support for this limitation was not discussed.

PAR-VASO-0008537

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | Group Art Unit: 1675 |
| | ) | |
| Matthew Kenney | ) | Examiner: Christina Bradley |
| | ) | |
| Application No.: 14/717,877 | ) | Confirmation No.: 1722 |
| | ) | |
| Filed: May 20, 2015 | ) | Customer No.: 21971 |
| | ) | |
| For: VASOPRESSIN FORMULATIONS | ) | |
| FOR USE IN TREATMENT | ) | |
| OF HYPOTENSION | ) | |
| | ) | |

## RESPONSE TO NON-FINAL OFFICE ACTION

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

Madam:

This communication is in response to the Office Action dated January 11, 2016 (the "Office Action").  The shortened statutory period for reply expires on April 11, 2016. Accordingly, this response is timely filed.

**Amendments to the Claims** begin on page **2** of this paper.

**Remarks** begin on page **6** of this paper.

**Conclusion** begins on page **12** of this paper.

PAR-VASO-0008538

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in this application. The following amendments do not constitute an admission regarding the patentability of the amended subject matter and should not be so construed. Applicant reserves the right to pursue the subject matter of the canceled claims in this or any other appropriate patent application.

**Listing of claims:**

1-15. (Canceled)

16. (Currently Amended) A method of increasing blood pressure in a human in need thereof, the method comprising:

        a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6;

        b) storing the unit dosage form at 2-8 °C; and

        c) administering the unit dosage form to the human;

wherein:

the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and

the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC for about four weeks.

17. (Previously Presented) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 2 in an amount of about 0.01% after storage for about 4 weeks at 2-8 °C.

PAR-VASO-0008539

18. (Previously Presented) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 3 in an amount of about 0.01% after storage for about 4 weeks at 2-8 °C.

19. (Previously Presented) The method of claim 16, wherein the unit dosage form further comprises SEQ ID NO.: 4 in an amount of about 0.01% after storage for about 4 weeks at 2- 8 °C.

20. (Previously Presented) The method of claim 16, wherein the human's mean arterial blood pressure is increased within 15 minutes of administration.

21. (Previously Presented) The method of claim 16, wherein the human's hypotension is associated with vasodilatory shock.

22. (Previously Presented) The method of claim 21, wherein the vasodilatory shock is post-cardiotomy shock.

23. (Previously Presented) The method of claim 22, wherein the administration provides to the human from about 0.03 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

24. (Previously Presented) The method of claim 21, wherein the vasodilatory shock is septic shock.

25. (Previously Presented) The method of claim 24, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

PAR-VASO-0008540

26. (Previously Presented) The method of claim 16, the method further comprising attaining a target blood pressure in the human and continuing the administration for a period of about 8 hours.

27. (Previously Presented) The method of claim 26, the method further comprising, after the period of about 8 hours, reducing the administration by about 0.005 units per minute.

28. (Previously Presented) The method of claim 16, the method further comprising reaching a target increase in blood pressure of the human, wherein if the target increase in blood pressure is not attained, the administration is increased by about 0.005 units per minute at 10-15 minute intervals until the target increase in blood pressure is attained.

29. (Previously Presented) The method of claim 1, wherein the unit dosage form is stored at about 5 °C.

30. (New) The method of claim 1, wherein the storing the unit dosage form is for 24 hours at 2-8 °C prior to administering the unit dosage form to the subject.

31. (New) The method of claim 1, wherein the storing the unit dosage form is for 48 hours at 2-8 °C prior to administering the unit dosage form to the subject.

32. (New) The method of claim 1, the method further comprising discarding a vial containing the unit dosage form at least 48 hours after a first puncture of the vial.

33. (New) A method of increasing blood pressure in a human in need thereof, the method comprising:

      a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6;

PAR-VASO-0008541

b) storing the unit dosage form at 2-8 °C for 24 hours; and

c) thereafter administering the unit dosage form to the human;

wherein:

the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and

the human is hypotensive.

PAR-VASO-0008542

# REMARKS

Claims 16-29 were pending prior to entry of the amendments. Claim 16 has been amended. Claims 30-33 are newly added. Accordingly, claims 16-33 are pending and submitted for the Examiner's consideration and approval.

Illustrative support for the amended claims can be found, for example, at paragraphs [0038], [0039], and [0124] of the specification as filed, and throughout the same. No new matter is added.

Illustrative support for the new claims can be found, for example, at paragraphs [0022], [0033], [0041], [0042], [0044], [0049]-[0051], and [0138] of the specification as filed, and throughout the same. No new matter is added.

Reconsideration is respectfully requested in light of the amendments and the following remarks.

## Interview Summary.

Applicant thanks the Examiner for the telephonic interview of March 11, 2016, attended by Examiner Christina Bradley, and Esther Kepplinger, Craig Kenesky, and Trisha Agrawal, Applicant's legal representatives. The inability to extrapolate the results of distinct peptides to the claimed peptide was discussed. Amending the claims to include storage conditions was discussed, including adding new claims to recite administration of the vasopressin formulation after storage for a specific amount of time. A final disposition of the claims was not reached.

## Claim Rejections- 35 USC § 103.

Claims 16-29 are rejected under 35 U.S.C. § 103 as allegedly being unpatentable over Treschan (*Anethesiology*. Volume 105, No. 3. September 2006, pages 599-612; "Treschan") in view of Pharmaceutical Partners of Canada Inc. (Vasopressin Injection, USP. June 2009; "PPC"), Scott (*BioProcess International*. March 2006, pages 42-54; "Scott"), Manning and Carpenter (*Rational Design of Stable Protein Formulations*. 2002, pages 85-101; "Manning"), the product information for bivalirudin (Angiomax (Bivalirudin). The Medicines Company. July 2012; "the Bivalirudin Label"), the product information for oxytocin Oxytocin Injection, BP. (Rotex Medica. December 2000; "the Oxytocin Label"), the product information for liraglutide pen (Liraglutide

PAR-VASO-0008543

(Victoza). Novo Nordisk Pharmaceuticals Pty Limited. May 2013. "the Liraglutide Label"), the product information for triptorelin acetate (Triptorelin Acetate. Public Assessment Report of the Medicines Evaluation Board in the Netherlands. February 2010, pages 1-14; "the Triptorelin Label"), the product information for cetrorelix (Cetrotide (cetrorelix acetate). Merck. April 2011; "the Cetrorelix label"), the product information for octreotide (Octreotide Injection. Kaiser Permanente. March 2013; "the Octreotide Label"), and the product information for botulinum toxin (Preparation, storage and injection technique. Botox. July 23, 2003. "the Botox Label"). To establish a *prima facie* case of obviousness, the prior art must disclose all elements and limitations of the claims and provide motivation to modify or combine the prior art to arrive at the claimed invention with a reasonable expectation of success.

The cited references do not teach all limitations of the claims or provide any reasonable expectation of success in arriving at an invention of the claims.

Without conceding to the Office Action, and solely to advance prosecution, Applicant has amended claim 16 to recite "wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C for about four weeks." Applicant respectfully submits that Treschan, PPC, Scott, Manning, the Bivalirudin Label, the Oxytocin Label, the Liraglutide label, the Triptorelin Label, the Cetrorelix Label, the Octreotide Label, and the Botox Label, alone or in combination, fail to teach or suggest every element of the claims as amended herewith at least because no reference suggests the storage of a vasopressin formulation at 2-8 °C and that the unit dosage form exhibits less than about 5% degradation after the storage at 2-8 °C for about four weeks.

PPC, which is the closest prior art cited, instructs the storage of vasopressin formulations at a temperature range of 15-30 °C. *PPC*, page 1. PPC further instructs, "[d]o not permit [the vasopressin formulation] to freeze." *PPC*, page 1. In doing so, PPC discourages storing vasopressin below 15 °C, and a person of ordinary skill in the art would be discouraged from doing so.

The cited references do not provide any reason or motivation to a person of ordinary skill in the art to depart from the temperature shown by PPC to store a vasopressin formulation at 2-8 °C. Of the cited references, only Treschan and PPC disclose vasopressin, and only PPC provides a temperature for vasopressin storage. The secondary references are directed to other proteins and

PAR-VASO-0008544

a person of ordinary skill in the art would not be able to extrapolate from the methods taught in the secondary references to vasopressin with any level of predictability or a reasonable expectation of success.

<u>The cited references demonstrate unpredictability in the art of drug formulation.</u>

Applicant submits that a person of ordinary skill in the art would not have been able to predict the effect that a formulation of any cited reference would have on vasopressin because the references show unpredictability in the art of peptide formulation, and that the formulation strategy of one peptide cannot be applied to another peptide. For example, Scott teaches that:

> protein formulations 'are complex systems, and it is often difficult to separate the effects of any single variable that can account for a shift in the equilibrium to favor the denatured protein state. Losses in protein physical stability most likely are due to an interplay between many different stabilizing and destabilizing effects.' Thus, **it is important to understand a given molecule as well as possible** when making decisions about its formulation.

*Scott*, page 45 (citation omitted, emphasis added). Scott further teaches that, "[b]ecause every biomolecule is different, several of the numerous buffers . . . will be tested until the most appropriate one is chosen." *Scott*, page 46. Manning teaches that:

> **[p]rimary structure** clearly affects the rate of deamidation in peptides and proteins. Extensive literature documents the influence of secondary, tertiary and even quaternary structure on the deamidation of pharmaceutically relevant products and native proteins . . . Control of conformation is highly desirable in protein formulations to minimize physical degradation.

*Manning*, page 92 (emphasis added).

Both Scott and Manning suggest that every protein is different, and that the structure of each individual protein is relevant to the development of suitable pharmaceutical formulations. Thus, based on the teachings of Scott and Manning, a person of ordinary skill in the art would not be able to predict how a different peptide would behave and thus would not have a reasonable expectation of success in applying the storage and formulation conditions of one protein to another protein. A person of ordinary skill in the art would not be able to predict the effect that a

PAR-VASO-0008545

formulation developed for a peptide of any cited reference would have on vasopressin. Thus, Applicant submits that the art is unpredictable as demonstrated by the cited references.

The results of storing vasopressin at 2-8 ºC are unexpected in view of the cited references.

As noted above, a person of ordinary skill in the art would not be able to predict the effect a formulation has on a particular peptide to another peptide. Additionally, the claimed temperature of 2-8 ºC provides surprising stability to a vasopressin formulation. The Bivalirudin Label teaches that "[r]econstituted material may be stored at 2-8 ºC for up to 24 hours . . . . Discard any unused portion of reconstituted solution remaining in the vial." *The Bivalirudin Label*, page 1. The Oxytocin Label teaches "[s]tor[ing] [oxytocin] between +2 ºC and +8 ºC . . . . After first opening, use within 24 hours." *The Oxytocin Label*, page 2.

The Octreotide Label teaches that octreotide can be stored at 2-8 ºC, and that the medication "is good for 2 weeks if stored at room temperature between [20-30 ºC] . . . ." *The Octreotide Label*, page 3. The Liraglutide Label teaches that "the product can be stored for 1 month at room temperature (not above 30ºC) or in a refrigerator (2-8ºC)." *The Liraglutide Label*, page 19. In contrast, the declaration filed on August 14, 2015 (the "August 14, 2015 Declaration") shows that the vasopressin formulation exhibits less than 5% degradation after storage at 2-8 ºC for about 24 months. A person of ordinary skill in the art, based on the teachings of the Bivalirudin and Oxytocin Labels, would not have predicted this extended stability with the storage of vasopressin at 2-8 ºC because the references teach that the formulations are only usable for 24 hours, two weeks, or one month.

A person of ordinary skill in the art would not have had a reasonable expectation of success in utilizing the storage temperature of different peptides for vasopressin and would not have been able to predict the results obtained from the claimed storage temperature.

The cited references do not provide peptides comparable to vasopressin.

The Office Action alleges "that the prior art contained a 'comparable' device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention." *Office Action*, page 6 (parentheticals in original). The Office Action further

PAR-VASO-0008546

alleges "that one of ordinary skill in the art could have applied the known 'improvement' technique in the same way to the 'base' device (method, or product) and the results would have been predictable to one of ordinary skill in the art." *Office Action*, page 7 (parentheticals in original). As explained below, the cited references teach different peptides that are not comparable to vasopressin.

Of the cited references, only Treschan and PPC disclose vasopressin. The other cited references teach peptides that are distinct in structure and length from vasopressin, and provide a function different than that required by the present claims. Thus, the cited references do not disclose peptides comparable to vasopressin. The cited references disclose peptides that differ from vasopressin in structure, and methods that differ from the method of the claims. Based on the above teachings of Scott and Manning, a person of ordinary skill in the art would not be motivated to apply the storage conditions taught in the cited references to vasopressin because the cited references disclose only peptides dissimilar from vasopressin in structure and function.

<u>The cited references do not provide a *prima facie* case of obviousness.</u>

The cited references teach away from the proposition that the peptides of the cited references are comparable to vasopressin. Thus, the references, taken together, teach away from applying the techniques therein to vasopressin. Applicant submits that because the cited references teach peptides that vary widely in structure and function from vasopressin, a person of ordinary skill in the art would not be able the predict the effect a formulation disclosed therein would have on the claimed vasopressin formulation, especially in an unpredictable art. Thus, a person of ordinary skill in the art would not be motivated to apply the storage conditions for different proteins to the presently-claimed vasopressin formulation. Applicant respectfully submits that a *prima facie* case of obviousness does not exist against the claims presented herein, because the cited references do not teach, suggest, or provide motivation to a person of ordinary skill in the art to arrive at all of the elements of any pending claim with a reasonable expectation of success.

Applicant submits that newly added claim 33 is not obvious for the same reasons as claims 16-32 are not obvious. Further, claim 33 recites "b) storing the unit dosage form at 2-8 °C for 24 hours; and c) thereafter administering the unit dosage form to the human . . . ." As described above, the Bivalirudin and Oxytocin Labels teach that the formulations disclosed therein must be

PAR-VASO-0008547

used within 24 hours. Claim 33 requires that the unit dosage form is stored at 2-8 °C for 24 hours prior to administration to the hypotensive human. Thus, the Bivalirudin and Oxytocin Labels teach away from claim 33 by teaching that the Bivalirudin and the Oxytocin formulations must be used within 24 hours.

<u>The claims do not merely recite a new property of an old material.</u>

The Office Action alleges that "[t]he formulations described in the [August 14, 2015 Declaration] are substantially the same as the formulations disclosed in [PPC]. As a result, data collected on these formulations cannot form the basis for an allegation of unexpected results." *Office Action*, page 10. The Office Action further cites MPEP 2112 stating that, "[t]he discovery of a previously unappreciated property of a prior art **composition** . . . does not render the old **composition** patentably new to the discoverer." *Office Action*, page 10 (emphasis added). Applicant submits that the claims as presented herein are method claims, not composition of matter of claims. PPC does not disclose a step of storing a vasopressin formulation at 2-8 °C; thus, the results described in the August 14, 2015 Declaration are not merely properties of an old composition.

Applicant respectfully submits that a *prima facie* case of obviousness does not exist against the claims presented herein, because the cited references do not teach, suggest, or provide motivation to a person of ordinary skill in the art to arrive at all of the elements of any pending claim.

PAR-VASO-0008548

# **CONCLUSION**

This paper fully addresses the rejections raised in the Office Action mailed January 11, 2016. The present application is now in condition for allowance and Applicant respectfully requests that the Examiner expedite the prosecution of this patent application to issuance. Should the Examiner have any questions, the Examiner is encouraged to telephone the undersigned at (212) 497-7775.

The Commissioner is authorized to charge any underpayment or credit any overpayment to Deposit Account No. 23-2415 (Attorney Docket No. 47956-702.301) for any matter in connection with this response, including any fee for extension of time, which may be required.

Respectfully submitted,

Date:  March 17, 2016          By:      /Trisha Agrawal/

Trisha Agrawal, Ph.D.
Registration No. 73,212

**WILSON SONSINI GOODRICH & ROSATI**
A Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone No.: (650) 493-9300
Facsimile No.: (650) 493-6811

PAR-VASO-0008549

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 25231230 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 17-MAR-2016 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 17:07:46 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | PAR_47956_702_301_NFOA03_17_2016.pdf | 66304 <br> 5aba1b8dd13da18865256 2aff418f5487f021174 | yes | 12 |

PAR-VASO-0008550

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 12 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 66304 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0008551

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO  **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**  *(Use as many sheets as necessary)* | *Complete if Known* | |
|---|---|---|
| | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |
| Sheet | 1 | of | 2 | Attorney Docket Number | 47956-702.301 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number  Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | N/A | | | |

### UNPUBLISHED PATENT APPLICATIONS

| Examiner Initials* | Cite No.[1] | Document Number  Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 2. | N/A | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document  Country Code[3] – Number[4] – Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 3. | N/A | | | | |

Continued on the next page with more references.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0008552

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |

| Sheet | 2 | of | 2 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

| **NON PATENT LITERATURE DOCUMENTS** | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | 4. | BRESLOW, et al. Quantitative effects of antihydrophobic agents on binding constants and solubilities in water. Proc Natl Acad Sci U S A. 1992 Aug 1;89(15):6916-8. | |
| | 5. | Office action dated 02/02/2016 for US Application No. 14/717,882. | |
| | 6. | Office action dated 09/02/2015 for US Application No. 14/610,499. | |
| | 7. | Office action dated 10/22/2015 for US Application No. 14/717,882. | |
| | 8. | RIDEOUT, et al. Hydrophobic acceleration of Diels-Alder reactions. J. Am. Chem. Soc. 1980; 102:7816-7817. | |
| | 9. | Tesamorelin EGRIFTA prescribing information. Last revised 11/2010. 40 pages. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a checkmark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0008553

*Proc. Natl. Acad. Sci. USA*
Vol. 89, pp. 6916–6918, August 1992
Chemistry

# Quantitative effects of antihydrophobic agents on binding constants and solubilities in water

(cyclodextrins/urea/guanidinium/chaotrope)

RONALD BRESLOW* AND SHERIN HALFON

Department of Chemistry, Columbia University, New York, NY 10027

*Contributed by Ronald Breslow, April 21, 1992*

**ABSTRACT** The effects of urea and of guanidinium chloride on binding constants in water for 6-(4-*tert*-butylanilino)-naphthalene-2-sulfonate and of bis(*p*-*tert*-butylphenyl) phosphate binding to β-cyclodextrin and to *N,N'*-bis(6-β-cyclodextrinyl)imidazolium ion have been determined. Their effects on the water solubility of *p*-*tert*-butylbenzyl alcohol and *p*-methylbenzyl alcohol have also been examined. Quantitative correlations show that the effects of these additives, which diminish hydrophobic effects, are similar for release of a *tert*-butylphenyl group from a cyclodextrin cavity into water or for solubilizing such a group from a second phase. The effects of these agents on the binding constants for double-ended substrates binding to the bis(cyclodextrin) host are much larger than for a simple substrate binding to monomeric cyclodextrin, consistent with additivity of free-energy perturbations. Ethanol also decreases binding in these systems, and increases solubilities, but the quantitative correlations are less straightforward.

Substances such as urea and guanidinium ion diminish the hydrophobic effect (for general references, see refs. 1 and 2). With proteins or nucleic acids this change leads to unfolding, so such substances are sometimes called denaturants or chaotropes; they also lead to the increased solubility of hydrophobic molecules in water, so they may be called "salting in" agents when this property is being addressed. However, they are not all salts. They have sometimes been called "water structure breakers," but previous evidence (3) indicates that they do not work primarily by breaking up water structure. Since the above properties reflect a decrease of the hydrophobic effect, we propose that such substances be called simply *antihydrophobic agents*.

We have used such materials to diagnose the presence of hydrophobic effects in the transition states of simple organic reactions such as Diels–Alder additions and benzoin condensations (4). However, it seemed likely that more would be learned if these effects were made *quantitative*. That is, in any given case, one would like to know not just that a hydrophobic effect was present but also how much hydrophobic surface was involved in the effect. We have now examined the quantitative effects of antihydrophobic agents on (*a*) the binding constant for a *tert*-butylphenyl group binding in a cyclodextrin cavity, (*b*) the binding constant for two *tert*-butylphenyl groups of a double-ended substrate binding in the two cavities of a cyclodextrin dimer, and (*c*) the water solubility of *p*-*tert*-butylbenzyl alcohol (1) and *p*-methylbenzyl alcohol (2). Quantitive correlations prove to exist and furnish insight into the nature of the interactions in some strongly bound host–guest systems.

## MATERIALS AND METHODS

Urea and guanidinium chloride were Aldrich 99+% pure and were used as supplied. Water was deionized by a commercial unit. *p*-*tert*-Butylbenzyl alcohol (Scheme 1, compound 1) and *p*-methylbenzyl alcohol were Aldrich 98% pure, confirmed by m.p. (for 2) and ¹H NMR. β-Cyclodextrin was obtained from American Maize (Hammond, IN) and recrystallized once from water. 6-(4-*tert*-Butylanilino)naphthalene-2-sulfonate (BNS) sodium salt (3) was prepared as described briefly elsewhere (5). It was isolated as its triethylamine salt and characterized by ¹H NMR.

Bis(*tert*-butylphenyl) phosphate (4) was prepared as follows. Methyl dichlorophosphate was added slowly to 2 equivalents of sodium *tert*-butylphenolate in methylene chloride solution to form the crude phosphate triester. This was then demethylated with KI in acetone under reflux for 18 hr. The product was isolated in the acid form and recrystallized from chloroform/pentane. It was obtained in 44% yield, had the expected mass spectrum and ¹H NMR spectrum, and was pure by ¹H NMR and by TLC.

The dimeric cyclodextrin derivative 5 was prepared by heating β-cyclodextrin-6-imidazolide with an excess of β-cyclodextrin-6-iodide in minimal 1,3-dimethyl-2-imidazolidinone at 120°C for 3 days under an argon atmosphere. The product was dissolved in water, filtered, and chromatographed on a Sephadex C-25 column with NH₄HCO₃ gradient elution. The product was obtained in 38% yield and was characterized by ¹H NMR, fast atom bombardment MS, and TLC.

Binding constants were determined in water at ≈25°C by fluorescence methods (5, 6). For the binding of BNS (3) to β-cyclodextrin or to the dimer 5, binding leads to a strong increase in fluorescence of BNS; the binding constant was directly determined by adding 5 to a BNS solution at a concentration low enough that an excess of 5 was required for saturation of the signal. The binding constant for binding of 4 to dimer 5 was determined by competition of 4 with BNS, with monitoring of the BNS fluorescence.

Solubilities of 1 and 2 were determined at 20°C by UV absorbance measurements on the aqueous solutions. For each value at least two saturated solutions were prepared, kept at 20°C for at least 2 days, and read several times. In some cases readings were taken on different days to assure that the values were final. The (small) effects of antihydrophobic solutes on the absorption coefficients were corrected for by examination of three authentic solutions with different known concentrations.

## RESULTS AND DISCUSSION

The results are listed in Table 1. As can be seen, urea, guanidinium chloride, and ethanol all increase the solubility

---

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

Abbreviation: BNS, 6-(4-*tert*-butylanilino)naphthalene-2-sulfonate.
*To whom reprint requests should be addressed.

PAR-VASO-0008554

Chemistry: Breslow and Halfon

*Proc. Natl. Acad. Sci. USA 89 (1992)* 6917



**Scheme 1**

of **1** and **2** and diminish the binding of **3** and **4** to the host molecules, as expected. However, the quantitative correlations are interesting.

With respect to the solubilities, it is important to note that in the case of **1**, two liquid phases are being equilibrated and so the solute phase will not be pure. That is, some water will dissolve in liquid **1**, and possibly some urea or guanidinium chloride will also be extracted from the water phase into **1**. Certainly considerable ethanol is likely to enter the solute phase. For this reason the thermodynamic activity of the solute phase may be considerably perturbed by ethanol, although the perturbation is probably small with urea and guanidinium chloride. Even though **2** is a solid, it is low melting and might also become contaminated with water and solutes to some extent. Thus the relationships between solubilities and binding constants must be viewed with caution. Despite this cavil, there indeed prove to be rough relationships.

Considering first the effects of 8 M urea, a common denaturing medium, it can be seen that it increases the solubility of **1** in water by a factor of 3.3, and of **2** by a factor of 2.5. The magnitude of the two effects runs parallel to the amount of hydrophobic surface each alcohol presents to the water. That is, the increase in solubility of **2** caused by urea is only 76% of that for **1**, and a standard calculation (7) of the van der Waals surface area of toluene shows that it is 71% that

of *tert*-butylbenzene. Despite the cautions about solubility measurements, the similarity of the numbers is interesting.

Urea also decreases the binding of BNS to β-cyclodextrin by a factor of 2.4. We know that it is the *tert*-butylphenyl group rather than the naphthalene ring of BNS that binds in the cyclodextrin cavity, since BNS binds much more strongly to cyclodextrin (5) than does the analogous compound with a methyl group in place of the *tert*-butyl group (8). The quantitative similarity of these binding and solubility perturbation effects can be understood if binding of urea to the *tert*-butylphenyl group decreases the activity coefficient of that group by a similar amount in **1** and in BNS.

The perturbation of the binding constant would have been *larger* than the perturbation of solubility if urea had a significant stabilizing effect on the cyclodextrin cavity. It also would have been larger if the solubility effects were appreciably distorted by contamination of the solute phase, as discussed above. It was previously argued (3) that urea does not have a general effect on water structure but instead binds to hydrophobic surfaces; we conclude here that it does not bind strongly to cyclodextrin, which is only semihydrophobic. This conclusion was not obviously expected, and illustrates the information that our quantitative studies supply.

In 8 M urea the decrease in binding of BNS to the dimeric cyclodextrin **5** is 25-fold, and 20-fold for the dimeric substrate **4**. This confirms the conclusion from their high binding

Table 1. Solubilities and binding constants*

| Medium[†] | Solubility of **1**[‡] | Solubility of **2**[‡] | Binding of **3** to β-cyclodextrin[§] | Binding of **3** to **5**[§] | Binding of **4** to **5**[¶] |
|---|---|---|---|---|---|
| H₂O | 0.0064 (1.00) | 0.069 (1.00) | 3.8 ± 0.1 × 10⁴ (1.00) | 3.5 ± 1.7 × 10⁷ (1.00) | 3.3 ±1.3 × 10⁸ (1.00) |
| 8 M urea | 0.021 (3.3) | 0.17 (2.5) | 1.6 ± 0.05 × 10⁴ (0.42) | 1.4 ± 0.2 × 10⁵ (0.04) | 1.7 ±0.1 × 10⁷ (0.05) |
| 6 M GdmCl | 0.025 (3.9) | 0.19 (2.8) | 8.6 ± 0.15 × 10³ (0.23) | 8.7 ± 0.5 × 10⁵ (0.025) | 4.1 ±1.2 × 10⁶ (0.012) |
| 10% EtOH[¶] | 0.0084 (1.3) | 0.094 (1.4) | 1.4 × 10⁴ (0.37) | 4.7 ± 0.2 × 10⁶ (0.13) | 4.1 ±0.4 × 10⁷ (0.12) |
| 20% EtOH[¶] | — | — | 6.6 × 10³ (0.17) | 1.1 × 10⁶ (0.03) | 1.3 ±0.1 × 10⁷ (0.04) |

*Given as determined values of solubilities (M) and binding constants (M⁻¹); values relative to those in pure water are in parentheses.
[†]GdmCl, guanidinium chloride. Ethanol concentrations are percent by volume.
[‡]At 20°C, determined by UV absorbance.
[§]At ambient temperature (25°C) by measurement of the fluorescence of **3**.
[¶]At ambient temperature (25°C) by competition of **4** with **3**.

constants that both the *tert*-butylphenyl group and the naphthalene group of BNS are binding to cyclodextrin units in **5** and that both of the *tert*-butylphenyl groups of **4** also bind. Double binding of **4** should lead to a square of the single binding antihydrophobic effect if the perturbations of free energy are additive, so an effect of 6-fold ($\approx 2.4^2$) might be expected; that the effect is even larger than this for the dimeric binding suggests that urea disrupts some additional interaction of substrate segments with the linker group in **5**.

Of course, binding *constants* in doubly interacting systems do not reflect simple doubling of the free energies of single binding, because of entropy considerations. The binding energies can be more than additive because translational entropy need not be paid for twice (9). However, no such special situation obtains to invalidate an expected additivity of free-energy *perturbations* by antihydrophobic agents. Thus when the effect is more than additive, as above, it indicates an additional interaction.

Very similar results are seen with 6 M guanidinium chloride. Again the solubility effect on compound **2** is only 72% of that on **1**, consistent with the 76% effect with urea and the 71% surface area relationship. Again the solubility effects correlate well with the data for BNS binding to $\beta$-cyclodextrin, with a 3.9-fold increase in the solubility of **1** and a 4.3-fold *decrease* in the binding of BNS. Thus we conclude that guanidinium ion also stabilizes the *tert*-butylphenyl group in water, probably by binding to it, but has little effect on the cyclodextrin cavity. Again the effect on the binding of BNS to the dimer **5** is more than the square, 40-fold instead of 18-fold, while for the phosphate substrate **4** the binding decreases by 83-fold. The extra effect with **4** probably again reflects interaction with the linker in **5**; ionic-strength increases with guanidinium chloride will also diminish any ion-pairing interactions of the linking groups in the **4**–**5** complex.

In contrast to urea and guanidinium ion, ethanol has a larger effect on binding than on solubility. For example, 10% ethanol increases the water solubility of **1** and of **2** only 1.3-fold, but binding of BNS to $\beta$-cyclodextrin decreases by a factor of 2.7. Ethanol might well bind both to the hydrophobic substrates and to the cyclodextrin cavities.[†] More seriously, the solubility effects of ethanol are surely strongly altered by extraction of ethanol into the second solute phase. This will lower the thermodynamic activity of that phase relative to that of a pure substance and thus diminish water solubility compared with that for the ideal case.

However, considering only the binding data, where no partitioning problem of this kind exists, rough additivity of the free-energy perturbations is still seen with ethanol. With 10% ethanol, binding of BNS to **5** decreases by a factor of 7.7 and binding of **4** to **5** by a factor of 8.3 (expected, $2.7^2 = 7.3$). With 20% ethanol, BNS binding to $\beta$-cyclodextrin decreases by a factor of 6, while BNS binding to **5** decreases by a factor of 32 and binding of **4** to **5**, by a factor of 25 (expected, $6^2 = 36$).

These data show that the general magnitudes of the effects of antihydrophobic agents on solubilities and on binding constants can be interpreted in structural terms, in spite of the ambiguities about solubility effects when the solute phase can become contaminated. In particular, there are sensible quantitative additivity effects on binding constants of dimeric versus monomeric systems. Quantitative studies of this kind may help reveal the extent of the hydrophobic interactions in other complexes and in transition states of reactions whose rates are affected by hydrophobic packing (4).

The data also clearly support the importance of hydrophobic interactions in the host–guest systems examined here. Further, the data are consistent with the previous conclusion (3) that antihydrophobic agents produce their effect by binding directly to the hydrophobic surfaces rather than by perturbing water structure, although the present study does not furnish strong extra evidence on this matter.

We thank Prof. B. Honig for helpful comments and for making the surface-area program available. We thank the National Institutes of Health and the Office of Naval Research for support of this work.

1. Ben-Naim, A. (1980) *Hydrophobic Interactions* (Plenum, New York).
2. Tanford, C. (1980) *The Hydrophobic Effect* (Wiley, New York), 2nd Ed.
3. Breslow, R. & Guo, T. (1990) *Proc. Natl. Acad. Sci. USA* **87**, 167–169.
4. Breslow, R. (1991) *Acc. Chem. Res.* **24**, 159–164.
5. Breslow, R., Greenspoon, N., Guo, T. & Zarzycki, R. (1989) *J. Am. Chem. Soc.* **111**, 8296–8297.
6. Breslow, R. & Chung, S. (1990) *J. Am. Chem. Soc.* **112**, 9659–9660.
7. Rashin, A. A. (1984) *Biopolymers* **23**, 1605–1620.
8. Schneider, H. J., Blattar, T. & Simova, S. (1991) *J. Am. Chem. Soc.* **113**, 1996–2000.
9. Orgel, L. E. (1960) *An Introduction to Transition-Metal Chemistry: Ligand Field Theory* (Wiley, New York).
10. Matsui, Y. & Mochida, K. (1979) *Bull. Chem. Soc. Jpn.* **52**, 2808–2814.
11. Patoney, G., Fowler, K., Shapira, A., Nelson, G. & Warner, I. M. (1987) *J. Inclusion Phenom.* **5**, 717–723.
12. Mochida, K., Kagita, A., Matsui, Y. & Date, Y. (1973) *Bull. Chem. Soc. Jpn.* **46**, 3703–3707.

---

[†] Matsui and Mochida (10) reported binding of ethanol to $\beta$-cyclodextrin, but the method involved competition with another bound substrate and the authors did not consider the binding of ethanol to the substrate itself. For other studies of alcohol or salt effects on cyclodextrin binding, see refs. 11 and 12.



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,882 | 05/20/2015 | Matthew Kenney | 47956-702.302 | 1865 |

21971          7590          02/02/2016
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/02/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0008557

| Office Action Summary | Application No. 14/717,882 | Applicant(s) KENNEY ET AL. | |
|---|---|---|---|
| | Examiner CHRISTINA BRADLEY | Art Unit 1675 | AIA (First Inventor to File) Status Yes |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>January 22, 2016</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) <u>16-27</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☒ Claim(s) <u>16-27</u> is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a)☐ All   b)☐ Some**  c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.
4)☐ Other: _____.

PAR-VASO-0008558

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Continued Examination Under 37 CFR 1.114*

A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on January 22, 2016 has been entered.

### *Status of the Claims and Rejections*

Claims 16-27 are pending.

The terminal disclaimer over copending Application Nos. 14/610,594, 14/610,488, 14/610,579, and 14/717,877 filed August 14, 2015 is approved.

The terminal disclaimer over copending Application No. 14/610,499 filed January 22, 2016 is approved. Accordingly the provisional rejection for nonstatutory double patenting is withdrawn.

The rejection of claims 16-27 under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, for new matter is withdrawn. The claims as amended on January 22, 2016 are supported at least by ¶ [0130] of the original specification.

PAR-VASO-0008559

The rejection of claims 16-27 under 35 U.S.C. 103 as being unpatentable over

Pharmaceutical Partners of Canada Inc. (NPL 182, IDS 5/29/2015) in view of Treschan (NPL

185, IDS 5/29/2015) is modified to reflect the amendment filed January 22, 2016.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains.  Patentability shall not be negated by the manner in which the
> invention was made.

Claims 16-27 are rejected under 35 U.S.C. 103 as being unpatentable over

Pharmaceutical Partners of Canada Inc. (NPL 182, IDS 5/29/2015) in view of Treschan (NPL

185, IDS 5/29/2015) and Amorij et al. (US 2011/0237508), Hong et al. (US 2013/0115231 A1),

Harris et al. (US 5,482,931), and Purl et al. (US 2006/0293243).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation,

cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and

intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR),

septic shock, intraoperative hypotension, vasodilatory shock, and hemodynamic instability (p.

599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is

identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Neither Treschan or Pharmaceutical Partners of Canada teach that composition contains 10 mM acetate buffer, that the pH is 3.8 or that the unit dosage form contains from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin. However, these differences are obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique To Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

 (1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]). Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

The prior art methods of Treschan, Pharmaceutical Partners of Canada Inc. and Amorij et al. are therefore a "base" method upon which the claimed invention can be seen as an "improvement" because of the enhanced stability of the vasopressin formulation utilized in the method.

(2) a finding that the prior art contained a "comparable" device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention

The prior art is replete with examples of the use of acetate buffer to stabilize peptide and protein formulations.

Amorij et al. teach that acetate buffer may be added to vasopressin formulations in order to enhance stability at a concentration of 2-200 mM, 5-150 mM, 5-100 mM, 5-50 mM, and 5-25 mM (¶ [0022], [0024], [0029]).

Hong et al. teach liquid formulations of long-acting growth hormone comprising a buffer to maintain the pH of the solution within a predetermined range to prevent a sharp pH change that can lead to the inactivation of the peptide. Hong et al. teach that any pharmaceutically

PAR-VASO-0008562

acceptable buffer can be used, including acetate/acetic acid, and that the concentration by be

from 5 mM to 100 mM (¶ [0034]).

Harris et al. (US 5,482,931) teach stabile formulations of desmopressin that may contain

acetic acid/sodium acetate as a buffer (col 2, lines 1-2).

Purl et al. (US 2006/0293243) teach stable formulations of synthetic motilin-like peptide

comprising sodium/acetate acid buffer. The concentration of the buffer is between 5 and 250

mM, preferable between 5 and 25 mM (¶ [0067]).

 (3) a finding that one of ordinary skill in the art could have applied the known

"improvement" technique in the same way to the "base" device (method, or product) and the

results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added acetate buffer in the same manner as

taught by Amorij et al., Hong et al., Harris et al., and Purl et al. in order to improve the storage

stability of the formulation, and to optimize the concentration within the prior art range which

encompasses the claimed concentration of 10 mM. The results would have been predictable

because the prior art teaches a means for testing the effect of the acetate buffer on the stability of

the vasopressin formulation. Specifically, Amorij et al. (Examples 1-7) teaches assays for

monitoring the stability of the peptide formulations. The assay of Amorij et al. comprises making

the formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing

the formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Amorij et al., Hong et al.,

Harris et al., and Purl et al. as useful for stabilizing peptide drug formulations to unit dosage

forms of vasopressin for the purpose of creating a stabilized form of vasopressin. In doing so,

PAR-VASO-0008563

one of ordinary skill in the art would be responding to the need for a stabilized vasopressin

formulation identified by Amorij et al. There is a reasonable expectation of success given that the

prior art discloses assays for measuring the stability of vasopressin formulations, and that it is

within the ordinary skill of the art to optimize the addition of excipients to peptide

pharmaceutical compositions to improve stability, as evidenced by Amorij et al. The rationale to

support a conclusion that the claim would have been obvious is that "a method of enhancing a

particular class of devices (methods, or products) has been made part of the ordinary capabilities

of one skilled in the art based upon the teaching of such improvement in other situations. One of

ordinary skill in the art would have been capable of applying this known method of enhancement

to a "base" device (method, or product) in the prior art and the results would have been

predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

With respect to the pH, Pharmaceutical Partners of Canada teaches a broader range of

2.5-4.5 which encompasses the claimed pH 3.8.  MPEP § 2144.05 states that "In the case where

the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of

obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In reWoodruff,*

919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Therefore, the instantly claimed pH of 3.75-

3.8 is *prima facie* obvious in view of the broader prior art range 2.5-4.5.

With respect to the amount of vasopressin, the prior art of Treschan teaches a dose that is

equal to the dose recited in the claim. For example, Treschan teaches a dose of 0.01-0.04 U/min

for refractory hypotension in septic shock, and a dose of 0.1 U/min for vasodilatory shock after

cardiopulmonary bypass (Table 4), which span the claimed range of 0.01-0.1 U/min. The

references are silent regarding the amount of vasopressin in mg/ml. Given that the dose is the

same in the prior art and the claims in U/min, it is reasonable to assume that the amount of

vasopressin in the prior art and claims in mg/ml is the same as well. Alternatively, it would have

been obvious to optimize the amount of vasopressin in mg/ml to achieve the prior art dose in

U/min, which is the same as the dose in U/min claimed. It would be obvious to optimize the

amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

The resulting composition would meet all of the limitations for the unit dose form recited

in claim 16. It would have been obvious to administer the resulting formulation to increase blood

pressure in a human in need thereof according to Treschan. Specifically, the composition would

be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04

U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4).

Therefore, the resulting method would satisfy all of the limitations of instant <u>claims 16,</u>

<u>17, 20, and 23</u>.

With respect to <u>claim 18</u>, Pharmaceutical Partners of Canada teaches that Vasopressin

Injection, USP further comprises chlorobutanol.

With respect to <u>claim 19</u>, Treschan teaches that the patient's arterial blood pressure

would increase within minutes as a result of administration (p. 601, col 1-2; p. 606, col 2; p. 607,

col 2).

With respect to <u>claims 21 and 22</u>, Treschan teaches vasopressin infusion (0.1 U/min) in

patients with postcardiotomy hypotension (p. 608, col 1).

With respect to <u>claim 24</u>, Treschan teaches 0.01-0.04 U/min for refractory hypotension in

septic shock (Table 4).

With respect to <u>claims 25-27</u>, Treschan teaches that mean arterial pressure increased and was maintained for a period of about 8 hours with continuous administration (Figure 6), and that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

*Response to Arguments and Declaration*

Applicant's arguments filed January 22, 2016 have been fully considered but are not persuasive because the rejection has been updated to reflect the amendments to the claims.

The declaration under 37 CFR 1.132 filed January 22, 2016 by Inventor Sunil Vandse (Vandse II) has been fully considered but is insufficient to overcome the rejection. Applicant asserts that the data presented in the Vandse II declaration establishes the surprising criticality of pH 3.8 (Figures 1-4, paragraph 14).

MPEP 716.02(c) states: "'Expected beneficial results are evidence of obviousness of a claimed invention, just as unexpected results are evidence of unobviousness thereof.' *In re Gershon*, 372 F.2d 535, 538, 152 USPQ 602, 604 (CCPA 1967)" In the instant case, the prior art of Pharmaceutical Partners of Canada teach that pH 2.5-4.5 is suitable for a vasopressin formulation intended for clinical use. As a result, one of ordinary skill in the art would expect that even if there are differences across this pH range, all pH values would yield a formulation that is stable enough for clinical use. Applicant has not provided evidence that the difference is stability alleged at pH 3.8 is significant enough to result in a practical benefit to the user. Applicant has not established "that the differences in results are in fact unexpected and

PAR-VASO-0008566

unobvious and of both statistical and practical significance." (*Ex parte Gelles,* 22 USPQ2d 1318,

1319 (Bd. Pat. App. & Inter. 1992) because it is not clear from the declaration 1) whether the

data is statistically significant, or 2) whether the observed differences in stability would have a

practical effect on clinical use.

The Vandse II declaration presents data for vasopressin in 10 mM acetate buffer at pH

2.5, 2.6, 2.7, 2.8, 2.9. 3.0, 3.1, 3.2, 3.3, and 3.4, and combines that with the data from the

previous declaration Vandse I for the composition at pH 3.5, 3.6, 3.7, 3.8, 3.9, 4.0, 4.1, 4.2, 4.3,

4.4, and 4.5. The compositions were prepared and incubated at 25° and 40° C for 4 weeks at

which point the percent vasopressin and percent impurities were measured.

With respect to the first point regarding statistical significance, in ¶ 12, Vandse II states

that at 25° C the percent decrease after four weeks was lowest between pH 3.7 and 3.8 (Figure 3).

However, Figure 3 shows that the percent vasopressin from pH 2.6-3.4 is noisy and relatively

constant; the single point at pH 2.5 combined with the narrow range on the y-axis gives the

appearance of a larger difference. The data appear to break at pH 3.6-4.6; it is not clear if this

difference is significant or if it can be attributed to a difference associated with the two batches

of experiments presented in Vandse I and Vandse II. Regardless, the data above pH 3.6 is also

noisy and it is not clear whether the upward trend suggested by the line in Figure 3 is significant

because Figure 3 does not include error bars or any other statistical analysis. It is not clear if the

alleged differences due to pH exist statistically, and if they do whether the difference is great

enough to have a practical clinical benefit. In ¶ 12, Vandse II also states that the level of

impurities was lowest at pH 3.8. Figure 1 presents the percent of total impurities versus pH for 4

weeks at 25° C. As with Figure 3, there appears to be a break in the data at pH 3.5 that may

possibly be attributed to differences between the two experimental batches. In contrast to

Applicant's assertions regarding the criticality of pH 3.8, the data appear to be relatively constant

from pH 3.5-4.5. However, because Figure 1 does not include error bars or statistical analysis it

is not clear if the alleged differences due to pH are significant. In ¶ 13, Vandse II states that the

highest percentage of vasopressin and the lowest percentage of impurities for the 40° C group is

also at pH 3.8. However, Figures 2 and 4 which present the data for the 40° C stability studies

likewise lack a statistical analysis.

  With respect to the second point regarding a practical effect, Applicant has alleged that

the compositions recited in the instant claims have unexpected stability. MPEP 716.01(b) states:

"To be given substantial weight in the determination of obviousness or nonobviousness,

evidence of secondary considerations must be relevant to the subject matter as claimed, and

therefore the examiner must determine whether there is a nexus between the merits of the

claimed invention and the evidence of secondary considerations. *Ashland Oil, Inc. v. Delta*

*Resins & Refractories, Inc.,* 776 F.2d 281, 305 n.42, 227 USPQ 657, 673-674 n. 42 (Fed. Cir.

1985)." In the instant case, the nexus between the alleged increase in stability and the claims is

unclear. The claims are drawn to methods of treatment, not to compositions of matter. Although

stability is important for a pharmaceutical composition used in a method of treatment, there is no

evidence on record that the closest prior art composition which can have a pH of 2.5-4.5 is too

unstable to be used clinically; on the contrary, the prior art composition is FDA approved for the

instantly claimed method of treatment. Applicant has not established whether the alleged

increase in stability achieved by the modifications to the prior art composition recited in the

instant claims is significant enough to have a benefit in the claimed method.

Finally, MPEP 716.02(e) states: " An affidavit or declaration under 37 CFR 1.132 must compare the claimed subject matter with the closest prior art to be effective to rebut a *prima facie* case of obviousness. *In re Burckel,* 592 F.2d 1175, 201 USPQ 67 (CCPA 1979)… Where the comparison is not identical with the reference disclosure, deviations therefrom should be explained, *In re Finley,* 174 F.2d 130, 81 USPQ 383 (CCPA 1949), and if not explained should be noted and evaluated, and if significant, explanation should be required. *In re Armstrong*, 280 F.2d 132, 126 USPQ 281 (CCPA 1960)." In the instant case, the closest prior art is the formulation taught by Pharmaceutical Partners of Canada. Each mL of Vasopressin Injection, USP contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5). In contrast, the declaration presents stability data for vasopressin without chlorobutanol. Vandse II asserts in ¶ 18 that one of ordinary skill in the art would recognize that the addition of chlorobutanol in the vasopressin formulation of PPC would not have significant effects on the stability of vasopressin. This argument is not persuasive. The data in Vandse II suggest an at best very small difference in stability over the pH range tested. Given the subtle effects relied upon to contest the obviousness rejection, even small differences due to another additive are relevant to the analysis.

For these reasons, the rejection is maintained.

### *Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Notice of References Cited** | 14/717,882 | KENNEY ET AL. |
| | Examiner | Art Unit | Page 1 of 1 |
| | CHRISTINA BRADLEY | 1675 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-2011/0237508 A1 | 09-2011 | Amorij; Jean-Pierre | A61K38/11 | 514/10.9 |
| * | B | US-2013/0115231 A1 | 05-2013 | Hong; Sung Hee | A61K9/0019 | 424/179.1 |
| * | C | US-5,482,931 A | 01-1996 | Harris; Alan | A61K9/0019 | 514/10.3 |
| * | D | US-2006/0293243 A1 | 12-2006 | Puri; Navneet | A61K9/0019 | 514/9.7 |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0008571



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/610,499 | 01/30/2015 | Matthew Kenney | 47956-702.202 | 2946 |

21971      7590      09/02/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/02/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0008572

**Office Action Summary**

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>June 18, 2015</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL.**   2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) <u>1,6-14 and 16</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1,6-14 and 16</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a)☐ All   b)☐ Some** c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

## Attachment(s)

1)☒ Notice of References Cited (PTO-892)

2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0008573

## DETAILED ACTION

**The Final Rejection mailed July 20, 2015 is vacated and is replaced by this action.**

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### *Withdrawn Rejections*

The following rejections are withdrawn in light of the amendment filed June 18, 2015:

- the rejection of claims 1-15 under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first

paragraph;

- the rejection of claims 1-15 under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second

paragraph; and

- the rejection of claims 1-15 under 35 U.S.C. 103 as being unpatentable over

Pharmaceutical Partners of Canada Inc. in view of Amorij et al., Bhowmick et al., Shingel et al.,

and Ludvigsen et al.

The provisional rejections on the ground of nonstatutory double patenting over copending

Application Nos. 14/610,594, 14/610,488, and 14/610,579 are withdrawn in view of the terminal

disclaimers filed June 18, 2015.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to

PAR-VASO-0008574

which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 1, 6-14, and 16 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892) in view of Amorji et al. (US 2011/0237508), Samaritani et al. (US 2007/0059285), Samaritani et al. (US 2007/0292391), Mizushima et al. (US 2010/0234276), Yang et al. (US 2013/0011378) and Brych et al. (US 2007/0190047).

Vasopressin is commercially available in a unit dosage form for the prevention and treatment of postoperative abdominal distention, in abdominal roentgenography to dispel interfering gas shadows, and in diabetes insipidus (see label from Pharmaceutical Partners of Canada Inc.).

Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Vasopressin Injection, USP must be stored between 15 and 30° C and cannot be frozen.

PAR-VASO-0008575

Vasopressin Injection does not contain a polymeric excipient at a concentration of about

1% to about 10% by mass of the unit dosage form. However, this difference is obvious in view

of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known

Technique To Improve Similar Devices (Methods, or Products) in the Same Way". To reject a

claim based on this rationale, Office personnel must resolve the Graham factual inquiries

(above). Then, Office personnel must articulate the following:

(1) a finding that the prior art contained a "base" device (method, or product) upon

which the claimed invention can be seen as an "improvement"

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine

for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example

during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]).

Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin

in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et

al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use

injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

The prior art composition of Pharmaceutical Partners of Canada Inc. is therefore a "base"

product upon which the claimed invention can be seen as an "improvement" because of its

enhanced stability.

(2) a finding that the prior art contained a "comparable" device (method, or product that

is not the same as the base device) that has been improved in the same way as the claimed

invention

PAR-VASO-0008576

The prior art is replete with examples of the use of poloxamer 188 to stabilize peptide and protein formulations.

Samaritani et al. (US 2007/0059285) teach a stabilized liquid formulation of follicle-stimulating hormone (FSH) or luteinizing hormone (LH) comprising poloxamer 188 (Pluronic F68) (¶ [0020], [0057], [0058], Examples 1-8). Pluronic F68, is preferably present in the formulation at a concentration that is sufficient to maintain FSH and/or LH stability over the desired storage period (for example 6 to 12 to 24 months), and also at a concentration that is sufficient to prevent protein losses due to adsorption on surfaces, such as the vial, ampoule or cartridge or the syringe (¶ [0122]). The concentration is about 0.01 mg/ml to about 1 mg/ml (¶ [0123]).

Samaritani et al. (US 2007/0292391) teach a stabilized formulation of interferon comprising poloxamer 188 (Pluronic F68) (¶ [0061], Examples 1-2). Pluronic F68, is preferably present in the formulation at a concentration that is sufficient to maintain interferon stability over the desired storage period (for example 6 to 12 to 24 months), and also at a concentration that is sufficient to prevent protein losses due to adsorption on surf aces, such as the vial, ampoule or cartridge or the syringe (¶ [0166]). The concentration is about 0.01 mg/ml to about 10 mg/ml (¶ [0167]).

Mizushima et al. (US 2010/0234276) teach stabilized formulations of EPO containing poloxamer 188 (¶ [0043], Examples 1, 2, 4). Mizushima et al. teach that poloxamers inhibit production of an EPO dimer after long-term storage and stabilizes formulations more effectively than other additives. obtained using polyoxyethylene hydrogenated castor oil or polysorbate as a

surfactant. Mizushima et al. teach that poloxamer 188 is preferred (¶ [0043]) and that the amount

of poloxamer is generally 0.0001 to 10%  (¶ [0044]).

Yang et al. (US 2013/0011378) teach stable formulations of a hyaluronan-degrading

enzyme containing a surfactant, preferably poloxamer 188 (¶ [0384]), between about from

0.0005% to 1.0% (¶ [0385]).

Brych et al. (US 2007/0190047) teaches stable pharmaceutically acceptable formulations

of protein containing poloxamer 188 at a concentration of 0.01-1.0 % (¶ [0042], [0054]).

 (3) a finding that one of ordinary skill in the art could have applied the known

"improvement" technique in the same way to the "base" device (method, or product) and the

results would have been predictable to one of ordinary skill in the art

One of ordinary skill in the art could have added poloxamer 188 to the vasopressin

formulations taught by Pharmaceutical Partners of Canada Inc. and Amorij et al. in the same

manner as taught by Samaritani et al., Samaritani et al., Mizushima et al., Yang et al. and Brych

et al. in order to improve the stability of the formulation. The results would have been

predictable because the prior art teaches a means for testing the effect of the poloxamer 188 on

the stability of the vasopressin formulation. Specifically, Amorij et al. (Examples 1-7) teaches

assays for monitoring the stability of the peptide formulations. The assay of Amorij et al.

comprises making the formulation, incubating it 4° C (control) and 55° C (test) for a period of

time and analyzing the formulation by RP-HPLC and HP-SEC for degradation.

The rationale to support a conclusion that the claim would have been obvious is that "a

method of enhancing a particular class of devices (methods, or products) has been made part of

the ordinary capabilities of one skilled in the art based upon the teaching of such improvement in

other situations. One of ordinary skill in the art would have been capable of applying this known

method of enhancement to a "base" device (method, or product) in the prior art and the results

would have been predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82

USPQ2d at 1397.

The resulting composition would contain sufficient vasopressin to yield a unit dose

formulation with  between 5 and 100 U/ml according to Amorij et al. (claim 11), preferably 20

U/ml, according to Pharmaceutical Partners of Canada Inc. It would be obvious to optimize the

amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,*

220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).  The unit dosage form would be

injectable and would be supplied as a 1 mL solution, as taught by Pharmaceutical Partners of

Canada Inc.

Regarding the concentration of poloxamer 188, it would have been obvious to optimize

the amount within the range taught by the prior art in order to maximize stability. Mizushima et

al. teach that the amount of poloxamer is generally 0.0001 to 10%  (¶ [0044]), Yang et al. teach

0.0005% to 1.0% (¶ [0385]), and Brych et al. 0.01-1.0 % (¶ [0042], [0054]). MPEP 2144.05

states that it is *prima facie* obvious to optimize results-effective variables by routine

experimentation (*In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955)).

Therefore, the resulting compositions would satisfy all of the structural limitations of

instant claims 1, and 6.

With respect to the functional limitations recited in the wherein clause of claim 1 and

further defined in claim 6, the fact that applicant has recognized another advantage which would

flow naturally from following the suggestion of the prior art cannot be the basis for patentability

PAR-VASO-0008579

when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985).

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in <u>claims 7-9 and 11-14</u>, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art.

With respect to <u>claim 10</u>, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is formulated in 1 ml unit dosage forms for injection.

With respect to <u>claim 16</u>, Vasopressin Injection, USP has a pH of 2.5-4.5. It would have been obvious to optimize the pH of the formulation within this range through routine experimentation, in accordance with *In re Aller*, 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*,

PAR-VASO-0008580

140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d

2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van*

*Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used.

Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what

form should be used. A web-based eTerminal Disclaimer may be filled out completely online

using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission. For more information about eTerminal Disclaimers,

refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.


Claims 1, 6-14, and 16 are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 16-29 of copending Application No. 14/717,877 in

view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892), Amorji et al. (US

2011/0237508), Samaritani et al. (US 2007/0059285), Samaritani et al. (US 2007/0292391),

PAR-VASO-0008581

Mizushima et al. (US 2010/0234276), Yang et al. (US 2013/0011378) and Brych et al. (US 2007/0190047).

Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of the copending application render obvious the instant claims.

Specifically, claim 16 of Application No. 14/717,877 recites a vasopressin unit dosage form comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of SEQ ID NO. 1 or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6.

The claims of Application No. 14/717,877 do not state that the vasopressin composition contains poloxamer 188 at a concentration of about 1% by mass of the unit dosage form. However, this difference is obvious in view of the prior art, which includes numerous examples of peptide formulation containing poloxamer 188 as an excipient.

Samaritani et al. (US 2007/0059285) teach a stabilized liquid formulation of follicle-stimulating hormone (FSH) or luteinizing hormone (LH) comprising poloxamer 188 (Pluronic F68) (¶ [0020], [0057], [0058], Examples 1-8). Pluronic F68, is preferably present in the formulation at a concentration that is sufficient to maintain FSH and/or LH stability over the desired storage period (for example 6 to 12 to 24 months), and also at a concentration that is sufficient to prevent protein losses due to adsorption on surfaces, such as the vial, ampoule or cartridge or the syringe (¶ [0122]). The concentration is about 0.01 mg/ml to about 1 mg/ml (¶ [0123]).

Samaritani et al. (US 2007/0292391) teach a stabilized formulation of interferon comprising poloxamer 188 (Pluronic F68) (¶ [0061], Examples 1-2). Pluronic F68, is preferably

present in the formulation at a concentration that is sufficient to maintain interferon stability over the desired storage period (for example 6 to 12 to 24 months), and also at a concentration that is sufficient to prevent protein losses due to adsorption on surf aces, such as the vial, ampoule or cartridge or the syringe (¶ [0166]). The concentration is about 0.01 mg/ml to about 10 mg/ml (¶ [0167]).

Mizushima et al. (US 2010/0234276) teach stabilized formulations of EPO containing poloxamer 188 (¶ [0043], Examples 1, 2, 4). Mizushima et al. teach that poloxamers inhibit production of an EPO dimer after long-term storage and stabilizes formulations more effectively than other additives. obtained using polyoxyethylene hydrogenated castor oil or polysorbate as a surfactant. Mizushima et al. teach that poloxamer 188 is preferred (¶ [0043]) and that the amount of poloxamer is generally 0.0001 to 10%  (¶ [0044]).

Yang et al. (US 2013/0011378) teach stable formulations of a hyaluronan-degrading enzyme containing a surfactant, preferably poloxamer 188 (¶ [0384]), between about from 0.0005% to 1.0% (¶ [0385]).

Brych et al. (US 2007/0190047) teaches stable pharmaceutically acceptable formulations of protein containing poloxamer 188 at a concentration of 0.01-1.0 % (¶ [0042], [0054]).

It would have been obvious to substitute poloxamer 188 for the chlorobutanol as the excipient in the vasopressin formulation claimed in Application No. 14/717,877. One of ordinary skill in the art would recognize poloxamer 188 as an excipient suitable for use in the stabilization of peptide drugs and would have a reasonable expectation of enhancing or maintaining the stability of the formulation by the addition of poloxamer 188 given its widespread use for this purpose in the peptide arts.

Regarding the concentration of poloxamer 188, it would have been obvious to optimize the amount within the range taught by the prior art in order to maximize stability. Mizushima et al. teach that the amount of poloxamer is generally 0.0001 to 10% (¶ [0044]), Yang et al. teach 0.0005% to 1.0% (¶ [0385]), and Brych et al. 0.01-1.0 % (¶ [0042], [0054]). MPEP 2144.05 states that it is *prima facie* obvious to optimize results-effective variables by routine experimentation (*In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955)).

Regarding the limitation on degradation, the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, it would have been obvious to make the composition in view of the cited art. The level of degradation exhibited by the resulting composition is an intrinsic feature of the composition.

Therefore, the resulting method would satisfy all of the limitations of instant claims 1, and 6.

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in claims 7-9 and 11-14, these peptides are degradation products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art. With respect to claim 10, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is formulated in 1 ml unit dosage forms for injection. With respect to claim 16, it would have been obvious to optimize the pH within the range 3.4 to 3.6, which includes the claimed value of 3.5, in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

PAR-VASO-0008584

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claims 1, 6-14, and 16 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-28 of copending Application No. 14/717,882 in view of Pharmaceutical Partners of Canada Inc. (NPL V, PTO-892), Hong et al. (US 2013/0115231 A1), Sinackevich et al. (US 5,972,894), Green et al. (US 5,902,790), and Khavinson et al. (US 5,811,399).

Although the claims at issue are not identical, they are not patentably distinct from each other because the claims of the copending application render obvious the instant claims.

Specifically, claim 16 of Application No. 14/717,882 recites a vasopressin unit dosage form comprising: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; b) chlorobutanol; c) acetic acid and d) water, wherein the unit dosage form has a pH of 3.75 to 3.85.

The claims of Application No. 14/717,882 do not state that the vasopressin composition contains poloxamer 188 at a concentration of about 1% by mass of the unit dosage form. However, this difference is obvious in view of the prior art, which includes numerous examples of peptide formulation containing poloxamer 188 as an excipient.

Samaritani et al. (US 2007/0059285) teach a stabilized liquid formulation of follicle-stimulating hormone (FSH) or luteinizing hormone (LH) comprising poloxamer 188 (Pluronic F68) (¶ [0020], [0057], [0058], Examples 1-8). Pluronic F68, is preferably present in the formulation at a concentration that is sufficient to maintain FSH and/or LH stability over the

desired storage period (for example 6 to 12 to 24 months), and also at a concentration that is sufficient to prevent protein losses due to adsorption on surfaces, such as the vial, ampoule or cartridge or the syringe (¶ [0122]). The concentration is about 0.01 mg/ml to about 1 mg/ml (¶ [0123]).

Samaritani et al. (US 2007/0292391) teach a stabilized formulation of interferon comprising poloxamer 188 (Pluronic F68) (¶ [0061], Examples 1-2). Pluronic F68, is preferably present in the formulation at a concentration that is sufficient to maintain interferon stability over the desired storage period (for example 6 to 12 to 24 months), and also at a concentration that is sufficient to prevent protein losses due to adsorption on surf aces, such as the vial, ampoule or cartridge or the syringe (¶ [0166]). The concentration is about 0.01 mg/ml to about 10 mg/ml (¶ [0167]).

Mizushima et al. (US 2010/0234276) teach stabilized formulations of EPO containing poloxamer 188 (¶ [0043], Examples 1, 2, 4). Mizushima et al. teach that poloxamers inhibit production of an EPO dimer after long-term storage and stabilizes formulations more effectively than other additives. obtained using polyoxyethylene hydrogenated castor oil or polysorbate as a surfactant. Mizushima et al. teach that poloxamer 188 is preferred (¶ [0043]) and that the amount of poloxamer is generally 0.0001 to 10% (¶ [0044]).

Yang et al. (US 2013/0011378) teach stable formulations of a hyaluronan-degrading enzyme containing a surfactant, preferably poloxamer 188 (¶ [0384]), between about from 0.0005% to 1.0% (¶ [0385]).

Brych et al. (US 2007/0190047) teaches stable pharmaceutically acceptable formulations of protein containing poloxamer 188 at a concentration of 0.01-1.0 % (¶ [0042], [0054]).

PAR-VASO-0008586

It would have been obvious to substitute poloxamer 188 for the chlorobutanol as the excipient in the vasopressin formulation claimed in Application No. 14/717,882. One of ordinary skill in the art would recognize poloxamer 188 as an excipient suitable for use in the stabilization of peptide drugs and would have a reasonable expectation of enhancing or maintaining the stability of the formulation by the addition of poloxamer 188 given its widespread use for this purpose in the peptide arts.

Regarding the concentration of poloxamer 188, it would have been obvious to optimize the amount within the range taught by the prior art in order to maximize stability. Mizushima et al. teach that the amount of poloxamer is generally 0.0001 to 10% (¶ [0044]), Yang et al. teach 0.0005% to 1.0% (¶ [0385]), and Brych et al. 0.01-1.0 % (¶ [0042], [0054]). MPEP 2144.05 states that it is *prima facie* obvious to optimize results-effective variables by routine experimentation (*In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955)).

Regarding the limitation on degradation, the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, it would have been obvious to make the composition in view of the cited art. The level of degradation exhibited by the resulting composition is an intrinsic feature of the composition.

Therefore, the resulting method would satisfy all of the limitations of instant <u>claims 1, and 6</u>.

With respect to the limitations regarding SEQ ID NOs: 2-4 and peptides having 88% to 90% homology to SEQ ID NO: 1 recited in <u>claims 7-9 and 11-14,</u> these peptides are degradation

products of SEQ ID NO: 1, as evidenced by Table 1 of the specification, and therefore would form in the vasopressin unit dosage forms that are obvious over the cited art. With respect to claim 10, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is formulated in 1 ml unit dosage forms for injection. With respect to claim 16, it would have been obvious to optimize the pH within the range 3.4 to 3.6, which includes the claimed value of 3.5, in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

### *Conclusion*

No claims are allowed.

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

**PAR-VASO-0008588**

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044.  The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2007/0059285 | 03-2007 | Samaritani et al. | 424/085.5 |
| * | B | US-2007/0292391 | 12-2007 | Samaritani et al. | 424/085.6 |
| * | C | US-2010/0234276 | 09-2010 | Mizushima et al. | 514/8 |
| * | D | US-2013/0011378 | 01-2013 | Yang et al. | 424/94.3 |
| * | E | US-2007/0190047 | 08-2007 | Brych et al. | 424/133.1 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0008590



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,882 | 05/20/2015 | Matthew Kenney | 47956-702.302 | 1865 |

21971        7590        10/22/2015
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/22/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0008591

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>August 14, 2015</u>.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL**. 2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>16-27</u> is/are pending in the application.
5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>16-27</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**
a)☐ All b)☐ Some** c)☐ None of the:
1.☐ Certified copies of the priority documents have been received.
2.☐ Certified copies of the priority documents have been received in Application No. _____.
3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0008592

# DETAILED ACTION

## *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## *Status of the Claims*

Claims 1-15 were cancelled and claims 16-27 were added in the amendment filed August 14, 2015. All previous grounds of rejection are withdrawn because the claims were cancelled.

The terminal disclaimer over copending Application Nos. 14/610,594, 14/610,488, 14/610,579, and 14/717,877 filed August 14, 2015 is approved.

## *Claim Rejections - 35 USC § 112*

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 16-27 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

The newly added claims are drawn to a method of increasing blood pressure in a human in need thereof, the method comprising administering to the subject a unit dosage form, wherein the unit dosage form comprises: a) from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin or a pharmaceutically-acceptable salt thereof; b) acetic acid; and c) water; wherein: the unit dosage form has a pH of 3.75 to 3.85; the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

Lack of Explicit Support

The new claims do not appear in the originally-filed disclosure.  In addition, the original specification does not disclose a reduction to practice of the newly claimed methods. Therefore, new claims 16-27 are not explicitly supported in the original specification.

Lack of Implicit Support

The original specification provides clear support for some of the limitations in new claim 16 but fails to adequately support the limitations pertaining to acetic acid and the pH range of 3.75 to 3.85.

| Limitation | Clear support in original specification (paragraph) | Relevant disclosure |
|---|---|---|
| A method of increasing blood pressure in a human in need thereof | [0022], [0023] | |
| a unit dosage form comprising from about 0.01 mg/ml to about 0.07 mg/ml of vasopressin or a pharmaceutically-acceptable salt thereof | [0165] | |

| | | |
|---|---|---|
| acetic acid | | Acetic acid is one of countless excipients recited in [0056]-[0063], without any specific guidance indicating that acetic acid as preferred or that the acetic acid should be used with a pH of 3.75-3.85.. The effect of acetate buffer on stability is examined in Example 4 however the experiment combines a test of the effect of citric and acetic acid buffers with a test of the effect of divalent metal ions and does not report the pH of the formulations or the stability data. Example 7 and ¶ [0044] present a vasopressin formulation containing acetic acid but a different pH range, 3.4-3.6, than the 3.75-3.85 claimed. ¶ [0044] describes the formulation containing acetic acid at pH 3.4-3.6 as a reference or comparison formulation rather than as the inventive formulation. |
| wherein: the unit dosage form has a pH of 3.75 to 3.85 | | Example 2 describes an investigation of pH wherein vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline at pH 2.5, 2.75, 3, 3.25, 3.5, 3.75, 4, 4.25 and 4.5. The total impurities was highest at pH 2.5 (70%), lowest at pH 3.5 and 3.75 (20%) and high at pH 4.5 (52%). This example does not include formulations with acetic acid. |
| the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and | [0050], [0143], [00161] | |
| the human is hypotensive | [0022] | |

As seen in the table above, the original specification discloses matter that is relevant to

the limitations requiring acetic acid and the pH range of 3.75-3.85. The factors to be considered

PAR-VASO-0008595

in determining whether this original disclosure as a whole reasonably conveys the acetic acid and

the new pH range include:

1) An explicit and/or implicit disclosure of a generic range in the application disclosure as

originally filed encompassing or relating to newly claimed ranges

The original claims in this application did not include limitations directed to pH at all, let

alone to the newly claimed range of 3.75-3.85, or to acetic acid as an excipient. The matter of

the original claims is presented in the section of the specification entitled "Summary of the

Invention" which likewise does not address pH at all for the inventive formulation. In

contrast, the original claims and summary of the invention are directed to the use of a

polymeric excipient which reduced vasopressin degradation from about 5% to about 10%

relative to a reference sample after about 1 week at 60° C.

The specification does not include a generic range that encompasses or relates to the

newly claimed range of pH 3.75-3.85 anywhere in the original claims or disclosure. The

closest disclosure to a generic range is found in ¶ [0051] which lists all pH values from 2 to 5

in 0.05 pH unit intervals.

2) Specific, preferred, and/or exemplified embodiments in the original disclosure relating to

newly claimed ranges.

The specification does not include a reduction to practice of the newly claimed methods.

In addition, the specification does not include a reduction to practice or specific description

of the unit dosage form used in the newly claimed method, which contains acetic acid and

has a pH of 3.75-3.85. Acetic acid is one of countless excipients recited in ¶ [0056]-[0063],

without any specific guidance indicating that acetic acid as preferred or that the acetic acid

should be used with a pH of 3.75-3.85. The pH range 3.75-3.85 is within the range of pH

values listed in ¶[[0051], without any indication that the narrow claimed range is preferred.

3) An explicit or implicit disclosure in the application as originally filed relating to

particular ranges or parameters being part of the inventor's invention

Example 2 describes vasopressin formulations in 10 mM citrate buffer diluted in isotonic

saline at pH 2.5, 2.75, 3, 3.25, 3.5, 3.75, 4, 4.25 and 4.5 but does not include formulations at

pH 3.75-3.85 with acetic acid. Therefore, Example 2 does not support the combination of

acetic acid and pH 3.75-3.85.

The effect of acetate buffer on stability is examined in Example 4 however the pH of the

formulations is not reported. Therefore, Example 4 does not support the combination of

acetic acid and pH 3.75-3.85.

Example 7 and ¶ [0044] present a vasopressin formulation containing acetic acid but a

different pH range, 3.4-3.6, than the 3.75-3.85 claimed. In fact, ¶ [0044] describes the

formulation containing acetic acid at pH 3.4-3.6 as a reference or comparison formulation

rather than as the inventive formulation. Therefore, Example 7 and ¶ [0044] also do not

support the combination of acetic acid and pH 3.75-3.85.

4) An explicit or implicit disclosure in the application as originally filed relating to direction

or guidance for obtaining such particular ranges

The pH of the formulation is addressed in ¶ [0051] in a section entitled "Dosage

Amounts". The paragraphs states that:

[0051] Pharmaceutical compositions of the invention can be formulated at any suitable
pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2,
about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6,
about 2.65, about 2.7, about 2.75, -13-about 2.8, about 2.85, about 2.9, about 2.95, about

> 3, about 3.05, about 3.1, about 3.15, about 3.2, about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

The endpoints of the newly claimed range 3.75-3.85 literally appear in this paragraph. However, this paragraph does not constitute guidance for obtaining the particular claimed range. In contrast, this paragraph is a list of all pH values from 2 to 5 in 0.05 pH unit intervals, with no additional information distinguishing the range 3.75-3.85 from all other possible combinations in the list. There is nothing in this paragraph that suggests that at the time the invention was filed, Applicant was in possession of the particular claimed range 3.75-3.85. Rather, the list suggests that Applicant was not aware at the time of filing that the invention was the range of pH 3.75-3.85, or any other particular range within 2-5, but that Applicant wished to preserve the option of later claiming the range if criticality was discovered after filing.

5) The complex and/or unpredictable nature of the claimed invention or the claimed range

The effect of pH on stability is unpredictable and complex. Example 2 describes an investigation of pH wherein vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline at pH 2.5, 2.75, 3, 3.25, 3.5, 3.75, 4, 4.25 and 4.5. The total impurities was highest at pH 2.5 (70%), lowest at pH 3.5 and 3.75 (20%) and high at pH 4.5 (52%).

5) Any evidence or admission indicating that the newly claimed range is a different invention than the range originally described

PAR-VASO-0008598

As stated above, the closest disclosure to a generic range is found in ¶ [0051] which lists

all pH values from 2 to 5 in 0.05 pH unit intervals. In the Vandse declaration filed August 14,

2015, Applicant presents stability data for vasopressin adjusted to pH 3.5, 3.6, 3.7, 3.8, 3.9,

4, 4.1, 4.2, 4.3, 4.4, or 4.5 with 10 mM acetate buffer and concludes that pH 3.8 provides the

greatest stability (Vandse, paragraph 3-7, Figures 1-2). Applicant argues in the response filed

August 15, 2015 that these results are "surprising and unexpected" and that the newly

claimed range of pH 3.75-3.85 for vasopressin formulations in acetic acid is critical. With

these data and arguments, Applicant is essentially alleging that the newly claimed range of

pH 3.75-3.85 is a different invention than the originally disclosed pH values since the newly

claimed range has properties unique from the originally disclosed pH values.

For these reasons, the original specification does not provide inherent or implicit support

for new claims 16-27. Accordingly, amended claims 16-27 are rejected under 35 U.S.C. 112(a)

or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description

requirement.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains. Patentability shall not be negated by the manner in which the
> invention was made.

PAR-VASO-0008599

Claims 16-27 are rejected under 35 U.S.C. 103 as being unpatentable over

Pharmaceutical Partners of Canada Inc. (NPL 182, IDS 5/29/2015) in view of Treschan (NPL

185, IDS 5/29/2015).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation,

cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and

intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR),

septic shock, intraoperative hypotension, vasodilatory shock, and hemodynamic instability (p.

599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is

identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1

U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile,

nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially

free from the oxytocic principle and is standardized to contain 20 pressor units posterior

structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin

units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid

and/or sodium hydroxide for pH adjustment (2.5-4.5).

Neither Treschan or Pharmaceutical Partners of Canada teach that the pH of the unit

dosage form of vasopressin is 3.75-3.85 or that the unit dosage form contains from about 0.01

mg/ml to about 0.07 mg/ml of vasopressin. However, these differences are obvious in view of

the prior art.

With respect to the pH, Pharmaceutical Partners of Canada teaches a broader range of

2.5-4.5 which encompasses the claimed range of 3.75-3.85.  MPEP § 2144.05 states that "In the

case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima*

*facie* case of obviousness exists. *In reWertheim*, 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In*

*reWoodruff*, 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Therefore, the instantly claimed

range of 3.75-3.85 is *prima facie* obvious in view of the broader prior art range 2.5-4.5.

With respect to the amount of vasopressin, the prior art of Treschan teaches a dose that is

equal to the dose recited in the claim. For example, Treschan teaches a dose of 0.01-0.04 U/min

for refractory hypotension in septic shock, and a dose of 0.1 U/min for vasodilatory shock after

cardiopulmonary bypass (Table 4), which span the claimed range of 0.01-0.1 U/min. The

references are silent regarding the amount of vasopressin in mg/ml. Given that the dose is the

same in the prior art and the claims in U/min, it is reasonable to assume that the amount of

vasopressin in the prior art and claims in mg/ml is the same as well. Alternatively, it would have

been obvious to optimize the amount of vasopressin in mg/ml to achieve the prior art dose in

U/min, which is the same as the dose in U/min claimed. It would be obvious to optimize the

amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In reAller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

The resulting composition would meet all of the limitations for the unit dose form recited in claim 16. It would have been obvious to administer the resulting formulation to increase blood pressure in a human in need thereof according to Treschan. Specifically, the composition would be administered to a hypotensive patient suffering from septic shock at a dose of 0.01-0.04 U/min, or vasodilatory shock after cardiopulmonary bypass at a dose of 0.1 U/min (Table 4).

Therefore, the resulting method would satisfy all of the limitations of instant claims 16, 17, 20, and 23.

With respect to claim 18, Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP further comprises chlorobutanol.

With respect to claim 19, Treschan teaches that the patient's arterial blood pressure would increase within minutes as a result of administration (p. 601, col 1-2; p. 606, col 2; p. 607, col 2).

With respect to claims 21 and 22, Treschan teaches vasopressin infusion (0.1 U/min) in patients with postcardiotomy hypotension (p. 608, col 1).

With respect to claim 24, Treschan teaches 0.01-0.04 U/min for refractory hypotension in septic shock (Table 4).

With respect to claims 25-27, Treschan teaches that mean arterial pressure increased and was maintained for a period of about 8 hours with continuous administration (Figure 6), and that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation.

PAR-VASO-0008602

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

*Response to Arguments and Declaration*

Applicant's arguments filed August 14, 2015 pertaining to Pharmaceutical Partners of Canada in the context of the new rejection have been fully considered but are not persuasive. The declaration under 37 CFR 1.132 filed August 14, 2015 by Inventor Sunil Vandse has been fully considered but is insufficient to overcome the rejection. Applicant asserts that the data presented in the declaration establishes that the stability of the vasopressin formulations was affected by changes in pH, with stability being the highest at a pH between 3.6 and 3.8 (Figures 1-2, paragraphs 3-7).

MPEP 716.02(c) states: "'Expected beneficial results are evidence of obviousness of a claimed invention, just as unexpected results are evidence of unobviousness thereof.' *In re Gershon,* 372 F.2d 535, 538, 152 USPQ 602, 604 (CCPA 1967)" In the instant case, the prior art of Pharmaceutical Partners of Canada teach that pH 2.5-4.5 is suitable for a vasopressin formulation intended for clinical use. As a result, one of ordinary skill in the art would expect that even if there are differences across this pH range, all pH values would yield a formulation that is stable enough for clinical use. Applicant has not established "that the differences in results are in fact unexpected and unobvious and of both statistical and practical significance." (*Ex parte Gelles,* 22 USPQ2d 1318, 1319 (Bd. Pat. App. & Inter. 1992) because it is not clear from the declaration whether the observed differences in stability would have a practical effect on clinical use.

PAR-VASO-0008603

MPEP 716.02(e) states: " An affidavit or declaration under 37 CFR 1.132 must compare the claimed subject matter with the closest prior art to be effective to rebut a *prima facie* case of obviousness. *In re Burckel,* 592 F.2d 1175, 201 USPQ 67 (CCPA 1979)… Where the comparison is not identical with the reference disclosure, deviations therefrom should be explained, *In re Finley,* 174 F.2d 130, 81 USPQ 383 (CCPA 1949), and if not explained should be noted and evaluated, and if significant, explanation should be required. *In re Armstrong*, 280 F.2d 132, 126 USPQ 281 (CCPA 1960)." In the instant case, the closest prior art is the formulation taught by Pharmaceutical Partners of Canada. Each mL of Vasopressin Injection, USP contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5). In contrast, the declaration presents stability data for vasopressin adjusted to pH 3.5, 3.6, 3.7, 3.8, 3.9, 4, 4.1, 4.2, 4.3, 4.4, or 4.5 with 10 mM acetate buffer (Vandse, paragraph 3-7, Figures 1-2). Applicant has not provided data for pH values below 3.5 even though the prior art teaches a range of 2.5-4.5, has not addresses the role of chlorobutanol, and has not explained these discrepancies.

For these reasons, the rejection is maintained.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.  A nonstatutory double patenting rejection is appropriate

PAR-VASO-0008604

where the claims at issue are not identical, but at least one examined application claim is not

patentably distinct from the reference claim(s) because the examined application claim is either

anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*,

140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d

2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van*

*Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used.

Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what

form should be used. A web-based eTerminal Disclaimer may be filled out completely online

using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and

approved immediately upon submission. For more information about eTerminal Disclaimers,

refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 16-27 are provisionally rejected on the ground of nonstatutory double patenting as

being unpatentable over claims 1, 6-14, and 16 of copending Application No. 14/610,499 in view

of Pharmaceutical Partners of Canada Inc. (NPL 182, IDS 5/29/2015) in view of Treschan (NPL

185, IDS 5/29/2015).

Claim 1 of Application No. 14/610,499 recites a pharmaceutical composition comprising,

in a unit dosage form comprising from about 0.01 mg/ml to about 0.07 mg/ml vasopressin. The

copending application does not claim that the composition contains acetic acid or has a pH of

3.75-3.85, nor does it claim a method of using the composition in a method to increase blood

pressure in a hypotensive human. However, these differences are remedied by the prior art of

Pharmaceutical Partners of Canada Inc. and Treschan, the teachings of which are presented

above.

In view of Pharmaceutical Partners of Canada Inc., it would have been obvious to

optimize the pH of the claimed composition within the prior art range of 2.5-4.5, to arrive at the

claimed range of pH 3.75-3.85, and to use the prior art buffer acetic acid, in accordance with

MPEP § 2144.05 and *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976).

In view of Treschan, it would have been obvious to utilize the resulting vasopressin

formulation in a method to increase blood pressure in a hypotensive human for the same reasons

presented in the rejection under 35 U.S.C. 103(a) above.

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.

### *Conclusion*

No claims are allowed.

Applicant's amendment necessitated the new ground(s) of rejection presented in this

Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a).

Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action. In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

PAR-VASO-0008607

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

hydrolysis (trifluoroacetic acid–water 60:40, 12 h, 25 °C) to give the aldehyde **9**. [¹H NMR (CDCl₃) δ 9.70 (s, 1 H)], which was readily isomerised by triethylamine in CHCl₃ (15 min, 60 °C) to **10** [IR (CHCl₃) 3360, 1784, 1722, 1674 cm⁻¹; ¹H NMR (CDCl₃) 1.67 (s, 3 H), 1.84 (s, 3 H), 2.14 (s, 3 H), 5.08 (s, 2 H), 7.27 (s, 5 H), 7.3–8.0 (m, 5 H), 9.62 (s, 1 H); MS *m/e* 434 (M⁺), 343, 315, 147, 104].

The most reasonable explanation of these results is that the sulfenic acid derived from **4** undergoes base-catalyzed ring opening to sulfine **8** which was isolated or alternatively isomerized to **11** and, after ring opening to **12**, underwent 1,3-dipolar cycloaddition to the isolated **5** (Scheme I). Attempts to effect isomerization of **8** to **12** with various bases merely led to a generalized decomposition.

We conclude that base-catalyzed ring opening of azetidinone sulfenic acids gives sulfines, which may be isolated or intercepted as their intramolecular 1,3-dipolar adducts.

**Acknowledgment.** We thank the N.R.D.C. and the Cephalosporin Fund for financial support. G.S. thanks the Deutsche Forschungsgemeinschaft for a stipend, and C.P.F. thanks the University of Sheffield Research Fund for support during leave of absence.

**Jack E. Baldwin,\* Stephen R. Herchen, Günter Schulz**

*Dyson Perrins Laboratory*
*South Parks Road, Oxford, United Kingdom*

**Christopher P. Falshaw, Trevor J. King**

*Department of Chemistry, University Park*
*Nottingham, United Kingdom*

*Received July 28, 1980*

## Hydrophobic Acceleration of Diels–Alder Reactions

*Sir:*

When substances with nonpolar regions are dissolved in water, they tend to associate so as to diminish the hydrocarbon–water interfacial area. This "hydrophobic effect"¹ is a principal contributor to substrate binding in enzymes and to the self-association of amphiphiles in micelles or membranes. Curiously, however, hydrophobic effects have not been reported, to our knowledge, for any typical bimolecular chemical reaction of small molecules in aqueous solution except for cases² in which long hydrocarbon chains are arbitrarily present to promote association. Since in the Diels–Alder reaction of, e.g., cyclopentadiene with butenone the transition state **1** brings together two nonpolar groups, one might expect that in water this reaction could be accelerated by hydrophobic interactions. We wish to report that this is indeed the case, both for simple hydrophobic binding and for mutual hydrophobic binding into a cyclodextrin cavity.

The reaction of cyclopentadiene (0.4 mM) with butenone (12.1 mM and 25.5 mM) was followed at 250 nm and 20.0 °C in water and showed first-order disappearance of cyclopentadiene over two half-lives. The pseudo-first-order rate constant was also first order in butenone, giving a second-order rate constant $k_2$ of 4.40 ± 0.07 × 10⁻² M⁻¹ s⁻¹. This rate constant is listed in Table I along with the other rate constants determined for this reaction in other media and for the other Diels–Alder reactions we have examined. As this table shows, the reaction with butenone shows more than a 700-fold increase in water compared with the rate in 2,2,4-trimethylpentane. The rate in methanol is intermediate, but closer to that in the hydrocarbon solvent.

Lithium chloride is a salt which increases³ the hydrophobic effect, i.e., it "salts out" nonpolar materials dissolved in water.



R: COCH₃, CN

As expected from this, we get an increase in the rate of the Diels–Alder reaction with 4.86 M LiCl over that in water alone. Guanidinium chloride is similar to urea in changing the water structure so that it normally decreases³ hydrophobic interactions; i.e., it "salts in" nonpolar material. We find (Table I) that 4.86 M guanidinium chloride does not increase the Diels–Alder rate over that in water. The contrast with LiCl is as expected for a hydrophobic effect, although the absence of a rate decrease⁴ with guanidinium was not expected.

The Diels–Alder reaction of cyclopentadiene with acrylonitrile (Table I) shows only a small rate increase on changing the solvent from hydrocarbon to methanol but a much larger increase with water. Again it seems likely that this large increase in water is not simply a polar effect in a reaction which shows little sensitivity to the polarity of the other two solvents but is a specific hydrophobic effect. The most striking evidence of this comes from our study (Table I) on the Diels–Alder reaction of anthracene-9-carbinol (**2**) with *N*-ethylmaleimide. This reaction is *slower* in polar solvents than it is in nonpolar hydrocarbon solution,⁵ with the exception of water in which the rate is very fast. Only the hydrophobic effect seems capable of explaining this exceptional behavior of water.

Molecular models suggest that the transition states (**1**) for reaction of cyclopentadiene with butenone and acrylonitrile should be able to fit (cf. **3**) into the hydrophobic cavity of β-cyclodextrin (cycloheptaamylose) but not in the smaller cavity of α-cyclodextrin (cyclohexaamylose). The data in Table I indicate that this is correct. The two reactions are both even faster when 10 mM β-cyclodextrin is added to the water but slower with 5 or 10 mM α-cyclodextrin.⁶ This inhibition by α-cyclodextrin is expected since cyclopentadiene can bind to it, but in this small cavity there is then no room for the dienophile. For the larger transition state in the anthracene-9-carbinol reaction, even β-cyclodextrin is unable to bind both diene and dienophile and is an inhibitor, not a catalyst.

The catalytic effect of β-cyclodextrin is even larger than is apparent from the data in Table I. The rates increase with increasing β-cyclodextrin concentration with no indication of kinetic saturation, so at 10 mM β-cyclodextrin we are far from $V_{max}$. Furthermore the hydrophobic binding of diene plus dienophile into a cyclodextrin cavity in water largely replaces the association because of hydrophobic interaction in water alone which we have already discussed earlier. Thus the catalysis of the Diels–Alder reactions of cyclopentadiene by mutual binding

(1) For reviews, see: (a) Ben-Naim, A. "Hydrophobic Interactions"; Plenum Press: New York, 1980. (b) Tanford, C. "The Hydrophobic Effect", 2nd ed.; Wiley: New York, 1980.
(2) Reference 1a, p 97, and references therein.
(3) von Hippel, P. H.; Schleich, T. *Acc. Chem. Res.* **1969**, *2*, 257.
(4) Urea at 5.38 M also gave at most a slight decrease in the rate.
(5) The decrease probably reflects hydrogen bonding between diene and dienophile in the transition state which is less effective in more polar solvents.
(6) One might in general expect some change in exo–endo product ratios for reactions which are hydrophobically accelerated by water or by cyclodextrin binding, but we have not yet seen large clear trends. Furthermore, reaction in a cyclodextrin cavity might induce chirality in the product. We do see some optical activity in the cyclopentadiene–butenone adducts, but it corresponds to only a few percent enantiomeric excess.

PAR-VASO-0008609

**Table I.** Rate Constants for Diels–Alder Reactions

| solvent | additional component | $k_2 \times 10^5$, M$^{-1}$ s$^{-1a}$ |
|---|---|---|
| (a) Cyclopentadiene + Butenone, 20 °C ||
| isooctane[b] | | 5.94 ± 0.3 |
| MeOH | | 75.5 |
| H$_2$O | | 4400 ± 70 |
| H$_2$O | LiCl (4.86 M) | 10800 |
| H$_2$O | C(NH$_2$)$_3$$^+$Cl$^-$ (4.86 M) | 4300 |
| H$_2$O | β-cyclodextrin (10 mM)[c,f] | 10900 |
| H$_2$O | α-cyclodextrin (10 mM)[c,f] | 2610 |
| (b) Cyclopentadiene + Acrylonitrile, 30 °C ||
| isooctane[b] | | 1.9 |
| MeOH | | 4.0 |
| H$_2$O | | 59.3 |
| H$_2$O | β-cyclodextrin (10 mM)[d,f] | 537 |
| H$_2$O | α-cyclodextrin (5 mM)[d,f] | 47.9 |
| (c) Anthracene-9-carbinol + N-Ethylmaleimide, 45 °C ||
| isooctane[b] | | 796 ± 71 |
| 1-butanol | | 666 ± 23 |
| MeOH | | 344 ± 25 |
| CH$_3$CN | | 107 ± 8 |
| H$_2$O | | 22600 ± 700 |
| H$_2$O | β-cyclodextrin (10 mM)[e] | 13800 |

[a] Second-order rate constants. All data are the results of at least three runs at a given set of concentrations; error limits are given for cases in which triplicate runs were performed at more than one dienophile concentration. [b] 2,2,4-Trimethylpentane, >99% pure. [c] Initial conditions: cyclopentadiene (0.4 mM), butenone (10 mM). [d] Initial conditions; cyclopentadiene (0.4 mM), acrylonitrile (200 mM). [e] Initial conditions: anthracenecarbinol (0.03 mM), N-ethylmaleimide (1.0 mM). [f] The reactions were actually performed with 1 mol % of methanol and small amounts of HCl or formate buffer present; these had no effect on the reaction rate in pure water.

of reagents into a cyclodextrin cavity, compared with the reaction of *unassociated* molecules, is considerable.[7]

(7) We acknowledge support of this work by the National Institutes of Health and an NSF Predoctoral Fellowship to D.C.R.

**Darryl C. Rideout, Ronald Breslow\***

*Department of Chemistry, Columbia University*
*New York, New York 10027*

*Received September 18, 1980*

# Temperature and Matrix Effects on Migratory Aptitude and Stereochemistry in 1,2-Migration to a Divalent Carbon

*Sir:*

The 1,2-migration to divalent carbon generating an alkene has been of theoretical and synthetical interest, and hence considerable efforts[1] have been made to clarify the stereochemistry, migratory aptitude, and roles of multiplicity in the rearrangement. During the course of our studies[2] on the effect of temperature on carbene processes, we found that the migratory aptitude as well as the stereochemistry of a 1,2-H shift is highly sensitive to temperature and the reaction phase. The results provide important information

(1) For pertinent reviews, see: (a) Schaeffer, H. F., III. *Acc. Chem. Res.* **1979**, *12*, 288. (b) Moss, R. A.; Jones, M., Eds. "Carbenes"; Wiley: New York, 1973, 1975; Vol. I, II. (c) Kirmse, W., Ed. "Carbene Chemistry"; Academic Press: New York, 1971.
(2) (a) Tomioka, H.; Izawa, Y. *J. Am. Chem. Soc.* **1979**, *99*, 6128. (b) Tomioka, H. *Ibid.* **1979**, *101*, 256. (c) Tomioka, H.; Griffin, G. W.; Nishiyama, K. *Ibid.* **1979**, *101*, 6009. (d) Tomioka, H.; Inagaki, T.; Nakamura, S.; Izawa, Y. *J. Chem. Soc., Perkin Trans. I* **1979**, 130. (e) Tomioka, H.; Suzuki, S.; Izawa, Y. *Chem. Lett.* **1980**, 293. (f) Tomioka, H.; Miwa, T.; Suzuki, S.; Izawa, Y. *Bull. Chem. Soc. Jpn.* **1980**, *53*, 753.



**Figure 1.** ln ([Ph migration product]/[H migration product]) (○) and ln [[(E)-olefin]/[(Z)-olefin]] (□) as a function of temperature in the photolysis of **1** in methylcyclohexane. Arrows show the freezing point of the solvent.

concerning energetic and conformational controls in the carbenic rearrangement.

Direct irradiation of 1,2-diphenyl-1-diazopropane (**1**)[3] in methylcyclohexane in a sealed Pyrex tube was carried out with a 300-W high-pressure Hg lamp until all of the diazo compound was destroyed. A Corning CS-052 filter (**1**)[3] in cutoff at 350 nm was used in order to avoid product isomerization.[5] GC analysis of the reaction mixture showed that three olefins, i.e., 1,2-diphenylpropenes **2** and **3** and 1,1-diphenyl-1-propene (**4**), are formed in roughly equal amounts at ambient temperature along with α-phenylpropiophenone and its azine. Temperature studies

$$PhC\underset{\overset{\|}{N_2}}{\overset{Me}{=}}CHPh \xrightarrow[-N_2]{h\nu} \underset{\mathbf{1}}{\overset{Ph}{\underset{H}{=}}}\overset{Ph}{\underset{Me}{=}} + \underset{\mathbf{2}}{\overset{Ph}{\underset{H}{=}}}\overset{Me}{\underset{Ph}{=}} + \underset{\mathbf{3}}{\overset{Me}{\underset{Ph}{=}}}\overset{Ph}{\underset{H}{=}} \quad (1)$$

(+20 to –196 °C) revealed, however, that the relative amounts of olefins **2** and **3**, which result from H migration, and **4**, which results from phenyl migration, vary dramatically with temperature (Figure 1). Thus, as temperature decreases, phenyl migration product continues to increase as far as the solvent is fluid (81% at –110 °C), but its formation becomes remarkably suppressed once the environment becomes solid and is almost completely eliminated (<2%) at –196 °C.

Predominant Ph migration over H migration in a lower temperature liquid is quite interesting since the sequence of migratory aptitude prevailing in ambient-temperature chemistry was given[6] as H > Ph > Me and since, moreover, it has often been assumed[1e,7] that 1,2-H migrations occur with essentially zero activation energy. Apparently, however, the phenomenon is interpretable as indicating that the activation energy for H migration marginally exceeds that for Ph migration. Drastic decrease in the formation of **4** in a low-temperature solid phase, in spite of the energetic advantage, is then ascribable not to a simple temperature effect but totally to a matrix effect (a change in environment). In a matrix environment, for example, in which molecular motions are known[8] to be severely restricted, migration of a larger group (Ph) becomes effectively suppressed, whereas migration of an extremely small particle (H) is still significant even at this low temperature.

(3) All diazo compounds used in this study were prepared[4] by oxidation of the corresponding hydrazones and purified just before use. That no olefins were present before irradiation was easily shown by NMR.
(4) Pomerantz, M.; Witherup, T. H. *J. Am. Chem. Soc.* **1973**, *95*, 5977.
(5) A control experiment indicated that the product olefins did not isomerize under these conditions.
(6) (a) Friedman, L.; Shechter, H. *J. Am. Chem. Soc.* **1961**, *83*, 3159. (b) Philp, B. H.; Keating, J. *Tetrahedron Lett.* **1961**, 523.
(7) This result is supported by MINDO calculations: Kyba, E. P. *J. Am. Chem. Soc.* **1977**, *99*, 8330.
(8) See, for example: Wasserman, E.; Yager, W. A. *J. Phys. Chem.* **1967**, *71*, 201.

PAR-VASO-0008610

## HIGHLIGHTS OF PRESCRIBING INFORMATION

These highlights do not include all the information needed to use **EGRIFTA™** safely and effectively. See full prescribing information for **EGRIFTA™.**

EGRIFTA™ (tesamorelin for injection) for subcutaneous use

Initial U.S. Approval: 2010

————————————INDICATIONS AND USAGE————————————

EGRIFTA™ is a growth hormone releasing factor (GRF) analog indicated for the reduction of excess abdominal fat in HIV-infected patients with lipodystrophy. (1)

Limitations of use (1):

- Long-term cardiovascular benefit and safety of EGRIFTA™ have not been studied.
- Not indicated for weight loss management (weight neutral effect).
- There are no data to support improved compliance with anti-retroviral therapies in HIV-positive patients taking EGRIFTA™.

————————————DOSAGE AND ADMINISTRATION————————————

- Recommended dose of EGRIFTA™ is 2 mg injected subcutaneously once daily. (2.1)

————————————DOSAGE FORMS AND STRENGTHS————————————

- Each vial of EGRIFTA™ contains 1 mg of tesamorelin (3). Another vial contains the reconstitution diluent, Sterile Water for Injection. (3)

————————————CONTRAINDICATIONS————————————

- Disruption of the hypothalamic-pituitary axis due to hypophysectomy, hypopituitarism or pituitary tumor/surgery, head irradiation or head trauma (4.1)
- Active malignancy (4.2)
- Known hypersensitivity to tesamorelin and/or mannitol (4.3)
- Pregnancy (4.4)

————————————WARNINGS AND PRECAUTIONS————————————

- Neoplasms: Preexisting malignancy should be inactive and its treatment complete prior to starting EGRIFTA™ therapy. (5.1)
- Elevated IGF-I: Monitor regularly in all patients. Consider discontinuation in patients with persistent elevations. (5.2)
- Fluid retention: May include edema, arthralgia, and carpal tunnel syndrome. (5.3)
- Glucose intolerance: May develop with EGRIFTA™ use. Evaluate glucose status prior to and during therapy with EGRIFTA™. (5.4)
- Hypersensitivity reactions (e.g., rash, urticaria): Advise patients to seek immediate medical attention if suspected. (5.5)
- Injection site reactions: Advise patients to rotate sites. (5.6)
- Acute critical illness: Consider discontinuation. (5.7)

————————————ADVERSE REACTIONS————————————

Most commonly reported adverse reactions (>5% and more frequent than placebo): Arthralgia, injection site erythema, injection site pruritis, pain in extremity, peripheral edema, and myalgia. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact EMD Serono at 1-800-283-8088 ext. 5563 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch***

————————————DRUG INTERACTIONS————————————

- Cytochrome P450-metabolized drugs: Monitor carefully if used with EGRIFTA™. (7.1)

————————————USE IN SPECIFIC POPULATIONS————————————

- Nursing mothers: HIV-1 infected mothers should not human milk-feed to avoid potential postnatal transmission of HIV-1. (8.3)
- Pediatric use: Safety and efficacy not established. (8.4)

**See Section 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling**

**Revised: 11/2010**

---

## FULL PRESCRIBING INFORMATION: CONTENTS*

1 **INDICATIONS AND USAGE**
2 **DOSAGE AND ADMINISTRATION**
   2.1 General dosing information
   2.2 Reconstitution instructions
3 **DOSAGE FORMS AND STRENGTHS**
4 **CONTRAINDICATIONS**
   4.1 Disruption of the Hypothalamic-pituitary Axis
   4.2 Active Malignancy
   4.3 Hypersensitivity
   4.4 Pregnancy
5 **WARNINGS AND PRECAUTIONS**
   5.1 Neoplasms
   5.2 Elevated IGF-I
   5.3 Fluid Retention
   5.4 Glucose Intolerance
   5.5 Hypersensitivity Reactions
   5.6 Injection Site Reactions
   5.7 Acute Critical Illness
6 **ADVERSE REACTIONS**
   6.1 Clinical Trial Experience
   6.2 Immunogenicity

7 **DRUG INTERACTIONS**
   7.1 Cytochrome P450-Metabolized Drugs
   7.2 11β-Hydroxysteroid Dehydrogenase Type 1 (11βHSD-1)
8 **USE IN SPECIFIC POPULATIONS**
   8.1 Pregnancy
   8.2 Nursing Mothers
   8.3 Pediatric Use
   8.4 Geriatric Use
   8.5 Renal and Hepatic Impairment
10 **OVERDOSAGE**
11 **DESCRIPTION**
12 **CLINICAL PHARMACOLOGY**
   12.1 Mechanism of action
   12.2 Pharmacodynamics
   12.3 Pharmacokinetics
13 **NONCLINICAL TOXICOLOGY**
   13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
14 **CLINICAL STUDIES**
16 **HOW SUPPLIED/STORAGE AND HANDLING**
17 **PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed

Reference ID: 2863003

1

**FULL PRESCRIBING INFORMATION –*DRAFT DOCUMENT***

# 1 INDICATIONS AND USAGE

EGRIFTA™ (tesamorelin for injection) is indicated for the reduction of excess abdominal fat in HIV-infected patients with lipodystrophy *(see Clinical Studies (14))*.

Limitations of Use:
- Since the long-term cardiovascular safety and potential long-term cardiovascular benefit of EGRIFTA™ treatment have not been studied and are not known, careful consideration should be given whether to continue EGRIFTA™ treatment in patients who do not show a clear efficacy response as judged by the degree of reduction in visceral adipose tissue measured by waist circumference or CT scan.
- EGRIFTA™ is not indicated for weight loss management (weight neutral effect).
- There are no data to support improved compliance with anti-retroviral therapies in HIV-positive patients taking EGRIFTA™.

# 2 DOSAGE AND ADMINISTRATION

## 2.1 Dosing Information

The recommended dose of EGRIFTA™ is 2 mg injected subcutaneously once a day.

The recommended injection site is the abdomen. Injection sites should be rotated to different areas of the abdomen. Do not inject into scar tissue, bruises or the navel.

## 2.2 Reconstitution Instructions

Instructions for reconstituting EGRIFTA™ are provided in the INSTRUCTIONS FOR USE leaflet enclosed in the EGRIFTA™ medication box and in the injection kit box.

If not used immediately, the reconstituted EGRIFTA™ solution should be discarded. Do not freeze or refrigerate the reconstituted EGRIFTA™ solution.

Reconstituted EGRIFTA™ solution should always be inspected visually for particulate matter and discoloration prior to administration. EGRIFTA™ must be injected only if the solution is clear, colorless and without particulate matter.

# 3 DOSAGE FORMS AND STRENGTHS

EGRIFTA™ (tesamorelin for injection) is supplied in a vial containing 1 mg of tesamorelin as a lyophilized powder. The diluent (Sterile Water for Injection, 10 mL) is provided in a separate vial.

PAR-VASO-0008612

# 4 CONTRAINDICATIONS

## 4.1 Disruption of the Hypothalamic-pituitary Axis

EGRIFTA™ is contraindicated in patients with disruption of the hypothalamic-pituitary axis due to hypophysectomy, hypopituitarism, pituitary tumor/surgery, head irradiation or head trauma.

## 4.2 Active Malignancy

EGRIFTA™ is contraindicated in patients with active malignancy (either newly diagnosed or recurrent). Any preexisting malignancy should be inactive and its treatment complete prior to instituting therapy with EGRIFTA™ .

## 4.3 Hypersensitivity

EGRIFTA™ is contraindicated in patients with known hypersensitivity to tesamorelin and/or mannitol (an excipient) *[see Warnings and Precautions (5.5)]*.

## 4.4 Pregnancy

EGRIFTA™ is contraindicated in pregnant women. During pregnancy, visceral adipose tissue increases due to normal metabolic and hormonal changes. Modifying this physiologic change of pregnancy with EGRIFTA™ offers no known benefit and could result in fetal harm. Tesamorelin acetate administration to rats during organogenesis and lactation resulted in hydrocephalus in offspring at a dose approximately two and four times the clinical dose, respectively, based on measured drug exposure (AUC). If pregnancy occurs, discontinue EGRIFTA™ therapy. If this drug is used during pregnancy, or if the patient becomes pregnant while taking this drug, the patient should be apprised of the potential hazard to the fetus [see Use in Specific Populations (8.1)].

# 5 WARNINGS AND PRECAUTIONS

## 5.1 Neoplasms

EGRIFTA™ induces the release of endogenous growth hormone (GH), a known growth factor. Thus, patients with active malignancy should not be treated with EGRIFTA™ *(see Contraindications (4.2)*.

For patients with a history of non-malignant neoplasms, EGRIFTA™ therapy should be initiated after careful evaluation of the potential benefit of treatment. For patients with a history of treated and stable malignancies, EGRIFTA™ therapy should be initiated only after careful evaluation of the potential benefit of treatment relative to the risk of re-activation of the underlying malignancy.

In addition, the decision to start treatment with EGRIFTA™ should be considered carefully based on the increased background risk of malignancies in HIV-positive patients.

PAR-VASO-0008613

## 5.2    Elevated IGF-I

EGRIFTA™ stimulates GH production and increases serum IGF-I. Given that IGF-I is a growth factor and the effect of prolonged elevations in IGF-I levels on the development or progression of malignancies is unknown, IGF-I levels should be monitored closely during EGRIFTA™ therapy.    Careful consideration should be given to discontinuing EGRIFTA™ in patients with persistent elevations of IGF-I levels (e.g., >3 SDS), particularly if the efficacy response is not robust (e.g., based on visceral adipose tissue changes measured by waist circumference or CT scan).

During the clinical trials, patients were monitored every three months.  Among patients who received EGRIFTA™ for 26 weeks, 47.4% had IGF-I levels greater than 2 standard deviation scores (SDS), and 35.6% had SDS >3, with this effect seen as early as 13 weeks of treatment. Among those patients who remained on EGRIFTA™ for a total of 52 weeks, at the end of treatment 33.7% had IGF-I SDS >2 and 22.6% had IGF-I SDS >3.


## 5.3    Fluid Retention

Fluid retention may occur during EGRIFTA™ therapy and is thought to be related to the induction of GH secretion. It manifests as increased tissue turgor and musculoskeletal discomfort resulting in a variety of adverse reactions (e.g. edema, arthralgia, carpal tunnel syndrome) which are either transient or resolve with discontinuation of treatment.


## 5.4    Glucose Intolerance

EGRIFTA™ treatment may result in glucose intolerance. During the Phase 3 clinical trials, the percentages of patients with elevated $HbA_{1c}$ ($\geq 6.5\%$) from baseline to Week 26 were 4.5% and 1.3% in the EGRIFTA™ and placebo groups, respectively.  An increased risk of developing diabetes with EGRIFTA™  ($HbA_{1c}$ level $\geq 6.5\%$) relative to placebo was observed [intent-to-treat hazard odds ratio of 3.3 (CI 1.4, 9.6)].  Therefore, glucose status should be carefully evaluated prior to initiating EGRIFTA™ treatment. In addition, all patients treated with EGRIFTA™ should be monitored periodically for changes in glucose metabolism to diagnose those who develop impaired glucose tolerance or diabetes. Diabetes is a known cardiovascular risk factor and patients who develop glucose intolerance have an elevated risk for developing diabetes.  Caution should be exercised in treating HIV-positive patients with lipodystrophy with EGRIFTA™ if they develop glucose intolerance or diabetes, and careful consideration should be given to discontinuing EGRIFTA™ treatment in patients who do not show a clear efficacy response as judged by the degree of reduction in visceral adipose tissue by waist circumference or CT scan measurements.

Since EGRIFTA™ increases IGF-I, patients with diabetes who are receiving ongoing treatment with EGRIFTA™ should be monitored at regular intervals for potential development or worsening of retinopathy.

PAR-VASO-0008614

## 5.5 Hypersensitivity Reactions

Hypersensitivity reactions may occur in patients treated with EGRIFTA™. Hypersensitivity reactions occurred in 3.6% of patients with HIV-associated lipodystrophy treated with EGRIFTA™ in the Phase 3 clinical trials. These reactions included pruritus, erythema, flushing, urticaria, and other rash. In cases of suspected hypersensitivity reactions, patients should be advised to seek prompt medical attention and treatment with EGRIFTA™ should be discontinued immediately.

## 5.6 Injection Site Reactions

EGRIFTA™ treatment may cause injection site reactions, including injection site erythema, pruritus, pain, irritation, and bruising. The incidence of injection site reactions was 24.5% in EGRIFTA™-treated patients and 14.4% in placebo-treated patients during the first 26 weeks of treatment in the Phase 3 clinical trials. For patients who continued EGRIFTA™ for an additional 26 weeks, the incidence of injection site reactions was 6.1%. In order to reduce the incidence of injection site reactions, it is recommended to rotate the site of injection to different areas of the abdomen.

## 5.7 Acute Critical Illness

Increased mortality in patients with acute critical illness due to complications following open heart surgery, abdominal surgery or multiple accidental trauma, or those with acute respiratory failure has been reported after treatment with pharmacologic amounts of growth hormone. EGRIFTA™ has not been studied in patients with acute critical illness. Since EGRIFTA™ stimulates growth hormone production, careful consideration should be given to discontinuing EGRIFTA™ in critically ill patients.

## 6 ADVERSE REACTIONS

The most commonly reported adverse reactions are hypersensitivity (e.g., rash, urticaria) reactions due to the effect of GH (e.g., arthralgia, extremity pain, peripheral edema, hyperglycemia, carpal tunnel syndrome), injection site reactions (injection site erythema, pruritis, pain, urticaria, irritation, swelling, hemorrhage).

During the first 26 weeks of treatment (main phase), discontinuations as a result of adverse reactions occurred in 9.6% of patients receiving EGRIFTA™ and 6.8% of patients receiving placebo. Apart from patients with hypersensitivity reactions identified during the studies and who were discontinued per protocol (2.2%), the most common reasons for discontinuation of EGRIFTA™ treatment were adverse reactions due to the effect of GH (4.2%) and local injection site reactions (4.6%).

During the following 26 weeks of treatment (extension phase), discontinuations as a result of adverse events occurred in 2.4% of patients in the T-T group (patients treated with tesamorelin for Week 0-26

PAR-VASO-0008615

and with tesamorelin for Week 26-52) and 5.2% of patients in the T-P group (patients treated with tesamorelin for Week 0-26 and with placebo for Week 26-52).

## 6.1 Clinical Trial Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Seven hundred and forty HIV-infected patients with lipodystrophy and excess abdominal fat were exposed to EGRIFTA™ in the Phase 3 clinical trials; of these 543 received EGRIFTA™ during the initial 26-week placebo-controlled phase *[see Clinical Studies (14])*.

Adverse reactions that occurred more frequently with EGRIFTA™ relative to placebo and had an incidence ≥1% during the first 26 weeks across all studies are presented in Table 1.

**Table 1. Adverse Reactions Reported in ≥ 1% and More Frequent in EGRIFTA™ –treated than Placebo Patients during the 26-Week Main Phase (Combined Studies)**

|  | Incidence of patients (%) with adverse drug reactions | |
|---|---|---|
| **System Organ Class** Preferred Term | EGRIFTA™ (N=543) | Placebo (N=263) |
| **Musculoskeletal and connective tissue disorders** | | |
| Arthralgia | 13.3 | 11.0 |
| Pain in extremity | 6.1 | 4.6 |
| Myalgia | 5.5 | 1.9 |
| Musculoskeletal Pain | 1.8 | 0.8 |
| Musculoskeletal stiffness | 1.7 | 0.4 |
| Joint stiffness | 1.5 | 0.8 |
| Muscle spasms | 1.1 | 0.8 |
| Joint swelling | 1.1 | 0.0 |
| **General disorders and administration site conditions** | | |
| Injection site erythema | 8.5 | 2.7 |
| Injection site pruritus | 7.6 | 0.8 |
| Edema peripheral | 6.1 | 2.3 |
| Injection site pain | 4.1 | 3.0 |
| Injection site irritation | 2.9 | 1.1 |
| Pain | 1.7 | 1.1 |
| Injection site hemorrhage | 1.7 | 0.4 |
| Injection site urticaria | 1.7 | 0.4 |
| Injection site swelling | 1.5 | 0.4 |
| Injection site reaction | 1.3 | 0.8 |
| Chest pain | 1.1 | 0.8 |
| Injection site rash | 1.1 | 0.0 |
| **Nervous system disorders** | | |
| Paresthesia | 4.8 | 2.3 |

PAR-VASO-0008616

| | Incidence of patients (%) with adverse drug reactions | |
|---|---|---|
| **System Organ Class** Preferred Term | EGRIFTA™ (N=543) | Placebo (N=263) |
|     Hypoesthesia | 4.2 | 1.5 |
|     Carpal tunnel syndrome | 1.5 | 0.0 |
| **Gastrointestinal disorders** | | |
|     Nausea | 4.4 | 3.8 |
|     Vomiting | 2.6 | 0.0 |
|     Dyspepsia | 1.7 | 0.8 |
|     Abdominal pain upper | 1.1 | 0.8 |
| **Cardiac disorders** | | |
|     Palpitations | 1.1 | 0.4 |
| **Psychiatric disorders** | | |
|     Depression | 2.0 | 1.5 |
| **Skin and subcutaneous tissue disorders** | | |
|     Rash | 3.7 | 1.5 |
|     Pruritus | 2.4 | 1.1 |
|     Night sweats | 1.1 | 0.4 |
| **Vascular disorders** | | |
|     Hypertension | 1.3 | 0.8 |
| **Injury, poisoning and procedural complications** | | |
|     Muscle strain | 1.1 | 0.0 |
| **Investigations**     Blood creatine phosphokinase increased | 1.5 | 0.4 |

Mean levels of fasting blood glucose and fasting insulin were not significantly different between EGRIFTA™-treated and placebo-treated patients after 26 weeks of treatment.

In the EGRIFTA™ Phase 3 clinical trials, mean baseline (Week 0) $HbA_{1c}$ was 5.26% among patients in the EGRIFTA™ group and 5.28% among those in the placebo group. At Week 26, mean $HbA_{1c}$ was higher among patients treated with EGRIFTA™ compared with placebo (5.39% vs. 5.28% for the EGRIFTA™ and placebo groups, respectively, mean treatment difference of 0.12%, p=0.0004). Patients receiving EGRIFTA™ had an increased risk of developing diabetes ($HbA_{1c}$ level $\geq$ 6.5%) compared with placebo (4.5% vs. 1.3%), with a hazard ratio of 3.3 (CI 1.4, 9.6).

Adverse reactions observed during Week 26 to 52 of the Phase 3 clinical trials which had an incidence of $\geq$1% and were seen more frequently with EGRIFTA™ relative to placebo are presented in Table 2:

PAR-VASO-0008617

**Table 2. Adverse Reactions Reported in ≥ 1% and More Frequent in EGRIFTA™–treated than Placebo Patients during the 26-Week Extension Phase of the Combined Studies (Week 26 to Week 52 of the studies)**

| | Incidence of patients (%) with adverse drug reactions | |
|---|---|---|
| **System Organ Class** Preferred Term | T-T[1] (Week 26-52) (N=246) | T-P[2](Week 26-52) (N=135) |
| **Musculoskeletal and connective tissue disorders** | | |
| Pain in extremity | 3.3 | 0.7 |
| Myalgia | 1.2 | 0.0 |
| **General disorders and administration site conditions** | | |
| Injection site pruritus | 2.0 | 0.0 |
| Edema peripheral | 2.0 | 0.0 |
| Injection site erythema | 1.2 | 0.0 |
| **Nervous system disorders** | | |
| Paresthesia | 1.6 | 1.5 |
| Hypoesthesia | 1.6 | 0.7 |
| Neuropathy peripheral | 1.6 | 1.5 |
| **Gastrointestinal disorders** | | |
| Vomiting | 2.0 | 0.7 |
| **Psychiatric disorders** | | |
| Depression | 1.6 | 0.7 |
| Insomnia | 1.2 | 0.0 |
| **Skin and subcutaneous tissue disorders** | | |
| Pruritus | 1.2 | 0.7 |
| Urticaria | 1.2 | 0.0 |
| Night sweats | 1.2 | 0.0 |
| **Vascular disorders** | | |
| Hypertension | 1.6 | 1.5 |
| Hot flush | 1.2 | 0.7 |

[1]T-T = tesamorelin for Week-0-26 and tesamorelin for Week 26-52

[2]T-P = tesamorelin for Week-0-26 and placebo for Week 26-52

For patients who continued from Week 26-52, mean levels of fasting blood glucose, fasting insulin, and HbA$_{1c}$ were not different between the T-T and T-P groups.

## 6.2    Immunogenicity

As with all therapeutic proteins and peptides, there is a potential for in vivo development of anti-EGRIFTA™ antibodies. In the combined Phase 3 clinical trials anti-tesamorelin IgG antibodies were detected in 49.5% of patients treated with EGRIFTA™ for 26 weeks and 47.4% of patients who received EGRIFTA™ for 52 weeks. In the subset of patients with hypersensitivity reactions, anti-tesamorelin IgG antibodies were detected in 85.2%. Cross-reactivity to endogenous growth hormone-releasing hormone

PAR-VASO-0008618

(GHRH) was observed in approximately 60% of patients who developed anti-tesamorelin antibodies. Patients with and without anti-tesamorelin IgG antibodies had similar mean reductions in visceral adipose tissue (VAT) and IGF-I response suggesting that the presence of antibodies did not alter the efficacy of EGRIFTA™. In a group of patients who had antibodies to tesamorelin after 26 weeks of treatment (56%) and were re-assessed 6 months later, after stopping EGRIFTA™ treatment, 18% were still antibody positive.

Neutralizing antibodies to tesamorelin and hGHRH were detected in vitro at Week 52 in 10% and 5% of EGRIFTA™-treated patients, respectively. They did not appear to have an impact on efficacy, as evidenced by comparable changes in VAT and IGF-I level in patients with or without in vitro neutralizing antibodies.

The observed incidence of antibody positivity in an assay is highly dependent on several factors including assay sensitivity and specificity, methodology, sample handling, timing of sample collection, concomitant medication and underlying disease. For these reasons, comparison of the incidence of antibodies to EGRIFTA™ with the incidence of antibodies to other products may be misleading.

# 7        DRUG INTERACTIONS

## 7.1        Cytochrome P450-Metabolized Drugs

Co-administration of EGRIFTA™ with simvastatin, a sensitive CYP3A substrate, showed that EGRIFTA™ had no significant impact on the pharmacokinetics profiles of simvastatin in healthy subjects. This result suggests that EGRIFTA™ may not significantly affect CYP3A activity. Other isoezymes of CYP450 have not been evaluated with EGRIFTA™. Published data, however, indicate that GH may modulate cytochrome P450 (CYP450) mediated antipyrine clearance in man. These data suggest that GH may alter the clearance of compounds known to be metabolized by CYP450 liver enzymes (e.g., corticosteroids, sex steroids, anticonvulsants, cyclosporine). Because tesamorelin stimulates GH production, careful monitoring is advisable when EGRIFTA™ is administered in combination with other drugs known to be metabolized by CYP450 liver enzymes [*see Clinical Pharmacology (12.3)*].

## 7.2        11β-Hydroxysteroid Dehydrogenase Type 1 (11βHSD-1)

GH is known to inhibit 11β-hydroxysteroid dehydrogenase type 1 (11βHSD-1), a microsomal enzyme required for conversion of cortisone to its active metabolite, cortisol, in hepatic and adipose tissue. Because tesamorelin stimulates GH production, patients receiving glucocorticoid replacement for previously diagnosed hypoadrenalism may require an increase in maintenance or stress doses following initiation of EGRIFTA™, particularly in patients treated with cortisone acetate and prednisone because conversion of these drugs to their biologically active metabolites is dependent on the activity of 11βHSD-1.

PAR-VASO-0008619

# 8       USE IN SPECIFIC POPULATIONS

## 8.1       Pregnancy

Pregnancy Category X [see Contraindications (4.4)].
EGRIFTA™ is contraindicated in pregnant women. During pregnancy, visceral adipose tissue increases due to normal metabolic and hormonal changes. Modifying this physiologic change of pregnancy with EGRIFTA™ offers no known benefit and could result in fetal harm. Tesamorelin acetate administration to rats during organogenesis and lactation resulted in hydrocephaly in offspring at a dose of approximately two and four times the clinical dose, respectively, based on measured drug exposure (AUC). If pregnancy occurs, discontinue EGRIFTA™ therapy. If this drug is used during pregnancy, or if the patient becomes pregnant while taking this drug, the patient should be apprised of the potential hazard to the fetus.

Tesamorelin acetate administration to rats during organogenesis and lactation produced hydrocephaly in offspring at a dose of approximately two and four times the clinical dose, respectively, based on measured drug exposure (AUC). Actual animal dose was 1.2 mg/kg. During organogenesis, lower doses approximately 0.1 to 1 times the clinical dose caused delayed skull ossification in rats. Actual animal doses were 0.1 to 0.6 mg/kg. No adverse developmental effects occurred in rabbits using doses up to approximately 500 times the clinical dose.

## 8.2       Nursing Mothers

The Centers for Disease Control and Prevention recommend that HIV-infected mothers in the United States not human milk-feed their infants to avoid risking postnatal transmission of HIV-1 infection. Because of both the potential for HIV-1 infection transmission and serious adverse reactions in nursing infants, mothers receiving EGRIFTA™ should be instructed not to human milk-feed.

It is not known whether EGRIFTA™ is excreted in human milk. Tesamorelin acetate administration to rats during organogenesis and lactation resulted in hydrocephaly in offspring at a dose of approximately two and four times the clinical dose, respectively, based on measured drug exposure (AUC). Actual animal dose was 1.2 mg/kg.

## 8.3       Pediatric Use

Safety and effectiveness in pediatric patients have not been established. EGRIFTA™ should not be used in children with open epiphyses, among whom excess GH and IGF-I may result in linear growth acceleration and excessive growth.

## 8.4       Geriatric Use

There is no information on the use of EGRIFTA™ in patients greater than 65 years of age with HIV and lipodystrophy.

## 8.5       Renal and Hepatic Impairment

Safety, efficacy, and pharmacokinetics of EGRIFTA™ in patients with renal or hepatic impairment have not been established.

PAR-VASO-0008620

# 10 OVERDOSAGE

No data are available on overdosage.


# 11 DESCRIPTION

EGRIFTA™ contains tesamorelin (as the acetate salt), an analog of human growth hormone-releasing factor (GRF). The peptide precursor of tesamorelin acetate is produced synthetically and is comprised of the 44 amino acid sequence of human GRF. Tesamorelin acetate is made by attaching a hexenoyl moiety, a C6 chain with a double bond at position 3, to the tyrosine residue at the N-terminal part of the molecule. The molecular formula of tesamorelin acetate is $C_{221}H_{366}N_{72}O_{67}S \bullet x\ C_2H_4O_2$ ($x \approx 7$) and its molecular weight (free base) is 5135.9 Daltons. The structural formula of tesamorelin acetate is:



EGRIFTA™ is a sterile, white to off-white, preservative-free lyophilized powder for subcutaneous injection. After reconstitution with the supplied diluent (Sterile Water for Injection, USP), a solution of EGRIFTA™ is clear and colorless. Each single-use vial of EGRIFTA™ contains 1 mg of tesamorelin as the free base (1.1 mg tesamorelin acetate, anhydrous) and the following inactive ingredient: 50 mg mannitol, USP.


# 12 CLINICAL PHARMACOLOGY

## 12.1 Mechanism of action

In vitro, tesamorelin binds and stimulates human GRF receptors with similar potency as the endogenous GRF. *[See Clinical Pharmacology (12.2)].*


Growth Hormone-Releasing Factor (GRF), also known as growth hormone-releasing hormone (GHRH), is a hypothalamic peptide that acts on the pituitary somatotroph cells to stimulate the synthesis and pulsatile release of endogenous growth hormone (GH), which is both anabolic and lipolytic. GH exerts its effects by interacting with specific receptors on a variety of target cells, including chondrocytes, osteoblasts, myocytes, hepatocytes, and adipocytes, resulting in a host of pharmacodynamic effects. Some, but not all these effects, are primarily mediated by IGF-I produced in the liver and in peripheral tissues.

PAR-VASO-0008621

## 12.2      Pharmacodynamics

<u>Effects on IGF-I and IGFBP-3 levels</u>

Tesamorelin stimulates growth hormone secretion, and subsequently increases IGF-I and IGFBP-3 levels. *[See Clinical Studies (14)].*

<u>Other Pituitary Hormones</u>

No clinically significant changes in the levels of other pituitary hormones, including thyroid-stimulating hormone (TSH), luteinizing hormone (LH), adrenocorticotropic hormone (ACTH) and prolactin, were observed in subjects receiving EGRIFTA™ in Phase 3 clinical trials.

## 12.3      Pharmacokinetics

<u>Absorption</u>

The absolute bioavailability of EGRIFTA™ after subcutaneous administration of a 2 mg dose was determined to be less than 4% in healthy adult subjects. Single and multiple dose pharmacokinetics of EGRIFTA™ have been characterized in healthy subjects and HIV-infected patients without lipodystrophy following 2 mg subcutaneous administration.

The mean values [coefficient of variation (CV)] of the extent of absorption (AUC) for tesamorelin were 634.6 (72.4) and 852.8 (91.9) pg.h/mL in healthy subjects and HIV-infected patients, respectively, after a single subcutaneous administration of a 2 mg EGRIFTA™ dose. The mean (CV) peak tesamorelin concentration ($C_{max}$) values were 2874.6 (43.9) pg/mL in healthy subjects and 2822.3 (48.9) pg/mL in HIV-infected patients. The median peak plasma tesamorelin concentration ($T_{max}$) was 0.15 h in both populations.

<u>Distribution</u>

The mean volume of distribution (±SD) of tesamorelin following a single subcutaneous administration was 9.4±3.1 L/kg in healthy subjects and 10.5±6.1 L/kg in HIV-infected patients.

<u>Metabolism</u>

No formal metabolism studies have been performed in humans.

<u>Elimination</u>

Mean elimination half-life ($T_{1/2}$) of tesamorelin was 26 and 38 minutes in healthy subjects and HIV-infected patients, respectively, after subcutaneous administration for 14 consecutive days.

PAR-VASO-0008622

**Drug Interactions**

<u>Simvastatin</u>

The effect of multiple dose administration of EGRIFTA™ (2 mg) on the pharmacokinetics of simvastatin and simvastatin acid was evaluated in healthy subjects. Co-administration of EGRIFTA™ and simvastatin (a sensitive CYP3A substrate) resulted in 8% decrease in extent of absorption ($AUC_{inf}$) and 5% increase in rate of absorption ($C_{max}$) of simvastatin. For simvastatin acid there was a 15% decrease in $AUC_{inf}$ and 1% decrease in $C_{max}$ [*see Drug Interactions (7.1)*].

<u>Ritonavir</u>

The effect of multiple dose administration of EGRIFTA™ (2 mg) on the pharmacokinetics of ritonavir was evaluated in healthy subjects. Co-administration of EGRIFTA™ with ritonavir resulted in 9% decrease in $AUC_{inf}$ and 11% decrease in $C_{max}$ of ritonavir [*see Drug Interactions*].

**Specific Populations**

Pharmacokinetics of tesamorelin in patients with renal or, hepatic impairment, in pediatric patients, or in elderly patients has not been established.

# 13 NONCLINICAL TOXICOLOGY

## 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Life-time carcinogenicity studies in rodents have not been conducted with tesamorelin acetate. No potential mutagenicity of tesamorelin acetate was revealed in a battery of tests including induction of gene mutations in bacteria (the Ames test), gene mutations in mammalian cells grown in vitro (hamster CHOK1 cells), and chromosomal damage in intact animals (bone marrow cells in mice). There was no effect on fertility in male or female rats following administration of tesamorelin acetate at doses up to 0.6 mg/kg (approximately equal to clinical exposure) for 28 days in males or 14 days in females. In the 26-week toxicity study in rats, females given approximately 16 and 25 times the clinical dose were more likely to be in diestrus.

# 14 CLINICAL STUDIES

Two multicenter, randomized, double-blind, placebo-controlled studies were conducted in HIV-infected patients with lipodystrophy and excess abdominal fat (abdominal lipohypertrophy). Both studies (Study 1 and 2) consisted of a 26-week Main Phase and a 26-week Extension Phase. Main inclusion criteria were age 18-65 years, a waist circumference ≥95 cm (37.4 inches) and a waist-to-hip ratio ≥0.94 for men and ≥94 cm (37.0 inches) and ≥0.88 for women, respectively, and fasting blood glucose (FBG) <150 mg/dL (8.33 mmol/L). Main exclusion criteria included BMI ≤ 20 kg/m², type 1 diabetes, type 2 diabetes, if previously treated with insulin or with oral hypoglycemic or insulin-sensitizing agents, history of malignancy, and hypopituitarism. Patients were on a stable anti-retroviral regimen for at least 8 weeks prior to randomization. Patients meeting the inclusion/exclusion criteria were randomized in a 2:1 ratio to

PAR-VASO-0008623

receive 2 mg EGRIFTA™ or placebo subcutaneously daily for 26 weeks. The primary efficacy assessment for each of these studies was the percent change from baseline to Week 26 (Main Phase) in visceral adipose tissue (VAT), as assessed by computed tomography (CT) scan at L4-L5 vertebral level. Secondary endpoints included changes from baseline in patient-reported outcomes related to body image, triglycerides, ratio of total cholesterol to HDL cholesterol, IGF-I levels, and safety parameters. Other endpoints included changes from baseline in waist circumference, abdominal subcutaneous tissue (SAT), trunk fat, and lean body mass. In both studies, EGRIFTA™-treated patients completing the 26-week treatment period were re-randomized to blinded therapy with either daily placebo or 2 mg EGRIFTA™ for an additional 26-week treatment period (Extension Phase) in order to assess maintenance of VAT reduction and to gather long-term safety data. For inclusion in the Extension Phase studies, subjects must have completed the Main Phase with FBG ≤ 150 mg/dL.

Main Phase (Baseline to Week 26):

*Study 1*

This study randomized 412 HIV-infected patients with lipodystrophy and excess abdominal fat to receive either EGRIFTA™ (N=273) or placebo (N=137). At baseline for the two groups combined, mean age was 48 years; 86% were male; 75% were white, 14% were Black/African American, and 8% were Hispanic; mean weight was 90 kg; mean BMI was 29 kg/m$^2$; mean waist circumference was 104 cm; mean hip circumference was 100 cm; mean VAT was 176 cm$^2$; mean CD4 cell count was 606 cells/mm$^3$; 69% had undetectable viral load (<50 copies/mL); and 33.7% randomized to EGRIFTA$^{TM}$ and 36.6% randomized to placebo had impaired glucose tolerance, while 5.6% randomized to EGRIFTA™ and 6.7 % randomized to placebo had diet-controlled diabetes mellitus. The twenty-six week completion rate in Study 1 was 80%.

*Study 2*

This study randomized 404 HIV-infected patients with lipodystrophy and excess abdominal fat to receive either EGRIFTA™ (N=270) or placebo (N=126). At baseline for the two groups combined, mean age was 48 years; 84% were male; 77% were white, 12% were Black/African American, and 9% were Hispanic; mean weight was 88 kg; mean BMI was 29 kg/m$^2$; mean waist circumference was 105 cm; mean hip circumference was 100 cm; mean VAT was 189 cm$^2$; mean CD4 cell count was 592 cells/mm$^3$; 83% had undetectable viral load (<50 copies/mL); and 44.1 % randomized to EGRIFTA™ and 39.7% randomized to placebo had impaired glucose tolerance, while 9.3% randomized to EGRIFTA™ and 9.5 % randomized to placebo had diet-controlled diabetes mellitus. The twenty-six week completion rate in Study 2 was 74%.

Results for the Main Phases of Studies 1 and 2 are presented in Tables 3 and 4.

PAR-VASO-0008624

**Table 3: Changes from Baseline to Week 26 in Visceral Adipose Tissue (cm$^2$) by Treatment Group (Intent-To-Treat Population with Last Observation Carried Forward)**

| | MAIN PHASE (Baseline-Week 26) | | | |
|---|---|---|---|---|
| | Study 1 | | Study 2 | |
| | EGRIFTA™ (N=273) | Placebo (N=137) | EGRIFTA™ (N=270) | Placebo (N=126) |
| Baseline (cm$^2$) | 178 (77) | 171 (77) | 186 (87) | 195 (95) |
| Change (cm$^2$) | -27 | 4 | -21 | -0 |
| Mean treatment difference (95% CI) | -31 (-39,-24) | | -21 (-29,-12) | |
| Mean Change (%)[1] | -18 | 2 | -14 | -2 |
| Mean Treatment difference (95% CI)[1] | -20 (-24, -15) | | -12 (-16, -7) | |

Baseline data are expressed as mean (SD); Change refers to least-squares means (LSM); CI: confidence interval.

[1] Results derived from the statistical model: Ln(VAT Week 26/VAT Baseline) = Ln(VAT Baseline) + treatment group

**Table 4: Changes from Baseline to Week 26 in IGF-I, IGFBP-3, Weight, and Waist Circumference by Treatment Group (Intent-To-Treat Population with Last Observation Carried Forward)**

| | | MAIN PHASE (Baseline-Week 26) | | | |
|---|---|---|---|---|---|
| | | Study 1 | | Study 2 | |
| | | EGRIFTA™ (N=273) | Placebo (N=137) | EGRIFTA™ (N=270) | Placebo (N=126) |
| IGF-I (ng/mL) | Baseline | 161 (59) | 168 (75) | 146 (66) | 149 (59) |
| | Change | 107 | -15 | 108 | 3 |
| | Mean treatment difference (95% CI) | 122 (101, 141) | | 105 (85, 126) | |
| IGFBP-3 (mg/L) | Baseline | 3 (1) | 3 (1) | 3 (1) | 3 (1) |
| | Change | 0.4 | -0.2 | 0.8 | -0.0 |
| | Mean treatment difference (95% CI) | 0.6 (0.5, 0.8) | | 0.8 (0.5, 1.0) | |
| Weight (kg) | Baseline | 90 (14) | 90 (14) | 89 (14) | 87 (16) |
| | Change | -0.4 | 0.0 | 0.5 | 0.3 |
| | Mean treatment difference (95% CI) | -0.4 (-1.3, 0.5) | | 0.2 (-0.7, 1.3) | |
| Waist Circumference (cm) | Baseline | 104 (10) | 105 (9) | 105 (9) | 105 (9) |
| | Change | -3 (5) | -1 (4) | -2 (5) | -1 (5) |
| | Mean treatment difference (95% CI) | -2 (-2.8, -0.9) | | -1 (-2.5, -0.3) | |

Baseline data are expressed as mean (SD); Change refers to least-squares means (LSM); CI: confidence interval.

A subgroup analysis by gender showed that there were no statistical differences in the percent change from baseline in visceral adipose tissue (VAT) and IGF-I responses, respectively, between males and females.

At Week 26, treatment with EGRIFTA™ resulted in a reduction from baseline in mean trunk fat of 1.0 kg in Study 1 and 0.8 kg in Study 2, respectively (compared with an increase of 0.4 kg in Study 1 and of 0.2 kg in Study 2, respectively, in patients receiving placebo). Treatment with EGRIFTA™ resulted in an increase from baseline in mean lean body mass of 1.3 kg in Study 1 and of 1.2 kg in Study 2, respectively (compared with a decrease of 0.2 kg in Study 1 and of 0.03 kg in Study 2, respectively, in patients receiving placebo).

On average, there were no adverse effects of EGRIFTA™ on lipids or subcutaneous adipose tissue (SAT). EGRIFTA™ did not adversely alter antiretroviral effectiveness, such as mean circulating levels of CD4 counts or HIV-1 RNA (viral load).

<u>Patient Reported Outcomes</u>

Patients rated the degree of distress associated with their belly appearance on a 9-point rating scale that was then transformed to a score from 0 (extremely upsetting and distressing) to 100 (extremely encouraging). A score of 50 indicated neutral (no feeling either way). A positive change from baseline score indicated improvement, i.e., less distress.

The cumulative distribution of response (change from baseline to 26 weeks) is shown in Figure 1 for both treatment groups. A curve shifted to the right on this scale indicates a greater percentage of patients reporting improvement.

**Figure 1. Cumulative Distribution of Response for Belly Appearance Distress**



<u>Extension Phase (Weeks 26-52):</u>

In the double-blind Extension Phase, patients on EGRIFTA™ completing the 26-week Main Phase were re-randomized to receive 2 mg EGRIFTA™ or placebo.

*Study 1*

This study re-randomized 207 HIV-infected patients with lipodystrophy who completed EGRIFTA™ treatment in the Main Phase to receive either EGRIFTA™ (N=154) or placebo (N=50) for an additional 26-week duration (3:1 randomization ratio). At baseline (Week 26) for the two groups combined, mean age was 48 years; 88% were male; 78% were white, 12% were Black/African American, and 8% were Hispanic; mean weight was 90 kg; mean BMI was 29 kg/m$^2$; mean waist circumference was 102 cm; mean hip circumference was 100 cm; mean VAT was 145 cm$^2$; mean CD4 cell count was 639 cells/mm$^3$; 68% had undetectable viral load (<50 copies/mL); and and for those EGRIFTA™-treated patients completing the 26-week treatment period that were re-randomized to EGRIFTA™ (T-T group) or re-randomized to placebo, 36.6 % and  32.0 %, respectively, had impaired glucose tolerance , while 2.0 % re-randomized to EGRIFTA™ and 6.0 % re-randomized to placebo had diet-controlled diabetes mellitus. The completion rate for patients randomized into the extension phase of Study 1 was 83%.

*Study 2*

This study re-randomized 177 HIV-infected patients with lipodystrophy who completed EGRIFTA™ treatment in the Main Phase to receive either EGRIFTA™ (N=92) or placebo (N=85) for an additional 26-week duration (1:1 randomization ratio). At baseline (Week 26) for the two groups combined, mean age was 48 years; 90% were male; 84% were white, 9% were Black/African American, and 7% were Hispanic; mean weight was 89 kg; mean BMI was 28 kg/m$^2$; mean waist circumference was 105 cm; mean hip circumference was 100 cm;; mean VAT was 172 cm$^2$; mean CD4 cell count was 579 cells/mm$^3$; 82% had undetectable viral load (<50 copies/mL); and for those EGRIFTA™-treated patients completing the 26-week treatment period that were re-randomized to EGRIFTA™ (T-T group) or re-randomized to placebo, 48.9 % and  50.6 %, respectively, had impaired glucose tolerance, while 4.3 % re-randomized to EGRIFTA™ and 12.9 % re-randomized to placebo had diet-controlled diabetes mellitus. The completion rate for patients randomized into the extension phase of Study 2 was 81%.

Results for the Extension Phases of Studies 1 and 2 are presented in Tables 5 and 6.

PAR-VASO-0008627

**Table 5: Changes from Week 26 Baseline to Week 52 in Visceral Adipose Tissue (cm²) by Treatment Group (Intent-To-Treat Population with Last Observation Carried Forward)**

| | EXTENSION PHASE (Week 26-52) | | | |
|---|---|---|---|---|
| | Study 1 | | Study 2 | |
| | T-T[1] (Week 26-52) (N=154) | T-P[2] (Week 26-52) (N=50) | T-T[1] (Week 26-52) (N=92) | T-P[2] (Week 26-52) (N=85) |
| Week 26 (cm²) | 145 (72) | 144 (72) | 166 (89) | 177 (88) |
| Change ( cm²) | 3 | 25 | -11 | 24 |
| Mean treatment difference (95% CI)[1] | -22 (-34, -10) | | -35 (-48, -22) | |
| Mean Change (%)[1] | 0 | 22 | -5 | 16 |
| Mean treatment difference (95% CI)[3] | -17 (-24, -10) | | -18 (-24, -11) | |

Week 26 baseline data are expressed as mean (SD). Change refers to least-squares means (LSM); CI: confidence interval.

[1]T-T = tesamorelin for Weeks 0-26 and tesamorelin for Weeks 26-52
[2]T-P = tesamorelin for Weeks 0-26 and placebo for Weeks 26-52
[3]Results derived from the statistical model: Ln(VAT Week 52/Week 26) = Ln(Week 26 VAT) + treatment group

Figure 2 shows the percent change in VAT from baseline (Week 0) over time until 52 weeks in completer patients.

**Figure 2  Percent Change from Baseline in VAT over Time**



Data in Figure 2 are expressed as mean values. T-T (tesamorelin to tesamorelin) refers to the group of patients who received tesamorelin for Weeks 0-26 and were re-randomized to tesamorelin for Weeks 26-52. T-P (tesamorelin to placebo) refers to the group of patients who received tesamorelin for Weeks 0-26 and were re-randomized to placebo for Weeks 26-52. P-T (placebo to tesamorelin) refers to the group of

PAR-VASO-0008628

patients who received placebo for Weeks 0-26 and were switched to tesamorelin (treated open label) for Weeks 26-52.

**Table 6: Changes from Week 26 Baseline to Week 52 in IGF-I, IGFBP-3, Weight, and Waist Circumference by Treatment Group (Intent-To-Treat Population with Last Observation Carried Forward)**

| | | EXTENSION PHASE (Weeks 26-52) | | | |
|---|---|---|---|---|---|
| | | Study 1 | | Study 2 | |
| | | T-T[1] (Week 26-52) (N=154) | T-P[2] (Week 26-52) (N=50) | T-T[1] (Week 26-52) (N=92) | T-P[2] (Week 26-52) (N=85) |
| IGF-I (ng/mL) | Week 26 | 291 (124) | 281 (105) | 280 (134) | 269 (110) |
| | Change | -59 | -137 | -25 | -135 |
| | Mean treatment difference (95% CI) | 78 (50, 106) | | 110 (87, 134) | |
| IGFBP-3 (mg/L) | Week 26 | 3 (1) | 3 (1) | 3 (1) | 3 (1) |
| | Change | -0.2 | -0.5 | -0.3 | -0.9 |
| | Mean treatment difference (95% CI) | 0.3 (-0.0, 0.6) | | 0.6 (0.3, 0.9) | |
| Weight (kg) | Week 26 | 89 (14) | 92 (17) | 89 (13) | 90 (14) |
| | Change | 0.2 | 0.6 | -0.5 | 0.1 |
| | Mean treatment difference (95% CI) | -0.4 (-2, 1) | | -0.6 (-2, 1) | |
| Waist Circumference (cm) | Week 26 | 101(10) | 102 (12) | 101 (9) | 103 (11) |
| | Change | -0.2 | 2.4 | -1.1 | 0.2 |
| | Mean treatment difference (95% CI) | -2.6 (-4, -1) | | -1.3 (-2, 0) | |

Week 26 baseline data are expressed as mean (SD); Change refers to least-square means (LSM); CI: confidence interval.
[1]T-T = tesamorelin for Week-0-26 and tesamorelin for Week 26-52
[2]T-P = tesamorelin for Week-0-26 and placebo for Week 26-52

Patients treated with EGRIFTA™ for 52 weeks (T-T group) showed no change between Weeks 26 and 52 in mean trunk fat (increase of 0.1 kg in Study 1 and decrease of 0.5 kg in Study 2, respectively, compared with an increase of 1.4 kg in patients in the T-P group in Study 1 and an increase of 1.09 kg in Study 2, respectively) nor was there a change from Week 26 baseline in mean lean body mass (decrease of 0.1 kg in Study 1 and increase of 0.1 kg in Study 2, respectively, compared with a decrease of 1.8 kg in patients in the T-P group in Study 1 and a decrease of 1.7 kg in Study 2, respectively).

PAR-VASO-0008629

There was no adverse effect of EGRIFTA™ on lipids or subcutaneous adipose tissue (SAT). EGRIFTA™ did not adversely alter antiretroviral effectiveness, such as mean circulating levels of CD4 counts or HIV-1 RNA (viral load).

# 16      HOW SUPPLIED/STORAGE AND HANDLING

EGRIFTA™ (tesamorelin for injection) is supplied as a sterile, white to off-white lyophilized powder. Each single-use vial of EGRIFTA™ contains 1 mg of tesamorelin as the free base (1.1 mg tesamorelin acetate, anhydrous) and the following inactive ingredient: 50 mg mannitol, USP.

EGRIFTA™ is available in a package comprised of two boxes. One box contains 60 vials of EGRIFTA™ and a second box contains 30 single-use 10 mL vials of reconstitution diluent (Sterile Water for Injection, USP), disposable syringes, and needles sufficient for a 30 day supply.

After reconstitution with Sterile Water for Injection, the reconstituted solution concentration is 1 mg/mL and should be injected immediately.

EGRIFTA™ vials should be protected from light and be kept in the original box until time of use. Non-reconstituted EGRIFTA™ must be stored at refrigerated temperature, between 2°C and 8°C (36°F and 46°F). The reconstitution diluent (Sterile Water for Injection, USP), syringes and needles should be stored at controlled room temperature of 20ºC to 25ºC (68°F to 77°F).

Syringes and needles are for single-use by a single patient and should never be shared between patients.

NDC 44087-2010-3

# 17      PATIENT COUNSELING INFORMATION

- Fluid retention (5.3) – Advise patients that treatment with EGRIFTA™ may cause symptoms consistent with fluid retention, including edema, arthralgia, and carpal tunnel syndrome. These reactions are either transient or resolve with discontinuation of treatment.

- Hypersensitivity Reactions (5.5) – Advise patients that hypersensitivity reactions (e.g., rash, urticaria) may occur during treatment with EGRIFTA™. Advise patients to seek prompt medical attention and to immediately discontinue treatment with EGRIFTA™.

- Injection Site Reactions (5.6) – Advise patients of possible injection site reactions, including injection site erythema, pruritus, pain, irritation, and bruising. To reduce the incidence of injection site reactions, advise patients to rotate the site of injection.

- Counsel patients that they should never share an EGRIFTA™ syringe with another person, even if the needle is changed. Sharing of syringes or needles between patients may pose a risk of transmission of infection.

**Pregnancy**

PAR-VASO-0008630

Advise women to discontinue EGRIFTA™ if pregnancy occurs, as the drug offers no known benefit to pregnant women and could result in fetal harm *[see Contraindications (4.4) and Use in Specific Populations (8.1)]*.

**Nursing Mothers**

Because of both the potential for HIV-1 infection transmission and serious adverse reactions in nursing infants, mothers receiving EGRIFTA™ should be instructed not to human milk-feed *[see Use in Specific Populations (8.2)]*.

PAR-VASO-0008631

# Patient Information

# EGRIFTA<sup>TM</sup> (eh-GRIF-tuh)
*(tesamorelin for injection) for subcutaneous use*

**Read the Patient Information that comes with EGRIFTA™** before you start to take it and each time you get a refill. There may be new information. This leaflet does not take the place of talking to your healthcare provider about your medical condition or your treatment.

**What Is EGRIFTA™?**
- EGRIFTA™ is an injectable prescription medicine to reduce the excess in abdominal fat in HIV-infected patients with lipodystrophy. EGRIFTA™ contains a growth hormone-releasing factor (GRF).
- the impact and safety of EGRIFTA™ on cardiovascular health has not been studied.
- EGRIFTA™ is not indicated for weight loss management.
- it is not known whether taking EGRIFTA™ helps improve compliance with anti-retroviral medications.
- it is not known if EGRIFTA™ is safe and effective in children. EGRIFTA™ is not recommended to be used in children.

**Who should not use EGRIFTA™?**

Do not use EGRIFTA™ if you:
- have pituitary gland tumor, pituitary gland surgery or other problems related to your pituitary gland.
- have or had a history of active cancer (either newly diagnosed or recurrent).
- are allergic to tesamorelin or any of the ingredients in EGRIFTA™. See the end of this leaflet for a complete list of ingredients in EGRIFTA™.
- are pregnant or become pregnant. If you become pregnant, stop using EGRIFTA™ and talk with your healthcare provider. See "What should I tell my healthcare provider before using EGRIFTA™?"

**What should I tell my healthcare provider before using EGRIFTA™?**

Before using EGRIFTA™, tell your healthcare provider if you:
- have or have had cancer
- have diabetes
- are breastfeeding or plan to breastfeed. It is not known if EGRIFTA™ passes into your breast milk. The Centers for Disease Control and Prevention (CDC) recommends that HIV-infected mothers not breastfeed to avoid the risk of passing HIV infection to your baby. Talk with your healthcare provider about the best way to feed your baby if you are taking EGRIFTA™.

PAR-VASO-0008632

- have kidney or liver problems
- have any other medical condition.

Tell your healthcare provider about all the medicines you take, including prescription and non-prescription medicines, vitamins, and herbal supplements. EGRIFTA™ may affect the way other medicines work, and other medicines may affect how EGRIFTA™ works.

Know the medicines you take. Keep a list with you to show your healthcare provider and pharmacist when you get a new medicine.

## How should I use EGRIFTA™?

- **Read the detailed "Instructions for Use"** that comes with EGRIFTA™ before you start using EGRIFTA™. Your healthcare provider will show you how to inject EGRIFTA™.
- Use EGRIFTA™ exactly as prescribed by your healthcare provider.
- Inject EGRIFTA™ under the skin (subcutaneously) of your stomach area (abdomen).
- Change (rotate) the injection site on your stomach area (abdomen) with each dose. Do not inject EGRIFTA™ into scar tissue, bruises or your navel.
- **Do not** share needles or syringes with other people. Sharing of needles can result in the transmission of infectious diseases, such as HIV.

## What are the possible side effects of EGRIFTA™?

**EGRIFTA™ may cause serious side effects including:**

- **Serious allergic reaction.** Some people taking EGRIFTA™ may have an allergic reaction.

  **Stop using EGRIFTA™ and get emergency help right away if you have any of the following symptoms:**

  - a rash over your body
  - hives
  - swelling of your face or throat

  - shortness of breath or trouble breathing
  - fast heartbeat
  - feeling of faintness or fainting

- **Swelling (fluid retention).** EGRIFTA™ can cause swelling in some parts of your body. Call your healthcare provider if you have an increase in joint pain, or pain or numbness in your hands or wrist (carpal tunnel syndrome).

- **Increase in glucose (blood sugar) intolerance and diabetes.** Your healthcare provider will measure your blood sugar periodically.

PAR-VASO-0008633

- **Injection site reactions.** Change (rotate) your injection site to help lower your risk for injection site reactions. Call your healthcare provider for medical advice if you have the following symptoms around the area of the injection site:

  - redness
  - itching
  - pain
  - irritation
  - bleeding
  - rash
  - swelling

**The most common side effects of EGRIFTA™ include**:

- joint pain
- pain in legs and arms
- swelling in your legs
- muscle soreness
- tingling, numbness and pricking
- nausea
- vomiting
- rash
- itching

Tell your healthcare provider if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of EGRIFTA™. For more information, ask your healthcare provider or pharmacist.

Call your doctor for medical advice about side effects. To report side effects, contact EMD Serono toll-free at 1-800-283-8088 ext. 5563. You may report side effects to FDA at 1-800-FDA-1088.

**How do I store EGRIFTA™?**

- EGRIFTA™ has two boxes
  - Store the Medication Box of EGRIFTA™ vials in the refrigerator between 2°C and 8°C (36°F and 46°F).
  - Store the box of Sterile Water for Injection, syringes and needles at room temperature between 20ºC to 25ºC (68°F to 77°F).
- Keep EGRIFTA™ vials in Medication Box away from light.
- Do not freeze.
- Do not use EGRIFTA™ after the expiration date printed on the carton and vial labels.
- After mixing, use EGRIFTA™ right away and throw away any unused EGRIFTA™. Do not store mixed EGRIFTA™. Also, throw away the used vial of Sterile Water for Injection.

PAR-VASO-0008634

**Keep EGRIFTA™ and all medicines out of the reach of children.**

**General information about the safe and effective use of EGRIFTA™**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. Do not use EGRIFTA™ for a condition for which it was not prescribed. Do not give EGRIFTA™ to other people, even if they have the same symptoms you have. It may harm them.

Do not share your EGRIFTA™ syringe with another person, even if the needle is changed. Do not share your EGRIFTA™ needles with another person.

This Patient Information leaflet summarizes the most important information about EGRIFTA™. If you would like more information, talk with your healthcare provider. You can ask your healthcare provider or pharmacist for information about EGRIFTA™ that is written for healthcare professionals.

For more information about EGRIFTA™, go to www.EGRIFTA.com or contact AXIS Center toll-free at 1-877-714-2947.

**What are the ingredients in EGRIFTA™?**

**Active ingredient**: tesamorelin
**Inactive ingredients:** mannitol and Sterile Water for Injection

 

*EGRIFTA*™ is a trademark of Theratechnologies Inc.

Distributed by: EMD Serono, Inc., Rockland, MA 02370, USA

Date: 2010-09-27

PAR-VASO-0008635

# Patient Instructions for Use

## EGRIFTA<sup>TM</sup> (eh-GRIF-tuh)
### *(tesamorelin for injection)*

202320                                                          EN-2562

Be sure that you read, understand, and follow these Patient Instructions for Use before using EGRIFTA<sup>TM</sup>.  Your healthcare provider should show you how to mix and inject EGRIFTA<sup>TM</sup> before you inject it for the first time. Ask your healthcare provider if you have any questions.

Keep this leaflet in case you need to look at it again later.

### Important information for use of EGRIFTA<sup>TM</sup>

- After mixing EGRIFTA<sup>TM</sup> with Sterile Water for Injection, it should look clear and colorless, with no particles in it. Do not use EGRIFTA<sup>TM</sup> if it looks cloudy, discolored, or if you see particles in it.  Talk to your healthcare provider if you have any questions.

- Do not use EGRIFTA<sup>TM</sup> after the date on the Medication Box and EGRIFTA<sup>TM</sup> vial.

- Do not use a syringe or needle more than 1 time.
- Do not share your EGRIFTA<sup>TM</sup> needles with another person. Sharing of needles can result in the transmission of infectious diseases, such as HIV. Do not share your EGRIFTA<sup>TM</sup> syringe with another person, even if the needle is changed.

- If you are missing any supplies from your Medication Box or Injection Box, or if anything looks damaged call your pharmacist or contact AXIS Center toll-free at 1-877-714-2947 right away.

### Preparing for your EGRIFTA<sup>TM</sup> injection

- Find a well-lit, clean, and flat surface, such as a table.
- Gather your supplies:
  - Medication Box that contains 60 EGRIFTA<sup>TM</sup> powder vials

  - Injection Box that contains the following:
    a) 30 10-mL bottles of Sterile Water for Injection, used for mixing
    b) 30 sterile 3-mL syringes with sterile needle already attached (BD 3 mL Syringe)
    c) 30 individual 1½" 18-gauge sterile needles, used for mixing (BD Blunt Fill Needle)
    d) 30 individual ½" 27-gauge injection needles (BD Eclipse<sup>TM</sup> Injection Needle)
  - Alcohol pads
  - Sterile gauze
  - A "sharps container" or a puncture resistant container for throwing away needles after you are done with them. The container should be made from hard plastic or metal. Make sure it has a lid. You can also put used syringes or empty vials of medicine in the container.

PAR-VASO-0008636

**Material Included in Injection Box and Medication Box:**



Figure A

You should have the materials as illustrated and lettered in the figure A above:
- a) Sterile Water for Injection bottle
- b) Syringe with needle already attached (BD 3 mL Syringe)
- c) 1½" 18-gauge needle for mixing (BD Blunt Fill Needle)
- d) ½" injection needle (BD Eclipse™ Injection Needle)
- e) *EGRIFTA*™ powder medication vials (two)

- Take out the following from your Injection Box:

  - A Sterile Water for Injection bottle (Figure A, a)
  - A syringe with needle already attached (Figure A, b)

  - A 1½" 18-gauge needle (Figure A, c)

  - A ½" 27-gauge injection needle (Figure A, d)

- Take two EGRIFTA™ vials (Figure A, e) from the Medication Box. Put the box with the remaining vials back in the refrigerator right away.

- Prepare to use your supplies:

  - Wash your hands with soap and water. Dry your hands with a clean towel.
  - Take off the plastic caps from the vials of EGRIFTA™ and Sterile Water.
  - Clean the rubber stopper on top of the vial(s) with an alcohol swab.

2

PAR-VASO-0008637

**How to mix EGRIFTA™**

<u>Step 1</u>:  Pick up the syringe with needle attached (Figure A, b), remove the protective cap and insert the needle through the rubber stopper of the bottle of Sterile Water (Figure A, a; see Figure B for illustration). Turn both upside down, and pull back the plunger until the liquid reaches the 2.2 mL mark on the syringe. (See Figure C)



<u>Figure B</u>                                      <u>Figure C</u>

<u>Step 2</u>: Take the syringe with needle attached out of the Sterile Water bottle and insert the needle into the EGRIFTA™ vial. Push the plunger in slowly on a slight angle so water goes down the inside wall of the EGRIFTA™ vial instead of directly onto the powder to avoid foaming. (See Figure D)



<u>Figure D</u>

<u>Step 3</u>:  While keeping the syringe with needle attached in the vial and the vial upright, roll the vial gently in your hands for 30 seconds, until the Sterile Water and EGRIFTA™ powder are mixed well. Do **not** shake the vial. (See Figure E)

PAR-VASO-0008638



<u>Figure E</u>

<u>Step 4</u>: Still keeping the syringe with needle attached in the vial, turn both until the syringe is straight up. Pull down on the syringe until you see just the tip of the needle going through the rubber stopper, then pull back on the plunger until all the liquid inside the vial goes into the syringe. The level of medicine in the syringe should be around the 2.2 mL syringe mark. (See Figure F)



<u>Figure F</u>

PAR-VASO-0008639

Step 5: Take the needle out of the vial. (See Figure G)



Figure G

Step 6: Place the needle cap on its side against a clean flat surface. Without touching the needle, hold the syringe and slide the needle carefully into the protective cap (See Figure H). Push the cap all the way or until it snaps shut (See Figure I). Do not touch the cap until it covers the needle completely.



Figure H

PAR-VASO-0008640



<u>Figure I</u>

<u>Step 7</u>: With the cap on the needle, remove the needle by holding the syringe firmly and twisting the cap counterclockwise (to the left). (See Figure J)



<u>Figure J</u>

Step 8: Place the 1½" 18-gauge mixing needle (Figure A, c), with its protective cap in place, onto the syringe. Twist the cap clockwise (to the right) until it is tight. (See Figure K)

PAR-VASO-0008641



Figure K

Step 9: Remove the protective cap and insert the needle into the second *EGRIFTA*™ vial (Figure A, e). Push the plunger in slowly on a slight angle so that water goes down the inside wall of the EGRIFTA vial instead of directly into the powder to avoid foaming (see Figure L).



Figure L

Step 10: Keeping the syringe in the vial and the vial upright, roll the vial gently in your hands for 30 seconds, until the water and powder are mixed well. (Do **not** shake the vial.) The solution should look clear and colorless, with no particles in it. (See Figure M)

PAR-VASO-0008642



Figure M

Step 11: Still keeping the syringe in the vial, turn both until the syringe is facing upright. Carefully pull down on the syringe until you see just the tip of the needle going through the rubber stopper, then pull back on the plunger until all the liquid inside the vial goes into the syringe. The level of medicine in the syringe should be around the 2.2 mL syringe mark. (See Figure N)



Figure N

Step 12: Carefully take the needle out of the vial. (See Figure O)



Figure O

Step 13:  Place the needle cap on its side against a clean flat surface. Without touching the needle, hold the syringe and slide the needle carefully into the protective cap (See Figure P). Push the cap all the way until it snaps shut (See Figure Q). (Do not touch the cap until it covers the needle completely.)



Figure P                                        Figure Q

With the needle cap on the needle, remove the mixing needle by holding the syringe firmly and twisting the cap counterclockwise. (See Figure R)

PAR-VASO-0008644



<u>Figure R</u>

<u>Step 14</u>: Place the safety injection needle (Figure A, d), with its protective cap in place, onto the syringe. Hold the syringe firmly and twist the cap clockwise (to the right) until it closes securely. (See Figure S)



<u>Figure S</u>

**Where do I inject EGRIFTA ™?**

You should inject EGRIFTA™ into the skin on your stomach (abdomen). (See Figure T)
- Pick an injection site that is below your belly button to the left or right.
- Stay away from any area with scar tissue, bruises, reddening, infection, or irritation.
- Avoid areas with any hard bumps from previous injections.

PAR-VASO-0008645

- Change your injection site from one day to the next. This may help prevent bruising or irritation. You may want to keep a note of the date and location of each daily injection to help you remember.



Figure T

**How to inject EGRIFTA™**

- Pick up the syringe and pull the cap straight off the injection needle. Do **not** twist it. (See Figure U)



Figure U

- Tap the syringe gently with your finger to force any air bubbles to rise to the top. Press the plunger to push bubbles out. (See Figure V)

PAR-VASO-0008646



<u>Figure V</u>

- Clean the injection site you have selected with an alcohol swab and let it dry. Hold the syringe in one hand. Use your other hand to hold a cleaned fold of skin for your injection. Hold the skin between your thumb and fingers. (See Figure W)



<u>Figure W</u>

- Hold the syringe at a right angle to the skin, like a dart. Push the injection needle into the skin with a quick motion. Most of the needle should go beneath the skin surface. (See Figure X)

PAR-VASO-0008647



Figure X

- Remove your hand from the pinched area of skin after the needle goes in. Make sure the needle stays in the skin. (See Figure Y)



Figure Y

- Slowly push the plunger all the way down until all of the medicine in the syringe has been injected under the skin.

- Pull the injection needle out of your skin when the syringe is empty:
  - Be careful to pull it out at the same angle you put it in
  - Flip back the needle shield until it snaps, covering the injection needle completely. Keep pressing until you hear a click, that means the injection needle is protected (Figure Z).

PAR-VASO-0008648

<u>Figure Z</u>



- Use a piece of sterile gauze to rub the injection site clean. If there is bleeding, apply pressure to the injection site with gauze for 30 seconds. If bleeding continues, apply a bandage to the site.

**How should I dispose of the used syringes, needles, bottles and vials?**

- *If you accidentally prick another person with a used needle, that person should be informed to contact a healthcare provider right away about the accident.*

- Never reuse or recycle needles or syringes.

- Never throw used needles, syringes, or the sharps container into the trash.

- Throw away used syringes, needles, EGRIFTA<sup>TM</sup> vials and Sterile Water for Injection bottle in a puncture-proof container, sharps container, or a hard container like a coffee can.

- Speak to your pharmacist or other healthcare provider about the proper disposal of the sharps container and all other used materials. There may be local or state laws about how to throw away used needles and syringes.

- Keep the sharps container away from children and pets.

---

**If you have any questions,** call your healthcare provider. You can call AXIS Center toll free at 1-877-714-2947 or visit the EGRIFTA<sup>TM</sup> Web site at www.EGRIFTA.com for more information.

---

**How do I store *EGRIFTA*<sup>TM</sup>?**
- EGRIFTA<sup>TM</sup> has two boxes:
  - Store the Medication Box of EGRIFTA<sup>TM</sup> vials in the refrigerator between 2°C and 8°C (36°F and 46°F ).
  - Store the Injection Box of Sterile Water for Injection, syringes and needles at room temperature between 20ºC to 25ºC (68°F to 77°F ).
- Keep EGRIFTA<sup>TM</sup> vials away from light.

PAR-VASO-0008649

- Do not freeze.
- After mixing, use EGRIFTA™ right away and throw away any unused EGRIFTA™. Do not store mixed EGRIFTA™. Also, throw away the used bottle of Sterile Water for Injection
- Do not use EGRIFTA™ after the expiration date printed on the Medication Box and vial labels.

**Keep *EGRIFTA*™ and all medicines out of the reach of children.**

EGRIFTA™ is a trademark of Theratechnologies Inc.

Distributed by: EMD Serono, Inc., Rockland, MA 02370, USA
Date: 2010-09-27

PAR-VASO-0008650

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14717877 |
| **Filing Date:** | 20-May-2015 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Trisha Agrawal/Steven Dieu (TA6) |
| **Attorney Docket Number:** | 47956-702.301 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

PAR-VASO-0008651

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 25232630 |
| **Application Number:** | 14717877 |
| **International Application Number:** | |
| **Confirmation Number:** | 1722 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal/Steven Dieu (TA6) |
| **Filer Authorized By:** | Trisha Agrawal |
| **Attorney Docket Number:** | 47956-702.301 |
| **Receipt Date:** | 17-MAR-2016 |
| **Filing Date:** | 20-MAY-2015 |
| **Time Stamp:** | 18:11:48 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 5131 |
| Deposit Account | 232415 |
| Authorized User | DIEU, STEVEN |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

PAR-VASO-0008653

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDS47956-702-301-03-17-16.pdf | 195070<br>fa36285843b102a3d7590fa2d17491a87db32c9e | yes | 6 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Transmittal Letter | 1 | 4 |
| Information Disclosure Statement (IDS) Form (SB08) | 5 | 6 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Non Patent Literature | Z-BRESLOW-Quantitative-effects-6916.pdf | 561168<br>7cf52d179b5c6821980dc5f23a60115bf9cc9a55 | no | 3 |

**Warnings:**

**Information:**

| 3 | Non Patent Literature | Z-OA-02-02-16-USApp-14-717882.pdf | 577915<br>bc7be7827398c1a4169568b78628e5c506116edc | no | 15 |

**Warnings:**

**Information:**

| 4 | Non Patent Literature | Z-OA-09-02-15-USApp-14-610499.pdf | 729536<br>23b776573329abab3e0bdfd2b81e21c544c5ac4b | no | 19 |

**Warnings:**

**Information:**

| 5 | Non Patent Literature | Z-OA-10-22-15-USApp-14-717882.pdf | 682293<br>ec4a7ad05ef1844770049beab7c9befc6e1622b2 | no | 18 |

**Warnings:**

**Information:**

| 6 | Non Patent Literature | Z-RIDEOUT-Hydrophobic-acceleration-7816.pdf | 233193<br>376f7c81e7b2140195f2f5ce8262f99f1b75f58d | no | 2 |

**Warnings:**

**Information:**

| 7 | Non Patent Literature | Z-Tesamorelin-prescribing-information-2010.pdf | 865693 | no | 40 |
| | | | a92e3cc63cc3eb306c8b751dc9c7f76bebc41a29 | | |

**Warnings:**

**Information:**

| 8 | Fee Worksheet (SB06) | fee-info.pdf | 30780 | no | 2 |
| | | | d1daad15d41c8fd20af07f5058cbdd71b0c0d39d | | |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 3875648 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0008655

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Matthew KENNEY, et al. | Group Art Unit: 1675 |
| Serial Number: 14/717,877 | Examiner: Christina Bradley |
| Filing or 371(c) Date: May 20, 2015 | **CONFIRMATION NO: 1865** |
| Title: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |

## FILED ELECTRONICALLY ON: March 17, 2016

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.97

Sir:

An Information Disclosure Statement along with attached PTO/SB/08 is hereby submitted. A copy of each listed publication is submitted, if required, pursuant to 37 CFR §§ 1.97-1.98, as indicated below.

The Examiner is requested to review the information provided and to make the information of record in the above-identified application. The Examiner is further requested to initial and return the attached PTO/SB/08 in accordance with MPEP § 609.

The right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered, is hereby reserved.

This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, prior art or material to patentability as defined in § 1.56.

PAR-VASO-0008656

A. ☐ *37 CFR § 1.97(b).* This Information Disclosure Statement should be considered by the Office because:

☐ (1) It is being filed within 3 months of the filing date of a national application and is other than a continued prosecution application under § 1.53(d);

-- OR --

☐ (2) It is being filed within 3 months of entry of the national stage as set forth in §1.491 in an international application;

-- OR --

☐ (3) It is being filed before the mailing of a first Office action on the merits;

-- OR --

☐ (4) It is being filed before the mailing of a first Office action after the filing of a request for continued examination under § 1.114.

B. ☒ *37 CFR § 1.97(c).* Although this Information Disclosure Statement is being filed after the period specified in *37 CFR § 1.97(b),* above, it is filed before the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution on the merits, this Information Disclosure Statement should be considered because it is accompanied by one of:

☐ a statement as specified in § 1.97(e) provided concurrently herewith;

-- OR --

☒ a fee of $180.00 as set forth in § 1.17(p) authorized below, enclosed, or included with the payment of other papers filed together with this statement.

C. ☐ *37 CFR § 1.97(d).* Although this Information Disclosure Statement is being filed after the mailing date of the earlier of (1) a final office action under § 1.113 or (2) a notice of allowance under § 1.311, it is being filed before payment of the issue fee and should be considered because it is accompanied by:

i. a statement as specified in § 1.97(e);

-- AND --

ii. a fee of $180.00 as set forth in § 1.17(p) is authorized below, enclosed, or included with the payment of other papers filed together with this Statement.

D. ☐ *37 CFR § 1.97(e).* Statement.

☐ A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97(c);

-- AND/OR --

☐ A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97(d);

-- AND/OR --

☐ A copy of a dated communication from a foreign patent office clearly showing that the information disclosure statement is being submitted within 3 months of the filing date on the communication is provided in lieu of a statement under 37 C.F.R. § 1.97(e)(1) as provided for under MPEP 609.04(b) V.

E. ☐ *Statement Under 37 C.F.R. § 1.704(d).* Each item of information contained in the information disclosure statement was first cited in a communication from a foreign patent office in a counterpart application that was received by an individual designated in § 1.56(c) not more than <u>thirty (30) days</u> prior to the filing of this information disclosure statement. This statement is made pursuant to the

PAR-VASO-0008657

requirements of 37 C.F.R. § 1.704(d) to avoid reduction of the period of adjustment of the patent term for Applicant(s) delay.

F. ☒ *37 CFR § 1.98(a)(2).* The content of the Information Disclosure Statement is as follows:

    ☐ Copies of each of the references listed on the attached Form PTO/SB/08 are enclosed herewith.

    -- OR --

    ☐ Copies of U.S. Patent Documents (issued patents and patent publications) listed on the attached Form PTO/SB/08 are NOT enclosed.

    -- AND/OR --

    ☒ Copies of Foreign Patent Documents and/or Non Patent Literature Documents listed on the attached Form PTO/SB/08 are enclosed in accordance with 37 CFR § 1.98 (a)(2).

    -- AND/OR --

    ☐ Copies of pending unpublished U.S. patent applications are enclosed in accordance with 37 CFR § 1.98(a)(2)(iii).

G. ☐ *37 CFR § 1.98(a)(3).* The Information Disclosure Statement includes non-English patents and/or references.

    ☐ Pursuant to 37 CFR § 1.98(a)(3)(i), a concise explanation of the relevance of each patent, publication or other information provided that is not in English is provided herewith.

        ☐ Pursuant to MPEP 609(B), an English language copy of a foreign search report is submitted herewith to satisfy the requirement for a concise explanation where non-English language information is cited in the search report.

        -- OR --

        ☐ A concise explanation of the relevance of each patent, publication or other information provided that is not in English is as follows: _____

    ☐ Pursuant to 37 CFR § 1.98(a)(3)(ii), a copy of a translation, or a portion thereof, of the non-English language reference(s) is provided herewith.

H. ☐ *37 CFR § 1.98(d).* Copies of patents, publications and pending U.S. patent applications, or other information specified in 37 C.F.R. § 1.98(a) are not provided herewith because:

    ☐ Pursuant to 37 CFR § 1.98(d)(1) the information was previously submitted in an Information Disclosure Statement for another application under which this application claims priority for an earlier effective filing date under 35 U.S.C. 120.

    Application in which the information was submitted: _____

    Information Disclosure Statement(s) filed on: _____

    AND

    ☐ The information disclosure statement submitted in the earlier application complied with paragraphs (a) through (c) of 37 CFR § 1.98.

PAR-VASO-0008658

I. ☒ *Fee Authorization*. The Commissioner is hereby authorized to charge the above-referenced fees of $180.00 and charge any additional fees or credit any overpayment associated with this communication to Deposit Account No. 23-2415 (Docket No. 47956-702.301).

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Dated: March 17, 2016

By: /Trisha Agrawal/
Trisha Agrawal, Ph.D.
Reg. No. 73,212

650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
Customer No. 021971

PAR-VASO-0008659

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 14/717,877 | Filing Date 05/20/2015 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|
| **AMENDMENT** 03/17/2016 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * 18 | Minus | ** 20 | = 0 | x $80 = | 0 |
| Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | x $420 = | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | TOTAL ADD'L FEE | **0** |

| | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|
| **AMENDMENT** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/BRENDA HARRISON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0008660



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

21971        7590        05/12/2016
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/12/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0008661

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on *3/17/2016*.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☒ This action is **FINAL.**   2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☒ Claim(s) *16-33* is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) *16-33* is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**
  a) ☐ All  b) ☐ Some**  c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

PAR-VASO-0008662

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Status of the Claims*

Claims 16-33 are pending; claim 16 was amended and claims 30-33 were added in the response filed March 17, 2016.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 16-33 are rejected under 35 U.S.C. 103 as being unpatentable over Treschan (NPL 185, IDS 5/29/2015) in view of Pharmaceutical Partners of Canada Inc. (NPL 182, IDS 5/29/2015), Scott (NPL U, PTO-892 1/11/2016), Manning and Carpenter (NPL V, PTO-892 1/11/2016), the product information for bivalirudin (NPL W, PTO-892 1/11/2016), the product information for oxytocin (NPL X, PTO-892 1/11/2016), the product information for liraglutide pen (NPL U2, PTO-892 1/11/2016), the product information for triptorelin acetate (NPL V2, PTO-892 1/11/2016), the product information for cetrorelix (NPL W2, PTO-892 1/11/2016), the product information for octreotide (NPL X2, PTO-892 1/11/2016), and the product information for botulinum toxin (NPL U3, PTO-892 1/11/2016).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation, cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1 U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601, col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606, col 2).

PAR-VASO-0008664

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile, nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free from the oxytocic principle and is standardized to contain 20 pressor units posterior structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Neither Treschan nor Pharmaceutical Partners of Canada teach that Vasopressin Injection is stored at 2-8° C prior to administration to a hypotensive subject. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique to Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

The prior art method of Treschan and Pharmaceutical Partners of Canada Inc. is a "base" method upon which the claimed invention can be seen as an "improvement" because of the addition of a refrigeration step in the claimed method.

(2) a finding that the prior art contained a "comparable" device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention

Two reviews of the prior art on the formulation and storage of peptide drugs state that peptides can be stored at 2-8° C. For example, Scott teaches that "Solution formulations are typically refrigerated at 2-8° C, 'with a minimum target shelf life of two years'" (p. 47, col 3, citations removed). In addition, Carpenter and Manning teach that processes that lead to protein degradation "are not necessarily major problems when the product is stored at 2-8°C" (p. 9).

The prior art is replete with examples of the use of refrigeration to store peptide and protein formulations prior to use. See for example the labels for each of the following peptide drugs:

reconstituted bivalirudin may be stored at 2-8°C for up to 24 hours (section 2.4);

oxytocin is stored between 2-8° C. (p. 2);

after the first use of the liraglutide pen, the product can be stored for 1 month at room temperature (not above 30°C) or in a refrigerator (2-8° C) (p. 19);

triptorelin acetate can be stored at 2-8°C (refrigerator) in the proposed packaging (providing protection from light) (p. 3);

cetrorelix acetate should be kept in the vial(s) in a refrigerator at 2-8° C (p. 3);

octreotide should be stored in the refrigerator between 36-46 degrees F (2-8° C) away from light (p. 3); and

botulinum toxin can be stored after reconstitution at 2-8˚ C (Table 4.1).

PAR-VASO-0008666

(3) a finding that one of ordinary skill in the art could have applied the known "improvement" technique in the same way to the "base" device (method, or product) and the results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added a step of refrigeration (storage at 2-8° C) to the method of administering vasopressin formulations taught by Treschan and Pharmaceutical Partners of Canada Inc. in the same manner as taught by Scott, Carpenter and Manning, and the drug product information documents listed above. The results would have been predictable because the prior art teaches a means for testing the effect of the temperature and storage conditions on the stability of the peptide formulation (see Scott, p. 9).

It would have been obvious to add the refrigeration step included in the instant claims in order to provide short-term storage stability. There is a reasonable expectation of success given that the prior art discloses assays for measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the art to optimize storage temperature to improve stability of peptide pharmaceuticals, as evidenced by Scott, and Carpenter and Manning. The rationale to support a conclusion that the claim would have been obvious is that "a method of enhancing a particular class of devices (methods, or products) has been made part of the ordinary capabilities of one skilled in the art based upon the teaching of such improvement in other situations. One of ordinary skill in the art would have been capable of applying this known method of enhancement to a "base" device (method, or product) in the prior art and the results would have been predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

The resulting method would comprise

a) providing a pharmaceutical composition containing vasopressin for intravenous

administration in a unit dosage form that contains vasopressin at 20 units/mL, chlorobutanol, NF

0.5% as a preservative, and water for Injection, and a pH adjusted with acetic acid to pH 2.5-4.5

(Pharmaceutical Partners of Canada label);

b) refrigerating the solution (Scott, Carpenter and Manning, and additional drug labels

cited above); and

c) administering the vasopressin by intravenous route at a dose of 0.01 to 0.04

units/minute for refractory hypotension in septic shock (Treschan Table 4).

The Pharmaceutical Partners of Canada label discloses all of the claim limitations

describing of the vasopressin formulation conditions except that it teaches a range of pH values

which encompass the claimed range rather than the exact claimed range, and except that it

expresses the amount of vasopressin in units/ml rather than mg/ml as recited in the claims.

First, with respect to the pH of the vasopressin formulation, the prior art range of 2.5-4.5

encompasses the claimed range of pH 3.4-3.6. MPEP § 2144.05 states that "In the case where the

claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of

obviousness exists. *In re Wertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In re Woodruff,*

919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Furthermore, it is obvious to optimize the

amount of the polymeric excipient through routine experimentation in accordance with *In re*

*Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Second, with respect to the units of vasopressin concentration, the Examiner is shifting

the burden to Applicant to provide for a conversion between the units/ml taught by the

Pharmaceutical Partners of Canada label and the mg/ml recited in the instant claims as in *In re*

PAR-VASO-0008668

*Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). If the 20 units/ml disclosed in the label

falls within the claimed range, the claim limitation is met by the reference. If the 20 units/ml

taught by the label overlaps with or touches the claimed range, it would be obvious to optimize

the amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In re

Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Finally, the newly added clause "wherein the unit dosage form exhibits less than about

5% degradation after storage at 2-8° C for about four weeks", does not change the scope of the

claims because it does not require that the product be refrigerated for about four weeks. Rather,

this new clause recites a property of the product utilized in the claimed method.

Therefore, the method that is obvious over the combined references meets all of the

limitations of claims 16 and 29.

With respect to claims 17-19, the concentration of SEQ ID Nos: 2-4 in the formulation is

an inherent feature of the prior art formulation which contains the same chemical components as

required by the instant claims.

With respect to claims 20 and 26, Treschan teaches that mean arterial pressure increased

within minutes of administration to patients with septic shock (p. 606, col 2).

With respect to claims 21-23, Treschan teaches that vasopressin infusion (0.1 U/min) in

patients with postcardiotomy hypotension enabled discontinuation of catecholamine

administration in some patients. (p. 608, col 1, Table 4). This prior art dose falls within the

claimed dose.

PAR-VASO-0008669

With respect to claims 24 and 25, Treschan teaches a vasopressin dose of 0.01-0.04 U/min for refractory hypotension in septic shock (p. 606, col 2, Table 4). This prior art dose range falls within the claimed dose.

With respect to claims 27 and 28, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation in response to obtaining desired arterial pressure.

With respect to new claims 30, 31, and 33, it would have been obvious to optimize the duration of administration within the range typically employed in the protein art as in *In re Wertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976), *In re Woodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990), and *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). For example, triptorelin acetate can be stored at 2-8°C (refrigerator) for 3 years (p. 4), and after the first use of the liraglutide pen, the product can be stored for 1 month at room temperature (not above 30°C) or in a refrigerator (2-8° C) (p. 19) and has a shelf life of 30 months at 2-8° C (p. 20). The claimed duration of refrigeration for 24 or 48 hours falls within the prior art range.

With respect to new claim 32, it would have been obvious to optimize the amount of time it is safe to use the product after the first puncture of the vial within the range typically employed in the protein art as in *In re Wertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976), *In re Woodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990), and *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). For example, after the first use of the liraglutide pen, the product can be stored for 1 month at room temperature (not above 30°C) or in a refrigerator (2-8°

PAR-VASO-0008670

C) (p. 19). The claimed duration of refrigeration for 48 hours prior to discard falls within the prior art range.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

*Response to Arguments and Declaration*

Applicant traversed the rejection in the response filed March 17, 2016.

First, Applicant argues that the cited references fail to teach all limitations of the claims and provide a reasonable expectation of success.

To this end, Applicant argues that the cited references fail to teach the newly added clause "wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8° C for about four weeks". This argument is not persuasive because the new clause does not require that the product be refrigerated for about four weeks and therefore does not change the scope of the claimed method steps. Rather, this new clause recites a property of the product utilized in the claimed method.

Next, Applicant argues that the teaching in PPC "[d]o not permit [the vasopressin formulation] to freeze" discourages storing the vasopressin below 15° C. This argument is not persuasive because one of ordinary skill in the art would distinguish between storage at refrigeration temperatures of 2-8° C and storage at freezing temperature below 0° C. In fact, there are therapeutic peptides known in the art that can be refrigerated but not frozen. For example, triptorelin acetate can be stored at 2-8° C for up to 3 years but cannot be frozen (see product label, p. 20).

PAR-VASO-0008671

Next, Applicant argues that the cited references do not provide any reason or motivation to depart from the temperature shown by PPC and that the secondary references are directed to other proteins. This argument is not persuasive because one of ordinary skill in the art would be motivated to use any means known in the art to improve the stability of a therapeutic composition. The secondary reference exemplify refrigeration as a means to improve the storage stability of therapeutic peptides.

Second, Applicant traverses the rejection on the grounds that the cited references demonstrate unpredictability in the art of drug formulation. The Examiner agrees with Applicant that there is some unpredictability in the peptide drug formulation art and that stability is depends on the structure of the peptide. However, in contrast to the use of excipients to increase formulation stability which can involve choosing from amongst countless potential additives and combinations of additives, the use of storage temperature to increase formulation stability involves a much more limited set of options. One of ordinary skill in the art would recognize that peptides can generally be stored 1) frozen, 2) refrigerated (2-8° C), or 3) at room temperature (15-30° C). Although there is some unpredictability in the art, it would not be unreasonable to test these three general categories of storage temperatures, especially in view of the evidence that peptides with very diverse structures can be successfully stored refrigerated (see product labels cited above). In addition, the prior art teaches a means for testing the effect of the temperature and storage conditions on the stability of the peptide formulation (see Scott, p. 9).

Third, Applicant traverses the rejection on the grounds that the results of storing vasopressin at 2-8° C (evidenced in the declaration under 37 CFR 1.132 filed August 14, 2015 by Inventor Sunil Vandse) are unexpected in view of the cited references. Applicant points to that

PAR-VASO-0008672

fact that reconstituted bivalirudin may be stored at 2-8°C for up to 24 hours (section 2.4), and

that oxytocin is stored between 2-8° C and should be used within 24 hours (p. 2), and that based

on this teaching one of ordinary skill in the art would not have expected that the vasopressin

formulation could be stored for up to 24 months. However, the prior art also teaches examples of

longer term stability. For example, triptorelin acetate can be stored at 2-8°C (refrigerator) for 3

years (label, p. 4), and the liraglutide pen has a shelf life of 30 months at 2-8° C (label, p. 20).

Fourth, Applicant traverses the rejection on the grounds that the cited references do not

provide peptides comparable to vasopressin. The Examiner agrees with Applicant that the other

cited references teach peptides that are distinct in structure and length from vasopressin, and

provide a function different that that required by the present claims. However, given the large

number of examples provided, and the diversity in structure and function amongst them, there is

significant evidence on record that refrigeration is a broadly applicable tool to increase stability

of a peptide formulation.

Fifth, Applicant traverses the rejection on the grounds that the cited references do not

provide a *prima facie* case of obviousness. The factors making the *prima facie* case have been

provided in the rejection above for the previously provided claims as well as newly added claim

33.

Finally, Applicant traverses the rejection on the grounds that the claims do not merely

recite a new property of an old material. The Examiner concedes this point however concludes

that on balance that the arguments favor maintaining the rejection.

*Conclusion*

No claims are allowed.

Applicant's amendment necessitated the new ground(s) of rejection presented in this

Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP § 706.07(a).

Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044.  The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

PAR-VASO-0008674

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | *Complete if Known* | |
|---|---|---|---|---|
| | | | Application Number | 14/717,877 |
| | | | Filing Date | May 20, 2015 |
| | | | First Named Inventor | Matthew Kenney |
| | | | Art Unit | 1675 |
| | | | Examiner Name | Christina Bradley |
| Sheet | 1 | of | 2 | Attorney Docket Number | 47956-702.301 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number–Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | N/A | | | |

### UNPUBLISHED PATENT APPLICATIONS

| Examiner Initials* | Cite No.[1] | Document Number Number–Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 2. | N/A | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] – Number[4] – Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 3. | N/A | | | | |

Continued on the next page with more references.

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.  [1]Applicant's unique citation designation number (optional).  [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6]Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0008676

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/717,877 |
| | Filing Date | May 20, 2015 |
| | First Named Inventor | Matthew Kenney |
| | Art Unit | 1675 |
| | Examiner Name | Christina Bradley |

| Sheet | 2 | of | 2 | Attorney Docket Number | 47956-702.301 |
|---|---|---|---|---|---|

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | 4. | BRESLOW, et al. Quantitative effects of antihydrophobic agents on binding constants and solubilities in water. Proc Natl Acad Sci U S A. 1992 Aug 1;89(15):6916-8. | |
| | 5. | Office action dated 02/02/2016 for US Application No. 14/717,882. | |
| | 6. | Office action dated 09/02/2015 for US Application No. 14/610,499. | |
| | 7. | Office action dated 10/22/2015 for US Application No. 14/717,882. | |
| | 8. | RIDEOUT, et al. Hydrophobic acceleration of Diels-Alder reactions. J. Am. Chem. Soc. 1980; 102:7816-7817. | |
| | 9. | Tesamorelin EGRIFTA prescribing information. Last revised 11/2010. 40 pages. | |

| Examiner Signature | /CHRISTINA    BRADLEY/ | Date Considered | 05/04/2016 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a checkmark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0008677

| Search Notes  | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14717877 | KENNEY ET AL. |
| | Examiner | Art Unit |
| | CHRISTINA BRADLEY | 1675 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| C07K7/16 | 6/1/2015 | CMB |
| A61K38/11 | 6/1/2015 | CMB |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East - see transcript | 6/1/2015, 10/16/2015, 1/4/2016 | CMB |
| Commercial database and structure search - see SCORE for parent application 14/610,499 with identical claims | 3//20154 | CMB |
| Palm inventor search | 6/1/2015, 10/16/2015, 1/4/2016, 5/4/2016 | CMB |
| Google scholar - vasopressin, stability, polymeric excipients | 6/1/2015 | CMB |
| Google - vasopressin, refridgeration | 10/16/2015, 1/4/2016 | CMB |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

PAR-VASO-0008678



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 |

**CONFIRMATION NO. 1722**

21971
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**PUBLICATION NOTICE**

*OC000000084855280*

**Title:** VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

**Publication No.** US-2016-0220676-A1
**Publication Date:** 08/04/2016

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

PAR-VASO-0008679



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

21971          7590          09/09/2016
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/09/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0008680

<table>
<tr><td rowspan="3"><strong><em>Applicant-Initiated Interview Summary</em></strong></td><td><strong>Application No.</strong></td><td colspan="2"><strong>Applicant(s)</strong></td></tr>
<tr><td>14/717,877</td><td colspan="2">KENNEY ET AL.</td></tr>
<tr><td><strong>Examiner</strong></td><td><strong>Art Unit</strong></td><td></td></tr>
<tr><td></td><td>CHRISTINA BRADLEY</td><td>1675</td><td></td></tr>
</table>

All participants (applicant, applicant's representative, PTO personnel):

(1) *CHRISTINA BRADLEY*.                     (3) *CRAIG KENESKY*.

(2) *TRISHA AGRAWAL*.                          (4) _____.

   Date of Interview: *31 August 2016*.

   Type:   ☒ Telephonic   ☐ Video Conference
           ☐ Personal [copy given to: ☐ applicant   ☐ applicant's representative]

   Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.
      If Yes, brief description: _____.

   Issues Discussed   ☐101  ☐112  ☐102  ☒103  ☐Others
   (For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

   Claim(s) discussed: _____.

   Identification of prior art discussed: _____.

   Substance of Interview
   (For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

   *Prior to the interview, Applicant submitted a proposed claim amendment (see attached).*

   *Dr. Kenesky explained that the amendment to claim 16, step (b) "for at least 4 weeks" was made to address the issue on p. 8 of the previous Office action that in the claims as filed, stability for 4 weeks of storage is a property rather than an active method step. With this added limitation, stability of the compounds is a relevant and important part of the claim. Dr. Kenesky stated that the amendment includes a new dilution step to 0.1 units/ml to 1 unit/ml to distinguish the claims from the prior art which teaches that the compound is supplied at 20 U/ml and does not require dilution. Dr. Kenesky argued that the proposed claim is significantly narrower than the previously filed claim.*

   *Examiner Bradley 1) agreed that the amendment to claim 16, step (b) makes storage an active method step but did not reach a conclusion on whether or not this amendment would make the claim patentable, commenting that the evidence of unexpected results would need to be reconsidered; 2) questioned whether or not there is support in the original specification for the amendment to claim 16, (b); and 3) asked Applicant to provide more information on the intravenous use of the compound taught in the prior art of Treschan and the amended dilution step because the dilution step may be obvious in view of this teaching.*

   *Dr. Kenesky suggested amending claim 16 to a lower percent degradation in the wherein clause. The Examiner did not reach a conclusion on patentability but stated that this approach would be considered in view of the evidence of unexpected results.*

   *Finally, Dr. Kenesky presented the amendment to claim 33, which in addition to the changes included for claim 16, adds detail to the dilution conditions in step (c). Examiner Bradley stated that the use of saline or dextrose as the diluent was unlikely to make the claims patentable and that the change to step (b) is more significant .*

PAR-VASO-0008681

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| | |
|---|---|
| /CHRISTINA BRADLEY/<br>Primary Examiner, Art Unit 1675 | |

PAR-VASO-0008682

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

—————

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
–   An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
       (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

PAR-VASO-0008683