# EXHIBITS 26 - 33 REDACTED IN THEIR ENTIRETY