# EXHIBITS 36 - 39 REDACTED IN THEIR ENTIRETY