IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMNEAL EU, LIMITED, AMNEAL PHARMACEUTICALS OF NEW YORK LLC, AMNEAL BIOSCIENCES LLC, and AMNEAL PHARMACEUTICAL PVT. LTD,<br><br>Defendants. | C.A. No. 19-712-CFC<br><br>REDACTED - PUBLIC VERSION |
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | C.A. No. 18-2032-CFC<br>(Consolidated) |

**EXHIBITS TO AMNEAL EU, LIMITED , AMNEAL PHARMACEUTICALS OF NEW YORK LLC, AMNEAL BIOSCIENCES LLC, AND AMNEAL PHARMACEUTICAL PVT. LTD'S AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS VOLUME 2 OF 3**

OF COUNSEL:

Huiya Wu
Linnea Cipriano
Tiffany Mahmood
Jacqueline Genovese Bova

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
Rodney Square
1000 North King Street

26714419.1

| | |
|---|---|
| GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>hwu@goodwinlaw.com<br>lcipriano@goodwinlaw.com<br>tmahmood@goodwinlaw.com<br>jbova@goodwinlaw.com<br>Tel: (212) 813-8800 | Wilmington, DE 19801<br>302-571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br><br>*Attorneys for Defendants and Counterclaim Plaintiffs Amneal EU, Limited, et al.* |

Dated:  July 2, 2020

Redacted Version: July 9, 2020

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, Esquire, hereby certify that on July 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on July 9, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>
>Brian M. Goldberg
>Sharon K. Gagliardi
>Joseph J. Gribbin
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>brian.goldberg@dechert.com
>sharon.gagliardi@dechert.com
>joe.gribbin@dechert.com
>
>Robert D. Rhoad
>DECHERT LLP
>100 Overlook Center, 2nd Floor
>Princeton, NJ 08540-7814
>robert.rhoad@dechert.com
>
>Blake B. Greene
>DECHERT LLP
>300 W. 6th Street, Suite 2010
>Austin, TX 78701
>blake.greene@dechert.com

24438869.1

*Attorneys for Plaintiffs*

Dated: July 9, 2020                    YOUNG CONAWAY STARGATT
                & TAYLOR, LLP

                */s/ Anne Shea Gaza*
                Anne Shea Gaza (No. 4093)
                Robert M. Vrana (No. 5666)
                Rodney Square
                1000 North King Street
                Wilmington, DE 19801
                (302) 571-6600
                agaza@ycst.com
                rvrana@ycst.com

                *Attorneys for Defendants*

24438869.1

2