# EXHIBITS 44 - 59 REDACTED IN THEIR ENTIRETY