# Exhibit 60



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 22, 2018

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *15/606,442*
FILING DATE: *May 26, 2017*
PATENT NUMBER: *9,937,223*
ISSUE DATE: *April 10, 2018*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

PAR-VASO-0010366

# SCORE Placeholder Sheet for IFW Content

Application Number: 15606442          Document Date: 05/26/2017

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Sequence Listing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  August 26, 2013

PTO/AIA/15 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# UTILITY
# PATENT APPLICATION
# TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| *Attorney Docket No.* | 47956-702.504 |
| *First Named Inventor* | Matthew Kenney |
| *Title* | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| *Express Mail Label No.* | |

## APPLICATION ELEMENTS
*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA  22313-1450**

## ACCOMPANYING APPLICATION PAPERS

1. [✓] **Fee Transmittal Form**
   (PTO/SB/17 or equivalent)
2. [ ] **Applicant asserts small entity status.**
   See 37 CFR 1.27
3. [ ] **Applicant certifies micro entity status.** See 37 CFR 1.29.
   Applicant must attach form PTO/SB/15A or B or equivalent.
4. [✓] **Specification**          *[Total Pages* 182 *]*
   Both the claims and abstract must start on a new page.
   *(See MPEP § 608.01(a) for information on the preferred arrangement)*
5. [✓] **Drawing(s)** (35 U.S.C. 113)     *[Total Sheets* 30 *]*
6. [ ] **Inventor's Oath or Declaration**    *[Total Pages* ___ *]*
   *(including substitute statements under 37 CFR 1.64 and assignments
   serving as an oath or declaration under 37 CFR 1.63(e))*
   a. [ ]  Newly executed (original or copy)
   b. [ ]  A copy from a prior application (37 CFR 1.63(d))
7. [✓] **Application Data Sheet** * *See note below.*
   See 37 CFR 1.76 (PTO/AIA/14 or equivalent)
8. [ ] **CD-ROM or CD-R**
   in duplicate, large table, or Computer Program (*Appendix*)
   [ ]  Landscape Table on CD
9. [ ] **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. [✓]  Computer Readable Form (CRF)
   b. [✓]  Specification Sequence Listing on:
      i. [ ]  CD-ROM or CD-R (2 copies); or
      ii. [✓]  Paper
   c. [✓]  Statements verifying identity of above copies

10. [ ] **Assignment Papers**
    (cover sheet & document(s))
    Name of Assignee _____
11. [ ] **37 CFR 3.73(c) Statement**      [ ] **Power of Attorney**
    (*when there is an assignee*)
12. [ ] **English Translation Document**
    (*if applicable*)
13. [ ] **Information Disclosure Statement**
    (PTO/SB/08 or PTO-1449)
    [ ]  Copies of citations attached
14. [✓] **Preliminary Amendment**
15. [ ] **Return Receipt Postcard**
    (*MPEP § 503*) (Should be specifically itemized)
16. [ ] **Certified Copy of Priority Document(s)**
    (*if foreign priority is claimed*)
17. [ ] **Nonpublication Request**
    Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35
    or equivalent.
18. [ ] **Other:** _____
    _____
    _____
    _____

**\*Note:** (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

## 19. CORRESPONDENCE ADDRESS

[✓] The address associated with Customer Number: 021971        **OR**  [ ] Correspondence address below

| Name | | | | | |
|---|---|---|---|---|---|
| Address | | | | | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| Signature | /Trisha Agrawal/ | Date | May 26, 2017 |
|---|---|---|---|
| Name (Print/Type) | Trisha Agrawal | Registration No. (Attorney/Agent) | 73212 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0010369

PTO/SB/17 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL

| | Complete if known |
|---|---|
| Application Number | |
| Filing Date | May 26, 2017 |
| First Named Inventor | Matthew Kenney |
| Examiner Name | |
| Art Unit | |
| Practitioner Docket No. | 47956-702.504 |

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

| TOTAL AMOUNT OF PAYMENT | ($) 6940.00 |
|---|---|

**METHOD OF PAYMENT** (check all that apply)

☐ Check ☐ Credit Card ☐ Money Order ☐ None ☐ Other (please identify): _____

☑ Deposit Account  Deposit Account Number: 232415      Deposit Account Name: Wilson Sonsini Goodrich & Rosati

For the above-identified deposit account, the Director is hereby authorized to (check all that apply):

☑ Charge fee(s) indicated below        ☐ Charge fee(s) indicated below, **except for the filing fee**

☑ Charge any additional fee(s) or underpayment of fee(s)    ☑ Credit any overpayment of fee(s)
   under 37 CFR 1.16 and 1.17

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES (U = undiscounted fee; S = small entity fee; M = micro entity fee)**

| Application Type | FILING FEES U ($) | S ($) | M ($) | SEARCH FEES U ($) | S ($) | M ($) | EXAMINATION FEES U ($) | S ($) | M ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Utility | 280 | 140* | 70 | 600 | 300 | 150 | 720 | 360 | 180 | 1600.00 |
| Design | 180 | 90 | 45 | 120 | 60 | 30 | 460 | 230 | 115 | |
| Plant | 180 | 90 | 45 | 380 | 190 | 95 | 580 | 290 | 145 | |
| Reissue | 280 | 140 | 70 | 600 | 300 | 150 | 2,160 | 1,080 | 540 | |
| Provisional | 260 | 130 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | |

* The $140 small entity status filing fee for a utility application is further reduced to $70 for a small entity status applicant who files the application via EFS-Web.

**2. EXCESS CLAIM FEES**

| Fee Description | Undiscounted Fee ($) | Small Entity Fee ($) | Micro Entity Fee ($) |
|---|---|---|---|
| Each claim over 20 (including Reissues) | 80 | 40 | 20 |
| Each independent claim over 3 (including Reissues) | 420 | 210 | 105 |
| Multiple dependent claims | 780 | 390 | 195 |

| Total Claims | | Extra Claims | Fee ($) | | Fee Paid ($) | | |
|---|---|---|---|---|---|---|---|
| 18 | -20 or HP = | 0 | x | = | | | |

HP = highest number of total claims paid for, if greater than 20.

| Multiple Dependent Claims |
|---|
| Fee ($) | Fee Paid ($) |

| Indep. Claims | | Extra Claims | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|
| 2 | -3 or HP = | | x | = | |

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $400 ($200 for small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|---|
| 212 | - 100 = | 112 | / 50 = | 3 (round **up** to a whole number) x | | 400 | = | 1200 |

**4. OTHER FEE(S)**

| | Fees Paid ($) |
|---|---|
| Non-English specification, $130 fee (no small or micro entity discount) | |
| **Non-electronic filing fee under 37 CFR 1.16(t) for a utility application, $400 fee ($200 small or micro entity)** | |
| Other (e.g., late filing surcharge): Track One, processing fee, Late surcharge fee | 6940.00 |

**SUBMITTED BY**

| Signature | /Trisha Agrawal/ | Registration No. (Attorney/Agent) | 73212 | Telephone | 2124977775 |
|---|---|---|---|---|---|
| Name (Print/Type) | Trisha Agrawal | | | Date | May 26, 2017 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0010370

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0010371

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.504 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Matthew | | Kenney | |

**Residence Information (Select One)** ● US Residency    Non US Residency    Active US Military Service

| City | New Haven | State/Province | MI | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 32227 Chatham Street |
|---|---|
| Address 2 | |

| City | New Haven | State/Province | MI |
|---|---|---|---|

| Postal Code | 48048 | Country i | US |
|---|---|---|---|

| Inventor | 2 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Vinayagam | | Kannan | |

**Residence Information (Select One)** ◉ US Residency    Non US Residency    Active US Military Service

| City | Rochester | State/Province | MI | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 611 Timothy Lane, Apt. 204 |
|---|---|
| Address 2 | |

| City | Rochester | State/Province | MI |
|---|---|---|---|

| Postal Code | 48307 | Country i | US |
|---|---|---|---|

| Inventor | 3 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sunil | | Vandse | |

**Residence Information (Select One)** ◉ US Residency    Non US Residency    Active US Military Service

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.504 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

| City | Basking Ridge | State/Province | NJ | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 33 Dorchester Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Basking Ridge | State/Province | NJ |
| Postal Code | 07920 | Country i | US |

| Inventor | 4 | | Remove |
|---|---|---|---|
| Legal Name | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Suketu | | Sanghvi | |

**Residence Information (Select One)** ⦿ US Residency   Non US Residency   Active US Military Service

| City | Kendall Park | State/Province | NJ | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 1 Hancock Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Kendall Park | State/Province | NJ |
| Postal Code | 08824 | Country i | US |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the Add button. | Add |
|---|---|

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). |
|---|
| ☐ An Address is being provided for the correspondence Information of this application. |

| Customer Number | 021971 | | |
|---|---|---|---|
| Email Address | patentdocket@wsgr.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |
|---|---|---|
| Attorney Docket Number | 47956-702.504 | Small Entity Status Claimed ☐ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 30 | Suggested Figure for Publication (if any) |

PAR-VASO-0010373

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.504 |
| | Application Number | |
| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 021971 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending ▾ | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation in part of ▾ | 15426693 | 2017-02-07 |

PAR-VASO-0010374

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.504 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

| Prior Application Status | Pending | | | Remove |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| 15426693 | Continuation in part of | 15289640 | 2016-10-10 | |
| Prior Application Status | Pending | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| 15289640 | Continuation in part of | 14717877 | 2015-05-20 | |
| Prior Application Status | Abandoned | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| 14717877 | Continuation of | 14610499 | 2015-01-30 | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.    | Add |

# Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.    | Add |

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013. NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |
|---|---|

PAR-VASO-0010375

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.504 |
|---|---|---|
| | Application Number | |
| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | |

# Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**:  This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application.  After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s).  Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

### 1.  Authorization to Permit Access by a Foreign Intellectual Property Office(s)

**A.  Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2)  any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B.  Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

### 2.  Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)

☐  A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed.  If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐  B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE**:  Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PAR-VASO-0010376

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.504 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1                                                            [ Remove ]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | | Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

[                                                                                  ▼ ]

| Name of the Deceased or Legally Incapacitated Inventor: | |
|---|---|

| If the Applicant is an Organization check here. ☒ |
|---|

| Organization Name | Par Pharmaceutical, Inc. |
|---|---|

**Mailing Address Information For Applicant:**

| **Address 1** | 1 Ram Ridge Road | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Chestnut Ridge | **State/Province** | NY |
| **Country** | US | Postal Code | 10977 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.     [ Add ]

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PAR-VASO-0010377

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 47956-702.504 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

---

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| | Remove |
|---|---|

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☐ |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |
| City | | State/Province | |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

| Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. | Add |
|---|---|

---

## Signature:

| | Remove |
|---|---|

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Trisha Agrawal/ | | | Date (YYYY-MM-DD) | 2017-05-26 |
|---|---|---|---|---|---|
| First Name | Trisha | Last Name | Agrawal | Registration Number | 73212 |

| Additional Signature may be generated within this form by selecting the Add button. | Add |
|---|---|

PAR-VASO-0010378

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 47956-702.504 |
|---|---|---|
| | Application Number | |

| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which
is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This
collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data
sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to
complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and
Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR
COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PAR-VASO-0010379

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0010380

# CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Matthew Kenney | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i), the prioritized examination fee set forth in 37 CFR 1.17(c), and if not already paid, the publication fee set forth in 37 CFR 1.18(d) have been filed with the request. The basic filing fee, search fee, examination fee, and any required excess claims and application size fees are filed with the request or have been already been paid.

2. The application contains or is amended to contain no more than four independent claims and no more than thirty total claims, and no multiple dependent claims.

3. The applicable box is checked below:

   **I.** ☑ **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i. (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
                      ---OR---
     (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii. An executed oath or declaration under 37 CFR 1.63 is filed with the application.

   **II.** ☐ **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i. A request for continued examination has been filed with, or prior to, this form.
   ii. If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv. This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v. No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature | /Trisha Agrawal/ | Date | May 26, 2017 |
|---|---|---|---|
| Name (Print/Typed) | Trisha Agrawal | Practitioner Registration Number | 73212 |

***Note:*** *Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required in accordance with 37 CFR 1.33 and 11.18. Please see 37 CFR 1.4(d) for the form of the signature. If necessary, submit multiple forms for more than one signature, see below*.

☑ *Total of 1 forms are submitted.

PAR-VASO-0010381

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0010382

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the Patent Application of: | Group Art Unit: Unassigned |
| First Named Inventor: Matthew Kenney | Examiner: Unassigned |
| Serial No.: Herewith | Confirmation No.: Unassigned |
| Filed: May 26, 2017 | Customer No.: 021971 |
| Title: **VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION** | **Certificate of Electronic Filing** <br><br> I hereby certify that this paper and all marked attachments are being deposited by Electronic Filing on May 26, 2017, by using the EFS-Web patent filing system and addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450. <br><br> By: ____/Trisha Agrawal/____ <br> Trisha Agrawal |

Mail Stop Sequence
Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## STATEMENT REGARDING SEQUENCE SUBMISSION

Dear Sir/Madam:

In connection with the sequence listing submitted concurrently herewith, the undersigned hereby states that:

1. The contents of the electronically filed Sequence Listing is submitted in accordance with 37 C.F.R. § 1.821(e);

2. In accordance with 37 C.F.R. § 1.821(f), the information recorded in computer readable form is identical to the written sequence listing; and

3. The submission, filed herewith in accordance with 37 C.F.R. § 1.821(g), does not include new matter.

The Commissioner is hereby authorized to charge any required fees due in connection with this submission, including petition and extension of time fees, and to credit any overpayment, to Deposit Account No. 23-2415 (Docket No.: 47956-702.504).

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation

Date: May 26, 2017

By: __/Trisha Agrawal/_____
Trisha Agrawal, Ph.D., Patent Agent
Reg. No. 73,212

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
Customer No. 021971

PAR-VASO-0010383

PATENT APPLICATION

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

Inventor(s):  Matthew Kenney
32227 Chatham Street
New Haven, MI 48048

Vinayagam Kannan
611 Timothy Lane, Apt. 204
Rochester, MI 48307

Sunil Vandse
83 Dorchester Drive
Basking Ridge, NJ 07920

Suketu Sanghvi
1 Hancock Drive
Kendall Park, NJ 08824

Assignee:    Par Pharmaceutical, Inc.
One Ram Ridge Road
Chestnut Ridge, NY 10977

Entity:      Large

W S G R

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on: May 26, 2017**

-1-

PAR-VASO-0010384

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

## CROSS REFERENCE

[0001] This Application is a continuation-in-part of United States Application No. 15/426,693, filed February 7, 2017, which is a continuation-in-part of United States Application No. 15/289,640, filed October 10, 2016, which is a continuation-in-part of United States Application No. 14/717,877, filed May 20, 2015, which is a continuation of United States Application No. 14/610,499, filed January 30, 2015, each of which is incorporated herein by reference in its entirety.

## BACKGROUND

[0002] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin suffer from poor long-term stability.

## INCORPORATION BY REFERENCE

[0003] Each patent, publication, and non-patent literature cited in the application is hereby incorporated by reference in its entirety as if each was incorporated by reference individually.

## SEQUENCE LISTING

[0004] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on May 26, 2017, is named 47956702504_SL.txt and is 5222 bytes in size.

## SUMMARY OF THE INVENTION

[0005] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about

-2-

5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH.

## BRIEF DESCRIPTION OF THE FIGURES

[0006] FIGURE 1 is a chromatogram of a diluent used in vasopressin assay.

[0007] FIGURE 2 is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0008] FIGURE 3 is a chromatogram of an impurity marker solution used in a vasopressin assay.

[0009] FIGURE 4 is a zoomed-in depiction of the chromatogram in FIGURE 3.

[0010] FIGURE 5 is a chromatogram of a vasopressin standard solution.

[0011] FIGURE 6 is a chromatogram of a sample vasopressin preparation.

[0012] FIGURE 7 is a UV spectrum of a vasopressin sample.

[0013] FIGURE 8 is a UV spectrum of a vasopressin standard.

[0014] FIGURE 9 plots vasopressin stability across a range of pH as determined experimentally.

[0015] FIGURE 10 illustrates the effects of various stabilizers on vasopressin stability.

[0016] FIGURE 11 plots vasopressin stability across a range of pH at 25 ºC.

[0017] FIGURE 12 plots vasopressin impurities across a range of pH at 25 ºC.

[0018] FIGURE 13 plots vasopressin stability across a range of pH at 40 ºC.

[0019] FIGURE 14 plots vasopressin impurities across a range of pH at 40 ºC.

[0020] FIGURE 15 illustrates vasopressin impurities across a range of pH at 25 ºC.

[0021] FIGURE 16 illustrates vasopressin impurities across a range of pH at 40 ºC.

[0022] FIGURE 17 illustrates the effect of pH on vasopressin at 25 ºC.

[0023] FIGURE 18 illustrates the effect of pH on vasopressin at 40 ºC.

[0024] FIGURE 19 depicts the % LC of vasopressin formulations stored for 15 months at 25 ºC.

[0025] FIGURE 20 below shows a diagram of a cap to be used on a vial described herein.

[0026] FIGURE 21 depicts a stopper to be used in a vial described herein.

[0027] FIGURE 22 shows a vial for use in storing a 10 mL vasopressin formulation described herein.

[0028] FIGURE 23 shows the vasopressin assay results (represented as % label claim) of studies performed at 25 ºC with upright storage.

-3-

[0029] **FIGURE 24** shows the vasopressin assay results (represented as % label claim) of the studies performed at 25 ºC with inverted storage.

[0030] **FIGURE 25** shows the amount of Gly9-AVP when a 10 mL vasopressin formulation was stored at 25 ºC in an upright position.

[0031] **FIGURE 26** shows the amount of Gly9-AVP when a 10 mL vasopressin formulation was stored at 25 ºC in an inverted position.

[0032] **FIGURE 27** shows the amount of Glu4-AVP when a 10 mL vasopressin formulation was stored at 25 ºC in an upright position.

[0033] **FIGURE 28** shows the amount of Glu4-AVP when a 10 mL vasopressin formulation was stored at 25 ºC in an inverted position.

[0034] **FIGURE 29** shows the total impurities when a 10 mL vasopressin formulation was stored at 25 ºC in an upright position.

[0035] **FIGURE 30** shows the total impurities when a 10 mL vasopressin formulation was stored at 25 ºC in an inverted position.

## DETAILED DESCRIPTION

*Vasopressin and peptides of the invention.*

[0036] Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

[0037] Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume

-4-

and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

[0038] Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):



[0039] At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

[0040] Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-

-5-

membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

[0041] Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

[0042] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below. All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |
| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

*Therapeutic Uses.*

[0043] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0044] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-

-6-

cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension, meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be administered to a subject undergoing, for example, surgery or hysterectomy.

[0045] Plasma osmolality is a measure of the plasma's electrolyte-water balance and relates to blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0046] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0047] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0048] Blood pressure can vary from minute to minute and can follow the circadian rhythm with

-7-

a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

[0049] Blood pressure for a healthy human adult between the ages of 18-65 can range from about 90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0050] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

[0051] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.

*Pharmaceutical Formulations.*

[0052] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain

-8-

minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0053] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents, anti-static agents, surfactants, anti-oxidants, coloring agents, flavoring agents, plasticizers, preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0054] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0055] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

[0056] In some embodiments, a pharmaceutical composition has a shelf life of at least about 12 months, at least about 13 months, at least about 14 months, at least about 15 months, at least about 16 months, at least about 17 months, at least about 18 months, at least about 19 months, at least about 20 months, at least about 21 months, at least about 22 months, at least about 23 months, at least about 24 months, at least about 25 months, at least about 26 months, at least about 27 months, at least about 28 months, at least about 29 months, or at least about 30 months. The shelf life can be at any temperature, including, for example, room temperature and refrigeration (*i.e.*, 2-8°C). As used herein, "shelf life" means the period beginning from manufacture of a formulation beyond which the formulation cannot be expected beyond reasonable doubt to yield the therapeutic outcome approved by a government regulatory agency

[0057] In some embodiments, a vasopressin formulation of the invention comprises a

-9-

PAR-VASO-0010392

pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0058] In some embodiments, a vasopressin formulation of the invention has a half-life at about 5 °C to about 8 ºC that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about 200%, no more than about 250%, no more than about 300%, no more than about 350%, no more than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about 800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0059] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0060] A formulation described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours,

-10-

PAR-VASO-0010393

about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to a subject.

[0061] A unit dosage form described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to a subject.

[0062] A diluted unit dosage form described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours,

-11-

PAR-VASO-0010394

about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to subject.

[0063] The stability of a formulation described herein can be measured after, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years.

[0064] A formulation or unit dosage form described herein can exhibit, for example, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9% about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about

-12-

PAR-VASO-0010395

2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, or about 10% degradation over a specified period of time. The degradation of a formulation or a unit dosage form disclosed herein can be assessed after about 24 hours, about 36 hours, about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 8 months, about 10 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage. The degradation of a formulation or a unit dosage form disclosed herein can be assessed at a temperature of, for example, about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, or about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C, about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34

-13-

°C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33 °C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about 41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about 40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C.

[0065] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0066] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62 °C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C, about 70 °C, about 71 °C, about 72 °C,

-14-

PAR-VASO-0010397

about 73 ℃, about 74 ℃, or about 75 ℃.

[0067] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include from about 0 ℃ to about 5 ℃, about 1 ℃ to about 6 ℃, about 2 ℃ to about 7 ℃, about 2 ℃ to about 8 ℃, about 3 ℃ to about 8 ℃, about 4 ℃ to about 9 ℃, about 5 ℃ to about 10 ℃, about 6 ℃ to about 11 ℃, about 7 ℃ to about 12 ℃, about 8 ℃ to about 13 ℃, about 9 ℃ to about 14 ℃, about 10 ℃ to about 15 ℃, about 11 ℃ to about 16 ℃, about 12 ℃ to about 17 ℃, about 13 ℃ to about 18 ℃, about 14 ℃ to about 19 ℃, about 15 ℃ to about 20 ℃, about 16 ℃ to about 21 ℃, about 17 ℃ to about 22 ℃, about 18 ℃ to about 23 ℃, about 19 ℃ to about 24 ℃, about 20 ℃ to about 25 ℃, about 21 ℃ to about 26 ℃, about 22 ℃ to about 27 ℃, about 23 ℃ to about 28 ℃, about 24 ℃ to about 29 ℃, about 25 ℃ to about 30 ℃, about 26 ℃ to about 31 ℃, about 27 ℃ to about 32 ℃, about 28 ℃ to about 33 ℃, about 29 ℃ to about 34 ℃, about 30 ℃ to about 35 ℃, about 31 ℃ to about 36 ℃, about 32 ℃ to about 37 ℃, about 33 ℃ to about 38 ℃, about 34 ℃ to about 39 ℃, about 35 ℃ to about 40 ℃, about 36 ℃ to about 41 ℃, about 37 ℃ to about 42 ℃, about 38 ℃ to about 43 ℃, about 39 ℃ to about 44 ℃, about 40 ℃ to about 45 ℃, about 41 ℃ to about 46 ℃, about 42 ℃ to about 47 ℃, about 43 ℃ to about 48 ℃, about 44 ℃ to about 49 ℃, about 45 ℃ to about 50 ℃, about 46 ℃ to about 51 ℃, about 47 ℃ to about 52 ℃, about 48 ℃ to about 53 ℃, about 49 ℃ to about 54 ℃, about 50 ℃ to about 55 ℃, about 51 ℃ to about 56 ℃, about 52 ℃ to about 57 ℃, about 53 ℃ to about 58 ℃, about 54 ℃ to about 59 ℃, about 55 ℃ to about 60 ℃, about 56 ℃ to about 61 ℃, about 57 ℃ to about 62 ℃, about 58 ℃ to about 63 ℃, about 59 ℃ to about 64 ℃, about 60 ℃ to about 65 ℃, about 61 ℃ to about 66 ℃, about 62 ℃ to about 67 ℃, about 63 ℃ to about 68 ℃, about 64 ℃ to about 69 ℃, about 65 ℃ to about 70 ℃, about 66 ℃ to about 71 ℃, about 67 ℃ to about 72 ℃, about 68 ℃ to about 73 ℃, about 69 ℃ to about 74 ℃, about 70 ℃ to about 74 ℃, about 71 ℃ to about 76 ℃, about 72 ℃ to about 77 ℃, about 73 ℃ to about 78 ℃, about 74 ℃ to about 79 ℃, or about 75 ℃ to about 80 ℃.

[0068] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 ℃, about 20.1 ℃, about 20.2 ℃, about 20.3 ℃, about 20.4 ℃, about 20.5 ℃, about 20.6 ℃, about 20.7 ℃, about 20.8 ℃, about 20.9 ℃, about 21.0 ℃, about 21.1 ℃, about 21.2 ℃, about 21.3 ℃, about 21.4 ℃, about 21.5 ℃, about 21.6 ℃, about 21.7 ℃, about 21.8 ℃, about 21.9 ℃, about

-15-

PAR-VASO-0010398

22.0 °C, about 22.1 °C, about 22.2 °C, about 22.3 °C, about 22.4 °C, about 22.5 °C, about 22.6 °C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[0069] A pharmaceutical composition of the disclosed can be supplied, stored, or delivered in a vial or tube that is, for example, about 0.5 mL, about 1 mL, about 2 mL, about 3 mL, about 4 mL, about 5 mL, about 6 mL, about 7 mL, about 8 mL, about 9 mL, about 10 mL, about 11 mL, about 12 mL, about 13 mL, about 14 mL, about 15 mL, about 16 mL, about 17 mL, about 18 mL, about 19 mL, or about 20 mL in volume.

[0070] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0071] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle, for example, sterile pyrogen-free water, before use.

*Comparison Formulations.*

-16-

PAR-VASO-0010399

[0072] A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

[0073] A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

*Methods.*

[0074] Any formulation described herein can be diluted prior to administration to a subject. Diluents that can be used in a method of the invention include, for example, compound sodium lactate solution, 6% dextran, 10% dextran, 5% dextrose, 20% fructose, Ringer's solution, 5% saline, 1.39% sodium bicarbonate, 1.72% sodium lactate, or water. Upon dilution, any diluted formulation disclosed herein can be stored for, for example, about 24 hours, about 36 hours,

-17-

about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 8 months, about 10 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage. Upon dilution, any diluted formulation disclosed herein can be stored at, for example, about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, or about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C, about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34 °C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33 °C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about 41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about 40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C.

[0075] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

PAR-VASO-0010401

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[0076] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 48 hours.

[0077] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

-19-

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[0078] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one week.

[0079] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

-20-

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about two weeks.

[0080] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about three weeks.

[0081] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[0082] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-21-

mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about six weeks.

[0083] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about three months.

[0084] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

-22-

human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about six months.

[0085] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one year.

[0086] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about two years.

-23-

PAR-VASO-0010406

[0087] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about three years.

[0088] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0089] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48

-24-

hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0090] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 96 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0091] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 1 week; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

-25-

PAR-VASO-0010408

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0092] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 2 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0093] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0094] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-26-

PAR-VASO-0010409

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about one week.

[0095] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0096] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

-27-

PAR-VASO-0010410

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0097] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0098] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least one year; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

-28-

PAR-VASO-0010411

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about 4 weeks.

[0099] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least two years; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about 4 weeks.

[00100] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least three years; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about 4 weeks.

[00101] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07

-29-

PAR-VASO-0010412

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[00102] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 48 hours.

[00103] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 96 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

-30-

PAR-VASO-0010413

human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00104] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least one week; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one week.

[00105] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 2 weeks; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

PAR-VASO-0010414

[00106] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 weeks.

[00107] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00108] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3

-32-

months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00109] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00110] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 1 year; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

-33-

PAR-VASO-0010416

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00111] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 2 years; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00112] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 years; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 years.

[00113] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-34-

PAR-VASO-0010417

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00114] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00115] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 96 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL)

-35-

PAR-VASO-0010418

of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00116] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 1 week; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00117] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt

PAR-VASO-0010419

thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00118] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00119] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about one week.

[00120] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07

-37-

PAR-VASO-0010420

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00121] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00122] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 1 year; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted

-38-

unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00123] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00124] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 3 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

-39-

PAR-VASO-0010422

[00125] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00126] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[00127] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4

-40-

weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00128] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00129] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

PAR-VASO-0010424

salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00130] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00131] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00132] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-42-

PAR-VASO-0010425

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 months.

[00133] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 6 months.

[00134] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL)

-43-

of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00135] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00136] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt

PAR-VASO-0010427

thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00137] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[00138] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 48 hours.

[00139] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-45-

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 96 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 96 hours.

[00140] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one week; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 week.

[00141] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted

PAR-VASO-0010429

unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00142] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00143] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

-47-

PAR-VASO-0010430

[00144] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 °C, for about 3 months.

[00145] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 °C, for about 6 months.

[00146] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one

-48-

PAR-VASO-0010431

year; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one year.

[00147] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 2 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00148] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

-49-

salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00149] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 24 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00150] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 48 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00151] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 96 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the

-50-

administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00152] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 1 week; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00153] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 2 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00154] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the

-51-

PAR-VASO-0010434

pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00155] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 week.

[00156] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00157] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-52-

administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C,  for at least 6 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00158] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C,  for at least 1 year; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00159] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

PAR-VASO-0010436

[00160] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C ,for example, 5 °C, for at least 3 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00161] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00162] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein

-54-

PAR-VASO-0010437

the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[00163] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00164] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00165] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

-55-

PAR-VASO-0010438

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about two weeks.

[00166] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about three weeks.

[00167] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00168] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c)

-56-

PAR-VASO-0010439

intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00169] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00170] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00171] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a

-57-

PAR-VASO-0010440

pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

[00172] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00173] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 24 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

-58-

PAR-VASO-0010441

[00174] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 48 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C for about, for example, 5 °C,48 hours.

[00175] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 96 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 96 hours.

[00176] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 1 week; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein

-59-

PAR-VASO-0010442

the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00177] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 2 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00178] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 3 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00179] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

-60-

PAR-VASO-0010443

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00180] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 3 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00181] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 6 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00182] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 1 year; and c) intravenously

-61-

administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 year.

[00183] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

[00184] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

*Dosage Amounts.*

[00185] In practicing the methods of treatment or use provided herein, therapeutically-effective

PAR-VASO-0010445

amounts of the compounds described herein are administered in pharmaceutical compositions to a subject having a disease or condition to be treated. A therapeutically-effective amount can vary widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[00186] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, about 10 mL, about 11 mL, about 12 mL, about 13 mL, about 14 mL, about 15 mL, about 16 mL, about 17 mL, about 18 mL, about 19 mL, or about 20 mL.

[00187] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about

PAR-VASO-0010446

19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or about 50 units/mL.

[00188] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 µg, about 0.05 µg, about 0.1 µg, about 0.15 µg, about 0.2 µg, about 0.25 µg, about 0.3 µg, about 0.35 µg, about 0.4 µg, about 0.5 µg, about 0.6 µg, about 0.7 µg, about 0.8 µg, about 0.9 µg, about 1 µg, about 2 µg, about 3 µg, about 4 µg, about 5 µg, about 10 µg, about 15 µg, about 20 µg, about 25 µg, about 30 µg, about 35 µg, about 40 µg, about 45 µg, about 50 µg, about 60 µg, about 70 µg, about 80 µg, about 90 µg, about 100 µg, about 125 µg, about 150 µg, about 175 µg, about 200 µg, about 250 µg, about 300 µg, about 350 µg, about 400 µg, about 450 µg, about 500 µg, about 600 µg, about 700 µg, about 800 µg, about 900 µg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[00189] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[00190] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[00191] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about

-64-

PAR-VASO-0010447

2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75, about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2, about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[00192] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, from about 2 to about 2.2, about 2.05 to about 2.25, about 2.1 to about 2.3, about 2.15 to about 2.35, about 2.2 to about 2.4, about 2.25 to about 2.45, about 2.3 to about 2.5, about 2.35 to about 2.55, about 2.4 to about 2.6, about 2.45 to about 2.65, about 2.5 to about 2.7, about 2.55 to about 2.75, about 2.6 to about 2.8, about 2.65 to about 2.85, about 2.7 to about 2.9, about 2.75 to about 2.95, about 2.8 to about 3, about 2.85 to about 3.05, about 2.9 to about 3.1, about 2.95 to about 3.15, about 3 to about 3.2, about 3.05 to about 3.25, about 3.1 to about 3.3, about 3.15 to about 3.35, about 3.2 to about 3.4, about 3.25 to about 3.45, about 3.3 to about 3.5, about 3.35 to about 3.55, about 3.4 to about 3.6, about 3.45 to about 3.65, about 3.5 to about 3.7, about 3.55 to about 3.75, about 3.6 to about 3.8, about 3.65 to about 3.85, about 3.7 to about 3.9, about 3.7 to about 3.8, about 3.75 to about 3.95, about 3.75 to about 3.8, about 3.8 to about 3.85, about 3.75 to about 3.85, about 3.8 to about 4, about 3.85 to about 4.05, about 3.9 to about 4.1, about 3.95 to about 4.15, about 4 to about 4.2, about 4.05 to about 4.25, about 4.1 to about 4.3, about 4.15 to about 4.35, about 4.2 to about 4.4, about 4.25 to about 4.45, about 4.3 to about 4.5, about 4.35 to about 4.55, about 4.4 to about 4.6, about 4.45 to about 4.65, about 4.5 to about 4.7, about 4.55 to about 4.75, about 4.6 to about 4.8, about 4.65 to about 4.85, about 4.7 to about 4.9, about 4.75 to about 4.95, about 4.8 to about 5, about 4.85 to about 5.05, about 4.9 to about 5.1, about 4.95 to about 5.15, or about 5 to about 5.2 pH units.

[00193] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

-65-

PAR-VASO-0010448

[00194] In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[00195] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least 35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40% pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least

PAR-VASO-0010449

99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[00196] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.

[00197] A composition described herein can be provided as a pharmaceutical formulation that can be stored in, for example, a vial or a container. The vial or container can contain, at the opening, a dispensing region from which a portion of the pharmaceutical formulation can be withdrawn for administration to a subject. In some embodiments, the dispensing region is punctured by, for example, a hypodermic needle to access the pharmaceutical formulation. The dispensing region can be punctured, for example, one time, two times, three times, four times, five times, six times, seven time, eight time, nine times, ten times, 11 times, 12 times, 13 times, 14 times, 15 times, or as many times as needed for treatment of the subject. The dispensing region can be made of, for example, aluminum, rubber, plastic, wax, or any combination thereof.

[00198] The dispensing region of the contain can be punctured within one hour, two hours, three hours, four hours, five hours, six hours, seven hours, eight hours, nine hours, ten hours, 11 hours, 12 hours, one day (24 hours), two days (48 hours), three days, four days, five days, six days, one week, two weeks, three weeks, one month (30 days), two months, three months, four months, five months, six months, seven months, eight months, nine months, ten months, eleven months, or one year from the first puncture of the dispensing region of the container.

*Pharmaceutically-acceptable excipients.*

[00199] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds.,

-67-

PAR-VASO-0010450

Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

[00200] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[00201] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N′-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[00202] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion.  Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[00203] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[00204] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used.  Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

PAR-VASO-0010451

[00205] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, chlorobutanol, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[00206] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[00207] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[00208] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%,

-69-

PAR-VASO-0010452

about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99%, or about 100% by mass or by volume of the unit dosage form.

[00209] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.


*Pharmaceutically-Acceptable Salts.*

[00210] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[00211] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[00212] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[00213] Ammonium salts can arise from the addition of ammonia or an organic amine to a

-70-

PAR-VASO-0010453

compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrrazole, pipyrrazole, imidazole, pyrazine, or pipyrazine.

[00214] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[00215] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[00216] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.

*Peptide Sequence.*

[00217] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu); lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser); threonine (T, Thr); tryptophan (W, Trp);

-71-

PAR-VASO-0010454

tyrosine (Y, Tyr); valine (V, Val). In some embodiments, the amino acid is a L-enantiomer. In some embodiments, the amino acid is a D-enantiomer.

[00218] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[00219] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, a pharmaceutical composition of the invention comprises vasopressin and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth peptide.

[00220] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[00221] The amount of another peptide or impurity in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%,

PAR-VASO-0010455

about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[00222] Another peptide or impurity present in a composition described herein can be, for example, SEQ ID NO.: 2, SEQ ID NO.: 3, SEQ ID NO.: 4, SEQ ID NO.: 5, SEQ ID NO.: 6, SEQ ID NO.: 7, SEQ ID NO.: 8, SEQ ID NO.: 9, SEQ ID NO.: 10, SEQ ID NO.: 11, SEQ ID NO.: 12, SEQ ID NO.: 13, SEQ ID NO.: 14, SEQ ID NO.: 15, SEQ ID NO.: 16, SEQ ID NO.: 17, a dimer of SEQ ID NO.: 1, an unidentified impurity, or any combination thereof.

[00223] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[00224] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[00225] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm,

PAR-VASO-0010456

about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[00226] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

[00227] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.


# EXAMPLES

**EXAMPLE 1**: *Impurities of Vasopressin as detected by HPLC.*

[00228] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[00229] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin

-74-

PAR-VASO-0010457

reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[00230] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 µm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25ºC |
| Flow Rate | 1.0 mL/min |
| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. |
| Injection Volume | 100 µL |
| Run time | 55 minutes |
| Autosampler Vials | Polypropylene vials |
| Pump (gradient) | Time (min)   %A   %B   Flow<br>0         90    10    1.0<br>40       50    50    1.0<br>45       50    50    1.0<br>46       90    10    1.0<br>55       90    10    1.0 |

[00231] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[00232] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 µm membrane filter under vacuum, and the volume was adjusted as necessary.

[00233] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[00234] The working standard solution contained approximately 20 units/mL of vasopressin.

-75-

The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[00235] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[00236] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[00237] A second working standard solution was prepared as directed under the standard preparation.

[00238] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

[00239] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[00240] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[00241] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[00242] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[00243] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[00244] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00245] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long

-76-

PAR-VASO-0010459

as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00246] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00247] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00248] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

[00249] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE 4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00250] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00251] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00252] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%.  One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00253] Then, one injection of the working standard solution was made.

[00254] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00255] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00256] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections

-77-

of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00257] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00258] The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation. **FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00259] To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \times \text{Conc STD}$$

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00260] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00261] The impurities were calculated using the formula below:

$$\text{\% impurity} = \frac{R_I}{R_S} \times \frac{\text{Conc STD}}{20 \text{ U/mL}} \times 100\%$$

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00262] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

-78-

| TABLE 3 | | | |
|---|---|---|---|
| **Name** | **Formula** | **Appr. RRT** | **Molar Mass (g)** |
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH$_2$    SEQ ID NO.: 1  (disulfide bridge between cys residues) | | | |
| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG     SEQ ID NO.: 2  (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$    SEQ ID NO.: 3   (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$    SEQ ID NO.: 4   (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$    SEQ ID NO.: 7  (disulfide bridge between cys residues) | | | |

-79-

PAR-VASO-0010462

| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
|---|---|---|---|
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

**EXAMPLE 2:** *Investigation of pH.*

[00263] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

**EXAMPLE 3:** *Effect of peptide stabilizers on vasopressin formulation.*

[00264] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4.** Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---|---|---|---|---|---|
| Ethanol | PEG 400 | Glycerol | Poloxamer 188 | HPbCD[a] | n-Methylpyrrolidone (NMP) |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00265] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect

-80-

was about 5% to about 10% greater than that observed in the experiments of **EXAMPLE 2**.

**EXAMPLE 4:** *Effect of buffer and divalent metals on vasopressin formulation.*

[00266] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00267] The tested combinations provided vasopressin stability comparable to that of a vasopressin formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.

**EXAMPLE 5:** *Illustrative formulations for assessment of vasopressin stability.*

[00268] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00269] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00270] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300, NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00271] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00272] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one

-81-

PAR-VASO-0010464

week.

[00273] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to test the stability of vasopressin.

[00274] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00275] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00276] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.


**EXAMPLE 6:** *Illustrative vasopressin formulation for clinical use.*

[00277] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |


**EXAMPLE 7:** *Illustrative regimen for therapeutic use of a vasopressin formulation.*

[00278] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

-82-

PAR-VASO-0010465

*Preparation and Use of Vasopressin.*

[00279] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin at 20 units/mL.

[00280] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen. Alternatively, a unit dosage form of vasopressin can be stored between 2 °C and 8 °C for about 1 week, 2 weeks, 3 weeks, 4 weeks, 5 weeks, 6 weeks, 7 weeks, or 8 weeks.

[00281] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00282] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00283] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

[00284] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00285] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

[00286] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

[00287] Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.

-83-

PAR-VASO-0010466

*Contraindications, Adverse Reactions, and Drug-Drug Interactions.*

[00288] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired cardiac response can worsen cardiac output.

[00289] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00290] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00291] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00292] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00293] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00294] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide,

-84-

and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

[00295] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

*Use of Vasopressin in Specific Populations.*

[00296] Vasopressin is a Category C drug for pregnancy.

[00297] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.

*Overdosage.*

[00298] Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.

*Pharmacology of Vasopressin.*

[00299] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic

-85-

PAR-VASO-0010468

arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00300] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:



SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00301] One mg of vasopressin is equivalent to 530 units. Alternatively, one mg of vasopressin is equivalent to 470 units.

[00302] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00303] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00304] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00305] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of

-86-

PAR-VASO-0010469

vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

*Carcinogenesis, Mutagenesis, Impairment of Fertility.*

[00306] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

*Clinical studies.*

[00307] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

**EXAMPLE 8:** *Effect of Temperature on Vasopressin Formulations.*

[00308] To test the effect of temperature on the stability of vasopressin formulation, solutions containing 20 units/mL vasopressin and chlorobutanol, adjusted to pH 3.5 with acetic acid, were prepared.  One mL of each vasopressin formulations was then filled into 3 cc vials. Each Vasopressin Formulation was stored either inverted or upright for at least three months, up to 24 months, at: (i) 5 °C; (ii) 25 °C and 60% relative humidity; or (iii) 40 °C and 75% humidity, and the amount of vasopressin (U/mL) and % total impurities were measured periodically. **TABLES 7-12** below display the results of the experiments at 5 °C. The results of the experiments at 25 °C are included in **TABLES 13-18**. All of the experiments were performed in triplicate. The results of the experiments at 40 °C are included in **TABLES 19-24**. For each temperature tested, three lots of the vasopressin formulation were stored for 24 months (5 °C and 25 °C) and 3 months (40 °C), and measurements were taken at regular intervals during the testing periods. "NMT" as used in the tables denotes "not more than."

[00309] The vasopressin and impurity amounts observed in the experiments conducted at 5 °C

-87-

PAR-VASO-0010470

are shown in **TABLES 7-12** below (AVP = Vasopressin).

| TABLE 7 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| **Test** | | **Initial** | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| | | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |

| TABLE 8 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |

| TABLE 9 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |

PAR-VASO-0010471

| | Total Impurities: NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |

| TABLE 10 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| | Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |

| TABLE 11 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |

| TABLE 12 | | | |
|---|---|---|---|
| **Samples stored upright at 5 °C** | | | |
| Test | Acceptance Criteria | Initial | **Time in months** |

PAR-VASO-0010472

| Test | Acceptance Criteria | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |

[00310] The vasopressin and impurity amounts observed in the experiments conducted at 25 °C and 60% relative humidity are shown in **TABLES 13-18** below.

| TABLE 13 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 |
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% |

| TABLE 14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4% |

-90-

PAR-VASO-0010473

**TABLE 15**

**Samples stored inverted at 25 °C and 60% Relative Humidity**

| Test | Acceptance Criteria | Initial | Time in months | | | | | |
|------|--------------------|---------|------|------|------|------|------|------|
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9% |

**TABLE 16**

**Samples stored upright at 25 °C and 60% Relative Humidity**

| Test | Acceptance Criteria | Initial | Time in months | | | | | |
|------|--------------------|---------|------|------|------|------|------|------|
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% |

**TABLE 17**

**Samples stored upright at 25 °C and 60% Relative Humidity**

| Test | Acceptance Criteria | Initial | Time in months | | | | | |
|------|--------------------|---------|------|------|------|------|------|------|
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 |

PAR-VASO-0010474

| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% |

**TABLE 18**

**Samples stored upright at 25 °C and 60% Relative Humidity**

| Test | Acceptance Criteria | Initial | Time in months | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% |

[00311] The vasopressin and impurity amounts observed in the experiments conducted at 40 °C and 75% relative humidity are shown in **TABLES 19-24** below.

**TABLE 19**

**Samples stored inverted at 40 °C**

| Test | Acceptance Criteria | Initial | Time in months | | |
|---|---|---|---|---|---|
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |

**TABLE 20**

**Samples stored Upright at 40 °C**

| Test | Acceptance | Initial | Time in months |
|---|---|---|---|

PAR-VASO-0010475

| | Criteria | | 1 | 2 | 3 |
|---|---|---|---|---|---|
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
| | Total Impurities: NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |

| TABLE 21 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |

| TABLE 22 | | | | | |
|---|---|---|---|---|---|
| **Samples stored Upright at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |

| TABLE 23 |
|---|

PAR-VASO-0010476

| Samples stored inverted at 40 °C | | | | | |
|---|---|---|---|---|---|
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |

| TABLE 24 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |

[00312] The results of the above experiments suggested that storage in either an upright or inverted position did not markedly affect the stability of vasopressin. The samples held at 5 °C exhibited little fluctuation in vasopressin amounts over 24 months, and the amount of total impurities did not increase above 3% during the testing period (**TABLES 7-12**). The samples held at 25 °C and 60% relative humidity exhibited a decrease in vasopressin amount of about 10-12% after 24 months (**TABLES 13-18**). The amount of impurities observed in the samples stored at 25 °C and 60% relative humidity after 24 months exceeded 13% in some samples, whereas the amount of impurities observed in the samples stored at 5 °C did not exceed 3% after 24 months. After about three months, the samples held at 40 °C exhibited a decrease in the amount of vasopressin of about 10-12%. The amount of impurities observed at 40 °C exceeded

-94-

10% after three months, whereas the amount of impurities observed in the samples stored at 5 °C was less than 3% after three months (**TABLES 19-24**).

[00313] Experiments were also conducted on the same samples above over the course of the experiments to measure the amount of individual impurities in the samples, pH of the samples, chlorobutanol content, particulate matter, antimicrobial effectiveness, and bacterial endotoxin levels (**TABLES 25-42**). (NR = no reading; ND = not determined; UI = unidentified impurity).

[00314] The anti-microbial effectiveness of the solution was established to determine the amount of antimicrobial agents in the formulation that protect against bacterial contamination. The bullets in the tables below indicate that the sample was not tested for anti-microbial effectiveness at that specific time point.

[00315] The bacterial endotoxin levels were also measured for some of the formulations. The bullets in the tables below indicate that the sample was not tested for bacterial endotoxin levels at that specific time point.

| TABLE 25 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored inverted at 5 °C | | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| Related Substances | SEQ ID NO.: 2 NMT 6.0% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.8% | 0.9% | 1.0% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |

PAR-VASO-0010478

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.5% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | Total Impurities: NMT 17.0% | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 0 | 1 | 1 | 1 | 2 | 16 | 2 | 4 | 1 |

PAR-VASO-0010479

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 26 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.6% | 0.5% | 0.6% | 0.7% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |

PAR-VASO-0010480

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | NR | 0.1% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | 0.1% | 0.1% | NR | 0.1% | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.48% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 1 | 15 | 2 | 3 | 2 |

PAR-VASO-0010481

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 27 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |

PAR-VASO-0010482

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | 0.1% |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Impurities : NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.47% | 0.47% | 0.48% | 0.48% | 0.48% |

PAR-VASO-0010483

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 1 | 2 | 1 | 4 | 2 | 1 | 3 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 28 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.7% | 0.9% | 1.0% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |

PAR-VASO-0010484

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 0 | 2 | 2 | 2 | 1 | 2 | 2 | 4 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

PAR-VASO-0010485

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 29 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.8% | 0.7% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.8% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |

-103-

PAR-VASO-0010486

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | 0.2% | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 2 | 2 | 6 | 4 | 4 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

-104-

PAR-VASO-0010487

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

<table>
<tr><th colspan="11">TABLE 30</th></tr>
<tr><th colspan="11">Samples stored upright at 5 °C</th></tr>
<tr><th rowspan="2">Test</th><th rowspan="2">Acceptance Criteria</th><th rowspan="2">Initial</th><th colspan="8">Time in months</th></tr>
<tr><th>1</th><th>2</th><th>3</th><th>6</th><th>9</th><th>12</th><th>18</th><th>24</th></tr>
<tr><td>Vasopressin Assay</td><td>16.0 - 21.0 U/mL</td><td>19.7</td><td>19.7</td><td>19.6</td><td>19.7</td><td>19.8</td><td>19.7</td><td>19.9</td><td>19.8</td><td>19.5</td></tr>
<tr><td>Related Substances</td><td>SEQ ID NO.: 2: NMT 6.0%</td><td>0.5%</td><td>0.5%</td><td>0.5%</td><td>0.5%</td><td>0.5%</td><td>0.6%</td><td>0.6%</td><td>0.8%</td><td>0.8%</td></tr>
<tr><td></td><td>SEQ ID NO.: 4: NMT 6.0%</td><td>0.5%</td><td>0.5%</td><td>0.5%</td><td>0.6%</td><td>0.6%</td><td>0.7%</td><td>0.7%</td><td>0.8%</td><td>0.9%</td></tr>
<tr><td></td><td>SEQ ID NO.: 10: NMT 1.0%</td><td>0.3%</td><td>0.3%</td><td>0.3%</td><td>0.4%</td><td>0.3%</td><td>0.3%</td><td>0.4%</td><td>0.4%</td><td>0.3%</td></tr>
<tr><td></td><td>Asp5-AVP: NMT 1.5%</td><td>0.1%</td><td>NR</td><td>0.1%</td><td>0.1%</td><td>0.1%</td><td>0.1%</td><td>0.2%</td><td>0.2%</td><td>0.2%</td></tr>
<tr><td></td><td>AVP-Dimer: NMT 1.0%</td><td>NR</td><td>NR</td><td>NR</td><td>NR</td><td>NR</td><td>NR</td><td>NR</td><td>NR</td><td>NR</td></tr>
<tr><td></td><td>Acetyl-AVP: NMT 1.0%</td><td>0.3%</td><td>0.3%</td><td>0.3%</td><td>0.3%</td><td>0.2%</td><td>0.3%</td><td>0.3%</td><td>0.3%</td><td>0.3%</td></tr>
</table>

PAR-VASO-0010488

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | 0.2% | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | 0.1% | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47% | 0.48% | 0.48% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 3 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

PAR-VASO-0010489

| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 31 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.3% | 4.6% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.2% | 3.7% | 5.2% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.5% | 0.5% | 0.4% | 0.2% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.3% | 0.4% | 0.5% | 0.7% | 1.0% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |

-107-

PAR-VASO-0010490

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | NR | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |
| UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | <0.10 | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |

PAR-VASO-0010491

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | 0.5% | --- |
| | Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% | --- |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.2 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 8 | 4 | 1 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | . | . | . | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | . | . | . | <1 | • | <1 | --- |

| TABLE 32 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Samples stored inverted at 25 °C and 60% Relative Humidity | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.5% | 1.9% | 3.1% | 4.4% | --- |

PAR-VASO-0010492

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |
| SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | --- |
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | --- |
| UI-0.83: NMT 1.0% | 0.2% | NR | 0.1% | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |

PAR-VASO-0010493

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |
| UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.6% | --- |
| Total Impurities : NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4 % | --- |
| pH   2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.2 | 3.3 | 3.4 | --- |
| Chlorobutanol   0.25-0.60 %w/v | 0.48% | 0.49% | 0.48 % | 0.47 % | 0.47 % | 0.47% | 0.47 | --- |

PAR-VASO-0010494

| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 2 | 1 | 1 | 3 | 4 | 1 | 2 | --- |
|---|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 33 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** | **30** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.0% | 3.2% | 4.5% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.8% | 2.2% | 3.7% | 5.0% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.5% | 0.7% | 1.0% | --- |

-112-

PAR-VASO-0010495

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | | 0.1% | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |

-113-

PAR-VASO-0010496

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.26: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.35: NMT 1.0% | 0.3% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | |
| UI-2.09-2.10: NMT 1.0% | NR | 20.0% | NR | NR | NR | <0.10 | 0.1% | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.1% | NR | |
| Total Impurities : NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |

-114-

PAR-VASO-0010497

| Chlorobuta nol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47 % | 0.46 % | 0.46 % | 0.46% | 0.45 % | --- |
|---|---|---|---|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 2 | 3 | 3 | 3 | 1 | 2 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 34 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** | **30** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.2% | 4.5% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.3% | 3.6% | 5.0% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.2% | 0.3% | --- |

PAR-VASO-0010498

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.4% | 0.7% | 0.9% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | NR | --- |

-116-

PAR-VASO-0010499

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| | UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| | UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.3% | --- |
| | UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.5% | --- |
| | Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% | --- |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobuta nol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 μm) | 1 | 2 | 2 | 2 | 2 | 4 | 2 | --- |
| | NMT 600 ($\geq$ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrob ial Effectivene ss | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

**TABLE 35**

-117-

PAR-VASO-0010500

| Samples stored upright at 25 °C and 60% Relative Humidity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.4% | 1.9% | 3.1% | 4.3% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| | Acetyl-AVP: NMT 1.0% | 0.30% | 0.30% | 0.30% | 0.20% | 0.20% | 0.20% | 0.3% | --- |
| | UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | |
| | UI-0.83: NMT 1.0% | 0.2% | NR | <0.10 | NR | NR | 0.1% | 0.1% | |
| | UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | |

PAR-VASO-0010501

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2 % | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.4% | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2 % | NR | NR | NR | 0.1% | 0.1 | |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2 % | NR | NR | NR | 0.1% | 0.3 | |
| UI-2.15-2.16: NMT 1.0% | NR | | NR | NR | NR | NR | 0.5 | |

PAR-VASO-0010502

| Test | Acceptance Criteria | Initial | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
|------|---------------------|---------|---|---|---|----|----|----|----|
| Total Impurities : NMT 17.0% | | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.47% | 0.47% | 0.48% | 0.46% | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 2 | 1 | 1 | 2 | 5 | 1 | 4 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 36 | | | | | | | | | |
|----------|--|--|--|--|--|--|--|--|--|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.1% | 3.3% | 4.7% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.7% | 2.3% | 3.7% | 5.3% | --- |

-120-

PAR-VASO-0010503

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| D-Asn-AVP: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.5% | 0.7% | 1.0% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | 0.1% | NR | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.2% | |

PAR-VASO-0010504

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.26: NMT 1.0% | NR | NR | 0.4% | NR | NR | NR | NR | |
| UI-1.35: NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | NR | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | |
| UI-2.09-2.10: NMT 1.0% | NR | NR | NR | NR | NR | <0.10 | NR | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.2% | NR | |

PAR-VASO-0010505

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Impurities : NMT 17.0% | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.47% | 0.47% | 0.46% | 0.45 | 0.46 | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 0 | 1 | 3 | 7 | 0 | 3 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 37 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |

-123-

PAR-VASO-0010506

| | | | | |
|---|---|---|---|---|
| D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.2% |
| UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010507

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.05-2.08: NMT 1.0% | ND | ND | 0.2% | ND |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 % w/v | 0.49% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 $\mu$m) | 1 | 1 | 1 | 1 |
| | NMT 600 ($\geq$ 25 $\mu$m) | 0 | 0 | 0 | 0 |

| TABLE 38 |
|---|
| **Samples stored inverted at 40 °C** |

PAR-VASO-0010508

| Test | Acceptance Criteria | Initial | Time in months | | |
|------|--------------------|---------|------|------|------|
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.9% | 2.2% | 3.6% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |

PAR-VASO-0010509

| | | | | |
|---|---|---|---|---|
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | 0.3% | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | ND | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.81-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-2.03-2.08: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| UI-2.14: NMT 1.0% | ND | ND | 0.2% | ND |
| Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |

PAR-VASO-0010510

| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 2 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 39 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.9% | 2.2% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.4% | 4.0% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010511

| | | | | |
|---|---|---|---|---|
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.81-1.85: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010512

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.86-1.88: NMT 1.0% | ND | 0.1% | 0.2% | ND |
| | UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| | UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| | Total Impurities : NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.46% | 0.46% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 2 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 |

| TABLE 40 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |

-130-

PAR-VASO-0010513

| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
|---|---|---|---|---|---|
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% |

PAR-VASO-0010514

|  | | | | | |
|---|---|---|---|---|---|
|  | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
|  | UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.3% | 0.3% |
|  | UI-1.67: NMT 1.0% | ND | ND | ND | ND |
|  | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
|  | UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | ND |
|  | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
|  | UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
|  | UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
|  | Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
|  | Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |

-132-

| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.50% | 0.48% |
|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 41 | | | | | |
|---|---|---|---|---|---|
| **Samples stored Upright at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.9% | 2.3% | 3.7% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010516

| | | | | | |
|---|---|---|---|---|---|
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 2.0% | 0.3% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| | UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |

PAR-VASO-0010517

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| | UI-2.14 : NMT 1.0% | ND | ND | ND | ND |
| | Total Impurities : NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |
| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.49% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 2 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 42 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 1.0% | 2.2% | 3.9% |

PAR-VASO-0010518

| | | | | | |
|---|---|---|---|---|---|
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.4% | 4.2% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 50.0% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |

PAR-VASO-0010519

| | | | | |
|---|---|---|---|---|
| UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | ND | ND |
| UI-1.86-1.88: NMT 1.0% | ND | 0.1% | 0.2% | ND |
| UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.1% |
| UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| Total Impurities : NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |

PAR-VASO-0010520

| | | | | | |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47% | 0.45% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

**EXAMPLE 9**: *Effect of pH 3.5-4.5 on vasopressin formulations.*

[00316] To test of effect of pH on vasopressin formulations, solutions containing 20 units/mL vasopressin, adjusted to pH 3.5, 3.6, 3.7, 3.8, 3.9, 4, 4.1, 4.2, 4.3, 4.4, or 4.5 with 10 mM acetate buffer, were prepared. One mL of each of the vasopressin formulations was then filled into 10 cc vials.

[00317] The vasopressin formulations were stored for four weeks at: (i) 25 °C; or (ii) 40 °C, and the assay (% label claim; vasopressin remaining) and % total impurities after four weeks were measured using the methods described in **EXAMPLE 1**. **FIGURES 11** and **12** below display the results of the experiments at 25 °C. The results of the experiments at 40 °C are included in **FIGURES 13** and **14**.

[00318] The results of the experiments suggested that the stability of a vasopressin formulation was affected by pH. At 25 °C, the remaining vasopressin after four weeks was highest between pH 3.6 and pH 3.8 (**FIGURE 11**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 12**). At 25 °C, pH 3.7 provided the highest stability for vasopressin (**FIGURE 11**).

[00319] At 40 °C, the remaining vasopressin after four weeks was highest between pH 3.6 and pH 3.8 (**FIGURE 13**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 14**). At 40 °C, pH 3.6 provided the highest stability for vasopressin (**FIGURE 13**),

**EXAMPLE 10**: *Effect of pH 2.5-4.5 of vasopressin formulations.*

[00320] To test of effect of pH on vasopressin formulations, solutions containing 20 units/mL

-138-

PAR-VASO-0010521

vasopressin, adjusted to pH 2.5, 2.6, 2.7, 2.8, 2.9, 3, 3.1, 3.2, 3.3, or 3.4 with 10 mM acetate buffer were also prepared. One mL of each of the vasopressin formulations was then filled into 10 cc vials.

[00321] The amount of vasopressin, impurities, and associated integration values were determined using the methods describes in **EXAMPLE 1**. The results from the stability tests on the vasopressin formulations from pH 2.5 to 3.4 were plotted against the results from the stability tests on vasopressin formulations from pH 3.5 to 4.5 as disclosed in **EXAMPLE 9**, and are displayed in **FIGURES 15-18**.

[00322] The assay (% label claim; vasopressin remaining) and % total impurities in the vasopressin pH 2.5 to 3.4 formulations after four weeks are reported in **TABLE 43**.

| TABLE 43 | | | | | |
|---|---|---|---|---|---|
| Batch | Target pH | Week | Condition | Vasopressin (% LC) | % Total Impurities |
| 1A | 2.5 | 0 | 25 ºC | 100.57 | 2.48 |
| 1B | 2.6 | 0 | 25 ºC | 101.25 | 2.24 |
| 1C | 2.7 | 0 | 25 ºC | 101.29 | 2.26 |
| 1D | 2.8 | 0 | 25 ºC | 101.53 | 2.00 |
| 1E | 2.9 | 0 | 25 ºC | 102.33 | 1.95 |
| 1F | 3 | 0 | 25 ºC | 102.32 | 1.89 |
| 1G | 3.1 | 0 | 25 ºC | 102.59 | 2.06 |
| 1H | 3.2 | 0 | 25 ºC | 102.60 | 1.85 |
| 1I | 3.3 | 0 | 25 ºC | 102.73 | 1.81 |
| 1J | 3.4 | 0 | 25 ºC | 101.93 | 1.75 |
| 1A | 2.5 | 0 | 40 ºC | 100.57 | 2.48 |
| 1B | 2.6 | 0 | 40 ºC | 101.25 | 2.24 |
| 1C | 2.7 | 0 | 40 ºC | 101.29 | 2.26 |
| 1D | 2.8 | 0 | 40 ºC | 101.53 | 2.00 |
| 1E | 2.9 | 0 | 40 ºC | 102.33 | 1.95 |
| 1F | 3 | 0 | 40 ºC | 102.32 | 1.89 |
| 1G | 3.1 | 0 | 40 ºC | 102.59 | 2.06 |
| 1H | 3.2 | 0 | 40 ºC | 102.60 | 1.85 |
| 1I | 3.3 | 0 | 40 ºC | 102.73 | 1.81 |
| 1J | 3.4 | 0 | 40 ºC | 101.93 | 1.75 |
| 1A | 2.5 | 4 | 25 ºC | 95.70 | 6.66 |
| 1B | 2.6 | 4 | 25 ºC | 98.58 | 5.29 |
| 1C | 2.7 | 4 | 25 ºC | 98.94 | 4.26 |
| 1D | 2.8 | 4 | 25 ºC | 99.14 | 3.51 |
| 1E | 2.9 | 4 | 25 ºC | 100.08 | 3.41 |
| 1F | 3 | 4 | 25 ºC | 100.29 | 2.92 |

-139-

| 1G | 3.1 | 4 | 25 °C | 100.78 | 2.55 |
|---|---|---|---|---|---|
| 1H | 3.2 | 4 | 25 °C | 100.74 | 2.16 |
| 1I | 3.3 | 4 | 25 °C | 100.46 | 2.14 |
| 1J | 3.4 | 4 | 25 °C | 100.25 | 2.03 |
| 1A | 2.5 | 4 | 40 °C | 81.89 | 19.41 |
| 1B | 2.6 | 4 | 40 °C | 90.10 | 15.60 |
| 1C | 2.7 | 4 | 40 °C | 92.19 | 13.46 |
| 1D | 2.8 | 4 | 40 °C | 94.89 | 10.98 |
| 1E | 2.9 | 4 | 40 °C | 96.03 | 9.78 |
| 1F | 3 | 4 | 40 °C | 97.26 | 8.09 |
| 1G | 3.1 | 4 | 40 °C | 99.61 | 6.39 |
| 1H | 3.2 | 4 | 40 °C | 98.58 | 5.25 |
| 1I | 3.3 | 4 | 40 °C | 97.81 | 4.41 |
| 1J | 3.4 | 4 | 40 °C | 97.35 | 3.85 |

[00323] The % total impurities for the pH 2.5 to 3.4 formulations and the pH 3.5 to 4.5 formulations observed in the experiments conducted at 25 °C and 40 °C are shown in **FIGURES 15** (25 °C) and **16** (40 °C).

[00324] The vasopressin assay amount for the vasopressin pH 2.5 to 3.4 formulations and the vasopressin pH 3.5 to 4.5 formulations observed in the experiments conducted at 25 °C and 40 °C are shown in **FIGURES 17** (25 °C) and **18** (40 °C). The vasopressin assay is presented as a % assay decrease of vasopressin over the four-week study period, rather than absolute assay, because the amount of starting vasopressin varied between the vasopressin pH 2.5 to 3.4 formulations and the vasopressin pH 3.5 to 4.5 formulations.

[00325] The results of the above experiments suggested that the stability of a vasopressin formulation was affected by pH. At 25 °C, the percent decrease in vasopressin after four weeks was lowest between pH 3.7 and pH 3.8 (**FIGURE 17**). Within the range of pH 3.7 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 15**). At 40 °C, the percent decrease in vasopressin after four weeks was lowest between pH 3.6 and pH 3.8 (**FIGURE 18**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 16**).


**EXAMPLE 11:** *Intra-assay and Inter-analysis precision of Vasopressin pH Experiments.*

[00326] The methods used to determine the % assay decrease and amount of impurities in the vasopressin solutions over time in **EXAMPLE 10** had both intra-assay and inter-analyst precision.

-140-

[00327] Intra-assay precision was demonstrated by performing single injections of aliquots of a vasopressin formulation ($n = 6$; Chemist 1) from a common lot of drug product and determining the assay and repeatability (% RSD; relative standard deviation). Inter-analyst precision was demonstrated by two different chemists testing the same lot of drug product; however, the chemists used different instruments, reagents, standard preparations, columns, and worked in different laboratories. The procedure included a common pooling of 20 vials of vasopressin, which were assayed by the two chemists using different HPLC systems and different HPLC columns. The vasopressin assay results (units/mL) and repeatability (% RSD for $n = 6$) were recorded and are reported in the **TABLE 44** below.

**TABLE 44**: Precision of Vasopressin Results.

| Sample | Chemist 1 (units/mL) | Chemist 2 (units/mL) |
|---|---|---|
| 1 | 19.74 | 19.65 |
| 2 | 19.76 | 19.66 |
| 3 | 19.77 | 19.66 |
| 4 | 19.75 | 19.72 |
| 5 | 19.97 | 19.73 |
| 6 | 19.65 | 19.73 |
| Mean | 19.8 | 19.7 |
| % RSD (≤ 2.0%) | 0.5% | 0.2% |

% Difference = 0.5% (acceptance criteria: ≤ 3.0%)

$$\% \text{Difference} = \frac{(\text{Chemist 1}_{\text{Mean}} - \text{Chemist 2}_{\text{Mean}})}{(\text{Chemist 1}_{\text{Mean}} + \text{Chemist 2}_{\text{Mean}})} \times 200$$

[00328] The intra-assay repeatability met the acceptance criteria (% RSD ≤ 2.0%) with values of 0.5% and 0.2%. The inter-analyst repeatability also met the acceptance criteria (% difference ≤ 3.0%) with a difference of 0.5%.


**EXAMPLE 12:** *Effect of Citrate versus Acetate Buffer on Vasopressin Formulations.*

[00329] To test the effect of citrate and acetate buffer on vasopressin formulations, a total of twelve solutions of 20 Units/mL vasopressin were prepared in 1 mM citrate buffer, 10 mM citrate buffer, 1 mM acetate buffer, and 10 mM acetate buffer. All of the solutions were prepared in triplicate. Each solution was adjusted to pH 3.5 with hydrochloric acid.

-141-

[00330] The vasopressin formulations were stored at 60 °C for 7 days, and the assay (% label claim; vasopressin remaining) and % total impurities after 7 days were analyzed by HPLC using the procedure and experimental conditions described in **EXAMPLE 1.**

[00331] The assay (% label claim; vasopressin remaining) and % total impurities for each of the Vasopressin Buffered Formulations are reported in the **TABLES 45** and **46** below.

| TABLE 45: Assay (% label claim; vasopressin remaining) in the vasopressin formulations after storage at 60 °C for 7 days. | | | | |
|---|---|---|---|---|
| **Buffer** | **Sample** | | | **Average** |
| | **1** | **2** | **3** | |
| 1 mM citrate buffer | 89.5% | 89.7% | 90.6% | 89.9% |
| 10 mM citrate buffer | 84.1% | 84.4% | 84.5% | 84.3% |
| 1 mM acetate buffer | 90.5% | 91.1% | 91.9% | 91.2% |
| 10 mM acetate buffer | 90.9% | 90.9% | 92.4% | 91.4% |

| TABLE 46: % Total Impurities in the vasopressin formulations after storage at 60 °C for 7 days. | | | | |
|---|---|---|---|---|
| **Buffer** | **Sample** | | | **Average** |
| | **1** | **2** | **3** | |
| 1 mM citrate buffer | 3.4% | 3.5% | 2.5% | 3.1% |
| 10 mM citrate buffer | 9.5% | 9.0% | 9.4% | 9.3% |
| 1 mM acetate buffer | 3.3% | 2.8% | 3.2% | 3.1% |
| 10 mM acetate buffer | 2.9% | 2.6% | 3.1% | 2.9% |

[00332] The data indicated that the vasopressin assay in the vasopressin formulations with citrate buffer was lower than in the vasopressin formulations with acetate buffer. For example, at 10 mM of either citrate or acetate buffer, the average vasopressin assay was 91.4% in acetate buffer, but was 84.3% in citrate buffer. The data also indicated that % total impurities in the vasopressin formulations with citrate buffer were higher than in the vasopressin formulations with acetate buffer. For example, at 10 mM of either citrate or acetate buffer, the average % total impurities was 2.9% in acetate buffer, but was 9.3% in citrate buffer.

[00333] Further, as the citrate buffer concentration increased, the vasopressin assay further decreased (from an average of 89.9% to 84.3%), and the % total impurities increased (from an average of 3.1% to 9.3%). This effect was not observed in the vasopressin formulations with acetate buffer, where the average and % total impurities stayed fairly constant.

-142-

PAR-VASO-0010525

**EXAMPLE 13**: *Multi-dose vasopressin formulation.*

[00334] A multi-dose formulation (10 mL) for vasopressin that can be used in the clinic is detailed in **TABLE 47** below:

| TABLE 47: Drug Product Description | | |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Dosage Form | Injection | -- |
| Route of Administration | Intravenous | -- |
| Description | Clear colorless to practically colorless solution supplied in a 10 mL clear glass vial with flip-off cap | |

[00335] The composition of a 10 mL formulation of vasopressin is provided below.

| TABLE 48: Drug Product Composition | | | | |
|---|---|---|---|---|
| Ingredient | Grade | Function | Batch Quantity | Unit Formula |
| Vasopressin, USP | USP | Active | 3,000,000 Units | 20 Units |
| Sodium Acetate Trihydrate | USP | Buffer | 214.2 g | 1.36 mg |
| Sodium Hydroxide | NF | pH Adjustor | 40 g | QS to pH 3.8 |
| Hydrochloric Acid | NF/EP | pH Adjustor | 237.9 g | QS to pH 3.8 |
| Chlorobutanol | NF | Preservative | 0.8274 kg | 5 mg |
| Water for Injection | USP | Solvent | QS | QS to 1 mL |
| Nitrogen | NF | Processing Aid | -- | -- |

[00336] The 10 mL vasopressin formulation was compared to the guidelines for inactive ingredients provided by the Food and Drug Administration (FDA). The results are shown in **TABLE 49** below.

| TABLE 49 | | | |
|---|---|---|---|
| Ingredient | Vasopressin 10 mL Formulation (mg/mL) | Concentration (% w/v) | Inactive Ingredients Guideline Acceptable Level |
| Sodium Acetate Trihydrate | 1.36 | 0.136% | IV (infusion); Injection 0.16% |
| Sodium Hydroxide | QS to pH 3.8 | QS to pH 3.8 | N/A |
| Hydrochloric Acid | QS to pH 3.8 | QS to pH 3.8 | N/A |
| Chlorobutanol | 5 mg | 0.5% | IV (Infusion); Injection 1% |

-143-

PAR-VASO-0010526

| Water for Injection | QS to 1 mL | QS to target volume | N/A |

**EXAMPLE 14:** *Alternative vasopressin formulation for clinical use.*

[00337] A 1 mL dosage of vasopressin was prepared. A description of the formulation is shown in **TABLE 50** below.

| TABLE 50: Drug Product Description | | |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units/mL (~0.04 mg) |
| Dosage Form | Injection | -- |
| Route of Administration | Intravenous | -- |
| Description | Clear colorless to practically colorless solution supplied in a 3 mL vial with flip-off cap | -- |

[00338] The drug composition of the formulation is provided in **TABLE 51**.

| TABLE 51: Drug Product Composition | | |
|---|---|---|
| Ingredient | Function | Quantity (mg/mL) |
| Vasopressin, USP | Active | 20 Units |
| Sodium Acetate Trihydrate, USP | Buffer | 1.36 |
| Sodium Hydroxide NF/EP | pH Adjustor | QS for pH adjustment to pH 3.8 |
| Hydrochloric Acid, NF/EP | pH Adjustor | QS for pH adjustment to pH 3.8 |
| Water for Injection | Solvent | QS to 1 mL |

[00339] The 1 mL vasopressin formulation was compared to the guidelines for inactive ingredients provided by the Food and Drug Administration (FDA). The results are shown in **TABLE 52** below.

| TABLE 52 | | | |
|---|---|---|---|
| Ingredient | Vasopressin 1 mL Formulation (mg/mL) | Concentration (% w/v) | Inactive Ingredients Guideline Acceptable Level |
| Sodium Acetate Trihydrate | 1.36 | 0.136% | 0.16% |
| Sodium Hydroxide | QS to pH 3.8 | QS to pH 3.8 | 8% |
| Hydrochloric Acid | QS to pH 3.8 | QS to pH 3.8 | 10% |

-144-

PAR-VASO-0010527

| Water for Injection | QS to 1 mL | QS to target volume | N/A |

**EXAMPLE 15**: *15-month Stability Data for Vasopressin Formulations.*

[00340] The drug product detailed in **TABLE 51** was tested for stability over a 15-month period. Three different lots (X, Y, and Z) of the vasopressin drug formulation were stored at 25 ºC for 15 months in an upright or inverted position. At 0, 1, 2, 3, 6, 9, 12, 13, 14, and 15 months, the amount of vasopressin (AVP), % label claim (LC), amount of various impurities, and pH was measured. The vasopressin and impurity amounts were determined using the HPLC method described above in **EXAMPLE 1**. The results of the stability experiment are shown in **TABLES 53-54** below.

PAR-VASO-0010528

| | | | | | | | | | | TABLE 53: Inverted Storage of Vasopressin Formulations at 25 °C | | | | | | | | | |

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 0 | 19.6 | 97.9 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.0 | 3.8 |
| Y | 0 | 19.7 | 98.6 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.1 | 3.8 |
| Z | 0 | 19.9 | 99.3 | 0.1 | | | | | 0.5 | | | 0.2 | | | | | | 0.8 | 3.8 |
| X | 1 | 19.6 | 98.1 | 0.2 | 0.2 | 0.1 | | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Y | 1 | 19.6 | 97.9 | 0.2 | 0.2 | 0.1 | | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.9 |
| Z | 1 | 19.8 | 99 | 0.2 | 0.2 | | | | 0.6 | 0.1 | | 0.2 | | | | | | 1.4 | 3.8 |
| X | 2 | 19.6 | 98.1 | 0.3 | 0.3 | 0.1 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.7 | 3.7 |
| Y | 2 | 19.5 | 97.5 | 0.3 | 0.3 | 0.1 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Z | 2 | 19.8 | 99 | 0.3 | 0.4 | | | | 0.5 | | | 0.2 | | | | | | 1.3 | 3.8 |
| X | 3 | 19.6 | 97.8 | 0.4 | 0.5 | 0.1 | 0.1 | | 0.3 | | | 0.4 | | | | | | 2.2 | |
| Y | 3 | 19.5 | 97.4 | 0.4 | 0.4 | 0.1 | | | 0.3 | 0.4 | | 0.4 | | | | | | 2.0 | 3.8 |
| Z | 3 | 19.7 | 98.6 | 0.4 | 0.4 | | | | 0.5 | | | 0.3 | | | | | | 1.6 | |
| X | 6 | 19.3 | 96.5 | 0.7 | 0.8 | 0.1 | 0.2 | | 0.3 | 0.4 | | 0.4 | | | | | | 2.9 | 3.8 |
| Y | 6 | 19.2 | 95.9 | 0.6 | 0.7 | 0.1 | 0.1 | 0.1 | 0.3 | 0.4 | | 0.4 | | | | | | 2.5 | 3.9 |
| Z | 6 | 19.6 | 98 | 0.6 | 0.7 | | 0.1 | | 0.5 | | | 0.2 | | | | | | 2.3 | 3.9 |

PAR-VASO-0010529

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 9 | 19 | 95 | 1.0 | 1.0 | | 0.2 | | 0.3 | 0.4 | | 0.4 | | 0.1 | | | | 3.6 | |
| Y | 9 | 18.9 | 94.5 | 0.8 | 1.0 | | 0.2 | | 0.3 | 0.4 | | 0.4 | | 0.1 | | | | 3.1 | 3.9 |
| Z | 9 | 19.2 | 96 | 1.0 | 1.1 | | 0.2 | | 0.5 | | | 0.3 | | | | | | 3.1 | 3.8 |
| X | 12 | 18.7 | 93.5 | 1.4 | 1.5 | 0.1 | 0.3 | | 0.3 | 0.4 | | 0.5 | | 0.2 | | | | 4.8 | 3.8 |
| Y | 12 | 18.6 | 93 | 1.1 | 1.2 | | 0.2 | | 0.3 | 0.4 | | 0.5 | | 0.3 | 0.2 | | | 4.4 | 3.8 |
| Z | 12 | 18.9 | 94.5 | 1.2 | 1.3 | | 0.3 | | 0.5 | | | 0.3 | | 0.3 | 0.1 | | | 4.0 | 3.8 |
| X | 13 | 18.6 | 93 | 1.5 | 1.6 | 0.2 | 0.3 | | 0.4 | 0.4 | 0.1 | 0.4 | | 0.2 | 0.1 | | | 5.2 | 3.8 |
| Y | 13 | 18.5 | 92.5 | 1.2 | 1.3 | 0.2 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.5 | 0.1 | 0.4 | 0.2 | 0.2 | | 5.2 | 3.9 |
| Z | 13 | 19 | 95 | 1.3 | 1.5 | 0.1 | 0.3 | | 0.5 | 0.1 | | 0.3 | 0.1 | 0.3 | 0.2 | 0.2 | | 4.9 | 3.8 |
| X | 14 | 18.6 | 93 | 1.5 | 1.7 | 0.1 | 0.3 | | 0.3 | 0.5 | 0.1 | 0.4 | | 0.4 | 0.1 | 0.1 | | 5.5 | 3.8 |
| Y | 14 | 18.5 | 92.5 | 1.2 | 1.4 | | 0.3 | | 0.3 | | | 0.5 | | 0.5 | 0.2 | 0.2 | | 5.3 | 3.9 |
| Z | 14 | 18.9 | 94.5 | 1.3 | 1.6 | | 0.3 | | 0.5 | 0.2 | | 0.3 | | 0.4 | 0.2 | 0.2 | | 5.0 | 3.8 |
| X | 15 | 18.5 | 92.5 | 1.6 | 1.8 | 0.1 | 0.4 | | 0.3 | 0.4 | 0.1 | 0.3 | | 0.3 | 0.2 | 0.2 | | 5.9 | 3.8 |
| Y | 15 | 18.4 | 92 | 1.3 | 1.5 | 0.1 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.5 | 0.3 | 0.1 | | 5.3 | 3.9 |
| Z | 15 | 18.8 | 94 | 1.5 | 1.6 | | 0.3 | | 0.5 | | | 0.3 | | 0.4 | 0.2 | 0.1 | | 4.9 | 3.9 |

## TABLE 54: Upright Storage of Vasopressin Formulations at 25 ºC

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 0 | 19.6 | 97.9 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.0 | 3.8 |

PAR-VASO-0010530

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 0 | 19.7 | 98.6 | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.1 | 3.8 |
| Z | 0 | 19.9 | 99.3 | 0.1 | | | | 0.5 | | | 0.2 | | | | | | 0.8 | 3.8 |
| X | 1 | 19.6 | 98 | 0.2 | 0.2 | 0.1 | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Y | 1 | 19.5 | 97.7 | 0.2 | 0.2 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.4 | 3.9 |
| Z | 1 | 19.7 | 98.3 | 0.2 | 0.2 | | | 0.6 | | | 0.2 | | | | | | 1.2 | 3.8 |
| X | 2 | 19.6 | 98.2 | 0.3 | 0.3 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.7 |
| Y | 2 | 19.5 | 97.4 | 0.2 | 0.3 | 0.1 | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Z | 2 | 19.8 | 99 | 0.3 | 0.3 | | | 0.5 | | | 0.2 | | | | | | 1.3 | 3.8 |
| X | 3 | 19.5 | 97.6 | 0.4 | 0.4 | 0.1 | | 0.3 | 0.4 | | 0.4 | | | | | | 2.1 | 3.7 |
| Y | 3 | 19.5 | 97.5 | 0.4 | 0.4 | 0.1 | | | 0.4 | | 0.4 | | | | | | 1.9 | 3.8 |
| Z | 3 | 19.7 | 98.7 | 0.4 | 0.4 | | 0.1 | 0.5 | | | 0.3 | | | | | | 1.7 | |
| X | 6 | 19.3 | 96.5 | 0.7 | 0.8 | 0.1 | 0.2 | 0.3 | 0.4 | | 0.4 | | | | | | 2.9 | 3.8 |
| Y | 6 | 19.2 | 96 | 0.5 | 0.7 | 0.1 | 0.1 | 0.3 | 0.4 | | 0.4 | | | | | | 2.5 | 3.9 |
| Z | 6 | 19.5 | 97.5 | 0.7 | 0.7 | | 0.2 | 0.5 | | | 0.3 | | | | | | 2.3 | 3.9 |
| X | 9 | 18.9 | 94.5 | 1.0 | 1.1 | | 0.2 | 0.3 | 0.4 | | | | 0.2 | 0.1 | | | 3.7 | 3.8 |
| Y | 9 | 18.9 | 94.5 | 0.8 | 0.9 | | 0.2 | | 0.4 | | 0.4 | | 0.2 | | | | 3.1 | 3.9 |
| Z | 9 | 19.2 | 96 | 0.9 | 1.0 | | 0.2 | 0.5 | | | 0.3 | | | | | | 2.9 | 3.8 |
| X | 12 | 18.6 | 93 | 1.4 | 1.5 | 0.1 | 0.3 | 0.3 | 0.4 | | 0.5 | | 0.2 | 0.1 | | | 4.8 | 3.7 |
| Y | 12 | 18.7 | 93.5 | 1.1 | 1.2 | 0.1 | 0.3 | 0.3 | 0.4 | | 0.5 | | | 0.2 | | 0.2 | 4.6 | 3.9 |
| Z | 12 | 18.9 | 94.5 | 1.3 | 1.4 | | 0.3 | 0.5 | | | 0.4 | | 0.3 | 0.2 | | | 4.2 | 3.8 |
| X | 13 | 18.4 | 92 | 1.5 | 1.6 | 0.2 | 0.3 | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.1 | 0.1 | | 5.4 | 3.8 |
| Y | 13 | 18.6 | 93 | 1.1 | 1.3 | 0.2 | 0.3 | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.2 | | | 4.6 | 3.9 |
| Z | 13 | 18.8 | 94 | 1.3 | 1.5 | | 0.3 | 0.5 | 0.1 | | 0.3 | | 0.4 | 0.2 | 0.1 | | 4.7 | 3.8 |
| X | 14 | 18.6 | 93 | 1.5 | 1.7 | 0.1 | 0.4 | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.1 | | | 5.4 | 3.8 |

PAR-VASO-0010531

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 14 | 18.5 | 92.5 | 1.2 | 1.4 | 0.1 | 0.3 | | 0.3 | 0.5 | | 0.4 | | 0.5 | 0.3 | 0.3 | | 5.4 | 3.9 |
| Z | 14 | 18.8 | 94 | 1.3 | 1.5 | | 0.3 | | 0.5 | 0.1 | | 0.3 | | 0.5 | 0.2 | 0.2 | | 5.0 | 3.8 |
| X | 15 | 18.4 | 92 | 1.6 | 1.8 | 0.1 | 0.4 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.2 | | | 5.7 | 3.8 |
| Y | 15 | 18.4 | 92 | 1.3 | 1.5 | 0.2 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.5 | 0.3 | 0.3 | | 5.4 | 3.9 |
| Z | 15 | 18.6 | 93 | 1.5 | 1.6 | | 0.3 | | 0.5 | | | 0.2 | | 0.4 | 0.2 | 0.3 | | 5.1 | 3.9 |

PAR-VASO-0010532

[00341] The results from **TABLES 53-54** indicate that stability of the vasopressin formulations was not significantly affected by either inverted or upright storage. The impurities detected included Gly9 (SEQ ID NO.: 2), Glu4 (SEQ ID NO.: 4), D-Asn (SEQ ID NO.: 10), Asp5 (SEQ ID NO.: 3), Acetyl-AVP (SEQ ID NO.: 7), vasopressin dimer, and several unidentified impurities (UI). The unidentified impurities are labeled with a range of relative retention times at which the impurities eluted from the column.

[00342] The results indicate that the pH remained fairly constant over the 15-month period, fluctuating between 3.8 and 3.9 throughout the 15 months. The total impurities did not increase over 5.9%, and the % LC of vasopressin did not decrease below 92%.

[00343] **FIGURE 19** shows a graph depicting the % LC over the 15-month study period for the results provided in **TABLES 53-54**. The starting amounts of vasopressin were 97.9% LC for lot X, 98.6% LC for lot Y, and 99.3% LC for lot Z. The results indicate that the % LC of vasopressin decreased over the 15-month study period, but did not decrease below 92% LC.

[00344] The formula for the trend line of lot X was:

$$\% \ LC = 98.6 - 0.4262(month)$$

[00345] The formula for the trend line of lot Y was:

$$\% \ LC = 98.47 - 0.4326(month)$$

[00346] The formula for the trend line of lot Z was:

$$\% \ LC = 99.54 - 0.3906(month)$$

**EXAMPLE 16**: *10 mL vasopressin formulation.*

[00347] The drug product description for a 10 mL vasopressin formulation is shown in **TABLE 55** below:

| TABLE 55: Drug Product Description | |
|---|---|
| Vasopressin, USP | Active Ingredient |
| Strength | 20 U/mL |
| Dosage Form | Injection |
| Route of Administration | Intravenous |
| Description | Clear colorless to practically colorless solution supplied in a 10 mL vial with orange flip-off cap |

[00348] The composition of the 10 mL vasopressin formulation is shown in **TABLE 56** below:

-150-

| TABLE 56: Drug Product Composition | | | | |
|---|---|---|---|---|
| **Ingredient** | **Grade** | **Function** | **Batch Quantity** | **Unit Formula** |
| Vasopressin, USP | USP | Active | 3,000,000 Units | 20 Units |
| Sodium Acetate Trihydrate | USP | Buffer | 214.2 g | 1.36 mg |
| Sodium Hydroxide | NF | pH Adjustor | 40 g | QS to pH 3.8 |
| Hydrochloric Acid | NF/EP | pH Adjustor | 237.9 g | QS to pH 3.8 |
| Chlorobutanol | NF | Preservative | 0.8274 kg | 5 mg |
| Water for Injection | USP | Solvent | QS | QS to 1 mL |
| Nitrogen | NF | Processing Aid | -- | -- |

[00349] The container closure system used in the 10 mL vasopressin formulation is shown below in **TABLE 57**.

| TABLE 57: Container/Closure Description | |
|---|---|
| **Part** | **Type** |
| Vial | 10 mL, 13 mm Type 1, Flint (clear) tubing vial |
| Stopper | 13 mm, Westar RS, 4432/50 Flurotec |
| Cap | Flip-Off Cap, 13 mm Orange Peel |

[00350] Labeled vials containing the 10 mL vasopressin formulation are packaged into secondary packaging consisting of preprinted paperboard cartons. The vials can be packaged in a single pack (one vial in one carton) or a 5-pack (5 vials in one carton).

[00351] **FIGURE 20** below shows a diagram of a cap to be used on a vial described herein. The left part of **FIGURE 20** shows an aluminum seal to be used in a cap of the vial described herein. The height of seal is from about 6.17 mm to about 6.38 mm. The middle of **FIGURE 20** shows the plastic button, which has a diameter of about 14.99 mm. The right portion of **FIGURE 20** depicts the assembled cap with the aluminum seal placed on top of the plastic button. The assembled cap has a height from about 7.62 mm to about 8.38 mm.

[00352] **FIGURE 21** depicts a stopper to be used in a vial described herein. The left part of **FIGURE 21** shows a top view, the center of **FIGURE 21** shows a cross-sectional side view, and the right part of **FIGURE 21** shows a bottom view of the stopper. **FIGURE 21** indicates that the diameter of the stopper can be about 12.75 $\pm$ 0.3 mm. The width of the top part of the stopper

-151-

PAR-VASO-0010534

can be about 2.11 ± 0.3 mm. The height of the entire stopper can be about 6.3 ± 0.51 mm.

[00353] A vial for use in storing the 10 mL vasopressin formulation is shown in **FIGURE 22**. The dimensions for the vial are shown in **TABLE 58** below:

| TABLE 58 | |
|---|---|
| **Dimension as denoted in FIGURE 22** | **Length (mm)** |
| d1 | 23.75 ± 0.25 |
| d2 | 13.15 ± 0.2 |
| d4 | 7.05 ± 0.2 |
| d59 | 1 (minimum) |
| h1 | 50 ± 0.5 |
| h3 | 8.5 ± 0.5 |
| h21 | 3.9 ± 0.2 |
| c51 | 35 (approximately) |
| s1 | 1.2 ± 0.05 |
| s2 | 0.7 (max) |
| t | 0.76 (max) |

**EXAMPLE 17**: *Container Closure Integrity Test for the 10 mL vasopressin formulation.*

[00354] Microbial ingress testing can be performed to demonstrate container closure system seal integrity for a stopper used in a vial described herein. Microbial ingress testing can evaluate the adequacy of the closure to maintain a sterile barrier. A sample of the container closure system was tested by immersing media filled containers into a media bath chamber inoculated with a high concentration of *Brevundimonas diminuta*, which containers were then subjected to pressure and vacuum. The containers were then removed from the pressure and vacuumed, incubated, and examined for bacterial growth.

[00355] Seventy-four washed and depyrogenated 10 mL tubing vials were hand-filled with approximately 5 mL of Trypticase Soy Broth and then hand stoppered. The vials were then capped, and incubated at 20-25 ºC for seven days and then at 30-35 ºC for eight days. At the end of the incubation period, none of the vials had any microbial growth.

[00356] From the original 74 vials, 20 vials were sent for microbial ingress testing, along with

-152-

PAR-VASO-0010535

three positive controls and two negative controls. The test vials and positive controls were submerged in a bacterial suspension. The two negative controls were not exposed to the bacterial suspension, vacuum, or pressure, but were incubated for seven days at 30-35 ºC. The test vial samples were then incubated at 30-35 ºC for seven days, and the positive controls were incubated at 30-35 ºC for five days. At the end of the incubation intervals, all the samples were examined for evidence of microbial ingress by assessing the turbidity of the solutions. There was no microbial growth in 20 out of 20 of the test samples, nor was there growth in the negative controls. There was bacterial growth in 3 out of 3 of the positive controls.

**EXAMPLE 18**: *Formulation Stability for 10 mL vasopressin formulation.*

[00357] Three batches of the 10 mL vasopressin formulation were tested for stability at 2-8 ºC and 25 ºC for three months. The formulation used for the tests is shown in **TABLE 56** above. The study layout is shown in **TABLE 59** below. Lots A-C were the 10 mL vasopressin formulation, while Lots D-F were the 1 mL vasopressin formulation.

| TABLE 59 | | | | | |
|---|---|---|---|---|---|
| **Study** | **Lot** | **Condition** | | **Orientation** | **Study Duration** |
| | | **ºC** | **%RH** | | |
| 1 | A | 5 | Not Defined | Inverted | 24 months |
| 2 | A | 5 | Not Defined | Upright | 24 months |
| 3 | A | 25 | 60 | Inverted | 6 months |
| 4 | A | 25 | 60 | Upright | 6 months |
| 1 | B | 5 | Not Defined | Inverted | 24 months |
| 2 | B | 5 | Not Defined | Upright | 24 months |
| 3 | B | 25 | 60 | Inverted | 6 months |
| 4 | B | 25 | 60 | Upright | 6 months |
| 1 | C | 5 | Not Defined | Inverted | 24 months |
| 2 | C | 5 | Not Defined | Upright | 24 months |
| 3 | C | 25 | 60 | Inverted | 6 months |
| 4 | C | 25 | 60 | Upright | 6 months |

-153-

PAR-VASO-0010536

| 1 | D | 5 | Not Defined | Inverted | 24 months |
|---|---|---|---|---|---|
| 2 | D | 5 | Not Defined | Upright | 24 months |
| 3 | D | 25 | 60 | Inverted | 24 months |
| 4 | D | 25 | 60 | Upright | 24 months |
| 1 | E | 5 | Not Defined | Inverted | 24 months |
| 2 | E | 5 | Not Defined | Upright | 24 months |
| 3 | E | 25 | 60 | Inverted | 24 months |
| 4 | E | 25 | 60 | Upright | 24 months |
| 1 | F | 5 | Not Defined | Inverted | 24 months |
| 2 | F | 5 | Not Defined | Upright | 24 months |
| 3 | F | 25 | 60 | Inverted | 24 months |
| 4 | F | 25 | 60 | Upright | 24 months |

[00358] The stability trends were calculated from a linear regression of the datasets. The estimated shelf-life (ESL) provided in the tables below refers to the shortest time in months at which the extrapolated 95% confidence interval for the linear model of the attribute in question exceeded the specification limit. All models assumed a concentration-independent linear decline or increase (zero-order models). The results were pooled to obtain the best estimates for average trends. Three linear degradation models were fit to the data and the expiration date of the batches was estimated following FDA-issued guidelines. The three models were the following:

- Model 1: Different slopes and different intercepts for the batches.
- Model 2: Common slope and different intercepts for the batches.
- Model 3: Common slope and common intercept for the batches.

[00359] The recommended model was determined by the following procedure: Model 1 was fit with the time effect first in the model, followed by the batch effect, then the interaction. Using Type I (Sequential) sums-of-squares, the regressions were tested for equal slopes (Source C in the output). If the p-value was less than 0.25, the slopes were assumed to be different across batches. Then, the procedure was stopped and Model 1 was used to estimate the expiration date. If the p-value was greater than or equal to 0.25, the slopes were assumed to be common across batches. Then, the procedure continued to step 2. If the conclusion from step 1 was common slopes, then the regressions were tested for equal intercepts using Type I (Sequential) sums-of-

-154-

PAR-VASO-0010537

squares from Model 1 (Source B in the output). If the p-value was less than 0.25, the intercepts were assumed to be different across batches, and Model 2 was used to estimate the expiration date. If the p-value was greater than or equal to 0.25, the intercepts were assumed to be common across batches, and Model 3 was used to estimate the expiration date. When Model 1 (different slopes and different intercepts) was used for estimating the expiration date, the MSE (mean squared error) was not pooled across batches. Prediction intervals were computed for each batch using individual mean squared errors, and the interval that crossed the specification limit first was used to estimate the expiration date.

[00360] The results indicated that the pH of the formulations ranged from 3.7 to 3.8, and no significant changes were observed through three months under long-term and accelerated storage conditions. The vasopressin assay values ranged from 100% to 100.3% at the time of study release. The results at all stability intervals through three months were within the proposed limits as shown in the data tables below. The stability study results for the 10 mL vasopressin formulation were compared to the 1 mL vasopressin formulation and are shown **TABLE 60** below.

[00361] At 25 ºC, the shortest estimated shelf-life based on trend extrapolation at 25 ºC was approximately 17.2 months, which was comparable to the 15.1 month shelf-life value obtained for the 1 mL vasopressin formulation as shown in **TABLE 60**.

[00362] At 5 ºC, the vasopressin assay ranged from 99.8% to 100.1% after three months.

| TABLE 60 | | | | | | |
|---|---|---|---|---|---|---|
| **Formulation** | **$R^2$** | **Lot** | **ESL (months)** | **Intercept $\pm$ Std. Error (%)** | **Slope $\pm$ Std. Error (%/month)** | **Model Type** |
| 10 mL | 0.7 | A | 17.2 | 100% $\pm$ 0.12% | -0.46% $\pm$ 0.06% | Common slopes/common intercepts |
| | | B | | | | |
| | | C | | | | |
| 1 mL | 0.97 | D | 15.1 | 98.6% $\pm$ 0.27% | -0.53% $\pm$ 0.02% | Common slopes/different intercepts |
| | | E | | 99.1% $\pm$ 0.27% | | |

PAR-VASO-0010538

| | | F | | 99.6% ± 0.27% | | |
|---|---|---|---|---|---|---|

Note: For this regression analysis, upright and inverted studies were treated as independent replicates of a single batch.

[00363] **FIGURE 23** shows the vasopressin assay results (represented as % label claim) of the studies performed at 25 ºC with upright storage. The linear equation for each of the lots was as follows:

- Lot A: % LC = 100 - 0.42(month)
- Lot B: % LC = 99.86 – 0.44(month)
- Lot C: % LC = 100 – 0.4(month)
- Lot D: % LC = 98.58 – 0.5359(month)
- Lot E: % LC = 98.58 – 0.5359(month)
- Lot F: % LC = 99.37 – 0.515(month)

[00364] **FIGURE 24** shows the vasopressin assay results (represented as % label claim) of the studies performed at 25 ºC with inverted storage. The linear equation for each of the lots was as follows:

- Lot A: % LC = 99.8 - 0.4(month)
- Lot B: % LC = 99.97 – 0.63(month)
- Lot C: % LC = 100 – 0.46(month)
- Lot D: % LC = 98.68 – 0.5519(month)
- Lot E: % LC = 100 – 0.5634(month)
- Lot F: % LC = 99.49 – 0.52(month)

[00365] The data supported a 24-month refrigerated (2-8 ºC) shelf life with a 12-month period out of refrigeration.

[00366] Vasopressin impurities, as detailed in **TABLE 1**, were tested for in the 1 mL and 10 mL vasopressin formulations. First, Gly9-AVP was measured in the formulations after storage for three months. Gly9-AVP is a deamidation product and major degradant of vasopressin. The concentration of Gly9-AVP was around <0.10% to 0.1% at time of release. The results at all stability intervals through three months were within the proposed limits (NMT 6%) as shown in **TABLE 61** below.

-156-

PAR-VASO-0010539

| TABLE 61 | | | | | | |
|---|---|---|---|---|---|---|
| **Formulation** | **$R^2$** | **Lot** | **ESL (months)** | **Intercept ± Std. Error (%)** | **Slope ± Std. Error (%/month)** | **Model Type** |
| 10 mL | 0.9 | A | 49.9 | 0.15% ± 0.02% | 0.10% ± 0.0% | Common slopes/different intercepts |
| | | B | | 0.1% ± 0.02% | | |
| | | C | | 0.1% ± 0.02% | | |
| 1 mL | 0.99 | D | 32.2 | -0.03% ± 0.06% | 0.19% ± 0.0% | Different slopes/different intercepts |
| | | E | | -0.05% ± 0.06% | 0.18% ± 0.0% | |
| | | F | | -0.04% ± 0.06% | 0.19% ± 0.0% | |

Note: For this regression analysis, upright and inverted studies are treated as independent replicates of a single batch.

[00367] The stability study results for the 10 mL vasopressin formulations were compared to the 1 mL vasopressin formulation and plotted as shown in **FIGURES 25** and **26**. **FIGURE 25** shows the amount of Gly9-AVP when the formulations were stored at 25 ºC in an upright position. The linear equation for each of the lots was as follows:

- Lot A: Y = 0.0015 + 0.001(month)
- Lot B: Y = 0.001 + 0.001(month)
- Lot C: Y = 0.001 + 0.001(month)
- Lot D: Y = -0.000204 + 0.001825(month)
- Lot E: Y = -0.000204 + 0.001825(month)
- Lot F: Y = -0.000545 + 0.0019(month)

[00368] **FIGURE 26** shows the amount of Gly9-AVP when the formulations were stored at 25 ºC in an inverted position. The linear equation for each of the lots was as follows:

- Lot A: Y = 0.0015 + 0.001(month)
- Lot B: Y = 0.001 + 0.001(month)
- Lot C: Y = 0.001 + 0.001(month)

-157-

PAR-VASO-0010540

- Lot D: Y = -0.000431 + 0.001875(month)
- Lot E: Y = -0.000743 + 0.001794(month)
- Lot F: Y = -0.000234 + 0.001814(month)

[00369] The regression analysis and trend estimates for stability at 25 °C are shown above in **TABLE 61**. As indicated by the trend analysis and **FIGURES 25** and **26**, the trends in assay were well-represented by linear zero-order regression models. At the 25 °C conditions, the results did not pool intercepts but did pool slopes for the new formulation. The slope for this model was about 0.10 %/month. The shortest estimated shelf-life based on trend extrapolation at 25 °C was about 49.9 months. This was a 17.7 month improvement compared to the 32.2 month value obtained from the 1 mL vasopressin results at 25 °C. At 5 °C, the vasopressin assay results were all 0.1% to 0.2% after 3 months.

[00370] Next, Glu4-AVP was measured in the formulations after storage for three months. Glu4-AVP is a deamidation product and major degradant of vasopressin. The concentration of Gly9-AVP was around <0.10% to 0.1% at time of release. The results at all stability intervals through three months were within the proposed limits (NMT 6%) as shown in **TABLE 62** below.

| **TABLE 62** | | | | | | |
|---|---|---|---|---|---|---|
| **Formulation** | **$R^2$** | **Lot** | **ESL (months)** | **Intercept $\pm$ Std. Error (%)** | **Slope $\pm$ Std. Error (%/month)** | **Model Type** |
| 10 mL | 0.94 | A | 34 | 0.12% $\pm$ 0.03% | 0.15% $\pm$ 0.01% | Different slopes/different intercepts |
| | | B | | 0.11% $\pm$ 0.03% | 0.14% $\pm$ 0.01% | |
| | | C | | 0.13% $\pm$ 0.03% | 0.11% $\pm$ 0.01% | |
| 1 mL | 0.99 | D | 28.7 | -0.05% $\pm$ 0.0% | 0.21% $\pm$ 0.0% | Pooled slopes/Pooled intercepts |
| | | E | | | | |
| | | F | | | | |

[00371] The stability study results for the 10 mL vasopressin formulations were compared to the

-158-

1 mL vasopressin formulation and plotted as shown in **FIGURES 27** and **28**. **FIGURE 27** shows the amount of Glu4-AVP when the formulations were stored at 25 ºC in an upright position. The linear equation for each of the lots was as follows:

- Lot A: Y = 0.0013 + 0.0013(month)

- Lot B: Y = 0.0013 + 0.0013(month)

- Lot C: Y = 0.0012 + 0.0012(month)

- Lot D: Y = -8.383 x $10^{-5}$ + 0.002036(month)

- Lot E: Y = -8.383 x $10^{-5}$ + 0.002036(month)

- Lot F: Y = -0.001102 + 0.002163(month)

[00372] **FIGURE 28** shows the amount of Glu4-AVP when the formulations were stored at 25 ºC in an inverted position. The linear equation for each of the lots was as follows:

- Lot A: Y = 0.0011 + 0.0016(month)

- Lot B: Y = 0.0009 + 0.0014(month)

- Lot C: Y = 0.0014 + 0.0009(month)

- Lot D: Y = -0.000599 + 0.002114(month)

- Lot E: Y = -0.000826 + 0.001997(month)

- Lot F: Y = -0.000473 + 0.00206(month)

[00373] The regression analysis and trend estimates for stability at 25 °C are shown above in **TABLE 62**. As indicated by the trend analysis and **FIGURES 27** and **28**, the trends in assay were well-represented by linear zero-order regression models. At the 25 °C conditions, the results did not pool intercepts or slopes for the 10 mL vasopressin formulation. The slopes for this model are from about 0.11% to 0.15% per month. The shortest estimated shelf-life based on trend extrapolation at 25 °C was about 34 months. This was a 5.3 month improvement compared to the 28.7 month value obtained from the 1 mL vasopressin results at 25 °C. At 5 °C, the vasopressin assay results were all 0.1% to 0.2% after 3 months.

[00374] The test results for D-Asn-AVP met the acceptance criteria (NMT 1%) at all conditions and intervals through three months on long-term, and accelerated, stability. All the results for D-Asn-AVP ranged from none detected to 0.1%. No significant changes were observed through three months under long-term and accelerated storage conditions.

[00375] The test results for Asp5-AVP met the acceptance criteria (NMT 1.5%) at all conditions and intervals through three months on long-term, and accelerated, stability. All the results for

-159-

PAR-VASO-0010542

Asp5-AVP ranged from none detected to 0.1%. No significant changes were observed through three months under long-term and accelerated storage conditions.

[00376] The test results for AVP-Dimer met the acceptance criteria (NMT 1%) at all conditions and intervals through three months on long-term, and accelerated, stability. All the results for AVP-Dimer were none detected. No significant changes were observed through three months under long-term and accelerated storage conditions.

[00377] The test results for Acetyl-AVP met the acceptance criteria (NMT 1%) at all conditions and intervals through three months on long-term, and accelerated, stability. All the results for Acetyl-AVP ranged from 0.3% to 0.6%. No significant changes were observed through three months under long-term and accelerated storage conditions.

[00378] The test results for individual unidentified impurities met the acceptance criteria (NMT 1%) at all conditions and intervals through three months on long-term, and accelerated, stability. All unidentified impurities ranged from none detected to 0.4%. No significant changes were observed through three months under long-term and accelerated storage conditions.

[00379] The acceptance criteria for total impurities was NMT 17%. The total impurities included the sum of all identified and unidentified impurities. The values for total impurities were consistently low (1% to 1.2%) at the time of release. The results at all stability intervals through three months were within the proposed limits as shown in **TABLE 63** below.

| TABLE 63 | | | | | | |
|---|---|---|---|---|---|---|
| **Formulation** | **$R^2$** | **Lot** | **ESL (months)** | **Intercept $\pm$ Std. Error (%)** | **Slope $\pm$ Std. Error (%/month)** | **Model Type** |
| 10 mL | 0.88 | A | 52.3 | 1.07% $\pm$ 0.06% | 0.26% $\pm$ 0.02% | Pooled slopes/different intercepts |
| | | B | | 1.29% $\pm$ 0.06% | | |
| | | C | | 1.26% $\pm$ 0.06% | | |
| 1 mL | 0.98 | D | 32.3 | 0.67% $\pm$ 0.15% | 0.49% $\pm$ 0.01% | Pooled slopes/Pooled intercepts |
| | | E | | | | |
| | | F | | | | |

-160-

[00380] The stability study results for the 10 mL vasopressin formulations were compared to the 1 mL vasopressin formulation and plotted as shown in **FIGURES 29** and **30**. **FIGURE 29** shows the total impurities when the formulations were stored at 25 ºC in an upright position. The linear equation for each of the lots was as follows:

- Lot A: Y = 0.0108 + 0.0023(month)
- Lot B: Y = 0.0126 + 0.0026(month)
- Lot C: Y = 0.0123 + 0.0028(month)
- Lot D: Y = 0.005617 + 0.004926(month)
- Lot E: Y = 0.005617 + 0.004926(month)
- Lot F: Y = -0.008521 + 0.004824(month)

[00381] **FIGURE 30** shows the amount of total impurities when the formulations were stored at 25 ºC in an inverted position. The linear equation for each of the lots was as follows:

- Lot A: Y = 0.011 + 0.0025(month)
- Lot B: Y = 0.0131 + 0.0026(month)
- Lot C: Y = 0.0125 + 0.0025(month)
- Lot D: Y = 0.006132 + 0.005015(month)
- Lot E: Y = 0.006383 + 0.004907(month)
- Lot F: Y = 0.008467 + 0.004705(month)

[00382] The regression analysis and trend estimates for stability at 25 °C are shown above in **TABLE 63**. As indicated by the trend analysis and **FIGURES 29** and **30**, the trends in assay were well-represented by linear zero-order regression models. At the 25 °C conditions, the results did not pool intercepts and did pool slopes for the 10 mL vasopressin formulation. The slopes for this pooled model is about 0.26% per month. The shortest estimated shelf-life based on trend extrapolation at 25 °C was about 52.3 months. This was a 20 month improvement compared to the 32.3 month value obtained from the 1 mL vasopressin results at 25 °C. At 5 °C, the vasopressin assay results were all 1% to 1.5% after 3 months.

[00383] The test results met the specification requirements for particulate matter under all study conditions. The highest reported values were about 13 counts (greater than 10 microns) and 1 count (greater than 25 microns).

[00384] The test results passed the bacterial endotoxin test, for which the acceptance criteria was NMT 29 EU/mL.

-161-

[00385] The test results passed the sterility test.

[00386] Overall, the data supported a 24-month refrigerated (2-8 ºC) shelf life with a 12-month period out of refrigeration room temperature storage. A summary of the estimated shelf life for the measured vasopressin attributed is shown in **TABLE 64** below.

| TABLE 64 | | |
|---|---|---|
| **Trending CQA** | **Estimated out of Refrigerator Storage Period (months) 10 mL formulation** | **Estimated out of Refrigerator Storage Period (months) 1 mL formulation** |
| Vasopressin | 17.2 | 15.1 |
| Glu4-AVP | 34 | 28.7 |
| Gly9-AVP | 49.9 | 32.2 |
| Total Impurities | 52.3 | 32.3 |

[00387] **TABLES 65-76** provide the raw data for the different measured attributes of the 10 mL vasopressin formulations at 5 ºC and 25 ºC/60% relative humidity.

| TABLE 65: Lot A, Inverted, 5 ºC | | | |
|---|---|---|---|
| **Test** | **Acceptance Criteria** | | **Initial Amount** | **3 months** |
| Assay | 90% - 110% LC | | 100.3% | 100.1% |
| Related Substances | Gly9-AVP | NMT 6% | 0.1% | 0.2% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.2% |
| | D-Asn-AVP | NMT 1% | ND | ND |
| | Asp5-AVP | NMT 1.5% | ND | ND |
| | AVP-Dimer | NMT 1% | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.6% | 0.6% |
| | Unidentified | NMT 1% | RRT 0.84 = <0.1% | RRT 0.1 = <0.1% |

-162-

PAR-VASO-0010545

| | | | RRT 1.03 = 0.2% | RRT 0.11 = <0.1% |
|---|---|---|---|---|
| | | | | RRT 0.37 = <0.1% |
| | | | | RRT 0.83 = <0.1% |
| | | | | RRT 1.03 = 0.2% |
| | Total Impurities | NMT 17% | 1% | 1.2% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.5% | 0.49% |
| pH | 2.5-4.5 | | 3.8 | 3.7 |

| TABLE 66: Lot A, Upright, 5 ºC | | | | |
|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | | **Initial Amount** | **3 months** |
| Assay | 90% - 110% LC | | 100.3% | 99.8% |
| Related Substances | Gly9-AVP | NMT 6% | 0.1% | 0.2% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.2% |
| | D-Asn-AVP | NMT 1% | ND | ND |
| | Asp5-AVP | NMT 1.5% | ND | ND |
| | AVP-Dimer | NMT 1% | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.6% | 0.6% |
| | Unidentified | NMT 1% | RRT 0.84 = <0.1%<br>RRT 1.03 = 0.2% | RRT 0.11 = <0.1%<br>RRT 0.83 = <0.1%<br>RRT 1.03 = 0.2% |
| | Total Impurities | NMT 17% | 1% | 1.3% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.5% | 0.49% |
| pH | 2.5-4.5 | | 3.8 | 3.8 |

| TABLE 67: Lot A, Inverted, 25 ºC/60% RH | | | | | |
|---|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | **Initial Amount** | **1 month** | **2 months** | **3 months** |

PAR-VASO-0010546

| | | | | | | |
|---|---|---|---|---|---|---|
| Assay | 90% - 110% LC | | 100.3% | 98.7% | 98.9% | 98.9% |
| Related Substances | Gly9-AVP | NMT 6% | 0.1% | 0.3% | 0.4% | 0.4% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.3% | 0.4% | 0.6% |
| | D-Asn-AVP | NMT 1% | ND | ND | ND | <0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND | <0.1% | <0.1% |
| | AVP-Dimer | NMT 1% | ND | ND | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.6% | 0.6% | 0.6% | 0.6% |
| | Unidentified | NMT 1% | RRT 0.84 = <0.1% RRT 1.03 = 0.2% | RRT 0.84 = <0.1% RRT 1.7 + <0.1% RRT 1.03 = 0.3% | RRT 0.11 = <0.1% RRT 0.83 = <0.1% RRT 1.03 = 0.2% | RRT 0.8 = <0.1% 1.6 = <0.1% RRT 1.03 = 0.2% |
| | Total Impurities | NMT 17% | 1% | 1.5% | 1.6% | 1.8% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.5% | 0.49% | 0.49% | 0.49% |
| pH | 2.5-4.5 | | 3.8 | 3.7 | 3.7 | 3.7 |

| TABLE 68: Lot A, Upright, 25 ºC/60% RH | | | | |
|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | **Initial Amount** | **1 month** | **2 months** | **3 months** |

| Assay | 90% - 110% LC | | 100.3% | 99.4% | 98.8% | 99.1% |
|---|---|---|---|---|---|---|
| **Related Substances** | Gly9-AVP | NMT 6% | 0.1% | 0.3% | 0.4% | 0.4% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.3% | 0.4% | 0.5% |
| | D-Asn-AVP | NMT 1% | ND | ND | ND | <0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND | <0.1% | <0.1% |
| | AVP-Dimer | NMT 1% | ND | ND | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.6% | 0.6% | 0.6% | 0.6% |
| | Unidentified | NMT 1% | RRT 0.84 = <0.1% RRT 1.03 = 0.2% | RRT 0.84 = <0.1% RRT 1.7 + <0.1% RRT 1.03 = 0.3% | RRT 0.11 = <0.1% RRT 0.83 = <0.1% RRT 1.03 = 0.2% | RRT 0.8 = <0.1% 1.6 = <0.1% RRT 1.03 = 0.2% |
| | Total Impurities | NMT 17% | 1% | 1.4% | 1.6% | 1.7% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.5% | 0.49% | 0.49% | 0.49% |
| pH | 2.5-4.5 | | 3.8 | 3.7 | 3.7 | 3.7 |

| TABLE 69: Lot B, Inverted, 5 ºC | | | |
|---|---|---|---|
| **Test** | **Acceptance Criteria** | **Initial Amount** | **3 months** |

PAR-VASO-0010548

| | | | | |
|---|---|---|---|---|
| Assay | 90% - 110% LC | | 100% | 99.8% |
| Related Substances | Gly9-AVP | NMT 6% | <0.1% | 0.2% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.2% |
| | D-Asn-AVP | NMT 1% | 0.1% | 0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND |
| | AVP-Dimer | NMT 1% | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.3% | 0.4% |
| | Unidentified | NMT 1% | RRT 0.84 = 0.4%<br>RRT 1.03 = 0.3% | RRT 0.11 = <0.1%<br>RRT 0.83 = 0.4%<br>RRT 1.03 = 0.3% |
| | Total Impurities | NMT 17% | 1.2% | 1.5% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.49% | 0.47% |
| pH | 2.5-4.5 | | 3.8 | 3.8 |

| TABLE 70: Lot B, Upright, 5 ºC | | | | |
|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | | **Initial Amount** | **3 months** |
| Assay | 90% - 110% LC | | 100% | 100% |
| Related Substances | Gly9-AVP | NMT 6% | <0.1% | 0.1% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.1% |
| | D-Asn-AVP | NMT 1% | 0.1% | 0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND |
| | AVP-Dimer | NMT 1% | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.3% | 0.4% |
| | Unidentified | NMT 1% | RRT 0.84 = 0.4%<br>RRT 1.03 = 0.3% | RRT 0.11 = <0.1%<br>RRT 0.83 = 0.4%<br>RRT 1.03 = 0.4% |

PAR-VASO-0010549

| | | | |
|---|---|---|---|
| | Total Impurities | NMT 17% | 1.2% | 1.5% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.49% | 0.47% |
| pH | 2.5-4.5 | | 3.8 | 3.8 |

| TABLE 71: Lot B, Inverted, 25 ºC/60% RH | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | | **Initial Amount** | **1 month** | **2 months** | **3 months** |
| Assay | 90% - 110% LC | | 100% | 99.2% | 98.9% | 98% |
| Related Substances | Gly9-AVP | NMT 6% | <0.1% | 0.2% | 0.3% | 0.4% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.2% | 0.4% | 0.5% |
| | D-Asn-AVP | NMT 1% | 0.1% | ND | ND | 0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND | <0.1% | <0.1% |
| | AVP-Dimer | NMT 1% | ND | 0.2% | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.3% | 0.3% | 0.4% | 0.3% |
| | Unidentified | NMT 1% | RRT 0.84 = 0.4% RRT 1.03 = 0.3% | RRT 0.84 = 0.4% RRT 1.03 = 0.4% | RRT 0.11 = <0.1% RRT 0.83 = 0.4% RRT 1.03 = 0.3% | RRT 0.83 = 0.4% RRT 0.9 = <0.1% RRT 1.6 = 0.1% RRT 1.03 = 0.3% |

PAR-VASO-0010550

| | Total Impurities | NMT 17% | 1.2% | 1.8% | 1.7% | 2.1% |
|---|---|---|---|---|---|---|
| Chlorobutanol | 0.4% -0.6% w/v | | 0.49% | 0.49% | 0.48% | 0.48% |
| pH | 2.5-4.5 | | 3.8 | 3.7 | 3.7 | 3.8 |

| TABLE 72: Lot B, Upright, 25 ºC/60% RH | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | | **Initial Amount** | **1 month** | **2 months** | **3 months** |
| Assay | 90% - 110% LC | | 100% | 99.1% | 99.2% | 98.5% |
| Related Substances | Gly9-AVP | NMT 6% | <0.1% | 0.2% | 0.3% | 0.4% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.3% | 0.4% | 0.5% |
| | D-Asn-AVP | NMT 1% | 0.1% | ND | <0.1% | 0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND | <0.1% | <0.1% |
| | AVP-Dimer | NMT 1% | ND | ND | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.3% | 0.3% | 0.4% | 0.3% |
| | Unidentified | NMT 1% | RRT 0.84 = 0.4% RRT 1.03 = 0.3% | RRT 0.84 = 0.4% RRT 1.03 = 0.4% | RRT 0.11 = <0.1% RRT 0.83 = 0.4% RRT 1.03 = 0.3% RRT 1.56 = | RRT 0.8 = 0.4% RRT 1.6 = <0.1% |

PAR-VASO-0010551

| | | | | | <0.1% | |
|---|---|---|---|---|---|---|
| | Total Impurities | NMT 17% | 1.2% | 1.6% | 1.8% | 2% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.49% | 0.49% | 0.48% | 0.48% |
| pH | 2.5-4.5 | | 3.8 | 3.8 | 3.7 | 3.8 |

| TABLE 73: Lot C, Inverted, 5 ºC | | | | |
|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | | **Initial Amount** | **3 months** |
| Assay | 90% - 110% LC | | 100.3% | 100% |
| Related Substances | Gly9-AVP | NMT 6% | <0.1% | 0.2% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.1% |
| | D-Asn-AVP | NMT 1% | ND | 0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND |
| | AVP-Dimer | NMT 1% | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.3% | 0.4% |
| | Unidentified | NMT 1% | RRT 0.84 = 0.4% RRT 1.03 = 0.3% | RRT 0.11 = <0.1% RRT 0.59 = <0.1% RRT 0.83 = 0.4% RRT 1.03 = 0.4% |
| | Total Impurities | NMT 17% | 1.1% | 1.5% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.49% | 0.48% |
| pH | 2.5-4.5 | | 3.8 | 3.8 |

| TABLE 74: Lot C, Upright, 5 ºC | | | |
|---|---|---|---|
| **Test** | **Acceptance Criteria** | **Initial Amount** | **3 months** |
| Assay | 90% - 110% LC | 100.3% | 100.1% |

PAR-VASO-0010552

| Related Substances | Gly9-AVP | NMT 6% | <0.1% | 0.2% |
|---|---|---|---|---|
| | Glu4-AVP | NMT 6% | 0.1% | 0.1% |
| | D-Asn-AVP | NMT 1% | ND | 0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND |
| | AVP-Dimer | NMT 1% | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.3% | 0.4% |
| | Unidentified | NMT 1% | RRT 0.84 = 0.4%<br>RRT 1.03 = 0.3% | RRT 0.11 = <0.1%<br>RRT 0.83 = 0.4%<br>RRT 1.03 = 0.4% |
| | Total Impurities | NMT 17% | 1.1% | 1.5% |
| Chlorobutanol | | 0.4% -0.6% w/v | 0.49% | 0.48% |
| pH | | 2.5-4.5 | 3.8 | 3.7 |

| TABLE 75: Lot C, Inverted, 25 ºC/60% RH | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | | **Initial Amount** | **1 month** | **2 months** | **3 months** |
| Assay | 90% - 110% LC | | 100.3% | 99.2% | 99.1% | 98.8% |
| Related Substances | Gly9-AVP | NMT 6% | <0.1% | 0.2% | 0.3% | 0.4% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.3% | 0.3% | 0.4% |
| | D-Asn-AVP | NMT 1% | ND | 0.1% | <0.1% | 0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND | <0.1% | <0.1% |
| | AVP-Dimer | NMT 1% | ND | ND | ND | ND |
| | Acetyl-AVP | NMT | 0.3% | 0.3% | 0.4% | 0.3% |

PAR-VASO-0010553

| Test | Acceptance Criteria | | Initial | 1 month | 2 months | 3 months |
|---|---|---|---|---|---|---|
| | | 1% | | | | |
| | Unidentified | NMT 1% | RRT 0.84 = 0.4% RRT 1.03 = 0.3% | RRT 0.84 = 0.4% RRT 1.03 = 0.4% | RRT 0.11 = <0.1% RRT 0.83 = 0.4% RRT 1.03 = 0.3% | RRT 0.8 = 0.4% RRT 1 = 0.3% RRT 1.6 = <0.1% |
| | Total Impurities | NMT 17% | 1.1% | 1.7% | 1.8% | 1.9% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.49% | 0.49% | 0.49% | 0.49% |
| pH | 2.5-4.5 | | 3.8 | 3.7 | 3.7 | 3.8 |

| TABLE 76: Lot C, Upright, 25 °C/60% RH | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Acceptance Criteria** | | **Initial Amount** | **1 month** | **2 months** | **3 months** |
| Assay | 90% - 110% LC | | 100.3% | 99.1% | 99.3% | 98.9% |
| Related Substances | Gly9-AVP | NMT 6% | <0.1% | 0.2% | 0.3% | 0.4% |
| | Glu4-AVP | NMT 6% | 0.1% | 0.3% | 0.3% | 0.5% |
| | D-Asn-AVP | NMT 1% | ND | 0.1% | <0.1% | 0.1% |
| | Asp5-AVP | NMT 1.5% | ND | ND | <0.1% | <0.1% |
| | AVP-Dimer | NMT 1% | ND | ND | ND | ND |
| | Acetyl-AVP | NMT 1% | 0.3% | 0.3% | 0.4% | 0.3% |

PAR-VASO-0010554

| | | | | | |
|---|---|---|---|---|---|
| | Unidentified | NMT 1% | RRT 0.84 = 0.4% RRT 1.03 = 0.3% | RRT 0.84 = 0.4% RRT 1.03 = 0.4% | RRT 0.11 = <0.1% RRT 0.83 = 0.4% RRT 1.03 = 0.3% | RRT 0.8 = 0.4% RRT 1 = 0.3% RRT 1.6 = <0.1% |
| | Total Impurities | NMT 17% | 1.1% | 1.7% | 1.8% | 2% |
| Chlorobutanol | 0.4% -0.6% w/v | | 0.49% | 0.49% | 0.49% | 0.49% |
| Ph | 2.5-4.5 | | 3.8 | 3.7 | 3.7 | 3.8 |

**EXAMPLE 19**: *Illustrative regimen for therapeutic use of a 10 mL vasopressin formulation.*

[00388] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

*Preparation and Use of Vasopressin.*

[00389] Dilute vasopressin with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration.

[00390] Vasopressin is prepared according to **TABLE 77** below:

| TABLE 77 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00391] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00392] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor.

[00393] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For

-172-

septic shock, a dose of 0.01 units/minute is used as a starting point. If the target blood pressure response is not achieved, the dose is titrated up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, the vasopressin can be tapered by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

[00394] Vasopressin is provided as an injection at 20 units/mL. Vasopressin is supplied in vials as follows:

- A carton of 25 multiple dose vials each containing 1 mL vasopressin each at 20 units/mL of vasopressin.
- A carton of 1 multiple dose vial containing 10 mL vasopressin at 20 units/mL.
- A carton of 5 multiple dose vials each containing 10 mL vasopressin at 20 unit/mL of vasopressin.

[00395] Vasopressin is stored between 2-8 ºC, and is not to be frozen.

[00396] The vasopressin vials can be held up to 12 months upon removal from refrigeration to room temperature storage conditions (20-25 ºC), anytime within the labeled shelf life. Once removed from refrigeration, unopened vials should be marked to indicate the revised 12 month expiration date. If the original expiration date is shorter than the revised expiration date, then the shorter date should be used.

[00397] The 1 mL vial should be discarded 48 hours after the first puncture. The 10 mL vial can be discarded 30 days after the first puncture. The storage conditions and expiration periods are summarized in **TABLE 78** below:

| TABLE 78 | | | |
|---|---|---|---|
| | **Unopened Refrigerated (2-8 ºC)** | **Unopened Room Temperature (20-25 ºC; do not store above 25 ºC)** | **Opened (after first puncture)** |
| **1 mL vial** | Until printed expiration date | 12 months or until printed expiration date, whichever is earlier | 48 hours |
| **10 mL vial** | Until printed expiration date | 12 months or until printed expiration date, whichever is earlier | 30 days |

*Contraindications, Adverse Reactions, and Drug-Drug Interactions.*

[00398] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-

-173-

PAR-VASO-0010556

arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired cardiac response can worsen cardiac output.

[00399] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00400] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00401] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00402] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00403] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00404] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to

-174-

PAR-VASO-0010557

the antidiuretic effect of vasopressin.

[00405] Indomethacin can more than double the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00406] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.


*Use of Vasopressin in Specific Populations.*

[00407] Vasopressin is a Category C drug for pregnancy.

[00408] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.


*Overdosage.*

[00409] Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.


*Pharmacology of Vasopressin.*

[00410] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin (20 units/mL), chlorobutanol, NF 0.5% as a preservative, water for injection, USP,

-175-

and sodium acetate buffer adjusted to a pH of 3.8.

[00411] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:



SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00412] One mg of vasopressin is equivalent to 530 units. Alternatively, one mg of vasopressin is equivalent to 470 units.

[00413] The vasoconstrictive effects of vasopressin are mediated by vascular $V_1$ receptors. Vascular $V_1$ receptors are directly coupled to phospholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of $V_2$ receptors, which are coupled to adenyl cyclase.

[00414] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular $V_1$-receptors and release of prolactin and ACTH via $V_3$ receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal $V_2$ receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure, and reduces the dose requirements for norepinephrine.

[00415] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00416] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the

-176-

PAR-VASO-0010559

metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

*Carcinogenesis, Mutagenesis, Impairment of Fertility.*

[00417] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

*Clinical studies.*

[00418] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.


## EMBODIMENTS

[00419] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00420] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH. In some embodiments, the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a poloxamer. In some embodiments, the unit dosage form has an amount of the polymeric

-177-

pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the composition further comprises SEQ ID NO. 3. In some embodiments, the composition further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form is an injectable of about 1mL volume. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the vasopressin or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the  pharmaceutically-acceptable salt thereof. In some embodiments, one of the plurality of peptides is SEQ ID NO.: 2. In some embodiments, one of the plurality of peptides is SEQ ID NO.:3. In some embodiments, wherein one of the plurality of peptides is SEQ ID NO.: 4. In some embodiments, the buffer has a pH of about 3.5.

PAR-VASO-0010561

**CLAIMS**

WHAT IS CLAIMED IS:

1.     A pharmaceutical composition comprising, in a unit dosage form:

     a)       from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and

     b)       a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof,

wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of:

     A)      vasopressin, or a pharmaceutically-acceptable salt thereof; and

     B)      a buffer having acidic pH.

2.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety.

3.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide.

4.     The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a poloxamer.

5.     The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof.

6.     The pharmaceutical composition of claim 5, wherein the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof

-179-

after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

7.      The pharmaceutical composition of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

8.      The pharmaceutical composition of claim 7, wherein the composition further comprises SEQ ID NO. 3.

9.      The pharmaceutical composition of claim 8, wherein the composition further comprises SEQ ID NO. 4.

10.     The pharmaceutical composition of claim 1, wherein the unit dosage form is an injectable of about 1mL volume.

11.     The pharmaceutical composition of claim 1, wherein the unit dosage form consists essentially of:
   a)      about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof;
   b)      the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof; and
   c)      a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof.

12.     The pharmaceutical composition of claim 11, wherein one of the plurality of peptides is SEQ ID NO.: 2.

13.     The pharmaceutical composition of claim 12, wherein one of the plurality of peptides is SEQ ID NO.:3.

14.     The pharmaceutical composition of claim 13, wherein one of the plurality of peptides is

-180-

PAR-VASO-0010563

SEQ ID NO.: 4.

15.    The pharmaceutical composition of claim 1, wherein the buffer has a pH of about 3.5.

PAR-VASO-0010564

# ABSTRACT

Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations.

PAR-VASO-0010565



**FIGURE 1**

PAR-VASO-0010566



**FIGURE 2**



**FIGURE 3**

PAR-VASO-0010568



**FIGURE 4**



**FIGURE 5**



FIGURE 6



FIGURE 7

PAR-VASO-0010572



276.0

AU

**FIGURE 8**



**FIGURE 9**



**FIGURE 10**



FIGURE 11

PAR-VASO-0010576



Total Impurities vs. Target pH 25C

Target pH

Total Impurities

FIGURE 12

PAR-VASO-0010577



FIGURE 13



Total Impurities vs. target pH 40C

FIGURE 14

PAR-VASO-0010579



% Total Impurities vs. Target pH

Target pH

% Total Impurities

**FIGURE 15**

PAR-VASO-0010580



% Total Impurities vs. Target pH

FIGURE 16



% Assay Decrease (Absolute) vs. Target pH

**FIGURE 17**



% Assay Decrease (Absolute) vs. Target pH

FIGURE 18

PAR-VASO-0010583



FIGURE 19

MATTE FINISH

ASSEMBLED 4/1

.300 [7.62]

.590 [14.99]
DIA. MAX.

PLASTIC BUTTON

NOTE: VALUES DENOTED BY [X.XX]
ARE IN MILLIMETERS.

CONTROLLED SCORE.

.211 [5.36] DIA.

1/32 [.79] R.

.526 [13.36]
I.D. MIN.

.323 [8.19]

ALUMINUM SEAL
MAT'L.: .008±.001 [.20±.02]

FIGURE 20

PAR-VASO-0010585



THICK LINE INDICATES LAMINATED FILM.

APPROX. NOM. VOL. ≈ .0243 IN³ [.398 CM³]

APPROX. NOM. S.A. ≈ .6754 IN² [4.357 CM²]

**FIGURE 21**





**FIGURE 22**



FIGURE 23



FIGURE 24



FIGURE 25



**FIGURE 26**

PAR-VASO-0010591



FIGURE 27



FIGURE 28

PAR-VASO-0010593



10 mL Lot F

10 mL Lot D/E

10 mL Lot B

10 mL Lot A

10 mL Lot C

Total Impurities

Month

**FIGURE 29**



**FIGURE 30**

PAR-VASO-0010595

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | Group Art Unit: *Not yet assigned.* |
| | ) | |
| Matthew Kenney | ) | Examiner: *Not yet assigned.* |
| | ) | |
| Application No.: *Not yet assigned.* | ) | Confirmation No.: *Not yet assigned.* |
| | ) | |
| Filed: Herewith | ) | Customer No.: 21971 |
| | ) | |
| For: PEPTIDE CONGENERS WITH | ) | |
| POLYMER EXCIPIENTS | ) | |
| _____ | ) | |

## PRELIMINARY AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450


Sir/Madam:

      Prior to reconsidering this application on the merits, please amend the application as follows:


      **Amendments to the Claims** begin on page **2** of this paper.

      **Amendments to the Title** begin on **6** of this paper.

      **Remarks** begin on page **7** of this paper.

      **Conclusion** begins on page **7** of this paper.

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in this application. The following amendments do not constitute an admission regarding the patentability of the amended subject matter and should not be so construed. Applicant reserves the right to pursue the subject matter of the canceled claims in this or any other appropriate patent application.

**Listing of claims:**

1-15. (Canceled)

16. (New) A method of increasing blood pressure in a human in need thereof, the method comprising:

a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically acceptable salt thereof; ii) acetate buffer; and iii) water,
wherein the pharmaceutical composition is provided in a container;

b) puncturing a dispensing region of the container a first time and drawing from the container a portion of the pharmaceutical composition;

c) intravenously administering the portion of the pharmaceutical composition to the human,
wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically acceptable salt thereof per minute,
wherein the human is hypotensive;

d) puncturing the dispensing region of the container a second time and drawing from the container a second portion of the pharmaceutical composition,
wherein the second time that the dispensing region of the container is punctured occurs at least 48 hours after the first time that the dispensing region of the container is punctured;

e) intravenously administering the second portion of the pharmaceutical composition to the human,

PAR-VASO-0010597

wherein the administration of the second portion of the pharmaceutical composition provides to the human from about 0.01 units of vasopressin or the pharmaceutically acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically acceptable salt thereof per minute.

17. (New) The method of claim 16, further comprising puncturing the dispensing region of the container a third time and drawing from the container a third portion of the pharmaceutical composition.

18. (New) The method of claim 17, wherein the third puncture of the dispensing region of the container occurs after the second puncture of the dispensing region of the container occurs, and wherein the third puncture occurs within about 30 days of the first puncture of the dispensing region of the container.

19. (New) The method of claim 18, further comprising administering the third portion of the pharmaceutical composition to the human, wherein the administration of the third portion occurs after the administration of the second portion, wherein the third administration occurs within about 30 days of the first time that the dispensing region of the container is punctured.

20. (New) The method of claim 16, wherein the human's hypotension is associated with vasodilatory shock.

21. (New) The method of claim 20, wherein the vasodilatory shock is post-cardiotomy shock.

22. (New) The method of claim 21, wherein the vasodilatory shock is septic shock.

23. (New) The method of claim 22, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute.

24. (New) The method of claim 16, wherein the pharmaceutical composition further comprises

3

chlorobutanol.

25. (New) The method of claim 16, wherein a shelf-life of the pharmaceutical composition is from about 10 to about 20 months at 25 ºC.

26. (New) The method of claim 16, further comprising diluting the portion of the pharmaceutical composition with a diluent prior to the intravenous administration of the portion of the pharmaceutical composition.

27. (New) A method of increasing blood pressure in a human in need thereof, the method comprising:

a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically acceptable salt thereof; ii) acetate buffer; and iii) water,
wherein the pharmaceutical composition is provided in a container;

b) puncturing a dispensing region of the container a first time and drawing from the container a portion of the pharmaceutical composition;

c) intravenously administering the portion of the pharmaceutical composition to the human,
wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically acceptable salt thereof per minute,
wherein the human is hypotensive;

d) puncturing the dispensing region of the container a second time and drawing from the container a second portion of the pharmaceutical composition,
wherein the second time that the dispensing region of the container is punctured occurs at least about 30 days after the first time that the dispensing region of the container is punctured; and

e) intravenously administering the second portion of the pharmaceutical composition to the human,
wherein the administration of the second portion of the pharmaceutical composition provides to the human from about 0.01 units of vasopressin or the pharmaceutically acceptable salt thereof

4

PAR-VASO-0010599

per minute to about 0.1 units of vasopressin or the pharmaceutically acceptable salt thereof per minute,

wherein the container is stored at about room temperature from the first time that the dispensing region of the container is punctured to the second time that the dispensing region of the container is punctured,

wherein the pharmaceutical composition comprises no more than about 2% total impurities at the second time that the dispensing region of the container is punctured.

28. (New) The method of claim 27, wherein the total impurities comprise SEQ ID NO.: 2, and SEQ ID NO.: 2 is present in the container in an amount of 0.1% to 0.5% at the second time that the dispensing region of the container is punctured.

29. (New) The method of claim 27, wherein the total impurities comprise SEQ ID NO.: 4, and SEQ ID NO.: 4 is present in the container in an amount of 0.1% to 0.5% at the second time that the dispensing region of the container is punctured.

30. (New) The method of claim 27, wherein the total impurities comprise SEQ ID NO.: 7, and SEQ ID NO.: 7 is present in the container in an amount of 0.1% to 1% at the second time that the dispensing region of the container is punctured.

31. (New) The method of claim 27, wherein room temperature is 22 °C to 28 °C.

32. (New) The method of claim 27, wherein room temperature is 25 °C.

33. (New) The method of claim 27, further comprising diluting the portion of the pharmaceutical composition with a diluent prior to the intravenous administration of the portion of the pharmaceutical composition.

PAR-VASO-0010600

# <u>AMENDMENTS TO THE TITLE</u>

Please replace the title of the application with the following:

~~PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS~~

<u>VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION</u>

PAR-VASO-0010601

## REMARKS

Claims 1-15 were pending. Claims 1-15 have been canceled. New claims 16-33 have been added. Accordingly, claims 16-33 are pending and submitted for the Examiner's consideration and approval.

Illustrative support for the new claims can be found in, for example, paragraphs [0036], [0039], [0042], [0043], [0044], [0052], [0064], [0066], [0068], [0074], [0189], [0190], [0210], [0334]-[0336], and [0347]-[0418], and Table 3 of the specification as filed, and throughout the same. No new matter is added.

The title has been amended to reflect the pending claims as submitted herewith. No new matter is added.

Reconsideration is respectfully requested in light of the new claims and the following remarks.

## CONCLUSION

Applicant submits this Preliminary Amendment prior to the examination of this application on the merits. Since the present amendment does not introduce new matter, Applicant respectfully requests its entry prior to examination of the present application.

The Commissioner is authorized to charge any underpayment or credit any overpayment to Deposit Account No. 23-2415 (Attorney Docket No. 47956-702.504) for any matter in connection with this amendment, including any fee for extension of time, which may be required.

Respectfully submitted,

Date: May 26, 2017            By:    /Trisha Agrawal/

Trisha Agrawal, Ph.D.
Registration No. 73,212

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone No.: (650) 493-9300
Facsimile No.: (650) 493-6811

PAR-VASO-0010602

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Trisha Agrawal/Roseann Gallo |
| **Attorney Docket Number:** | 47956-702.504 |

Filed as Large Entity

**Filing Fees for** Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY APPLICATION FILING | 1011 | 1 | 280 | 280 |
| UTILITY SEARCH FEE | 1111 | 1 | 600 | 600 |
| UTILITY EXAMINATION FEE | 1311 | 1 | 720 | 720 |
| REQUEST FOR PRIORITIZED EXAMINATION | 1817 | 1 | 4000 | 4000 |
| **Pages:** | | | | |
| UTILITY APPL SIZE FEE PER 50 SHEETS >100 | 1081 | 2 | 400 | 800 |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |

PAR-VASO-0010603

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| PROCESSING FEE,  EXCEPT PROV. APPLS. | 1830 | 1 | 140 | 140 |

**Petition:**

**Patent-Appeals-and-Interference:**

**Post-Allowance-and-Post-Issuance:**

**Extension-of-Time:**

**Miscellaneous:**

**Total in USD ($)**          **6540**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29324199 |
| **Application Number:** | 15606442 |
| **International Application Number:** | |
| **Confirmation Number:** | 5729 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew  Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.504 |
| **Receipt Date:** | 26-MAY-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 13:45:08 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $6540 |
| RAM confirmation Number | 053017INTEFSW00000955232415 |
| Deposit Account | 232415 |
| Authorized User | Trisha Agrawal |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.16 (National application filing, search, and examination fees) | |
| 37 CFR 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0010605

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal of New Application | PAR_47956_702_504_UtilityTransmittal.pdf | 277532<br>e7182dbae05e44cca6e1e9031cb1ec47bdd77c2a | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Miscellaneous Incoming Letter | PAR_47956_702_504_FeeTrans.pdf | 258902<br>dc9da5d3521d13455ca015a19559760b095a42a1 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Application Data Sheet | PAR_47956_702_504_ADS.pdf | 1823587<br>0c1574312a7c684e23b9e004a1b4f68d46da0a66 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | TrackOne Request | PAR_47956_702_504_TrackOne.pdf | 141455<br>5e07c93891c38306ed3eaa45eef59152412 84e6e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | CRF Statement Paper and CRF are the same | PAR_47956_702_504_StmtSL.pdf | 19997<br>422cefd46ac1a8f8399150dd60451e2ae4a7c439 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | | PAR_47956_702_504_ApplnAsFiled.pdf | 1036320<br>1ffa0f165f96ead50a8c1xc147ed555512c9bd33c | yes | 182 |
| | **Multipart Description/PDF files in .zip description** | | | |
| | **Document Description** | **Start** | **End** | |

| | | | Specification | 1 | 178 |
|---|---|---|---|---|---|
| | | | Claims | 179 | 181 |
| | | | Abstract | 182 | 182 |

**Warnings:**

**Information:**

| 7 | Drawings-only black and white line drawings | PAR_47956_702_504_Drawings.pdf | 5113071<br>2dbd9058d97fb126ca446992997fda957cd30c6c | no | 30 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | | PAR_47956_702_504_PreAm.pdf | 37390<br>fe0fbac79c0d54cc925e70d89aa5b3cf5f1c5647 | yes | 7 |
|---|---|---|---|---|---|

| | **Multipart Description/PDF files in .zip description** | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Preliminary Amendment | 1 | 1 |
| | Claims | 2 | 5 |
| | Specification | 6 | 6 |
| | Applicant Arguments/Remarks Made in an Amendment | 7 | 7 |

**Warnings:**

**Information:**

| 9 | Sequence Listing (Text File) | 47956702504_SL.txt | 5222 | no | - |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 10 | Fee Worksheet (SB06) | fee-info.pdf | 40233<br>ab06c681c01faa53c4f2bf9c9ed10c772153f15f | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 8753709 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0010608

# Electronic Patent Application Fee Transmittal

| Application Number: | 15606442 |
|---|---|
| Filing Date: | |
| Title of Invention: | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| First Named Inventor/Applicant Name: | Matthew Kenney |
| Filer: | Trisha Agrawal |
| Attorney Docket Number: | 47956-702.504 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| LATE FILING FEE FOR OATH OR DECLARATION | 1051 | 1 | 140 | 140 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

PAR-VASO-0010609

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **140** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29325575 |
| **Application Number:** | 15606442 |
| **International Application Number:** | |
| **Confirmation Number:** | 5729 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew  Kenney |
| **Correspondence Address:** | WILSON, SONSINI, GOODRICH & ROSATI<br>-<br>650 PAGE MILL ROAD<br>-<br>PALO ALTO                CA                94304-1050<br>US          650-493-9300<br>patentdocket@wsgr.com |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.504 |
| **Receipt Date:** | 26-MAY-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 13:50:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $140 |

PAR-VASO-0010611

| RAM confirmation Number | 053017INTEFSW00001025232415 |
|---|---|
| Deposit Account | 232415 |
| Authorized User | Trisha Agrawal |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

    37 CFR 1.16 (National application filing, search, and examination fees)

    37 CFR 1.17 (Patent application and reexamination processing fees)

    37 CFR 1.19 (Document supply fees)

    37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Fee Worksheet (SB06) | fee-info.pdf | 29882<br><br>72980f2311c091b552f0f74ec5bf1e47966aa049 | no | 2 |

| Warnings: |
|---|
| Information: |

| | Total Files Size (in bytes): | 29882 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0010612

# SCORE Placeholder Sheet for IFW Content

Application Number: 15606442          Document Date: 05/26/2017

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- Drawings – Other than Black and White Line Drawings

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions below.

At the time of document entry (noted above):
- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://Score.uspto.gov/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: September 30, 2013

PAR-VASO-0010613

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 15606442 |
| | Filing Date | 05-26-2017 |
| | First Named Inventor | KENNEY; Matthew |
| | Art Unit | 1629 |
| | Examiner Name | Not assigned yet |
| Sheet   1   of   29 | Attorney Docket Number | 47956-702.504 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | Number-Kind Code[2] (if known) | | | |
| | 001 | US-4542124 | 09-17-1985 | HUFFMAN; William F. et al. | |
| | 002 | US-4604378 | 08-05-1986 | CALLAHAN; James F. et al. | |
| | 003 | US-4684622 | 08-04-1987 | ALI; Fadia E. et al. | |
| | 004 | US-4746508 | 05-24-1988 | CAREY; Martin C. et al. | |
| | 005 | US-4762820 | 08-09-1988 | GAVRAS; Haralambos | |
| | 006 | US-4764378 | 08-16-1988 | KEITH; Alec D. et al. | |
| | 007 | US-4781871 | 11-01-1988 | WEST III; Glenn et al. | |
| | 008 | US-5042975 | 08-27-1991 | CHIEN; Yie W. et al. | |
| | 009 | US-5124315 | 06-23-1992 | CESCHEL; Giancarlo et al. | |
| | 010 | US-5192741 | 03-09-1993 | ORSOLINI; Piero et al. | |
| | 011 | US-5204112 | 04-20-1993 | HOPE; Michael J. et al. | |
| | 012 | US-5225212 | 07-06-1993 | MARTIN; Francis J. et al. | |
| | 013 | US-5250022 | 10-05-1993 | CHIEN; Yie W. et al. | |
| | 014 | US-5252263 | 10-12-1993 | HOPE; Michael J. et al. | |
| | 015 | US-5288497 | 02-22-1994 | STANLEY; Theodore H. et al. | |
| | 016 | US-5288498 | 02-22-1994 | STANLEY; Theodore H. et al. | |
| | 017 | US-5359030 | 10-25-1994 | EKWURIBE; Nnochiri N. | |
| | 018 | US-5424068 | 06-13-1995 | FILIP; Doina | |
| | 019 | US-5482931 | 01-09-1996 | HARRIS; Alan et al. | |
| | 020 | US-5698516 | 12-16-1997 | NILSSON; Anders et al. | |
| | 021 | US-5702717 | 12-30-1997 | CHA; Younsik et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPE 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0010614

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Not assigned yet |
| Sheet | 2 | of | 29 | Attorney Docket Number | 47956-702.504 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 022 | US-5770559 | 06-23-1998 | MANNING; Mark C. et al. | |
| | 023 | US-5776885 | 07-07-1998 | ORSOLINI; Piero et al. | |
| | 024 | US-5785989 | 07-28-1998 | STANLEY; Theodore H. et al. | |
| | 025 | US-5811399 | 09-22-1998 | KHAVINSON; Vladimir Kh et al. | |
| | 026 | US-5889110 | 03-30-1999 | HUTCHINSON; Francis Gowland | |
| | 027 | US-5902790 | 05-11-1999 | GREEN; Lawrence R. et al. | |
| | 028 | US-5972894 | 10-26-1999 | SINACKEVICH; Nickolai V. et al. | |
| | 029 | US-5981474 | 11-09-1999 | MANNING; Mark C. et al. | |
| | 030 | US-5989857 | 11-23-1999 | MUNDSCHENK; David D. | |
| | 031 | US-6004573 | 12-21-1999 | RATHI; Ramesh C. et al. | |
| | 032 | US-6034175 | 03-07-2000 | HUTCHINSON; Francis Gowland | |
| | 033 | US-6086918 | 07-11-2000 | STERN; William et al. | |
| | 034 | US-6117949 | 09-12-2000 | RATHI; Ramesh C. et al. | |
| | 035 | US-6143722 | 11-07-2000 | MELIN; Per et al. | |
| | 036 | US-6174547 | 01-16-2001 | DONG; Liang-Chang et al. | |
| | 037 | US-6180608 | 01-30-2001 | GEFTER; Malcolm L. et al. | |
| | 038 | US-6187756 | 02-13-2001 | LEE; Robert K. K. et al. | |
| | 039 | US-6201072 | 03-13-2001 | RATHI; Ramesh C. et al. | |
| | 040 | US-6264981 | 07-24-2001 | ZHANG; Hao et al. | |
| | 041 | US-6287588 | 09-11-2001 | SHIH; Chung et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Not assigned yet |
| Sheet | 3 | of | 29 | Attorney Docket Number | 47956-702.504 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 042 | US-6589549 | 07-08-2003 | SHIH; Chung et al. | |
| | 043 | US-6592894 | 07-15-2003 | ZARIF; Leila et al. | |
| | 044 | US-6630486 | 10-07-2003 | ROYER; Garfield P. | |
| | 045 | US-6720001 | 04-13-2004 | CHEN; Feng-Jing et al. | |
| | 046 | US-6740333 | 05-25-2004 | BECKETT; Christian Westy et al. | |
| | 047 | US-6811689 | 11-02-2004 | ZHANG; Sheng et al. | |
| | 048 | US-6814870 | 11-09-2004 | ZHANG; Sheng et al. | |
| | 049 | US-6821249 | 11-23-2004 | CASSCELLS; Samuel Ward et al. | |
| | 050 | US-6841617 | 01-11-2005 | JEONG; Byeong Moon et al. | |
| | 051 | US-6949509 | 09-27-2005 | WOODROW; Wayne | |
| | 052 | US-6967028 | 11-22-2005 | DULIEU; Claire et al. | |
| | 053 | US-6991798 | 01-31-2006 | GSCHNEIDNER; David et al. | |
| | 054 | US-6998137 | 02-14-2006 | SHIH; Chung et al. | |
| | 055 | US-7074775 | 07-11-2006 | MILLER; Landon C. et al. | |
| | 056 | US-7087244 | 08-08-2006 | JEONG; Byeongmoon et al. | |
| | 057 | US-7135190 | 11-14-2006 | PIAO; Ai-Zhi et al. | |
| | 058 | US-7151084 | 12-19-2006 | MILLER; Landon C. et al. | |
| | 059 | US-7157421 | 01-02-2007 | MILLER; Landon C. et al. | |
| | 060 | US-7186414 | 03-06-2007 | GSCHNEIDNER; David et al. | |
| | 061 | US-7402652 | 07-22-2008 | MILLER; Landon C. et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not assigned yet |
| Sheet | 4 | of | 29 | Attorney Docket Number | 47956-702.504 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 062 | US-7498044 | 03-03-2009 | PETEREIT; Hans-Ulrich et al. | |
| | 063 | US-7504407 | 03-17-2009 | CASTELHANO; Arlindo L. et al. | |
| | 064 | US-7538092 | 05-26-2009 | ORLANDO; Michele et al. | |
| | 065 | US-7713705 | 05-11-2010 | BUECHLER; Kenneth F. et al. | |
| | 066 | US-7714918 | 05-11-2010 | KURODA; Yukihiro | |
| | 067 | US-7744910 | 06-29-2010 | GSCHNEIDNER; David et al. | |
| | 068 | US-7767656 | 08-03-2010 | SHOICHET; Molly S. et al. | |
| | 069 | US-7807397 | 10-05-2010 | BERGMANN; Andreas et al. | |
| | 070 | US-7833546 | 11-16-2010 | PETEREIT; Hans-Ulrich et al. | |
| | 071 | US-7840263 | 11-23-2010 | GIROUARD; Steven D. et al. | |
| | 072 | US-7884079 | 02-08-2011 | MILLER; Landon C. et al. | |
| | 073 | US-7899527 | 03-01-2011 | YUN; Anthony J. et al. | |
| | 074 | US-7960336 | 06-14-2011 | CASTILLO; Gerardo M. et al. | |
| | 075 | US-7964219 | 06-21-2011 | LI; Yuhua et al. | |
| | 076 | US-8030297 | 10-04-2011 | LICHTER; Jay et al. | |
| | 077 | US-8075916 | 12-13-2011 | SONG; Soo-Chang et al. | |
| | 078 | US-8075919 | 12-13-2011 | BROWN; Larry et al. | |
| | 079 | US-8093207 | 01-10-2012 | STERN; William | |
| | 080 | US-8183004 | 05-22-2012 | BERGMANN; Andreas et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | Complete if Known | |
|---|---|---|---|
| | | Application Number | 15606442 |
| | | Filing Date | 05-26-2017 |
| | | First Named Inventor | KENNEY; Matthew |
| | | Art Unit | 1629 |
| | | Examiner Name | Not assigned yet |
| Sheet | 5 of 29 | Attorney Docket Number | 47956-702.504 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 081 | US-8202838 | 06-19-2012 | YEOMANS; David C. et al. | |
| | 082 | US-8252745 | 08-28-2012 | YEOMANS; David C. et al. | |
| | 083 | US-8257740 | 09-04-2012 | SUNG; Hsing-Wen et al. | |
| | 084 | US-8263125 | 09-11-2012 | VAYA; Navin et al. | |
| | 085 | US-8268352 | 09-18-2012 | VAYA; Navin et al. | |
| | 086 | US-8277830 | 10-02-2012 | DE Jr.; Juan Eugene et al. | |
| | 087 | US-8283317 | 10-09-2012 | SUNG; Hsing-Wen et al. | |
| | 088 | US-8287888 | 10-16-2012 | SONG; Soo-Chang et al. | |
| | 089 | US-8293726 | 10-23-2012 | HABIB; Nabil et al. | |
| | 090 | US-8354506 | 01-15-2013 | BERGMANN; Andreas et al. | |
| | 091 | US-8361022 | 01-29-2013 | AMERI; Mahmoud et al. | |
| | 092 | US-8399006 | 03-19-2013 | DE Jr.; Juan Eugene et al. | |
| | 093 | US-8513188 | 08-20-2013 | BOTTI; Paolo | |
| | 094 | US-8518444 | 08-27-2013 | KISSEL; Thomas et al. | |
| | 095 | US-8663155 | 03-04-2014 | CORMIER; Michel J. et al. | |
| | 096 | US-8679540 | 03-25-2014 | BONNET-GONNET; Cecile et al. | |
| | 097 | US-8764733 | 07-01-2014 | IMRAN; Mir | |
| | 098 | US-8846606 | 09-30-2014 | QUINTIN; Luc | |
| | 099 | US-8846770 | 09-30-2014 | LICHTER; Jay et al. | |
| | 100 | US-8846770 | 09-30-2014 | LICHTER; Jay et al. | |
| | 101 | US-8889366 | 11-18-2014 | STRUCK; Joachim et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Not assigned yet |
| Sheet | 6 | of | 29 | Attorney Docket Number | 47956-702.504 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 102 | US-8920817 | 12-30-2014 | ARMERI; Mahmoud et al. | |
| | 103 | US-9375478 | 06-28-2016 | KENNEY; Matthew et al. | |
| | 104 | US-20020198315 | 12-26-2002 | HUTCHINSON; Francis Gowland | |
| | 105 | US-20030051266 | 03-13-2003 | SERAFINI; Tito Andrew | |
| | 106 | US-20030106074 | 06-05-2003 | SERAFINI; Tito Andrew | |
| | 107 | US-20030121067 | 06-26-2003 | BRENNAN; Thomas J. et al. | |
| | 108 | US-20030139427 | 07-24-2003 | CASTELHANO; Arlindo L. et al. | |
| | 109 | US-20030147812 | 08-07-2003 | UEBERLE; Friedrich | |
| | 110 | US-20030157717 | 08-21-2003 | DRAGHIA-AKLI; Ruxandra | |
| | 111 | US-20030216302 | 11-20-2003 | BHOWMICK; Subhas Balaram et al. | |
| | 112 | US-20030228355 | 12-11-2003 | ZARIF; Leila et al. | |
| | 113 | US-20040013609 | 01-22-2004 | TRIER; Klaus | |
| | 114 | US-20040043076 | 03-04-2004 | DULIEU; Claire et al. | |
| | 115 | US-20040077540 | 04-22-2004 | QUAY; Steven C. | |
| | 116 | US-20040086494 | 05-06-2004 | JOHN; Constance Mary | |
| | 117 | US-20040146551 | 07-29-2004 | MANNINO; Raphael J. et al. | |
| | 118 | US-20040219208 | 11-04-2004 | KAWAMURA; Ryu et al. | |
| | 119 | US-20050013854 | 01-20-2005 | MANNINO; Raphael J. et al. | |
| | 120 | US-20050089873 | 04-28-2005 | TAI; Dar-Fu et al. | |
| | 121 | US-20050143378 | 06-30-2005 | YUN; Anthony J. et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 15606442 |
| | Filing Date | 05-26-2017 |
| | First Named Inventor | KENNEY; Matthew |
| | Art Unit | 1629 |
| | Examiner Name | Not assigned yet |
| Sheet 7 of 29 | Attorney Docket Number | 47956-702.504 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 122 | US-20050148029 | 07-07-2005 | BUECHLER; Kenneth F. et al. | |
| | 123 | US-20050164238 | 07-28-2005 | VALKIRS; Gunars E. et al. | |
| | 124 | US-20050186265 | 08-25-2005 | ZARIF; Leila et al. | |
| | 125 | US-20050272815 | 12-08-2005 | LEONE-BAY; Andrea et al. | |
| | 126 | US-20050282896 | 12-22-2005 | LOPASCHUK; Gary D. et al. | |
| | 127 | US-20060034889 | 02-16-2006 | JO; Seongbong et al. | |
| | 128 | US-20060093658 | 05-04-2006 | SATHYAN; Gayatri et al. | |
| | 129 | US-20060193825 | 08-31-2006 | MUSSO; Gary F. et al. | |
| | 130 | US-20060194878 | 08-31-2006 | LOPASCHUK; Gary D. et al. | |
| | 131 | US-20060293243 | 12-28-2006 | PURI; Navneet et al. | |
| | 132 | US-20070054843 | 03-08-2007 | YEOMANS; David C. et al. | |
| | 133 | US-20070059285 | 03-15-2007 | SAMARITANI; Fabrizio et al. | |
| | 134 | US-20070092911 | 04-26-2007 | BUECHLER; Kenneth F. et al. | |
| | 135 | US-20070154482 | 07-05-2007 | SUKHATME; Vikas P. et al. | |
| | 136 | US-20070190047 | 08-16-2007 | BRYCH; Stephen R. et al. | |
| | 137 | US-20070292391 | 12-20-2007 | SAMARITANI; Fabrizio et al. | |
| | 138 | US-20080015265 | 01-17-2008 | RUBIN; Byron et al. | |
| | 139 | US-20080026014 | 01-31-2008 | MICHEL; Olaf | |
| | 140 | US-20080125361 | 05-29-2008 | LUDVIGSEN; Svend et al. | |
| | 141 | US-20080152675 | 06-26-2008 | POULIQUEN; Gauthier | |
| | 142 | US-20080188449 | 08-07-2008 | CREWS; Craig M. et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not assigned yet |
| Sheet | 8 | of | 29 | Attorney Docket Number | 47956-702.504 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 143 | US-20080193545 | 08-14-2008 | RICHARD; Joel et al. | |
| | 144 | US-20080194942 | 08-14-2008 | CUMPSON; Patrick T. et al. | |
| | 145 | US-20080221039 | 09-11-2008 | GIBSON; Christoph et al. | |
| | 146 | US-20090022683 | 01-22-2009 | SONG; Soo-Chang et al. | |
| | 147 | US-20090192177 | 07-30-2009 | CASTELHANO; Arlindo L. et al. | |
| | 148 | US-20090220455 | 09-03-2009 | CHILKOTI; Ashutosh | |
| | 149 | US-20090280103 | 11-12-2009 | FLUECK; Martin | |
| | 150 | US-20090280169 | 11-12-2009 | LEONARD; Thomas W. | |
| | 151 | US-20090298711 | 12-03-2009 | RUSSELL; James A. et al. | |
| | 152 | US-20090306137 | 12-10-2009 | WOLFGANG; Curt D. et al. | |
| | 153 | US-20100062981 | 03-11-2010 | JEPPSSON; Anders et al. | |
| | 154 | US-20100221243 | 09-02-2010 | SUKHATME; Vikas P. et al. | |
| | 155 | US-20100234276 | 09-16-2010 | MIZUSHIMA; Hidefumi et al. | |
| | 156 | US-20100273709 | 10-28-2010 | ASTON; Christina Ulrika Jonius et al. | |
| | 157 | US-20100311642 | 12-09-2010 | J-M.RIVIERE; Pierre et al. | |
| | 158 | US-20110008911 | 01-13-2011 | BERGMANN; Andreas et al. | |
| | 159 | US-20110071216 | 03-24-2011 | FOWERS; Kirk D. et al. | |
| | 160 | US-20110114087 | 05-19-2011 | DJUPESLAND; Per Gisle et al. | |
| | 161 | US-20110237508 | 09-29-2011 | AMORIJ; Jean-Pierre et al. | |
| | 162 | US-20110297147 | 12-08-2011 | LICK; Charles et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Not assigned yet |
| Sheet | 9 | of | 29 | Attorney Docket Number | 47956-702.504 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 163 | US-20110303871 | 12-15-2011 | BURBA; John L. et al. | |
| | 164 | US-20120093866 | 04-19-2012 | BURGER; Markus et al. | |
| | 165 | US-20120121517 | 05-17-2012 | SONG; Soo-Chang et al. | |
| | 166 | US-20120282227 | 11-08-2012 | KATZ; Laurence M. | |
| | 167 | US-20130011378 | 01-10-2013 | YANG; Tzung-Horng et al. | |
| | 168 | US-20130028930 | 01-31-2013 | PLUMRIDGE; Andrew et al. | |
| | 169 | US-20130040884 | 02-14-2013 | LAU; Jesper et al. | |
| | 170 | US-20130041241 | 02-14-2013 | FELTS; John T. et al. | |
| | 171 | US-20130115231 | 05-09-2013 | HONG; Sung Hee et al. | |
| | 172 | US-20130122515 | 05-16-2013 | BERGMANN; Andreas et al. | |
| | 173 | US-20130189230 | 07-25-2013 | SHOICHET; Molly Sandra et al. | |
| | 174 | US-20130224248 | 08-29-2013 | TAYLOR; Harold Victor et al. | |
| | 175 | US-20130296324 | 11-07-2013 | HELD; Jerry M. | |
| | 176 | US-20140051628 | 02-20-2014 | CASTILLO; Gerardo M. et al. | |
| | 177 | US-20140161892 | 06-12-2014 | SALMAN; Hesham H.A. et al. | |
| | 178 | US-20140206752 | 07-24-2014 | AFEYAN; Noubar B. et al. | |
| | 179 | US-20140207104 | 07-24-2014 | VOUILLAMOZ; Lucien et al. | |
| | 180 | US-20140220063 | 08-07-2014 | ASARI; Daisuke et al. | |
| | 181 | US-20140221442 | 08-07-2014 | BACHA; Jeffrey A. et al. | |
| | 182 | US-20140249083 | 09-04-2014 | SHINGEL I; Kirill et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 15606442 |
| Filing Date | 05-26-2017 |
| First Named Inventor | KENNEY; Matthew |
| Art Unit | 1629 |
| Examiner Name | Not assigned yet |
| Attorney Docket Number | 47956-702.504 |

| Sheet | 10 | of | 29 |
|---|---|---|---|

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br><br>Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 183 | US-20140249484 | 09-04-2014 | JONES; Joseph A. et al. | |
| | 184 | US-20140251859 | 09-11-2014 | WEIKART; Christopher et al. | |
| | 185 | US-20160220676 | 08-04-2016 | KENNEY; Matthew et al. | |
| | 186 | US-20170035853-A1 | 02-09-2017 | KENNEY; Matthew et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br><br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | None | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0010623

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| Sheet | 11 | of 29 | Examiner Name | Not assigned yet |
| | | | Attorney Docket Number | 47956-702.504 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 001 | AHFS DRUG INFORMATION. VASOPRESSIN. Pituitary. 2011; 68:28, 3261-3263. | ☐ |
| | 002 | ALTEN, et al. Early initiation of arginine vasopressin infusion in neonates after complex cardiac surgery. Pediatr Crit Care Med. 2012 May;13(3):300-4. doi: 10.1097/PCC.0b013e31822f1753. | ☐ |
| | 003 | ANGUS, et al. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. Crit Care Med. 2001 Jul;29(7):1303-10. | ☐ |
| | 004 | ARGENZIANO, et al. A prospective randomized trial of arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement. Circulation. 1997 Nov 4;96(9 Suppl):II-286-90. | ☐ |
| | 005 | ARGENZIANO, et al. Arginine vasopressin in the management of vasodilatory hypotension after cardiac transplantation. J Heart Lung Transplant. 1999 Aug;18(8):814-7. | ☐ |
| | 006 | ARGENZIANO, et al. Management of vasodilatory shock after cardiac surgery: identification of predisposing factors and use of a novel pressor agent. J Thorac Cardiovasc Surg. 1998 Dec;116(6):973-80. | ☐ |
| | 007 | BARR, et al. Similarity of arterial and intravenous vasopressin on portal and systemic hemodynamics. Gastroenterology. 1975 Jul;69(1):13-9. | ☐ |
| | 008 | BAUER, et al. Arginine vasopressin for the treatment of septic shock in adults. Pharmacotherapy. 2010 Oct;30(10):1057-71. doi: 10.1592/phco.30.10.1057. | ☐ |
| | 009 | BAUER, et al. Effect of corticosteroids on arginine vasopressin-containing vasopressor therapy for septic shock: a case control study. J Crit Care. 2008 Dec;23(4):500-6. doi: 10.1016/j.jcrc.2008.04.002. Epub 2008 Jun 30. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Not assigned yet |
| Sheet | 12 | of | 29 | Attorney Docket Number | 47956-702.504 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 010 | BENEDINI, et al. New antianginal nitro esters with reduced hypotensive activity. Synthesis and pharmacological evaluation of 3-[(nitrooxy)alkyl]-2H-1,3-benzoxazin-4(3H)-ones. J Med Chem. 1995 Jan 6;38(1):130-6. | ☐ |
| | 011 | Botox Preparation,storage and injection technique, July 23, 2003. | ☐ |
| | 012 | BRESLOW, et al. Quantitative effects of antihydrophobic agents on binding constants and solubilities in water. Proc Natl Acad Sci U S A. 1992 Aug 1;89(15):6916-8. | ☐ |
| | 013 | BRIERLEY, et al. Clinical practice parameters for hemodynamic support of pediatric and neonatal septic shock: 2007 update from the American College of Critical Care Medicine. Crit Care Med. 2009 Feb;37(2):666-88. doi: 10.1097/CCM.0b013e31819323c6. | ☐ |
| | 014 | BRUN-BUISSON. The epidemiology of the systemic inflammatory response. Intensive Care Med. 2000;26 Suppl 1:S64-74. | ☐ |
| | 015 | BUCK, M. Low-dose Vasopressin Infusions for Vasodilatory Shock, PEDIATRIC PHARMACOTHERAPY, A Monthly Newsletter for Health Care Professionals from the Children's Medical Center at the University of Virginia, (2003), 9(9), pp. 1-4. | ☐ |
| | 016 | BURBACH, et al. Difference in susceptibility of arginine-vasopressin and oxytocin to aminopeptidase activity in brain synaptic membranes. Biochem Biophys Res Commun. 1982 Oct 15;108(3):1165-71. | ☐ |
| | 017 | Cetrotide® Cetrorelix acetate Consumer Medicine Information, April 2011. | ☐ |
| | 018 | CHANG, et al., Practical approaches to protein formulation development, Rational Design of stable protein in formulations, edited by Carpenter and Manning. Kluwer Academic/Plenum Publishers, New York, 2002, pp. 1-25. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.** *If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0010625

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not assigned yet |
| Sheet | 13 | of | 29 | Attorney Docket Number | 47956-702.504 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 019 | CHOONG, et al. Vasopressin in pediatric shock and cardiac arrest. Pediatr Crit Care Med. 2008 Jul;9(4):372-9. doi: 10.1097/PCC.0b013e318172d7c8. | ☐ |
| | 020 | CHOONG, et al. Vasopressin in pediatric vasodilatory shock: a multicenter randomized controlled trial. Am J Respir Crit Care Med. 2009 Oct 1;180(7):632-9. doi: 10.1164/rccm.200902-0221OC. Epub 2009 Jul 16. | ☐ |
| | 021 | Co-pending US patent application No. US14/610,488, filed on 01-30-2015. | ☐ |
| | 022 | Co-pending US patent application No. US14/610,499, filed on 01-30-2015. | ☐ |
| | 023 | Co-pending US patent application No. US14/610,579, filed on 01-30-2015. | ☐ |
| | 024 | Co-pending US patent application No. US14/610,594, filed on 01-30-2015. | ☐ |
| | 025 | Co-pending US patent application No. US15/426,693, filed on 02-07-2017. | ☐ |
| | 026 | Co-pending US patent application No. US15/426,703, filed on 02-07-2017. | ☐ |
| | 027 | CZACZKES, et al. Physiologic Studies of Antidiuretic Hormone by Its Direct Measurement in Human Plasma. J Clin Invest. 1964 Aug;43:1625-40. | ☐ |
| | 028 | DAHLBORN, et al. Effects of dehydration and arginine vasopressin infusions on the production of milk and the morphology of the goat udder. J Dairy Res. 1990 Nov;57(4):479-87. | ☐ |
| | 029 | DAVISON, et al. Changes in the metabolic clearance of vasopressin and in plasma vasopressinase throughout human pregnancy. J Clin Invest. 1989 Apr;83(4):1313-8. | ☐ |
| | 030 | DELLINGER, et al. Surviving Sepsis Campaign: international guidelines for management of severe sepsis and septic shock: 2008. Crit Care Med. 2008 Jan;36(1):296-327. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0010626

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 15606442 |
| | Filing Date | 05-26-2017 |
| | First Named Inventor | KENNEY; Matthew |
| | Art Unit | 1629 |
| | Examiner Name | Not assigned yet |
| Sheet 14 of 29 | Attorney Docket Number | 47956-702.504 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 031 | DUNSER, et al. Arginine vasopressin in advanced vasodilatory shock: a prospective, randomized, controlled study. Circulation. 2003 May 13;107(18):2313-9. Epub 2003 May 5. | ☐ |
| | 032 | DUNSER, et al. Cardiac performance during vasopressin infusion in postcardiotomy shock. Intensive Care Med. 2002 Jun;28(6):746-51. Epub 2002 Apr 30. | ☐ |
| | 033 | EDEN, et al. Ventricular arrhythmia induced by vasopressin: torsade de pointes related to vasopressin-induced bradycardia. Mt Sinai J Med. 1983 Jan-Feb;50(1):49-51. | ☐ |
| | 034 | EDWARDS, et al. Renal microvascular effects of vasopressin and vasopressin antagonists. Am J Physiol. 1989 Feb;256(2 Pt 2):F274-8. | ☐ |
| | 035 | EMSLEY, et al. Impaired water excretion and elevated plasma vasopressin in patients with alcohol-withdrawal symptoms. Q J Med. 1987 Aug;64(244):671-8. | ☐ |
| | 036 | EPSTEIN, et al. Coronary revascularization trends in the United States, 2001-2008. JAMA. 2011 May 4;305(17):1769-76. doi: 10.1001/jama.2011.551. | ☐ |
| | 037 | ERMISCH, et al. Improved behavioral performance of rats after pre- and postnatal administration of vasopressin. Exp Clin Endocrinol. 1987 Aug;90(1):17-25. | ☐ |
| | 038 | ERTMER, et al. Methylprednisolone reverses vasopressin hyporesponsiveness in ovine endotoxemia. Shock. 2007 Mar;27(3):281-8. | ☐ |
| | 039 | FABIAN, et al. The clearance and antidiuretic potency of neurohypophysial hormones in man, and their plasma binding and stability. J Physiol. 1969 Oct;204(3):653-68. | ☐ |
| | 040 | FAIGEL, et al. Torsade de pointes complicating the treatment of bleeding esophageal varices: association with neuroleptics, vasopressin, and electrolyte imbalance. Am J Gastroenterol. 1995 May;90(5):822-4. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Not assigned yet |
| Sheet | 15 | of | 29 | Attorney Docket Number | 47956-702.504 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 041 | FORSLING, et al. Permeability of the foetal guinea-pig placenta to arginine-vasopressin. Endocrinol. 1977 Mar;72(3):409-10. | ☐ |
| | 042 | FORSLING, et al. The role of the pineal in the control of the daily patterns of neurohypophysial hormone secretion. J Pineal Res. 1993 Jan;14(1):45-51. | ☐ |
| | 043 | GIBSON, et al. Ovine fetal cardiovascular, renal, and fluid balance responses to 3 days of high arginine vasopressin levels. Am J Physiol. 1997 Apr;272(4 Pt 2):R1069-76. | ☐ |
| | 044 | GINSBURG, et al. The clearance of injected vasopressin from the circulation and its fate in the body. J Endocrinol. 1953 Jul;9(3):283-91. | ☐ |
| | 045 | GORDON, et al. The effects of vasopressin on acute kidney injury in septic shock. Intensive Care Med. 2010 Jan;36(1):83-91. doi: 10.1007/s00134-009-1687-x. Epub 2009 Oct 20. | ☐ |
| | 046 | GRAYBIEL, et al. Circulatory effects following the intravenous administration of pitressin in normal persons and in patients with hypertension and angina pectoris. Boston, Mass. 1941; 481-489. | ☐ |
| | 047 | GROLLMAN, et al. The cardiovascular and metabolic reactions of man to the intramuscular injection of posterior pituitary lquid (pituitrin), pi-tressin and pitocin. Johns Hopkins Univeristy School of Medicine. May 25, 1932; 447-460. | ☐ |
| | 048 | GROSZMANN, et al. Nitroglycerin improves the hemodynamic response to vasopressin in portal hypertension. Hepatology. 1982 Nov-Dec;2(6):757-62. | ☐ |
| | 049 | HARTLEY, et al. Plasma vasopressin concentrations and Fos protein expression in the supraoptic nucleus following osmotic stimulation or hypovolaemia in the ovariectomized rat: effect of oestradiol replacement. J Neuroendocrinol. 2004 Mar;16(3):191-7. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not assigned yet |
| Sheet | 16 | of 29 | Attorney Docket Number | 47956-702.504 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 050 | HARTLEY, et al. Renal response to arginine vasopressin during the oestrous cycle in the rat: comparison of glucose and saline infusion using physiological doses of vasopressin. Exp Physiol. 2002 Jan;87(1):9-15. | ☐ |
| | 051 | HASIJA, et al. Prophylactic vasopressin in patients receiving the angiotensin-converting enzyme inhibitor ramipril undergoing coronary artery bypass graft surgery. J Cardiothorac Vasc Anesth. 2010 Apr;24(2):230-8. doi: 10.1053/j.jvca.2009.08.001. Epub 2009 Oct 28. | ☐ |
| | 052 | HAVEL, et al. Vasopressors for hypotensive shhock (review). The Cochrane Library, 2011 Issue 5. 76 pages. | ☐ |
| | 053 | HIRAMATSU, et al. Antagonizing substances obtained from whale heart extract to vasopressin induced myocardial hypoxia. Jpn J Pharmacol. 1970 Sep;20(3):313-24. | ☐ |
| | 054 | HIRATA, et al. Effect of JTV-506, a novel vasodilator, on experimental angina model in rats. J Cardiovasc Pharmacol. 1998 Feb;31(2):322-6. | ☐ |
| | 055 | HOLMES, et al. Arginine vasopressin in the treatment of vasodilatory septic shock. Best Pract Res Clin Anaesthesiol. 2008 Jun;22(2):275-86. | ☐ |
| | 056 | HOLMES, et al. Physiology of vasopressin relevant to management of septic shock. Chest. 2001 Sep;120(3):989-1002. | ☐ |
| | 057 | HOLMES, et al. Science review: Vasopressin and the cardiovascular system part 1--receptor physiology. Crit Care. 2003 Dec;7(6):427-34. Epub 2003 Jun 26. | ☐ |
| | 058 | HOLMES, et al. Science Review: Vasopressin and the cardiovascular system part 2 - clinical physiology. Crit Care. 2004 Feb;8(1):15-23. Epub 2003 Jun 26. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 15606442 |
| Filing Date | 05-26-2017 |
| First Named Inventor | KENNEY; Matthew |
| Art Unit | 1629 |
| Examiner Name | Not assigned yet |
| Attorney Docket Number | 47956-702.504 |

| Sheet | 17 | of | 29 | | |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 059 | HOLMES, et al. The effects of vasopressin on hemodynamics and renal function in severe septic shock: a case series. Intensive Care Med. 2001 Aug;27(8):1416-21. | ☐ |
| | 060 | IWASHYNA, et al. Long-term cognitive impairment and functional disability among survivors of severe sepsis. JAMA. 2010 Oct 27;304(16):1787-94. doi: 10.1001/jama.2010.1553. | ☐ |
| | 061 | JACKSON. Vasopressin and other agents affecting the renal conservation of water. The Pharmacological Basis of Therapeutics. Chapter 29. 2006; 771-788. | ☐ |
| | 062 | KARASAWA, et al. Antianginal effects of the new calcium antagonist benidipine hydrochloride in anesthetized rats and spontaneously hypertensive rats. Electrocardiographic study. Arzneimittelforschung. 1988 Nov;38(11A):1702-7. | ☐ |
| | 063 | KARMAZYN, et al. Changes of vascular reactivity induced by low vasopressin concentrations: interactions with cortisol and lithium and possible involvement of prostaglandins. Endocrinology. 1978 Apr;102(4):1230-6. | ☐ |
| | 064 | KELLY, et al. Vasopressin provocation of ventricular dysrhythmia. Ann Intern Med. 1980 Feb;92(2 Pt 1):205-6. | ☐ |
| | 065 | KING, et al. Pharmacokinetics of vasopressin and atrial natriuretic peptide in anesthetized rabbits. Endocrinology. 1989 Jan;124(1):77-83. | ☐ |
| | 066 | KRISTELLER, et al. Transient diabetes insipidus after discontinuation of therapeutic vasopressin. Pharmacotherapy. 2004 Apr;24(4):541-5. | ☐ |
| | 067 | KUPFERSCHMIDT, et al. [Clinico-pharmacological case (2). Bradycardia and ventricular tachycardia of the torsades de pointes type as a side effect of vasopressin: 3 case reports]. Praxis (Bern 1994). 1996 Mar 12;85(11):340-3. (in German with English abstract). | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0010630

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not assigned yet |
| Sheet | 18 | of | 29 | Attorney Docket Number | 47956-702.504 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 068 | Label for Angiomax® (bivalirudin) for Injection, 2000. | ☐ |
| | 069 | Label for Oxytocin for Injection, December 2000. | ☐ |
| | 070 | Label for Vasotrict (vasopressin injection) for intravenous use, downloaded from www. fda.gov on 3/21/017. | ☐ |
| | 071 | "LAM, et al. Lack of an effect of body mass on the hemodynamic response to arginine vasopressin during septic shock. Pharmacotherapy. 2008 May;28(5):591-9. doi: 10.1592/phco.28.5.591.". | ☐ |
| | 072 | LANDRY, et al. The pathogenesis of vasodilatory shock. N Engl J Med. 2001 Aug 23;345(8):588-95. | ☐ |
| | 073 | LANDRY, et al. Vasopressin deficiency contributes to the vasodilation of septic shock. Circulation. 1997 Mar 4;95(5):1122-5. | ☐ |
| | 074 | LAUZIER, et al. Vasopressin or norepinephrine in early hyperdynamic septic shock: a randomized clinical trial. Intensive Care Med. 2006 Nov;32(11):1782-9. Epub 2006 Sep 22. | ☐ |
| | 075 | LECHNER, et al. Arginine-vasopressin in neonates with vasodilatory shock after cardiopulmonary bypass. Eur J Pediatr. 2007 Dec;166(12):1221-7. Epub 2007 Jan 16. | ☐ |
| | 076 | LEVIN, et al. Early on-cardiopulmonary bypass hypotension and other factors associated with vasoplegic syndrome. Circulation. 2009 Oct 27;120(17):1664-71. doi: 10.1161/CIRCULATIONAHA.108.814533. Epub 2009 Oct 12. | ☐ |
| | 077 | LEVIN, et al. Methylene blue reduces mortality and morbidity in vasoplegic patients after cardiac surgery. Ann Thorac Surg. 2004 Feb;77(2):496-9. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| Sheet | 19 | of | 29 | Examiner Name | Not assigned yet |
| | | | | Attorney Docket Number | 47956-702.504 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 078 | LEVY, et al. 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. Crit Care Med. 2003 Apr;31(4):1250-6. | ☐ |
| | 079 | LITTLE, et al. Vasopressin alone or with epinephrine may be superior to epinephrine in a clinically relevant porcine model of pulseless electrical activity cardiac arrest. Am J Emerg Med. 2006 Nov;24(7):810-4. | ☐ |
| | 080 | LUCKNER, et al. Arginine vasopressin in 316 patients with advanced vasodilatory shock. Crit Care Med. 2005 Nov;33(11):2659-66. | ☐ |
| | 081 | LUCKNER, et al. Comparison of two dose regimens of arginine vasopressin in advanced vasodilatory shock. Crit Care Med. 2007 Oct;35(10):2280-5. | ☐ |
| | 082 | MALAY, et al. Low-dose vasopressin in the treatment of vasodilatory septic shock. J Trauma. 1999 Oct;47(4):699-703; discussion 703-5. | ☐ |
| | 083 | MANDER, et al. Fluid balance, vasopressin and withdrawal symptoms during detoxification from alcohol. Drug Alcohol Depend. 1989 Dec;24(3):233-7. | ☐ |
| | 084 | MARTIN, et al. The epidemiology of sepsis in the United States from 1979 through 2000. N Engl J Med. 2003 Apr 17;348(16):1546-54. | ☐ |
| | 085 | MAURO, et al. Torsade de pointes in a patient receiving intravenous vasopressin. Crit Care Med. 1988 Feb;16(2):200-1. | ☐ |
| | 086 | MAYR, et al. Infection rate and acute organ dysfunction risk as explanations for racial differences in severe sepsis. JAMA. 2010 Jun 23;303(24):2495-503. doi: 10.1001/jama.2010.851. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 15606442 |
| Filing Date | 05-26-2017 |
| First Named Inventor | KENNEY; Matthew |
| Art Unit | 1629 |
| Examiner Name | Not assigned yet |
| Attorney Docket Number | 47956-702.504 |

| Sheet | 20 | of | 29 | | |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 087 | MEKONTSO-DESSAP, et al. Risk factors for post-cardiopulmonary bypass vasoplegia in patients with preserved left ventricular function. Ann Thorac Surg. 2001 May;71(5):1428-32. | ☐ |
| | 088 | MEYER, et al. Effects of Conformation on the Chemical Stability of Pharmaceutically Relevant Polypeptides. Chapter 4 in Rational Design of Stable Protein Formulations, Ed. Carpenter and Manning, 2002, pp. 85-107. | ☐ |
| | 089 | MEYER, et al. Vasopressin in catecholamine-refractory shock in children. Anaesthesia. 2008 Mar;63(3):228-34. Epub 2007 Dec 13. | ☐ |
| | 090 | MIYAKE, et al. Cardiovascular responses to norepinephrine and arginine vasopressin infusion in chronically catheterized fetal lambs. J Reprod Med. 1991 Oct;36(10):735-40. | ☐ |
| | 091 | MIYAZAKI, et al. Bioavailability assessment of arginine-vasopressin (AVP) using pharmacokinetic-pharmacodynamic (PK-PD) modeling in the rat. Biol Pharm Bull. 2000 Jan;23(1):87-96. | ☐ |
| | 092 | MORALES, et al. Arginine vasopressin in the treatment of 50 patients with postcardiotomy vasodilatory shock. Ann Thorac Surg. 2000 Jan;69(1):102-6. | ☐ |
| | 093 | MORALES, et al. Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation. 1999 Jul 20;100(3):226-9. | ☐ |
| | 094 | MORI, et al. Pharmacological profile of semotiadil fumarate, a novel calcium antagonist, in rat experimental angina model. Br J Pharmacol. 1995 Sep;116(1):1668-72. | ☐ |
| | 095 | MOSES, et al. Urinary and metabolic clearances of arginine vasopressin in normal subjects. Am J Physiol. 1986 Aug;251(2 Pt 2):R365-70. | ☐ |
| | 096 | Notice of allowance dated 05/04/2016 for US Application No. 14/717,882. | ☐ |

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not assigned yet |
| Sheet | 21 | of 29 | Attorney Docket Number | 47956-702.504 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 097 | Notice of Allowance dated 05/12/2017 for US Application No. 15/289,640. | ☐ |
| | 098 | NYGREN, et al. Vasopressin decreases intestinal mucosal perfusion: a clinical study on cardiac surgery patients in vasodilatory shock. Acta Anaesthesiol Scand. 2009 May;53(5):581-8. doi: 10.1111/j.1399-6576.2008.01900.x. Epub 2009 Feb 23. | ☐ |
| | 099 | Octreotide acetate 100 mcg/mL injection solution product information from Kaiser Permanente, March 2013. | ☐ |
| | 100 | Office action dated 01/11/2016 for US Application No. 14/717,877. | ☐ |
| | 101 | Office action dated 02/02/2016 for US Application No. 14/717,882. | ☐ |
| | 102 | Office Action dated 02/22/2017 for US Application No. 15/289,640. | ☐ |
| | 103 | Office action dated 03/18/2015 for US Application No. 14/610,488. | ☐ |
| | 104 | Office action dated 03/23/2015 for US Application No. 14/610,499. | ☐ |
| | 105 | Office action dated 03/24/2015 for US Application No. 14/610,594. | ☐ |
| | 106 | Office action dated 03/25/2015 for US Application No. 14/610,579. | ☐ |
| | 107 | Office Action dated 03/29/2017 for US Application No. 15/426,693. | ☐ |
| | 108 | Office action dated 05/12/2016 for US Application No. 14/717,877. | ☐ |
| | 109 | Office action dated 06/05/2015 for US Application No. 14/717,877. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not assigned yet |
| Sheet | 22 | of 29 | Attorney Docket Number | 47956-702.504 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 110 | Office action dated 06/08/2015 for US Application No. 14/717,882. | ☐ |
| | 111 | Office action dated 07/20/2015 for US Application No. 14/610,499. | ☐ |
| | 112 | Office action dated 07/28/2015 for US Application No. 14/610,579. | ☐ |
| | 113 | Office action dated 07/28/2015 for US Application No. 14/610,594. | ☐ |
| | 114 | Office action dated 07/31/2015 for US Application No. 14/610,488. | ☐ |
| | 115 | Office action dated 09/02/2015 for US Application No. 14/610,499. | ☐ |
| | 116 | Office action dated 10/21/2015 for US Application No. 14/717,877. | ☐ |
| | 117 | Office action dated 10/22/2015 for US Application No. 14/717,882. | ☐ |
| | 118 | Office Action dated 11/22/2016 for US Application No. 14/717,877. | ☐ |
| | 119 | Office Action dated 3/29/2017 for US Application No. 15/426,703. | ☐ |
| | 120 | OLIVER, et al. On the Physiological Action of Extracts of Pituitary Body and certain other Glandular Organs: Preliminary Communication. J Physiol. 1895 Jul 18;18(3):277-9. | ☐ |
| | 121 | OLSSON, et al. Vasopressin increases milk flow and milk fat concentration in the goat. Acta Physiol Scand. 2003 Feb;177(2):177-84. | ☐ |
| | 122 | OOSTERBAAN, et al. Amniotic oxytocin and vasopressin in relation to human fetal development and labour. Early Hum Dev. 1989 Jul;19(4):253-62. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PAR-VASO-0010635

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| Sheet | 23 | of | 29 | Examiner Name | Not assigned yet |
| | | | | Attorney Docket Number | 47956-702.504 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 123 | PAPADOPOULOS, et al. Perioperative infusion of low- dose of vasopressin for prevention and management of vasodilatory vasoplegic syndrome in patients undergoing coronary artery bypass grafting-A double-blind randomized study. J Cardiothorac Surg. 2010 Mar 28;5:17. doi: 10.1186/1749-8090-5-17. | ☐ |
| | 124 | PATEL, et al. Beneficial effects of short-term vasopressin infusion during severe septic shock. Anesthesiology. 2002 Mar;96(3):576-82. | ☐ |
| | 125 | Pharmaceutical Partners of Canada, Inc. "Vasopressin Injection, USP" June 2009. | ☐ |
| | 126 | PINSKY. Septic Shock. Medscape review. Updated August 13, 2012. 22 pages. | ☐ |
| | 127 | PRENGEL, et al. Effects of combined administration of vasopressin, epinephrine, and norepinephrine during cardiopulmonary resuscitation in pigs. Crit Care Med. 2005 Nov;33(11):2587-91. | ☐ |
| | 128 | Product Information for Liraglutide Victoza®, May 15, 2013. | ☐ |
| | 129 | Product Insert for Pitressin. Vasopressin injection. Par Pharmaceuticals. Revised November 2014. | ☐ |
| | 130 | Product Insert for Vasopressin Injection. American Regent. Revised August 2011. | ☐ |
| | 131 | Product Insert for Vasopressin Injection. Fresenius Kabi. Revised April 2014. | ☐ |
| | 132 | Product Insert for Vasopressin Injection. Fresenius Kabi. Revised July 2014. | ☐ |
| | 133 | Public Assessment Report of the Medicines Evaluation Board in the Netherlands, Gonapeptyl 0.1 mg/1 ml, solution for injection, Ferring B.V., the Netherlands, triptorelin acetate, February 2, 2010. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>(Use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | 15606442 |
| | Filing Date | 05-26-2017 |
| | First Named Inventor | KENNEY; Matthew |
| | Art Unit | 1629 |
| | Examiner Name | Not assigned yet |
| Sheet | 24 | of | 29 | Attorney Docket Number | 47956-702.504 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 134 | RIDEOUT, et al. Hydrophobic acceleration of Diels-Alder reactions. J. Am. Chem. Soc. 1980; 102:7816-7817. | ☐ |
| | 135 | RISBERG, et al. Plasma vasopressin, oxytocin, estradiol, and progesterone related to water and sodium excretion in normal pregnancy and gestational hypertension. Acta Obstet Gynecol Scand. 2009;88(6):639-46. doi: 10.1080/00016340902919002. | ☐ |
| | 136 | RODRIGUEZ-NUNEZ, et al. Terlipressin continuous infusion: please mind the solvent! Current Drug Targets. 2009; 10(6):577. | ☐ |
| | 137 | ROSENZWEIG, et al. Intravenous arginine-vasopressin in children with vasodilatory shock after cardiac surgery. Circulation. 1999 Nov 9;100(19 Suppl):II182-6. | ☐ |
| | 138 | ROSS, et al. Amniotic fluid ionic concentration in response to chronic fetal vasopressin infusion. Am J Physiol. 1985 Sep;249(3 Pt 1):E287-91. | ☐ |
| | 139 | RUSSELL, et al. Interaction of vasopressin infusion, corticosteroid treatment, and mortality of septic shock. Crit Care Med. 2009 Mar;37(3):811-8. doi: 10.1097/CCM.0b013e3181961ace. | ☐ |
| | 140 | RUSSELL, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med. 2008 Feb 28;358(9):877-87. doi: 10.1056/NEJMoa067373. | ☐ |
| | 141 | RUSSELL, et al. Vasopressin versus norepinephrine infusion in patients with septic shock. N Engl J Med. 2008 Feb 28;358(9):877-87. doi: 10.1056/NEJMoa067373. Supplemental materials. | ☐ |
| | 142 | RUSSELL. Vasopressin in vasodilatory and septic shock. Curr Opin Crit Care. 2007 Aug;13(4):383-91. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15606442 |
| | | | Filing Date | 05-26-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1629 |
| Sheet | 25 | of 29 | Examiner Name | Not assigned yet |
| | | | Attorney Docket Number | 47956-702.504 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 143 | RYSA, et al. Early left ventricular gene expression profile in response to increase in blood pressure. Blood Press. 2006;15(6):375-83. | ☐ |
| | 144 | SASAKI, et al. Antianginal effects of lercanidipine on the vasopressin or methacholine induced anginal model in rats. Biol Pharm Bull. 2005 May;28(5):811-6. | ☐ |
| | 145 | SATOH, et al. Effects of Rho-kinase inhibitor on vasopressin-induced chronic myocardial damage in rats. Life Sci. 2002 Nov 22;72(1):103-12. | ☐ |
| | 146 | SCHRIER. Systemic arterial vasodilation, vasopressin, and vasopressinase in pregnancy. J Am Soc Nephrol. 2010 Apr;21(4):570-2. doi: 10.1681/ASN.2009060653. Epub 2009 Dec 3. | ☐ |
| | 147 | SCOTT. Making the Medicine. BioProcess International, March 2006, supplement, p. 42-56. | ☐ |
| | 148 | SINGH, et al. Effect of buffer pH, buffer concentration and skin with or without enzyme inhibitors on the stability of [Arg8]-vasopressin. International Journal of Pharmaceuticals. 2000; 197:87-93. | ☐ |
| | 149 | SNIJDEWINT, et al. Body and brain growth following continuous perinatal administration of arginine- and lysine-vasopressin to the homozygous Brattleboro rat. Brain Res. 1985 Oct;354(2):269-77. | ☐ |
| | 150 | STUDER, et al. Resuscitation from cardiac arrest with adrenaline/epinephrine or vasopressin: effects on intestinal mucosal tonometer pCO(2) during the postresuscitation period in rats. Resuscitation. 2002 May;53(2):201-7. | ☐ |
| | 151 | SUN, et al. Effect of peripheral injection of arginine vasopressin and its receptor antagonist on burn shock in the rat. Neuropeptides. 1990 Sep;17(1):17-22. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 15606442 |
| Filing Date | 05-26-2017 |
| First Named Inventor | KENNEY; Matthew |
| Art Unit | 1629 |
| Examiner Name | Not assigned yet |
| Attorney Docket Number | 47956-702.504 |

| Sheet | 26 | of | 29 |
|---|---|---|---|

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 152 | SWENSON, et al. Prenatal exposure to AVP or caffeine but not oxytocin alters learning in female rats. Peptides. 1990 Sep-Oct;11(5):927-32. | ☐ |
| | 153 | TAIVAINEN, et al. Role of plasma vasopressin in changes of water balance accompanying acute alcohol intoxication. Alcohol Clin Exp Res. 1995 Jun;19(3):759-62. | ☐ |
| | 154 | Tesamorelin EGRIFTA prescribing information. Last revised 11/2010. 40 pages. | ☐ |
| | 155 | TINIUS, et al. Prenatal administration of arginine vasopressin impairs memory retrieval in adult rats. Peptides. 1987 May-Jun;8(3):493-9. | ☐ |
| | 156 | TOMITA, et al. Vasopressin dose-response effects on fetal vascular pressures, heart rate, and blood volume. Am J Physiol. 1985 Nov;249(5 Pt 2):H974-80. | ☐ |
| | 157 | TORGERSEN, et al. Comparing two different arginine vasopressin doses in advanced vasodilatory shock: a randomized, controlled, open-label trial. Intensive Care Med. 2010 Jan;36(1):57-65. doi: 10.1007/s00134-009-1630-1. Epub 2009 Sep 15. | ☐ |
| | 158 | TRABERT, et al. Inappropriate vasopressin secretion in severe alcohol withdrawal. Acta Psychiatr Scand. 1992 May;85(5):376-9. | ☐ |
| | 159 | TRESCHAN, et al. The Vasopressin System. Anesthesiology. 2006; 105:599-612. | ☐ |
| | 160 | TSUKADA, et al. Pharmacological characterization of YM471, a novel potent vasopressin V(1A) and V(2) receptor antagonist. Eur J Pharmacol. 2002 Jun 20;446(1-3):129-38. | ☐ |
| | 161 | VARLINSKAYA, et al. Behavioral effects of centrally administered arginine vasopressin in the rat fetus. Behav Neurosci. 1994 Apr;108(2):395-409. | ☐ |
| | 162 | VASOSTRICT FDA label prescribing information. Published 04/2014. 9 pages. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15606442 |
| | | | | Filing Date | 05-26-2017 |
| | | | | First Named Inventor | KENNEY; Matthew |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Not assigned yet |
| Sheet | 27 | of | 29 | Attorney Docket Number | 47956-702.504 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 163 | Vasostrict prescribing information. For intravenous infusion. Par Pharmaceutical Companies. 2014. | ☐ |
| | 164 | WALLEY. Shock. Principles of Critical Care. 3rd Ed. 2005; Chapter 21. 249-265. | ☐ |
| | 165 | WANG. Instability, stabilization, and formulation of liquid protein pharmaceuticals. International Journal of Pharmaceutics. 1999; 185:129-188. | ☐ |
| | 166 | WENZEL, et al. Employing vasopressin during cardiopulmonary resuscitation and vasodilatory shock as a lifesaving vasopressor. Cardiovasc Res. 2001 Aug 15;51(3):529-41. | ☐ |
| | 167 | WUBE, et al. A differential response in the reproductive system and energy balance of spiny mice Acomys populations to vasopressin treatment. Comp Biochem Physiol A Mol Integr Physiol. 2008 Dec;151(4):499-504. doi: 10.1016/j.cbpa.2008.06.027. Epub 2008 Jun 29. | ☐ |
| | 168 | XIE, et al. Remodeling of capillary network in left ventricular subendocardial tissues induced by intravenous vasopressin administration. Microcirculation. 1997 Jun;4(2):261-6. | ☐ |
| | 169 | YOUNG, P. Drug Manual. Wellington regional hospital, intensive care unit. 2013. p.421-422. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Complete if Known | |
|---|---|
| Application Number | 15606442 |
| Filing Date | 05-26-2017 |
| First Named Inventor | KENNEY; Matthew |
| Art Unit | 1629 |
| Examiner Name | Not assigned yet |
| Attorney Docket Number | 47956-702.504 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Trisha Agrawal/ | Date (YYYY-MM-DD) | 2017-05-30 |
|---|---|---|---|
| Name/Print | Trisha Agrawal | Registration Number | 73,212 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PAR-VASO-0010641

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0010642

# 1

# Practical Approaches to Protein Formulation Development

## *Byeong S. Chang and Susan Hershenson*

## INTRODUCTION

As is the case with other pharmaceuticals, formulation development is one of the critical steps in developing a protein as a therapeutic product. Development of stable protein formulations may require even more resources and effort than conventional small molecule pharmaceuticals. Proteins typically have more stability issues as a result of their complexity and delicate structural stability. Fortunately, a great deal of research regarding protein stability has been conducted and this information is readily available in the literature (reviewed by Manning et al., 1989; Chen, 1992; Ahern and Manning, 1992a, 1992b; Arakawa et al., 1993; Cleland et al., 1993; Wang and Pearlman, 1993; Pearlman and Wang, 1996; Volkin and Middaugh, 1997). Ultimately, it would be ideal to be able to develop a pure pharmaceutical containing only the native protein. However, it is not practical to have only the native form of a protein in the formulation because the protein must be purified from a complex biological mixture containing a pool of other proteins which includes misfolded, denatured, and degraded forms of the same protein. Furthermore, a major challenge is to maintain the integrity of the purified protein during routine pharmaceutical processing, storage, handling, and delivery to the patient. One could envision achieving this goal by developing a formulation with

*Byeong S. Chang and Susan Hershenson* • Department of Pharmaceutics and Drug Delivery, Amgen, Inc., Thousand Oaks, CA 90132.

*Rational Design of Stable Protein Formulations*, edited by Carpenter and Manning. Kluwer Academic / Plenum Publishers, New York, 2002.

J. F. Carpenter et al. (eds.), *Rational Design of Stable Protein Formulations*
© Kluwer Academic/Plenum Publishers, New York 2002

PAR-VASO-0010643

perfect stability, i.e., no physical and chemical change in the protein. Because proteins are complex molecules composed of numerous reactive chemical groups and delicate three-dimensional structures, identifying a set of conditions to keep all components stable is virtually impossible. In general, commercial therapeutic protein formulations are developed under the assumption that some degree of physicochemical changes will occur during storage and handling.

Realizing that it is impossible to develop a perfectly stable formulation, especially while meeting an aggressive product development timeline, the main objective then becomes one of maintaining the appropriate safety and efficacy of the product. In order to achieve this objective, it is imperative to understand the broad spectrum of degradation pathways affecting proteins, and to have available equipment and expertise in an extensive repertoire of analytical methods. Formulation development focuses on determining the potential degradation pathways, assessing the significance of each and optimizing variables to minimize the degradation products that are clinically significant.

Regulatory guidelines also are critical elements for guiding formulation development. They provide information about how to conduct studies and obtain useful results for evaluating formulations. The results obtained allow formulation scientists to write an appropriate developmental pharmaceutics section in regulatory filings. The guidelines also help to evaluate the significance of some inevitable degradation products that are produced during manufacturing, shipping and storage. For example, if the degradation products have properties comparable to those of the desired product with respect to activity, efficacy, and safety, they can be classified as product-related substances. This classification is significantly different from considering the degradation product as an impurity when there is not sufficient supporting evidence to justify classification as a product-related substance (Appendix, Regulatory Document 1). Understanding of these practical issues of regulatory requirements is critical for formulation scientists during design, implementation, evaluation and reporting of their studies.

In addition to insight into the scientific and regulatory issues, developing commercial formulations requires a clear understanding of the potential market. For example, indication, patients, method of delivery, frequency of dosing, typical dose requirement, market distribution and other business-related information will provide directions for the design of a successful formulation. Also, it is important to consider the competitiveness of the formulation as compared to other products available in the market.

In this chapter, an overview of critical factors affecting the design of therapeutic protein formulations and a general guide to developing commercially viable dosage forms for protein pharmaceuticals will be discussed. Since the majority of practical issues are not covered very well in the scientific literature, this chapter also includes information from regulatory guidance documents (see Appendix), labels from marketed products and routine industrial experience.

PAR-VASO-0010644

## PREPARATION FOR FORMULATION DEVELOPMENT

### Resource Requirements for Formulation Development

A list of resources that should be available before starting formulation development is summarized in Table 1. Some resources may not be as critical as others, depending on the nature of problems encountered, but it is important to have sufficient resources to discover major formulation issues as early as possible in the product development process. Without the appropriate equipment and personnel, the development of an acceptable formulation can be greatly hampered, potentially to such a degree that the product is never brought to market. Of course, not all of the resources need to be at the company developing the therapeutic protein, but if outside contractors are employed it is essential that timely access to resources is available. In addition, the quality of raw materials should be carefully evaluated because unexpected impurities may introduce unnecessary

**Table 1.**
Resource Requirements for Initial Protein Formulation Development

| Resources | Requirement | Example |
|---|---|---|
| Purified protein | Representative of manufacturing process; sufficient quantity to cover dose bracket, formulation variables, and stress conditions; minimum complication by impurity (precipitation of impurity, degradation by impurity like proteolytic cleavage). | Purified bulk, sample from final purification process |
| Qualified excipients | Pharmaceutically acceptable quality, manufacturers with qualified production procedures and sufficient scale, specifications on critical impurities, quality that can be carried on to clinical studies and commercial distribution. | USP, Ph. Eur, JP |
| Access to fill finish facility | Capability to sterilize container/closure components; fill/finish under aseptic environment; head-space purge system; drying equipment | Sterile hood, filling machine, lyophilizer |
| Analytical instruments | Structural analyses; concentration determination, chromatographic analyses; electrophoresis; bioassays; other microcharacterizations. | CD, UV, fluorescence, HPLCs, mass-spectrometry, SDS-PAGE |
| Facility to accommodate stability studies | Controlled temperature, controlled light exposure, controlled relative humidity, devices to provide controlled agitation. | Freezer, refrigerator, incubator, light chamber, RH incubator, agitator |

**Table 2.**
Examples of Information Useful for Designing Formulation Studies

| Information | Examples |
| --- | --- |
| Clinical indication | Site of treatment (self-administration, office visit, hospital), methods of delivery, concomitant medication, competition. |
| Patient population | Age, strength, tolerability, capability to manipulate devices, sensitivity to excipient |
| Typical routes of delivery | Injectables (IV, SC, IM, IP, ICV, IT, IO), topical, inhalation, nasal, oral, etc. |
| Dose requirement | PK profile, frequency of dosing, variable vs. fixed dose, single-dose/multidose |
| Drug interaction | Co-administration with other drug, dilution or reconstitution with other solution; presence of undesirable compounds like reducing sugars, preservatives |
| Typical dosage forms | Liquid, lyophilized, spray-dried, aerosol by liquid or powder, other novel carrier; stability, physical properties, reconstitution art |
| Container/closure | Vial/stoppers, prefilled syringes, prefilled cartridges, dual-chamber cartridges, blister packages, product contact material, leacheates, breakage, light sensitivity, moisture penetration |
| Delivery device | Syringes, prefilled-syringes, pen injectors, auto-injectors, needle-free injectors, inhalation devices, infusion pumps |

complications in the stability profile that is determined during formulation development and testing.

## Useful Information for Designing Formulations

The configuration of a protein formulation is affected by how the drug will be used as a product. If such information is available when designing formulation studies, it is recommended to consider the limitations and challenges associated with each application. Examples of such information are listed in Table 2.

## PREFORMULATION DEVELOPMENT

It is important to understand the critical properties of a protein before starting large studies to design and test the final formulation. Preformulation studies are designed to learn about the protein's susceptibility to a variety of pharmaceutically relevant stresses. The main objectives of preformulation research

**Table 3.**
Information Obtained from Pre-formulation Studies for Protein Pharmaceuticals

| Characterization | Examples |
|---|---|
| Physical properties | Primary, secondary, tertiary and quaternary structures, solubility, viscosity, self-association, hydrophobicity, molecular weight, extinction coefficient, glycosylation, effects of ionic strength, etc. |
| Biological properties | Substrate or receptor affinity, in vitro activity model, *in vivo* preclinical model, etc. |

include: general characterization of the product; investigation of potential stability issues; development of relevant analytical methods; establishment of a stability profile with stability-indicating assays; and identification of major formulation challenges. A summary of these issues will be presented in this section.

## Characterization of Protein Pharmaceuticals

There is available in the literature extensive coverage of analytical methods and their principles for the characterization of proteins (e.g., Jones, 1993; Reubsaet et al., 1998; Herron et al., 1995). General points to consider when characterizing a protein as an active ingredient are listed in Table 3. As a protein's biological activity is dependent on its structure, significant emphasis has been given to structural properties and stability against various stresses.

## Accelerated Stability Studies

In order to predict potential stability problems within a short period of time and to develop appropriate analytical methods, proteins are exposed to stronger-than-real stresses and various degradation products induced by the stresses are examined. The results obtained from these so-called "accelerated stability studies" might also be useful to predict the kinetics of the degradation processes under real handling conditions, when there are not sufficient real-time results available because of time and resource constraints. However, the accelerated stability study is not acceptable to determine expiry of the product, so it is best used to rank order the importance of different degradation pathways. Approaches and cautions in the extrapolation of data from accelerated stability testing to real-time stability and normal handling conditions are discussed in detail below.

PAR-VASO-0010647

**Table 4.**
Various Conditions Used to Accelerate Protein Degradation

| Stresses | Routine ranges | Practical applications | Problems to monitor |
|---|---|---|---|
| Temperature | 0–50°C | Storage, shipping, handling, delivery | Structural changes (precipitation, aggregation, recovery loss), solubility, increased reaction rates for all degradations |
| Light | >1.2 million lux hrs illumination, >200 watt hrs/square meter UV energy | Light exposure, container, package | Oxidation, cleavage |
| Freezing | Multiple freeze-thaw, liquid nitrogen freeze | Frozen storage, accidental freezing, lyophilization | Precipitation, aggregation, pH change, crystallization of excipients |
| Oxidation | Oxygen purge, peroxide spike | Storage, excipient stability, impurity | Oxidations, inactivation |
| Humidity | 0–100% RH | Storage, container integrity, powder | Moisture content, moisture related degradations |
| Mechanical stresses | Vortex, agitation, shear-stress ($3000\,s^{-1}$) | Manufacturing, filling, shipping, handling, delivery | Precipitation, aggregation, recovery loss |
| Other denaturants | — | Impurities, pH, denaturing excipients | Precipitation, aggregation, recovery loss, structural changes |

Conditions to accelerate various degradation reactions in protein products and potential problems to monitor are listed in Table 4. Proteins contain numerous amino acid side chains and delicate three-dimensional structures, which can be susceptible to different stresses. Therefore, it is important to test the protein under a variety of physical and chemical stresses in order to provide a good simulation of the degradation products that can be generated.

**Development of Analytical Methods**

A brief summary of typical analytical methods is presented in Table 5. It is essential to have a wide range of analytical methods available to identify and characterize degradation products. The analytical methods should be further selected and customized to accommodate the specific needs for each protein product.

**Table 5.**
Typical Methods Used to Characterize Proteins and Degradation Products

| Methods | Examples | Applications |
|---|---|---|
| Column chromatography | HPLC, FPLC, low pressure LC; size-exclusion, reversed-phase, ion-exchange, hydrophobic, affinity columns; coupled with UV, fluorescence, RI, and other analytical instruments as detectors | Most physical and chemical degradations, excipient impurities, leacheates |
| Electrophoresis | SDS-PAGE, native PAGE, isoelectric focusing, capillary electrophoresis, etc. | Degradations with changes in size and/or charge |
| Spectroscopy | CD, fluorescence, FTIR, UV, Raman, NMR, etc. | Structural changes, chemical modifications of side groups |
| Thermal analysis | Differential scanning calorimetry, thermogravimetric analysis, thermomechanical analysis, etc. | Protein structure, lyophilized cake structure, powder characterizations |
| Light scattering/turbidity | Dynamic light scattering, other light scattering devices, turbidity, particle size determination, particle counter, etc. | Aggregation, precipitation, molecular weight determination |
| Other microcharacterization methods | Peptide mapping, peptide sequencing, amino acid analysis, mass spectrometry, other specific analyses for individual reactive groups | Identification of impurities and chemical degradation, analysis of complex proteins, e.g., antibody and glycoprotein |

## Evaluation of the Significance of Problems

As stated earlier, it would be ideal to have a pure protein in an absolutely stable formulation. In reality, however, scientists have to design formulation based on compromises that deal with several different potential problems. To make matters worse, the formulation needs to be recommended long before it is evaluated fully, because of typical aggressive timelines in the industry. In general, the formulation will have to be optimized based on assumptions and extrapolations of results obtained during a limited time. Therefore, it is important to utilize the given time efficiently, by collecting as much relevant information as possible for evaluating the significance of each problem.

Due to the marginal stability of proteins, it is possible to create rapidly a variety of degradation products during accelerated stability testing. However, not

all the degradation products that are observed will be significant under normal handling, shipping and storage conditions. Furthermore, the rank order of different degradation processes under accelerated stability testing will NOT be the same under practical handling conditions, because each reaction has a different temperature dependency, i.e., reaction order and activation energy. Another important thing to keep in mind when evaluating different degradation processes is the contribution to the pharmaceutical quality of the product. Critical degradation products should be designated not on the quantity obtained during accelerated stability studies, but on a comprehensive understanding of their contributions to the quality of the product.

**Quantitative Assessment.** Usually, the rate of each degradation reaction during real storage conditions (e.g., at 4–8°C) should be very slow. In order to predict the rate under real storage conditions, reaction rates obtained under accelerated stability conditions can be extrapolated by using the Arrhenius equation.

Predicting the correct reaction rate requires a proper understanding of the reaction order, because the amount of the degradation product does not linearly increase over time unless the reaction follows zero-order kinetics. One way to determine the reaction order is to calculate the linearity between the concentration of residual native protein and time. The reaction order can be calculated from:

$$dC/dt = kC^n \tag{1}$$

where, $C$ is the protein concentration, $t$ is the time, $k$ is the reaction rate constant, $n$ is the reaction order. For a zero order reaction $n = 0$ and $C_0 - C = k \cdot t$. For a first order reaction $n = 1$ and $\log C_0 - \log C = k \cdot t$. For a second order reaction $n = 2$ and $1/C - 1/C_0 = k \cdot t$. For each reaction order a characteristic transformation of concentration will show a linear relationship with time, e.g., $\log C$ will show a linear relationship with time for a first order reaction, whereas $1/C_0$ will be linear versus time for second order reactions.

After obtaining the reaction rate constants for different temperatures, the activation energy can be found by using with the Arrhenius equation.

$$k = A \cdot e^{(-Ea/RT)} \tag{2}$$

The activation energy is obtained by plotting $(\log k)$ vs $(1/T)$ and determining the slope of the plot. Using the activation energy, the reaction rate constant for real storage condition, e.g., 2–8°C for refrigerated storage, can be estimated by extrapolation.

Care must be taken when extrapolating the rate constants because there are numerous cases when the Arrhenius relationship does not apply. The Arrhenius reaction applies only to irreversible reactions where the product is accumulated as a single quantifiable species. If the degradation product is the result of serial

reactions, the reaction order and rate constant will be determined only by the rate-limiting reaction at the testing condition. If the rate-limiting reaction changes or another significant variable is introduced at the extrapolated condition, then the extrapolated rate constant will be in error. Such complications routinely can be found in various degradation pathways that are affected by temperature-sensitive reactions such as structural changes, pH changes, by physical changes such as the glass transition of an amorphous phase in a lyophilized formulation and by changes in reactants like dissolved oxygen. For example, proteins have relatively high activation energies for structural changes. Thus, many reactions that are dependent on a major perturbation of the native protein structure tend to cause substantial damage under accelerated storage conditions, e.g., higher temperature. However, many of these reactions are not necessarily major problems when the product is stored at 2–8°C where the protein maintains its native conformation. In contrast, degradation reactions with lower activation energies, which might not be coupled to protein conformational changes (e.g., oxidation of surface methionine residues), tend to be much more problematic in the development of protein formulations.

Results from stresses (e.g., agitation) other than heat imposed in accelerated stability studies potentially could be extrapolated in a similar way to storage and actual handing conditions. The major challenge is the ability to assess quantitatively the magnitude of the stress so that the stress-stability relationship can be established. To date there are not published guidelines for such quantitation.

**Qualitative Assessment.** Not all of the degradation products are equivalent in terms of their contribution to the pharmaceutical quality of the protein product. Therefore, a qualitative assessment of each degradation product is important when weighing their significance. Regardless of their quantity, some degradation products are generally less acceptable than others. If the degradation product comprises the safety of the product, then it should be considered less acceptable. For example, even at levels of a few percent or less of the total protein population, non-native aggregates can cause adverse reactions in patients such as immune responses and even anaphylactic shock. Also, if the degradation reaction results in the inactivation of protein, it needs to be considered more important than other degradation reactions that do not affect the activity. For example, certain chemical changes (e.g., deamidation) may not alter the activity of a given product, whereas other reactions (e.g., oxidation) may render that product inactive. The relative impact of each degradation product on safety and efficacy cannot be predicted and must be determined for each protein therapeutic.

Information useful for the qualitative evaluation of degradation products includes the identity, clinical and preclinical experiences with the degradation product, biological activity, stability and potential side effects. Regulatory documents also provide clear guidance about what assessment is necessary for protein degradation products (Appendix, Regulatory Documents 2,3). The criteria for

identification, reporting and qualification of degradation products are set up based on the total patient exposure and percentage of the degradation products (Appendix, Regulatory Document 3). When certain degradation products cannot be prevented from forming in the formulation, their inclusion in the product must be qualified, which may require that additional information on safety and efficacy be obtained as recommended in the regulatory guidelines (Appendix, Regulatory Documents 2,3). Obtaining this information requires a significant amount of additional work, which may include clinical studies.

## FORMULATION DEVELOPMENT

As discussed above, the critical parameters affecting the pharmaceutical quality of a protein therapeutic are defined during the preformulation studies. In formulation development, the effects of formulation variables on the defined critical parameters are examined to optimize protein stability. Which variables are most important depends of the formulation type chosen. For example, resistance to agitation and/or accidental freezing is a critical property for an aqueous formulation, which would not be a concern for a lyophilized formulation. Similarly, choosing excipients that provide a glassy matrix to stabilize the protein is only a concern for dried formulations.

### Formulation Options for Protein Pharmaceuticals

Different types of formulations need to be developed based on clinical needs, patient compliance, delivery method, stability of the drug, storage and distribution, and market competitiveness. Having a clear plan about what type of formulation is desired will allow one to design better formulation studies. Liquid formulations have been generally preferred due to the convenience of manufacturing and use. However, protein drugs may not be stable enough to be handled as a liquid formulation. Dried formulations (e.g., lyophilized) or suspension formulations (e.g., insulin zinc suspension) have been successfully used to overcome stability problems. In addition, specific applications and delivery may demand the appropriate type of formulation, e.g., a spray-dried powder for pulmonary delivery. As details of the stability issues are discussed in other chapters in this book, only practical issues regarding these different types of formulations will be summarized here.

**Liquid Formulations.** It is important to understand that developing conditions to keep proteins stable in a liquid form for a pharmaceutically relevant

storage time (e.g., two years) is not a simple task. For most proteins, including relatively stable ones, at least some degradation should be expected even during refrigerated storage. Unless there is strong evidence supporting that the protein remains stable for two years and the evidence is supported by a broad spectrum of analytical methods, one needs to be very careful about the final decision to market a liquid formulation. Physical or chemical changes that have low activation energy should be monitored especially carefully under real storage conditions. If there is a degradation product that can significantly affect the pharmaceutical quality at its minimum concentrations (e.g., formation of particulates) great care must be taken to assure that such a product does reach unacceptable levels during real-time storage. If long-term storage studies are not implemented until late in the product development process, there is a risk that problems due to unacceptable levels of degradation products will not be discovered in time to test alternative formulations. In addition to stability during storage, temporary exposure to temperatures outside the recommended conditions should also be tested because it can affect the quality of the drug. Also, results obtained from multiple freeze-thawing cycles will be useful to determine if the formulation can accommodate unexpected freezing during distribution and storage. Likewise, sensitivity to agitation or surface denaturation needs to be understood to support formulation choices as well as shipping and handling guidelines. For formulations containing low protein concentration, special attention is required to avoid impurity-related stability issues (e.g., oxidation fostered by metal contaminants in excipients).

**Solid Dosage Forms.** Recent improvements in devices designed for easier use of lyophilized products, e.g., dual chamber syringes, dual chamber cartridges and convenient reconstitution devices, have helped pharmaceutical industries to develop lyophilized products without too many concerns surrounding patient compliance issues. Because lyophilized products have less stability-related issues and have a much greater potential tolerance for room-temperature storage, many biopharmaceutical industries consider the lyophilized formulation as a default option. In fact, lyophilization has been widely utilized to overcome various stability issues of labile proteins. However, it is important to note that lyophilization can present its own challenges, particularly in designing appropriate formulations and economic cycles. Detailed discussion about the rational design of stable lyophilized formulations is available in another chapter in this book.

In addition to the required stability, a successful lyophilized formulation should also have the desired physical properties of the dried powder, e.g., ruggedness of the cake and the maintenance of the physical states for each of the ingredients. For example, crystallization of an initially amorphous excipient during storage can lead to unacceptable degradation of the protein product and loss of cake structure. Furthermore, optimal water content for protein stability should be studied and controlled during storage. It is preferable to define an acceptable

range of water contents to provide flexibility in the manufacturing process. To assure that the appropriate water content is maintain, the integrity of container/packaging should be monitored in a high relative humidity environment.

The identity and volume of the reconstitution medium should also be clearly defined, because the use of injectable fluids other than the recommended one may compromise the quality of the product (e.g., solution tonicity or protein stability). Reconstitution should be convenient and rapid, and the stability of the reconstituted solution during handling and delivery needs to be demonstrated.

Only recently have spray-dried formulations become commonly used with the advent of novel protein delivery technologies. For example, spray-dried powders have been useful for developing products that require uniform particle size (e.g., pulmonary inhalation for systemic delivery). Similar issues to the lyophilized formulation apply to the spray-dried formulation, and the details of development of spray-dried formulations are presented in another chapter in this book. In addition to protein stability, physical properties pertinent to powder processing and powder stability (e.g., flowablity, hygroscopicity, agglomeration, density and crystallization of excipients) need to be well characterized.

**Single Dose and Multidose Forms.** Most protein pharmaceuticals are marketed as single dose forms. However, multidose formulations are useful when the dose needs to be split (e.g., dose titration or dose combination). Multidose formulations are distinguished by the presence of preservatives in the formulation, which prevent microbial contamination and/or growth during multiple disruptions of container closure integrity. In general, the addition of preservative(s), regardless of the preservative used, significantly changes the stability profiles of proteins (Maa and Hsu, 1996; Fransson et al., 1997; Lam et al., 1997). In some extreme cases, visible precipitation and aggregation have been reported. Therefore, the effect of various preservatives on the stability of protein should be carefully examined. Other experiments required to qualify a multidose formulations include the preservative effectiveness test and the stopper self-sealing test. Detailed procedures and specification are available from the USP (U.S. Pharmacopeia), the Ph. Eur. (European Pharmacopeia) and the JP (Japan Pharmacopeia).

Desired properties of the ideal preservative include: effectiveness at low concentration against a wide variety of organisms; chemical stability; solubility; compatibility with the protein drug, excipients and auxiliary agents; free from objectionable odor, taste, color and stinging; and non-toxic and non-sensitizing both internally and externally at the required concentration. Also, it must not absorb, penetrate, or interact with containers or closures (Thompson, 1998). For further details on preservatives, readers are referred to Regulatory Document 4 in the Appendix and Thompson (1988). Examples of typical preservatives used for parenteral protein pharmaceuticals are benzyl alcohol, phenol, *m*-cresol and benzalkonium chloride.

## Typical Protein Stability Problems: Causes and Solutions

Table 6 summarizes typical stability problems observed during protein formulation development and potential methods to solve each problem. The list does not represent the complexity of multiple problems that can be experienced with a given protein. Formulation research should be designed to handle each protein based on its unique stability profile.

## Optimization of Formulation Variables

**Overview of the Process.** The optimization of formulation variables for product stability is the most critical part of protein formulation development. Various formulation excipients and buffers (Table 7) can be utilized and must, therefore, be chosen to maximize the pharmaceutical quality of the product (i.e., stability and activity) without introducing significant side effects. Among the listed formulation variables, the most powerful one is pH. Problems associated with the physical properties of a protein, e.g., precipitation due to solubility and/or stability, are generally very difficult to manage by other formulation means. Optimization of pH is a simple but very useful solution for such problems (Kolvenbach et al., 1997). Most chemical reactions also are affected by pH, e.g.,

**Table 6.**
Typical Stability Problems Observed in Protein Pharmaceuticals

| Problems | Potential causes | Possible solutions |
|---|---|---|
| Non-covalent aggregation | Solubility, structural changes, heat, shear, surface, denaturants, impurities | pH, ionic additives, amino acids, surfactants, protein concentration, raw material purity |
| Covalent aggregation | Disulfide scrambling, other unknown mechanisms | pH, inhibit non-covalent aggregation |
| Deamidation | pH < 5.0 or pH > 6.0 | pH optimization |
| Cyclic imide | pH around 5 | pH optimization |
| Cleavages | Protease impurity, other unknown mechanisms | pH, product purity, inhibitors |
| Oxidation | Active oxygen species, free radicals, metals, light, impurity | Excipient purity, free-radical scavenger, active oxygen scavengers |
| Surface denaturation, adsorption | Low protein concentration, specific affinity, protein hydrophobicity | Surfactants, protein concentration, pH |

**Table 7.**
Important Components of Protein Formulations

| Formulation Variables | Desired attributes | Examples |
|---|---|---|
| pH | Provides good physical properties of protein, minimize degradations | |
| Stabilizer | Inhibit degradations, effective at low concentrations | Surfactants, sugars, salts, antioxidants |
| Solubilizer | Improve the solubility, effective at low concentrations | Salts, amino acids, surfactants |
| Buffer | Good buffering capacity, stable to temperature change, stable to freezing, good safety record | Phosphate, acetate, histidine, glutamate |
| Tonicity modifier; bulking agent | Inert, good safety record | Sodium chloride, sorbitol, mannitol, glycine |

deamidation, cyclic imide formation, disulfide scrambling, peptide bond cleavage, and oxidation (see reviews listed above). Other functional excipients should be also carefully evaluated for the benefit of the product (e.g., use of sucrose to stabilize protein during lyophilization and storage in the dried solid).

In addition to their intended use, excipient candidates should be also qualified as appropriate pharmaceutical ingredients. Generally, it is preferred to select excipients that have been used in marketed products with a relevant route of delivery. Further, it is preferable if these excipients have been used with similar frequency of dosing, history of chronic use and similar patient populations. Otherwise, the approval and safety of the excipients need to be carefully examined. If the excipient is considered safe with a solid scientific basis or has a proven clinical safety record, it can be considered equivalent to approved excipients. The list of excipients used for parenteral pharmaceuticals is available in the literature (Powell et al., 1998; Nema et al., 1997; Appendix Regulatory Document 5). When it is necessary to introduce other excipients with minimum safety records, a significant risk associated with the excipients will be added to the product development and additional pre-clinical and clinical studies may be needed.

Another important requirement in qualifying an excipient is the purity of the raw material. Depending on the historical use as a pharmaceutical ingredient, several different pharmaceutical grades are available, e.g., USP (U.S. Pharmacopeia), Ph. Eur. (European Pharmacopeia) and JP (Japan Pharmacopeia). These pharmaceutical grade materials should be considered as a primary resource, but the quality provided may not be good enough for specific product development. For example, significant stability problems can be found with some impurities

even at concentrations below their specification, e.g., metal ions, peroxides, pro-
teases and reducing sugars. These problems are more prominent in low protein
concentration products due to a high impurity-protein ratio, although problems
like visible precipitation of the protein may be independent of protein concen-
tration. If adjustment in the existing specification is necessary, it is critical to look
into the availability of GMP quality raw materials with modified specifications
as early as possible, once the potential problem is identified.

The use of excipients derived from animals (e.g., Tweens) or humans (e.g.,
human serum albumin) should be avoided if possible due to the risk associated
with transmissible diseases like bovine spongiform encephalopathy, Creutzfeldt-
Jakob Disease, hepatitis virus and HIV. Numerous regulatory guidelines have
been issued to discourage the use of animal/human-derived excipients (Appen-
dix Regulatory Documents 6,7,8). When animal-derived excipients have to be
included in the product, the manufacturer will need to demonstrate that their
selection is fully justified.

**Design of the Study.** A design for the formulation optimization study should
be in place before commencing the work. A typical study protocol will include
the following information:

- Study title
- Study objective
- Source and quality of drug substance and excipients
- Material preparation
- Formulation matrix
  - Formulation variables
  - Protein concentrations or bracket
- Analytical methods
- Storage conditions (temperature, light, humidity)
- Additional sample handling conditions (temporary exposure to stresses, container orientation, etc.)
- Sampling schedule and expected duration of the study
- Plan for data analysis and report

The study can be more efficiently designed by utilizing experimental design
software packages, which will help to minimize the resources required for sample
preparation, analyses, and data analysis.

## Necessary Studies for Formulation Development

**Storage Stability Study.** Documenting that the formulation will keep the
protein stable until the desired expiry can be the most time-consuming part of

formulation development. The expiry requirements are determined by distribution not regulatory requirements. One year is probably too short for effective manufacturing and distribution through normal channels. In general, a shelf life of 18 month is considered acceptable for commercialization. Results obtained from accelerated stability studies are useful for predicting potential degradation products and appropriate analytical methods, but whatever the actual shelf life, it must be supported by sufficient real-time storage data to obtain regulatory approval. Thus, it is important to establish a final formulation and start the real-time storage studies as early as possible during product development.

**Process Development.** Formulations that can be prepared on a small scale without experiencing any problems may encounter significant problems during the scale-up of the process. For example, mixing solutions in a large stainless steel tank, pumping solutions through stainless steel tubing, filtration and filling through a high-speed filling machine can introduce unexpected stresses to the protein. An increase in the formation of particulates, along with a loss of proteins due to surface adsorption and aggregation, has routinely been observed. It is important to expose the formulation to equivalent stresses and make sure that no formulation adjustment is necessary to accommodate the manufacturing processes. Again, this testing should be done as early in the development process as possible.

**Transportation, Handling and Delivery Study.** Unexpected environmental changes can be encountered during the distribution and handling of products (e.g., accidental freezing, exposure to temperatures different from the recommended conditions, vigorous agitation, etc). It is critical to develop the formulation with these stresses in mind because they can compromise the quality of the product.

Also, during administration to the patient, proteins can be exposed to different types of stresses introduced by the device and the routes of delivery. Examples include incompatibility with the delivery device (e.g., protein aggregation induced by exposure to tubing surfaces) and/or concomitant medication (e.g., protein aggregation induced by co-administered antibiotics).

**Preclinical and Clinical Studies.** Results documenting the maintenance of the biophysical and biochemical properties of the protein are essential for a final formulation decision. Before finalizing the formulation, it is also important to confirm that it does not affect critical *in vivo* biological properties of the protein (e.g., activity, pharmacokinetic profile, and toxicity profile). Maintenance of a protein's biophysical properties can be examined using various structural analyses (e.g., circular dichroism, fluorescence and infrared spectroscopies, etc.). It is possible to determine the biochemical equivalence of the protein pharmaceutical by *in vitro* activity and/or preclinical *in vivo* bioassays. Results supporting the toxicity profile of the formulation can be generated by both preclinical and clinical studies.

### Strategies to Overcome Difficult Formulation Problems

Occasionally, problems are encountered that are difficult to overcome with conventional formulation approaches. It is possible to conduct additional studies to confirm that the problem is pharmaceutically acceptable. On the other hand, unique formulation approaches can be introduced to address specific problems. Examples of this approach are provided below.

**Qualification of Degradation Products.** If decreasing the amount of degradation product below the specified threshold is not feasible, then the degradation product can be defined as a drug substance by demonstrating that it does not affect the pharmaceutical quality of the drug product, i.e., safety and efficacy (Appendix, Regulatory Document 1). If there is not sufficient information available, additional qualification studies recommended in the regulatory guidance can be carried out (see the discussion above). The experience of having these degradation products in the materials used for clinical studies can sometimes be very useful because the results obtained can provide useful insight into the clinical implication of the degradation products.

**Site-directed Mutagenesis to Improve Properties.** Some problems related to the intrinsic properties of a protein cannot be overcome unless a change in the sequence is introduced. After careful research is carried out to identify the problematic region or residue, the protein can be engineered for better physical and/or chemical properties. For serious problems like precipitation due to insolubility or poor stability, changes in protein sequence have been proven effective for improving physical properties (Murby et al., 1995; Roig and Kennedy, 1995).

**Chemical Modifications.** The physical properties of proteins can be improved by modifying problematic amino acid side chains with small compounds or large polymers (e.g., attachment of polyethylene glycol) (Fagain, 1995; Guerra et al., 1998; Francis et al., 1998). In addition, there are other desirable improvements that can be achieved by the conjugation chemistry (e.g., enhanced pharmacokinetic profiles, reduced immunogenecity, enhanced adsorption, etc.).

**Unconventional Dosage Forms.** Some protein stability problems can be resolved by introducing novel approaches in the formulation. Examples include suspension formulations (Defelippis et al., 1998), microencapsulation with cyclodextrin (Brewster et al., 1991), suspension of dry-powder in non-aqueous vehicle (Knepp et al., 1998), and use of non-aqueous vehicles with hydrophobic ion-pairing (Manning et al., 1995).

## FORMULATION IN COMMERCIAL PRODUCT DEVELOPMENT

### Critical Formulation Decisions During Pharmaceutical Development

A brief summary of the important phases of a commercial product development is shown in Figure 1. Ideally, a stable formulation would be available during the early discovery research period to ensure that the protein is in its active and stable form during critical feasibility studies. However, development of a stable formulation for each drug candidate is not practically possible because such an approach would take too much time and too many resources. Generally, formulation development starts after the decision is made to start clinical trials. A



**Figure 1.** Diagram showing commercial formulation development process.

PAR-VASO-0010660

reliable formulation is required to support various preclinical and clinical studies. The formulation can be further improved later to satisfy the clinical, marketing, and regulatory needs. Although formulation development does not necessarily appear rate-limiting during this improvement period, it is important to understand that changing a formulation may require much more supporting work, including additional clinical trials, which can take years.

## Formulation for Early Preclinical and Clinical Studies

When a promising protein drug candidate is identified from preliminary feasibility studies, a decision will be made to introduce the drug to clinical studies. In order to obtain regulatory approval to initiate the clinical trials, it is required to demonstrate safety, manufacturing capability, stability of the drug and reproducibility in studying the drug. A sufficiently stable formulation is necessary at this stage because it is important to maintain the quantity and quality of the protein for all research studies from which results will be used for registration of the product with regulatory agencies. Therefore, formulation development becomes a rate-limiting process at this early stage. Formulations can be stored frozen or lyophilized for this purpose. At this stage in product development, the shelf-life requirement is determined by the logistics of supplying drug for clinical trials.

## Commercial Formulation

Commercially viable and market competitive formulations have some common features. Most of all, the formulation should maintain the safety and efficacy profile of the protein drug during all the handling and uses specified on the label. Since commercial distribution channels are not equipped for frozen products, shipping and storage at refrigerated temperature or higher are required. Sufficient shelf life needs to be determined under conditions to which the product will be exposed in the commercial distribution system. Various systematic studies need to be carried out to comply with regulatory requirements for registration. It takes 1–2 years to collect all of these results, so the commercial formulation is developed while preclinical studies or early clinical trials (with the preliminary formulation) are in progress. If possible, the commercial formulation should be introduced before the pivotal clinical trial because clinical experience is the most effective way to confirm the safety and efficacy aspects of the formulation. In addition, formulation changes after this point may introduce formidable challenges to the clinical program and to obtaining regulatory approval.

## Regulatory Issues in Formulation Development

Incorporating regulatory guidelines into the formulation development is not only useful to develop high quality pharmaceutical formulations for maximum benefit to the patients, but also critical to prepare complete documents necessary for regulatory approval for commercialization of the drug. Readers who wish to obtain a comprehensive understanding of the guidelines are referred to the relevant documents published by regulatory agencies. In this section, a brief summary of the guidelines related to the formulation issues is provided.

**Guidelines for Stability Studies.** Comprehensive guidelines can be obtained from regulatory agencies (Appendix, Regulatory Documents 9–12) and review articles in the literature (Grimm, 1998; Kommanaboyina and Rhodes, 1999; Matthews, 1999). These guidelines generally cover the formal stability studies for bulk drug material, in-process samples and final formulated product. Although some issues may not be relevant for the earlier formulation development work, these guidelines provide key elements for designing stability studies. The guidelines provide information such as what types of experiments should be included in the study protocol, how to propose a stability-indicating profile, and what analytical results are needed to define the purity of the product and the molecular characteristics of degradation products. Another important piece of information provided in the guidelines is the definition of proper experimental conditions, e.g., definition of storage temperature, humidity, light strength, and accelerated and stressed conditions. The guidelines also provide the official protocols to evaluate the results obtained from stability studies.

**Results Required to Apply for Regulatory License for a Drug Product.** Detailed information regarding the formulation is presented at the Development Pharmaceutics section in the CMC section of regulatory applications (Appendix, Regulatory Documents 13–16). All of the essential information required to apply for regulatory approval of protein formulations can be found in Note for Guidance on Development Pharmaceutics (Appendix Regulatory Document 17) and Development of Pharmaceutics for Biotechnological and Biological Products (Appendix, Regulatory Document 8). It is important to note that this is currently a European requirement although the international harmonization process may eventually introduce it to U.S. regulatory requirements. A brief summary of the important formulation information is shown in Table 8.

**Results Required to File Formulation Amendments.** A formulation change can introduce substantial potential adverse effects on the identity, strength, quality, purity or potency of the product as related to the safety or effectiveness of the product. For this reason, it is required that a supplement to the approved license application be submitted. This supplement should include a detailed description of the proposed change. It should also include methods and results for the studies performed to evaluate the effect of the change on the

PAR-VASO-0010662

**Table 8.**
Summary of Information Included in Regulatory Applications

|  | General information | Comments specific to proteins |
|---|---|---|
| Active substance (protein) | Compatibility with excipients and other combined products, and physicochemical characteristics | Structural elements responsible for the biological activity; good coverage of degradations occurring during storage, manufacturing, and delivery. |
| Excipients | Function of each excipients, justification for their inclusion, and compatibility with other excipients, choice of quality |  |
| Formulated products | Overage, physicochemical parameters, components with appropriate results supporting intended purpose; compatibility with diluent, device, and other drugs in contact before delivery; critical physical properties | Stability of structure in terms of biological activity; formulation optimization for both manufacturing process and stability |
| Packaging material | Integrity of container and closure during storage, reconstitution, admixture, dilution; sorption to container, leaching, and dose reproducibility | Adsorption, denaturation at the interface, and aggregation of the surface-denatured protein; reconstitution of dry-powder formulation |
| Manufacturing process | Manufacturing process for the preparation of formulation and its justification, appropriate method of sterilization and justification | Results to support the quality and stability of the protein during the manufacturing process; membrane filtration under aseptic conditions sufficient |

product's identity, strength, quality, purity, and potency of the product, as related to the product's safety or effectiveness (Appendix, Regulatory Documents 18–20). When the degradation profile is changed qualitatively or quantitatively, it is recommended to follow the impurity-related guidelines discussed above (Appendix, Regulatory Documents 2,3). The manufacturer must obtain approval of the supplement by FDA prior to distribution of the product made using the change. In general, the following studies (Table 9) can be carried out to confirm

**Table 9.**
Studies Needed to Support Change in Formulation

| Research requirements | Supporting results |
|---|---|
| Purity | Stability, compatibility, Structural analyses |
| Potency | *In vitro/in vivo* bioassays, preclinical and/or clinical pharmacokinetic comparability , clinical efficacy |
| Safety | Preclinical safety, clinical safety |

PAR-VASO-0010663

that the change in the formulation will not affect the safety and effectiveness of the product. It is recommended to consult the regulatory representative to find out how much additional information may be needed for the approval of the changed formulation.

## APPENDIX: LIST OF REGULATORY DOCUMENTS

1. International Conference on Harmonization: Guidance on specifications: Test procedures and acceptance criteria for Biotechnological/Biological Products. Federal Register: August 18, Volume 64, Number 159, pp. 44928–44935 (1999).
2. International Conference on Harmonization: Impurities in New Drug Products. FDA Q3B (11/97).
3. Guidance for Industry. ANDAs: Impurities in Drug Products. Draft guidance. FDA (12/98).
4. Note for Guidance on Inclusion of Antioxidants and Antimicrobial Preservatives in Medicinal Products (CPMP/CVMP/QWP/115/95) EMEA (7/97).
5. Inactive ingredient guide: inactive ingredients for currently marketed drug products. (1996) FOI Services, Inc. Rockville, MD.
6. Note for guidance on minimizing the risk of transmitting animal spongiform encephalopathy agents via medicinal products. EMEA (4/99).
7. Note for guidance on plasma-derived medicinal products. EMEA (7/98).
8. Development Pharmaceutics for Biotechnological and Biological Products. Annex to Note for Guidance on Development Pharmaceutics (CPMP/QWP/155/96). EMEA (10/1999).
9. International Conference on Harmonization: Stability testing of new drug substances and products. Federal Register, Sept. 22, Volume 59, Number 183, pp. 48754–48759 (1994).
10. International Conference on Harmonization: Final guideline on stability testing of biotechnological/biological products. Federal Register, July 10, Volume 61, Number133, pp. 36466–36469 (1996).
11. Guideline for Industry: Stability testing for drug substances and drug products: draft guidances. FDA, (6/98).
12. International Conference on Harmonization: Guidelines for the photostability testing of new drug substances and products. Federal Register, May 16, Volume 62, Number. 95, pp. 27115–2712 (1997).
13. Guideline for Submitting Documentation for the Stability of Human Drugs and Biologics FDA. (2/87).
14. Guidance for Industry. For the Submission of Chemistry, Manufacturing and Controls and Establishment Description Information for Human Plasma-

Derived Biological Products, Animal Plasma or Serum-Derived Products. FDA (2/99).

15. Guidance for Industry. INDs for Phase 2 and 3 Studies of Drugs, Including Specified Therapeutic Biotechnology-Derived Products Chemistry, Manufacturing, and Controls Content and Format (Draft guidance) FDA (2/99).

16. Content and Format of Investigational New Drug Applications (INDs) for Phase 1 Studies of Drugs, Including Well-Characterized, Therapeutic, Biotechnology-Derived Products, FDA (11/95).

17. Note for Guidance on Development of Pharmaceutics (CPMP/BWP/328/99). EMEA (01/1998).

18. Demonstration of Comparability of Human Biological Products, Including Therapeutic Biotechnology-Derived Products, April, 1996.

19. Guidance for Industry: Changes to an Approved Application. For Specified Biotechnology and Specified Synthetic Biological Products, 21 CFR 601.12, 314.70; July 24, 1997, Vol 62. No. 142.

20. Guidance for Industry: Changes to an Approved Application: Specified Biotechnology and Specified Synthetic Biological Products; July 1997.

# REFERENCES

Ahern, T.J. and Manning, M.C., 1992a. Stability of protein pharmaceuticals, Part A: Chemical and physical pathways of protein degradation. *Pharm. Biotech. Ser.* Volume 2. Plenum Press, N.Y.

Ahern, T.J. and Manning, M.C., 1992b. Stability of protein pharmaceuticals, Part B: In vivo pathways of degradation and strategies for protein stabilization. *Pharm. Biotech. Ser.* Volume 3. Plenum Press, N.Y.

Arakawa, T., Prestrelski, S., Kinney, W., and Carpenter, J.F., 1993. Factors affecting short-term and long-term stabilities of proteins. *Adv. Drug Delivery Rev.* 10:1.

Brewster, M.E., Hora, M.S., Simpkins, J.W., and Bodor, N., 1991. Use of 2-hydroxypropyl-beta-cyclodextrin as a solubilizing and stabilizing excipient for protein drugs. *Pharm. Res.* 8:792.

Cleland, J.L., Powell, M.F., and Shire, S.J., 1993. The development of stable protein formulations—A close look at protein aggregation, deamidation and oxidation. *Crit. Rev. Ther. Drug* 11:60.

Chen, T., 1992. Formulation concerns of protein drugs. *Drug Dev. Ind. Pharmacy*, 18:1311.

Defelippis, M.R., Bakaysa, D.L., Bell, M.A., Heady, M.A., Li, S., Pye, S., Youngman, K.M., Radzuik, J., and Frank, B.H., 1998. Preparation and characterization of a cocrystalline suspension of [Lys(B28),Pro(B29)] human insulin analogue. *J. Pharm. Sci.* 87:170.

Fagain, C.O., 1995. Understanding and increasing protein stability. *Biochimica et Biophysica Acta.* 1252:1.

Francis, G.E., Fisher, D., Delgado, C., Malik, F., Gardiner, A., and Neale, D., 1998. PEGylation of cytokines and other therapeutic proteins and peptides: the importance of biological optimisation of coupling techniques *Int. J. Hematology.* 68:1.

Fransson, J., Hallen, D., and Florin-Robertsson, E., 1997. Solvent effects on the solubility and physical stability of human Insulin-like Growth Factor I. *Pharm. Res.* 14:606.

Grimm, W., 1998. Extension of the international conference on harmonization tripatic guieline for stability testing of new drug substances and products to countries of climatic zones III and IV. *Drug Dev. Indust. Pharm.* 24:313.

Guerra, P.I., Acklin, C., Kosky, A.A., Davis, J.M., Treuheit, M.J., and Brems, D.N., 1998. PEGylation prevents the N-terminal degradation of megakaryocyte growth and development factor *Pharm. Res.* 15:1822.

Herron, J.N., Jiskoot, W., and Crommelin, D.J.A., 1995. Physical methods to characterize pharmaceutical proteins. *Pharm. Biotech. Ser.* Volume 7. Plenum Press, N.Y.

Jones, A.J.S., 1993. Analysis of polypeptides and proteins *Adv. Drug Del. Rev.* 10:29.

Knepp, V.M., Muchnik, A., Oldmark, S., and Kalashnikova, L., 1998. Stability of nonaqueous suspension formulations of plasma derived factor IX and recombinant human alpha interferon at elevated temperatures. *Pharm. Res.* 15:1090.

Kolvenbach, C.G., Narhi, L.O., Philo, J.S., Li, T., Zhang, M., and Arakawa, T., 1997. Granulocyte-colony stimulating factor maintains a thermally stable, compact, partially folded structure at pH 2 *J. Pept. Res.* 50:310.

Kommanaboyina, B. and Rhodes, C.T., 1999. Trends in stability testing with emphasis on stability during distribution and storage. *Drug Dev. Indust. Pharm.* 25:857.

Lam, X.M., Patapoff, T.W., and Nguyen, T.H., 1997. The effect of benzyl alcohol on recombinant human interferon-gamma *Pharm. Res.* 14:725.

Maa, Y.F. and Hsu, C.C., 1996. Aggregation of recombinant human growth hormone induced by phenolic compounds *Int. J. Pharm.* 140:155.

Manning, M.C., Matsuura, J.E., Kendrick, B.S., Meyer, J.D., Dormish, J.J., Vrkljan, M., Ruth, J.R., Carpenter, J.F., and Shefter, E., 1995. Approaches for increasing the solution stability of proteins *Biotech. Bioeng.* 48:506.

Manning, M.C., Patel, K., and Borchardt, R.T., 1989. Stability of protein pharmaceuticals. *Pharm. Res.* 6:903.

Matthews, B.R., 1999. Regulatory aspects of stability testing in Europe. *Drug Dev. Indust. Pharm.* 25:831.

Murby, M., Samuelsson, E., Nguyen, T.N., Mignard, L., Power, U., Binz, H., Uhlen, M., and Stahl, S., 1995. Hydrophobility engineering to increase solubility and stability of a recombinant protein from respiratory syncytial virus. *Eur. J. Biochem.* 230:38.

Nema, S., Washkuhn, R.J., and Brendel, R.J., 1997. Excipients and their use in injectable products *PDA J. Pharm. Sci. Technol.* 51:166.

Note for Guidance on Inclusion of Antioxidants and Antimicrobial Preservatives in Medicinal Products, 1997. (CPMP/CVMP/QWP/115/95) EMEA (7/97).

Pearlman, R. and Wang, Y.J., 1996. Formulation, characterization, and stability of protein drugs: case histories. *Pharm. Biotech. Ser.* Volume 9. Plenum Press, N.Y.

Powell, M.F., Nguyen, T., and Baloian, L., 1998. Compendium of excipients for parenteral formulations. *PDA J. Pharm. Sci. Technol.* 52:238.

Reubsaet, J.L.E., Beijnen, J.H., Bult, A., Van-Maanen, R.J., Marchal, J.A.D., and Under-
    berg, W.J.M., 1998. Analytical techniques used to study the degradation of proteins
    and peptides: chemical instability *J. Pharm. Biomed. Anal.* 17:955.
Roig, M.G. and Kennedy, J.F., 1995. Perspectives for biophysicochemical modifications
    of enzymes. *J. Biomaterials Sci. Polymer Ed.* 7:1.
Thompson, J.E., 1998. Practical Guide to Contemporary Pharmacy Practice. Lippincott
    Williams & Wilkins, Hagerstown, MD.
Volkin, D.B., Mach, H., and Middaugh, C.R., 1997. Degradative covalent reactions impor-
    tant to protein Stability. *Molec. Biotech.* 8:5.
Wang, Y.J. and Hanson, M.A., 1988. Parenteral formulations of proteins and peptides: sta-
    bility and stabilizers. *J. Parent. Sci. Technol.* 42:SS4.
Wang, Y.J. and Pearlman, R., 1993. Stability and characterization of protein and peptide
    drugs: case histories. *Pharm. Biotech. Ser.* Volume 5. Plenum Press, N.Y.

PATENT APPLICATION

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

Inventor(s):   Matthew Kenney
32227 Chatham Street
New Haven, MI 48048

Vinayagam Kannan
611 Timothy Lane, Apt. 204
Rochester, MI 48307

Sunil Vandse
83 Dorchester Drive
Basking Ridge, NJ 07920

Suketu Sanghvi
1 Hancock Drive
Kendall Park, NJ 08824


Assignee:   Par Pharmaceutical, Inc.
One Ram Ridge Road
Chestnut Ridge, NY 10977


Entity:   Large

**WSGR**

*Wilson Sonsini Goodrich & Rosati*

PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on: February 7, 2017**

-1-

PAR-VASO-0010668

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

## CROSS REFERENCE

[0001] This Application is a continuation-in-part of United States Application No. 15/289,640, filed October 10, 2016, which is a continuation-in-part of United States Application No. 14/717,877, filed May 20, 2015, which is a continuation of United States Application No. 14/610,499, filed January 30, 2015, each of which is incorporated herein by reference in its entirety.

## BACKGROUND

[0002] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin suffer from poor long-term stability.

## INCORPORATION BY REFERENCE

[0003] Each patent, publication, and non-patent literature cited in the application is hereby incorporated by reference in its entirety as if each was incorporated by reference individually.

## SEQUENCE LISTING

[0004] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on February 3, 2017, is named 47956702502_SL.txt and is 5184 bytes in size.

## SUMMARY OF THE INVENTION

[0005] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about

-2-

PAR-VASO-0010669

5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH.

## BRIEF DESCRIPTION OF THE FIGURES

[0006] **FIGURE 1** is a chromatogram of a diluent used in vasopressin assay.

[0007] **FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0008] **FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

[0009] **FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

[0010] **FIGURE 5** is a chromatogram of a vasopressin standard solution.

[0011] **FIGURE 6** is a chromatogram of a sample vasopressin preparation.

[0012] **FIGURE 7** is a UV spectrum of a vasopressin sample.

[0013] **FIGURE 8** is a UV spectrum of a vasopressin standard.

[0014] **FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

[0015] **FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.

[0016] **FIGURE 11** plots vasopressin stability across a range of pH at 25 °C.

[0017] **FIGURE 12** plots vasopressin impurities across a range of pH at 25 °C.

[0018] **FIGURE 13** plots vasopressin stability across a range of pH at 40 °C.

[0019] **FIGURE 14** plots vasopressin impurities across a range of pH at 40 °C.

[0020] **FIGURE 15** illustrates vasopressin impurities across a range of pH at 25 °C.

[0021] **FIGURE 16** illustrates vasopressin impurities across a range of pH at 40 °C.

[0022] **FIGURE 17** illustrates the effect of pH on vasopressin at 25 °C.

[0023] **FIGURE 18** illustrates the effect of pH on vasopressin at 40 °C.

[0024] **FIGURE 19** depicts the % LC of vasopressin formulations stored for 15 months at 25 °C.

## DETAILED DESCRIPTION

*Vasopressin and peptides of the invention.*

[0025] Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells

-3-

of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

[0026] Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

[0027] Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):



[0028] At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit

-4-

PAR-VASO-0010671

dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

[0029] Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

[0030] Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

[0031] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below. All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |

-5-

PAR-VASO-0010672

| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
|---|---|---|
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

*Therapeutic Uses.*

[0032] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0033] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension, meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be administered to a subject undergoing, for example, surgery or hysterectomy.

[0034] Plasma osmolality is a measure of the plasma's electrolyte-water balance and relates to blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0035] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-

-6-

term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0036] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0037] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

[0038] Blood pressure for a healthy human adult between the ages of 18-65 can range from about 90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0039] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

-7-

PAR-VASO-0010674

[0040] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.

*Pharmaceutical Formulations.*

[0041] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0042] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents, anti-static agents, surfactants, anti-oxidants, coloring agents, flavoring agents, plasticizers, preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0043] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0044] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

-8-

PAR-VASO-0010675

[0045] In some embodiments, a pharmaceutical composition has a shelf life of at least about 12 months, at least about 13 months, at least about 14 months, at least about 15 months, at least about 16 months, at least about 17 months, at least about 18 months, at least about 19 months, at least about 20 months, at least about 21 months, at least about 22 months, at least about 23 months, at least about 24 months, at least about 25 months, at least about 26 months, at least about 27 months, at least about 28 months, at least about 29 months, or at least about 30 months. The shelf life can be at any temperature, including, for example, room temperature and refrigeration (*i.e.*, 2-8°C). As used herein, "shelf life" means the period beginning from manufacture of a formulation beyond which the formulation cannot be expected beyond reasonable doubt to yield the therapeutic outcome approved by a government regulatory agency

[0046] In some embodiments, a vasopressin formulation of the invention comprises a pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0047] In some embodiments, a vasopressin formulation of the invention has a half-life at about 5 °C to about 8 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about 200%, no more than about 250%, no more than about 300%, no more than about 350%, no more than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about

-9-

800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0048] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0049] A formulation described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to a subject.

[0050] A unit dosage form described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5

-10-

PAR-VASO-0010677

weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to a subject.

[0051] A diluted unit dosage form described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to subject.

[0052] The stability of a formulation described herein can be measured after, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11

-11-

PAR-VASO-0010678

weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years.

[0053] A formulation or unit dosage form described herein can exhibit, for example, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9% about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, or about 10% degradation over a specified period of time. The degradation of a formulation or a unit dosage form disclosed herein can be assessed after about 24 hours, about 36 hours, about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 8 months, about 10 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage. The degradation of a formulation or a unit dosage form disclosed herein can be assessed at a temperature of, for example, about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C,

-12-

PAR-VASO-0010679

about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, or about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C, about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34 °C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33 °C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about 41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about 40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C.

[0054] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0055] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or

-13-

assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62 °C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C, about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

[0056] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include from about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C, about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34 °C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33 °C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about 41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about 40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C, about 46 °C to about 51 °C, about 47 °C to about 52 °C, about 48 °C to about 53 °C, about 49 °C to about 54 °C, about 50 °C to about 55 °C, about 51 °C to about 56 °C, about 52 °C to about 57 °C, about 53 °C to about 58 °C, about 54 °C to about 59 °C, about 55 °C to about 60 °C, about 56 °C to about 61 °C, about 57 °C to about 62 °C,

-14-

about 58 °C to about 63 ºC, about 59 °C to about 64 ºC, about 60 °C to about 65 ºC, about 61 °C to about 66 ºC, about 62 °C to about 67 ºC, about 63 °C to about 68 ºC, about 64 °C to about 69 ºC, about 65 °C to about 70 ºC, about 66 °C to about 71 ºC, about 67 °C to about 72 ºC, about 68 °C to about 73 ºC, about 69 °C to about 74 ºC, about 70 °C to about 74 ºC, about 71 °C to about 76 ºC, about 72 °C to about 77 ºC, about 73 °C to about 78 ºC, about 74 °C to about 79 ºC, or about 75 °C to about 80 ºC.

[0057] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 °C, about 20.1 °C, about 20.2 °C, about 20.3 °C, about 20.4 °C, about 20.5 °C, about 20.6 °C, about 20.7 °C, about 20.8 °C, about 20.9 °C, about 21.0 °C, about 21.1 °C, about 21.2 °C, about 21.3 °C, about 21.4 °C, about 21.5 °C, about 21.6 °C, about 21.7 °C, about 21.8 °C, about 21.9 °C, about 22.0 °C, about 22.1 °C, about 22.2 °C, about 22.3 °C, about 22.4 °C, about 22.5 °C, about 22.6 °C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[0058] A pharmaceutical composition of the disclosed can be supplied, stored, or delivered in a vial or tube that is, for example, about 0.5 mL, about 1 mL, about 2 mL, about 3 mL, about 4 mL, about 5 mL, about 6 mL, about 7 mL, about 8 mL, about 9 mL, about 10 mL, about 11 mL, about 12 mL, about 13 mL, about 14 mL, about 15 mL, about 16 mL, about 17 mL, about 18 mL, about 19 mL, or about 20 mL in volume.

[0059] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0060] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for

-15-

parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle, for example, sterile pyrogen-free water, before use.

*Comparison Formulations.*

[0061] A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

[0062] A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists

-16-

PAR-VASO-0010683

essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

*Methods.*

[0063] Any formulation described herein can be diluted prior to administration to a subject. Diluents that can be used in a method of the invention include, for example, compound sodium lactate solution, 6% dextran, 10% dextran, 5% dextrose, 20% fructose, Ringer's solution, 5% saline, 1.39% sodium bicarbonate, 1.72% sodium lactate, or water. Upon dilution, any diluted formulation disclosed herein can be stored for, for example, about 24 hours, about 36 hours, about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 8 months, about 10 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage. Upon dilution, any diluted formulation disclosed herein can be stored at, for example, about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, or about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about

-17-

16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to

about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C,

about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C

to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34

°C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33

°C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about

41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about

40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to

about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C.

[0064] The present invention provides a method of increasing blood pressure in a human in need

thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic

acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4

weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1

units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

human by intravenous administration; wherein: the administration provides to the human from

about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation

after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[0065] The present invention provides a method of increasing blood pressure in a human in need

thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic

acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4

weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1

units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

human by intravenous administration; wherein: the administration provides to the human from

-18-

about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[0066] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[0067] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one week.

-19-

PAR-VASO-0010686

[0068] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about two weeks.

[0069] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about three weeks.

[0070] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-

-20-

PAR-VASO-0010687

8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[0071] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about six weeks.

[0072] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

PAR-VASO-0010688

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about three months.

[0073] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about six months.

[0074] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one year.

[0075] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-22-

PAR-VASO-0010689

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about two years.

[0076] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about three years.

[0077] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

-23-

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0078] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 48 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0079] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 96 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

-24-

PAR-VASO-0010691

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0080] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 1 week; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0081] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0082] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-25-

PAR-VASO-0010692

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0083] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about one week.

[0084] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

-26-

PAR-VASO-0010693

human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0085] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0086] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

-27-

PAR-VASO-0010694

[0087] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one year; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0088] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least two years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0089] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least three

-28-

PAR-VASO-0010695

years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0090] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 24 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[0091] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 48 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

-29-

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[0092] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 96 hours; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[0093] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least one week; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one week.

[0094] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-30-

PAR-VASO-0010697

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 weeks.

[0095] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 weeks.

[0096] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

PAR-VASO-0010698

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0097] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 months.

[0098] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

-32-

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[0099] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 1 year; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00100] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 2 years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00101] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-33-

PAR-VASO-0010700

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00102] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00103] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted

-34-

unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00104] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 96 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00105] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 1 week; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

-35-

PAR-VASO-0010702

[00106] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00107] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00108] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4

-36-

PAR-VASO-0010703

weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one week.

[00109] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00110] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

-37-

PAR-VASO-0010704

salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00111] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 1 year; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00112] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 2 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00113] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-38-

PAR-VASO-0010705

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00114] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00115] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL)

-39-

PAR-VASO-0010706

of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[00116] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00117] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt

PAR-VASO-0010707

thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 week.

[00118] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 weeks.

[00119] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 weeks.

[00120] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-41-

PAR-VASO-0010708

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00121] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 months.

[00122] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted

PAR-VASO-0010709

unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00123] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00124] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

-43-

PAR-VASO-0010710

[00125] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00126] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[00127] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48

-44-

PAR-VASO-0010711

hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 48 hours.

[00128] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 96 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 96 hours.

[00129] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one week; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

-45-

salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00130] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 2 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00131] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00132] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-46-

PAR-VASO-0010713

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00133] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 months.

[00134] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 μg/mL to about 2.1 μg/mL)

PAR-VASO-0010714

of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00135] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least one year; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one year.

[00136] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 2 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt

-48-

PAR-VASO-0010715

thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00137] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 years.

[00138] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 24 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00139] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 48 hours; and c)

-49-

intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC,  for about four weeks.

[00140] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 96 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00141] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 1 week; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00142] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a

-50-

PAR-VASO-0010717

pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00143] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00144] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 week.

PAR-VASO-0010718

[00145] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00146] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 6 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00147] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 1 year; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein

-52-

PAR-VASO-0010719

the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00148] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 2 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00149] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC ,for example, 5 ºC, for at least 3 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00150] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

-53-

PAR-VASO-0010720

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[00151] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 48 hours.

[00152] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 96 hours.

[00153] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c)

-54-

PAR-VASO-0010721

intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00154] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about two weeks.

[00155] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about three weeks.

[00156] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a

-55-

pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00157] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 months.

[00158] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 6 months.

PAR-VASO-0010723

[00159] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 year.

[00160] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

[00161] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein

-57-

PAR-VASO-0010724

the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 years.

[00162] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 24 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00163] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 48 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC for about, for example, 5 ºC,48 hours.

[00164] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 96 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

-58-

PAR-VASO-0010725

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00165] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 1 week; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00166] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 2 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00167] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 3 weeks; and c)

-59-

PAR-VASO-0010726

intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00168] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00169] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 3 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00170] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a

PAR-VASO-0010727

pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 6 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 6 months.

[00171] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 1 year; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 year.

[00172] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

PAR-VASO-0010728

[00173] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 years.

*Dosage Amounts.*

[00174] In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a subject having a disease or condition to be treated. A therapeutically-effective amount can vary widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[00175] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about

-62-

6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, about 10 mL, about 11 mL, about 12 mL, about 13 mL, about 14 mL, about 15 mL, about 16 mL, about 17 mL, about 18 mL, about 19 mL, or about 20 mL.

[00176] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20  units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30  units/mL, about 35 units/mL, about 40  units/mL, about 45 units/mL, or about 50  units/mL.

[00177] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 μg, about 0.05 μg, about 0.1 μg, about 0.15 μg, about 0.2 μg, about 0.25 μg, about 0.3 μg, about 0.35 μg, about 0.4 μg, about 0.5 μg, about 0.6 μg, about 0.7 μg, about 0.8 μg, about 0.9 μg, about 1 μg, about 2 μg, about 3 μg, about 4 μg, about 5 μg, about 10 μg, about 15 μg, about 20 μg, about 25 μg, about 30 μg, about 35 μg, about 40 μg, about 45 μg, about 50 μg, about 60 μg, about 70 μg, about 80 μg, about 90 μg, about 100 μg, about 125 μg, about 150 μg, about 175 μg, about 200 μg, about 250 μg, about 300 μg, about 350 μg, about 400 μg, about 450 μg, about 500 μg, about 600 μg, about 700 μg, about 800 μg, about 900 μg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[00178] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02

-63-

mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[00179] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[00180] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75, about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2, about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[00181] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, from about 2 to about 2.2, about 2.05 to about 2.25, about 2.1 to about 2.3, about 2.15 to about 2.35, about 2.2 to about 2.4, about 2.25 to about 2.45, about 2.3 to about 2.5, about 2.35 to about 2.55, about 2.4 to about 2.6, about 2.45 to about 2.65, about 2.5 to about 2.7, about 2.55 to about 2.75, about 2.6 to about 2.8, about 2.65 to about 2.85, about 2.7 to about 2.9, about 2.75 to about 2.95, about 2.8 to about 3, about 2.85 to about 3.05, about 2.9 to about 3.1, about 2.95 to about 3.15, about 3 to about 3.2, about 3.05 to about 3.25, about 3.1 to about 3.3, about 3.15 to about 3.35, about 3.2 to about 3.4, about 3.25 to about 3.45, about 3.3 to about 3.5, about 3.35 to about 3.55, about 3.4 to about 3.6, about 3.45 to about 3.65, about 3.5 to about 3.7, about 3.55 to about 3.75, about 3.6 to about 3.8, about 3.65 to about 3.85, about 3.7 to about

-64-

PAR-VASO-0010731

3.9, about 3.7 to about 3.8, about 3.75 to about 3.95, about 3.75 to about 3.8, about 3.8 to about 3.85, about 3.75 to about 3.85, about 3.8 to about 4, about 3.85 to about 4.05, about 3.9 to about 4.1, about 3.95 to about 4.15, about 4 to about 4.2, about 4.05 to about 4.25, about 4.1 to about 4.3, about 4.15 to about 4.35, about 4.2 to about 4.4, about 4.25 to about 4.45, about 4.3 to about 4.5, about 4.35 to about 4.55, about 4.4 to about 4.6, about 4.45 to about 4.65, about 4.5 to about 4.7, about 4.55 to about 4.75, about 4.6 to about 4.8, about 4.65 to about 4.85, about 4.7 to about 4.9, about 4.75 to about 4.95, about 4.8 to about 5, about 4.85 to about 5.05, about 4.9 to about 5.1, about 4.95 to about 5.15, or about 5 to about 5.2 pH units.

[00182] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

[00183] In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[00184] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at

-65-

least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least 35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40% pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[00185] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.

*Pharmaceutically-acceptable excipients.*

[00186] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical

-66-

PAR-VASO-0010733

Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

[00187] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[00188] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N′-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[00189] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[00190] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[00191] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

-67-

PAR-VASO-0010734

[00192] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, chlorobutanol, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[00193] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, $\alpha,\alpha,\alpha$-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[00194] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[00195] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%,

-68-

PAR-VASO-0010735

about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99%, or about 100% by mass or by volume of the unit dosage form.

[00196] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.


*Pharmaceutically-Acceptable Salts.*

[00197] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[00198] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[00199] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[00200] Ammonium salts can arise from the addition of ammonia or an organic amine to a

-69-

compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrrazole, pipyrrazole, imidazole, pyrazine, or pipyrazine.

[00201] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[00202] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[00203] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.

*Peptide Sequence.*

[00204] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu); lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser); threonine (T, Thr); tryptophan (W, Trp);

-70-

tyrosine (Y, Tyr); valine (V, Val). In some embodiments, the amino acid is a L-enantiomer. In some embodiments, the amino acid is a D-enantiomer.

[00205] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[00206] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, a pharmaceutical composition of the invention comprises vasopressin and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth peptide.

[00207] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[00208] The amount of another peptide or impurity in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%,

-71-

about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[00209] Another peptide or impurity present in a composition described herein can be, for example, SEQ ID NO.: 2, SEQ ID NO.: 3, SEQ ID NO.: 4, SEQ ID NO.: 5, SEQ ID NO.: 6, SEQ ID NO.: 7, SEQ ID NO.: 8, SEQ ID NO.: 9, SEQ ID NO.: 10, SEQ ID NO.: 11, SEQ ID NO.: 12, SEQ ID NO.: 13, SEQ ID NO.: 14, SEQ ID NO.: 15, SEQ ID NO.: 16, SEQ ID NO.: 17, a dimer of SEQ ID NO.: 1, an unidentified impurity, or any combination thereof.

[00210] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[00211] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[00212] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm,

PAR-VASO-0010739

about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[00213] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

[00214] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.


# EXAMPLES

**EXAMPLE 1**: *Impurities of Vasopressin as detected by HPLC.*

[00215] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[00216] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin

PAR-VASO-0010740

reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[00217] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | |
| --- | --- |
| Column | YMC-Pack ODS-AM, 3 µm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25ºC |
| Flow Rate | 1.0 mL/min |
| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. |
| Injection Volume | 100 µL |
| Run time | 55 minutes |
| Autosampler Vials | Polypropylene vials |
| Pump (gradient) | Time (min)   %A   %B   Flow<br>0      90   10   1.0<br>40     50   50   1.0<br>45     50   50   1.0<br>46     90   10   1.0<br>55     90   10   1.0 |

[00218] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[00219] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 µm membrane filter under vacuum, and the volume was adjusted as necessary.

[00220] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[00221] The working standard solution contained approximately 20 units/mL of vasopressin.

-74-

The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[00222] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[00223] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[00224] A second working standard solution was prepared as directed under the standard preparation.

[00225] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

[00226] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[00227] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[00228] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[00229] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[00230] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[00231] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00232] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long

-75-

PAR-VASO-0010742

as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00233] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00234] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00235] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

[00236] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE 4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00237] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00238] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00239] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00240] Then, one injection of the working standard solution was made.

[00241] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00242] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00243] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections

-76-

PAR-VASO-0010743

of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00244] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00245] The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation. **FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00246] To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \times \text{Conc STD}$$

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00247] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00248] The impurities were calculated using the formula below:

$$\% \text{ impurity} = \frac{R_I}{R_S} \times \frac{\text{Conc STD}}{20 \text{ U/mL}} \times 100\%$$

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00249] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

-77-

| TABLE 3 | | | |
|---|---|---|---|
| Name | Formula | Appr. RRT | Molar Mass (g) |
| Vasopressin<br>(Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH$_2$    SEQ ID NO.: 1  (disulfide bridge between cys residues) | | | |
| Gly9-vasopressin<br>(Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG     SEQ ID NO.: 2  (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin<br>(Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$    SEQ ID NO.: 3   (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin<br>(Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$    SEQ ID NO.: 4  (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin<br>(Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$     SEQ ID NO.: 7  (disulfide bridge between cys residues) | | | |

PAR-VASO-0010745

| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
|---|---|---|---|
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

**EXAMPLE 2:** *Investigation of pH.*

[00250] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

**EXAMPLE 3:** *Effect of peptide stabilizers on vasopressin formulation.*

[00251] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4.** Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---|---|---|---|---|---|
| Ethanol | PEG 400 | Glycerol | Poloxamer 188 | HPbCD[a] | n-Methylpyrrolidone (NMP) |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00252] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect

-79-

was about 5% to about 10% greater than that observed in the experiments of **EXAMPLE 2**.

**EXAMPLE 4:** *Effect of buffer and divalent metals on vasopressin formulation.*

[00253] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00254] The tested combinations provided vasopressin stability comparable to that of a vasopressin formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.

**EXAMPLE 5:** *Illustrative formulations for assessment of vasopressin stability.*

[00255] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00256] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00257] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300, NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00258] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00259] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one

-80-

PAR-VASO-0010747

week.

[00260] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to test the stability of vasopressin.

[00261] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00262] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00263] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

**EXAMPLE 6:** *Illustrative vasopressin formulation for clinical use.*

[00264] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

**EXAMPLE 7:** *Illustrative regimen for therapeutic use of a vasopressin formulation.*

[00265] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

PAR-VASO-0010748

*Preparation and Use of Vasopressin.*

[00266] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin at 20 units/mL.

[00267] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen. Alternatively, a unit dosage form of vasopressin can be stored between 2 ºC and 8 ºC for about 1 week, 2 weeks, 3 weeks, 4 weeks, 5 weeks, 6 weeks, 7 weeks, or 8 weeks.

[00268] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00269] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00270] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

[00271] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00272] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

[00273] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

[00274] Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.

-82-

PAR-VASO-0010749

*Contraindications, Adverse Reactions, and Drug-Drug Interactions.*

[00275] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired cardiac response can worsen cardiac output.

[00276] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00277] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00278] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00279] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00280] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00281] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide,

-83-

and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

[00282] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

*Use of Vasopressin in Specific Populations.*

[00283] Vasopressin is a Category C drug for pregnancy.

[00284] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.

*Overdosage.*

[00285] Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.

*Pharmacology of Vasopressin.*

[00286] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic

-84-

arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00287] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:



SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00288] One mg of vasopressin is equivalent to 530 units. Alternatively, one mg of vasopressin is equivalent to 470 units.

[00289] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00290] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00291] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00292] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of

-85-

vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

*Carcinogenesis, Mutagenesis, Impairment of Fertility.*

[00293] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

*Clinical studies.*

[00294] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

**EXAMPLE 8:** *Effect of Temperature on Vasopressin Formulations.*

[00295] To test the effect of temperature on the stability of vasopressin formulation, solutions containing 20 units/mL vasopressin and chlorobutanol, adjusted to pH 3.5 with acetic acid, were prepared. One mL of each vasopressin formulations was then filled into 3 cc vials. Each Vasopressin Formulation was stored either inverted or upright for at least three months, up to 24 months, at: (i) 5 °C; (ii) 25 °C and 60% relative humidity; or (iii) 40 °C and 75% humidity, and the amount of vasopressin (U/mL) and % total impurities were measured periodically. **TABLES 7-12** below display the results of the experiments at 5 °C. The results of the experiments at 25 °C are included in **TABLES 13-18**. All of the experiments were performed in triplicate. The results of the experiments at 40 °C are included in **TABLES 19-24**. For each temperature tested, three lots of the vasopressin formulation were stored for 24 months (5 °C and 25 °C) and 3 months (40 °C), and measurements were taken at regular intervals during the testing periods. "NMT" as used in the tables denotes "not more than."

[00296] The vasopressin and impurity amounts observed in the experiments conducted at 5 °C

-86-

PAR-VASO-0010753

are shown in **TABLES 7-12** below (AVP = Vasopressin).

| TABLE 7 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| **Test** | | **Initial** | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| | | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |

| TABLE 8 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9 % |

| TABLE 9 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |

PAR-VASO-0010754

| | Total Impurities: NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**TABLE 10**

**Samples stored upright at 5 °C**

| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| | Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |

**TABLE 11**

**Samples stored upright at 5 °C**

| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |

**TABLE 12**

**Samples stored upright at 5 °C**

| Test | Acceptance Criteria | Initial | Time in months |
| --- | --- | --- | --- |

-88-

PAR-VASO-0010755

| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |

[00297] The vasopressin and impurity amounts observed in the experiments conducted at 25 °C and 60% relative humidity are shown in **TABLES 13-18** below.

| TABLE 13 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 |
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% |

| TABLE 14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4% |

PAR-VASO-0010756

| TABLE 15 | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9% |

| TABLE 16 | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% |

| TABLE 17 | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 |

PAR-VASO-0010757

| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| TABLE 18 | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Samples stored upright at 25 °C and 60% Relative Humidity | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% |

[00298] The vasopressin and impurity amounts observed in the experiments conducted at 40 °C and 75% relative humidity are shown in **TABLES 19-24** below.

| TABLE 19 | | | | | |
| --- | --- | --- | --- | --- | --- |
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |

| TABLE 20 | | | |
| --- | --- | --- | --- |
| Samples stored Upright at 40 °C | | | |
| Test | Acceptance | Initial | Time in months |

| | Criteria | | 1 | 2 | 3 |
|---|---|---|---|---|---|
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
| | Total Impurities: NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |

| TABLE 21 | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |

| TABLE 22 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |

| TABLE 23 |
|---|

PAR-VASO-0010759

| Samples stored inverted at 40 °C | | | | | |
|---|---|---|---|---|---|
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |

| TABLE 24 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |

[00299] The results of the above experiments suggested that storage in either an upright or inverted position did not markedly affect the stability of vasopressin. The samples held at 5 °C exhibited little fluctuation in vasopressin amounts over 24 months, and the amount of total impurities did not increase above 3% during the testing period (**TABLES 7-12**). The samples held at 25 °C and 60% relative humidity exhibited a decrease in vasopressin amount of about 10-12% after 24 months (**TABLES 13-18**). The amount of impurities observed in the samples stored at 25 °C and 60% relative humidity after 24 months exceeded 13% in some samples, whereas the amount of impurities observed in the samples stored at 5 °C did not exceed 3% after 24 months. After about three months, the samples held at 40 °C exhibited a decrease in the amount of vasopressin of about 10-12%. The amount of impurities observed at 40 °C exceeded

-93-

10% after three months, whereas the amount of impurities observed in the samples stored at 5 °C was less than 3% after three months (**TABLES 19-24**).

[00300] Experiments were also conducted on the same samples above over the course of the experiments to measure the amount of individual impurities in the samples, pH of the samples, chlorobutanol content, particulate matter, antimicrobial effectiveness, and bacterial endotoxin levels (**TABLES 25-42**). (NR = no reading; ND = not determined; UI = unidentified impurity).

[00301] The anti-microbial effectiveness of the solution was established to determine the amount of antimicrobial agents in the formulation that protect against bacterial contamination. The bullets in the tables below indicate that the sample was not tested for anti-microbial effectiveness at that specific time point.

[00302] The bacterial endotoxin levels were also measured for some of the formulations. The bullets in the tables below indicate that the sample was not tested for bacterial endotoxin levels at that specific time point.

| TABLE 25 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored inverted at 5 °C | | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| Related Substances | SEQ ID NO.: 2 NMT 6.0% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.8% | 0.9% | 1.0% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |

-94-

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.5% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | Total Impurities: NMT 17.0% | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 0 | 1 | 1 | 1 | 2 | 16 | 2 | 4 | 1 |

PAR-VASO-0010762

| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 26 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.6% | 0.5% | 0.6% | 0.7% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |

PAR-VASO-0010763

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | NR | 0.1% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | 0.1% | 0.1% | NR | 0.1% | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.48% | 0.49% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 μm) | 1 | 1 | 1 | 1 | 1 | 15 | 2 | 3 | 2 |

PAR-VASO-0010764

| | | Initial | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 27 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |

PAR-VASO-0010765

| | Spec | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | 0.1% |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.47% | 0.47% | 0.48% | 0.48% | 0.48% |

PAR-VASO-0010766

| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 1 | 2 | 1 | 4 | 2 | 1 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 28 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.7% | 0.9% | 1.0% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |

PAR-VASO-0010767

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 0 | 2 | 2 | 2 | 1 | 2 | 2 | 4 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

PAR-VASO-0010768

| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 29 | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Samples stored upright at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.8% | 0.7% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.8% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |

-102-

PAR-VASO-0010769

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | 0.2% | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 2 | 2 | 6 | 4 | 4 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

PAR-VASO-0010770

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 30 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | NR | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |

PAR-VASO-0010771

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | 0.2% | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | 0.1% | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47% | 0.48% | 0.48% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 3 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

PAR-VASO-0010772

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 31 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.3% | 4.6% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.2% | 3.7% | 5.2% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.5% | 0.5% | 0.4% | 0.2% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.3% | 0.4% | 0.5% | 0.7% | 1.0% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |

PAR-VASO-0010773

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | NR | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |
| UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | <0.10 | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |

PAR-VASO-0010774

| Test | Acceptance Criteria | Initial | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
|---|---|---|---|---|---|---|---|---|---|
| | UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | 0.5% | --- |
| | Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% | --- |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.2 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 | 8 | 4 | 1 | --- |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | . | . | . | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | . | . | . | <1 | • | <1 | --- |

| TABLE 32 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.5% | 1.9% | 3.1% | 4.4% | --- |

PAR-VASO-0010775

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |
| SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | --- |
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | --- |
| UI-0.83: NMT 1.0% | 0.2% | NR | 0.1% | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |

PAR-VASO-0010776

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| | UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| | UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | --- |
| | UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| | UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| | UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| | UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |
| | UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.6% | --- |
| | Total Impurities : NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4 % | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.2 | 3.3 | 3.4 | --- |
| Chlorobuta nol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48 % | 0.47 % | 0.47 % | 0.47% | 0.47 | --- |

PAR-VASO-0010777

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 2 | 1 | 1 | 3 | 4 | 1 | 2 | --- |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 33 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.0% | 3.2% | 4.5% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.8% | 2.2% | 3.7% | 5.0% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.5% | 0.7% | 1.0% | --- |

PAR-VASO-0010778

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | | 0.1% | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |

PAR-VASO-0010779

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.26: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.35: NMT 1.0% | 0.3% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | |
| UI-2.09-2.10: NMT 1.0% | NR | 20.0% | NR | NR | NR | <0.10 | 0.1% | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.1% | NR | |
| Total Impurities : NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |

PAR-VASO-0010780

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47% | 0.46% | 0.46% | 0.46% | 0.45% | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 3 | 3 | 3 | 1 | 2 | --- |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 34 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** | **30** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.2% | 4.5% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.3% | 3.6% | 5.0% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.2% | 0.3% | --- |

-114-

PAR-VASO-0010781

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.4% | 0.7% | 0.9% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | NR | --- |

-115-

PAR-VASO-0010782

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| | UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| | UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.3% | --- |
| | UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.5% | --- |
| | Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% | --- |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 1 | 2 | 2 | 2 | 2 | 4 | 2 | --- |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

**TABLE 35**

PAR-VASO-0010783

| Samples stored upright at 25 °C and 60% Relative Humidity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.4% | 1.9% | 3.1% | 4.3% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| | Acetyl-AVP: NMT 1.0% | 0.30% | 0.30% | 0.30% | 0.20% | 0.20% | 0.20% | 0.3% | --- |
| | UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | |
| | UI-0.83: NMT 1.0% | 0.2% | NR | <0.10 | NR | NR | 0.1% | 0.1% | |
| | UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | |

PAR-VASO-0010784

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.4% | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1 | |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.3 | |
| UI-2.15-2.16: NMT 1.0% | NR | | NR | NR | NR | NR | 0.5 | |

PAR-VASO-0010785

| | | Initial | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
|---|---|---|---|---|---|---|---|---|---|
| Total Impurities : NMT 17.0% | | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.47% | 0.47% | 0.48% | 0.46% | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 2 | 1 | 1 | 2 | 5 | 1 | 4 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 36 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.1% | 3.3% | 4.7% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.7% | 2.3% | 3.7% | 5.3% | --- |

-119-

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| D-Asn-AVP: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.5% | 0.7% | 1.0% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | 0.1% | NR | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.2% | |

PAR-VASO-0010787

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.26: NMT 1.0% | NR | NR | 0.4% | NR | NR | NR | NR | |
| UI-1.35: NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | NR | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | |
| UI-2.09-2.10: NMT 1.0% | NR | NR | NR | NR | NR | <0.10 | NR | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.2% | NR | |

PAR-VASO-0010788

| Test | Acceptance Criteria | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Impurities : NMT 17.0% | | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.47% | 0.47% | 0.46% | 0.45 | 0.46 | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 0 | 1 | 3 | 7 | 0 | 3 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 37 | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |

-122-

PAR-VASO-0010789

| | | | | |
|---|---|---|---|---|
| D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.2% |
| UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |

-123-

PAR-VASO-0010790

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.05-2.08: NMT 1.0% | ND | ND | 0.2% | ND |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 % w/v | 0.49% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 38 |
|---|
| **Samples stored inverted at 40 °C** |

-124-

PAR-VASO-0010791

| Test | Acceptance Criteria | Initial | Time in months | | |
|------|---------------------|---------|------|------|------|
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.9% | 2.2% | 3.6% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |

PAR-VASO-0010792

| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
|---|---|---|---|---|---|
| | UI-1.18: NMT 1.0% | ND | ND | 0.3% | 0.2% |
| | UI-1.56-1.57: NMT 1.0% | ND | 0.2% | ND | 0.4% |
| | UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.81-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.03-2.08: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| | UI-2.14: NMT 1.0% | ND | ND | 0.2% | ND |
| | Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |

PAR-VASO-0010793

| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 μm) | 2 | 2 | 1 | 1 |
| | NMT 600 ($\geq$ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 39 | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.9% | 2.2% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.4% | 4.0% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010794

| | | | | | |
|---|---|---|---|---|---|
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| | UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| | UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.81-1.85: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010795

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.86-1.88 : NMT 1.0% | ND | 0.1% | 0.2% | ND |
| | UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| | UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| | Total Impurities : NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.46% | 0.46% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 2 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 40 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |

-129-

PAR-VASO-0010796

| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
|---|---|---|---|---|---|
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% |

PAR-VASO-0010797

| | | | | |
|---|---|---|---|---|
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.3% | 0.3% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | ND |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
| UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
| Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |

PAR-VASO-0010798

| | | | | | |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.50% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 41 | | | | | |
|---|---|---|---|---|---|
| **Samples stored Upright at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.9% | 2.3% | 3.7% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010799

| | | | | |
|---|---|---|---|---|
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 2.0% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |

PAR-VASO-0010800

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| | UI-2.14 : NMT 1.0% | ND | ND | ND | ND |
| | Total Impurities : NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |
| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.49% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 2 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 42 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 1.0% | 2.2% | 3.9% |

PAR-VASO-0010801

| | | | | | |
|---|---|---|---|---|---|
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.4% | 4.2% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 50.0% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |

PAR-VASO-0010802

| | | | | |
|---|---|---|---|---|
| UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | ND | ND |
| UI-1.86-1.88: NMT 1.0% | ND | 0.1% | 0.2% | ND |
| UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.1% |
| UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| Total Impurities : NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |

PAR-VASO-0010803

| | | | | | |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47% | 0.45% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

**EXAMPLE 9**: *Effect of pH 3.5-4.5 on vasopressin formulations.*

[00303] To test of effect of pH on vasopressin formulations, solutions containing 20 units/mL vasopressin, adjusted to pH 3.5, 3.6, 3.7, 3.8, 3.9, 4, 4.1, 4.2, 4.3, 4.4, or 4.5 with 10 mM acetate buffer, were prepared. One mL of each of the vasopressin formulations was then filled into 10 cc vials.

[00304] The vasopressin formulations were stored for four weeks at: (i) 25 °C; or (ii) 40 °C, and the assay (% label claim; vasopressin remaining) and % total impurities after four weeks were measured using the methods described in **EXAMPLE 1**. **FIGURES 11** and **12** below display the results of the experiments at 25 °C. The results of the experiments at 40 °C are included in **FIGURES 13** and **14**.

[00305] The results of the experiments suggested that the stability of a vasopressin formulation was affected by pH. At 25 °C, the remaining vasopressin after four weeks was highest between pH 3.6 and pH 3.8 (**FIGURE 11**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 12**). At 25 °C, pH 3.7 provided the highest stability for vasopressin (**FIGURE 11**).

[00306] At 40 °C, the remaining vasopressin after four weeks was highest between pH 3.6 and pH 3.8 (**FIGURE 13**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 14**). At 40 °C, pH 3.6 provided the highest stability for vasopressin (**FIGURE 13**),

**EXAMPLE 10**: *Effect of pH 2.5-4.5 of vasopressin formulations.*

[00307] To test of effect of pH on vasopressin formulations, solutions containing 20 units/mL

PAR-VASO-0010804

vasopressin, adjusted to pH 2.5, 2.6, 2.7, 2.8, 2.9, 3, 3.1, 3.2, 3.3, or 3.4 with 10 mM acetate buffer were also prepared. One mL of each of the vasopressin formulations was then filled into 10 cc vials.

[00308] The amount of vasopressin, impurities, and associated integration values were determined using the methods describes in **EXAMPLE 1**. The results from the stability tests on the vasopressin formulations from pH 2.5 to 3.4 were plotted against the results from the stability tests on vasopressin formulations from pH 3.5 to 4.5 as disclosed in **EXAMPLE 9**, and are displayed in **FIGURES 15-18**.

[00309] The assay (% label claim; vasopressin remaining) and % total impurities in the vasopressin pH 2.5 to 3.4 formulations after four weeks are reported in **TABLE 43**.

| TABLE 43 | | | | | |
|---|---|---|---|---|---|
| Batch | Target pH | Week | Condition | Vasopressin (% LC) | % Total Impurities |
| 1A | 2.5 | 0 | 25 ºC | 100.57 | 2.48 |
| 1B | 2.6 | 0 | 25 ºC | 101.25 | 2.24 |
| 1C | 2.7 | 0 | 25 ºC | 101.29 | 2.26 |
| 1D | 2.8 | 0 | 25 ºC | 101.53 | 2.00 |
| 1E | 2.9 | 0 | 25 ºC | 102.33 | 1.95 |
| 1F | 3 | 0 | 25 ºC | 102.32 | 1.89 |
| 1G | 3.1 | 0 | 25 ºC | 102.59 | 2.06 |
| 1H | 3.2 | 0 | 25 ºC | 102.60 | 1.85 |
| 1I | 3.3 | 0 | 25 ºC | 102.73 | 1.81 |
| 1J | 3.4 | 0 | 25 ºC | 101.93 | 1.75 |
| 1A | 2.5 | 0 | 40 ºC | 100.57 | 2.48 |
| 1B | 2.6 | 0 | 40 ºC | 101.25 | 2.24 |
| 1C | 2.7 | 0 | 40 ºC | 101.29 | 2.26 |
| 1D | 2.8 | 0 | 40 ºC | 101.53 | 2.00 |
| 1E | 2.9 | 0 | 40 ºC | 102.33 | 1.95 |
| 1F | 3 | 0 | 40 ºC | 102.32 | 1.89 |
| 1G | 3.1 | 0 | 40 ºC | 102.59 | 2.06 |
| 1H | 3.2 | 0 | 40 ºC | 102.60 | 1.85 |
| 1I | 3.3 | 0 | 40 ºC | 102.73 | 1.81 |
| 1J | 3.4 | 0 | 40 ºC | 101.93 | 1.75 |
| 1A | 2.5 | 4 | 25 ºC | 95.70 | 6.66 |
| 1B | 2.6 | 4 | 25 ºC | 98.58 | 5.29 |
| 1C | 2.7 | 4 | 25 ºC | 98.94 | 4.26 |
| 1D | 2.8 | 4 | 25 ºC | 99.14 | 3.51 |
| 1E | 2.9 | 4 | 25 ºC | 100.08 | 3.41 |
| 1F | 3 | 4 | 25 ºC | 100.29 | 2.92 |

-138-

PAR-VASO-0010805

| 1G | 3.1 | 4 | 25 ºC | 100.78 | 2.55 |
|----|-----|---|-------|--------|------|
| 1H | 3.2 | 4 | 25 ºC | 100.74 | 2.16 |
| 1I | 3.3 | 4 | 25 ºC | 100.46 | 2.14 |
| 1J | 3.4 | 4 | 25 ºC | 100.25 | 2.03 |
| 1A | 2.5 | 4 | 40 ºC | 81.89 | 19.41 |
| 1B | 2.6 | 4 | 40 ºC | 90.10 | 15.60 |
| 1C | 2.7 | 4 | 40 ºC | 92.19 | 13.46 |
| 1D | 2.8 | 4 | 40 ºC | 94.89 | 10.98 |
| 1E | 2.9 | 4 | 40 ºC | 96.03 | 9.78 |
| 1F | 3 | 4 | 40 ºC | 97.26 | 8.09 |
| 1G | 3.1 | 4 | 40 ºC | 99.61 | 6.39 |
| 1H | 3.2 | 4 | 40 ºC | 98.58 | 5.25 |
| 1I | 3.3 | 4 | 40 ºC | 97.81 | 4.41 |
| 1J | 3.4 | 4 | 40 ºC | 97.35 | 3.85 |

[00310] The % total impurities for the pH 2.5 to 3.4 formulations and the pH 3.5 to 4.5 formulations observed in the experiments conducted at 25 °C and 40 °C are shown in **FIGURES 15** (25 ºC) and **16** (40 ºC).

[00311] The vasopressin assay amount for the vasopressin pH 2.5 to 3.4 formulations and the vasopressin pH 3.5 to 4.5 formulations observed in the experiments conducted at 25 °C and 40 °C are shown in **FIGURES 17** (25 ºC) and **18** (40 ºC). The vasopressin assay is presented as a % assay decrease of vasopressin over the four-week study period, rather than absolute assay, because the amount of starting vasopressin varied between the vasopressin pH 2.5 to 3.4 formulations and the vasopressin pH 3.5 to 4.5 formulations.

[00312] The results of the above experiments suggested that the stability of a vasopressin formulation was affected by pH. At 25 °C, the percent decrease in vasopressin after four weeks was lowest between pH 3.7 and pH 3.8 (**FIGURE 17**). Within the range of pH 3.7 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 15**). At 40 °C, the percent decrease in vasopressin after four weeks was lowest between pH 3.6 and pH 3.8 (**FIGURE 18**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 16**).

**EXAMPLE 11:** *Intra-assay and Inter-analysis precision of Vasopressin pH Experiments.*

[00313] The methods used to determine the % assay decrease and amount of impurities in the vasopressin solutions over time in **EXAMPLE 10** had both intra-assay and inter-analyst precision.

-139-

[00314] Intra-assay precision was demonstrated by performing single injections of aliquots of a vasopressin formulation ($n = 6$; Chemist 1) from a common lot of drug product and determining the assay and repeatability (% RSD; relative standard deviation). Inter-analyst precision was demonstrated by two different chemists testing the same lot of drug product; however, the chemists used different instruments, reagents, standard preparations, columns, and worked in different laboratories. The procedure included a common pooling of 20 vials of vasopressin, which were assayed by the two chemists using different HPLC systems and different HPLC columns. The vasopressin assay results (units/mL) and repeatability (% RSD for $n = 6$) were recorded and are reported in the **TABLE 44** below.

<div align="center">

**TABLE 44**: Precision of Vasopressin Results.

</div>

| Sample | Chemist 1 (units/mL) | Chemist 2 (units/mL) |
|:---:|:---:|:---:|
| 1 | 19.74 | 19.65 |
| 2 | 19.76 | 19.66 |
| 3 | 19.77 | 19.66 |
| 4 | 19.75 | 19.72 |
| 5 | 19.97 | 19.73 |
| 6 | 19.65 | 19.73 |
| **Mean** | 19.8 | 19.7 |
| **% RSD ($\leq$ 2.0%)** | 0.5% | 0.2% |

<div align="center">

**% Difference = 0.5% (acceptance criteria: $\leq$ 3.0%)**

$$\% \text{Difference} = \frac{\{\text{Chemist 1}_{\text{Mean}} - \text{Chemist 2}_{\text{Mean}}\}}{\{\text{Chemist 1}_{\text{Mean}} + \text{Chemist 2}_{\text{Mean}}\}} \times 200$$

</div>

[00315] The intra-assay repeatability met the acceptance criteria (% RSD $\leq$ 2.0%) with values of 0.5% and 0.2%. The inter-analyst repeatability also met the acceptance criteria (% difference $\leq$ 3.0%) with a difference of 0.5%.


**EXAMPLE 12**: *Effect of Citrate versus Acetate Buffer on Vasopressin Formulations.*

[00316] To test the effect of citrate and acetate buffer on vasopressin formulations, a total of twelve solutions of 20 Units/mL vasopressin were prepared in 1 mM citrate buffer, 10 mM citrate buffer, 1 mM acetate buffer, and 10 mM acetate buffer. All of the solutions were prepared in triplicate. Each solution was adjusted to pH 3.5 with hydrochloric acid.

-140-

[00317] The vasopressin formulations were stored at 60 °C for 7 days, and the assay (% label claim; vasopressin remaining) and % total impurities after 7 days were analyzed by HPLC using the procedure and experimental conditions described in **EXAMPLE 1.**

[00318] The assay (% label claim; vasopressin remaining) and % total impurities for each of the Vasopressin Buffered Formulations are reported in the **TABLES 45** and **46** below.

| TABLE 45: Assay (% label claim; vasopressin remaining) in the vasopressin formulations after storage at 60 °C for 7 days. | | | | |
|---|---|---|---|---|
| Buffer | Sample | | | Average |
| | 1 | 2 | 3 | |
| 1 mM citrate buffer | 89.5% | 89.7% | 90.6% | 89.9% |
| 10 mM citrate buffer | 84.1% | 84.4% | 84.5% | 84.3% |
| 1 mM acetate buffer | 90.5% | 91.1% | 91.9% | 91.2% |
| 10 mM acetate buffer | 90.9% | 90.9% | 92.4% | 91.4% |

| TABLE 46: % Total Impurities in the vasopressin formulations after storage at 60 °C for 7 days. | | | | |
|---|---|---|---|---|
| Buffer | Sample | | | Average |
| | 1 | 2 | 3 | |
| 1 mM citrate buffer | 3.4% | 3.5% | 2.5% | 3.1% |
| 10 mM citrate buffer | 9.5% | 9.0% | 9.4% | 9.3% |
| 1 mM acetate buffer | 3.3% | 2.8% | 3.2% | 3.1% |
| 10 mM acetate buffer | 2.9% | 2.6% | 3.1% | 2.9% |

[00319] The data indicated that the vasopressin assay in the vasopressin formulations with citrate buffer was lower than in the vasopressin formulations with acetate buffer. For example, at 10 mM of either citrate or acetate buffer, the average vasopressin assay was 91.4% in acetate buffer, but was 84.3% in citrate buffer. The data also indicated that % total impurities in the vasopressin formulations with citrate buffer were higher than in the vasopressin formulations with acetate buffer. For example, at 10 mM of either citrate or acetate buffer, the average % total impurities was 2.9% in acetate buffer, but was 9.3% in citrate buffer.

[00320] Further, as the citrate buffer concentration increased, the vasopressin assay further decreased (from an average of 89.9% to 84.3%), and the % total impurities increased (from an average of 3.1% to 9.3%). This effect was not observed in the vasopressin formulations with acetate buffer, where the average and % total impurities stayed fairly constant.

-141-

PAR-VASO-0010808

**EXAMPLE 13**: *Multi-dose vasopressin formulation.*

[00321] A multi-dose formulation (10 mL) for vasopressin that can be used in the clinic is detailed in **TABLE 47** below:

| TABLE 47: Drug Product Description | | |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Dosage Form | Injection | -- |
| Route of Administration | Intravenous | -- |
| Description | Clear colorless to practically colorless solution supplied in a 10 mL clear glass vial with flip-off cap | |

[00322] The composition of a 10 mL formulation of vasopressin is provided below.

| TABLE 48: Drug Product Composition | | | | |
|---|---|---|---|---|
| Ingredient | Grade | Function | Batch Quantity | Unit Formula |
| Vasopressin, USP | USP | Active | 3,000,000 Units | 20 Units |
| Sodium Acetate Trihydrate | USP | Buffer | 214.2 g | 1.36 mg |
| Sodium Hydroxide | NF | pH Adjustor | 40 g | QS to pH 3.8 |
| Hydrochloric Acid | NF/EP | pH Adjustor | 237.9 g | QS to pH 3.8 |
| Chlorobutanol | NF | Preservative | 0.8274 kg | 5 mg |
| Water for Injection | USP | Solvent | QS | QS to 1 mL |
| Nitrogen | NF | Processing Aid | -- | -- |

[00323] The 10 mL vasopressin formulation was compared to the guidelines for inactive ingredients provided by the Food and Drug Administration (FDA). The results are shown in **TABLE 49** below.

| TABLE 49 | | | |
|---|---|---|---|
| Ingredient | Vasopressin 10 mL Formulation (mg/mL) | Concentration (% w/v) | Inactive Ingredients Guideline Acceptable Level |
| Sodium Acetate Trihydrate | 1.36 | 0.136% | IV (infusion); Injection 0.16% |
| Sodium Hydroxide | QS to pH 3.8 | QS to pH 3.8 | N/A |
| Hydrochloric Acid | QS to pH 3.8 | QS to pH 3.8 | N/A |
| Chlorobutanol | 5 mg | 0.5% | IV (Infusion); Injection 1% |

-142-

PAR-VASO-0010809

| | | | |
|---|---|---|---|
| Water for Injection | QS to 1 mL | QS to target volume | N/A |

**EXAMPLE 14:** *Alternative vasopressin formulation for clinical use.*

[00324] A 1 mL dosage of vasopressin was prepared. A description of the formulation is shown in **TABLE 50** below.

| TABLE 50: Drug Product Description | | |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units/mL (~0.04 mg) |
| Dosage Form | Injection | -- |
| Route of Administration | Intravenous | -- |
| Description | Clear colorless to practically colorless solution supplied in a 3 mL vial with flip-off cap | -- |

[00325] The drug composition of the formulation is provided in **TABLE 51**.

| TABLE 51: Drug Product Composition | | |
|---|---|---|
| Ingredient | Function | Quantity (mg/mL) |
| Vasopressin, USP | Active | 20 Units |
| Sodium Acetate Trihydrate, USP | Buffer | 1.36 |
| Sodium Hydroxide NF/EP | pH Adjustor | QS for pH adjustment to pH 3.8 |
| Hydrochloric Acid, NF/EP | pH Adjustor | QS for pH adjustment to pH 3.8 |
| Water for Injection | Solvent | QS to 1 mL |

[00326] The 1 mL vasopressin formulation was compared to the guidelines for inactive ingredients provided by the Food and Drug Administration (FDA). The results are shown in **TABLE 52** below.

| TABLE 52 | | | |
|---|---|---|---|
| Ingredient | Vasopressin 1 mL Formulation (mg/mL) | Concentration (% w/v) | Inactive Ingredients Guideline Acceptable Level |
| Sodium Acetate Trihydrate | 1.36 | 0.136% | 0.16% |
| Sodium Hydroxide | QS to pH 3.8 | QS to pH 3.8 | 8% |
| Hydrochloric Acid | QS to pH 3.8 | QS to pH 3.8 | 10% |

-143-

PAR-VASO-0010810

| Water for Injection | QS to 1 mL | QS to target volume | N/A |

**EXAMPLE 15**: *15-month Stability Data for Vasopressin Formulations.*

[00327] The drug product detailed in **TABLE 51** was tested for stability over a 15-month period. Three different lots (X, Y, and Z) of the vasopressin drug formulation were stored at 25 ºC for 15 months in an upright or inverted position. At 0, 1, 2, 3, 6, 9, 12, 13, 14, and 15 months, the amount of vasopressin (AVP), % label claim (LC), amount of various impurities, and pH was measured. The vasopressin and impurity amounts were determined using the HPLC method described above in **EXAMPLE 1**. The results of the stability experiment are shown in **TABLES 53-54** below.

PAR-VASO-0010811

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| colspan TABLE 53 | | | | | | | | | | | | | | | | | | | |

**TABLE 53: Inverted Storage of Vasopressin Formulations at 25 ºC**

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 0 | 19.6 | 97.9 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.0 | 3.8 |
| Y | 0 | 19.7 | 98.6 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.1 | 3.8 |
| Z | 0 | 19.9 | 99.3 | 0.1 | | | | | 0.5 | | | 0.2 | | | | | | 0.8 | 3.8 |
| X | 1 | 19.6 | 98.1 | 0.2 | 0.2 | 0.1 | | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Y | 1 | 19.6 | 97.9 | 0.2 | 0.2 | 0.1 | | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.9 |
| Z | 1 | 19.8 | 99 | 0.2 | 0.2 | | | | 0.6 | 0.1 | | 0.2 | | | | | | 1.4 | 3.8 |
| X | 2 | 19.6 | 98.1 | 0.3 | 0.3 | 0.1 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.7 | 3.7 |
| Y | 2 | 19.5 | 97.5 | 0.3 | 0.3 | 0.1 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Z | 2 | 19.8 | 99 | 0.3 | 0.4 | | | | 0.5 | | | 0.2 | | | | | | 1.3 | 3.8 |
| X | 3 | 19.6 | 97.8 | 0.4 | 0.5 | 0.1 | 0.1 | | 0.3 | 0.4 | | 0.4 | | | | | | 2.2 | |
| Y | 3 | 19.5 | 97.4 | 0.4 | 0.4 | 0.1 | | | 0.3 | 0.4 | | 0.4 | | | | | | 2.0 | 3.8 |
| Z | 3 | 19.7 | 98.6 | 0.4 | 0.4 | | | | 0.5 | | | 0.3 | | | | | | 1.6 | |
| X | 6 | 19.3 | 96.5 | 0.7 | 0.8 | 0.1 | 0.2 | | 0.4 | 0.4 | | 0.4 | | | | | | 2.9 | 3.8 |
| Y | 6 | 19.2 | 95.9 | 0.6 | 0.7 | 0.1 | 0.1 | 0.1 | 0.4 | 0.4 | | 0.4 | | | | | | 2.5 | 3.9 |
| Z | 6 | 19.6 | 98 | 0.6 | 0.7 | | 0.1 | | 0.5 | | | 0.2 | | | | | | 2.3 | 3.9 |

Continuation of preceding table (column headings identical to Table 54 below):

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl1 (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 9 | 19 | 95 | 1.0 | 1.0 |  | 0.2 |  | 0.3 | 0.4 |  | 0.4 |  | 0.1 |  |  |  | 3.6 |  |
| Y | 9 | 18.9 | 94.5 | 0.8 | 1.0 |  | 0.2 |  | 0.3 | 0.4 |  | 0.4 |  | 0.1 |  |  |  | 3.1 | 3.9 |
| Z | 9 | 19.2 | 96 | 1.0 | 1.1 |  | 0.2 |  | 0.5 |  |  | 0.3 |  |  |  |  |  | 3.1 | 3.8 |
| X | 12 | 18.7 | 93.5 | 1.4 | 1.5 | 0.1 | 0.3 |  | 0.3 | 0.4 |  | 0.5 |  | 0.2 |  |  |  | 4.8 | 3.8 |
| Y | 12 | 18.6 | 93 | 1.1 | 1.2 | 0.2 | 0.3 |  | 0.3 | 0.5 |  | 0.3 |  | 0.2 |  |  |  | 4.4 | 3.8 |
| Z | 12 | 18.9 | 94.5 | 1.2 | 1.3 |  | 0.3 |  | 0.5 | 0.3 |  | 0.3 |  | 0.1 |  |  |  | 4.0 | 3.8 |
| X | 13 | 18.6 | 93 | 1.5 | 1.6 |  | 0.3 |  | 0.4 | 0.4 | 0.1 | 0.4 |  | 0.2 | 0.1 |  |  | 5.2 | 3.8 |
| Y | 13 | 18.5 | 92.5 | 1.2 | 1.3 | 0.2 | 0.3 |  | 0.4 | 0.1 | 0.5 | 0.1 | 0.4 | 0.2 | 0.2 |  |  | 5.2 | 3.9 |
| Z | 13 | 19 | 95 | 1.3 | 1.5 | 0.1 | 0.3 |  | 0.5 | 0.1 | 0.3 | 0.1 | 0.3 | 0.2 | 0.2 |  |  | 4.9 | 3.8 |
| X | 14 | 18.6 | 93 | 1.5 | 1.7 | 0.1 | 0.3 |  | 0.3 | 0.5 | 0.1 | 0.4 |  | 0.4 | 0.1 | 0.1 |  | 5.5 | 3.8 |
| Y | 14 | 18.5 | 92.5 | 1.2 | 1.4 |  | 0.3 |  | 0.3 | 0.4 | 0.1 | 0.5 |  | 0.3 |  |  |  | 5.3 | 3.9 |
| Z | 14 | 18.9 | 94.5 | 1.3 | 1.6 |  | 0.3 |  | 0.5 | 0.2 |  | 0.3 |  | 0.4 | 0.2 | 0.2 |  | 5.0 | 3.8 |
| X | 15 | 18.5 | 92.5 | 1.6 | 1.8 | 0.1 | 0.4 |  | 0.3 | 0.5 | 0.1 | 0.3 |  | 0.2 | 0.2 |  |  | 5.9 | 3.8 |
| Y | 15 | 18.4 | 92 | 1.3 | 1.5 | 0.1 | 0.3 |  | 0.3 | 0.4 | 0.1 | 0.4 | 0.5 | 0.3 | 0.1 |  |  | 5.3 | 3.9 |
| Z | 15 | 18.8 | 94 | 1.5 | 1.6 |  | 0.3 |  | 0.5 |  |  | 0.3 |  | 0.4 | 0.2 | 0.1 |  | 4.9 | 3.9 |

TABLE 54: Upright Storage of Vasopressin Formulations at 25 °C

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl1 (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 0 | 19.6 | 97.9 |  |  |  |  |  | 0.3 | 0.4 |  | 0.3 |  |  |  |  |  | 1.0 | 3.8 |

PAR-VASO-0010813

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 0 | 19.7 | 98.6 | | | | | 0.3 | 0.4 | | 0.3 | | | | | 1.1 | 3.8 |
| Z | 0 | 19.9 | 99.3 | 0.1 | | | | 0.5 | | | 0.2 | | | | | 0.8 | 3.8 |
| X | 1 | 19.6 | 98 | 0.2 | 0.2 | 0.1 | | 0.3 | 0.4 | | 0.3 | | | | | 1.6 | 3.8 |
| Y | 1 | 19.5 | 97.7 | 0.2 | 0.2 | | | 0.3 | 0.4 | | 0.3 | | | | | 1.4 | 3.9 |
| Z | 1 | 19.7 | 98.3 | 0.2 | 0.2 | | | 0.6 | | | 0.2 | | | | | 1.2 | 3.8 |
| X | 2 | 19.6 | 98.2 | 0.3 | 0.3 | | | 0.3 | 0.4 | | 0.3 | | | | | 1.6 | 3.7 |
| Y | 2 | 19.5 | 97.4 | 0.2 | 0.3 | 0.1 | | 0.4 | 0.4 | | 0.3 | | | | | 1.6 | 3.8 |
| Z | 2 | 19.8 | 99 | 0.3 | 0.3 | | | 0.5 | | | 0.2 | | | | | 1.3 | 3.8 |
| X | 3 | 19.5 | 97.6 | 0.4 | 0.4 | 0.1 | | 0.3 | 0.4 | | 0.4 | | | | | 2.1 | 3.7 |
| Y | 3 | 19.5 | 97.5 | 0.4 | 0.4 | 0.1 | | | 0.4 | | 0.4 | | | | | 1.9 | 3.8 |
| Z | 3 | 19.7 | 98.7 | 0.4 | 0.4 | | 0.1 | 0.5 | | | 0.3 | | | | | 1.7 | |
| X | 6 | 19.3 | 96.5 | 0.7 | 0.8 | 0.1 | 0.2 | 0.3 | 0.4 | | 0.4 | | | | | 2.9 | 3.8 |
| Y | 6 | 19.2 | 96 | 0.5 | 0.7 | 0.1 | 0.1 | 0.3 | 0.4 | | 0.4 | | | | | 2.5 | 3.9 |
| Z | 6 | 19.5 | 97.5 | 0.7 | 0.7 | | 0.2 | 0.5 | | | 0.3 | | | | | 2.3 | 3.9 |
| X | 9 | 18.9 | 94.5 | 1.0 | 1.1 | | 0.2 | 0.3 | 0.4 | | | 0.2 | 0.1 | | | 3.7 | 3.8 |
| Y | 9 | 18.9 | 94.5 | 0.8 | 0.9 | | 0.2 | | 0.4 | | 0.4 | 0.2 | | | | 3.1 | 3.9 |
| Z | 9 | 19.2 | 96 | 0.9 | 1.0 | | 0.2 | 0.5 | | | 0.3 | | | | | 2.9 | 3.8 |
| X | 12 | 18.6 | 93 | 1.4 | 1.5 | 0.1 | 0.3 | 0.3 | 0.4 | | 0.5 | 0.2 | 0.1 | | | 4.8 | 3.7 |
| Y | 12 | 18.7 | 93.5 | 1.1 | 1.2 | 0.1 | 0.3 | 0.3 | 0.4 | | 0.5 | | 0.2 | | 0.2 | 4.6 | 3.9 |
| Z | 12 | 18.9 | 94.5 | 1.3 | 1.4 | | 0.3 | 0.5 | | | 0.4 | 0.3 | 0.2 | | | 4.2 | 3.8 |
| X | 13 | 18.4 | 92 | 1.5 | 1.6 | 0.2 | 0.3 | 0.3 | 0.4 | 0.1 | 0.4 | 0.3 | 0.1 | 0.1 | | 5.4 | 3.8 |
| Y | 13 | 18.6 | 93 | 1.1 | 1.3 | 0.2 | 0.3 | 0.3 | 0.4 | 0.1 | 0.4 | 0.3 | 0.2 | | | 4.6 | 3.9 |
| Z | 13 | 18.8 | 94 | 1.3 | 1.5 | | 0.3 | 0.5 | 0.1 | | 0.3 | 0.4 | 0.2 | 0.1 | | 4.7 | 3.8 |
| X | 14 | 18.6 | 93 | 1.5 | 1.7 | 0.1 | 0.4 | 0.3 | 0.4 | 0.1 | 0.4 | 0.3 | 0.1 | | | 5.4 | 3.8 |

PAR-VASO-0010814

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 14 | 18.5 | 92.5 | 1.2 | 1.4 | 0.1 | 0.3 | | 0.3 | 0.5 | | 0.4 | | 0.5 | 0.3 | 0.3 | | 5.4 | 3.9 |
| Z | 14 | 18.8 | 94 | 1.3 | 1.5 | | 0.3 | | 0.5 | 0.1 | | 0.3 | | 0.5 | 0.2 | 0.2 | | 5.0 | 3.8 |
| X | 15 | 18.4 | 92 | 1.6 | 1.8 | 0.1 | 0.4 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.2 | | | 5.7 | 3.8 |
| Y | 15 | 18.4 | 92 | 1.3 | 1.5 | 0.2 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.5 | 0.3 | 0.3 | | 5.4 | 3.9 |
| Z | 15 | 18.6 | 93 | 1.5 | 1.6 | | 0.3 | | 0.5 | | | 0.2 | | 0.4 | 0.2 | 0.3 | | 5.1 | 3.9 |

PAR-VASO-0010815

[00328] The results from **TABLES 53-54** indicate that stability of the vasopressin formulations was not significantly affected by either inverted or upright storage. The impurities detected included Gly9 (SEQ ID NO.: 2), Glu4 (SEQ ID NO.: 4), D-Asn (SEQ ID NO.: 10), Asp5 (SEQ ID NO.: 3), Acetyl-AVP (SEQ ID NO.: 7), vasopressin dimer, and several unidentified impurities (UI). The unidentified impurities are labeled with a range of relative retention times at which the impurities eluted from the column.

[00329] The results indicate that the pH remained fairly constant over the 15-month period, fluctuating between 3.8 and 3.9 throughout the 15 months. The total impurities did not increase over 5.9%, and the % LC of vasopressin did not decrease below 92%.

[00330] **FIGURE 19** shows a graph depicting the % LC over the 15-month study period for the results provided in **TABLES 53-54**. The starting amounts of vasopressin were 97.9% LC for lot X, 98.6% LC for lot Y, and 99.3% LC for lot Z. The results indicate that the % LC of vasopressin decreased over the 15-month study period, but did not decrease below 92% LC.

[00331] The formula for the trend line of lot X was:

$$\% \text{ LC} = 98.6 - 0.4262(\text{month})$$

[00332] The formula for the trend line of lot Y was:

$$\% \text{ LC} = 98.47 - 0.4326(\text{month})$$

[00333] The formula for the trend line of lot Z was:

$$\% \text{ LC} = 99.54 - 0.3906(\text{month})$$

## EMBODIMENTS

[00334] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00335] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a

-149-

pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH. In some embodiments, the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a poloxamer. In some embodiments, the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the composition further comprises SEQ ID NO. 3. In some embodiments, the composition further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form is an injectable of about 1mL volume. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the vasopressin or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the  pharmaceutically-acceptable salt thereof. In some embodiments, one of the plurality of peptides is SEQ ID NO.: 2. In some embodiments, one of the plurality of peptides is SEQ ID NO.:3. In some embodiments, wherein one of the plurality of peptides is SEQ ID NO.: 4. In some embodiments, the buffer has a pH of about 3.5.

-150-

PAR-VASO-0010817

WHAT IS CLAIMED IS:

1.      A pharmaceutical composition comprising, in a unit dosage form:

       a)      from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and

       b)      a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof,

wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of:

       A)      vasopressin, or a pharmaceutically-acceptable salt thereof; and

       B)      a buffer having acidic pH.

2.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety.

3.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide.

4.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a poloxamer.

5.      The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof.

6.      The pharmaceutical composition of claim 5, wherein the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof

-151-

after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

7.    The pharmaceutical composition of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

8.    The pharmaceutical composition of claim 7, wherein the composition further comprises SEQ ID NO. 3.

9.    The pharmaceutical composition of claim 8, wherein the composition further comprises SEQ ID NO. 4.

10.    The pharmaceutical composition of claim 1, wherein the unit dosage form is an injectable of about 1mL volume.

11.    The pharmaceutical composition of claim 1, wherein the unit dosage form consists essentially of:
    a)    about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof;
    b)    the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof; and
    c)    a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof.

12.    The pharmaceutical composition of claim 11, wherein one of the plurality of peptides is SEQ ID NO.: 2.

13.    The pharmaceutical composition of claim 12, wherein one of the plurality of peptides is SEQ ID NO.:3.

14.    The pharmaceutical composition of claim 13, wherein one of the plurality of peptides is

-152-

PAR-VASO-0010819

SEQ ID NO.: 4.

15.     The pharmaceutical composition of claim 1, wherein the buffer has a pH of about 3.5.

PAR-VASO-0010820

**ABSTRACT**

Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations.

PAR-VASO-0010821



**FIGURE 1**

PAR-VASO-0010822



**FIGURE 2**

PAR-VASO-0010823



**FIGURE 3**



FIGURE 4



**FIGURE 5**

PAR-VASO-0010826



FIGURE 6



FIGURE 7



**FIGURE 8**



**FIGURE 9**

PAR-VASO-0010830



**FIGURE 10**



Assay vs. Target pH 25C

**FIGURE 11**

PAR-VASO-0010832



Total Impurities vs. Target pH 25C

Total impurities

Target pH

FIGURE 12

PAR-VASO-0010833



FIGURE 13



FIGURE 14

PAR-VASO-0010835



% Total Impurities vs. Target pH

FIGURE 15

PAR-VASO-0010836



% Total Impurities vs. Target pH

FIGURE 16

PAR-VASO-0010837



% Assay Decrease (Absolute) vs. Target pH

**FIGURE 17**

PAR-VASO-0010838



FIGURE 18

PAR-VASO-0010839

100
98
96
94
92
% LC
Lot Z
Lot Y
Lot X
0
5
10
15
Month

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 28291256 |
| **Application Number:** | 15426693 |
| **International Application Number:** | |
| **Confirmation Number:** | 1012 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.502 |
| **Receipt Date:** | 07-FEB-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 17:03:44 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $140 |
| RAM confirmation Number | 020817INTEFSW00004113232415 |
| Deposit Account | 232415 |
| Authorized User | Trisha Agrawal |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     37 CFR 1.16 (National application filing, search, and examination fees) | |
|     37 CFR 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0010841

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Fee Worksheet (SB06) | fee-info.pdf | 29977<br><br>998b72059ada100880fa73659a28bf78f236d9f1 | no | 2 |

**Warnings:**

**Information:**

| | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 29977 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0010842



**FIGURE 1**

PAR-VASO-0010843



**FIGURE 2**

PAR-VASO-0010844



**FIGURE 3**

PAR-VASO-0010845



Minutes

**FIGURE 4**



**FIGURE 5**

PAR-VASO-0010847



FIGURE 6

PAR-VASO-0010848



276.0

AU

**FIGURE 7**

PAR-VASO-0010849



276.0

AU

**FIGURE 8**



**FIGURE 9**

PAR-VASO-0010851



**FIGURE 10**

PAR-VASO-0010852



Assay vs. Target pH 25C

**FIGURE 11**



FIGURE 12



FIGURE 13



FIGURE 14

PAR-VASO-0010856



% Total Impurities vs. Target pH

FIGURE 15

PAR-VASO-0010857





FIGURE 16

PAR-VASO-0010858



% Assay Decrease (Absolute) vs. Target pH

**FIGURE 17**



FIGURE 18

PAR-VASO-0010860



PATENT APPLICATION

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

Inventor(s):   Matthew Kenney
               32227 Chatham Street
               New Haven, MI  48048

               Vinayagam Kannan
               611 Timothy Lane, Apt. 204
               Rochester, MI  48307

               Sunil Vandse
               83 Dorchester Drive
               Basking Ridge, NJ  07920

               Suketu Sanghvi
               1 Hancock Drive
               Kendall Park, NJ  08824


Assignee:      Par Pharmaceutical, Inc.
               One Ram Ridge Road
               Chestnut Ridge, NY 10977


Entity:        Large

WSGR

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on:  February 7, 2017**

-1-

PAR-VASO-0010862

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

## CROSS REFERENCE

[0001] This Application is a continuation-in-part of United States Application No. 15/289,640, filed October 10, 2016, which is a continuation-in-part of United States Application No. 14/717,877, filed May 20, 2015, which is a continuation of United States Application No. 14/610,499, filed January 30, 2015, each of which is incorporated herein by reference in its entirety.

## BACKGROUND

[0002] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin suffer from poor long-term stability.

## INCORPORATION BY REFERENCE

[0003] Each patent, publication, and non-patent literature cited in the application is hereby incorporated by reference in its entirety as if each was incorporated by reference individually.

## SEQUENCE LISTING

[0004] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on February 6, 2017 is named 47956702503_SL.txt and is 5184 bytes in size.

## SUMMARY OF THE INVENTION

[0005] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about

-2-

5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH.

## BRIEF DESCRIPTION OF THE FIGURES

[0006] **FIGURE 1** is a chromatogram of a diluent used in vasopressin assay.

[0007] **FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0008] **FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

[0009] **FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

[0010] **FIGURE 5** is a chromatogram of a vasopressin standard solution.

[0011] **FIGURE 6** is a chromatogram of a sample vasopressin preparation.

[0012] **FIGURE 7** is a UV spectrum of a vasopressin sample.

[0013] **FIGURE 8** is a UV spectrum of a vasopressin standard.

[0014] **FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

[0015] **FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.

[0016] **FIGURE 11** plots vasopressin stability across a range of pH at 25 ºC.

[0017] **FIGURE 12** plots vasopressin impurities across a range of pH at 25 ºC.

[0018] **FIGURE 13** plots vasopressin stability across a range of pH at 40 ºC.

[0019] **FIGURE 14** plots vasopressin impurities across a range of pH at 40 ºC.

[0020] **FIGURE 15** illustrates vasopressin impurities across a range of pH at 25 ºC.

[0021] **FIGURE 16** illustrates vasopressin impurities across a range of pH at 40 ºC.

[0022] **FIGURE 17** illustrates the effect of pH on vasopressin at 25 ºC.

[0023] **FIGURE 18** illustrates the effect of pH on vasopressin at 40 ºC.

[0024] **FIGURE 19** depicts the % LC of vasopressin formulations stored for 15 months at 25 ºC.

## DETAILED DESCRIPTION

*Vasopressin and peptides of the invention.*

[0025] Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells

-3-

PAR-VASO-0010864

of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

[0026] Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

[0027] Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):



[0028] At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit

-4-

dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

[0029] Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

[0030] Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

[0031] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below. All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |

-5-

| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

*Therapeutic Uses.*

[0032] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0033] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia, bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension, meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be administered to a subject undergoing, for example, surgery or hysterectomy.

[0034] Plasma osmolality is a measure of the plasma's electrolyte-water balance and relates to blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0035] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-

-6-

term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0036] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0037] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers: systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

[0038] Blood pressure for a healthy human adult between the ages of 18-65 can range from about 90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0039] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

PAR-VASO-0010868

[0040] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.

*Pharmaceutical Formulations.*

[0041] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH buffering agents, and other pharmaceutically-acceptable additives.

[0042] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents, anti-static agents, surfactants, anti-oxidants, coloring agents, flavoring agents, plasticizers, preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0043] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0044] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

-8-

PAR-VASO-0010869

[0045] In some embodiments, a pharmaceutical composition has a shelf life of at least about 12 months, at least about 13 months, at least about 14 months, at least about 15 months, at least about 16 months, at least about 17 months, at least about 18 months, at least about 19 months, at least about 20 months, at least about 21 months, at least about 22 months, at least about 23 months, at least about 24 months, at least about 25 months, at least about 26 months, at least about 27 months, at least about 28 months, at least about 29 months, or at least about 30 months. The shelf life can be at any temperature, including, for example, room temperature and refrigeration (*i.e.*, 2-8°C). As used herein, "shelf life" means the period beginning from manufacture of a formulation beyond which the formulation cannot be expected beyond reasonable doubt to yield the therapeutic outcome approved by a government regulatory agency

[0046] In some embodiments, a vasopressin formulation of the invention comprises a pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0047] In some embodiments, a vasopressin formulation of the invention has a half-life at about 5 °C to about 8 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about 200%, no more than about 250%, no more than about 300%, no more than about 350%, no more than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about

-9-

800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0048] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0049] A formulation described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to a subject.

[0050] A unit dosage form described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5

-10-

PAR-VASO-0010871

weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to a subject.

[0051] A diluted unit dosage form described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to subject.

[0052] The stability of a formulation described herein can be measured after, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11

-11-

PAR-VASO-0010872

weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years.

[0053] A formulation or unit dosage form described herein can exhibit, for example, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9% about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, or about 10% degradation over a specified period of time. The degradation of a formulation or a unit dosage form disclosed herein can be assessed after about 24 hours, about 36 hours, about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 8 months, about 10 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage. The degradation of a formulation or a unit dosage form disclosed herein can be assessed at a temperature of, for example, about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C,

-12-

PAR-VASO-0010873

about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, or about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C, about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34 °C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33 °C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about 41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about 40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C.

[0054] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[0055] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or

-13-

assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62 °C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C, about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

[0056] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include from about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C, about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34 °C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33 °C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about 41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about 40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C, about 46 °C to about 51 °C, about 47 °C to about 52 °C, about 48 °C to about 53 °C, about 49 °C to about 54 °C, about 50 °C to about 55 °C, about 51 °C to about 56 °C, about 52 °C to about 57 °C, about 53 °C to about 58 °C, about 54 °C to about 59 °C, about 55 °C to about 60 °C, about 56 °C to about 61 °C, about 57 °C to about 62 °C,

-14-

about 58 ℃ to about 63 ºC, about 59 ℃ to about 64 ºC, about 60 ℃ to about 65 ºC, about 61 ℃ to about 66 ºC, about 62 ℃ to about 67 ºC, about 63 ℃ to about 68 ºC, about 64 ℃ to about 69 ºC, about 65 ℃ to about 70 ℃, about 66 ℃ to about 71 ℃, about 67 ℃ to about 72 ℃, about 68 ℃ to about 73 ℃, about 69 ℃ to about 74 ℃, about 70 ℃ to about 74 ℃, about 71 ℃ to about 76 ℃, about 72 ℃ to about 77 ºC, about 73 ℃ to about 78 ºC, about 74 ℃ to about 79 ºC, or about 75 ℃ to about 80 ºC.

[0057] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 ℃, about 20.1 ℃, about 20.2 ℃, about 20.3 ℃, about 20.4 ℃, about 20.5 ℃, about 20.6 ℃, about 20.7 ℃, about 20.8 ℃, about 20.9 ℃, about 21.0 ℃, about 21.1 ℃, about 21.2 ℃, about 21.3 ℃, about 21.4 ℃, about 21.5 ℃, about 21.6 ℃, about 21.7 ℃, about 21.8 ℃, about 21.9 ℃, about 22.0 ℃, about 22.1 ℃, about 22.2 ℃, about 22.3 ℃, about 22.4 ℃, about 22.5 ℃, about 22.6 ℃, about 22.7 ℃, about 22.8 ℃, about 22.9 ℃, about 23.0 ℃, about 23.1 ℃, about 23.2 ℃, about 23.3 ℃, about 23.4 ℃, about 23.5 ℃, about 23.6 ℃, about 23.7 ℃, about 23.8 ℃, about 23.9 ℃, about 24.0 ℃, about 24.1 ℃, about 24.2 ℃, about 24.3 ℃, about 24.4 ℃, about 24.5 ℃, about 24.6 ℃, about 24.7 ℃, about 24.8 ℃, about 24.9 ℃, or about 25.0 ℃.

[0058] A pharmaceutical composition of the disclosed can be supplied, stored, or delivered in a vial or tube that is, for example, about 0.5 mL, about 1 mL, about 2 mL, about 3 mL, about 4 mL, about 5 mL, about 6 mL, about 7 mL, about 8 mL, about 9 mL, about 10 mL, about 11 mL, about 12 mL, about 13 mL, about 14 mL, about 15 mL, about 16 mL, about 17 mL, about 18 mL, about 19 mL, or about 20 mL in volume.

[0059] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[0060] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for

-15-

parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle, for example, sterile pyrogen-free water, before use.

*Comparison Formulations.*

[0061] A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

[0062] A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a

-16-

PAR-VASO-0010877

solvent such as water.  Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

*Methods.*

[0063] Any formulation described herein can be diluted prior to administration to a subject. Diluents that can be used in a method of the invention include, for example, compound sodium lactate solution, 6% dextran, 10% dextran, 5% dextrose, 20% fructose, Ringer's solution, 5% saline, 1.39% sodium bicarbonate, 1.72% sodium lactate, or water. Upon dilution, any diluted formulation disclosed herein can be stored for, for example, about 24 hours, about 36 hours, about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 8 months, about 10 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage. Upon dilution, any diluted formulation disclosed herein can be stored at, for example, about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, or about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to

-17-

about 24 ºC, about 20 °C to about 25 ºC, about 21 °C to about 26 ºC, about 22 °C to about 27 ºC, about 23 °C to about 28 ºC, about 24 °C to about 29 ºC, about 25 °C to about 30 ºC, about 26 °C to about 31 ºC, about 27 °C to about 32 ºC, about 28 °C to about 33 ºC, about 29 °C to about 34 ºC, about 30 °C to about 35 ºC, about 31 °C to about 36 ºC, about 32 °C to about 37 ºC, about 33 °C to about 38 ºC, about 34 °C to about 39 ºC, about 35 °C to about 40 ºC, about 36 °C to about 41 ºC, about 37 °C to about 42 ºC, about 38 °C to about 43 ºC, about 39 °C to about 44 ºC, about 40 °C to about 45 ºC, about 41 °C to about 46 ºC, about 42 °C to about 47 ºC, about 43 °C to about 48 ºC, about 44 °C to about 49 ºC, about 45 °C to about 50 ºC.

[0064] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[0065] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

-18-

PAR-VASO-0010879

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[0066] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[0067] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one week.

[0068] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-19-

PAR-VASO-0010880

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about two weeks.

[0069] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about three weeks.

[0070] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the

-20-

PAR-VASO-0010881

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about four weeks.

[0071] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about six weeks.

[0072] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

-21-

PAR-VASO-0010882

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about three months.

[0073] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about six months.

[0074] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about one year.

[0075] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-22-

PAR-VASO-0010883

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about two years.

[0076] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about three years.

[0077] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

-23-

human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0078] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 48 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0079] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 96 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

-24-

[0080] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 1 week; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0081] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0082] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3

-25-

PAR-VASO-0010886

weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0083] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one week.

[0084] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

-26-

PAR-VASO-0010887

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0085] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0086] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0087] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-27-

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one year; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0088] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least two years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[0089] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least three years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

-28-

PAR-VASO-0010889

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0090] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[0091] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 48 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

-29-

PAR-VASO-0010890

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about 48 hours.

[0092] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least 96 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about 96 hours.

[0093] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least one week; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about one week.

[0094] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-30-

PAR-VASO-0010891

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 weeks.

[0095] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 weeks.

[0096] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

-31-

human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[0097] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 3 months; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[0098] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

-32-

PAR-VASO-0010893

[0099] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 1 year; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 year.

[00100] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

[00101] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3

-33-

PAR-VASO-0010894

years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 years.

[00102] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 24 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00103] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 48 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00104] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 96 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00105] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 1 week; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00106] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-35-

PAR-VASO-0010896

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00107] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00108] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL)

PAR-VASO-0010897

of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one week.

[00109] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00110] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt

PAR-VASO-0010898

thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00111] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 1 year; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00112] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 2 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00113] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07

-38-

PAR-VASO-0010899

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00114] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00115] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted

-39-

PAR-VASO-0010900

unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[00116] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00117] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

-40-

PAR-VASO-0010901

[00118] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00119] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00120] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4

-41-

weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00121] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00122] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

PAR-VASO-0010903

salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00123] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00124] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00125] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-43-

PAR-VASO-0010904

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00126] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[00127] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL)

-44-

of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[00128] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 96 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00129] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least one week; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt

-45-

PAR-VASO-0010906

thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00130] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 2 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00131] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00132] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07

-46-

PAR-VASO-0010907

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00133] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 months.

[00134] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted

-47-

PAR-VASO-0010908

unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00135] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one year; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one year.

[00136] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

-48-

PAR-VASO-0010909

[00137] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 years.

[00138] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 24 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00139] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 48 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

-49-

PAR-VASO-0010910

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC,  for about four weeks.

[00140] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 96 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00141] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 1 week; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00142] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 2 weeks; and c)

-50-

PAR-VASO-0010911

intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00143] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 3 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00144] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00145] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a

-51-

PAR-VASO-0010912

pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00146] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 6 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00147] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 1 year; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

PAR-VASO-0010913

[00148] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00149] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C ,for example, 5 °C, for at least 3 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00150] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein

-53-

PAR-VASO-0010914

the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00151] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[00152] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00153] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

-54-

PAR-VASO-0010915

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00154] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC,for example, 5 ºC, for about two weeks.

[00155] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about three weeks.

[00156] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c)

-55-

intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00157] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00158] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00159] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a

PAR-VASO-0010917

pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 year.

[00160] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

[00161] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

-57-

[00162] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 24 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00163] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 48 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC for about, for example, 5 ºC,48 hours.

[00164] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 96 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein

-58-

PAR-VASO-0010919

the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00165] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 1 week; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00166] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00167] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

-59-

PAR-VASO-0010920

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00168] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00169] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 3 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00170] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 6 months; and c)

-60-

intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00171] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 1 year; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00172] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 2 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00173] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a

PAR-VASO-0010922

pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

*Dosage Amounts.*

[00174] In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a subject having a disease or condition to be treated. A therapeutically-effective amount can vary widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[00175] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about

-62-

PAR-VASO-0010923

8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, about 10 mL, about 11 mL, about 12 mL, about 13 mL, about 14 mL, about 15 mL, about 16 mL, about 17 mL, about 18 mL, about 19 mL, or about 20 mL.

[00176] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or about 50 units/mL.

[00177] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 μg, about 0.05 μg, about 0.1 μg, about 0.15 μg, about 0.2 μg, about 0.25 μg, about 0.3 μg, about 0.35 μg, about 0.4 μg, about 0.5 μg, about 0.6 μg, about 0.7 μg, about 0.8 μg, about 0.9 μg, about 1 μg, about 2 μg, about 3 μg, about 4 μg, about 5 μg, about 10 μg, about 15 μg, about 20 μg, about 25 μg, about 30 μg, about 35 μg, about 40 μg, about 45 μg, about 50 μg, about 60 μg, about 70 μg, about 80 μg, about 90 μg, about 100 μg, about 125 μg, about 150 μg, about 175 μg, about 200 μg, about 250 μg, about 300 μg, about 350 μg, about 400 μg, about 450 μg, about 500 μg, about 600 μg, about 700 μg, about 800 μg, about 900 μg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[00178] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8

-63-

PAR-VASO-0010924

mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[00179] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[00180] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75, about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2, about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[00181] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, from about 2 to about 2.2, about 2.05 to about 2.25, about 2.1 to about 2.3, about 2.15 to about 2.35, about 2.2 to about 2.4, about 2.25 to about 2.45, about 2.3 to about 2.5, about 2.35 to about 2.55, about 2.4 to about 2.6, about 2.45 to about 2.65, about 2.5 to about 2.7, about 2.55 to about 2.75, about 2.6 to about 2.8, about 2.65 to about 2.85, about 2.7 to about 2.9, about 2.75 to about 2.95, about 2.8 to about 3, about 2.85 to about 3.05, about 2.9 to about 3.1, about 2.95 to about 3.15, about 3 to about 3.2, about 3.05 to about 3.25, about 3.1 to about 3.3, about 3.15 to about 3.35, about 3.2 to about 3.4, about 3.25 to about 3.45, about 3.3 to about 3.5, about 3.35 to about 3.55, about 3.4 to about 3.6, about 3.45 to about 3.65, about 3.5 to about 3.7, about 3.55 to about 3.75, about 3.6 to about 3.8, about 3.65 to about 3.85, about 3.7 to about 3.9, about 3.7 to about 3.8, about 3.75 to about 3.95, about 3.75 to about 3.8, about 3.8 to about 3.85, about 3.75 to about 3.85, about 3.8 to about 4, about 3.85 to about 4.05, about 3.9 to about 4.1, about 3.95 to about 4.15, about 4 to about 4.2, about 4.05 to about 4.25, about 4.1 to about

-64-

PAR-VASO-0010925

4.3, about 4.15 to about 4.35, about 4.2 to about 4.4, about 4.25 to about 4.45, about 4.3 to about 4.5, about 4.35 to about 4.55, about 4.4 to about 4.6, about 4.45 to about 4.65, about 4.5 to about 4.7, about 4.55 to about 4.75, about 4.6 to about 4.8, about 4.65 to about 4.85, about 4.7 to about 4.9, about 4.75 to about 4.95, about 4.8 to about 5, about 4.85 to about 5.05, about 4.9 to about 5.1, about 4.95 to about 5.15, or about 5 to about 5.2 pH units.

[00182] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at least 0.00005 Pa.s, or at least 0.00001 Pa.s.

[00183] In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[00184] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least 35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40% pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure,

PAR-VASO-0010926

at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least 97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[00185] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.


*Pharmaceutically-acceptable excipients.*

[00186] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

[00187] In some embodiments, the pharmaceutical composition provided herein comprises a

-66-

PAR-VASO-0010927

sugar as an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[00188] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N'-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[00189] In some embodiments, a pharmaceutical composition of the invention comprises a source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[00190] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[00191] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

[00192] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, chlorobutanol, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous acid, phenol, phenylethyl alcohol, phenylmercuric

-67-

PAR-VASO-0010928

nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[00193] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[00194] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[00195] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99%, or about 100% by mass or by volume of the unit dosage form.

[00196] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1,

-68-

PAR-VASO-0010929

about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.

*Pharmaceutically-Acceptable Salts.*

[00197] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[00198] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[00199] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[00200] Ammonium salts can arise from the addition of ammonia or an organic amine to a compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrrazole, pipyrrazole, imidazole, pyrazine, or pipyrazine.

-69-

PAR-VASO-0010930

[00201] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[00202] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[00203] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.


*Peptide Sequence.*

[00204] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu);  lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser);  threonine (T, Thr);  tryptophan (W, Trp); tyrosine (Y, Tyr);  valine (V, Val).  In some embodiments, the amino acid is a L-enantiomer.  In some embodiments, the amino acid is a D-enantiomer.

[00205] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%,

PAR-VASO-0010931

about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[00206] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1. In some embodiments, a pharmaceutical composition of the invention comprises vasopressin and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth peptide.

[00207] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or 10 : about 1.

[00208] The amount of another peptide or impurity in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%,

-71-

about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[00209] Another peptide or impurity present in a composition described herein can be, for example, SEQ ID NO.: 2, SEQ ID NO.: 3, SEQ ID NO.: 4, SEQ ID NO.: 5, SEQ ID NO.: 6, SEQ ID NO.: 7, SEQ ID NO.: 8, SEQ ID NO.: 9, SEQ ID NO.: 10, SEQ ID NO.: 11, SEQ ID NO.: 12, SEQ ID NO.: 13, SEQ ID NO.: 14, SEQ ID NO.: 15, SEQ ID NO.: 16, SEQ ID NO.: 17, a dimer of SEQ ID NO.: 1, an unidentified impurity, or any combination thereof.

[00210] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[00211] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[00212] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm, about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[00213] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example,

-72-

PAR-VASO-0010933

trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

[00214] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.

## EXAMPLES

**EXAMPLE 1**: *Impurities of Vasopressin as detected by HPLC.*

[00215] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[00216] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[00217] Experimental conditions are summarized in **TABLE 2** below.

-73-

PAR-VASO-0010934

| TABLE 2 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 µm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25ºC |
| Flow Rate | 1.0 mL/min |
| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. |
| Injection Volume | 100 µL |
| Run time | 55 minutes |
| Autosampler Vials | Polypropylene vials |
| Pump (gradient) | Time (min) %A %B Flow<br>0 90 10 1.0<br>40 50 50 1.0<br>45 50 50 1.0<br>46 90 10 1.0<br>55 90 10 1.0 |

[00218] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[00219] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 µm membrane filter under vacuum, and the volume was adjusted as necessary.

[00220] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[00221] The working standard solution contained approximately 20 units/mL of vasopressin. The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[00222] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

-74-

[00223] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[00224] A second working standard solution was prepared as directed under the standard preparation.

[00225] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

[00226] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

[00227] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[00228] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[00229] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[00230] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[00231] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00232] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00233] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline

-75-

PAR-VASO-0010936

was achieved.

[00234] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00235] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

[00236] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE 4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00237] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

[00238] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00239] Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

[00240] Then, one injection of the working standard solution was made.

[00241] Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

[00242] The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

[00243] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

-76-

PAR-VASO-0010937

[00244] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00245] The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation. **FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

[00246] To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \text{ x Conc STD}$$

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00247] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00248] The impurities were calculated using the formula below:

$$\text{\% impurity} = \frac{R_I}{R_S} \text{ x } \frac{\text{Conc STD}}{20 \text{ U/mL}} \text{ x } 100\%$$

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00249] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

| TABLE 3 |
|---|
|  |

PAR-VASO-0010938

| Name | Formula | Appr. RRT | Molar Mass (g) |
|---|---|---|---|
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH$_2$    SEQ ID NO.: 1  (disulfide bridge between cys residues) | | | |
| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG    SEQ ID NO.: 2  (disulfide bridge between cys residues) | | | |
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$   SEQ ID NO.: 3   (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$   SEQ ID NO.: 4   (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$    SEQ ID NO.: 7   (disulfide bridge between cys residues) | | | |
| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |

PAR-VASO-0010939

| | | | |
|---|---|---|---|
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

**EXAMPLE 2:** *Investigation of pH.*

[00250] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

**EXAMPLE 3:** *Effect of peptide stabilizers on vasopressin formulation.*

[00251] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4.** Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| colspan | | | | | |
|---|---|---|---|---|---|
| **TABLE 4** | | | | | |
| **Ethanol** | **PEG 400** | **Glycerol** | **Poloxamer 188** | **HPbCD[a]** | **n-Methylpyrrolidone (NMP)** |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00252] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect was about 5% to about 10% greater than that observed in the experiments of **EXAMPLE 2**.

**EXAMPLE 4:** *Effect of buffer and divalent metals on vasopressin formulation.*

[00253] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate

PAR-VASO-0010940

buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00254] The tested combinations provided vasopressin stability comparable to that of a vasopressin formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.


**EXAMPLE 5:** *Illustrative formulations for assessment of vasopressin stability.*

[00255] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed using HPLC.

[00256] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00257] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300, NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00258] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00259] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one week.

[00260] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to test the stability of vasopressin.

-80-

PAR-VASO-0010941

[00261] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00262] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00263] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

**EXAMPLE 6:** *Illustrative vasopressin formulation for clinical use.*

[00264] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

**EXAMPLE 7:** *Illustrative regimen for therapeutic use of a vasopressin formulation.*

[00265] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

*Preparation and Use of Vasopressin.*

[00266] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin at 20 units/mL.

[00267] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen.

-81-

PAR-VASO-0010942

Alternatively, a unit dosage form of vasopressin can be stored between 2 ºC and 8 ºC for about 1 week, 2 weeks, 3 weeks, 4 weeks, 5 weeks, 6 weeks, 7 weeks, or 8 weeks.

[00268] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00269] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00270] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

[00271] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00272] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

[00273] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

[00274] Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.

*Contraindications, Adverse Reactions, and Drug-Drug Interactions.*

[00275] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired

-82-

PAR-VASO-0010943

cardiac response can worsen cardiac output.

[00276] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00277] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00278] Vasopressin has been observed to interact with other drugs. For example, use of vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00279] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00280] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00281] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

-83-

PAR-VASO-0010944

[00282] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.


*Use of Vasopressin in Specific Populations.*

[00283] Vasopressin is a Category C drug for pregnancy.

[00284] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to preconception levels.


*Overdosage.*

[00285] Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.


*Pharmacology of Vasopressin.*

[00286] Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic
arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

[00287] The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-

-84-

PAR-VASO-0010945

Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:



H — Cys — Tyr — Phe — Glu(NH$_2$) — Asp(NH$_2$) — Cys — Pro — Arg — Gly — NH$_2$
    1    2    3    4          5        6   7   8   9

SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

[00288] One mg of vasopressin is equivalent to 530 units. Alternatively, one mg of vasopressin is equivalent to 470 units.

[00289] The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

[00290] At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00291] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00292] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological

-85-

PAR-VASO-0010946

activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

*Carcinogenesis, Mutagenesis, Impairment of Fertility.*

[00293] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.

*Clinical studies.*

[00294] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

**EXAMPLE 8:** *Effect of Temperature on Vasopressin Formulations.*

[00295] To test the effect of temperature on the stability of vasopressin formulation, solutions containing 20 units/mL vasopressin and chlorobutanol, adjusted to pH 3.5 with acetic acid, were prepared. One mL of each vasopressin formulations was then filled into 3 cc vials. Each Vasopressin Formulation was stored either inverted or upright for at least three months, up to 24 months, at: (i) 5 °C; (ii) 25 °C and 60% relative humidity; or (iii) 40 °C and 75% humidity, and the amount of vasopressin (U/mL) and % total impurities were measured periodically. **TABLES 7-12** below display the results of the experiments at 5 °C. The results of the experiments at 25 °C are included in **TABLES 13-18**. All of the experiments were performed in triplicate. The results of the experiments at 40 °C are included in **TABLES 19-24**. For each temperature tested, three lots of the vasopressin formulation were stored for 24 months (5 °C and 25 °C) and 3 months (40 °C), and measurements were taken at regular intervals during the testing periods. "NMT" as used in the tables denotes "not more than."

[00296] The vasopressin and impurity amounts observed in the experiments conducted at 5 °C are shown in **TABLES 7-12** below (AVP = Vasopressin).

| TABLE 7 |
|---|
| **Samples stored inverted at 5 °C** |

-86-

PAR-VASO-0010947

| Test | | Initial | Time in months | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| | | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |

| TABLE 8 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |

| TABLE 9 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |

PAR-VASO-0010948

| TABLE 10 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| | Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |

| TABLE 11 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |

| TABLE 12 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |

-88-

PAR-VASO-0010949

| | Total Impurities: NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |

[00297] The vasopressin and impurity amounts observed in the experiments conducted at 25 °C and 60% relative humidity are shown in **TABLES 13-18** below.

| TABLE 13 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 |
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% |

| TABLE 14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4% |

| TABLE 15 | | |
|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | |
| Test | Acceptance | Initial | Time in months |

PAR-VASO-0010950

| | Criteria | | 3 | 6 | 9 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|---|
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9% |

| TABLE 16 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% |

| TABLE 17 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 |
| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% |

PAR-VASO-0010951

| TABLE 18 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 25 °C and 60% Relative Humidity | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% |

[00298] The vasopressin and impurity amounts observed in the experiments conducted at 40 °C and 75% relative humidity are shown in **TABLES 19-24** below.

| TABLE 19 | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |

| TABLE 20 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |

PAR-VASO-0010952

| | Total Impurities: NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
|---|---|---|---|---|---|

| TABLE 21 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |

| TABLE 22 | | | | | |
|---|---|---|---|---|---|
| **Samples stored Upright at 40 °C** | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |

| TABLE 23 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |

PAR-VASO-0010953

| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| --- | --- | --- | --- | --- | --- |
| | Total Impurities: NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |

| TABLE 24 | | | | | |
| --- | --- | --- | --- | --- | --- |
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |

[00299] The results of the above experiments suggested that storage in either an upright or inverted position did not markedly affect the stability of vasopressin. The samples held at 5 °C exhibited little fluctuation in vasopressin amounts over 24 months, and the amount of total impurities did not increase above 3% during the testing period (**TABLES 7-12**). The samples held at 25 °C and 60% relative humidity exhibited a decrease in vasopressin amount of about 10-12% after 24 months (**TABLES 13-18**). The amount of impurities observed in the samples stored at 25 °C and 60% relative humidity after 24 months exceeded 13% in some samples, whereas the amount of impurities observed in the samples stored at 5 °C did not exceed 3% after 24 months. After about three months, the samples held at 40 °C exhibited a decrease in the amount of vasopressin of about 10-12%. The amount of impurities observed at 40 °C exceeded 10% after three months, whereas the amount of impurities observed in the samples stored at 5 °C was less than 3% after three months (**TABLES 19-24**).

[00300] Experiments were also conducted on the same samples above over the course of the

-93-

experiments to measure the amount of individual impurities in the samples, pH of the samples, chlorobutanol content, particulate matter, antimicrobial effectiveness, and bacterial endotoxin levels (**TABLES 25-42**). (NR = no reading; ND = not determined; UI = unidentified impurity).

[00301] The anti-microbial effectiveness of the solution was established to determine the amount of antimicrobial agents in the formulation that protect against bacterial contamination. The bullets in the tables below indicate that the sample was not tested for anti-microbial effectiveness at that specific time point.

[00302] The bacterial endotoxin levels were also measured for some of the formulations. The bullets in the tables below indicate that the sample was not tested for bacterial endotoxin levels at that specific time point.

| TABLE 25 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored inverted at 5 °C | | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| Related Substances | SEQ ID NO.: 2 NMT 6.0% | 0.5% | 0.5 % | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6 % | 0.6% | 0.7% | 0.7% | 0.7% | 0.8% | 0.9% | 1.0% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3 % | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1 % | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |

PAR-VASO-0010955

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | Total Impurities: NMT 17.0% | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 0 | 1 | 1 | 1 | 2 | 16 | 2 | 4 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

PAR-VASO-0010956

| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 26 | | | | | | | | | | | |
|----------|--|--|--|--|--|--|--|--|--|--|--|
| **Samples stored inverted at 5 °C** | | | | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.6% | 0.5% | 0.6% | 0.7% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |

-96-

PAR-VASO-0010957

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | NR | 0.1% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | 0.1% | 0.1% | NR | 0.1% | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.48% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 | 1 | 15 | 2 | 3 | 2 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

PAR-VASO-0010958

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 27 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |

-98-

PAR-VASO-0010959

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | 0.1% |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.47% | 0.47% | 0.48% | 0.48% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 1 | 2 | 1 | 4 | 2 | 1 | 3 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

-99-

PAR-VASO-0010960

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 28 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.7% | 0.9% | 1.0% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |

PAR-VASO-0010961

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 μm) | 0 | 2 | 2 | 2 | 1 | 2 | 2 | 4 | 1 |
| | NMT 600 ($\geq$ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |

PAR-VASO-0010962

| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 29 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.8% | 0.7% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.8% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |

-102-

PAR-VASO-0010963

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-0.83-0.84: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | 0.2% | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | | NR |
| | UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 $\mu$m) | 1 | 1 | 1 | 2 | 2 | 6 | 4 | 4 | 1 |
| | NMT 600 ($\geq$ 25 $\mu$m) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

PAR-VASO-0010964

| TABLE 30 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | NR | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | 0.2% | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | 0.1% | NR |

PAR-VASO-0010965

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47% | 0.48% | 0.48% | 0.48% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 μm) | 1 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 3 |
| | NMT 600 ($\geq$ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

PAR-VASO-0010966

| TABLE 31 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.3% | 4.6% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.2% | 3.7% | 5.2% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.5% | 0.5% | 0.4% | 0.2% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.3% | 0.4% | 0.5% | 0.7% | 1.0% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| | UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | NR | 0.1% | --- |
| | UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |

PAR-VASO-0010967

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | <0.10 | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | 0.5% | --- |

PAR-VASO-0010968

| Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% | --- |
|---|---|---|---|---|---|---|---|---|
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.2 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 8 | 4 | 1 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | . | . | . | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | . | . | . | <1 | • | <1 | --- |

| TABLE 32 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.5% | 1.9% | 3.1% | 4.4% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |

PAR-VASO-0010969

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | --- |
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | --- |
| UI-0.83: NMT 1.0% | 0.2% | NR | 0.1% | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |

PAR-VASO-0010970

| | Spec | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |
| UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.6% | --- |
| Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.2 | 3.3 | 3.4 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.47% | 0.47% | 0.47% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 2 | 1 | 1 | 3 | 4 | 1 | 2 | --- |

-110-

PAR-VASO-0010971

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 33 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** | **30** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.0% | 3.2% | 4.5% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.8% | 2.2% | 3.7% | 5.0% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.5% | 0.7% | 1.0% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |

PAR-VASO-0010972

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | | 0.1% | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.26: NMT 1.0% | NR | NR | NR | NR | NR | NR | | |

PAR-VASO-0010973

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.35: NMT 1.0% | 0.3% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | | |
| UI-2.09-2.10: NMT 1.0% | NR | 20.0% | NR | NR | NR | <0.10 | 0.1% | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.1% | NR | |
| Total Impurities : NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9 % | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |
| Chlorobuta nol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47 % | 0.46 % | 0.46 % | 0.46% | 0.45 % | --- |

PAR-VASO-0010974

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 3 | 3 | 3 | 1 | 2 | --- |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 34 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** | **30** |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.2% | 4.5% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.3% | 3.6% | 5.0% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.2% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.4% | 0.7% | 0.9% | --- |

PAR-VASO-0010975

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |

PAR-VASO-0010976

| Test | Acceptance Criteria | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| | UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.3% | --- |
| | UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.5% | --- |
| | Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% | --- |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 1 | 2 | 2 | 2 | 2 | 4 | 2 | --- |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 35 | | | |
|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | |
| Test | Acceptance Criteria | Initial | Time in months |

PAR-VASO-0010977

|  |  |  | **3** | **6** | **9** | **12** | **18** | **24** | **30** |
|---|---|---|---|---|---|---|---|---|---|
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.4% | 1.9% | 3.1% | 4.3% | --- |
|  | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |
|  | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | --- |
|  | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
|  | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
|  | Acetyl-AVP: NMT 1.0% | 0.30% | 0.30% | 0.30% | 0.20% | 0.20% | 0.20% | 0.3% | --- |
|  | UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |  |
|  | UI-0.83: NMT 1.0% | 0.2% | NR | <0.10 | NR | NR | 0.1% | 0.1% |  |
|  | UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR |  |

PAR-VASO-0010978

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.4% | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1 | |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.3 | |
| UI-2.15-2.16: NMT 1.0% | NR | | NR | NR | NR | NR | 0.5 | |

PAR-VASO-0010979

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Impurities : NMT 17.0% | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.47% | 0.47% | 0.48% | 0.46% | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 2 | 1 | 1 | 2 | 5 | 1 | 4 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 36 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.1% | 3.3% | 4.7% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.7% | 2.3% | 3.7% | 5.3% | --- |

PAR-VASO-0010980

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| D-Asn-AVP: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.5% | 0.7% | 1.0% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | 0.1% | NR | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.2% | |

PAR-VASO-0010981

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.26: NMT 1.0% | NR | NR | 0.4% | NR | NR | NR | NR | |
| UI-1.35: NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | NR | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1 % | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | |
| UI-2.09-2.10: NMT 1.0% | NR | NR | NR | NR | NR | <0.10 | NR | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.2% | NR | |

PAR-VASO-0010982

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Impurities : NMT 17.0% | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.47% | 0.47% | 0.46% | 0.45 | 0.46 | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 1 | 0 | 1 | 3 | 7 | 0 | 3 | --- |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 37 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |

PAR-VASO-0010983

| | | | | |
|---|---|---|---|---|
| D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.2% |
| UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010984

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.05-2.08: NMT 1.0% | ND | ND | 0.2% | ND |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 % w/v | 0.49% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 38 |
|---|
| **Samples stored inverted at 40 °C** |

PAR-VASO-0010985

| Test | Acceptance Criteria | Initial | Time in months | | |
|---|---|---|---|---|---|
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.9% | 2.2% | 3.6% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |

PAR-VASO-0010986

| | | | | |
|---|---|---|---|---|
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | 0.3% | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | ND | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.81-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-2.03-2.08: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| UI-2.14: NMT 1.0% | ND | ND | 0.2% | ND |
| Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |

PAR-VASO-0010987

| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 2 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 |

| TABLE 39 | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.9% | 2.2% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.4% | 4.0% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010988

| | | | | | |
|---|---|---|---|---|---|
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| | UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| | UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.81-1.85: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010989

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.86-1.88 : NMT 1.0% | ND | 0.1% | 0.2% | ND |
| | UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| | UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| | Total Impurities : NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.46% | 0.46% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 μm) | 2 | 2 | 1 | 1 |
| | NMT 600 ($\geq$ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 40 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |

PAR-VASO-0010990

| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
|---|---|---|---|---|---|
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% |

PAR-VASO-0010991

| | | | | |
|---|---|---|---|---|
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.3% | 0.3% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | ND |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
| UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
| Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |

PAR-VASO-0010992

| | | | | | |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.50% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 41 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.9% | 2.3% | 3.7% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0010993

| | | | | | |
|---|---|---|---|---|---|
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 2.0% | 0.3% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| | UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |

PAR-VASO-0010994

| | UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
|---|---|---|---|---|---|
| | UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| | UI-2.14 : NMT 1.0% | ND | ND | ND | ND |
| | Total Impurities : NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |
| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.49% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 2 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 42 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 1.0% | 2.2% | 3.9% |

PAR-VASO-0010995

| | | | | | |
|---|---|---|---|---|---|
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.4% | 4.2% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 50.0% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |

PAR-VASO-0010996

| | | | | |
|---|---|---|---|---|
| UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | ND | ND |
| UI-1.86-1.88: NMT 1.0% | ND | 0.1% | 0.2% | ND |
| UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.1% |
| UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| Total Impurities : NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |

PAR-VASO-0010997

| | | | | | |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47% | 0.45% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

**EXAMPLE 9**: *Effect of pH 3.5-4.5 on vasopressin formulations.*

[00303] To test of effect of pH on vasopressin formulations, solutions containing 20 units/mL vasopressin, adjusted to pH 3.5, 3.6, 3.7, 3.8, 3.9, 4, 4.1, 4.2, 4.3, 4.4, or 4.5 with 10 mM acetate buffer, were prepared. One mL of each of the vasopressin formulations was then filled into 10 cc vials.

[00304] The vasopressin formulations were stored for four weeks at: (i) 25 °C; or (ii) 40 °C, and the assay (% label claim; vasopressin remaining) and % total impurities after four weeks were measured using the methods described in **EXAMPLE 1**. **FIGURES 11** and **12** below display the results of the experiments at 25 °C. The results of the experiments at 40 °C are included in **FIGURES 13** and **14**.

[00305] The results of the experiments suggested that the stability of a vasopressin formulation was affected by pH. At 25 °C, the remaining vasopressin after four weeks was highest between pH 3.6 and pH 3.8 (**FIGURE 11**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 12**). At 25 °C, pH 3.7 provided the highest stability for vasopressin (**FIGURE 11**).

[00306] At 40 °C, the remaining vasopressin after four weeks was highest between pH 3.6 and pH 3.8 (**FIGURE 13**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 14**). At 40 °C, pH 3.6 provided the highest stability for vasopressin (**FIGURE 13**),

**EXAMPLE 10**: *Effect of pH 2.5-4.5 of vasopressin formulations.*

[00307] To test of effect of pH on vasopressin formulations, solutions containing 20 units/mL

PAR-VASO-0010998

vasopressin, adjusted to pH 2.5, 2.6, 2.7, 2.8, 2.9, 3, 3.1, 3.2, 3.3, or 3.4 with 10 mM acetate buffer were also prepared. One mL of each of the vasopressin formulations was then filled into 10 cc vials.

[00308] The amount of vasopressin, impurities, and associated integration values were determined using the methods describes in **EXAMPLE 1**. The results from the stability tests on the vasopressin formulations from pH 2.5 to 3.4 were plotted against the results from the stability tests on vasopressin formulations from pH 3.5 to 4.5 as disclosed in **EXAMPLE 9**, and are displayed in **FIGURES 15-18**.

[00309] The assay (% label claim; vasopressin remaining) and % total impurities in the vasopressin pH 2.5 to 3.4 formulations after four weeks are reported in **TABLE 43**.

| TABLE 43 | | | | | |
|---|---|---|---|---|---|
| Batch | Target pH | Week | Condition | Vasopressin (% LC) | % Total Impurities |
| 1A | 2.5 | 0 | 25 ºC | 100.57 | 2.48 |
| 1B | 2.6 | 0 | 25 ºC | 101.25 | 2.24 |
| 1C | 2.7 | 0 | 25 ºC | 101.29 | 2.26 |
| 1D | 2.8 | 0 | 25 ºC | 101.53 | 2.00 |
| 1E | 2.9 | 0 | 25 ºC | 102.33 | 1.95 |
| 1F | 3 | 0 | 25 ºC | 102.32 | 1.89 |
| 1G | 3.1 | 0 | 25 ºC | 102.59 | 2.06 |
| 1H | 3.2 | 0 | 25 ºC | 102.60 | 1.85 |
| 1I | 3.3 | 0 | 25 ºC | 102.73 | 1.81 |
| 1J | 3.4 | 0 | 25 ºC | 101.93 | 1.75 |
| 1A | 2.5 | 0 | 40 ºC | 100.57 | 2.48 |
| 1B | 2.6 | 0 | 40 ºC | 101.25 | 2.24 |
| 1C | 2.7 | 0 | 40 ºC | 101.29 | 2.26 |
| 1D | 2.8 | 0 | 40 ºC | 101.53 | 2.00 |
| 1E | 2.9 | 0 | 40 ºC | 102.33 | 1.95 |
| 1F | 3 | 0 | 40 ºC | 102.32 | 1.89 |
| 1G | 3.1 | 0 | 40 ºC | 102.59 | 2.06 |
| 1H | 3.2 | 0 | 40 ºC | 102.60 | 1.85 |
| 1I | 3.3 | 0 | 40 ºC | 102.73 | 1.81 |
| 1J | 3.4 | 0 | 40 ºC | 101.93 | 1.75 |
| 1A | 2.5 | 4 | 25 ºC | 95.70 | 6.66 |
| 1B | 2.6 | 4 | 25 ºC | 98.58 | 5.29 |
| 1C | 2.7 | 4 | 25 ºC | 98.94 | 4.26 |
| 1D | 2.8 | 4 | 25 ºC | 99.14 | 3.51 |
| 1E | 2.9 | 4 | 25 ºC | 100.08 | 3.41 |
| 1F | 3 | 4 | 25 ºC | 100.29 | 2.92 |

-138-

PAR-VASO-0010999

| 1G | 3.1 | 4 | 25 ºC | 100.78 | 2.55 |
|---|---|---|---|---|---|
| 1H | 3.2 | 4 | 25 ºC | 100.74 | 2.16 |
| 1I | 3.3 | 4 | 25 ºC | 100.46 | 2.14 |
| 1J | 3.4 | 4 | 25 ºC | 100.25 | 2.03 |
| 1A | 2.5 | 4 | 40 ºC | 81.89 | 19.41 |
| 1B | 2.6 | 4 | 40 ºC | 90.10 | 15.60 |
| 1C | 2.7 | 4 | 40 ºC | 92.19 | 13.46 |
| 1D | 2.8 | 4 | 40 ºC | 94.89 | 10.98 |
| 1E | 2.9 | 4 | 40 ºC | 96.03 | 9.78 |
| 1F | 3 | 4 | 40 ºC | 97.26 | 8.09 |
| 1G | 3.1 | 4 | 40 ºC | 99.61 | 6.39 |
| 1H | 3.2 | 4 | 40 ºC | 98.58 | 5.25 |
| 1I | 3.3 | 4 | 40 ºC | 97.81 | 4.41 |
| 1J | 3.4 | 4 | 40 ºC | 97.35 | 3.85 |

[00310] The % total impurities for the pH 2.5 to 3.4 formulations and the pH 3.5 to 4.5 formulations observed in the experiments conducted at 25 °C and 40 °C are shown in **FIGURES 15** (25 ºC) and **16** (40 ºC).

[00311] The vasopressin assay amount for the vasopressin pH 2.5 to 3.4 formulations and the vasopressin pH 3.5 to 4.5 formulations observed in the experiments conducted at 25 °C and 40 °C are shown in **FIGURES 17** (25 ºC) and **18** (40 ºC). The vasopressin assay is presented as a % assay decrease of vasopressin over the four-week study period, rather than absolute assay, because the amount of starting vasopressin varied between the vasopressin pH 2.5 to 3.4 formulations and the vasopressin pH 3.5 to 4.5 formulations.

[00312] The results of the above experiments suggested that the stability of a vasopressin formulation was affected by pH. At 25 °C, the percent decrease in vasopressin after four weeks was lowest between pH 3.7 and pH 3.8 (**FIGURE 17**). Within the range of pH 3.7 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 15**). At 40 °C, the percent decrease in vasopressin after four weeks was lowest between pH 3.6 and pH 3.8 (**FIGURE 18**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 16**).

**EXAMPLE 11:** *Intra-assay and Inter-analysis precision of Vasopressin pH Experiments.*

[00313] The methods used to determine the % assay decrease and amount of impurities in the vasopressin solutions over time in **EXAMPLE 10** had both intra-assay and inter-analyst precision.

-139-

[00314] Intra-assay precision was demonstrated by performing single injections of aliquots of a vasopressin formulation ($n = 6$; Chemist 1) from a common lot of drug product and determining the assay and repeatability (% RSD; relative standard deviation). Inter-analyst precision was demonstrated by two different chemists testing the same lot of drug product; however, the chemists used different instruments, reagents, standard preparations, columns, and worked in different laboratories. The procedure included a common pooling of 20 vials of vasopressin, which were assayed by the two chemists using different HPLC systems and different HPLC columns. The vasopressin assay results (units/mL) and repeatability (% RSD for $n = 6$) were recorded and are reported in the **TABLE 44** below.

**TABLE 44**: Precision of Vasopressin Results.

| Sample | Chemist 1 (units/mL) | Chemist 2 (units/mL) |
|---|---|---|
| 1 | 19.74 | 19.65 |
| 2 | 19.76 | 19.66 |
| 3 | 19.77 | 19.66 |
| 4 | 19.75 | 19.72 |
| 5 | 19.97 | 19.73 |
| 6 | 19.65 | 19.73 |
| Mean | 19.8 | 19.7 |
| % RSD (≤ 2.0%) | 0.5% | 0.2% |

% Difference = 0.5% (acceptance criteria: ≤ 3.0%)

$$\% \, \text{Difference} = \frac{\left(\text{Chemist 1}_{\text{Mean}} - \text{Chemist 2}_{\text{Mean}}\right)}{\left(\text{Chemist 1}_{\text{Mean}} + \text{Chemist 2}_{\text{Mean}}\right)} \times 200$$

[00315] The intra-assay repeatability met the acceptance criteria (% RSD ≤ 2.0%) with values of 0.5% and 0.2%. The inter-analyst repeatability also met the acceptance criteria (% difference ≤ 3.0%) with a difference of 0.5%.

**EXAMPLE 12:** *Effect of Citrate versus Acetate Buffer on Vasopressin Formulations.*

[00316] To test the effect of citrate and acetate buffer on vasopressin formulations, a total of twelve solutions of 20 Units/mL vasopressin were prepared in 1 mM citrate buffer, 10 mM citrate buffer, 1 mM acetate buffer, and 10 mM acetate buffer. All of the solutions were prepared in triplicate. Each solution was adjusted to pH 3.5 with hydrochloric acid.

-140-

PAR-VASO-0011001

[00317] The vasopressin formulations were stored at 60 °C for 7 days, and the assay (% label claim; vasopressin remaining) and % total impurities after 7 days were analyzed by HPLC using the procedure and experimental conditions described in **EXAMPLE 1.**

[00318] The assay (% label claim; vasopressin remaining) and % total impurities for each of the Vasopressin Buffered Formulations are reported in the **TABLES 45** and **46** below.

| **TABLE 45:** Assay (% label claim; vasopressin remaining) in the vasopressin formulations after storage at 60 °C for 7 days. | | | | |
|---|---|---|---|---|
| **Buffer** | **Sample** | | | **Average** |
| | **1** | **2** | **3** | |
| 1 mM citrate buffer | 89.5% | 89.7% | 90.6% | 89.9% |
| 10 mM citrate buffer | 84.1% | 84.4% | 84.5% | 84.3% |
| 1 mM acetate buffer | 90.5% | 91.1% | 91.9% | 91.2% |
| 10 mM acetate buffer | 90.9% | 90.9% | 92.4% | 91.4% |

| **TABLE 46:** % Total Impurities in the vasopressin formulations after storage at 60 °C for 7 days. | | | | |
|---|---|---|---|---|
| **Buffer** | **Sample** | | | **Average** |
| | **1** | **2** | **3** | |
| 1 mM citrate buffer | 3.4% | 3.5% | 2.5% | 3.1% |
| 10 mM citrate buffer | 9.5% | 9.0% | 9.4% | 9.3% |
| 1 mM acetate buffer | 3.3% | 2.8% | 3.2% | 3.1% |
| 10 mM acetate buffer | 2.9% | 2.6% | 3.1% | 2.9% |

[00319] The data indicated that the vasopressin assay in the vasopressin formulations with citrate buffer was lower than in the vasopressin formulations with acetate buffer. For example, at 10 mM of either citrate or acetate buffer, the average vasopressin assay was 91.4% in acetate buffer, but was 84.3% in citrate buffer. The data also indicated that % total impurities in the vasopressin formulations with citrate buffer were higher than in the vasopressin formulations with acetate buffer. For example, at 10 mM of either citrate or acetate buffer, the average % total impurities was 2.9% in acetate buffer, but was 9.3% in citrate buffer.

[00320] Further, as the citrate buffer concentration increased, the vasopressin assay further decreased (from an average of 89.9% to 84.3%), and the % total impurities increased (from an average of 3.1% to 9.3%). This effect was not observed in the vasopressin formulations with acetate buffer, where the average and % total impurities stayed fairly constant.

-141-

PAR-VASO-0011002

**EXAMPLE 13**: *Multi-dose vasopressin formulation.*

[00321] A multi-dose formulation (10 mL) for vasopressin that can be used in the clinic is detailed in **TABLE 47** below:

| TABLE 47: Drug Product Description | | |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Dosage Form | Injection | -- |
| Route of Administration | Intravenous | -- |
| Description | Clear colorless to practically colorless solution supplied in a 10 mL clear glass vial with flip-off cap | |

[00322] The composition of a 10 mL formulation of vasopressin is provided below.

| TABLE 48: Drug Product Composition | | | | |
|---|---|---|---|---|
| Ingredient | Grade | Function | Batch Quantity | Unit Formula |
| Vasopressin, USP | USP | Active | 3,000,000 Units | 20 Units |
| Sodium Acetate Trihydrate | USP | Buffer | 214.2 g | 1.36 mg |
| Sodium Hydroxide | NF | pH Adjustor | 40 g | QS to pH 3.8 |
| Hydrochloric Acid | NF/EP | pH Adjustor | 237.9 g | QS to pH 3.8 |
| Chlorobutanol | NF | Preservative | 0.8274 kg | 5 mg |
| Water for Injection | USP | Solvent | QS | QS to 1 mL |
| Nitrogen | NF | Processing Aid | -- | -- |

[00323] The 10 mL vasopressin formulation was compared to the guidelines for inactive ingredients provided by the Food and Drug Administration (FDA). The results are shown in **TABLE 49** below.

| TABLE 49 | | | |
|---|---|---|---|
| Ingredient | Vasopressin 10 mL Formulation (mg/mL) | Concentration (% w/v) | Inactive Ingredients Guideline Acceptable Level |
| Sodium Acetate Trihydrate | 1.36 | 0.136% | IV (infusion); Injection 0.16% |
| Sodium Hydroxide | QS to pH 3.8 | QS to pH 3.8 | N/A |
| Hydrochloric Acid | QS to pH 3.8 | QS to pH 3.8 | N/A |
| Chlorobutanol | 5 mg | 0.5% | IV (Infusion); Injection 1% |

-142-

| Water for Injection | QS to 1 mL | QS to target volume | N/A |

**EXAMPLE 14:** *Alternative vasopressin formulation for clinical use.*

[00324] A 1 mL dosage of vasopressin was prepared. A description of the formulation is shown in **TABLE 50** below.

| TABLE 50: Drug Product Description | | |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units/mL (~0.04 mg) |
| Dosage Form | Injection | -- |
| Route of Administration | Intravenous | -- |
| Description | Clear colorless to practically colorless solution supplied in a 3 mL vial with flip-off cap | -- |

[00325] The drug composition of the formulation is provided in **TABLE 51**.

| TABLE 51: Drug Product Composition | | |
|---|---|---|
| Ingredient | Function | Quantity (mg/mL) |
| Vasopressin, USP | Active | 20 Units |
| Sodium Acetate Trihydrate, USP | Buffer | 1.36 |
| Sodium Hydroxide NF/EP | pH Adjustor | QS for pH adjustment to pH 3.8 |
| Hydrochloric Acid, NF/EP | pH Adjustor | QS for pH adjustment to pH 3.8 |
| Water for Injection | Solvent | QS to 1 mL |

[00326] The 1 mL vasopressin formulation was compared to the guidelines for inactive ingredients provided by the Food and Drug Administration (FDA). The results are shown in **TABLE 52** below.

| TABLE 52 | | | |
|---|---|---|---|
| Ingredient | Vasopressin 1 mL Formulation (mg/mL) | Concentration (% w/v) | Inactive Ingredients Guideline Acceptable Level |
| Sodium Acetate Trihydrate | 1.36 | 0.136% | 0.16% |
| Sodium Hydroxide | QS to pH 3.8 | QS to pH 3.8 | 8% |
| Hydrochloric Acid | QS to pH 3.8 | QS to pH 3.8 | 10% |

-143-

PAR-VASO-0011004

| Water for Injection | QS to 1 mL | QS to target volume | N/A |

**EXAMPLE 15**: *15-month Stability Data for Vasopressin Formulations.*

**[00327]** The drug product detailed in **TABLE 51** was tested for stability over a 15-month period. Three different lots (X, Y, and Z) of the vasopressin drug formulation were stored at 25 ºC for 15 months in an upright or inverted position. At 0, 1, 2, 3, 6, 9, 12, 13, 14, and 15 months, the amount of vasopressin (AVP), % label claim (LC), amount of various impurities, and pH was measured. The vasopressin and impurity amounts were determined using the HPLC method described above in **EXAMPLE 1**. The results of the stability experiment are shown in **TABLES 53-54** below.

-144-

PAR-VASO-0011005

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 0 | 19.6 | 97.9 |  |  |  |  |  | 0.3 | 0.4 |  | 0.3 |  |  |  |  |  | 1.0 | 3.8 |
| Y | 0 | 19.7 | 98.6 |  |  |  |  |  | 0.3 | 0.4 |  | 0.3 |  |  |  |  |  | 1.1 | 3.8 |
| Z | 0 | 19.9 | 99.3 | 0.1 |  |  |  |  | 0.5 |  |  | 0.2 |  |  |  |  |  | 0.8 | 3.8 |
| X | 1 | 19.6 | 98.1 | 0.2 | 0.2 | 0.1 |  |  | 0.4 | 0.4 |  | 0.3 |  |  |  |  |  | 1.6 | 3.8 |
| Y | 1 | 19.6 | 97.9 | 0.2 | 0.2 | 0.1 |  |  | 0.4 | 0.4 |  | 0.3 |  |  |  |  |  | 1.6 | 3.9 |
| Z | 1 | 19.8 | 99 | 0.2 | 0.2 |  |  |  | 0.6 | 0.1 |  | 0.2 |  |  |  |  |  | 1.4 | 3.8 |
| X | 2 | 19.6 | 98.1 | 0.3 | 0.3 | 0.1 |  |  | 0.3 | 0.4 |  | 0.3 |  |  |  |  |  | 1.7 | 3.7 |
| Y | 2 | 19.5 | 97.5 | 0.3 | 0.3 | 0.1 |  |  | 0.3 | 0.4 |  | 0.3 |  |  |  |  |  | 1.6 | 3.8 |
| Z | 2 | 19.8 | 99 | 0.3 | 0.4 |  |  |  | 0.5 |  |  | 0.2 |  |  |  |  |  | 1.3 | 3.8 |
| X | 3 | 19.6 | 97.8 | 0.4 | 0.5 | 0.1 | 0.1 |  | 0.3 | 0.4 |  | 0.4 |  |  |  |  |  | 2.2 |  |
| Y | 3 | 19.5 | 97.4 | 0.4 | 0.4 | 0.1 |  |  | 0.3 | 0.4 |  | 0.4 |  |  |  |  |  | 2.0 | 3.8 |
| Z | 3 | 19.7 | 98.6 | 0.4 | 0.4 |  |  |  | 0.5 |  |  | 0.3 |  |  |  |  |  | 1.6 |  |
| X | 6 | 19.3 | 96.5 | 0.7 | 0.8 | 0.1 | 0.2 |  | 0.3 | 0.4 |  | 0.4 |  |  |  |  |  | 2.9 | 3.8 |
| Y | 6 | 19.2 | 95.9 | 0.6 | 0.7 | 0.1 | 0.1 | 0.1 | 0.4 | 0.4 |  | 0.4 |  |  |  |  |  | 2.5 | 3.9 |
| Z | 6 | 19.6 | 98 | 0.6 | 0.7 |  | 0.1 |  | 0.5 |  |  | 0.2 |  |  |  |  |  | 2.3 | 3.9 |

TABLE 53: Inverted Storage of Vasopressin Formulations at 25 ºC

-145-

PAR-VASO-0011006

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl1 (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 9 | 19 | 95 | 1.0 | 1.0 | | 0.2 | | 0.3 | 0.4 | | 0.4 | | 0.1 | | | | 3.6 | |
| Y | 9 | 18.9 | 94.5 | 0.8 | 1.0 | | 0.2 | | 0.3 | 0.4 | | 0.4 | | 0.1 | | | | 3.1 | 3.9 |
| Z | 9 | 19.2 | 96 | 1.0 | 1.1 | | 0.2 | | 0.5 | | | 0.3 | | | | | | 3.1 | 3.8 |
| X | 12 | 18.7 | 93.5 | 1.4 | 1.5 | 0.1 | 0.3 | | 0.3 | 0.4 | | 0.5 | | 0.2 | | | | 4.8 | 3.8 |
| Y | 12 | 18.6 | 93 | 1.1 | 1.2 | | 0.2 | | 0.3 | 0.4 | | 0.5 | | 0.3 | 0.2 | | | 4.4 | 3.8 |
| Z | 12 | 18.9 | 94.5 | 1.2 | 1.3 | | 0.3 | | 0.5 | | | 0.3 | | 0.3 | 0.1 | | | 4.0 | 3.8 |
| X | 13 | 18.6 | 93 | 1.5 | 1.6 | 0.2 | 0.3 | | 0.4 | 0.4 | 0.1 | 0.4 | | 0.2 | 0.1 | | | 5.2 | 3.8 |
| Y | 13 | 18.5 | 92.5 | 1.2 | 1.3 | 0.2 | 0.3 | | 0.4 | 0.4 | 0.1 | 0.5 | 0.1 | 0.4 | 0.2 | 0.2 | | 5.2 | 3.9 |
| Z | 13 | 19 | 95 | 1.3 | 1.5 | 0.1 | 0.3 | | 0.5 | 0.1 | | 0.3 | 0.1 | 0.3 | 0.2 | 0.2 | | 4.9 | 3.8 |
| X | 14 | 18.6 | 93 | 1.5 | 1.7 | 0.1 | 0.3 | | 0.3 | 0.5 | 0.1 | 0.4 | | 0.4 | 0.1 | 0.1 | | 5.5 | 3.8 |
| Y | 14 | 18.5 | 92.5 | 1.2 | 1.4 | | 0.3 | | 0.3 | 0.4 | 0.1 | 0.5 | | | | | | 5.3 | 3.9 |
| Z | 14 | 18.9 | 94.5 | 1.3 | 1.6 | | 0.3 | | 0.5 | 0.2 | | 0.3 | | 0.4 | 0.2 | 0.2 | | 5.0 | 3.8 |
| X | 15 | 18.5 | 92.5 | 1.6 | 1.8 | 0.1 | 0.4 | | 0.3 | 0.4 | 0.1 | 0.3 | | 0.3 | 0.2 | 0.2 | | 5.9 | 3.8 |
| Y | 15 | 18.4 | 92 | 1.3 | 1.5 | 0.1 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.5 | 0.3 | 0.1 | | 5.3 | 3.9 |
| Z | 15 | 18.8 | 94 | 1.5 | 1.6 | | 0.3 | | 0.5 | | | 0.3 | | 0.4 | 0.2 | 0.1 | | 4.9 | 3.9 |

| TABLE 54: Upright Storage of Vasopressin Formulations at 25 ºC | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl1 (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
| X | 0 | 19.6 | 97.9 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.0 | 3.8 |

PAR-VASO-0011007

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 0 | 19.7 | 98.6 | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.1 | 3.8 |
| Z | 0 | 19.9 | 99.3 | 0.1 | | | | 0.5 | | | 0.2 | | | | | | 0.8 | 3.8 |
| X | 1 | 19.6 | 98 | 0.2 | 0.2 | 0.1 | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Y | 1 | 19.5 | 97.7 | 0.2 | 0.2 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.4 | 3.9 |
| Z | 1 | 19.7 | 98.3 | 0.2 | 0.2 | | | 0.6 | | | 0.2 | | | | | | 1.2 | 3.8 |
| X | 2 | 19.6 | 98.2 | 0.3 | 0.3 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.7 |
| Y | 2 | 19.5 | 97.4 | 0.2 | 0.3 | 0.1 | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Z | 2 | 19.8 | 99 | 0.3 | 0.3 | | | 0.5 | | | 0.2 | | | | | | 1.3 | 3.8 |
| X | 3 | 19.5 | 97.6 | 0.4 | 0.4 | 0.1 | | 0.3 | 0.4 | | 0.4 | | | | | | 2.1 | 3.7 |
| Y | 3 | 19.5 | 97.5 | 0.4 | 0.4 | 0.1 | | | 0.4 | | 0.4 | | | | | | 1.9 | 3.8 |
| Z | 3 | 19.7 | 98.7 | 0.4 | 0.4 | | 0.1 | 0.5 | | | 0.3 | | | | | | 1.7 | |
| X | 6 | 19.3 | 96.5 | 0.7 | 0.8 | 0.1 | 0.2 | 0.3 | 0.4 | | 0.4 | | | | | | 2.9 | 3.8 |
| Y | 6 | 19.2 | 96 | 0.5 | 0.7 | 0.1 | 0.1 | 0.3 | 0.4 | | 0.4 | | | | | | 2.5 | 3.9 |
| Z | 6 | 19.5 | 97.5 | 0.7 | 0.7 | | 0.2 | 0.5 | | | 0.3 | | | | | | 2.3 | 3.9 |
| X | 9 | 18.9 | 94.5 | 1.0 | 1.1 | | 0.2 | 0.3 | 0.4 | | | | 0.2 | 0.1 | | | 3.7 | 3.8 |
| Y | 9 | 18.9 | 94.5 | 0.8 | 0.9 | | 0.2 | | 0.4 | | 0.4 | | 0.2 | | | | 3.1 | 3.9 |
| Z | 9 | 19.2 | 96 | 0.9 | 1.0 | | 0.2 | 0.5 | | | 0.3 | | | | | | 2.9 | 3.8 |
| X | 12 | 18.6 | 93 | 1.4 | 1.5 | 0.1 | 0.3 | 0.3 | 0.4 | | 0.5 | | 0.2 | 0.1 | | | 4.8 | 3.7 |
| Y | 12 | 18.7 | 93.5 | 1.1 | 1.2 | 0.1 | 0.3 | 0.3 | 0.4 | | 0.5 | | | 0.2 | | 0.2 | 4.6 | 3.9 |
| Z | 12 | 18.9 | 94.5 | 1.3 | 1.4 | | 0.3 | 0.5 | | | 0.4 | | 0.3 | 0.2 | | | 4.2 | 3.8 |
| X | 13 | 18.4 | 92 | 1.5 | 1.6 | 0.2 | 0.3 | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.1 | 0.1 | | 5.4 | 3.8 |
| Y | 13 | 18.6 | 93 | 1.1 | 1.3 | 0.2 | 0.3 | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.2 | | | 4.6 | 3.9 |
| Z | 13 | 18.8 | 94 | 1.3 | 1.5 | | 0.3 | 0.5 | 0.1 | | 0.3 | | 0.4 | 0.2 | 0.1 | | 4.7 | 3.8 |
| X | 14 | 18.6 | 93 | 1.5 | 1.7 | 0.1 | 0.4 | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.1 | | | 5.4 | 3.8 |

PAR-VASO-0011008

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 14 | 18.5 | 92.5 | 1.2 | 1.4 | 0.1 | 0.3 | | 0.3 | 0.5 | | 0.4 | | 0.5 | 0.3 | 0.3 | | 5.4 | 3.9 |
| Z | 14 | 18.8 | 94 | 1.3 | 1.5 | | 0.3 | | 0.5 | 0.1 | | 0.3 | | 0.5 | 0.2 | 0.2 | | 5.0 | 3.8 |
| X | 15 | 18.4 | 92 | 1.6 | 1.8 | 0.1 | 0.4 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.2 | | | 5.7 | 3.8 |
| Y | 15 | 18.4 | 92 | 1.3 | 1.5 | 0.2 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.5 | 0.3 | 0.3 | | 5.4 | 3.9 |
| Z | 15 | 18.6 | 93 | 1.5 | 1.6 | | 0.3 | | 0.5 | | | 0.2 | | 0.4 | 0.2 | 0.3 | | 5.1 | 3.9 |

PAR-VASO-0011009

[00328] The results from **TABLES 53-54** indicate that stability of the vasopressin formulations was not significantly affected by either inverted or upright storage. The impurities detected included Gly9 (SEQ ID NO.: 2), Glu4 (SEQ ID NO.: 4), D-Asn (SEQ ID NO.: 10), Asp5 (SEQ ID NO.: 3), Acetyl-AVP (SEQ ID NO.: 7), vasopressin dimer, and several unidentified impurities (UI). The unidentified impurities are labeled with a range of relative retention times at which the impurities eluted from the column.

[00329] The results indicate that the pH remained fairly constant over the 15-month period, fluctuating between 3.8 and 3.9 throughout the 15 months. The total impurities did not increase over 5.9%, and the % LC of vasopressin did not decrease below 92%.

[00330] **FIGURE 19** shows a graph depicting the % LC over the 15-month study period for the results provided in **TABLES 53-54**. The starting amounts of vasopressin were 97.9% LC for lot X, 98.6% LC for lot Y, and 99.3% LC for lot Z. The results indicate that the % LC of vasopressin decreased over the 15-month study period, but did not decrease below 92% LC.

[00331] The formula for the trend line of lot X was:

$$\% \ LC = 98.6 - 0.4262(month)$$

[00332] The formula for the trend line of lot Y was:

$$\% \ LC = 98.47 - 0.4326(month)$$

[00333] The formula for the trend line of lot Z was:

$$\% \ LC = 99.54 - 0.3906(month)$$

## EMBODIMENTS

[00334] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00335] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a

-149-

PAR-VASO-0011010

pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH. In some embodiments, the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a poloxamer. In some embodiments, the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the composition further comprises SEQ ID NO. 3. In some embodiments, the composition further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form is an injectable of about 1mL volume. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the vasopressin or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the  pharmaceutically-acceptable salt thereof. In some embodiments, one of the plurality of peptides is SEQ ID NO.: 2. In some embodiments, one of the plurality of peptides is SEQ ID NO.:3. In some embodiments, wherein one of the plurality of peptides is SEQ ID NO.: 4. In some embodiments, the buffer has a pH of about 3.5.

-150-

PAR-VASO-0011011

# CLAIMS

WHAT IS CLAIMED IS:


1.      A pharmaceutical composition comprising, in a unit dosage form:

   a)      from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a
           pharmaceutically-acceptable salt thereof; and

   b)      a polymeric pharmaceutically-acceptable excipient in an amount that is from
           about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-
           acceptable salt thereof,

wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the
vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at
about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage
form consists essentially of:

   A)      vasopressin, or a pharmaceutically-acceptable salt thereof; and

   B)      a buffer having acidic pH.


2.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-
acceptable excipient comprises a polyalkylene oxide moiety.


3.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-
acceptable excipient is a polyethylene oxide.


4.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-
acceptable excipient is a poloxamer.


5.      The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount
of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the
vasopressin or the pharmaceutically-acceptable salt thereof.


6.      The pharmaceutical composition of claim 5, wherein the first unit dosage form exhibits
about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof

-151-

PAR-VASO-0011012

after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

7.     The pharmaceutical composition of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

8.     The pharmaceutical composition of claim 7, wherein the composition further comprises SEQ ID NO. 3.

9.     The pharmaceutical composition of claim 8, wherein the composition further comprises SEQ ID NO. 4.

10.    The pharmaceutical composition of claim 1, wherein the unit dosage form is an injectable of about 1mL volume.

11.    The pharmaceutical composition of claim 1, wherein the unit dosage form consists essentially of:

      a)     about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof;

      b)     the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof; and

      c)     a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof.

12.    The pharmaceutical composition of claim 11, wherein one of the plurality of peptides is SEQ ID NO.: 2.

13.    The pharmaceutical composition of claim 12, wherein one of the plurality of peptides is SEQ ID NO.:3.

14.    The pharmaceutical composition of claim 13, wherein one of the plurality of peptides is

-152-

PAR-VASO-0011013

SEQ ID NO.: 4.

15.    The pharmaceutical composition of claim 1, wherein the buffer has a pH of about 3.5.

PAR-VASO-0011014

# ABSTRACT

Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations.

PAR-VASO-0011015

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 28291302 |
| **Application Number:** | 15426703 |
| **International Application Number:** | |
| **Confirmation Number:** | 5198 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.503 |
| **Receipt Date:** | 07-FEB-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 17:06:13 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $140 |
| RAM confirmation Number | 020817INTEFSW00004169232415 |
| Deposit Account | 232415 |
| Authorized User | Trisha Agrawal |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: ||
| 37 CFR 1.16 (National application filing, search, and examination fees) ||
| 37 CFR 1.17 (Patent application and reexamination processing fees) ||

PAR-VASO-0011016

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Fee Worksheet (SB06) | fee-info.pdf | 29978<br>de1403ea92adb3ceafa9ea88eb4f1c392d4e6c06 | no | 2 |

**Warnings:**

**Information:**

| | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 29978 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0011017

## HIGHLIGHTS OF PRESCRIBING INFORMATION

**These highlights do not include all the information needed to use VASOSTRICT® safely and effectively. See full prescribing information for VASOSTRICT®.**

**Vasostrict® (vasopressin injection) for intravenous use**
**Initial U.S. Approval: 2014**

### INDICATIONS AND USAGE

- Vasostrict® is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines. (1)

### -------------- DOSAGE AND ADMINISTRATION --------------

- Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration. (2.1)
- Post-cardiotomy shock: 0.03 to 0.1 units/minute (2.2)
- Septic shock: 0.01 to 0.07 units/minute (2.2)

### -------------- DOSAGE FORMS AND STRENGTHS --------------

- Injection: 20 units per mL; packaged as 1 mL per vial (3)

### -------------------- CONTRAINDICATIONS --------------------

- Vasostrict® is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. (4)

### ---------------- WARNINGS AND PRECAUTIONS ----------------

- Can worsen cardiac function. (5.1)

### ADVERSE REACTIONS

The most common adverse reactions include decreased cardiac output, bradycardia, tachyarrhythmias, hyponatremia and ischemia (coronary, mesenteric, skin, digital). (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Par Pharmaceutical, Inc. at 1-800-828-9393 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch**

### DRUG INTERACTIONS

- Pressor effects of catecholamines and Vasostrict® are expected to be additive. (7.1)
- Indomethacin may prolong effects of Vasostrict®. (7.2)
- Co-administration of ganglionic blockers or drugs causing SIADH may increase the pressor response. (7.3, 7.5)
- Co-administration of drugs causing diabetes insipidus may decrease the pressor response. (7.6)

### USE IN SPECIFIC POPULATIONS

- **Pregnancy:** May induce uterine contractions. (8.1)
- **Pediatric Use:** Safety and effectiveness have not been established. (8.4)
- **Geriatric Use:** No safety issues have been identified in older patients. (8.5)

**Revised: 11/2015**

---

## FULL PRESCRIBING INFORMATION: CONTENTS*
**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
    2.1 Preparation of Diluted Solutions
    2.2 Administration
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
    5.1 Worsening Cardiac Function
**6 ADVERSE REACTIONS**
**7 DRUG INTERACTIONS**
    7.1 Catecholamines
    7.2 Indomethacin
    7.3 Ganglionic Blocking Agents
    7.4 Furosemide
    7.5 Drugs Suspected of Causing SIADH
    7.6 Drugs Suspected of Causing Diabetes Insipidus

**8 USE IN SPECIFIC POPULATIONS**
    8.1 Pregnancy
    8.3 Nursing Mothers
    8.4 Pediatric Use
    8.5 Geriatric Use
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
    12.1 Mechanism of Action
    12.2 Pharmacodynamics
    12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
    13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
* Sections or subsections omitted from the full prescribing information are not listed.

---

# FULL PRESCRIBING INFORMATION

# 1 INDICATIONS AND USAGE

Vasostrict® is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines.

## 2 DOSAGE AND ADMINISTRATION

### 2.1 Preparation of Diluted Solutions

Dilute Vasostrict® in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration.

**Table 1 Preparation of diluted solutions**

| Fluid restriction? | Final concentration | Mix | |
|---|---|---|---|
| | | Vasostrict® | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

Inspect parenteral drug products for particulate matter and discoloration prior to use, whenever solution and container permit.

### 2.2 Administration

The goal of treatment is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, whose function is difficult to monitor. The following advice is empirical. In general, titrate to the lowest dose compatible with a clinically acceptable response.

For post-cardiotomy shock, start with a dose of 0.03 units/minute. For septic shock, start with a dose of 0.01 units/minute. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper Vasostrict® by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

## 3 DOSAGE FORMS AND STRENGTHS

Injection: 20 units per mL; packaged as 1 mL per vial

## 4 CONTRAINDICATIONS

Vasostrict® is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Worsening Cardiac Function

Use in patients with impaired cardiac response may worsen cardiac output.

## 6 ADVERSE REACTIONS

The following adverse reactions associated with the use of vasopressin were identified in the literature. Because these reactions are reported voluntarily from a population of uncertain size, it is not possible to estimate their frequency reliably or to establish a causal relationship to drug exposure.

Bleeding/lymphatic system disorders: Hemorrhagic shock, decreased platelets, intractable bleeding

Cardiac disorders: Right heart failure, atrial fibrillation, bradycardia, myocardial ischemia

Gastrointestinal disorders: Mesenteric ischemia

Hepatobiliary: Increased bilirubin levels

Renal/urinary disorders: Acute renal insufficiency

Vascular disorders: Distal limb ischemia

Metabolic: Hyponatremia

Skin: Ischemic lesions

# 7 DRUG INTERACTIONS

## 7.1 Catecholamines

Use with *catecholamines* is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters.

## 7.2 Indomethacin

Use with *indomethacin* may prolong the effect of Vasostrict® on cardiac index and systemic vascular resistance *[see Clinical Pharmacology (12.3)]*.

## 7.3 Ganglionic Blocking Agents

Use with *ganglionic blocking agents* may increase the effect of Vasostrict® on mean arterial blood pressure *[see Clinical Pharmacology (12.3)]*.

## 7.4 Furosemide

Use with *furosemide* increases the effect of Vasostrict® on osmolar clearance and urine flow *[see Clinical Pharmacology (12.3)]*.

## 7.5 Drugs Suspected of Causing SIADH

Use with *drugs suspected of causing SIADH* (e.g., SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, felbamate) may increase the pressor effect in addition to the antidiuretic effect of Vasostrict®.

## 7.6 Drugs Suspected of Causing Diabetes Insipidus

Use with *drugs suspected of causing diabetes insipidus* (e.g., demeclocycline, lithium, foscarnet, clozapine) may decrease the pressor effect in addition to the antidiuretic effect of Vasostrict®.

# 8 USE IN SPECIFIC POPULATIONS

## 8.1 Pregnancy

Pregnancy Category C

*Risk Summary:* There are no adequate or well-controlled studies of Vasostrict® in pregnant women. It is not known whether vasopressin can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Animal reproduction studies have not been conducted with vasopressin *[see Clinical Pharmacology (12.3)]*.

*Clinical Considerations:* Because of increased clearance of vasopressin in the second and third trimester, the dose of Vasostrict® may need to be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock.

Vasostrict® may produce tonic uterine contractions that could threaten the continuation of pregnancy.

## 8.3 Nursing Mothers

It is not known whether vasopressin is present in human milk. However, oral absorption by a nursing infant is unlikely because vasopressin is rapidly destroyed in the gastrointestinal tract. Consider advising a lactating woman to pump and discard breast milk for 1.5 hours after receiving vasopressin to minimize potential exposure to the breastfed infant.

## 8.4 Pediatric Use

Safety and effectiveness of Vasostrict® in pediatric patients with vasodilatory shock have not been established.

## 8.5 Geriatric Use

Clinical studies of vasopressin did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy *[see Warnings and Precautions (5), Adverse Reactions (6), and Clinical Pharmacology (12.3)]*.

## 10 OVERDOSAGE

Overdosage with Vasostrict® can be expected to manifest as consequences of vasoconstriction of various vascular beds (peripheral, mesenteric, and coronary) and as hyponatremia. In addition, overdosage may lead less commonly to ventricular tachyarrhythmias (including Torsade de Pointes), rhabdomyolysis, and non-specific gastrointestinal symptoms.

Direct effects will resolve within minutes of withdrawal of treatment.

## 11 DESCRIPTION

Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis. Vasostrict® is a sterile, aqueous solution of synthetic arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, Water for Injection, USP and, sodium acetate buffer adjusted to a pH of 3.8.

The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. It is a white to off-white amorphous powder, freely soluble in water. The structural formula is:



Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$     Molecular Weight: 1084.23

One mg is equivalent to 530 units.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

The vasoconstrictive effects of vasopressin are mediated by vascular $V_1$ receptors. Vascular $V_1$ receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of $V_2$ receptors which are coupled to adenyl cyclase.

### 12.2 Pharmacodynamics

At therapeutic doses exogenous vasopressin elicits a vasoconstrictive effect in most vascular beds including the splanchnic, renal and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular $V_1$-receptors and release of prolactin and ACTH via $V_3$ receptors. At lower concentrations typical for the antidiuretive hormone vasopressin inhibits water diuresis via renal $V_2$ receptors.

In patients with vasodilatory shock vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine. Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

### 12.3 Pharmacokinetics

At infusion rates used in vasodilatory shock (0.01-0.1 units/minute) the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent $t_{1/2}$ of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.

**Drug-Drug Interactions**

Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects *[see Drug Interactions (7.2)]*.

The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects *[see Drug Interactions (7.3)]*.

Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects *[see Drug Interactions (7.4)]*.

Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.

**Special Populations**

*Pregnancy:* Because of a spillover into blood of placental vasopressinase the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. After delivery the clearance of vasopressin returns to pre-conception baseline within two weeks.

# 13 NONCLINICAL TOXICOLOGY

## 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

No formal carcinogenicity or fertility studies with vasopressin have been conducted in animals. Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin has been reported to have an effect on function and fertilizing ability of spermatozoa.

# 14 CLINICAL STUDIES

Increases in systolic and mean blood pressure following administration of vasopressin were observed in 7 studies in septic shock and 8 in post-cardiotomy vasodilatory shock.

# 16 HOW SUPPLIED/STORAGE AND HANDLING

Vasostrict® (vasopressin injection, USP) is supplied in vials as follows:

A carton of 25 single dose vials each containing vasopressin 1 mL at 20 units/mL.

Store between 2°C and 8°C (36°F and 46°F). Do not freeze.
- Vials may be held up to 12 months upon removal from refrigeration to room temperature storage conditions (20°C to 25°C [68°F to 77°F], USP Controlled Room Temperature), anytime within the labeled shelf life. Once removed from refrigeration, unopened vial should be marked to indicate the revised 12 month expiration date. If the manufacturer's original expiration date is shorter than the revised expiration date, then the shorter date must be used. Do not use Vasostrict® beyond the manufacturer's expiration date stamped on the vial.

The storage conditions and expiration periods are summarized in the following table.

| | Unopened Refrigerated 2°C to 8°C (36°F to 46°F) | Unopened Room Temperature 20°C to 25°C (68°F to 77°F) Do not store above 25°C (77°F) |
| --- | --- | --- |
| | | |

| 1 mL Vial | Until manufacturer expiration date | 12 months or until manufacturer expiration date, whichever is earlier |

NDC 42023-164-25 (carton)

Distributed by:
**Par Pharmaceutical Companies, Inc.**
Chestnut Ridge, NY 10977

R11/15
OS164J-01-90-04

Vasostrict® is a registered trademark of Par Pharmaceutical Companies, Inc.

**PRINCIPAL DISPLAY PANEL – 1 mL x 25 Vial Carton**

NDC 42023-**164**-25
Rx Only

**Vasostrict®
(Vasopressin Injection, USP)**

**20 Units per mL**

**For Intravenous Infusion
Must be diluted prior to use
Store between 2°C and 8°C (36°F and 46°F).**

**Do not store above 25°C (77°F).**

**Vials may be held at 20°C to 25°C (68°F to 77°F) for up to 12 months.**

1 mL x 25 Single Dose Vials



image-2

**VASOSTRICT**
vasopressin injection

## Product Information

| | | | |
|---|---|---|---|
| **Product Type** | HUMAN PRESCRIPTION DRUG | **Item Code (Source)** | NDC:42023-164 |
| **Route of Administration** | INTRAVENOUS | | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **VASOPRESSIN, UNSPECIFIED** (UNII: Y87Y826H08) (VASOPRESSIN, UNSPECIFIED - UNII:Y87Y826H08) | VASOPRESSIN, UNSPECIFIED | 20 [USP'U] in 1 mL |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **WATER** (UNII: 059QF0KO0R) | |
| **SODIUM ACETATE** (UNII: 4550K0SC9B) | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:42023-164-25 | 25 in 1 CARTON | | |
| 1 | NDC:42023-164-01 | 1 mL in 1 VIAL; Type 0: Not a Combination Product | | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| NDA | NDA204485 | 11/12/2014 | |

**Labeler -** Par Pharmaceutical, Inc. (092733690)

## Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Par Sterile Products LLC | | 808402890 | ANALYSIS(42023-164) , LABEL(42023-164) , MANUFACTURE(42023-164) , PACK(42023-164) , STERILIZE(42023-164) |

Revised: 11/2015                                                                                                Par Pharmaceutical, Inc.

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 21971 | 7590 | 05/12/2017 |
|---|---|---|

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 05/12/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/289,640 | 10/10/2016 | Matthew Kenney | 47956-702.501 | 9987 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 08/14/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

## HOW TO REPLY TO THIS NOTICE:

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

PAR-VASO-0011025

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
**Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450**
**or <u>Fax</u> (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971        7590        05/12/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/289,640 | 10/10/2016 | Matthew Kenney | 47956-702.501 | 9987 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 08/14/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BRADLEY, CHRISTINA | 1675 | 514-010900 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☐ Corporation or other private group entity    ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

<u>NOTE</u>: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

<u>NOTE</u>: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

<u>NOTE</u>: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

Page 2 of 3

PAR-VASO-0011026



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/289,640 | 10/10/2016 | Matthew Kenney | 47956-702.501 | 9987 |

21971      7590      05/12/2017

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 05/12/2017

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

PAR-VASO-0011027

# OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:
1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0011028

| | Application No. | Applicant(s) |
|---|---|---|
| **_Notice of Allowability_** | 15/289,640 | KENNEY ET AL. |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | CHRISTINA BRADLEY | 1675 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed May 2, 2017*.

     ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *16-35*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     **Certified copies:**

     a) ☐ All    b) ☐ Some   *c) ☐ None of the:

         1. ☐ Certified copies of the priority documents have been received.

         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

         3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

     ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

     **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☒ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☒ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

PAR-VASO-0011029

<center>**EXAMINER'S AMENDMENT**</center>

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in an interview with Craig Kenesky on May 9, 2017.

The application has been amended as follows:

In claim 23, line 1, delete "claim 22" and insert –claim 21—therefor.


The following is an examiner's statement of reasons for allowance:

The claims are allowable over the prior art of record in view of the amendment to claim 16 filed May 2, 2017, that requires that the pharmaceutical composition has a pH of 3.8. The criticality of pH 3.8 is established in declarations filed under 37 CFR 1.132 by Sunil Vandse on August 14, 2015, and January 22, 2016, and by Vinayagam Kannan on March 31, 2016, in Application No. 14/717,882. A copy of each declaration was filed in the instant case on May 2, 2017. In addition, the declaration filed under 37 CFR 1.132 by Vinayagam Kannan on May 2, 2017, establishes that the results presented in the previous Vandse and Kannan declarations are applicable to the refrigeration conditions required by the instant claims.

Terminal disclaimers were filed over Application Nos. 15/426,703, 15/426,693, and 14/717,877, and U.S. Patent No. 9,375,478 on May 2, 2017.

PAR-VASO-0011030

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-

9044.  The examiner can normally be reached on Monday through Friday from 5:30 A.M. to

2:00 P.M.

Examiner interviews are available via telephone, in-person, and video conferencing using

a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

| *Examiner-Initiated Interview Summary* | Application No. | Applicant(s) | | |
|---|---|---|---|---|
| | 15/289,640 | KENNEY ET AL. | | |
| | Examiner | Art Unit | AIA (First Inventor to File) Status | Page |
| | CHRISTINA BRADLEY | 1675 | Yes | 1 of 1 |

All participants (applicant, applicant's representative, PTO personnel):

1.  CHRISTINA BRADLEY (Primary Examiner); Telephonic

2.  Craig Kenesky (Attorney of Record); Telephonic

**Date of Interview:** 09 May 2017

**Claim(s) discussed:** 23

**Amendment Proposed:** The Examiner proposed amending claim 23 to make it depend from claim 21.

**Brief Description of main topic of discussion:** The Examiner suggested that claim 23 as filed improperly depends from claim 22.

## Issues Discussed:

**Formalities:**
Agreement was reached that claim 23 should depend from claim 21, not claim 22. Applicant authorized an amendment to correct the issue.

| /CHRISTINA BRADLEY/ Primary Examiner, Art Unit 1675 | |
|---|---|

**Applicant recordation instructions:** It is not necessary for applicant to provide a separate record of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicant's responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**

Please further see:

**MPEP 713.04**
**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)**
**37 CFR § 1.2 Business to be transacted in writing**

PAR-VASO-0011033

| Search Notes  | Application/Control No. 15289640 | Applicant(s)/Patent Under Reexamination KENNEY ET AL. |
|---|---|---|
| | Examiner CHRISTINA BRADLEY | Art Unit 1675 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| C07K7/16 | 2/8/2017 | CMB |
| A61K38/11 | 2/8/2017 | CMB |

## CPC COMBINATION SETS - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Reviewed prosecution and search history of parent application No. 14/717,877 | 2/8/2017 | CMB |
| East - see transcript | 2/8/2017 | CMB |
| Palm and East - inventor search | 2/8/2017, updated 5/9/2017 | |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | East - see transcript | 2/8/2017 | CMB |

| | |
|---|---|
| | |

PAR-VASO-0011034

| | | | | | |
|---|---|---|---|---|---|
| **Issue Classification** | **Application/Control No.** | | **Applicant(s)/Patent Under Reexamination** | | |
| | 15289640 | | KENNEY ET AL. | | |
| | **Examiner** | | **Art Unit** | | |
| | CHRISTINA BRADLEY | | 1675 | | |

**CPC**

| Symbol | | | | Type | Version |
|---|---|---|---|---|---|
| A61K | 38 | / | 22 | F | 2013-01-01 |
| A61K | 9 | / | 0019 | I | 2013-01-01 |
| A61K | 47 | / | 12 | I | 2013-01-01 |
| A61K | 47 | / | 02 | I | 2013-01-01 |
| A61K | 47 | / | 26 | I | 2013-01-01 |
| A61K | 31 | / | 045 | I | 2013-01-01 |
| A61K | 38 | / | 11 | I | 2013-01-01 |
| A61K | 45 | / | 06 | I | 2013-01-01 |
| A61K | 47 | / | 10 | I | 2013-01-01 |
| A61K | 9 | / | 08 | I | 2013-01-01 |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | | / | | | | | |
| | | / | | | | | |

| | | |
|---|---|---|
| NONE | | **Total Claims Allowed:** |
| | | 20 |
| (Assistant Examiner) | (Date) | |
| /CHRISTINA BRADLEY/ Primary Examiner.Art Unit 1675 | 05/09/2017 | **O.G. Print Claim(s)**     **O.G. Print Figure** |
| (Primary Examiner) | (Date) | 1             none |

PAR-VASO-0011035

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15289640 | KENNEY ET AL. |
| | Examiner | Art Unit |
| | CHRISTINA BRADLEY | 1675 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | |
|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | NON-CLAIMED |
| | | | | | | | | | | |
| **CROSS REFERENCE(S)** | | | | | | | | | | |
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /CHRISTINA BRADLEY/ Primary Examiner.Art Unit 1675 | 05/09/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

PAR-VASO-0011036

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15289640 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** |
| | CHRISTINA BRADLEY | 1675 |

☒ Claims renumbered in the same order as presented by applicant ☐ CPA ☒ T.D. ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /CHRISTINA BRADLEY/ Primary Examiner.Art Unit 1675 | 05/09/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No. 20170509

PAR-VASO-0011037



# UNITED STATES PATENT AND TRADEMARK OFFICE

DOCKETED
on Feb 22,2017

Par Pharmaceutical 47956-702.501
VN1 ; CKEN; TA6; HNE

**Action:** Non-Final Office Action
**Due:** 5/22/17
**Final:** 8/22/17

UNITED ST...
United State...
Address: COM...
P.O. B...
Alexandria, Virginia 22313-1450
www.uspto.gov

TRACK ONE

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/289,640 | 10/10/2016 | Matthew Kenney | 47956-702.501 | 9987 |

21971     7590     02/22/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/22/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0011038

| **Office Action Summary** | **Application No.** 15/289,640 | **Applicant(s)** KENNEY ET AL. | |
| | **Examiner** CHRISTINA BRADLEY | **Art Unit** 1675 | **AIA (First Inventor to File) Status** Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>10/10/2016</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) <u>16-35</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>16-35</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on <u>10/10/2016</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**

  a)☐ All   b)☐ Some**  c)☐ None of the:

  1.☐ Certified copies of the priority documents have been received.

  2.☐ Certified copies of the priority documents have been received in Application No. _____.

  3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0011039

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### *Status of the Claims*

Claims 16-35 are pending.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains.  Patentability shall not be negated by the manner in which the
> invention was made.

Claims 16-30 and 35 are rejected under 35 U.S.C. 103 as being unpatentable over

Treschan (NPL 149, IDS 10/10/2016) in view of Pharmaceutical Partners of Canada Inc. (NPL

115, IDS 10/10/2016), Scott (NPL 137, IDS 10/10/2016), Chang et al. (NPL U, PTO-892

attached), the product information for liraglutide pen (NPL 118, IDS 10/10/2016), and the

product information for triptorelin acetate (NPL 123, IDS 10/10/2016).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation,

cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and

intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR),

septic shock, intraoperative hypotension, portal venous hypertension, vasodilatory shock, and

hemodynamic instability (p. 599, col 1-2, Table 2). The structure of the therapeutic agent

arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1

U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Treschan teaches that AVP is fast-acting. Specifically, intravenous administration of

exogenous AVP has effects within minutes. AVP rapidly distributes from plasma into the

extracellular fluid volume. The plasma half-life is 4–20 min, so that continuous infusion is

necessary for maintenance of effects. Exogenous AVP must be administered parenterally (p. 601,

col 1-2). Furthermore, AVP infusion (0.01– 0.04 U/min) for patients with septic shock increased

peripheral vascular resistance and arterial blood pressure within minutes of application (p. 606,

col 2).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile,

nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially

free from the oxytocic principle and is standardized to contain 20 pressor units posterior

structural formula is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin

units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5). Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP may be administered intramuscularly (i.m.) or subcutaneously (s.c.). Vasopressin Injection, USP is supplied in a unit dosage form of 1 mL in 2 mL (partially filled) flip top vials in packages of 25.

Neither Treschan nor Pharmaceutical Partners of Canada teach that Vasopressin is stored at 2-8° C for at least 4 weeks prior to administration to a subject. However, this difference is obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique to Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

The prior art method of Treschan and Pharmaceutical Partners of Canada Inc. is a "base" method upon which the claimed invention can be seen as an "improvement" because of the addition of a refrigeration step in the claimed method.

(2) a finding that the prior art contained a "comparable" device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention

Two reviews of the prior art on the formulation and storage of peptide drugs state that peptides can be stored at 2-8° C. For example, Scott teaches that "Solution formulations are

PAR-VASO-0011042

typically refrigerated at 2-8° C, 'with a minimum target shelf life of two years'" (p. 47, col 3,

citations removed). In addition, Chang et al. teach that processes that lead to protein degradation

"are not necessarily major problems when the product is stored at 2-8°C" (p. 9).

The prior art includes examples of the use of refrigeration to store peptide and protein

formulations prior to use. See for example the labels for each of the following peptide drugs:

after the first use of the liraglutide pen, the product can be stored for 1 month at room

temperature (not above 30° C) or in a refrigerator (2-8° C) (p. 19) for up to 30 months (p. 20);

and

triptorelin acetate can be stored at 2-8°C (refrigerator) in the proposed packaging

(providing protection from light) (p. 3) for up to 3 years (p. 4).

(3) a finding that one of ordinary skill in the art could have applied the known

"improvement" technique in the same way to the "base" device (method, or product) and the

results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added a step of refrigeration (storage at 2-8° C)

to the method of administering vasopressin formulations taught by Treschan and Pharmaceutical

Partners of Canada Inc. in the same manner as taught by Scott, Chang et al., and the drug product

information documents listed above. The results would have been predictable because the prior

art teaches a means for testing the effect of the temperature and storage conditions on the

stability of the peptide formulation (see Scott, p. 9).

It would have been obvious to add the refrigeration step included in the instant claims in

order to provide long-term storage stability, as taught by Scott (a minimum target shelf life of

two years, p. 47, col 3), and as exemplified for liraglutide (up to 30 months, p. 20) and triptorelin

PAR-VASO-0011043

acetate (up to 3 years, p. 4). There is a reasonable expectation of success given that the prior art

discloses assays for measuring the stability of vasopressin formulations, and that it is within the

ordinary skill of the art to optimize storage temperature to improve stability of peptide

pharmaceuticals, as evidenced by Scott, and Chang et al. The rationale to support a conclusion

that the claim would have been obvious is that "a method of enhancing a particular class of

devices (methods, or products) has been made part of the ordinary capabilities of one skilled in

the art based upon the teaching of such improvement in other situations. One of ordinary skill in

the art would have been capable of applying this known method of enhancement to a "base"

device (method, or product) in the prior art and the results would have been predictable to one of

ordinary skill in the art." *KSR*, 550 U.S. at 421, 82 USPQ2d at 1397.

Applicant has argued in the parent case that the cited references demonstrate

unpredictability in the art of drug formulation. The Examiner agrees with Applicant that there is

some unpredictability in the peptide drug formulation art and that stability is depends on the

structure of the peptide. However, in contrast to the use of excipients to increase formulation

stability which can involve choosing from amongst countless potential additives and

combinations of additives, the use of storage temperature to increase formulation stability

involves a much more limited set of options. One of ordinary skill in the art would recognize that

peptides can generally be stored 1) frozen, 2) refrigerated (2-8° C), or 3) at room temperature

(15-30° C). Although there is some unpredictability in the art, it would not be unreasonable to

test these three general categories of storage temperatures, especially in view of the evidence that

peptides with very diverse structures can be successfully stored refrigerated (see product labels

cited above). In addition, the prior art teaches a means for testing the effect of the temperature and storage conditions on the stability of the peptide formulation (see Scott, p. 9).

The Pharmaceutical Partners of Canada label discloses all of the claim limitations describing of the vasopressin formulation conditions except that it expresses the amount of vasopressin in units/ml rather than mg/ml as recited in the claims.

With respect to the units of vasopressin concentration, the Examiner is shifting the burden to Applicant to provide for a conversion between the units/ml taught by the Pharmaceutical Partners of Canada label and the mg/ml recited in the instant claims as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). If the 20 units/ml disclosed in the label falls within the claimed range, the claim limitation is met by the reference. If the 20 units/ml taught by the label overlaps with or touches the claimed range, it would be obvious to optimize the amount of vasopressin in mg/ml required to achieve this dosage in accordance with *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).

Finally, the clause "wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8° C for about four weeks", does not change the scope of the claims because it does not require an additional active step. Rather, this new clause recites a property of the product utilized in the claimed method that is obvious over the prior art for the reasons presented above. The fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985).

PAR-VASO-0011045

Therefore, the method that is obvious over the combined references meets all of the limitations of claims 16, 27, and 28.

With respect to claims 17-19, the concentration of SEQ ID Nos: 2-4 in the formulation is an inherent feature of the prior art formulation which contains the same chemical components as required by the instant claims.

With respect to claim 20, Treschan teaches that mean arterial pressure increased within minutes of administration to patients with septic shock (p. 606, col 2).

With respect to claim 21, Treschan teaches the use of vasopressin infusion to treat hypertension associated with vasodilatory shock (Table 4).

With respect to claim 22, Treschan teaches the use of vasopressin infusion to treat hypertension associated with post-cardiotomy shock (Table 4).

With respect to claim 23, Treschan teaches the use of vasopressin infusion to treat hypertension associated with septic shock (Table 4).

With respect to claims 24, Treschan teaches a vasopressin dose of 0.01-0.04 U/min for refractory hypotension in septic shock (p. 606, col 2, Table 4). This prior art dose range falls within the claimed dose.

With respect to claims 25 and 26, Treschan teaches that dosages should be limited to prevent adverse outcomes (p. 607, col 1). Therefore, it would be obvious to lower the dosage through routine experimentation in response to obtaining desired arterial pressure.

With respect to claim 29, the Pharmaceutical Partners of Canada label states that the vasopressin is supplied as a solution, not as a lyophilized product.

With respect to claim 30, the Pharmaceutical Partners of Canada label states that the vasopressin should not be frozen.

With respect to claim 35, the Pharmaceutical Partners of Canada label states that the vasopressin contains chlorobutanol.

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.


Claims 31-34 are rejected under 35 U.S.C. 103 as being unpatentable over Treschan (NPL 149, IDS 10/10/2016) in view of Pharmaceutical Partners of Canada Inc. (NPL 115, IDS 10/10/2016), Scott (NPL 137, IDS 10/10/2016), Chang et al. (NPL U, PTO-892 attached), the product information for liraglutide pen (NPL 118, IDS 10/10/2016), and the product information for triptorelin acetate (NPL 123, IDS 10/10/2016), as applied to claims 16-30 and 35 above, in further view of Russell et al. (NPL 131, IDS 10/10/2016), Buck (NPL V, PTO-892 attached), and Young (NPL W, PTO-892 attached).

Neither Treschan nor Pharmaceutical Partners of Canada teach a step of diluting the unit dose form in a diluent to provide a concentration from about 0.1 units/ml to about 1 unit/ml of vasopressin or the pharmaceutically-acceptable salt thereof. However, this difference is obvious in view of the prior art.

Russell et al. teach vasopressin infusion in patients with septic shock comprising the step of diluting vasopressin (30 U) in 250-ml intravenous bags of 5% dextrose in water, with final concentrations of 0.12 U of vasopressin per milliliter. The study-drug infusion was started at 5 ml per hour and increased by 2.5 ml per hour every 10 minutes during the first hour to achieve a

constant target rate of 15 ml per hour. Thus, the blinded vasopressin infusion was started at 0.01 U per minute and titrated to a maximum of 0.03 U per minute (p. 879, col 1).

Buck teaches that for continuous intravenous infusion, it should be diluted with normal saline or 5% dextrose to a final concentration of 0.1 to 1 unit/ml. Administration through central venous access is recommended to minimize the risk of extravasation (p. 3, col 2).

Young teaches that vasopressin for intravenous administration is diluted into 5% dextrose or normal saline (p. 421).

It would have been obvious to apply the dilution method taught by Russell et al., Buck, and Young because this is a standard practice for vasopressin in the art when the administration route is intravenous.

The resulting method would comprise

a) providing a pharmaceutical composition containing vasopressin for intravenous administration in a unit dosage form that contains vasopressin at 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for Injection, and a pH adjusted with acetic acid to pH 2.5-4.5 (Pharmaceutical Partners of Canada label);

b) refrigerating the solution (Scott, Chang et al., and additional drug labels cited above);

c) diluting the vasopressin with normal saline or 5% dextrose to a final concentration of 0.1 to 1 unit/ml (Russell et al., Young, and Buck); and

d) administering the vasopressin by intravenous route at a dose of 0.01 to 0.04 units/minute for refractory hypotension in septic shock (Treschan Table 4).

Thus, the invention as a whole was clearly *prima facie* obvious to one of ordinary skill in the art at the time the invention was made.

*Evidence Presented in the Specification*

Example 8 of the specification presents data on the effect of temperature on vasopressin

formulations (¶ [0296]).

> The samples held at 5° C exhibited little fluctuation in vasopressin amounts over
> 24 months, and the amount of total impurities did not increase above 3% during the
> testing period (TABLES 7-12). The samples held at 25° C and 60% relative humidity
> exhibited a decrease in vasopressin amount of about 10-12% after 24 months (TABLES
> 13-18). The amount of impurities observed in the samples stored at 25 °C and 60%
> relative humidity after 24 months exceeded 13% in some samples, whereas the amount of
> impurities observed in the samples stored at 5° C did not exceed 3% after 24 months.
> After about three months, the samples held at 40° C exhibited a decrease in the amount of
> vasopressin of about 10-12%. The amount of impurities observed at 40 °C exceeded 10%
> after three months, whereas the amount of impurities observed in the samples stored at 5
> °C was less than 3% after three months (TABLES 19- 24).

The results presented in Example 8 are statistically and practically significant, and evidence that

storing vasopressin at 5° C is superior to storing vasopressin at higher temperature. However, the

results are not unexpected in view of the prior art that teaches that peptide drugs can be stored at

2-8º C. Scott teaches that "Solution formulations are typically refrigerated at 2-8° C, 'with a

minimum target shelf life of two years'" (p. 47, col 3, citations removed). In addition, Chang et

al. teach that processes that lead to protein degradation "are not necessarily major problems

when the product is stored at 2-8°C" (p. 9).  In addition, the prior art includes examples of

peptides that exhibit long term stability when refrigerated.  For example, triptorelin acetate can

be stored at 2-8°C (refrigerator) for 3 years (label, p. 4), and the liraglutide pen has a shelf life of

30 months at 2-8° C (label, p. 20).

For these reasons, the claims are obvious over the prior art.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on nonstatutory double patenting provided the reference application or patent either is shown to be commonly owned with the examined application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159.  See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used.

Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the

form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely

online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-

processed and approved immediately upon submission. For more information about eTerminal

Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 16-35 are provisionally rejected on the ground of nonstatutory double patenting as

being unpatentable over claims 16-29, and 32-37 of copending Application No. 14/717,877

(conflicting application). Although the claims at issue are not identical, they are not patentably

distinct from each other because the instant claims are obvious over the conflicting claims.

Specifically, claim 16 of the conflicting application recites a method of increasing blood

pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical

composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01

mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii)

chlorobutanol; iii) acetic acid; and iv) water, wherein the unit dosage form has a pH of 3.4 to 3.6;

b) storing the unit dosage form at 2-8 °C; c) diluting the unit dosage form in a diluent to provide

a concentration from about0.1 units/mL to about 1 unit/mL of vasopressin or the

pharmaceutically-acceptable salt thereof; and d) administering the <u>diluted</u> unit dosage form to the

human <u>by intravenous administration;</u> wherein the administration provides to the human from

about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C for about four weeks.

The conflicting application does not require that composition is stored for at least four weeks. However, this difference is obvious in view of the fact that conflicting claim requires storage and states that the composition is stable for about four weeks. The resulting method would meet all of the limitations of claims 16, 28, 31, 32, and 35.

Claims 17-22, 24-27, 29, 36, 37, 34, and 35 of the conflicting claims recite the same limitations as instant claims 17-27, 29, 30, 33, and 34, respectively.


*Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 3:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | US- | | | | |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | Chang et al. "Practical Approaches to Protein Formulation Development," Rational Design of Stable Protein Formulations, edited by Carpenter and Manning. Kluwer Academic/Plennrn Publishers, New York, 2002, pp. 1-25 |
| | V | Buck "Low-dose Vasopressin Infusions for Vasodilatory Shock," PEDIATRIC PHARMACOTHERAPY, A Monthly Newsletter for Health Care Professionals from the Children's Medical Center at the University of Virginia, (2003), 9(9), pp. 1-4 |
| | W | Young "Drug Manual" Wellington Regional Hospital, Intensive Care Unit, (2013), 2nd edition, pp. 421-422 |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0011054



UNITED STATES PATENT AND TRADEMARK OFFICE

Par Pharmaceutical 47956-702.503
VN1; CKEN; TA6; HNE

| Action: | Non-Final Office Action |
| UNITED | Due: | 6/29/17 |
| United | Final: | 9/29/17 |
| Address: |
www.uspto.gov

TRACK ONE

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/426,703 | 02/07/2017 | Matthew Kenney | 47956-702.503 | 5198 |

21971        7590        03/29/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/29/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0011055

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>2/7/2017</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims\***

5)☒ Claim(s) <u>16-32</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>16-32</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**
    a)☐ All  b)☐ Some\*\*  c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Claim Rejections - 35 USC § 112

The following is a quotation of 35 U.S.C. 112(b):
(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 17-30 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

In claim 17, the indefinite claim language is: "wherein the unit dosage form further comprises no more than 6% total impurities after storage of the unit dosage form at about 25° C for about 15 months."

In claims 18-30, the indefinite claim language is: the wherein clause.

These limitations are unclear because: these limitations merely states a functional characteristic (storage stability) without providing any indication about how the functional

PAR-VASO-0011057

characteristic is provided. The recited functional characteristic does not follow from (is not an

inherent property of) the structure recited in the claim, i.e. the vasopressin on its own, so it is

unclear whether the claim requires some other structure to be added to the composition, such

as a stabilizer molecule or a pH modifier, to provide the functional characteristic.

The dependent claims do not remedy this issue and are likewise rejected.


## *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is
> not identically disclosed as set forth in section 102, if the differences between the claimed invention
> and the prior art are such that the claimed invention as a whole would have been obvious before the
> effective filing date of the claimed invention to a person having ordinary skill in the art to which the
> claimed invention pertains. Patentability shall not be negated by the manner in which the invention
> was made.

Claims 16-31 are rejected under 35 U.S.C. 103 as being unpatentable over

Pharmaceutical Partners of Canada Inc. (NPL 117, IDS 2/08/2017) in view of Treschan (NPL 151,

IDS 2/08/2017) and Amorij et al. (US 2011/0237508), as evidenced by the FDA label for

VASOSTRICT.

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation,

cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and

intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR),

septic shock, intraoperative hypotension, vasodilatory shock, and hemodynamic instability (p.

599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is

identical to instant SEQ ID NO: 1 (Fig. 1).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile,

nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is

substantially free from the oxytocic principle and is standardized to contain 20 pressor units.

Vasopressin is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units,

chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid

and/or sodium hydroxide for pH adjustment (2.5-4.5).

Note that the FDA Label for VASOSTRICT provides evidence that 1 mg is equivalent to

530 units of vasopressin. Therefore, the composition taught by Pharmaceutical Partners of

Canada contains 0.038 mg/ml vasopressin, which falls within the claimed range (this is an

evidentiary reference and does not need to be prior art).

With respect to the pH, Pharmaceutical Partners of Canada teaches a broader range of

2.5-4.5 which encompasses the claimed pH 3.75-3.85. MPEP § 2144.05 states that "In the case

where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie*

case of obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In

reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Therefore, the instantly claimed

pH of 3.75-3.85 is *prima facie* obvious in view of the broader prior art range 2.5-4.5.

With respect to the stability limitations in claims 16-30, the fact that applicant has

recognized another advantage which would flow naturally from following the suggestion of the

prior art cannot be the basis for patentability when the differences would otherwise be

PAR-VASO-0011059

obvious.  See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). The composition

that is obvious over the cited art would be chemically and structurally identical to that recited

in the instant claims. As a result, it would possess the same stability properties as recited in the

instant claims.

Claim 32 is rejected under 35 U.S.C. 103 as being unpatentable over in view of Treschan

(NPL 151, IDS 2/08/2017) and Pharmaceutical Partners of Canada Inc. (NPL 117, IDS 2/08/2017),

as applied to claims 16-31 above, in further view of Amorij et al. (US 2011/0237508), Hong et al.

(US 2013/0115231 A1), Harris et al. (US 5,482,931), and Purl et al. (US 2006/0293243).

Neither Treschan nor Pharmaceutical Partners of Canada teach that the composition

contains an acetate buffer. However, these differences are obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known

Technique To Improve Similar Devices (Methods, or Products) in the Same Way". To reject a

claim based on this rationale, Office personnel must resolve the Graham factual inquiries

(above). Then, Office personnel must articulate the following:

 (1) a finding that the prior art contained a "base" device (method, or product) upon

which the claimed invention can be seen as an "improvement"

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine

for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example

during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶

[005]). Amorij et al. teach that as a result of its instability at higher temperatures, the use of

vasopressin in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

The prior art formulation of Pharmaceutical Partners of Canada Inc. is a "base" product upon which the claimed invention can be seen as an "improvement" because of its enhanced stability.

(2) a finding that the prior art contained a "comparable" device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention

The prior art is replete with examples of the use of acetate buffer to stabilize peptide and protein formulations.

Amorij et al. teach that acetate buffer may be added to vasopressin formulations in order to enhance stability at a concentration of 2-200 mM, 5-150 mM, 5-100 mM, 5-50 mM, and 5-25 mM (¶ [0022], [0024], [0029]).

Hong et al. teach liquid formulations of long-acting growth hormone comprising a buffer to maintain the pH of the solution within a predetermined range to prevent a sharp pH change that can lead to the inactivation of the peptide. Hong et al. teach that any pharmaceutically acceptable buffer can be used, including acetate/acetic acid, and that the concentration by be from 5 mM to 100 mM (¶ [0034]).

Harris et al. (US 5,482,931) teach stable formulations of desmopressin that may contain acetic acid/sodium acetate as a buffer (col 2, lines 1-2).

PAR-VASO-0011061

Purl et al. (US 2006/0293243) teach stable formulations of synthetic motilin-like peptide comprising sodium/acetate acid buffer. The concentration of the buffer is between 5 and 250 mM, preferable between 5 and 25 mM (¶ [0067]).

 (3) a finding that one of ordinary skill in the art could have applied the known "improvement" technique in the same way to the "base" device (method, or product) and the results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added acetate buffer in the same manner as taught by Amorij et al., Hong et al., Harris et al., and Purl et al. in order to improve the storage stability of the formulation. The results would have been predictable because the prior art teaches a means for testing the effect of the acetate buffer on the stability of the vasopressin formulation. Specifically, Amorij et al. (Examples 1-7) teaches assays for monitoring the stability of the peptide formulations. The assay of Amorij et al. comprises making the formulation, incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the formulation by RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Amorij et al., Hong et al., Harris et al., and Purl et al. as useful for stabilizing peptide drug formulations to unit dosage forms of vasopressin for the purpose of creating a stabilized form of vasopressin. In doing so, one of ordinary skill in the art would be responding to the need for a stabilized vasopressin formulation identified by Amorij et al. There is a reasonable expectation of success given that the prior art discloses assays for measuring the stability of vasopressin formulations, and that it is within the ordinary skill of the art to optimize the addition of excipients to peptide

PAR-VASO-0011062

pharmaceutical compositions to improve stability, as evidenced by Amorij et al. The rationale to

support a conclusion that the claim would have been obvious is that "a method of enhancing a

particular class of devices (methods, or products) has been made part of the ordinary

capabilities of one skilled in the art based upon the teaching of such improvement in other

situations. One of ordinary skill in the art would have been capable of applying this known

method of enhancement to a "base" device (method, or product) in the prior art and the results

would have been predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82

USPQ2d at 1397. The resulting composition would meet all of the limitations for the unit dose

form recited in claim 32.


   *Evaluation of Evidence in the Specification*

   The data in Examples 9-12 of the specification have been fully considered but are not

sufficient to overcome the *prima facie* case and to establish that the claimed pH range is

critical, and exhibits unexpected results.

   MPEP 716.02(c) states: "'Expected beneficial results are evidence of obviousness of a

claimed invention, just as unexpected results are evidence of unobviousness thereof.' *In re

Gershon,* 372 F.2d 535, 538, 152 USPQ 602, 604 (CCPA 1967)" In the instant case, the prior art

of Pharmaceutical Partners of Canada teach that pH 2.5-4.5 is suitable for a vasopressin

formulation intended for clinical use. As a result, one of ordinary skill in the art would expect

that even if there are differences across this pH range, all pH values would yield a formulation

that is stable enough for clinical use. Applicant has not provided evidence that the difference is

PAR-VASO-0011063

stability alleged at pH 3.8 is significant enough to result in a practical benefit to the user.

Applicant has not established "that the differences in results are in fact unexpected and

unobvious and of both statistical and practical significance." (*Ex parte Gelles,* 22 USPQ2d 1318,

1319 (Bd. Pat. App. & Inter. 1992) because it is not clear from the specification whether the

observed differences in stability would have a practical effect on clinical use.

Applicant has alleged that the compositions recited in the instant claims have

unexpected stability. MPEP 716.01(b) states: "To be given substantial weight in the

determination of obviousness or nonobviousness, evidence of secondary considerations must

be relevant to the subject matter as claimed, and therefore the examiner must determine

whether there is a nexus between the merits of the claimed invention and the evidence of

secondary considerations. *Ashland Oil, Inc. v. Delta Resins & Refractories, Inc.,* 776 F.2d 281,

305 n.42, 227 USPQ 657, 673-674 n. 42 (Fed. Cir. 1985)." In the instant case, the nexus between

the alleged increase in stability and the claims is unclear. Although stability is important for a

pharmaceutical composition, there is no evidence on record that the closest prior art

composition which can have a pH of 2.5-4.5 is too unstable to be used clinically; on the

contrary, the prior art composition is FDA approved for the instantly claimed method of

treatment. Applicant has not established whether the alleged increase in stability achieved by

the modifications to the prior art composition recited in the instant claims is significant enough

to have a benefit in the claimed method.

In addition, MPEP 716.02(e) states: " An affidavit or declaration under 37 CFR 1.132

must compare the claimed subject matter with the closest prior art to be effective to rebut a

PAR-VASO-0011064

*prima facie* case of obviousness. *In re Burckel,* 592 F.2d 1175, 201 USPQ 67 (CCPA 1979)...

Where the comparison is not identical with the reference disclosure, deviations therefrom

should be explained, *In re Finley,* 174 F.2d 130, 81 USPQ 383 (CCPA 1949), and if not explained

should be noted and evaluated, and if significant, explanation should be required. *In re*

*Armstrong,* 280 F.2d 132, 126 USPQ 281 (CCPA 1960)." In the instant case, the closest prior art

is the formulation taught by Pharmaceutical Partners of Canada. Each mL of Vasopressin

Injection, USP contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as

preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH

adjustment (2.5-4.5). In contrast, the declaration presents stability data for vasopressin without

chlorobutanol.

Finally, MPEP 716.02(d) states: "Whether the unexpected results are the result of

unexpectedly improved results or a property not taught by the prior art, the "objective

evidence of nonobviousness must be commensurate in scope with the claims which the

evidence is offered to support." In other words, the showing of unexpected results must be

reviewed to see if the results occur over the entire claimed range. *In re Clemens,* 622 F.2d 1029,

1036, 206 USPQ 289, 296 (CCPA 1980)" In claims 16-31, the buffer is not specified, and the

claims encompass all buffers suitable for maintaining a pH of 3.75-3.85 as well as compositions

without buffer. In contrast, the data in the specification pertains to compositions containing

acetate buffer, with the exception of a comparative example with citrate buffer (Example 12).

The specification suggests that acetate buffer is superior to citrate buffer. Therefore, the

results, are not commensurate in scope with the claims.

For these reasons, the rejection is maintained.


### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent

possible harassment by multiple assignees. A nonstatutory double patenting rejection is

appropriate where the conflicting claims are not identical, but at least one examined

application claim is not patentably distinct from the reference claim(s) because the examined

application claim is either anticipated by, or would have been obvious over, the reference

claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*,

11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed.

Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d

438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be

used to overcome an actual or provisional rejection based on nonstatutory double patenting

provided the reference application or patent either is shown to be commonly owned with the

examined application, or claims an invention made as a result of activities undertaken within

the scope of a joint research agreement. See MPEP § 717.02 for applications subject to

examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159.

See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the

first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance

with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used.

Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which

the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely

online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-

processed and approved immediately upon submission. For more information about eTerminal

Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 16-32 are rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 1-11 of U.S. Patent No. 9,375,478. Although the claims at issue are

not identical, they are not patentably distinct from each other because the patented claims

anticipate the instant claims. Specifically, claim 1 of U.S. Patent No. 9,375,478 recites a unit

dosage form consists essentially of: a) from about 0.01 mg/mL to about 0.07 mg/mL of

vasopressin or a pharmaceutically-acceptable salt thereof; b) 10 mM acetate buffer; and c)

water, wherein: the unit dosage form has a pH of 3.8, satisfying all of the limitations of claims

16, 31, and 32. With respect to claims 17-30, because the composition is structurally and

physically the same as the claimed composition, it will necessarily possess the same stability

profile.

Claims 16-32 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-34 of copending Application No. 15/426,693. Although the claims at issue are not identical, they are not patentably distinct from each other because the copending claims anticipate the instant claims. Specifically, claims 16-29, and 33 recite the use of the same compositions as instant claims 16-32.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claims 16-32 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-35 of copending Application No. 15/289,640 in view of Pharmaceutical Partners of Canada Inc. (NPL 117, IDS 2/08/2017). Although the claims at issue are not identical, they are not patentably distinct from each other.

Application No. 15/289,640 claims a method of using a vasopressin formulation containing 0.01 mg/mL to 0.07 mg/mL vasopressin, acetic acid, and water, that exhibits the same stability profile as recited in the instant claims. Application No. 15/289,640 does not claim that the pH of the formulation is 3.75 to 3.85.

Pharmaceutical Partners of Canada teaches a vasopressin formulation for clinical use comprising chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

It would have been obvious to formulate the vasopressin formulation claimed in Application No. 15/289,640 with the pH range of Pharmaceutical Partners of Canada. The prior

PAR-VASO-0011068

art range of 2.5-4.5 which encompasses the claimed pH 3.75-3.85.  MPEP § 2144.05 states that

"In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a

*prima facie* case of obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976);

*In reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Therefore, the instantly

claimed pH of 3.75-3.85 is *prima facie* obvious in view of the broader prior art range 2.5-4.5.

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


Claims 16-32 are provisionally rejected on the ground of nonstatutory double patenting

as being unpatentable over claims 16-29, and 32-37 of copending Application No. 14/717,877 in

view of Pharmaceutical Partners of Canada Inc. (NPL 117, IDS 2/08/2017). Although the claims

at issue are not identical, they are not patentably distinct from each other.

Application No. 14/717,877 claims a method of using a vasopressin formulation

containing 0.01 mg/mL to 0.07 mg/mL vasopressin, acetic acid, and water, that exhibits the

same stability profile as recited in the instant claims. Application No. 14/717,877 does not claim

that the pH of the formulation is 3.75 to 3.85.

Pharmaceutical Partners of Canada teaches a vasopressin formulation for clinical use

comprising chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial

acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

It would have been obvious to formulate the vasopressin formulation claimed in

Application No. 14/717,877 with the pH range of Pharmaceutical Partners of Canada. The prior

art range of 2.5-4.5 which encompasses the claimed pH 3.75-3.85.  MPEP § 2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Therefore, the instantly claimed pH of 3.75-3.85 is *prima facie* obvious in view of the broader prior art range 2.5-4.5.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

## *Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044.  The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 2:00 P.M.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you

would like assistance from a USPTO Customer Service Representative or access to the

automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

## Notice of References Cited

| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>15/426,703 | Applicant(s)/Patent Under Reexamination<br>KENNEY ET AL. |
| | Examiner<br>CHRISTINA BRADLEY | Art Unit<br>1675 · Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-9,375,478 B1 | 06-2016 | Kenney; Matthew | A61K47/10 | 1/1 |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Label for Vasostrict (vasopressin injection) for intravenous use, downloaded from www.fda.gov on 3/21/2017 |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)  ·  **Notice of References Cited**  ·  Part of Paper No. 20170321

PAR-VASO-0011072



## UNITED STATES PATENT AND TRADEMARK OFFICE

DOCKETED
Mar 29,2017

Par Pharmaceutical 47956-702.502
VN1; CKEN; TA6; HNE

| Action: | Non-Final Office Action |
| Due: | 6/29/17 |
| Final: | 9/29/17 |

UNITED S
United Sta
Address: CO
P.O.
Alex
www.uspto.gov

TRACK ONE

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/426,693 | 02/07/2017 | Matthew Kenney | 47956-702.502 | 1012 |

21971        7590        03/29/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/29/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0011073

<table>
<tr><td rowspan="3"><strong>Office Action Summary</strong></td><td><strong>Application No.</strong><br>15/426,693</td><td colspan="2"><strong>Applicant(s)</strong><br>KENNEY ET AL.</td></tr>
<tr><td><strong>Examiner</strong><br>CHRISTINA BRADLEY</td><td><strong>Art Unit</strong><br>1675</td><td><strong>AIA (First Inventor to File)<br>Status</strong><br>Yes</td></tr>
</table>

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>2/7/2017</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) <u>16-35</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>16-35</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**
      a)☐ All   b)☐ Some** c)☐ None of the:
       1.☐ Certified copies of the priority documents have been received.
       2.☐ Certified copies of the priority documents have been received in Application No. _____.
       3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

PAR-VASO-0011074

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### *Claim Rejections - 35 USC § 112*

The following is a quotation of 35 U.S.C. 112(b):
(b)  CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out
and distinctly claiming the subject matter which the inventor or a joint inventor regards as the
invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

Claims 16-35 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second

paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject

matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the

invention.

In claim 16 and its dependent claims, the indefinite claim language is: "the unit dosage

form further comprises no more than 6% total impurities after storage of the unit dosage form

at about 25° C for about 15 months."

In claims 17-28, and 32, the indefinite claim language is: the wherein clause.

PAR-VASO-0011075

In claim 34, the indefinite claim language is: "the unit dosage form further comprises no more than 2% of SEQ ID NO: 2 after storage of the unit dosage form at about 25° C for about 15 months."

In claim 35, the indefinite claim language is: "the unit dosage form further comprises no more than 2% of SEQ ID NO: 4 after storage of the unit dosage form at about 25° C for about 15 months."

These limitations are unclear because: these limitations merely state a functional characteristic (storage stability) without providing any indication about how the functional characteristic is provided. The recited functional characteristic does not follow from (is not an inherent property of) the structure recited in the claim, i.e. the vasopressin on its own, so it is unclear whether the claim requires some other structure to be added to the composition, such as a stabilizer molecule or a pH modifier, to provide the functional characteristic.

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 16-32, 34, and 35 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical Partners of Canada Inc. (NPL 117, IDS 2/08/2017) in view of Treschan (NPL 151,

IDS 2/08/2017) and Amorij et al. (US 2011/0237508), as evidenced by the FDA label for

VASOSTRICT.

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation,

cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and

intensive care therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR),

septic shock, intraoperative hypotension, vasodilatory shock, and hemodynamic instability (p.

599, col 1-2, Table 2). The structure of the therapeutic agent arginine vasopressin (AVP) is

identical to instant SEQ ID NO: 1 (Fig. 1).

Treschan teaches the following doses of AVP specific to the clinical application:

- for CPR, 40 U bolus,

- for refractory hypotension in septic shock, 0.01-0.04 U/min,

- for anesthesia for resection of neuroendocrine tumors, 10- to 20-U bolus, plus 0.1

U/min,

- for vasodilatory shock after cardiopulmonary bypass, 0.1 U/min,

- for anaphylactic shock, bolus range from 2 to 40 U, and

- for hemorrhagic shock, 0.04 U/min to 40-U bolus (Table 4).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile,

nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is

substantially free from the oxytocic principle and is standardized to contain 20 pressor units.

Vasopressin is identical to instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units,

PAR-VASO-0011077

chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid

and/or sodium hydroxide for pH adjustment (2.5-4.5).

Note that the FDA Label for VASOSTRICT provides evidence that 1 mg is equivalent to

530 units of vasopressin. Therefore, the composition taught by Pharmaceutical Partners of

Canada contains 0.038 mg/ml vasopressin, which falls within the claimed range (this is an

evidentiary reference and does not need to be prior art).

It would be obvious to use the vasopressin formulation taught by Pharmaceutical

Partners of Canada in the method of treating hypotension with vasopressin taught by Treschan

because the formulation is approved for clinical use for the same indication. The resulting

method would be a method of increasing blood pressure in a human in need thereof

comprising administering a unit dosage form comprising about 0.038 mg/ml vasopressin, in a

dose of 0.01-0.04 U/min for refractory hypotension in septic shock, or 0.1 U/min for

vasodilatory shock after cardiopulmonary bypass, wherein the formulation comprises

chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid

and/or sodium hydroxide for pH adjustment (2.5-4.5).

With respect to the pH, Pharmaceutical Partners of Canada teaches a broader range of

2.5-4.5 which encompasses the claimed pH 3.75-3.85 in claim 16 and the pH 3.8 in claim 29.

MPEP § 2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges

disclosed by the prior art' a *prima facie* case of obviousness exists. *In reWertheim,* 541 F.2d 257,

191 USPQ 90 (CCPA 1976); *In reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)."

Therefore, the instantly claimed pH of 3.75-3.85, and 3.8, is *prima facie* obvious in view of the broader prior art range 2.5-4.5.

With respect to the stability limitations in claims 16-28, 32, 34, and 35, the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). The composition that is obvious over the cited art would be chemically and structurally identical to that recited in the instant claims. As a result, it would possess the same stability properties as recited in the instant claims.

With respect to claim 30, Treschan teaches vasodilatory shock (Table 4).

With respect to claim 31, Treschan teaches 0.01-0.04 U/min for refractory hypotension in septic shock, which falls within the claimed range of 0.01-0.07 U/min (Table 4).

Claim 33 is rejected under 35 U.S.C. 103 as being unpatentable over in view of Treschan (NPL 151, IDS 2/08/2017) and Pharmaceutical Partners of Canada Inc. (NPL 117, IDS 2/08/2017), as applied to claims 16-32, 34, and 35 above, in further view of Amorij et al. (US 2011/0237508), Hong et al. (US 2013/0115231 A1), Harris et al. (US 5,482,931), and Purl et al. (US 2006/0293243).

Neither Treschan nor Pharmaceutical Partners of Canada teach that the composition contains an acetate buffer. However, these differences are obvious in view of the prior art.

This rejection is based on the rationale set forth in MPEP § 2143.I.C: "Use of Known Technique To Improve Similar Devices (Methods, or Products) in the Same Way". To reject a claim based on this rationale, Office personnel must resolve the Graham factual inquiries (above). Then, Office personnel must articulate the following:

(1) a finding that the prior art contained a "base" device (method, or product) upon which the claimed invention can be seen as an "improvement"

Amorij et al. teach that vasopressin is widely used in human and veterinarian medicine for the treatment of diabetes insipidus and vasodilatory shock, the latter occurring for example during sepsis, organ transplantation or after implantation of a cardiopulmonary bypass (¶ [005]). Amorij et al. teach that as a result of its instability at higher temperatures, the use of vasopressin in (sub)tropical countries, including many third world countries, is limited (¶ [0007]). Amorij et al. teach that there is a clear need for vasopressin formulations, preferably as a ready-to-use injectable aqueous solutions, that have an improved thermal stability (¶ [0007]).

The prior art methods of Treschan, Pharmaceutical Partners of Canada Inc. and Amorij et al. are therefore a "base" method upon which the claimed invention can be seen as an "improvement" because of the enhanced stability of the vasopressin formulation utilized in the method.

(2) a finding that the prior art contained a "comparable" device (method, or product that is not the same as the base device) that has been improved in the same way as the claimed invention

PAR-VASO-0011080

The prior art is replete with examples of the use of acetate buffer to stabilize peptide and protein formulations.

Amorij et al. teach that acetate buffer may be added to vasopressin formulations in order to enhance stability at a concentration of 2-200 mM, 5-150 mM, 5-100 mM, 5-50 mM, and 5-25 mM (¶ [0022], [0024], [0029]).

Hong et al. teach liquid formulations of long-acting growth hormone comprising a buffer to maintain the pH of the solution within a predetermined range to prevent a sharp pH change that can lead to the inactivation of the peptide. Hong et al. teach that any pharmaceutically acceptable buffer can be used, including acetate/acetic acid, and that the concentration by be from 5 mM to 100 mM (¶ [0034]).

Harris et al. (US 5,482,931) teach stabile formulations of desmopressin that may contain acetic acid/sodium acetate as a buffer (col 2, lines 1-2).

Purl et al. (US 2006/0293243) teach stable formulations of synthetic motilin-like peptide comprising sodium/acetate acid buffer. The concentration of the buffer is between 5 and 250 mM, preferable between 5 and 25 mM (¶ [0067]).

 (3) a finding that one of ordinary skill in the art could have applied the known "improvement" technique in the same way to the "base" device (method, or product) and the results would have been predictable to one of ordinary skill in the art.

One of ordinary skill in the art could have added acetate buffer in the same manner as taught by Amorij et al., Hong et al., Harris et al., and Purl et al. in order to improve the storage stability of the formulation. The results would have been predictable because the prior art

teaches a means for testing the effect of the acetate buffer on the stability of the vasopressin

formulation. Specifically, Amorij et al. (Examples 1-7) teaches assays for monitoring the stability

of the peptide formulations. The assay of Amorij et al. comprises making the formulation,

incubating it 4° C (control) and 55° C (test) for a period of time and analyzing the formulation by

RP-HPLC and HP-SEC for degradation.

It would have been obvious to add the excipients taught by Amorij et al., Hong et al.,

Harris et al., and Purl et al. as useful for stabilizing peptide drug formulations to unit dosage

forms of vasopressin for the purpose of creating a stabilized form of vasopressin. In doing so,

one of ordinary skill in the art would be responding to the need for a stabilized vasopressin

formulation identified by Amorij et al. There is a reasonable expectation of success given that

the prior art discloses assays for measuring the stability of vasopressin formulations, and that it

is within the ordinary skill of the art to optimize the addition of excipients to peptide

pharmaceutical compositions to improve stability, as evidenced by Amorij et al. The rationale to

support a conclusion that the claim would have been obvious is that "a method of enhancing a

particular class of devices (methods, or products) has been made part of the ordinary

capabilities of one skilled in the art based upon the teaching of such improvement in other

situations. One of ordinary skill in the art would have been capable of applying this known

method of enhancement to a "base" device (method, or product) in the prior art and the results

would have been predictable to one of ordinary skill in the art." *KSR*, 550 U.S. at 421, 82

USPQ2d at 1397. The resulting composition would meet all of the limitations for the method

recited in claim 33.

*Evaluation of Evidence in the Specification*

The data in Examples 9-12 of the specification have been fully considered but are not sufficient to overcome the *prima facie* case and to establish that the claimed pH range is critical, and exhibits unexpected results.

MPEP 716.02(c) states: "'Expected beneficial results are evidence of obviousness of a claimed invention, just as unexpected results are evidence of unobviousness thereof.' *In re Gershon,* 372 F.2d 535, 538, 152 USPQ 602, 604 (CCPA 1967)" In the instant case, the prior art of Pharmaceutical Partners of Canada teach that pH 2.5-4.5 is suitable for a vasopressin formulation intended for clinical use. As a result, one of ordinary skill in the art would expect that even if there are differences across this pH range, all pH values would yield a formulation that is stable enough for clinical use. Applicant has not provided evidence that the difference is stability alleged at pH 3.8 is significant enough to result in a practical benefit to the user. Applicant has not established "that the differences in results are in fact unexpected and unobvious and of both statistical and practical significance." (*Ex parte Gelles,* 22 USPQ2d 1318, 1319 (Bd. Pat. App. & Inter. 1992) because it is not clear from the specification whether the observed differences in stability would have a practical effect on clinical use.

Applicant has alleged that the compositions recited in the instant claims have unexpected stability. MPEP 716.01(b) states: "To be given substantial weight in the determination of obviousness or nonobviousness, evidence of secondary considerations must be relevant to the subject matter as claimed, and therefore the examiner must determine

whether there is a nexus between the merits of the claimed invention and the evidence of

secondary considerations. *Ashland Oil, Inc. v. Delta Resins & Refractories, Inc.,* 776 F.2d 281,

305 n.42, 227 USPQ 657, 673-674 n. 42 (Fed. Cir. 1985)." In the instant case, the nexus between

the alleged increase in stability and the claims is unclear. Although stability is important for a

pharmaceutical composition, there is no evidence on record that the closest prior art

composition which can have a pH of 2.5-4.5 is too unstable to be used clinically; on the

contrary, the prior art composition is FDA approved for the instantly claimed method of

treatment. Applicant has not established whether the alleged increase in stability achieved by

the modifications to the prior art composition recited in the instant claims is significant enough

to have a benefit in the claimed method.

In addition, MPEP 716.02(e) states: " An affidavit or declaration under 37 CFR 1.132

must compare the claimed subject matter with the closest prior art to be effective to rebut a

*prima facie* case of obviousness. *In re Burckel,* 592 F.2d 1175, 201 USPQ 67 (CCPA 1979)...

Where the comparison is not identical with the reference disclosure, deviations therefrom

should be explained, *In re Finley,* 174 F.2d 130, 81 USPQ 383 (CCPA 1949), and if not explained

should be noted and evaluated, and if significant, explanation should be required. *In re*

*Armstrong*, 280 F.2d 132, 126 USPQ 281 (CCPA 1960)." In the instant case, the closest prior art

is the formulation taught by Pharmaceutical Partners of Canada. Each mL of Vasopressin

Injection, USP contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as

preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH

adjustment (2.5-4.5). In contrast, the declaration presents stability data for vasopressin without chlorobutanol.

Finally, MPEP 716.02(d) states: "Whether the unexpected results are the result of unexpectedly improved results or a property not taught by the prior art, the "objective evidence of nonobviousness must be commensurate in scope with the claims which the evidence is offered to support." In other words, the showing of unexpected results must be reviewed to see if the results occur over the entire claimed range. *In re Clemens,* 622 F.2d 1029, 1036, 206 USPQ 289, 296 (CCPA 1980)" In claims 16-32, 34, and 35, the buffer is not specified, and the claims encompass all buffers suitable for maintaining a pH of 3.75-3.85 as well as compositions without buffer. In contrast, the data in the specification pertains to compositions containing acetate buffer, with the exception of a comparative example with citrate buffer (Example 12). The specification suggests that acetate buffer is superior to citrate buffer. Therefore, the results, are not commensurate in scope with the claims.

For these reasons, the rejection is maintained.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined

application claim is not patentably distinct from the reference claim(s) because the examined

application claim is either anticipated by, or would have been obvious over, the reference

claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*,

11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed.

Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d

438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be

used to overcome an actual or provisional rejection based on nonstatutory double patenting

provided the reference application or patent either is shown to be commonly owned with the

examined application, or claims an invention made as a result of activities undertaken within

the scope of a joint research agreement. See MPEP § 717.02 for applications subject to

examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159.

See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the

first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance

with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used.

Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which

the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely

online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-

processed and approved immediately upon submission. For more information about eTerminal

Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 16-35 are rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 1-11 of U.S. Patent No. 9,375,478. Although the claims at issue are

not identical, they are not patentably distinct from each other because the patented claims

anticipate the instant claims. Specifically, claim 1 of U.S. Patent No. 9,375,478 recites a method

of increasing blood pressure in a human in need thereof, the method comprising administering

to the human a unit dosage form, wherein the unit dosage form consists essentially of: a) from

about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt

thereof; b) 10 mM acetate buffer; and c) water, wherein: the unit dosage form has a pH of 3.8;

the administration provides to the human from about 0.01 units of vasopressin or the

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the

pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive. This

method satisfies all of the chemical, structural, and active method step limitations of claims 16,

29, 34, and 35. With respect to claim 30, claim 4 of U.S. Patent No. 9,375,478 recites

vasodilatory shock. With respect to claim 31, claim 8 of U.S. Patent No. 9,375,478 recites

wherein the administration provides to the human from about 0.01 units of vasopressin or the

pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the

pharmaceutically-acceptable salt thereof per minute. With respect to the stability limitations in

claims 16-28, 32, 34, and 35, because the composition used in the methods is structurally and

PAR-VASO-0011087

physically the same as the claimed composition, it will necessarily possess the same stability

profile.


Claims 16-35 are provisionally rejected on the ground of nonstatutory double patenting

as being unpatentable over claims 16-32 of copending Application No. 15/426,703. Although

the claims at issue are not identical, they are not patentably distinct from each other because

the copending claims anticipate the instant claims. Specifically, claims 16-32 recite the same

compositions as used in the methods of in instant claims 16-35.

A claim to a method of using a composition is not patentably distinct from an earlier claim to

the identical composition in a patent disclosing the identical use (*Sun Pharmaceutical.*

*Industries*, *Ltd.  v. Eli Lilly & Co.*, 611 F.3d 1381 (Fed. Cir. 2010)). The specification of copending

Application No. 15/426,703 discloses the method of increasing blood pressure (see paragraphs

[0033]-[0040], and [0065]-[0187]).

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.


Claims 16-35 are provisionally rejected on the ground of nonstatutory double patenting

as being unpatentable over claims 16-35 of copending Application No. 15/289,640 in view of

Pharmaceutical Partners of Canada Inc. (NPL 117, IDS 2/08/2017). Although the claims at issue

are not identical, they are not patentably distinct from each other.

Application No. 15/289,640 claims a method of increasing blood pressure in a human in need thereof, the method comprising: providing a pharmaceutical composition for intravenous administration comprising from about 0.01 mg/mL to 0.07 mg/mL vasopressin, acetic acid, and water, and administering the composition to provide from about 0.01 to 0.1 units of vasopressin per minute, wherein the human is hypotensive, and wherein the vasopressin exhibits the same stability profile as recited in the instant claims. Application No. 15/289,640 does not claim that the pH of the formulation is 3.75 to 3.85.

Pharmaceutical Partners of Canada teaches a vasopressin formulation for clinical use comprising chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

It would have been obvious to formulate the vasopressin formulation claimed in Application No. 15/289,640 with the pH range of Pharmaceutical Partners of Canada. The prior art range of 2.5-4.5 which encompasses the claimed pH 3.75-3.85.  MPEP § 2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of obviousness exists. *In reWertheim,* 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In reWoodruff,* 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Therefore, the instantly claimed pH of 3.75-3.85 is *prima facie* obvious in view of the broader prior art range 2.5-4.5.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claims 16-35 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-29, and 32-37 of copending Application No. 14/717,877 in view of Pharmaceutical Partners of Canada Inc. (NPL 117, IDS 2/08/2017). Although the claims at issue are not identical, they are not patentably distinct from each other.

Application No. 14/717,877 claims a method of increasing blood pressure in a human in need thereof, the method comprising: providing a pharmaceutical composition for intravenous administration comprising from about 0.01 mg/mL to 0.07 mg/mL vasopressin, chlorobutanol, acetic acid, and water, and administering the composition to provide from about 0.01 to 0.1 units of vasopressin per minute, wherein the human is hypotensive, and wherein the vasopressin exhibits the same stability profile as recited in the instant claims. Application No. 14/717,877 does not claim that the pH of the formulation is 3.75 to 3.85.

Pharmaceutical Partners of Canada teaches a vasopressin formulation for clinical use comprising chlorobutanol (anhydrous) 5 mg as preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5).

It would have been obvious to formulate the vasopressin formulation claimed in Application No. 14/717,877 with the pH range of Pharmaceutical Partners of Canada. The prior art range of 2.5-4.5 which encompasses the claimed pH 3.75-3.85. MPEP § 2144.05 states that "In the case where the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of obviousness exists. *In reWertheim*, 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In reWoodruff*, 919 F.2d 1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Therefore, the instantly claimed pH of 3.75-3.85 is *prima facie* obvious in view of the broader prior art range 2.5-4.5.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

### Conclusion

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 2:00 P.M.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you

would like assistance from a USPTO Customer Service Representative or access to the

automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0011092

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-9,375,478 B1 | 06-2016 | Kenney; Matthew | A61K47/10 | 1/1 |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | Label for Vasostrict (vasopressin injection) for intravenous use, downloaded from www.fda.gov on 3/21/2017 |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0011093

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29347825 |
| **Application Number:** | 15606442 |
| **International Application Number:** | |
| **Confirmation Number:** | 5729 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal/Lesley Borrayo (TA6) |
| **Filer Authorized By:** | Trisha Agrawal |
| **Attorney Docket Number:** | 47956-702.504 |
| **Receipt Date:** | 30-MAY-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 20:14:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDS47956-702-504-05-30-2017.pdf | 599161<br><br>1c18068f486beaf248f25dbda0091ec12ce50a8e | yes | 33 |

PAR-VASO-0011094

| | | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|---|
| | | Document Description | Start | End | |
| | | Transmittal Letter | 1 | 4 | |
| | | Information Disclosure Statement (IDS) Form (SB08) | 5 | 33 | |

**Warnings:**

**Information:**

| 2 | Non Patent Literature | Z-CHANG-Practical-approaches-to-protein-2002.pdf | 903004<br>9c143a37a75312b66be2dec8036b5eacb978d2e4 | no | 25 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Other Reference-Patent/App/Search documents | US15426693.pdf | 6998171<br>48e2d3f6a1f83c4ddd2d09a3793eaa03f9fb46 | no | 175 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Other Reference-Patent/App/Search documents | US15426703.pdf | 7008653<br>f1e63d4c4ccdf3298716f1644b7d6f3ecac47917 | no | 175 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 5 | Non Patent Literature | Z-VASOTRICT-label-2017.pdf | 473676<br>4a76bbfd2a655418cb36404051ddb7e103909b9 | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 6 | Other Reference-Patent/App/Search documents | Z-NOA-05-12-2017-US15289640.pdf | 549301<br>aaf2c4415330481cb20f745b4110bbc26e44e847 | no | 13 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 7 | Other Reference-Patent/App/Search documents | Z-OA-02-22-2017-US15289640.pdf | 880638<br>28d2a27519ca9e1c22d85afc1668a87abbba7ec6 | no | 17 |
|---|---|---|---|---|---|

**Warnings:**

| | | | Information: | | | |
|---|---|---|---|---|---|---|
| 8 | Other Reference-Patent/App/Search documents | Z-OA-03-29-2017-US15426703. pdf | 795129 | no | 18 |
| | | | 84b5d91b4fe30a36d80e0a50c7406d0eeec 751d4 | | |

Warnings:

Information:

| 9 | Other Reference-Patent/App/Search documents | Z-OA-03-29-2017-US15426693. pdf | 897980 | no | 21 |
|---|---|---|---|---|---|
| | | | f2d53f06758335c7ba9d02bce747455daec 328a4 | | |

Warnings:

Information:

| Total Files Size (in bytes): | 19105713 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0011096

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Inventor: | KENNEY; Matthew et al. | Group Art Unit: | 1629 |
| Serial Number: | 15/606,442 | Examiner: | Not assigned yet |
| Filing or 371 (c) Date: | 2017-05-26 | **CONFIRMATION NO:** | **5729** |
| Title: | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION | | |

**FILED ELECTRONICALLY ON: May 30, 2017**

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR § 1.97

Commissioner for Patents:

An Information Disclosure Statement along with attached PTO/SB/08 is hereby submitted. A copy of each listed publication is submitted, if required, pursuant to 37 CFR §§1.97-1.98, as indicated below.

The Examiner is requested to review the information provided and to make the information of record in the above-identified application. The Examiner is further requested to initial and return the attached PTO/SB/08 in accordance with MPEP § 609.

The right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered, is hereby reserved.

This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, prior art or material to patentability as defined in § 1.56.

1

PAR-VASO-0011097

A. ☒ *37 CFR § 1.97 (b)*. This Information Disclosure Statement should be considered by the Office because:

     ☐ (1) It is being filed within 3 months of the filing date of a national application and is other than a continued prosecution application under § 1.53 (d);

         -- OR --

     ☐ (2) It is being filed within 3 months of entry of the national stage as set forth in § 1.491 in an international application;

         -- OR --

     ☒ (3) It is being filed before the mailing of a first Office action on the merits;

         -- OR --

     ☐ (4) It is being filed before the mailing of a first Office action after the filing of a request for continued examination under § 1.114.

B. ☐ *37 CFR § 1.97(c)*. Although this Information Disclosure Statement is being filed after the period specified in *37 CFR § 1.97(b)*, above, it is filed before the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution in the application, this Information Disclosure Statement should be considered because it is accompanied by one of:

     ☐ a statement as specified in §1.97 (e) provided concurrently herewith;

         -- OR --

     ☐ a fee of $180.00 as set forth in § 1.17 (p) authorized below, enclosed, or included with the payment of other papers filed together with this statement.

C. ☐ *37 CFR § 1.97 (d)*. Although this Information Disclosure Statement is being filed after the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution in the application, it is being filed before payment of the issue fee and should be considered because it is accompanied by:

     i. a statement as specified in § 1.97 (e);

         -- AND --

     ii. a fee of $180.00 as set forth in §1.17(p) is authorized below, enclosed, or included with the payment of other papers filed together with this Statement.

D. ☐ *37 CFR §1.97 (e)*. Statement.

     ☐ A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97 (c);

         -- AND/OR --

     ☐ A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97 (d);

         -- AND/OR --

     ☐ A copy of a dated communication from a foreign patent office clearly showing that the information disclosure statement is being submitted within 3 months of the filing date on the communication is provided in lieu of a statement under 37 C.F.R. § 1.97(e) (1) as provided for under MPEP 609.04(b) V.

2

PAR-VASO-0011098

E. ☐ *Statement Under 37 C.F.R. §1.704(d).* Each item of information contained in the information disclosure statement was first cited in any communication from a patent office in a counterpart foreign or international application or from the Office or is a communication that was issued by a patent office in a counterpart foreign or international application or by the Office that was received by an individual designated in § 1.56(c) not more than thirty (30) days prior to the filing of this information disclosure statement. This statement is made pursuant to the requirements of 37 C.F.R. §1.704(d) to avoid reduction of the period of adjustment of the patent term for Applicant(s) delay.

F. ☒ *37 CFR §1.98 (a) (2).* The content of the Information Disclosure Statement is as follows:

☐ Copies of each of the references listed on the attached Form PTO/SB/08 are enclosed herewith.

-- OR --

☒ Copies of U.S. Patent Documents (issued patents and patent publications) listed on the attached Form PTO/SB/08 are not enclosed.

-- AND/OR --

☒ Copies of Foreign Patent Documents and/or Non Patent Literature Documents listed on the attached Form PTO/SB/08 **as Item No. 018, 025, 026, 070, 097, 102, 107, and 119 in the NPL section** are enclosed in accordance with 37 CFR §1.98 (a)(2).

-- AND/OR --

☒ Copies of pending unpublished U.S. patent applications are enclosed in accordance with 37 CFR §1.98 (a) (2) (iii).

G. ☐ *37 CFR §1.98(a)(3).* The Information Disclosure Statement includes non-English patents and/or references.

☐ Pursuant to 37 CFR §1.98(a)(3)(i), a concise explanation of the relevance of each patent, publication or other information provided that is not in English is provided herewith.

☐ Pursuant to MPEP 609(B), an English language copy of a foreign search report is submitted herewith to satisfy the requirement for a concise explanation where non-English language information is cited in the search report.

-- OR --

☐ A concise explanation of the relevance of each patent, publication or other information provided that is not in English is as follows: _____

☐ Pursuant to 37 CFR §1.98(a) (3) (ii), a copy of a translation, or a portion thereof, of the non-English language reference(s) is provided herewith.

H. ☒ *37 CFR §1.98(d).* Copies of patents, publications and pending U.S. patent applications, or other information specified in 37 C.F.R. § 1.98(a) are not provided herewith because:

☒ Pursuant to 37 CFR §1.98(d)(1) the information was previously submitted in an Information Disclosure Statement, or cited by examiner for another application under which this application claims priority for an earlier effective filing date under 35 U.S.C. 120.

Application in which the information was submitted:    15/426,693 Filed 02/07/2017

Information Disclosure Statement(s) filed on:    02/08/2017

AND

PAR-VASO-0011099

☒      The information disclosure statement submitted in the earlier application complied with paragraphs (a) through (c) of 37 CFR §1.98.

I.  ☒  *Fee Authorization.* The Commissioner is hereby authorized to charge the above-referenced fees of <u>$0.00</u> and charge any additional fees or credit any overpayment associated with this communication to Deposit Account No. <u>23-2415 (Docket No.47956-702.504)</u>.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Dated: <u>May 30, 2017</u>                                By: <u>/Trisha Agrawal/</u>
                                                       Trisha Agrawal
                                                       Reg. No.: 73,212

650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
Customer No. 21971

4

PAR-VASO-0011100

```
============================================================
Sequence Listing was accepted.
See attached Validation Report.
If you need help call the Patent Electronic Business Center at (866)
217-9197 (toll free).
Reviewer: Douglas, Keisha (ASRC)
Timestamp: [year=2017; month=6; day=6; hr=16; min=52; sec=5; ms=267; ]
============================================================
```

Application No:    15606442      Version No:    1.0

Input Set:

Output Set:

| | |
|---|---|
| Started: | 2017-05-26 13:46:30.657 |
| Finished: | 2017-05-26 13:46:32.298 |
| Elapsed: | 0 hr(s) 0 min(s) 1 sec(s) 641 ms |
| Total Warnings: | 17 |
| Total Errors: | 1 |
| No. of SeqIDs Defined: | 17 |
| Actual SeqID Count: | 17 |

| Error code | | Error Description |
|---|---|---|
| E | 287 | Invalid WIPO ST.2 date format; Use (YYYY-MM-DD) in <141> |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (1) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (2) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (3) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (4) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (5) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (6) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (7) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (8) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (9) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (10) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (11) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (12) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (13) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (14) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (15) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (16) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (17) |

<110> KENNEY, MATTHEW
     KANNAN, VINAYAGAM
     VANDSE, SUNIL
     SANGHVI, SUKETU


<120> VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

<130>  47956-702.504

<140>  US 15/606,442
<141>  2017-05-26

<150>  15/426,693
<151>  2017-02-07

<150>  15/289,640
<151>  2016-10-10

<150>  14/717,877
<151>  2015-05-20

<150>  14/610,499
<151>  2015-01-30


<160> 17

<170> PatentIn version 3.5

<210> 1
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     peptide


<220>
<223> C-term NH2

<400> 1
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 2
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     peptide

```
<400> 2
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 3
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> C-term NH2

<400> 3
Cys Tyr Phe Gln Asp Cys Pro Arg Gly
1               5


<210> 4
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> C-term NH2

<400> 4
Cys Tyr Phe Glu Asn Cys Pro Arg Gly
1               5


<210> 5
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide

<400> 5
Cys Tyr Phe Glu Asn Cys Pro Arg Gly
1               5


<210> 6
```

```
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> N-term Ac

<220>
<223> C-term NH2

<400> 6
Cys Tyr Phe Gln Asp Cys Pro Arg Gly
1               5


<210> 7
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> N-term Ac

<220>
<223> C-term NH2

<400> 7
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 8
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> C-term NH2

<400> 8
Cys His Phe Gln Asn Cys Pro Arg Gly
1               5
```

<210> 9
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<223> C-term NH2

<400> 9
Cys Tyr Phe Gln Asn Cys Leu Arg Gly
1               5


<210> 10
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (5)..(5)
<223> D-Asn

<220>
<223> C-term NH2

<400> 10
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 11
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (1)..(1)
<223> D-Cys

**PAR-VASO-0011106**

<220>
<223> C-term NH2

<400> 11
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 12
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (2)..(2)
<223> D-Tyr

<220>
<223> C-term NH2

<400> 12
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 13
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (3)..(3)
<223> D-Phe

<220>
<223> C-term NH2

<400> 13
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 14
<211> 9

PAR-VASO-0011107

<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (4)..(4)
<223> D-Gln

<220>
<223> C-term NH2

<400> 14
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 15
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (6)..(6)
<223> D-Cys

<220>
<223> C-term NH2

<400> 15
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5


<210> 16
<211> 9
<212> PRT
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      peptide


<220>
<221> MOD_RES
<222> (7)..(7)

```
<223> D-Pro


<220>
<223> C-term NH2


<400> 16
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5



<210> 17
<211> 9
<212> PRT
<213> Artificial Sequence


<220>
<223> Description of Artificial Sequence: Synthetic
      peptide



<220>
<221> MOD_RES
<222> (8)..(8)
<223> D-Arg


<220>
<223> C-term NH2


<400> 17
Cys Tyr Phe Gln Asn Cys Pro Arg Gly
1               5
```

**PAR-VASO-0011109**

# PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number
15/606,442

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 18 | minus 20 = * | | | OR | x 80 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 | minus 3 = * | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 800 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 2400 |

## APPLICATION AS AMENDED - PART II

### AMENDMENT A

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

PAR-VASO-0011110



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | 1629 | 2540 | 47956-702.504 | 18 | 2 |

**CONFIRMATION NO. 5729**

21971
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**FILING RECEIPT**

OC00000092052605

Date Mailed: 06/14/2017

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Matthew Kenney, New Haven, MI;
Vinayagam Kannan, Rochester, MI;
Sunil Vandse, Basking Ridge, NJ;
Suketu Sanghvi, Kendall Park, NJ;

**Applicant(s)**

Par Pharmaceutical, Inc., Chestnut Ridge, NY;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CIP of 15/426,693 02/07/2017
which is a CIP of 15/289,640 10/10/2016 PAT 9687526
which is a CIP of 14/717,877 05/20/2015
which is a CON of 14/610,499 01/30/2015 ABN

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

PAR-VASO-0011111

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 06/13/2017

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 15/606,442**

**Projected Publication Date:** To Be Determined - pending completion of Corrected Papers

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

      VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

**Preliminary Class**

      514

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

PAR-VASO-0011112

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

PAR-VASO-0011113

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/606,442 | 05/26/2017 | Matthew Kenney | 47956-702.504 |

CONFIRMATION NO. 5729

21971
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

FORMALITIES LETTER

*OC000000092052606*

Date Mailed: 06/14/2017

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:
  - The drawings have a line quality that is too light to be reproduced (weight of all lines and letters must be heavy enough to permit adequate reproduction) or text that is illegible (reference characters, sheet numbers, and view numbers must be plain and legible) see 37 CFR 1.84(l) and (p)(1)); See Figure(s) 3-8, 23, 24, 27-30.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

### Items Required To Avoid Processing Delays:

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

- A properly executed inventor's oath or declaration has not been received for the following inventor(s):
  Matthew Kenney
  Vinayagam Kannan
  Sunil Vandse
  Suketu Sanghvi

PAR-VASO-0011115

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice". https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at 1-866-217-9197 or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/hchin/
_____

PAR-VASO-0011116

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | |
| Inventor: Matthew Kenney, et al. | ) | Examiner: *Not yet Assigned* |
| | ) | |
| Application No.: 15/606,442 | ) | Art Unit: 1629 |
| | ) | |
| Filed: May 26, 2017 | ) | Confirmation No.: 5729 |
| | ) | |
| Title: VASOPRESSIN FORMULATIONS | ) | |
| FOR USE IN TREATMENT OF | ) | |
| HYPOTENSION | ) | |
| | ) | |

## RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

  This paper is in Response to the Notice to File Corrected Application Papers mailed on June 14, 2017, setting an initial due date of August 14, 2017. Accordingly, the response is timely filed.

  **Amendments to the Drawings** begin on page **2.**

  **Remarks** and **Conclusion** begin on page **3** of this paper.

## <u>AMENDMENTS TO THE DRAWINGS</u>

Applicant submits herewith Replacement Drawings of Figures 3-8, 23, 24 and 27-30, which are in compliance with 37 C.F.R. § 1.84 and 37 C.F.R. § 1.121(d). This amendment does not introduce new matter.

PAR-VASO-0011118

## REMARKS

Replacement drawings to darken and fill in the lines, and make the text clearer in Figures 3-8, 23, 24 and 27-30 have been submitted in view of the Notice to File Corrected Application Papers mailed on June 14, 2017. The newly submitted replacement sheets are fully supported by the Application as originally filed. No new matter is added.

## CONCLUSION

Applicant submits that this paper fully addresses the Notice to File Corrected Application Papers mailed June 14, 2017. Should the Examiner have any questions, the Examiner is encouraged to contact the undersigned at (212) 497-7775. The Commissioner is authorized to charge any additional fees which may be required, including petition fees and extension of time fees, to Deposit Account No. 23-2415 (Docket No. 47956-702.504).

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Dated: <u>June 30, 2017</u>          By:      /Trisha Agrawal/
                                               Trisha Agrawal, Ph.D., Patent Agent
                                               Reg. No. 73,212

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone No.: (650) 493-9300
Facsimile No.: (650) 493-6811

PAR-VASO-0011119



FIGURE 3



FIGURE 4

Replacement Sheet



FIGURE 5



FIGURE 6

Replacement Sheet



276.0

FIGURE 7



276.0

FIGURE 8

PAR-VASO-0011125



FIGURE 23



FIGURE 24

Replacement Sheet



FIGURE 27



**FIGURE 28**

Replacement Sheet



Replacement Sheet

FIGURE 29



Replacement Sheet

FIGURE 30

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | VASOPRESSIN FORMULATION FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☑ United States application or PCT international application number 15/606,442

filed on May 26, 2017 .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Matthew Kenney                    Date (Optional): 06 JUN 2017

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | VASOPRESSIN FORMULATION FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☑ United States application or PCT international application number 15/606,442

filed on May 26, 2017 .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Vinayagam Kannan                    Date (Optional) : 06|06|17

Signature: K. Vinayaga

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | VASOPRESSIN FORMULATION FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☑ United States application or PCT international application number 15/606,442

filed on May 26, 2017

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Sunil Vandse                    Date (Optional): 06/13/2017

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0011134

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | VASOPRESSIN FORMULATION FOR USE IN TREATMENT OF HYPOTENSION |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☑ United States application or PCT international application number 15/606,442

filed on May 26, 2017

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Suketu Sanghvi                Date (Optional): 14ᵗʰ June 2017

Signature:

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0011135

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29661271 |
| **Application Number:** | 15606442 |
| **International Application Number:** | |
| **Confirmation Number:** | 5729 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew  Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.504 |
| **Receipt Date:** | 30-JUN-2017 |
| **Filing Date:** | 26-MAY-2017 |
| **Time Stamp:** | 12:23:09 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | PAR_47956_702_504_ResponseCorrectedApplnPapers.pdf | 25973 <br> 30b9ccd676bb815fa54d812482f85d706fee73c | yes | 3 |

PAR-VASO-0011136

| | | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|---|
| | | **Document Description** | **Start** | **End** |
| | | Applicant Response to Pre-Exam Formalities Notice | 1 | 1 |
| | | Drawings-only black and white line drawings | 2 | 2 |
| | | Applicant Arguments/Remarks Made in an Amendment | 3 | 3 |

**Warnings:**

**Information:**

| 2 | Drawings-only black and white line drawings | PAR_47956_702_504_ReplacementSheets.pdf | 4069606 | no | 12 |
|---|---|---|---|---|---|
| | | | e8ab253c1b3b4fd8c03c473052531cb2c3dea7a5 | | |

**Warnings:**

**Information:**

| 3 | Oath or Declaration filed | PAR_47956_702_504_OathDeclaration.pdf | 276463 | no | 4 |
|---|---|---|---|---|---|
| | | | b6b209a25d50e3d70db732571f8ded45d797ce94 | | |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 4372042 | | |
|---|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0011137



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | 1629 | 2540 | 47956-702.504 | 18 | 2 |

**CONFIRMATION NO. 5729**

21971
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**UPDATED FILING RECEIPT**


OC00000009252525I

Date Mailed: 07/06/2017

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

    Matthew Kenney, New Haven, MI;
    Vinayagam Kannan, Rochester, MI;
    Sunil Vandse, Basking Ridge, NJ;
    Suketu Sanghvi, Kendall Park, NJ;

**Applicant(s)**

    Par Pharmaceutical, Inc., Chestnut Ridge, NY;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**
    This application is a CIP of 15/426,693 02/07/2017
    which is a CIP of 15/289,640 10/10/2016 PAT 9687526
    which is a CIP of 14/717,877 05/20/2015
    which is a CON of 14/610,499 01/30/2015 ABN

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

PAR-VASO-0011138

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 06/13/2017

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 15/606,442**

**Projected Publication Date:** 10/12/2017

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

       VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

**Preliminary Class**

       514

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

PAR-VASO-0011139

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

PAR-VASO-0011140

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

PAR-VASO-0011141

# PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

Application or Docket Number
15/606,442

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 18 | minus 20 = * | | | OR | x 80 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 | minus 3 = * | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 800 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 2400 |

## APPLICATION AS AMENDED - PART II

### AMENDMENT A

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

PAR-VASO-0011142

 UNITED STATES PATENT AND TRADEMARK OFFICE



WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

Doc Code: TRACK1.GRANT

| *Decision Granting Request for Prioritized Examination (Track I or After RCE)* | Application No.: 15/606,442 |
|---|---|

1.    THE REQUEST FILED ___May 26, 2017___ IS **GRANTED**.

The above-identified application has met the requirements for prioritized examination
   A.    ☒   for an original nonprovisional application (Track I).
   B.    ☐   for an application undergoing continued examination (RCE).

2.    **The above-identified application will undergo prioritized examination.** The application will be accorded special status throughout its entire course of prosecution until one of the following occurs:

   A.    filing a **petition for extension of time** to extend the time period for filing a reply;

   B.    filing an **amendment to amend the application to contain more than four independent claims, more than thirty total claims**, or a multiple dependent claim;

   C.    filing a **request for continued examination**;

   D.    filing a notice of appeal;

   E.    filing a request for suspension of action;

   F.    mailing of a notice of allowance;

   G.    mailing of a final Office action;

   H.    completion of examination as defined in 37 CFR 41.102; or

   I.    abandonment of the application.

Telephone inquiries with regard to this decision should be directed to Brian W. Brown at 571-272-5338.

/Brian W. Brown/                          Petitions Examiner, Office of Petitions
[*Signature*]                                          (Title)

PAR-VASO-0011143

PTO/SB/80 (11-08)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[✓] Practitioners associated with the Customer Number:

> 021971

*OR*

[ ] Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | | Name | Registration Number |
|------|--------------------|---|------|--------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned <u>only</u> to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[✓] The address associated with Customer Number:

> 021971

*OR*

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

Assignee Name and Address:

Par Pharmaceutical, Inc.
1 Ram Ridge Road
Chestnut Ridge, NY 10977

**A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.**

### SIGNATURE of Assignee of Record
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | /Serge Ilin-Schneider/ | Date | 04/19/2017 |
|-----------|------------------------|------|------------|
| Name | Serge Ilin-Schneider, Ph.D., J.D. | Telephone | 845-364-4836 |
| Title | Director | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0011144