

FIGURE 32



**FIGURE 33**



**FIGURE 34**



**FIGURE 35**



**FIGURE 36**



**FIGURE 37**

PAR-VASO-0013633



FIGURE 38



**FIGURE 39**

PAR-VASO-0013635



**FIGURE 40**

PAR-VASO-0013636



**FIGURE 41**

PAR-VASO-0013637



FIGURE 42



**FIGURE 43**



FIGURE 44



ACETYL-AVP (%) vs. Time (months)

**FIGURE 45**



**FIGURE 46**

PAR-VASO-0013642



FIGURE 47



**FIGURE 48**

PAR-VASO-0013644



**FIGURE 49**

PAR-VASO-0013645



**FIGURE 50**



Time (months)

**FIGURE 51**

PAR-VASO-0013647



**FIGURE 52**



FIGURE 53



FIGURE 54



**FIGURE 55**



FIGURE 56



**FIGURE 57**



FIGURE 58



FIGURE 59



FIGURE 60



FIGURE 61



FIGURE 62

PAR-VASO-0013658

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 30202693 |
| **Application Number:** | 15688338 |
| **International Application Number:** | |
| **Confirmation Number:** | 8013 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.310 |
| **Receipt Date:** | 28-AUG-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 16:58:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $6940 |
| RAM confirmation Number | 082917INTEFSW00004523232415 |
| Deposit Account | 232415 |
| Authorized User | Trisha Agrawal |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.16 (National application filing, search, and examination fees) | |
| 37 CFR 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0013659

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

# File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal of New Application | PAR_47956_702_310_UtilityTransmittal.pdf | 277801 fcdsb04269cfd99618e975f4d3ce1ef690a0190tf | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Miscellaneous Incoming Letter | PAR_47956_702_310_FeeTransmittal.pdf | 259679 87fcb216807c8d5f31e22c97c3596a9dd9033f74 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Application Data Sheet | PAR_47956_702_310_ADS.pdf | 1823627 383b50159d02acfd0554aaafe735dad6876e6ec | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | TrackOne Request | PAR_47956_702_310_TrackOne.pdf | 141463 edfc4c087e281cc286c22aabde1c306ed6d7ae22 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | CRF Statement Paper and CRF are the same | PAR_47956_702_310_StmtSL.pdf | 6109 cf7c91e6661a486ccf625fc0e1e9ec01b237bff | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | | PAR_47956_702_310_ApplnAsFiled.pdf | 1306947 29ca36adc6c0fd72c7507bf426bd459d88b8e7f40 | yes | 230 |
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | | **End** |

PAR-VASO-0013660

| | | | Specification | 1 | 226 |
| | | | Claims | 227 | 229 |
| | | | Abstract | 230 | 230 |

**Warnings:**

**Information:**

| 7 | Drawings-only black and white line drawings | PAR_47956_702_310_Drawings.pdf | 9054457<br><br>223cde2a1b2f146870ae466bd857282fd55b7097 | no | 62 |

**Warnings:**

**Information:**

| 8 | | PAR_47956_702_310_PrelAm.pdf | 22415<br><br>701ccc1f36ba551032591309af550f527228804 | yes | 8 |

| | | **Multipart Description/PDF files in .zip description** | | | |
| | | **Document Description** | **Start** | **End** | |
| | | Preliminary Amendment | 1 | 1 | |
| | | Claims | 2 | 6 | |
| | | Specification | 7 | 7 | |
| | | Applicant Arguments/Remarks Made in an Amendment | 8 | 8 | |

**Warnings:**

**Information:**

| 9 | Sequence Listing (Text File) | 47956702310_SL.txt | 5260 | no | - |

**Warnings:**

**Information:**

| 10 | Fee Worksheet (SB06) | fee-info.pdf | 40270<br><br>5bf7644c51b07fd42dcec0a9cd696e1585bab0c2 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | | 12938028 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0013662

PATENT APPLICATION

**PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS**

Inventor(s):    Matthew Kenney
32227 Chatham Street
New Haven, MI  48048

Vinayagam Kannan
611 Timothy Lane, Apt. 204
Rochester, MI  48307

Sunil Vandse
83 Dorchester Drive
Basking Ridge, NJ  07920

Suketu Sanghvi
1 Hancock Drive
Kendall Park, NJ  08824


Assignee:    Par Pharmaceutical, Inc.
One Ram Ridge Road
Chestnut Ridge, NY 10977


Entity:    Large

**WSGR**

*Wilson Sonsini Goodrich & Rosati*
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on:  August 28, 2017**

-1-

PAR-VASO-0013663

# PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS

## CROSS REFERENCE

[0001] This Application is a continuation of United States Application No. 15/612,649, filed June 2, 2017, which is a continuation-in-part of United States Application No. 15/426,693, filed February 7, 2017, which is a continuation-in-part of United States Application No. 15/289,640, filed October 10, 2016, which is a continuation-in-part of United States Application No. 14/717,877, filed May 20, 2015, which is a continuation of United States Application No. 14/610,499, filed January 30, 2015, each of which is incorporated herein by reference in its entirety.

## BACKGROUND

[0002] Vasopressin is a potent endogenous hormone, responsible for maintaining plasma osmolality and volume in most mammals. Vasopressin can be used clinically in the treatment of sepsis and cardiac conditions, and in the elevation of patient's suffering from low blood pressure. Current formulations of vasopressin suffer from poor long-term stability.

## INCORPORATION BY REFERENCE

[0003] Each patent, publication, and non-patent literature cited in the application is hereby incorporated by reference in its entirety as if each was incorporated by reference individually.

## SEQUENCE LISTING

[0004] The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on August 25, 2017, is named 47956702311_SL.txt and is 5260 bytes in size.

## SUMMARY OF THE INVENTION

[0005] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or

-2-

the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH.

[0006] In some embodiments, the invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: intravenously administering to the human a pharmaceutical composition that consists essentially of, in a unit dosage form: i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) dextrose; iii) acetic acid, sodium acetate, or a combination thereof; and iv) optionally hydrochloric acid or sodium hydroxide, wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

[0007] In some embodiments, the invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) storing at 5 ºC for at least about one month a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) dextrose; and iii) acetic acid, sodium acetate, or a combination thereof, wherein the pharmaceutical composition exhibits no more than about 1% degradation of vasopressin or the pharmaceutically-acceptable salt thereof after the storage at 5 ºC for about one month; and b) administering to the human the pharmaceutical composition, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

[0008] In some embodiments, the invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) storing at 25 ºC for at least about one month a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) dextrose; and iii) acetic acid, sodium acetate, or a combination thereof, wherein the pharmaceutical composition exhibits no more than about 2% degradation of vasopressin or the

-3-

pharmaceutically-acceptable salt thereof after the storage at 25 ºC for about one month; and b) administering to the human the pharmaceutical composition, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

## BRIEF DESCRIPTION OF THE FIGURES

[0009] **FIGURE 1** is a chromatogram of a diluent used in vasopressin assay.

[0010] **FIGURE 2** is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0011] **FIGURE 3** is a chromatogram of an impurity marker solution used in a vasopressin assay.

[0012] **FIGURE 4** is a zoomed-in depiction of the chromatogram in **FIGURE 3**.

[0013] **FIGURE 5** is a chromatogram of a vasopressin standard solution.

[0014] **FIGURE 6** is a chromatogram of a sample vasopressin preparation.

[0015] **FIGURE 7** is a UV spectrum of a vasopressin sample.

[0016] **FIGURE 8** is a UV spectrum of a vasopressin standard.

[0017] **FIGURE 9** plots vasopressin stability across a range of pH as determined experimentally.

[0018] **FIGURE 10** illustrates the effects of various stabilizers on vasopressin stability.

[0019] **FIGURE 11** plots vasopressin stability across a range of pH at 25 ºC.

[0020] **FIGURE 12** plots vasopressin impurities across a range of pH at 25 ºC.

[0021] **FIGURE 13** plots vasopressin stability across a range of pH at 40 ºC.

[0022] **FIGURE 14** plots vasopressin impurities across a range of pH at 40 ºC.

[0023] **FIGURE 15** illustrates vasopressin impurities across a range of pH at 25 ºC.

[0024] **FIGURE 16** illustrates vasopressin impurities across a range of pH at 40 ºC.

[0025] **FIGURE 17** illustrates the effect of pH on vasopressin at 25 ºC.

[0026] **FIGURE 18** illustrates the effect of pH on vasopressin at 40 ºC.

[0027] **FIGURE 19** depicts the % LC of vasopressin formulations stored for 15 months at 25 ºC.

[0028] **FIGURE 20** is a chromatogram of a diluent used in a vasopressin assay.

[0029] **FIGURE 21** is a chromatogram of a sensitivity solution used in a vasopressin assay.

[0030] **FIGURE 22** is a chromatogram of an impurity marker solution used in a vasopressin assay.

[0031] **FIGURE 23** is a zoomed-in depiction of the chromatogram in **FIGURE 22**.

PAR-VASO-0013666

[0032] **FIGURE 24** is a chromatogram of a working solution.

[0033] **FIGURE 25** is a chromatogram of a placebo sample.

[0034] **FIGURE 26** is a chromatogram of a vasopressin sample.

[0035] **FIGURE 27** depicts the estimated shelf-life of a vasopressin sample described herein at 5 °C.

[0036] **FIGURE 28** depicts the estimated shelf-life of a vasopressin sample described herein at 25 °C.

[0037] **FIGURE 29** shows the % LC of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in dextrose.

[0038] **FIGURE 30** shows the % LC of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in dextrose and sodium chloride.

[0039] **FIGURE 31** shows the % LC of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in sodium chloride.

[0040] **FIGURE 32** shows the total impurities of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in dextrose.

[0041] **FIGURE 33** shows the total impurities of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in dextrose and sodium chloride.

[0042] **FIGURE 34** shows the total impurities of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in sodium chloride.

[0043] **FIGURE 35** shows the % Gly9-AVP of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in dextrose.

[0044] **FIGURE 36** shows the % Gly9-AVP of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in dextrose and sodium chloride.

[0045] **FIGURE 37** shows the % Gly9-AVP of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in sodium chloride.

[0046] **FIGURE 38** shows the % Asp5-AVP of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in dextrose.

[0047] **FIGURE 39** shows the % Asp5-AVP of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in dextrose and sodium chloride.

[0048] **FIGURE 40** shows the % Asp5-AVP of vasopressin after storage at 5 °C, 25 °C, and 40 °C of vasopressin formulations prepared in sodium chloride.

-5-

[0049] **FIGURE 41** shows the % Glu4-AVP of vasopressin after storage at 5 ºC, 25 ºC, and 40 ºC of vasopressin formulations prepared in dextrose.

[0050] **FIGURE 42** shows the % Glu4-AVP of vasopressin after storage at 5 ºC, 25 ºC, and 40 ºC of vasopressin formulations prepared in dextrose and sodium chloride.

[0051] **FIGURE 43** shows the % Glu4-AVP of vasopressin after storage at 5 ºC, 25 ºC, and 40 ºC of vasopressin formulations prepared in sodium chloride.

[0052] **FIGURE 44** shows the % Acetyl-AVP of vasopressin after storage at 5 ºC, 25 ºC, and 40 ºC of vasopressin formulations prepared in dextrose.

[0053] **FIGURE 45** shows the % Acetyl -AVP of vasopressin after storage at 5 ºC, 25 ºC, and 40 ºC of vasopressin formulations prepared in dextrose and sodium chloride.

[0054] **FIGURE 46** shows the % Acetyl -AVP of vasopressin after storage at 5 ºC, 25 ºC, and 40 ºC of vasopressin formulations prepared in sodium chloride.

[0055] **FIGURE 47** shows the % AVP-dimer of vasopressin after storage at 5 ºC, 25 ºC, and 40 ºC of vasopressin formulations prepared in dextrose.

[0056] **FIGURE 48** shows the % AVP-dimer of vasopressin after storage at 5 ºC, 25 ºC, and 40 ºC of vasopressin formulations prepared in sodium chloride.

[0057] **FIGURE 49** depicts the estimated shelf-life of a vasopressin sample described herein at 5 ºC.

[0058] **FIGURE 50** depicts the estimated shelf-life of a vasopressin sample described herein at 25 ºC.

[0059] **FIGURE 51** shows the % LC of vasopressin after storage at 5 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0060] **FIGURE 52** shows the % LC of vasopressin after storage at 25 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0061] **FIGURE 53** shows the % LC of vasopressin after storage at 40 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0062] **FIGURE 54** shows the % Gly9-AVP of vasopressin after storage at 5 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0063] **FIGURE 55** shows the % Gly9-AVP of vasopressin after storage at 25 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0064] **FIGURE 56** shows the % Gly9-AVP of vasopressin after storage at 40 ºC of vasopressin

-6-

PAR-VASO-0013668

formulations prepared in dextrose or dextrose and sodium chloride.

[0065] **FIGURE 57** shows the % Glu4-AVP of vasopressin after storage at 5 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0066] **FIGURE 58** shows the % Glu4-AVP of vasopressin after storage at 25 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0067] **FIGURE 59** shows the % Glu4-AVP of vasopressin after storage at 40 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0068] **FIGURE 60** shows the total impurities of vasopressin after storage at 5 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0069] **FIGURE 61** shows the total impurities of vasopressin after storage at 25 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

[0070] **FIGURE 62** shows the total impurities of vasopressin after storage at 40 ºC of vasopressin formulations prepared in dextrose or dextrose and sodium chloride.

## DETAILED DESCRIPTION

*Vasopressin and peptides of the invention.*

[0071] Vasopressin, a peptide hormone, acts to regulate water retention in the body and is a neurotransmitter that controls circadian rhythm, thermoregulation, and adrenocorticotrophic hormone (ACTH) release. Vasopressin is synthesized as a pro-hormone in neurosecretory cells of the hypothalamus, and is subsequently transported to the pituitary gland for storage. Vasopressin is released upon detection of hyperosmolality in the plasma, which can be due to dehydration of the body. Upon release, vasopressin increases the permeability of collecting ducts in the kidney to reduce renal excretion of water. The decrease in renal excretion of water leads to an increase in water retention of the body and an increase in blood volume. At higher concentrations, vasopressin raises blood pressure by inducing vasoconstriction.

[0072] Vasopressin acts through various receptors in the body including, for example, the V1, V2, V3, and oxytocin-type (OTR) receptors. The V1 receptors occur on vascular smooth muscle cells, and the major effect of vasopressin action on the V1 receptor is the induction of vasoconstriction via an increase of intracellular calcium. V2 receptors occur on the collecting ducts and the distal tubule of the kidney. V2 receptors play a role in detection of plasma volume and osmolality. V3 receptors occur in the pituitary gland and can cause ACTH release upon

-7-

PAR-VASO-0013669

vasopressin binding. OTRs can be found on the myometrium and vascular smooth muscle. Engagement of OTRs via vasopressin leads to an increase of intracellular calcium and vasoconstriction.

[0073] Vasopressin is a nonapeptide, illustrated below (SEQ ID NO. 1):



[0074] At neutral to acidic pH, the two basic groups of vasopressin, the N-terminal cysteine, and the arginine at position eight, are protonated, and can each carry an acetate counterion. The amide groups of the N-terminal glycine, the glutamine at position four, and the asparagine at position five, are susceptible to modification when stored as clinical formulations, such as unit dosage forms. The glycine, glutamine, and asparagine residues can undergo deamidation to yield the parent carboxylic acid and several degradation products as detailed in **EXAMPLE 1** and **TABLE 1** below.

[0075] Deamidation is a peptide modification during which an amide group is removed from an amino acid, and can be associated with protein degradation, apoptosis, and other regulatory functions within the cell. Deamidation of asparagine and glutamine residues can occur *in vitro* and *in vivo*, and can lead to perturbation of the structure and function of the affected proteins. The susceptibility to deamidation can depend on primary sequence of the protein, three-dimensional structure of the protein, and solution properties including, for example, pH, temperature, ionic strength, and buffer ions. Deamidation can be catalyzed by acidic conditions. Under physiological conditions, deamidation of asparagine occurs via the formation of a five-membered succinimide ring intermediate by a nucleophilic attack of the nitrogen atom in the

-8-

PAR-VASO-0013670

following peptide bond on the carbonyl group of the asparagine side chain. Acetylation is a peptide modification whereby an acetyl group is introduced into an amino acid, such as on the N-terminus of the peptide.

[0076] Vasopressin can also form dimers in solution and *in vivo*. The vasopressin dimers can occur through the formation of disulfide bridges that bind a pair of vasopressin monomers together. The dimers can form between two parallel or anti-parallel chains of vasopressin.

[0077] Vasopressin and associated degradation products or peptides are listed in **TABLE 1** below. All amino acids are L-stereoisomers unless otherwise denoted.

| TABLE 1 | | |
|---|---|---|
| Name | Sequence | SEQ ID NO. |
| Vasopressin (AVP; arginine vasopressin) | CYFQNCPRG-NH$_2$ | 1 |
| Gly9-vasopressin (Gly9-AVP) | CYFQNCPRG | 2 |
| Asp5-vasopressin (Asp5-AVP) | CYFQDCPRG-NH$_2$ | 3 |
| Glu4-vasopressin (Glu4-AVP) | CYFENCPRG-NH$_2$ | 4 |
| Glu4Gly9-vasopressin (Glu4Gly9-AVP) | CYFENCPRG | 5 |
| AcetylAsp5-vasopressin (AcetylAsp5-AVP) | Ac-CYFQDCPRG-NH$_2$ | 6 |
| Acetyl-vasopressin (Acetyl-AVP) | Ac-CYFQNCPRG-NH$_2$ | 7 |
| His2-vasopressin (His2-AVP) | CHFQNCPRG-NH$_2$ | 8 |
| Leu7-vasopressin (Leu7-AVP) | CYFQNCLRG-NH$_2$ | 9 |
| D-Asn-vasopressin (DAsn-AVP) | CYFQ(D-Asn)CPRG-NH$_2$ | 10 |
| D-Cys1-vasopressin | (D-Cys)YFQNCPRG-NH$_2$ | 11 |
| D-Tyr-vasopressin | C(D-Tyr)FQNCPRG-NH$_2$ | 12 |
| D-Phe-vasopressin | CY(D-Phe)QNCPRG-NH$_2$ | 13 |
| D-Gln-vasopressin | CYF(D-Gln)NCPRG-NH$_2$ | 14 |
| D-Cys6-vasopressin | CYFQN(D-cys)PRG-NH$_2$ | 15 |
| D-Pro-vasopressin | CYFQNC(D-pro)RG-NH$_2$ | 16 |
| D-Arg-vasopressin | CYFQNCP(D-Arg)G-NH$_2$ | 17 |

*Therapeutic Uses.*

[0078] A formulation of vasopressin can be used to regulate plasma osmolality and volume and conditions related to the same in a subject. Vasopressin can be used to modulate blood pressure in a subject, and can be indicated in a subject who is hypotensive despite treatment with fluid and catecholamines.

[0079] Vasopressin can be used in the treatment of, for example, vasodilatory shock, post-cardiotomy shock, sepsis, septic shock, cranial diabetes insipidus, polyuria, nocturia, polydypsia,

PAR-VASO-0013671

bleeding disorders, Von Willebrand disease, haemophilia, platelet disorders, cardiac arrest, liver disease, liver failure, hypovolemia, hemorrhage, oesophageal variceal haemorrhage, hypertension, pulmonary hypertension, renal disease, polycystic kidney disease, blood loss, injury, hypotension, meniere disease, uterine myomas, brain injury, mood disorder. Formulations of vasopressin can be administered to a subject undergoing, for example, surgery or hysterectomy.

[0080] Plasma osmolality is a measure of the plasma's electrolyte-water balance and relates to blood volume and hydration of a subject. Normal plasma osmolality in a healthy human subject range from about 275 milliosmoles/kg to about 295 milliosmoles/kg. High plasma osmolality levels can be due to, for example, diabetes insipidus, hyperglycemia, uremia, hypernatremia, stroke, and dehydration. Low plasma osmolality can be due to, for example, vasopressin oversecretion, improper functioning of the adrenal gland, lung cancer, hyponatremia, hypothyroidism, and over-consumption of water or other fluids.

[0081] Septic shock can develop due to an extensive immune response following infection and can result in low blood pressure. Causes of sepsis can include, for example, gastrointestinal infections, pneumonia, bronchitis, lower respiratory tract infections, kidney infection, urinary tract infections, reproductive system infections, fungal infections, and viral infections. Risk factors for sepsis include, for example, age, prior illness, major surgery, long-term hospitalization, diabetes, intravenous drug use, cancer, use of steroidal medications, and long-term use of antibiotics. The symptoms of sepsis can include, for example, cool arms and legs, pale arms and legs, extreme body temperatures, chills, light-headedness, decreased urination, rapid breathing, edema, confusion, elevated heart rate, high blood sugar, metabolic acidosis, respiratory alkalosis, and low blood pressure.

[0082] Vasopressin can also be administered to regulate blood pressure in a subject. Blood pressure is the measure of force of blood pushing against blood vessel walls. Blood pressure is regulated by the nervous and endocrine systems and can be used as an indicator of a subject's health. Chronic high blood pressure is referred to as hypertension, and chronic low blood pressure is referred to as hypotension. Both hypertension and hypotension can be harmful if left untreated.

[0083] Blood pressure can vary from minute to minute and can follow the circadian rhythm with a predictable pattern over a 24-hour period. Blood pressure is recorded as a ratio of two numbers:

-10-

systolic pressure (mm Hg), the numerator, is the pressure in the arteries when the heart contracts, and diastolic pressure (mm Hg), the denominator, is the pressure in the arteries between contractions of the heart. Blood pressure can be affected by, for example, age, weight, height, sex, exercise, emotional state, sleep, digestion, time of day, smoking, alcohol consumption, salt consumption, stress, genetics, use of oral contraceptives, and kidney disease.

[0084] Blood pressure for a healthy human adult between the ages of 18-65 can range from about 90/60 to about 120/80. Hypertension can be a blood pressure reading above about 120/80 and can be classified as hypertensive crisis when there is a spike in blood pressure and blood pressure readings reach about 180/110 or higher. Hypertensive crisis can be precipitated by, for example, stroke, myocardial infarction, heart failure, kidney failure, aortic rupture, drug-drug interactions, and eclampsia. Symptoms of hypertensive crisis can include, for example, shortness of breath, angina, back pain, numbness, weakness, dizziness, confusion, change in vision, nausea, and difficulty speaking.

[0085] Vasodilatory shock can be characterized by low arterial blood pressure due to decreased systemic vascular resistance. Vasodilatory shock can lead to dangerously low blood pressure levels and can be corrected via administration of catecholamines or vasopressin formulations. Vasodilatory shock can be caused by, for example, sepsis, nitrogen intoxication, carbon monoxide intoxication, hemorrhagic shock, hypovolemia, heart failure, cyanide poisoning, metformin intoxication, and mitochondrial disease.

[0086] Post-cardiotomy shock can occur as a complication of cardiac surgery and can be characterized by, for example, inability to wean from cardiopulmonary bypass, poor hemodynamics in the operating room, development of poor hemodynamics post-surgery, and hypotension.

*Pharmaceutical Formulations.*

[0087] Methods for the preparation of compositions comprising the compounds described herein can include formulating the compounds with one or more inert, pharmaceutically-acceptable excipients. Liquid compositions include, for example, solutions in which a compound is dissolved, emulsions comprising a compound, or a solution containing liposomes, micelles, or nanoparticles comprising a compound as disclosed herein. These compositions can also contain minor amounts of nontoxic, auxiliary substances, such as wetting or emulsifying agents, pH

PAR-VASO-0013673

buffering agents, and other pharmaceutically-acceptable additives.

[0088] Non-limiting examples of dosage forms suitable for use in the disclosure include liquid, elixir, nanosuspension, aqueous or oily suspensions, drops, syrups, and any combination thereof. Non-limiting examples of pharmaceutically-acceptable excipients suitable for use in the disclosure include granulating agents, binding agents, lubricating agents, disintegrating agents, anti-adherents, anti-static agents, surfactants, anti-oxidants, coloring agents, flavoring agents, plasticizers, preservatives, suspending agents, emulsifying agents, plant cellulosic material and spheronization agents, and any combination thereof.

[0089] Vasopressin can be formulated as an aqueous formulation or a lyophilized powder, which can be diluted or reconstituted just prior to use. Upon dilution or reconstitution, the vasopressin solution can be refrigerated for long-term stability for about one day. Room temperature incubation or prolonged refrigeration can lead to the generation of degradation products of vasopressin.

[0090] In some embodiments, a pharmaceutical composition of the invention can be formulated for long-term storage of vasopressin at room temperature in the presence of a suitable pharmaceutically-acceptable excipient. The pharmaceutically-acceptable excipient can increase the half-life of vasopressin when stored at any temperature, such as room temperature. The presence of the pharmaceutical excipient can decrease the rate of decomposition of vasopressin at any temperature, such as room temperature.

[0091] In some embodiments, a pharmaceutical composition has a shelf life of at least about 12 months, at least about 13 months, at least about 14 months, at least about 15 months, at least about 16 months, at least about 17 months, at least about 18 months, at least about 19 months, at least about 20 months, at least about 21 months, at least about 22 months, at least about 23 months, at least about 24 months, at least about 25 months, at least about 26 months, at least about 27 months, at least about 28 months, at least about 29 months, or at least about 30 months. The shelf life can be at any temperature, including, for example, room temperature and refrigeration (*i.e.*, 2-8°C). As used herein, "shelf life" means the period beginning from manufacture of a formulation beyond which the formulation cannot be expected beyond reasonable doubt to yield the therapeutic outcome approved by a government regulatory agency

[0092] In some embodiments, a vasopressin formulation of the invention comprises a pharmaceutically-acceptable excipient, and the vasopressin has a half-life that is at least about

-12-

PAR-VASO-0013674

1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 100%, at least about 150%, at least about 200%, at least about 250%, at least about 300%, at least about 350%, at least about 400%, at least about 450%, at least about 500%, at least about 600%, at least about 700%, at least about 800%, at least about 900%, or at least about 1000% greater than the half-life of vasopressin in a corresponding formulation that lacks the pharmaceutically-acceptable excipient.

[0093] In some embodiments, a vasopressin formulation of the invention has a half-life at about 5 °C to about 8 °C that is no more than about 1%, no more than about 5%, no more than about 10%, no more than about 15%, no more than about 20%, no more than about 25%, no more than about 30%, no more than about 35%, no more than about 40%, no more than about 45%, no more than about 50%, no more than about 55%, no more than about 60%, no more than about 65%, no more than about 70%, no more than about 75%, no more than about 80%, no more than about 85%, no more than about 90%, no more than about 95%, no more than about 100%, no more than about 150%, no more than about 200%, no more than about 250%, no more than about 300%, no more than about 350%, no more than about 400%, no more than about 450%, no more than about 500%, no more than about 600%, no more than about 700%, no more than about 800%, no more than about 900%, or no more than about 1000% greater than the half-life of the formulation at another temperature, such as room temperature.

[0094] The half-life of the compounds of the invention in a formulation described herein at a specified temperature can be, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, or about one week.

[0095] A formulation described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours,

-13-

PAR-VASO-0013675

about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to a subject.

[0096] A unit dosage form described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to a subject.

[0097] A diluted unit dosage form described herein can be stable for or be stored for, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours,

PAR-VASO-0013676

about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to administration to subject.

[0098] The stability of a formulation described herein can be measured after, for example, about 1 hour, about 2 hours, about 3 hours, about 4 hours, about 5 hours, about 6 hours, about 7 hours, about 8 hours, about 9 hours, about 10 hours, about 11 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 24 hours, about 30 hours, about 36 hours, about 42 hours, about 48 hours, about 60 hours, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 7 weeks, about 8 weeks, about 9 weeks, about 10 weeks, about 11 weeks, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years.

[0099] A formulation or unit dosage form described herein can exhibit, for example, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9% about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%,

-15-

PAR-VASO-0013677

about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, or about 10% degradation over a specified period of time. The degradation of a formulation or a unit dosage form disclosed herein can be assessed after about 24 hours, about 36 hours, about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 8 months, about 10 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage. The degradation of a formulation or a unit dosage form disclosed herein can be assessed at a temperature of, for example, about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, or about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C, about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34 °C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33

-16-

PAR-VASO-0013678

°C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about 41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about 40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C.

[00100] In some embodiments, a vasopressin formulation of the invention comprises an excipient and the vasopressin has a level of decomposition at a specified temperature that is about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 100%, about 150%, about 200%, about 250%, about 300%, about 350%, about 400%, about 450%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% less than the level of decomposition of a formulation of the invention in the absence of the excipient.

[00101] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, about 51 °C, about 52 °C, about 53 °C, about 54 °C, about 55 °C, about 56 °C, about 57 °C, about 58 °C, about 59 °C, about 60 °C, about 61 °C, about 62 °C, about 63 °C, about 64 °C, about 65 °C, about 66 °C, about 67 °C, about 68 °C, about 69 °C, about 70 °C, about 71 °C, about 72 °C, about 73 °C, about 74 °C, or about 75 °C.

-17-

PAR-VASO-0013679

[00102] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at any suitable temperature. Non-limiting examples of temperatures include from about 0 ℃ to about 5 ℃, about 1 ℃ to about 6 ℃, about 2 ℃ to about 7 ℃, about 2 ℃ to about 8 ℃, about 3 ℃ to about 8 ℃, about 4 ℃ to about 9 ℃, about 5 ℃ to about 10 ℃, about 6 ℃ to about 11 ℃, about 7 ℃ to about 12 ℃, about 8 ℃ to about 13 ℃, about 9 ℃ to about 14 ℃, about 10 ℃ to about 15 ℃, about 11 ℃ to about 16 ℃, about 12 ℃ to about 17 ℃, about 13 ℃ to about 18 +℃, about 14 ℃ to about 19 ℃, about 15 ℃ to about 20 ℃, about 16 ℃ to about 21 ℃, about 17 ℃ to about 22 ℃, about 18 ℃ to about 23 ℃, about 19 ℃ to about 24 ℃, about 20 ℃ to about 25 ℃, about 21 ℃ to about 26 ℃, about 22 ℃ to about 27 ℃, about 23 ℃ to about 28 ℃, about 24 ℃ to about 29 ℃, about 25 ℃ to about 30 ℃, about 26 ℃ to about 31 ℃, about 27 ℃ to about 32 ℃, about 28 ℃ to about 33 ℃, about 29 ℃ to about 34 ℃, about 30 ℃ to about 35 ℃, about 31 ℃ to about 36 ℃, about 32 ℃ to about 37 ℃, about 33 ℃ to about 38 ℃, about 34 ℃ to about 39 ℃, about 35 ℃ to about 40 ℃, about 36 ℃ to about 41 ℃, about 37 ℃ to about 42 ℃, about 38 ℃ to about 43 ℃, about 39 ℃ to about 44 ℃, about 40 ℃ to about 45 ℃, about 41 ℃ to about 46 ℃, about 42 ℃ to about 47 ℃, about 43 ℃ to about 48 ℃, about 44 ℃ to about 49 ℃, about 45 ℃ to about 50 ℃, about 46 ℃ to about 51 ℃, about 47 ℃ to about 52 ℃, about 48 ℃ to about 53 ℃, about 49 ℃ to about 54 ℃, about 50 ℃ to about 55 ℃, about 51 ℃ to about 56 ℃, about 52 ℃ to about 57 ℃, about 53 ℃ to about 58 ℃, about 54 ℃ to about 59 ℃, about 55 ℃ to about 60 ℃, about 56 ℃ to about 61 ℃, about 57 ℃ to about 62 ℃, about 58 ℃ to about 63 ℃, about 59 ℃ to about 64 ℃, about 60 ℃ to about 65 ℃, about 61 ℃ to about 66 ℃, about 62 ℃ to about 67 ℃, about 63 ℃ to about 68 ℃, about 64 ℃ to about 69 ℃, about 65 ℃ to about 70 ℃, about 66 ℃ to about 71 ℃, about 67 ℃ to about 72 ℃, about 68 ℃ to about 73 ℃, about 69 ℃ to about 74 ℃, about 70 ℃ to about 74 ℃, about 71 ℃ to about 76 ℃, about 72 ℃ to about 77 ℃, about 73 ℃ to about 78 ℃, about 74 ℃ to about 79 ℃, or about 75 ℃ to about 80 ℃.

[00103] Pharmaceutical compositions of the invention can be used, stored, tested, analyzed or assayed at room temperature. The room temperature can be, for example, about 20.0 ℃, about 20.1 ℃, about 20.2 ℃, about 20.3 ℃, about 20.4 ℃, about 20.5 ℃, about 20.6 ℃, about 20.7 ℃, about 20.8 ℃, about 20.9 ℃, about 21.0 ℃, about 21.1 ℃, about 21.2 ℃, about 21.3 ℃, about 21.4 ℃, about 21.5 ℃, about 21.6 ℃, about 21.7 ℃, about 21.8 ℃, about 21.9 ℃, about 22.0 ℃, about 22.1 ℃, about 22.2 ℃, about 22.3 ℃, about 22.4 ℃, about 22.5 ℃, about 22.6

PAR-VASO-0013680

°C, about 22.7 °C, about 22.8 °C, about 22.9 °C, about 23.0 °C, about 23.1 °C, about 23.2 °C, about 23.3 °C, about 23.4 °C, about 23.5 °C, about 23.6 °C, about 23.7 °C, about 23.8 °C, about 23.9 °C, about 24.0 °C, about 24.1 °C, about 24.2 °C, about 24.3 °C, about 24.4 °C, about 24.5 °C, about 24.6 °C, about 24.7 °C, about 24.8 °C, about 24.9 °C, or about 25.0 °C.

[00104] A pharmaceutical composition of the disclosed can be supplied, stored, or delivered in a vial or tube that is, for example, about 0.5 mL, about 1 mL, about 2 mL, about 3 mL, about 4 mL, about 5 mL, about 6 mL, about 7 mL, about 8 mL, about 9 mL, about 10 mL, about 11 mL, about 12 mL, about 13 mL, about 14 mL, about 15 mL, about 16 mL, about 17 mL, about 18 mL, about 19 mL, or about 20 mL in volume.

[00105] A pharmaceutical composition of the disclosure can be a combination of any pharmaceutical compounds described herein with other chemical components, such as carriers, stabilizers, diluents, dispersing agents, suspending agents, thickening agents, and/or excipients. The pharmaceutical composition facilitates administration of the compound to an organism. Pharmaceutical compositions can be administered in therapeutically-effective amounts, for example, intravenous, subcutaneous, intramuscular, transdermal, or parenteral administration.

[00106] Pharmaceutical preparations can be formulated for intravenous administration. The pharmaceutical compositions can be in a form suitable for parenteral injection as a sterile suspension, solution, or emulsion in oily or aqueous vehicles, and can contain formulation agents such as suspending, stabilizing, and/or dispersing agents. Pharmaceutical formulations for parenteral administration include aqueous solutions of the active compounds in water-soluble form. Suspensions of the active compounds can be prepared as oily injection suspensions. Suitable lipophilic solvents or vehicles include fatty oils such as sesame oil, or synthetic fatty acid esters, such as ethyl oleate or triglycerides, or liposomes. Aqueous injection suspensions can contain substances which increase the viscosity of the suspension, such as sodium carboxymethyl cellulose, sorbitol, or dextran. The suspension can also contain suitable stabilizers or agents which increase the solubility of the compounds to allow for the preparation of highly concentrated solutions. Alternatively, the active ingredient can be in powder form for constitution with a suitable vehicle, for example, sterile pyrogen-free water, before use.

*Comparison Formulations.*

-19-

PAR-VASO-0013681

[00107] A pharmaceutical composition described herein can be analyzed by comparison to a reference formulation. A reference formulation can be generated from any combination of compounds, peptides, excipients, diluents, carriers, and solvents disclosed herein. Any compound, peptide, excipient, diluent, carrier, or solvent used to generate the reference formulation can be present in any percentage, ratio, or amount, for example, those disclosed herein. The reference formulation can comprise, consist essentially of, or consist of any combination of any of the foregoing.

[00108] A non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: an amount, such as about 20 Units or about 0.04 mg, of vasopressin or a pharmaceutically-acceptable salt thereof, an amount, such as about 5 mg, of chlorobutanol (for example, hydrous), an amount, such as about 0.22 mg, of acetic acid or a pharmaceutically-acceptable salt thereof or a quantity sufficient to bring pH to about 3.4 to about 3.6, and water as needed. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, chlorobutanol, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof, acetic acid, and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a solvent such as water. Another non-limiting example of a comparison formulation comprises, consists essentially of, or consists of: vasopressin or a pharmaceutically-acceptable salt thereof and a buffer having acidic pH, such as pH 3.5 or any buffer or pH described herein.

*Methods.*

[00109] Any formulation described herein can be diluted prior to administration to a subject. Diluents that can be used in a method of the invention include, for example, compound sodium lactate solution, 6% dextran, 10% dextran, 5% dextrose, 20% fructose, Ringer's solution, 5% saline, 1.39% sodium bicarbonate, 1.72% sodium lactate, or water. Upon dilution, any diluted formulation disclosed herein can be stored for, for example, about 24 hours, about 36 hours,

-20-

about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 8 months, about 10 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage. Upon dilution, any diluted formulation disclosed herein can be stored at, for example, about 0 °C, about 1 °C, about 2 °C, about 3 °C, about 4 °C, about 5 °C, about 6 °C, about 7 °C, about 8 °C, about 9 °C, about 10 °C, about 11 °C, about 12 °C, about 13 °C, about 14 °C, about 15 °C, about 16 °C, about 17 °C, about 18 °C, about 19 °C, about 20 °C, about 21 °C, about 22 °C, about 23 °C, about 24 °C, about 25 °C, about 26 °C, about 27 °C, about 28 °C, about 29 °C, about 30 °C, about 31 °C, about 32 °C, about 33 °C, about 34 °C, about 35 °C, about 36 °C, about 37 °C, about 38 °C, about 39 °C, about 40 °C, about 41 °C, about 42 °C, about 43 °C, about 44 °C, about 45 °C, about 46 °C, about 47 °C, about 48 °C, about 49 °C, about 50 °C, or about 0 °C to about 5 °C, about 1 °C to about 6 °C, about 2 °C to about 7 °C, about 2 °C to about 8 °C, about 3 °C to about 8 °C, about 4 °C to about 9 °C, about 5 °C to about 10 °C, about 6 °C to about 11 °C, about 7 °C to about 12 °C, about 8 °C to about 13 °C, about 9 °C to about 14 °C, about 10 °C to about 15 °C, about 11 °C to about 16 °C, about 12 °C to about 17 °C, about 13 °C to about 18 °C, about 14 °C to about 19 °C, about 15 °C to about 20 °C, about 16 °C to about 21 °C, about 17 °C to about 22 °C, about 18 °C to about 23 °C, about 19 °C to about 24 °C, about 20 °C to about 25 °C, about 21 °C to about 26 °C, about 22 °C to about 27 °C, about 23 °C to about 28 °C, about 24 °C to about 29 °C, about 25 °C to about 30 °C, about 26 °C to about 31 °C, about 27 °C to about 32 °C, about 28 °C to about 33 °C, about 29 °C to about 34 °C, about 30 °C to about 35 °C, about 31 °C to about 36 °C, about 32 °C to about 37 °C, about 33 °C to about 38 °C, about 34 °C to about 39 °C, about 35 °C to about 40 °C, about 36 °C to about 41 °C, about 37 °C to about 42 °C, about 38 °C to about 43 °C, about 39 °C to about 44 °C, about 40 °C to about 45 °C, about 41 °C to about 46 °C, about 42 °C to about 47 °C, about 43 °C to about 48 °C, about 44 °C to about 49 °C, about 45 °C to about 50 °C.

[00110] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-21-

PAR-VASO-0013683

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[00111] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 48 hours.

[00112] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

PAR-VASO-0013684

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about 96 hours.

[00113] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ℃, for example, 5 ℃, for about one week.

[00114] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ℃, for example, 5 ℃, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

-23-

PAR-VASO-0013685

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about two weeks.

[00115] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about three weeks.

[00116] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00117] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-24-

PAR-VASO-0013686

mg/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about six weeks.

[00118] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about three months.

[00119] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

PAR-VASO-0013687

human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about six months.

[00120] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one year.

[00121] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about two years.

-26-

PAR-VASO-0013688

[00122] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about three years.

[00123] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00124] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48

-27-

PAR-VASO-0013689

hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00125] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 96 hours; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00126] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 1 week; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

-28-

PAR-VASO-0013690

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00127] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 2 weeks; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00128] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 3 weeks; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00129] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-29-

PAR-VASO-0013691

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about one week.

[00130] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00131] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the

-30-

PAR-VASO-0013692

pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00132] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00133] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least one year; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the

PAR-VASO-0013693

human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00134] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least two years; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00135] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least three years; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00136] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07

-32-

PAR-VASO-0013694

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[00137] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 48 hours.

[00138] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 96 hours; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the

-33-

human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 96 hours.

[00139] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one week; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about one week.

[00140] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in a diluent  to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 weeks.

-34-

PAR-VASO-0013696

[00141] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 weeks.

[00142] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00143] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3

-35-

PAR-VASO-0013697

months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00144] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 6 months; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00145] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 1 year; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to

-36-

PAR-VASO-0013698

about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 year.

[00146] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

[00147] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 years; c) diluting the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00148] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-37-

PAR-VASO-0013699

administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00149] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00150] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 96 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL)

PAR-VASO-0013700

of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00151] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 1 week; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00152] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt

-39-

PAR-VASO-0013701

thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00153] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00154] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about one week.

[00155] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07

-40-

PAR-VASO-0013702

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00156] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 4 weeks.

[00157] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 1 year; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted

-41-

PAR-VASO-0013703

unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00158] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 2 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00159] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 3 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

-42-

PAR-VASO-0013704

[00160] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00161] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[00162] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4

-43-

PAR-VASO-0013705

weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00163] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00164] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

-44-

PAR-VASO-0013706

salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00165] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00166] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00167] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

-45-

PAR-VASO-0013707

administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 months.

[00168] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 6 months.

[00169] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL)

-46-

PAR-VASO-0013708

of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00170] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00171] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt

PAR-VASO-0013709

thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00172] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 24 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

[00173] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 48 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 48 hours.

[00174] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07

-48-

PAR-VASO-0013710

mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 96 hours; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00175] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one week; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00176] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 2 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted

-49-

PAR-VASO-0013711

unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 weeks.

[00177] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 3 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 weeks.

[00178] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

PAR-VASO-0013712

[00179] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 3 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00180] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least 6 months; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00181] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 °C, for at least one

-51-

PAR-VASO-0013713

year; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about one year.

[00182] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 2 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 2 years.

[00183] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) chlorobutanol; iii) acetic acid; and iv) water; b) storing the unit dosage form at 2-8 °C, for example, 5 ºC, for at least 3 years; c) diluting the unit dosage form in 0.9% saline or 5% dextrose in water to provide a concentration from about 0.1 units/mL to about 1 unit/mL (about 0.21 µg/mL to about 2.1 µg/mL) of vasopressin or the pharmaceutically-acceptable salt thereof; and d) administering the diluted unit dosage form to the human by intravenous administration; wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

PAR-VASO-0013714

salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive, wherein the unit dosage form exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 years.

[00184] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 24 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00185] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 48 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00186] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 96 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the

-53-

PAR-VASO-0013715

administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00187] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 1 week; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00188] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00189] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the

-54-

PAR-VASO-0013716

pharmaceutical composition at 2-8 °C, for example, 5 °C,  for at least 3 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00190] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C,  for about 1 week.

[00191] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C,  for at least 3 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00192] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

PAR-VASO-0013717

administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C,  for at least 6 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00193] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C,  for at least 1 year; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

[00194] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about four weeks.

-56-

PAR-VASO-0013718

[00195] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C ,for example, 5 °C, for at least 3 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00196] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 24 hours.

[00197] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein

-57-

PAR-VASO-0013719

the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 48 hours.

[00198] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 96 hours.

[00199] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 week.

[00200] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

PAR-VASO-0013720

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about two weeks.

[00201] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about three weeks.

[00202] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about four weeks.

[00203] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c)

-59-

PAR-VASO-0013721

intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00204] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00205] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 ºC, for example, 5 ºC, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 1 year.

[00206] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a

-60-

PAR-VASO-0013722

pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

[00207] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00208] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 24 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 24 hours.

-61-

PAR-VASO-0013723

[00209] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 48 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C for about, for example, 5 °C, 48 hours.

[00210] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 96 hours; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 96 hours.

[00211] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 1 week; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein

PAR-VASO-0013724

the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 week.

[00212] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 weeks.

[00213] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 weeks.

[00214] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the

-63-

PAR-VASO-0013725

pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 4 weeks.

[00215] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 3 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 3 months.

[00216] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 6 months; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 ºC, for example, 5 ºC, for about 6 months.

[00217] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising:  i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 ºC, for at least 1 year; and c) intravenously

-64-

PAR-VASO-0013726

administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 1 year.

[00218] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 2 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 2 years.

[00219] The present invention provides a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water; and b) storing the pharmaceutical composition at 2-8 °C, for example, 5 °C, for at least 3 years; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8 °C, for example, 5 °C, for about 3 years.

[00220] A formulation described herein can be used without initial vasopressin dilution for use in, for example, intravenous drip-bags. The formulation can be premixed, already-diluted, and ready for use as provided in, for example, a bottle or intravenous drip-bag. The formulation

-65-

PAR-VASO-0013727

supplied in the bottle can then be transferred to an intravenous drip-bag for administration to a subject. The formulation can be stable for about 24 hours, about 36 hours, about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years prior to discarding.

[00221] The premixed formulation described herein can be disposed in a container or vessel, which can be sealed. The container or vessel can maintain the sterility of, or reduce the likelihood of contamination of, the premixed formulation. The premixed formulation described herein can be disposed in a container or vessel and is formulated as, for example, a single use dosage or a multiple use dosage. The container or vessel can be, for example, a glass vial, an ampoule, or a plastic flexible container. The plastic flexible container can be made of, for example, PVC (polyvinyl chloride), or polypropylene.

[00222] A premixed vasopressin formulation described herein can be stored as a liquid in an aliquot having a total volume of between about 1 and about 500 mL, between about 1 and about 250 mL, between about 1 and about 200 mL, between about 1 and about 150 mL, between about 1 and about 125 mL, between about 1 and about 120 mL, between about 1 and about 110 mL, between about 1 and about 100 mL, between about 1 and about 90 mL, between about 1 and about 80 mL, between about 1 and about 70 mL, between about 1 and about 60 mL, between about 1 and about 50 mL, between about 1 and about 40 mL, between about 1 and about 30 mL, between about 1 and about 20 mL, between about 1 and about 10 mL, or between about 1 and about 5 mL.

[00223] A premixed vasopressin formulation described herein can be administered as, for example, a single continuous dose over a period of time. For example, the premixed vasopressin formulation can be administered for a period of time of between about 1 and about 10 minutes, between about 1 and about 20 minutes, between about 1 and about 30 minutes, between about 1 and about 2 hours, between about 1 and about 3 hours, between about 1 and about 4 hours,

-66-

PAR-VASO-0013728

between about 1 and about 5 hours, between about 1 and about 6 hours, between about 1 and about 7 hours, between about 1 and about 8 hours, between about 1 and about 9 hours, between about 1 and about 10 hours, between about 1 and about 11 hours, between about 1 and about 12 hours, between about 1 and about 13 hours, between about 1 and about 14 hours, between about 1 and about 15 hours, between about 1 and about 16 hours, between about 1 and about 17 hours, between about 1 and about 18 hours, between about 1 and about 19 hours, between about 1 and about 20 hours, between about 1 and about 21 hours, between about 1 and about 22 hours, between about 1 and about 23 hours, between about 1 and about 1 day, between about 1 and about 32 hours, between about 1 and about 36 hours, between about 1 and about 42 hours, between about 1 and about 2 days, between about 1 and about 54 hours, between about 1 and about 60 hours, between about 1 and about 66 hours, between about 1 and about 3 days, between about 1 and about 78 hours, between about 1 and about 84 hours, between about 1 and about 90 hours, between about 1 and about 4 days, between about 1 and about 102 hours, between about 1 and about 108 hours, between about 1 and about 114 hours, between about 1 and about 5 days, between about 1 and about 126 hours, between about 1 and about 132 hours, between about 1 and about 138 hours, between about 1 and about 6 days, between about 1 and about 150 hours, between about 1 and about 156 hours, between about 1 and about 162 hours, or between about 1 and about 1 week.

[00224] A premixed vasopressin formulation described herein can be administered as a loading dose followed by a maintenance dose over a period of time. For example, the loading dose can comprise administration of the premixed vasopressin formulation at a first dosage amount for a first period of time, followed by administration of the maintenance dose at a second dosage amount for a second period of time. The loading dose can be administered for a period of time of between about 1 and about 5 minutes, between about 1 and about 10 minutes, between about 1 and about 15 minutes, between about 1 and about 20 minutes, between about 1 and about 25 minutes, between about 1 and about 30 minutes, between about 1 and about 45 minutes, between about 1 and about 60 minutes, between about 1 and about 90 minutes, between 1 minute and about 2 hours, between 1 minute about 2.5 hours, between 1 minute and about 3 hours, between 1 minute and about 3.5 hours, between 1 minute and about 4 hours, between 1 minute and about 4.5 hours, between 1 minute and about 5 hours, between 1 minute and about 5.5 hours, between 1 minute and about 6 hours, between 1 minute and about 6.5 hours, between 1 minute and about

-67-

PAR-VASO-0013729

7 hours, between 1 minute and about 7.5 hours, between 1 minute and about 8 hours, between 1 minute and about 10 hours, between 1 minute and about 12 hours, between 1 minute about 14 hours, between 1 minute and about 16 hours, between 1 minute and about 18 hours, between 1 minute and about 20 hours, between 1 minute and about 22 hours, or between 1 minute and about 24 hours. Following the loading dose, the maintenance dose can be administered for a period of time as described above for a single continuous dose.

[00225] A premixed vasopressin formulation described herein, when administered as a single continuous, loading, or maintenance dose, can be administered for about 1 hour to about 7 days, about 1 hour to about 4 days, about 1 hour to about 48 hours, about 1 hour to about 36 hours, about 1 hour to about 24 hours, about 1 hour to about 12 hours, about 24 hours to about 120 hours, about 24 hours to about 108 hours, about 24 hours to about 96 hours, about 24 hours to about 72 hours, about 24 hours to about 48 hours, or about 24 hours to about 36 hours.

[00226] The volume of the premixed formulation can be, for example, about 25 mL, about 30 mL, about 35 mL, about 40 mL, about 45 mL, about 50 mL, about 55 mL, about 60 mL, about 65 mL, about 70 mL, about 75 mL, about 80 mL, about 85 mL, about 90 mL, about 95 mL, about 100 mL, about 110 mL, about 120 mL, about 130 mL, about 140 mL, about 150 mL, about 175 mL, about 200 mL, about 225 mL, about 250 mL, about 275 mL, about 300 mL, about 350 mL, about 400 mL, about 450 mL, about 500 mL, about 550 mL, about 600 mL, about 650 mL, about 700 mL, about 750 mL, about 800 mL, about 850 mL, about 900 mL, about 950 mL, or about 1 L. In some embodiments, the volume of the vasopressin formulation formulated for use without initial vasopressin dilution is 100 mL.

[00227] The concentration of vasopressin in the container or vessel in which the premixed vasopressin formulation is disposed can be, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about 14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or about 50 units/mL. In some embodiments, the

-68-

concentration of vasopressin in the container or vessel is 0.4 units/mL. In some embodiments, the concentration of vasopressin in the container or vessel is 0.6 units/mL.

[00228] The concentration of vasopressin in the container or vessel in which the premixed vasopressin formulation is disposed can be, for example, about 0.01 μg/mL, about 0.05 μg/mL, about 0.1 μg/mL, about 0.15 μg/mL, about 0.2 μg/mL, about 0.25 μg/mL, about 0.3 μg/mL, about 0.35 μg/mL, about 0.4 μg/mL, about 0.5 μg/mL, about 0.6 μg/mL, about 0.7 μg/mL, about 0.8 μg/mL, about 0.9 μg/mL, about 1 μg/mL, about 2 μg/mL, about 3 μg/mL, about 4 μg/mL, about 5 μg/mL, about 10 μg/mL, about 15 μg/mL, about 20 μg/mL, about 25 μg/mL, about 30 μg/mL, about 35 μg/mL, about 40 μg/mL, about 45 μg/mL, about 50 μg/mL, about 60 μg/mL, about 70 μg/mL, about 80 μg/mL, about 90 μg/mL, about 100 μg/mL, about 125 μg/mL, about 150 μg/mL, about 175 μg/mL, about 200 μg/mL, about 250 μg/mL, about 300 μg/mL, about 350 μg/mL, about 400 μg/mL, about 450 μg/mL, about 500 μg/mL, about 600 μg/mL, about 700 μg/mL, about 800 μg/mL, about 900 μg/mL, about 1 mg/mL, about 2 mg/mL, about 3 mg/mL, about 4 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[00229] A formulation formulated for use without initial vasopressin dilution can be administered as intravenous drip therapy for about 15 min, about 20 min, about 25 min, about 30 min, about 35 min, about 40 min, about 45 min, about 50 min, about 55 min, about 1 hour, about 1.5 hours, about 2 hours, about 2.5 hours, about 3 hours, about 3.5 hours, about 4 hours, about 4.5 hours, about 5 hours, about 5.5 hours, about 6 hours, about 6.5 hours, about 7 hours, about 7.5 hours, about 8 hours, about 8.5 hours, about 9 hours, about 9.5 hours, about 10 hours, about 10.5 hours, about 11 hours, about 11.5 hours, about 12 hours, about 13 hours, about 14 hours, about 15 hours, about 16 hours, about 17 hours, about 18 hours, about 19 hours, about 20 hours, about 21 hours, about 22 hours, about 23 hours, about 1 day, about 2 days, about 3 days, about 4 days, about 5 days, about 6 days, about 1 week, about 2 weeks, about 3 weeks, about 1 month, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, or about 1 year. A formulation for use in a drip-bag can be replaced up to, for example, one time, two times, three times, four times, five times, six times, seven times, eight times, nine times, ten times, 11 times, 12 times, 13 times, 14 times, 15 times, 16 times, 17 times, 18 times, 19 times, or 20 times during

-69-

the course of the treatment period. The formulation can be used for continuous or intermittent intravenous infusion.

[00230] A formulation formulated for use without initial vasopressin dilution can be modified using an excipient, for example, any excipient disclosed herein, to improve the stability of vasopressin for long-term storage and use. Non-limiting examples of excipients that can be used in an intravenous drip-bag include dextrose, saline, half-strength saline, quarter-strength saline, Ringers Lactate solution, sodium chloride, and potassium chloride. In some embodiments, dextrose is used as an excipient for the vasopressin formulation formulated for use without initial vasopressin dilution.

[00231] A formulation formulated for use without initial vasopressin dilution can be modified using a buffer, for example, any buffer disclosed herein, to adjust the pH of the formulation. A non-limiting example of a buffer that can be used in the formulation includes acetate buffer. The concentration of buffer used in the formulation can be, for example, about 0.5 mM, about 1 mM, about 2 mM, about 3 mM, about 4 mM, about 5 mM, about 6 mM, about 7 mM, about 8 mM, about 9 mM, about 10 mM, about 15 mM, about 20 mM, about 25 mM, or about 30 mM. In some embodiments, the concentration of the acetate buffer is 1mM. In some embodiments, the concentration of the acetate buffer is 10 mM.

[00232] In some embodiments, an additive that is used in a formulation described herein is dextrose. The concentration of dextrose used in the formulation can be, for example, about 0.5 mM, about 1 mM, about 2 mM, about 3 mM, about 4 mM, about 5 mM, about 6 mM, about 7 mM, about 8 mM, about 9 mM, about 10 mM, about 15 mM, about 20 mM, about 25 mM, or about 30 mM. In some embodiments, the concentration of dextrose is 1mM. In some embodiments, the concentration of dextrose is 10 mM. The concentration of dextrose used in the formulation can be, for example, about 1%, about 2%, about 3%, about 4%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, or about 20%. In some embodiments, a formulation described herein contains 5% dextrose.

[00233] In some embodiments, an additive that is used in a formulation described herein is sodium chloride. The concentration of sodium chloride used in the formulation can be, for example, about 0.5 mM, about 1 mM, about 2 mM, about 3 mM, about 4 mM, about 5 mM, about 6 mM, about 7 mM, about 8 mM, about 9 mM, about 10 mM, about 15 mM, about 20 mM,

-70-

PAR-VASO-0013732

about 25 mM, or about 30 mM. In some embodiments, the concentration of the sodium chloride is 1mM. In some embodiments, the concentration of sodium chloride is 10 mM.

[00234] In some embodiments, a combination of dextrose and sodium chloride is used in a formulation described herein. When used in combination, the concentration of sodium chloride and dextrose can be the same or different. In some embodiments, the concentration of dextrose or sodium chloride is 1 mM, or any value above 1 mM, when dextrose and sodium chloride are used in a combination in a formulation described herein.

[00235] A formulation formulated for use without initial vasopressin dilution can be modified using a pH adjusting agent, for example, any pH adjusting agent disclosed herein, to adjust the pH of the formulation. Non-limiting examples of a pH adjusting agent that can be used in the formulation include acetic acid, sodium acetate, hydrochloric acid, and sodium hydroxide. The concentration of buffer used in the formulation can be, for example, about 0.5 mM, about 1 mM, about 2 mM, about 3 mM, about 4 mM, about 5 mM, about 6 mM, about 7 mM, about 8 mM, about 9 mM, about 10 mM, about 15 mM, about 20 mM, about 25 mM, or about 30 mM. In some embodiments, the concentration of the acetate buffer is 1mM. In some embodiments, the concentration of the acetate buffer is 10 mM.

[00236] The formulation can be stable for and have a shelf-life of about 24 hours, about 36 hours, about 72 hours, about 96 hours, about 1 week, about 2 weeks, about 3 weeks, about 4 weeks, about 5 weeks, about 6 weeks, about 2 months, about 3 months, about 4 months, about 5 months, about 6 months, about 7 months, about 8 months, about 9 months, about 10 months, about 11 months, about 1 year, about 13 months, about 14 months, about 15 months, about 16 months, about 17 months, about 18 months, about 19 months, about 20 months, about 21 months, about 22 months, about 23 months, about 2 years, about 25 months, about 26 months, about 27 months, about 28 months, about 29 months, about 30 months, about 31 months, about 32 months, about 33 months, about 34 months, about 35 months, or about 3 years of storage at any temperature. In some embodiments, the shelf-life of the formulation is 2 years under refrigeration. In some embodiments, the shelf-life of the formulation is 6 months at room temperature. In some embodiments, the total shelf-life of the formulation is 30 months, where the formulation is stored for 2 years under refrigeration and 6 months at room temperature.

*Dosage Amounts.*

-71-

PAR-VASO-0013733

[00237] In practicing the methods of treatment or use provided herein, therapeutically-effective amounts of the compounds described herein are administered in pharmaceutical compositions to a subject having a disease or condition to be treated. A therapeutically-effective amount can vary widely depending on the severity of the disease, the age and relative health of the subject, the potency of the compounds used, and other factors. Subjects can be, for example, humans, elderly adults, adults, adolescents, pre-adolescents, children, toddlers, infants, or neonates. A subject can be a patient.

[00238] Pharmaceutical compositions of the invention can be formulated in any suitable volume. The formulation volume can be, for example, about 0.1 mL, about 0.2 mL, about 0.3 mL, about 0.4 mL, about 0.5 mL, about 0.6 mL, about 0.7 mL, about 0.8 mL, about 0.9 mL, about 1 mL, about 1.1 mL, about 1.2 mL, about 1.3 mL, about 1.4 mL, about 1.5 mL, about 1.6 mL, about 1.7 mL, about 1.8 mL, about 1.9 mL, about 2 mL, about 2.1 mL, about 2.2 mL, about 2.3 mL, about 2.4 mL, about 2.5 mL, about 2.6 mL, about 2.7 mL, about 2.8 mL, about 2.9 mL, about 3 mL, about 3.1 mL, about 3.2 mL, about 3.3 mL, about 3.4 mL, about 3.5 mL, about 3.6 mL, about 3.7 mL, about 3.8 mL, about 3.9 mL, about 4 mL, about 4.1 mL, about 4.2 mL, about 4.3 mL, about 4.4 mL, about 4.5 mL, about 4.6 mL, about 4.7 mL, about 4.8 mL, about 4.9 mL, about 5 mL, about 5.1 mL, about 5.2 mL, about 5.3 mL, about 5.4 mL, about 5.5 mL, about 5.6 mL, about 5.7 mL, about 5.8 mL, about 5.9 mL, about 6 mL, about 6.1 mL, about 6.2 mL, about 6.3 mL, about 6.4 mL, about 6.5 mL, about 6.6 mL, about 6.7 mL, about 6.8 mL, about 6.9 mL, about 7 mL, about 7.1 mL, about 7.2 mL, about 7.3 mL, about 7.4 mL, about 7.5 mL, about 7.6 mL, about 7.7 mL, about 7.8 mL, about 7.9 mL, about 8 mL, about 8.1 mL, about 8.2 mL, about 8.3 mL, about 8.4 mL, about 8.5 mL, about 8.6 mL, about 8.7 mL, about 8.8 mL, about 8.9 mL, about 9 mL, about 9.1 mL, about 9.2 mL, about 9.3 mL, about 9.4 mL, about 9.5 mL, about 9.6 mL, about 9.7 mL, about 9.8 mL, about 9.9 mL, about 10 mL, about 11 mL, about 12 mL, about 13 mL, about 14 mL, about 15 mL, about 16 mL, about 17 mL, about 18 mL, about 19 mL, or about 20 mL.

[00239] A therapeutically-effective amount of a compound described herein can be present in a composition at a concentration of, for example, about 0.1 units/mL, about 0.2 units/mL, about 0.3 units/mL, about 0.4 units/mL, about 0.5 units/mL, about 0.6 units/mL, about 0.7 units/mL, about 0.8 units/mL, about 0.9 units/mL, about 1 unit/mL, about 2 units/mL, about 3 units/mL, about 4 units/mL, about 5 units/mL, about 6 units/mL, about 7 units/mL, about 8 units/mL, about 9 units/mL, about 10 units/mL, about 11 units/mL, about 12 units/mL, about 13 units/mL, about

-72-

14 units/mL, about 15 units/mL, about 16 units/mL, about 17 units/mL, about 18 units/mL, about 19 units/mL, about 20 units/mL, about 21 units/mL, about 22 units/mL, about 23 units/mL, about 24 units/mL about 25 units/mL, about 30 units/mL, about 35 units/mL, about 40 units/mL, about 45 units/mL, or about 50 units/mL.

[00240] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a mass of about, for example, about 0.01 µg, about 0.05 µg, about 0.1 µg, about 0.15 µg, about 0.2 µg, about 0.25 µg, about 0.3 µg, about 0.35 µg, about 0.4 µg, about 0.5 µg, about 0.6 µg, about 0.7 µg, about 0.8 µg, about 0.9 µg, about 1 µg, about 2 µg, about 3 µg, about 4 µg, about 5 µg, about 10 µg, about 15 µg, about 20 µg, about 25 µg, about 30 µg, about 35 µg, about 40 µg, about 45 µg, about 50 µg, about 60 µg, about 70 µg, about 80 µg, about 90 µg, about 100 µg, about 125 µg, about 150 µg, about 175 µg, about 200 µg, about 250 µg, about 300 µg, about 350 µg, about 400 µg, about 450 µg, about 500 µg, about 600 µg, about 700 µg, about 800 µg, about 900 µg, about 1 mg, about 2 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, or about 10 mg.

[00241] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a concentration of, for example, about 0.001 mg/mL, about 0.002 mg/mL, about 0.003 mg/mL, about 0.004 mg/mL, about 0.005 mg/mL, about 0.006 mg/mL, about 0.007 mg/mL, about 0.008 mg/mL, about 0.009 mg/mL, about 0.01 mg/mL, about 0.02 mg/mL, about 0.03 mg/mL, about 0.04 mg/mL, about 0.05 mg/mL, about 0.06 mg/mL, about 0.07 mg/mL, about 0.08 mg/mL, about 0.09 mg/mL, about 0.1 mg/mL, about 0.2 mg/mL, about 0.3 mg/mL, about 0.4 mg/mL, about 0.5 mg/mL, about 0.6 mg/mL, about 0.7 mg/mL, about 0.8 mg/mL, about 0.9 mg/mL, about 1 mg/mL, about 1.5 mg/mL, about 2 mg/mL, about 2.5 mg/mL, about 3 mg/mL, about 3.5 mg/mL, about 4 mg/mL, about 4.5 mg/mL, about 5 mg/mL, about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL, or about 10 mg/mL.

[00242] A therapeutically-effective amount of a compound described herein can be present in a composition of the invention at a unit of active agent/unit of active time. Non-limiting examples of therapeutically-effective amounts can be, for example, about 0.01 units/minute, about 0.02 units/minute, about 0.03 units/minute, about 0.04 units/minute, about 0.05 units/minute, about 0.06 units/minute, about 0.07 units/minute, about 0.08 units/minute, about 0.09 units/minute or about 0.1 units/minute.

[00243] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The

-73-

pH can be, for example, about 2, about 2.05, about 2.1, about 2.15, about 2.2, about 2.25, about 2.3, about 2.35, about 2.4, about 2.45, about 2.5, about 2.55, about 2.6, about 2.65, about 2.7, about 2.75, about 2.8, about 2.85, about 2.9, about 2.95, about 3, about 3.05, about 3.1, about 3.15, about 3.2, about 3.25, about 3.3, about 3.35, about 3.4, about 3.45, about 3.5, about 3.55, about 3.6, about 3.65, about 3.7, about 3.75, about 3.8, about 3.85, about 3.9, about 3.95, about 4, about 4.05, about 4.1, about 4.15, about 4.2, about 4.25, about 4.3, about 4.35, about 4.4, about 4.45, about 4.5, about 4.55, about 4.6, about 4.65, about 4.7, about 4.75, about 4.8, about 4.85, about 4.9, about 4.95, or about 5 pH units.

[00244] Pharmaceutical compositions of the invention can be formulated at any suitable pH. The pH can be, for example, from about 2 to about 2.2, about 2.05 to about 2.25, about 2.1 to about 2.3, about 2.15 to about 2.35, about 2.2 to about 2.4, about 2.25 to about 2.45, about 2.3 to about 2.5, about 2.35 to about 2.55, about 2.4 to about 2.6, about 2.45 to about 2.65, about 2.5 to about 2.7, about 2.55 to about 2.75, about 2.6 to about 2.8, about 2.65 to about 2.85, about 2.7 to about 2.9, about 2.75 to about 2.95, about 2.8 to about 3, about 2.85 to about 3.05, about 2.9 to about 3.1, about 2.95 to about 3.15, about 3 to about 3.2, about 3.05 to about 3.25, about 3.1 to about 3.3, about 3.15 to about 3.35, about 3.2 to about 3.4, about 3.25 to about 3.45, about 3.3 to about 3.5, about 3.35 to about 3.55, about 3.4 to about 3.6, about 3.45 to about 3.65, about 3.5 to about 3.7, about 3.55 to about 3.75, about 3.6 to about 3.8, about 3.65 to about 3.85, about 3.7 to about 3.9, about 3.7 to about 3.8, about 3.75 to about 3.95, about 3.75 to about 3.8, about 3.8 to about 3.85, about 3.75 to about 3.85, about 3.8 to about 4, about 3.85 to about 4.05, about 3.9 to about 4.1, about 3.95 to about 4.15, about 4 to about 4.2, about 4.05 to about 4.25, about 4.1 to about 4.3, about 4.15 to about 4.35, about 4.2 to about 4.4, about 4.25 to about 4.45, about 4.3 to about 4.5, about 4.35 to about 4.55, about 4.4 to about 4.6, about 4.45 to about 4.65, about 4.5 to about 4.7, about 4.55 to about 4.75, about 4.6 to about 4.8, about 4.65 to about 4.85, about 4.7 to about 4.9, about 4.75 to about 4.95, about 4.8 to about 5, about 4.85 to about 5.05, about 4.9 to about 5.1, about 4.95 to about 5.15, or about 5 to about 5.2 pH units.

[00245] In some embodiments, the addition of an excipient can change the viscosity of a pharmaceutical composition of the invention. In some embodiments the use of an excipient can increase or decrease the viscosity of a fluid by at least 0.001 Pascal-second (Pa.s), at least 0.001 Pa.s, at least 0.0009 Pa.s, at least 0.0008 Pa.s, at least 0.0007 Pa.s, at least 0.0006 Pa.s, at least 0.0005 Pa.s, at least 0.0004 Pa.s, at least 0.0003 Pa.s, at least 0.0002 Pa.s, at least 0.0001 Pa.s, at

PAR-VASO-0013736

least 0.00005 Pa.s, or at least 0.00001 Pa.s.

[00246] In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 35%, at least 40%, at least 45%, at least 50%, at least 55%, at least 60%, at least 65%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, or at least 99%. In some embodiments, the addition of an excipient to a pharmaceutical composition of the invention can increase or decrease the viscosity of the composition by no greater than 5%, no greater than 10%, no greater than 15%, no greater than 20%, no greater than 25%, no greater than 30%, no greater than 35%, no greater than 40%, no greater than 45%, no greater than 50%, no greater than 55%, no greater than 60%, no greater than 65%, no greater than 70%, no greater than 75%, no greater than 80%, no greater than 85%, no greater than 90%, no greater than 95%, or no greater than 99%.

[00247] Any compound herein can be purified. A compound can be at least 1% pure, at least 2% pure, at least 3% pure, at least 4% pure, at least 5% pure, at least 6% pure, at least 7% pure, at least 8% pure, at least 9% pure, at least 10% pure, at least 11% pure, at least 12% pure, at least 13% pure, at least 14% pure, at least 15% pure, at least 16% pure, at least 17% pure, at least 18% pure, at least 19% pure, at least 20% pure, at least 21% pure, at least 22% pure, at least 23% pure, at least 24% pure, at least 25% pure, at least 26% pure, at least 27% pure, at least 28% pure, at least 29% pure, at least 30% pure, at least 31% pure, at least 32% pure, at least 33% pure, at least 34% pure, at least 35% pure, at least 36% pure, at least 37% pure, at least 38% pure, at least 39% pure, at least 40% pure, at least 41% pure, at least 42% pure, at least 43% pure, at least 44% pure, at least 45% pure, at least 46% pure, at least 47% pure, at least 48% pure, at least 49% pure, at least 50% pure, at least 51% pure, at least 52% pure, at least 53% pure, at least 54% pure, at least 55% pure, at least 56% pure, at least 57% pure, at least 58% pure, at least 59% pure, at least 60% pure, at least 61% pure, at least 62% pure, at least 63% pure, at least 64% pure, at least 65% pure, at least 66% pure, at least 67% pure, at least 68% pure, at least 69% pure, at least 70% pure, at least 71% pure, at least 72% pure, at least 73% pure, at least 74% pure, at least 75% pure, at least 76% pure, at least 77% pure, at least 78% pure, at least 79% pure, at least 80% pure, at least 81% pure, at least 82% pure, at least 83% pure, at least 84% pure, at least 85% pure, at least 86% pure, at least 87% pure, at least 88% pure, at least 89% pure, at least 90% pure, at least 91% pure, at least 92% pure, at least 93% pure, at least 94% pure, at least 95% pure, at least 96% pure, at least

-75-

PAR-VASO-0013737

97% pure, at least 98% pure, at least 99% pure, at least 99.1% pure, at least 99.2% pure, at least 99.3% pure, at least 99.4% pure, at least 99.5% pure, at least 99.6% pure, at least 99.7% pure, at least 99.8% pure, or at least 99.9% pure.

[00248] Compositions of the invention can be packaged as a kit. In some embodiments, a kit includes written instructions on the administration or use of the composition. The written material can be, for example, a label. The written material can suggest conditions methods of administration. The instructions provide the subject and the supervising physician with the best guidance for achieving the optimal clinical outcome from the administration of the therapy. In some embodiments, the label can be approved by a regulatory agency, for example the U.S. Food and Drug Administration (FDA), the European Medicines Agency (EMA), or other regulatory agencies.

*Pharmaceutically-acceptable excipients.*

[00249] Non-limiting examples of pharmaceutically-acceptable excipients can be found, for example, in Remington: The Science and Practice of Pharmacy, Nineteenth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., Remington's Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania 1975; Liberman, H.A. and Lachman, L., Eds., Pharmaceutical Dosage Forms, Marcel Decker, New York, N.Y., 1980; and Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Ed. (Lippincott Williams & Wilkins1999), each of which is incorporated by reference in its entirety.

[00250] In some embodiments, the pharmaceutical composition provided herein comprises a sugar as an excipient. Non-limiting examples of sugars include trehalose, sucrose, glucose, lactose, galactose, glyceraldehyde, fructose, dextrose, maltose, xylose, mannose, maltodextrin, starch, cellulose, lactulose, cellobiose, mannobiose, and combinations thereof.

[00251] In some embodiments, the pharmaceutical composition provided herein comprises a buffer as an excipient. Non-limiting examples of buffers include potassium phosphate, sodium phosphate, saline sodium citrate buffer (SSC), acetate, saline, physiological saline, phosphate buffer saline (PBS), 4-2-hydroxyethyl-1-piperazineethanesulfonic acid buffer (HEPES), 3-(N-morpholino)propanesulfonic acid buffer (MOPS), and piperazine-N,N′-bis(2-ethanesulfonic acid) buffer (PIPES), or combinations thereof.

[00252] In some embodiments, a pharmaceutical composition of the invention comprises a

PAR-VASO-0013738

source of divalent metal ions as an excipient. A metal can be in elemental form, a metal atom, or a metal ion. Non-limiting examples of metals include transition metals, main group metals, and metals of Group 1, Group 2, Group 3, Group 4, Group 5, Group 6, Group 7, Group 8, Group 9, Group 10, Group 11, Group 12, Group 13, Group 14, and Group 15 of the Periodic Table. Non-limiting examples of metals include lithium, sodium, potassium, cesium, magnesium, calcium, strontium, scandium, titanium, vanadium, chromium, manganese, iron, cobalt, nickel, copper, zinc, yttrium, zirconium, niobium, molybdenum, palladium, silver, cadmium, tungsten, rhenium, osmium, iridium, platinum, gold, mercury, cerium, and samarium.

[00253] In some embodiments, the pharmaceutical composition provided herein comprises an alcohol as an excipient. Non-limiting examples of alcohols include ethanol, propylene glycol, glycerol, polyethylene glycol, chlorobutanol, isopropanol, xylitol, sorbitol, maltitol, erythritol, threitol, arabitol, ribitol, mannitol, galactilol, fucitol, lactitol, and combinations thereof.

[00254] Pharmaceutical preparations can be formulated with polyethylene glycol (PEG). PEGs with molecular weights ranging from about 300 g/mol to about 10,000,000 g/mol can be used. Non-limiting examples of PEGs include PEG 200, PEG 300, PEG 400, PEG 540, PEG 550, PEG 600, PEG 1000, PEG 1450, PEG 1500, PEG 2000, PEG 3000, PEG 3350, PEG 4000, PEG 4600, PEG 6000, PEG 8000, PEG 10,000, and PEG 20,000.

[00255] Further excipients that can be used in a composition of the invention include, for example, benzalkonium chloride, benzethonium chloride, benzyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, chlorobutanol, dehydroacetic acid, ethylenediamine, ethyl vanillin, glycerin, hypophosphorous acid, phenol, phenylethyl alcohol, phenylmercuric nitrate, potassium benzoate, potassium metabisulfite, potassium sorbate, sodium bisulfite, sodium metabisulfite, sorbic acid, thimerasol, acetic acid, aluminum monostearate, boric acid, calcium hydroxide, calcium stearate, calcium sulfate, calcium tetrachloride, cellulose acetate pthalate, microcrystalline celluose, chloroform, citric acid, edetic acid, and ethylcellulose.

[00256] In some embodiments, the pharmaceutical composition provided herein comprises an aprotic solvent as an excipient. Non-limiting examples of aprotic solvents include perfluorohexane, α,α,α-trifluorotoluene, pentane, hexane, cyclohexane, methylcyclohexane, decalin, dioxane, carbon tetrachloride, freon-11, benzene, toluene, carbon disulfide, diisopropyl ether, diethyl ether, t-butyl methyl ether, ethyl acetate, 1,2-dimethoxyethane, 2-methoxyethyl ether, tetrahydrofuran, methylene chloride, pyridine, 2-butanone, acetone, N-

-77-

PAR-VASO-0013739

methylpyrrolidinone, nitromethane, dimethylformamide, acetonitrile, sulfolane, dimethyl sulfoxide, and propylene carbonate.

[00257] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 70%, about 80%, about 90%, about 100%, about 200%, about 300%, about 400%, about 500%, about 600%, about 700%, about 800%, about 900%, or about 1000% by mass of the vasopressin in the pharmaceutical composition.

[00258] The amount of the excipient in a pharmaceutical composition of the invention can be about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.5%, about 2%, about 2.5%, about 3%, about 3.5%, about 4%, about 4.5%, about 5%, about 6%, about 7%, about 8%, about 9%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55% about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, about 99%, or about 100% by mass or by volume of the unit dosage form.

[00259] The ratio of vasopressin to an excipient in a pharmaceutical composition of the invention can be about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1 about 30 : about 1, about 25 : about 1, about 20 : about 1, about 15 : about 1, about 10 : about 1, about 9 : about 1, about 8 : about 1, about 7 : about 1, about 6 : about 1, about 5 : about 1, about 4 : about 1, about 3 : about 1, about 2 : about 1, about 1 : about 1, about 1 : about 2, about 1 : about 3, about 1 : about 4, about 1 : about 5, about 1 : about 6, about 1 : about 7, about 1 : about 8, about 1 : about 9, or about 1 : about 10.


*Pharmaceutically-Acceptable Salts.*

[00260] The invention provides the use of pharmaceutically-acceptable salts of any therapeutic

PAR-VASO-0013740

compound described herein. Pharmaceutically-acceptable salts include, for example, acid-addition salts and base-addition salts. The acid that is added to the compound to form an acid-addition salt can be an organic acid or an inorganic acid. A base that is added to the compound to form a base-addition salt can be an organic base or an inorganic base. In some embodiments, a pharmaceutically-acceptable salt is a metal salt. In some embodiments, a pharmaceutically-acceptable salt is an ammonium salt.

[00261] Metal salts can arise from the addition of an inorganic base to a compound of the invention. The inorganic base consists of a metal cation paired with a basic counterion, such as, for example, hydroxide, carbonate, bicarbonate, or phosphate. The metal can be an alkali metal, alkaline earth metal, transition metal, or main group metal. In some embodiments, the metal is lithium, sodium, potassium, cesium, cerium, magnesium, manganese, iron, calcium, strontium, cobalt, titanium, aluminum, copper, cadmium, or zinc.

[00262] In some embodiments, a metal salt is a lithium salt, a sodium salt, a potassium salt, a cesium salt, a cerium salt, a magnesium salt, a manganese salt, an iron salt, a calcium salt, a strontium salt, a cobalt salt, a titanium salt, an aluminum salt, a copper salt, a cadmium salt, or a zinc salt.

[00263] Ammonium salts can arise from the addition of ammonia or an organic amine to a compound of the invention. In some embodiments, the organic amine is triethyl amine, diisopropyl amine, ethanol amine, diethanol amine, triethanol amine, morpholine, N-methylmorpholine, piperidine, N-methylpiperidine, N-ethylpiperidine, dibenzylamine, piperazine, pyridine, pyrazole, pipyrrazole, imidazole, pyrazine, or pipyrazine.

[00264] In some embodiments, an ammonium salt is a triethyl amine salt, a diisopropyl amine salt, an ethanol amine salt, a diethanol amine salt, a triethanol amine salt, a morpholine salt, an N-methylmorpholine salt, a piperidine salt, an N-methylpiperidine salt, an N-ethylpiperidine salt, a dibenzylamine salt, a piperazine salt, a pyridine salt, a pyrrazole salt, a pipyrrazole salt, an imidazole salt, a pyrazine salt, or a pipyrazine salt.

[00265] Acid addition salts can arise from the addition of an acid to a compound of the invention. In some embodiments, the acid is organic. In some embodiments, the acid is inorganic. In some embodiments, the acid is hydrochloric acid, hydrobromic acid, hydroiodic acid, nitric acid, nitrous acid, sulfuric acid, sulfurous acid, a phosphoric acid, isonicotinic acid, lactic acid, salicylic acid, tartaric acid, ascorbic acid, gentisinic acid, gluconic acid, glucaronic acid, saccaric

-79-

PAR-VASO-0013741

acid, formic acid, benzoic acid, glutamic acid, pantothenic acid, acetic acid, propionic acid, butyric acid, fumaric acid, succinic acid, methanesulfonic acid, ethanesulfonic acid, benzenesulfonic acid, p-toluenesulfonic acid, citric acid, oxalic acid, or maleic acid.

[00266] In some embodiments, the salt is a hydrochloride salt, a hydrobromide salt, a hydroiodide salt, a nitrate salt, a nitrite salt, a sulfate salt, a sulfite salt, a phosphate salt, isonicotinate salt, a lactate salt, a salicylate salt, a tartrate salt, an ascorbate salt, a gentisinate salt, a gluconate salt, a glucaronate salt, a saccarate salt, a formate salt, a benzoate salt, a glutamate salt, a pantothenate salt, an acetate salt, a propionate salt, a butyrate salt, a fumarate salt, a succinate salt, a methanesulfonate (mesylate) salt, an ethanesulfonate salt, a benzenesulfonate salt, a p-toluenesulfonate salt, a citrate salt, an oxalate salt , or a maleate salt.

*Peptide Sequence.*

[00267] As used herein, the abbreviations for the L-enantiomeric and D-enantiomeric amino acids are as follows: alanine (A,Ala); arginine (R, Arg); asparagine (N, Asn); aspartic acid (D, Asp); cysteine (C, Cys); glutamic acid (E, Glu); glutamine (Q, Gln); glycine (G, Gly); histidine (H, His); isoleucine (I, Ile); leucine (L, Leu);  lysine (K, Lys); methionine (M, Met); phenylalanine (F, Phe); proline (P, Pro); serine (S, Ser);  threonine (T, Thr);  tryptophan (W, Trp); tyrosine (Y, Tyr);  valine (V, Val).  In some embodiments, the amino acid is a L-enantiomer.  In some embodiments, the amino acid is a D-enantiomer.

[00268] A peptide of the disclosure can have about 5%, about 10%, about 15%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 81%, about 82%, about 83%, about 84%, about 85%, about 86%, about 87%, about 88%, about 89%, about 90%, about 91%, about 92%, about 93%, about 94%, about 95%, about 96%, about 97%, about 98%, about 99%, or about 100% amino acid sequence homology to SEQ ID NO. 1.

[00269] In some embodiments, a pharmaceutical composition of the invention comprises one or a plurality of peptides having about 80% to about 90% sequence homology to SEQ ID NO. 1, about 88% to about 90% sequence homology to SEQ ID NO. 1 or 88% to 90% sequence homology to SEQ ID NO. 1.  In some embodiments, a pharmaceutical composition of the invention comprises vasopressin and one or more of a second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth peptide.

-80-

PAR-VASO-0013742

[00270] The ratio of vasopressin to another peptide in a pharmaceutical composition of the invention can be, for example, about 1000 : about 1, about 990 : about 1, about 980 : about 1, about 970 : about 1, about 960 : about 1, about 950 : about 1, about 800 : about 1, about 700 : about 1, about 600 : 1, about 500 : about 1, about 400 : about 1, about 300 : about 1, about 200 : about 1, about 100 : about 1, about 95 : about 1, about 90 : about 1, about 85 : about 1, about 80 : about 1, about 75 : about 1, about 70 : about 1, about 65 : about 1, about 60 : about 1, about 55 : about 1, about 50 : about 1, about 45 : about 1, about 40 : about 1, about 35 : about 1, about 30 : about 1, about 25 : about 1, about 20 : about 1, about 19 : about 1, about 18 : about 1, about 17 : about 1, about 16 : about 1, about 15 : about 1, about 14 : about 1, about 13 : about 1, about 12 : about 1, about 11 : about 1, or about 10 : about 1.

[00271] The amount of another peptide or impurity in a composition of the invention can be, for example, about 0.01%, about 0.02%, about 0.03%, about 0.04%, about 0.05%, about 0.06%, about 0.07%, about 0.08%, about 0.09%, about 0.1%, about 0.2%, about 0.3%, about 0.4%, about 0.5%, about 0.6%, about 0.7%, about 0.8%, about 0.9%, about 1%, about 1.1%, about 1.2%, about 1.3%, about 1.4%, about 1.5%, about 1.6%, about 1.7%, about 1.8%, about 1.9%, about 2%, about 2.1%, about 2.2%, about 2.3%, about 2.4%, about 2.5%, about 2.6%, about 2.7%, about 2.8%, about 2.9%, about 3%, about 3.1%, about 3.2%, about 3.3%, about 3.4%, about 3.5%, about 3.6%, about 3.7%, about 3.8%, about 3.9%, about 4%, about 4.1%, about 4.2%, about 4.3%, about 4.4%, about 4.5%, about 4.6%, about 4.7%, about 4.8%, about 4.9%, about 5%, about 5.5%, about 6%, about 6.5%, about 7%, about 7.5%, about 8%, about 8.5%, about 9%, about 9.5%, about 10%, about 11%, about 12%, about 13%, about 14%, about 15%, about 16%, about 17%, about 18%, about 19%, about 20%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 55%, about 60%, about 65%, about 70%, about 75%, about 80%, about 85%, about 90%, about 95%, or about 100% by mass of vasopressin.

[00272] Another peptide or impurity present in a composition described herein can be, for example, SEQ ID NO.: 2, SEQ ID NO.: 3, SEQ ID NO.: 4, SEQ ID NO.: 5, SEQ ID NO.: 6, SEQ ID NO.: 7, SEQ ID NO.: 8, SEQ ID NO.: 9, SEQ ID NO.: 10, SEQ ID NO.: 11, SEQ ID NO.: 12, SEQ ID NO.: 13, SEQ ID NO.: 14, SEQ ID NO.: 15, SEQ ID NO.: 16, SEQ ID NO.: 17, a dimer of SEQ ID NO.: 1, an unidentified impurity, or any combination thereof.

[00273] Non-limiting examples of methods that can be used to identify peptides of the invention include high-performance liquid chromatography (HPLC), mass spectrometry (MS), Matrix

-81-

PAR-VASO-0013743

Assisted Laser Desorption Ionization Time-of-Flight (MALDI-TOF), electrospray ionization Time-of-flight (ESI-TOF), gas chromatography-mass spectrometry (GC-MS), liquid chromatography-mass spectrometry (LC-MS), and two-dimensional gel electrophoresis.

[00274] HPLC can be used to identify peptides using high pressure to separate components of a mixture through a packed column of solid adsorbent material, denoted the stationary phase. The sample components can interact differently with the column based upon the pressure applied to the column, material used in stationary phase, size of particles used in the stationary phase, the composition of the solvent used in the column, and the temperature of the column. The interaction between the sample components and the stationary phase can affect the time required for a component of the sample to move through the column. The time required for component to travel through the column from injection point to elution is known as the retention time.

[00275] Upon elution from the column, the eluted component can be detected using a UV detector attached to the column. The wavelength of light at which the component is detected, in combination with the component's retention time, can be used to identify the component. Further, the peak displayed by the detector can be used to determine the quantity of the component present in the initial sample. Wavelengths of light that can be used to detect sample components include, for example, about 200 nM, about 225 nm, about 250 nm, about 275 nm, about 300 nm, about 325 nm, about 350 nm, about 375 nm, and about 400 nm.

[00276] Mass spectrometry (MS) can also be used to identify peptides of the invention. To prepare samples for MS analysis, the samples, containing the proteins of interest, are digested by proteolytic enzymes into smaller peptides. The enzymes used for cleavage can be, for example, trypsin, chymotrypsin, glutamyl endopeptidase, Lys-C, and pepsin. The samples can be injected into a mass spectrometer. Upon injection, all or most of the peptides can be ionized and detected as ions on a spectrum according to the mass to charge ratio created upon ionization. The mass to charge ratio can then be used to determine the amino acid residues present in the sample.

[00277] The present disclosure provides several embodiments of pharmaceutical formulations that provide advantages in stability, administration, efficacy, and modulation of formulation viscosity. Any embodiments disclosed herein can be used in conjunction or individually. For example, any pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein can be used together with any other pharmaceutically-acceptable excipient, method, technique, solvent, compound, or peptide disclosed herein to achieve any

-82-

PAR-VASO-0013744

therapeutic result. Compounds, excipients, and other formulation components can be present at any amount, ratio, or percentage disclosed herein in any such formulation, and any such combination can be used therapeutically for any purpose described herein and to provide any viscosity described herein.

## EXAMPLES

**EXAMPLE 1**: *Impurities of Vasopressin as detected by HPLC.*

[00278] To analyze degradation products of vasopressin that can be present in an illustrative formulation of vasopressin, gradient HPLC was performed to separate vasopressin from related peptides and formulation components. **TABLE 2** below depicts the results of the experiment detailing the chemical formula, relative retention time (RRT), molar mass, and structure of vasopressin and detected impurities.

[00279] Vasopressin was detected in the eluent using UV absorbance. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of vasopressin reference standards in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[00280] Experimental conditions are summarized in **TABLE 2** below.

| TABLE 2 | |
|---|---|
| Column | YMC-Pack ODS-AM, 3 µm, 120Å pore, 4.6 x 100 mm |
| Column Temperature | 25ºC |
| Flow Rate | 1.0 mL/min |
| Detector | 215 nm<br>**Note:** For **Identification** a Diode Array Detector (DAD) was used with the range of 200 – 400 nm. |
| Injection Volume | 100 µL |
| Run time | 55 minutes |

-83-

PAR-VASO-0013745

| Autosampler Vials | Polypropylene vials | | | |
|---|---|---|---|---|
| Pump (gradient) | Time (min) | %A | %B | Flow |
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

[00281] The diluent used for the present experiment was 0.25% v/v Acetic Acid, which was prepared by transferring 2.5 mL of glacial acetic acid into a 1-L volumetric flask containing 500 mL of water. The solution was diluted to the desired volume with water.

[00282] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 µm membrane filter under vacuum, and the volume was adjusted as necessary.

[00283] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[00284] The working standard solution contained approximately 20 units/mL of vasopressin. The standard solution was prepared by quantitatively transferring the entire contents of 1 vial of USP Vasopressin RS with diluent to a 50-mL volumetric flask.

[00285] The intermediate standard solution was prepared by pipetting 0.5 mL of the working standard solution into a 50-mL volumetric flask.

[00286] The sensitivity solution was prepared by pipetting 5.0 mL of the intermediate standard solution into a 50-mL volumetric flask. The solution was diluted to the volume with Diluent and mixed well.

[00287] A second working standard solution was prepared as directed under the standard preparation.

[00288] A portion of the vasopressin control sample was transferred to an HPLC vial and injected. The control was stable for 120 hours when stored in autosampler vials at ambient laboratory conditions.

[00289] To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200.0 mL of a 0.25% v/v acetic acid solution into a 1-L volumetric flask. The

-84-

PAR-VASO-0013746

solution was diluted to the desired volume with water and mixed well.

[00290] To prepare the vasopressin impurity stock solutions, the a solution of each impurity was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

[00291] To prepare the MAA/H-IBA (Methacrylic Acid/ α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

[00292] To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was added to 500 mL of water. Subsequently, 0.25mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[00293] To prepare the impurity marker solution, vasopressin powder was mixed with the impurity stock solutions prepared above.

[00294] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. At time of use, the solutions were removed from refrigeration (2-8 °C) and allowed to reach room temperature.

[00295] The vasopressin impurity marker solution was stable for at least 120 hours when stored in auto-sampler vials at ambient laboratory conditions. The solution was suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00296] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00297] The diluent was injected at the beginning of the run, and had no peaks that interfered with Vasopressin at around 18 minutes as shown in **FIGURE 1**.

[00298] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the Vasopressin was greater than or equal to ten as shown in **FIGURE 2**.

[00299] A single injection of the impurities marker solution was then made. The labeled impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 3** and **FIGURE 4**. **FIGURE 4** is a zoomed in chromatograph of **FIGURE 3** showing the peaks that eluted between 15 and 30 minutes. The nomenclature, structure, and approximate retention times

-85-

for individual identified impurities are detailed in **TABLE 3**.

**[00300]** A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 5**.

**[00301]** A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

**[00302]** Two replicate injections of the check standard preparation were to confirm that the check standard conformity was 99.0%-101.0%. One injection of the control sample was made to confirm that the assay of the control sample met the control limits established for the sample.

**[00303]** Then, one injection of the working standard solution was made.

**[00304]** Following the steps above done to confirm system suitability, a single injection of each sample preparation was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram is depicted in **FIGURE 6**.

**[00305]** The working standard solution was injected after 1 to 4 sample injections, and the bracketing standard peak areas were averaged for use in the calculations to determine peak areas of vasopressin and associated impurities.

**[00306]** The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

**[00307]** The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

**[00308]** The UV spectrum (200 – 400 nm) of the main peak in the chromatogram of the sample preparation compared to the UV spectrum of vasopressin in the working standard preparation. **FIGURE 7** depicts a UV spectrum of a vasopressin sample and **FIGURE 8** depicts a UV spectrum of vasopressin standard.

**[00309]** To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \times \text{Conc STD}$$

-86-

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.
- $R_S$ = average vasopressin peak area response of bracketing standards.
- Conc STD = concentration of the vasopressin standard in units/mL

[00310] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified.

[00311] The impurities were calculated using the formula below:

$$\% \text{ impurity} = \frac{R_I}{R_S} \times \frac{\text{Conc STD}}{20 \text{ U/mL}} \times 100\%$$

where:

- $R_I$ = Peak area response for the impurity
- 20 U/mL = Label content of vasopressin

[00312] **TABLE 3** below details the chemical formula, relative retention time (RRT in minutes), molar mass, and structure of vasopressin and detected impurities.

| TABLE 3 | | | |
|---------|---------|----------|----------------|
| **Name** | **Formula** | **Appr. RRT** | **Molar Mass (g)** |
| Vasopressin (Arginine Vasopressin, AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 1.00 | 1084.23 |
| CYFQNCPRG-NH$_2$   SEQ ID NO.: 1  (disulfide bridge between cys residues) | | | |
| Gly9-vasopressin (Gly9-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.07 | 1085.22 |
| CYFQNCPRG     SEQ ID NO.: 2  (disulfide bridge between cys residues) | | | |

-87-

PAR-VASO-0013749

| | | | |
|---|---|---|---|
| Asp5-vasopressin (Asp5-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.09 | 1085.22 |
| CYFQDCPRG-NH$_2$    SEQ ID NO.: 3   (disulfide bridge between cys residues) | | | |
| Glu4-vasopressin (Glu4-AVP) | $C_{46}H_{64}N_{14}O_{13}S_2$ | 1.12 | 1085.22 |
| CYFENCPRG-NH$_2$    SEQ ID NO.: 4   (disulfide bridge between cys residues) | | | |
| Acetyl-vasopressin (Acetyl-AVP) | $C_{48}H_{67}N_{15}O_{13}S_2$ | 1.45 | 1126.27 |
| Ac-CYFQNCPRG-NH$_2$    SEQ ID NO.: 7   (disulfide bridge between cys residues) | | | |
| D-Asn-vasopressin (DAsn-AVP) | $C_{46}H_{65}N_{15}O_{12}S_2$ | 0.97 | 1084.23 |
| CYFQ(D-Asn)CPRG-NH$_2$ SEQ ID NO.: 10 (disulfide bridge between cys residues) | | | |
| Dimeric-vasopressin (Dimer-AVP) (monomers cross linked by disulfide bridges) | $C_{92}H_{130}N_{30}O_{24}S_4$ | 1.22 | 2168.46 |

**EXAMPLE 2:** *Investigation of pH.*

[00313] To determine a possible pH for a vasopressin formulation with good shelf life, vasopressin formulations were prepared in 10 mM citrate buffer diluted in isotonic saline across a range of pH. Stability was assessed via HPLC as in **EXAMPLE 1** after incubation of the formulations at 60 °C for one week. **FIGURE 9** illustrates the results of the experiment. The greatest level of stability was observed at pH 3.5. At pH 3.5, the percent label claim (% LC) of vasopressin was highest, and the proportion of total impurities was lowest.

-88-

PAR-VASO-0013750

**EXAMPLE 3:** *Effect of peptide stabilizers on vasopressin formulation.*

[00314] To observe the effect of stabilizers on the degradation of vasopressin, a series of peptide stabilizers were added to a vasopressin formulation as detailed in **TABLE 4.** Stability of vasopressin was assessed via HPLC after incubation of the formulations at 60 °C for one week.

| TABLE 4 | | | | | |
|---------|---------|---------|---------------|---------------------|------------------------------|
| Ethanol | PEG 400 | Glycerol | Poloxamer 188 | HPbCD[a] | n-Methylpyrrolidone (NMP) |
| 1% | 1% | 1% | 1% | 1% | 1% |
| 10% | 10% | 10% | 10% | 10% | 10% |

[a] Hydroxypropyl beta-Cyclodextrin

[00315] **FIGURE 10** illustrates the stability of vasopressin in terms of % label claim at varying concentrations of stabilizer. The results indicate that the tested stabilizers provided a greater stabilizing effect at 1% concentration than at 10%. Also, in several cases the stabilization effect was about 5% to about 10% greater than that observed in the experiments of **EXAMPLE 2**.


**EXAMPLE 4:** *Effect of buffer and divalent metals on vasopressin formulation.*

[00316] To determine whether different combinations of buffers and use of divalent metals affect vasopressin stability, vasopressin formulations with varying concentrations of citrate and acetate buffers and variable concentrations of calcium, magnesium, and zinc ions were prepared. Solutions of 0 mM, 10 mM, 20 mM, and 80 mM calcium, magnesium, and zinc were prepared and each was combined with 1 mM or 10 mM of citrate or acetate buffers to test vasopressin stability.

[00317] The tested combinations provided vasopressin stability comparable to that of a vasopressin formulation lacking buffers and divalent metals. However, that the addition of divalent metal ions was able to counteract the degradation of vasopressin caused by the use of a citrate buffer.


**EXAMPLE 5:** *Illustrative formulations for assessment of vasopressin stability.*

[00318] An aqueous formulation of vasopressin is prepared using 10% trehalose, 1% sucrose, or 5% NaCl and incubated at 60 °C for one week, at which point stability of vasopressin is assessed

-89-

PAR-VASO-0013751

using HPLC.

[00319] A formulation containing 50 units of vasopressin is lyophilized. The lyophilate is reconstituted with water and either 100 mg of sucrose or 100 mg of lactose, and the stability of vasopressin is tested via HPLC after incubation at 60 °C for one week.

[00320] Co-solvents are added to a vasopressin solution to assess vasopressin stability. 95% solvent/5% 20 mM acetate buffer solutions are prepared using propylene glycol, DMSO, PEG300, NMP, glycerol, and glycerol:NMP (1:1), and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00321] Amino acid and phosphate buffers are tested with vasopressin to assess vasopressin stability. Buffers of 10 mM glycine, aspartate, phosphate are prepared at pH 3.5 and 3.8 and used to create formulations of vasopressin. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00322] A vasopressin formulation in 10% polyvinylpyrrolidone is prepared to assess vasopressin stability. The stability of vasopressin will be tested after incubation at 60 °C for one week.

[00323] A vasopressin formulation that contains 0.9% saline, 10 mM acetate buffer, 0.2 unit/mL API/mL in 100 mL of total volume is prepared. The pH of the solution is varied from pH 3.5-3.8 to test the stability of vasopressin.

[00324] A vasopressin formulation in about 50% to about 80% DMSO (for example, about 80%), about 20% to about 50% ethyl acetate (for example, about 20%), and about 5% to about 30% polyvinylpyrrolidone (PVP) (for example, about 10% by mass of the formulation) is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00325] A vasopressin formulation in about 70% to about 95% ethyl acetate, and about 5% to about 30% PVP is prepared to assess vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

[00326] A vasopressin formulation in 90% DMSO and 10% PVP is prepared to test vasopressin stability. PVP K12 and PVP K17 are each independently tested in the formulation. The stability of vasopressin is tested after incubation at 60 °C for one week.

-90-

PAR-VASO-0013752

**EXAMPLE 6:** *Illustrative vasopressin formulation for clinical use.*

[00327] A formulation for vasopressin that can be used in the clinic is detailed in **TABLE 5** below:

| TABLE 5 | | |
|---|---|---|
| **Ingredient** | Function | Amount (per mL) |
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Chlorobutanol, Hydrous NF | Preservative | 5.0 mg |
| Acetic Acid, NF | pH Adjustment | To pH 3.4-3.6 (~0.22 mg) |
| Water for injection, USP/EP | Diluent | QS |

**EXAMPLE 7:** *Illustrative regimen for therapeutic use of a vasopressin formulation.*

[00328] Vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (for example, adults who are post-cardiotomy or septic) who remain hypotensive despite fluids and catecholamines.

*Preparation and Use of Vasopressin.*

[00329] Vasopressin is supplied in a carton of 25 multi-dose vials each containing 1 mL vasopressin at 20 units/mL.

[00330] Vasopressin is stored between 15 °C and 25 °C (59 °F and 77 °F), and is not frozen. Alternatively, a unit dosage form of vasopressin can be stored between 2 °C and 8 °C for about 1 week, 2 weeks, 3 weeks, 4 weeks, 5 weeks, 6 weeks, 7 weeks, or 8 weeks.

[00331] Vials of vasopressin are to be discarded 48 hours after first puncture.

[00332] Vasopressin is prepared according to **TABLE 6** below:

| TABLE 6 | | | |
|---|---|---|---|
| Fluid Restriction? | Final Concentration | Mix | |
| | | Vasopressin | Diluent |
| No | 0.1 units/mL | 2.5 mL (50 units) | 500 mL |
| Yes | 1 unit/mL | 5 mL (100 units) | 100 mL |

[00333] Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration.

-91-

PAR-VASO-0013753

[00334] Diluted vasopressin should be inspected for particulate matter and discoloration prior to use whenever solution and container permit.

[00335] The goal of treatment with vasopressin is optimization of perfusion to critical organs, but aggressive treatment can compromise perfusion of organs, like the gastrointestinal tract, for which function is difficult to monitor. Titration of vasopressin to the lowest dose compatible with a clinically-acceptable response is recommended.

[00336] For post-cardiotomy shock, a dose of 0.03 units/minute is used as a starting point. For septic shock, a dose of 0.01 units/minute is recommended. If the target blood pressure response is not achieved, titrate up by 0.005 units/minute at 10- to 15-minute intervals. The maximum dose for post-cardiotomy shock is 0.1 units/minute and for septic shock 0.07 units/minute. After target blood pressure has been maintained for 8 hours without the use of catecholamines, taper vasopressin by 0.005 units/minute every hour as tolerated to maintain target blood pressure.

[00337] Vasopressin is provided at 20 units per mL of diluent, which is packaged as 1 mL of vasopressin per vial, and is diluted prior to administration.


*Contraindications, Adverse Reactions, and Drug-Drug Interactions.*

[00338] Vasopressin is contraindicated in patients with known allergy or hypersensitivity to 8-L-arginine vasopressin or chlorobutanol. Additionally, use of vasopressin in patients with impaired cardiac response can worsen cardiac output.

[00339] Adverse reactions have been observed with the use of vasopressin, which adverse reactions include bleeding/lymphatic system disorders, specifically, hemorrhagic shock, decreased platelets, intractable bleeding; cardiac disorders, specifically, right heart failure, atrial fibrillation, bradycardia, myocardial ischemia; gastrointestinal disorders, specifically, mesenteric ischemia; hepatobiliary disorders, specifically, increased bilirubin levels; renal/urinary disorders, specifically, acute renal insufficiency; vascular disorders, specifically, distal limb ischemia; metabolic disorders, specifically, hyponatremia; and skin disorders, specifically, and ischemic lesions.

[00340] These reactions are reported voluntarily from a population of uncertain size. Thus, reliable estimation of frequency or establishment of a causal relationship to drug exposure is unlikely.

[00341] Vasopressin has been observed to interact with other drugs. For example, use of

-92-

PAR-VASO-0013754

vasopressin with catecholamines is expected to result in an additive effect on mean arterial blood pressure and other hemodynamic parameters. Use of vasopressin with indomethacin can prolong the effect of vasopressin on cardiac index and systemic vascular resistance. Indomethacin more than doubles the time to offset for vasopressin's effect on peripheral vascular resistance and cardiac output in healthy subjects.

[00342] Further, use of vasopressin with ganglionic blocking agents can increase the effect of vasopressin on mean arterial blood pressure. The ganglionic blocking agent tetra-ethylammonium increases the pressor effect of vasopressin by 20% in healthy subjects.

[00343] Use of vasopressin with furosemide increases the effect of vasopressin on osmolar clearance and urine flow. Furosemide increases osmolar clearance 4-fold and urine flow 9-fold when co-administered with exogenous vasopressin in healthy subjects.

[00344] Use of vasopressin with drugs suspected of causing SIADH (Syndrome of inappropriate antidiuretic hormone secretion), for example, SSRIs, tricyclic antidepressants, haloperidol, chlorpropamide, enalapril, methyldopa, pentamidine, vincristine, cyclophosphamide, ifosfamide, and felbamate can increase the pressor effect in addition to the antidiuretic effect of vasopressin. Additionally, use of vasopressin with drugs suspected of causing diabetes insipidus for example, demeclocycline, lithium, foscarnet, and clozapine can decrease the pressor effect in addition to the antidiuretic effect of vasopressin.

[00345] Halothane, morphine, fentanyl, alfentanyl and sufentanyl do not impact exposure to endogenous vasopressin.


*Use of Vasopressin in Specific Populations.*

[00346] Vasopressin is a Category C drug for pregnancy.

[00347] Due to a spillover into the blood of placental vasopressinase, the clearance of exogenous and endogenous vasopressin increases gradually over the course of a pregnancy. During the first trimester of pregnancy the clearance is only slightly increased. However, by the third trimester the clearance of vasopressin is increased about 4-fold and at term up to 5-fold. Due to the increased clearance of vasopressin in the second and third trimester, the dose of vasopressin can be up-titrated to doses exceeding 0.1 units/minute in post-cardiotomy shock and 0.07 units/minute in septic shock. Vasopressin can produce tonic uterine contractions that could threaten the continuation of pregnancy. After delivery, the clearance of vasopressin returns to

-93-

PAR-VASO-0013755

preconception levels.

*Overdosage.*

**[00348]** Overdosage with vasopressin can be expected to manifest as a consequence of vasoconstriction of various vascular beds, for example, the peripheral, mesenteric, and coronary vascular beds, and as hyponatremia. In addition, overdosage of vasopressin can lead less commonly to ventricular tachyarrhythmias, including Torsade de Pointes, rhabdomyolysis, and non-specific gastrointestinal symptoms. Direct effects of vasopressin overdose can resolve within minutes of withdrawal of treatment.

*Pharmacology of Vasopressin.*

**[00349]** Vasopressin is a polypeptide hormone that causes contraction of vascular and other smooth muscles and antidiuresis, which can be formulated as a sterile, aqueous solution of synthetic

arginine vasopressin for intravenous administration. The 1 mL solution contains vasopressin 20 units/mL, chlorobutanol, NF 0.5% as a preservative, and water for injection, USP adjusted with acetic acid to pH 3.4 – 3.6.

**[00350]** The chemical name of vasopressin is Cyclo (1-6) L-Cysteinyl-L-Tyrosyl-L-Phenylalanyl-L-Glutaminyl-L-Asparaginyl-L-Cysteinyl-L-Prolyl-L-Arginyl-L-Glycinamide. Vasopressin is a white to off-white amorphous powder, freely soluble in water. The structural formula of vasopressin is:



$$H - Cys - Tyr - Phe - Glu(NH_2) - Asp(NH_2) - Cys - Pro - Arg - Gly - NH_2$$
$$1 \quad\quad 2 \quad\quad 3 \quad\quad 4 \quad\quad\quad\quad 5 \quad\quad\quad\quad 6 \quad\quad 7 \quad\quad 8 \quad\quad 9$$

SEQ ID NO.: 1

Molecular Formula: $C_{46}H_{65}N_{15}O_{12}S_2$; Molecular Weight: 1084.23

**[00351]** One mg of vasopressin is equivalent to 530 units. Alternatively, one mg of vasopressin is equivalent to 470 units.

**[00352]** The vasoconstrictive effects of vasopressin are mediated by vascular V1 receptors. Vascular V1 receptors are directly coupled to phopholipase C, resulting in release of calcium, leading to vasoconstriction. In addition, vasopressin stimulates antidiuresis via stimulation of V2 receptors which are coupled to adenyl cyclase.

**[00353]** At therapeutic doses, exogenous vasopressin elicits a vasoconstrictive effect in most

-94-

PAR-VASO-0013756

vascular beds including the splanchnic, renal, and cutaneous circulation. In addition, vasopressin at pressor doses triggers contractions of smooth muscles in the gastrointestinal tract mediated by muscular V1-receptors and release of prolactin and ACTH via V3 receptors. At lower concentrations typical for the antidiuretic hormone, vasopressin inhibits water diuresis via renal V2 receptors. In patients with vasodilatory shock, vasopressin in therapeutic doses increases systemic vascular resistance and mean arterial blood pressure and reduces the dose requirements for norepinephrine.

[00354] Vasopressin tends to decrease heart rate and cardiac output. The pressor effect is proportional to the infusion rate of exogenous vasopressin. Onset of the pressor effect of vasopressin is rapid, and the peak effect occurs within 15 minutes. After stopping the infusion, the pressor effect fades within 20 minutes. There is no evidence for tachyphylaxis or tolerance to the pressor effect of vasopressin in patients.

[00355] At infusion rates used in vasodilatory shock (0.01-0.1 units/minute), the clearance of vasopressin is 9 to 25 mL/min/kg in patients with vasodilatory shock. The apparent half-life of vasopressin at these levels is ≤10 minutes. Vasopressin is predominantly metabolized and only about 6% of the dose is excreted unchanged in urine. Animal experiments suggest that the metabolism of vasopressin is primarily by liver and kidney. Serine protease, carboxipeptidase and disulfide oxido-reductase cleave vasopressin at sites relevant for the pharmacological activity of the hormone. Thus, the generated metabolites are not expected to retain important pharmacological activity.


*Carcinogenesis, Mutagenesis, Impairment of Fertility.*

[00356] Vasopressin was found to be negative in the *in vitro* bacterial mutagenicity (Ames) test and the *in vitro* Chinese hamster ovary (CHO) cell chromosome aberration test. In mice, vasopressin can have an effect on function and fertilizing ability of spermatozoa.


*Clinical studies.*

[00357] Increases in systolic and mean blood pressure following administration of vasopressin were observed in seven studies in septic shock and eight studies in post-cardiotomy vasodilatory shock.

-95-

PAR-VASO-0013757

**EXAMPLE 8:** *Effect of Temperature on Vasopressin Formulations.*

[00358] To test the effect of temperature on the stability of vasopressin formulation, solutions containing 20 units/mL vasopressin and chlorobutanol, adjusted to pH 3.5 with acetic acid, were prepared. One mL of each vasopressin formulations was then filled into 3 cc vials. Each Vasopressin Formulation was stored either inverted or upright for at least three months, up to 24 months, at: (i) 5 °C; (ii) 25 °C and 60% relative humidity; or (iii) 40 °C and 75% humidity, and the amount of vasopressin (U/mL) and % total impurities were measured periodically. **TABLES 7-12** below display the results of the experiments at 5 °C. The results of the experiments at 25 °C are included in **TABLES 13-18**. All of the experiments were performed in triplicate. The results of the experiments at 40 °C are included in **TABLES 19-24**. For each temperature tested, three lots of the vasopressin formulation were stored for 24 months (5 °C and 25 °C) and 3 months (40 °C), and measurements were taken at regular intervals during the testing periods. "NMT" as used in the tables denotes "not more than."

[00359] The vasopressin and impurity amounts observed in the experiments conducted at 5 °C are shown in **TABLES 7-12** below (AVP = Vasopressin).

| TABLE 7 | | | | | | | | | | | |
|---------|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | | |
| **Test** | | **Initial** | **Time in months** | | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** | |
| AVP Assay | | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 | |
| Total Impurities | | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% | |

| TABLE 8 | | | |
|---------|---|---|---|
| **Samples stored inverted at 5 °C** | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** |

PAR-VASO-0013758

| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |

**TABLE 9**

**Samples stored inverted at 5 °C**

| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |

**TABLE 10**

**Samples stored upright at 5 °C**

| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| AVP Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| | Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |

PAR-VASO-0013759

| TABLE 11 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |

| TABLE 12 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | | |
| | | | **1** | **2** | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
| | Total Impurities: NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |

[00360] The vasopressin and impurity amounts observed in the experiments conducted at 25 °C and 60% relative humidity are shown in **TABLES 13-18** below.

| TABLE 13 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 |

PAR-VASO-0013760

| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% |

| TABLE 14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 |
| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4% |

| TABLE 15 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9% |

| TABLE 16 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |

PAR-VASO-0013761

| AVP Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 |
|---|---|---|---|---|---|---|---|---|
| | Total Impurities: NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% |

| TABLE 17 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 |
| | Total Impurities: NMT 17.0% | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% |

| TABLE 18 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | | | | |
| | | | **3** | **6** | **9** | **12** | **18** | **24** |
| AVP Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% |

[00361] The vasopressin and impurity amounts observed in the experiments conducted at 40 °C and 75% relative humidity are shown in **TABLES 19-24** below.

-100-

**TABLE 19**

| Test | Acceptance Criteria | Initial | Time in months | | |
| --- | --- | --- | --- | --- | --- |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |

*Samples stored inverted at 40 °C*

**TABLE 20**

| Test | Acceptance Criteria | Initial | Time in months | | |
| --- | --- | --- | --- | --- | --- |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
| | Total Impurities: NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |

*Samples stored Upright at 40 °C*

**TABLE 21**

| Test | Acceptance Criteria | Initial | Time in months | | |
| --- | --- | --- | --- | --- | --- |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |

*Samples stored inverted at 40 °C*

PAR-VASO-0013763

| | Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |
|---|---|---|---|---|---|

| TABLE 22 | | | | | |
|---|---|---|---|---|---|
| **Samples stored Upright at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |

| TABLE 23 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |

| TABLE 24 | | | | | |
|---|---|---|---|---|---|
| **Samples stored Upright at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
| | | | **1** | **2** | **3** |

PAR-VASO-0013764

| | | | | | |
|---|---|---|---|---|---|
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| | Total Impurities: NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |

[00362] The results of the above experiments suggested that storage in either an upright or inverted position did not markedly affect the stability of vasopressin. The samples held at 5 °C exhibited little fluctuation in vasopressin amounts over 24 months, and the amount of total impurities did not increase above 3% during the testing period (**TABLES 7-12**). The samples held at 25 °C and 60% relative humidity exhibited a decrease in vasopressin amount of about 10-12% after 24 months (**TABLES 13-18**). The amount of impurities observed in the samples stored at 25 °C and 60% relative humidity after 24 months exceeded 13% in some samples, whereas the amount of impurities observed in the samples stored at 5 °C did not exceed 3% after 24 months. After about three months, the samples held at 40 °C exhibited a decrease in the amount of vasopressin of about 10-12%. The amount of impurities observed at 40 °C exceeded 10% after three months, whereas the amount of impurities observed in the samples stored at 5 °C was less than 3% after three months (**TABLES 19-24**).

[00363] Experiments were also conducted on the same samples above over the course of the experiments to measure the amount of individual impurities in the samples, pH of the samples, chlorobutanol content, particulate matter, antimicrobial effectiveness, and bacterial endotoxin levels (**TABLES 25-42**). (NR = no reading; ND = not determined; UI = unidentified impurity).

[00364] The anti-microbial effectiveness of the solution was established to determine the amount of antimicrobial agents in the formulation that protect against bacterial contamination. The bullets in the tables below indicate that the sample was not tested for anti-microbial effectiveness at that specific time point.

[00365] The bacterial endotoxin levels were also measured for some of the formulations. The bullets in the tables below indicate that the sample was not tested for bacterial endotoxin levels at that specific time point.

| TABLE 25 |
|---|

PAR-VASO-0013765

| Samples stored inverted at 5 °C | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.4 | 19.4 | 19.3 | 19.5 | 19.4 | 19.5 | 19.4 | 19.3 |
| Related Substances | SEQ ID NO.: 2 NMT 6.0% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.8% | 0.9% | 1.0% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |

PAR-VASO-0013766

| Test | Acceptance Criteria | Initial | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-2.05: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | Total Impurities: NMT 17.0% | 2.3% | 2.0% | 2.1% | 2.3% | 2.2% | 2.3% | 2.6% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 0 | 1 | 1 | 1 | 2 | 16 | 2 | 4 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 26 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored inverted at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |

PAR-VASO-0013767

| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.7 | 19.7 | 19.9 | 19.7 | 19.8 | 19.7 | 19.5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.6% | 0.5% | 0.6% | 0.7% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | NR | 0.1% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | 0.1% | 0.1% | NR | 0.1% | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% |

PAR-VASO-0013768

| Test | Acceptance Criteria | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UI-1.67: NMT 1.0% | | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| UI-1.85: NMT 1.0% | | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-2.05 : NMT 1.0% | | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Impurities : NMT 17.0% | | 2.7% | 2.2% | 2.3% | 2.4% | 2.1% | 2.3% | 2.7% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.48% | 0.49% | 0.48% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 | 1 | 15 | 2 | 3 | 2 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 27 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |

PAR-VASO-0013769

| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | 0.1% |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |

PAR-VASO-0013770

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |
| UI-1.76: NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Impurities : NMT 17.0% | 2.2% | 1.9% | 2.0% | 2.2% | 2.0% | 2.1% | 2.4% | 2.6% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.47% | 0.47% | 0.48% | 0.48% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 2 | 1 | 2 | 1 | 4 | 2 | 1 | 3 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 28 | | | |
|---|---|---|---|
| **Samples stored upright at 5 °C** | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** |

PAR-VASO-0013771

| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.4 | 19.5 | 19.4 | 19.4 | 19.5 | 19.5 | 19.5 | 19.4 | 19.3 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.7% | 0.9% | 1.0% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |

PAR-VASO-0013772

| | | Initial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UI-1.85 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Impurities : NMT 17.0% | 2.3% | 2.1% | 2.1% | 2.3% | 2.1% | 2.3% | 2.5% | 2.9% | 2.9% |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.8 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 0 | 2 | 2 | 2 | 1 | 2 | 2 | 4 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 29 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 5 °C** | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.8 | 19.7 | 19.5 |

PAR-VASO-0013773

| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.6% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.8% | 0.7% |
|---|---|---|---|---|---|---|---|---|---|---|
| | SEQ ID NO.: 4: NMT 6.0% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.8% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | 0.2% | 0.2% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| | UI-0.83-0.84: NMT 1.0% | 0.1% | NR | 0.1% | NR | NR | NR | NR | NR | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | 0.2% | NR | NR | NR | NR | 0.2% |

PAR-VASO-0013774

| | UI-1.85: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
|---|---|---|---|---|---|---|---|---|---|---|
| | UI-2.05 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| | Total Impurities : NMT 17.0% | 2.7% | 2.1% | 2.2% | 2.2% | 2.2% | 2.3% | 2.6% | 2.9% | 2.8% |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% | 0.49% | 0.49% | 0.49% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 2 | 2 | 6 | 4 | 4 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 30 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Samples stored upright at 5 °C | | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | | |
| | | | 1 | 2 | 3 | 6 | 9 | 12 | 18 | 24 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.7 | 19.7 | 19.6 | 19.7 | 19.8 | 19.7 | 19.9 | 19.8 | 19.5 |

PAR-VASO-0013775

| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.5% | 0.5 % | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.8% | 0.8% |
|---|---|---|---|---|---|---|---|---|---|---|
| | SEQ ID NO.: 4: NMT 6.0% | 0.5% | 0.5 % | 0.5% | 0.6% | 0.6% | 0.7% | 0.7% | 0.8% | 0.9% |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.3 % | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% |
| | Asp5-AVP: NMT 1.5% | 0.1% | NR | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3 % | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% |
| | UI-0.75-0.78: NMT 1.0% | NR | NR | NR | NR | 0.2% | NR | NR | NR | NR |
| | UI-0.83-0.84: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | NR | 0.1% | NR |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2 % | 0.2% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.2% |
| | UI-1.67: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | NR | 0.2% |

PAR-VASO-0013776

| Test | Acceptance Criteria | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UI-1.76 : NMT 1.0% | NR | NR | NR | 0.1% | NR | NR | NR | NR | NR |
| UI-1.85 : NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | NR | NR |
| UI-2.05 : NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Impurities : NMT 17.0% | 2.2% | 1.8% | 2.0% | 2.2% | 2.2% | 2.1% | 2.4% | 2.8% | 2.7% |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.6 | 3.5 | 3.5 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.47% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47% | 0.48% | 0.48% | 0.48% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 3 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anti-Microbial Effectiveness | Meets Test | • | • | • | • | • | • | • | • | • |
| Bacterial Endotoxin | NMT 29 EU/mL | • | • | • | • | • | • | • | • | • |

| TABLE 31 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |

PAR-VASO-0013777

| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.3 | --- |
|---|---|---|---|---|---|---|---|---|---|
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.3% | 4.6% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.2% | 3.7% | 5.2% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.5% | 0.5% | 0.4% | 0.2% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.3% | 0.4% | 0.5% | 0.7% | 1.0% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| | UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | NR | 0.1% | --- |
| | UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |
| | UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | --- |
| | UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |

PAR-VASO-0013778

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | <0.10 | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | NR | 0.5% | --- |
| Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.7% | 4.7% | 5.9% | 9.0% | 13.6% | --- |

| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.2 | --- |
|---|---|---|---|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.47% | 0.47% | 0.48% | 0.47 | --- |

PAR-VASO-0013779

| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 1 | 1 | 1 | 8 | 4 | 1 | --- |
|---|---|---|---|---|---|---|---|---|---|
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | . | . | . | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | . | . | . | <1 | • | <1 | --- |

| TABLE 32 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.3 | 19 | 18.6 | 17.6 | 17.6 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.5% | 1.9% | 3.1% | 4.4% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |

PAR-VASO-0013780

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |
| UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | --- |
| UI-0.83: NMT 1.0% | 0.2% | NR | 0.1% | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | --- |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | --- |

PAR-VASO-0013781

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.4% | --- |
| UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.6% | --- |
| Total Impurities : NMT 17.0% | 1.3% | 2.5% | 3.4% | 4.6% | 5.6% | 9.0% | 13.4 % | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.2 | 3.3 | 3.4 | --- |
| Chlorobuta nol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48 % | 0.47 % | 0.47 % | 0.47% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 2 | 1 | 1 | 3 | 4 | 1 | 2 | --- |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrob ial Effectivene ss | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |

PAR-VASO-0013782

| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |
|---|---|---|---|---|---|---|---|---|---|

| TABLE 33 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored inverted at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.7 | 18 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.0% | 3.2% | 4.5% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.8% | 2.2% | 3.7% | 5.0% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.5% | 0.7% | 1.0% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| | UI-0.12: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | NR | |

PAR-VASO-0013783

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | | 0.1% | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.26: NMT 1.0% | NR | NR | NR | NR | NR | NR | | |
| UI-1.35: NMT 1.0% | 0.3% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | 0.2% | 0.3% | |

PAR-VASO-0013784

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.60: NMT 1.0% | NR | NR | 0.1% | NR | 0.1% | NR | NR | --- |
| | UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| | UI-1.84-1.89: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | 0.2% | |
| | UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | NR | NR | |
| | UI-2.09-2.10: NMT 1.0% | NR | 20.0% | NR | NR | NR | <0.10 | 0.1% | |
| | UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.1% | NR | |
| | Total Impurities : NMT 17.0% | 1.5% | 2.6% | 3.3% | 4.6% | 5.9% | 9.0% | 12.9 % | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47 % | 0.46 % | 0.46 % | 0.46% | 0.45 % | --- |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 1 | 2 | 3 | 3 | 3 | 1 | 2 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |

PAR-VASO-0013785

| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 34 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.8 | 19.4 | 19.1 | 18.8 | 18.3 | 17.5 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.0% | 3.2% | 4.5% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.2% | 1.8% | 2.3% | 3.6% | 5.0% | --- |
| | SEQ ID NO.: 10: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.2% | 0.3% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.4% | 0.4% | 0.7% | 0.9% | --- |
| | AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | --- |

-124-

PAR-VASO-0013786

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UI-0.83: NMT 1.0% | NR | NR | <0.10 | NR | NR | 0.1% | 0.1% | --- |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | --- |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | --- |
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.56-1.57: NMT 1.0% | NR | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | --- |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | --- |
| UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1% | --- |
| UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | NR | 0.3% | --- |

PAR-VASO-0013787

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | UI-2.15-2.16: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.5% | --- |
| | Total Impurities : NMT 17.0% | 1.1% | 2.4% | 3.2% | 4.8% | 5.6% | 9.2% | 13.1% | --- |
| pH | 2.5 – 4.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.48% | 0.48% | 0.47% | 0.48% | 0.47 | --- |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 1 | 2 | 2 | 2 | 2 | 4 | 2 | --- |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| AntiMicrobial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 35 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 20.1 | 19.7 | 19.4 | 18.9 | 18.6 | 17.8 | 17.7 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.5% | 0.9% | 1.4% | 1.9% | 3.1% | 4.3% | --- |

-126-

PAR-VASO-0013788

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.5% | 1.1% | 1.6% | 2.2% | 3.4% | 4.9% | --- |
| D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | --- |
| Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.4% | 0.7% | 0.9% | --- |
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.30% | 0.30% | 0.30% | 0.20% | 0.20% | 0.20% | 0.3% | --- |
| UI-0.75-0.76: NMT 1.0% | NR | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | |
| UI-0.83: NMT 1.0% | 0.2% | NR | <0.10 | NR | NR | 0.1% | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | 0.1% | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | --- |
| UI-1.14: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |

PAR-VASO-0013789

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| | UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.4% | |
| | UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | |
| | UI-1.60: NMT 1.0% | NR | NR | 0.1% | 0.1% | 0.2% | 0.2% | NR | --- |
| | UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | 0.2% | NR | |
| | UI-1.85-1.88: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.1 | |
| | UI-2.09-2.10: NMT 1.0% | NR | 0.2% | NR | NR | NR | 0.1% | 0.3 | |
| | UI-2.15-2.16: NMT 1.0% | NR | | NR | NR | NR | NR | 0.5 | |
| | Total Impurities : NMT 17.0% | 1.3% | 2.5% | 3.3% | 4.5% | 5.7% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.6 | 3.5 | 3.5 | 3.4 | 3.3 | 3.3 | --- |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.49% | 0.48% | 0.47% | 0.47% | 0.48% | 0.46% | --- |

PAR-VASO-0013790

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 2 | 1 | 1 | 2 | 5 | 1 | 4 | --- |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| **TABLE 36** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samples stored upright at 25 °C and 60% Relative Humidity** | | | | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | | | | | |
| | | | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| Vasopressin Assay | 16.0 - 21.0 U/mL | 19.9 | 19.6 | 19.2 | 19 | 18.5 | 18.1 | 17.4 | --- |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.5% | 1.0% | 1.5% | 2.1% | 3.3% | 4.7% | --- |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 0.6% | 1.1% | 1.7% | 2.3% | 3.7% | 5.3% | --- |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.5% | --- |
| | Asp5-AVP: NMT 1.5% | NR | 0.1% | 0.2% | 0.3% | 0.5% | 0.7% | 1.0% | --- |

PAR-VASO-0013791

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AVP-Dimer: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-0.12: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.75-0.76: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-0.83-0.84: NMT 1.0% | NR | 0.1% | 0.1% | 0.1% | NR | 0.1% | 0.1% | |
| UI-0.93: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |
| UI-0.99: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | --- |
| UI-1.15: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.2% | |
| UI-1.18: NMT 1.0% | NR | NR | NR | NR | NR | 0.1% | 0.3% | |
| UI-1.20: NMT 1.0% | NR | NR | NR | NR | NR | NR | 0.1% | |

PAR-VASO-0013792

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UI-1.22: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.26: NMT 1.0% | NR | NR | 0.4% | NR | NR | NR | NR | |
| UI-1.35: NMT 1.0% | 0.1% | NR | NR | NR | NR | NR | NR | |
| UI-1.56-1.57: NMT 1.0% | NR | NR | 0.1% | 0.1% | NR | 0.2% | 0.3% | |
| UI-1.60: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | --- |
| UI-1.74: NMT 1.0% | NR | NR | NR | NR | NR | NR | NR | |
| UI-1.84-1.89: NMT 1.0% | NR | 0.1% | NR | NR | NR | NR | 0.2% | |
| UI-1.96: NMT 1.0% | 0.2% | NR | NR | NR | NR | | NR | |
| UI-2.09-2.10: NMT 1.0% | NR | NR | NR | NR | NR | <0.10 | NR | |
| UI-2.15-2.16: NMT 1.0% | NR | NR | 0.1% | NR | NR | 0.2% | NR | |
| Total Impurities : NMT 17.0% | 1.5% | 2.5% | 3.7% | 4.7% | 5.9% | 9.1% | 13.3% | --- |
| pH | 2.5 – 4.5 | 3.6 | 3.5 | 3.5 | 3.5 | 3.4 | 3.4 | 3.3 | --- |

-131-

PAR-VASO-0013793

| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.47% | 0.47% | 0.46% | 0.45 | 0.46 | --- |
|---|---|---|---|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 0 | 1 | 3 | 7 | 0 | 3 | --- |
|  | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | --- |
| Anti-Microbial Effectiveness | Meets Test | Pass | • | • | • | Pass | • | Pass | --- |
| Bacterial Endotoxin | NMT 29 EU/mL | <1 | • | • | • | <1 | • | <1 | --- |

| TABLE 37 | | | | | |
|---|---|---|---|---|---|
| **Samples stored inverted at 40 °C** | | | | | |
| **Test** | **Acceptance Criteria** | **Initial** | **Time in months** | | |
|  |  |  | **1** | **2** | **3** |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 19.1 | 18.6 | 17.3 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
|  | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |
|  | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |

PAR-VASO-0013794

| | | | | |
|---|---|---|---|---|
| Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.2% |
| UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0013795

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-2.05-2.08: NMT 1.0% | ND | ND | 0.2% | ND |
| | Total Impurities: NMT 17.0% | 1.1% | 3.7% | 7.3% | 10.6% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 % w/v | 0.49% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 1 | 1 | 1 | 1 |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 |

| TABLE 38 | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |

PAR-VASO-0013796

| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 19.3 | 18.7 | 17.6 |
|---|---|---|---|---|---|
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.9% | 2.2% | 3.6% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| | UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |

PAR-VASO-0013797

| | | | | |
|---|---|---|---|---|
| UI-1.02-1.03: NMT 1.0% | 0.2% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | 0.3% | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | ND | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.81-1.85: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.93: NMT 1.0% | ND | 0.1% | ND | ND |
| UI-2.03-2.08: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| UI-2.14: NMT 1.0% | ND | ND | 0.2% | ND |
| Total Impurities: NMT 17.0% | 1.3% | 3.6% | 7.3% | 10.3% |

PAR-VASO-0013798

| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.50% | 0.47% |
| Particulate Matter (USP) | NMT 6000 ($\geq$10 µm) | 2 | 2 | 1 | 1 |
| | NMT 600 ($\geq$ 25 µm) | 0 | 0 | 0 | 0 |

| TABLE 39 | | | | | |
|---|---|---|---|---|---|
| Samples stored inverted at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.4 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 0.9% | 2.2% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.4% | 4.0% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0013799

| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
|---|---|---|---|---|---|
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| | UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| | UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.81-1.85: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0013800

| | | | | | |
|---|---|---|---|---|---|
| | UI-1.86-1.88 : NMT 1.0% | ND | 0.1% | 0.2% | ND |
| | UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| | UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.2% |
| | UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| | Total Impurities : NMT 17.0% | 1.5% | 3.7% | 6.3% | 10.3% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.46% | 0.46% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 2 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 40 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |

-139-

PAR-VASO-0013801

| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.8 | 18.9 | 18.5 | 17.2 |
|---|---|---|---|---|---|
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 1.0% | 2.4% | 3.8% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.7% | 4.3% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.13: NMT 1.0% | ND | 0.1% | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.83-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.2% | 0.2% | 0.2% | 0.2% |

PAR-VASO-0013802

| | | | | |
|---|---|---|---|---|
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.3% | 0.3% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | ND |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
| UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
| Total Impurities : NMT 17.0% | 1.1% | 3.6% | 7.2% | 10.3% |
| pH | 2.5 – 4.5 | 3.5 | 3.3 | 3.2 | 3.1 |

PAR-VASO-0013803

| Chlorobutanol | 0.25-0.60 %w/v | 0.49% | 0.48% | 0.50% | 0.48% |
|---|---|---|---|---|---|
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

| TABLE 41 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 20.1 | 18.9 | 18.7 | 17.4 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.1% | 0.9% | 2.3% | 3.7% |
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.0% | 2.5% | 3.9% |
| | D-Asn-AVP: NMT 1.0% | 0.3% | 0.4% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 0.5% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |

PAR-VASO-0013804

| | | | | |
|---|---|---|---|---|
| Acetyl-AVP: NMT 1.0% | 0.3% | 0.2% | 0.3% | 0.2% |
| UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| UI-0.75-0.78: NMT 1.0% | ND | ND | 0.2% | 0.2% |
| UI-0.80-0.84: NMT 1.0% | 0.2% | 0.2% | ND | ND |
| UI-1.02-1.03: NMT 1.0% | 2.0% | 0.3% | 0.2% | 0.3% |
| UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |
| UI-1.56-1.57: NMT 1.0% | ND | 0.2% | 0.4% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | 0.2% | 0.1% |
| UI-1.87-1.88: NMT 1.0% | ND | ND | 0.2% | 0.2% |

PAR-VASO-0013805

| | UI-1.93 : NMT 1.0% | ND | 0.1% | ND | ND |
|---|---|---|---|---|---|
| | UI-2.05-2.08 : NMT 1.0% | ND | ND | 0.2% | ND |
| | UI-2.14 : NMT 1.0% | ND | ND | ND | ND |
| | Total Impurities : NMT 17.0% | 1.3% | 3.5% | 7.1% | 10.2% |
| pH | 2.5 – 4.5 | 3.6 | 3.3 | 3.2 | 3.1 |
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.48% | 0.49% | 0.47% |
| Particulate Matter (USP) | NMT 6000 (≥10 µm) | 2 | 1 | 1 | 1 |
| | NMT 600 (≥ 25 µm) | 0 | 0 | 0 | 0 |

| TABLE 42 | | | | | |
|---|---|---|---|---|---|
| Samples stored Upright at 40 °C | | | | | |
| Test | Acceptance Criteria | Initial | Time in months | | |
| | | | 1 | 2 | 3 |
| Vasopressin Assay | 18.0 - 21.0 U/mL | 19.9 | 19.2 | 18.3 | 17.5 |
| Related Substances | SEQ ID NO.: 2: NMT 6.0% | 0.2% | 1.0% | 2.2% | 3.9% |

PAR-VASO-0013806

| | | | | | |
|---|---|---|---|---|---|
| | SEQ ID NO.: 4: NMT 6.0% | 0.1% | 1.1% | 2.4% | 4.2% |
| | D-Asn-AVP: NMT 1.0% | 0.4% | 0.3% | 0.3% | 0.3% |
| | Asp5-AVP: NMT 1.5% | ND | 0.2% | 50.0% | 0.8% |
| | AVP-Dimer: NMT 1.0% | ND | ND | ND | ND |
| | Acetyl-AVP: NMT 1.0% | 0.3% | 0.3% | 0.3% | 0.2% |
| | UI-0.13: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.75-0.78: NMT 1.0% | ND | ND | ND | ND |
| | UI-0.80-0.84: NMT 1.0% | ND | ND | ND | ND |
| | UI-1.02-1.03: NMT 1.0% | 0.3% | 0.2% | 0.2% | 0.3% |
| | UI-1.18: NMT 1.0% | ND | ND | ND | 0.2% |

-145-

PAR-VASO-0013807

| | | | | |
|---|---|---|---|---|
| UI-1.35: NMT 1.0% | 0.1% | ND | ND | ND |
| UI-1.52-1.58: NMT 1.0% | ND | 0.2% | 0.3% | 0.4% |
| UI-1.67: NMT 1.0% | ND | ND | ND | ND |
| UI-1.76: NMT 1.0% | ND | ND | ND | ND |
| UI-1.83-1.85: NMT 1.0% | ND | ND | ND | ND |
| UI-1.86-1.88: NMT 1.0% | ND | 0.1% | 0.2% | ND |
| UI-1.91-1.96 : NMT 1.0% | 0.2% | 0.2% | ND | ND |
| UI-2.02-2.08 : NMT 1.0% | ND | ND | ND | 0.1% |
| UI-2.11-2.14 : NMT 1.0% | ND | 0.2% | ND | ND |
| Total Impurities : NMT 17.0% | 1.5% | 3.8% | 6.3% | 10.5% |
| pH | 2.5 – 4.5 | 3.6 | 3.4 | 3.2 | 3.1 |

PAR-VASO-0013808

| | | | | | |
|---|---|---|---|---|---|
| Chlorobutanol | 0.25-0.60 %w/v | 0.48% | 0.47% | 0.47% | 0.45% |
| Particulate Matter (USP) | NMT 6000 (≥10 μm) | 1 | 2 | 1 | 1 |
| | NMT 600 (≥ 25 μm) | 0 | 0 | 0 | 0 |

**EXAMPLE 9**: *Effect of pH 3.5-4.5 on vasopressin formulations.*

[00366] To test of effect of pH on vasopressin formulations, solutions containing 20 units/mL vasopressin, adjusted to pH 3.5, 3.6, 3.7, 3.8, 3.9, 4, 4.1, 4.2, 4.3, 4.4, or 4.5 with 10 mM acetate buffer, were prepared. One mL of each of the vasopressin formulations was then filled into 10 cc vials.

[00367] The vasopressin formulations were stored for four weeks at: (i) 25 °C; or (ii) 40 °C, and the assay (% label claim; vasopressin remaining) and % total impurities after four weeks were measured using the methods described in **EXAMPLE 1**. **FIGURES 11** and **12** below display the results of the experiments at 25 °C. The results of the experiments at 40 °C are included in **FIGURES 13** and **14**.

[00368] The results of the experiments suggested that the stability of a vasopressin formulation was affected by pH. At 25 °C, the remaining vasopressin after four weeks was highest between pH 3.6 and pH 3.8 (**FIGURE 11**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 12**). At 25 °C, pH 3.7 provided the highest stability for vasopressin (**FIGURE 11**).

[00369] At 40 °C, the remaining vasopressin after four weeks was highest between pH 3.6 and pH 3.8 (**FIGURE 13**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 14**). At 40 °C, pH 3.6 provided the highest stability for vasopressin (**FIGURE 13**),

**EXAMPLE 10**: *Effect of pH 2.5-4.5 of vasopressin formulations.*

[00370] To test of effect of pH on vasopressin formulations, solutions containing 20 units/mL

PAR-VASO-0013809

vasopressin, adjusted to pH 2.5, 2.6, 2.7, 2.8, 2.9, 3, 3.1, 3.2, 3.3, or 3.4 with 10 mM acetate buffer were also prepared. One mL of each of the vasopressin formulations was then filled into 10 cc vials.

[00371] The amount of vasopressin, impurities, and associated integration values were determined using the methods describes in **EXAMPLE 1**. The results from the stability tests on the vasopressin formulations from pH 2.5 to 3.4 were plotted against the results from the stability tests on vasopressin formulations from pH 3.5 to 4.5 as disclosed in **EXAMPLE 9**, and are displayed in **FIGURES 15-18**.

[00372] The assay (% label claim; vasopressin remaining) and % total impurities in the vasopressin pH 2.5 to 3.4 formulations after four weeks are reported in **TABLE 43**.

| TABLE 43 | | | | | |
|----------|-----------|------|-----------|---------------------|--------------------|
| Batch | Target pH | Week | Condition | Vasopressin (% LC) | % Total Impurities |
| 1A | 2.5 | 0 | 25 ºC | 100.57 | 2.48 |
| 1B | 2.6 | 0 | 25 ºC | 101.25 | 2.24 |
| 1C | 2.7 | 0 | 25 ºC | 101.29 | 2.26 |
| 1D | 2.8 | 0 | 25 ºC | 101.53 | 2.00 |
| 1E | 2.9 | 0 | 25 ºC | 102.33 | 1.95 |
| 1F | 3 | 0 | 25 ºC | 102.32 | 1.89 |
| 1G | 3.1 | 0 | 25 ºC | 102.59 | 2.06 |
| 1H | 3.2 | 0 | 25 ºC | 102.60 | 1.85 |
| 1I | 3.3 | 0 | 25 ºC | 102.73 | 1.81 |
| 1J | 3.4 | 0 | 25 ºC | 101.93 | 1.75 |
| 1A | 2.5 | 0 | 40 ºC | 100.57 | 2.48 |
| 1B | 2.6 | 0 | 40 ºC | 101.25 | 2.24 |
| 1C | 2.7 | 0 | 40 ºC | 101.29 | 2.26 |
| 1D | 2.8 | 0 | 40 ºC | 101.53 | 2.00 |
| 1E | 2.9 | 0 | 40 ºC | 102.33 | 1.95 |
| 1F | 3 | 0 | 40 ºC | 102.32 | 1.89 |
| 1G | 3.1 | 0 | 40 ºC | 102.59 | 2.06 |
| 1H | 3.2 | 0 | 40 ºC | 102.60 | 1.85 |
| 1I | 3.3 | 0 | 40 ºC | 102.73 | 1.81 |
| 1J | 3.4 | 0 | 40 ºC | 101.93 | 1.75 |
| 1A | 2.5 | 4 | 25 ºC | 95.70 | 6.66 |
| 1B | 2.6 | 4 | 25 ºC | 98.58 | 5.29 |
| 1C | 2.7 | 4 | 25 ºC | 98.94 | 4.26 |
| 1D | 2.8 | 4 | 25 ºC | 99.14 | 3.51 |
| 1E | 2.9 | 4 | 25 ºC | 100.08 | 3.41 |
| 1F | 3 | 4 | 25 ºC | 100.29 | 2.92 |

-148-

PAR-VASO-0013810

| 1G | 3.1 | 4 | 25 ℃ | 100.78 | 2.55 |
|---|---|---|---|---|---|
| 1H | 3.2 | 4 | 25 ℃ | 100.74 | 2.16 |
| 1I | 3.3 | 4 | 25 ℃ | 100.46 | 2.14 |
| 1J | 3.4 | 4 | 25 ℃ | 100.25 | 2.03 |
| 1A | 2.5 | 4 | 40 ℃ | 81.89 | 19.41 |
| 1B | 2.6 | 4 | 40 ℃ | 90.10 | 15.60 |
| 1C | 2.7 | 4 | 40 ℃ | 92.19 | 13.46 |
| 1D | 2.8 | 4 | 40 ℃ | 94.89 | 10.98 |
| 1E | 2.9 | 4 | 40 ℃ | 96.03 | 9.78 |
| 1F | 3 | 4 | 40 ℃ | 97.26 | 8.09 |
| 1G | 3.1 | 4 | 40 ℃ | 99.61 | 6.39 |
| 1H | 3.2 | 4 | 40 ℃ | 98.58 | 5.25 |
| 1I | 3.3 | 4 | 40 ℃ | 97.81 | 4.41 |
| 1J | 3.4 | 4 | 40 ℃ | 97.35 | 3.85 |

[00373] The % total impurities for the pH 2.5 to 3.4 formulations and the pH 3.5 to 4.5 formulations observed in the experiments conducted at 25 °C and 40 °C are shown in **FIGURES 15** (25 ℃) and **16** (40 ℃).

[00374] The vasopressin assay amount for the vasopressin pH 2.5 to 3.4 formulations and the vasopressin pH 3.5 to 4.5 formulations observed in the experiments conducted at 25 °C and 40 °C are shown in **FIGURES 17** (25 ℃) and **18** (40 ℃). The vasopressin assay is presented as a % assay decrease of vasopressin over the four-week study period, rather than absolute assay, because the amount of starting vasopressin varied between the vasopressin pH 2.5 to 3.4 formulations and the vasopressin pH 3.5 to 4.5 formulations.

[00375] The results of the above experiments suggested that the stability of a vasopressin formulation was affected by pH. At 25 °C, the percent decrease in vasopressin after four weeks was lowest between pH 3.7 and pH 3.8 (**FIGURE 17**). Within the range of pH 3.7 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 15**). At 40 °C, the percent decrease in vasopressin after four weeks was lowest between pH 3.6 and pH 3.8 (**FIGURE 18**). Within the range of pH 3.6 to pH 3.8, the level of impurities was lowest at pH 3.8 (**FIGURE 16**).

**EXAMPLE 11:** *Intra-assay and Inter-analysis precision of Vasopressin pH Experiments.*

[00376] The methods used to determine the % assay decrease and amount of impurities in the vasopressin solutions over time in **EXAMPLE 10** had both intra-assay and inter-analyst precision.

PAR-VASO-0013811

[00377] Intra-assay precision was demonstrated by performing single injections of aliquots of a vasopressin formulation ($n = 6$; Chemist 1) from a common lot of drug product and determining the assay and repeatability (% RSD; relative standard deviation). Inter-analyst precision was demonstrated by two different chemists testing the same lot of drug product; however, the chemists used different instruments, reagents, standard preparations, columns, and worked in different laboratories. The procedure included a common pooling of 20 vials of vasopressin, which were assayed by the two chemists using different HPLC systems and different HPLC columns. The vasopressin assay results (units/mL) and repeatability (% RSD for $n = 6$) were recorded and are reported in the **TABLE 44** below.

**TABLE 44**: Precision of Vasopressin Results.

| Sample | Chemist 1 (units/mL) | Chemist 2 (units/mL) |
|:---:|:---:|:---:|
| **1** | 19.74 | 19.65 |
| **2** | 19.76 | 19.66 |
| **3** | 19.77 | 19.66 |
| **4** | 19.75 | 19.72 |
| **5** | 19.97 | 19.73 |
| **6** | 19.65 | 19.73 |
| **Mean** | 19.8 | 19.7 |
| **% RSD (≤ 2.0%)** | 0.5% | 0.2% |

% Difference = 0.5% (acceptance criteria: ≤ 3.0%)

$$\% \, \text{Difference} = \frac{\left( \text{Chemist 1}_{\text{Mean}} - \text{Chemist 2}_{\text{Mean}} \right)}{\left( \text{Chemist 1}_{\text{Mean}} + \text{Chemist 2}_{\text{Mean}} \right)} \times 200$$

[00378] The intra-assay repeatability met the acceptance criteria (% RSD ≤ 2.0%) with values of 0.5% and 0.2%. The inter-analyst repeatability also met the acceptance criteria (% difference ≤ 3.0%) with a difference of 0.5%.


**EXAMPLE 12:** *Effect of Citrate versus Acetate Buffer on Vasopressin Formulations.*

[00379] To test the effect of citrate and acetate buffer on vasopressin formulations, a total of twelve solutions of 20 Units/mL vasopressin were prepared in 1 mM citrate buffer, 10 mM citrate buffer, 1 mM acetate buffer, and 10 mM acetate buffer. All of the solutions were prepared in triplicate. Each solution was adjusted to pH 3.5 with hydrochloric acid.

-150-

[00380] The vasopressin formulations were stored at 60 °C for 7 days, and the assay (% label claim; vasopressin remaining) and % total impurities after 7 days were analyzed by HPLC using the procedure and experimental conditions described in **EXAMPLE 1.**

[00381] The assay (% label claim; vasopressin remaining) and % total impurities for each of the Vasopressin Buffered Formulations are reported in the **TABLES 45** and **46** below.

| **TABLE 45:** Assay (% label claim; vasopressin remaining) in the vasopressin formulations after storage at 60 °C for 7 days. | | | | |
|---|---|---|---|---|
| **Buffer** | **Sample** | | | **Average** |
| | **1** | **2** | **3** | |
| 1 mM citrate buffer | 89.5% | 89.7% | 90.6% | 89.9% |
| 10 mM citrate buffer | 84.1% | 84.4% | 84.5% | 84.3% |
| 1 mM acetate buffer | 90.5% | 91.1% | 91.9% | 91.2% |
| 10 mM acetate buffer | 90.9% | 90.9% | 92.4% | 91.4% |

| **TABLE 46:** % Total Impurities in the vasopressin formulations after storage at 60 °C for 7 days. | | | | |
|---|---|---|---|---|
| **Buffer** | **Sample** | | | **Average** |
| | **1** | **2** | **3** | |
| 1 mM citrate buffer | 3.4% | 3.5% | 2.5% | 3.1% |
| 10 mM citrate buffer | 9.5% | 9.0% | 9.4% | 9.3% |
| 1 mM acetate buffer | 3.3% | 2.8% | 3.2% | 3.1% |
| 10 mM acetate buffer | 2.9% | 2.6% | 3.1% | 2.9% |

[00382] The data indicated that the vasopressin assay in the vasopressin formulations with citrate buffer was lower than in the vasopressin formulations with acetate buffer. For example, at 10 mM of either citrate or acetate buffer, the average vasopressin assay was 91.4% in acetate buffer, but was 84.3% in citrate buffer. The data also indicated that % total impurities in the vasopressin formulations with citrate buffer were higher than in the vasopressin formulations with acetate buffer. For example, at 10 mM of either citrate or acetate buffer, the average % total impurities was 2.9% in acetate buffer, but was 9.3% in citrate buffer.

[00383] Further, as the citrate buffer concentration increased, the vasopressin assay further decreased (from an average of 89.9% to 84.3%), and the % total impurities increased (from an average of 3.1% to 9.3%). This effect was not observed in the vasopressin formulations with acetate buffer, where the average and % total impurities stayed fairly constant.

-151-

**EXAMPLE 13**: *Multi-dose vasopressin formulation.*

[00384] A multi-dose formulation (10 mL) for vasopressin that can be used in the clinic is detailed in **TABLE 47** below:

| TABLE 47: Drug Product Description | | |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units (~0.04 mg) |
| Dosage Form | Injection | -- |
| Route of Administration | Intravenous | -- |
| Description | Clear colorless to practically colorless solution supplied in a 10 mL clear glass vial with flip-off cap | |

[00385] The composition of a 10 mL formulation of vasopressin is provided below.

| TABLE 48: Drug Product Composition | | | | |
|---|---|---|---|---|
| Ingredient | Grade | Function | Batch Quantity | Unit Formula |
| Vasopressin, USP | USP | Active | 3,000,000 Units | 20 Units |
| Sodium Acetate Trihydrate | USP | Buffer | 214.2 g | 1.36 mg |
| Sodium Hydroxide | NF | pH Adjustor | 40 g | QS to pH 3.8 |
| Hydrochloric Acid | NF/EP | pH Adjustor | 237.9 g | QS to pH 3.8 |
| Chlorobutanol | NF | Preservative | 0.8274 kg | 5 mg |
| Water for Injection | USP | Solvent | QS | QS to 1 mL |
| Nitrogen | NF | Processing Aid | -- | -- |

[00386] The 10 mL vasopressin formulation was compared to the guidelines for inactive ingredients provided by the Food and Drug Administration (FDA). The results are shown in **TABLE 49** below.

| TABLE 49 | | | |
|---|---|---|---|
| Ingredient | Vasopressin 10 mL Formulation (mg/mL) | Concentration (% w/v) | Inactive Ingredients Guideline Acceptable Level |
| Sodium Acetate Trihydrate | 1.36 | 0.136% | IV (infusion); Injection 0.16% |
| Sodium Hydroxide | QS to pH 3.8 | QS to pH 3.8 | N/A |
| Hydrochloric Acid | QS to pH 3.8 | QS to pH 3.8 | N/A |

-152-

PAR-VASO-0013814

| Chlorobutanol | 5 mg | 0.5% | IV (Infusion); Injection 1% |
| Water for Injection | QS to 1 mL | QS to target volume | N/A |

**EXAMPLE 14:** *Alternative vasopressin formulation for clinical use.*

[00387] A 1 mL dosage of vasopressin was prepared. A description of the formulation is shown in **TABLE 50** below.

| **TABLE 50:** Drug Product Description | | |
|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units/mL (~0.04 mg) |
| Dosage Form | Injection | -- |
| Route of Administration | Intravenous | -- |
| Description | Clear colorless to practically colorless solution supplied in a 3 mL vial with flip-off cap | -- |

[00388] The drug composition of the formulation is provided in **TABLE 51**.

| **TABLE 51:** Drug Product Composition | | |
|---|---|---|
| Ingredient | Function | Quantity (mg/mL) |
| Vasopressin, USP | Active | 20 Units |
| Sodium Acetate Trihydrate, USP | Buffer | 1.36 |
| Sodium Hydroxide NF/EP | pH Adjustor | QS for pH adjustment to pH 3.8 |
| Hydrochloric Acid, NF/EP | pH Adjustor | QS for pH adjustment to pH 3.8 |
| Water for Injection | Solvent | QS to 1 mL |

[00389] The 1 mL vasopressin formulation was compared to the guidelines for inactive ingredients provided by the Food and Drug Administration (FDA). The results are shown in **TABLE 52** below.

| **TABLE 52** | | | |
|---|---|---|---|
| Ingredient | Vasopressin 1 mL Formulation (mg/mL) | Concentration (% w/v) | Inactive Ingredients Guideline Acceptable Level |
| Sodium Acetate Trihydrate | 1.36 | 0.136% | 0.16% |
| Sodium Hydroxide | QS to pH 3.8 | QS to pH 3.8 | 8% |

-153-

PAR-VASO-0013815

| Hydrochloric Acid | QS to pH 3.8 | QS to pH 3.8 | 10% |
| Water for Injection | QS to 1 mL | QS to target volume | N/A |

**EXAMPLE 15**: *15-month Stability Data for Vasopressin Formulations.*

[00390] The drug product detailed in **TABLE 51** was tested for stability over a 15-month period. Three different lots (X, Y, and Z) of the vasopressin drug formulation were stored at 25 ºC for 15 months in an upright or inverted position. At 0, 1, 2, 3, 6, 9, 12, 13, 14, and 15 months, the amount of vasopressin (AVP), % label claim (LC), amount of various impurities, and pH was measured. The vasopressin and impurity amounts were determined using the HPLC method described above in **EXAMPLE 1**. The results of the stability experiment are shown in **TABLES 53-54** below.

PAR-VASO-0013816

PAR-VASO-0013817

| | | | | | | | | | | TABLE 53: Inverted Storage of Vasopressin Formulations at 25 °C | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
| X | 0 | 19.6 | 97.9 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.0 | 3.8 |
| Y | 0 | 19.7 | 98.6 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.1 | 3.8 |
| Z | 0 | 19.9 | 99.3 | 0.1 | | | | | 0.5 | | | 0.2 | | | | | | 0.8 | 3.8 |
| X | 1 | 19.6 | 98.1 | 0.2 | 0.2 | 0.1 | | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Y | 1 | 19.6 | 97.9 | 0.2 | 0.2 | 0.1 | | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.9 |
| Z | 1 | 19.8 | 99 | 0.2 | 0.2 | | | | 0.6 | 0.1 | | 0.2 | | | | | | 1.4 | 3.8 |
| X | 2 | 19.6 | 98.1 | 0.3 | 0.3 | 0.1 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.7 | 3.7 |
| Y | 2 | 19.5 | 97.5 | 0.3 | 0.3 | 0.1 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Z | 2 | 19.8 | 99 | 0.3 | 0.4 | | | | 0.5 | | | 0.2 | | | | | | 1.3 | 3.8 |
| X | 3 | 19.6 | 97.8 | 0.4 | 0.5 | 0.1 | 0.1 | | 0.3 | 0.4 | | 0.4 | | | | | | 2.2 | |
| Y | 3 | 19.5 | 97.4 | 0.4 | 0.4 | 0.1 | | | 0.3 | 0.4 | | 0.4 | | | | | | 2.0 | 3.8 |
| Z | 3 | 19.7 | 98.6 | 0.4 | 0.4 | | | | 0.5 | | | 0.3 | | | | | | 1.6 | |
| X | 6 | 19.3 | 96.5 | 0.7 | 0.8 | 0.1 | 0.2 | | 0.3 | 0.4 | | 0.4 | | | | | | 2.9 | 3.8 |
| Y | 6 | 19.2 | 95.9 | 0.6 | 0.7 | 0.1 | 0.1 | 0.1 | 0.4 | 0.4 | | 0.4 | | | | | | 2.5 | 3.9 |
| Z | 6 | 19.6 | 98 | 0.6 | 0.7 | | 0.1 | | 0.5 | | | 0.2 | | | | | | 2.3 | 3.9 |

(Table continued from previous page)

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 9 | 19 | 95 | 1.0 | 1.0 |  | 0.2 |  | 0.3 | 0.4 |  | 0.4 |  | 0.1 |  |  |  | 3.6 |  |
| Y | 9 | 18.9 | 94.5 | 0.8 | 1.0 |  | 0.2 |  | 0.3 | 0.4 |  | 0.4 |  | 0.1 |  |  |  | 3.1 | 3.9 |
| Z | 9 | 19.2 | 96 | 1.0 | 1.1 |  | 0.2 |  | 0.5 |  |  | 0.3 |  |  |  |  |  | 3.1 | 3.8 |
| X | 12 | 18.7 | 93.5 | 1.4 | 1.5 | 0.1 | 0.3 |  | 0.3 | 0.4 |  | 0.5 |  | 0.2 |  |  |  | 4.8 | 3.8 |
| Y | 12 | 18.6 | 93 | 1.1 | 1.2 | 0.2 | 0.2 |  | 0.3 | 0.4 |  | 0.5 |  | 0.3 | 0.2 |  |  | 4.4 | 3.8 |
| Z | 12 | 18.9 | 94.5 | 1.2 | 1.3 |  | 0.3 |  | 0.5 |  |  | 0.3 |  | 0.3 | 0.1 |  |  | 4.0 | 3.8 |
| X | 13 | 18.6 | 93 | 1.5 | 1.6 | 0.2 | 0.3 |  | 0.4 | 0.4 | 0.1 | 0.4 |  | 0.2 | 0.1 |  |  | 5.2 | 3.8 |
| Y | 13 | 18.5 | 92.5 | 1.2 | 1.3 | 0.2 | 0.2 |  | 0.3 | 0.4 | 0.1 | 0.5 | 0.1 | 0.4 | 0.2 | 0.2 |  | 5.2 | 3.9 |
| Z | 13 | 19 | 95 | 1.3 | 1.5 | 0.1 | 0.3 |  | 0.5 | 0.1 |  | 0.3 | 0.1 | 0.3 | 0.2 | 0.2 |  | 4.9 | 3.8 |
| X | 14 | 18.6 | 93 | 1.5 | 1.7 | 0.1 | 0.3 |  | 0.3 | 0.5 | 0.1 | 0.4 |  | 0.4 | 0.1 | 0.1 |  | 5.5 | 3.8 |
| Y | 14 | 18.5 | 92.5 | 1.2 | 1.4 |  | 0.3 |  | 0.3 | 0.4 | 0.1 | 0.4 |  | 0.5 | 0.3 | 0.1 |  | 5.3 | 3.9 |
| Z | 14 | 18.9 | 94.5 | 1.3 | 1.6 |  | 0.3 |  | 0.5 | 0.2 |  | 0.3 |  | 0.4 | 0.2 | 0.2 |  | 5.0 | 3.8 |
| X | 15 | 18.5 | 92.5 | 1.6 | 1.8 | 0.1 | 0.4 |  | 0.3 | 0.4 | 0.1 | 0.4 |  | 0.3 | 0.2 | 0.2 |  | 5.9 | 3.8 |
| Y | 15 | 18.4 | 92 | 1.3 | 1.5 | 0.1 | 0.3 |  | 0.3 | 0.4 | 0.1 | 0.4 |  | 0.5 | 0.3 | 0.1 |  | 5.3 | 3.9 |
| Z | 15 | 18.8 | 94 | 1.5 | 1.6 |  | 0.3 |  | 0.5 |  |  | 0.3 |  | 0.4 | 0.2 | 0.1 |  | 4.9 | 3.9 |

## TABLE 54: Upright Storage of Vasopressin Formulations at 25 ºC

| Lot | Month | AVP (U/mL) | % LC | Gly9 (%) | Glu4 (%) | D-Asn (%) | Asp5 (%) | Dimer (%) | Acetyl (%) | UI-0.81-0.86 (%) | UI-0.97-0.99 (%) | UI-1.02-1.03 (%) | UI-1.72-1.76 (%) | UI-1.81-1.89 (%) | UI-1.90-1.96 (%) | UI-2.05-2.07 (%) | UI-2.09-2.10 (%) | Total Impurities | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 0 | 19.6 | 97.9 |  |  |  |  |  | 0.3 | 0.4 |  | 0.3 |  |  |  |  |  | 1.0 | 3.8 |

PAR-VASO-0013818

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 0 | 19.7 | 98.6 | | | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.1 | 3.8 |
| Z | 0 | 19.9 | 99.3 | 0.1 | | | | | 0.5 | | | 0.2 | | | | | | 0.8 | 3.8 |
| X | 1 | 19.6 | 98 | 0.2 | 0.2 | 0.1 | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Y | 1 | 19.5 | 97.7 | 0.2 | 0.2 | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.4 | 3.9 |
| Z | 1 | 19.7 | 98.3 | 0.2 | 0.2 | | | | 0.6 | | | 0.2 | | | | | | 1.2 | 3.8 |
| X | 2 | 19.6 | 98.2 | 0.3 | 0.3 | | | | 0.3 | 0.4 | | 0.3 | | | | | | 1.6 | 3.7 |
| Y | 2 | 19.5 | 97.4 | 0.2 | 0.3 | 0.1 | | | 0.4 | 0.4 | | 0.3 | | | | | | 1.6 | 3.8 |
| Z | 2 | 19.8 | 99 | 0.3 | 0.3 | | | | 0.5 | | | 0.2 | | | | | | 1.3 | 3.8 |
| X | 3 | 19.5 | 97.6 | 0.4 | 0.4 | 0.1 | | | 0.3 | 0.4 | | 0.4 | | | | | | 2.1 | 3.7 |
| Y | 3 | 19.5 | 97.5 | 0.4 | 0.4 | 0.1 | | | | 0.4 | | 0.4 | | | | | | 1.9 | 3.8 |
| Z | 3 | 19.7 | 98.7 | 0.4 | 0.4 | | 0.1 | | 0.5 | | | 0.3 | | | | | | 1.7 | |
| X | 6 | 19.3 | 96.5 | 0.7 | 0.8 | 0.1 | 0.2 | | 0.3 | 0.4 | | 0.4 | | | | | | 2.9 | 3.8 |
| Y | 6 | 19.2 | 96 | 0.5 | 0.7 | 0.1 | 0.1 | | 0.3 | 0.4 | | 0.4 | | | | | | 2.5 | 3.9 |
| Z | 6 | 19.5 | 97.5 | 0.7 | 0.7 | | 0.2 | | 0.5 | | | 0.3 | | | | | | 2.3 | 3.9 |
| X | 9 | 18.9 | 94.5 | 1.0 | 1.1 | | 0.2 | | 0.3 | 0.4 | | | | 0.2 | 0.1 | | | 3.7 | 3.8 |
| Y | 9 | 18.9 | 94.5 | 0.8 | 0.9 | | 0.2 | | | 0.4 | | 0.4 | | 0.2 | | | | 3.1 | 3.9 |
| Z | 9 | 19.2 | 96 | 0.9 | 1.0 | | 0.2 | | 0.5 | | | 0.3 | | | | | | 2.9 | 3.8 |
| X | 12 | 18.6 | 93 | 1.4 | 1.5 | 0.1 | 0.3 | | 0.3 | 0.4 | | 0.5 | | 0.2 | 0.1 | | | 4.8 | 3.7 |
| Y | 12 | 18.7 | 93.5 | 1.1 | 1.2 | 0.1 | 0.3 | | 0.3 | 0.4 | | 0.5 | | | 0.2 | | 0.2 | 4.6 | 3.9 |
| Z | 12 | 18.9 | 94.5 | 1.3 | 1.4 | | 0.3 | | 0.5 | | | 0.4 | | 0.3 | 0.2 | | | 4.2 | 3.8 |
| X | 13 | 18.4 | 92 | 1.5 | 1.6 | 0.2 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.1 | 0.1 | | 5.4 | 3.8 |
| Y | 13 | 18.6 | 93 | 1.1 | 1.3 | 0.2 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.2 | | | 4.6 | 3.9 |
| Z | 13 | 18.8 | 94 | 1.3 | 1.5 | | 0.3 | | 0.5 | 0.1 | | 0.3 | | 0.4 | 0.2 | 0.1 | | 4.7 | 3.8 |
| X | 14 | 18.6 | 93 | 1.5 | 1.7 | 0.1 | 0.4 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.1 | | | 5.4 | 3.8 |

PAR-VASO-0013819

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 14 | 18.5 | 92.5 | 1.2 | 1.4 | 0.1 | 0.3 | | 0.3 | 0.5 | | 0.4 | | 0.5 | 0.3 | 0.3 | | 5.4 | 3.9 |
| Z | 14 | 18.8 | 94 | 1.3 | 1.5 | | 0.3 | | 0.5 | 0.1 | | 0.3 | | 0.5 | 0.2 | 0.2 | | 5.0 | 3.8 |
| X | 15 | 18.4 | 92 | 1.6 | 1.8 | 0.1 | 0.4 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.3 | 0.2 | | | 5.7 | 3.8 |
| Y | 15 | 18.4 | 92 | 1.3 | 1.5 | 0.2 | 0.3 | | 0.3 | 0.4 | 0.1 | 0.4 | | 0.5 | 0.3 | 0.3 | | 5.4 | 3.9 |
| Z | 15 | 18.6 | 93 | 1.5 | 1.6 | | 0.3 | | 0.5 | | | 0.2 | | 0.4 | 0.2 | 0.3 | | 5.1 | 3.9 |

PAR-VASO-0013820

[00391] The results from **TABLES 53-54** indicate that stability of the vasopressin formulations was not significantly affected by either inverted or upright storage. The impurities detected included Gly9 (SEQ ID NO.: 2), Glu4 (SEQ ID NO.: 4), D-Asn (SEQ ID NO.: 10), Asp5 (SEQ ID NO.: 3), Acetyl-AVP (SEQ ID NO.: 7), vasopressin dimer, and several unidentified impurities (UI). The unidentified impurities are labeled with a range of relative retention times at which the impurities eluted from the column.

[00392] The results indicate that the pH remained fairly constant over the 15-month period, fluctuating between 3.8 and 3.9 throughout the 15 months. The total impurities did not increase over 5.9%, and the % LC of vasopressin did not decrease below 92%.

[00393] **FIGURE 19** shows a graph depicting the % LC over the 15-month study period for the results provided in **TABLES 53-54**. The starting amounts of vasopressin were 97.9% LC for lot X, 98.6% LC for lot Y, and 99.3% LC for lot Z. The results indicate that the % LC of vasopressin decreased over the 15-month study period, but did not decrease below 92% LC.

[00394] The formula for the trend line of lot X was:

$$\% \text{ LC} = 98.6 - 0.4262(\text{month})$$

[00395] The formula for the trend line of lot Y was:

$$\% \text{ LC} = 98.47 - 0.4326(\text{month})$$

[00396] The formula for the trend line of lot Z was:

$$\% \text{ LC} = 99.54 - 0.3906(\text{month})$$

**EXAMPLE 16**: *Vasopressin Formulation for Bottle or Intravenous Drip-Bag.*

[00397] The following formulations can be used without initial vasopressin dilution in drip-bags for intravenous therapy.

| TABLE 55 | |
| --- | --- |
| **Formulation A (40 IU/100 mL) (10 mM Buffer)** | |
| **Ingredient** | **Concentration** |
| Vasopressin (IU) | 0.4 |
| Sodium chloride (mg) | 8.7 |
| Acetic acid (mg) | 0.546 |
| Sodium Acetate Trihydrate (mg) | 0.12 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |

-159-

PAR-VASO-0013821

| Water for injection QS to (mL) | 1 |
|---|---|

| TABLE 56 | |
|---|---|
| **Formulation B (60 IU/100 mL) (10 mM Buffer)** | |
| **Ingredient** | **Concentration** |
| Vasopressin (IU) | 0.6 |
| Sodium chloride (mg) | 8.7 |
| Acetic acid (mg) | 0.546 |
| Sodium Acetate Trihydrate (mg) | 0.12 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |
| Water for injection QS to (mL) | 1 |

| TABLE 57 | |
|---|---|
| **Formulation C (40 IU/100 mL) (10 mM Buffer)** | |
| **Ingredient** | **Concentration** |
| Vasopressin (IU) | 0.4 |
| Dextrose Anhydrous (mg) | 50 |
| Acetic acid (mg) | 0.546 |
| Sodium Acetate Trihydrate (mg) | 0.12 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |
| Water for injection QS to (mL) | 1 |

| TABLE 58 | |
|---|---|
| **Formulation D (60 IU/100 mL) (10 mM Buffer)** | |
| **Ingredient** | **Concentration** |
| Vasopressin (IU) | 0.6 |
| Dextrose Anhydrous (mg) | 50 |
| Acetic acid (mg) | 0.546 |
| Sodium Acetate Trihydrate (mg) | 0.12 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |
| Water for injection QS to (mL) | 1 |

| TABLE 59 | |
|---|---|
| **Formulation E (40 IU/100 mL) (1 mM Buffer)** | |
| **Ingredient** | **Concentration** |
| Vasopressin (IU) | 0.4 |
| Sodium chloride (mg) | 8.7 |

-160-

PAR-VASO-0013822

| | |
|---|---|
| Acetic acid (mg) | 0.0546 |
| Sodium Acetate Trihydrate (mg) | 0.012 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |
| Water for injection QS to (mL) | 1 |

| TABLE 60 | |
|---|---|
| **Formulation F (60 IU/100 mL) (1 mM Buffer)** | |
| **Ingredient** | **Concentration** |
| Vasopressin (IU) | 0.6 |
| Sodium chloride (mg) | 8.7 |
| Acetic acid (mg) | 0.0546 |
| Sodium Acetate Trihydrate (mg) | 0.012 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |
| Water for injection QS to (mL) | 1 |

| TABLE 61 | |
|---|---|
| **Formulation G (40 IU/100 mL) (1 mM Buffer)** | |
| **Ingredient** | **Concentration** |
| Vasopressin (IU) | 0.4 |
| Dextrose Anhydrous (mg) | 50 |
| Acetic acid (mg) | 0.0546 |
| Sodium Acetate Trihydrate (mg) | 0.012 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |
| Water for injection QS to (mL) | 1 |

| TABLE 62 | |
|---|---|
| **Formulation H (60 IU/100 mL) (1 mM Buffer)** | |
| **Ingredient** | **Concentration** |
| Vasopressin (IU) | 0.6 |
| Dextrose Anhydrous (mg) | 50 |
| Acetic acid (mg) | 0.0546 |
| Sodium Acetate Trihydrate (mg) | 0.012 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |
| Water for injection QS to (mL) | 1 |

| TABLE 63 | |
|---|---|
| **Formulation 9 (60 IU/100 mL) (1 mM Buffer)** | |

-161-

PAR-VASO-0013823

| Ingredient | Concentration |
|---|---:|
| Vasopressin (IU) | 0.4 |
| Dextrose Anhydrous (mg) | 45 |
| Sodium Chloride (mg) | 0.9 |
| Acetic acid (mg) | 0.0546 |
| Sodium Acetate Trihydrate (mg) | 0.012 |
| Hydrochloric acid QS for | pH adjustment |
| Sodium hydroxide QS for | pH adjustment |

**EXAMPLE 17**: *Impurity Measurement for Vasopressin Formulation for Bottle or Intravenous Drip-bag.*

[00398] Gradient HPLC was used to determine the concentration of vasopressin and associated impurities in vasopressin formulations similar to those outlined in **TABLES 55-63** above. Vasopressin was detected in the eluent using UV absorbance at a short wavelength. The concentration of vasopressin in the sample was determined by the external standard method, where the peak area of vasopressin in sample injections was compared to the peak area of a vasopressin reference standard in a solution of known concentration. The concentrations of related peptide impurities in the sample were also determined using the external standard method, using the vasopressin reference standard peak area and a unit relative response factor. An impurities marker solution was used to determine the relative retention times of identified related peptides at the time of analysis.

[00399] The chromatographic conditions used for the analysis are shown in **TABLE 64** below:

| TABLE 64 | |
|---|---|
| **Column** | Phenomenex Kinetex XB-C18, 2.6 µm, 100Å pore, 4.6 x 150 mm, Part No. 00F-4496-E0 |
| **Column Temperature** | 35 ºC |
| **Flow Rate** | 1.0 mL/min |
| **Detector** | VWD: Signal at 215 nm |
| **Injection Volume** | 500 µL |
| **Run time** | 55 minutes |
| **Auto sampler Vials** | Amber glass vial |
| **Auto Sampler Temperature** | 10 °C |

-162-

| Pump (gradient) | Time (min) | %A | %B | Flow |
|---|---|---|---|---|
| | 0 | 90 | 10 | 1.0 |
| | 40 | 50 | 50 | 1.0 |
| | 45 | 50 | 50 | 1.0 |
| | 46 | 90 | 10 | 1.0 |
| | 55 | 90 | 10 | 1.0 |

[00400] Diluent A was 0.25% v/v acetic acid, which was prepared by pipetting 2.5 mL of glacial acetic acid into a 1 L volumetric flask containing 500 mL of water. The volume was diluted with water and mixed well.

[00401] Diluent B was prepared by weighing and transferring about 3 g of sodium chloride into a 1 L volumetric flask and then adding 2.5 mL of glacial acetic acid. The solution was diluted to volume with water and mixed well.

[00402] Phosphate buffer at pH 3.0 was used for mobile phase A. The buffer was prepared by weighing approximately 15.6 g of sodium phosphate monobasic monohydrate into a beaker. 1000 mL of water was added, and mixed well. The pH was adjusted to 3.0 with phosphoric acid. The buffer was filtered through a 0.45 μm membrane filter under vacuum, and the volume was adjusted as necessary.

[00403] An acetonitrile:water (50:50) solution was used for mobile phase B. To prepare mobile phase B, 500 mL of acetonitrile was mixed with 500 mL of water.

[00404] The stock standard solution was prepared at 20 units/mL of vasopressin. A solution of vasopressin in diluent was prepared at a concentration of about 20 units/mL. The stock standard solution was prepared by quantitatively transferring the entire contents of 5 vials of USP Vasopressin RS with diluent A to the same 250-mL volumetric flask. The solution was diluted to volume with diluent A and mixed well. 10 mL aliquots of the standard solution was transferred into separate polypropylene tubes. The aliquots were stored at 2-8°C. The stock standard solution was stable for 6 months from the date of preparation when stored in individual polypropylene tubes at 2-8°C.

[00405] The working standard solution contained about 0.5 units/mL of vasopressin. Aliquots of the stock standard solution were allowed to warm to room temperature and then mixed well. 2.5 mL of the stock standard solution was transferred into a 100 mL volumetric flask and diluted to volume with Diluent B, and the resultant mixture was denoted as the Working Standard Solution.

-163-

PAR-VASO-0013825

**[00406]** The stock standard solution and working standard solution can also be prepared from a single vasopressin vial in the following manner.

**[00407]** One vial of vasopressin with diluent A can be quantitatively transferred to a 50-mL volumetric flask. The solution can be dissolved in and diluted to volume with diluent A and mixed well, and denoted as the stock standard solution. To prepare the working standard solution, 2.5 mL of the stock standard solution was diluted to 100 mL with diluent B and mixed well.

**[00408]** The working standard solution was stable for at least 72 hours when stored in refrigerator or in autosampler vial at 10 °C.

**[00409]** The intermediate standard solution was prepared by pipetting 1 mL of the working standard solution into a 50 mL volumetric flask. The solution was diluted to volume with diluent B and mixed well.

**[00410]** The sensitivity solution (0.1% of 0.4 units/mL vasopressin formulation) was prepared by pipetting 2 mL of the intermediate standard solution into a 50 mL volumetric flask. The solution was diluted to the volume with diluent B and mixed well. The sensitivity solution was stable for at least 72 hours when stored in the refrigerator.

**[00411]** To prepare the impurities marker solution, a 0.05% v/v acetic acid solution was prepared by pipetting 200 mL of a 0.25% v/v acetic acid solution into a 1 L volumetric flask. The solution was diluted to the desired volume with water and mixed well.

**[00412]** To prepare the vasopressin impurity stock solutions, the a solution of each impurity as shown below was prepared in a 25 mL volumetric flask and diluted with 0.05% v/v acetic acid to a concentration suitable for HPLC injection.

- Gly-9 AVP: 0.09 mg/mL
- Glu-4 AVP: 0.08 mg/mL
- Asp-5 AVP: 0.1 mg/mL
- D-Asn AVP: 0.08 mg/mL
- Dimer AVP: 0.07 mg/mL
- Acetyl AVP: 0.08 mg/mL

**[00413]** To prepare the MAA/H-IBA (Methacrylic Acid/α-Hydroxy-isobutyric acid) stock solution, a stock solution containing approximately 0.3 mg/mL H-IBA and 0.01 mg/mL in 0.05% v/v acetic acid was made in a 50 mL volumetric flask.

**[00414]** To prepare the chlorobutanol diluent, about one gram of hydrous chlorobutanol was

-164-

PAR-VASO-0013826

added to 500 mL of water. Subsequently, 0.25 mL of acetic acid was added and the solution was stirred to dissolve the chlorobutanol.

[00415] To prepare the stock impurity marker solutions, 6.5 mg of vasopressin powder was added to a 500mL volumetric flask. To the flask, the following quantities of the above stock solutions were added:

- Gly-9 AVP: 20.0 mL
- Glu-4 AVP: 20.0 mL
- Asp-5 AVP: 10.0 mL
- D-Asn AVP: 10.0 mL
- Dimer AVP: 10.0 mL
- Acetyl AVP: 20.0 mL
- H-IBA/MAA: 30.0 mL

[00416] The solutions were diluted to volume with the chlorobutanol diluent. The solutions were aliquoted into individual crimp top vials and stored at 2-8 °C. The solutions, stored at 2-8 °C, were suitable for use as long as the chromatographic peaks could be identified based on comparison to the reference chromatogram.

[00417] At time of use the solutions were removed from refrigerated (2-8 °C) storage and allowed to reach room temperature.

[00418] The vasopressin stock impurity marker solution was stable for at least 120 hours when stored in autosampler vials at room temperature.

[00419] The impurity marker solution were prepared by diluting 1 mL of the stock impurity marker solution to 50 mL with diluent B, and mixed well. The vasopressin impurity marker solution was stable for at least 72 hours when stored in the refrigerator.

[00420] To begin the analysis, the HPLC system was allowed to equilibrate for at least 30 minutes using mobile phase B, followed by time 0 min gradient conditions until a stable baseline was achieved.

[00421] Diluent B was injected at the beginning of the run, and had no peaks that interfered with vasopressin as shown in **FIGURE 20**.

[00422] A single injection of the sensitivity solution was performed, wherein the signal-to-noise ratio of the vasopressin was greater than or equal to ten as shown in **FIGURE 21**.

[00423] A single injection of the impurities marker solution was then made. The labeled

-165-

PAR-VASO-0013827

impurities in the reference chromatogram were identified in the chromatogram of the marker solution based on their elution order and approximate retention times shown in **FIGURE 22** and **FIGURE 23**. **FIGURE 23** is a zoomed-in chromatograph of **FIGURE 22** showing the peaks that eluted between 16 and 28 minutes. The nomenclature, structure, and approximate retention times for individual identified impurities are detailed in **TABLE 3**.

[00424] A single injection of the working standard solution was made to ensure that the tailing factor of the vasopressin peak was less than or equal to about 2.0 as shown in **FIGURE 24**.

[00425] A total of five replicate injections of the working standard solution were made to ensure that the relative standard deviation (% RSD) of the five replicate vasopressin peak areas was not more than 2.0%.

[00426] Following the steps above done to confirm system suitability, a single injection of the placebo and sample preparations was made. The chromatograms were analyzed to determine the vasopressin and impurity peak areas. The chromatogram for the placebo is depicted in **FIGURE 25**, and the chromatogram for the sample preparation is shown in **FIGURE 26**. Then, the working standard solution was injected after 1 to 10 sample injections, and the average of the bracketing standard peak areas were used in the calculations for vasopressin and impurity amounts. Additional injections of the impurities marker solution could be made to help track any changes in retention time for long chromatographic sequences.

[00427] The relative standard deviation (% RSD) of vasopressin peak areas for the six injections of working standard solution was calculated by including the initial five injections from the system suitability steps above and each of the subsequent interspersed working standard solution injections. The calculations were done to ensure that each of the % RSD were not more than 2.0%.

[00428] The retention time of the major peak in the chromatogram of the sample preparation corresponded to that of the vasopressin peak in the working standard solution injection that preceded the sample preparation injection.

[00429] To calculate the vasopressin units/mL, the following formula was used:

$$\text{Vasopressin units/mL} = \frac{R_U}{R_S} \times \text{Conc STD}$$

where:

- $R_U$ = Vasopressin peak area response of Sample preparation.

-166-

- R$_S$ = average vasopressin peak area response of bracketing standards.

- Conc STD = concentration of the vasopressin standard in units/mL

[00430] To identify the impurities, the % Impurity and identity for identified impurities (**TABLE 3**) that are were greater than or equal to 0.10% were reported. Impurities were truncated to 3 decimal places and then rounded to 2 decimal places, unless otherwise specified. The following formula was used:

$$\% \text{ impurity} = \frac{R_1}{R_s} \times \frac{\text{Conc STD}}{\text{LC}} \times 100\%$$

where $R_1$ = Peak area response for the impurity; LC = label content of vasopressin (units/mL).

[00431] The formulations used for the vasopressin and impurity studies are summarized in **TABLE 65** below and correspond to several of the formulations detailed above in **TABLES 55-63**.

| TABLE 65 | | | |
|---|---|---|---|
| **Lot** | **Vasopressin (units/100 mL)** | **Buffer Conc. (mM)** | **Vehicle** |
| A | 40 | 10 | NaCl |
| B | 60 | 10 | NaCl |
| C | 40 | 10 | Dextrose |
| D | 60 | 10 | Dextrose |
| E | 40 | 1 | NaCl |
| F | 60 | 1 | NaCl |
| G | 40 | 1 | Dextrose |
| H | 60 | 1 | Dextrose |
| A1 | 40 | 1 | Dextrose |
| B1 | 60 | 1 | Dextrose |
| C1 | 40 | 1 | Dextrose/NaCl |

[00432] The drug products detailed in **TABLE 65** were tested for stability over a six month period. The vasopressin drug formulations were stored at 5 ºC, 25 ºC, or 40 ºC for up to six months. At 0, 1, 2, 3, 4, 5, and 6 months, the amount of vasopressin (AVP), % label claim (LC), amount of various impurities, pH, and % reference standard was measured. The vasopressin and impurity amounts were determined using the HPLC method described above. The results of the stability experiment are shown in **TABLES 66-72** below.

-167-

| | TABLE 66 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | Condition (°C) | Time (m) | pH | Vasopressin (%LC) | RRT 0.30 (%) | RRT 0.33 (%) | RRT 0.34 (%) | RRT 0.35 (%) | RRT 0.362 (%) | RRT 0.37 (%) | RRT 0.38 (%) | RRT 0.39 (%) | RRT 0.40 (%) | RRT 0.42 (%) | RRT 0.44 (%) |
| A | 5 | 0 | 3.63 | 102.5 | 0.36 | | | 0.14 | | | | | | | 0.13 |
| A | 25 | 0 | 3.63 | 102.5 | 0.36 | | | 0.14 | | | | | | | 0.13 |
| A | 40 | 0 | 3.63 | 102.5 | 0.36 | | | 0.14 | | | | | | | 0.13 |
| B | 5 | 0 | 3.64 | 102.2 | 0.24 | | | 0.09 | | 0.08 | | | | | 0.10 |
| B | 25 | 0 | 3.64 | 102.2 | 0.24 | | | 0.09 | | 0.08 | | | | | 0.10 |
| B | 40 | 0 | 3.64 | 102.2 | 0.24 | | | 0.09 | | 0.08 | | | | | 0.10 |
| C | 5 | 0 | 3.64 | 98.2 | 0.34 | | | 0.13 | | | | | 0.56 | | 0.20 |
| C | 25 | 0 | 3.64 | 98.2 | 0.34 | | | 0.13 | | | | | 0.56 | | 0.20 |
| C | 40 | 0 | 3.64 | 98.2 | 0.34 | | | 0.13 | | | | | 0.56 | | 0.20 |
| D | 5 | 0 | 3.65 | 100.1 | 0.24 | | | 0.08 | | | | | 0.15 | | 0.06 |
| D | 25 | 0 | 3.65 | 100.1 | 0.24 | | | 0.08 | | | | | 0.15 | | 0.06 |
| D | 40 | 0 | 3.65 | 100.1 | 0.24 | | | 0.08 | | | | | 0.15 | | 0.06 |
| E | 5 | 0 | 3.67 | 100.5 | | | | | | | | | | | 0.13 |
| E | 25 | 0 | 3.67 | 100.5 | | | | | | | | | | | 0.13 |
| E | 40 | 0 | 3.67 | 100.5 | | | | | | | | | | | 0.13 |
| F | 5 | 0 | 3.71 | 101.5 | | | | | | | | | | | 0.09 |
| F | 25 | 0 | 3.71 | 101.5 | | | | | | | | | | | 0.09 |
| F | 40 | 0 | 3.71 | 101.5 | | | | | | | | | | | 0.09 |
| G | 5 | 0 | 3.75 | 99.5 | | | | | | | | | | | |
| G | 25 | 0 | 3.75 | 99.5 | | | | | | | | | | | |
| G | 40 | 0 | 3.75 | 99.5 | | | | | | | | | | | |
| H | 5 | 0 | 3.74 | 100.2 | | | | | | | | | | | |
| H | 25 | 0 | 3.74 | 100.2 | | | | | | | | | | | |
| H | 40 | 0 | 3.74 | 100.2 | | | | | | | | | | | |
| A1 | 5 | 0 | 3.86 | 97.5 | | | | | | | | | | | |
| A1 | 25 | 0 | 3.86 | 97.5 | | | | | | | | | | | |

PAR-VASO-0013830

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 40 | 0 | 3.86 | 97.5 | | | | | | | | | | | |
| B1 | 5 | 0 | 3.84 | 97.6 | | | | | | | | | | | |
| B1 | 25 | 0 | 3.84 | 97.6 | | | | | | | | | | | |
| B1 | 40 | 0 | 3.84 | 97.6 | | | | | | | | | | | |
| C1 | 5 | 0 | 3.78 | 99.3 | | | | | | | | | | | |
| C1 | 25 | 0 | 3.78 | 99.3 | | | | | | | | | | | |
| C1 | 40 | 0 | 3.78 | 99.3 | | | | | | | | | | | |
| A | 5 | 1 | 3.62 | 101.6 | 0.37 | | | 0.15 | | | | | | | 0.11 |
| A | 25 | 1 | 3.63 | 101.5 | | 0.34 | | | | | | 0.19 | | | |
| A | 40 | 1 | 3.61 | 98.2 | | 0.27 | | | | | | 0.18 | | | |
| B | 5 | 1 | 3.61 | 102.2 | 0.25 | | | 0.12 | | | | | | 0.06 | 0.13 |
| B | 25 | 1 | 3.63 | 101.0 | | 0.24 | | | | | | 0.11 | | | |
| B | 40 | 1 | 3.63 | 97.2 | | 0.19 | | | | | | 0.65 | | | |
| C | 5 | 1 | 3.66 | 99.7 | 0.37 | | | 0.11 | | | | | | | 0.79 |
| C | 25 | 1 | 3.65 | 98.7 | | 0.36 | | | | | | 0.17 | | | |
| C | 40 | 1 | 3.66 | 93.8 | | 0.60 | | | | | | 0.19 | | | |
| D | 5 | 1 | 3.66 | 101.1 | 0.24 | | | 0.08 | | | | | | | |
| D | 25 | 1 | 3.65 | 99.8 | | 0.24 | | | | | | 0.11 | | | |
| D | 40 | 1 | 3.66 | 92.4 | | 0.41 | | | | | | 0.11 | | | |
| E | 5 | 1 | 3.67 | 101.0 | | | | | | | | | | | |
| E | 25 | 1 | 3.67 | 99.2 | | | | | | | | | | | |
| E | 40 | 1 | 3.68 | 95.5 | | | | | | | | | | | |
| F | 5 | 1 | 3.71 | 101.5 | | | | | | | | | | | 0.08 |
| F | 25 | 1 | 3.72 | 100.1 | | | | | | | | | | | |
| F | 40 | 1 | 3.71 | 96.6 | | | | | | | | 0.12 | | | |
| G | 5 | 1 | 3.71 | 99.8 | | | | | | | | | | | |
| G | 25 | 1 | 3.76 | 99.0 | | | | | | | | | | | |
| G | 40 | 1 | 3.75 | 94.2 | | 0.34 | | | | | | | | 0.26 | |
| H | 5 | 1 | 3.76 | 99.8 | | | | | | | | | | | |
| H | 25 | 1 | 3.77 | 99.5 | | | | | | | | | | | |

PAR-VASO-0013831

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H | 40 | 1 | 3.77 | 97.0 | | 0.23 | | | | | | |
| A1 | 5 | 1 | 3.81 | 97.0 | | | | | | | | |
| A1 | 25 | 1 | 3.82 | 96.8 | | | | | | | | |
| A1 | 40 | 1 | 3.83 | 91.8 | | | | | | | | |
| B1 | 5 | 1 | 3.82 | 97.5 | | | | | | | | |
| B1 | 25 | 1 | 3.82 | 97.1 | | | | | | | | |
| B1 | 40 | 1 | 3.82 | 92.0 | | | | | | | | |
| C1 | 5 | 1 | 3.80 | 99.2 | | | | | | | | |
| C1 | 25 | 1 | | 98.5 | | | | | | | | |
| C1 | 40 | 1 | 3.82 | 94.7 | | | | | | | | |
| A | 5 | 2 | 3.59 | 101.7 | | | | | 0.11 | | | |
| A | 25 | 2 | 3.59 | 99.5 | | | | | 0.14 | | | |
| A | 40 | 2 | 3.60 | 92.9 | | | | | 0.15 | | | |
| B | 5 | 2 | 3.60 | 101.1 | | | | | 0.12 | | | |
| B | 25 | 2 | 3.60 | 98.8 | | | | | 0.10 | | | |
| B | 40 | 2 | 3.60 | 92.1 | | | | | 0.11 | | | |
| C | 5 | 2 | 3.59 | 99.3 | 0.18 | | | | | | | |
| C | 25 | 2 | 3.62 | 97.3 | | | | | 0.14 | | | |
| C | 40 | 2 | 3.64 | 89.2 | | | | | 0.15 | | | |
| D | 5 | 2 | 3.67 | 100.0 | | | | | 0.10 | | | |
| D | 25 | 2 | 3.66 | 97.3 | | | | | 0.09 | | | |
| D | 40 | 2 | 3.62 | 89.9 | | | | | 0.09 | | | |
| E | 5 | 2 | 3.65 | 99.5 | | | | | | | | |
| E | 25 | 2 | 3.67 | 95.8 | | | | | | | | |
| E | 40 | 2 | 3.67 | 90.6 | | | | | 0.07 | | | |
| F | 5 | 2 | 3.67 | 100.6 | | | | | | | | |
| F | 25 | 2 | 3.71 | 97.9 | | | | | 0.14 | | | |
| F | 40 | 2 | 3.70 | 92.3 | | | | | 0.33 | | | |
| G | 5 | 2 | 3.70 | 98.9 | | | | | | | | |
| G | 25 | 2 | 3.73 | 97.0 | | | | | | | | |

PAR-VASO-0013832

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G | 40 | 2 | 3.71 | 90.5 | | | | | | | | | |
| H | 5 | 2 | 3.72 | 99.7 | | | | | | | | | |
| H | 25 | 2 | 3.74 | 98.0 | | | | | | | | | |
| H | 40 | 2 | 3.74 | 91.9 | | | | | | | | | |
| A1 | 5 | 2 | 3.77 | 97.3 | | | | | | | | | |
| A1 | 25 | 2 | 3.77 | 95.9 | | | | | | | | | |
| A1 | 40 | 2 | 3.78 | 86.1 | | | | | | | | | |
| B1 | 5 | 2 | 3.79 | 97.3 | | | | | | | | | |
| B1 | 25 | 2 | 3.78 | 96.5 | | | | | | | | | |
| B1 | 40 | 2 | 3.79 | 87.4 | | | | | | | | | |
| C1 | 5 | 2 | 3.73 | 99.3 | | | | | | | | | |
| C1 | 25 | 2 | 3.73 | 98.1 | | | | | | | | | |
| C1 | 40 | 2 | 3.74 | 91.0 | | | | | | | | | |
| A | 5 | 3 | 3.59 | 102.0 | | | | | | 0.31 | | | |
| A | 25 | 3 | 3.61 | 99.5 | | | | | | 0.30 | | | |
| A | 40 | 3 | 3.60 | 90.8 | | | | | | 0.30 | | | |
| B | 5 | 3 | 3.59 | 101.8 | | | | | | 0.24 | | | |
| B | 25 | 3 | 3.60 | 98.8 | | | | | | 0.22 | | | |
| B | 40 | 3 | 3.60 | 90.3 | | | | | | 0.22 | | | |
| C | 5 | 3 | 3.62 | 99.8 | | | | | | 0.16 | | | |
| C | 25 | 3 | 3.62 | 95.5 | | | | | | 0.15 | | | |
| C | 40 | 3 | 3.62 | 87.0 | | | | | | 0.16 | | | |
| D | 5 | 3 | 3.62 | 91.4 | | | | | | 0.10 | | | |
| D | 25 | 3 | 3.63 | 97.7 | | | | | | 0.20 | | | |
| D | 40 | 3 | 3.63 | 87.6 | | | | | | 0.18 | | | |
| E | 5 | 3 | 3.63 | 96.9 | | | | | | | | | |
| E | 25 | 3 | 3.64 | 96.3 | | | | | | | | | |
| E | 40 | 3 | 3.65 | 88.8 | | | | | | 0.23 | | | |
| F | 5 | 3 | 3.67 | 100.8 | | | | | | | | | |

-171-

PAR-VASO-0013833

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 25 | 3 | 3.68 | 97.9 | | | | | | 0.23 | | | |
| F | 40 | 3 | 3.70 | 90.0 | | | | | | 0.20 | | | |
| G | 5 | 3 | 3.73 | 98.8 | | | | | | 0.16 | | | |
| G | 25 | 3 | 3.72 | 97.5 | | | | | | 0.07 | | | |
| G | 40 | 3 | 3.74 | 88.6 | | | | | | | | | |
| H | 5 | 3 | 3.71 | 99.8 | | | | | | 0.04 | | | |
| H | 25 | 3 | 3.74 | 98.5 | | | | | | | | | |
| H | 40 | 3 | 3.75 | 89.1 | | | | | | | | | |
| A | 5 | 4 | 3.59 | 99.9 | | | | | | 0.22 | | | |
| A | 25 | 4 | 3.56 | 96.8 | | | | | | 0.20 | | | |
| A | 40 | 4 | 3.70 | 84.5 | | | | | | 0.31 | | | |
| B | 5 | 4 | 3.58 | 99.4 | | | | | | 0.11 | | | |
| B | 25 | 4 | 3.56 | 95.4 | | | | | | 0.17 | | | |
| B | 40 | 4 | 3.67 | 83.0 | | | | | | 1.37 | | | |
| C | 5 | 4 | 3.61 | 98.5 | | | | | | 0.18 | | | |
| C | 25 | 4 | 3.63 | 94.9 | | | | | | 0.18 | | | |
| C | 40 | 4 | 3.64 | 81.3 | | | | | | 0.18 | | | |
| D | 5 | 4 | 3.62 | 98.9 | | | | | | 0.12 | | | |
| D | 25 | 4 | 3.62 | 94.5 | | | | | 0.07 | 0.09 | | | |
| D | 40 | 4 | 3.61 | 82.1 | | | | | | 0.13 | | | |
| E | 5 | 4 | 3.63 | 97.6 | | | | | | | | | |
| E | 25 | 4 | 3.69 | 94.0 | | | | | | | | | |
| E | 40 | 4 | 3.63 | 83.2 | | | | | | 0.26 | | | |
| F | 5 | 4 | 3.68 | 98.9 | | | | | | 0.08 | | | |
| F | 25 | 4 | 3.69 | 95.3 | | | | | | 0.19 | | | |
| F | 40 | 4 | 3.70 | 84.6 | | | | | | 0.24 | | | |
| G | 5 | 4 | 3.68 | 98.1 | | | | | | | | | |
| G | 25 | 4 | 3.69 | 95.8 | | | | | | | | | |
| G | 40 | 4 | 3.84 | 83.2 | | | | | | | | | |
| H | 5 | 4 | 3.67 | 98.6 | | | | | | | | | |

PAR-VASO-0013834

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H | 25 | 4 | 3.62 | 93.1 | | 0.13 | | | | | 0.12 |
| H | 40 | 4 | 3.76 | 83.6 | | | | | | | |
| A | 5 | 5 | 3.63 | 99.7 | | | | | | 0.10 | |
| A | 25 | 5 | 3.63 | 95.8 | | | | | | | |
| B | 5 | 5 | 3.63 | 99.0 | | | | | | 0.25 | |
| B | 25 | 5 | 3.64 | 95.1 | | | | | | | |
| C | 5 | 5 | 3.68 | 98.2 | | | | | | | |
| C | 25 | 5 | 3.67 | 93.7 | | | | | | | |
| D | 5 | 5 | 3.67 | 98.7 | | | | | | | |
| D | 25 | 5 | 3.69 | 94.6 | | | | | | | |
| E | 5 | 5 | 3.69 | 97.5 | | | | | | | |
| E | 25 | 5 | 3.69 | 93.1 | | | 0.09 | | | | |
| F | 5 | 5 | 3.71 | 98.4 | | | 0.05 | | | 0.14 | |
| F | 25 | 5 | 3.74 | 94.4 | | | 0.15 | | | | |
| G | 5 | 5 | 3.74 | 97.2 | | | | | | | |
| G | 25 | 5 | 3.78 | 93.1 | | | | | | 1.73 | |
| H | 5 | 5 | 3.76 | 97.7 | | | | | | | |
| H | 25 | 5 | 3.76 | 95.7 | | | | | | | |
| A | 5 | 6 | 3.57 | 101.0 | | | | | | | |
| A | 25 | 6 | 3.49 | 95.4 | | | | | | | |
| A | 5 | 6 | 3.57 | 100.0 | | | | | | | |
| A | 25 | 6 | 3.49 | 94.5 | | | | | | | |
| B | 5 | 6 | 3.54 | 100.2 | | | | | | | |
| B | 25 | 6 | 3.49 | 95.7 | | | | | | | |
| B | 5 | 6 | 3.54 | 99.3 | 0.12 | | 0.13 | | | | |
| B | 25 | 6 | 3.49 | 94.6 | | | | | | | |
| C | 5 | 6 | 3.59 | 98.1 | | | | | | | |
| C | 25 | 6 | 3.56 | 95.1 | | | | | | | |
| C | 5 | 6 | 3.59 | 98.0 | | | | | | | |
| C | 25 | 6 | 3.56 | 93.5 | | | | | | | |

PAR-VASO-0013835

| Lot | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 5 | 6 | 3.55 | 100.0 | | | | | | | | | | |
| D | 25 | 6 | 3.56 | 95.8 | | | | | | | | | | |
| D | 5 | 6 | 3.55 | 98.6 | | | | | | | | 0.10 | | |
| D | 25 | 6 | 3.56 | 94.2 | | | | | | | | | | |
| E | 5 | 6 | 3.54 | 98.1 | | | | | | | | | | |
| E | 25 | 6 | 3.56 | 94.1 | | | | | | | | | | |
| E | 5 | 6 | 3.54 | 97.0 | | | | | | | | | | |
| E | 25 | 6 | 3.56 | 92.3 | | | | | | | | | | |
| F | 5 | 6 | 3.60 | 99.0 | | | | | | | | | | |
| F | 25 | 6 | 3.61 | 95.0 | | | | | | | | | | |
| F | 5 | 6 | 3.60 | 98.2 | | | | | | 0.10 | | 0.14 | | |
| F | 25 | 6 | 3.61 | 93.8 | | | | | | 0.21 | | | | |
| G | 5 | 6 | 3.61 | 98.2 | | | | | | | | | | |
| G | 25 | 6 | 3.66 | 96.1 | | | | | | | | | | |
| G | 5 | 6 | 3.61 | 96.5 | | | | | | | | | | |
| G | 25 | 6 | 3.66 | 94.4 | | | | | | | | | | |
| H | 5 | 6 | 3.64 | 98.6 | | | | | | | | | | |
| H | 25 | 6 | 3.65 | 97.0 | | | | | | | | | | |
| H | 5 | 6 | 3.64 | 96.9 | | | | | | | | | | |
| H | 25 | 6 | 3.65 | 95.3 | | | | | | | | | | |
| Min | | | 3.49 | 81.258 | 0 | 0 | | 0 | 0.053 | 0.042 | 0 | 0.104 | 0 | 0.116 |
| Max | | | 3.84 | 102.047 | 0 | 0 | | 0 | 0.153 | 1.371 | 0 | 1.731 | 0 | 0.116 |

| TABLE 67 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | RRT 0.47 (%) | RRT 0.48 (%) | RRT 0.49 (%) | RRT 0.50 (%) | RRT 0.510 (%) | RRT 0.52 (%) | RRT 0.56 (%) | RRT 0.57 (%) | RRT 0.58 (%) | RRT 0.61 (%) | RRT 0.63 (%) | RRT 0.64 (%) | RRT 0.646 (%) | RRT 0.67 (%) | RRT 0.68 (%) | RRT 0.70 (%) |
| A | | | | | | | | | | | 0.63 | | | | | |
| A | | | | | | | | | | | 0.63 | | | | | |

PAR-VASO-0013836

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | 0.63 | | | | |
| B | | | | | | | | 0.20 | | | | |
| B | | | | | | | | 0.20 | | | | |
| B | | | | | | | | 0.20 | | | | |
| C | | | 0.18 | | | | | 8.74 | | | | |
| C | | | 0.18 | | | | | 8.74 | | | | |
| C | | | 0.18 | | | | | 8.74 | | | | |
| D | | | 0.10 | | | | | 9.43 | | | | |
| D | | | 0.10 | | | | | 9.43 | | | | |
| D | | | 0.10 | | | | | 9.43 | | | | |
| E | | | | | | | | 1.55 | | | | |
| E | | | | | | | | 1.55 | | | | |
| E | | | | | | | | 1.55 | | | | |
| F | | | | | | 0.23 | | 0.22 | | | | |
| F | | | | | | 0.23 | | 0.22 | | | | |
| F | | | | | | 0.23 | | 0.22 | | | | |
| G | | | 0.12 | | | | | 0.44 | | | | |
| G | | | 0.12 | | | | | 0.44 | | | | |
| G | | | 0.12 | | | | | 0.44 | | | | |
| H | | | 0.08 | | | | | 0.27 | | | | |
| H | | | 0.08 | | | | | 0.27 | | | | |
| H | | | 0.08 | | | | | 0.27 | | | | |
| A1 | | | | | | | | | 0.06 | | | |
| A1 | | | | | | | | | 0.06 | | | |
| A1 | | | | | | | | | 0.06 | | | |
| B1 | | | | | | | | | | | | |
| B1 | | | | | | | | | | | | |
| B1 | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | |

PAR-VASO-0013837

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | 0.67 | | | | | | |
| A | | | | 0.82 | | | | 0.56 | | | | | |
| A | | | | 0.81 | | | | 0.40 | | | | | |
| B | | | | | | | 0.53 | | | | | | |
| B | | | | 0.46 | | | | 0.21 | | | | | |
| B | | | | 0.47 | | | | 0.34 | | | | | |
| C | | | 0.13 | | | | 0.31 | | | | | | |
| C | | 0.18 | | | | | | 0.25 | | | | | |
| C | | 0.23 | | | | | | 0.29 | | | | | |
| D | | | 0.09 | | | | 0.34 | | | | | | |
| D | | | | 0.13 | | | | 0.35 | | | | | |
| D | | 0.12 | | 0.11 | | | | 0.20 | | | | | |
| E | | | | | | | 0.53 | | | | | | |
| E | | | | 0.30 | | | | 0.50 | | | | | |
| E | | | | 0.32 | | | | 0.49 | | | | | |
| F | | | | | | | 0.22 | | | | | | |
| F | | | | 0.17 | | | | 0.23 | | | | | |
| F | | | | 0.18 | | | | 0.24 | | | | | |
| G | | | 0.12 | | | | 0.35 | | | | | | |
| G | | | | 0.46 | | | | 0.37 | | | | | |
| G | | | | 0.45 | | | | 0.35 | | | | | |
| H | | | 0.08 | | | | 0.28 | | | | | | |
| H | | | | 0.16 | | | | 0.24 | | | | | |
| H | | | | 0.15 | | | | 0.25 | | | | | |
| A1 | | | | | | | | | | | | | |
| A1 | | | | | | | | | | | | | |
| A1 | | | | | | | | 0.06 | | | | | |
| B1 | | | | | | | | | | | | | |
| B1 | | | | | | | | | | | | | |
| B1 | | | | | | | | | | | | | |

PAR-VASO-0013838

| | c1 | c2 | c3 | c4 | c5 | c6 | c7 | c8 | c9 | c10 |
|---|---|---|---|---|---|---|---|---|---|---|
| C1 | | | | | | | | | | |
| C1 | | | | | | | | | | |
| C1 | | | | | | | | | | |
| A | 0.24 | 0.76 | | | | | | | | |
| A | 0.06 | 0.73 | | | | | | | | |
| A | 0.05 | 0.83 | | | | | | | | |
| B | 0.04 | 0.40 | | | | | | | | |
| B | 0.04 | 0.42 | | | | | | | | |
| B | 0.12 | 0.45 | | | | | | | 0.05 | |
| C | 0.17 | 0.13 | | | | | | | | |
| C | 0.15 | 0.16 | | | | | | | | |
| C | 0.10 | | | | | | | | 0.07 | |
| D | | 0.14 | | | | | | | | |
| D | 0.05 | 0.13 | | | | | | | | |
| D | 0.04 | | | | | | | | 0.05 | |
| E | | 0.26 | | | | | | | | |
| E | | 0.27 | | | | | | | | |
| E | 0.09 | | | | | | | | | |
| F | | 0.15 | | | | | | | | |
| F | 0.07 | 0.18 | | | | | | | | |
| F | 0.29 | | | | | | | | | |
| G | | 0.56 | | | | | | | | |
| G | 0.06 | 0.54 | | | 0.08 | | | | | |
| G | | | | | | | | | | |
| H | | 0.20 | | | | | | | | |
| H | | 0.21 | | | | | | | | |
| H | 0.04 | | | | | | | | | |
| A1 | | | | | | | | | | |
| A1 | | | | | | | 0.14 | | | |
| A1 | | | | | | | | | | |

PAR-VASO-0013839

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B1 | | | | | | | | | | | | | |
| B1 | | | | | | | | | | | | | |
| B1 | | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | | |
| A | 0.09 | | | | | | | | | 0.72 | | | |
| A | 0.14 | | | | | | | | | 0.49 | | | |
| A | 0.12 | | | | | | | | | 0.47 | | | |
| B | 0.07 | | | | | | | | | 0.36 | | | |
| B | 0.06 | | | | | | | | | 0.47 | | | |
| B | 0.05 | | | | | | | | | 0.44 | 0.05 | | |
| C | 0.14 | | | | | | | | | 0.41 | | | |
| C | 0.13 | | | | | | | | | 0.57 | | | |
| C | 0.09 | | | | | | | | | 0.39 | | | |
| D | 0.99 | | | | | | | | | 0.28 | | | |
| D | 0.05 | | | | | | | | | 0.42 | | | |
| D | | | | | | | | | | 0.27 | 0.05 | | |
| E | | | | | | | | 0.06 | | 0.60 | | | |
| E | | | | | | | | | | 0.57 | | | |
| E | | | | | | | | | | 1.03 | | | |
| F | | | | | | 0.42 | | | | 0.31 | | | |
| F | 0.10 | | | | | | | | | 0.33 | | | |
| F | 0.10 | | | | | | | | | 0.35 | | | |
| G | | | | | | | | | | 0.39 | | | |
| G | 0.09 | | | | | | | | | 0.51 | | | |
| G | | | | | | | | | | 0.50 | | | |
| H | | | | | | | | | | 0.32 | | | |
| H | | | | | | | | | | 0.37 | | | |

PAR-VASO-0013840

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H | | | | | | | | | | 0.25 | | | |
| A | | | | 0.84 | | | | | | 0.59 | | | |
| A | | | | 0.82 | | | | | | 0.29 | | | |
| A | | | | 0.87 | | | | | | 0.39 | | | |
| B | | | | 0.47 | | | | | | 0.23 | | | |
| B | | | | 0.50 | | | | | | 0.43 | | | |
| B | | | | 0.55 | | | | | | 0.45 | | 0.08 | |
| C | | | | 0.21 | | | | | | 0.15 | | | |
| C | | | | 0.23 | | | | | | 0.25 | | | |
| C | | | | 0.25 | | | | | | 0.34 | | | |
| D | | | | 0.18 | | | | | | 0.27 | | | |
| D | | | | 0.24 | | | | | | 0.39 | | | |
| D | | | | 0.19 | | | | | | 0.25 | | 0.08 | |
| E | | | | 0.31 | | | | | | 0.58 | | | |
| E | | | | 0.33 | | | | | | 0.51 | | | |
| E | | | | 0.36 | | | | | | 0.67 | | | |
| F | | | | 0.18 | | | | | | 0.21 | | | |
| F | | | | 0.19 | | | | | | 0.27 | | | |
| F | | | | 0.20 | | | | | | 0.26 | | | |
| G | | | | 0.59 | | | | | | 0.40 | | | |
| G | | | | 0.59 | | | | | | 0.36 | | | |
| G | | | | 0.62 | | | | | 0.40 | | | | |
| H | | | | 0.20 | | | | | | 0.22 | | | |
| H | | | | 0.25 | | 0.20 | | | | 0.31 | | 0.11 | |
| H | | 0.25 | | | | | | | | 0.26 | | 0.09 | |
| A | | | | | | | | 0.61 | | | | | |
| A | | | | | | | | 0.48 | | | | | |
| B | | | | | | | | 0.27 | | | | | |
| B | | | | | | | | 0.43 | | | | | |
| C | | | | | | | | 0.29 | | | | | |

PAR-VASO-0013841

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | | | 0.15 | | | | 0.30 | | | | |
| D | | | | 0.14 | | | | 0.28 | | | | |
| D | | | | 0.08 | | | | 0.40 | | | | |
| E | | | | | | | | 0.53 | | | | |
| E | | | | | | | | 0.49 | | | | |
| F | | | | | | | | 0.24 | | | | |
| F | | | | | | | | 0.24 | | | | |
| G | | | | 0.14 | | | | 0.39 | | | | |
| G | | | | 0.17 | | | | 0.44 | | | | |
| H | | | | 0.10 | | | | 0.23 | | | | |
| H | | | | 0.13 | | | | 0.28 | | | | |
| A | | | | | | | | | 0.62 | | | |
| A | | | | | | | | | 0.30 | | | |
| A | 0.65 | | | | | | | 0.62 | | | | |
| A | 0.70 | | | | | | | 0.30 | | | | 0.19 |
| B | | | | | | | | | 0.61 | | | |
| B | | | | | | | | | 0.26 | | | |
| B | 0.38 | | | | | | | 0.62 | | | | |
| B | 0.38 | | | | | | | 0.26 | | | | 0.11 |
| C | | | | | | | | | 0.49 | | | |
| C | | | 0.17 | | | | | | 0.30 | | | |
| C | 0.14 | | | | | | | | | | | |
| C | | 0.25 | | | | | | 0.31 | | | | 0.21 |
| D | | | 0.10 | | | | | | 0.26 | | | |
| D | | | 0.10 | | | | | | 0.31 | | | |
| D | | 0.11 | | | | | | 0.26 | | | | 0.09 |
| D | 0.09 | 0.13 | | | | | | 0.32 | | | | 0.12 |
| E | | | | | | | | | 1.04 | | | |
| E | | | | | | | | | 0.64 | | | |
| E | 0.21 | | | | | | | 1.07 | | | | |

PAR-VASO-0013842

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 0.22 |  |  |  |  |  |  |  | 0.60 |  |  |  |  |  |
| F |  |  |  |  | 0.08 |  |  |  |  | 0.21 |  |  |  |  |
| F |  |  |  |  |  |  |  |  |  | 0.22 |  |  |  |  |
| F | 0.11 |  |  |  | 0.08 |  |  |  | 0.19 |  |  |  |  |  |
| F | 0.12 |  |  |  |  |  |  |  | 0.19 |  |  |  |  |  |
| G |  |  | 0.14 |  |  |  |  |  |  | 0.38 |  |  |  |  |
| G |  |  | 0.14 |  | 0.18 |  |  |  |  | 0.36 |  |  |  |  |
| G | 0.45 | 0.16 |  |  |  |  |  |  | 0.42 |  |  |  |  | 0.22 |
| G | 0.45 | 0.18 |  |  | 0.19 |  |  |  | 0.35 |  |  |  |  | 0.35 |
| H |  |  | 0.10 |  |  |  |  |  |  | 0.20 |  |  |  |  |
| H |  |  | 0.10 |  |  |  |  |  |  | 0.28 |  |  |  |  |
| H | 0.15 | 0.11 |  |  |  |  |  |  | 0.20 |  |  |  |  | 0.12 |
| H | 0.15 | 0.12 |  |  |  |  |  |  | 0.28 |  |  |  |  | 0.22 |
| Min | 0.035 | 0 | 0.125 |  | 0 | 0.42 | 0.077 | 0.064 | 0.23 | 0.14 |  | 0.051 | 0.048 |  |
| Max | 0.986 | 0 | 0.555 |  | 0 | 0.42 | 0.203 | 0.064 | 0.624 | 1.03 |  | 0.052 | 0.109 |  |

| | | | | | | | TABLE 68 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | RRT 0.71 (%) | RRT 0.72 (%) | RRT 0.74 (%) | RRT 0.76 (%) | RRT 0.77 (%) | RRT 0.78 (%) | RRT 0.79 (%) | RRT 0.80 (%) | RRT 0.82 (%) | RRT 0.84 (%) | RRT 0.86 (%) | RRT 0.87 (%) | RRT 0.88 (%) | RRT 0.91 (%) | RRT 0.94 (%) | RRT 0.95 (%) |
| A | 0.15 |  |  |  |  |  |  |  | 0.29 |  |  |  |  |  |  |  |
| A | 0.15 |  |  |  |  |  |  |  | 0.29 |  |  |  |  |  |  |  |
| A | 0.15 |  |  |  |  |  |  |  | 0.29 |  |  |  |  |  |  |  |
| B | 0.08 |  |  |  |  |  |  |  | 0.32 |  |  |  |  |  |  |  |
| B | 0.08 |  |  |  |  |  |  |  | 0.32 |  |  |  |  |  |  |  |
| B | 0.08 |  |  |  |  |  |  |  | 0.32 |  |  |  |  |  |  |  |
| C | 0.15 |  |  |  |  |  |  |  | 0.29 |  |  |  |  |  |  |  |
| C | 0.15 |  |  |  |  |  |  |  | 0.29 |  |  |  |  |  |  |  |
| C | 0.15 |  |  |  |  |  |  |  | 0.29 |  |  |  |  |  |  |  |

PAR-VASO-0013843

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| D | 0.10 | | | | | 0.30 | | |
| D | 0.10 | | | | | 0.30 | | |
| D | 0.10 | | | | | 0.30 | | |
| E | | | | | | 0.28 | | |
| E | | | | | | 0.28 | | |
| E | | | | | | 0.28 | | |
| F | | | | | | 0.32 | | |
| F | | | | | | 0.32 | | |
| F | | | | | | 0.32 | | |
| G | 0.20 | | | | | 0.31 | | |
| G | 0.20 | | | | | 0.31 | | |
| G | 0.20 | | | | | 0.31 | | |
| H | 0.12 | | | | | 0.30 | | |
| H | 0.12 | | | | | 0.30 | | |
| H | 0.12 | | | | | 0.30 | | |
| A1 | | | | | | | 0.32 | |
| A1 | | | | | | | 0.32 | |
| A1 | | | | | | | 0.32 | |
| B1 | | | | | | | 0.30 | |
| B1 | | | | | | | 0.30 | |
| B1 | | | | | | | 0.30 | |
| C1 | | | | | | | 0.31 | |
| C1 | | | | | | | 0.31 | |
| C1 | | | | | | | 0.31 | |
| A | 0.10 | | | | | 0.31 | | |
| A | | | | | | | 0.36 | |
| A | | | | 0.17 | | | 0.39 | |
| B | | | | | | 0.30 | | |
| B | | | | | | | 0.35 | |
| B | | | | | | | 0.36 | |

PAR-VASO-0013844

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | 0.32 | | | | | | 0.31 | | | | | | | |
| C | | | | | | | | 0.40 | | | | | | |
| C | | | | 0.16 | | | | 0.40 | | | | | | |
| D | 0.10 | | | | | | 0.31 | | | | | | | |
| D | | | | | | | | 0.34 | | | | | | |
| D | | | | | | | | 0.36 | | | | | | |
| E | | | | | | | 0.32 | | | | | | | |
| E | | | | | | | | 0.34 | | | | | | |
| E | | | | | | | | 0.37 | | | | | | |
| F | | | | | | | 0.30 | | | | | | | |
| F | | | | | | | | 0.34 | | | | | | |
| F | | | | | | | | 0.33 | | | | | | |
| G | 0.18 | | | 0.29 | | | 0.31 | | | | | | | |
| G | | | | 0.20 | | | | 0.38 | | | | | | |
| G | | | | 0.27 | | | | 0.42 | | | | | | |
| H | 0.09 | | | | | | 0.31 | | | | | | | |
| H | | | | 0.13 | | | | 0.35 | | | | | | |
| H | | | | 0.14 | | | | 0.36 | | | | | | |
| A1 | | | | | | | | | 0.10 | 0.29 | | | | |
| A1 | | | | | | | | | | 0.30 | | | | |
| A1 | | | | | | | | | | 0.29 | | | | |
| B1 | | | | | | | | | | 0.30 | | | | |
| B1 | | | | | | | | | | 0.30 | | | | |
| B1 | | | | | | | | | | 0.33 | | | | |
| C1 | | | | | | | | | | 0.31 | | | | |
| C1 | | | | | | | | | | 0.30 | | | | |
| C1 | | | | | | | | | | 0.30 | | | | |
| A | | | | 0.12 | | | | 0.33 | | | | | | |
| A | | | | 0.12 | | | | 0.36 | | | | | | |
| A | | | | 0.15 | | | | 0.42 | | | | | | |

PAR-VASO-0013845

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | 0.34 | | | | | |
| B | | | 0.07 | | | | 0.36 | | | | | |
| B | | | 0.10 | | | | 0.41 | | | | | |
| C | | | 0.12 | | | | 0.41 | | | | | |
| C | | | 0.15 | | | | 0.36 | | | | | |
| C | | | 0.17 | | | | 0.40 | | | | | |
| D | | | 0.09 | | | | 0.36 | | | | | |
| D | | | 0.11 | | | | 0.35 | | | | | |
| D | | | 0.10 | | | | 0.37 | | | | | |
| E | | | | | | | 0.33 | | | | | |
| E | | | | | | 0.21 | 0.31 | | | 0.05 | | |
| E | | | 0.10 | | | | 0.36 | | | | | |
| F | | | | | | | 0.36 | | | | | |
| F | | | | | | | 0.34 | | | | | |
| F | | | | | | | 0.37 | | | | | |
| G | | | 0.20 | | | | 0.33 | | | | | |
| G | | | 0.22 | | | | 0.34 | | | | | |
| G | | | 0.33 | | | | 0.41 | | | | | |
| H | | | 0.11 | | | | 0.35 | | | | | |
| H | | | 0.13 | | | | 0.34 | | | | | |
| H | | | 0.19 | | | | 0.36 | | | | | |
| A1 | | | | | | | | 0.30 | | | | |
| A1 | | | | | | | | 0.31 | | | | |
| A1 | | | | | | | | 0.31 | | | | 0.18 |
| B1 | | | | | | | | 0.30 | | | | |
| B1 | | | | | | | | 0.31 | | | | |
| B1 | | | | | | | | 0.29 | | | | 0.15 |
| C1 | | | | | | | | 0.31 | | | | |
| C1 | | | | | | | | 0.31 | | | | |

PAR-VASO-0013846

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1 | | | | | | | | | | 0.30 | | | | |
| A | | | | | | | | | | | | | | |
| A | | | | | | | | | | | | | | |
| A | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | 0.49 | |
| D | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | 0.25 | | | | | | | | | | 0.16 | | 0.38 | |
| E | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | |
| A | | | | | 0.16 | | | | 0.33 | | | | | |
| A | | | | | 0.18 | | | | 0.33 | | | | | |
| A | | | | | 0.25 | | | | 0.40 | | | | | |
| B | | | | | | | | | 0.32 | | | | | |
| B | | | | | 0.09 | | | | 0.32 | | | | | |

PAR-VASO-0013847

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | 0.17 | | 0.38 | | | | |
| C | | | | | | 0.34 | | | | |
| C | | | | 0.19 | | 0.35 | | | | |
| C | | | | 0.25 | | 0.42 | | | | |
| D | | | | 0.10 | | 0.32 | | | | |
| D | | | | 0.12 | | 0.36 | | | | |
| D | | | | 0.16 | | 0.45 | | | | |
| E | | | | | | 0.30 | | | | |
| E | | | | | | 0.32 | | | | |
| E | | | | 0.19 | | 0.40 | | | | |
| F | | | | | | 0.31 | | | | |
| F | | | | | | 0.33 | | | | |
| F | | | | 0.11 | | 0.37 | | | | |
| G | | | | 0.19 | | 0.35 | | | | |
| G | | | | 0.29 | | 0.37 | | | | |
| G | | | | 0.46 | | 0.45 | | | | |
| H | | | | 0.11 | | 0.34 | | | | |
| H | | | | 0.19 | | 0.36 | | | 0.08 | |
| H | | | | 0.26 | | 0.45 | | | | |
| A | 0.16 | | | | 0.28 | | | | | |
| A | 0.17 | | | 0.28 | | | | | | |
| B | | | | | 0.29 | | | | | |
| B | | | | 0.29 | | | | | | |
| C | 0.18 | | | 0.27 | | | | | | |
| C | 0.18 | | | 0.29 | | | | | | |
| D | | | | 0.29 | | | | | | |
| D | 0.11 | | | 0.29 | | | | | | |
| E | | | | 0.27 | | | | | | |
| E | | | | 0.30 | | | | | | |
| F | | | | 0.31 | | | | | | |

-186-

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | | | | | 0.30 | | | | | | | |
| G | 0.23 | | | | 0.28 | | | | | | | |
| G | 0.29 | | | | 0.29 | | | | | | | |
| H | 0.12 | | | | | 0.29 | | | | | | |
| H | 0.18 | | | | 0.29 | | | | | | | |
| A | | | | | | | | | 0.33 | | | |
| A | | | 0.14 | | | | | | 0.32 | | | |
| A | | | | | | | | 0.32 | | | | |
| A | | | | | | | | 0.28 | | | | |
| B | | | | | | | | | 0.32 | | | |
| B | | | | | | | | | 0.30 | | | |
| B | | | | | | | | 0.33 | | | | |
| B | | | | | | | | 0.28 | | | | |
| C | | 0.17 | | | | | | | 0.31 | | | |
| C | | | 0.14 | | | | | | 0.32 | | | |
| C | 0.14 | | | | | | | 0.26 | | | | |
| C | | | | | | | | 0.24 | | | | |
| D | | | | | | | | | 0.30 | | | |
| D | | | | | | | | | 0.32 | | | |
| D | | | | | | | | 0.32 | | | | |
| D | | | | | | | | 0.33 | | | | |
| E | | | | | | | | | 0.34 | | | |
| E | | | 0.12 | | | | | | 0.31 | | | |
| E | | | | | | | | 0.30 | | | | |
| E | | | | | | | | 0.28 | | | | |
| F | | | 0.07 | | | | | | 0.33 | | | |
| F | | | | | | | | | 0.32 | | | |
| F | | | | | | | | 0.30 | | | | |
| F | | | | | | | | 0.28 | | | | |
| G | | | | | | | | | 0.32 | | | |

PAR-VASO-0013849

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G | | | | 0.18 | | | | | | | | | 0.32 | | | |
| G | | | | | | | | | | 0.30 | | | | | | |
| G | | | | | | | | | | 0.24 | | | | | | |
| H | | | | | | | | | | | | | 0.30 | | | |
| H | | | | 0.09 | | | | | | | | | 0.31 | | | |
| H | | | | | | | | | | 0.32 | | | | | | |
| H | | | | | | | | | | 0.26 | | | | | | |
| Min | 0.112 | 0.252 | | 0.087 | 0.092 | | | 0.213 | 0.301 | | | 0.161 | | 0.053 | | |
| Max | 0.287 | 0.252 | | 0.33 | 0.456 | | | 0.328 | 0.453 | | | 0.161 | | 0.487 | | |

| TABLE 69 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | D-Asn-AVP (%) | RRT 0.99 (%) | RRT 1.02 (%) | RRT 1.03 (%) | RRT 1.04 (%) | RRT 1.05 (%) | RRT 1.06 (%) | Gly9-AVP (%) | Asp5-AVP (%) | Glu4-AVP (%) | RRT 1.09 (%) | RRT 1.10 (%) | RRT 1.095 (%) | RRT 1.12 (%) | RRT 1.13 (%) | RRT 1.14 (%) |
| A | | | 0.35 | | 0.21 | | | 0.17 | 0.58 | 0.41 | | | | | | |
| A | | | 0.35 | | 0.21 | | | 0.17 | 0.58 | 0.41 | | | | | | |
| A | | | 0.35 | | 0.21 | | | 0.17 | 0.58 | 0.41 | | | | | | |
| B | 0.20 | | 0.43 | | 0.15 | | | 0.20 | 0.19 | 0.25 | | | | | | |
| B | 0.20 | | 0.43 | | 0.15 | | | 0.20 | 0.19 | 0.25 | | | | | | |
| B | 0.20 | | 0.43 | | 0.15 | | | 0.20 | 0.19 | 0.25 | | | | | | |
| C | | | 0.42 | | 0.30 | | | | 0.48 | 0.17 | | | | | | |
| C | | | 0.42 | | 0.30 | | | | 0.48 | 0.17 | | | | | | |
| C | | | 0.42 | | 0.30 | | | | 0.48 | 0.17 | | | | | | |
| D | 0.15 | | 0.41 | | 0.11 | | | 0.11 | 0.18 | 0.19 | | | | | | |
| D | 0.15 | | 0.41 | | 0.11 | | | 0.11 | 0.18 | 0.19 | | | | | | |
| D | 0.15 | | 0.41 | | 0.11 | | | 0.11 | 0.18 | 0.19 | | | | | | |
| E | 0.22 | | 0.34 | | 0.19 | | | 0.14 | 0.93 | 0.24 | | | | | | |
| E | 0.22 | | 0.34 | | 0.19 | | | 0.14 | 0.93 | 0.24 | | | | | | |
| E | 0.22 | | 0.34 | | 0.19 | | | 0.14 | 0.93 | 0.24 | | | | | | |

PAR-VASO-0013850

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 0.15 | | 0.33 | | 0.07 | | | 0.13 | 0.12 | 0.19 | | | | | |
| F | 0.15 | | 0.33 | | 0.07 | | | 0.13 | 0.12 | 0.19 | | | | | |
| F | 0.15 | | 0.33 | | 0.07 | | | 0.13 | 0.12 | 0.19 | | | | | |
| G | | | 0.38 | | | | | | 0.19 | 0.24 | | | | | |
| G | | | 0.38 | | | | | | 0.19 | 0.24 | | | | | |
| G | | | 0.38 | | | | | | 0.19 | 0.24 | | | | | |
| H | 0.16 | | 0.42 | | | | | 0.08 | 0.12 | 0.14 | | | | | |
| H | 0.16 | | 0.42 | | | | | 0.08 | 0.12 | 0.14 | | | | | |
| H | 0.16 | | 0.42 | | | | | 0.08 | 0.12 | 0.14 | | | | | |
| A1 | 0.12 | 0.12 | | 0.24 | | | | 0.08 | | 0.10 | | | | 0.09 | |
| A1 | 0.12 | 0.12 | | 0.24 | | | | 0.08 | | 0.10 | | | | 0.09 | |
| A1 | 0.12 | 0.12 | | 0.24 | | | | 0.08 | | 0.10 | | | | 0.09 | |
| B1 | 0.11 | 0.12 | | 0.24 | | | | 0.07 | | 0.07 | | | | 0.07 | |
| B1 | 0.11 | 0.12 | | 0.24 | | | | 0.07 | | 0.07 | | | | 0.07 | |
| B1 | 0.11 | 0.12 | | 0.24 | | | | 0.07 | | 0.07 | | | | 0.07 | |
| C1 | 0.12 | 0.12 | | 0.25 | | | | 0.09 | | 0.10 | | | | 0.08 | |
| C1 | 0.12 | 0.12 | | 0.25 | | | | 0.09 | | 0.10 | | | | 0.08 | |
| C1 | 0.12 | 0.12 | | 0.25 | | | | 0.09 | | 0.10 | | | | 0.08 | |
| A | | | 0.47 | | 0.63 | | | 0.39 | 0.70 | 0.51 | | | | | |
| A | | | 0.33 | | | | | 0.41 | 0.46 | 0.61 | | | | 0.44 | |
| A | | | 0.31 | | | | | 1.28 | 0.65 | 1.52 | | | | 0.18 | |
| B | 0.19 | | 0.43 | | 0.26 | | | 0.25 | 0.58 | 0.27 | | | | | |
| B | 0.12 | | 0.31 | | | | | 0.39 | 0.20 | 0.52 | | | | | |
| B | 0.11 | | 0.31 | | | | | 0.29 | 0.44 | 1.47 | | | | 0.23 | |
| C | | | 0.42 | | 0.21 | | | | 0.20 | 0.15 | | | | | |
| C | | | 0.66 | | | | | 0.19 | 0.24 | 0.40 | | | | 0.16 | |
| C | 0.16 | | 1.71 | | 0.58 | | | 0.55 | 0.43 | 0.86 | | | | 0.17 | |
| D | | | 0.43 | | | | | 0.09 | 0.18 | 0.17 | | | | | |
| D | 0.13 | | 0.75 | | | | | 0.23 | 0.13 | 0.38 | | | | 0.17 | |
| D | 0.18 | | 1.71 | | | | | 0.57 | 1.43 | 0.82 | | | | 0.14 | |

PAR-VASO-0013851

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | | | 0.34 | | | | 0.17 | 0.25 | 0.23 | | | |
| E | | | 0.32 | | | | 0.32 | 0.25 | 0.41 | | | 0.23 |
| E | | | 0.28 | | | | 1.06 | 0.39 | 1.21 | | | 0.29 |
| F | 0.17 | | 0.36 | | 0.12 | | 0.17 | 0.14 | 0.20 | | | |
| F | 0.17 | | 0.35 | | | | 0.36 | 0.18 | 0.41 | | | 0.11 |
| F | 0.14 | | 0.29 | | | | 1.06 | 0.34 | 1.13 | | | |
| G | | | 0.36 | | | | 0.17 | | 0.26 | | | |
| G | | | 0.45 | | | | 0.18 | | 0.25 | | | 0.20 |
| G | | | 0.68 | | | | 0.38 | 0.33 | 0.52 | | | |
| H | | | 0.37 | | | | 0.07 | 0.11 | 0.16 | | | |
| H | 0.15 | | 0.45 | | | | 0.15 | | 0.24 | | | 0.13 |
| H | 0.17 | | 0.82 | | | | 0.45 | 0.18 | 0.60 | | | |
| A1 | 0.12 | 0.12 | 0.25 | | | | 0.08 | | 0.07 | | | 0.08 |
| A1 | 0.11 | 0.12 | 0.24 | | | | 0.14 | | 0.13 | | | 0.10 |
| A1 | 0.09 | 0.11 | 0.21 | | | 0.31 | 0.34 | 0.09 | 0.45 | | | 0.33 |
| B1 | 0.11 | 0.12 | 0.25 | | | | 0.07 | | 0.07 | | | 0.07 |
| B1 | 0.11 | 0.12 | 0.24 | | | 0.07 | 0.13 | | 0.16 | | | 0.18 |
| B1 | 0.10 | 0.11 | 0.21 | | | 0.33 | 0.33 | 0.09 | 0.41 | | | 0.72 |
| C1 | 0.12 | 0.13 | 0.26 | | | | 0.08 | | 0.10 | | | 0.08 |
| C1 | 0.11 | 0.13 | 0.25 | | | | 0.18 | | 0.18 | | | 0.10 |
| C1 | 0.11 | 0.12 | 0.23 | | | 0.27 | 0.52 | 0.13 | 0.64 | | | 0.10 |
| A | 0.10 | | 0.55 | | | | 0.43 | 0.66 | 0.26 | | | 0.54 |
| A | 0.06 | | 0.38 | | | | 0.81 | 0.66 | 0.90 | | | 0.05 |
| A | | | 0.26 | | | | 2.40 | 0.87 | | | | 0.19 |
| B | 0.14 | | 0.36 | | | | 0.20 | 0.18 | 0.27 | | | 0.13 |
| B | 0.12 | | 0.30 | | | | 0.68 | 0.31 | 0.77 | | | 0.07 |
| B | 0.20 | | 0.32 | | | | 2.42 | 0.74 | 2.51 | | | |
| C | | | 0.37 | | | | 0.15 | 0.21 | 0.21 | 0.05 | | 0.22 |
| C | 0.10 | | 0.88 | | | | 0.29 | 0.17 | 0.49 | | | 0.15 |
| C | 0.14 | | 2.08 | | | | 1.00 | 0.46 | 1.42 | | | |

PAR-VASO-0013852

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 0.14 | | 0.52 | | | | 0.19 | 0.11 | 0.21 | | | 0.11 | |
| D | 0.13 | | 1.04 | | | | 0.38 | 0.21 | 0.50 | | | 0.16 | |
| D | 0.13 | | 2.15 | | | | 1.03 | 0.50 | 1.41 | | | | |
| E | | | 0.44 | | | | 0.25 | 0.27 | 0.24 | | | 0.30 | |
| E | | | 0.41 | | | | 0.71 | 0.33 | 0.73 | | | 0.24 | |
| E | | | 0.23 | | | | 2.09 | 0.58 | 2.38 | | | | |
| F | 0.11 | | 0.34 | | | | 0.17 | 0.11 | 0.19 | | | 0.09 | |
| F | 0.19 | | 0.33 | | | | 0.58 | 0.25 | 0.60 | | | 0.07 | |
| F | 0.14 | | 0.24 | | | | 2.08 | 0.63 | 2.06 | | | | |
| G | 0.06 | | 0.38 | | | | 0.16 | 0.22 | 0.20 | | | 0.17 | |
| G | | | 0.54 | | | | 0.28 | 0.20 | 0.34 | | | 0.11 | |
| G | 0.12 | | 0.90 | | | | 0.83 | 0.57 | 1.18 | | | | |
| H | 0.21 | | 0.54 | | | | 0.21 | 0.10 | 0.19 | | | 0.12 | |
| H | 0.22 | | 0.69 | | | | 0.30 | 0.10 | 0.32 | | | 0.14 | |
| H | 0.16 | | 0.91 | | | | 0.74 | 0.29 | 1.05 | | | | |
| A1 | 0.11 | 0.14 | | 0.24 | | | 0.08 | | 0.08 | | | | |
| A1 | 0.13 | 0.14 | | 0.23 | 0.18 | | 0.20 | | 0.20 | | | | |
| A1 | 0.10 | 0.12 | | 0.21 | 0.50 | | 0.56 | 0.14 | 0.67 | | | | 0.10 |
| B1 | 0.12 | 0.12 | | 0.24 | | | 0.08 | | 0.08 | | | | |
| B1 | 0.12 | 0.13 | | 0.23 | 0.18 | | 0.20 | 0.04 | 0.21 | | | | |
| B1 | 0.10 | 0.11 | | 0.20 | 0.52 | | 0.55 | 0.15 | 0.73 | | | | 0.06 |
| C1 | 0.12 | 0.13 | | 0.25 | | | 0.10 | 0.09 | | | | | |
| C1 | 0.14 | 0.13 | | 0.24 | | | 0.28 | | 0.29 | | | | |
| C1 | 0.10 | 0.13 | | 0.21 | 0.43 | | 0.89 | 0.22 | 1.14 | | | | 0.07 |
| A | 0.10 | | 0.29 | | | | 0.31 | 0.52 | 0.36 | | | 0.62 | |
| A | 0.10 | | | | | | 0.97 | 0.62 | 1.17 | | | 0.19 | |
| A | 0.09 | | | | | | 3.45 | 1.20 | 3.64 | | | 0.20 | |
| B | 0.11 | | | | | | 0.25 | 0.21 | 0.31 | | | 0.11 | 0.06 |
| B | 0.12 | | | | | | 0.94 | 0.37 | 1.13 | | | 0.22 | |

PAR-VASO-0013853

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 0.09 | | | | | 3.37 | 0.88 | 0.36 | | | 0.22 | | |
| C | 0.09 | | | | | 0.15 | 0.10 | 0.20 | | | 0.15 | | |
| C | 0.10 | 0.93 | | | | 0.45 | 0.24 | 0.61 | | | 0.19 | | |
| C | 0.08 | 2.15 | | | | 1.29 | 0.66 | 2.00 | | | 0.19 | | |
| D | | | | | | 5.25 | 0.31 | | | | 0.16 | | |
| D | 0.10 | 1.05 | | | | 0.46 | 0.23 | 0.66 | | | 0.11 | | |
| D | 0.09 | 2.18 | | | | 1.29 | 0.56 | 1.77 | | | | | |
| E | | 0.82 | | | | 0.30 | 0.22 | 0.27 | | | 0.28 | | |
| E | 0.09 | | | | | 0.87 | 0.47 | 0.99 | | | 0.21 | | |
| E | 0.09 | | | | | 2.93 | 0.77 | 3.30 | | | | | |
| F | 0.11 | | | | | 0.22 | 0.12 | 0.25 | | | 0.08 | | |
| F | 0.11 | | | | | 0.81 | 0.36 | 0.84 | | | 0.09 | | |
| F | 0.09 | | | | | 2.79 | 0.73 | 2.91 | | | | | |
| G | 0.10 | | | | | 0.14 | 0.15 | 0.15 | | | 0.13 | | |
| G | 0.10 | | | | | 0.37 | 0.34 | 0.53 | | | 0.12 | | |
| G | | 0.73 | | | | 0.89 | 0.64 | 1.22 | | | 0.07 | | |
| H | 0.11 | | | | | 0.11 | 0.06 | 0.16 | | | 0.08 | | |
| H | 0.09 | | | | | 0.31 | 0.08 | 0.43 | | | 0.08 | | |
| H | | 0.69 | | | | 0.86 | 0.34 | 1.26 | | | | | |
| A | | 0.33 | | | | 0.18 | 0.22 | 0.07 | 0.18 | | 0.25 | | |
| A | | 0.29 | | | | 1.14 | 0.31 | 1.24 | | 0.17 | | | |
| A | | 0.27 | | | | 4.38 | 1.21 | 4.48 | | | | | |
| B | 0.12 | 0.32 | | | | 0.19 | 0.14 | 0.15 | | | | | |
| B | 0.14 | 0.30 | | | | 1.16 | 0.34 | 0.95 | | | 0.05 | | |
| B | 0.14 | 0.27 | | | | 4.31 | 1.01 | 4.71 | | | | | 0.06 |
| C | | 0.38 | | | | 0.10 | 0.12 | 0.08 | | | 0.09 | | |
| C | | 0.38 | 0.95 | | | 0.51 | 0.26 | 0.48 | | | | | |
| C | | | 2.09 | | | 1.48 | 0.68 | 2.32 | | | | | |
| D | 0.14 | 0.42 | | | | 0.13 | 0.07 | 0.09 | | | | | |
| D | 0.16 | 0.41 | 0.94 | | | 0.53 | 0.34 | 0.52 | | | | | |

PAR-VASO-0013854

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | | | | 2.10 | | | 1.47 | 0.54 | 2.29 | | | |
| E | | | 0.32 | | | | 0.17 | 0.21 | 0.09 | | | 0.17 |
| E | | | 0.29 | | | | 1.02 | 0.34 | 1.29 | | | |
| E | | | 0.24 | | | | 3.78 | 0.89 | 4.08 | | | |
| F | 0.14 | | 0.32 | | | | 0.19 | 0.06 | 0.15 | | | |
| F | 0.12 | | 0.29 | | | | 0.95 | 0.26 | 1.08 | | | |
| F | 0.14 | | 0.27 | | | | 3.55 | 0.84 | 3.64 | | | |
| G | | | 0.36 | | | | 0.11 | | 0.07 | | | 0.10 |
| G | | | 0.48 | 0.18 | | | 0.39 | 0.17 | 0.37 | | | |
| G | | | 0.43 | 0.47 | | | 1.06 | 0.42 | 1.66 | | 0.17 | |
| H | 0.16 | | 0.39 | | | | 0.11 | | 0.09 | | | |
| H | 0.23 | | 0.46 | 0.21 | | | 0.45 | 0.39 | 0.61 | | | |
| H | 0.18 | | 0.45 | 0.52 | | | 1.08 | 0.48 | 1.72 | | | |
| A | 0.15 | | 0.51 | | | | 0.26 | 0.62 | 0.27 | 0.24 | | |
| A | 0.14 | | 0.52 | | | | 1.41 | 0.40 | 1.71 | 0.28 | | |
| B | 0.19 | | 0.49 | | 0.06 | | 0.27 | 0.24 | 0.28 | | | |
| B | 0.20 | | 0.55 | | | | 1.53 | 0.38 | 1.54 | 0.37 | | |
| C | | | 0.64 | | | | 0.13 | 0.20 | 0.16 | | | |
| C | 0.16 | | 1.86 | | | | 0.69 | 0.20 | 0.75 | 0.24 | | |
| D | 0.14 | | 0.66 | | | | 0.18 | 0.20 | 0.18 | | | |
| D | 0.15 | | 1.76 | | | | 0.72 | 0.25 | 0.80 | 0.16 | | |
| E | 0.19 | | 0.43 | | | | 0.25 | 0.40 | 0.27 | | | |
| E | | | 0.35 | | | | 1.24 | 0.55 | 1.37 | | | |
| F | 0.16 | | 0.41 | | | | 0.26 | 0.18 | 0.29 | | | |
| F | 0.12 | | 0.38 | | | | 1.15 | 0.39 | 1.23 | | | |
| G | 0.10 | | 0.41 | | | | 0.12 | 0.21 | 0.17 | | | |
| G | | | 0.74 | | | | 0.52 | 0.11 | 0.68 | 0.24 | | |
| H | 0.11 | | 0.44 | | | | 0.12 | 0.14 | 0.17 | | | |
| H | 0.13 | | 0.77 | | | | 0.51 | 0.16 | 0.60 | 0.16 | | |
| A | 0.12 | 0.13 | | 0.27 | | 0.09 | 0.84 | | 0.22 | | | |

PAR-VASO-0013855

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.10 | 0.13 | | 0.24 | | | 1.84 | 0.31 | 1.57 | | | 0.15 | |
| A | | | 0.30 | | | | 0.21 | 0.48 | 0.13 | | | | |
| A | | | 0.75 | | | | 1.62 | 0.45 | 1.38 | | | | |
| B | 0.13 | 0.13 | | 0.25 | | 0.07 | 0.77 | | 0.22 | | | | |
| B | 0.12 | 0.13 | | 0.23 | | | 1.67 | 0.33 | 1.61 | | | | |
| B | 0.19 | | 0.33 | | | | 0.24 | 0.56 | 0.20 | | | | |
| B | 0.12 | | 0.37 | | | | 1.64 | 0.42 | 1.73 | | | | |
| C | 0.12 | 0.13 | 0.24 | | | | 0.21 | 0.22 | 0.14 | | | 0.10 | |
| C | 0.12 | 0.13 | | 0.20 | | 1.31 | 0.90 | 0.12 | 0.77 | | | | |
| C | 0.16 | | 0.90 | | | | 0.25 | 0.34 | 0.31 | | | | |
| C | | | 1.70 | | | | 0.71 | 0.40 | 0.79 | | | | |
| D | 0.13 | 0.13 | | 0.23 | | 0.12 | 0.28 | | 0.13 | | | 0.06 | |
| D | 0.11 | 0.13 | | 0.21 | 1.32 | | 0.81 | 0.13 | 0.79 | | | 0.05 | |
| D | 0.15 | | 0.46 | | | | 0.19 | 0.16 | 0.14 | | | | |
| D | 0.15 | | 1.72 | | | | 0.75 | 0.33 | 0.83 | | | | |
| E | 0.11 | 0.13 | | 0.25 | | 0.12 | 0.86 | | 0.20 | | | 0.06 | |
| E | 0.12 | | | 0.24 | | | 1.65 | 0.25 | 1.41 | | | | |
| E | | | 0.30 | | 0.09 | | 0.21 | 0.66 | 0.20 | | | | |
| E | | | 0.34 | | | | 1.44 | 0.59 | 1.51 | | | | |
| F | 0.15 | 0.14 | | 0.25 | | 0.06 | 0.30 | | 0.20 | | | 0.06 | |
| F | 0.12 | 0.12 | | 0.25 | | | 1.36 | 0.26 | 1.30 | | | 0.05 | |
| F | 0.17 | | 0.35 | | | | 0.25 | 0.13 | 0.21 | | | | |
| F | 0.19 | | 0.36 | | | | 0.39 | 1.30 | 1.40 | | | | |
| G | 0.13 | 0.14 | | 0.24 | | | 0.39 | | 0.11 | | | 0.13 | |
| G | 0.12 | 0.14 | | 0.22 | 0.33 | | 0.72 | 0.09 | 0.64 | | | | |
| G | | | 0.36 | | | | 0.17 | 0.19 | 0.12 | | | | |
| G | 0.27 | | 0.76 | | | | 0.33 | 0.58 | 0.54 | | | | |
| H | 0.12 | 0.13 | | 0.24 | | | 0.24 | | 0.12 | | | 0.05 | |
| H | 0.13 | 0.13 | | 0.22 | 0.39 | | 0.59 | 0.09 | 0.56 | | | 0.06 | |
| H | 0.18 | | 0.43 | | | | 0.21 | 0.15 | 0.16 | | | | |

PAR-VASO-0013856

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| H | 0.15 | 0.81 | | 0.30 | 0.56 | 0.61 | | | |
| Min | 0.057 | 0.234 | 0.055 | 0.079 | 0.042 | 0.071 | 0.182 | 0.051 | 0.059 |
| Max | 0.231 | 2.177 | 0.501 | 4.376 | 5.246 | 4.713 | 0.182 | 0.622 | 0.1 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **TABLE 70** | | | | | | | | | | |
| Lot | RRT 1.16 (%) | RRT 1.168 (%) | RRT 1.19 (%) | RRT 1.20 (%) | RRT 1.206 (%) | RRT 1.23 (%) | RRT 1.24 (%) | RRT 1.25 (%) | RRT 1.26 (%) | RRT 1.27 (%) | AVP Dimer (%) | Acetyl-AVP (%) | RRT 1.32 (%) | RRT 1.33 (%) | RRT 1.34 (%) | RRT 1.35 (%) |
| A | | | 0.33 | | | | | | | | | 0.35 | | | | |
| A | | | 0.33 | | | | | | | | | 0.35 | | | | |
| A | | | 0.33 | | | | | | | | | 0.35 | | | | |
| B | | | 0.07 | | | | | | | | | 0.33 | | | | |
| B | | | 0.07 | | | | | | | | | 0.33 | | | | |
| B | | | 0.07 | | | | | | | | | 0.33 | | | | |
| C | | | 0.22 | | | | | | | | | 0.22 | | | | |
| C | | | 0.22 | | | | | | | | | 0.22 | | | | |
| C | | | 0.22 | | | | | | | | | 0.22 | | | | |
| D | | | 0.08 | | | | | | | | | 0.23 | | | | |
| D | | | 0.08 | | | | | | | | | 0.23 | | | | |
| D | | | 0.08 | | | | | | | | | 0.23 | | | | |
| E | | | 0.55 | | | | | | | | | 0.53 | | | | |
| E | | | 0.55 | | | | | | | | | 0.53 | | | | |
| E | | | 0.55 | | | | | | | | | 0.53 | | | | |
| F | | | | | | | | | | | | 0.34 | | | | |
| F | | | | | | | | | | | | 0.34 | | | | |
| F | | | | | | | | | | | | 0.34 | | | | |
| G | | | | | | | | | | | | 0.23 | | | | |
| G | | | | | | | | | | | | 0.23 | | | | |
| G | | | | | | | | | | | | 0.23 | | | | |
| H | | | | | | | | | | | | 0.23 | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H | | | | | | | | | 0.23 | | | |
| H | | | | | | | | | 0.23 | | | |
| A1 | | | | | 0.21 | | | | 0.28 | | | |
| A1 | | | | | 0.21 | | | | 0.28 | | | |
| A1 | | | | | 0.21 | | | | 0.28 | | | |
| B1 | | | | | 0.21 | | | | 0.29 | | | |
| B1 | | | | | 0.21 | | | | 0.29 | | | |
| B1 | | | | | 0.21 | | | | 0.29 | | | |
| C1 | | | | | 0.14 | | | | 0.29 | | | |
| C1 | | | | | 0.14 | | | | 0.29 | | | |
| C1 | | | | | 0.14 | | | | 0.29 | | | |
| A | | 0.37 | | | | | | | 0.22 | | 0.13 | |
| A | | | | | | | | 0.20 | 0.60 | | | |
| A | | | | | | | | | 0.59 | | | |
| B | | 0.26 | | | | | | | 0.35 | | | |
| B | | | | | | | | | 0.49 | | | |
| B | | | | | | | | | 0.48 | | | |
| C | | | | | | | | | 0.24 | | | |
| C | | | 0.46 | | | | | | 0.26 | | | |
| C | | | 0.44 | | | 0.73 | | | 0.25 | | | |
| D | | 0.07 | | | | | | | 0.22 | | | |
| D | | | 0.35 | | | | | | 0.25 | | | |
| D | | | 0.41 | | | | | | 0.27 | | | |
| E | | 0.12 | | | | | | | 0.43 | | | |
| E | | | | | | | | | 0.72 | | | |
| E | | | | | | | | | 0.68 | | | |
| F | | 0.07 | | | | | | | 0.35 | | | |
| F | | | | | | | | | 0.55 | | | |
| F | | | | | | | | | 0.53 | | | |
| G | | | | | | | | | 0.29 | | | |

-196-

PAR-VASO-0013858

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G | | | 0.54 | | | | | | | 0.27 | | | |
| G | | | 0.54 | | | | | | | 0.40 | | | |
| H | | | | | | | | | | 0.21 | | 0.12 | |
| H | | | 0.56 | | | | | | | 0.17 | | | |
| H | | | 0.55 | | | | | | | 0.17 | | | |
| A1 | | | | | 0.23 | | | | | 0.28 | | | |
| A1 | | | | | 0.21 | | | | | 0.27 | | | |
| A1 | | | | | 0.25 | | | | | 0.27 | | | |
| B1 | | | | | 0.22 | | | | | 0.28 | | | |
| B1 | | | | 0.21 | | | | | | 0.28 | | | |
| B1 | | | | | 0.13 | | | | | 0.27 | | | |
| C1 | | | | | 0.14 | | | | | 0.27 | | | |
| C1 | | | | | 0.15 | | | | | 0.28 | | | |
| C1 | | | | | 0.15 | | | | | 0.28 | | | |
| A | | | | | | | | | 0.58 | 0.47 | | | |
| A | | | | | | | | | | 0.76 | | | |
| A | 0.06 | | | | | | | 0.08 | 0.32 | 0.51 | | | |
| B | | | | | | | | | | 0.34 | | | |
| B | | | | | | | | | 0.07 | 0.51 | | | |
| B | 0.06 | | | | | | | 0.07 | 0.25 | 0.52 | | | |
| C | | | 0.54 | | | | | | 0.25 | 0.26 | | | |
| C | | | 0.58 | | | | | | 0.19 | 0.20 | | | |
| C | | | 0.41 | | | | | | | 0.26 | | | |
| D | | | 0.49 | | | | | | 0.15 | 0.23 | | | |
| D | | | 0.47 | | | | | | 0.25 | 0.24 | | | |
| D | | | 0.32 | | | | | 0.03 | | 0.25 | | | |
| E | | | | | | | | | 0.34 | 0.40 | | | |
| E | | | | | | | | | 0.20 | 0.51 | | | |
| E | | | | | | | | 0.06 | | 0.76 | | | |
| F | | | | | | | | | 0.12 | 0.33 | | | |

PAR-VASO-0013859

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | | | | | | | | | 0.10 | 0.77 | | | |
| F | | | | | | | | 0.04 | | 0.58 | | | |
| G | | | 0.62 | | | | | | 0.25 | 0.23 | | | |
| G | | | 0.62 | | | | | | 0.18 | | | | |
| G | | | 0.52 | | | | | | | 0.25 | | | |
| H | | | 0.56 | | | | | | 0.09 | 0.42 | | | |
| H | | | 0.59 | | | | | | 0.16 | 0.38 | | | |
| H | | | 0.56 | | | | | | | 0.46 | | | |
| A1 | | | | | 0.20 | | | | | 0.30 | | | |
| A1 | | | | | 0.20 | | | | | 0.29 | | | |
| A1 | | | | | 0.28 | | | | | 0.29 | | | |
| B1 | | | | | 0.23 | | | | | 0.32 | | | |
| B1 | | | | | 0.23 | | | | | 0.28 | | | |
| B1 | | | | | 0.12 | | | | | 0.28 | | | |
| C1 | | | | | 0.13 | | | | | 0.28 | | | |
| C1 | | | | | 0.13 | | | | | 0.32 | | | |
| C1 | | | | | 0.16 | | | | | 0.28 | | | |
| A | | | 0.08 | | | | | | 0.62 | 0.55 | | | |
| A | | | | | | | | | 0.32 | 0.80 | | | |
| A | 0.14 | | | | | | | | 0.21 | 0.51 | | | |
| B | | | | | | | | | 0.18 | 0.42 | | | |
| B | | | | | | | | | 0.45 | 0.64 | | | |
| B | 0.13 | | | | | | | | 0.22 | 0.49 | | 0.05 | |
| C | | | 0.42 | | | | | | | 0.27 | | | |
| C | | | 0.39 | | | | | | 0.31 | 0.28 | | | |
| C | | | 0.38 | | | | | | 0.19 | 0.29 | | | |
| D | | | 0.37 | | | | | | | 0.21 | | | |
| D | | | 0.40 | | | | | | 0.15 | 0.23 | | | |
| D | | | 0.39 | | | | | | 0.09 | 0.24 | | | |

PAR-VASO-0013860

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | | | | | | | | 0.19 | 0.31 | | | |
| E | | | | | | | | 0.25 | 0.93 | | | |
| E | 0.10 | | | | | | | 0.22 | 0.77 | | | |
| F | | | | | | | | 0.23 | 0.51 | | | |
| F | | | | | | | | | 0.69 | | | |
| F | 0.09 | | | | | | | 0.07 | 0.51 | | | |
| G | | | 0.52 | | | | | 0.22 | 0.24 | | | |
| G | | | 0.52 | | | | | 0.32 | 0.24 | | | |
| G | | | 0.51 | | | | | 0.06 | 0.46 | | | |
| H | | | 0.53 | | | | | 0.04 | 0.46 | | | |
| H | | | 0.53 | | | | | | 0.42 | | | |
| H | | | 0.55 | | | | | | 0.50 | | | |
| A | | | | | | | | 0.29 | 0.43 | | | |
| A | | | | | | | | | 0.55 | | | |
| A | | 0.23 | | | | | | 0.11 | 0.58 | | | |
| B | | | | | | | | 0.10 | 0.39 | | | |
| B | | | | | | | | 0.24 | 0.31 | | | |
| B | | 0.24 | | | | 0.13 | | 0.14 | 0.50 | | | |
| C | | | | 0.35 | | | | 0.44 | 0.21 | | | |
| C | | | | 0.42 | | 0.95 | | | 0.22 | | | |
| C | | | | 0.39 | | | | 0.49 | 0.24 | | | |
| D | | | | 0.39 | | | | 0.11 | 0.22 | | | |
| D | | | | 0.39 | | 0.82 | | | 0.24 | | | |
| D | | | | 0.38 | | 0.70 | | | 0.25 | | | |
| E | | | | | | | | 0.23 | 0.50 | | | |
| E | | | | | | | | 0.57 | 0.88 | | | |
| E | | 0.18 | | | | | | 0.17 | 0.73 | | | |
| F | | | | | | | | 0.26 | 0.32 | | | |
| F | | | | | | 0.08 | | 0.07 | 0.74 | | | |
| F | | 0.15 | | | | | | 0.09 | 0.59 | | | |

PAR-VASO-0013861

|  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G |  |  |  | 0.49 |  |  |  |  | 0.21 | 0.21 |  |  |
| G |  |  |  | 0.51 |  |  |  |  | 0.48 | 0.23 |  |  |
| G |  |  |  | 0.49 |  | 0.14 |  |  |  | 0.19 |  |  |
| H |  |  |  | 0.51 |  |  |  |  | 0.12 | 0.38 |  |  |
| H |  |  |  | 0.54 |  | 0.80 |  |  |  | 0.45 |  |  |
| H |  |  |  | 0.53 |  |  |  |  | 0.30 | 0.49 |  |  |
| A |  |  | 0.22 |  |  |  |  |  |  | 0.56 |  |  |
| A |  |  | 0.14 |  | 0.21 |  |  |  |  | 0.70 |  |  |
| B |  |  | 0.08 |  |  |  |  |  |  | 0.41 |  |  |
| B |  |  | 0.21 |  | 0.12 |  |  |  |  | 0.53 |  |  |
| C |  |  | 0.65 |  |  |  |  |  |  | 0.21 |  |  |
| C |  |  | 0.17 |  |  |  |  |  |  | 0.21 |  |  |
| D |  |  | 0.38 |  |  |  |  |  |  | 0.22 |  |  |
| D |  |  | 0.53 |  |  |  |  |  |  | 0.23 |  |  |
| E |  |  | 0.16 |  | 0.14 |  |  |  |  | 0.46 |  |  |
| E |  |  | 0.11 |  | 0.19 |  |  |  |  | 0.99 |  | 0.10 |
| F |  |  | 0.06 |  | 0.13 |  |  |  |  | 0.45 |  |  |
| F |  |  | 0.07 |  | 0.12 |  |  |  |  | 0.65 |  | 0.07 |
| G |  |  | 0.80 |  |  |  |  |  |  | 0.21 |  |  |
| G |  |  | 0.42 |  |  |  |  |  |  | 0.23 |  | 0.15 |
| H |  |  | 0.48 |  |  |  |  |  |  | 0.20 | 0.15 |  |
| H |  |  | 0.67 |  |  |  |  |  |  | 0.21 |  | 0.12 |
| A |  | 0.22 |  |  | 0.37 |  |  |  |  | 0.25 |  |  |
| A |  | 0.29 |  |  |  |  |  |  |  | 0.23 |  |  |
| A | 0.30 |  |  |  |  |  |  |  |  | 0.54 |  |  |
| A |  |  |  |  |  |  |  |  |  | 0.69 |  |  |
| B |  | 0.17 |  |  | 0.41 |  |  |  |  | 0.23 |  |  |
| B |  | 0.14 |  |  |  |  |  |  |  | 0.22 |  |  |
| B | 0.34 |  |  |  |  |  |  |  |  | 0.28 |  |  |
| B |  |  |  |  |  |  |  |  |  | 0.52 |  |  |

PAR-VASO-0013862

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | 0.24 | 0.34 | | | | |
| C | | 0.29 | | | 0.37 | | | | 0.25 | | | | |
| C | | 0.19 | | | | | | | 0.25 | | | | |
| C | | | | 0.42 | | | | | 0.21 | | | | |
| D | | | | | 0.24 | | | | 0.22 | | | | |
| D | | 0.20 | | | 0.26 | | | | 0.23 | | | | |
| D | | | | 0.30 | | | | | 0.20 | | | | |
| D | | | | 0.37 | | | | | 0.23 | | | | |
| E | | 0.32 | | | 0.57 | | | | 0.22 | | | | |
| E | | 0.23 | | | 0.18 | | | | 0.20 | | | | |
| E | 0.43 | | | | | | | | 0.65 | | | | |
| E | 0.16 | | | | | | | | 0.91 | | | | |
| F | | 0.14 | | | 0.14 | | | | 0.21 | | | | |
| F | | 0.14 | | | 0.09 | | | | 0.21 | | | | |
| F | | | | | | | | | 0.44 | | | | |
| F | | | | | | | | | 0.70 | 0.08 | | | |
| G | | 0.33 | | | 0.39 | | | | 0.22 | | | | |
| G | | 0.26 | | | 0.35 | | | | 0.23 | | | | |
| G | | | | 0.37 | | | | | 0.24 | | | | |
| G | 0.37 | | | | | | | | 0.20 | | | | |
| H | | 0.14 | | | 0.32 | | | | 0.22 | | | | 0.16 |
| H | | 0.14 | | | 0.33 | | | | 0.21 | | | | 0.23 |
| H | | | | 0.40 | | | | | 0.19 | 0.18 | | | |
| H | 0.42 | | | | | | | | 0.21 | 0.20 | | | |
| Min | 0.086 | | 0 | 0.057 | | | 0 | 0.034 | 0.042 | 0.193 | | 0.047 | 0.147 |
| Max | 0.341 | | 0 | 0.796 | | | 0 | 0.061 | 0.623 | 0.986 | | 0.047 | 0.147 |

TABLE 71

PAR-VASO-0013863

| Lot | RRT 1.37 (%) | RRT 1.44 (%) | RRT 1.45 (%) | RRT 1.46 (%) | RRT 1.47 (%) | RRT 1.48 (%) | RRT 1.55 (%) | RRT 1.57 (%) | RRT 1.59 (%) | RRT 1.62 (%) | RRT 1.68 (%) | RRT 1.70 (%) | RRT 1.71 (%) | RRT 1.72 (%) | RRT 1.80 (%) | RRT 1.82 (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | 0.32 | | | | | | | | | | | | |
| A | | | | 0.32 | | | | | | | | | | | | |
| A | | | | 0.32 | | | | | | | | | | | | |
| B | | | | 0.18 | | | | | | | | | | | | |
| B | | | | 0.18 | | | | | | | | | | | | |
| B | | | | 0.18 | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | 0.15 | | |
| C | | | | | | | | | | | | | | 0.15 | | |
| C | | | | | | | | | | | | | | 0.15 | | |
| D | | | | | | | | | | | | | | 0.16 | | |
| D | | | | | | | | | | | | | | 0.16 | | |
| D | | | | | | | | | | | | | | 0.16 | | |
| E | | | | | | | | | | | | | | 0.61 | | |
| E | | | | | | | | | | | | | | 0.61 | | |
| E | | | | | | | | | | | | | | 0.61 | | |
| F | | | | | | | | | | | | | | 0.58 | | |
| F | | | | | | | | | | | | | | 0.58 | | |
| F | | | | | | | | | | | | | | 0.58 | | |
| G | | | | | | | | | | | | | | 1.34 | | |
| G | | | | | | | | | | | | | | 1.34 | | |
| G | | | | | | | | | | | | | | 1.34 | | |
| H | | | | | | | | | | | | | | 1.05 | | |
| H | | | | | | | | | | | | | | 1.05 | | |
| H | | | | | | | | | | | | | | 1.05 | | |
| A1 | | | | | | | | | | | | | | | | |
| A1 | | | | | | | | | | | | | | | | |
| A1 | | | | | | | | | | | | | | | | |
| B1 | | | | | | | | | | | | | | | | |

PAR-VASO-0013864

| | | | | | | | | | | | | | | |
|------|--|--|------|--|--|--|--|--|--|------|--|--|--|--|
| B1 | | | | | | | | | | | | | | |
| B1 | | | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | | | |
| A | | | 0.21 | | | | | | | 2.16 | | | | |
| A | | | | | | | | | | | | | | |
| A | | | | | | | | | | | | | | |
| B | | | | | | | | | | 1.67 | | | | |
| B | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | |
| C | | | | | | | | | | 3.37 | | | | |
| C | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | 2.40 | | | | |
| D | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | 0.16 | | | | | | | 3.70 | | | | |
| E | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |
| F | | | | | | | | | | 2.61 | | | | |
| F | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | |
| G | | | | | | | | | | 4.10 | | | | |
| G | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | |
| H | | | | | | | | | | 2.79 | | | | |
| H | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | |
| A1 | | | | | | | | | | | | | | |

PAR-VASO-0013865

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 | | | | | | | | | | |
| A1 | | | | | | | | | | |
| B1 | | | | | | | | | | |
| B1 | | | | | | | | | | |
| B1 | | | | | 0.06 | | | | | |
| C1 | | | | | | | | | | |
| C1 | | | | | | | | | | |
| C1 | | | | | | | | | | |
| A | 0.10 | | | | | | | | | |
| A | | | | | | | | | | |
| A | | | | | | | | | | |
| B | | | | | | | | | | |
| B | | | | | | | | | | |
| B | | | | | | | | | | |
| C | | | | | | | | | | |
| C | | | | | | | | | | |
| C | | | | | | | | | | |
| D | | | | | | | | | | |
| D | | | | | | | | | | |
| D | | | | | | | | | | |
| E | | | | | | | | | | |
| E | | | | | | | | | | |
| E | | | 0.14 | | | | | | | |
| F | | | | | | | | | | |
| F | | | | | | | | | | |
| F | | | 0.10 | | | | | | | |
| G | | | | | | | | | | |
| G | | | | | | | | | | |
| G | | | | | | | | | | |
| H | | | | | | | | | | |

-204-

PAR-VASO-0013866

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H | | | | | | | | | | | | |
| H | | | | | | | | | | | | |
| A1 | | | | | | | | 0.09 | | | | |
| A1 | | | | | | | | 0.09 | | | | |
| A1 | | | | | | | | 0.10 | | | | |
| B1 | | | | | | | | 0.06 | | | | |
| B1 | | | | | | | | 0.07 | | | | |
| B1 | | | | | | | | 0.05 | | | | |
| C1 | | | | | | | | 0.14 | | | | |
| C1 | | | | | | | | 0.13 | | | | |
| C1 | | | | | | | | 0.12 | | | | |
| A | | 0.25 | | | | | | | | | | |
| A | | 0.32 | | | | | | | | | | |
| A | | 0.35 | | | | | | | | | | |
| B | | 0.16 | | | | | | | | | | |
| B | | 0.14 | | | | | | | | | | |
| B | | 0.14 | | | | | | | | | | |
| C | | | | | | | | | | | | |
| C | | | | | | | | | | | | |
| C | | | | | | | | | | | | |
| D | | | | | | | | | | | 0.14 | |
| D | | | | | | | | | | | | |
| D | | | | | | | | | | | | |
| E | | 0.09 | | | | | | | | | | |
| E | | 0.12 | | | | | | | | | | |
| E | | 0.20 | | | | | | | | | | |
| F | | 0.06 | | | 0.08 | | | | | | | |
| F | | 0.10 | | | | | | | | | | |
| F | | 0.14 | | | | | | | | | | |

PAR-VASO-0013867

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | |
| H | | | | | | | | | | | 0.07 | 0.13 | |
| A | | | 0.19 | | | | | 0.16 | | | | | |
| A | | | 0.29 | | | | | 0.16 | | | | | |
| A | | | 0.24 | | | | | | | | | | |
| B | | | 0.07 | | | | | | | | | | |
| B | | | 0.07 | | | | | 0.11 | | | | | |
| B | | | 0.21 | | | | | | | | | | 0.12 |
| C | | | | | | | | | | | | | |
| C | | | | | | | | 0.14 | | | | | |
| C | | | | | | | | | | | | | |
| D | | | | | | | | 0.11 | | | | | |
| D | | | | | | | | 0.10 | | | | | 0.07 |
| D | | | | | | 0.08 | | | | | | | 0.16 |
| E | | | | | | | | | | | | | |
| E | | | 0.13 | | | | | | | | | | |
| E | | | 0.13 | | | | | | | | | | |
| F | | | | | | | | 0.12 | | | | | |
| F | | | 0.08 | | | | | | | | | | |
| F | | | 0.08 | | | | 0.06 | | | | | | 0.23 |
| G | | | | | | | | 0.16 | | | | | |
| G | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | 0.17 |
| H | | | | | | | | | | | | | |
| H | | | | | | | | 0.20 | | | | | 0.14 |
| H | | | | | | | | 0.11 | | | | | 0.21 |

PAR-VASO-0013868

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | 0.23 | | | | | | | | | |
| A | | | | 0.33 | | | | | | | | | |
| B | | | | 0.12 | | | | | | | | | |
| B | | | | 0.11 | | | | | | | | | |
| C | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | |
| E | | | | 0.11 | | | | | | | | | |
| E | | | | 0.13 | | | | | | | | | |
| F | | | | | | | | | | | | | |
| F | | | | 0.09 | | | | | | | | | |
| G | | | | | | | | | | | | | |
| G | | | | | | 0.36 | | | | | | | |
| H | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | |
| A | 0.44 | | | | 0.32 | | | 0.16 | | | | | |
| A | 0.48 | | | | 0.23 | | 0.21 | 0.12 | | | | | |
| A | | 0.26 | | | | | | | | | | | |
| A | | 0.27 | | | | | | | | | | | |
| B | 0.12 | | | | 0.16 | | | | | | | | |
| B | 0.33 | | | | 0.15 | | 0.10 | 0.07 | | | | | |
| B | | | | | | | | | | | | | |
| B | | 0.16 | | | | | | | | | | | |
| C | | | 0.21 | | | | | | | | | | |
| C | | | | | | | 0.20 | | | | | | |
| C | | | | | | | | | | | | | |
| C | | | | | | | | | | 2.69 | | | |
| D | | | | | | | | 0.08 | | | | | |
| D | | | | | | | 0.30 | 0.08 | | | | | |

PAR-VASO-0013869

|  | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | | | | | | | | | | | | | | | |
| D | | | | | | | | | | | 1.83 | | | | |
| E | 0.51 | | | | 0.13 | | | 0.16 | 0.10 | | | | | | |
| E | 0.73 | | | | 0.14 | | | 0.72 | | | | | | | |
| E | | | 0.11 | | | | | | | | | | | | |
| E | | | 0.16 | | | | | | | | 2.74 | | | | |
| F | 0.34 | | | | 0.10 | | | | 0.07 | | | | | | |
| F | 0.53 | | | | 0.09 | | | | 0.06 | | | | | | |
| F | | | | | | | | | | | | | | | |
| F | | | 0.10 | | | | | | | | 1.80 | | | | |
| G | | | | | | | | 0.36 | | | | | | | |
| G | | | | | | | | 0.15 | | | | | | | |
| G | | | | | | | | | | | | | | | |
| G | | | | | | | | | | | 2.69 | | | | |
| H | | | | | | | | | | | | | | | |
| H | | | | | | | | 0.17 | | | | | | | |
| H | | | | | | | | | | | | | | | |
| H | | | | | | | | | | | 1.81 | | | | |
| Min | 0 | | | 0.059 | | | | 0.077 | | | | | 0.07 | 0.128 | |
| Max | 0 | | | 0.347 | | | | 0.213 | | | | | 0.07 | 0.138 | |

| **TABLE 72** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | RRT 1.85 (%) | RRT 1.89 (%) | RRT 1.93 (%) | RRT 1.96 (%) | RRT 2.00 (%) | RRT 2.01 (%) | RRT 2.04 (%) | RRT 2.08 (%) | RRT 2.11 (%) | RRT 2.12 (%) | RRT 2.13 (%) | RRT 2.15 (%) | RRT 2.16 (%) | RRT 2.17 (%) | RRT 2.304 (%) | Total Imp (%) |
| A | | | | | | | | | | | | | | | | 4.44 |
| A | | | | | | | | | | | | | | | | 4.44 |
| A | | | | | | | | | | | | | | | | 4.44 |
| B | | | | | | | | | | | | | | | | 3.10 |

PAR-VASO-0013870

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | | | 3.10 |
| B | | | | | | | | | | | | | 3.10 |
| C | | | | | | | | | | | | | 12.55 |
| C | | | | | | | | | | | | | 12.55 |
| C | | | | | | | | | | | | | 12.55 |
| D | | | | | | 0.07 | 0.09 | 0.55 | | 0.15 | | | 12.92 |
| D | | | | | | 0.07 | 0.09 | 0.55 | | 0.15 | | | 12.92 |
| D | | | | | | 0.07 | 0.09 | 0.55 | | 0.15 | | | 12.92 |
| E | | | | | | | 0.18 | | | | | | 5.89 |
| E | | | | | | | 0.18 | | | | | | 5.89 |
| E | | | | | | | 0.18 | | | | | | 5.89 |
| F | | | | | | | | | | | | | 2.77 |
| F | | | | | | | | | | | | | 2.77 |
| F | | | | | | | | | | | | | 2.77 |
| G | | | | | | | | | | | | | 3.45 |
| G | | | | | | | | | | | | | 3.45 |
| G | | | | | | | | | | | | | 3.45 |
| H | | | | | | | | | | 0.69 | | | 3.66 |
| H | | | | | | | | | | 0.69 | | | 3.66 |
| H | | | | | | | | | | 0.69 | | | 3.66 |
| A1 | | | | | | | | | | | | | 1.61 |
| A1 | | | | | | | | | | | | | 1.61 |
| A1 | | | | | | | | | | | | | 1.61 |
| B1 | | | | | | | | | | | | | 1.48 |
| B1 | | | | | | | | | | | | | 1.48 |
| B1 | | | | | | | | | | | | | 1.48 |
| C1 | | | | | | | | | | | | | 1.50 |
| C1 | | | | | | | | | | | | | 1.50 |
| C1 | | | | | | | | | | | | | 1.50 |
| A | | | | | | | 0.66 | | | | | | 8.15 |
| A | | | | | | | | | | | | | 5.34 |

PAR-VASO-0013871

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | | 6.74 |
| B | | | | | | | | | | | | | | 5.67 |
| B | | | | | | | | | | | | | | 3.40 |
| B | | | | | | | | | | | | | | 5.33 |
| C | | | | | | | | | | | | | | 6.91 |
| C | | | | | | | | | | | | | | 3.72 |
| C | | | | | | | | | | | | | | 7.74 |
| D | | | | | | | | | | | | | | 4.71 |
| D | | | | | | | | | | | | | | 3.55 |
| D | | | | | | | | | | | | | | 6.86 |
| E | | | | | | | | | | | | | | 6.24 |
| E | | | | | | | | | | | | | | 3.38 |
| E | | | | | | | | | | | | | | 5.09 |
| F | | | | | | | | | | | | | | 4.78 |
| F | | | | | | | | | | | | | | 2.86 |
| F | | | | | | | | | | | | | | 4.35 |
| G | | | | | | | | | | | | | | 6.42 |
| G | | | | | | | | | | | | | 1.08 | 4.39 |
| G | | | | | | | | | | | | | | 4.93 |
| H | | | | | | | | | | | | | | 4.60 |
| H | | | | | | | | | | | | | | 2.73 |
| H | | | | | | | | | | | | | | 4.07 |
| A1 | | | | | | | | | | | | | | 1.60 |
| A1 | | | | | | | | | | | | | | 1.63 |
| A1 | | | | | | | | | | | | | | 2.80 |
| B1 | | | | | | | | | | | | | | 1.50 |
| B1 | | | | | | | | | | | | | | 1.80 |
| B1 | 0.44 | | | | | | | | | | | | | 3.53 |
| C1 | | | | | | | | | | | | | | 1.49 |
| C1 | | | | | | | | | | | | | | 1.66 |

PAR-VASO-0013872

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1 | | | | | | | | | | | | | | | 2.85 |
| A | | | | | | | | | | | | | | | 5.25 |
| A | | | | | | | | | | | | | | | 5.03 |
| A | | | | | | | | | | | | | | | 6.29 |
| B | | | | | | | | | | | | | | | 2.52 |
| B | | | | | | | | | | | | | | | 3.83 |
| B | | | | | | | | | | | | | | | 8.35 |
| C | | | | | | | | | | | | | | | 3.27 |
| C | | | | | | | | | | | | | | 0.85 | 4.84 |
| C | | | | | | | | | | | | | | | 6.65 |
| D | | | | | | | | | | | | | | | 2.80 |
| D | | | | | | | | | | | | | | | 4.10 |
| D | | | | | | | | | | | | | | | 6.47 |
| E | | | | | | | | | | | | | | 0.23 | 2.82 |
| E | | | | | | | | | | | | | | | 3.98 |
| E | | | | | | | | | | | | | | | 6.87 |
| F | | | | | | | | | | | | | | | 1.96 |
| F | | | | | | | | | | | | | | | 3.61 |
| F | | | | | | | | | | | | | | | 6.85 |
| G | | | | | | | | | | | | | | | 3.37 |
| G | | | | | | | | | | | | | | | 3.51 |
| G | | | | | | | | | | | | | | | 5.10 |
| H | | | | | | | | | | | | | | | 3.10 |
| H | | | | | | | | | | | | | | | 3.57 |
| H | | | | | | | | | | | | | | | 4.76 |
| A1 | | | | | | | | | | | | | | | 1.53 |
| A1 | | | | | | | | | | | | | | | 2.10 |
| A1 | | | | | | | | | | | | | | | 3.55 |
| B1 | | | | | | | | | | | | | | | 1.56 |
| B1 | | | | | | | | | | | | | | | 1.98 |

PAR-VASO-0013873

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B1 | | | | | | | | | | | | | | | 3.31 |
| C1 | | | | | | | | | | | | | | | 1.57 |
| C1 | | | | | | | | | | | | | | | 1.97 |
| C1 | | | | | | | | | | | | | | | 4.05 |
| A | | | | | | | | | | | | | | | 4.82 |
| A | | | | | | | | | | | | | | | 5.39 |
| A | | | | | | | | | | | | | | | 10.68 |
| B | | | | | | | | | | | | | | | 2.48 |
| B | | | | | | | | | | | | | | | 4.73 |
| B | | | | | | | | | | | | | | | 6.71 |
| C | | | | | | | | | | | | | | | 2.09 |
| C | | | | | | | | | | | | | | | 4.34 |
| C | | | | | | | | | | | | | | | 7.69 |
| D | | | | | | | | | | | | | | | 8.29 |
| D | | | | | | | | | | | | | | | 4.06 |
| D | | | | | | | | | | | | | | | 7.10 |
| E | | | | | | | | | | | | | 3.57 | | 7.50 |
| E | | | | | | | | | | | | | | | 4.50 |
| E | | | | | | | | | | | | | | | 9.64 |
| F | | | | | | | | | | | | | | | 2.39 |
| F | | | | | | | | | | | | | | | 3.65 |
| F | | | | | | | | | | | | | | | 7.97 |
| G | | | | | | | | | | | | | | | 2.19 |
| G | | | | | | | | | | | | | | | 3.21 |
| G | | | | | | | | | | | | | | | 5.08 |
| H | | | | | | | | | | | | | | | 1.91 |
| H | | | | | | | | | | | | | | | 2.31 |
| H | | | | | | | | | | | | | | | 4.64 |
| A | | | | 0.17 | 0.14 | | | | 0.06 | | | | | | 4.79 |

PAR-VASO-0013874

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | | 5.96 |
| A | | | | | | | | | | | | | | 13.72 |
| B | | | | | | | | | | | | | | 2.60 |
| B | | | | | | | | | 0.65 | | | | | 5.84 |
| B | | | | | | | | | | | | | | 14.85 |
| C | | | | | | | | | | | | | | 2.66 |
| C | | | | | | | | | | | | | | 5.50 |
| C | | | | | | | | | | | | | | 9.14 |
| D | | | | | | | | | | | | | | 2.67 |
| D | 0.08 | | | | | | 1.22 | | | | | | | 7.08 |
| D | | | | | | | | | | | | | | 9.22 |
| E | | | | | | | | | | | | | | 2.87 |
| E | | | | | | | | | | | | | | 5.66 |
| E | | | | | | | | | | | | | | 12.07 |
| F | | | | | | | | | | | | | | 2.35 |
| F | | | | | | | | | | | | | | 4.64 |
| F | | | | | | | | | | | | | | 10.81 |
| G | | | | | | | | | | | | | | 3.23 |
| G | | | | | | | | | | | | | | 4.42 |
| G | | | | | | | | | | | | | | 7.12 |
| H | | | | | | | | | | | | | | 2.63 |
| H | 0.31 | 0.11 | 0.08 | | | | | | | | | | | 6.71 |
| H | | | 0.08 | | | | | | | | | | | 7.46 |
| A | | | | | | | | | | | | | | 4.23 |
| A | | | | | | | | | | | | | | 6.75 |
| B | | | | | | | | | | | | | | 2.94 |
| B | | | | | | | | 0.09 | | | | | | 6.36 |
| C | | | | | | | | | | | | | | 2.72 |
| C | | | | | | | | 0.13 | | | | | | 5.32 |
| D | | | | | | | | | | | | | | 2.67 |

-213-

PAR-VASO-0013875

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | | | | | | | | | | | | | | | 5.46 |
| E | | | | | | | | | | | | | | | 3.19 |
| E | | | | | | | | | | | | | | | 5.90 |
| F | | | | | | | | | | | | | | | 2.66 |
| F | | | | | | | | | | | | | | | 4.95 |
| G | | | | | | | | | | | | | | | 3.05 |
| G | | | | | | | | | | | | | | | 6.37 |
| H | | | | | | | | | | | | | | | 2.55 |
| H | | | | | | | | | | | | | | | 4.20 |
| A | | | | | | | | | | | | | | | 4.36 |
| A | | | | | | | | | | | | | | | 6.67 |
| A | | | | | | | | | | | | | | | 3.81 |
| A | | | | | | | | | | | | | | | 6.62 |
| B | | | | | | | | | | | | | | | 3.60 |
| B | | | | | | | | | | | | | | | 5.66 |
| B | | | | | | | | | | | | | | | 3.71 |
| B | | | | | | | | | | | | | | | 5.98 |
| C | | | | | | | | 0.14 | | | | | | | 3.05 |
| C | | | | | | | | | | | | | | | 5.58 |
| C | | | | | | | | | | | | | | | 2.93 |
| C | | | | | | | | 0.18 | | | | | | | 8.12 |
| D | | | | | | | | | | | | | | | 2.28 |
| D | | | | | | | | | | | | | | | 5.34 |
| D | | | | | | | | | | | | | | | 2.48 |
| D | | | | | | | | | | | | | | | 7.20 |
| E | | | | | | | | | | | | | | | 5.11 |
| E | | | | | | | | | | | | | | | 6.93 |
| E | | | | | | | | | | | | | | | 4.22 |
| E | | | | | | | | | | | | | | | 8.94 |
| F | | | | | | | | | | | | | | | 2.83 |

PAR-VASO-0013876

| Lot | | | | | RRT 0.86 (%) | RRT 0.87 (%) | RRT 0.95 (%) | D-ASN-AVP (%) | RRT 0.99 (%) | RRT 1.03 (%) | RRT 1.04 (%) | RRT 1.05 (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | | | | | | | | | | | | 5.10 |
| F | | | | | | | | | | | | 2.47 |
| F | | | | | | | | | | | | 7.12 |
| G | | | | | | | | | | | | 3.26 |
| G | | | | | | | | | | | | 4.42 |
| G | | | | | | | | | | | | 2.98 |
| G | | | | | | | | | | | | 7.49 |
| H | | | | | | | | | | | | 2.35 |
| H | | | | | | | | | | | | 4.04 |
| H | | | | | | | | | | | | 2.80 |
| H | | | | | | | | | | | | 6.09 |
| Min | | | | | 0 | 0 | 0 | | 3.565 | 0 | 0 | 1.533 |
| Max | | | | | 0 | 0 | 0 | | 3.565 | 0 | 0 | 14.845 |

| TABLE 73 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | Condition (°C) | Time (m) | pH | AVP (%LC) | RRT 0.64 (%) | RRT 0.86 (%) | RRT 0.87 (%) | RRT 0.95 (%) | D-ASN-AVP (%) | RRT 0.99 (%) | RRT 1.03 (%) | RRT 1.04 (%) | RRT 1.05 (%) |
| A1 | 5 | 0 | 3.86 | 97.5 | 0.06 | | 0.32 | | 0.12 | 0.12 | 0.24 | | |
| A1 | 25 | 0 | 3.86 | 97.5 | 0.06 | | 0.32 | | 0.12 | 0.12 | 0.24 | | |
| A1 | 40 | 0 | 3.86 | 97.5 | 0.06 | | 0.32 | | 0.12 | 0.12 | 0.24 | | |
| B1 | 5 | 0 | 3.84 | 97.6 | | | 0.30 | | 0.11 | 0.12 | 0.24 | | |
| B1 | 25 | 0 | 3.84 | 97.6 | | | 0.30 | | 0.11 | 0.12 | 0.24 | | |
| B1 | 40 | 0 | 3.84 | 97.6 | | | 0.30 | | 0.11 | 0.12 | 0.24 | | |
| C1 | 5 | 0 | 3.78 | 99.3 | | | 0.31 | | 0.12 | 0.12 | 0.25 | | |
| C1 | 25 | 0 | 3.78 | 99.3 | | | 0.31 | | 0.12 | 0.12 | 0.25 | | |
| C1 | 40 | 0 | 3.78 | 99.3 | | | 0.31 | | 0.12 | 0.12 | 0.25 | | |
| A1 | 5 | 1 | 3.81 | 97.0 | | 0.10 | 0.29 | | 0.12 | 0.12 | 0.25 | | |
| A1 | 25 | 1 | 3.82 | 96.8 | | | 0.30 | | 0.11 | 0.12 | 0.24 | | |

PAR-VASO-0013877

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 40 | 1 | 3.83 | 91.8 | 0.06 | | 0.29 | | 0.09 | 0.11 | 0.21 | | |
| B1 | 5 | 1 | 3.82 | 97.5 | | | 0.30 | | 0.11 | 0.12 | 0.25 | | |
| B1 | 25 | 1 | 3.82 | 97.1 | | | 0.30 | | 0.11 | 0.12 | 0.24 | | |
| B1 | 40 | 1 | 3.82 | 92.0 | | | 0.33 | | 0.10 | 0.11 | 0.21 | | |
| C1 | 5 | 1 | 3.80 | 99.2 | | | 0.31 | | 0.12 | 0.13 | 0.26 | | |
| C1 | 25 | 1 | | 98.5 | | | 0.30 | | 0.11 | 0.13 | 0.25 | | |
| C1 | 40 | 1 | 3.82 | 94.7 | | | 0.30 | | 0.11 | 0.12 | 0.23 | | |
| A1 | 5 | 2 | 3.77 | 97.3 | | | 0.30 | | 0.11 | 0.14 | 0.24 | | |
| A1 | 25 | 2 | 3.77 | 95.9 | 0.14 | | 0.31 | | 0.13 | 0.14 | 0.23 | | 0.18 |
| A1 | 40 | 2 | 3.78 | 86.1 | | | 0.31 | 0.18 | 0.10 | 0.12 | 0.21 | 0.50 | |
| B1 | 5 | 2 | 3.79 | 97.3 | | | 0.30 | | 0.12 | 0.12 | 0.24 | | |
| B1 | 25 | 2 | 3.78 | 96.5 | | | 0.31 | | 0.12 | 0.13 | 0.23 | 0.18 | |
| B1 | 40 | 2 | 3.79 | 87.4 | | | 0.29 | 0.15 | 0.10 | 0.11 | 0.20 | | 0.52 |
| C1 | 5 | 2 | 3.73 | 99.3 | | | 0.31 | | 0.12 | 0.13 | 0.25 | | |
| C1 | 25 | 2 | 3.73 | 98.1 | | | 0.31 | | 0.14 | 0.13 | 0.24 | | |
| C1 | 40 | 2 | 3.74 | 91.0 | | | 0.30 | | 0.10 | 0.13 | 0.21 | | 0.43 |
| A1 | 5 | 3 | 3.80 | 95.8 | | | 0.28 | | | 0.12 | 0.22 | | |
| A1 | 25 | 3 | 3.78 | 94.0 | | | 0.28 | | | 0.13 | 0.21 | 0.11 | |
| A1 | 40 | 3 | 3.81 | 82.2 | | | 0.28 | 0.16 | | 0.11 | 0.15 | 0.29 | |
| B1 | 5 | 3 | 3.82 | 96.5 | | | 0.28 | | 0.11 | 0.13 | 0.23 | | |
| B1 | 25 | 3 | 3.82 | 94.8 | | | 0.29 | | 0.12 | 0.13 | 0.21 | 0.11 | |
| B1 | 40 | 3 | 3.83 | 82.0 | | | 0.27 | 0.06 | 0.09 | 0.11 | 0.14 | 0.33 | |
| C1 | 5 | 3 | 3.75 | 97.5 | | | 0.29 | | 0.12 | 0.13 | 0.24 | | |
| C1 | 25 | 3 | 3.75 | 96.8 | | | 0.29 | | 0.13 | 0.14 | 0.22 | | |
| C1 | 40 | 3 | 3.75 | 85.5 | | | 0.27 | | | 0.11 | 0.16 | 0.26 | |
| | Min | | 3.78 | 91.842 | 0.061 | | | | 0.093 | | | 0 | |
| | Max | | 3.86 | 99.282 | 0.063 | | | | 0.124 | | | 0 | |

PAR-VASO-0013878

| Lot | RRT 1.06 (%) | GLY9-AVP (%) | ASP5-AVP (%) | GLU4-AVP (%) | RRT 1.12 (%) | RRT 1.13 (%) | RRT 1.23 (%) | RRT 1.24 (%) | RRT 1.25 (%) | ACETYL-AVP (%) | RRT 1.57 (%) | RRT 1.71 (%) | RRT 1.77 (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **TABLE 74** | | | |
| A1 | | 0.08 | | 0.10 | 0.09 | | | 0.21 | | 0.28 | | | |
| A1 | | 0.08 | | 0.10 | 0.09 | | | 0.21 | | 0.28 | | | |
| A1 | | 0.08 | | 0.10 | 0.09 | | | 0.21 | | 0.28 | | | |
| B1 | | 0.07 | | 0.07 | 0.07 | | | 0.21 | | 0.29 | | | |
| B1 | | 0.07 | | 0.07 | 0.07 | | | 0.21 | | 0.29 | | | |
| B1 | | 0.07 | | 0.07 | 0.07 | | | 0.21 | | 0.29 | | | |
| C1 | | 0.09 | | 0.10 | 0.08 | | | 0.14 | | 0.29 | | | |
| C1 | | 0.09 | | 0.10 | 0.08 | | | 0.14 | | 0.29 | | | |
| C1 | | 0.09 | | 0.10 | 0.08 | | | 0.14 | | 0.29 | | | |
| A1 | | 0.08 | | 0.07 | 0.08 | | | 0.23 | | 0.28 | | | |
| A1 | | 0.14 | | 0.13 | 0.10 | | | 0.21 | | 0.27 | | | |
| A1 | 0.31 | 0.34 | 0.09 | 0.45 | 0.33 | | | 0.25 | | 0.27 | | | |
| B1 | | 0.07 | | 0.07 | 0.07 | | | 0.22 | | 0.28 | | | |
| B1 | 0.07 | 0.13 | | 0.16 | 0.18 | | 0.21 | | | 0.28 | | | |
| B1 | 0.33 | 0.33 | 0.09 | 0.41 | 0.72 | | | 0.13 | | 0.27 | 0.06 | | |
| C1 | | 0.08 | | 0.10 | 0.08 | | | 0.14 | | 0.27 | | | |
| C1 | | 0.18 | | 0.18 | 0.10 | | | 0.15 | | 0.28 | | | |
| C1 | 0.27 | 0.52 | 0.13 | 0.64 | 0.10 | | | 0.15 | | 0.28 | | | |
| A1 | | 0.08 | | 0.08 | | | | 0.20 | | 0.30 | | 0.09 | |
| A1 | | 0.20 | | 0.20 | | | | 0.20 | | 0.29 | | 0.09 | |
| A1 | | 0.56 | 0.14 | 0.67 | | 0.10 | | 0.28 | | 0.29 | | 0.10 | |
| B1 | | 0.08 | | 0.08 | | | | 0.23 | | 0.32 | | 0.06 | |
| B1 | | 0.20 | 0.04 | 0.21 | | | | 0.23 | | 0.28 | | 0.07 | |
| B1 | | 0.55 | 0.15 | 0.73 | | 0.06 | | 0.12 | | 0.28 | | 0.05 | |
| C1 | | 0.10 | 0.09 | | | | | 0.13 | | 0.28 | | 0.14 | |
| C1 | | 0.28 | | 0.29 | | | | 0.13 | | 0.32 | | 0.13 | |

PAR-VASO-0013879

| Lot | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C1 | 0.89 | 0.22 | 1.14 | | 0.07 | | 0.16 | | 0.28 | 0.12 |
| A1 | 0.09 | | 0.09 | | | | 0.18 | | 0.29 | |
| A1 | 0.26 | | 0.29 | | | | 0.21 | | 0.28 | |
| A1 | 0.73 | 0.18 | 0.82 | | 0.19 | | 0.11 | | 0.27 | |
| B1 | 0.09 | | 0.09 | | | | 0.19 | | 0.28 | |
| B1 | 0.25 | | 0.25 | | | | 0.20 | | 0.28 | |
| B1 | 0.73 | 0.19 | 0.82 | | 0.09 | | 0.09 | 0.07 | 0.28 | 0.06 |
| C1 | 0.10 | | 0.10 | | | | 0.13 | | 0.28 | |
| C1 | 0.35 | | 0.38 | | | | 0.11 | | 0.28 | |
| C1 | 1.22 | 0.30 | 1.56 | | 0.12 | | 0.15 | | 0.27 | |
| Min | 0.07 | 0.089 | 0.067 | 0.073 | 0 | | | | 0.27 | |
| Max | 0.344 | 0.089 | 0.448 | 0.326 | 0 | | | | 0.288 | |

| TABLE 75 | | | | |
|---|---|---|---|---|
| Lot | RRT 1.85 (%) | RRT 1.91 (%) | RRRT 2.02 (%) | RRT 2.37 (%) | Total RS (%) |
| A1 | | | | | 1.61 |
| A1 | | | | | 1.61 |
| A1 | | | | | 1.61 |
| B1 | | | | | 1.48 |
| B1 | | | | | 1.48 |
| B1 | | | | | 1.48 |
| C1 | | | | | 1.50 |
| C1 | | | | | 1.50 |
| C1 | | | | | 1.50 |
| A1 | | | | | 1.60 |
| A1 | | | | | 1.63 |
| A1 | | | | | 2.80 |

PAR-VASO-0013880

| | | | | |
|---|---|---|---|---|
| B1 | | | | 1.50 |
| B1 | | | | 1.80 |
| B1 | 0.44 | | | 3.53 |
| C1 | | | | 1.49 |
| C1 | | | | 1.66 |
| C1 | | | | 2.85 |
| A1 | | | | 1.53 |
| A1 | | | | 2.10 |
| A1 | | | | 3.55 |
| B1 | | | | 1.56 |
| B1 | | | | 1.98 |
| B1 | | | | 3.31 |
| C1 | | | | 1.57 |
| C1 | | | | 1.97 |
| C1 | | | | 4.05 |
| A1 | | | | 1.26 |
| A1 | | | | 1.76 |
| A1 | | | | 3.29 |
| B1 | | | | 1.40 |
| B1 | | | | 1.82 |
| B1 | | 0.10 | 0.10 | 0.17 | 3.68 |
| C1 | | | | 1.38 |
| C1 | | | | 1.89 |
| C1 | | | | 4.41 |
| Min | | | | 1.483 |
| Max | | | | 2.799 |

PAR-VASO-0013881

[00433] The appearance for all of the tested lots through the duration of the experiment was clear and colorless. The results above provided an estimated shelf life at 5 ºC of about 16.1 months (**FIGURE 27**) and at 25 ºC of about eight months (**FIGURE 28**). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulations at 5 ºC, 25 ºC, and 40 ºC compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer

[00434] Graphical depictions of **TABLES 66-72** are shown in **FIGURES 29-48** below. **FIGURES 29-31** show the vasopressin (% LC) levels in the samples prepared in dextrose, dextrose and NaCl, or NaCl. **FIGURES 32-34** show the total impurities (total RS (%)) levels in the samples prepared in dextrose, dextrose and NaCl, or NaCl. **FIGURES 35-37** show the Gly9-AVP levels in the samples prepared in dextrose, dextrose and NaCl, or NaCl. **FIGURES 38-40** show the Asp5-AVP levels in the samples prepared in dextrose, dextrose and NaCl, or NaCl. **FIGURES 41-43** show the Glu4-AVP levels in the samples prepared in dextrose, dextrose and NaCl, or NaCl. **FIGURES 44-46** show the Acetyl-AVP levels in the samples prepared in dextrose, dextrose and NaCl, or NaCl. **FIGURES 47-48** show the AVP dimer levels in the samples prepared in dextrose, dextrose and NaCl, or NaCl.

[00435] Based on the data from **FIGURES 29-48**, the estimated shelf-life at 5 ºC is about 16.1 months, and the estimated shelf-life at 25 ºC is about 8 months.

[00436] **TABLES 73-75** display data of further studies on Formulations A1, B1, and C1 as detailed in **TABLE 65**. The appearance for all of the tested lots through the duration of the experiment was clear and colorless. The estimated shelf life at 5 ºC of about 15 months and at 25 ºC of about 7.7 months is shown below in **FIGURE 49** and **FIGURE 50**, respectively. The results indicated that the dextrose vehicle provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulations at 5 ºC, 25 ºC, and 40 ºC compared to a combination of dextrose and NaCl.

[00437] Graphical depictions of **TABLES 73-75** are shown in **FIGURES 51-62** below. **FIGURES 51-53** show the vasopressin (% LC) levels in the samples prepared in dextrose or dextrose and NaCl at 5 ºC, 25 ºC, and 40 ºC, respectively. **FIGURES 54-56** show the Gly9-AVP levels in the samples prepared in dextrose or dextrose and NaCl at 5 ºC, 25 ºC, and 40 ºC, respectively. **FIGURES 57-59** show the Glu4-AVP levels in the samples prepared in dextrose or dextrose and NaCl at 5 ºC, 25 ºC, and 40 ºC, respectively. **FIGURES 60-62** show the total

-220-

PAR-VASO-0013882

impurities (% RS) levels in the samples prepared in dextrose or dextrose and NaCl at 5 ºC, 25 ºC, and 40 ºC, respectively.

## EMBODIMENTS

[00438] The following non-limiting embodiments provide illustrative examples of the invention, but do not limit the scope of the invention.

[00439] In some embodiments, the invention provides a pharmaceutical composition comprising, in a unit dosage form: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and b) a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof, wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of: A) vasopressin, or a pharmaceutically-acceptable salt thereof; and B) a buffer having acidic pH. In some embodiments, the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide. In some embodiments, the polymeric pharmaceutically-acceptable excipient is a poloxamer. In some embodiments, the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form. In some embodiments, the unit dosage form further comprises SEQ ID NO. 2. In some embodiments, the composition further comprises SEQ ID NO. 3. In some embodiments, the composition further comprises SEQ ID NO. 4. In some embodiments, the unit dosage form is an injectable of about 1mL volume. In some embodiments, the unit dosage form consists essentially of: a) about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof; b) the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the vasopressin or the pharmaceutically-acceptable salt thereof; and c) a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to

-221-

the vasopressin or the pharmaceutically-acceptable salt thereof. In some embodiments, one of the plurality of peptides is SEQ ID NO.: 2. In some embodiments, one of the plurality of peptides is SEQ ID NO.:3. In some embodiments, wherein one of the plurality of peptides is SEQ ID NO.: 4. In some embodiments, the buffer has a pH of about 3.5.

[00440] Embodiment 1. A method of increasing blood pressure in a human in need thereof, the method comprising: intravenously administering to the human a pharmaceutical composition comprising, in a unit dosage form: i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; and ii) acetic acid, sodium acetate, or a combination thereof, wherein: the pharmaceutical composition is at about room temperature; the administration to the human is longer than 18 hours; the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

[00441] Embodiment 2. The method of embodiment 1, wherein the administration to the human is for about one day.

[00442] Embodiment 3. The method of embodiment 1, wherein the administration to the human is for about one week.

[00443] Embodiment 4. The method of any one of embodiments 1-3, wherein the human's mean arterial blood pressure is increased within 15 minutes of administration.

[00444] Embodiment 5. The method of any one of embodiments 1-4, wherein the human's hypotension is associated with vasodilatory shock.

[00445] Embodiment 6. The method of embodiment 5, wherein the vasodilatory shock is post-cardiotomy shock.

[00446] Embodiment 7. The method of any one of embodiments 1-6, wherein the administration provides to the human from about 0.03 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

[00447] Embodiment 8. The method of embodiment 5, wherein the vasodilatory shock is septic shock.

[00448] Embodiment 9. The method of any one of embodiments 1-8, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable

PAR-VASO-0013884

salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

[00449] Embodiment 10. The method of any one of embodiments 1-9, wherein the unit dosage form further comprises dextrose.

[00450] Embodiment 11. The method of any one of embodiments 1-10, wherein the unit dosage form further comprises about 5% dextrose.

[00451] Embodiment 12. A method of increasing blood pressure in a human in need thereof, the method comprising: intravenously administering to the human a pharmaceutical composition that consists essentially of, in a unit dosage form: i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) dextrose; iii) acetic acid, sodium acetate, or a combination thereof; and iv) optionally hydrochloric acid or sodium hydroxide, wherein: the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

[00452] Embodiment 13. The method of embodiment 12, wherein the unit dosage form consists essentially of hydrochloric acid.

[00453] Embodiment 14. The method of embodiment 12, wherein the unit dosage form consists essentially of sodium hydroxide.

[00454] Embodiment 15. The method of any one of embodiments 12-14, wherein the human's mean arterial blood pressure is increased within 15 minutes of administration.

[00455] Embodiment 16. The method of any one of embodiments 12-15, wherein the human's hypotension is associated with vasodilatory shock.

[00456] Embodiment 17. The method of embodiment 16, wherein the vasodilatory shock is post-cardiotomy shock.

[00457] Embodiment 18. The method of any one of embodiments 12-17, wherein the administration provides to the human from about 0.03 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

[00458] Embodiment 19. The method of embodiment 16, wherein the vasodilatory shock is septic shock.

[00459] Embodiment 20. The method of any one of embodiments 12-19 wherein the

-223-

PAR-VASO-0013885

administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute.

[00460] Embodiment 21. The method of any one of embodiments 12-20, wherein the unit dosage form consists essentially of 5% dextrose.

[00461] Embodiment 22. A method of increasing blood pressure in a human in need thereof, the method comprising: a) storing at 5 ºC for at least about one month a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) dextrose; and iii) acetic acid, sodium acetate, or a combination thereof, wherein the pharmaceutical composition exhibits no more than about 1% degradation of vasopressin or the pharmaceutically-acceptable salt thereof after the storage at 5 ºC for about one month; and b) administering to the human the pharmaceutical composition, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

[00462] Embodiment 23. The method of embodiment 22, wherein the administration to the human is for about one day.

[00463] Embodiment 24. The method of embodiment 22, wherein the administration to the human is for about one week.

[00464] Embodiment 25. The method of any one of embodiments 22-24, wherein the human's mean arterial blood pressure is increased within 15 minutes of administration.

[00465] Embodiment 26. The method of any one of embodiments 22-25, wherein the human's hypotension is associated with vasodilatory shock.

[00466] Embodiment 27. The method of embodiment 26, wherein the vasodilatory shock is post-cardiotomy shock.

[00467] Embodiment 28. The method of any one of embodiments 22-27, wherein the administration provides to the human from about 0.03 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

-224-

PAR-VASO-0013886

**[00468]** Embodiment 29. The method of embodiment 26, wherein the vasodilatory shock is septic shock.

**[00469]** Embodiment 30. The method of any one of embodiments 22-29, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute.

**[00470]** Embodiment 31. The method of any one of embodiments 22-30, wherein the pharmaceutical composition exhibits no more than about 2% degradation of vasopressin or the pharmaceutically-acceptable salt thereof after storage of the pharmaceutical composition at 5 ºC for about two months.

**[00471]** Embodiment 32. A method of increasing blood pressure in a human in need thereof, the method comprising: a) storing at 25 ºC for at least about one month a pharmaceutical composition for intravenous administration comprising, in a unit dosage form: i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) dextrose; and iii) acetic acid, sodium acetate, or a combination thereof, wherein the pharmaceutical composition exhibits no more than about 2% degradation of vasopressin or the pharmaceutically-acceptable salt thereof after the storage at 25 ºC for about one month; and b) administering to the human the pharmaceutical composition, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

**[00472]** Embodiment 33. The method of embodiment 32, wherein the human's mean arterial blood pressure is increased within 15 minutes of administration.

**[00473]** Embodiment 34. The method of any one of embodiments 32-33, wherein the human's hypotension is associated with vasodilatory shock.

**[00474]** Embodiment 35. The method of embodiment 34, wherein the vasodilatory shock is post-cardiotomy shock.

**[00475]** Embodiment 36. The method of any one of embodiments 32-35, wherein the administration provides to the human from about 0.03 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute

-225-

PAR-VASO-0013887

**[00476]** Embodiment 37. The method of embodiment 35, wherein the vasodilatory shock is septic shock.

**[00477]** Embodiment 38. The method of any one of embodiments 32-37, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.07 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute.

**[00478]** Embodiment 39. The method of any one of embodiments 32-38, wherein the pharmaceutical composition exhibits no more than about 5% degradation after storage of the pharmaceutical composition at 25 ºC for about two months.

PAR-VASO-0013888

## CLAIMS

WHAT IS CLAIMED IS:

1.      A pharmaceutical composition comprising, in a unit dosage form:

      a)      from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin, or a pharmaceutically-acceptable salt thereof; and

      b)      a polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof,

wherein the unit dosage form exhibits from about 5% to about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does a corresponding unit dosage form, wherein the corresponding unit dosage form consists essentially of:

      A)      vasopressin, or a pharmaceutically-acceptable salt thereof; and

      B)      a buffer having acidic pH.


2.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient comprises a polyalkylene oxide moiety.


3.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a polyethylene oxide.


4.      The pharmaceutical composition of claim 1, wherein the polymeric pharmaceutically-acceptable excipient is a poloxamer.


5.      The pharmaceutical composition of claim 1, wherein the unit dosage form has an amount of the polymeric pharmaceutically-acceptable excipient that is about 1% the amount of the vasopressin or the pharmaceutically-acceptable salt thereof.


6.      The pharmaceutical composition of claim 5, wherein the first unit dosage form exhibits about 10% less degradation of the vasopressin or the pharmaceutically-acceptable salt thereof after storage for about 1 week at about 60 °C than does the corresponding unit dosage form.

PAR-VASO-0013889

7.     The pharmaceutical composition of claim 1, wherein the unit dosage form further comprises SEQ ID NO. 2.

8.     The pharmaceutical composition of claim 7, wherein the composition further comprises SEQ ID NO. 3.

9.     The pharmaceutical composition of claim 8, wherein the composition further comprises SEQ ID NO. 4.

10.    The pharmaceutical composition of claim 1, wherein the unit dosage form is an injectable of about 1mL volume.

11.    The pharmaceutical composition of claim 1, wherein the unit dosage form consists essentially of:

    a)     about 0.04 mg/mL of vasopressin, or the pharmaceutically-acceptable salt thereof;

    b)     the polymeric pharmaceutically-acceptable excipient in an amount that is from about 1% to about 10% by mass of the unit dosage form or the pharmaceutically-acceptable salt thereof; and

    c)     a plurality of peptides, wherein each of the peptides has from 88% to 90% sequence homology to the vasopressin or the pharmaceutically-acceptable salt thereof.

12.    The pharmaceutical composition of claim 11, wherein one of the plurality of peptides is SEQ ID NO.: 2.

13.    The pharmaceutical composition of claim 12, wherein one of the plurality of peptides is SEQ ID NO.:3.

14.    The pharmaceutical composition of claim 13, wherein one of the plurality of peptides is SEQ ID NO.: 4.

PAR-VASO-0013890

15.     The pharmaceutical composition of claim 1, wherein the buffer has a pH of about 3.5.

PAR-VASO-0013891

# ABSTRACT

Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations.

PAR-VASO-0013892



**FIGURE 1**

PAR-VASO-0013893



**FIGURE 2**

PAR-VASO-0013894



**FIGURE 3**



**FIGURE 4**



**FIGURE 5**



**FIGURE 6**



**FIGURE 7**



**FIGURE 8**



**FIGURE 9**



**FIGURE 10**



FIGURE 11

PAR-VASO-0013903



FIGURE 12

PAR-VASO-0013904



**FIGURE 13**

PAR-VASO-0013905



Total Impurities vs. target pH 40C

**FIGURE 14**



% Total Impurities vs. Target pH

FIGURE 15



% Total Impurities vs. Target pH

**FIGURE 16**



FIGURE 17

PAR-VASO-0013909



FIGURE 18

% Assay Decrease (Absolute) vs. Target pH

PAR-VASO-0013910



FIGURE 19



**FIGURE 20**



**FIGURE 21**

PAR-VASO-0013913



**FIGURE 22**

PAR-VASO-0013914



**FIGURE 23**



**FIGURE 24**



**FIGURE 25**



**FIGURE 26**



**FIGURE 27**

PAR-VASO-0013919



**FIGURE 28**



FIGURE 29



**FIGURE 30**



**FIGURE 31**



**FIGURE 32**



**FIGURE 33**



**FIGURE 34**



**FIGURE 35**



**FIGURE 36**



**FIGURE 37**



**FIGURE 38**



**FIGURE 39**



**FIGURE 40**



FIGURE 41



FIGURE 42



**FIGURE 43**



**FIGURE 44**

ACETYL-AVP (%) vs. Time (months)



FIGURE 45



**FIGURE 46**



FIGURE 47

PAR-VASO-0013939



**FIGURE 48**

PAR-VASO-0013940



**FIGURE 49**

PAR-VASO-0013941



**FIGURE 50**



**FIGURE 51**

PAR-VASO-0013943



FIGURE 52



**FIGURE 53**



FIGURE 54



**GLY9-AVP (%) vs. Time (months)**

Condition (°C)
25

Y(Dextrose) = 0.0755 + 0.0605*X
Y(Dextrose/NaCl) = 0.093 + 0.088*X

Dextrose/NaCl

Dextrose

**FIGURE 55**

PAR-VASO-0013947



FIGURE 56



FIGURE 57



FIGURE 58



FIGURE 59



FIGURE 60



FIGURE 61



FIGURE 62

PAR-VASO-0013954

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 30202880 |
| **Application Number:** | 15688341 |
| **International Application Number:** | |
| **Confirmation Number:** | 2743 |
| **Title of Invention:** | PEPTIDE CONGENERS WITH POLYMER EXCIPIENTS |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.311 |
| **Receipt Date:** | 28-AUG-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 16:59:46 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $2940 |
| RAM confirmation Number | 082917INTEFSW00004554232415 |
| Deposit Account | 232415 |
| Authorized User | Trisha Agrawal |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.16 (National application filing, search, and examination fees) | |
| 37 CFR 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0013955

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal of New Application | PAR_47956_702_311_UtilityTransmittal.pdf | 277724<br><br>23fcb1d850b8ae0a5f71e17acc042ba38dd5994f | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Miscellaneous Incoming Letter | PAR_47956_702_311_FeeTransmittal.pdf | 259539<br><br>835d3785e32b2a3153cf9f2c182b7a938a07d0ac | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Application Data Sheet | PAR_47956_702_311_ADS.pdf | 1823616<br><br>3cbfcfd4a444599fa4efb02e9b378638b7c0abe0 | no | 10 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | CRF Statement Paper and CRF are the same | PAR_47956_702_311_StmtSL.pdf | 6068<br><br>db3035d24eaa445dd1bee564938a597a7d103b15 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 5 | | PAR_47956_702_311_ApplnAsFiled.pdf | 1307245<br><br>876ca80f4dad3043fe8d81fe89f0cf29f981fa1 | yes | 230 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | Document Description | Start | End |
| | Specification | 1 | 226 |
| | Claims | 227 | 229 |
| | Abstract | 230 | 230 |

PAR-VASO-0013956

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Drawings-only black and white line drawings | PAR_47956_702_311_Drawings.pdf | 9054423<br>facacf0865b2b5341ccd0cdb1b260e19e3d79e56 | no | 62 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Sequence Listing (Text File) | 47956702311_SL.txt | 5260 | no | - |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Fee Worksheet (SB06) | fee-info.pdf | 38390<br>8eb20f3049c76c2dfd6eb9f647cbee83f4d72a7f | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | | 12772265 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0013957

# Weak Acid Equilibrium

When an uncharged weak acid is added to water, a homogeneous equilibrium forms in which aqueous acid molecules, HA(aq), react with liquid water to form aqueous hydronium ions and aqueous anions, $A^-$(aq). The latter are produced when the acid molecules lose $H^+$ ions to water.

$$HA(aq) + H_2O(l) \rightleftharpoons H_3O^+(aq) + A^-(aq)$$

In writing an equilibrium constant expression for this homogeneous equilibrium, we leave out the concentration of the liquid water. The equilibrium constant for this expression is called the acid dissociation constant, $K_a$.

$$K_a = \frac{[H_3O^+][A^-]}{[HA]}$$

= acid dissociation constant

When the equilibrium in question occurs in solution, the chemical formulas enclosed in brackets in the equilibrium constant expression represent the molarities of the substances (moles of solute per liter of solution).

Remember that $H^+$ can be used to represent $H_3O^+$, thus simplifying our depiction of the reaction between a weak acid and water and its acid dissociation constant expression:

$$HA(aq) \rightleftharpoons H^+(aq) + A^-(aq)$$

$$K_a = \frac{[H^+][A^-]}{[HA]}$$

= acid dissociation constant

For example, acetic acid is a weak acid, because when it is added to water, it reacts with the water in a reversible fashion to form hydronium and acetate ions.

$$HC_2H_3O_2(aq) + H_2O(l) \rightleftharpoons H_3O^+(aq) + C_2H_3O_2^-(aq)$$

or $HC_2H_3O_2(aq) \rightleftharpoons H^+(aq) + C_2H_3O_2^-(aq)$

$$K_a = \frac{[H^+][C_2H_3O_2^-]}{[HC_2H_3O_2]}$$

$= 1.8 \times 10^{-5}$

**EXAMPLE 1** - Writing an Acid Dissociation Constant: Write the equation for the reaction between the weak acid nitrous acid and water, and write the expression for its acid dissociation constant.

**Solution**:

$$HNO_2(aq) + H_2O(l) \rightleftharpoons H_3O^+(aq) + NO_2^-(aq)$$

$$K_a = \frac{[H_3O^+][NO_2^-]}{[HNO_2]}$$

or $HNO_2(aq) \rightleftharpoons H^+(aq) + NO_2^-(aq)$

$$K_a = \frac{[H^+][NO_2^-]}{[HNO_2]}$$

The table below lists acid dissociation constants for some common weak acids. These $K_a$ values can be used to describe the relative strength of the acids. A stronger acid will generate more hydronium ions in solution. A larger $K_a$ indicates a greater ratio of ions (including hydronium ions) to uncharged acid. Therefore, a larger $K_a$ indicates a stronger acid. For example, the larger $K_a$ for chlorous acid ($1.2 \times 10^{-2}$) compared to acetic acid ($1.8 \times 10^{-5}$) tells us that chlorous acid is stronger than acetic acid.

**Acid Dissociation Constants, $K_a$, for Common Weak Acids**

| Weak Acid | Equation | $K_a$ |
|---|---|---|
| acetic acid | $HC_2H_3O_2 \rightleftharpoons H^+ + C_2H_3O_2^-$ | $1.8 \times 10^{-5}$ |
| benzoic acid | $C_6H_5CO_2H \rightleftharpoons H^+ + C_6H_5CO_2^-$ | $6.4 \times 10^{-5}$ |
| chlorous acid | $HClO_2 \rightleftharpoons H^+ + ClO_2^-$ | $1.2 \times 10^{-2}$ |
| formic acid | $HCHO_2 \rightleftharpoons H^+ + CHO_2^-$ | $1.8 \times 10^{-4}$ |
| hydrocyanic acid | $HCN \rightleftharpoons H^+ + CN^-$ | $6.2 \times 10^{-10}$ |
| hydrofluoric acid | $HF \rightleftharpoons H^+ + F^-$ | $7.2 \times 10^{-4}$ |
| hypobromous acid | $HOBr \rightleftharpoons H^+ + OBr^-$ | $2 \times 10^{-9}$ |
| hypochlorous acid | $HOCl \rightleftharpoons H^+ + OCl^-$ | $3.5 \times 10^{-8}$ |
| hypoiodous acid | $HOI \rightleftharpoons H^+ + OI^-$ | $2 \times 10^{-11}$ |
| lactic acid | $CH_3CH(OH)CO_2H \rightleftharpoons H^+ + CH_3CH(OH)CO_2^-$ | $1.38 \times 10^{-4}$ |
| nitrous acid | $HNO_2 \rightleftharpoons H^+ + NO_2^-$ | $4.0 \times 10^{-4}$ |
| phenol | $HOC_6H_5 \rightleftharpoons H^+ + OC_6H_5^-$ | $1.6 \times 10^{-10}$ |
| propionic acid | $CH_3CH_2CO_2H \rightleftharpoons H^+ + CH_3CH_2CO_2^-$ | $1.3 \times 10^{-5}$ |

The following study sheet describes one procedure for calculating the pH of solutions of weak acids. If you take other chemistry courses, you will find that there are variations on this procedure for some weak acid solutions.

**Study Sheet** – Calculating pH for Weak Acid Solutions

**Tip-off** - You are given the concentration of a weak acid solution and asked to calculate its pH.

**General Steps** -

STEP 1 Write the equation for the ionization of the weak acid in water.

$HA(aq) \rightleftharpoons H^+(aq) + A^-(aq)$

STEP 2 Write the $K_a$ expression for the weak acid.

$$K_a = \frac{[H^+][A^-]}{[HA]}$$

STEP 3 Describe each equilibrium concentration in terms of x.

$x = [H^+]_{equilibrium} = [A^-]_{equilibrium}$

$[HA]_{equilibrium} = [HA]_{initial} - x$

STEP 4 Assume that the initial concentration of weak acid is approximately equal to the equilibrium concentration. (Weak acids are rarely ionized to a large degree. We can most often assume that the initial concentration added, $[HA]_{initial}$ is much larger than x. Thus, the equilibrium concentration is approximately equal to the concentration added. You may learn how to deal with weak acid solutions for which this approximation is not appropriate in other chemistry courses.)

$[HA]_{equilibrium} = [HA]_{initial}$

STEP 5 Plug the concentrations described in terms of x into the Ka expression, and solve for x.

$$K_a = \frac{(x)(x)}{[HA]_{initial}}$$

$$x = (K_a [HA]_{initial})^{1/2}$$

EXAMPLE 2 - pH Calculations for Weak Acid Solutions: Vinegar is a dilute water solution of acetic acid with small amounts of other components. Calculate the pH of bottled vinegar that is 0.667 M $HC_2H_3O_2$, assuming that none of the other components affect the acidity of the solution.

$HC_2H_3O_2(aq) \rightleftharpoons H^+(aq) + C_2H_3O_2^-(aq)$

We get the value for the acid dissociation constant for this reaction from the table above.

$$K_a = \frac{[H^+][C_2H_3O_2^-]}{[HC_2H_3O_2]} = 1.8 \times 10^{-5} = \frac{(x)(x)}{0.667 - x} \cong \frac{(x)(x)}{0.667}$$

$x^2 = 1.2 \times 10^{-5} \quad x = 3.5 \times 10^{-3}$

$[H^+] = 3.5 \times 10^{-3} \text{ M H}^+ \qquad pH = -log(3.5 \times 10^{-3}) = \textbf{2.46}$

---

**CHIRAL PUBLISHING COMPANY**

Copyright 2013 Mark Bishop

**TEXT**

- Atoms-first PDF
- Chemistry-first PDF
- Atoms-first eBook
- Chemistry-first eBook

**LINKS**

Home
About
Contact
Tour
Strengths

**MORE LINKS**

Animations
Tutorials
Glossary quizzes
Store
Checklists
Chapter maps
Audio Book
Molecules
PowerPoint

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| 21971 | 7590 | 07/11/2017 | |

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 07/11/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 10/11/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

## HOW TO REPLY TO THIS NOTICE:

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

PAR-VASO-0013961

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail** | **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971          7590          07/11/2017

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 10/11/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BRADLEY, CHRISTINA | 1675 | 514-010900 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,     1 _____

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.     2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☐ Corporation or other private group entity    ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____          Date _____

Typed or printed name _____          Registration No. _____

Page 2 of 3

PAR-VASO-0013962



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/717,877 | 05/20/2015 | Matthew Kenney | 47956-702.301 | 1722 |

21971          7590          07/11/2017

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 07/11/2017

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

PAR-VASO-0013963

# OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:
1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0013964

All participants (applicant, applicant's representative, PTO personnel):

1.  CHRISTINA BRADLEY (Primary Examiner);     2.  Trisha Agrawal (Attorney of Record); Telephonic
    Telephonic

**Date of Interview:** 27 June 2017

**Claim(s) discussed:** 32

**Amendment Proposed:** The Examiner proposed amending claim 32, which depends from claim 1, to depend from claim 16 because claim 1 is cancelled.

**Brief Description of main topic of discussion:** Applicant's Representative authorized the amendment.

## Issues Discussed:

| /CHRISTINA BRADLEY/ | |
|---|---|
| Primary Examiner, Art Unit 1675 | |

**Applicant recordation instructions:** It is not necessary for applicant to provide a separate record of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicant's responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided.  See MPEP 713.04**

Please further see:

**MPEP 713.04**
**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)**
**37 CFR § 1.2 Business to be transacted in writing**

PAR-VASO-0013965

PAR-VASO-0013966

| | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 14/717,877 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** | **AIA (First Inventor to File) Status** |
| | CHRISTINA BRADLEY | 1675 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed May 22, 2017*.

     ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *16-28 and 32-37*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     **Certified copies:**

       a) ☐ All     b) ☐ Some    *c) ☐ None of the:

          1. ☐ Certified copies of the priority documents have been received.

          2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

          3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

     ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

     **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☒ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☒ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

## EXAMINER'S AMENDMENT

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in an interview with Trisha Agrawal on June 27, 2017.

The application has been amended as follows:

In claim 32, line 1, delete "claim 1" and insert --claim 16-- therefor.


The following is an examiner's statement of reasons for allowance:

The closest prior art, Pharmaceutical Partners of Canada, teaches a vasopressin formulation comprising 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection, and q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment, and having a pH of 2.5-4.5.

The declaration under 37 CFR 1.132 filed May 22, 2017 is sufficient to overcome an obviousness rejection over Pharmaceutical Partners of Canada because it establishes the criticality of the claimed pH range of 3.5 to 4.1.

All previous grounds of rejection are withdrawn.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 2:00 P.M.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

PAR-VASO-0013968

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0013969

All participants (applicant, applicant's representative, PTO personnel):

1.   CHRISTINA BRADLEY (Primary Examiner); Telephonic

2.   Trisha Agrawal (Attorney of Record); Telephonic

**Date of Interview:** 27 June 2017

**Claim(s) discussed:** 32

**Amendment Proposed:** The Examiner proposed amending claim 32, which depends from claim 1, to depend from claim 16 because claim 1 is cancelled.

**Brief Description of main topic of discussion:** Applicant's Representative authorized the amendment.

## Issues Discussed:

| /CHRISTINA BRADLEY/ <br> Primary Examiner, Art Unit 1675 | |
|---|---|

**Applicant recordation instructions:** It is not necessary for applicant to provide a separate record of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicant's responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**

Please further see:

**MPEP 713.04**
**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)**
**37 CFR § 1.2 Business to be transacted in writing**

PAR-VASO-0013970

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 14717877 |
| | Filing Date | 05-20-2015 |
| | First Named Inventor | KENNEY; Matthew |
| | Art Unit | 1675 |
| | Examiner Name | BRADLEY, CHRISTINA |
| Sheet | 1 | of | 4 | Attorney Docket Number | 47956-702.301 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br><br>Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 001 | US-20170035853-A1 | 02-09-2017 | KENNEY; Matthew et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br><br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | None | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0013971

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 14717877 |
| Filing Date | 05-20-2015 |
| First Named Inventor | KENNEY; Matthew |
| Art Unit | 1675 |
| Examiner Name | BRADLEY, CHRISTINA |
| Attorney Docket Number | 47956-702.301 |

| Sheet | 2 | of | 4 | | |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 001 | CHANG, et al., Practical approaches to protein formulation development, Rational Design of stable protein in formulations, edited by Carpenter and Manning. Kluwer Academic/Plenum Publishers, New York, 2002, pp. 1-25. | ☐ |
| | 002 | Co-pending US patent application No. US15/426,693, filed on 02-07-2017. | ☐ |
| | 003 | Co-pending US patent application No. US15/426,703, filed on 02-07-2017. | ☐ |
| | 004 | Label for Vasotrict (vasopressin injection) for intravenous use, downloaded from www. fda.gov on 3/21/017. | ☐ |
| | 005 | Office Action dated 02/22/2017 for US Application No. 15/289,640. | ☐ |
| | 006 | Office Action dated 03/29/2017 for US Application No. 15/426,693. | ☐ |
| | 007 | Office Action dated 3/29/2017 for US Application No. 15/426,703. | ☐ |
| | 008 | Notice of Allowance dated 05/12/2017 for US Application No. 15/289,640. | ☐ |

| Examiner Signature | /CHRISTINA        BRADLEY/ | Date Considered | 06/27/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| | | | |
|---|---|---|---|
| Sheet | 3 | of | 4 |

| Complete if Known | |
|---|---|
| Application Number | 14717877 |
| Filing Date | 05-20-2015 |
| First Named Inventor | KENNEY; Matthew |
| Art Unit | 1675 |
| Examiner Name | BRADLEY, CHRISTINA |
| Attorney Docket Number | 47956-702.301 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Trisha Agrawal/ | Date (YYYY-MM-DD) | 2017-05-22 |
|---|---|---|---|
| Name/Print | Trisha Agrawal | Registration Number | 73,212 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0013973

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| 21971 | 7590 | 07/11/2017 | |

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 07/11/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/426,693 | 02/07/2017 | Matthew Kenney | 47956-702.502 | 1012 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 10/11/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

## HOW TO REPLY TO THIS NOTICE:

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

PAR-VASO-0013975

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or <u>Fax</u>** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971          7590          07/11/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/426,693 | 02/07/2017 | Matthew Kenney | 47956-702.502 | 1012 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 10/11/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BRADLEY, CHRISTINA | 1675 | 514-010900 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PAR-VASO-0013976



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/426,693 | 02/07/2017 | Matthew Kenney | 47956-702.502 | 1012 |

21971        7590        07/11/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 07/11/2017

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

PAR-VASO-0013977

# OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0013978

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 15/426,693 | KENNEY ET AL. |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | CHRISTINA BRADLEY | 1675 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed June 28, 2017*.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *16-23,30-33 and 36*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All    b) ☐ Some    *c) ☐ None of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

PAR-VASO-0013979

## EXAMINER'S AMENDMENT

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

The following is an examiner's statement of reasons for allowance:

The closest prior art, Pharmaceutical Partners of Canada, teaches a vasopressin formulation comprising 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection, and q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment, and having a pH of 2.5-4.5.

The response filed June 28, 2017, and the data in the specification referenced therein, is sufficient to overcome the obviousness rejection over Pharmaceutical Partners of Canada because it establishes the criticality of the claimed pH range of 3.7 to 3.9.

The terminal disclaimers filed June 28, 2017 are sufficient to overcome all double patenting rejections.

All previous grounds of rejection are withdrawn.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 2:00 P.M.

PAR-VASO-0013980

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

PAR-VASO-0013981

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 15426693 |
| | | | Filing Date | 02-07-2017 |
| | | | First Named Inventor | KENNEY; Matthew |
| | | | Art Unit | 1675 |
| | | | Examiner Name | BRADLEY, CHRISTINA |
| Sheet | 1 of 4 | | Attorney Docket Number | 47956-702.502 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 001 | US-9687526 | 06-27-2017 | KENNEY; Matthew et al. | |
| | 002 | US-20170157203-A1 | 06-08-2017 | KENNEY; Matthew et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | None | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0013982

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | | Complete if Known | |
|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 15426693 | |
| | | | | Filing Date | 02-07-2017 | |
| | | | | First Named Inventor | KENNEY; Matthew | |
| | | | | Art Unit | 1675 | |
| | | | | Examiner Name | BRADLEY, CHRISTINA | |
| Sheet | 2 | of | 4 | Attorney Docket Number | 47956-702.502 | |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 001 | CHANG, et al., Practical approaches to protein formulation development, Rational Design of stable protein in formulations, edited by Carpenter and Manning. Kluwer Academic/Plenum Publishers, New York, 2002, pp. 1-25. | ☐ |
| | 002 | Co-pending US patent application No. US15/606,442, filed on 05-26-2017. | ☐ |
| | 003 | Co-pending US patent application No. US15/612,649, filed on 06-02-2017. | ☐ |
| | 004 | Label for Vasostrict (vasopressin injection) for intravenous use, downloaded from www.fda.gov on 3/21/2017. | ☐ |
| | 005 | Notice of Allowance dated 05/12/2017 for US Application No. 15/289,640. | ☐ |
| | 006 | Office Action dated 02/22/2017 for US Application No. 15/289,640. | ☐ |
| | 007 | Office Action dated 3/29/2017 for US Application No. 15/426,703. | ☐ |

| Examiner Signature | /CHRISTINA BRADLEY/ | Date Considered | 07/05/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0013983

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>(Use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | 15426693 |
| | Filing Date | 02-07-2017 |
| | First Named Inventor | KENNEY; Matthew |
| | Art Unit | 1675 |
| | Examiner Name | BRADLEY, CHRISTINA |

| Sheet | 3 | of | 4 | Attorney Docket Number | 47956-702.502 |
|---|---|---|---|---|---|

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Trisha Agrawal/ | Date (YYYY-MM-DD) | 2017-06-28 |
|---|---|---|---|
| Name/Print | Trisha Agrawal | Registration Number | 73,212 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0013984

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

21971          7590          07/20/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 07/20/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/426,703 | 02/07/2017 | Matthew Kenney | 47956-702.503 | 5198 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 10/20/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

PAR-VASO-0013986

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail**    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax**   **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971      7590      07/20/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/426,703 | 02/07/2017 | Matthew Kenney | 47956-702.503 | 5198 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 10/20/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BRADLEY, CHRISTINA | 1675 | 514-010900 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____      Date _____

Typed or printed name _____      Registration No. _____

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PAR-VASO-0013987



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/426,703 | 02/07/2017 | Matthew Kenney | 47956-702.503 | 5198 |

21971        7590        07/20/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 07/20/2017

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

PAR-VASO-0013988

# OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0013989

| | Application No. | Applicant(s) |
| :--- | :--- | :--- |
| ***Notice of Allowability*** | 15/426,703 | KENNEY ET AL. |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | CHRISTINA BRADLEY | 1675 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed 6/28/2017* .
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *16, 18-25,32 and 33*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

        a) ☐ All    b) ☐ Some    *c) ☐ None of the:

            1. ☐ Certified copies of the priority documents have been received.

            2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

            3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

PAR-VASO-0013990

<b>EXAMINER'S AMENDMENT</b>

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

The following is an examiner's statement of reasons for allowance:

The closest prior art, Pharmaceutical Partners of Canada, teaches a vasopressin formulation comprising 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as preservative, water for injection, and q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment, and having a pH of 2.5-4.5.

The response filed June 28, 2017, and the data in the specification referenced therein, is sufficient to overcome the obviousness rejection over Pharmaceutical Partners of Canada because it establishes the criticality of the claimed pH range of 3.7 to 3.9.

The terminal disclaimers filed June 28, 2017 are sufficient to overcome all double patenting rejections.

All previous grounds of rejection are withdrawn.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday through Friday from 5:30 A.M. to 2:00 P.M.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
Primary Examiner, Art Unit 1675

cmb

| Search Notes  | Application/Control No. 15426703 | Applicant(s)/Patent Under Reexamination KENNEY ET AL. |
|---|---|---|
| | Examiner CHRISTINA BRADLEY | Art Unit 1675 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| A61K38/11 | 3/22/2017 | CMB |
| C07K7/16 | 3/22/2017 | CMB |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East - see transcript | 3/22/2017 | CMB |
| STN - see transcript | 3/22/2017 | CMB |
| Palm and East - inventor search | 3/22/2017, updated 7/5/2017 | CMB |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | East - see transcript | 7/5/2017 | CMB |

| | |
|---|---|
| | |

PAR-VASO-0013993

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15426703 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** |
| | CHRISTINA BRADLEY | 1675 |

**CPC**

| Symbol | | | Type | Version |
|---|---|---|---|---|
| A61K | 38 | 11 | F | 2013-01-01 |
| A61K | 47 | 12 | I | 2013-01-01 |
| G01N | 30 | 74 | I | 2013-01-01 |
| G01N | 30 | 88 | I | 2013-01-01 |
| G01N | 2030 | 8831 | A | 2013-01-01 |
| G01N | 2030 | 027 | A | 2013-01-01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 11 | |
| /CHRISTINA BRADLEY/<br>Primary Examiner.Art Unit 1675 | 07/05/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No. 20170705

PAR-VASO-0013994

# Issue Classification

| | |
|---|---|
| **Application/Control No.** 15426703 | **Applicant(s)/Patent Under Reexamination** KENNEY ET AL. |
| **Examiner** CHRISTINA BRADLEY | **Art Unit** 1675 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | |
|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | **NON-CLAIMED** |

**CROSS REFERENCE(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
|---|---|

| | |
|---|---|
| NONE | **Total Claims Allowed:** |
| (Assistant Examiner)          (Date) | 11 |
| /CHRISTINA BRADLEY/ Primary Examiner.Art Unit 1675          07/05/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)          (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No. 20170705

PAR-VASO-0013995

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15426703 | KENNEY ET AL. |
| | **Examiner** | **Art Unit** |
| | CHRISTINA BRADLEY | 1675 |

☒ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☒ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 11 | |
| /CHRISTINA BRADLEY/<br>Primary Examiner.Art Unit 1675 | 07/05/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

PAR-VASO-0013996

| | | Application/Control No. 15/612,649 | Applicant(s)/Patent Under Reexamination Kenney et al. | | |
|---|---|---|---|---|---|
| ***Notice of References Cited*** | | Examiner CHRISTINA MARCHETTI BRADLEY | Art Unit 1675 | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015) (Year: 2015) |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0013997

### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/612,649 | 06/02/2017 | Matthew Kenney | 47956-702.505 | 1030 |

21971          7590          09/19/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/19/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

PAR-VASO-0013998

| *Office Action Summary* | Application No. | Applicant(s) |
| | 15/612,649 | Kenney et al. |
| | Examiner | Art Unit | AIA Status |
| | CHRISTINA MARCHETTI BRADLEY | 1675 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1)☑ Responsive to communication(s) filed on <u>02 June 2017</u>                    .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____                    .

2a)☐ This action is **FINAL.**          2b) ☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims*

5)☑ Claim(s) <u>16-43</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☑ Claim(s) <u>16-43</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

### Application Papers

10)☐ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on <u>30 June 2017</u> is/are:  a)☑  accepted or  b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

### Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
      a)☐ All   b)☐ Some**   c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____ .
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

### Attachment(s)

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

PAR-VASO-0013999

**DETAILED CORRESPONDENCE**

*Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.


*Priority*

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35

U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more

conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as

follows:

The later-filed application must be an application for a patent for an invention which is also

disclosed in the prior application (the parent or original nonprovisional application or provisional

application). The disclosure of the invention in the parent application and in the later-filed application

must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA

35 U.S.C. 112, except for the best mode requirement.  See *Transco Products, Inc. v. Performance

Contracting, Inc.,* 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640,

14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by

35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for one or more claims of this application.

The disclosure of the instant application, Application No. 15/612,649, describes an intravenous

unit dosage form of vasopressin (¶ [00334]). The disclosure includes the following elements that pertain

to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in

claims 16-43, particularly the steps requiring storing the unit dosage form for at least one month.

PAR-VASO-0014000

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. This description is critical support for the unit dosage form of claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month".  The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014001

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage

form can be stored at 5 °C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state

that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270],

[00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or

5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous

administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24

hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in

the prior-filed applications are critical for establishing support for the claimed methods because even

the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016,

states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal

saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for

intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24

hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin

formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for

intravenous therapy. It is also not implicit in the prior-filed applications to store the vasopressin

formulation in dextrose for at least about one month prior to administration, counter to the instructions

on the FDA label for Vasostrict® (vasopressin injection), and in the prior-filed disclosures, and in the

absence of any data or instruction suggesting that a longer storage period would be safe and effective.

As a result, the earliest effective filing date for claims 16-43 is the filing date of the instant

application, June 2, 2017.

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a)  IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 16-43 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement.  The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

The claims are drawn to a method of increasing blood pressure in a hypotensive human with vasopressin. The method requires the use of a unit dosage form comprising i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin, ii) dextrose, iii) acetic acid, sodium acetate, or a combination thereof, and iv) optionally hydrochloric acid or sodium hydroxide. Claim 27 and its dependent claims require that the unit dosage form is stored for at least about one month at 5 °C prior to administration, and claim 36 and its dependent claims require that the unit dosage form is stored for at least about one month at 25 °C prior to administration.

In contrast to the claimed methods, even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after

18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application, making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for Vasostrict® (vasopressin injection). The question of whether storing a diluted form of vasopressin formulation for at least about a month would be safe and effective was unpredictable before the guidance and data presented in the instant application.

The disclosure of the instant application, Application No. 15/612,649, describes an intravenous unit dosage form of vasopressin (¶ [00334]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-43, particularly the steps requiring storing the unit dosage form for at least one month.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. This description is critical support for the unit dosage form of claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month".  The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G and H) was between 3.74 and 3.75.

However, instant claims 16-43 are not limited to formulations between 3.74 and 3.75 but rather encompass any pH that can be buffered by acetate, and with a concentration of 1 or 10 mM acetate buffer. Given the high degree of unpredictability in the art of vasopressin formulation and stability, and the explicit instructions and standard to discard soon after dilution in dextrose, one of ordinary skill in the art would not conclude that Applicant was in possession of a vasopressin formulation at any pH or buffer concentration that can be used in the claim methods.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the formulation and buffer concentration as set forth in Example 16.

### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):
(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

PAR-VASO-0014005

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 16-43 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)

### Claim Rejections - 35 USC § 112(d)

The following is a quotation of 35 U.S.C. 112(d):

(d) REFERENCE IN DEPENDENT FORMS.—Subject to subsection (e), a claim in dependent form shall contain a reference to a claim previously set forth and then specify a further limitation of the subject matter claimed. A claim in dependent form shall be construed to incorporate by reference all the limitations of the claim to which it refers.

The following is a quotation of pre-AIA 35 U.S.C. 112, fourth paragraph:

Subject to the following paragraph [i.e., the fifth paragraph of pre-AIA 35 U.S.C. 112], a claim in dependent form shall contain a reference to a claim previously set forth and then specify a further limitation of the subject matter claimed. A claim in dependent form shall be construed to incorporate by reference all the limitations of the claim to which it refers.

Claim 17 is rejected under 35 U.S.C. 112(d) or pre-AIA 35 U.S.C. 112, 4th paragraph, as being of improper dependent form for failing to further limit the subject matter of the claim upon which it

depends, or for failing to include all the limitations of the claim upon which it depends. Claim 17 states that the unit dosage form consists essentially of hydrochloric acid, however, the claim from which claim 17 depends, claim 16, requires that the unit dosage form contain additional ingredients. Applicant may cancel the claim(s), amend the claim(s) to place the claim(s) in proper dependent form, rewrite the claim(s) in independent form, or present a sufficient showing that the dependent claim(s) complies with the statutory requirements.

Claim 18 is rejected under 35 U.S.C. 112(d) or pre-AIA 35 U.S.C. 112, 4th paragraph, as being of improper dependent form for failing to further limit the subject matter of the claim upon which it depends, or for failing to include all the limitations of the claim upon which it depends. Claim 18 states that the unit dosage form consists essentially of sodium hydroxide, however, the claim from which claim 18 depends, claim 16, requires that the unit dosage form contain additional ingredients. Applicant may cancel the claim(s), amend the claim(s) to place the claim(s) in proper dependent form, rewrite the claim(s) in independent form, or present a sufficient showing that the dependent claim(s) complies with the statutory requirements.

Claim 25 is rejected under 35 U.S.C. 112(d) or pre-AIA 35 U.S.C. 112, 4th paragraph, as being of improper dependent form for failing to further limit the subject matter of the claim upon which it depends, or for failing to include all the limitations of the claim upon which it depends. Claim 25 states that the unit dosage form consists essentially of 5% dextrose, however, the claim from which claim 25 depends, claim 16, requires that the unit dosage form contain additional ingredients. Applicant may cancel the claim(s), amend the claim(s) to place the claim(s) in proper dependent form, rewrite the claim(s) in independent form, or present a sufficient showing that the dependent claim(s) complies with the statutory requirements.

### *Claim Rejections - 35 USC § 102*

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102

and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory

basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and

the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis

for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale
or otherwise available to the public before the effective filing date of the claimed invention.

Claims 16, and 19-25 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by the FDA

Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015).

Claim interpretation note: "unit dosage form" in claim 16 is not limited to forms that are not

diluted prior to administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to

increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain

hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is

via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium

chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§

2.1). The Vasostrict® Label states that 1 mg of vasopressin is equivalent to 530 units (§ 11). Therefore,

the unit dosage form taught by the FDA Label for Vasostrict® (vasopressin injection) contains:

0.1 units/mL x 1 mg/530 units = 0.000189 mg/mL = 0.189 µg/mL of vasopressin

1 units/mL x 1 mg/530 units = 0.00189 mg/mL = 1.89 µg/mL of vasopressin

both of which fall within the claimed range of about 0.1 µg/mL to about 2 µg/mL. The

Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water, and acetic acid

to pH 3.4-3.6 (§ 11). The Vasostrict® Label states that the starting intravenous dose is 0.03 units/minute for post-cardiotomy shock, and 0.01 units/minute for septic shock. The Vasostrict® Label states that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute for post-cardiotomy shock and 0.07 units/minute for septic shock. (§ 2.2). All infusion rates taught by the Vasostrict® Label fall within the claimed range of about 0.01 units to about 0.1 units per minute. Therefore, the Vasostrict® Label meets all of the limitations of instant claim 16.

With respect to claim 19, the Vasostrict® Label states that mean arterial blood pressure can be increased in 15 minutes (§ 12.2).

With respect to claims 20 and 21, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock (§ 1).

With respect to claim 22, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock, and that the starting intravenous dose is 0.03 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute (§ 2.2).

With respect to claim 23, the Vasostrict® Label states that vasopressin is indicated for septic shock (§ 1).

With respect to claim 24, the Vasostrict® Label states that vasopressin is indicated for septic shock, and that the starting intravenous dose is 0.01 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.07 units/minute (§ 2.2).

With respect to claim 25, the Vasostrict® Label states that vasopressin composition comprises 5% dextrose in water (§ 2.1).

*Conclusion*

No claims are allowed.

PAR-VASO-0014009

   Any inquiry concerning this communication or earlier communications from the examiner

should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The

examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

   Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

   If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization

where this application or proceeding is assigned is 571-273-8300.

   Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system. Status information for published applications may be obtained

from either Private PAIR or Public PAIR. Status information for unpublished applications is available

through Private PAIR only. For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer

Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.


                                        **/CHRISTINA BRADLEY/**
                                        **Primary Examiner, Art Unit 1675**



cmb

| | Notice of References Cited | Application/Control No. 15/688,330 | | Applicant(s)/Patent Under Reexamination Kenney et al. | |
|---|---|---|---|---|---|
| | | Examiner CHRISTINA MARCHETTI BRADLEY | | Art Unit 1675 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015) (Year: 2015) |
| | V | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 12/21/2016) (Year: 2016) |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 20171010

PAR-VASO-0014011

### UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/688,330 | 08/28/2017 | Matthew Kenney | 47956-702.307 | 9848 |

21971          7590          10/17/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/17/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0014012

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☑ Responsive to communication(s) filed on 28 August 2017 .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a) ☐ This action is **FINAL.**   2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☑ Claim(s) <u>16-28</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>16-28</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

PAR-VASO-0014013

## DETAILED CORRESPONDENCE

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Priority*

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35 U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as follows:

The later-filed application must be an application for a patent for an invention which is also disclosed in the prior application (the parent or original nonprovisional application or provisional application). The disclosure of the invention in the parent application and in the later-filed application must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA 35 U.S.C. 112, except for the best mode requirement.  See *Transco Products, Inc. v. Performance Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by 35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for one or more claims of this application.

The disclosure of the instant application, and the parent Application No. 15/612,649, describe an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-28.

PAR-VASO-0014014

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014015

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage

form can be stored at 5 °C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state

that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270],

[00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or

5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous

administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24

hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in

the prior-filed applications are critical for establishing support for the claimed methods because even

the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016,

states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal

saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for

intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24

hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin

formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for

intravenous therapy, counter to the instructions on the FDA label for Vasostrict® (vasopressin injection),

and in the prior-filed disclosures, and in the absence of any data or instruction suggesting that a longer

storage period would be safe and effective.

As a result, the earliest effective filing date for claims 16-28 is the filing date of parent

Application No. 15/612,649, June 2, 2017.

### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):

> (b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 16-28 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)


### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person

PAR-VASO-0014017

skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the
same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 16-28 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as

failing to comply with the written description requirement.  The claim(s) contains subject matter which

was not described in the specification in such a way as to reasonably convey to one skilled in the

relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the

application was filed, had possession of the claimed invention.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used

without initial vasopressin dilution for intravenous therapy.

The claims are drawn to a method of increasing blood pressure in a hypotensive human with

vasopressin. The method requires the use of a unit dosage form comprising i) from about 0.1 units/mL

to about 1 unit/mL of vasopressin, ii) acetic acid, sodium acetate, or a combination thereof, iii) 0-2 %

vasopressin degradation products,  iv) dextrose, and v) water, wherein the pH is no greater than 4.1.

In contrast to the claimed methods, even the most recent FDA label for Vasostrict® (vasopressin

injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a

short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W)

to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after

18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application,

making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial

vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for

Vasostrict® (vasopressin injection). The question of whether a diluted form of vasopressin formulation

that could be stored as a unit dosage form for later administration would be safe and effective was

unpredictable before the guidance and data presented in the instant application.

PAR-VASO-0014018

The disclosure of the instant application describes an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-28.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. This description is critical support for the unit dosage form of claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month".  The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin

formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant

specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G

and H) was between 3.74 and 3.75.

However, instant claims 16-28 are not limited to formulations between 3.74 and 3.75 but rather

encompass any pH up to 4.1 that can be buffered by acetate, and with a concentration of 1 or 10 mM

acetate buffer. Given the high degree of unpredictability in the art of vasopressin formulation and

stability, and the explicit instructions and standard to discard soon after dilution in dextrose, one of

ordinary skill in the art would not conclude that Applicant was in possession of a vasopressin

formulation at any pH or buffer concentration that can be used in the claim methods as a diluted unit

dosage form that can be stored prior to use.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the

formulation and buffer concentration as set forth in Example 16.


### Claim Rejections - 35 USC § 102

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102

and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory

basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and

the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis

for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale
or otherwise available to the public before the effective filing date of the claimed invention.

PAR-VASO-0014020

Claims 16, 17, 20-25, 27, and 28 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1). The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water, and acetic acid to pH 3.4-3.6 (§ 11).The Vasostrict® Label states that the starting intravenous dose is 0.03 units/minute for post-cardiotomy shock, and 0.01 units/minute for septic shock. The Vasostrict® Label states that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute for post-cardiotomy shock and 0.07 units/minute for septic shock. (§ 2.2). All infusion rates taught by the Vasostrict® Label fall within the claimed range of about 0.01 units to about 0.1 units per minute.

With respect to the limitation "0-2% vasopressin degradation products," the reference is silent as to the level of degradation. Because the formulation and method is otherwise identical to the claimed unit dosage form and method there is a reasonable basis to shift the burden to applicant to establish whether this claimed property is met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 17, the Vasostrict® Label states that the dextrose concentration is 5% (§ 2.1).

PAR-VASO-0014021

With respect to claim 20, the Vasostrict® Label states that mean arterial blood pressure can be increased in 15 minutes (§ 12.2).

With respect to claims 21 and 22, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock (§ 1).

With respect to claim 23, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock, and that the starting intravenous dose is 0.03 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute (§ 2.2).

With respect to claim 24, the Vasostrict® Label states that vasopressin is indicated for septic shock (§ 1).

With respect to claim 25, the Vasostrict® Label states that vasopressin is indicated for septic shock, and that the starting intravenous dose is 0.01 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.07 units/minute (§ 2.2).

With respect to claim 27, the Vasostrict® Label states that vasopressin composition comprises vasopressin, not the salt form (§ 2.1).

With respect to claim 28, the Vasostrict® Label states that vasopressin composition comprises chlorobutanol (§ 2.1).

### Claim Rejections - 35 USC § 103

This application currently names joint inventors. In considering patentability of the claims the examiner presumes that the subject matter of the various claims was commonly owned as of the effective filing date of the claimed invention(s) absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and effective filing dates of each claim that was not commonly owned as of the effective filing date of the later invention in order for the examiner

PAR-VASO-0014022

to consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art

against the later invention.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections

set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is
> not identically disclosed as set forth in section 102, if the differences between the claimed invention
> and the prior art are such that the claimed invention as a whole would have been obvious before the
> effective filing date of the claimed invention to a person having ordinary skill in the art to which the
> claimed invention pertains. Patentability shall not be negated by the manner in which the invention
> was made.

Claims 18 and 19 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for

Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to

claims 16, 17, and 20-28 above.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not explicitly state that treatment occurs over about day as in claim

18 or over about one week as in claim 19. However, this difference is obvious over the guidance in the

Label.

The Vasostrict® Label teaches that administration guidance is empirical and left to the

practitioner to follow and optimize (§ 2.2). The guidance suggests a starting dose and maximum dose

and states that if the target blood pressure response is not achieved, the practitioner should titrate up

by 0.005 units/minute at 10- to 15-minute intervals. After target blood pressure has been maintained

for 8 hours without the use of catecholamines, the practitioner should taper Vasostrict® by 0.005

units/minute every hour as tolerated to maintain target blood pressure. The total period of time

required for this treatment varies depending on the patient and condition. Given the suggested titration

schedule, 8 hour maintenance, and taper schedule, the range for total treatment overlaps with the

PAR-VASO-0014023

claimed range of over about a day, and over about a week, rendering the instant claims obvious over the

label.


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded

in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise

extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple

assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not

identical, but at least one examined application claim is not patentably distinct from the reference

claim(s) because the examined application claim is either anticipated by, or would have been obvious

over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re*

*Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed.

Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164

USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to

overcome an actual or provisional rejection based on nonstatutory double patenting provided the

reference application or patent either is shown to be commonly owned with the examined application,

or claims an invention made as a result of activities undertaken within the scope of a joint research

agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file

provisions of the AIA as explained in MPEP § 2159.  See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for

applications not subject to examination under the first inventor to file provisions of the AIA. A terminal

disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used. Please visit

www.uspto.gov/patent/patents-forms. The filing date of the application in which the form is filed

determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-43 of copending Application No. 15/612,649 (reference application) in view of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claim 16 of the reference application recites a method of increasing blood pressure in a human in need thereof comprising intravenously administering to a hypotensive human a pharmaceutical composition that consists essentially of, in a unit dosage form: i) from about 0.1 µg/ml to about 2 µg/ml of vasopressin or a salt thereof; ii) dextrose; iii) acetic acid, sodium acetate, or a combination thereof; and iv) optionally hydrochloric acid or sodium hydroxide, wherein the administration provides to the human from about 0.01 units of vasopressin per minute to about 0.1 units of vasopressin per minute. The Vasostrict® Label states that 1 mg of vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form claimed in the reference application contains:

0.0001 mg /mL x 530 units/1 mg = 0.053 units/mL of vasopressin

0.002 mg /mL x 530 units/1 mg = 1.06 units/mL of vasopressin

both of which fall within the claimed range of about 0.1 units/mL to about 1 units/mL.

Claim 16 of the reference application does not require that the pH is no greater than 4.1.

PAR-VASO-0014025

The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water, and acetic acid to pH 3.4-3.6 (§ 11).

It would have been obvious to adjust the pH of the unit dosage form claimed in the reference application to pH 3.4-3.6, as taught by the Vasostrict® Label, satisfying all of the limitations of instant claim 16. One of ordinary skill in the art would have been motivated to do so given that the Vasostrict® Label teaches formulation conditions that are suitable for clinical use. There would have been a reasonable expectation of success given that both the reference application claim and the Vasostrict® Label disclose the same buffering agent, acetate.

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious.  See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of degradation would occur as a result of preparing the vasopressin composition made obvious by the prior art and using it in the same manner.

With respect to claim 17, both the reference application at claim 25, and the Vasostrict® Label teach 5% dextrose (§ 2.1). With respect to claims 18 and 19, it would have been obvious to optimize the total time for treatment in view of the guidance in the Vasostrict® Label (§ 2.2), in the manner presented in the rejection under 35 U.S.C. 103 above. With respect to claim 20, both the reference application at claim 19, and the Vasostrict® Label (§ 12.2) teach that the human's mean arterial blood pressure is increased within 15 minutes of administration. With respect to claim 21, both the reference application at claim 20, and the Vasostrict® Label teach (§ 1) that the hypotension is associated with vasodilatory shock. With respect to claim 22, both the reference application at claim 21, and the Vasostrict® Label teach (§ 2.2) that the vasodilatory shock is post-cardiotomy shock. With respect to claim 23, both the reference application at claim 22, and the Vasostrict® Label teach (§ 2.2) that the administration

provides from about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute.
With respect to claim 24, both the reference application at claim 23, and the Vasostrict® Label teach (§
1) that the vasodilatory shock is septic shock. With respect to claim 25, both the reference application at
claim 24, and the Vasostrict® Label teach (§ 2.2) that the administration provides from about 0.01 units
of vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and
27, the reference application at claim 16 teaches both vasopressin and the pharmaceutically acceptable
salt thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict®
Label (§ 2.1) teaches that the composition comprises chlorobutanol.

Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being
unpatentable over claims 16-30 of copending Application No. 15/688,336 (reference application) in view
of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published
5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each
other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct
claims have not in fact been patented.

Claim 16 of the reference application recites a method of increasing blood pressure in a human
in need thereof comprising intravenously administering to a hypotensive human a pharmaceutical
composition that consists essentially of, in a unit dosage form from about 0.1 units/ml to about 1
unit/ml of vasopressin or a salt thereof, wherein the pH is no greater than 4.1, the unit dosage form
further comprises impurities that are present in an amount of 0.9% - 1.7%, wherein impurities have
from about 85% to about 100% sequence homology to SEQ ID NO: 1, wherein the administration
provides to the human from about 0.01 units of vasopressin per minute to about 0.1 units of
vasopressin per minute. Claim 27 of the reference application recites that the unit dosage form contains
acetate.

PAR-VASO-0014027

The reference application does not claim that unit dosage form comprises dextrose.

The Vasostrict® Label states that the composition must be diluted 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1).

It would have been obvious to prepare the unit dosage form claimed in the reference application in dextrose, as taught by the Vasostrict® Label, satisfying all of the limitations of instant claim 16. One of ordinary skill in the art would have been motivated to do so given that the Vasostrict® Label teaches formulation conditions that are suitable for clinical use. There would have been a reasonable expectation of success given that the reference application and the Vasostrict® Label teach the same active agent, vasopressin, the same clinical application, hypertension, and the same administration route, intravenous.

With respect to claim 17, the Vasostrict® Label teaches 5% dextrose (§ 2.1). With respect to claims 18 and 19, it would have been obvious to optimize the total time for treatment in view of the guidance in the Vasostrict® Label (§ 2.2), in the manner presented in the rejection under 35 U.S.C. 103 above. With respect to claim 20, the Vasostrict® Label (§ 12.2) teaches that the human's mean arterial blood pressure is increased within 15 minutes of administration. With respect to claim 21, both the reference application at claim 24, and the Vasostrict® Label teach (§ 1) that the hypotension is associated with vasodilatory shock. With respect to claim 22, the Vasostrict® Label teaches (§ 2.2) that the vasodilatory shock is post-cardiotomy shock. With respect to claim 23, the Vasostrict® Label teaches (§ 2.2) that the administration provides from about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute. With respect to claim 24, the Vasostrict® Label teaches (§ 1) that the vasodilatory shock is septic shock. With respect to claim 25, both the reference application at claim 25, and the Vasostrict® Label teaches (§ 2.2) that the administration provides from about 0.01 units of vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and 27, the reference application at claim 16 teaches both vasopressin and the pharmaceutically acceptable salt

thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict®

Label (§ 2.1) teaches that the composition comprises chlorobutanol.


Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 16-27 of copending Application No. 15/688,334 (reference application) in view

of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published

5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each

other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct

claims have not in fact been patented.

Claim 16 of the reference application recites a method of increasing blood pressure in a human

in need thereof comprising intravenously administering to a hypotensive human a pharmaceutical

composition that consists essentially of, in a unit dosage form from about 0.1 units/ml to about 1

unit/ml of vasopressin or a salt thereof, acetic acid, acetate, or combination thereof, 0-2% vasopressin

degradation products, sodium chloride, and water, wherein the pH is no greater than 4.1, and wherein

the administration provides to the human from about 0.01 units of vasopressin per minute to about 0.1

units of vasopressin per minute.

The reference application does not claim that the composition comprises dextrose.

The Vasostrict® Label states that the composition must be diluted in saline or 5% dextrose in

water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1).

It would have been obvious to substitute the NaCl in the claimed composition for dextrose, as

taught by the Vasostrict® Label, satisfying all of the limitations of instant claim 16. One of ordinary skill

in the art would have been motivated to do so given that the Vasostrict® Label teaches that saline or

dextrose are acceptable diluents for vasopressin. There would have been a reasonable expectation of

success given that the reference application and the Vasostrict® Label teach the same active agent,

PAR-VASO-0014029

vasopressin, the same clinical application, hypertension, and the same administration route,

intravenous.

With respect to claim 17, the Vasostrict® Label teaches 5% dextrose (§ 2.1). With respect to

claim 18, the reference application at claim 17 teaches that administration is over one day. With respect

to claim 19, the reference application at claim 18 teaches that administration is over one week. With

respect to claim 20, both the reference application at claim 19, and the Vasostrict® Label (§ 12.2) teach

that the human's mean arterial blood pressure is increased within 15 minutes of administration. With

respect to claim 21, both the reference application at claim 20, and the Vasostrict® Label teach (§ 1) that

the hypotension is associated with vasodilatory shock. With respect to claim 22, both the reference

application at claim 21, and the Vasostrict® Label teach (§ 2.2) that the vasodilatory shock is post-

cardiotomy shock. With respect to claim 23, both the reference application at claim 22, and the

Vasostrict® Label teach (§ 2.2) that the administration provides from about 0.03 units of vasopressin per

minute to about 0.1 units of vasopressin per minute. With respect to claim 24, both the reference

application at claim 23, and the Vasostrict® Label teach (§ 1) that the vasodilatory shock is septic shock.

With respect to claim 25, both the reference application at claim 24, and the Vasostrict® Label teach (§

2.2) that the administration provides from about 0.01 units of vasopressin per minute to about 0.07

units of vasopressin per minute. With respect to claim 26, the reference application at claim 25 teaches

that the pharmaceutically-acceptable salt is present in the unit dosage form. With respect to claim 27,

the reference application at claim 26 teaches that the pharmaceutically-acceptable salt is not present in

the unit dosage form. With respect to claim 28, both the reference application at claim 27, and the

Vasostrict® Label (§ 2.1) teach that the composition comprises chlorobutanol.


Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 16-33 of copending Application No. 15/688,326 (reference application) in view

of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published

5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each

other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct

claims have not in fact been patented.

Claim 16 of the reference application recites a method of increasing blood pressure in a human

in need thereof comprising intravenously administering to a hypotensive human a pharmaceutical

composition that consists essentially of, in a unit dosage form: i) from about 0.1 µg/ml to about 2 µg/ml

of vasopressin or a salt thereof; ii) dextrose; iii) acetate; and iv) SEQ ID NO: 3, wherein the

administration provides to the human from about 0.01 units of vasopressin per minute to about 0.1

units of vasopressin per minute. The Vasostrict® Label states that 1 mg of vasopressin is equivalent to

530 units (§ 11). Therefore, the unit dosage form claimed in the reference application contains:

0.0001 mg /mL x 530 units/1 mg = 0.053 units/mL of vasopressin

0.002 mg /mL x 530 units/1 mg = 1.06 units/mL of vasopressin

both of which fall within the claimed range of about 0.1 units/mL to about 1 units/mL.

Claim 16 of the reference application does not require that the pH is no greater than 4.1.

The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water,

and acetic acid to pH 3.4-3.6 (§ 11).

It would have been obvious to adjust the pH of the unit dosage form claimed in the reference

application to pH 3.4-3.6, as taught by the Vasostrict® Label, satisfying all of the limitations of instant

claim 16. One of ordinary skill in the art would have been motivated to do so given that the Vasostrict®

Label teaches formulation conditions that are suitable for clinical use. There would have been a

reasonable expectation of success given that both the reference application claim and the Vasostrict®

Label disclose the same buffering agent, acetate.

PAR-VASO-0014031

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of degradation would occur as a result of preparing the vasopressin composition made obvious by the prior art and using it in the same manner.

With respect to claim 17, both the reference application at claim 21, and the Vasostrict® Label teach 5% dextrose (§ 2.1). With respect to claim 18, the reference application at claim 25 teaches that administration is over one day. With respect to claim 19, the reference application at claim 26 teaches that administration is over one week. With respect to claim 20, both the reference application at claim 28, and the Vasostrict® Label (§ 12.2) teach that the human's mean arterial blood pressure is increased within 15 minutes of administration. With respect to claim 21, both the reference application at claim 29, and the Vasostrict® Label teach (§ 1) that the hypotension is associated with vasodilatory shock. With respect to claim 22, both the reference application at claim 30, and the Vasostrict® Label teach (§ 2.2) that the vasodilatory shock is post-cardiotomy shock. With respect to claim 23, both the reference application at claim 31, and the Vasostrict® Label teach (§ 2.2) that the administration provides from about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute. With respect to claim 24, both the reference application at claim 32, and the Vasostrict® Label teach (§ 1) that the vasodilatory shock is septic shock. With respect to claim 25, both the reference application at claim 33, and the Vasostrict® Label teach (§ 2.2) that the administration provides from about 0.01 units of vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and 27, the reference application at claim 16 teaches both vasopressin and the pharmaceutically acceptable salt thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict® Label (§ 2.1) teaches that the composition comprises chlorobutanol.

PAR-VASO-0014032

Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-32 of copending Application No. 15/688,322 (reference application) in view of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claim 16 of the reference application recites a method of increasing blood pressure in a human in need thereof comprising intravenously administering to a hypotensive human a pharmaceutical composition that consists essentially of, in a unit dosage form: i) from about 0.1 μg/ml to about 2 μg/ml of vasopressin or a salt thereof; ii) dextrose; and iii) acetate; wherein the administration provides to the human from about 0.01 units of vasopressin per minute to about 0.1 units of vasopressin per minute. The Vasostrict® Label states that 1 mg of vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form claimed in the reference application contains:

0.0001 mg /mL x 530 units/1 mg = 0.053 units/mL of vasopressin

0.002 mg /mL x 530 units/1 mg = 1.06 units/mL of vasopressin

both of which fall within the claimed range of about 0.1 units/mL to about 1 units/mL.

Claim 16 of the reference application does not require that the pH is no greater than 4.1.

The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water, and acetic acid to pH 3.4-3.6 (§ 11).

It would have been obvious to adjust the pH of the unit dosage form claimed in the reference application to pH 3.4-3.6, as taught by the Vasostrict® Label, satisfying all of the limitations of instant claim 16. One of ordinary skill in the art would have been motivated to do so given that the Vasostrict® Label teaches formulation conditions that are suitable for clinical use. There would have been a

PAR-VASO-0014033

reasonable expectation of success given that both the reference application claim and the Vasostrict®

Label disclose the same buffering agent, acetate.

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant

has recognized another advantage which would flow naturally from following the suggestion of the prior

art cannot be the basis for patentability when the differences would otherwise be obvious.  See *Ex parte*

*Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of

degradation would occur as a result of preparing the vasopressin composition made obvious by the prior

art and using it in the same manner.

With respect to claim 17, both the reference application at claim 21, and the Vasostrict® Label

teach 5% dextrose (§ 2.1). With respect to claim 18, the reference application at claim 24 teaches that

administration is over one day. With respect to claim 19, the reference application at claim 25 teaches

that administration is over one week. With respect to claim 20, both the reference application at claim

27, and the Vasostrict® Label (§ 12.2) teach that the human's mean arterial blood pressure is increased

within 15 minutes of administration. With respect to claim 21, both the reference application at claim

28, and the Vasostrict® Label teach (§ 1) that the hypotension is associated with vasodilatory shock.

With respect to claim 22, both the reference application at claim 29, and the Vasostrict® Label teach (§

2.2) that the vasodilatory shock is post-cardiotomy shock. With respect to claim 23, both the reference

application at claim 30, and the Vasostrict® Label teach (§ 2.2) that the administration provides from

about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute. With respect to

claim 24, both the reference application at claim 31, and the Vasostrict® Label teach (§ 1) that the

vasodilatory shock is septic shock. With respect to claim 25, both the reference application at claim 32,

and the Vasostrict® Label teach (§ 2.2) that the administration provides from about 0.01 units of

vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and 27,

the reference application at claim 16 teaches both vasopressin and the pharmaceutically acceptable salt

PAR-VASO-0014034

thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict®

Label (§ 2.1) teach that the composition comprises chlorobutanol.


Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 16-31 of copending <u>Application No. 15/688,314</u> (reference application) in view

of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published

5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each

other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct

claims have not in fact been patented.

Claim 16 of the reference application recites a method of increasing blood pressure in a human

in need thereof comprising intravenously administering to a hypotensive human a pharmaceutical

composition that consists essentially of, in a unit dosage form: i) from about 0.1 µg/ml to about 2 µg/ml

of vasopressin or a salt thereof; ii) dextrose; iii) acetate; and iv) a plurality of peptides in amount of

about 1.5% to about 12.9%, wherein the administration provides to the human from about 0.01 units of

vasopressin per minute to about 0.1 units of vasopressin per minute. The Vasostrict® Label states that 1

mg of vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form claimed in the

reference application contains:

0.0001 mg /mL x 530 units/1 mg = 0.053 units/mL of vasopressin

0.002 mg /mL x 530 units/1 mg = 1.06 units/mL of vasopressin

both of which fall within the claimed range of about 0.1 units/mL to about 1 units/mL.

Claim 16 of the reference application does not require that the pH is no greater than 4.1.

The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water,

and acetic acid to pH 3.4-3.6 (§ 11).

PAR-VASO-0014035

It would have been obvious to adjust the pH of the unit dosage form claimed in the reference

application to pH 3.4-3.6, as taught by the Vasostrict® Label, satisfying all of the limitations of instant

claim 16. One of ordinary skill in the art would have been motivated to do so given that the Vasostrict®

Label teaches formulation conditions that are suitable for clinical use. There would have been a

reasonable expectation of success given that both the reference application claim and the Vasostrict®

Label disclose the same buffering agent, acetate.

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant

has recognized another advantage which would flow naturally from following the suggestion of the prior

art cannot be the basis for patentability when the differences would otherwise be obvious.  See *Ex parte*

*Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of

degradation would occur as a result of preparing the vasopressin composition made obvious by the prior

art and using it in the same manner.

With respect to claim 17, both the reference application at claim 22, and the Vasostrict® Label

teach 5% dextrose (§ 2.1). With respect to claim 18, the reference application at claim 24 teaches that

administration is over one day. With respect to claim 19, the reference application at claim 25 teaches

that administration is over one week. With respect to claim 20, both the reference application at claim

26, and the Vasostrict® Label (§ 12.2) teach that the human's mean arterial blood pressure is increased

within 15 minutes of administration. With respect to claim 21, both the reference application at claim

27, and the Vasostrict® Label teach (§ 1) that the hypotension is associated with vasodilatory shock.

With respect to claim 22, both the reference application at claim 28, and the Vasostrict® Label teach (§

2.2) that the vasodilatory shock is post-cardiotomy shock. With respect to claim 23, both the reference

application at claim 29, and the Vasostrict® Label teach (§ 2.2) that the administration provides from

about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute. With respect to

claim 24, both the reference application at claim 30, and the Vasostrict® Label teach (§ 1) that the

PAR-VASO-0014036

vasodilatory shock is septic shock. With respect to claim 25, both the reference application at claim 31, and the Vasostrict® Label teach (§ 2.2) that the administration provides from about 0.01 units of vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and 27, the reference application at claim 16 teaches both vasopressin and the pharmaceutically acceptable salt thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict® Label (§ 2.1) teach that the composition comprises chlorobutanol.

Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-33 of copending Application No. 15/688,305 (reference application) in view of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claim 16 of the reference application recites a method of increasing blood pressure in a human in need thereof comprising intravenously administering to a hypotensive human a pharmaceutical composition that consists essentially of, in a unit dosage form: i) from about 0.1 µg/ml to about 2 µg/ml of vasopressin or a salt thereof; ii) dextrose; iii) acetate; and iv) SEQ ID NO: 2, wherein the administration provides to the human from about 0.01 units of vasopressin per minute to about 0.1 units of vasopressin per minute. The Vasostrict® Label states that 1 mg of vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form claimed in the reference application contains:

0.0001 mg /mL x 530 units/1 mg = 0.053 units/mL of vasopressin

0.002 mg /mL x 530 units/1 mg = 1.06 units/mL of vasopressin

both of which fall within the claimed range of about 0.1 units/mL to about 1 units/mL.

Claim 16 of the reference application does not require that the pH is no greater than 4.1.

PAR-VASO-0014037

The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water, and acetic acid to pH 3.4-3.6 (§ 11).

It would have been obvious to adjust the pH of the unit dosage form claimed in the reference application to pH 3.4-3.6, as taught by the Vasostrict® Label, satisfying all of the limitations of instant claim 16. One of ordinary skill in the art would have been motivated to do so given that the Vasostrict® Label teaches formulation conditions that are suitable for clinical use. There would have been a reasonable expectation of success given that both the reference application claim and the Vasostrict® Label disclose the same buffering agent, acetate.

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious.  See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of degradation would occur as a result of preparing the vasopressin composition made obvious by the prior art and using it in the same manner.

With respect to claim 17, both the reference application at claim 21, and the Vasostrict® Label teach 5% dextrose (§ 2.1). With respect to claim 18, the reference application at claim 25 teaches that administration is over one day. With respect to claim 19, the reference application at claim 26 teaches that administration is over one week. With respect to claim 20, both the reference application at claim 28, and the Vasostrict® Label (§ 12.2) teach that the human's mean arterial blood pressure is increased within 15 minutes of administration. With respect to claim 21, both the reference application at claim 29, and the Vasostrict® Label teach (§ 1) that the hypotension is associated with vasodilatory shock. With respect to claim 22, both the reference application at claim 30, and the Vasostrict® Label teach (§ 2.2) that the vasodilatory shock is post-cardiotomy shock. With respect to claim 23, both the reference application at claim 31, and the Vasostrict® Label teach (§ 2.2) that the administration provides from

PAR-VASO-0014038

about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute. With respect to

claim 24, both the reference application at claim 32, and the Vasostrict® Label teach (§ 1) that the

vasodilatory shock is septic shock. With respect to claim 25, both the reference application at claim 33,

and the Vasostrict® Label teach (§ 2.2) that the administration provides from about 0.01 units of

vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and 27,

the reference application at claim 16 teaches both vasopressin and the pharmaceutically acceptable salt

thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict®

Label (§ 2.1) teach that the composition comprises chlorobutanol.


**Claim interpretation note: the following rejections pertain to the interpretation of the claims**

**wherein "unit dosage form" allows for dilution prior to administration.**


Claims 16, 17, and 20-28 are rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 1-19 of <u>U.S. Patent No. 9,744,239</u>. Although the claims at issue are not

identical, they are not patentably distinct from each other because the patent claims anticipate the

instant claims.

Claim 1 of U.S. Patent No. 9,744,239 recites a method of increasing blood pressure in a human

in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous

administration consisting of, in a unit dosage form: i) from about 0.01 mg/mL to about 0.07 mg/mL of

vasopressin or a pharmaceutically-acceptable salt thereof; ii) optionally chlorobutanol; iii) acetic acid,

acetate, or a combination thereof; iv) 0-2% vasopressin degradation products; and v) water; b) diluting

the unit dosage form in a diluent to provide a concentration from about 0.1 units/mL to about 1 unit/mL

of vasopressin or the pharmaceutically-acceptable salt thereof; and c) administering the diluted unit

dosage form to the human by intravenous administration; wherein: the unit dosage form has a pH of 3.5

to 4.1; the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive. Claims 15 and 17 state that the diluent is 5% dextrose.

Claims 1, 15, and 17 of U.S. Patent No. 9,744,239 satisfy all of the limitations of instant claims 16, 17, and 28. With respect to claims 20-25 and 28, the same limitations are recited in claims 5-10 of U.S. Patent No. 9,744,239, respectively. With respect to claims 26 and 27, the reference application at claim 16 teaches both vasopressin and the pharmaceutically acceptable salt thereof. Both forms are anticipated.

Claims 16, 17, and 20-28 are rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-20 of U.S. Patent No. 9,687,526. Although the claims at issue are not identical, they are not patentably distinct from each other because the patent claims anticipate the instant claims.

Claim 1 of U.S. Patent No. 9,687,526 recites a method of increasing blood pressure in a human in need thereof, the method comprising: a) providing a pharmaceutical composition for intravenous administration comprising: i) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; ii) acetic acid; and iii) water, wherein the pharmaceutical composition has a pH of 3.8; b) storing the pharmaceutical composition at 2-8° C for at least 4 weeks; and c) intravenously administering the pharmaceutical composition to the human, wherein the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute, wherein the human is hypotensive, wherein the pharmaceutical composition exhibits less than about 5% degradation after storage at 2-8° C for about four weeks. Claim 13 states

PAR-VASO-0014040

that the pharmaceutical composition exhibits less than 1% degradation after storage at 2-8° C for about four weeks. Claim 17 states that the pharmaceutical composition is diluted to a concentration of from about 0.21 µg/mL to about 2.1 µg/mL of vasopressin or the pharmaceutically acceptable salt thereof. Claim 19 states that the diluent is 5% dextrose in water.

Claims 1, 13, 17, and 19 of U.S. Patent No. 9,687,526 satisfy all of the limitations of instant claims 16 and 17. With respect to claims 20-25 and 28, the same limitations are recited in claims 5-10 and 20 of U.S. Patent No. 9,687,526, respectively. With respect to claims 26 and 27, the reference application at claim 16 teaches both vasopressin and the pharmaceutically acceptable salt thereof. Both forms are anticipated.


Claims 16-28 are rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-11 of U.S. Patent No. 9,375,478 in view of in view of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each other.

Claim 1 of U.S. Patent No. 9,375,478 recites a method of increasing blood pressure in a human in need thereof, the method comprising administering to the human a unit dosage form, wherein the unit dosage form consists essentially of: a) from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof; b) 10 mM acetate buffer; and c) water, wherein: the unit dosage form has a pH of 3.8; the administration provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per minute; and the human is hypotensive.

The patent claims do not recite a step of diluting the vasopressin formulation into 5% dextrose to a dose of about 0.1 units/ml to about 1 unit/ml for intravenous administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1).

It would have been obvious to dilute the patented vasopressin formulation for intravenous administration in the manner taught by the Vasostrict® Label. One of ordinary skill in the art would be motivated to do so given that dilution and administration are FDA-approved for the treatment of hypertension with vasopressin. There would have been a reasonable expectation of success given that the same agent and indication are taught in the label and recited in the patented claims.

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious.  See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of degradation would occur as a result of preparing the vasopressin composition made obvious by the prior art and using it in the same manner.

Therefore, the resulting method would satisfy all of the limitations of instant claims 16 and 17.

With respect to claims 18 and 19, it would have been obvious to optimize the total time for treatment in view of the guidance in the Vasostrict® Label (§ 2.2), in the manner presented in the rejection under 35 U.S.C. 103 above. With respect to claims 20-25 and 28, the same limitations are recited in claims 3-8 and 2 of U.S. Patent No. 9,375,478, respectively. With respect to claims 26 and 27, the patent at claim 1 recites both vasopressin and the pharmaceutically acceptable salt thereof. It would have been obvious to choose either form.

Claims 16-28 are rejected on the ground of nonstatutory double patenting as being
unpatentable over claims 1-13 of U.S. Patent No. 9,744,209 in view of in view of the FDA Label for
Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015). Although the
claims at issue are not identical, they are not patentably distinct from each other.

Claim 1 of U.S. Patent No. 9,744,209 recites a method of increasing blood pressure in a human
in need thereof, the method comprising administering to the human a unit dosage form, wherein the
unit dosage form comprises from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a
pharmaceutically acceptable salt thereof, wherein: the unit dosage form has a pH of 3.7-3.9; the unit
dosage form further comprises impurities that are present in an amount of 0.9% - 1.7%, wherein the
impurities have from about 85% to about 100% sequence homology to SEQ ID NO.: 1; the administration
provides to the human from about 0.01 units of vasopressin or the pharmaceutically-acceptable salt
thereof per minute to about 0.1 units of vasopressin or the pharmaceutically-acceptable salt thereof per
minute; and the human is hypotensive. Claim 12 states that the formulation comprises sodium acetate.

The patent claims do not recite a step of diluting the vasopressin formulation into 5% dextrose
to a dose of about 0.1 units/ml to about 1 unit/ml for intravenous administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to
increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain
hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is
via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium
chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§
2.1).

It would have been obvious to dilute the patented vasopressin formulation for intravenous
administration in the manner taught by the Vasostrict® Label. One of ordinary skill in the art would be
motivated to do so given that dilution and administration are FDA-approved for the treatment of

PAR-VASO-0014043

hypertension with vasopressin. There would have been a reasonable expectation of success given that the same agent and indication are taught in the label and recited in the patented claims.

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of degradation would occur as a result of preparing the vasopressin composition made obvious by the prior art and using it in the same manner.

Therefore, the resulting method would satisfy all of the limitations of instant claims 16 and 17.

With respect to claims 18 and 19, it would have been obvious to optimize the total time for treatment in view of the guidance in the Vasostrict® Label (§ 2.2), in the manner presented in the rejection under 35 U.S.C. 103 above. With respect to claim 20, the Vasostrict® Label (§ 12.2) teaches that the human's mean arterial blood pressure is increased within 15 minutes of administration. With respect to claims 21 and 23, the same limitations are recited in claims 9 and 10 of U.S. Patent No. 9,744,209, respectively. With respect to claim 22, the Vasostrict® Label (§ 2.2) teaches that the vasodilatory shock is post-cardiotomy shock. With respect to claim 24, the Vasostrict® Label teaches (§ 1) that the vasodilatory shock is septic shock. With respect to claim 25, the Vasostrict® Label (§ 2.2) teaches that the administration provides from about 0.01 units of vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and 27, the patent at claim 1 recites both vasopressin and the pharmaceutically acceptable salt thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict® Label (§ 2.1) teaches that the composition comprises chlorobutanol.

Claims 16-28 are rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 1-11 of U.S. Patent No. 9,750,785 in view of in view of the FDA Label for

Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015). Although the

claims at issue are not identical, they are not patentably distinct from each other.

Claim 1 of U.S. Patent No. 9,750,785 recites a pharmaceutical composition comprising, in a unit

dosage form, from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-

acceptable salt thereof, wherein the unit dosage form further comprises impurities that are present in

an amount of 0.9% to 1.7%, wherein the impurities have from about 85% to about 100% sequence

homology to SEQ ID NO.: 1, and wherein the unit dosage form has a pH of 3.7-3.9. Claim 10 states that

the composition comprises sodium acetate.

The patent claims do not recite a method of administering the composition by an intravenous

route to treat hypertension or a step of diluting the vasopressin formulation into 5% dextrose to a dose

of about 0.1 units/ml to about 1 unit/ml for intravenous administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to

increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain

hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is

via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium

chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§

2.1).

It would have been obvious to dilute the patented vasopressin formulation for intravenous

administration in the manner taught by the Vasostrict® Label. One of ordinary skill in the art would be

motivated to do so given that dilution and administration are FDA-approved for the treatment of

hypertension with vasopressin. There would have been a reasonable expectation of success given that

the same agent and indication are taught in the label and recited in the patented disclosure.

PAR-VASO-0014045

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of degradation would occur as a result of preparing the vasopressin composition made obvious by the prior art and using it in the same manner.

Therefore, the resulting method would satisfy all of the limitations of instant claims 16 and 17.

With respect to claims 18 and 19, it would have been obvious to optimize the total time for treatment in view of the guidance in the Vasostrict® Label (§ 2.2), in the manner presented in the rejection under 35 U.S.C. 103 above. With respect to claim 20, the Vasostrict® Label (§ 12.2) teaches that the human's mean arterial blood pressure is increased within 15 minutes of administration. With respect to claims 21 and 22, the Vasostrict® Label (§ 2.2) teaches that the vasodilatory shock is post-cardiotomy shock. With respect to claim 23, the Vasostrict® Label (§ 2.2) teaches that the administration provides from about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute. With respect to claim 24, the Vasostrict® Label teaches (§ 1) that the vasodilatory shock is septic shock. With respect to claim 25, the Vasostrict® Label (§ 2.2) teaches that the administration provides from about 0.01 units of vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and 27, the patent at claim 1 recites both vasopressin and the pharmaceutically acceptable salt thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict® Label (§ 2.1) teaches that the composition comprises chlorobutanol.

Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 16-37 of copending Application No. 15/688,338 (reference application) in view of in view of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov,

PAR-VASO-0014046

published 5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claim 16 of the reference application recites a pharmaceutical composition comprising, in a unit dosage form, from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof, wherein the unit dosage form further comprises impurities that are present in an amount of 0.9% to 1.7%, wherein the impurities have from about 85% to about 100% sequence homology to SEQ ID NO.: 1, and wherein the unit dosage form has a pH of no greater than 4.1.

The reference applications claims do not recite a method of administering the composition by an intravenous route to treat hypertension or a step of diluting the vasopressin formulation into 5% dextrose to a dose of about 0.1 units/ml to about 1 unit/ml for intravenous administration, or that the formulation comprises acetate.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1). The Vasostrict® Label states that the formulation comprises acetate (§ 2.1).

It would have been obvious to dilute the claimed vasopressin formulation for intravenous administration in the manner taught by the Vasostrict® Label. One of ordinary skill in the art would be motivated to do so given that dilution and administration are FDA-approved for the treatment of hypertension with vasopressin. There would have been a reasonable expectation of success given that the same agent and indication are taught in the label and recited in the patented disclosure.

PAR-VASO-0014047

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of degradation would occur as a result of preparing the vasopressin composition made obvious by the prior art and using it in the same manner.

Therefore, the resulting method would satisfy all of the limitations of instant claims 16 and 17.

With respect to claims 18 and 19, it would have been obvious to optimize the total time for treatment in view of the guidance in the Vasostrict® Label (§ 2.2), in the manner presented in the rejection under 35 U.S.C. 103 above. With respect to claim 20, the Vasostrict® Label (§ 12.2) teaches that the human's mean arterial blood pressure is increased within 15 minutes of administration. With respect to claims 21 and 22, the Vasostrict® Label (§ 2.2) teaches that the vasodilatory shock is post-cardiotomy shock. With respect to claim 23, the Vasostrict® Label (§ 2.2) teaches that the administration provides from about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute. With respect to claim 24, the Vasostrict® Label teaches (§ 1) that the vasodilatory shock is septic shock. With respect to claim 25, the Vasostrict® Label (§ 2.2) teaches that the administration provides from about 0.01 units of vasopressin per minute to about 0.07 units of vasopressin per minute. With respect to claims 26 and 27, the patent at claim 1 recites both vasopressin and the pharmaceutically acceptable salt thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict® Label (§ 2.1) teaches that the composition comprises chlorobutanol.


Claims 16-28 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-15 of copending  Application No. 15/688,341 (reference application) in view of in view of the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov,

PAR-VASO-0014048

published 5/7/2015). Although the claims at issue are not identical, they are not patentably distinct from each other. This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

Claim 1 of the reference application recites a pharmaceutical composition comprising, in a unit dosage form, from about 0.01 mg/mL to about 0.07 mg/mL of vasopressin or a pharmaceutically-acceptable salt thereof, and a polymeric excipient.

The reference applications claims do not recite a method of administering the composition by an intravenous route to treat hypertension or a step of diluting the vasopressin formulation into 5% dextrose to a dose of about 0.1 units/ml to about 1 unit/ml for intravenous administration, or that the formulation comprises acetate.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1). The Vasostrict® Label states that the formulation comprises acetate (§ 2.1).

It would have been obvious to dilute the claimed vasopressin formulation for intravenous administration in the manner taught by the Vasostrict® Label. One of ordinary skill in the art would be motivated to do so given that dilution and administration are FDA-approved for the treatment of hypertension with vasopressin. There would have been a reasonable expectation of success given that the same agent and indication are taught in the label and recited in the patented disclosure.

With respect to the limitation "0-2% vasopressin degradation products," the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte*

*Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). In the instant case, the claimed level of

degradation would occur as a result of preparing the vasopressin composition made obvious by the prior

art and using it in the same manner.

      Therefore, the resulting method would satisfy all of the limitations of instant claims 16 and 17.

      With respect to claims 18 and 19, it would have been obvious to optimize the total time for

treatment in view of the guidance in the Vasostrict® Label (§ 2.2), in the manner presented in the

rejection under 35 U.S.C. 103 above. With respect to claim 20, the Vasostrict® Label (§ 12.2) teaches

that the human's mean arterial blood pressure is increased within 15 minutes of administration. With

respect to claims 21 and 22, the Vasostrict® Label (§ 2.2) teaches that the vasodilatory shock is post-

cardiotomy shock. With respect to claim 23, the Vasostrict® Label (§ 2.2) teaches that the administration

provides from about 0.03 units of vasopressin per minute to about 0.1 units of vasopressin per minute.

With respect to claim 24, the Vasostrict® Label teaches (§ 1) that the vasodilatory shock is septic shock.

With respect to claim 25, the Vasostrict® Label (§ 2.2) teaches that the administration provides from

about 0.01 units of vasopressin per minute to about 0.07 units of vasopressin per minute. With respect

to claims 26 and 27, the patent at claim 1 recites both vasopressin and the pharmaceutically acceptable

salt thereof. It would have been obvious to choose either form. With respect to claim 28, the Vasostrict®

Label (§ 2.1) teaches that the composition comprises chlorobutanol.

### Conclusion

      No claims are allowed.

      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The

examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
**Primary Examiner, Art Unit 1675**

cmb

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/688,305 | 08/28/2017 | Matthew Kenney | 47956-702.303 | 1005 |

21971          7590          10/27/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/27/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0014052

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☑ Responsive to communication(s) filed on 28 August 2017 .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a) ☐ This action is **FINAL.**      2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☑ Claim(s) <u>16-33</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>15-33</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☑ The drawing(s) filed on 22 September 2017 is/are: a) ☑ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All   b) ☐ Some**   c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

## Attachment(s)

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

**DETAILED CORRESPONDENCE**

*Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

*Priority*

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35 U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as follows:

The later-filed application must be an application for a patent for an invention which is also disclosed in the prior application (the parent or original nonprovisional application or provisional application). The disclosure of the invention in the parent application and in the later-filed application must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA 35 U.S.C. 112, except for the best mode requirement.  See *Transco Products, Inc. v. Performance Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by 35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for one or more claims of this application.

The disclosure of the instant application, and the parent Application No. 15/612,649, describe an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-33.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014055

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage

form can be stored at 5 °C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state

that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270],

[00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or

5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous

administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24

hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in

the prior-filed applications are critical for establishing support for the claimed methods because even

the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016,

states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal

saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for

intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24

hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin

formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for

intravenous therapy, counter to the instructions on the FDA label for Vasostrict® (vasopressin injection),

and in the prior-filed disclosures, and in the absence of any data or instruction suggesting that a longer

storage period would be safe and effective.

As a result, the earliest effective filing date for claims 16-33 is the filing date of parent

Application No. 15/612,649, June 2, 2017.

### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):

PAR-VASO-0014056

(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 16-33 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

(a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

PAR-VASO-0014057

Claims 16-33 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy.

The claims are drawn to a method of increasing blood pressure in a hypotensive human with vasopressin. The method requires the use of a unit dosage form comprising i) from about 0.1 μg/mL to about 2 μg/mL of vasopressin, ii) dextrose, iii) acetate, and iv) SEQ ID NO: 2.

In contrast to the claimed methods, even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application, making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for Vasostrict® (vasopressin injection). The question of whether a diluted form of vasopressin formulation that could be stored as a unit dosage form for later administration would be safe and effective was unpredictable before the guidance and data presented in the instant application.

The disclosure of the instant application describes an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-33.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. This description is critical support for the unit dosage form of claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G and H) was between 3.74 and 3.75.

PAR-VASO-0014059

However, instant claims 16-33 are not limited to formulations having a pH between 3.74 and

3.75 but rather encompass any pH that can be buffered by acetate. Given the high degree of

unpredictability in the art of vasopressin formulation and stability, and the explicit instructions and

standard to discard soon after dilution in dextrose, one of ordinary skill in the art would not conclude

that Applicant was in possession of a vasopressin formulation at any pH or buffer concentration that can

be used in the claim methods as a diluted unit dosage form that can be stored prior to use.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the

formulation and buffer concentration as set forth in Example 16.


### *Claim Rejections - 35 USC § 102*

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102

and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory

basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and

the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis

for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale
or otherwise available to the public before the effective filing date of the claimed invention.

Claims 16, 17, 20-24, and 27-33 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by

the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published

5/7/2015).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

PAR-VASO-0014060

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is via the intravenous route, and that the composition must be diluted in 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1). The Vasostrict® Label states that 1 mg of vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form disclosed in the reference contains:

0. 1 units /mL x 1 mg / 530 units x 1000 µg/ mg = 0.19 µg/mL of vasopressin

1 units /mL x 1 mg / 530 units x 1000 µg/ mg = 1.9 µg/mL of vasopressin

both of which fall within the claimed range of about 0.1 µg/mL to about 2 µg/mL.

The Vasostrict® Label states that vasopressin formulation also contains acetic acid to pH 3.4-3.6 (§ 11). As evidenced by preparatorychemistry.com, acetic acid dissociates in water to acetate (preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm). Therefore, the formulation comprises acetate.

With respect to the limitation "wherein the vasopressin or the pharmaceutically-acceptable salt thereof and SEQ ID NO: 2 are present in the unit dosage form at a ratio of about 1000: about 1 to about 30: about 1," and the related limitations in claims 22-24, the reference is silent as to the level of degradation. Because the formulation and method is otherwise identical to the claimed unit dosage form and method there is a reasonable basis to shift the burden to applicant to establish whether this claimed property is met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 17, the Vasostrict® Label states that the formulation contains a pH adjusting agent (§ 11).

PAR-VASO-0014061

With respect to claim 20, the Vasostrict® Label states that the formulation contains acetic acid (§ 11).

With respect to claim 21, the Vasostrict® Label states that the dextrose concentration is 5% (§ 2.1).

With respect to claims 22-24, the reference is silent as to the level of degradation. Because the formulation and method is otherwise identical to the claimed unit dosage form and method there is a reasonable basis to shift the burden to applicant to establish whether this claimed property is met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 27, the Vasostrict® Label states that administration is via the intravenous route (§ 2.1).

With respect to claim 28, the Vasostrict® Label states that mean arterial blood pressure can be increased in 15 minutes (§ 12.2).

With respect to claims 29 and 30, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock (§ 1).

With respect to claim 31, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock, and that the starting intravenous dose is 0.03 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute (§ 2.2).

With respect to claim 32, the Vasostrict® Label states that vasopressin is indicated for septic shock (§ 1).

With respect to claim 33, the Vasostrict® Label states that vasopressin is indicated for septic shock, and that the starting intravenous dose is 0.01 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.07 units/minute (§ 2.2).

PAR-VASO-0014062

*Claim Rejections - 35 USC § 103*

This application currently names joint inventors. In considering patentability of the claims the

examiner presumes that the subject matter of the various claims was commonly owned as of the

effective filing date of the claimed invention(s) absent any evidence to the contrary. Applicant is advised

of the obligation under 37 CFR 1.56 to point out the inventor and effective filing dates of each claim that

was not commonly owned as of the effective filing date of the later invention in order for the examiner

to consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art

against the later invention.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections

set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is
> not identically disclosed as set forth in section 102, if the differences between the claimed invention
> and the prior art are such that the claimed invention as a whole would have been obvious before the
> effective filing date of the claimed invention to a person having ordinary skill in the art to which the
> claimed invention pertains. Patentability shall not be negated by the manner in which the invention
> was made.

Claims 18 and 19 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for

Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to

claims 16, 17, 20-24, and 27-33 above, in further view of Tidmarsh (US 2014/0329747) and Moberg et al.

(US 2014/0171369).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not state that the formulation comprises HCl or NaOH as a pH

adjusting agent. Instead, acetic acid is used to adjust the pH (§ 11).

It would have been obvious to use hydrochloric acid and sodium hydroxide to adjust the pH of

the vasopressin formulation taught by the Vasostrict® Label. The prior art recognizes that acetic acid,

PAR-VASO-0014063

hydrochloric acid, and sodium hydroxide are all pH adjusters that can be used in pharmaceutical

compositions, as evidenced by Tidmarsh (¶ [0029]) and Moberg et al. (¶ [0019]).


Claims 25 and 26 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for

Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to

claims 16, 17, 20-24, and 27-33 above.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not explicitly state that treatment occurs over about day as in claim

25 or over about one week as in claim 26. However, this difference is obvious over the guidance in the

Label.

The Vasostrict® Label teaches that administration guidance is empirical and left to the

practitioner to follow and optimize (§ 2.2). The guidance suggests a starting dose and maximum dose

and states that if the target blood pressure response is not achieved, the practitioner should titrate up

by 0.005 units/minute at 10- to 15-minute intervals. After target blood pressure has been maintained

for 8 hours without the use of catecholamines, the practitioner should taper Vasostrict® by 0.005

units/minute every hour as tolerated to maintain target blood pressure. The total period of time

required for this treatment varies depending on the patient and condition. Given the suggested titration

schedule, 8 hour maintenance, and taper schedule, the range for total treatment overlaps with the

claimed range of over about a day, and over about a week, rendering the instant claims obvious over the

label.

PAR-VASO-0014064

### *Double Patenting*

The terminal disclaimers over U.S. Patent Nos. 9,744,239, 9,735,478, 9,687,526, 9,744,209, and

9,750,785, and copending Application Nos. 15/688,314, 15/688,322, 15/688,326, 15/688,330,

15/688,334, 15/688,336, 15/688,338, 15/688,341, 15/606,442, and 15/612,649 filed October 24, 2017,

are approved.

### *Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The

examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization

where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system. Status information for published applications may be obtained

from either Private PAIR or Public PAIR. Status information for unpublished applications is available

through Private PAIR only. For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer

PAR-VASO-0014065

Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
**Primary Examiner, Art Unit 1675**

cmb

PAR-VASO-0014066

## Notice of References Cited

| | Application/Control No. | Applicant(s)/Patent Under Reexamination | |
|---|---|---|---|
| | 15/688,305 | Kenney et al. | |
| | Examiner | Art Unit | |
| | CHRISTINA MARCHETTI BRADLEY | 1675 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20140329747-A1 | 11-2014 | Tidmarsh; George | A61K38/085 | 514/9.7 |
| * | B | US-20140171369-A1 | 06-2014 | Moberg; Kerstin Uvnas | A61K38/11 | 514/11.6 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015) (Year: 2015) |
| | V | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 12/21/2016) (Year: 2016) |
| | W | Entry on acetic acid, preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm, downloaded 10/16/2017 (Year: 2017) |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0014067

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/688,314 | 08/28/2017 | Matthew Kenney | 47956-702.304 | 1812 |

21971          7590          10/27/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/27/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0014068

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☑ Responsive to communication(s) filed on <u>28 August 2017</u> .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a) ☐ This action is **FINAL.**   2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☑ Claim(s) <u>16-31</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>16-31</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All   b) ☐ Some**   c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

## DETAILED CORRESPONDENCE

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.


### *Priority*

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35 U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as follows:

The later-filed application must be an application for a patent for an invention which is also disclosed in the prior application (the parent or original nonprovisional application or provisional application). The disclosure of the invention in the parent application and in the later-filed application must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA 35 U.S.C. 112, except for the best mode requirement. See *Transco Products, Inc. v. Performance Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by 35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for one or more claims of this application.

The disclosure of the instant application, and the parent Application No. 15/612,649, describe an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-31.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014071

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage form can be stored at 5 °C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270], [00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in the prior-filed applications are critical for establishing support for the claimed methods because even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy, counter to the instructions on the FDA label for Vasostrict® (vasopressin injection), and in the prior-filed disclosures, and in the absence of any data or instruction suggesting that a longer storage period would be safe and effective.

As a result, the earliest effective filing date for claims 16-31 is the filing date of parent Application No. 15/612,649, June 2, 2017.


### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):

(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 16-31 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

(a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person

skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 16-31 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy.

The claims are drawn to a method of increasing blood pressure in a hypotensive human with vasopressin. The method requires the use of a unit dosage form comprising i) from about 0.1 μg/mL to about 2 μg/mL of vasopressin, ii) dextrose, iii) acetate, and iv) a plurality of peptides in an amount of about 1.5% to about 12.9%.

In contrast to the claimed methods, even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application, making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for Vasostrict® (vasopressin injection). The question of whether a diluted form of vasopressin formulation that could be stored as a unit dosage form for later administration would be safe and effective was unpredictable before the guidance and data presented in the instant application.

The disclosure of the instant application describes an intravenous unit dosage form of

vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous

unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-31.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that
  can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL
  vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus
  either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose
  (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for
  bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an
  estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight
  months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate
  buffer provided a lower rate of degradation and a lower rate of impurities accumulation
  for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a
  combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to
  increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the
  vasopressin formulation. This description is critical support for the unit dosage form of
  claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶
  [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]):
  "storing at 25 °C for at least about one month".

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G and H) was between 3.74 and 3.75.

However, instant claims 16-31 are not limited to formulations having a pH between 3.74 and 3.75 but rather encompass any pH that can be buffered by acetate. Given the high degree of unpredictability in the art of vasopressin formulation and stability, and the explicit instructions and standard to discard soon after dilution in dextrose, one of ordinary skill in the art would not conclude that Applicant was in possession of a vasopressin formulation at any pH or buffer concentration that can be used in the claim methods as a diluted unit dosage form that can be stored prior to use.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the formulation and buffer concentration as set forth in Example 16.

### Claim Rejections - 35 USC § 102

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless —

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale or otherwise available to the public before the effective filing date of the claimed invention.

PAR-VASO-0014076

Claims 16-18, 21, 22, and 25-31 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is via the intravenous route, and that the composition must be diluted in 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1). The Vasostrict® Label states that 1 mg of vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form disclosed in the reference contains:

0. 1 units /mL x 1 mg / 530 units x 1000 µg/ mg = 0.19 µg/mL of vasopressin

1 units /mL x 1 mg / 530 units x 1000 µg/ mg = 1.9 µg/mL of vasopressin

both of which fall within the claimed range of about 0.1 µg/mL to about 2 µg/mL.

The Vasostrict® Label states that vasopressin formulation also contains acetic acid to pH 3.4-3.6 (§ 11). As evidenced by preparatorychemistry.com, acetic acid dissociates in water to acetate(preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm). Therefore, the formulation comprises acetate.

With respect to the limitation "a plurality of peptides in an amount of about 1.5% to about 12.9%," the reference is silent as to the level of degradation. Because the formulation and method is otherwise identical to the claimed unit dosage form and method there is a reasonable basis to shift the burden to applicant to establish whether this claimed property is met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

PAR-VASO-0014077

With respect to claim 17, the reference is silent as to the level of degradation. Because the formulation and method is otherwise identical to the claimed unit dosage form and method there is a reasonable basis to shift the burden to applicant to establish whether this claimed property is met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 18, the Vasostrict® Label states that the formulation contains a pH adjusting agent (§ 11).

With respect to claim 21, the Vasostrict® Label states that the formulation contains acetic acid (§ 11).

With respect to claim 22, the Vasostrict® Label states that the dextrose concentration is 5% (§ 2.1).

With respect to claim 25, the Vasostrict® Label states that administration is via the intravenous route (§ 2.1).

With respect to claim 26, the Vasostrict® Label states that mean arterial blood pressure can be increased in 15 minutes (§ 12.2).

With respect to claims 27 and 28, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock (§ 1).

With respect to claim 29, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock, and that the starting intravenous dose is 0.03 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute (§ 2.2).

With respect to claim 30, the Vasostrict® Label states that vasopressin is indicated for septic shock (§ 1).

With respect to claim 31, the Vasostrict® Label states that vasopressin is indicated for septic shock, and that the starting intravenous dose is 0.01 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.07 units/minute (§ 2.2).

## Claim Rejections - 35 USC § 103

This application currently names joint inventors. In considering patentability of the claims the examiner presumes that the subject matter of the various claims was commonly owned as of the effective filing date of the claimed invention(s) absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and effective filing dates of each claim that was not commonly owned as of the effective filing date of the later invention in order for the examiner to consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art against the later invention.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 19 and 20 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to claims 16-18, 21, 22, and 25-31 above, in further view of Tidmarsh (US 2014/0329747) and Moberg et al. (US 2014/0171369).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not state that the formulation comprises HCl or NaOH as a pH adjusting agent. Instead, acetic acid is used to adjust the pH (§ 11).

It would have been obvious to use hydrochloric acid and sodium hydroxide to adjust the pH of the vasopressin formulation taught by the Vasostrict® Label. The prior art recognizes that acetic acid, hydrochloric acid, and sodium hydroxide are all pH adjusters that can be used in pharmaceutical compositions, as evidenced by Tidmarsh (¶ [0029]) and Moberg et al. (¶ [0019]).

Claims 23 and 24 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to claims 16-18, 21, 22, and 25-31 above.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not explicitly state that treatment occurs over about day as in claim 23 or over about one week as in claim 24. However, this difference is obvious over the guidance in the Label.

The Vasostrict® Label teaches that administration guidance is empirical and left to the practitioner to follow and optimize (§ 2.2). The guidance suggests a starting dose and maximum dose and states that if the target blood pressure response is not achieved, the practitioner should titrate up by 0.005 units/minute at 10- to 15-minute intervals. After target blood pressure has been maintained for 8 hours without the use of catecholamines, the practitioner should taper Vasostrict® by 0.005 units/minute every hour as tolerated to maintain target blood pressure. The total period of time required for this treatment varies depending on the patient and condition. Given the suggested titration schedule, 8 hour maintenance, and taper schedule, the range for total treatment overlaps with the

PAR-VASO-0014080

claimed range of over about a day, and over about a week, rendering the instant claims obvious over the label.

## Double Patenting

The terminal disclaimers over U.S. Patent Nos. 9,744,239, 9,735,478, 9,687,526, 9,744,209, and 9,750,785, and copending Application Nos. 15/688,305, 15/688,322, 15/688,326, 15/688,330, 15/688,334, 15/688,336, 15/688,338, 15/688,341, 15/606,442, and 15/612,649 filed October 24, 2017, are approved.

## Conclusion

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-

PAR-VASO-0014081

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).If you would like assistance from a USPTO Customer

Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
**Primary Examiner, Art Unit 1675**

cmb

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20140329747-A1 | 11-2014 | Tidmarsh; George | A61K38/085 | 514/9.7 |
| * | B | US-20140171369-A1 | 06-2014 | Moberg; Kerstin Uvnas | A61K38/11 | 514/11.6 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015) (Year: 2015) |
| | V | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 12/21/2016) (Year: 2016) |
| | W | Entry on acetic acid, preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm, downloaded 10/16/2017 (Year: 2017) |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)        **Notice of References Cited**        Part of Paper No. 20171020

PAR-VASO-0014083

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/688,322 | 08/28/2017 | Matthew Kenney | 47956-702.305 | 2604 |

21971     7590     10/27/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/27/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0014084

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☑ Responsive to communication(s) filed on <u>28 August 2017</u> .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a) ☐ This action is **FINAL.**   2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☑ Claim(s) <u>16-32</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>16-32</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov**.

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

## Attachment(s)

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

PAR-VASO-0014085

## DETAILED CORRESPONDENCE

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.


### *Priority*

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35

U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more

conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as

follows:

The later-filed application must be an application for a patent for an invention which is also

disclosed in the prior application (the parent or original nonprovisional application or provisional

application). The disclosure of the invention in the parent application and in the later-filed application

must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA

35 U.S.C. 112, except for the best mode requirement. See *Transco Products, Inc. v. Performance*

*Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640,

14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by

35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for one or more claims of this application.

The disclosure of the instant application, and the parent Application No. 15/612,649, describe

an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following

elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the

manner set forth in claims 16-32.

PAR-VASO-0014086

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014087

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage form can be stored at 5 °C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270], [00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in the prior-filed applications are critical for establishing support for the claimed methods because even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy, counter to the instructions on the FDA label for Vasostrict® (vasopressin injection), and in the prior-filed disclosures, and in the absence of any data or instruction suggesting that a longer storage period would be safe and effective.

As a result, the earliest effective filing date for claims 16-32 is the filing date of parent Application No. 15/612,649, June 2, 2017.


### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):

PAR-VASO-0014088

(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 16-32 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

(a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person

PAR-VASO-0014089

skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 16-32 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy.

The claims are drawn to a method of increasing blood pressure in a hypotensive human with vasopressin. The method requires the use of a unit dosage form comprising i) from about 0.1 μg/mL to about 2 μg/mL of vasopressin, ii) dextrose, and iii) acetate. The method requires storing the unit dosage form at 2-8° C for at least about 24 hours, and after storing administering the unit dosage form to the human.

In contrast to the claimed methods, even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application, making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for Vasostrict® (vasopressin injection). The question of whether a diluted form of vasopressin formulation

PAR-VASO-0014090

that could be stored as a unit dosage form for later administration would be safe and effective was unpredictable before the guidance and data presented in the instant application.

The disclosure of the instant application describes an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-32.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. This description is critical support for the unit dosage form of claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶

PAR-VASO-0014091

[0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]):

"storing at 25 °C for at least about one month".

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin

formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant

specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G

and H) was between 3.74 and 3.75.

However, instant claims 16-32 are not limited to formulations having a pH between 3.74 and

3.75 but rather encompass any pH that can be buffered by acetate. Given the high degree of

unpredictability in the art of vasopressin formulation and stability, and the explicit instructions and

standard to discard soon after dilution in dextrose, one of ordinary skill in the art would not conclude

that Applicant was in possession of a vasopressin formulation at any pH or buffer concentration that can

be used in the claim methods as a diluted unit dosage form that can be stored prior to use.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the

formulation and buffer concentration as set forth in Example 16.


### Claim Rejections - 35 USC § 102

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102

and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory

basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and

the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis

for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

PAR-VASO-0014092

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale
or otherwise available to the public before the effective filing date of the claimed invention.

Claims 16, 17, 20-22, and 26-32 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by

the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published

5/7/2015).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to

increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain

hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is

via the intravenous route, and that the composition must be diluted in 5% dextrose in water (D5W) prior

to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1). The Vasostrict® Label states that 1 mg of

vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form disclosed in the reference

contains:

0. 1 units /mL x 1 mg / 530 units x 1000 μg/ mg = 0.19 μg/mL of vasopressin

1 units /mL x 1 mg / 530 units x 1000 μg/ mg = 1.9 μg/mL of vasopressin

both of which fall within the claimed range of about 0.1 μg/mL to about 2 μg/mL.

The Vasostrict® Label states that vasopressin formulation also contains acetic acid to pH 3.4-3.6

(§ 11). As evidenced by preparatorychemistry.com, acetic acid dissociates in water to

acetate(preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm). Therefore, the formulation

comprises acetate.

With respect to the limitation "storing the unit dosage form at 2-8° C for at least about 24

hours," the Vasostrict® Label states dilute in 5% dextrose in water prior to use and discard unused

diluted solution after 24 hours under refrigeration (§ 2.1). The storage time taught by the label, 24

PAR-VASO-0014093

hours, falls within the claimed range of at least about 24 hours because the claim term "about" allows

for some time below 24 hours in the claimed range.

With respect to claim 17, the Vasostrict® Label states that the formulation contains a pH

adjusting agent (§ 11).

With respect to claim 20, the Vasostrict® Label states that the formulation contains acetic acid

(§ 11).

With respect to claim 21, the Vasostrict® Label states that the dextrose concentration is 5% (§

2.1).

With respect to claim 22, the storage time taught by the label, 24 hours, falls within the claimed

range of at least about 24 hours because the claim term "about" allows for some time below 24 hours in

the claimed range. Refrigeration is between 2°C and 8°C and includes the claimed 5° C with sufficient

specificity because the value of 5° is not critical within the range of refrigeration temperatures.

With respect to claim 26, the Vasostrict® Label states that administration is via the intravenous

route (§ 2.1).

With respect to claim 27, the Vasostrict® Label states that mean arterial blood pressure can be

increased in 15 minutes (§ 12.2).

With respect to claims 28 and 29, the Vasostrict® Label states that vasopressin is indicated for

post-cardiotomy shock (§ 1).

With respect to claim 30, the Vasostrict® Label states that vasopressin is indicated for post-

cardiotomy shock, and that the starting intravenous dose is 0.03 units/minute, and that the dose can be

titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute (§

2.2).

With respect to claim 31, the Vasostrict® Label states that vasopressin is indicated for septic

shock (§ 1).

PAR-VASO-0014094

With respect to claim 32, the Vasostrict® Label states that vasopressin is indicated for septic shock, and that the starting intravenous dose is 0.01 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.07 units/minute (§ 2.2).

### Claim Rejections - 35 USC § 103

This application currently names joint inventors. In considering patentability of the claims the examiner presumes that the subject matter of the various claims was commonly owned as of the effective filing date of the claimed invention(s) absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and effective filing dates of each claim that was not commonly owned as of the effective filing date of the later invention in order for the examiner to consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art against the later invention.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 18 and 19 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to claims 16, 17, 20-22, and 26-32 above, in further view of Tidmarsh (US 2014/0329747) and Moberg et al. (US 2014/0171369).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not state that the formulation comprises HCl or NaOH as a pH adjusting agent. Instead, acetic acid is used to adjust the pH (§ 11).

It would have been obvious to use hydrochloric acid and sodium hydroxide to adjust the pH of the vasopressin formulation taught by the Vasostrict® Label. The prior art recognizes that acetic acid, hydrochloric acid, and sodium hydroxide are all pH adjusters that can be used in pharmaceutical compositions, as evidenced by Tidmarsh (¶ [0029]) and Moberg et al. (¶ [0019]).

Claims 24 and 25 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to claims 16, 17, 20-22, and 26-32 above.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not explicitly state that treatment occurs over about day as in claim 25 or over about one week as in claim 26. However, this difference is obvious over the guidance in the Label.

The Vasostrict® Label teaches that administration guidance is empirical and left to the practitioner to follow and optimize (§ 2.2). The guidance suggests a starting dose and maximum dose and states that if the target blood pressure response is not achieved, the practitioner should titrate up by 0.005 units/minute at 10- to 15-minute intervals. After target blood pressure has been maintained for 8 hours without the use of catecholamines, the practitioner should taper Vasostrict® by 0.005 units/minute every hour as tolerated to maintain target blood pressure. The total period of time required for this treatment varies depending on the patient and condition. Given the suggested titration schedule, 8 hour maintenance, and taper schedule, the range for total treatment overlaps with the

PAR-VASO-0014096

claimed range of over about a day, and over about a week, rendering the instant claims obvious over the label.

### Double Patenting

The terminal disclaimers over U.S. Patent Nos. 9,744,239, 9,735,478, 9,687,526, 9,744,209, and 9,750,785, and copending Application Nos. 15/688,305, 15/688,314, 15/688,326, 15/688,330, 15/688,334, 15/688,336, 15/688,338, 15/688,341, 15/606,442, and 15/612,649 filed October 24, 2017, are approved.

### Conclusion

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-

PAR-VASO-0014097

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).If you would like assistance from a USPTO Customer

Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
**Primary Examiner, Art Unit 1675**

cmb

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20140329747-A1 | 11-2014 | Tidmarsh; George | A61K38/085 | 514/9.7 |
| * | B | US-20140171369-A1 | 06-2014 | Moberg; Kerstin Uvnas | A61K38/11 | 514/11.6 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015) (Year: 2015) |
| | V | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 12/21/2016) (Year: 2016) |
| | W | Entry on acetic acid, preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm, downloaded 10/16/2017 (Year: 2017) |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20171020

PAR-VASO-0014099

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/688,326 | 08/28/2017 | Matthew Kenney | 47956-702.306 | 1012 |

21971          7590          10/27/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/27/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0014100

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☑ Responsive to communication(s) filed on <u>28 August 2017</u> .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a) ☐ This action is **FINAL.**     2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☑ Claim(s) <u>16-33</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>16-33</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

## DETAILED CORRESPONDENCE

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.

### *Priority*

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35

U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more

conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as

follows:

The later-filed application must be an application for a patent for an invention which is also

disclosed in the prior application (the parent or original nonprovisional application or provisional

application). The disclosure of the invention in the parent application and in the later-filed application

must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA

35 U.S.C. 112, except for the best mode requirement. See *Transco Products, Inc. v. Performance*

*Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640,

14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by

35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for one or more claims of this application.

The disclosure of the instant application, and the parent Application No. 15/612,649, describe

an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following

elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the

manner set forth in claims 16-33.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014103

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage form can be stored at 5 °C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270], [00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in the prior-filed applications are critical for establishing support for the claimed methods because even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy, counter to the instructions on the FDA label for Vasostrict® (vasopressin injection), and in the prior-filed disclosures, and in the absence of any data or instruction suggesting that a longer storage period would be safe and effective.

As a result, the earliest effective filing date for claims 16-33 is the filing date of parent Application No. 15/612,649, June 2, 2017.

### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):

> (b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out
> and distinctly claiming the subject matter which the inventor or a joint inventor regards as the
> invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
> The specification shall conclude with one or more claims particularly pointing out and distinctly
> claiming the subject matter which the applicant regards as his invention.

Claims 16-33 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention, and
> of the manner and process of making and using it, in such full, clear, concise, and exact terms as to
> enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to
> make and use the same, and shall set forth the best mode contemplated by the inventor or joint
> inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and
> process of making and using it, in such full, clear, concise, and exact terms as to enable any person

skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 16-33 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy.

The claims are drawn to a method of increasing blood pressure in a hypotensive human with vasopressin. The method requires the use of a unit dosage form comprising i) from about 0.1 µg/mL to about 2 µg/mL of vasopressin, ii) dextrose, iii) acetate, and iv) SEQ ID NO: 3.

In contrast to the claimed methods, even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application, making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for Vasostrict® (vasopressin injection). The question of whether a diluted form of vasopressin formulation that could be stored as a unit dosage form for later administration would be safe and effective was unpredictable before the guidance and data presented in the instant application.

PAR-VASO-0014106

The disclosure of the instant application describes an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-33.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. This description is critical support for the unit dosage form of claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

PAR-VASO-0014107

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin

formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant

specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G

and H) was between 3.74 and 3.75.

However, instant claims 16-33 are not limited to formulations having a pH between 3.74 and

3.75 but rather encompass any pH that can be buffered by acetate. Given the high degree of

unpredictability in the art of vasopressin formulation and stability, and the explicit instructions and

standard to discard soon after dilution in dextrose, one of ordinary skill in the art would not conclude

that Applicant was in possession of a vasopressin formulation at any pH or buffer concentration that can

be used in the claim methods as a diluted unit dosage form that can be stored prior to use.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the

formulation and buffer concentration as set forth in Example 16.


### Claim Rejections - 35 USC § 102

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102

and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory

basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and

the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis

for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale
or otherwise available to the public before the effective filing date of the claimed invention.

PAR-VASO-0014108

Claims 16, 17, 20-24, and 27-33 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by

the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published

5/7/2015).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to

increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain

hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is

via the intravenous route, and that the composition must be diluted in 5% dextrose in water (D5W) prior

to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1). The Vasostrict® Label states that 1 mg of

vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form disclosed in the reference

contains:

0. 1 units /mL x 1 mg / 530 units x 1000 µg/ mg = 0.19 µg/mL of vasopressin

1 units /mL x 1 mg / 530 units x 1000 µg/ mg = 1.9 µg/mL of vasopressin

both of which fall within the claimed range of about 0.1 µg/mL to about 2 µg/mL.

The Vasostrict® Label states that vasopressin formulation also contains acetic acid to pH 3.4-3.6

(§ 11). As evidenced by preparatorychemistry.com, acetic acid dissociates in water to acetate

(preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm). Therefore, the formulation comprises

acetate.

With respect to the limitation "wherein the vasopressin or the pharmaceutically-acceptable salt

thereof and SEQ ID NO: 3 are present in the unit dosage form at a ratio of about 1000: about 1 to about

30: about 1," and the related limitations in claims 22-24, the reference is silent as to the level of

degradation. Because the formulation and method is otherwise identical to the claimed unit dosage

form and method there is a reasonable basis to shift the burden to applicant to establish whether this

PAR-VASO-0014109

claimed property is met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 17, the Vasostrict® Label states that the formulation contains a pH adjusting agent (§ 11).

With respect to claim 20, the Vasostrict® Label states that the formulation contains acetic acid (§ 11).

With respect to claim 21, the Vasostrict® Label states that the dextrose concentration is 5% (§ 2.1).

With respect to claims 22-24, the reference is silent as to the level of degradation. Because the formulation and method is otherwise identical to the claimed unit dosage form and method there is a reasonable basis to shift the burden to applicant to establish whether this claimed property is met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 27, the Vasostrict® Label states that administration is via the intravenous route (§ 2.1).

With respect to claim 28, the Vasostrict® Label states that mean arterial blood pressure can be increased in 15 minutes (§ 12.2).

With respect to claims 29 and 30, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock (§ 1).

With respect to claim 31, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock, and that the starting intravenous dose is 0.03 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute (§ 2.2).

With respect to claim 32, the Vasostrict® Label states that vasopressin is indicated for septic shock (§ 1).

With respect to claim 33, the Vasostrict® Label states that vasopressin is indicated for septic

shock, and that the starting intravenous dose is 0.01 units/minute, and that the dose can be titrated up

by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.07 units/minute (§ 2.2).

### Claim Rejections - 35 USC § 103

This application currently names joint inventors. In considering patentability of the claims the

examiner presumes that the subject matter of the various claims was commonly owned as of the

effective filing date of the claimed invention(s) absent any evidence to the contrary. Applicant is advised

of the obligation under 37 CFR 1.56 to point out the inventor and effective filing dates of each claim that

was not commonly owned as of the effective filing date of the later invention in order for the examiner

to consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art

against the later invention.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections

set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is
> not identically disclosed as set forth in section 102, if the differences between the claimed invention
> and the prior art are such that the claimed invention as a whole would have been obvious before the
> effective filing date of the claimed invention to a person having ordinary skill in the art to which the
> claimed invention pertains. Patentability shall not be negated by the manner in which the invention
> was made.

Claims 18 and 19 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for

Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to

claims 16, 17, 20-24, and 27-33 above, in further view of Tidmarsh (US 2014/0329747) and Moberg et al.

(US 2014/0171369).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

PAR-VASO-0014111

The Vasostrict® Label does not state that the formulation comprises HCl or NaOH as a pH adjusting agent. Instead, acetic acid is used to adjust the pH (§ 11).

It would have been obvious to use hydrochloric acid and sodium hydroxide to adjust the pH of the vasopressin formulation taught by the Vasostrict® Label. The prior art recognizes that acetic acid, hydrochloric acid, and sodium hydroxide are all pH adjusters that can be used in pharmaceutical compositions, as evidenced by Tidmarsh (¶ [0029]) and Moberg et al. (¶ [0019]).

Claims 25 and 26 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to claims 16, 17, 20-24, and 27-33 above.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not explicitly state that treatment occurs over about one day as in claim 25 or over about one week as in claim 26. However, this difference is obvious over the guidance in the Label.

The Vasostrict® Label teaches that administration guidance is empirical and left to the practitioner to follow and optimize (§ 2.2). The guidance suggests a starting dose and maximum dose and states that if the target blood pressure response is not achieved, the practitioner should titrate up by 0.005 units/minute at 10- to 15-minute intervals. After target blood pressure has been maintained for 8 hours without the use of catecholamines, the practitioner should taper Vasostrict® by 0.005 units/minute every hour as tolerated to maintain target blood pressure. The total period of time required for this treatment varies depending on the patient and condition. Given the suggested titration schedule, 8 hour maintenance, and taper schedule, the range for total treatment overlaps with the

PAR-VASO-0014112

claimed range of over about a day, and over about a week, rendering the instant claims obvious over the label.

### Double Patenting

The terminal disclaimers over U.S. Patent Nos. 9,744,239, 9,735,478, 9,687,526, 9,744,209, and 9,750,785, and copending Application Nos. 15/688,305, 15/688,314, 15/688,322, 15/688,330, 15/688,334, 15/688,336, 15/688,338, 15/688,341, 15/606,442, and 15/612,649 filed October 24, 2017, are approved.

### Conclusion

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).If you would like assistance from a USPTO Customer

Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
**Primary Examiner, Art Unit 1675**

cmb

| | | Application/Control No. 15/688,326 | Applicant(s)/Patent Under Reexamination Kenney et al. | |
|---|---|---|---|---|
| ***Notice of References Cited*** | | Examiner CHRISTINA MARCHETTI BRADLEY | Art Unit 1675 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20140329747-A1 | 11-2014 | Tidmarsh; George | A61K38/085 | 514/9.7 |
| * | B | US-20140171369-A1 | 06-2014 | Moberg; Kerstin Uvnas | A61K38/11 | 514/11.6 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015) (Year: 2015) |
| | V | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 12/21/2016) (Year: 2016) |
| | W | Entry on acetic acid, preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm, downloaded 10/16/2017 (Year: 2017) |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20171020

PAR-VASO-0014115

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/688,336 | 08/28/2017 | Matthew Kenney | 47956-702.309 | 8906 |

21971          7590          10/27/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/27/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0014116

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>28 August 2017</u> .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a) ☐ This action is **FINAL.**   2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>16-30</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>16-30</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

\* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov**.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

**DETAILED CORRESPONDENCE**

*Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

*Priority*

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35 U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as follows:

The later-filed application must be an application for a patent for an invention which is also disclosed in the prior application (the parent or original nonprovisional application or provisional application). The disclosure of the invention in the parent application and in the later-filed application must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA 35 U.S.C. 112, except for the best mode requirement.  See *Transco Products, Inc. v. Performance Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by 35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for one or more claims of this application.

The disclosure of the instant application, and the parent Application No. 15/612,649, describe an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-30.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014119

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage form can be stored at 5° C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270], [00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24 hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in the prior-filed applications are critical for establishing support for the claimed methods because even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy, counter to the instructions on the FDA label for Vasostrict® (vasopressin injection), and in the prior-filed disclosures, and in the absence of any data or instruction suggesting that a longer storage period would be safe and effective.

As a result, the earliest effective filing date for claims 16-30 is the filing date of parent Application No. 15/612,649, June 2, 2017.

*Claim Rejections - 35 USC § 112(b)*

The following is a quotation of 35 U.S.C. 112(b):

(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 16-30 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

(a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person

PAR-VASO-0014121

skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 16-30 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy.

The claims are drawn to a method of increasing blood pressure in a hypotensive human with vasopressin. The method requires the use of a unit dosage form comprising from about 0.1 units/mL to about 1unit/mL of vasopressin, wherein the pH is no greater than 4.1.

In contrast to the claimed methods, even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application, making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for Vasostrict® (vasopressin injection). The question of whether a diluted form of vasopressin formulation that could be stored as a unit dosage form for later administration would be safe and effective was unpredictable before the guidance and data presented in the instant application.

PAR-VASO-0014122

The disclosure of the instant application describes an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-30.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. This description is critical support for the unit dosage form of claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

PAR-VASO-0014123

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin

formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant

specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G

and H) was between 3.74 and 3.75.

However, instant claims 16-30 are not limited to formulations between 3.74 and 3.75 but rather

encompass any pH up to 4.1. Given the high degree of unpredictability in the art of vasopressin

formulation and stability, and the explicit instructions and standard to discard soon after dilution in

dextrose, one of ordinary skill in the art would not conclude that Applicant was in possession of a

vasopressin formulation at any pH or buffer concentration that can be used in the claim methods as a

diluted unit dosage form that can be stored prior to use.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the

formulation and buffer concentration as set forth in Example 16.


### *Claim Rejections - 35 USC § 102*

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102

and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory

basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and

the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis

for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale
or otherwise available to the public before the effective filing date of the claimed invention.

PAR-VASO-0014124

Claims 16-26, 28, and 30 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by the FDA

Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to

increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain

hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is

via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium

chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§

2.1).The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water, and

acetic acid to pH 3.4-3.6 (§ 11), which is in the range no greater than 4.1. The Vasostrict® Label states

that the starting intravenous dose is 0.03 units/minute for post-cardiotomy shock, and 0.01

units/minute for septic shock. The Vasostrict® Label states that the dose can be titrated up by 0.005

units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute for post-cardiotomy shock

and 0.07 units/minute for septic shock. (§ 2.2). All infusion rates taught by the Vasostrict® Label fall

within the claimed range of about 0.01 units to about 0.1 units per minute.

With respect to the limitation "impurities that are present in an amount of 0.9% - 1.7%, wherein

the impurities have from about 85% to about 100% sequence homology to SEQ ID NO: 1" in claim 16

and the related limitations in claims 17-23 and 26, the reference is silent as to the level of degradation.

Because the formulation and method is otherwise identical to the claimed unit dosage form and method

there is a reasonable basis to shift the burden to applicant to establish whether this claimed property is

met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 24, the Vasostrict® Label states that vasopressin is indicated for

vasodilatory shock (§ 1).

With respect to claim 25, the Vasostrict® Label states that vasopressin is indicated for septic shock, and that the starting intravenous dose is 0.01 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.07 units/minute (§ 2.2).

With respect to claim 28, the Vasostrict® Label states that vasopressin composition comprises acetic acid, a pH adjuster (§ 11).

With respect to claim 30, the Vasostrict® Label states that vasopressin composition comprises vasopressin, not the salt form (§ 2.1).


### Claim Rejections - 35 USC § 103

This application currently names joint inventors. In considering patentability of the claims the examiner presumes that the subject matter of the various claims was commonly owned as of the effective filing date of the claimed invention(s) absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and effective filing dates of each claim that was not commonly owned as of the effective filing date of the later invention in order for the examiner to consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art against the later invention.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claim 27 is rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015, as applied to

PAR-VASO-0014126

claims 16-26, 28, and 30 above, in further view of Buffers (downloaded from

www.med.unc.edu/pharm/sondeklab/files/resource-files/protein-purification-

handbooks/buffers_calbiochem.pdf, published 2006).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein

"unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not state that the formulation contains sodium acetate. However,

this difference is obvious over the ordinary level of knowledge and skill in the art on buffers.

The Vasostrict® Label teaches that the vasopressin formulation comprises acetic acid and has a

pH 3.4-3.6 (§ 11). It is well known in the prior art that acetate buffer comprising acetic acid and sodium

acetate is an appropriate choice for maintaining pH in the range taught by the Vasostrict® Label, as

evidenced by the Buffers guide published by Calibochem (p. 19).  Therefore, it would have been obvious

to one of ordinary skill in the art to add sodium acetate to the vasopressin formulation in order to create

a buffer system for maintaining the pH at 3.4-3.6. There would have been a reasonable expectation of

success given that the Vasostrict® Label teaches that the formulation already comprises acetic acid,

which is the acid component of the acetate buffer system.


### Double Patenting

The terminal disclaimers over U.S. Patent Nos. 9,744,239, 9,735,478, 9,687,526, 9,744,209, and

9,750,785, and copending Application Nos. 15/688,305, 15/688,314, 15/688,322, 15/688,326,

15/688,330, 15/688,334, 15/688,338, 15/688,341, 15/606,442, and 15/612,649 filed October 24, 2017,

are approved.


### Conclusion

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
**Primary Examiner, Art Unit 1675**

cmb

| | | | | |
|---|---|---|---|---|
| ***Notice of References Cited*** | Application/Control No.<br>15/688,336 | | Applicant(s)/Patent Under<br>Reexamination<br>Kenney et al. | |
| | Examiner<br>CHRISTINA MARCHETTI<br>BRADLEY | | Art Unit<br>1675 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015) (Year: 2015) |
| | V | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 12/21/2016) (Year: 2016) |
| | W | Buffers (downloaded from www.med.unc.edu/pharm/sondeklab/files/resource-files/protein-purification-handbooks/ buffers_calbiochem.pdf, published 2006) |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PAR-VASO-0014129

# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/688,334 | 08/28/2017 | Matthew Kenney | 47956-702.308 | 1022 |

21971        7590        10/30/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/30/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0014130

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>28 August 2017</u>        .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____      .

2a)☐ This action is **FINAL.**        2b) ☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☑ Claim(s) <u>16-27</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☑ Claim(s) <u>16-27</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or  b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
      a)☐ All   b)☐ Some**   c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____ .
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

**DETAILED CORRESPONDENCE**

*Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

*Priority*

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35 U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as follows:

The later-filed application must be an application for a patent for an invention which is also disclosed in the prior application (the parent or original nonprovisional application or provisional application). The disclosure of the invention in the parent application and in the later-filed application must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA 35 U.S.C. 112, except for the best mode requirement. See *Transco Products, Inc. v. Performance Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by 35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for one or more claims of this application.

The disclosure of the instant application, and the parent Application No. 15/612,649, describe an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-27.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014133

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage

form can be stored at 5 °C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state

that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270],

[00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or

5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous

administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24

hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in

the prior-filed applications are critical for establishing support for the claimed methods because even

the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016,

states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal

saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for

intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24

hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin

formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for

intravenous therapy, counter to the instructions on the FDA label for Vasostrict® (vasopressin injection),

and in the prior-filed disclosures, and in the absence of any data or instruction suggesting that a longer

storage period would be safe and effective.

As a result, the earliest effective filing date for claims 16-27 is the filing date of parent

Application No. 15/612,649, June 2, 2017.

### Claim Rejections - 35 USC § 112(b)

The following is a quotation of 35 U.S.C. 112(b):

(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 16-27 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

(a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 16-27 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy.

The claims are drawn to a method of increasing blood pressure in a hypotensive human with vasopressin. The method requires the use of a unit dosage form comprising i) from about 0.1 units/mL to about 1 unit/mL of vasopressin, ii) acetic acid, sodium acetate, or a combination thereof, iii) 0-2 % vasopressin degradation products, iv) sodium chloride, and v) water, wherein the pH is no greater than 4.1.

In contrast to the claimed methods, even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application, making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for Vasostrict® (vasopressin injection). The question of whether a diluted form of vasopressin formulation that could be stored as a unit dosage form for later administration would be safe and effective was unpredictable before the guidance and data presented in the instant application.

PAR-VASO-0014136

The disclosure of the instant application describes an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-27.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. This description is critical support for the unit dosage form of claims 16, 26, and 36, and for step a) of claims 26 and 36. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G and H) was between 3.74 and 3.75.

However, instant claims 16-27 are not limited to formulations between 3.74 and 3.75 but rather encompass any pH up to 4.1 that can be buffered by acetate, and with a concentration of 1 or 10 mM acetate buffer. Given the high degree of unpredictability in the art of vasopressin formulation and stability, and the explicit instructions and standard to discard soon after dilution in dextrose, one of ordinary skill in the art would not conclude that Applicant was in possession of a vasopressin formulation at any pH or buffer concentration that can be used in the claim methods as a diluted unit dosage form that can be stored prior to use.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the formulation and buffer concentration as set forth in Example 16.

### Claim Rejections - 35 USC § 102

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale or otherwise available to the public before the effective filing date of the claimed invention.

PAR-VASO-0014138

Claims 16 and 19-27 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§ 2.1). The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water, and acetic acid to pH 3.4-3.6 (§ 11), which is within the claimed range of no greater than 4.1.The Vasostrict® Label states that the starting intravenous dose is 0.03 units/minute for post-cardiotomy shock, and 0.01 units/minute for septic shock. The Vasostrict® Label states that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute for post-cardiotomy shock and 0.07 units/minute for septic shock. (§ 2.2). All infusion rates taught by the Vasostrict® Label fall within the claimed range of about 0.01 units to about 0.1 units per minute.

With respect to the limitation "0-2% vasopressin degradation products," the reference is silent as to the level of degradation. Because the formulation and method is otherwise identical to the claimed unit dosage form and method there is a reasonable basis to shift the burden to applicant to establish whether this claimed property is met as in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 19, the Vasostrict® Label states that mean arterial blood pressure can be increased in 15 minutes (§ 12.2).

PAR-VASO-0014139

With respect to claims 20 and 21, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock (§ 1).

With respect to claim 22, the Vasostrict® Label states that vasopressin is indicated for post-cardiotomy shock, and that the starting intravenous dose is 0.03 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.1 units/minute (§ 2.2).

With respect to claim 23, the Vasostrict® Label states that vasopressin is indicated for septic shock (§ 1).

With respect to claim 24, the Vasostrict® Label states that vasopressin is indicated for septic shock, and that the starting intravenous dose is 0.01 units/minute, and that the dose can be titrated up by 0.005 units/minute at 10- to 15-minute intervals to a maximum of 0.07 units/minute (§ 2.2).

With respect to claim 26, the Vasostrict® Label states that vasopressin composition comprises vasopressin, not the salt form (§ 2.1).

With respect to claim 27, the Vasostrict® Label states that vasopressin composition comprises chlorobutanol (§ 2.1).


***Claim Rejections - 35 USC § 103***

This application currently names joint inventors. In considering patentability of the claims the examiner presumes that the subject matter of the various claims was commonly owned as of the effective filing date of the claimed invention(s) absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and effective filing dates of each claim that was not commonly owned as of the effective filing date of the later invention in order for the examiner to consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art against the later invention.

PAR-VASO-0014140

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 17 and 18 are rejected under 35 U.S.C. 103 as being unpatentable over the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015), as applied to claims 16 and 19-27 above.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The Vasostrict® Label does not explicitly state that treatment occurs over about day as in claim 17 or over about one week as in claim 18. However, this difference is obvious over the guidance in the Label.

The Vasostrict® Label teaches that administration guidance is empirical and left to the practitioner to follow and optimize (§ 2.2). The guidance suggests a starting dose and maximum dose and states that if the target blood pressure response is not achieved, the practitioner should titrate up by 0.005 units/minute at 10- to 15-minute intervals. After target blood pressure has been maintained for 8 hours without the use of catecholamines, the practitioner should taper Vasostrict® by 0.005 units/minute every hour as tolerated to maintain target blood pressure. The total period of time required for this treatment varies depending on the patient and condition. Given the suggested titration schedule, 8 hour maintenance, and taper schedule, the range for total treatment overlaps with the claimed range of over about a day, and over about a week, rendering the instant claims obvious over the label.

PAR-VASO-0014141

### *Double Patenting*

The terminal disclaimers over U.S. Patent Nos. 9,744,239, 9,735,478, 9,687,526, 9,744,209, and

9,750,785, and copending Application Nos. 15/688,305, 15/688,314, 15/688,322, 15/688,326,

15/688,330, 15/688,336, 15/688,338, 15/688,341, 15/606,442, and 15/612,649 filed October 24, 2017,

are approved.

### *Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044.  The

examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

James Alstrum-Acevedo can be reached on (571) 272-5548.  The fax phone number for the organization

where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained

from either Private PAIR or Public PAIR.  Status information for unpublished applications is available

through Private PAIR only.  For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer

Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
**Primary Examiner, Art Unit 1675**

cmb

## Notice of References Cited

| | | |
|---|---|---|
| | Application/Control No.<br>15/688,334 | Applicant(s)/Patent Under Reexamination<br>Kenney et al. |
| **Notice of References Cited** | Examiner<br>CHRISTINA MARCHETTI BRADLEY | Art Unit<br>1675 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) downloaded from www.fda.gov, published 5/7/2015 |
| | V | FDA label for Vasostrict® (vasopressin injection) downloaded from www.fda.gov,published on December 21, 2016 |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20171023

PAR-VASO-0014144

# United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/688,338 | 08/28/2017 | Matthew Kenney | 47956-702.310 | 8013 |

21971        7590        11/01/2017
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/01/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PAR-VASO-0014145

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>28 August 2017</u> .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a) ☐ This action is **FINAL.**    2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>16-37</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>16-37</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined **allowable**, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

PAR-VASO-0014146

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Priority

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35 U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 120, 121, 365(c), or 386(c) as follows:

The later-filed application must be an application for a patent for an invention which is also disclosed in the prior application (the parent or original nonprovisional application or provisional application). The disclosure of the invention in the parent application and in the later-filed application must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA 35 U.S.C. 112, except for the best mode requirement.  See *Transco Products, Inc. v. Performance Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 fail to provide adequate support or enablement in the manner provided by 35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112, first paragraph for claims 27-37 of this application.

The disclosure of the instant application, and the parent Application No. 15/612,649, describe an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin, and a method of using it in the manner set forth in claims 16-30.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month". The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

In contrast, the disclosures of prior-filed Application Nos. 15/426,693 and 15/289,640 do not include a vasopressin formulation for bottle or intravenous drip-bag. Instead, the prior-filed applications disclose a method wherein a unit dosage form containing vasopressin, chlorobutanol, acetic acid, and water is diluted in 0.9% saline or 5% dextrose prior to intravenous administration (see ¶[00102]-[00138]

PAR-VASO-0014148

of Application No. 15/426,693, and ¶ [00100]-[00135] of Application No. 15/289,640). The unit dosage

form can be stored at 5° C but not the form diluted in 0.9% saline or 5% dextrose.

Each of prior-filed Application Nos. 15/426,693, 15/289,640, 14/717,877, and 14/610,499 state

that vasopressin diluted in dextrose must be discarded after a limited period of time (¶ [00270],

[00267], [0042], [0140], respectively): "Vasopressin is diluted in normal saline (0.9% sodium chloride) or

5% dextrose in water (D5W) prior to use to either 0.1 units/mL or 1 unit/mL for intravenous

administration. Unused diluted solution is discarded after 18 hours at room temperature or after 24

hours under refrigeration."

The stability data and handling instructions provided in the instant application and omitted in

the prior-filed applications are critical for establishing support for the claimed methods because even

the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016,

states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal

saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for

intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24

hours under refrigeration" (§ 2.1). It is not implicit in the prior-filed applications to make a vasopressin

formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for

intravenous therapy, counter to the instructions on the FDA label for Vasostrict® (vasopressin injection),

and in the prior-filed disclosures, and in the absence of any data or instruction suggesting that a longer

storage period would be safe and effective.

As a result, the earliest effective filing date for claims 27-37 is the filing date of parent

Application No. 15/612,649, June 2, 2017.


### *Claim Rejections - 35 USC § 112(b)*

The following is a quotation of 35 U.S.C. 112(b):

(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 27-37 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

The claims recite the term "unit dosage form". There are two plausible constructions for this term. First, example 16 of the specification suggests that in the instant claim "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy. Second, a plain reading of the term could also encompass a different unit dosage form that is subsequently diluted with dextrose to form another "unit dosage form". If a claim is amenable to two or more plausible constructions, applicant is required to amend the claim to more precisely define the metes and bounds of the claimed invention or the claim is indefinite under § 112, ¶ 2. *Ex parte Miyazaki*, 89 USPQ2d 1207 (BPAI 2008)

### Claim Rejections - 35 USC § 112(a)

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

(a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 27-37 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention.

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" means a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy.

The claims are drawn to a pharmaceutical composition for intravenous administration comprising in a unit dosage form from about 0.1 µg/mL to about 2 µg/mL of vasopressin, wherein the pH is no greater than 4.1.

In contrast to the claimed compositions, even the most recent FDA label for Vasostrict® (vasopressin injection) published on December 21, 2016, states that diluted vasopressin must be discarded after a short time: "Dilute Vasostrict® with normal saline (0.9% sodium chloride) or 5% dextrose in water (D5W) to either 0.1 units/mL or 1 unit/mL for intravenous administration. Discard unused diluted solution after 18 hours at room temperature or 24 hours under refrigeration" (§ 2.1). Prior to the instant application, making a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy is counter to the instructions on the FDA label for Vasostrict® (vasopressin injection). The question of whether a diluted form of vasopressin formulation that could be stored as a unit dosage form for later administration would be safe and effective was unpredictable before the guidance and data presented in the instant application.

The disclosure of the instant application describes an intravenous unit dosage form of vasopressin (¶ [00397]). The disclosure includes the following elements that pertain to an intravenous unit dosage form of vasopressin set forth in claims 27-37.

- Example 16 describes a vasopressin formulation for bottle or intravenous drip-bag that can be used without initial vasopressin dilution for intravenous therapy (¶ [00397]).

- Formulations A-H and 9 in Tables 55-63, respectively, each contain 40 or 60 IU/100 mL vasopressin, 1 or 10 mM acetate buffer, water, and HCl and NaOH as pH adjustors, plus either sodium chloride (A, B, E, F), dextrose (C, D, G, H), or sodium chloride and dextrose (9).

- Example 17 describes the impurity measurement for the vasopressin formulation for bottle or intravenous drip-bag. As stated in ¶ [00433] "The results above provided an estimated shelf life at 5 °C of about 16.1 months (FIGURE 27) and at 25 °C of about eight months (FIGURE 28). The results indicated that the dextrose vehicle with 1 mM acetate buffer provided a lower rate of degradation and a lower rate of impurities accumulation for the vasopressin formulation at 5 °C, 25 °C, and 40 °C compared to NaCl or a combination of dextrose and NaCl in either 1 mM or 10 mM acetate buffer."

- The disclosure at ¶ [0007]-[0008] describes the clinical use of vasopressin formulation to increase blood pressure in hypotensive adults.

- The disclosure at ¶ [0007]-[0008] also describes the storage and handling of the vasopressin formulation. The disclosure states (¶ [0007]): "storing at 5 °C for at least about one month".  The disclosure states (¶ [0008]): "storing at 25 °C for at least about one month".

Therefore, the specification fully supports the claimed methods as they apply to the specific vasopressin formulation comprising dextrose and 1 mM acetate buffer in Example 16. Table 66 of the instant specification suggests that the pH of the formulations containing dextrose and 1 mM acetate buffer (G and H) was between 3.74 and 3.75.

PAR-VASO-0014152

However, instant claims 27-37 are not limited to formulations between 3.74 and 3.75 but rather encompass any pH up to 4.1. Given the high degree of unpredictability in the art of vasopressin formulation and stability, and the explicit instructions and standard to discard soon after dilution in dextrose, one of ordinary skill in the art would not conclude that Applicant was in possession of a vasopressin formulation at any pH or buffer concentration that can be used in the claim methods as a diluted unit dosage form that can be stored prior to use.

In order to overcome this rejection, Applicant should amend the claims to limit the pH of the formulation and buffer concentration as set forth in Example 16.

### *Claim Rejections - 35 USC § 102*

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale or otherwise available to the public before the effective filing date of the claimed invention.

Claims 27-35 and 37 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015).

Claim interpretation note: this rejection pertains to the interpretation of the claims wherein "unit dosage form" allows for dilution prior to administration.

The FDA Label for Vasostrict® (vasopressin injection) states that vasopressin is indicated to increase blood pressure in adults with vasodilatory shock (e.g., post-cardiotomy or sepsis) who remain

PAR-VASO-0014153

hypotensive despite fluids and catecholamines (§ 1). The Vasostrict® Label states that administration is

via the intravenous route, and that the composition must be diluted in normal saline (0.9% sodium

chloride) or 5% dextrose in water (D5W) prior to use to a concentration of 0.1 units/mL or 1 unit/mL (§

2.1).The Vasostrict® Label states that vasopressin formulation also contains chlorobutanol, water, and

acetic acid to pH 3.4-3.6 (§ 11), which is in the range no greater than 4.1. The Vasostrict® Label states

that 1 mg of vasopressin is equivalent to 530 units (§ 11). Therefore, the unit dosage form disclosed in

the reference contains:

> 0. 1 units /mL x 1 mg / 530 units x 1000 µg/ mg = 0.19 µg/mL of vasopressin
>
> 1 units /mL x 1 mg / 530 units x 1000 µg/ mg = 1.9 µg/mL of vasopressin
>
> both of which fall within the claimed range of about 0.1 µg/mL to about 2 µg/mL.

With respect to the limitation "impurities that are present in an amount of 0.9% - 1.7%, wherein

the impurities have from about 85% to about 100% sequence homology to SEQ ID NO: 1" in claim 27

and the related limitations in claims 28-35, the reference is silent as to the level of degradation. Because

the formulation and method is otherwise identical to the claimed unit dosage form and method there is

a reasonable basis to shift the burden to applicant to establish whether this claimed property is met as

in *In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP §§ 2112-2112.02.

With respect to claim 37, the Vasostrict® Label states that vasopressin composition comprises

vasopressin, not the salt form (§ 2.1).

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections

set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is
> not identically disclosed as set forth in section 102, if the differences between the claimed invention
> and the prior art are such that the claimed invention as a whole would have been obvious before the
> effective filing date of the claimed invention to a person having ordinary skill in the art to which the

claimed invention pertains. Patentability shall not be negated by the manner in which the invention
was made.

Claims 16-26 are rejected under 35 U.S.C. 103 as being unpatentable over Pharmaceutical

Partners of Canada Inc. (NPL 136, IDS 9/1/2017) in view of Treschan (NPL 170, IDS 9/1/2017), as

evidenced by the FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov,

published 5/7/2015).

Treschan teaches that vasopressin is a hormone that is essential for osmoregulation,

cardiovascular control, and homeostasis. Vasopressin is used clinically in anesthesia and intensive care

therapy, specifically for the treatment of cardiopulmonary resuscitation (CPR), septic shock,

intraoperative hypotension, vasodilatory shock, and hemodynamic instability (p. 599, col 1-2, Table 2).

The structure of the therapeutic agent arginine vasopressin (AVP) is identical to instant SEQ ID NO: 1

(Fig. 1).

Pharmaceutical Partners of Canada teaches that Vasopressin Injection, USP is a sterile,

nonpyrogenic solution of synthetic vasopressin of the posterior pituitary gland. It is substantially free

from the oxytocic principle and is standardized to contain 20 pressor units. Vasopressin is identical to

instant SEQ ID NO: 1. Each mL contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as

preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-

4.5).

Note that the FDA Label for Vasostrict® provides evidence that 1 mg is equivalent to 530 units of

vasopressin. Therefore, the composition taught by Pharmaceutical Partners of Canada contains 0.038

mg/ml vasopressin, which falls within the claimed range (this is an evidentiary reference and does not

need to be prior art).

With respect to the pH, Pharmaceutical Partners of Canada teaches a range of 2.5-4.5 which

overlaps with the claimed range of no greater than 4.1.  MPEP § 2144.05 states that "In the case where

the claimed ranges 'overlap or lie inside ranges disclosed by the prior art' a *prima facie* case of

obviousness exists. *In re Wertheim*, 541 F.2d 257, 191 USPQ 90 (CCPA 1976); *In re Woodruff,* 919 F.2d

1575, 16 USPQ2d 1934 (Fed. Cir. 1990)." Therefore, the instantly claimed pH of no greater than 4.1 is

*prima facie* obvious in view of the prior art range 2.5-4.5.

With respect to the stability limitations in claims 16-24, the fact that applicant has recognized

another advantage which would flow naturally from following the suggestion of the prior art cannot be

the basis for patentability when the differences would otherwise be obvious.  See *Ex parte Obiaya*, 227

USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). The composition that is obvious over the cited art would be

chemically and structurally identical to that recited in the instant claims. As a result, it would possess the

same stability properties as recited in the instant claims.

### Evaluation of Evidence in the Specification

The data in Examples 9-12 of the specification have been fully considered but are not sufficient

to overcome the *prima facie* case and to establish that the claimed pH range is critical, and exhibits

unexpected results.

MPEP 716.02(c) states: "'Expected beneficial results are evidence of obviousness of a claimed

invention, just as unexpected results are evidence of unobviousness thereof.' *In re Gershon,* 372 F.2d

535, 538, 152 USPQ 602, 604 (CCPA 1967)" In the instant case, the prior art of Pharmaceutical Partners

of Canada teach that pH 2.5-4.5 is suitable for a vasopressin formulation intended for clinical use. As a

result, one of ordinary skill in the art would expect that even if there are differences across this pH

range, all pH values would yield a formulation that is stable enough for clinical use. Applicant has not

provided evidence that the claimed range of no greater than pH 4.1 exhibits a stability that is significant

enough to result in a practical benefit to the user. Applicant has not established "that the differences in

results are in fact unexpected and unobvious and of both statistical and practical significance." (*Ex parte*

PAR-VASO-0014156

*Gelles,* 22 USPQ2d 1318, 1319 (Bd. Pat. App. & Inter. 1992) because it is not clear from the specification

whether the observed differences in stability would have a practical effect on clinical use.

Applicant has alleged that the compositions recited in the instant claims have unexpected

stability. MPEP 716.01(b) states: "To be given substantial weight in the determination of obviousness or

nonobviousness, evidence of secondary considerations must be relevant to the subject matter as

claimed, and therefore the examiner must determine whether there is a nexus between the merits of

the claimed invention and the evidence of secondary considerations. *Ashland Oil, Inc. v. Delta Resins &

Refractories, Inc.,* 776 F.2d 281, 305 n.42, 227 USPQ 657, 673-674 n. 42 (Fed. Cir. 1985)." In the instant

case, the nexus between the alleged increase in stability and the claims is unclear. Although stability is

important for a pharmaceutical composition, there is no evidence on record that the closest prior art

composition which can have a pH of 2.5-4.5 is too unstable to be used clinically; on the contrary, the

prior art composition is FDA approved for the instantly claimed method of treatment. Applicant has not

established whether the alleged increase in stability achieved by the modifications to the prior art

composition recited in the instant claims is significant enough to have a benefit in the claimed

composition.

In addition, MPEP 716.02(e) states: " An affidavit or declaration under 37 CFR 1.132 must

compare the claimed subject matter with the closest prior art to be effective to rebut a *prima facie* case

of obviousness. *In re Burckel,* 592 F.2d 1175, 201 USPQ 67 (CCPA 1979)... Where the comparison is not

identical with the reference disclosure, deviations therefrom should be explained, *In re Finley,* 174 F.2d

130, 81 USPQ 383 (CCPA 1949), and if not explained should be noted and evaluated, and if significant,

explanation should be required. *In re Armstrong,* 280 F.2d 132, 126 USPQ 281 (CCPA 1960)." In the

instant case, the closest prior art is the formulation taught by Pharmaceutical Partners of Canada. Each

mL of Vasopressin Injection, USP contains 20 USP vasopressin units, chlorobutanol (anhydrous) 5 mg as

PAR-VASO-0014157

preservative, water for injection q.s. glacial acetic acid and/or sodium hydroxide for pH adjustment (2.5-4.5). In contrast, the declaration presents stability data for vasopressin without chlorobutanol.

Finally, MPEP 716.02(d) states: "Whether the unexpected results are the result of unexpectedly improved results or a property not taught by the prior art, the "objective evidence of nonobviousness must be commensurate in scope with the claims which the evidence is offered to support." In other words, the showing of unexpected results must be reviewed to see if the results occur over the entire claimed range. *In re Clemens,* 622 F.2d 1029, 1036, 206 USPQ 289, 296 (CCPA 1980)" In claims 16-26, the buffer is not specified, and the claims encompass all buffers suitable for maintaining a pH of no greater than 4.1 as well as compositions without buffer. In contrast, the data in the specification pertains to compositions containing acetate buffer, with the exception of a comparative example with citrate buffer (Example 12). The specification suggests that acetate buffer is superior to citrate buffer. In addition, in claims 16-26 the pH range is no greater than 4.1. The data in the specification are insufficient to establish that the range no greater than 4.1 is critical and exhibits unexpected stability compared to the prior art range. Finally, the data in the specification pertain to compositions that comprise dextrose, whereas the claims do not require this additive. Therefore, the results, are not commensurate in scope with the claims.

For these reasons, the rejection is maintained.

### Double Patenting

The terminal disclaimers over U.S. Patent Nos. 9,744,239, 9,735,478, 9,687,526, 9,744,209, and 9,750,785, and copending Application Nos. 15/688,305, 15/688,314, 15/688,322, 15/688,326, 15/688,330, 15/688,334, 15/688,338, 15/688,341, 15/606,442, and 15/612,649 filed October 24, 2017, are approved.

*Conclusion*

No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINA BRADLEY/
**Primary Examiner, Art Unit 1675**

cmb

| | | | | |
|---|---|---|---|---|
| ***Notice of References Cited*** | Application/Control No. 15/688,338 | | Applicant(s)/Patent Under Reexamination Kenney et al. | |
| | Examiner CHRISTINA MARCHETTI BRADLEY | | Art Unit 1675 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 5/7/2015) (Year: 2015) |
| | V | FDA Label for Vasostrict® (vasopressin injection) (downloaded from www.fda.gov, published 12/21/2016) (Year: 2016) |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                     **Notice of References Cited**                     Part of Paper No. 20171025

PAR-VASO-0014160

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15606442 |
| **Filing Date:** | 26-May-2017 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Trisha Agrawal/Daniel Buehler (TA6) |
| **Attorney Docket Number:** | 47956-702.504 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

PAR-VASO-0014161

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 31053715 |
| **Application Number:** | 15606442 |
| **International Application Number:** | |
| **Confirmation Number:** | 5729 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal/Daniel Buehler (TA6) |
| **Filer Authorized By:** | Trisha Agrawal |
| **Attorney Docket Number:** | 47956-702.504 |
| **Receipt Date:** | 27-NOV-2017 |
| **Filing Date:** | 26-MAY-2017 |
| **Time Stamp:** | 19:43:57 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 112817INTEFSW00011050232415 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

PAR-VASO-0014163

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDS47956-702-504-11-27-2017. pdf | 294287<br><br>7001baaff7e08585c9fd68f16ef70c5819890 4f5 | yes | 9 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | Document Description | | Start | End | |
| | Information Disclosure Statement (IDS) Form (SB08) | | 5 | 9 | |
| | Transmittal Letter | | 1 | 4 | |

**Warnings:**

**Information:**

| 2 | Non Patent Literature | BUFFERS-DOWNLOADED-2006. PDF | 829372<br><br>f1accea15d25abbe6fd7f666d984a58ac20d0 ade6 | no | 38 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Non Patent Literature | US15688305.PDF | 11200079<br><br>aa5c43a3034b6f2abbbc38d4ed1c2fff9a1e 030d | no | 296 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Non Patent Literature | US15688314.PDF | 11200131<br><br>caede4722b537cadb78362a62e50ab418f2 fef462 | no | 296 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 5 | Non Patent Literature | US15688322.PDF | 11200132<br><br>9391fcda767ab92907f4d62092e2e65e677 2a660 | no | 296 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

PAR-VASO-0014164

| 6 | Non Patent Literature | US15688326.PDF | 11200172<br><br>6acb1a3cc6763785e77d29941dbee4125ebf<br>ddc3d | no | 296 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 7 | Non Patent Literature | US15688330.PDF | 11200085<br><br>1a1870d2373a53da1f81cea30fe48c8058c0<br>fa31 | no | 296 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Non Patent Literature | US15688334.PDF | 11200201<br><br>e1b2741015b123cf2be41cb7a808adcd3c3<br>76948 | no | 296 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Non Patent Literature | US15688336.PDF | 11200245<br><br>66310e363220f00201d12b1168ed3418ad<br>1ae678 | no | 296 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 10 | Non Patent Literature | US15688338.PDF | 11199983<br><br>084924cc11a4ddc8fa864fea6a408c79f78af<br>1aa | no | 296 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 11 | Non Patent Literature | US15688341.PDF | 11189593<br><br>706ed2d46b71da20042540af1f50f9e33f8a<br>24b9 | no | 295 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 12 | Non Patent Literature | WEAK-ACID-2017.PDF | 64113<br><br>3cb97afeeae699bbd51a369d654c91d43e8<br>61914 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

PAR-VASO-0014165

| 13 | Non Patent Literature | Z-NOA-07-11-2017-US14717877.PDF | 808380<br><br>c6c7997c5162b57a96d858061 1dabae9366943cf | no | 14 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 14 | Non Patent Literature | Z-NOA-07-11-2017-US15426693.PDF | 732940<br><br>fecf84720fae299b3a93ebb1700cd09e0b59419d | no | 11 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 15 | Non Patent Literature | Z-NOA-07-20-2017-US15426703.PDF | 495282<br><br>49b56d0dbcd82669fd3587d89fff12fbe290fd0c | no | 11 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 16 | Non Patent Literature | Z-OA-09-19-2017-US15612649.PDF | 366898<br><br>9ca7945ddda65fc034bf3cdfb493af0b640bc7b0 | no | 14 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 17 | Non Patent Literature | Z-OA-10-17-2017-US15688330.PDF | 1133245<br><br>354db16bc1abdd2215cd79f1036efab6491637f7 | no | 41 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 18 | Non Patent Literature | OA-10-27-17-US15688305.PDF | 397400<br><br>9269975a3c529e4c049fb2b4a90d070016267989 | no | 16 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 19 | Non Patent Literature | OA-10-27-2017-US15-688314.PDF | 388913<br><br>f8157986b926a4bc866de9278786fcb23a0bed98a | no | 16 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 20 | Non Patent Literature | OA-10-27-2017-US15-688322.PDF | 390115<br><br>99859013e56df38890a7ad26c3e2c8a72fcd1f82 | no | 16 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 21 | Non Patent Literature | OA-10-27-2017-US15-688326.PDF | 390464<br><br>efe9628e74aa7382a3ff7f7fb6632ee1520e7c34 | no | 16 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 22 | Non Patent Literature | OA-10-27-2017-US15-688336.PDF | 365792<br><br>947b8712e91206fa002ebc5611cd1778cb7b8aa5 | no | 14 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 23 | Non Patent Literature | OA-10-30-2017-US15-688334.PDF | 366197<br><br>29912f3a82513071c36301799ea6e95f2f52102 | no | 15 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 24 | Non Patent Literature | OA-11-01-17-US-15688338.PDF | 425699<br><br>213ed2e0db066c1dcfa1bd7906669665290468ee | no | 16 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 25 | Fee Worksheet (SB06) | fee-info.pdf | 30752<br><br>2f91e3b38644e351ba0bf2a1a25590e1f9eac169 | no | 2 |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 108270470 |
|---|---|

PAR-VASO-0014167

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0014168

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

| Application or Docket Number | Filing Date | |
|---|---|---|
| 15/606,442 | 05/26/2017 | ☐ To be Mailed |

**ENTITY:** ☒ LARGE ☐ SMALL ☐ MICRO

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | **11/27/2017** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 18 | Minus ** 20 | = 0 | X $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus *** 3 | = 0 | X $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

SLIE
TONYA MCBRIDE

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAR-VASO-0014169

| **Search Notes** | **Application/Control No.** 15/606,442 | **Applicant(s)/Patent Under Reexamination** Kenney et al. |
|---|---|---|
| | **Examiner** CHRISTINA MARCHETTI BRADLEY | **Art Unit** 1675 |

| **CPC - Searched\*** | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| A61K38/11 with keyword search, see transcript | 09/11/2017 | CMB |
| C07K7/16 with keyword search, see transcript | 09/11/2017 | CMB |

| **CPC Combination Sets - Searched\*** | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| **US Classification - Searched\*** | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| **Search Notes** | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| East - see transcript | 09/11/2017 | CMB |
| Palm and East inventor name search | 09/11/2017, 1/11/2018 | CMB |
| Google - vasopressin, storage, handling, stability, formulation, acetate, pH | 09/11/2017 | CMB |

| **Interference Search** | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | A61K38/11 with keyword search, see transcript | 01/11/2018 | CMB |
| | C07K7/16 with keyword search, see transcript | 01/11/2018 | CMB |

| | |
|---|---|
| | |

PAR-VASO-0014170

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 0 | (("KENNEY") near3 ("Matthew")).INV. | EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:57 |
| L2 | 21 | (("KENNEY") near3 ("Matthew")).INV. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2018/01/11 08:57 |
| L3 | 0 | (("KANNAN") near3 ("Vinayagam")).INV. | EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:57 |
| L4 | 24 | (("KANNAN") near3 ("Vinayagam")).INV. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2018/01/11 08:57 |
| L5 | 2 | (("VANDSE") near3 ("Sunil")).INV. | EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:57 |
| L6 | 19 | (("VANDSE") near3 ("Sunil")).INV. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2018/01/11 08:57 |
| L7 | 10 | (("SANGHVI") near3 ("Suketu")).INV. | EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:57 |
| L8 | 38 | (("SANGHVI") near3 ("Suketu")).INV. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2018/01/11 08:57 |
| L9 | 59 | L1 or L2 or L3 or L4 or L5 or L6 or L7 or L8 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:57 |
| L10 | 687 | a61k38/11.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:58 |
| L11 | 362 | c07k7/16.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:58 |
| L12 | 1024 | L10 or L11 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:58 |
| L13 | 21878 | vasopressin | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:58 |
| L14 | 609 | L12 and L13 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:58 |
| L15 | 19 | l9 and l14 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:58 |
| L16 | 641041 | (reuse or second or multiple) with (punctur$3 or withdraw$3 or draw$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:58 |
| L17 | 18 | l14 and l16 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | ADJ | ON | 2018/01/11 08:59 |

**1/11/2018 9:09:12 AM**
**C:\Users\cbradley\Documents\EAST\Workspaces\15 606442.wsp**

PAR-VASO-0014172



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 21971 | 7590 | 01/17/2018 |

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 01/17/2018

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | Matthew Kenney | 47956-702.504 | 5729 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| REGULAR | UNDISCOUNTED | $960 | $0.00 | $0.00 | $960 | 04/17/2018 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

PAR-VASO-0014173

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u> **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or <u>Fax</u> (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971     7590     01/17/2018
**WILSON, SONSINI, GOODRICH & ROSATI**
**650 PAGE MILL ROAD**
**PALO ALTO, CALIFORNIA 94304-1050**

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| | (Depositor's name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | Matthew Kenney | 47956-702.504 | 5729 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| REGULAR | UNDISCOUNTED | $960 | $0.00 | $0.00 | $960 | 04/17/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BRADLEY, CHRISTINA | 1675 | 514-010900 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE        (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____ Date _____

Typed or printed name _____ Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PAR-VASO-0014174



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | Matthew Kenney | 47956-702.504 | 5729 |

21971          7590          01/17/2018

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 01/17/2018

PTOL-85 (Rev. 02/11)

PAR-VASO-0014175

# OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0014176

| | Application No. | Applicant(s) |
| :-- | :-- | :-- |
| ***Notice of Allowability*** | 15/606,442 | Kenney et al. |
| | Examiner | Art Unit | AIA Status |
| | CHRISTINA MARCHETTI BRADLEY | 1675 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>the amendment filed November 27, 2017</u> .
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>16-33</u> . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All    b) ☐ Some    *c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file areply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   - ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

| /CHRISTINA BRADLEY/ Primary Examiner, Art Unit 1675 | |
| :-- | :-- |
| | |

PAR-VASO-0014177

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.


### *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance:

The declaration under 37 CFR 1.130(a) filed November 27, 2017 is sufficient to overcome the

rejection of claims 16-33 based upon the FDA Label for Vasostrict®.

The rejection under 35 U.S.C. 112 is withdrawn in view of the amendment filed November 27,

2017.

The terminal disclaimers filed November 27, 2017 are sufficient to overcome all non-statutory

double patenting rejections relevant to this application.

The objection to the specification is withdrawn in view of the amendment filed November 27,

2017.


Any comments considered necessary by applicant must be submitted no later than the payment

of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such

submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to CHRISTINA MARCHETTI BRADLEY whose telephone number is (571)272-9044. The

examiner can normally be reached on Monday - Friday, 5:30 am - 2 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

PAR-VASO-0014178

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Alstrum-Acevedo can be reached on (571) 272-5548. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

**/CHRISTINA BRADLEY/**
**Primary Examiner, Art Unit 1675**

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | Application Number | 15606442 |
| | | Filing Date | 05-26-2017 |
| | | First Named Inventor | KENNEY; Matthew |
| | | Art Unit | 1675 |
| | | Examiner Name | BRADLEY, CHRISTINA |
| Sheet | 1 of 5 | Attorney Docket Number | 47956-702.504 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 001 | US-9744209 | 08-29-2017 | KENNEY; Matthew et al. | |
| | 002 | US-9744239 | 08-29-2017 | KENNEY; Matthew et al. | |
| | 003 | US-9750785 | 09-05-2017 | KENNEY; Matthew et al. | |
| | 004 | US-20140171369 | 06-19-2014 | MOBERG; Kerstin Uvnäs et al. | |
| | 005 | US-20140329747 | 11-06-2014 | TIDMARSH; George et al. | |
| | 006 | US-20170290881-A1 | 10-12-2017 | KENNEY; Matthew et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | None | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0014180

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | 15606442 |
| | Filing Date | 05-26-2017 |
| | First Named Inventor | KENNEY; Matthew |
| | Art Unit | 1675 |
| | Examiner Name | BRADLEY, CHRISTINA |
| Sheet | 2 | of | 5 | Attorney Docket Number | 47956-702.504 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 001 | Buffers (downloaded from www.med.unc.edu/pharm/sondeklab/files/resource-files/protein-purification-handbooks/buffers_calbiochem.pdf, published 2006). | ☐ |
| | 002 | Co-pending US patent application No. US15/688,305, filed on 08-28-2017. | ☐ |
| | 003 | Co-pending US patent application No. US15/688,314, filed on 08-28-2017. | ☐ |
| | 004 | Co-pending US patent application No. US15/688,322, filed on 08-28-2017. | ☐ |
| | 005 | Co-pending US patent application No. US15/688,326, filed on 08-28-2017. | ☐ |
| | 006 | Co-pending US patent application No. US15/688,330, filed on 08-28-2017. | ☐ |
| | 007 | Co-pending US patent application No. US15/688,334, filed on 08-28-2017. | ☐ |
| | 008 | Co-pending US patent application No. US15/688,336, filed on 08-28-2017. | ☐ |
| | 009 | Co-pending US patent application No. US15/688,338, filed on 08-28-2017. | ☐ |
| | 010 | Co-pending US patent application No. US15/688,341, filed on 08-28-2017. | ☐ |
| | 011 | "Entry on acetic acid, preparatorychemistry.com/Bishop_weak_acid_Equilibrium.htm, downloaded 10/16/2017  (Year 2017)". | ☐ |
| | 012 | Notice of Allowance dated 07/11/2017 for US Application No. 14/717,877. | ☐ |
| | 013 | Notice of Allowance dated 07/11/2017 for US Application No. 15/426,693. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

PAR-VASO-0014181

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 15606442 |
| Filing Date | 05-26-2017 |
| First Named Inventor | KENNEY; Matthew |
| Art Unit | 1675 |
| Examiner Name | BRADLEY, CHRISTINA |
| Attorney Docket Number | 47956-702.504 |

| Sheet | 3 | of | 5 |
|---|---|---|---|

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 014 | Notice of Allowance dated 07/20/2017 for US Application No. 15/426,703. | ☐ |
| | 015 | Office Action dated 09/19/2017 for US Application No. 15/612,649. | ☐ |
| | 016 | Office Action dated 10/17/2017 for US Application No. 15/688,330. | ☐ |
| | 017 | "Office Action dated 10/27/2017 for U.S. Patent Application No. 15/688,305". | ☐ |
| | 018 | Office Action dated 10/27/2017 for U.S. Patent Application No. 15/688,314. | ☐ |
| | 019 | Office Action dated 10/27/2017 for U.S. Patent Application No. 15/688,322. | ☐ |
| | 020 | Office Action dated 10/27/2017 for U.S. Patent Application No. 15/688,326. | ☐ |
| | 021 | Office Action dated 10/27/2017 for U.S. Patent Application No. 15/688,336. | ☐ |
| | 022 | Office Action dated 10/30/2017 for U.S. Patent Application No. 15/688,334. | ☐ |
| | 023 | "Office Action dated 11/01/2017 for U.S. Patent Application No. 15/688,338". | ☐ |

| Examiner Signature | /CHRISTINA   BRADLEY/ | Date Considered | 01/11/2018 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 15606442 |
| | Filing Date | 05-26-2017 |
| | First Named Inventor | KENNEY; Matthew |
| | Art Unit | 1675 |
| | Examiner Name | BRADLEY, CHRISTINA |
| Sheet | 4 | of | 5 | Attorney Docket Number | 47956-702.504 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Trisha Agrawal/ | Date (YYYY-MM-DD) | 2017-11-27 |
|---|---|---|---|
| Name/Print | Trisha Agrawal | Registration Number | 73,212 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B/

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/606,442 | Kenney et al. |
| | **Examiner** | **Art Unit** |
| | CHRISTINA MARCHETTI BRADLEY | 1675 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| A61K | / | 38 | / | 11 | F | 2013-01-01 |
| A61K | / | 31 | / | 045 | I | 2013-01-01 |
| A61K | / | 9 | / | 0019 | I | 2013-01-01 |
| A61K | / | 47 | / | 02 | I | 2013-01-01 |
| A61K | / | 47 | / | 26 | I | 2013-01-01 |
| A61K | / | 47 | / | 10 | I | 2013-01-01 |
| A61K | / | 47 | / | 12 | I | 2013-01-01 |
| A61K | / | 9 | / | 08 | I | 2013-01-01 |
| G01N | / | 30 | / | 74 | I | 2013-01-01 |
| G01N | / | 2030 | / | 8831 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | / | | / | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 18 | |
| /CHRISTINA BRADLEY/ Primary Examiner, Art Unit 1675 | 11 January 2018 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No.: 20180111

PAR-VASO-0014185

| **Issue Classification** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 15/606,442 | Kenney et al. |
| | **Examiner** | **Art Unit** |
| | CHRISTINA MARCHETTI BRADLEY | 1675 |

| INTERNATIONAL CLASSIFICATION | | | | | |
|---|---|---|---|---|---|
| CLAIMED | | | | | |
| A61K | / | 38 | / | 11 | |

| NON-CLAIMED | | | |
|---|---|---|---|
| | / | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| **CLASS** | **SUBCLASS** |
| | |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | |
| | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | **18** | |
| /CHRISTINA BRADLEY/ Primary Examiner, Art Unit 1675 | 11 January 2018 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No.: 20180111

PAR-VASO-0014186

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/606,442 | Kenney et al. |
| | **Examiner** | **Art Unit** |
| | CHRISTINA MARCHETTI BRADLEY | 1675 |

PAR-VASO-0014187

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☑ T.D. ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 18 | |
| /CHRISTINA BRADLEY/ Primary Examiner, Art Unit 1675 | 11 January 2018 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No.: 20180111



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# CORRECTED
# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 21971 | 7590 | 02/13/2018 |
|---|---|---|

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 02/13/2018

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | Matthew Kenney | 47956-702.504 | 5729 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| REGULAR | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 05/14/2018 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

PAR-VASO-0014188

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** __Mail__  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or** __Fax__ **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

| 21971 | 7590 | 02/13/2018 |

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | (Depositor's name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | Matthew Kenney | 47956-702.504 | 5729 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| REGULAR | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 05/14/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BRADLEY, CHRISTINA | 1675 | 514-010900 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).<br><br>☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.<br><br>☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.** | 2. For printing on the patent front page, list<br>(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,<br>(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 1 _____<br><br>2 _____<br><br>3 _____ |

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

| 4a. The following fee(s) are submitted: | 4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)** |
|---|---|
| ☐ Issue Fee | ☐ A check is enclosed. |
| ☐ Publication Fee (No small entity discount permitted) | ☐ Payment by credit card. Form PTO-2038 is attached. |
| ☐ Advance Order - # of Copies _____ | ☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____ Date _____

Typed or printed name _____ Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PAR-VASO-0014189



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | Matthew Kenney | 47956-702.504 | 5729 |

21971          7590          02/13/2018

WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050

| EXAMINER |
|---|
| BRADLEY, CHRISTINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1675 | |

DATE MAILED: 02/13/2018

PTOL-85 (Rev. 02/11)

PAR-VASO-0014190

# OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PAR-VASO-0014191

# Corrected Notice of Allowance - Correction of Issue Fee Amount

Due to a technical problem, the Notice of Allowance and Fee(s) Due mailed in this application displayed an incorrect fee amount (the pre-January 16, 2018 amount). A Corrected Notice of Allowance is attached which contains the correct fee due amount. The time period for payment of the Issue Fee set forth in the previous Notice of Allowance and Fee(s) Due is being restarted to run THREE MONTHS from the "DATE MAILED" of the attached Corrected Notice of Allowance. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.

Corrected Notices of Allowance are being mailed only to those applicants who have not replied to the previous Notice of Allowance. For those situations in which applicant's reply was not processed before the Corrected Notice of Allowance was mailed (e.g., the reply crossed in the mail with the Corrected Notice), applicant's reply will be processed as a response to the previous Notice of Allowance. However, since the Corrected Notice of Allowance sets forth a time period for reply, applicant will still need to file a response to the Corrected Notice of Allowance. Preferably, such a response would include a completed PTOL-85 Part B to assist the Office's processing of the information that will be printed on the patent. Applicant may also include an explanatory cover letter.

For questions regarding Issue Fee amount calculation, please contact the Application Assistance Unit at 888-786-0101 or HelpAAU@uspto.gov .

For assistance with PAIR or EFS-Web, please contact the Patent EBC at 1-866-217-9197 or ebc@uspto.gov .

PAR-VASO-0014192

| Electronic Petition Request | **TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE PATENTING REJECTION OVER A PENDING "REFERENCE" APPLICATION** |
|---|---|
| Application Number | 15606442 |
| Filing Date | 26-May-2017 |
| First Named Inventor | Matthew Kenney |
| Attorney Docket Number | 47956-702.504 |
| Title of Invention | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |

☒ Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action

☒ This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent Interest |
|---|---|
| Par Pharmaceutical, Inc. | 100% |

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application Number(s)

15864593    filed on  01/08/2018
15864597    filed on  01/08/2018

as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the reference application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on said reference application, "as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application," in the event that any such patent granted on the pending reference application: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

◉ Terminal disclaimer fee under 37 CFR 1.20(d) is included with Electronic Terminal Disclaimer request.

PAR-VASO-0014193

○ I certify, in accordance with 37 CFR 1.4(d)(4), that the terminal disclaimer fee under 37 CFR 1.20(d) required for this terminal disclaimer has already been paid in the above-identified application.

Applicant claims the following fee status:

○ Small Entity

○ Micro Entity

◉ Regular Undiscounted

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

THIS PORTION MUST BE COMPLETED BY THE SIGNATORY OR SIGNATORIES

I certify, in accordance with 37 CFR 1.4(d)(4) that I am:

◉ An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

    Registration Number   73212

○ A sole inventor

○ A joint inventor; I certify that I am authorized to sign this submission on behalf of all of the inventors as evidenced by the power of attorney in the application

○ A joint inventor; all of whom are signing this request

| Signature | /Trisha Agrawal/ |
|-----------|------------------|
| Name | Trisha Agrawal |

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

PAR-VASO-0014194

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15606442 |
| **Filing Date:** | 26-May-2017 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Trisha Agrawal |
| **Attorney Docket Number:** | 47956-702.504 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| STATUTORY OR TERMINAL DISCLAIMER | 1814 | 1 | 160 | 160 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

PAR-VASO-0014195

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **160** |

Application No.:  15606442

Filing Date:   26-May-2017

Applicant/Patent under Reexamination:    Kenney

Electronic Terminal Disclaimer filed on   February 21, 2018

☒   APPROVED

   **This patent is subject to a terminal disclaimer**

☐   DISAPPROVED

Approved/Disapproved by:  Electronic Terminal Disclaimer automatically approved by EFS-Web

U.S. Patent and Trademark Office

PAR-VASO-0014197

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 31848514 |
| **Application Number:** | 15606442 |
| **International Application Number:** | |
| **Confirmation Number:** | 5729 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.504 |
| **Receipt Date:** | 21-FEB-2018 |
| **Filing Date:** | 26-MAY-2017 |
| **Time Stamp:** | 15:23:05 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $160 |
| RAM confirmation Number | 022218INTEFSW00001953232415 |
| Deposit Account | 232415 |
| Authorized User | Trisha Agrawal |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.16 (National application filing, search, and examination fees) | |
| 37 CFR 1.17 (Patent application and reexamination processing fees) | |

PAR-VASO-0014198

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Terminal Disclaimer-Filed (Electronic) | eTerminal-Disclaimer.pdf | 36589<br><br>761947acb6535553c8981aadebda8bb1c9ffaa26 | no | 2 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30069<br><br>a754db7d924b44396f590037f97792f2ef6cf39 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 66658 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0014199

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u> **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or <u>Fax</u> (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971    7590    02/13/2018

**WILSON, SONSINI, GOODRICH & ROSATI**
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/606,442 | 05/26/2017 | Matthew Kenney | 47956-702.504 | 5729 |

TITLE OF INVENTION: VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| REGULAR | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 05/14/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BRADLEY, CHRISTINA | 1675 | 514-010900 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Wilson Sonsini Goodrich & Rosati
2  _____
3  _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

PAR PHARMACEUTICAL, INC.

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

CHESTNUT RIDGE, NEW YORK

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**

☒ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number 232415 (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____/Trisha Agrawal/_____    Date _____02-21-2018_____

Typed or printed name   Trisha Agrawal        Registration No. _____73,212_____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PAR-VASO-0014200

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15606442 |
| **Filing Date:** | 26-May-2017 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Filer:** | Trisha Agrawal/Roseann Gallo |
| **Attorney Docket Number:** | 47956-702.504 |

Filed as Large Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 1501 | 1 | 1000 | 1000 |

PAR-VASO-0014201

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| **Total in USD ($)** | | | | 1000 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 31850374 |
| **Application Number:** | 15606442 |
| **International Application Number:** | |
| **Confirmation Number:** | 5729 |
| **Title of Invention:** | VASOPRESSIN FORMULATIONS FOR USE IN TREATMENT OF HYPOTENSION |
| **First Named Inventor/Applicant Name:** | Matthew Kenney |
| **Customer Number:** | 21971 |
| **Filer:** | Trisha Agrawal |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 47956-702.504 |
| **Receipt Date:** | 21-FEB-2018 |
| **Filing Date:** | 26-MAY-2017 |
| **Time Stamp:** | 16:27:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $1000 |
| RAM confirmation Number | 022218INTEFSW00003412232415 |
| Deposit Account | 232415 |
| Authorized User | Trisha Agrawal |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: ||
| 37 CFR 1.16 (National application filing, search, and examination fees) ||
| 37 CFR 1.17 (Patent application and reexamination processing fees) ||

PAR-VASO-0014203

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | PAR_47956_702_504_IFTransmittal.pdf | 197078 <br> ae1a1876f33fc590cc0d1cadeb7058c11f479908 | no | 1 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 29846 <br> 5bc0cbf9d33fafaf33ba6aa49db9d76fd528f10b | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 226924 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PAR-VASO-0014204



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/606,442 | 04/10/2018 | 9937223 | 47956-702.504 | 5729 |

21971        7590        03/21/2018
WILSON, SONSINI, GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Matthew Kenney, New Haven, MI;
Par Pharmaceutical, Inc., Chestnut Ridge, NY;
Vinayagam Kannan, Rochester, MI;
Sunil Vandse, Basking Ridge, NJ;
Suketu Sanghvi, Kendall Park, NJ;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

PAR-VASO-0014205