# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>            Plaintiffs,<br><br>     v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.,<br><br>            Defendants. | C.A. No. 18-2032-CFC<br>(Consolidated)<br><br>▬▬▬▬▬▬▬▬▬▬▬▬▬<br><br>REDACTED - PUBLIC VERSION |

## STIPULATION AND [PROPOSED] ORDER
## TO FILE AMENDED ANSWER AND COUNTERCLAIMS

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br><br>Kelly E. Farnan (#4395)<br>920 N. King St.<br>Wilmington, DE 19801<br>Tel: 302-651-7705<br>Farnan@rlf.com<br><br>*Attorneys for Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC*<br><br>Dated: June 29, 2020<br><br>Redacted Version: July 9, 2020 | YOUNG CONAWAY STARGATT &<br> TAYLOR, LLP<br><br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendant Fresenius Kabi USA, LLC* |

RLF1 23638190v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | C.A. No. 18-2032-CFC (Consolidated)<br><br>▰▰▰▰▰▰▰▰▰▰<br><br>REDACTED - PUBLIC VERSION |

## STIPULATION AND [PROPOSED] ORDER
## TO FILE AMENDED ANSWER AND COUNTERCLAIMS

WHEREAS, the Scheduling Order in the above-captioned action, as amended (D.I. 47, 127), sets a deadline of June 29, 2020 for motions to join other parties and to amend or supplement the pleadings;

WHEREAS, Plaintiffs Par Pharmaceutical, Inc.; Par Sterile Products, LLC; and Endo Par Innovation Company, LLC's (collectively, "Plaintiffs") and Defendant Fresenius Kabi USA, LLC ("Fresenius") have met and conferred and agreed, subject to the Court's approval, to Fresenius's filing of an Amended Answer and Counterclaims;

WHEREAS, Fresenius's proposed Amended Answer and Counterclaims is attached hereto as Exhibit 1; and

WHEREAS, attached hereto as Exhibit 2 is a document indicating in what respect the Amended Answer and Counterclaims differs from Fresenius's original Answer and Counterclaims (C.A. No. 19-1985-CFC, D.I. 7), by bracketing or striking through materials to be deleted and underlining materials to be added.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that Fresenius may file its Amended Answer and Counterclaims, substantially in the form attached hereto as Exhibit 1, within three (3) days of the Court's entry of the below proposed order.

The parties FURTHER STIPULATE AND AGREE, subject to the approval of the Court, that Plaintiffs may have 24 days to respond to the Amended Answer and Counterclaims once it is placed on the docket.

| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> 920 N. King St. <br> Wilmington, DE 19801 <br> Tel: 302-651-7705 <br> Farnan@rlf.com <br><br> *Attorneys for Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC* <br><br> Dated: June 29, 2020 <br><br> Redacted Version: July 9, 2020 | */s/ Robert M. Vrana* <br> Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br><br> *Attorneys for Defendant Fresenius Kabi USA, LLC* |

SO ORDERED THIS ___ day of _____ 2020.

_____
The Honorable Colm F. Connolly

# CERTIFICATE OF SERVICE

I, Anne Shea Gaza, Esquire, hereby certify that on July 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on July 9, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>
>Brian M. Goldberg
>Sharon K. Gagliardi
>Joseph J. Gribbin
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>brian.goldberg@dechert.com
>sharon.gagliardi@dechert.com
>joe.gribbin@dechert.com
>
>Robert D. Rhoad
>DECHERT LLP
>100 Overlook Center, 2nd Floor
>Princeton, NJ 08540-7814
>robert.rhoad@dechert.com
>
>Blake B. Greene
>DECHERT LLP
>300 W. 6th Street, Suite 2010
>Austin, TX 78701
>blake.greene@dechert.com

*Attorneys for Plaintiffs*

Dated: July 9, 2020

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

 /s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*