IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.<br><br>Defendants. | C.A. No. 18-2032-CFC<br><br>(Consolidated)<br><br>REDACTED - PUBLIC VERSION |

## STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED ANSWER

WHEREAS, the deadline for motions seeking leave to amend the pleadings is June 29, 2020 (D.I. 129);

WHEREAS, Defendant Amphastar Pharmaceuticals, Inc. ("Amphastar") seeks to file a first amended answer to assert an affirmative defense and a counterclaim of inequitable conduct and/or unenforceability;

WHEREAS, Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC (collectively, "Plaintiffs") have consented to Amphastar's filing of its proposed First Amended Answer;

NOW, THEREFORE, Plaintiffs and Amphastar, hereby STIPULATE AND AGREE, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 15(a) and D. Del. L.R. 15.1, that Amphastar may file the First Amended Answer attached hereto as Exhibit 1. The exhibits to the proposed First Amended Answer are submitted separately in multimedia format. Pursuant to Local Rule 15.1(b), a form of the proposed First Amended Answer indicating in what respect it differs from the pleading which it amends is attached as Exhibit 2. The First Amended Answer shall be filed as a separate docket entry upon entry of this stipulation and shall be deemed served upon filing.

The parties FURTHER STIPULATE AND AGREE, subject to the approval of the Court, that Plaintiffs may have 24 days to respond to the First Amended Answer once it is placed on the docket.

Dated: June 29, 2020

| FARNAN LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Michael J. Farnan* | */s/ Megan C. Haney* |
| Brian E. Farnan (Bar No. 4089) | John C. Phillips, Jr. (#110) |
| Michael J. Farnan (Bar No. 5165) | Megan C. Haney (#5016) |
| 919 N. Market St., 12th Floor | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806-4204 |
| Telephone: (302) 777-0300 | Tel: (302) 655-4200 |
| Fax: (302) 777-0301 | jcp@pmhdelaw.com |
| bfarnan@farnanlaw.com | mch@pmhdelaw.com |
| mfarnan@farnanlaw.com | |
| | *Attorneys for Defendant Amphastar Pharmaceuticals, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2020.

_____
The Honorable Colm F. Connolly
United States District Court Judge