IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS, INC., et al. <br><br> Defendants. | C.A. No. 18-2032-CFC <br> (Consolidated) <br><br> Hon. Judge Colm F. Connolly <br><br> **REDACTED - PUBLIC VERSION** |

## NOTICE OF MULTIMEDIA FILING

PLEASE TAKE NOTICE THAT Defendant Amphastar Pharmaceuticals, Inc. hereby lodges with the Clerk's office a DVD containing the following:

- Exhibits 1-59 in Support of Amphastar Pharmaceuticals Inc.'s First Amended Answer to Complaint & Counterclaims (Contains Confidential Material).

*Of Counsel*

William R. Zimmerman *(Pro Hac Vice)*
Jonathan E. Bachand *(Pro Hac Vice)*
Catherine R. Gourash *(Pro Hac Vice)*
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
202-640-6412 - Direct
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimerman@knobbe.com
Jonathan.Bachand@knobbe.com
Cassie.gourash@knobbe.com

By : */s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant/Counterclaimant Amphastar Pharmaceuticals, Inc.*

William O. Adams (*Pro Hac Vice*)
Karen M. Cassidy (*Pro Hac Vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404
Fax: (949) 760-9502
William.Adams@knobbe.com
Karen.Cassidy@knobbe.com

Date: June 29, 2020

33048813