IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FRESENIUS KABI USA, LLC,<br><br>Defendant. | C.A. No. 19-1985-CFC<br><br>REDACTED - PUBLIC VERSION |
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | C.A. No. 18-2032-CFC (Consolidated) |

**EXHIBITS TO DEFENDANT FRESENIUS KABI USA, LLC'S
FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIMS TO PLAINTIFFS' COMPLAINT**

**VOLUME 3 of 3**

| | |
|---|---|
| OF COUNSEL:<br><br>Daryl L. Wiesen<br>John T. Bennett<br>Shaobo Zhu<br>GOODWIN PROCTER LLP | Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>Rodney Square<br>1000 North King Street |

26714612.1

100 Northern Avenue  
Boston, Massachusetts 02110  
dwiesen@goodwinlaw.com  
jbennett@goodwinlaw.com  
szhu@goodwinlaw.com  
(617) 570-1000

Wilmington, DE 19801  
(302) 571-6600  
agaza@ycst.com  
rvrana@ycst.com

*Attorneys for Defendant*  
*Fresenius Kabi USA, LLC*

Dated:  July 2, 2020

Redacted Version: July 9, 2020

26714612.1

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, Esquire, hereby certify that on July 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on July 9, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>
>Brian M. Goldberg
>Sharon K. Gagliardi
>Joseph J. Gribbin
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>brian.goldberg@dechert.com
>sharon.gagliardi@dechert.com
>joe.gribbin@dechert.com
>
>Robert D. Rhoad
>DECHERT LLP
>100 Overlook Center, 2nd Floor
>Princeton, NJ 08540-7814
>robert.rhoad@dechert.com
>
>Blake B. Greene
>DECHERT LLP
>300 W. 6th Street, Suite 2010
>Austin, TX 78701
>blake.greene@dechert.com

24438869.1

*Attorneys for Plaintiffs*

Dated: July 9, 2020

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

 */s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

24438869.1