# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS INC. et al.,<br><br>Defendants. | C.A. No. 18-2032-CFC<br><br>(Consolidated) |

**STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION**

WHEREAS, on July 1, 2019 the Court entered an order (D.I. 71) in *Par Pharmaceutical, Inc. et al v. Eagle Pharmaceuticals, Inc.*, Civil Acton No. 1:18-cv-00823-CFC ("the Eagle Litigation"), construing disputed claim terms as follows:

| Claim Term | Court's Construction |
|---|---|
| "vasopressin degradation products" ('239 patent) | Plain and ordinary meaning, no construction necessary. |
| "acetate buffer" ('223 patent) | A solution containing a mixture of acetic acid and acetate that is capable of resisting change in pH upon the addition of acidic or basic substances. |
| "10 mM acetate buffer" ('478 patent) | A solution containing a mixture of acetic acid and acetate, with a total concentration of 10mM, that is capable of resisting change in pH upon the addition of acidic or basic substances |
| "administering to the human a unit dosage form" ('478 patent and '209 patent) | Plain and ordinary meaning; no construction necessary. |
| "administering the diluted unit dosage form to the human by intravenous administration" ('239 patent) | Plain and ordinary meaning; no construction necessary. |
| "intravenously administering the pharmaceutical composition to the human" ('526 patent) | Plain and ordinary meaning; no construction necessary. |
| "intravenously administering the portion of the pharmaceutical composition to the human" ('223 patent) | Plain and ordinary meaning; no construction necessary. |
| "intravenously administering the second portion of the pharmaceutical composition to the human" ('223 patent) | Plain and ordinary meaning; no construction necessary. |

WHEREAS, Defendants contend the claim terms construed in the Eagle Litigation should have the same meaning or substantially the same meaning as the constructions argued by Eagle in the Eagle Litigation;

WHEREAS, the parties agree they do not want to burden the Court with briefing on claim construction issues the Court has considered and decided in the Eagle Litigation;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court as follows:

1. The parties agree that the Court's claim constructions from the Eagle Litigation above shall apply in this litigation as well, but this agreement shall not be construed as a waiver of any party's appellate rights;

2. The parties agree that any Defendant may appeal the Court's claim constructions from the Eagle Litigation based on the briefing and record established in the ruling in the Eagle Litigation, regardless of whether any other Defendant has appealed those constructions;

3. The parties agree that the following claim construction documents, including briefing from the Eagle Litigation and exhibits thereto, shall be deemed to be part of the record of the above captioned litigation:

    - D.I. 50, attached as Exhibit A;
    - D.I. 63, attached as Exhibit B;

- D.I. 64, attached as Exhibit C;

- Transcript of the July 1, 2019 Claim Construction hearing attached as Exhibit D; and

- D.I. 71, attached as Exhibit E.

4. For purposes of any appeal in these litigations, no party will be deemed to have waived any claim construction argument that was fairly presented in the Eagle Litigation; and

5. With the exception of the Court's July 1, 2019 claim construction order, the parties do not agree that any orders entered in the Eagle Litigation shall apply in this litigation.

| | FARNAN LLP |
|---|---|
| *Of Counsel:* | |
| Robert D. Rhoad (*Pro Hac Vice*) | By : _/s/ Michael J. Farnan_____ |
| DECHERT LLP | Brian E. Farnan (Bar No. 4089) |
| 100 Overlook Center | Michael J. Farnan (Bar No. 5165) |
| 2nd Floor | 919 North Market St. |
| Princeton, NJ 08540-7814 | 12th Floor |
| | Wilmington, DE 19801 |
| Martin J. Black (*Pro Hac Vice*) | Tel: 302-777-0300 |
| Sharon K. Gagliardi (*Pro Hac Vice*) | Fax: 302-777-0301 |
| Brian M. Goldberg (*Pro Hac Vice*) | bfarnan@farnanlaw.com |
| Joseph J. Gibbin (*Pro Hac Vice*) | mfarnan@farnanlaw.com |
| DECHERT LLP | |
| Cira Centre | |

-4-

| | |
|---|---|
| 2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: (215) 994-4000<br>martin.black@dechert.com<br>sharon.gagliardi@dechert.com<br>brian.goldberg@dechert.com<br>joe.gribbin@dechert.com<br><br>Jonathan D.J. Loeb, Ph.D. (*Pro Hac Vice*)<br>DECHERT LLP<br>2400 W. El Camoino Real, Suite 700<br>Mountain View, CA 94040-1499<br>Jonathan.loeb@dechert.com<br><br>Blake B. Greene (*Pro Hac Vice*)<br>DECHERT LLP<br>300 W. 6th Street, Suite 2010<br>Austin, TX 78701<br>Tel: (512) 394-3000<br>blake.greene@dechert.com | RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>920 N. King St.<br>Wilmington, DE 19801<br>Tel: 302-651-7705<br>Farnan@rlf.com<br><br><br>*Attorneys for Plaintiffs/ Counterdefendants*<br>*Par Pharmaceutical, Inc. Par Sterile Products, LLC, and Endo Par Innovation Company, LLC* |

| | |
|---|---|
| *Of Counsel*<br>  William R. Zimmerman (*Pro Hac Vice*)<br>  Jonathan E. Bachand (*Pro Hac Vice*)<br>  Catherine R. Gourash (*Pro Hac Vice*)<br>  **KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>  1717 Pennsylvania Ave. N.W., Ste. 900<br>  Washington D.C. 20006<br>  202-640-6412 - Direct<br>  Tel: (202) 640-6400<br>  Fax: (202) 640-6401<br>  Bill.Zimerman@knobbe.com<br>  Jonathan.Bachand@knobbe.com<br>  Cassie.Gourash@knobbe.com<br><br>  William O. Adams (*Pro Hac Vice*)<br>  Karen M. Cassidy (*Pro Hac Vice*)<br>  **KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>  2040 Main Street, 14th Floor<br>  Irvine, CA 92614<br>  Tel: (949) 760-0404<br>  Fax: (949) 760-9502<br>  William.Adams@knobbe.com<br>  Karen.Cassidy@knobbe.com | PHILLIPS MCLAUGHLIN & HALL, P.A.<br><br>By : _/s/ Megan C. Haney_____<br>   John C. Phillips, Jr. (#110)<br>   Megan C. Haney (#5016)<br>   1200 North Broom Street<br>   Wilmington, DE 19806-4204<br>   Telephone: (302) 655-4200<br>   Facsimile: (302) 655-4210<br>   jcp@pmhdelaw.com<br>   mch@pmhdelaw.com<br><br>*Attorneys for Defendant/Counterclaimant Amphastar Pharmaceuticals, Inc.* |

| | |
|---|---|
| *Of Counsel:*<br>  Huiya Wu<br>  Linnea Cipriano<br>  Tiffany Mahmood<br>  Jacqueline Genovese Bova<br>  GOODWIN PROCTER LLP<br>  The New York Times Building<br>  620 Eighth Avenue<br>  New York, NY 1018<br>  Tel: (212) 813-8800<br>  hwu@goodwinlaw.com<br>  lcipriano@goodwinlaw.com<br>  tmahmood@goodwinlaw.com<br>  jbova@goodwinlaw.com | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>By: *Robert M. Vrana*_____<br>  Anne Shea Gaza (#4093)<br>  Robert M. Vrana (#5666)<br>  Rodney Square<br>  1000 North King Street<br>  Wilmington, DE 19801<br>  (302) 571-6600<br>  agaza@ycst.com<br>  rvrana@ycst.com<br><br>*Counsel for Defendants Amneal EU, Limited et al.* |
| *Of Counsel:*<br>  Daryl L. Wiesen<br>  John T. Bennett<br>  Shaobo Zhu<br>  GOODWIN PROCTER LLP<br>  100 Northern Avenue<br>  Boston, Massachusetts 02110<br>  (617) 570-1000<br>  dwiesen@goodwinlaw.com<br>  jbennett@goodwinlaw.com<br>  szhu@goodwinlaw.com | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>By: /s/ *Robert M. Vrana*_____<br>  Anne Shea Gaza (No. 4093)<br>  Robert M. Vrana (No. 5666)<br>  Rodney Square<br>  1000 North King Street<br>  Wilmington, DE 19801<br>  (302) 571-6600<br>  agaza@ycst.com<br>  rvrana@ycst.com<br><br>*Attorneys for Defendant Fresenius Kabi USA, LLC* |

DATED:  July 22, 2020.

SO ORDERED this ___ day of July, 2020.

_____
The Honorable Colm F. Connolly
United States District Judge