# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS INC. et al., <br><br> Defendants. | C.A. No. 18-2032-CFC <br><br> (Consolidated) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, fact discovery is set to close on August 3, 2020;

WHEREAS, Defendant Fresenius Kabi USA, LLC ("Fresenius") has offered a witness for a 30(b)(6) deposition on August 11, 2020;

WHEREAS, Plaintiffs have noticed Fresenius's 30(b)(6) witness in her personal capacity as well for August 11, 2020;

WHEREAS, Plaintiffs have agreed to take the depositions on August 11, 2020, provided they receive an additional 1-week extension to serve an opening expert report as to Fresenius;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the fact discovery deadline with

respect to Fresenius only is extended through and including August 11, 2020 solely for the purpose of Plaintiffs taking the previously-noticed depositions;

IT IS FURTHER STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for Plaintiffs to serve its opening expert report with respect to Fresenius is extended through and including September 11, 2020.

| | |
|---|---|
| *Of Counsel:* | */s/ Kelly E. Farnan* |
| Robert D. Rhoad | Kelly E. Farnan (#4395) |
| DECHERT LLP | Valerie A. Caras (#6608) |
| 102 Carnegie Center - Suite 104 | Richards, Layton & Finger, P.A. |
| Princeton, NJ 08540-7814 | One Rodney Square |
| 609-955-3200 | 920 North King Street |
| | Wilmington, DE 19801 |
| Martin J. Black | 302-651-7700 |
| Sharon K. Gagliardi | farnan@rlf.com |
| Brian M. Goldberg | caras@rlf.com |
| Joseph J. Gibbin | |
| DECHERT LLP | *Attorneys for Plaintiffs/Counterdefendants* |
| Cira Centre | *Par Pharmaceutical, Inc. Par Sterile* |
| 2929 Arch Street | *Products, LLC, and Endo Par Innovation* |
| Philadelphia, PA 19104 | *Company, LLC* |
| (215) 994-4000 | |
| | |
| Jonathan D.J. Loeb, Ph.D. | |
| DECHERT LLP | |
| 2400 W. El Camoino Real, Suite 700 | |
| Mountain View, CA 94040-1499 | |
| 650-813-4995 | |
| | |
| Blake B. Greene | |
| DECHERT LLP | |
| 300 W. 6th Street, Suite 2010 | |
| Austin, TX 78701 | |
| 512-394-3000 | |

|  |  |
|---|---|
| Of Counsel:<br>Daryl L. Wiesen<br>John T. Bennett<br>Shaobo Zhu<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, Massachusetts 02110<br>(617) 570-1000<br><br>Dated: August 3, 2020 | */s/ Robert M. Vrana*<br>Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendant Fresenius Kabi USA, LLC* |

SO ORDERED this ___ day of August, 2020.

_____
United States District Judge