PHILLIPS, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

August 3, 2020

**VIA CM/ECF**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street - Unit 28
Room 2325
Wilmington, DE 19801-3555

    Re:   *Par Pharmaceutical, Inc., et al. v. Amphastar Pharmaceuticals, Inc., et al.*;
            C.A. No. 18-2032 (CFC) (CJB)

Dear Judge Burke:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates: July 30, 2020.

    Delaware Counsel: John C. Phillips, Jr. (Amphastar); Michael J. Farnan (Plaintiffs); Kelly E. Farnan (Plaintiffs); Anne Shea Gaza (Amneal and Fresenius Kabi)

    Lead Counsel: Jonathan Bachand (Amphastar); Sharon K. Gagliardi (Plaintiffs); Huiya Wu (Amneal and Fresenius Kabi)

The disputes requiring judicial attention are listed below:

- Whether defendants' joint interrogatories, including any subparts, exceed the number permitted by the Scheduling Order; and
- Whether two of defendants' interrogatories seek privileged information or underlying non-privileged facts.

                                        Respectfully submitted,

                                        */s/ John C. Phillips, Jr.*

                                        John C. Phillips, Jr. (No. 110)

cc: All Counsel of Record (via CM/ECF and email)
      Clerk of Court