IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 18-2032-CFC-CJB |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendants Amphastar Pharmaceuticals, Inc. ("Amphastar"), Amneal Pharmaceuticals of New York, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., Amneal EU, Limited and Fresenius Kabi USA, LLC respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

As a result of a previous communication with Chambers, the parties will provide their submissions and present their respective positions consistent with the Court's Oral Order of August 4, 2020 (D.I. 199) during a teleconference on August 17, 2020 at 1 p.m. with counsel for Amphastar to initiate the call.

Dated: August 5, 2020

| FARNAN LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Michael J. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com | */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> One Rodney Square, Suite 600 <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7705 <br> farnan@rlf.com |

| | |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| */s/ Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | */s/ Robert M. Vrana*<br>Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6727<br>agaza@ycst.com<br>rvrana@ycst.com |
| *Attorneys for Defendant Amphastar Pharmaceuticals, Inc.* | *Attorneys for Amneal Pharmaceuticals of New York, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., Amneal EU, Limited and Fresenius Kabi USA, LLC* |