# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS INC., et al.,<br><br>Defendant. | C.A. No. 18-2032-CFC-CJB (CONSOLIDATED) |

**CONSENT ORDER DIRECTING ENTRY OF FINAL JUDGMENT REGARDING DEFENDANT'S COUNTERCLAIM OF NON-INFRINGEMENT OF U.S. PATENT NO. 9,774,239**

Defendant Fresenius Kabi USA, LLC ("Fresenius") and Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC ("Plaintiffs") through their respective undersigned attorneys, hereby stipulate and consent to the following:

WHEREAS in its Amended Counterclaims, Fresenius asserts Counterclaims X and XI seeking judgment declaring that Fresenius's manufacture, use, sale, offer for sale, or importation of the Vasopressin Injection, USP, 200 units/10mL multi-dose vials, that is the subject of Fresenius's Abbreviated New Drug Application ("ANDA") No. 213205 (including any amendments or supplements thereto produced by Fresenius to Plaintiffs date in this action, the "Fresenius Multi-Dose

ANDA") and Vasopressin Injection, USP, 20 units/1mL single-dose vials, that is the subject of Fresenius's ANDA No. 213206 (including any amendments or supplements thereto produced by Fresenius to Plaintiffs to date in this action, the "Fresenius Single-Dose ANDA") (together with the Fresenius Multi-Dose ANDA, the "Fresenius ANDA Products"), respectively, would not infringe any valid and enforceable claim of U.S. Patent No. 9,774,239 ("the '239 patent");

WHEREAS Fresenius asserts Counterclaim XII seeking a judgment declaring the claims of the '239 patent invalid;

WHEREAS Fresenius asserts Counterclaim XXII seeking a judgment declaring the claims of the '239 patent unenforceable;

WHEREAS Plaintiffs have granted Fresenius a covenant not to sue with respect to the '239 patent, and in view thereof, the Parties have agreed to the entry of this Consent Order;

IT IS HEREBY ORDERED, ADJUDGED, FOUND, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. With respect to Fresenius's Counterclaim X, the Parties stipulate, and final judgment is hereby entered, that the claims of the '239 patent have not been, are not, and would not be infringed by (a) Fresenius's submission of the Fresenius

Multi-Dose ANDA to the FDA, or (b) the manufacture, use, importation, offer for sale, or sale of the Fresenius Multi-Dose ANDA Product.

3. With respect to Fresenius's Counterclaim XI, the Parties stipulate, and final judgment is hereby entered, that the claims of the '239 patent have not been, are not, and would not be infringed by (a) Fresenius's submission of the Fresenius Single-Dose ANDA to the FDA, or (b) the manufacture, use, importation, offer for sale, or sale of the Fresenius Single-Dose ANDA Product.

4. Fresenius's Counterclaim XII seeking declaratory judgment of invalidity of the '239 patent, is hereby dismissed without prejudice.

5. Fresenius's Counterclaim XXII seeking declaratory judgment of unenforceability of the '239 patent, is hereby dismissed without prejudice.

6. Accordingly, judgment is hereby entered in favor of Fresenius and against Plaintiffs with respect to Fresenius's Counterclaims X and XI.  There being no just reason for delay, the Clerk of Court is hereby authorized and directed to enter final judgment pursuant to Fed. R. Civ. P. 54(b) in favor of Fresenius and against Plaintiffs thereon.

7. This Consent Order is not intended to and shall not have any effect on any other Counterclaim set forth in Fresenius's Amended Answer, Affirmative Defenses and Counterclaims (D.I. 149 in C.A. No. 18-2032-CFC (Consolidated)) or any claims asserted by Plaintiffs in their Complaint (D.I. 1 in C.A. No. 19-1985-

CFC). This Consent Order is not intended and shall not be deemed to be an admission as to any disputed fact between the parties relating to any of the remaining claims, counterclaims or defenses in this action, or to bar a party from seeking to prove any predicate facts in support thereof.

8. Nothing in this Consent Order prohibits or is intended to prohibit Fresenius from submitting or maintaining a Paragraph IV Certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) with respect to the '239 patent.

9. This Court retains jurisdiction to enforce or supervise performance under this Consent Order.

10. Each party shall bear its own costs and attorneys' fees with respect to the '239 patent.

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Anne Shea Gaza* |
| Kelly E. Farnan (#4395) | Anne Shea Gaza (#4093) |
| Richards, Layton & Finger, P.A. | Robert M. Vrana (#5666) |
| One Rodney Square | Young Conaway Stargatt & Taylor, LLP |
| 920 North King Street | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| 302-651-770 | Wilmington, DE 19801 |
| Farnan@rlf.com | (302) 571-6600 |
| | agaza@ycst.com |
| *Attorneys for Plaintiffs/ Counterdefendants Par Pharmaceutical, Inc. Par Sterile Products, LLC, and Endo Par Innovation Company, LLC* | rvrana@ycst.com |
| | *Attorneys for Defendant Fresenius Kabi USA, LLC* |

4

Of Counsel:  
Robert D. Rhoad  
DECHERT LLP  
102 Carnegie Center - Suite 104  
Princeton, NJ 08540-7814  

Martin J. Black  
Sharon K. Gagliardi  
Brian M. Goldberg  
Joseph J. Gibbin  
DECHERT LLP  
Cira Centre  
2929 Arch Street  
Philadelphia, PA 191043  

Jonathan D.J. Loeb, Ph.D.  
DECHERT LLP  
2400 W. El Camoino Real,  
Suite 700  
Mountain View, CA 94040-1499  

Blake B. Greene  
DECHERT LLP  
300 W. 6th Street, Suite 2010  
Austin, TX 78701  

Of Counsel:  
Daryl L. Wiesen  
John T. Bennett  
Shaobo Zhu  
GOODWIN PROCTER LLP  
100 Northern Avenue  
Boston, Massachusetts 02110  

Dated: August 5, 2020

SO ORDERED, this ___ day of _____, 2020

_____  
United States District Judge