# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS INC., et al.,<br><br>Defendant. | C.A. No. 18-2032-CFC-CJB (CONSOLIDATED) |

## CONSENT ORDER DIRECTING ENTRY OF FINAL JUDGMENT REGARDING DEFENDANT'S COUNTERCLAIM OF NON-INFRINGEMENT OF U.S. PATENT NO. 9,774,239

Defendant Fresenius Kabi USA, LLC ("Fresenius") and Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC ("Plaintiffs") through their respective undersigned attorneys, hereby stipulate and consent to the following:

WHEREAS in its Amended Counterclaims, Fresenius asserts Counterclaims X and XI seeking judgment declaring that Fresenius's manufacture, use, sale, offer for sale, or importation of the Vasopressin Injection, USP, 200 units/10mL multi-dose vials, that is the subject of Fresenius's Abbreviated New Drug Application ("ANDA") No. 213205 (including any amendments or supplements thereto produced by Fresenius to Plaintiffs date in this action, the "Fresenius Multi-Dose

ANDA") and Vasopressin Injection, USP, 20 units/1mL single-dose vials, that is the subject of Fresenius's ANDA No. 213206 (including any amendments or supplements thereto produced by Fresenius to Plaintiffs to date in this action, the "Fresenius Single-Dose ANDA") (together with the Fresenius Multi-Dose ANDA, the "Fresenius ANDA Products"), respectively, would not infringe any valid and enforceable claim of U.S. Patent No. 9,774,239 ("the '239 patent");

WHEREAS Fresenius asserts Counterclaim XII seeking a judgment declaring the claims of the '239 patent invalid;

WHEREAS Fresenius asserts Counterclaim XXII seeking a judgment declaring the claims of the '239 patent unenforceable;

WHEREAS Plaintiffs have granted Fresenius a covenant not to sue with respect to the '239 patent, and in view thereof, the Parties have agreed to the entry of this Consent Order;

IT IS HEREBY ORDERED, ADJUDGED, FOUND, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. With respect to Fresenius's Counterclaim X, the Parties stipulate, and final judgment is hereby entered, that the claims of the '239 patent have not been, are not, and would not be infringed by (a) Fresenius's submission of the Fresenius

Multi-Dose ANDA to the FDA, or (b) the manufacture, use, importation, offer for sale, or sale of the Fresenius Multi-Dose ANDA Product.

3.   With respect to Fresenius's Counterclaim XI, the Parties stipulate, and final judgment is hereby entered, that the claims of the '239 patent have not been, are not, and would not be infringed by (a) Fresenius's submission of the Fresenius Single-Dose ANDA to the FDA, or (b) the manufacture, use, importation, offer for sale, or sale of the Fresenius Single-Dose ANDA Product.

4.   Fresenius's Counterclaim XII seeking declaratory judgment of invalidity of the '239 patent, is hereby dismissed without prejudice.

5.   Fresenius's Counterclaim XXII seeking declaratory judgment of unenforceability of the '239 patent, is hereby dismissed without prejudice.

6.   Accordingly, judgment is hereby entered in favor of Fresenius and against Plaintiffs with respect to Fresenius's Counterclaims X and XI. There being no just reason for delay, the Clerk of Court is hereby authorized and directed to enter final judgment pursuant to Fed. R. Civ. P. 54(b) in favor of Fresenius and against Plaintiffs thereon.

7.   This Consent Order is not intended to and shall not have any effect on any other Counterclaim set forth in Fresenius's Amended Answer, Affirmative Defenses and Counterclaims (D.I. 149 in C.A. No. 18-2032-CFC (Consolidated)) or any claims asserted by Plaintiffs in their Complaint (D.I. 1 in C.A. No. 19-1985-

CFC). This Consent Order is not intended and shall not be deemed to be an admission as to any disputed fact between the parties relating to any of the remaining claims, counterclaims or defenses in this action, or to bar a party from seeking to prove any predicate facts in support thereof.

8. Nothing in this Consent Order prohibits or is intended to prohibit Fresenius from submitting or maintaining a Paragraph IV Certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) with respect to the '239 patent.

9. This Court retains jurisdiction to enforce or supervise performance under this Consent Order.

10. Each party shall bear its own costs and attorneys' fees with respect to the '239 patent.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-770
Farnan@rlf.com

*Attorneys for Plaintiffs/ Counterdefendants Par Pharmaceutical, Inc. Par Sterile Products, LLC, and Endo Par Innovation Company, LLC*

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Fresenius Kabi USA, LLC*

| | |
|---|---|
| Of Counsel:<br>Robert D. Rhoad<br>DECHERT LLP<br>102 Carnegie Center - Suite 104<br>Princeton, NJ 08540-7814 | Of Counsel:<br>Daryl L. Wiesen<br>John T. Bennett<br>Shaobo Zhu<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, Massachusetts 02110 |

Martin J. Black
Sharon K. Gagliardi
Brian M. Goldberg
Joseph J. Gibbin
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 191043

Jonathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camoino Real,
Suite 700
Mountain View, CA 94040-1499

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701

Dated: August 5, 2020

SO ORDERED, this 6th day of August, 2020

_____
United States District Judge