# EXHIBIT D

| BIOPHARMACEUTICS REVIEW  Office of New Drug Quality Assessment |||| 
|---|---|---|---|
| **Application No.:** | NDA 204485 | **Reviewer:** Elsbeth Chikhale, PhD ||
| **Submission Date:** | September 26, 2012 |||
| **Division:** | Division of Cardiovascular and Renal Products | **Team Leader:** Angelica Dorantes, PhD ||
| **Applicant:** | JHP Pharmaceuticals LLC | **Acting Supervisor:** Richard Lostritto, PhD ||
| **Trade Name:** | TBD | **Date Assigned:** | October 2, 2012 |
| **Established Name:** | Vasopressin Injection, USP | **Date of Review:** | March 15, 2013 |
| **Indication:** | For the treatment of vasodilatory shock | **Type of Submission:** Original New Drug Application – 505(b)(2) ||
| **Dosage form/ strengths** | Solution for Injection/ 20 Units/mL |||
| **Route of Administration** | IV Injection |||

**SUBMISSION:**

*Background:* The proposed drug product is a sterile solution for injection containing synthetic vasopressin (20 U/mL) intended to be administered as an infusion via the intravenous (IV) route of administration. Arginine vasopressin (AVP), also called vasopressin, is a stress hormone with vasoactive and antidiuretic properties. The proposed drug product is a currently marketed unapproved drug product. This application is an electronic NDA, filed as a 505(b)(2) application in which the Applicant relies solely on published literature to support the safety and efficacy of the proposed drug product.

*Review:* This Biopharmaceutics review is being focused on the evaluation of the differences between the proposed drug product formulation and the formulations of the drug products used in the published literature.

**BIOPHARMACEUTICS INFORMATION:**

The Applicant is requesting a waiver of the requirement to provide evidence of in-vivo bioavailability based on 21CFR §320.22(d)(2). However, a Biowaiver does not apply to this NDA, because the Applicant has provided evidence of in-vivo bioavailability using published literature. The pharmacokinetic (PK) information in the published literature will be reviewed by the Office of Clinical Pharmacology (OCP) reviewer.

1

**COMPARISON OF THE FORMULATIONS OF THE PROPOSED DRUG PRODUCT AND THE DRUG PRODUCTS USED IN THE PUBLISHED LITERATURE:**

The 4 main publications supporting the efficacy, safety and PK information are:
- Argenziano M., 1997: A prospective randomized trial of Arginine vasopressin in the treatment of vasodilatory shock after left ventricular assist device placement.
- Malay B., 1999: Low-dose vasopressin in the treatment of vasodilatory septic shock.
- Patel BM., 2002: Beneficial effects of short-term vasopressin infusion during severe septic shock.
- Russell JA., 2008: Vasopressin versus norepinephrine infusion in patients with septic shock.

Numerous other publications were provided to support this NDA.
The Argenziano and the Malay publications used Pitressin Injection, USP from Parke-Davis. The currently marketed unapproved drug product formulation (manufactured by JHP) is the same as the Parke-Davis formulation and can be compared to the proposed formulation as follows:

| Ingredient | Function | Proposed formulation (amount/mL) | Currently marketed (unapproved) JHP Pitrissin formulation - Parke-Davis formulation (amount/mL) |
|---|---|---|---|
| Vasopressin, USP | Active Ingredient | 20 Units | (b) (4) |
| Chlorobutanol, NF | Preservative | | (b) (4) |
| Acetic acid, NF | pH adjustment | QS to pH 3.4-3.6 | QS to pH 3.6 |
| Water for Injection, USP | Diluent | | (b) (4) |

The currently marketed formulation contains a (b) (4) overage (b) (4). The currently marketed formulation conforms to the USP monograph for Vasopressin Injection that requires the drug product potency to be between 90.0% and 110.0% of label claim. The overage was added to (b) (4) however, the Applicant was advised by FDA during a pre-NDA meeting held on October 17, 2011 to manufacture "no–overage" registration batches to support the filing of a NDA.

2

Reference ID: 3277472

Typical drug product degradation observed in the currently marketed formulation upon storage at 25 °C, 60% RH:



The currently marketed drug product has an expiry date of 24 months, during which it conforms to the USP monograph requirements of 18.0 – 22.0 U/mL for vasopressin potency. The articles in the published literature do not specify how long the drug product has been stored before it was used in the clinical trials, however, based on the above figure, it is expected that the vasopressin concentration was between 18.5 and 21.5 U/mL, and on average the vasopressin concentration was around 20±1.5 U/mL. Vasopressin Injection, USP formulations from other sources used in other publications are not known, however, these formulations should have a vasopressin concentration between 18.0 and 22.0 U/mL.

In conclusion, the proposed vasopressin concentration of 20 U/mL is comparable to the vasopressin concentration of the drug products used in the published literature. The differences in the amount of preservative in the drug products are not expected to affect the bioavailability of vasopressin via the IV route of administration. The pH of the formulation is critical because at pHs below 3.4 and above 3.6, degradation of vasopressin accelerates, with the degradation rate increasing as the pH deviates further from the pH 3.4-3.6 range. In addition, the vasopressin drug product is diluted in a diluent and administered as an infusion. Several published articles indicate that 5% dextrose or saline (0.9% NaCl) were used as a diluents.

Per the proposed label, the use of 5% dextrose is not allowed for the proposed drug product due to degradation of vasopressin in the presence of dextrose. Therefore the concentration of vasopressin in the infusion solution, used during clinical studies in the published articles using 5% dextrose as the diluent, was likely much lower than the calculated value based on the label claim. The concern about the administered dose is partly compensated by the fact that the vasopressin dose is titrated to maintain the mean arterial pressure (MAP) at 60-75 mm Hg, so that any vasopressin degradation will be compensated by a higher modified dose.

3

> **RECOMMENDATION:**
>
> The Applicant's request for a waiver of the requirement to provide evidence of in-vivo bioavailability based on 21CFR §320.22(d)(2) does not apply to this NDA. The provided pharmacokinetic information from the published literature is being used to satisfy the CFR requirement to characterize the pharmacokinetics (bioavailability) of the proposed product.
>
> Comparison of the proposed drug product formulation to those formulations used in the published literature, indicate that the formulation and concentration of vasopressin for each one of the products used in these references is not significantly different from that of the proposed product. The expiry date for the proposed drug product should be set, so that the vasopressin concentration will not drop below 18 U/mL, in order to be comparable to the drug products used in the published literature, and also in order to conform to the USP monograph for Vasopressin Injection.
>
> From the Biopharmaceutics perspective, NDA 204485 for Vasopressin Injection, USP (20 U/mL) is recommended for **APPROVAL**.
>
>
> **Signature**  
> Elsbeth Chikhale, Ph.D.  
> Biopharmaceutics Reviewer  
> Office of New Drug Quality Assessment
>
> **Signature**  
> Angelica Dorantes, Ph.D.  
> Biopharmaceutics Team Leader  
> Office of New Drug Quality Assessment
>
> *cc NDA 204485/DARRTS/ RLostritto*

4

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

ELSBETH G CHIKHALE
03/15/2013

ANGELICA DORANTES
03/15/2013

Reference ID: 3277472