# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al,<br><br>Defendants. | C.A. No. 18-2032-CFC (CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 14, 2020, true and correct copies of Plaintiffs' First Supplemental Responses to Defendants' Joint Interrogatory Nos. 14, 17, and 18 were caused to be served on the following counsel by e-mail:

| | |
|---|---|
| Anne Shea Gaza | Daryl L. Wiesen |
| Robert M. Vrana | John T. Bennett |
| Young Conaway Stargatt & Taylor LLP | Shaobo Zhu |
| | Goodwin Procter LLP |
| Rodney Square | 100 Northern Avenue |
| 1000 North King Street | Boston, MA 02110 |
| Wilmington, DE 19801 | |

RLF1 23817635v.1

| | |
|---|---|
| OF COUNSEL:<br><br>Martin J. Black<br>Sharon K. Gagliardi<br>Brian M. Goldberg<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000<br>martin.black@dechert.com<br>sharon.gagliardi@dechert.com<br>brian.goldberg@dechert.com<br><br>Robert D. Rhoad<br>DECHERT LLP<br>502 Carnegie Center, Suite 104<br>Princeton, NJ 08540-7814<br>(609) 955-3200<br>robert.rhoad@dechert.com<br><br>Johnathan D.J. Loeb, Ph.D<br>DECHERT LLP<br>2400 W. El Camino Real, Suite 700<br>Mountain View, CA 94040-1499<br>(650) 813-4995<br>jonathan.loeb@dechert.com<br><br>Blake B. Greene<br>DECHERT LLP<br>300 W. 6th Street, Suite 2010<br>Austin, TX 78701<br>(512) 394-3000<br>blake.greene@dechert.com<br><br>Dated: August 14, 2020 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Valerie A. Caras (#6608)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>caras@rlf.com<br><br>*Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC* |

2