# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC<br><br>        Plaintiff,<br><br>  v.<br><br>AMPHASTAR PHARMACEUTICALS, INC.<br><br>        Defendants. | C.A. No. 18-cv-2032-CFC |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Par Pharmaceutical Inc., Par Sterile Products, LLC, and Endo Par Innovation Co., LLC (collectively, "Par") and Defendant Amphastar Pharmaceuticals, Inc. ("Amphastar") hereby stipulate and agree that Par's action against Amphastar and Amphastar's action against Par, including all claims and defenses asserted by Par against Amphastar and all claims and defenses asserted by Amphastar against Par, are hereby dismissed without prejudice.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: August 20, 2020 | Respectfully submitted, |
| FARNAN LLP | PHILLIPS GOLDMAN MCLAUGHLIN &HALL, P.A. |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ John C. Phillips, Jr.<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>Tel: (302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Attorneys for Defendant Amphastar Pharmaceuticals, Inc.* |

SO ORDERED this _____ day of August 2020

_____

Colm F. Connolly, United States District Judge