# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | C. A. No. 18-cv-2032-CFC (Consolidated) |

## STIPULATION EXTENDING DEADLINES

WHEREAS, on August 24, 2020, the Court ordered the dismissal of Amphastar Pharmaceuticals, Inc. (D.I. 212).

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above-captioned action, through their undersigned counsel and subject to the approval of the Court, that the following deadlines are hereby extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening expert reports against Par | September 4, 2020 | September 11, 2020 |
| Opening expert reports against Amneal | September 4, 2020 | September 11, 2020 |
| Opening expert reports against Fresenius | September 11, 2020 | September 18, 2020 |
| Rebuttal expert reports (all parties) | October 23, 2020 | October 30, 2020 |

| Close of Expert Discovery | November 20, 2020 | November 24, 2020 |

No other deadlines in the Scheduling Order as modified are affected by this stipulation.

IT IS FURTHER STIPULATED AND AGREED, by and between the Parties in the above-captioned action, through their undersigned counsel and subject to the approval of the Court, that the case caption is hereby amended as follows:

| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br>        Plaintiffs, <br><br>  v. <br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al. <br><br>        Defendants. | C. A. No. 18-cv-2032-CFC <br>(Consolidated) |

Dated: August 26, 2020

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Michael J. Farnan | /s/ Robert M. Vrana |
| Brian E. Farnan (Bar No. 4089) | Anne Shea Gaza (Bar No. 4093) |
| Michael J. Farnan (Bar No. 5165) | Robert M. Vrana (Bar No. 5666) |
| 919 N. Market St., 12th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| Telephone: (302) 777-0300 | Wilmington, DE 19801 |
| Fax: (302) 777-0301 | (302) 571-6600 |
| bfarnan@farnanlaw.com | agaza@ycst.com |
| mfarnan@farnanlaw.com | rvrana@ycst.com |
| | |
| RICHARDS, LAYTON & FINGER, P.A. | *Counsel for Defendants Amneal Pharmaceuticals of New York, LLC; Amneal Biosciences LLC; Amneal Pharmaceuticals Pvt. Ltd.; Amneal EU, Limited; and Fresenius Kabi USA, LLC* |
| /s/ Kelly E. Farnan | |
| Kelly E. Farnan (#4395) | |
| Valerie A. Caras (#6608) | |
| One Rodney Square | |
| 920 North King Street | |
| Wilmington, DE 19801 | |
| (302) 651-7700 | |
| farnan@rlf.com | |
| caras@rlf.com | |

*Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC*

SO ORDERED, this \_\_\_\_ day of _____, 2020.

_____
The Honorable Colm F. Connolly

3