# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al.,<br><br>Defendants. | C.A. No. 18-2032-CFC (CONSOLIDATED) |
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FRESENIUS KABI USA, LLC,<br><br>Defendant. | C.A. No. 19-1985-CFC |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Par Pharmaceutical Inc., Par Sterile Products, LLC, and Endo Par Innovation Co., LLC (collectively, "Par") and Defendant Fresenius Kabi USA, LLC ("Fresenius") have agreed to terms and conditions representing a negotiated

settlement of the action and have set forth those terms and conditions in a Settlement Agreement.  Now the parties, by their respective undersigned attorneys, hereby stipulate and agree that Par's action against Fresenius and Fresenius's action against Par, including all claims and defenses asserted by Par against Fresenius and all claims and defenses asserted by Fresenius against Par, are hereby dismissed without prejudice.

IT IS SO STIPULATED:

| /s/ Kelly E. Farnan | /s/ Anne Shea Gaza |
|---|---|
| Kelly E. Farnan (#4395) | Anne Shea Gaza (#4093) |
| Valerie A. Caras (#6608) | Robert M. Vrana (#5666) |
| Richards, Layton & Finger, P.A. | Rodney Square |
| One Rodney Square | 1000 North King Street |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 571-6600 |
| (302) 651-7700 | agaza@ycst.com |
| farnan@rlf.com | rvrana@ycst.com |
| caras@rlf.com | |
| *Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC* | *Attorneys for Defendant Fresenius Kabi USA, LLC* |

Dated:  September 30, 2020

SO ORDERED this 1st day of October 2020

_____
Colm F. Connolly, United States District Judge

2