

October 7, 2020

VIA E-FILING
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801

RE:   *Par Pharmaceutical, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
      **C.A. No. 18-cv-2032-CFC-CJB (Consolidated)**

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on September 28, 2020 and October 6, 2020:

Delaware Counsel: Michael Farnan for Plaintiffs and Anne Gaza for Defendant Amneal

Lead Counsel: Robert Rhoad and Blake Greene for Plaintiffs and John Bennett, Huiya Wu, and Shaobo Zhu for Defendant Amneal

The disputes requiring judicial attention are listed below:

1. Plaintiffs' request to strike § 112 invalidity theories from the opening report of Defendant Amneal's expert.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc:   Counsel of Record (via E-File)