**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br> v. <br><br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al. <br><br> Defendants. | C.A. No.: 18-cv-2032-CFC-CJB <br> (Consolidated) |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC and Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Amneal EU, Limited respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters.

As a result of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's prior order regarding this dispute during a teleconference on November 16, 2020 at 1:00 p.m. with counsel for Plaintiffs to provide the dial-in information for the call.

| | |
|---|---|
| Dated: October 8, 2020 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian E. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) | */s/ Anne Shea Gaza* <br> Anne Shea Gaza (Bar No. 4093) <br> Robert M. Vrana (Bar No. 5666) |

919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Counsel for Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Amneal EU, Limited*