**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al.<br><br>　　　　Defendants. | C.A. No.: 18-cv-2032-CFC-CJB<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 2, 2020, a copy of Expert Report of Lee E. Kirsch, Ph.D. Regarding Validity and Enforceability was served on the following as indicated:

Via E-Mail
Anne Shea Gaza
Robert M. Vrana
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Amneal Pharmaceuticals Company GmbH, Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Fresenius Kabi USA, LLC*

Via E-Mail
Huiya Wu
Linnea Cipriano
Jacqueline Genovese Bova
GOODWIN PROCTER LLP
hwu@goodwinlaw.com
lcipriano@goodwinlaw.com
jbova@goodwinlaw.com

*Attorneys for Defendants Amneal Pharmaceuticals Company GmbH, Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, and Amneal Pharmaceuticals Pvt. Ltd.*

Dated: November 3, 2020

Of Counsel:

Martin J. Black
Sharon K. Gagliardi
Brian M. Goldberg
Joseph J. Gribbin (Bar No. 5677)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
joe.gribbin@dechert.com

Robert D. Rhoad
DECHERT LLP
102 Carnegie Center, Suite #104
Princeton, NJ 08540
Tel: (609) 955-3200
robert.rhoad@dehcert.com

Johnathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4995
jonathan.loeb@dechert.com

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
Tel: (512) 394-3000
blake.greene@dechert.com

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone : (302) 777-0300
Fax : (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC*