# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al.<br><br>Defendants. | C.A. No. 18-2032-CFC<br>(Consolidated)<br><br>REDACTED - PUBLIC VERSION |

## NOTICE OF SUBSEQUENT DEVELOPMENTS

The Amneal Defendants hereby provide this Notice to inform the Court of recent developments relevant to the hearing scheduled for November 16, 2020. *See* D.I. 219, 221, 223, 225. On November 2, 2020, Par's expert, Dr. Kirsch, provided rebuttal opinions responding to Dr. Winter's section 112 arguments for the asserted patents. Ex. A (Kirsch Rebuttal Rpt.) ¶ 346; *see also* ¶¶ 17, ¶¶ 352-62. Additionally, in response to Dr. Kirsch's opening expert report opinions interpreting the "% sequence homology" term, Dr. Winter provided rebuttal opinions consistent with his prior opinions in ¶¶ 499-508 of his Opening Expert Report. Ex. B (Winter Reb. Rpt) ¶ 124-127; Ex. C (Kirsch Op. Rpt.) ¶ 74. These rebuttal opinions are relevant to the Amneal Defendants' argument as set forth at page 3 of its letter brief. (D.I. 225).

Dated: November 9, 2020

| | |
|---|---|
| OF COUNSEL:<br><br>Huiya Wu<br>Linnea Cipriano<br>Tiffany Mahmood<br>Jacqueline Genovese Bova<br>Grace Peace Truong<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>212.813.8800<br>hwu@goodwinlaw.com<br>lcipriano@goodwinlaw.com<br>tmahmood@goodwinlaw.com<br>jbova@goodwinlaw.com<br>gtruong@goodwinlaw.com<br><br>John T. Bennett<br>Shaobo Zhu<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>617.570.8712<br>jbennett@goodwinlaw.com<br>szhu@goodwinlaw.com | YOUNG CONAWAY STARGATT &<br>  TAYLOR, LLP<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>302-571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendants* |

27306447

# EXHIBITS A – C REDACTED IN THEIR ENTIRETY

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, Esquire, hereby certify that on November 16, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on November 16, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>
>Brian M. Goldberg
>Sharon K. Gagliardi
>Joseph J. Gribbin
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>brian.goldberg@dechert.com
>sharon.gagliardi@dechert.com
>joe.gribbin@dechert.com
>
>Robert D. Rhoad
>DECHERT LLP
>100 Overlook Center, 2nd Floor
>Princeton, NJ 08540-7814
>robert.rhoad@dechert.com
>
>Blake B. Greene
>DECHERT LLP
>300 W. 6th Street, Suite 2010
>Austin, TX 78701
>blake.greene@dechert.com
>
>*Attorneys for Plaintiffs*

24438869.1

|  |  |
|---|---|
| Dated: November 16, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ *Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com |
|  | *Attorneys for Defendants* |

24438869.1