# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al.<br><br>*Defendants*. | C.A. No. 18-2032-CFC-CJB (consolidated) |

## STIPULATION AND ORDER NARROWING THE ISSUES TO BE ASSERTED AT TRIAL

WHEREAS this case is scheduled for trial beginning on January 11, 2021;

WHEREAS the parties are in the process of completing expert discovery and preparing the Joint Final Pretrial Order, so as to be ready for trial on that date;

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;

WHEREAS on October 29, 2020, Defendants in the above-captioned matter ("Amneal") served on Plaintiffs ("Par") copies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

████████████████████████████████████████ ████████

██████████████████████████████████████████████████

████████████████

WHEREAS, the parties agreed to narrow the issues for trial in order to proceed with trial as scheduled on January 11, 2021, while providing for additional discovery, as set forth below, to account for ████████████████.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Par and Amneal, through their undersigned counsel and subject to the approval of the Court, as follows:

1. For the purpose of streamlining trial in the above-captioned litigation, and solely limited to the patents-in-suit and ████████████████, Amneal will not dispute that the proposed ANDA products that are accused of infringement in this case, as described in ████████████████, meet all limitations of claims 1-8 of U.S. Patent 9,744,209 and claims 1, 5, and 8 of U.S. Patent 9,750,785, except for the limitation in each independent claim "wherein the unit dosage form has a pH of 3.7-3.9."

2. Accordingly, the only limitation to be addressed at trial for infringement purposes (as distinct from issues relating to the validity and enforceability of the patents-in-suit) will be whether, if Amneal's ANDAs are approved based on ████████████████ ████████████████

███████, Amneal's proposed ANDA products will satisfy the claim limitation "wherein the unit dosage form has a pH of 3.7-3.9."

3. The deadlines for serving expert reports and completing expert discovery is hereby extended, for the purpose of allowing Par to serve supplemental reports responsive to Amneal's submission of ███████ ███████ and for Amneal to thereafter depose any experts who submit such a report, specifically:

    a. Ronald Stellon; and

    b. Lee E. Kirsch.

4. The deadline for completing expert discovery is also hereby extended for the purpose of completing the depositions of Gerhard Winter and M. Laurentius Marais. Amneal's experts may address during their deposition any new opinions set forth in the supplemental reports referenced in paragraph 3, and Par agrees that it will not seek to exclude any such rebuttal opinions presented during the depositions of Amneal's experts.

5. Based on the foregoing and the current state of facts known to the parties, and assuming the parties comply with their respective obligations hereunder, neither Par nor Amneal dispute that the above-captioned action will be ready to commence trial on the currently scheduled trial date of January 11, 2021.

| | |
|---|---|
| Dated: November 17, 2020 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Michael J. Farnan* | */s/ Robert M. Vrana* |
| Brian E. Farnan (Bar No. 4089) | Anne Shea Gaza (Bar No. 4093) |
| Michael J. Farnan (Bar No. 5165) | Robert M. Vrana (Bar No. 5666) |
| 919 N. Market St., 12th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| (302) 777-0301 | (302) 571-6600 |
| bfarnan@farnanlaw.com | agaza@ycst.com |
| mfarnan@farnanlaw.com | rvrana@ycst.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

SO ORDERED, this \_\_\_\_ day of _____, 2020.

_____
The Honorable Colm F. Connolly
United States District Judge

4