IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al.,<br><br>Defendants. | C.A. No. 18-2032-CFC-CJB<br>(Consolidated)<br><br>REDACTED VERSION |

### DEFENDANTS' LETTER TO THE HONORABLE CHRISTOPHER J. BURKE FROM ANNE SHEA GAZA

Dated: November 18, 2020

OF COUNSEL:

Huiya Wu
Linnea Cipriano
Tiffany Mahmood
Jacqueline Genovese Bova
Grace Peace Truong
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212.813.8800
hwu@goodwinlaw.com
lcipriano@goodwinlaw.com
tmahmood@goodwinlaw.com
jbova@goodwinlaw.com
gtruong@goodwinlaw.com

John T. Bennett
Shaobo Zhu
GOODWIN PROCTER LLP
100 Northern Avenue

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

Boston, MA 02210
617.570.8712
jbennett@goodwinlaw.com
szhu@goodwinlaw.com

27357847.1



**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

November 18, 2020

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Par Pharmaceutical, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
C.A. No. 18-2032-CFC (Consolidated)

Dear Magistrate Judge Burke:

During the hearing on Monday November 16, 2020, Your Honor inquired into whether Amneal had in mind the opinions presented in Dr. Winter's report when it limited its section 112 invalidity defenses in the July 31, 2020 letter (D.I. 223, Exh. D). The answer is yes.

Without revealing the discussions with then-co-defendants Fresenius and Amphastar, which are privileged and work product subject to joint-defense protection, Amneal can confirm that the unknown meaning of "sequence homology" was pursued during fact discovery.

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
November 18, 2020
Page 2



Dr. Winter cites the ▮▮▮▮ testimony in paragraph 500 of his report in support of his written description and enablement opinions (D.I. 223, Exh. A).  In the paragraphs Par seeks to strike, Dr. Winter not only opines that the meaning of "sequence homology" is unclear, but also that a POSA would not know how to determine "percent sequence homology."

Thus, contrary to Par's assertion that Amneal ambushed Par with its section 112 defenses, Amneal included the written description and enablement defenses in its invalidity contentions, pursued fact discovery with these defenses in mind, and identified them in its July 31 letter.  Accordingly, the Court should deny Par's motion to strike the portions of Dr. Winter's report relating to these two defenses.

Should Your Honor have any questions or concerns regarding the foregoing, counsel for Amneal are available at the Court's convenience.

Respectfully,

/s/ Anne Shea Gaza

Anne Shea Gaza (No. 4093)

cc:   All Counsel of Record (via electronic mail & CM/ECF)

# Exhibits 1 & 2
# Redacted in Their Entirety