# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC.,<br>PAR STERILE PRODUCTS, LLC, and<br>ENDO PAR INNOVATION COMPANY, LLC,<br><br>      Plaintiffs,<br>    v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al.<br><br>      Defendants. | C.A. No.: 18-cv-2032-CFC-CJB<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 2, 2020, a copy of Supplemental Opening Expert Report of Lee E. Kirsch, Ph.D. Regarding Infringement of U.S. Patent Nos. 9,744,209 and 9,750,785 By Amneal was served on the following as indicated:

<u>Via E-Mail</u>
Huiya Wu
Linnea Cipriano
Jacqueline Genovese Bova
GOODWIN PROCTER LLP
DG-Amneal-Vasopressin@goodwinlaw.com

*Attorneys for Defendants Amneal Pharmaceuticals Company GmbH, Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, and Amneal Pharmaceuticals Pvt. Ltd.*

Dated: December 3, 2020

Of Counsel:

Martin J. Black
Sharon K. Gagliardi
Brian M. Goldberg
Joseph J. Gribbin (Bar No. 5677)
DECHERT LLP
Cira Centre

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300

2929 Arch Street  
Philadelphia, PA 19104  
Tel: (215) 994-4000  
martin.black@dechert.com  
sharon.gagliardi@dechert.com  
brian.goldberg@dechert.com  
joe.gribbin@dechert.com  

Robert D. Rhoad  
DECHERT LLP  
102 Carnegie Center, Suite #104  
Princeton, NJ 08540  
Tel: (609) 955-3200  
robert.rhoad@dehcert.com  

Johnathan D.J. Loeb, Ph.D.  
DECHERT LLP  
2400 W. El Camino Real, Suite 700  
Mountain View, CA 94040-1499  
Tel: (650) 813-4995  
jonathan.loeb@dechert.com  

Blake B. Greene  
DECHERT LLP  
300 W. 6th Street, Suite 2010  
Austin, TX 78701  
Tel: (512) 394-3000  
blake.greene@dechert.com  

Fax: (302) 777-0301  
bfarnan@farnanlaw.com  
mfarnan@farnanlaw.com  

*Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC*