

**WILMINGTON**
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

<u>VIA CM/ECF</u>                                    December 22, 2020

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:  *Par Pharmaceutical, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
        C.A. No. 18-2032-CFC (Consolidated)

Dear Magistrate Judge Burke:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.  Because this case is scheduled for trial beginning on January 11, 2021, the parties respectfully request that the Court set a hearing on this dispute at its earliest possible convenience.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on December 21, 2020:

    Delaware Counsel: Brian Farnan for Plaintiffs and Anne Gaza and Robert Vrana for Defendant Amneal

    Lead Counsel: Robert Rhoad, Jonathan Loeb, Blake Greene, and Brian Goldberg for Plaintiffs and Huiya Wu, and Shaobo Zhu for Defendant Amneal

    The dispute requiring judicial attention is listed below:

1.    Amneal's request to strike certain opinions from the Supplemental Opening Expert Report of Lee E. Kirsch.

                              Respectfully,

                              */s/ Anne Shea Gaza*

                              Anne Shea Gaza (No. 4093)

cc:  All Counsel of Record (via electronic mail & CM/ECF)
27445926