# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al., <br><br> *Defendants*. | C.A. No. 18-2032-CFC (consolidated) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for the parties to file a redacted version of the December 29, 2020 Joint Proposed Pretrial Order (D.I. 246) is extended to and including January 20, 2021.

Dated: January 5, 2021

| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Michael J. Farnan | /s/ Robert M. Vrana |
| Brian E. Farnan (Bar No. 4089) | Anne Shea Gaza (Bar No. 4093) |
| Michael J. Farnan (Bar No. 5165) | Robert M. Vrana (Bar No. 5666) |
| 919 N. Market St., 12th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| (302) 777-0301 | (302) 571-6600 |
| bfarnan@farnanlaw.com | agaza@ycst.com |
| mfarnan@farnanlaw.com | rvrana@ycst.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

SO ORDERED, this \_\_\_\_ day of January, 2021.

 

The Honorable Colm F. Connolly
United States District Judge