

January 11, 2021

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

    RE:   *Par Pharmaceutical Inc., et al. v. Amneal Pharmaceuticals of New York LLC, et al.* **C.A. No. 18-cv-2032-CFC-CJB (Consolidated)**

Dear Judge Connolly:

    Following the teleconference on Friday, Par and Amneal consulted on how to address the deposition of Dr. Winter. Rather than force Dr. Winter to travel to Brussels twice during the pandemic, Par has agreed to take a limited deposition of him shortly before trial, on January 30. This is a reasonable solution to a difficult problem. We appreciate your guidance and wanted to report the resolution to the Court.

    Respectfully submitted,

    /s/ Michael J. Farnan

    Michael J. Farnan

cc: Counsel of Record (Via E-Mail)