

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

January 8, 2021

## VIA CM/ECF AND HAND DELIVERY

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *Par Pharmaceutical, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*, C.A. No. 18-2032-CFC (Consolidated)

Dear Judge Connolly:

    Pursuant to Your Honor's Oral Order of today's date, the Amneal defendants hereby provide the enclosed copies of the transcripts of Dr. Winter's December 8 and 9, 2020 deposition.  Pursuant to the Court's order, the portions of the transcript relevant to yesterday's discussion are highlighted.  *See* 9:10-20; 238:24-239:12.

    As instructed by the Court, Amneal will provide the other materials discussed during last evening's teleconference by 5:00 p.m. today.

    Should Your Honor have any questions or concerns regarding the foregoing or the enclosures, counsel are available at the Court's convenience.

        Respectfully,

        */s/ Anne Shea Gaza*

        Anne Shea Gaza (No. 4093)

Enclosures
cc:  All Counsel of Record (via electronic mail & CM/ECF)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600   F   302.571.1253   YoungConaway.com



Deposition of:

**Dr. Gerhard Winter Vol. 1**

*December 8, 2020*

In the Matter of:

**Par Pharmaceutical Inc Et Al v. Amphastar Pharmaceutical Et Al**

Veritext Legal Solutions

888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
2

3        _____
                                        :
4        PAR PHARMACEUTICAL, INC     : CA No:
         PAR STERILE PRODUCTS, LLC   : 18-cv
5        and ENDO PAR INNOVATION     : 2032-CFC
         COMPANY, LLC                :
6                                    :
                      Plaintiffs     :
7                                    :
                         v           :
8                                    :
         AMPHASTAR PHARMACEUTICALS   :
9        INC et al                   :
                                     :
10                    Defendants     :
                                     :
11       _____:
12
                       * Video Deposition *
13
                              of
14
                     Dr. Gerhard Winter
15                         Vol I
16
17            On Tuesday, December 8, 2020
18              Commencing at 2:02 pm CET
                       1:02 pm GMT
19
20
21         Held virtually via videoconferencing,
22         from Germany and London, United Kingdom
23
24      Transcribed by: Miss Pamela Henley, Court Reporter
25         Veritext Solutions - Job No.  435817

Page 2

```
 1              A P P E A R A N C E S
 2
 3   On behalf of the Plaintiffs:
 4        DECHERT, LLP
 5        3000 El Camino Real
 6        Five Palo Alto Square, Suite 650
 7        Palo Alto, California 94306-2112
 8        Telephone:  650.813.4995
 9        Email: jonathan.loeb@dechert.com
10           BY:  DR. JONATHAN D.J. LOEB
11              (Via videoconference)
12
13        DECHERT, LLP
14        515 Congress Avenue
15        Suite 1400
16        Austin, Texas 78701
17        Telephone:  512.394.3041
18        Email: blake.greene@dechert.com
19           BY:  MR. BLAKE B. GREENE
20              (Via videoconference)
21
22
23
24
25
```

Page 3

```
 1        DECHERT, LLP
 2        Cira Centre
 3        2929 Arch Street
 4        Philadelphia, Pennsylvania 19104-2808
 5        Telephone:  215.994.2143
 6        Email: brian.goldberg@dechert.com
 7           BY:  MR. BRIAN M. GOLDBERG
 8              (Via videoconference)
 9
10   On behalf of the Amneal Defendants and the
11   Witness:
12        GOODWIN PROCTER, LLC
13        New York Times Building
14        620 8th Avenue
15        New York, New York 10018
16        Telephone: 212.459.7270
17        Email: hwu@goodwinlaw.com
18           BY:  MS. HUIYA WU
19              (Via videoconference)
20
21   Videographer:    Mr. Josh Cohen
22   Court Reporter:   Miss Pamela Henley
23
24
25
```

Page 4

```
 1               I N D E X
 2   DEPONENT
 3   Dr. Gerhard Winter (Sworn)
 4   Examination:              Page No:
 5   By Dr. Loeb                    9
 6   _____
 7              EXHIBIT INDEX
 8
 9   Exhibit 1    Winter Opening Expert
10       Report           11
11   Exhibit 2    Winter Opening Expert
12       Report Exhibit B
13       Materials Considered    12
14   Exhibit 3    Winter Rebuttal Expert
15       Report           21
16   Exhibit 4    Winter Rebuttal Expert
17       Report Exhibit B
18       Materials Considered    24
19   Exhibit 5    Republic of Lithuania
20       Patent LT 4487 B
21       AMPHPA0006289 - 300    26
22   Exhibit 6    Markman Hearing before
23       Judge Connolly of April
24       29th, 2020         35
25   Exhibit 7    Patent 9,744,209
```

Page 5

```
 1           PAR-VAS-00000114 - 197    37
 2   Exhibit 8    Patent 9,750,787
 3           PAR-VASO-0000232 - 314    37
 4   ███████████████████████████████████
 5   ██     ████████████████████████████
 6   ██     ████████████████████████████
 7           AMVAS0131386 - 503    80
 8   ██     ████████████████████████████
 9
10           ███████████████████████████
11   ██        ████████████████    82
12   Exhibit 11   USPTO Response to Non-Final
13       Office Action Filed February
14       7, 2017 PAR-VAS0-0005809 -
15       819            87
16   Exhibit 12   Patent 6,238,664    94
17   Exhibit 13   Deposition of Hardik Joshi
18       Volume III November 25,
19       2020           120
20
21           Previously marked
22           None
23
24
25
```

2 (Pages 2 - 5)

Page 6

1
2        (Request for production of documents)
3                        None
4
5           (Instruction not to answer)
6                        None
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1           THE VIDEOGRAPHER:   Good afternoon,
2    we are going on the record at 2.02 CET time zone
3    pm on December 8th, 2020.
4           Please note that the microphones
5    are sensitive and may pick up whispering, private
6    conversations and cellular interference. Please
7    turn off all cell phones or place them away from
8    the microphones as they can interfere with the
9    deposition audio. Audio and video recording will
10   continue to take place unless all parties agree to
11   go off the record.
12          This is media unit 1 of the
13   video-recorded deposition of Dr Gerhard Winter in
14   the matter of Par Pharmaceutical Inc et al versus
15   Amphastar Pharmaceuticals et al, filed in the
16   District of Delaware, case number
17   18-cv-002032-CFC.
18          This deposition is being held via
19   video conference.
20          My name is Josh Cohen from the firm
21   Veritext Legal Solutions, and I am the
22   videographer.  The Court Reporter is Pamela Henley
23   from the firm Veritext Legal Solutions.
24          I am not authorized to administer
25   an oath.  I am not related to any party in this

Page 8

1    action, nor am I financially interested in the
2    outcome.
3           Counsel and all present in the room
4    and everyone attending remotely will now state
5    their appearances and affiliations for the record.
6           If there are any objections to
7    proceeding please state them at the time of your
8    appearance, beginning with the noticing attorney.
9           DR LOEB:  Good morning.  I am
10   Jonathan Loeb of Dechert LLP representing the Par
11   plaintiffs.  With me are Blake Greene and Brian
12   Goldberg, also with Dechert.
13          MS WU:  This is Huiya Wu.  I
14   represent the Amneal defendants and the witness.
15   I am with Goodwin Procter in New York.
16          THE WITNESS:  My name is Gerhard
17   Winter.  I am a professor at the University of
18   Munich and I am the expert witness today.
19          THE VIDEOGRAPHER:  Will the Court
20   Reporter please swear in the witness.
21            Gerhard Winter
22            Having been duly sworn
23            Testified as follows
24          EXAMINED BY DR LOEB:
25          DR LOEB:  Okay, may I proceed?

Page 9

1           THE COURT REPORTER:  Yes.
2           THE VIDEOGRAPHER:  Yes, you may
3    proceed.
4    BY DR LOEB:
5       Q.   Good morning, Dr Winter, as you
6    heard my name is Jonathan Loeb, and I will be
7    asking the questions today, could you state your
8    name, please?
9       A.   My name is Gerhard Winter.
10   [redacted]
11   [redacted]
12   [redacted]
13   [redacted]
14   [redacted]
15   [redacted]
16   [redacted]
17   [redacted]
18   [redacted]
19   [redacted]
20   [redacted]
21      Q.   Thank you. Now, if I ask a question
22   which you do not fully understand please inform me
23   and I will clarify it, if you do not ask I am
24   going to assume that you understand my question,
25   is that okay?

Page 10

1    A.    That is okay.
2    Q.    Are you on any medications that
3  might affect your ability to answer my question?
4    A.    No, I am not.
5    Q.    Is there any reason at all why you
6  cannot answer my questions truthfully and fully
7  today?
8    A.    I see not such a reason.
9    Q.    Okay. You understand that you are
10  testifying under oath today?
11    A.    I understand that.
12    Q.    That means if you are untruthful
13  you can be prosecuted for perjury, do you
14  understand?
15    A.    Yes, I understand.
16    Q.    So you are going to answer my
17  questions truthfully, right?
18    A.    Yes, I do.
19    Q.    And you are going to answer my
20  questions fully?
21    A.    I will.
22    Q.    Okay. If I could have you open
23  binder number 3, please, and if you turn to the
24  tab which is marked 29, we are going to mark tab
25  29 as Exhibit Number 1, it is entitled Opening

Page 11

1  Expert Report of Gerhard Winter, PhD.
2      (Exhibit 1 marked for identification)
3  If you look at this document, this is a copy of
4  the opening expert report that you submitted in
5  this case, correct?
6    A.    Yes, that is correct.
7    Q.    And I am just going to refer to
8  this as, "opening expert report", is that okay?
9    A.    Yes.
10    Q.    Yes, just to give it a name.
11      If I could have you turn to
12  page 198?
13    A.    This is the signature page.  It is
14  not numbered in my version.
15    Q.    Okay. Now, that is your signature
16  there on the last page, correct?
17    A.    Yes. It is my signature.
18    Q.    And you read your opening report in
19  its entirety before you signed it on
20  September 11th, 2020, correct?
21    A.    Yes, I did so.
22    Q.    And you believe that your opening
23  report was accurate at the time that you signed
24  it, right?
25    A.    Yes, I do.

Page 12

1    Q.    And since then have you become
2  aware of any inaccuracies in your opening report?
3    A.    No.
4    Q.    Okay. Is there anything that you
5  would change in your opening report?
6    A.    No, there is no reason.
7    Q.    All right, now, if you turn in your
8  binder to tab 31, mark this as Exhibit Number 2
9      (Exhibit 2 marked for identification)
10  To your deposition, that is Exhibit B to your
11  opening report, do you have that?
12    A.    Yes, I have it.
13    Q.    So these are the materials
14  considered by you in preparation of your opening
15  expert report, correct?
16    A.    Yes.
17    Q.    Were there any materials that were
18  relied on by you in preparation of your opening
19  report which are not listed in the materials
20  considered, Exhibit 2?
21    A.    I cannot recall such documents,
22  further documents, no.
23    Q.    Okay, if you turn to the last
24  page of the materials considered, it indicates
25  that you reviewed the opening expert report of

Page 13

1  Aaron Waxman, is that correct?
2    A.    Yes.
3    Q.    And it also indicates that you
4  reviewed the opening expert report of Laurentius
5  Marais, is that right?
6    A.    Yes, that is right.
7    Q.    Now, are there any statements that
8  you read in Dr Waxman's opening report with which
9  you disagree?
10    A.    Oops! At least none which are
11  important to, let us say, influence my -- my, let
12  us say, evidence or my reporting here.  I cannot
13  recall this report in its entirety.
14    Q.    But you have no significant
15  disagreements with Dr Waxman, is that right?
16    A.    No.
17    Q.    Okay, now, similarly, are there any
18  statements in Dr Marais's opening report with
19  which you disagree?
20    A.    No.
21    Q.    So you agree with the statements in
22  Dr Marais's opening report?
23    A.    I do.
24    Q.    Okay. Now, you recall Dr Marais's
25  report focuses on a statistical analysis?

4 (Pages 10 - 13)

Page 14

1    A.   Yes, I recall that.
2    Q.   Do you have sufficient training and
3  experience in statistics to assess Dr Marais's
4  calculations and conclusions?
5    A.   Not in detail, but I think the
6  conclusions he is taking and the application to,
7  let us say, pharmaceutically applied statistics I
8  can very well understand and rate and draw my own
9  conclusions from that.
10    Q.   So if I understand your answer, you
11  do not have sufficient training and experience in
12  statistics to understand or assess Dr Marais's
13  calculations and conclusions in detail?
14    A.   Not in detail regarding the
15  mathematics applied, let us say, and the formulas,
16  but I do understand, let us say, scope and what he
17  is doing, what the conclusions are and how they,
18  let us say, relate to the case here. This I do
19  understand.
20    Q.   Okay. Do you consider yourself an
21  expert in statistical analysis of peptide
22  stability data?
23    A.   I am not an expert in statistical
24  analysis. But I do understand, let us say, basic
25  statistics in exactly that field you mentioned

Page 15

1  because I am an expert in peptide and protein
2  formulation, and applying statistical methods is
3  part of this expertise. But I am not a detailed
4  expert on statistics as such.
5    Q.   Would you have been qualified to
6  conduct the analysis that Dr Marais did?
7    A.   Not in detail, no, I think,
8  therefore, makes sense to have his expert report.
9    Q.   Now, in the course of your work on
10  this matter have you communicated directly with
11  Dr Marais?
12    A.   No, I have not.
13    Q.   Okay. Have you communicated
14  directly with Dr Waxman?
15    A.   No, I have not.
16    Q.   And there is another person who
17  filed a report on behalf of Amneal named Dr Gupta,
18  do you recall reading that report?
19    A.   Can you repeat the name, please.
20    Q.   Gupta.
21    A.   No. I do not recall this report or
22  document, and may look up if it is in the list
23  here, but I do not recall that, no.
24    Q.   Okay. So you have not communicated
25  with Dr Gupta?

Page 16

1    A.   No, I have not.
2    Q.   Now, you understand that Par has
3  also sued a company called Eagle Pharmaceuticals
4  on the same patents which you provided opinions
5  about?
6    A.   I have seen this in some documents,
7  yes, and ...
8    Q.   Okay, during the deposition I may
9  refer to that litigation as the legal -- the Eagle
10  litigation, okay?
11    A.   Okay.
12    Q.   Now, you are aware that Dr Kirsch
13  prepared a validity and enforceability expert
14  report in the Eagle litigation?
15    A.   I read that somewhere, yes, but I
16  do not think I have seen this particular report in
17  its entirety. And I recall that Kirsch has
18  written in one of his other reports that he has
19  done that.
20    Q.   Okay, well, if you look at Exhibit
21  Number 2, which is your materials considered, on
22  the same page we were just looking at just above
23  Waxman?
24    A.   Yes.
25    Q.   It says: "Expert Report of Lee

Page 17

1  Kirsch" --
2    A.   Yes.
3    Q.   -- Regarding Validity and
4  Enforceability from 2019?
5    A.   Yes.
6    Q.   I will represent to you that that
7  is the Eagle expert report I just asked you about.
8    A.   Yes, I -- I mixed that up. I think
9  it was the --
10    Q.   Would you --
11    A.   -- report.
12    (Clarification by the reporter)
13  I was going to say that when I saw this entry
14  Mr Loeb just referred to I mix it up with the
15  expert report of Lee Kirsch regarding validity and
16  enforceability he has presented here in this case.
17    Q.   Okay, so let me just repose the
18  question, did you review Dr Kirsch's report on
19  validity and enforceability from the Eagle matter?
20    A.   I must have studied it, but in the
21  let us say, long list of documents we have in
22  front of us it must have slipped my memory what
23  exactly this document was.
24    Q.   Okay. And at the time did you read
25  that -- that Eagle report of Dr Kirsch in its

5 (Pages 14 - 17)

Page 18

1   entirety?
2       A.   I do not recall. I have not read
3   all these documents in all the lines. I think I
4   read it, like you say, cross-reading like to
5   understand what it is about.
6       Q.   Okay. Now, so you do recall that
7   Eagle had presented its positions about invalidity
8   and unenforceability, and the expert report that
9   we have just been talking about from Kirsch was a
10  response to Eagle's arguments on invalidity and
11  unenforceability, right?
12      A.   Yes, I understand that, but, yes,
13  let us leave it with that.
14      Q.   And at the time you would have
15  appreciated that Dr Kirsch would respond similarly
16  to your invalidity arguments after he read your
17  report, right?
18      A.   I did not understand the start of
19  your question.
20      Q.   Okay, so there was a point in time
21  before -- as you were preparing your report, you
22  had reviewed Dr Kirsch's report from this previous
23  case against Eagle, and you would have appreciated
24  that Dr Kirsch would respond similarly to the
25  invalidity arguments that you were planning on

Page 19

1   presenting as he had previously done in response
2   to Eagle, right?
3       A.   Yes, I appreciate that, but I
4   think, "appreciate" is -- yeah, it is a not very
5   precise word. So I think I can take -- draw my own
6   conclusions how to appreciate that report or not.
7       Q.   Well, here is -- my point is, since
8   you had already seen Dr Kirsch's responses to
9   Eagle you had the opportunity to address what
10  Dr Kirsch would say to you as you were writing
11  your opening report, correct?
12      A.   Yes, in theory, yes, but I made up
13  my own mind.
14      Q.   Okay. And did you review all the
15  materials cited in Dr Kirsch's validity and
16  enforceability report in that Eagle litigation?
17      A.   I do not think so.
18      Q.   Now, do you know Dr Kirsch
19  personally?
20      A.   No, I do not know him.
21      Q.   Do you know of him?
22      A.   Whom?
23      Q.   I say do you say know of him? Are
24  you aware of his reputation?
25      A.   Yes, I have, let us say, when I saw

Page 20

1   his name I just Googled him, as we say today, and
2   checked his affiliation at the University of Iowa
3   if I am not mistaken.
4       Q.   Okay, do you know whether within
5   the community of scientists in your field
6   Dr Kirsch has a good professional reputation?
7       A.   Typically we do not comment on each
8   other with that, let us say. I have not heard his
9   name before I have to say. Maybe the reason is
10  that he is specializing in a slightly different
11  field than I do.  So that is what I can say.
12      Q.   Thank you. Okay, now, going back to
13  your opening expert report, which is Exhibit 1 or
14  tab 29, this report describes all the specific
15  reasons about which you plan to testify supporting
16  your positions concerning the validity and
17  enforceability of the patent claims which are
18  asserted in this case, correct?
19      A.   Yes.
20      Q.   Now, so, in other words, your
21  opening expert report gives all the reasons you
22  intend to tell the court about why you believe the
23  asserted patent claims are invalid and
24  unenforceable, right?
25      A.   Yes.

Page 21

1       Q.   And you are not going to testify to
2   the court about other reasons why you may think
3   that the claims are invalid and unenforceable that
4   you did not put in your report?
5       A.   Well, I cannot foresee what
6   questions the honorable judge would put on me, so,
7   therefore, I think I cannot look into the future,
8   so I will then try to rightfully answer,
9   truthfully answer his questions, and this is --
10  yes.  I cannot foresee what exactly he is asking
11  me.
12      Q.   Okay. Can I have you, please, put
13  aside this binder number 3, and find binder number
14  1, would you open that up to tab 7, please?
15      A.   Yes, I am there.
16      Q.   And that is going to be Exhibit
17  Number 3 to the deposition.
18      (Exhibit 3 marked for identification)
19  It is entitled Rebuttal Expert Report of Gerhard
20  Winter, PhD, if you look through this, this is the
21  rebuttal expert report that you wrote in response
22  to reading Dr Kirsch's report about infringement
23  of the asserted claims by Amneal, correct?
24      A.   Yes, it is correct.
25      Q.   And if you go to the end, it is

6 (Pages 18 - 21)

Page 22

1  page 77, there is a signature page, is that your
2  signature on page 77?
3      A.    That is my signature.
4      Q.    And you signed on November 2nd,
5  2020?
6      A.    Correct.
7      Q.    Okay. And you read your rebuttal
8  report in its entirety before signing it on
9  November 2nd, 2020?
10     A.    I did so.
11     Q.    And you believe that this report
12  was accurate at the time that you signed it?
13     A.    Yes, I believe.
14     Q.    And since signing the report have
15  you become aware of any inaccuracies with it?
16     A.    No.
17     Q.    Is there anything you would like to
18  change in your rebuttal expert report?
19     A.    No.
20     Q.    And I presume you reviewed
21  Dr Kirsch's opening infringement report in its
22  entirety before you submitted this rebuttal to it,
23  correct?
24     A.    This is correct.
25     Q.    Now, did you review all the

Page 23

1  materials cited in Dr Kirsch's opening
2  infringement report?
3      A.    Almost all of them.  Many of them.
4      Q.    Which ones did you not review?
5      A.    I do not recall. I have not made a
6  list of that.
7      Q.    Okay. But there were some documents
8  that Dr Kirsch identified in his opening
9  infringement report which you did not review?
10     A.    This is possible. I do not recall
11  exact list of these cited references, and whether
12  I studied them in detail.
13     Q.    Now, your rebuttal expert report
14  describes all the topics in which you plan to
15  testify at trial regarding the infringement of the
16  asserted patent claims, correct?
17         MS WU:  Objection here, we have a
18  slip in place that covers potential additional
19  materials that Dr Winter might talk about today at
20  deposition in addition to maybe other
21  circumstances.
22  BY DR LOEB:
23     Q.    Can you answer the question,
24  please?
25     A.    Yes, I would like to answer the

Page 24

1  question in a similar form as before, as I do not
2  know what the judge would ask me I cannot exactly
3  foresee what I would then answer to these
4  questions.
5      Q.    Now, if you turn to tab 9 in the
6  binder.
7      A.    Yes.
8      Q.    This is going to be Exhibit 4 to
9  your deposition, it is entitled Exhibit B, these
10  are the materials considered that you attached to
11  your rebuttal expert report, correct?
12     (Exhibit 4 marked for identification)
13     A.    Correct.
14     Q.    Did you review all these materials
15  that are listed in Exhibit B to your rebuttal
16  expert report?
17     A.    I did.
18     Q.    Did you rely on any other materials
19  that are not listed in Exhibit B in preparing your
20  rebuttal expert report?
21     A.    No.
22     Q.    Now, one of the items here, sort of
23  in the middle of the first page, says Rebuttal
24  Report of M Laurentius Marais, you reviewed
25  Dr Marais's rebuttal expert report before

Page 25

1  submitting your rebuttal report, correct?
2      A.    Yes, I did.
3      Q.    Now, do any of the particular
4  opinions in your rebuttal expert report rely on
5  Dr Marais's opinions?
6      A.    I -- I think to answer that
7  question I have to go through my rebuttal report.
8  I would like to say I am in line with Dr Marais's
9  analysis, but I do think that my opinion
10  expressed -- opinions expressed in my rebuttal
11  report are independent of Dr Marais.
12     Q.    All right.  Now, in the course of
13  your work on this case did you perform any
14  experiments to support any of your opinions?
15     A.    No, I did not perform experiments.
16     Q.    Okay. Can I please have you set
17  aside binder one, and if we could have a look at
18  the fifth binder, please, and in particular tab
19  55?
20     A.    Yes.
21     Q.    I believe that will be Exhibit
22  Number 5 if I am not mistaken?
23         THE COURT REPORTER:  That is right.
24         DR LOEB:  Thank you. Just catch up
25  with my bookkeeping real quick. Okay.

7 (Pages 22 - 25)

Page 26

1    (Exhibit 5 marked for identification)
2    Q.    Exhibit 5 to your deposition is a
3    Lithuanian patent document, the patent number is
4    LT 4487 B, and this particular copy has the Bates
5    numbers AMPHPA0006289 through 6300, this is the
6    Lithuanian patent document that you referred to in
7    your opening report as LT '487, correct?
8    A.    Correct.
9    Q.    And you understand that this
10   Lithuanian patent document was published in April
11   of 1999, correct?
12   A.    The patent was published in '99,
13   and the application the year before, yeah.
14   Q.    So let us try to be more clear
15   about that, I asked you when the date of
16   publication of the patent was, and it was on
17   April 26th, 1999, correct?
18   A.    Correct.
19   Q.    So the -- just as a side point you
20   understand that the priority date that the parties
21   have agreed on for the asserted patents in this
22   lawsuit is in February of 2017?
23   A.    I understand, yes.
24   Q.    Okay. So the Lithuanian patent was
25   published approximately 18 years before the

Page 27

1    priority date of the asserted patents in this
2    case, correct?
3    A.    You said 18, I calculate 16.
4    Q.    16? Did I do my math wrong?
5    17 years --
6    A.    Say 2015.
7    Q.    -- no, 2017.
8    A.    Yes, so then you said 15, and that
9    was the reason, sorry.
10   Q.    I am sorry, let us just clear this
11   up because we are, kind of, not communicating that
12   well, can I have you go back to the binder number
13   3, and we are looking for, I think it is tab 29
14   that was your opening report, and if I could have
15   you look at page 13, please, I just want to make
16   sure that there is no confusion here about these
17   dates.
18   A.    Yes, I am there.
19   Q.    Okay. So in paragraph 45 of your
20   opening report you state:
21        "I understand that there is
22   apparently no dispute that the priority date of
23   the asserted claims of the [2009 patent excuse me]
24   '209 Patent is February 7, 2017."
25        Do you see that?

Page 28

1    A.    Yes, I see it.
2    Q.    Okay. So we agree that the priority
3    date, the first of the two asserted patents, the
4    '209, is February 7, 2017, correct?
5    A.    Correct.
6    Q.    And then if you just turn to the
7    next page, in paragraph 48 similarly we agree that
8    the priority date of the '785 Patent is also
9    February 7, 2017, right?
10   A.    Yes, I agree.
11   Q.    Okay. So now having cleared that
12   up, if we go back to Exhibit Number 5, which is
13   the Lithuanian patent, my question is the
14   publication of the patent was approximately
15   18 years before the priority date of the asserted
16   patents in this case, correct?
17   A.    Correct.
18   Q.    Now, are you aware of anyone using
19   the preparation disclosed in the Lithuanian patent
20   during the nearly 18 years between the publication
21   of the Lithuanian patent and the priority date of
22   the asserted patents?
23    (Clarification by the reporter)
24   A.    You ask me whether one has used
25   this formulation preparation, I do not know. I

Page 29

1    think I have not seen exactly that being marketed
2    in, let us say, United States, but I have not done
3    research whether it has been used elsewhere. Could
4    have easily been used somewhere.
5    Q.    So you have no evidence that the
6    preparation described in the Lithuanian patent was
7    used by anyone during the 18-year period between
8    the publication of the Lithuanian patent and the
9    priority date of the patents-in-suit, correct?
10   A.    I have no evidence that it has been
11   used. I have the evidence that the inventors have
12   used it. They have prepared it, and this is what I
13   have.
14   Q.    So what you are saying is what you
15   have is what is written in the Lithuanian patent
16   itself, correct?
17   A.    Yes, and I have not researched
18   whether this formulation according to this patent
19   has been used, for example, in Lithuania or other
20   countries, as I have just not researched.
21   Q.    All right. Now, are you aware of
22   anyone relying on the information in the
23   Lithuanian patent to make a new vasopressin
24   formulation at any time between the publication of
25   the Lithuanian patent and the priority date of the

8 (Pages 26 - 29)

Page 30

1  asserted patents?
2      A.   To answer that question I have to
3  explain my thoughts a little bit, because since
4  then you said it was 18 years, I think a number of
5  companies, and even larger number of individuals,
6  have worked and prepared formulation of
7  vasopressin around the world, and how should I
8  know whether they rely on this document or not.
9  They might have. So I am not in a position to
10  answer that, I believe.
11      Q.   Well, Dr Winter, is it not true
12  that often when there is a publication about a
13  pharmaceutical product they cite references, and
14  you can see, you could look to see whether anyone
15  ever cited the Lithuanian patent as a reference,
16  is that not true?
17      A.   That is true. Sometimes patents or
18  other documents are cited or referenced. But you
19  were asking whether someone has prepared or used
20  these formulations in this 18 years, and that is a
21  totally different thing. So when I was --
22      Q.   I did not ask --
23      A.   -- and I used an information, I
24  have not necessarily cited it anywhere. I did
25  that for 12 years, and I never cited in my

Page 31

1  industrial work the information I used anywhere.
2      Q.   But the bottom line, Dr Winter, is
3  you have no evidence that anyone ever relied on
4  the information in the Lithuanian patent in any
5  way to assist with the development of a
6  vasopressin product, correct?
7      MS WU:  Objection, asked and
8  answered.
9      DR LOEB:  You can answer the
10  question, sir.
11      A.   I have no such evidence, but I
12  think I have made clear that whenever people read
13  documents and use the content of these documents
14  they do not give reference to the public in doing
15  so.
16      And I have made reference to my own
17  experience, and I do believe that this is true for
18  hundreds and thousands of scientists or other
19  persons skilled in the art of the area we are
20  talking about.
21      Q.   Okay. Now, you did not personally
22  identify the Lithuanian patent through your own
23  independent research or searching, correct?
24      A.   I have not understood the question.
25      Q.   Sure, you -- did you personally

Page 32

1  identify the Lithuanian patent by your own
2  searching?
3      A.   Ah, this one, no, this patent has
4  been -- or I have been notified about this patent
5  by the other team I was working and supporting.
6      Q.   Okay. Now, when did you first
7  become aware of the Lithuanian patent?
8      A.   I cannot tell you a date. The
9  second half of this year I believe.
10      Q.   Okay, but it was in the course of
11  your preparation of your expert report for this
12  case?
13      A.   This is correct.
14      Q.   Now, in all of your years of
15  experience working in drug development have you
16  ever relied on a Lithuanian patent as part of your
17  research program?
18      A.   I have to say that as a person who
19  is well connected in this area of protein peptide
20  formulations, industrial and academic, that I am
21  well aware of the fact that the Baltic states have
22  become, at the latest in the 1990s, a hub for
23  particular bio similar development, and they
24  present a rather high level of biotechnology know
25  how.

Page 33

1      Now, coming to your question, not
2  to avoid an answer, I have studied several
3  documents from this area in the course of my
4  career, yes, and I have personally discussed with
5  scientists, persons from these countries.
6      Q.   All right, the -- you understand
7  that the vasopressin claimed in the asserted
8  claims in this case is a synthetic vasopressin,
9  correct?
10      A.   Yes. But --
11      Q.   You are welcome to complete your
12  answer.
13      A.   -- yeah, maybe my answer was
14  premature, can you ask the question again?
15      Q.   I said the vasopressin claimed in
16  the asserted claims in this case is synthetic
17  vasopressin, correct?
18      A.   I am not sure. I have to look that
19  up. May I?
20      Q.   Well, if I could have you, please,
21  go back to Exhibit Number 1, which is tab 29?
22      A.   What binder was it?
23      Q.   That is binder 3.
24      A.   Yes, okay. I am there.
25      Q.   Okay. And if I can have you just

9 (Pages 30 - 33)

Page 34

1  turn to paragraph 406, which is on page 143.
2      A.   Yes, I am there, 406, page 143.
3      Q.   All right, you wrote:
4          "Accordingly, the formulation
5  disclosed in LT '487 differs from the formulation
6  of Claim 1 of the '209 Patent in only one
7  [respect or] aspect.  LT '487 does not specify
8  that the vasopressin used is synthetic."
9          So my question was, the vasopressin
10 claimed in the asserted claims is synthetic
11 vasopressin, correct?
12         MS WU:  Objection, form.
13     A.   That is correct, but I just was
14 asking that I have the chance to look up the claim
15 as such and not my citation of the claim, which I
16 am just going to do now if you allow, reading the
17 patent claim is method of increasing blood
18 pressure and so on where I do not find this word,
19 "synthetic".
20 BY DR LOEB:
21     Q.   Okay, you understand that the judge
22 has interpreted the meaning of the term,
23 "vasopressin" in this case as it is used in the
24 claims, correct?
25     A.   No, I do not understand what you

Page 35

1  are saying.
2      Q.   I said the judge has made a legal
3  ruling as to the meaning of the term,
4  "vasopressin" in this case, do you understand
5  that?
6      A.   Yeah, and what was the ruling?
7      Q.   Well, I am going to show you the
8  relevant part, if I could, please, have you
9  turn -- oh, actually, I am sorry, this one is not
10 in the binder.
11         Blake, I would like tab 75, and
12 actually honestly I am not looking at the ...
13     A.   Do I need to --
14     Q.   You are going to have to go to the
15 exhibit share program.
16     A.   Yeah, just give me a second to go
17 there (pause) yeah, have you put it in already?
18         MR GREENE:  Yes, it is there as
19 Exhibit 6.
20         (Reporter clarification)
21 Dr Winter, it is in the marked exhibits folder.
22     (Exhibit 6 marked for identification)
23         THE WITNESS:  Yeah, I cannot find
24 it.  I opened that link that was attached to this
25 invitation and there is still this deposition of

Page 36

1  Jane Doe example.
2         (Reporter clarification)
3         MR GREENE:  Is anybody seeing it?
4  It is in my marked exhibits folder.  You may have
5  to click on your marked exhibits folder again to
6  refresh.
7             (Pause)
8  Can we can go off the record?
9         THE VIDEOGRAPHER:  The time is now
10 2.52 CET, and we are going off the record.
11         (Recess taken)
12     (Exhibit 6 marked for identification)
13         THE VIDEOGRAPHER:  We are back on
14 the record, the time is 3.16 pm CET time.
15 BY DR LOEB:
16     Q.   Okay, sorry for the technical
17 issues we are experiencing, doctor, in order to
18 keep the deposition moving I am going to move to a
19 different subject, and with your indulgence we
20 will come back to the Lithuanian patent a little
21 later.
22         So if I could, please, have you
23 find tab 37, which should be in binder number 4.
24         THE VIDEOGRAPHER:  If I may ask the
25 doctor, oh, you are back on screen, I apologize, I

Page 37

1  just want to make sure.
2         THE WITNESS:  These folders are so
3  big, I cannot put all them in front of the camera,
4  but I found tab 35, 37, excuse me.
5  BY DR LOEB:
6      Q.   Okay, so this will be marked as
7  Exhibit Number 7 to your deposition.  It is US
8  Patent 9,744,209, and this is a certified copy
9  with the Bates number PAR-VASO-0000114 through
10 197.
11     (Exhibit 7 marked for identification)
12 And this is the '209 Patent that you discussed
13 throughout your expert reports, correct?
14     A.   Correct.
15     Q.   And if you could just turn to the
16 next tab, tab 38, that is going to be Exhibit 8 to
17 your deposition.
18     (Exhibit 8 marked for identification)
19 And this is US Patent 9,750,785, Bates numbers
20 PAR-VASO-0000232 through 314, this is the '785
21 Patent which you discussed throughout your expert
22 reports, correct?
23     A.   Correct.
24     Q.   And you understand that currently
25 these are the only two patents which Par is

10 (Pages 34 - 37)

Page 38

1    asserting against Amneal in this lawsuit, correct?
2        A.    Correct.
3        Q.    And I have already done it a little
4    bit, but just for clarity's sake I am going to
5    refer to these two patents, the '209 and the '785,
6    collectively as the asserted patents, is that
7    okay?
8        A.    That is okay.
9        Q.    And that is -- when I used that
10   term previously in the deposition you understood
11   that I was talking about these two patents, right?
12       A.    I understood that.
13       Q.    Okay. Now, probably the easiest way
14   to do this, sorry to make you open another binder,
15   is if you go back to tab 7, which would be binder
16   number 1, as Exhibit Number 3, your rebuttal
17   expert report?
18       A.    Yes.
19       Q.    Okay, if you just open that up to
20   the second page?
21       A.    Okay.
22       Q.    At the very top of the page you
23   state:
24            "I understand that in this action
25   Par is asserting that Amneal infringes claims 1

Page 39

1    [through] 8 of the '209 Patent and claims 1, 5 and
2    8 of the '785 Patent."
3            That is your understanding of the
4    claims which Par is asserting Amneal infringes,
5    right?
6        A.    Yes, it is.
7        Q.    Okay, and just as a shorthand I am
8    going to refer to those claims, 1 through 8 of the
9    '209, and 1, 5 and 8 of the '785, as the asserted
10   claims, okay?
11       A.    Okay.
12       Q.    And we actually already hit this a
13   little while ago, but the priority date of all the
14   asserted claims is February 7th, 2017?
15       A.    Agreed.
16       Q.    Now, before you submitted your
17   opening report you reviewed the file history for
18   each of the '209 and '785 Patents, right?
19       A.    Yes.
20       Q.    Did you review the entire file
21   history of the '209 and the '785 Patents?
22       A.    No every line. It was too much.
23   I...
24       Q.    Okay. How did you choose which
25   portions of the file histories to review?

Page 40

1        A.    Well, I tried to cross-reading in a
2    way that I tried to leave out formal stuff that
3    does not appear to be, let us say, a matter for
4    expert witness, and, sort of, tried to focus on
5    aspects that appeared to be relevant. I cannot say
6    much more this process. It is a while ago.
7        Q.    So what per cent of the two file
8    histories do you think that you actually reviewed
9    carefully?
10           MS WU:  Objection to form. Sorry.
11       A.    With this process I just described
12   I think it is difficult to assign a percentage to
13   that.
14   BY DR LOEB:
15       Q.    So you do not know? You do not know
16   what percentage --
17       A.    No, I cannot assign a percentage
18   number to that.
19       Q.    -- now, the patents, the asserted
20   patents, relate to a peptide called vasopressin,
21   correct?
22       A.    Yes.
23       Q.    The stability of vasopressin
24   directly impacts its utility as a therapeutic,
25   correct?

Page 41

1        A.    Not directly. I think the stability
2    is a prerequisite for the medical use, and,
3    "stability" is a term that has to be, let us say,
4    explained a little bit like making reference to
5    international standards or FDA requests which I
6    would summarize in a way that a stability that is
7    appropriate with regard to international
8    guidelines, USP and FDA expectations, is a
9    prerequisite for appropriate medical use,
10   particularly in humans.
11       Q.    Dr Winter, if I could turn your
12   attention to your opening report, tab 29, at
13   page 25?
14       A.    Yes. Page 25 you said, correct?
15       Q.    Yes. And you see that you stated
16   in the first sentence of paragraph 77:
17            "A POSA would have been concerned
18   with the stability of a peptide as it directly
19   impacts its utility as a therapeutic."
20           That is your opinion, correct?
21       A.    Yes.
22       Q.    Okay. And a POSA there, by that you
23   mean a person of ordinary skill in the art,
24   correct?
25       A.    Yes.

11 (Pages 38 - 41)

Page 42

1    Q.    And vasopressin is a peptide,
2  correct?
3    A.    This is correct.
4    Q.    So a POSA would have been concerned
5  with the stability of vasopressin as it directly
6  impacts its utility as a therapeutic, right?
7    A.    That is correct as well.
8    Q.    Okay. Now, as the stability of
9  vasopressin increases within a drug product the
10 amount of vasopressin also decreases and it may
11 exhibit a lower potency, correct?
12   A.    I think this is a, let us say,
13 simplified approach because stability does not
14 just decrease. I think we need to -- we need to
15 clarify details, if you like, like what is
16 stability and is it content, is it amount of
17 impurities and so on.
18   Q.    Dr Winter, I was paraphrasing the
19 next sentence in your expert report, you state:
20         "As the stability of a peptide drug
21 decreases, the amount of peptide also effectively
22 decreases and the peptide may exhibit lower
23 potency."
24         Is that a true statement?
25   A.    That is my statement. I just wanted

Page 43

1  to --
2    Q.    And that applies to vasopressin,
3  correct?
4    A.    -- that applies to vasopressin as
5  well.
6    Q.    So a vasopressin drug product with
7  improved stability is beneficial to patients,
8  correct?
9    A.    I agree.
10        MS WU:  Objection to form.
11 BY DR LOEB:
12   Q.    And the purpose of the inventions
13 that are claimed in the asserted '209 and '785
14 Patents was to develop more stable vasopressin
15 formulations, right?
16   A.    This is the aim as it is expressed
17 in the -- yeah, in the beginning of these patents
18 as far as I recall.
19   Q.    Okay. Now, let us see here, okay,
20 you reproduce the asserted claims of the '209
21 Patent on page 12 of your opening report, correct?
22   A.    Yes, there page 12, there is the
23 claim of '209, yes.
24   Q.    So '209 claims are on page 12 and
25 13, and then you reproduced the asserted claims of

Page 44

1  the '785 Patent on -- claims on page 14, yes?
2    A.    Yes, that is correct as well.
3    Q.    Okay. All right. So you reproduce
4  these accurately, I am just trying to save time by
5  not opening the patents again, is that okay?
6    A.    That is okay.
7    Q.    Okay. Now, all of the asserted '785
8  and '209 claims require that the unit dosage form
9  has a pH of 3.7 to 3.9, correct?
10   A.    This is correct.
11   Q.    And I am going to refer to those
12 limitations regarding the pH as the pH
13 limitations, is that okay?
14   A.    It is okay.
15   Q.    Now, to satisfy the pH limitations
16 must the formulation have a pH -- must a
17 vasopressin formulation have a pH of 3.7 to 3.9?
18   A.    Yes.
19   Q.    Okay. And that is what a person of
20 ordinary skill in the art would have understood?
21   A.    When reading these claims, yes.
22   Q.    Okay. Now, you throughout your
23 report use the shorthand, "POSA" for person of
24 ordinary skill in the art, I might refer to,
25 "POSA" at times, would that be okay?

Page 45

1    A.    Very well, yes.
2    Q.    Okay. Now, would a POSA have read
3  the asserted claims as required in the claimed
4  vasopressin formulation to have a pH of 3.7 to 3.9
5  when the product is sold or used?
6    A.    I think this is a -- this is a
7  matter of patent law, not so much an aspect for
8  the person skilled in the art, who is, let us say,
9  confronted with the task to formulate a
10 vasopressin formulation.
11   Q.    Dr Winter, you provide a lot of
12 opinions about how these claims are to be
13 interpreted, do you not? The question is --
14   A.    I was --
15   Q.    -- how does a person of ordinary
16 skill in the art understand the claims? Right? You
17 have offered opinions on that topic, correct?
18   A.    -- yes.
19   Q.    Okay. So I am asking you how one
20 of ordinary skill in the art would understand this
21 particular aspect of the claim language, so let me
22 ask the question again, would a person of ordinary
23 skill in the art read the asserted claims as
24 requiring the claimed vasopressin to have a pH
25 of 3.7 to 3.9 at the time that the product is sold

12 (Pages 42 - 45)

Page 46

1   or used?
2        A.    Yes, but I think this was the --
3   the opinion I tried to express in my just previous
4   answer, is that this might not be, let us say, the
5   only time points where this, let us say, criteria
6   had to be met.
7        Q.    Okay. So let me just -- you say --
8   you answered my question, "yes" and then I think
9   you are saying that there are additional time
10  points that a person of ordinary skill in the art
11  would understand that the claims require the
12  formulation to have a pH of 3.7 to 3.9 beyond when
13  the product is sold or used, is that what you are
14  saying?
15       A.    Yes, because the person skilled in
16  the art as we, I think, have explained in my -- or
17  I have explained in my report is a scientist, and
18  a scientist is not typically educated well in, let
19  us say, legal aspects about exactly when now a
20  criterion of a claim has to be met, be it a point
21  of sale or use or -- and that -- this -- these
22  claims are very silent about whether these
23  criteria have to be met at the beginning of such a
24  formulation being produced over its storage period
25  under certain storage conditions, temperatures and

Page 47

1   so on.
2             And, therefore, to answer your
3   questions just with, "yes" does not, in my
4   opinion, consider these open aspects, therefore, I
5   was adding my concerns or additional comments.
6        Q.    So you do not -- what you are
7   saying is although you provide opinions about the
8   proper interpretation of the asserted claims you
9   do not know how a person of ordinary skill in the
10  art would interpret whether the claims require
11  that the vasopressin formulation have a pH of 3.7
12  to 3.9 when the product is sold or used?
13            MS WU:  Objection to form.
14       A.    Yes, I think this question was so
15  complicatedly phrased I am a bit lost.
16  BY DR LOEB:
17       Q.    Sure, I will try again, you -- you
18  have provided opinions about how a person of
19  ordinary skill in the art would interpret the
20  asserted claims, correct?
21       A.    I am not sure whether you now refer
22  to my expert report or to my last answer when you
23  said I provide opinions.
24       Q.    Well, could be either, but let us
25  just stick with one, let us say you provide

Page 48

1   opinions in your expert reports concerning how a
2   person of ordinary skill in the art would
3   interpret the asserted patent claims, correct?
4        A.    Correct.
5        Q.    Okay, now, despite having provided
6   those opinions you do not know how a person of
7   ordinary skill in the art would interpret whether
8   the claims require the vasopressin have a pH
9   of 3.7 to 3.9 at the time when the product is sold
10  or used?
11            MS WU:  Objection, asked and
12  answered.
13  BY DR LOEB:
14       Q.    Is that correct?
15       A.    I am -- I am lost. I am not in a
16  position to answer that question.
17       Q.    Okay. Let me just -- let me ask it
18  a slightly different way, would a person of
19  ordinary skill in the art have read the asserted
20  claims as requiring the claimed vasopressin
21  formulation to have a pH of 3.7 to 3.9 at the time
22  the product is sold or used?
23       A.    Yes, would understand that.
24       Q.    Okay. Now, would a person have read
25  the asserted claims as requiring the claimed

Page 49

1   vasopressin formulation to have a pH of 3.7 to 3.9
2   at the time that the formulation is manufactured?
3        A.    He might -- yes, he will interpret
4   this as well. And I said before this is what makes
5   the patent claims so unclear to the person skilled
6   in the art as these restrictions, these claimed
7   ranges are -- might apply to many situations such
8   a formulation can encounter, being manufactured,
9   being sold, being applied, being stored, being all
10  of that combined in a way. As -- and at what
11  temperature? It leaves that open.
12       Q.    Is it your opinion that a person of
13  ordinary skill would read the asserted claims as
14  requiring the claimed vasopressin formulation to
15  have a pH of 3.7 to 3.9 both at the time of
16  manufacture and at the time it is sold?
17       A.    Yes, this is -- this is what a POSA
18  would most likely assume.
19       Q.    Okay. And just looking at Claim 1
20  of the '209 Patent, you see that the claim is a
21  method of increasing blood pressure by
22  administering a dosage form?
23       A.    Yes.
24       Q.    All right, is that the time of
25  manufacture, doctor?

13 (Pages 46 - 49)

Page 50

1    A.    No, this is -- the method is
2    referring to an application.
3    Q.    So the unit dosage form is used
4    after the product is sold and when it is
5    administered to a human subject, correct?
6    A.    Yes.
7    Q.    So would not a person of ordinary
8    skill in the art understand that the unit dosage
9    form must have a pH of 3.7 to 3.9 at the time when
10   the formulation is administered?
11   A.    As well, yes.
12   Q.    So just to be very clear, it is
13   your opinion that the asserted claims of the '209
14   Patent and the '785 Patent, the pH limitations
15   must be met at all times from manufacture, through
16   sale, through use all the way to the end of shelf
17   life, is that your opinion?
18   A.    No, I said it is unclear as this is
19   claimed, does not express any guidance for the
20   POSA reading it, whether it is about beginning the
21   application, the start or the end of the shelf
22   life and what not.
23   Q.    Okay.  So your opinion is that it
24   is unclear, is that right?
25   A.    It is unclear with respect to the

Page 51

1    time point where these limitations of pH and
2    impurities have to be met.
3    Q.    Okay.  But you did not present that
4    particular opinion in either of your expert
5    reports, correct?
6    A.    I think I provided an opinion about
7    that with regard to the impurities.
8    Q.    I am asking you about the pH, sir.
9    A.    About the pH?  Maybe not.  I do not
10   recall in detail.
11   Q.    Okay, looking at the claim language
12   again there is a limitation that reads, I am
13   looking at the bottom of page 12 in your opening
14   expert report:
15       "The unit dosage form further
16   comprised impurities that are present in an amount
17   of 0.9 per cent - 1.7 per cent, wherein the
18   impurities have from about 85 per cent to about
19   100 per cent sequence homology to [I am going to
20   spell it out] SEQ ID NO.:  1."
21       Do you see that?
22   A.    Yes.
23   Q.    All right.  And then in the -- on
24   the next page there is claims 2 through 8, which
25   have further limitations relating to specific

Page 52

1    impurities, correct?
2    A.    Correct.
3    Q.    Okay.  And then likewise if you
4    turn to the next page, Claim 1 of the '785 Patent
5    has the same limitation which I just read to you
6    as '209 Claim 1, right?
7    A.    The same limitation regarding the
8    impurities you mean?
9    Q.    Yes.
10   A.    Yes.
11   Q.    Okay.  And then likewise claims
12   '785, 5 and 8 also have some of those more
13   specific impurities limitations, right?
14   A.    I agree.
15   Q.    Okay.  For the remainder of the
16   deposition I am going to refer to all those
17   limitations that we just looked at regarding
18   impurities collectively as the impurity
19   limitations, okay?
20   A.    Okay.
21   Q.    All right, now, -- all right now,
22   just with respect to the impurity limitations, do
23   you understand that for the purposes of your
24   patent validity analysis a prior art product must
25   meet those impurity limitations of the asserted

Page 53

1    claims when that prior art product was on sale, in
2    public use or otherwise publicly available?
3    A.    Otherwise available, yes, I agree.
4    Q.    Okay.  Right, now, looking again at
5    the '209 Patent claims.
6    A.    Okay.
7    Q.    On page 12, the remainder of the
8    limitations that we have yet to look at are
9    directed to the clinical administration of the
10   vasopressin formulation, correct?
11   A.    Correct.
12   Q.    Okay.  And is it okay if I refer to
13   those as the clinical limitations?
14   A.    Okay.
15   Q.    All right.  The '785 Patent does
16   not have any clinical -- the '785 Patent claims do
17   not have any clinical limitations, right?
18   A.    Correct.
19   Q.    Okay.  Now, you yourself are not a
20   clinician, correct?
21   A.    No.
22   Q.    Not a physician?
23   A.    No.
24   Q.    And you are not an expert in the
25   administration of vasopressin products to

14 (Pages 50 - 53)

Page 54

1 patients, right?
2     A.    No, I am not.
3     Q.    And, accordingly, you rely on the
4 opinions of Dr Waxman regarding whether the
5 clinical limitations of the asserted claims were
6 known in the art before the filing of the '209
7 Patent, right?
8     A.    For that aspect I rely on his
9 opinion, yes.
10    Q.    Okay.  So you do not have any
11 independent opinion as to whether the clinical
12 limitations of the asserted '209 claims were known
13 in the art before the filing date of the '209
14 Patent, right?
15    A.    I have, of course, an independent
16 opinion on, let us say, the plausibility of this,
17 let us say, facts and opinions that Waxman has put
18 forward, and at least this in my profession as a
19 pharmacist the formulation expert I can
20 understand, but I have no different opinion of my
21 own.
22    Q.    Okay. Now, the -- you have reviewed
23 the -- well, first of all, you know what a patent
24 specification is, right?
25    A.    Sorry, just acoustically.

Page 55

1     Q.    Sure, you know what a patient
2 specification is, right?
3     A.    Yes.
4     Q.    Okay, the '785 and '209 Patents
5 have substantively identical specifications,
6 correct?
7     A.    Substantially, yes.
8     Q.    And your opinions that the asserted
9 '785 claims are invalid are the same as your
10 opinions relating to the asserted '209 claims,
11 right?
12    A.    Yes.
13    Q.    Bit of a jump, do you have an
14 understanding what a release specification is?
15    A.    A release specification?  Yes, I
16 know.
17    Q.    Would you explain what that is?
18    A.    This is a specification that a
19 pharmaceutical company sets that has to be met by
20 a medical product when it is to be released.  That
21 means what it is ready to be shipped and marketed,
22 brought to the market, and this is a release
23 specification.
24    Q.    Okay.  So I am going to use that
25 term later in the deposition and you can just

Page 56

1 assume that I am applying your definition, okay?
2     A.    Okay.
3        (Clarification by the reporter)
4     Q.    So I am going to ask a few more
5 questions and then we can take a break, and
6 hopefully handle the technical issues that we have
7 been having.
8        You used the term, "ANDA"
9 throughout your reports, correct?
10    A.    Yes, I did.
11    Q.    And, "ANDA" means Abbreviated New
12 Drug Application, right?
13    A.    Right.
14    Q.    And an ANDA is the type of
15 application that a company that wishes to sell a
16 generic drug in United States files with FDA,
17 correct?
18    A.    Correct.
19    Q.    And Amneal has filed two ANDAs
20 regarding vasopressin injection products, correct?
21    A.    Let us clarify what you mean with,
22 "two, is this single dose, a multi-dose product?
23 Do you mean this?
24    Q.    Yes.
25    A.    Okay.  Thank you for this

Page 57

1 clarification.
2     Q.    In fact, I am going to go into a
3 little more detail on exactly that, so just to
4 make it easy if you look at your rebuttal report
5 which is tab number 7.
6     A.    Okay.
7     Q.    And at the very beginning on
8 page 1.
9     A.    Yes, I am there.
10    Q.    Okay.  In paragraph 4 you describe
11 the two ANDAs, correct?
12    A.    Yes.
13    Q.    So Amneal's ANDA 212944 relates to
14 its single-dose product, correct?
15    A.    Correct.
16    Q.    And Amneal's ANDA number 212945
17 relates to its multiple-dose product, right?
18    A.    I agree.
19    Q.    And throughout your report you
20 abbreviated the single-dose product as the SDV
21 product, right?
22    A.    Right.
23    Q.    And the multi-dose product you have
24 abbreviated as the MDV product, correct?
25    A.    Correct.

15 (Pages 54 - 57)

Page 58

1    Q.   So if throughout the deposition I
2  refer to Amneal's vasopressin products or Amneal's
3  ANDA products I mean both Amneal's SDV and MDV
4  products collectively, okay?
5    A.   Okay.
6    Q.   And are you familiar with the term,
7  "RLD"?
8    A.   Yes, just help me for a second,
9  just slipped my mind.
10   Q.   Okay. RLD means reference listed
11 drug, correct?
12   A.   Yes.
13   Q.   And the reference listed drug or
14 RLD is the brand drug that an ANDA applicant
15 refers to in its ANDA application, correct?
16   A.   That is correct.
17   Q.   And for Amneal's vasopressin
18 injection ANDAs the RLD is Par's reformulated
19 Vasostrict®, correct?
20   A.   Correct.
21   Q.   Now, during your preparations and
22 investigations for preparing your opinions in this
23 case at any point have you spoken to any Amneal
24 employees about the subject matter of the case?
25   A.   No, never.

Page 59

1    Q.   So in forming your opinions for the
2  case you had no contact whatsoever with any Amneal
3  employee?
4    A.   No, I did not.
5    Q.   Okay. And so in forming your
6  opinions for the case at no point did you consider
7  it necessary to discuss any factual issues
8  concerning Amneal's proposed vasopressin ANDA
9  products with anyone at Amneal?
10   A.   No, I think I have put it in my
11 expert report where I laid my opinion on, and I
12 did not as in need direct contact.
13   Q.   All right. So you did not have any
14 questions about Amneal's ANDAs or its products
15 that you needed to have answered by Amneal
16 employees, is that right?
17   A.   That is correct.
18       DR LOEB:  Why don't we go off the
19 record and see what we can do about the technical
20 issues.
21       THE VIDEOGRAPHER:  The time is now
22 3.57 pm CET time, and we are going off the record.
23       (Recess taken)
24       THE VIDEOGRAPHER:  The time is 4.16
25 CET time.  We are back on the record.

Page 60

BY DR LOEB:
2    Q.   So I am going to jump back to our
3  discussion of the Lithuanian patent, and I had
4  asked you the question whether the vasopressin
5  claimed in the asserted claims is synthetic
6  vasopressin, you recall that?
7    A.   Yes, I recall that.
8    Q.   Okay. What I would like you to do
9  is look at tab 75, which is not in your binders,
10 but should be in the exhibit share, it is
11 identified as Exhibit Number 6, you see that?
12   A.   Yes, I have it.
13   Q.   Okay. So that is a PDF file that
14 you can navigate through as you like, do you see
15 that it is a hearing transcript dated April 29th,
16 2020, before the Judge Honorable Colm F Connolly?
17   A.   Yes, I can see that.
18   Q.   I am going to represent to you that
19 that is the judge in this case, in case you do not
20 know that, and what I would like you to do is
21 please turn in that hearing transcript to the
22 page that is marked 20.
23   A.   Just a second, okay, I am on
24 page 20 now.
25   Q.   Okay. And do you see at line 19 it

Page 61

1  is identified as, "The Court" speaking?
2    A.   Yes.
3    Q.   Okay, and the court says:
4        "Actually, Mr Rhoad, I am prepared
5  to rule, so let me just cut you off.
6        I have read the papers of the
7  parties and listened to the argument, and I am
8  going to construe vasopressin as consistent with
9  the District of New Jersey as arginine vasopressin
10 as described in SEQ ID [Number] 1."
11       You see that?
12   A.   Yes, I see it.
13   Q.   Okay. Now, I would like you to
14 page forward to page 23.
15   A.   Yes, I am on page 23.
16   Q.   Okay.  And in the first paragraph
17 at line 3 the judge stated:
18       "When describing the vasopressin of
19 the claimed formulations, the written description
20 uniformly refers to it as that in SEQ ID [Number]
21 1. As an example of that, you can see column 61,
22 lines 58 through 67 of the '785 Patent.  Also, the
23 written description's use of the term exogenous is
24 consistent with Par Pharma's proposal because
25 exogenous refers to vasopressin produced outside

16 (Pages 58 - 61)

Page 62

1    of the body and the vasopressin in SEQ ID [Number]
2    1 is synthetic vasopressin."
3         Do you see that?
4         A.   Yes, I see it.
5         Q.   Do you understand that is the
6    court's opinion?
7         A.   That is the court's opinion, but I
8    still not sure that the molecule which is
9    described as sequence ID number 1 is the same as
10   the natural vasopressin.
11        So the court says:
12        "Also, the written description's
13   use of the term exogenous is consistent with Par
14   Pharma's proposal because exogenous refers to ..."
15        So I think it is -- it does not
16   exclude, let me put it that way, that
17   naturally-derived vasopressin is also following
18   sequence ID number 1.
19        Q.   You agree that the claims require
20   the use of Seq ID number 1, correct?
21        A.   Yes.
22        Q.   And you agree that the court held
23   that the vasopressin Seq ID number 1 is synthetic
24   vasopressin, correct?
25        A.   You know this sentence here at line

Page 63

1    7 is not clear to me, this sentence I have to say.
2         Q.   Okay, so you do not know?
3         A.   I need to just to read it again.
4         (Pause for reading)
5    Yes, I have read it five times now, and still I
6    think what is said here by the judge is clear on
7    the one side, but it does not exclude that natural
8    vasopressin contains vasopressin of the kind of
9    sequence ID Number 1
10        Q.   Okay.  So now you are saying that the
11   phrase:  "The vasopressin in Seq ID Number 1 is
12   synthetic vasopressin", which is the judge's
13   opinion, is in some way ambiguous, is that what
14   you are saying?
15        A.   Vasopressin is Seq ID number 1 in
16   the context of the patent is synthetic
17   vasopressin, because through the entire
18   description of the patent under dispute only
19   synthetic vasopressin has been used and is used.
20        So the question -- I am not sure
21   whether the question has been asked by the judge
22   and answered by him -- whether synthetic -- only
23   synthetic vasopressin can contain sequence ID
24   number 1, or if not what I believe is true also
25   natural vasopressin would have the same molecular

Page 64

1    structure which I believe is true because I have
2    seen this in textbooks.
3         Q.   Just -- I do not want to belabor
4    the point, Dr Winter, I understand what you are
5    saying, but if you go back to the previous page,
6    22, at line 17.
7         A.   22, 17, yes.
8         Q.   You see where it says:
9         "Here, defendant argue that, and I
10   quote, [the defendants here would be Amneal]
11   'Par's construction attempt to improperly restrict
12   the meaning of vasopressin to one embodiment
13   discussed in the patent specification, synthetic
14   vasopressin, with a particular amino acid
15   sequence, and exclude naturally-derived
16   vasopressin.  Defendants contend that the detailed
17   description describes vasopressin in terms of its
18   biological origins and [the] role [and role] and
19   also contains multiple references to exogenous
20   vasopressin'.  I find, however, that the written
21   description only notes that vasopressin can
22   naturally occur in humans."
23        And goes on to -- what we have
24   already read, so you would agree that defendants
25   did argue that naturally occurring vasopressin --

Page 65

1    naturally-derived vasopressin should be included
2    and the court explicitly rejected that, did he
3    not?
4         A.   Yes.  I have understood that that
5    means the patent claims only refer to synthetic
6    vasopressin, and natural would not be included in
7    the claims.
8         Q.   Okay.
9         A.   Okay.
10        Q.   So now going back to the Lithuanian
11   patent that we were discussing earlier, which we
12   looked at, the Lithuanian patent does not teach
13   using synthetic vasopressin in the disclosed
14   preparation, correct?
15        A.   No, I think it goes -- it's
16   vasopressin of natural origin purified from
17   natural sources.
18        Q.   So the Lithuanian patent does not
19   disclose the vasopressin which is claimed in the
20   asserted patents, correct?
21        A.   I think these are slightly
22   different things.  I think the judge said the claim
23   thus comprised -- or is only valid for synthetic
24   vasopressin, but the Lithuanian patent describes a
25   molecule that is not formerly described in this --

17 (Pages 62 - 65)

1  or embedded in these claims, but is, essentially,
2  the same, same molecules.  So scientifically it is
3  the same molecule.
4      Q.   Okay.  If I can have you find your
5  opening report, tab 29.
6      A.   Yes, just a second.
7      Q.   I beg your pardon?
8      A.   Yes, I am there.
9      Q.   Oh, okay. And specifically if you
10 could, please, find paragraph 407, which is on
11 page 143 of the opening report.
12     A.   407 on page 143.
13     Q.   So you said:
14          "Given that the marketed
15 vasopressin products - Pitressin, Original
16 Vasostrict®, ███████████████████
█████████████ - all use synthetic vasopressin, it
18 would have been obvious for a POSA to use a
19 synthetic vasopressin as the drug substance in LT
20 '487."
21          Did I read that right?
22     A.   Yes.
23     Q.   Okay. Now, at the time that the
24 Lithuanian patent was filed in 1998, the inventors
25 were aware of vasopressin products that used

1  synthetic vasopressin, correct?
2      A.   I do not know exactly what they
3  were aware of, but it is plausible, yes.
4      Q.   Right, well, let us just nail that
5  down, if you could find the Lithuanian patent
6  again, which is tab 55.
7      A.   Yes.
8      Q.   Exhibit 5 to your deposition.
9      A.   Yes.
10     Q.   And if you would, please, look at
11 the page, it is page 4 of the document, it has the
12 Bates number ending in 6293 on the bottom.
13     A.   Yes, I am on page 4.
14     Q.   Okay. And if you look you see there
15 is a list of conclusions there?
16     A.   Yes.
17     Q.   And item number 3, the last
18 sentence says:
19          "The effect of the drug may be
20 lower in patients who used synthetic vasopressin
21 preparations for an extended period of time."
22          Do you see that?
23     A.   Yes, I see it.
24     Q.   So the inventors of the Lithuanian
25 patent were aware of vasopressin products that

1  used synthetic vasopressin at the time of the
2  filing of the patent application, right?
3      A.   Yes, I agree.
4      Q.   Okay. And at least pitressin and
5  ███████████████ were on the market as of the
6  filing date of the Lithuanian patent in 1998,
7  right?
8      A.   I agree.
9      Q.   Okay. So if it was so obvious to
10 use synthetic vasopressin as the drug substance in
11 the Lithuanian patent, given the marketed products
12 like pitressin and ███████████, why did
13 the inventors of the Lithuanian patent choose to
14 only use animal-derived vasopressin?
15     A.   Well, this is a question I cannot
16 answer. There might have been reasons, cost
17 reasons.  I can only speculate.  I think they are
18 free to do or not to do what they want.  So we
19 have the fact that is the patent as it stands, and
20 why or why not they have used this compound I
21 cannot tell.
22     Q.   Now, in paragraph 407 of your
23 opening report, that is back at tab 29, that is
24 the same paragraph we were just looking at, there
25 is a sentence that spans the page 143 and the

1  next, says:
2          "This is especially true where, as
3  is the case for arginine vasopressin disclosed in
4  LT '487, the naturally-derived peptide and the
5  synthetic peptide have identical peptide sequences
6  and are otherwise chemically identical or nearly
7  identical."
8          So in your opinion are the
9  naturally-derived vasopressin described in the
10 Lithuanian patent and synthetic arginine
11 vasopressin identical or nearly identical?
12     A.   They are identical, with, let us
13 say, one restriction to be scientifically correct
14 as the purity in the Lithuanian patent has not
15 been established to be 100 per cent and,
16 therefore, I think, "nearly identical" would be
17 the correct term.
18          The peptide sequence of the -- of
19 the vasopressin molecule is chemically identical.
20 And I think, you know, if we go into scientific
21 details I think the isotope distribution in, let
22 us say, synthetic vasopressin might be a little
23 bit different from the isotope distribution in a
24 naturally-derived one, therefore, I think, "nearly
25 identical" is the term a scientist might use, but

18 (Pages 66 - 69)

Page 70

1  I think this is a detail that goes beyond the
2  level we need here for this dispute.
3     (Clarification by the court reporter)
4     Q.   Dr Winter, you mentioned
5  impurities, right?
6     A.   I mentioned -- and let me just
7  refresh my memory not to say something wrong --
8  I -- I memorized that in the Lithuanian patent the
9  purity was somewhere -- I cannot find it right
10  away -- but I recall there was 95 per cent purity
11  somewhere. Maybe I am mistaken. Oh, yeah, I think
12  at the end, but I have to make sure that I have
13  not cited that out of context.
14     I think at the end on page 4 it
15  says, beside other stuff, purity of vasopressin is
16  no less than 95 per cent and so on.
17     Q.   So there is no specific information
18  concerning the impurities which are present in the
19  naturally-derived vasopressin used in the
20  Lithuanian patent, correct?
21     A.   Yes. And the information we
22  receive is that it is chromatographically purified
23  vasopressin. And I think not more. And I think
24  this is what made me have this cautious statement
25  in my report that you refer to 2 minutes ago on

Page 71

1  page 144.
2     Q.   So since we do not know the
3  specific impurities that are present in the
4  Lithuanian patent naturally-derived vasopressin we
5  do not know whether those impurities are the same
6  or different than the impurities in the synthetic
7  vasopressin which is described in the asserted
8  patents, correct?
9     A.   We have -- the Lithuanian patent
10  does not provide specific data on such impurities,
11  that is correct.
12     Q.   So we do not know whether the
13  impurities are the same or different or present in
14  different levels as compared to the synthetic
15  vasopressin described in the asserted patents,
16  correct?
17     MS WU:  Objection to form.
18     A.   We -- I think we need to take one
19  assumption first, the molecule, the vasopressin is
20  the same in both cases.
21     Now, the impurities that derive
22  from this molecule by degradation will be the
23  same, whether it is natural or synthetic, so if
24  you would expose such a preparation to the same
25  conditions, in particular pH, degradation would be

Page 72

1  the same.
2  BY DR LOEB:
3     Q.   Dr Winter --
4     MS WU:  Dr Winter, have you
5  finished your answer yet?
6  BY DR LOEB:
7     Q.   -- let me ask you a question --
8     A.   I was supposed to say that there
9  might be impurities that have been there at the
10  beginning at this degradation process I just
11  described, and these impurities, of course, can be
12  different. This was my complete answer.
13     Q.   Okay.  So what you are saying is
14  that the impurities in the starting material,
15  naturally-derived vasopressin on the one hand, and
16  synthetically-derived vasopressin on the other
17  hand, might be different, you do not know?
18     A.   Correct.
19     Q.   Okay. Now, would the impurities
20  present in the vasopressin API differ depending on
21  the animal from which it is derived?
22     A.   What animal? Let me see. Yes, this
23  is theoretically possible.
24     Q.   Okay. Now, the Lithuanian patent
25  does not disclose the specific impurity

Page 73

1  limitations of the asserted claims, correct?
2     A.   The specific ... no, it does not.
3     Q.   Okay. If I could just point you to
4  -- you pointed to a sentence at the very end of
5  the patent, so we are looking at the Lithuanian
6  patent, Exhibit 5, on the page -- page 4, Bates
7  number ending 6293, do you recall -- you read to
8  me, or you paraphrased to me the last sentence on
9  that page, so that sentence refers -- it says:
10     "... it is manufactured from
11  chromatographically pure pharmaceutical
12  material... whose biological activity (purity of
13  vasopressin is no less than 95 per cent)."
14     Right?
15     A.   Yes.
16     Q.   Okay. Now, so that passage is
17  referring to the API starting material that the
18  authors of the Lithuanian patent used in their
19  formulation, right?
20     A.   I think we should take the sentence
21  that -- the complete sentence, and I think it is
22  under conclusions at the end of the patent, and I
23  think it describes what I have learned this to be
24  called a teaching of a patent, that the patent
25  presents preparations that are significantly

19 (Pages 70 - 73)



Page 74

1  superior to existing preparations or to that
2  existing preparation because pharmaceutical
3  activity is increased.
4          And then certain, let us say, yeah,
5  you call that additional aspects are explained
6  like the purity of the starting material.
7      Q.    Thank you. I am going to change
8  topics now, in your experience do pharmaceutical
9  companies apply ordinary rounding principles when
10  reporting pH values?
11      A.    I think this is a too general
12  question. I cannot answer without further, let us
13  say, limitations at what -- in what context.
14      Q.    Well, in regulatory documentation
15  where data is recorded by operators that a certain
16  number of significant digits, and is reported at a
17  lesser number of significant digits, do
18  pharmaceutical companies apply ordinary rounding
19  principles?
20      A.    They sometimes do, but, of course,
21  they are by means, let us say, obliged, or it is
22  mandatory to round. I think you can report
23  whatever values pH may be with the number of
24  digits you have measured them.
25      Q.

Page 75

3      Q.

6

22

Page 76

22      A.    This was very low your voice, I am
23  sorry.
24      Q.    My apologies,

6      A.    That was indirectly my opinion
7  because I think they would apply or adopt these
8  rules as they intend to sell a product in the
9  United States.  And, therefore, this guideline is
10  a helpful one, although it is not, let us say,
11  legally binding.
12      Q.    Okay.

20          If not, you have to explain the
21  grounds why you do otherwise, or the measures you
22  apply otherwise.
23      Q.    Have you ever worked in the
24  analytical department of a pharmaceutical company?
25      A.    No, but I have worked together with

20 (Pages 74 - 77)

Page 78

1   my colleagues in the analytical department for
2   12 years, and I am a cofounder and, let us say,
3   yeah, daily consultant to a company that, yeah,
4   does, let us say, two thirds of its sales with
5   analytics on pharmaceutical products.
6       Q.    Okay. And have you ever been
7   responsible for setting release specifications for
8   a pharmaceutical product?
9       A.    Not personally with my signature,
10  but I have designed such specifications for
11  peptide and protein marketed products in the
12  1990s.
13      Q.    Okay.  Are you aware that Par has
14  provided an expert report from a gentleman named
15  Ronald Stellon, S-T-E-L-L-O-N?
16      A.    Yes, I think I saw this name, but I
17  do not have it, sort of, in front of my eyes, so
18  to say.
19      Q.    Okay.  So just to try to short
20  circuit this a little bit, Mr Stellon's report was
21  filed at the same time as your opening report, so,
22  obviously, you would not have looked at it before
23  you submitted your opening report, but if you look
24  at your rebuttal report, which is tab 7, excuse
25  me, the materials considered is actually tab 9,

Page 79

1   Exhibit 4 to your deposition, there is no mention
2   of Dr Stellon's report, so my question is, have
3   you reviewed Dr Stellon's expert report?
4       A.    I cannot tell. Sorry for that.
5       Q.    Okay. You do not remember having
6   read it?
7       A.    I do not remember. Maybe. Maybe
8   not.
9       Q.    And you agree it is not in your
10  list of materials considered attached to your
11  rebuttal report --
12      A.    Yes, I just was checking that as
13  the materials considered list, whether I have it
14  there, but I cannot find it there.
15      Q.    So you do not have -- you have not
16  offered any opinions in response to Dr Stellon's
17  opinions, correct?
18      A.    No.
19      Q.    You understand that Amneal's
20  product is designated as vasopressin injection
21  USP, correct?
22      A.    What do you mean with,
23  "designated"?
24      Q.    Well, the product is labelled
25  vasopressin injection USP, correct?

Page 80

1       A.    That is maybe I did not take care
2   about the name of the label, but it is plausible
3   what you say.
4       Q.    Okay. Well, let me just show you
5   that it --
6       A.    Yes, that would be helpful.  Thank
7   you.
8       Q.    -- if you, please, turn to tab 25,
9   which is in the second binder.
10      A.    Yes, I am on tab 25.
11      Q.    So tab 25 is a document which is
12  dated ███████████████████████████████████████████
14  ████████████████████████████████████████████
███████████████████████████████████████
17  ███████████                         and this is going to be
18  Exhibit 9 to your deposition.
19          This is Amneal's █████████████,
20  excuse me, let me just start over, this is
21  Amneal's ██████████████████████████████████
███████████                    correct?
23      (Exhibit 9 marked for identification)
24      A.    Correct.
25      Q.    Okay.  And you notice right on the

Page 81

1   first page there is a re line, you see that?
2       A.    What line?
3       Q.    R-E, re. It is the bolded --
4       A.    Yes, yes, sorry, yeah, of course.
5       Q.    -- and there it identifies the SDV
6   product that is vasopressin injection USP,
7   correct?
8       A.    Absolutely correct.  Yeah, yeah. I
9   never, sort of, denied that. I just did not recall
10  the formal name of this ANDA. All fine.
11      Q.    And likewise the MDV product is
12  also named, "vasopressin injection USP", correct?
13      A.    I think so.  So it is maybe some
14  pages later I assume on -- in 26 maybe.
15      Q.    So you cannot answer without seeing
16  the document?
17      A.    No, but I believe that it makes
18  sense, therefore --
19      Q.    Well, all right.  We are going to
20  need this anyway, so let's go ahead and look at
21  tab 26, this is going to be Exhibit Number 10 to
22  your deposition, very similar, ██████████████
███████████████████████████████████████████████
█████████████████████████████████████████████

21 (Pages 78 - 81)

Page 82

1 ████████████████████████
2 ████████████████████████
3         (Exhibit 10 marked for identification)
4         A.    Correct.
5         Q.    And you would agree that the Amneal
6 MDV product is formerly named vasopressin
7 injection USP, correct?
8         A.    Correct.
9         Q.    Now, are you familiar with the
10 requirements for a pharmaceutical company
11 designating a product as USP?
12        A.    I think so. I believe the
13 requirements are that the quality of the product
14 has to fulfill at least the specifications set in
15 the USP specification, or USP description,
16 monography description.
17        Q.    It is not just the monograph, it is
18 by labelling your product as USP you must also
19 comply with the general notices and requirements
20 of a USP, correct?
21        A.    I was not formally aware of these
22 full formal consequences, but this sounds
23 plausible to me, what you said.
24        Q.    Now, turning to the patent claims,
25 am I correct that it is your opinion that the pH

Page 83

1 limitation of the patents-in-suit is 3.7 to 3.9
2 precluding any rounding, is that right?
3        A.    Precluding any rounding?  That
4 means not allowing any rounding? Yes, this is my
5 opinion.
6        Q.    Okay.  And so it is your opinion
7 that POSA would read the pH limitation of the '209
8 and '785 Patents differently than the POSA would
9 research a pH specification in a drug application,
10 is that right?
11        A.    Partly, yes, because a patent is
12 something different than a USP monography or
13 specification.
14        Q.    All right.  Now, why?
15        A.    Why? Because I think for me it is
16 obvious that a patent specification that has been
17 clearly put down as a number without this addition
18 like, "about" or something like that means clearly
19 from this number and above in the example we have
20 here, 3.7 and 2 -- and the number 3.9 sharp and
21 below and nothing else.
22             And in the context of patents,
23 patent claims and patenting, this is very
24 plausible to me why this is the case.
25        Q.    You think as a legal matter ranges

Page 84

1 in patent claims should be read differently than
2 the way that a person of ordinary skill in the art
3 would read a range found in, for example,
4 regulatory documents, is that right?
5        A.    In certain cases, yes.
6        Q.    So if you as a person who is
7 skilled in the pharmaceutical arts read the
8 specification of a range in, say, a regulatory
9 document you would understand that there would be
10 rounding?  Ordinary rounding would apply, correct?
11        A.    Let me restrict my answer to a
12 situation under dispute, which would be a product
13 that is falling under the rules of the USP where
14 we do have rounding rules, and you just explained
15 to me that a product that is labelled as injection
16 so and so USP has to fulfill also the general
17 rules of the USP.
18             If I combined that it says that
19 here the rounding rules of the USP have eventually
20 be applied to specifications.
21             For the patent there is no such
22 framework like the USP.
23        Q.    So you understand that the patent
24 claims should be interpreted from the perspective
25 of a person of ordinary skill in the art, correct?

Page 85

1        A.    Why not? Yes.
2        Q.    And I believe your definition of a
3 person of ordinary skill in the art relevant to
4 the asserted patent claims is that person would be
5 a pharmaceutical formulator, correct?
6        A.    I have set out my definition of a
7 person skilled in the art in my, I think, expert
8 report, and I think that what you said partly
9 describes, or is congruent, in part, with my
10 definition, yes.
11        Q.    And those persons of ordinary skill
12 in the art would be familiar with the ordinary
13 rounding rules as they are applied to drug
14 specifications, correct?
15        A.    After this experience I asked for,
16 yes.
17        Q.    Now, if I can have you look at your
18 rebuttal report, which is the one that is at tab
19 7.
20        A.    Okay, I am there.
21        Q.    And in particular can I have you
22 look at paragraph 50, please?
23        A.    Paragraph 50, page 22.
24        Q.    And in particular you -- in
25 paragraph 50 you point to Par's June 28th, 2017

22 (Pages 82 - 85)

Page 86

1  amendments to the claims, both in the '209 and
2  '785 file histories, right?
3       A.    What part of this paragraph are you
4  referring to?
5       Q.    Yes, I am just -- I am looking at
6  the top of page 23.
7       A.    Okay.
8       Q.    Do you have the question in mind?
9       A.    Whether I made reference to this
10  June 28th amendment to the claims?
11      Q.    Yes.
12      A.    Yes, I agree.
13      Q.    Okay.  And before these particular
14  amendments were made, the claims expressed a pH
15  range of 3.75 to 3.85, correct?
16      A.    Yes.
17      Q.    And then do you know whether -- and
18  then that was changed to 3.7 and 3.9, right?
19      A.    Yes.
20      Q.    Okay.  Now, do you know whether the
21  claims were otherwise identical at the time that
22  that change was made, or were other changes made
23  as well?
24      A.    I do not recall.  I need to look
25  that up. This file history is huge. I am just not

Page 87

1  sure.
2       Q.    Okay.  We can do that. That would
3  be tab 72 I think, I am not sure if that is one
4  you have in your book or not. Do you have a tab 72
5  in your book?
6       A.    Let me just check. No, it is -- I
7  think we need to go to this electronic system.
8       Q.    So while Mr Greene is doing that I
9  will just do the formalities here, this is Exhibit
10  Number 10, I believe, is that right?
11            THE COURT REPORTER:  11.
12      (Exhibit 11 marked for identification)
13  BY DR LOEB:
14      Q.    Exhibit Number 11 to Dr Winter's
15  deposition is a Response to Non-Final Office
16  Action. It is dated, I hope the dates will make
17  sense, it is dated June 28th, 2017, and that is
18  PAR-VASO-0005809 through 819, and you agree that
19  the -- this is the amendment that you discussed in
20  paragraph 50 of your rebuttal report, right?  Or
21  one of the two?
22      A.    Yes, I think just check the
23  numbers, but it looks like ... the document has
24  this 702502 at the end.  I cannot find this number
25  on this page 23 of my declaration right away.

Page 88

1       Q.    I am sorry, do you see that --
2       A.    Yeah, I found it.  We can shorten
3  it. I found the application number, I can agree.
4       Q.    -- okay. All right. So if you
5  look ... if you look at page 2 of the document
6  that has the Bates number 5810?
7       A.    Yes, I am there.
8       Q.    Okay. All right.  My computer
9  system does not like this Egnyte! Okay. Okay.
10           Do you see that there is a claim
11  16?
12      A.    I see it.
13      Q.    Okay, and Claim 16 is the one where
14  the pH was amended from 3.75 to 3.85 to 3.79 to --
15  my apologies, I read that wrong, it was a -- the
16  pH limitation was amended, correct?
17      A.    Correct.
18      Q.    Okay.  Do you see that the
19  impurities limitation was also changed at the same
20  time?
21      A.    I see that.
22      Q.    So the change in the pH was not the
23  only amendment that was made to the scope of the
24  claims at that time, correct?
25      A.    That is correct.

Page 89

1       Q.    And the pH limitation was
2  broadened, correct?
3       A.    Yes.
4       Q.    You state in your report that:
5           "Not only does this demonstrate
6  that the claim range would begin at 3.7, end at
7  3.9, but also that the scope of this range is
8  nowhere near a pH of 3.6."
9           That is your opinion?
10      A.    Yeah, that is part of my report.  I
11  recall that.
12      Q.    How does our broadening the pH
13  limitation of the claims have any impact on
14  whether or not 3.7 and 3.9 would include rounding?
15      A.    I think what is clear from this
16  amendment of the pH range is that Par is aware
17  that you could express these pH values with two
18  digits after the comma, after the decimal point,
19  sorry, 3.75.
20           So if they mean this, let us say,
21  3.7 to 3.9 to mean 3.65 to 3.95 they would write
22  it down, and, therefore, I think now expanding the
23  range to 3.7 to 3.9 shows me that they exactly
24  know what they want to do to set this range
25  exactly to these limits.

23 (Pages 86 - 89)

Page 90

1      Q.    So what they actually did is they
2  removed a -- the hundredth digit, correct?
3      A.    They did not remove the hundredth
4  digit because for, let us say, the even, so to
5  say, number there was no, sort of, second digit
6  necessary.
7      Q.    I am sorry, I did not understand
8  your answer. Could you --
9      A.    My answer was that mathematically
10 3.7 is the same as 3.70 and, therefore, they did
11 not need to use the second digit after the decimal
12 point to express the sharp end of the claim
13 limitation.
14     Q.    -- so hold on a second, it is your
15 opinion that the mathematical expression 3.7 is
16 the same as the mathematical expression 3.70 in
17 the eyes of an ordinary skilled artisan?
18     A.    Mathematically it is the same.
19     Q.    So -- but you have also opined that
20 when ████████████████████████████████████
21 ███████████████████, correct?
22     A.    Yes, I recall what you are saying,
23 that maybe this tightening was not language wise
24 perfectly correct maybe.
25     Q.    ████████████████████████████████

████████████████████████████████████ ██████
██████████████████████████
3      A.    At that point I think we need to
4  come back to rounding, and as we discussed earlier
5  that in the context of a product that is named
6  according to USP monography, and in the context of
7  what you explained to me that the USP rules apply,
8  this rounding is obvious, or became obvious to
9  Amneal, and I think they wanted to make that more
10 clear what to do and what not to do, and this for
11 me is nothing to do with this patent language
12 here, or this patent specification in the claim we
13 have in front of us.
14     Q.    So it is my understanding that when
15 you express a decimal with a zero at the last
16 place, the smallest place, that means that that is
17 a significant digit in your measurements, is that
18 not correct?
19     A.    I agree to that general statement.
20     Q.    Okay. So if you say 3.6 you are
21 saying that the measurement is significant to the
22 tenths, whereas if you say 3.60 then you are
23 saying that measurement is significant to the
24 hundredths, correct?
25     A.    This may well be, but had nothing

Page 92

1  to do with a patent claim.
2      Q.    That was not my question, sir, I
3  was just asking you, there is a difference between
4  the expression 3.6 -- well, let me put it this
5  way -- there is a difference between expressing a
6  number as having 2 digits on the right-hand side
7  of the decimal, versus expressing it as one digit
8  on the right-hand side of the decimal, correct?
9      A.    There may be a difference. You
10 know, there are -- thousands of such numbers are
11 written down the moment we speak, and some of them
12 use that with this context you explained like
13 putting this number of decimals after the decimal
14 point with a certain message, and others just do
15 not do because they do not consider that aspect at
16 that moment, but mathematically they are the same.
17     Q.    So a person of ordinary skill in
18 the art would understand that in normal scientific
19 procedure the number of decimals which -- in which
20 measurements are expressed represents the last
21 significant digit of the measurement, correct?
22     A.    When you display measurements then,
23 yes, but we allow rounding. We are not, let us
24 say, obliged to round, we can round.
25          So I think in particular look at me

Page 93

1  as a professor who is supervising students, so we
2  talk about that like here I want rounding here, I
3  would not accept rounding, here it is appropriate,
4  here it is not.
5          I think one has to have a silent or
6  an outspoken agreement on that particular aspect
7  to just try to, let us say, simplify it.
8      Q.    Now, could you just, so the record
9  is clear, explain what is meant by a significant
10 digit?
11     A.    Significant digit --
12          MS WU:  I did not hear.
13     A.    -- I did not use that term, I
14 believe.
15 BY DR LOEB:
16     Q.    Well, I used the term and you seem
17 to have accepted it, so I assumed you know what it
18 meant?
19     A.    Okay, so then I think we need to go
20 to a measurement device, and a measurement device,
21 sort of, delivers numbers, and the significant
22 numbers or digit is the number where the
23 measurement device can reliably measure something
24 which is robust and accurate and precise.
25          So this is an aspect of, let us

24 (Pages 90 - 93)

Page 94

1  say, taking scientifically valid measures.  But
2  that has, again, nothing to do with a patent
3  specification.
4      Q.    So beyond -- if numbers are
5  expressed beyond the last significant digit then a
6  person of ordinary skill in the art would
7  understand that such values are not reliable past
8  the last significant digit, is that right?
9      A.    Correct.
10     (Clarification by the reporter)
11         DR LOEB:  Why don't we take a
12 break, Dr Winter, is that all right with you?
13         THE VIDEOGRAPHER:  The time is now
14 5.25 pm CET.  We are going off the record.
15         (Recess taken)
16         THE VIDEOGRAPHER:  We are back on
17 the record.  The time is 5.45 pm CET.
18 BY DR LOEB:
19     Q.    I am going to introduce another
20 exhibit, it should be in your exhibit share as
21 Exhibit Number 12, do you see that?
22     (Exhibit 12 marked for identification)
23     A.    Just a second, there it is.
24     Q.    This is going to be Exhibit Number
25 12 to your deposition, it is a US patent number

Page 95

1  6,238,664, and you are an inventor on this patent,
2  correct?
3      A.    That is correct.
4      Q.    So you are familiar with this
5  patent and what it claims, right?
6      A.    Yes, I am.  Although it is 20 years
7  ago.
8      Q.    Sure.  Can I please have you look
9  at the claims?
10     A.    Okay, let me just scroll down,
11 yes, I am there.
12     Q.    If you notice claim number 1, I
13 only want to focus on the limitation relating to
14 pH, which is the solution being buffered at a pH
15 from 6 to 8 with a potassium phosphate buffer in a
16 concentration of from 10 to 300 mM per liter in
17 the solution, do you see that?
18     A.    Yes, I see it.
19     Q.    So your patent claims a solution
20 with a particular range of pHs, correct?
21     A.    Under others, yes.
22     Q.    And that -- that pH is expressed as
23 the range from 6 to 8, right?
24     A.    That is correct.
25     Q.    So would an ordinarily skilled

Page 96

1  artisan interpret your patent claim, which says a
2  pH from 6 to 8 as meaning from 6 to 8 with
3  absolutely no rounding?
4      A.    I do not know. I think if you go
5  down further in Claim 5 there is -- pH is
6  expressed more precisely, and, in my opinion,
7  it -- context is always important, and although I
8  do not recall any -- each and every detail of this
9  patent I think it is not now the very precise pH
10 that is part of novelty and inventiveness and what
11 else may be important for a patent.
12         In general, to answer the question,
13 I am aware that I owe you a clear answer, first of
14 all, I think the person skilled in the art would
15 read the pH from 6.0 to 8.0.
16     Q.    Okay.  So just make sure I
17 understand you, you think that a person skilled in
18 the art would understand the pH limitation in your
19 patent claim which says a pH from 6 to 8 as not
20 allowing any rounding which would permit pHs
21 slightly lower than 6 or higher than 8?
22     A.    In the first instance here, no.
23     Q.    So are you saying that there is a
24 general rule in reading patent claims, that when
25 you see a range no rounding is to be permitted?

Page 97

1          MS WU:  Objection,
2  mischaracterizes.
3      A.    So now generally speaking, trying
4  to answer your question about ranges in patents,
5  in general I think when ranges are expressed in
6  numbers in patents without additions like, "about"
7  or other wordings that "relitivate" the numbers
8  they have to be interpreted as they stand, meaning
9  above or below a certain number is outside,
10 respectively inside a claimed range.
11 BY DR LOEB:
12     Q.    Okay.  Now, was that a legal
13 instruction that was provided to you by your
14 counsel?
15         Or is that something that you
16 understand as a person of skill in the art?
17     A.    As I understand as a person skilled
18 in the art, and as you, sort of, honored me
19 with this -- to remind me of this own patent I am
20 a, let us say, inventor on many patent
21 applications, and this is what I have learned in
22 my, let us say, experience in years of business,
23 and I did not need, let us say, instructions
24 from the ...
25     Q.    So you consider yourself a person

25 (Pages 94 - 97)



Page 98

1 of ordinary skill in the art -- in the art of
2 reading patent claims?
3       MS WU:  Objection,
4 mischaracterizes.
5       A.    I spoke about myself and how my
6 opinion is -- why my opinion is strong at that
7 point and not, sort of, insinuated by lawyers.
8       To answer your question in a
9 general mode, the POSA under my definition with
10 this PhD and two years, or not a PhD, masters
11 degree and 5 years, at least in the context of
12 formulating pharmaceutical formulations in a
13 competitive environment also needs to learn, or
14 should learn this, let us say, basics of patent
15 reading.
16       At least under my supervision he or
17 she would learn that.
18 BY DR LOEB:
19       Q.    Okay, so it is your -- it is your
20 opinion that the POSA as defined in this case
21 would understand the basics of patent reading, is
22 that right?
23       A.    In our case here under this, yes,
24 the basics of patent reading, the POSA must
25 understand.

Page 99

1       Q.    Okay. Can I have you, please, find
2 tab 25 again, that is Exhibit Number 9 to your
3 deposition.
4       A.    25?
5       Q.    Yes.
6       A.    It is the Amneal response?
7       Q.    Correct.
8       A.    Number 9, yes, I am there.
9       Q.    I am sorry, I just have to find the
10 right page.  Just take me a second. So we looked
11 at this before,
13       A.    Correct.
14       Q.    Could I, please, have you turn
15 to -- it is page 61 of the document, it has also
16 got the Bates number ending in 446.
17

Page 100

6       A.    Yes.
7       Q.    Actually I am sorry, I am pointing
8 you to the wrong place for the question that I
9 wanted to ask. My apologies. Let me come back to
10 that when I find the right page.  I am going to
11 change subjects and come back to that.
12       A.    Okay.
13       Q.    All right, well, actually, you
14 know, it is funny, it is the next thing in my book
15 if I were to look,

3       A.    Mmm hmm.
4       Q.    Please answer "yes" or "no".
5       A.    Yes, I am sorry, I was still
6 reading. Forgive me. Yes, I agree.
7

21

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830



Page 102

1 ████████████████████████████
2 ████████████████
3      Q.    Yes.
4      A.    Okay.
5      Q.    And that is what they did, right?
6      A.    Yes, but they might have done that,
7 but I do not see a report directly at that
8 paragraph, or like we did that and the result is
9 the following. I do not see it here.
10     Q.    Well, we are getting to that. If
11 you could turn forward to the page numbered 70
12 (sic) or 118, it has also got the Bates number
13 445, ending in 445?
14     A.    Yes, I am there.
15 ██ ████████████████████████
16 ██ ████████████████████████
17 ██ ███████████████████
18 ██ ██ ████████████████
19 ██ █████████████████████
20 ██ ███████████████████████████
21 ██ ██████████████████
22 ██ █████████████

Page 104

1      A.    I think this is a bit abbreviated
2 description of the storage period. It is 24 months
3 at refrigerator temperature, as far as I recall.
4 And within that period up to 12-month at room
5 temperature. ████████████████████
6 ██ ███████████████████████
7 ██ █████████████████████ .
8      Q.    ███████████████████████████
9 ██ ██████████████████████████████
10 ██ ██████████████████████████
11 ██ ████████████████
12     ██ ██ █████████████████████████
13 ██ ██████████████████████████████
14 ██ █████████████████████████████████
15 ██ █████████████████████████
16 ██ █████████████████████████
17 ██ ████████████████████████████
18 ██ ██████████████████████████?
23     A.    Yes, but I do not have these
24 numbers in mind, so if you want to ask me details
25 we have to go to this study.

Page 103

1 ██ ██ ██████████████████████
2 ██ ████ ████████████████
3 ██ ████ ████████████████████
4 ██ ███████████████████████
5 ██ █████████████████████
6 ██ ██████████████████████
7 ██ ████████████████
8 ██ █████████████████████
9 ██ ██████████████████████████
10 ██ ██████████████████████████
11 ██ ███████████████████████
12 ██ ████████████████████████
13 ██ ██████████████████████
14 ██ █████████████████████
15 ██ ██ ████████████████
16 ██ █████████████████████
17 ██ ██ █████████████████
18 ██ ████████████████████
19 ██ ███████████
20          MS WU:  Objection to form.
21     A.    I agree.
22 BY DR LOEB:
23     Q.    Now, reformulated Vasostrict® is
24 approved for up to 12 months at room temperature
25 storage, correct?

Page 105

1      Q.    Sure. Well, so, for example ... if
2 you just turn to the page ending in 63 of the ██
3 ████████████ that we were looking at?
4      A.    Page 63?
5      Q.    Yes.
6      A.    It is a table --
7      Q.    Yes.
8      A.    ███████████████████
9 ██ █████████
10 ██ ████████████████████████████
11 ██ ██████████████████
12 ██ ████████████████████
13     A.    Yes.
14     Q.    And the RLD is Par's reformulated
15 Vasostrict®, right?
16     A.    Yes, yes, it is.
17     Q.    Right, now, just before that, so I
18 am looking on the pages 61 and 62████████████
19 ██ ████████████████
20     A.    Yes.
21     Q.    That is in the right-hand column of
22 the table that bridges pages 61 and 62?
23     A.    Yes, it is.
24 ██ ██ ██████████████████
25 ██ ████████████████████████

27 (Pages 102 - 105)



28 (Pages 106 - 109)



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830



Page 118

Page 120

1    Q.    Okay. If I could just have you
2 quickly look at -- well, let me just introduce the
3 document a little more formally, this is the
4 deposition of Hardik Joshi from November 25th,
5 2020. It should have the Exhibit Number 13. And I
6 would like you to turn, please, to page 141.
7    (Exhibit 13 marked for identification)
8    A.    Sorry?
9    Q.    So there is a lot of page numbers
10 on here. I am sorry. So it would be page 36 of the
11 document, which has 4 pages on it, including
12 page 141?
13    A.    Yes.
14    Q.    And you see I asked Mr Joshi the
15 same question I just asked you, at line 22:

22    MS WU:  Objection to the extent you
23 are taking credit for Mr Goldberg!

Page 119

9    Q.    Doctor, you reviewed the July 23rd,
10 2020, deposition transcript of Mr Joshi, correct?
11    A.    Yes.
12    Q.    And let us have a look at that,
13 that is tab 15 in your second binder, the same
14 binder that we have just been looking at.
15    A.    Yes, I am just flipping pages,
16 deposition of Hardik Joshi, November 25, 2020.
17    Q.    Okay, so Mr Joshi is a deputy
18 general manager of Amneal, correct?
19    A.    I did not know his position, so
20 maybe I accept that. I have to look it up.
21    Q.    Okay. You understand that Mr Joshi
22 was the person that Amneal designated to testify
23 on its behalf regarding the development of its
24 ANDA products, right?
25    A.    Yes, I understand that.

21    Q.    So we have 20 minutes before I
22 think you would like to stop, is that right?
23    A.    That is correct.  Thank you for
24 appreciating that.
25    Q.    So I will endeavor to end as close

31 (Pages 118 - 121)

Page 122

1  to the hour as I can.  Forgive me if I have -- run
2  over a minute or two and then we will reconvene
3  tomorrow.
8  A.    Yes, I recall that.
9  Q.    And I am just going to talk about
10 those 3 exhibit batches from the SDV application,
11 and the 3 exhibit batches from the MDV application
12 all together as the original exhibit batches,
13 okay?
14 A.    Okay.
15 Q.    Now, the original exhibit batches
16 are representative of the product that Amneal
17 intends to market, right?
18 A.    This is the idea of such
19 registration batches, yes.
20 Q.    Put another way the 6 original
21 exhibit batches are reflective of the product that
22 Amneal intends to market, right?
23 A.    It was very low. You said they are?
24 Q.    Reflective of the product that
25 Amneal intends to market?

Page 123

1  A.    Yes, they -- I think the term,
2  "reflecting" is, yeah, maybe what -- not what I
3  would have chosen because --
4  Q.    Doctor, it is --
5  A.    -- looking into the future in the
6  way that these batches are now first, and then
7  what comes is to the future, so they are
8  representative.  I think this is the term also the
9  FDA in the guidelines use.
10 Q.    -- you used the term, "reflective"
11 in your report, do you now prefer --
12 A.    Thank you for that.
13 Q.    -- you do not like that term any
14 more?
15 A.    No, I -- you know, what -- it is
16 not my mother language so here and there I
17 improve.
18 Q.    So Amneal's commercial batches will
19 be manufactured in the same way as the exhibit
20 batches, right?
21 A.    Yes.
22 Q.    And those 6 original exhibit
23 batches are the only exhibit batches for which
25 right?

Page 124

1  A.    I do not know. I think this is the
2  one I have seen. If there is more I do not yet
3  know.
14 A.    Oh, I have to look that up because
15 the time --
16 Q.    Sure. Sure. So if you would look,
17 please, at tab 7, which is your rebuttal report?
18 A.    Just a second.
19 Q.    And in particular you could look at
20 paragraph 36.
21 A.    Paragraph 36, page 14.
22 Q.    Right. Would you like me to ask the
23 question again?
14 Q.    We can come back to this issue,
15 doctor, I do not want to waste time looking for
16 that.
17 Let me move on to a slightly
18 different thing, hopefully I can finish it in the
19 10 minutes we have. Okay.



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830



Page 126

2      Q.    If you just -- just to refresh your
3  recollection -- look at paragraph 43 of the report
4  that you have open in front of you.
5      A.    Yes, 43, page 20.

Page 129

19     A.    -- not immediately.
20     Q.    Never?
21     A.    No, there is a clear will
22  expressed, and this instruction has been handed
23  over to the FDA as far as I understand.  And if
24  this will is now continuously neglected by action
25  taken by the, let us say, manufacturing people

33 (Pages 126 - 129)



Page 130

1  this will show up in the reports, and for that
2  reason the quality assurance department, at least
3  this is what the POSA would think about, would
4  interfere with that behavior that you just
5  proposed, and they would not interfere at the end
6  at, say, of a year's report period, they would
7  interfere from the beginning not to let that
8  happen to act against the clear will of this
9  manufacturing instruction.  This is how I see the
10 situation.

23 BY DR LOEB:
24      Q.    Just because we are running out of
25 time may I interrupt you, I am sorry, I just

Page 131

1  want -- I do not want to have to carry on with
2  this tomorrow, I am not asking about how you think
3  the -- what the operator would do faced with this
4  instruction, I am asking you what is

11      MS WU:  Objection to form, asked
12 and answered multiple times.
13      A.    -- I have to answer?
14      DR LOEB:  Yes, please.
15      A.    Okay, formerly it is possible that
16 this batch moves on.  I have said several times it
17 is against the expressed teaching of the
18 manufacturing instruction and it will not happen
19 continuously or on average.
20      I might illustrate just to round
21 that up by an example like for a tablet where the
22 assay is allowed to be 95 to 105 per cent, if a
23 company and the manufacturing department would
24 produce repeatedly always tablets with
25 104.something content this is -- this is not okay

Page 132

1  because there is means and measures and clear
2  expectations how to do things to meet a target.
3      So I have answered your question
4  with, yes, this is theoretically possible, but it
5  cannot be used to construct a picture that this is
6  happening, sort of -- is driving the average --
7      Q.    Now, under the --
8      A.    -- accepting this longer answer.
9      Q.    -- I am sorry?
10     A.    Accepting this longer answer.

16     A.    You ask would they send off a
17 report to FDA?
18     Q.    Yes.
19     A.    Typically not. I think they have to
20 treat -- to deal with this situation on their own.
21 You would not immediately send out report to the
22 FDA. This is not my understanding of quality
23 assurance and quality control.

4      A.    We have to now -- first we were at
5  the moment discussing the
point if we assume -- if we take your example that
7  the batch rolls on through the next steps of
8  manufacture this would be discovered later, and at
9  the point where it would be discovered this is
10 when the qualified person studies the batch record
11 which contains besides that many, many other data.
12 And at that point in time he or she
13 will also see the
14

21 This can happen.

Page 134

2       MS WU:  Objection to form.
3       A.    It would most likely be released by
4   a qualified person, as I said, in addition to that
5   this person, together with the quality assurance
6   and the head of manufacture, would review that to
7   make sure that this is not, let us say, the --
8   what happens on a regular basis because it does
9   not fulfill the teaching of the manufacturing
10  instruction.
11      DR LOEB:  All right, doctor, I
12  think I will let you go.  Thank you for allowing
13  me to go a little bit over.  And we will see you at
14  the same time tomorrow.
15      Q.    You understand that the deposition
16  is continuing, and, accordingly, you are not
17  permitted to discuss the subject matter of this
18  deposition with your counsel, you can assume that,
19  essentially, you are still in the deposition, do
20  you understand?
21      A.    Yes, this is understood and will be
22  kept.  And thank you for the good atmosphere.
23      DR LOEB:  Okay, well, we will see
24  you tomorrow.
25      THE WITNESS:  See you then.  Have a

Page 135

1   good day.
2       MS WU:  Good night.
3       DR LOEB:  We can go off the record.
4       THE VIDEOGRAPHER:  The time is now
5   7.06 pm CET time and we are going off the record.
6       THE COURT REPORTER:  May I get the
7   order on the record?  I was told you both wanted a
8   rough, is that right?
9       DR LOEB:  Yes, please.
10      MS WU:  Yes, if you are working on
11  it I will take it.
12      THE COURT REPORTER:  I was told it
13  was regular delivery of the transcript.
14      DR LOEB:  We will get back to you
15  on that tomorrow.
16      MS WU:  Yes, please.
17      (Deposition concluded at 7:08 pm CET)
18
19
20
21
22
23
24
25

Page 136

1           CERTIFICATE OF WITNESS
2
3
4
5
6       I, Dr. Gerhard Winter, am the
7   witness in the foregoing deposition. I have read
8   the foregoing deposition and, having made such
9   changes and corrections as I desired, I certify
10  that the transcript is a true and accurate record
11  of my responses to the questions put to me on
12  Tuesday, December 8th 2020.
13
14
15
16
17  Signed_____
18      Dr. Gerhard Winter
19  Dated this _____ day of_____ 2020
20
21
22
23
24
25

Page 137

1       CERTIFICATE OF COURT REPORTER
2
3       I, Pamela E. Henley, Court Reporter,
4   do hereby certify that I took the stenotype notes
5   of the foregoing deposition and that the
6   transcript thereof is a true and accurate record
7   transcribed to the best of my skill and ability
8       I further certify that I am neither
9   counsel for, related to, nor employed by any of
10  the parties to the action in which this deposition
11  was taken, and that I am not a relative or
12  employee of any attorney or counsel employed by
13  the parties hereto, nor financially or otherwise
14  interested in the outcome of the action.
15
16  Dated: Monday, December 14, 2020
17
18
19
20
21  _____
22      Pamela E. Henley
23
24
25

35 (Pages 134 - 137)

Page 138

1  Huiya Wu, Esquire
2  hwu@goodwinlaw.com
3         December 14, 2020
4  Par Pharmaceutical Inc Et Al v. Amphastar Pharmaceutical Et Al
5     12/8/2020, Dr. Gerhard Winter Vol. 1 (#4358187)
6     The above-referenced transcript is available for
7  review.
8       Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-midatlantic@veritext.com
16
17  Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25

Page 140

1  Par Pharmaceutical Inc Et Al v. Amphastar Pharmaceutical Et Al
2  Dr. Gerhard Winter Vol. 1 (#4358187)
3         ACKNOWLEDGEMENT OF DEPONENT
4     I, Dr. Gerhard Winter Vol. 1, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____   _____
12  Dr. Gerhard Winter Vol. 1            Date
13  *If notary is required
14         SUBSCRIBED AND SWORN TO BEFORE ME THIS
15  _____ DAY OF _____, 20___.
16
17
18  _____
19  NOTARY PUBLIC
20
21
22
23
24
25

Page 139

1  Par Pharmaceutical Inc Et Al v. Amphastar Pharmaceutical Et Al
2  Dr. Gerhard Winter Vol. 1 (#4358187)
3       E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____   _____
24  Dr. Gerhard Winter Vol. 1            Date
25

36 (Pages 138 - 140)

[0.01 - 3]

**0**

**0.01**  111:15
**0.5**  107:10,16
**0.9**  51:17
**00000114**  5:1
**0000114**  37:9
**0000232**  5:3 37:20
**0005809**  87:18
**0009**  80:17
**002032**  7:17
**04**  76:14

**1**

**1**  4:9 7:12 10:25
  11:2 20:13 21:14
  33:21 34:6 38:16
  38:25 39:1,8,9
  49:19 51:20 52:4
  52:6 57:8 61:10
  61:21 62:2,9,18,20
  62:23 63:9,11,15
  63:24 95:12
  115:16 128:13
  138:5 139:2,24
  140:2,4,12
**1.0**  108:8 111:21
  112:3
**1.01**  111:25
**1.6**  108:4
**1.7**  51:17
**10**  5:8 81:21 82:3
  87:10 95:16
  104:20 125:19
**100**  51:19 69:15
**10018**  3:15
**104**  126:21,23
**104.something**
  131:25
**10474**  137:20
**105**  131:22

**11**  4:10 5:12 87:11
  87:12,14
**118**  102:12 108:17
  114:11,12
**11th**  11:20
**12**  4:13 5:16 30:25
  43:21,22,24 51:13
  53:7 78:2 94:21
  94:22,25 102:23
  103:18,24 104:4
  104:14 109:7,13
  109:21 111:2,16
  111:24 112:10,19
  113:7,19
**12/8/2020**  138:5
**120**  5:19
**13**  5:17 9:12,16
  27:15 43:25 120:5
  120:7
**14**  44:1 124:21
  137:16 138:3
**1400**  2:15
**141**  120:6,12
**143**  34:1,2 66:11
  66:12 68:25
**144**  71:1
**15**  27:8 119:13
**1503**  80:13
**16**  27:3,4 88:11,13
**17**  27:5 64:6,7
**18**  1:4 7:17 26:25
  27:3 28:15,20
  29:7 30:4,20
**19**  60:25
**19104-2808**  3:4
**197**  5:1 37:10
**198**  11:12
**1990s**  32:22 78:12
**1998**  66:24 68:6
**1999**  26:11,17

**1:02**  1:18

**2**

**2**  4:11 12:8,9,20
  16:21 51:24 70:25
  75:15 83:20 88:5
  92:6 107:21
  117:18 120:18,18
  125:20
**2.0**  107:22,24
**2.02**  7:2
**2.5**  120:18 121:18
  124:13
**2.50**  75:1 120:18
  121:18
**2.52**  36:10
**20**  60:22,24 95:6
  121:21 126:5
  140:15
**2009**  27:23
**2015**  27:6
**2017**  5:14 26:22
  27:7,24 28:4,9
  39:14 85:25 87:17
**2019**  17:4
**2020**  1:17 4:24 5:6
  5:10,19 7:3 11:20
  22:5,9 60:16
  80:12 81:23
  119:10,16 120:5
  136:12,19 137:16
  138:3
**2032**  1:5
**209**  27:24 28:4
  34:6 37:12 38:5
  39:1,9,18,21 43:13
  43:20,23,24 44:8
  49:20 50:13 52:6
  53:5 54:6,12,13
  55:4,10 83:7 86:1
**21**  4:15

**212.459.7270**  3:16
**212944**  57:13
  80:16
**212945**  57:16
**215.994.2143**  3:5
**22**  64:6,7 85:23
  120:15
**23**  61:14,15 86:6
  87:25
**23rd**  119:9
**24**  4:18 100:25
  104:2,5 112:24
  123:24
**25**  5:18 41:13,14
  80:8,10,11 99:2,4
  119:16
**25th**  120:4
**26**  4:21 81:14,21
**26th**  26:17
**28th**  85:25 86:10
  87:17
**29**  5:6,10 10:24,25
  20:14 27:13 33:21
  41:12 66:5 68:23
**2929**  3:3
**29th**  4:24 60:15
  80:12 81:23
**2:02**  1:18
**2nd**  22:4,9

**3**

**3**  4:14 10:23 21:13
  21:17,18 27:13
  33:23 38:16 61:17
  67:17 75:14
  102:24 103:7
  104:7 107:17
  109:17 112:17
  113:7,19 121:4
  122:6,10,11
  126:22

**3.0**   114:16,23 133:23

**3.16**   36:14

**3.30**   114:17,24

**3.4**   127:11,15,25 128:18 130:21 133:6

**3.40**   126:9 130:14 131:10

**3.42**   130:22

**3.48**   129:1

**3.5**   126:13 127:21 129:6

**3.5.**   121:4 127:16

**3.50**   117:23 126:9 128:1,12 129:10

**3.50'.**   127:3

**3.50.**   76:12 128:8

**3.52**   129:1

**3.57**   59:22

**3.59**   129:14

**3.6**   76:14 90:20 91:1,20 92:4 113:23 114:16,23 115:20 116:9 118:10,12,18 119:3 121:18 127:12,15,25 130:21 133:6,17

**3.6.**   89:8 128:19

**3.60**   75:1,24 76:3 90:21 91:1,22 113:23 114:17,24 115:20 118:10,18 118:23 119:4 121:18 126:9 130:14 131:10 132:14 133:2,24

**3.60.**   118:12

**3.600**   75:25 76:1

**3.604**   76:4,6 115:25 116:25 117:15

**3.604.**   116:19

**3.605**   76:17

**3.64**   115:22 116:9 117:3

**3.65**   89:21

**3.7**   44:9,17 45:4,25 46:12 47:11 48:9 48:21 49:1,15 50:9 83:1,20 86:18 89:6,14,21 89:23 90:10,15 124:13

**3.70**   90:10,16

**3.75**   86:15 88:14

**3.75.**   89:19

**3.79**   88:14

**3.85**   86:15 88:14

**3.9**   44:9,17 45:4,25 46:12 47:12 48:9 48:21 49:1,15 50:9 83:1,20 86:18 89:7,14,21 89:23

**3.95**   89:21

**30**   138:17

**300**   4:21 95:16

**3000**   2:5

**31**   12:8

**314**   5:3 37:20

**329490**   111:17

**35**   4:24 37:4

**36**   120:10 124:20 124:21

**37**   5:1,3 36:23 37:4

**3779**   81:24

**38**   37:16

**4**   4:16 24:8,12 36:23 57:10 67:11 67:13 70:14 73:6 79:1 107:22 113:5 113:7,17,19 120:11

**4.16**   59:24

**406**   34:1,2

**407**   66:10,12 68:22

**43**   126:3,5

**435817**   1:25

**4358187**   138:5 139:2 140:2

**445**   102:13,13

**446**   99:16 100:24

**4487**   4:20 26:4

**45**   27:19

**48**   28:7

**487**   26:7 34:5,7 66:20 69:4

**5**   4:19 9:12,16 25:22 26:1,2 28:12 39:1,9 52:12 67:8 73:6 96:5 98:11 107:9 109:24 111:6,10

**5.25**   94:14

**5.45**   94:17

**50**   85:22,23,25 87:20

**503**   5:7

**512.394.3041**   2:17

**515**   2:14

**55**   25:19 67:6

**58**   61:22

**5810**   88:6

**6**   4:22 35:19,22 36:12 60:11 95:15 95:23 96:2,2,19,21 101:16 103:12 120:18 122:20 123:22 124:6,10

**6,238,664**   5:16 95:1

**6.0**   96:15

**6.5**   108:12

**60**   120:18

**61**   61:21 99:15 105:18,22

**62**   105:18,22 107:5

**620**   3:14

**6293**   67:12 73:7

**63**   105:2,4 108:17 108:19

**6300**   26:5

**650**   2:6

**650.813.4995**   2:8

**67**   61:22

**7**   4:25 5:14 21:14 27:24 28:4,9 37:7 37:11 38:15 57:5 63:1 78:24 85:19 124:17

**7.06**   135:5

**70**   102:11 104:9

**702502**   87:24

**72**   87:3,4

**75**   35:11 60:9

**77**   22:1,2 41:16 114:11,12

**779**   5:11

**785**   28:8 37:20 38:5 39:2,9,18,21 43:13 44:1,7

50:14 52:4,12
53:15,16 55:4,9
61:22 83:8 86:2
**78701** 2:16
**7:08** 135:17
**7th** 39:14

**8**

**8** 1:17 5:2 37:16
37:18 39:1,2,8,9
51:24 52:12 95:15
95:23 96:2,2,19,21
**8.0.** 96:15
**80** 5:7
**819** 5:15 87:18
**82** 5:11
**85** 51:18
**87** 5:15
**8th** 3:14 7:3
136:12

**9**

**9** 4:5 5:4 24:5
78:25 80:18,23
99:2,8,21 100:16
100:21 104:16,20
108:4 114:10
**9,744,209** 4:25
37:8
**9,750,785** 37:19
**9,750,787** 5:2
**94** 5:16
**94306-2112** 2:7
**95** 70:10,16 73:13
131:22
**99** 26:12

**a**

**aaron** 13:1
**abbreviated** 56:11
57:20,24 104:1
**ability** 10:3 137:7

**able** 110:17 131:8
**absolutely** 81:8
96:3 103:1 129:5
**academic** 32:20
**accept** 93:3 119:20
121:12
**accepted** 93:17
**accepting** 132:8
132:10
**accuracy** 138:9
**accurate** 11:23
22:12 93:24
136:10 137:6
**accurately** 44:4
**acetyl** 107:18,25
109:17
**acid** 64:14 126:15
**acidic** 128:4
**acknowledgement**
140:3
**acknowledgment**
138:12
**acoustically** 54:25
**act** 130:8
**action** 5:13 8:1
38:24 87:16
129:24 137:10,14
**activity** 73:12 74:3
**adding** 47:5
**addition** 23:20
83:17 125:21
134:4
**additional** 23:18
46:9 47:5 74:5
**additions** 97:6
140:6
**address** 9:10,11,20
19:9
**adjust** 76:11
117:23 127:25
128:17

**adjusted** 126:9
127:15 132:14
133:2
**adjustment**
125:25 128:5
130:13
**adjusts** 127:2
**administer** 7:24
**administered** 50:5
50:10
**administering**
49:22
**administration**
53:9,25
**adopt** 77:7
**affect** 10:3
**affiliation** 20:2
**affiliations** 8:5
**afternoon** 7:1
**ago** 39:13 40:6
70:25 95:7 118:20
**agree** 7:10 13:21
28:2,7,10 43:9
52:14 53:3 57:18
62:19,22 64:24
68:3,8 76:14 79:9
82:5 86:12 87:18
88:3 91:19 100:19
100:22 101:6
103:15,21 104:12
108:2 109:25
111:19 112:14
113:11,20 116:6
116:23 117:12
124:9
**agreed** 26:21
39:15
**agreement** 93:6
**ah** 32:3
**ahead** 81:20

**aim** 43:16
**al** 1:9 7:14,15
138:4,4 139:1,1
140:1,1
**allotted** 138:20
**allow** 34:16 92:23
118:23
**allowed** 102:22
128:15 131:22
**allowing** 83:4
96:20 134:12
**allows** 107:15,21
108:8,12 130:18
**alto** 2:6,7
**ambiguous** 63:13
**amend** 119:3
**amended** 88:14,16
**amending** 113:22
**amendment** 5:5,9
80:15 86:10 87:19
88:23 89:16 99:11
105:3,11 114:2,10
125:20
**amendments** 86:1
86:14 104:19
118:3 124:5
**amino** 64:14
**amneal** 3:10 5:4,8
8:14 15:17 21:23
38:1,25 39:4
56:19 58:23 59:2
59:9,15 64:10
75:3,9,17,24 76:3
76:16,20,25 77:4
77:13 81:23 82:1
82:2,5 90:20 91:1
91:9 99:6,12,23
100:4,16,24 101:8
101:14 102:15,20
103:5,11 104:5,9
104:13,16,20

105:11,18 108:20
109:11 111:1,23
112:3,8 113:22
114:14,20,21,22
115:2 116:15,20
116:24 117:7,13
117:22 118:9,16
118:21 119:3,18
119:22 120:16
121:7,17 122:5,16
122:22,25 123:24
124:6 125:23
127:1 129:2,4,16
130:14 131:5,7,8
132:12 133:2
**amneal's**  57:13,16
58:2,2,3,17 59:8
59:14 74:25 75:23
76:10 79:19 80:19
80:21,22 103:17
107:3,14 108:7,11
111:1,20 112:9,15
112:16 113:5,18
117:10 118:3
123:18 124:11
**amount**  42:10,16
42:21 51:16
**amphastar**  1:8
7:15 138:4 139:1
140:1
**amphpa0006289**
4:21 26:5
**amvas01233654**
81:24
**amvas0131386**  5:7
80:13
**amvas0133654**
5:11
**analysis**  13:25
14:21,24 15:6
25:9 52:24

**analytical**  77:24
78:1
**analytics**  78:5
**anda**  56:8,11,14
57:13,16 58:3,14
58:15 59:8 80:16
80:22 81:10 99:12
113:5,18 119:24
122:4 124:7,11
**andas**  56:19 57:11
58:18 59:14
125:21
**animal**  68:14
72:21,22
**answer**  6:5 10:3,6
10:16,19 14:10
21:8,9 23:23,25
24:3 25:6 30:2,10
31:9 33:2,12,13
46:4 47:2,22
48:16 68:16 72:5
72:12 74:12 81:15
84:11 90:8,9
96:12,13 97:4
98:8 101:4 110:5
116:5 121:16
125:6 131:13
132:8,10
**answered**  31:8
46:8 48:12 59:15
63:22 120:20
131:12 132:3
**anybody**  36:3
**anyway**  81:20
**api**  72:20 73:17
**apologies**  76:24
88:15 100:9
**apologize**  36:25
**apparently**  27:22
**appear**  40:3

**appearance**  8:8
**appearances**  8:5
**appeared**  40:5
**appended**  140:7
**applicable**  138:8
**applicant**  58:14
**application**  14:6
26:13 50:2,21
56:12,15 58:15
68:2 83:9 88:3
122:10,11
**applications**  97:21
122:5,7 124:8
**applied**  14:7,15
49:9 84:20 85:13
101:14,18 103:11
**applies**  43:2,4
**apply**  49:7 74:9,18
76:21,25 77:4,7,22
84:10 91:7 110:1
**applying**  15:2 56:1
**appreciate**  19:3,4
19:6
**appreciated**  18:15
18:23
**appreciating**
121:24
**approach**  42:13
**appropriate**  41:7
41:9 93:3 112:5
115:9
**approved**  103:24
104:10,14
**approximately**
26:25 28:14
**april**  4:23 26:10
26:17 60:15
**arch**  3:3
**area**  31:19 32:19
33:3

**arginine**  61:9 69:3
69:10
**argue**  64:9,25
**argument**  61:7
**arguments**  18:10
18:16,25
**arranged**  111:6
**art**  31:19 41:23
44:20,24 45:8,16
45:20,23 46:10,16
47:10,19 48:2,7,19
49:6 50:8 52:24
53:1 54:6,13 84:2
84:25 85:3,7,12
92:18 94:6 96:14
96:18 97:16,18
98:1,1 115:1
**artisan**  90:17 96:1
115:19
**arts**  84:7
**aside**  21:13 25:17
**asked**  17:7 26:15
31:7 48:11 60:4
63:21 85:15
120:14,15,25
121:7 124:25
131:11
**asking**  9:7 21:10
30:19 34:14 45:19
51:8 92:3 106:25
131:2,4
**asn**  109:24
**asp**  107:9 111:6,10
**aspect**  34:7 45:7
45:21 54:8 77:17
92:15 93:6,25
121:12
**aspects**  40:5 46:19
47:4 74:5
**assay**  131:22

**asserted** 20:18,23 21:23 23:16 26:21 27:1,23 28:3,15,22 30:1 33:7,16 34:10 38:6 39:9 39:14 40:19 43:13 43:20,25 44:7 45:3,23 47:8,20 48:3,19,25 49:13 50:13 52:25 54:5 54:12 55:8,10 60:5 65:20 71:7 71:15 73:1 85:4

**asserting** 38:1,25 39:4

**assess** 14:3,12

**assign** 40:12,17

**assist** 31:5

**assume** 9:24 49:18 56:1 81:14 133:7 133:17 134:18

**assumed** 93:17

**assumes** 110:20

**assumption** 71:19 118:19

**assurance** 130:2 132:23 134:5

**atmosphere** 134:22

**attached** 24:10 35:24 79:10 138:11

**attempt** 64:11

**attending** 8:4

**attention** 41:12

**attorney** 8:8 120:21 137:12 138:13

**audio** 7:9,9

**austin** 2:16

**author** 128:21

**authorized** 7:24

**authors** 73:18

**available** 53:2,3 138:6

**avenue** 2:14 3:14

**average** 131:19 132:6

**avoid** 33:2

**aware** 12:2 16:12 19:24 22:15 28:18 29:21 32:7,21 66:25 67:3,25 78:13 82:21 89:16 96:13 115:13

**b**

**b** 2:19 4:12,17,20 9:15 12:10 24:9 24:15,19 26:4

**back** 20:12 27:12 28:12 33:21 36:13 36:20,25 38:15 59:25 60:2 64:5 65:10 68:23 91:4 94:16 100:9,11 125:14 135:14

**baltic** 32:21

**based** 100:24 104:17 112:2

**basic** 14:24 128:4

**basics** 98:14,21,24

**basis** 134:8

**batch** 111:16 116:9 127:6 128:11 131:16 133:2,3,8,11,19

**batches** 101:16,19 103:6,18 104:22 112:12 122:6,10 122:11,12,15,19 122:21 123:6,18

123:20,23,23 124:7,11 125:2,10 125:12 127:1

**bates** 26:4 37:9,19 67:12 73:6 80:12 81:24 88:6 99:16 102:12

**beg** 66:7

**beginning** 8:8 43:17 46:23 50:20 57:7 72:10 127:14 130:7

**behalf** 2:3 3:10 15:17 119:23

**behavior** 130:4

**belabor** 64:3

**believe** 11:22 20:22 22:11,13 25:21 30:10 31:17 32:9 63:24 64:1 81:17 82:12 85:2 87:10 93:14

**beneficial** 43:7

**best** 137:7

**beyond** 46:12 70:1 94:4,5

**big** 37:3

**binder** 10:23 12:8 21:13,13 24:6 25:17,18 27:12 33:22,23 35:10 36:23 38:14,15 80:9 119:13,14

**binders** 60:9

**binding** 77:11

**bio** 32:23

**bioequivalence** 80:16

**biological** 64:18 73:12

**biotechnology** 32:24

**bit** 30:3 38:4 41:4 47:15 55:13 69:23 78:20 104:1 111:6 128:13 134:13

**blake** 2:19 8:11 35:11

**blake.greene** 2:18

**blood** 34:17 49:21

**body** 62:1

**bolded** 81:3

**book** 87:4,5 100:14

**bookkeeping** 25:25

**borderline** 103:13

**bottom** 31:2 51:13 67:12

**bql** 110:11

**brand** 58:14

**break** 56:5 94:12

**brian** 3:7 8:11

**brian.goldberg** 3:6

**bridges** 105:22

**broadened** 89:2

**broadening** 89:12

**brought** 55:22 101:19 116:12

**buffer** 95:15

**buffered** 95:14

**building** 3:13

**business** 9:10,11 97:22

**butenandtstrasse** 9:12

**butendt** 9:15

[c - collectively]

**c**

c  2:1
ca  1:4
calculate  27:3
calculated  106:23
calculations  14:4
  14:13
california  2:7
call  74:5 116:7
called  16:3 40:20
  73:24
calls  116:15
camera  37:3
camino  2:5
care  80:1
career  33:4
carefully  40:9
  111:5
carried  101:22
carry  131:1
case  7:16 11:5
  14:18 17:16 18:23
  20:18 25:13 27:2
  28:16 32:12 33:8
  33:16 34:23 35:4
  58:23,24 59:2,6
  60:19,19 69:3
  76:13 83:24 98:20
  98:23
cases  71:20 84:5
  110:10
catch  25:24
cautious  70:24
cell  7:7
cellular  7:6
cent  40:7 51:17,17
  51:18,19 69:15
  70:10,16 73:13
  107:11,16,21,22
  108:4,9,12 111:21
  111:25 131:22

centre  3:2
certain  46:25 74:4
  74:15 84:5 92:14
  97:9 115:6
certificate  136:1
  137:1
certified  37:8
certify  136:9
  137:4,8
cet  1:18 7:2 36:10
  36:14 59:22,25
  94:14,17 135:5,17
cfc  1:5 7:17
chance  34:14
change  12:5 22:18
  74:7 86:22 88:22
  90:25 100:11
  101:23 103:4,5
  114:4,15 115:20
  115:24 118:7,9,17
  120:16 125:24
  126:12 139:4,7,10
  139:13,16,19
changed  86:18
  88:19 90:20
  104:13 121:7
  126:8
changes  86:22
  136:9 138:10
  140:6
changing  100:4
  102:16 125:22
chase  121:6
check  87:6,22
  103:9,14 109:24
  110:21 111:4
checked  20:2
  110:12 112:14
checking  79:12
chemically  69:6
  69:19

choice  115:8
choose  39:24
  68:13 119:3
chosen  123:3
chromatographi...
  70:22 73:11
cira  3:2
circuit  78:20
circumstances
  23:21 118:24
  119:1
citation  34:15
cite  30:13
cited  19:15 23:1
  23:11 30:15,18,24
  30:25 70:13
claim  34:6,14,15
  34:17 43:23 45:21
  46:20 49:19,20
  51:11 52:4,6
  65:22 88:10,13
  89:6 90:12 91:12
  92:1 95:12 96:1,5
  96:19
claimed  33:7,15
  34:10 43:13 45:3
  45:24 48:20,25
  49:6,14 50:19
  60:5 61:19 65:19
  97:10
claims  20:17,23
  21:3,23 23:16
  27:23 33:8,16
  34:10,24 38:25
  39:1,4,8,10,14
  43:20,24,25 44:1,8
  44:21 45:3,12,16
  45:23 46:11,22
  47:8,10,20 48:3,8
  48:20,25 49:5,13
  50:13 51:24 52:11

53:1,5,16 54:5,12
  55:9,10 60:5
  62:19 65:5,7 66:1
  73:1 82:24 83:23
  84:1,24 85:4 86:1
  86:10,14,21 88:24
  89:13 95:5,9,19
  96:24 98:2
clarification  17:12
  28:23 35:20 36:2
  56:3 57:1 70:3
  94:10 115:4 116:3
clarify  9:23 42:15
  56:21
clarity's  38:4
clear  26:14 27:10
  31:12 50:12 63:1
  63:6 89:15 91:10
  93:9 96:13 110:4
  110:14 116:15,17
  116:21 117:23
  118:21 128:6,21
  128:22 129:21
  130:8,11 132:1
cleared  28:11
clearly  76:11
  83:17,18 119:7
  125:4 126:13
click  36:5
clinical  53:9,13,16
  53:17 54:5,11
clinician  53:20
close  121:25 127:2
  127:9,15,17,20
  128:1,7 129:5
cofounder  78:2
cohen  3:21 7:20
colleagues  78:1
collectively  38:6
  52:18 58:4

[colm - correct]

colm 60:16

column 61:21
105:21 109:1,2,5
109:10 110:8,9

columns 112:14

combined 49:10
84:18

come 36:20 91:4
100:9,11 125:14

comes 123:7

coming 33:1

comma 89:18

commencing 1:18

comment 20:7
99:20 100:21
118:13

commented
117:17,18

comments 47:5

commercial
123:18

communicated
15:10,13,24

communicating
27:11

communication
115:10 124:5

community 20:5

companies 30:5
74:9,18

company 1:5 16:3
55:19 56:15 77:24
78:3 82:10 131:23

comparative
104:21

compare 101:24
110:18

compared 71:14

competitive 98:13

complete 5:5,9
33:11 72:12 73:21

80:14,19,21 82:1
118:3 123:24
140:8

completed 138:17

complicatedly
47:15

comply 82:19

compound 68:20

comprised 51:16
65:23

computer 88:8

concentration
95:16

concerned 41:17
42:4

concerning 20:16
48:1 59:8 70:18
82:2 102:16
105:12

concerns 47:5

concluded 135:17

conclusions 14:4,6
14:9,13,17 19:6
67:15 73:22

condition 102:24

conditions 46:25
71:25 102:17
104:10 106:10,19
106:20 107:2
108:22,23

conduct 15:6

conference 7:19

confronted 45:9

confused 108:1

confusing 117:11

confusion 27:16

congress 2:14

congruent 85:9

connected 32:19

connolly 4:23
60:16

consequences
82:22

consider 14:20
47:4 59:6 92:15
97:25

considered 4:13
4:18 12:14,20,24
16:21 24:10 78:25
79:10,13

consistent 61:8,24
62:13

consistently 127:2

construct 132:5

construction
64:11

construe 61:8

consultant 78:3

contact 59:2,12

contain 63:23

contains 63:8
64:19 133:12

contend 64:16

content 31:13
42:16 131:25

context 63:16
70:13 74:13 83:22
91:5,6 92:12 96:7
98:11 127:10,11
128:16,21

continue 7:10
130:15 131:8

continued 132:14

continuing 134:16

continuously
129:24 131:19

control 130:19
132:23 133:5,15

conversations 7:6

copies 138:14

copy 11:3 26:4
37:8

correct 11:5,6,16
11:20 12:15 13:1
19:11 20:18 21:23
21:24 22:6,23,24
23:16 24:11,13
25:1 26:7,8,11,17
26:18 27:2 28:4,5
28:16,17 29:9,16
31:6,23 32:13
33:9,17 34:11,13
34:24 37:13,14,22
37:23 38:1,2
40:21,25 41:14,20
41:24 42:2,3,7,11
43:3,8,21 44:2,9
44:10 45:17 47:20
48:3,4,14 50:5
51:5 52:1,2 53:10
53:11,18,20 55:6
56:9,17,18,20
57:11,14,15,24,25
58:11,15,16,19,20
59:17 62:20,24
65:14,20 67:1
69:13,17 70:20
71:8,11,16 72:18
73:1 75:1,2,5,10
75:13,20,21 76:6
76:17,21 77:1,5
79:17,21,25 80:22
80:24 81:7,8,12
82:4,7,8,20,25
84:10,25 85:5,14
86:15 88:16,17,24
88:25 89:2 90:2
90:21,24 91:18,24
92:8,21 94:9 95:2
95:3,20,24 99:7,12
99:13 100:5,18
101:2,9,16 102:18
102:25 103:2,8,19

[correct - designating]                                                                Page 8

103:25 104:11,17
106:6,13 107:5,6
107:18 108:14
109:8 111:3,21,25
112:4,10,19,25
113:6,15,18
114:17,18 117:1
118:10 119:10,18
120:24 121:3,14
121:19,23 124:13
125:5,10,25
127:21 129:10
130:16 134:1
140:8
**corrections** 136:9
140:6
**correctly** 115:18
**corresponding**
81:25
**cost** 68:16
**counsel** 8:3 97:14
121:19 134:18
137:9,12 138:14
**countries** 29:20
33:5
**course** 15:9 25:12
32:10 33:3 54:15
72:11 74:20 81:4
121:16
**court** 1:1,24 3:22
7:22 8:19 9:1
20:22 21:2 25:23
61:1,3 62:11,22
65:2 70:3 87:11
135:6,12 137:1,3
**court's** 62:6,7
**covers** 23:18
**credit** 120:23
**criteria** 46:5,23
**criterion** 46:20

**cross** 18:4 40:1
**cs** 138:15
**current** 74:25 75:7
76:10 107:9,14,20
108:2,3,7,7,11
112:9 116:7,24
117:6,7 132:11,24
**currently** 37:24
111:20 117:12
124:4
**cut** 61:5 121:6
**cv** 1:4 7:17

**d**

**d** 4:1 9:15 107:17
109:17,24
**d.j.** 2:10
**daily** 78:3
**data** 14:22 71:10
74:15 75:4,9
100:1 101:1,1,8,11
101:15 103:9,12
103:14,17 104:17
105:8,12 108:16
108:20,24 109:2,6
109:11 111:14
122:5 123:24
124:6 125:12
133:12
**date** 26:15,20 27:1
27:22 28:3,8,15,21
29:9,25 32:8
39:13 54:13 68:6
139:24 140:12
**dated** 60:15 80:12
81:23 87:16,17
136:19 137:16
**dates** 27:17 87:16
125:3
**day** 135:1 136:19
140:15

**days** 125:7 138:17
**deal** 132:20
**december** 1:17 7:3
136:12 137:16
138:3
**dechert** 2:4,13 3:1
8:10,12
**dechert.com** 2:9
2:18 3:6
**decimal** 75:15,18
89:18 90:11 91:15
92:7,8,13
**decimals** 92:13,19
**declaration** 87:25
**declare** 140:4
**decrease** 42:14
**decreases** 42:10
42:21,22
**deemed** 140:6
**defendant** 64:9
**defendants** 1:10
3:10 8:14 64:10
64:16,24
**define** 127:9
**defined** 98:20
**definition** 56:1
85:2,6,10 98:9
**degradation** 71:22
71:25 72:10
**degree** 98:11
**delaware** 1:1 7:16
**delivers** 93:21
**delivery** 135:13
**demonstrate** 89:5
**denied** 81:9
**department** 77:24
78:1 128:24 130:2
131:23
**depending** 72:20
**deponent** 4:2
138:13 140:3

**deposing** 138:13
**deposition** 1:12
5:17 7:9,13,18
12:10 16:8 21:17
23:20 24:9 26:2
35:25 36:18 37:7
37:17 38:10 52:16
55:25 58:1 67:8
79:1 80:18 81:22
87:15 94:25 99:3
119:10,16 120:4
134:15,18,19
135:17 136:7,8
137:5,10
**deputy** 119:17
**derive** 71:21
**derived** 62:17
64:15 65:1 68:14
69:4,9,24 70:19
71:4 72:15,16,21
**describe** 57:10
**described** 29:6
40:11 61:10 62:9
65:25 69:9 71:7
71:15 72:11
124:11 125:10
**describes** 20:14
23:14 64:17 65:24
73:23 85:9 114:15
**describing** 61:18
**description** 61:19
63:18 64:17,21
82:15,16 104:2
117:11
**description's**
61:23 62:12
**designated** 79:20
79:23 107:1
119:22
**designating** 82:11

**designed** 78:10
**desired** 136:9
**despite** 48:5
**detail** 14:5,13,14
 15:7 23:12 51:10
 57:3 70:1 96:8
 103:19 118:15
**detailed** 15:3
 64:16
**details** 42:15
 69:21 104:24
**detected** 110:11
 133:20
**determined**
 110:11
**develop** 43:14
**development** 31:5
 32:15,23 119:23
**device** 93:20,20,23
**differ** 72:20
**difference** 92:3,5,9
 113:1
**different** 20:10
 30:21 36:19 48:18
 54:20 65:22 69:23
 71:6,13,14 72:12
 72:17 83:12
 106:21 110:1
 111:11 117:21
 118:14,15 121:12
 125:18
**differently** 83:8
 84:1 111:6
**differs** 34:5
**difficult** 40:12
**digit** 90:2,4,5,11
 91:17 92:7,21
 93:10,11,22 94:5,8
 115:17
**digits** 74:16,17,24
 75:14,15 89:18

**92**:6 128:11
**direct** 59:12
**directed** 53:9
**direction** 128:5
**directly** 15:10,14
 40:24 41:1,18
 42:5 102:7
**disagree** 13:9,19
**disagreements**
 13:15
**disclose** 65:19
 72:25
**disclosed** 28:19
 34:5 65:13 69:3
**discovered** 133:1
 133:9,10
**discrepancy**
 129:17
**discuss** 59:7
 134:17
**discussed** 33:4
 37:12,21 64:13
 87:19 91:4
**discussing** 65:11
 118:8 133:5
**discussion** 60:3
**display** 92:22
**dispute** 27:22
 63:18 70:2 84:12
**distribution** 69:21
 69:23
**district** 1:1,1 7:16
 61:9
**doctor** 36:17,25
 49:25 116:4 119:2
 119:9 121:7 123:4
 125:15 127:18
 134:11
**document** 11:3
 15:22 17:23 26:3
 26:6,10 30:8

**67**:11 80:11 81:16
 84:9 87:23 88:5
 99:15 114:1,6,9
 120:3,11 121:11
 126:12
**documentation**
 74:14
**documents** 6:2
 12:21,22 16:6
 17:21 18:3 23:7
 30:18 31:13,13
 33:3 84:4
**doe** 36:1
**doing** 14:17 31:14
 87:8
**dosage** 44:8 49:22
 50:3,8 51:15
**dose** 56:22,22
 57:14,17,20,23
 109:7,12 111:17
 111:24
**dr** 1:14 2:10 4:3,5
 7:13 8:9,24,25 9:4
 9:5 13:8,15,18,22
 13:24 14:3,12
 15:6,11,14,17,25
 16:12 17:18,25
 18:15,22,24 19:8
 19:10,15,18 20:6
 21:22 22:21 23:1
 23:8,19,22 24:25
 25:5,8,11,24 30:11
 31:2,9 34:20
 35:21 36:15 37:5
 40:14 41:11 42:18
 43:11 45:11 47:16
 48:13 54:4 59:18
 60:1 64:4 70:4
 72:2,3,4,6 79:2,3
 79:16 81:25 87:13
 87:14 93:15 94:11

**94**:12,18 97:11
 98:18 103:22
 113:2,10 117:4
 118:1 121:5
 130:23 131:14
 134:11,23 135:3,9
 135:14 136:6,18
 138:5 139:2,24
 140:2,4,12
**draw** 14:8 19:5
**driving** 132:6
**drug** 32:15 42:9
 42:20 43:6 56:12
 56:16 58:11,13,14
 66:19 67:19 68:10
 80:15,15 83:9
 85:13 120:17
**duly** 8:22

**e**

**e** 2:1,1 4:1 9:15
 78:15 81:3 137:3
 137:22 139:3,3,3
**eagle** 16:3,9,14
 17:7,19,25 18:7,23
 19:2,9,16
**eagle's** 18:10
**earlier** 65:11 91:4
**easier** 77:19
**easiest** 38:13
**easily** 29:4
**easy** 57:4
**educated** 46:18
**effect** 67:19
**effectively** 42:21
**egnyte** 88:9
**either** 47:24 51:4
 109:21 128:5
**el** 2:5
**electronic** 87:7
**email** 2:9,18 3:6
 3:17

embedded  66:1
embodiment
  64:12
employed   137:9
  137:12
employee  59:3
  137:12
employees   58:24
  59:16
encounter   49:8
endeavor   121:25
endo   1:5
enforceability
  16:13 17:4,16,19
  19:16 20:17
entire   39:20 63:17
  111:2
entirety   11:19
  13:13 16:17 18:1
  22:8,22
entitled   10:25
  21:19 24:9 80:14
  112:17,18 113:4
  113:17
entry   17:13
environment
  98:13
errata   138:11,13
  138:17
especially   69:2
esquire   138:1
essence   103:15
essentially   66:1
  134:19
established   69:15
et   1:9 7:14,15
  138:4,4 139:1,1
  140:1,1
eventually   84:19
  101:20 116:10

evidence   13:12
  29:5,10,11 31:3,11
exact   23:11 113:13
exactly   9:19 14:25
  17:23 21:10 24:2
  29:1 46:19 57:3
  67:2 89:23,25
  110:19 114:6
  129:10
examination   4:4
examined   8:24
example   29:19
  36:1 61:21 83:19
  84:3 105:1,10,11
  107:7 130:20,22
  131:21 133:7
exclude   62:16 63:7
  64:15 115:15
excuse   27:23 37:4
  78:24 80:20
  109:19,22
exercise   112:11
exhibit   4:7,9,11,12
  4:14,16,17,19,22
  4:25 5:2,4,8,12,16
  5:17 10:25 11:2
  12:8,9,10,20 16:20
  20:13 21:16,18
  24:8,9,12,15,19
  25:21 26:1,2
  28:12 33:21 35:15
  35:19,22 36:12
  37:7,11,16,18
  38:16 42:11,22
  60:10,11 67:8
  73:6 79:1 80:18
  80:23 81:21 82:3
  87:9,12,14 94:20
  94:20,21,22,24
  99:2 100:16
  101:16 103:18

104:20,20,21
  114:10 120:5,7
  121:2 122:6,10,11
  122:12,15,21
  123:19,22,23
  124:7,10 125:2,10
  125:12 126:22
exhibits   35:21
  36:4,5
existing   74:1,2
  101:15
exogenous   61:23
  61:25 62:13,14
  64:19
expanding   89:22
expectations   41:8
  132:2
experience   14:3
  14:11 31:17 32:15
  74:8 85:15 97:22
  128:10
experienced   115:7
  128:6
experiencing
  36:17
experiments   25:14
  25:15
expert   4:9,11,14
  4:16 8:18 11:1,4,8
  12:15,25 13:4
  14:21,23 15:1,4,8
  16:13,25 17:7,15
  18:8 20:13,21
  21:19,21 22:18
  23:13 24:11,16,20
  24:25 25:4 32:11
  37:13,21 38:17
  40:4 42:19 47:22
  48:1 51:4,14
  53:24 54:19 59:11
  78:14 79:3 85:7

expertise   15:3
explain   30:3 55:17
  77:20 93:9 115:17
explained   41:4
  46:16,17 74:5
  84:14 91:7 92:12
  100:16,24 130:20
explanation
  115:20
explicitly   65:2
expose   71:24
express   46:3 50:19
  89:17 90:12 91:15
  115:12 127:23
expressed   25:10
  25:10 43:16 75:19
  86:14 92:20 94:5
  95:22 96:6 97:5
  117:22 119:7,8
  126:13 129:22
  131:17
expresses   116:15
  116:16 129:4
expressing   92:5,7
expression   90:15
  90:16 92:4 127:22
extended   67:21
extent   120:22
extremely   76:12
eyes   78:17 90:17

## f

f   60:16
faced   131:3
fact   32:21 57:2
  68:19 115:2,11
facts   54:17
factual   59:7
fail   125:13
fails   138:19
failures   133:20

**falling** 84:13
**falls** 127:24
**familiar** 58:6 82:9
　85:12 95:4
**far** 43:18 75:14
　104:3 129:23
**fda** 41:5,8 56:16
　81:23 99:23 115:6
　115:10 116:21
　118:8 123:9 124:5
　125:5,10 129:18
　129:23 131:6,7
　132:13,17,22
**fda's** 80:21 82:1
　99:20 100:21
　118:2
**february** 5:13
　26:22 27:24 28:4
　28:9 39:14
**field** 14:25 20:5,11
**fifth** 25:18
**file** 39:17,20,25
　40:7 60:13 86:2
　86:25
**filed** 5:13 7:15
　15:17 56:19 66:24
　78:21
**files** 56:16
**filing** 54:6,13 68:2
　68:6
**final** 5:12 87:15
　133:14,16
**financially** 8:1
　137:13
**find** 21:13 34:18
　35:23 36:23 64:20
　66:4,10 67:5 70:9
　79:14 87:24 99:1
　99:9 100:10
　107:24 117:10
　125:11,13 126:17

**finding** 126:19
**fine** 81:10 114:8
**finish** 112:11
　125:18
**finished** 72:5
　106:5 120:17
**firm** 7:20,23
**first** 24:23 28:3
　32:6 41:16 54:23
　61:16 71:19 81:1
　96:13,22 107:8,12
　113:21 114:3
　120:24 123:6
　133:4
**firstly** 111:5
**five** 2:6 63:5
　██████
**flaws** 133:20
**flipping** 119:15
**focus** 40:4 95:13
**focuses** 13:25
**focussing** 116:5
　121:11
**folder** 35:21 36:4
　36:5
**folders** 37:2
**follow** 77:13,18
**following** 62:17
　102:9
**follows** 8:23
**foregoing** 136:7,8
　137:5 140:5
**foresee** 21:5,10
　24:3
**forgive** 101:6
　122:1
**form** 24:1 34:12
　40:10 43:10 44:8
　47:13 49:22 50:3
　50:9 51:15 71:17
　103:20 112:20

113:9 117:2,16
　130:17 131:11
　134:2
**formal** 40:2 81:10
　82:22
**formalities** 87:9
**formally** 82:21
　120:3
**formerly** 65:25
　82:6 101:17
　117:17,23 131:15
**forming** 59:1,5
**formulas** 14:15
**formulate** 45:9
**formulating** 98:12
**formulation** 15:2
　28:25 29:18,24
　30:6 34:4,5 44:16
　44:17 45:4,10
　46:12,24 47:11
　48:21 49:1,2,8,14
　50:10 53:10 54:19
　73:19
**formulations**
　30:20 32:20 43:15
　61:19 98:12
**formulator** 85:5
**forward** 54:18
　61:14 102:11
**found** 37:4 84:3
　88:2,3
**four** 113:19
**framework** 84:22
**free** 68:18
**front** 17:22 37:3
　78:17 91:13
　118:13 126:4
**fulfill** 82:14 84:16
　116:16 134:9
**full** 82:22

**fully** 9:22 10:6,20
**funny** 100:14
**further** 12:22
　51:15,25 74:12
　96:5 115:15 137:8
**future** 21:7 101:19
　123:5,7

**g**

**general** 74:11
　77:16 82:19 84:16
　91:19 96:12,24
　97:5 98:9 119:18
**generally** 97:3
　101:14
**generic** 56:16
**gentleman** 78:14
**gerhard** 1:14 4:3
　7:13 8:16,21 9:9
　11:1 21:19 136:6
　136:18 138:5
　139:2,24 140:2,4
　140:12
**german** 9:16
**germany** 1:22
　9:12
**getting** 102:10
**give** 11:10 31:14
　35:16
**given** 66:14 68:11
　75:22 76:2 140:9
**gives** 20:21
**glu** 107:22
**gly** 108:4
**gmt** 1:18
**go** 7:11 21:25 25:7
　27:12 28:12 33:21
　35:14,16 36:8
　38:15 57:2 59:18
　64:5 69:20 81:20
　87:7 93:19 96:4
　104:25 130:12

[go - independent]                                                        Page 12

134:12,13 135:3
**goes** 64:23 65:15
  70:1 116:22
**going** 7:2 9:24
  10:16,19,24 11:7
  17:13 20:12 21:1
  21:16 24:8 34:16
  35:7,14 36:10,18
  37:16 38:4 39:8
  44:11 51:19 52:16
  55:24 56:4 57:2
  59:22 60:2,18
  61:8 65:10 74:7
  80:17 81:19,21
  94:14,19,24
  100:10 107:17
  109:4 113:14
  114:4 122:9 135:5
**goldberg** 3:7 8:12
  120:23
**good** 7:1 8:9 9:5
  20:6 134:22 135:1
  135:2
**goodwin** 3:12 8:15
**goodwinlaw.com**
  3:17 138:2
**googled** 20:1
**greene** 2:19 8:11
  35:18 36:3 87:8
**grounds** 77:21
**guidance** 50:19
**guideline** 77:9
**guidelines** 41:8
  123:9
**gupta** 15:17,20,25

**h**

**h** 139:3
**half** 32:9
**hand** 72:15,17
  76:16 92:6,8
  105:21 128:3

**handed** 129:22
**handle** 56:6
**happen** 76:13,14
  130:8 131:18
  133:21
**happened** 116:11
  130:20
**happening** 132:6
**happens** 134:8
**hardik** 5:17
  119:16 120:4
**head** 125:8 134:6
**hear** 93:12
**heard** 9:6 20:8
**hearing** 4:22
  60:15,21
**held** 1:21 7:18
  62:22
**help** 58:8 125:13
**helpful** 77:10 80:6
**helps** 111:12
**henley** 1:24 3:22
  7:22 137:3,22
**hereto** 137:13
  140:7
**high** 32:24 99:25
**higher** 96:21
  118:25
**histories** 39:25
  40:8 86:2
**history** 39:17,21
  86:25
**hit** 39:12 128:12
  128:13 129:14
**hmm** 101:3
**hold** 90:14
**homology** 51:19
**honestly** 35:12
**honorable** 21:6
  60:16

**honored** 97:18
**hope** 87:16
**hopefully** 56:6
  125:18
**hour** 122:1
**hours** 117:18
**hub** 32:22
**huge** 86:25
**huiya** 3:18 8:13
  138:1
**human** 50:5
**humans** 41:10
  64:22
**hundreds** 31:18
**hundredth** 75:8
  90:2,3
**hundredths** 91:24
  128:14
**hwu** 3:17 138:2
**hydrochloric**
  126:15
**hydroxide** 126:14
**hypothetically**
  76:8,9 116:6,8

**i**

**idea** 122:18
**identical** 55:5 69:5
  69:6,7,11,11,12,16
  69:19,25 86:21
  104:10
**identification** 11:2
  12:9 21:18 24:12
  26:1 35:22 36:12
  37:11,18 80:23
  82:3 87:12 94:22
  120:7
**identified** 23:8
  60:11 61:1 110:6
**identifies** 81:5
**identify** 31:22
  32:1

**iii** 5:18
**illustrate** 131:20
**immediately**
  129:19 132:21
**impact** 89:13
**impacts** 40:24
  41:19 42:6
**important** 13:11
  77:15 96:7,11
  129:7
**impression** 119:6
**improperly** 64:11
**improve** 123:17
**improved** 43:7
**impurities** 42:17
  51:2,7,16,18 52:1
  52:8,13,18 70:5,18
  71:3,5,6,10,13,21
  72:9,11,14,19
  88:19 99:24
  100:17,25 103:7
  106:1 107:16
  108:13 109:20
  110:6 111:2,16,21
**impurity** 52:18,22
  52:25 72:25 99:25
  101:7,14 105:19
  107:10 108:9
  112:9,16
**inaccuracies** 12:2
  22:15
**include** 89:14
**included** 65:1,6
**including** 116:25
  117:15 120:11
**increased** 74:3
**increases** 42:9
**increasing** 34:17
  49:21
**independent** 25:11
  31:23 54:11,15

**index** 4:7
**indicated** 102:15
**indicates** 12:24
 13:3
**indirectly** 77:6
**individuals** 30:5
**indulgence** 36:19
**industrial** 31:1
 32:20
**influence** 13:11
**inform** 9:22
**information** 29:22
 30:23 31:1,4
 70:17,21
**informed** 114:6
**infringement**
 21:22 22:21 23:2
 23:9,15
**infringes** 38:25
 39:4
**injection** 56:20
 58:18 79:20,25
 81:6,12 82:7
 84:15
**innovation** 1:5
**inside** 97:10
**insinuated** 98:7
**instance** 96:22
**instructed** 127:24
**instruction** 6:5
 97:13 117:19,22
 120:20 121:19
 125:24 126:8
 127:8,13 128:3,17
 128:22 129:22
 130:9 131:4,18
 132:12,25 134:10
**instructions** 76:10
 76:11 97:23
 129:16,17 131:5,7

**intend** 20:22 77:8
**intends** 122:17,22
 122:25
**interested** 8:1
 137:14
**interfere** 7:8 130:4
 130:5,7
**interference** 7:6
**international** 41:5
 41:7
**interpret** 47:10,19
 48:3,7 49:3 96:1
**interpretation**
 47:8
**interpreted** 34:22
 45:13 84:24 97:8
**interrupt** 130:25
**interrupted** 76:5
**introduce** 94:19
 120:2
**invalid** 20:23 21:3
 55:9
**invalidity** 18:7,10
 18:16,25
**inventions** 43:12
**inventiveness**
 96:10
**inventor** 95:1
 97:20
**inventors** 29:11
 66:24 67:24 68:13
**investigations**
 58:22
**invitation** 35:25
**iowa** 20:2
**isotope** 69:21,23
**issue** 125:14
**issues** 36:17 56:6
 59:7,20
**item** 67:17

**items** 24:22

**j**

**jane** 36:1
**jersey** 61:9
**job** 1:25
**jonathan** 2:10
 8:10 9:6
**jonathan.loeb** 2:9
**josh** 3:21 7:20
**joshi** 5:17 119:10
 119:16,17,21
 120:4,14,20
 121:16,20
**judge** 4:23 21:6
 24:2 34:21 35:2
 60:16,19 61:17
 63:6,21 65:22
**judge's** 63:12
**july** 119:9
**jump** 55:13 60:2
**june** 85:25 86:10
 87:17

**k**

**keep** 36:18 109:22
**kept** 134:22
**kind** 27:11 63:8
**kingdom** 1:22
**kirsch** 16:12,17
 17:1,15,25 18:9,15
 18:24 19:10,18
 20:6 23:8
**kirsch's** 17:18
 18:22 19:8,15
 21:22 22:21 23:1
**knew** 121:7
**know** 19:18,20,21
 19:23 20:4 24:2
 28:25 30:8 32:24
 40:15,15 47:9
 48:6 54:23 55:1

 55:16 60:20 62:25
 63:2 67:2 69:20
 71:2,5,12 72:17
 75:13 76:9 86:17
 86:20 89:24 92:10
 93:17 96:4 100:14
 118:16 119:19
 123:15 124:1,3
 126:16 129:6
 133:17
**knowledge** 114:3
**known** 54:6,12

**l**

**l** 78:15,15
**label** 80:2 106:5
**labelled** 79:24
 84:15 106:10
**labelling** 80:16
 82:102:16,21
 104:14
**laid** 59:11
**language** 45:21
 51:11 90:23 91:11
 123:16
**larger** 30:5
**lastly** 108:11
**latest** 32:22
**laurentius** 13:4
 24:24
**law** 45:7
**lawsuit** 26:22 38:1
**lawyers** 98:7
**learn** 98:13,14,17
**learned** 73:23
 97:21 113:22
**leave** 18:13 40:2
 128:18
**leaves** 49:11
**lee** 16:25 17:15
**legal** 7:21,23 16:9
 35:2 46:19 83:25

97:12 121:19
138:23
**legally** 77:11
**length** 107:1
**lengths** 106:22
**lesser** 74:17
**letter** 81:22 82:1
115:6
**level** 32:24 70:2
110:12
**levels** 71:14
**life** 50:17,22 77:18
104:15 106:23
107:2
**likewise** 52:3,11
81:11
**limit** 75:23 76:2
100:25 110:15
114:23 115:3
126:9
**limitation** 51:12
52:5,7 83:1,7
88:16,19 89:1,13
90:13 95:13 96:18
**limitations** 44:12
44:13,15 50:14
51:1,25 52:13,17
52:19,22,25 53:8
53:13,17 54:5,12
73:1 74:13 101:15
**limits** 89:25 99:24
100:17 101:8
102:1 107:4 118:9
127:11 129:1
**line** 25:8 31:2
39:22 60:25 61:17
62:25 64:6 81:1,2
107:12 111:9
120:15 139:4,7,10
139:13,16,19

**lines** 18:3 61:22
110:19
**link** 35:24
**list** 15:22 17:21
23:6,11 67:15
79:10,13
**listed** 12:19 24:15
24:19 58:10,13
**listened** 61:7
**liter** 95:16
**literally** 77:18
**lithuania** 4:19
29:19
**lithuanian** 26:3,6
26:10,24 28:13,19
28:21 29:6,8,15,23
29:25 30:15 31:4
31:22 32:1,7,16
36:20 60:3 65:10
65:12,18,24 66:24
67:5,24 68:6,11,13
69:10,14 70:8,20
71:4,9 72:24 73:5
73:18
**litigation** 16:9,10
16:14 19:16
**little** 30:3 36:20
38:3 39:13 41:4
57:3 69:22 78:20
111:5 117:11
120:3 128:13
134:13
**llc** 1:4,5 3:12
**llp** 2:4,13 3:1 8:10
**located** 9:18
**loeb** 2:10 4:5 8:9
8:10,24,25 9:4,6
17:14 23:22 25:24
31:9 34:20 36:15
37:5 40:14 43:11
47:16 48:13 59:18

60:1 72:2,6 87:13
93:15 94:11,18
97:11 98:18
103:22 113:2,10
117:4 118:1 121:5
130:23 131:14
134:11,23 135:3,9
135:14
**london** 1:22
**long** 17:21 133:22
**longer** 104:16
113:5,17 132:8,10
**look** 11:3 15:22
16:20 21:7,20
25:17 27:15 30:14
33:18 34:14 53:8
57:4 60:9 67:10
67:14 78:23 81:20
85:17,22 86:24
88:5,5 92:25 95:8
100:15 109:1
114:9,19 119:12
119:20 120:2
124:14,16,19
126:3,21 127:22
**looked** 52:17
65:12 78:22 99:10
110:8
**looking** 16:22
27:13 35:12 49:19
51:11,13 53:4
68:24 73:5 86:5
100:16 104:8
105:3,18 107:8,14
108:15 109:16
110:5 114:2
119:14 123:5
125:15,21 133:1
**looks** 87:23 110:20
**lost** 47:15 48:15

**lot** 45:11 111:12
120:9
**lots** 101:1
**low** 76:22 111:9
122:23
**lower** 42:11,22
67:20 96:21 106:9
**lt** 4:20 26:4,7 34:5
34:7 66:19 69:4
██████ ████
████

**m**

**m** 3:7 24:24
**major** 5:4,8 80:14
104:19 105:3,11
114:10 124:5
125:20
**making** 41:4
114:15
**manager** 119:18
**mandatory** 74:22
**manufacture**
49:16,25 50:15
125:3 133:9 134:6
**manufactured**
49:2,8 73:10
101:19 123:19
124:12 125:2
129:5
**manufacturing**
76:10,11 117:22
125:24 126:7,25
127:8,13 128:2,7
128:22,24,25
129:9,15,17,25
130:9,14,16 131:5
131:6,9,18,23
132:11,14,25
134:9
**marais** 13:5 15:6
15:11 24:24 25:11

**marais's** 13:18,22
    13:24 14:3,12
    24:25 25:5,8
**margin** 103:11
**mark** 10:24 12:8
**marked** 5:21
    10:24 11:2 12:9
    21:18 24:12 26:1
    35:21,22 36:4,5,12
    37:6,11,18 60:22
    80:23 82:3 87:12
    94:22 120:7
**market** 55:22 68:5
    77:15 101:20
    116:13,22 122:17
    122:22,25 133:25
**marketed** 29:1
    55:21 66:14 68:11
    78:11
**markman** 4:22
**masters** 98:10
**material** 72:14
    73:12,17 74:6
    118:24
**materials** 4:13,18
    12:13,17,19,24
    16:21 19:15 23:1
    23:19 24:10,14,18
    78:25 79:10,13
**math** 27:4
**mathematical**
    90:15,16
**mathematically**
    90:9,18 92:16
**mathematics**
    14:15
**matter** 7:14 15:10
    17:19 40:3 45:7
    58:24 83:25
    121:13 134:17

**maximum** 116:18
**mdv** 57:24 58:3
    81:11 82:2,6
    102:22 109:18
    122:11
**mean** 41:23 52:8
    56:21,23 58:3
    79:22 89:20,21
    101:10,24 102:2
    103:10 111:18
    113:8 115:2
    128:20
**meaning** 34:22
    35:3 64:12 96:2
    97:8
**means** 10:12 55:21
    56:11 58:10 65:5
    74:21 83:4,18
    91:16 101:18
    132:1
**meant** 93:9,18
    127:9 129:2
**measure** 93:23
**measured** 74:24
    111:23 127:14
    133:14
**measurement**
    91:21,23 92:21
    93:20,20,23
**measurements**
    91:17 92:20,22
**measures** 75:3
    77:21 94:1 127:1
    132:1
**media** 7:12
**medical** 41:2,9
    55:20
**medications** 10:2
**meet** 52:25 103:6
    112:9 115:9 132:2

**memorized** 70:8
**memory** 17:22
    70:7
**mention** 79:1
**mentioned** 14:25
    70:4,6
**message** 92:14
    116:21
**met** 46:6,20,23
    50:15 51:2 55:19
    133:22
**method** 34:17
    49:21 50:1
**methods** 15:2
**microphones** 7:4,8
**midatlantic**
    138:15
**middle** 24:23
    99:19
**mind** 19:13 58:9
    86:8 104:24
**minus** 128:12
**minute** 122:2
**minutes** 70:25
    121:21 125:19
**mischaracterizes**
    97:2 98:4
**misspoke** 113:13
**mistaken** 20:3
    25:22 70:11
**mix** 17:14
**mixed** 17:8
**mixing** 117:5
**mm** 95:16
**mmm** 101:3
**mode** 98:9
**modified** 102:21
**molecular** 63:25
**molecule** 62:8
    65:25 66:3 69:19
    71:19,22

**molecules** 66:2
**moment** 92:11,16
    118:20 133:5
**monday** 137:16
**monograph** 82:17
**monography**
    82:16 83:12 91:6
**month** 100:25
    104:4,14 111:2
**months** 102:23,24
    103:7,12,18,24
    104:2,5,7,16 109:7
    109:13,21 111:16
    111:24 112:10,17
    112:19,24 113:7
    123:24
**morning** 8:9 9:5
**mother** 123:16
**move** 36:18
    125:17
**moves** 131:16
**moving** 36:18
**multi** 56:22 57:23
    109:12 111:17,24
**multiple** 57:17
    64:19 101:1
    131:12
**munich** 8:18 9:12

**n**

**n** 2:1 4:1 9:15
    78:15 107:18,25
    109:17
**nail** 67:4
**name** 7:20 8:16
    9:6,8,9,13 11:10
    15:19 20:1,9
    78:16 80:2 81:10
**named** 15:17
    78:14 81:12 82:6
    91:5

narrow 116:18
natural 62:10 63:7
  63:25 65:6,16,17
  71:23
naturally 62:17
  64:15,22,25 65:1
  69:4,9,24 70:19
  71:4 72:15
navigate 60:14
near 89:8
nearly 28:20 69:6
  69:11,16,24
necessarily 30:24
necessary 59:7
  90:6 110:22,24
  140:6
need 35:13 42:14
  42:14 59:12 63:3
  70:2 71:18 81:20
  86:24 87:7 90:11
  91:3 93:19 97:23
needed 59:15
needs 98:13
neglected 129:24
neither 137:8
never 30:25 58:25
  81:9 116:11
  129:20
new 3:13,15,15
  8:15 29:23 56:11
  61:9 100:25 101:7
  101:11,14,18,25
  102:23 103:13
  105:19 117:24
newly 112:15
night 135:2
nodded 117:4
non 5:12 87:15
normal 92:18
notary 140:13,19

note 7:4 99:18
  114:20,22 138:10
noted 140:7
notes 64:21 137:4
notice 80:25 95:12
notices 82:19
noticing 8:8
notified 32:4
novelty 96:10
november 5:18
  22:4,9 119:16
  120:4
number 7:16 9:16
  10:23,25 12:8
  16:21 21:13,13,17
  25:22 26:3 27:12
  28:12 30:4,5
  33:21 36:23 37:7
  37:9 38:16,16
  40:18 57:5,16
  60:11 61:10,20
  62:1,9,18,20,23
  63:9,11,15,24
  67:12,17 73:7
  74:16,17,23 80:16
  80:17 81:21,24
  83:17,19,20 87:10
  87:14,24 88:3,6
  90:5 92:6,13,19
  93:22 94:21,24,25
  95:12 97:9 99:2,8
  99:16,20 100:16
  100:21 102:12
  107:16 110:10
  114:10 118:12
  120:5 126:22
numbered 11:14
  102:11 104:9
  114:11
numbers 26:5
  37:19 75:14 80:13

87:23 92:10 93:21
  93:22 94:4 97:6,7
  101:25 102:1
  104:24 110:2,13
  110:14 120:9
numerically
  115:11

**o**

o 78:15
oath 7:25 10:10
objection 23:17
  31:7 34:12 40:10
  43:10 47:13 48:11
  71:17 97:1 98:3
  103:20 112:20
  113:9 117:2,16
  120:22 130:17
  131:11 134:2
objections 8:6
obligated 77:13
obliged 74:21
  92:24
obvious 66:18
  68:9 83:16 91:8,8
obviously 78:22
occur 64:22
occurring 64:25
october 5:6,10
  80:12 81:23
offered 45:17
  79:16
office 5:13 9:19
  87:15
oh 35:9 36:25 66:9
  70:11 108:4
  124:14
okay 8:25 9:25
  10:1,9,22 11:8,15
  12:4,23 13:17,24
  14:20 15:13,24
  16:8,10,11,20

17:17,24 18:6,20
  19:14 20:4,12
  21:12 22:7 23:7
  25:16,25 26:24
  27:19 28:2,11
  31:21 32:6,10
  33:24,25 34:21
  36:16 37:6 38:7,8
  38:13,19,21 39:7
  39:10,11,24 41:22
  42:8 43:19,19
  44:3,5,6,7,13,14
  44:19,22,25 45:2
  45:19 46:7 48:5
  48:17,24 49:19
  50:23 51:3,11
  52:3,11,15,19,20
  53:4,6,12,12,14,19
  54:10,22 55:4,24
  56:1,2,25 57:6,10
  58:4,5,10 59:5
  60:8,13,23,25 61:3
  61:13,16 63:2,10
  65:8,9 66:4,9,23
  67:14 68:4,9
  72:13,19,24 73:3
  73:16 75:7 76:2
  77:3,12 78:6,13,19
  79:5 80:4,25 83:6
  85:20 86:7,13,20
  87:2 88:4,8,9,9,13
  88:18 91:20 93:19
  95:10 96:16 97:12
  98:19 99:1 100:3
  100:12 102:4,20
  103:5,17 106:4,17
  107:7 108:3
  109:16 110:16
  111:12 114:8
  116:23 118:6,16
  119:17,21 120:1

[okay - patent]                                                                Page 17

121:17 122:13,14
125:19 131:15,25
132:24 134:23
**old**  116:7
**older**  119:6
**once**  116:21
**ones**  23:4 110:6
112:13
**oops**  13:10
**open**  10:22 21:14
38:14,19 47:4
49:11 126:4
**opened**  35:24
**opening**  4:9,11
10:25 11:4,8,18,22
12:2,5,11,14,18,25
13:4,8,18,22 19:11
20:13,21 22:21
23:1,8 26:7 27:14
27:20 39:17 41:12
43:21 44:5 51:13
66:5,11 68:23
78:21,23
**operative**  117:13
124:12
**operator**  129:9,13
130:15 131:3
**operators**  74:15
**opined**  90:19
**opinion**  25:9 41:20
46:3 47:4 49:12
50:13,17,23 51:4,6
54:9,11,16,20
59:11 62:6,7
63:13 69:8 77:4,6
77:12 82:25 83:5
83:6 89:9 90:15
96:6 98:6,6,20
**opinions**  16:4 25:4
25:5,10,14 45:12
45:17 47:7,18,23

48:1,6 54:4,17
55:8,10 58:22
59:1,6 79:16,17
**opportunity**  19:9
**order**  36:17
111:11 135:7
**ordinarily**  95:25
**ordinary**  41:23
44:20,24 45:15,20
45:22 46:10 47:9
47:19 48:2,7,19
49:13 50:7 74:9
74:18 84:2,10,25
85:3,11,12 90:17
92:17 94:6 98:1
115:19,23 116:1
**origin**  65:16
**original**  66:15
108:16,21 109:3,6
109:18,22 113:4
122:12,15,20
123:22 124:6,10
125:5,9
**origins**  64:18
**outcome**  8:2
137:14
**outside**  61:25 97:9
**outspoken**  93:6
**owe**  96:13

**p**

**p**  2:1,1
**page**  4:4 11:12,13
11:16 12:24 16:22
22:1,1,2 24:23
27:15 28:7 34:1,2
38:20,22 41:13,14
43:21,22,24 44:1
51:13,24 52:4
53:7 57:8 60:22
60:24 61:14,14,15
64:5 66:11,12

67:11,11,13 68:25
70:14 71:1 73:6,6
73:9 81:1 85:23
86:6 87:25 88:5
99:10,15,20
100:10,15,24
102:11 104:9
105:2,4 107:5
108:17,19 114:11
114:12,14,20
120:6,9,10,12,19
124:21 126:5
139:4,7,10,13,16
139:19
**pages**  81:14
105:18,22 119:15
120:11
**painting**  103:16
**palo**  2:6,7
**pamela**  1:24 3:22
7:22 137:3,22
**papers**  61:6
**par**  1:4,4,5 5:1,3
5:14 7:14 8:10
16:2 37:9,20,25
38:25 39:4 61:24
62:13 78:13 87:18
89:16 138:4 139:1
140:1
**par's**  58:18 64:11
85:25 101:2
104:11,15,22
105:14 108:20
109:3,6,11 113:4
113:16
**paragraph**  27:19
28:7 34:1 41:16
57:10 61:16 66:10
68:22,24 85:22,23
85:25 86:3 87:20
102:8 124:20,21

126:3,21
**paraphrase**
106:11
**paraphrased**  73:8
**paraphrasing**
42:18
**pardon**  66:7
**part**  15:3 32:16
35:8 85:9 86:3
89:10 96:10
102:19 106:7,9
107:13 128:2
**particular**  16:16
25:3,18 26:4
32:23 45:21 51:4
64:14 71:25 85:21
85:24 86:13 92:25
93:6 95:20 101:12
124:19
**particularly**  41:10
118:12
**parties**  7:10 26:20
61:7 137:10,13
**partly**  83:11 85:8
**party**  7:25
**pass**  130:18
**passage**  73:16
**patent**  4:20,25 5:2
5:16 20:17,23
23:16 26:3,3,6,10
26:12,16,24 27:23
27:24 28:8,13,14
28:19,21 29:6,8,15
29:18,23,25 30:15
31:4,22 32:1,3,4,7
32:16 34:6,17
36:20 37:8,12,19
37:21 39:1,2
43:21 44:1 45:7
48:3 49:5,20
50:14,14 52:4,24

53:5,15,16 54:7,14
54:23 60:3 61:22
63:16,18 64:13
65:5,11,12,18,24
66:24 67:5,25
68:2,6,11,13,19
69:10,14 70:8,20
71:4,9 72:24 73:5
73:6,18,22,24,24
82:24 83:11,16,23
84:1,21,23 85:4
91:11,12 92:1
94:2,25 95:1,5,19
96:1,9,11,19,24
97:19,20 98:2,14
98:21,24
**patenting** 83:23
**patents** 16:4 26:21
27:1 28:3,16,22
29:9 30:1,17
37:25 38:5,6,11
39:18,21 40:19,20
43:14,17 44:5
55:4 65:20 71:8
71:15 83:1,8,22
97:4,6
**patient** 55:1
**patients** 43:7 54:1
67:20
**pause** 35:17 36:7
63:4 111:13
112:14 126:7,18
**pdf** 60:13
**pennsylvania** 3:4
**people** 31:12
129:25
**peptide** 14:21 15:1
32:19 40:20 41:18
42:1,20,21,22 69:4
69:5,5,18 78:11

**percentage** 40:12
40:16,17
**perfectly** 90:24
**perform** 25:13,15
**period** 29:7 46:24
67:21 104:2,4,6
107:11 110:18
111:3 113:5,18
130:6
**perjury** 10:13
**permit** 96:20
**permits** 108:4
130:15
**permitted** 96:25
115:22,25 131:4
134:17
**person** 15:16
32:18 41:23 44:19
44:23 45:8,15,22
46:10,15 47:9,18
48:2,6,18,24 49:5
49:12 50:7 84:2,6
84:25 85:3,4,7
92:17 94:6 96:14
96:17 97:16,17,25
119:22 128:7
133:11,19 134:4,5
**personally** 19:19
31:21,25 33:4
78:9
**persons** 31:19
33:5 85:11 128:23
**perspective** 84:24
**ph** 44:9,12,12,15
44:16,17 45:4,24
46:12 47:11 48:8
48:21 49:1,15
50:9,14 51:1,8,9
71:25 74:10,23
75:1,3,4,19,19,24
75:25 76:3,3,12,17

82:25 83:7,9
86:14 88:14,16,22
89:1,8,12,16,17
95:14,14,22 96:2,5
96:9,15,18,19
113:22 114:15,21
114:23 115:22,24
117:23 118:7,22
118:25 120:16
124:13,25 125:24
126:13 127:1,2,3
127:13,24 128:1
128:14 129:10,14
130:12,13,14
131:9 132:13
133:2,14,16
**pharma's** 61:24
62:14
**pharmaceutical**
1:4 7:14 30:13
55:19 73:11 74:2
74:8,18 77:24
78:5,8 82:10 84:7
85:5 98:12 138:4
138:4 139:1,1
140:1,1
**pharmaceutically**
14:7
**pharmaceuticals**
1:8 7:15 16:3
**pharmacist** 54:19
**phd** 11:1 21:20
98:10,10
**phe** 107:17 109:17
**philadelphia** 3:4
**phones** 7:7
**phosphate** 95:15
**phrase** 63:11
**phrased** 47:15
**phs** 95:20 96:20
116:25 117:14

126:8
**physically** 9:17
**physician** 53:22
**pick** 7:5
**picture** 103:15
132:5
**pitressin** 66:15
68:4,12
**place** 7:7,10 23:18
75:5,8,10,18 91:16
91:16 100:8 125:1
**plaintiffs** 1:6 2:3
8:11
**plan** 20:15 23:14
**planning** 18:25
**plausibility** 54:16
**plausible** 67:3
80:2 82:23 83:24
**please** 7:4,6 8:7,20
9:8,13,22 10:23
15:19 21:12,14
23:24 25:16,18
27:15 33:20 35:8
36:22 60:21 66:10
67:10 80:8 85:22
95:8 99:1,14,18
101:4 114:9,20,22
120:6 124:17
131:14 135:9,16
**plus** 128:12
**pm** 1:18,18 7:3
36:14 59:22 94:14
94:17 135:5,17
**point** 18:20 19:7
26:19 46:20 51:1
58:23 59:6 64:4
73:3 75:16 85:25
89:18 90:12 91:3
92:14 98:7 111:14
114:7 117:21
127:12 128:18

129:12 133:7,10
133:13
**pointed** 73:4
**pointing** 100:7
**points** 46:5,10
**portions** 39:25
**posa** 41:17,22 42:4
44:23,25 45:2
49:17 50:20 66:18
83:7,8 98:9,20,24
130:3
**position** 30:9
48:16 119:19
**positions** 18:7
20:16
**possible** 23:10
72:23 116:9
117:24 127:16,18
127:19 128:8,10
129:6 131:15
132:4 133:18
**potassium** 95:15
**potency** 42:11,23
**potential** 23:18
**precise** 19:5 93:24
96:9 107:22
126:11
**precisely** 96:6
**precluding** 83:2,3
**prefer** 123:11
**premature** 33:14
**preparation** 12:14
12:18 28:19,25
29:6 32:11 65:14
71:24 74:2 117:20
**preparations**
58:21 67:21 73:25
74:1
**prepared** 16:13
29:12 30:6,19
61:4 128:4

**preparing** 18:21
24:19 58:22
**prerequisite** 41:2
41:9
**present** 8:3 32:24
51:3,16 70:18
71:3,13 72:20
**presentation**
109:7,13
**presentations**
112:7
**presented** 17:16
18:7 108:16
**presenting** 19:1
**presents** 73:25
**pressure** 34:18
49:21
**presume** 22:20
**previous** 18:22
46:3 64:5 115:21
121:2,11
**previously** 5:21
19:1 38:10 102:22
104:9
**principles** 74:9,19
**prior** 52:24 53:1
**priority** 26:20
27:1,22 28:2,8,15
28:21 29:9,25
39:13
**private** 7:5
**probably** 38:13
**problem** 117:8
**procedure** 92:19
**proceed** 8:25 9:3
**proceeding** 8:7
**process** 40:6,11
72:10 80:15
114:24 115:23,25
121:3 125:23
126:25 130:19

133:5,15,23
**procter** 3:12 8:15
**produce** 131:24
**produced** 46:24
61:25
**product** 30:13
31:6 42:9 43:6
45:5,25 46:13
47:12 48:9,22
50:4 52:24 53:1
55:20 56:22 57:14
57:17,20,21,23,24
75:24 76:3,12,17
77:8 78:8 79:20
79:24 80:15 81:6
81:11 82:2,6,11,13
82:18 84:12,15
91:5 102:17 106:6
107:3,3 109:23
110:1 112:16
113:4,16 116:22
117:21 118:22
120:17 122:16,21
122:24 129:5
130:13 133:22,24
**production** 6:2
125:7,12
**products** 1:4
53:25 56:20 58:2
58:3,4 59:9,14
66:15,25 67:25
68:11 75:4 78:5
78:11 102:22
110:25 113:6,18
116:17,25 117:14
119:24
**profession** 54:18
**professional** 20:6
**professor** 8:17
93:1

**program** 32:17
35:15
**proper** 47:8
**proposal** 61:24
62:14
**propose** 117:24
**proposed** 59:8
99:23 102:16,21
104:9,14 105:19
107:15 108:8
117:6,13,25 118:9
118:17 130:5
**prosecuted** 10:13
**protein** 15:1 32:19
78:11
**provide** 45:11
47:7,23,25 71:10
122:5
**provided** 16:4
47:18 48:5 51:6
78:14 97:13
105:12,18 131:6,7
**provides** 108:20
108:24 109:2,5,11
118:21
**public** 31:14 53:2
140:19
**publication** 26:16
28:14,20 29:8,24
30:12
**publicly** 53:2
**published** 26:10
26:12,25
**pure** 73:11
**purified** 65:16
70:22
**purity** 69:14 70:9
70:10,15 73:12
74:6 107:15
**purpose** 43:12
115:6,9

**purposes** 52:23
**put** 21:4,6,12
35:17 37:3 54:17
59:10 62:16 83:17
92:4 122:20
133:25 136:11
**putting** 92:13

**q**

**qualified** 15:5
133:11,18 134:4
**quality** 82:13
130:2 132:22,23
133:20 134:5
**quantification**
110:12
**question** 9:21,24
10:3 17:18 18:19
23:23 24:1 25:7
28:13 30:2 31:10
31:24 33:1,14
34:9 45:13,22
46:8 47:14 48:16
60:4 63:20,21
68:15 72:7 74:12
79:2 86:8 92:2
96:12 97:4 98:8
100:8 109:4
110:24 113:13,14
116:4,6 119:2
120:15,25 124:23
124:25 132:3
**questions** 9:7 10:6
10:17,20 21:6,9
24:4 47:3 56:5
59:14 136:11
**quick** 25:25
**quickly** 120:2
**quote** 64:10
126:19 127:20

**r**

**r** 2:1 81:3 139:3,3
**range** 84:3,8 86:15
89:6,7,16,23,24
95:20,23 96:25
97:10 116:18
127:25 131:10
**ranges** 49:7 83:25
97:4,5
**rate** 14:8
**read** 11:18 13:8
16:15 17:24 18:2
18:4,16 22:7
31:12 45:2,23
48:19,24 49:13
52:5 61:6 63:3,5
64:24 66:21 73:7
79:6 83:7 84:1,3,7
88:15 96:15 100:2
114:7 121:15
136:7 138:9 140:5
**reading** 15:18
18:4 21:22 34:16
40:1 44:21 50:20
63:4 96:24 98:2
98:15,21,24 101:6
111:13
**reads** 51:12
118:14
**ready** 55:21
**real** 2:5 25:25
**really** 127:6
**reason** 10:5,8 12:6
20:9 27:9 130:2
138:11 139:6,9,12
139:15,18,21
**reasons** 20:15,21
21:2 68:16,17
**rebuttal** 4:14,16
21:19,21 22:7,18
22:22 23:13 24:11

24:15,20,23,25
25:1,4,7,10 38:16
57:4 78:24 79:11
85:18 87:20
124:17 126:22
**recall** 12:21 13:13
13:24 14:1 15:18
15:21,23 16:17
18:2,6 23:5,10
43:18 51:10 60:6
60:7 70:10 73:7
81:9 86:24 89:11
90:22 96:8 104:3
113:21 122:8
124:24 126:1
133:3
**recalled** 134:1
**receipt** 138:18
**receive** 70:22
**recess** 36:11 59:23
94:15
**recollection** 126:3
**reconvene** 122:2
**record** 7:2,11 8:5
36:8,10,14 59:19
59:22,25 75:4,11
93:8 94:14,17
127:1 128:11
129:16 130:15
133:11 135:3,5,7
136:10 137:6
**recorded** 7:13
74:15
**recording** 7:9
**records** 75:9,18
127:6
**reduced** 115:16
**reevaluated** 101:8
101:11
**refer** 11:7 16:9
38:5 39:8 44:11

44:24 47:21 52:16
53:12 58:2 65:5
70:25 101:11
**reference** 30:15
31:14,16 41:4
58:10,13 86:9
**referenced** 30:18
138:6
**references** 23:11
30:13 64:19
**referred** 17:14
26:6
**referring** 50:2
73:17 86:4 126:16
127:4
**refers** 58:15 61:20
61:25 62:14 73:9
118:14
**reflecting** 123:2
**reflective** 122:21
122:24 123:10
**reflects** 112:23
**reformulated**
58:18 103:23
104:11,15,22
105:14 109:12,19
109:23 110:25
111:24 112:8,18
113:16
**refresh** 36:6 70:7
126:2
**refrigerated** 104:6
106:11,19 108:21
108:25 112:24
113:1
**refrigerator** 103:3
104:3
**regard** 41:7 51:7
**regarding** 14:14
17:3,15 23:15
44:12 52:7,17

54:4 56:20 119:23
121:12
**registration**
122:19 125:2
**regular** 134:8
135:13
**regulatory** 74:14
84:4,8
**rejected** 65:2
**relate** 14:18 40:20
**related** 7:25 137:9
**relates** 57:13,17
**relating** 51:25
55:10 95:13
**relative** 137:11
**release** 55:14,15
55:22 74:25 75:7
75:23,24 76:3,17
78:7 100:4 105:25
106:4 116:10,17
116:24 117:14
124:12 125:22
133:19,23
**released** 55:20
76:1,15 118:25
134:3
**relevant** 35:8 40:5
85:3
**reliable** 94:7
**reliably** 93:23
**relied** 12:18 31:3
32:16
**relitivate** 97:7
**rely** 24:18 25:4
30:8 54:3,8
**relying** 29:22
124:6
**remain** 111:1
**remainder** 52:15
53:7

**remember** 79:5,7
**remind** 97:19
**remotely** 8:4
**remove** 90:3
**removed** 90:2
**repeat** 15:19
112:22 127:23
**repeatedly** 131:24
**rephrase** 117:9
**replace** 113:14
**reply** 115:5
**report** 4:10,12,15
4:17 11:1,4,8,18
11:23 12:2,5,11,15
12:19,25 13:4,8,13
13:18,22,25 15:8
15:17,18,21 16:14
16:16,25 17:7,11
17:15,18,25 18:8
18:17,21,22 19:6
19:11,16 20:13,14
20:21 21:4,19,21
21:22 22:8,11,14
22:18,21 23:2,9,13
24:11,16,20,24,25
25:1,4,7,11 26:7
27:14,20 32:11
38:17 39:17 41:12
42:19 43:21 44:23
46:17 47:22 51:14
57:4,19 59:11
66:5,11 68:23
70:25 74:22 78:14
78:20,21,23,24
79:2,3,11 85:8,18
87:20 89:4,10
102:7 123:11
124:17 126:3,18
126:22 130:6
132:13,17,21

**reported** 74:16
**reporter** 1:24 3:22
7:22 8:20 9:1
17:12 25:23 28:23
35:20 36:2 56:3
70:3 87:11 94:10
115:4 116:3 135:6
135:12 137:1,3
**reporting** 13:12
74:10
**reports** 16:18
37:13,22 48:1
51:5 56:9 104:20
130:1
**repose** 17:17
**represent** 8:14
17:6 60:18
**representative**
122:16 123:8
**representing** 8:10
**represents** 92:20
**reproduce** 43:20
44:3 126:20
**reproduced** 43:25
99:20
**republic** 4:19
**reputation** 19:24
20:6
**request** 6:2 118:8
118:11
**requests** 41:5
**require** 44:8 46:11
47:10 48:8 62:19
118:8
**required** 45:3
122:5 129:9,12
140:13
**requirements**
82:10,13,19
**requiring** 45:24
48:20,25 49:14

**research** 29:3
31:23 32:17 83:9
**researched** 29:17
29:20
**respect** 34:7 50:25
52:22 118:6
**respectively** 97:10
**respond** 18:15,24
**responded** 100:4
**response** 5:5,9,12
18:10 19:1 21:21
79:16 80:14,19,21
80:21 81:25 82:1
87:15 99:6 100:20
100:23 118:3,4
**responses** 19:8
136:11
**responsible** 78:7
**restrict** 64:11
84:11 118:22
**restriction** 69:13
**restrictions** 49:6
**resubmission** 5:4
5:8 80:14 113:25
**result** 102:8
133:16
**return** 138:13,17
**review** 17:18
19:14 22:25 23:4
23:9 24:14 39:20
39:25 134:6 138:7
**reviewed** 12:25
13:4 18:22 22:20
24:24 39:17 40:8
54:22 79:3 118:2
119:9
**revised** 111:1
127:12
**rhoad** 61:4
**right** 9:18 10:17
11:24 12:7 13:5,6

13:15 18:11,17
19:2 20:24 25:12
25:23 28:9 29:21
33:6 34:3 38:11
39:5,18 42:6
43:15 44:3 45:16
49:24 50:24 51:23
52:6,13,21,21 53:4
53:15,17 54:1,7,14
54:24 55:2,11
56:12,13 57:17,21
57:22 59:13,16
66:21 67:4 68:2,7
70:5,9 73:14,19
75:22 80:25 81:19
82:2 83:2,10,14
84:4 86:2,18
87:10,20,25 88:4,8
92:6,8 94:8,12
95:5,23 98:22
99:10,19 100:1,10
100:13,21 102:5
102:17,20 104:22
105:9,12,15,17,19
105:21 106:2,12
106:15,16,20,25
107:11,23 108:5,9
108:13,18,23
109:2,5,11,14,23
116:2 118:4
119:24 121:9,22
122:4,7,17,22
123:20,25 124:8
124:22 126:10
134:11 135:8
**rightfully** 21:8
**rl** 105:8
**rld** 58:7,10,14,18
105:12,14
**robust** 93:24

**role** 64:18,18
**rolls** 133:8
**ronald** 78:15
**room** 8:3 102:18
102:23,24 103:1,7
103:19,24 104:4,7
104:14,18 106:11
106:19 108:22,25
109:7,13,21
112:10,17,23
113:3,15
**rough** 135:8
**round** 74:22 92:24
92:24 112:3 116:9
131:20
**rounding** 74:9,18
76:19,21,25 77:5
77:13 83:2,3,4
84:10,10,14,19
85:13 89:14 91:4
91:8 92:23 93:2,3
96:3,20,25 115:14
115:15,15,16,23
116:1 118:25
**rows** 109:16
**rule** 61:5 96:24
**rules** 76:19,21
77:1,5,8,14,17
84:13,14,17,19
85:13 91:7 115:14
115:23 116:1
119:1
**ruling** 35:3,6
**run** 122:1
**running** 130:24

**s**

**s** 2:1 78:15 139:3
**safety** 103:11
**sake** 38:4
**sale** 46:21 50:16
53:1

**sales** 78:4
**satisfy** 44:15
**save** 44:4
**saw** 17:13 19:25
78:16 110:9
**saying** 29:14 35:1
46:9,14 47:7
63:10,14 64:5
72:13 90:22 91:21
91:23 96:23
109:22 117:19
**says** 16:25 24:23
61:3 62:11 64:8
67:18 69:1 70:15
73:9 84:18 96:1
96:19 117:7
**scientific** 69:20
92:18
**scientifically** 66:2
69:13 94:1
**scientist** 46:17,18
69:25
**scientists** 20:5
31:18 33:5
**scope** 14:16 88:23
89:7
**screen** 36:25
**scroll** 95:10
**sdv** 57:20 58:3
80:22 81:5 102:22
105:2 109:18
114:10 122:10
**searching** 31:23
32:2
**second** 32:9 35:16
38:20 58:8 60:23
66:6 80:9 90:5,11
90:14 94:23 99:10
109:10 114:12
119:13 124:18
126:18

**see** 10:8 27:25
28:1 30:14,14
41:15 43:19 49:20
51:21 59:19 60:11
60:14,17,25 61:11
61:12,21 62:3,4
64:8 67:14,22,23
72:22 81:1 88:1
88:10,12,18,21
94:21 95:17,18
96:25 99:22 102:7
102:9 107:19
108:10 111:17
120:14,21 121:16
125:3 127:5 130:9
133:14 134:13,23
134:25
**seeing** 36:3 81:15
115:19
**seeks** 104:17
**seen** 16:6,16 19:8
29:1 64:2 75:6,14
124:2 126:12
**sell** 56:15 77:8
**send** 132:12,16,21
**sends** 116:20
**sense** 15:8 81:18
87:17
**sensitive** 7:5
**sent** 138:14
**sentence** 41:16
42:19 62:25 63:1
67:18 68:25 73:4
73:8,9,20,21
**september** 11:20
**seq** 51:20 61:10,20
62:1,20,23 63:11
63:15
**sequence** 51:19
62:9,18 63:9,23
64:15 69:18 80:17

sequences 69:5
set 25:16 82:14
  85:6 89:24 129:1
sets 55:19
setting 78:7 101:7
share 35:15 60:10
  94:20
sharp 83:20 90:12
sheet 138:11
shelf 50:16,21
  104:15 106:23
  107:2
shipped 55:21
short 78:19 110:18
shorten 88:2
shorthand 39:7
  44:23
show 35:7 80:4
  130:1
shown 107:4
shows 89:23
  105:24
sic 9:15 102:12
side 26:19 63:7
  92:6,8
sign 138:12
signature 11:13,15
  11:17 22:1,2,3
  78:9 137:20
signed 11:19,23
  22:4,12 136:17
  138:20
significant 13:14
  74:16,17 91:17,21
  91:23 92:21 93:9
  93:11,21 94:5,8
significantly 73:25
signing 22:8,14
silent 46:22 93:5
similar 24:1 32:23
  81:22

similarly 13:17
  18:15,24 28:7
simplified 42:13
simplify 93:7
single 56:22 57:14
  57:20 109:7
sir 31:10 51:8 92:2
situation 84:12
  130:10 132:20
situations 49:7
skill 41:23 44:20
  44:24 45:16,20,23
  46:10 47:9,19
  48:2,7,19 49:13
  50:8 84:2,25 85:3
  85:11 92:17 94:6
  97:16 98:1 115:1
  137:7
skilled 31:19 45:8
  46:15 49:5 84:7
  85:7 90:17 95:25
  96:14,17 97:17
  115:19
slightly 20:10
  48:18 65:21 96:21
  111:14 118:14
  125:17
slip 23:18
slipped 17:22 58:9
smallest 91:16
sodium 126:14,14
sold 45:5,25 46:13
  47:12 48:9,22
  49:9,16 50:4
  116:12 133:24
solution 95:14,17
  95:19 130:18
solutions 1:25
  7:21,23 118:24
  128:3 138:23

sorry 27:9,10 35:9
  36:16 38:14 40:10
  54:25 76:23 79:4
  81:4 88:1 89:19
  90:7 99:9 100:7
  101:5 108:1
  110:17 113:12
  117:6 120:8,10
  126:18 130:25
  132:9
sort 24:22 40:4
  78:17 81:9 90:5
  93:21 97:18 98:7
  101:22 103:11
  132:6
sounded 77:3
sounds 82:22
sources 65:17
spans 68:25
speak 92:11
speaking 61:1
  97:3
spec 111:15
specializing 20:10
specific 20:14
  51:25 52:13 70:17
  71:3,10 72:25
  73:2 102:1
specifically 66:9
specification
  54:24 55:2,14,15
  55:18,23 64:13
  75:1,8,15,23 82:15
  83:9,13,16 84:8
  91:12 94:3 101:18
  102:1 107:4,9,15
  107:20 108:3,8,12
  109:20,25 110:2
  110:15,20 111:7
  111:20 113:23
  114:4,16,25

115:21,24 116:1,7
  116:24 117:13,20
  117:25 118:7,10
  119:6 120:17
  121:2,3,18 124:12
  125:1,22,23
  132:13 133:6,23
  133:24
specifications 55:5
  75:19 77:17 78:7
  78:10 82:14 84:20
  85:14 90:20 100:5
  103:7,13 105:19
  105:25 106:1,4,14
  106:18 111:2
  112:9,16 118:17
  119:3 121:8,9
specified 75:8
  99:24 110:5
specify 34:7
speculate 68:17
spell 9:13 51:20
spoke 98:5
spoken 58:23
square 2:6
stability 14:22
  40:23 41:1,3,6,18
  42:5,8,13,16,20
  43:7 100:1 101:1
  101:8,11,15,21,25
  103:6,17 104:21
  106:10,17 109:3,6
  109:11 113:3,16
  123:24
stable 43:14
stand 97:8
standards 41:5
stands 68:19
start 18:18 50:21
  80:20 109:4

starting 72:14
73:17 74:6 107:17
starts 99:17
state 8:4,7 9:7
27:20 38:23 42:19
89:4
stated 41:15 61:17
statement 42:24
42:25 70:24 91:19
statements 13:7
13:18,21
states 1:1 29:2
32:21 56:16 77:9
77:15 114:20
statistical 13:25
14:21,23 15:2
statistics 14:3,7,12
14:25 15:4
stellon 78:15
stellon's 78:20
79:2,3,16
stenotype 137:4
step 125:25 127:14
129:8,9,15 130:13
130:16 131:9
steps 133:8
sterile 1:4
stick 47:25
stop 121:22
storage 46:24,25
102:17,23,25
103:8,25 104:2,10
106:1,15 107:2,9
107:11,23 108:13
111:3 112:17,23
112:24 113:1,5,17
stored 49:9 108:21
strasse 9:16
street 3:3 9:14,16
strictly 118:23

strike 114:21
strong 98:6
structure 64:1
students 93:1
studied 17:20
23:12 33:2
studies 101:21,25
133:11
study 104:21,25
stuff 40:2 70:15
subject 36:19 50:5
58:24 134:17
subjects 100:11
submission 125:5
submissions 125:9
submitted 11:4
22:22 39:16 78:23
submitting 25:1
subscribed 140:14
substance 66:19
68:10 80:15
substantially 55:7
substantively 55:5
sued 16:3
sufficient 14:2,11
suit 29:9 83:1
suite 2:6,15
summarize 41:6
superior 74:1
supervising 93:1
supervision 98:16
supplied 114:1
support 25:14
103:18 122:6
124:7
supported 100:1
supporting 20:15
32:5
supposed 72:8
sure 27:16 31:25
33:18 37:1 47:17

47:21 55:1 62:8
63:20 70:12 87:1
87:3 95:8 96:16
105:1 110:22
114:5 121:10
124:16,16 127:20
134:7
swear 8:20
sworn 4:3 8:22
140:14
synthetic 33:8,16
34:8,10,19 60:5
62:2,23 63:12,16
63:19,22,23 64:13
65:5,13,23 66:17
66:19 67:1,20
68:1,10 69:5,10,22
71:6,14,23
synthetically
72:16
system 87:7 88:9

## t

t 9:15,15 78:15
139:3,3
tab 10:24,24 12:8
20:14 21:14 24:5
25:18 27:13 33:21
35:11 36:23 37:4
37:16,16 38:15
41:12 57:5 60:9
66:5 67:6 68:23
78:24,25 80:8,10
80:11 81:21 85:18
87:3,4 99:2
119:13 124:17
table 101:12 105:6
105:22 106:8
107:5,13 114:20
tablet 131:21
tablets 131:24

take 7:10 19:5
56:5 71:18 73:20
80:1 94:11 99:10
110:21 130:21
133:7 135:11
taken 36:11 59:23
94:15 106:24
129:25 137:11
talk 23:19 93:2
122:9
talking 18:9 31:20
38:11 121:1
target 127:3,21
128:1 132:2
task 45:9
teach 65:12
teaching 73:24
131:17 134:9
team 32:5
technical 36:16
56:6 59:19
telephone 2:8,17
3:5,16
tell 20:22 32:8
68:21 79:4 111:10
128:11
temperature
49:11 102:19,23
102:24 103:1,3,8
103:19,24 104:3,5
104:6,7,15,18
106:11,19 108:22
108:25 109:8,13
109:21 112:10,17
112:23 113:3,15
temperatures
46:25
tenths 91:22
term 34:22 35:3
38:10 41:3 55:25
56:8 58:6 61:23

62:13 69:17,25
93:13,16 123:1,8
123:10,13
**terminology**  117:6
**terms**  64:17
**tested**  111:1 112:8
**testified**  8:23
**testify**  20:15 21:1
23:15 119:22
**testifying**  10:10
**testimony**  138:9
138:18 140:8
**testing**  109:3
**texas**  2:16
**textbooks**  64:2
**thank**  9:21 20:12
25:24 56:25 74:7
80:6 121:23
123:12 134:12,22
**theoretically**
72:23 132:4
**theory**  19:12
**therapeutic**  40:24
41:19 42:6
**thereof**  137:6
**thing**  30:21 100:14
125:18 126:21
**things**  65:22 132:2
**think**  14:5 15:7
16:16 17:8 18:3
19:4,5,17 21:2,7
25:6,9 27:13 29:1
30:4 31:12 40:8
40:12 41:1 42:12
42:14 45:6 46:2,8
46:16 47:14 51:6
59:10 62:15 63:6
65:15,21,22 68:17
69:16,20,21,24
70:1,11,14,23,23
71:18 73:20,21,23

74:11,22 77:7,14
77:16 78:16 81:13
82:12 83:15,25
85:7,8 87:3,7,22
89:15,22 90:25
91:3,9 92:25 93:5
93:19 96:4,9,14,17
97:5 101:24
103:15 104:1
112:5,22 113:24
115:5,8 116:11,14
116:20 118:13,20
118:20 121:22
123:1,8 124:1
126:11,12 127:10
127:12,23 128:10
128:20 129:11
130:3,19 131:2
132:19 133:18
134:12
**third**  109:1,5
**thirds**  78:4
**thought**  127:23,24
**thoughts**  30:3
**thousands**  31:18
92:10
**thousandth**  75:5
75:10
**thousandths**  75:12
**tightened**  112:15
114:21,22 115:3
115:12 121:17
**tightening**  90:21
90:23 91:2 100:17
116:14
**time**  7:2 8:7 11:23
17:24 18:14,20
22:12 29:24 36:9
36:14,14 44:4
45:25 46:5,9 48:9
48:21 49:2,15,16

49:24 50:9 51:1
59:21,22,24,25
66:23 67:21 68:1
78:21 86:21 88:20
88:24 94:13,17
106:22 107:1
110:19,22 114:7
124:13,15 125:15
130:25 133:13
134:14 135:4,5
138:19
**timeframe**  138:8
**times**  3:13 44:25
50:15 63:5 113:5
113:7,17,19,19
131:12,16
**today**  8:18 9:7
10:7,10 20:1
23:19
**told**  99:23 112:3
135:7,12
**tomorrow**  122:3
131:2 134:14,24
135:15
**top**  38:22 86:6
111:6 120:19
**topic**  45:17
**topics**  23:14 74:8
**total**  108:13
**totally**  30:21
**track**  114:5
**trained**  128:23
**training**  14:2,11
**transcribed**  1:24
137:7
**transcript**  60:15
60:21 119:10
135:13 136:10
137:6 138:6,20
140:5,8

**treat**  132:20
**trial**  23:15
**tried**  40:1,2,4 46:3
**true**  30:11,16,17
31:17 42:24 63:24
64:1 69:2 136:10
137:6 140:8
**truthfully**  10:6,17
21:9
**try**  21:8 26:14
47:17 78:19 93:7
117:11
**trying**  44:4 97:3
125:11 126:17
**tuesday**  1:17
136:12
**turn**  7:7 10:23
11:11 12:7,23
24:5 28:6 34:1
35:9 37:15 41:11
52:4 60:21 80:8
99:14 102:11
105:2 120:6
**turning**  82:24
**two**  28:3 37:25
38:5,11 40:7
56:19,22 57:11
78:4 87:21 89:17
98:10 110:9
112:12,13 122:2,7
128:3,11,14
**type**  56:14
**typically**  20:7
46:18 132:19

| u |
|---|

**u**  9:15
**unclear**  49:5 50:18
50:24,25
**understand**  9:22
9:24 10:9,11,14,15
14:8,10,12,16,19

14:24 16:2 18:5
18:12,18 26:9,20
26:23 27:21 33:6
34:21,25 35:4
37:24 38:24 45:16
45:20 46:11 48:23
50:8 52:23 54:20
62:5 64:4 79:19
84:9,23 90:7
92:18 94:7 96:17
96:18 97:16,17
98:21,25 115:2,18
115:21 116:4
117:8 119:21,25
129:23 134:15,20
**understanding**
39:3 55:14 91:14
128:16,23 132:22
**understood**  31:24
38:10,12 44:20
65:4 76:6 134:21
**unenforceability**
18:8,11
**unenforceable**
20:24 21:3
**unfortunately**
111:5
**uniformly**  61:20
**unit**  7:12 44:8 50:3
50:8 51:15 128:14
**united**  1:1,22 29:2
56:16 77:9,15
**university**  8:17
20:2
**unspecified**  99:25
108:9 111:16,21
**untruthful**  10:12
**upper**  75:23 76:2
106:7 116:18
118:9 121:13

**use**  31:13 41:2,9
44:23 46:21 50:16
53:2 55:24 61:23
62:13,20 66:17,18
68:10,14 69:25
90:11 92:12 93:13
117:7 123:9
**usp**  41:8 76:19
77:4,13,17 79:21
79:25 81:6,12
82:7,11,15,15,18
82:20 83:12 84:13
84:16,17,19,22
91:6,7
**uspto**  5:12
**utility**  40:24 41:19
42:6

| v |
| --- |

**v**  1:7 138:4 139:1
140:1
**valid**  65:23 94:1
**validity**  16:13 17:3
17:15,19 19:15
20:16 52:24
**value**  111:25
112:3 130:21
**values**  74:10,23
89:17 94:7
**vas**  5:1
**vas0-0005809**  5:14
**vaso**  5:3 37:9,20
87:18
**vasopressin**  29:23
30:7 31:6 33:7,8
33:15,17 34:8,9,11
34:23 35:4 40:20
40:23 42:1,5,9,10
43:2,4,6,14 44:17
45:4,10,24 47:11
48:8,20 49:1,14
53:10,25 56:20

58:2,17 59:8 60:4
60:6 61:8,9,18,25
62:1,2,10,17,23,24
63:8,8,11,12,15,17
63:19,23,25 64:12
64:14,16,17,20,21
64:25 65:1,6,13,16
65:19,24 66:15,16
66:17,17,19,25
67:1,20,25 68:1,5
68:10,12,14 69:3,9
69:11,19,22 70:15
70:19,23 71:4,7,15
71:19 72:15,16,20
73:13 75:4 79:20
79:25 80:22 81:6
81:12 82:6 107:2
107:3,10,18,23,25
108:5 109:17,18
117:14 122:7
124:7 130:13
**vasostrict**  58:19
66:16 101:2
103:23 104:11,16
104:22 105:8,15
108:16,21 109:3,6
109:12,19,23
110:2,25 111:24
112:8,18 113:4,16
**verify**  138:9
**veritext**  1:25 7:21
7:23 138:14,23
**veritext.com**
138:15
**version**  11:14
**versus**  7:14 92:7
113:7,19
**video**  1:12 7:9,13
7:19
**videoconference**
2:11,20 3:8,19

**videoconferenci...**
1:21
**videographer**  3:21
7:1,22 8:19 9:2
36:9,13,24 59:21
59:24 94:13,16
135:4
**virtually**  1:21
**voice**  76:22
**vol**  1:15 138:5
139:2,24 140:2,4
140:12
**volume**  5:18

| w |
| --- |

**want**  27:15 37:1
64:3 68:18 89:24
93:2 95:13 104:24
110:4 112:21
115:17 116:21
118:21,22 125:15
128:9 130:11
131:1,1
**wanted**  42:25 91:9
100:9 135:7
**waste**  125:15
**waxman**  13:1,15
15:14 16:23 54:4
54:17
**waxman's**  13:8
**way**  31:5 38:13
40:2 41:6 48:18
49:10 50:16 62:16
63:13 84:2 92:5
122:20 123:6,19
**welcome**  33:11
**went**  129:14
**whatsoever**  59:2
**whispering**  7:5
**winter**  1:14 4:3,9
4:11,14,16 7:13
8:17,21 9:5,9 11:1

21:20 23:19 30:11
31:2 35:21 41:11
42:18 45:11 64:4
70:4 72:3,4 81:25
94:12 136:6,18
138:5 139:2,24
140:2,4,12
**winter's**  87:14
**wise**  90:23
**wish**  116:15,17
129:4
**wishes**  56:15
**witness**  3:11 8:14
8:16,18,20 35:23
37:2 40:4 134:25
136:1,7 138:8,10
138:12,19
**word**  19:5 34:18
113:15
**wording**  115:8
**wordings**  97:7
**words**  20:20 75:17
**work**  15:9 25:13
31:1
**worked**  30:6 77:23
77:25
**working**  32:5,15
135:10
**world**  30:7 115:7
**write**  89:21
**writing**  19:10
**written**  16:18
29:15 61:19,23
62:12 64:20 92:11
**wrong**  27:4 70:7
88:15 100:8
**wrote**  21:21 34:3
**wu**  3:18 8:13,13
23:17 31:7 34:12
40:10 43:10 47:13
48:11 71:17 72:4

93:12 97:1 98:3
103:20 112:20
113:9 117:2,16
120:22 130:17
131:11 134:2
135:2,10,16 138:1

**x**

**x**  4:1

**y**

**yeah**  19:4 26:13
33:13 35:6,16,17
35:23 43:17 70:11
74:4 78:3,3 81:4,8
81:8 88:2 89:10
106:21,23,24
108:2 115:5,8
116:10 118:12
121:16 123:2
133:15
**year**  26:13 29:7
32:9
**year's**  130:6
**years**  26:25 27:5
28:15,20 30:4,20
30:25 32:14 78:2
95:6 97:22 98:10
98:11
**york**  3:13,15,15
8:15

**z**

**zero**  91:15
**zone**  7:2
**zoom**  76:5

DELAWARE RULES OF CIVIL PROCEDURE

Part V. Depositions and Discovery

Title V, Rule 30

(e) Submission to witness; changes; signing. When
the testimony is fully transcribed, the deposition
shall be submitted to the witness for examination
and shall be read to the witness, unless such
examination and reading are waived by the witness
and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within 30 days after the
date when the reporter notifies the witness and
counsel by mail of the availability for examination
by the witness, the officer shall sign it and state
on the record the fact of the waiver or of the
illness or absence of the witness or the fact of
the refusal to sign together with the reason, if
any, given therefor; and the deposition may then be

1        used as fully as though signed, unless on a motion

2        to suppress under Rule 32(d) the Court holds that

3        the reasons given for the refusal to sign require

4        rejection of the deposition in whole or in part.

5

6

7

8

9

10      DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

11      ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

12      THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

13      2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

14      OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

15

16

17

18

19

20

21

22

23

24

25

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

ERRATA SHEET FOR THE TRANSCRIPT OF:

*Par Pharmaceutical Inc. et al. v. Amphastar Pharmaceuticals Inc. et al.*, 18-cv-2032-CFC

Deponent: Gerhard Winter
Deposition Date: December 8-9, 2020

I wish to make the following changes for the following reasons:

| Page:Line | Now Reads | Should Read | Reason |
|---|---|---|---|
| 23:18 | slip | stip. | Transcription error |
| 29:11-12 | I have no evidence that it has been used. | I have no evidence that it has been used by anyone other than the inventors. | Transcription error |
| 30:22 | and I used an information | and I used information | Transcription error |
| 34:7 | [respect or] aspect | aspect | Transcription error |
| 39:22 | No | Not | Transcription error |
| 42:9 | increases | decreases | Transcription error |
| 55:1 | patient | patent | Transcription error |
| 59:12 | as in need direct contact | and I did not need a direct contact | |
| 97:7 | "relitivate" | "relativate" | Transcription error |
| 164:14 | 2000 American Regent label | 2011 American Regent label | Transcription error |
| 175:23-25 | I meant this really specification and this assume it is publicly available | and this specification, I assume, is publicly available | Transcription error/misspoke |
| 183:16 | infection | Injection | Transcription error |
| 188:7 | brought | broad (or wide) | Transcription error/misspoke |
| 188:8 | brought | Broad (or wide) | Transcription error/misspoke |



| Page:Line | Now Reads | Should Read | Reason |
|-----------|-----------|-------------|--------|
|  |  |  |  |
| 223:11 | ascetic | acetic | Transcription error |
| 223:14 | ascetic | acetic | Transcription error |
| 229:3 | vasopressin | Vasostrict | Transcription error/misspoke |
| 238:15 | Winger | Winter | Transcription error |

_____

Gerhard Winter

Signed this ___4th___ day of ___January___ 2020 2021



Deposition of:

# Dr. Gerhard Winter V2

*December 9, 2020*

In the Matter of:

# Par Pharmaceutical Inc Et Al v. Amphastar Pharmaceutical Et Al

Veritext Legal Solutions

888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

Page 139

```
 1
                IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3
      _____
 4                                        :
      PAR PHARMACEUTICAL, INC             : CA No:
 5    PAR STERILE PRODUCTS, LLC           : 18-cv
      and ENDO PAR INNOVATION             : 2032-CFC
 6    COMPANY, LLC                        :
                                          :
 7                      Plaintiffs        :
                                          :
 8                      v                 :
                                          :
 9    AMPHASTAR PHARMACEUTICALS           :
      INC et al                           :
10                                        :
                        Defendants        :
11                                        :
      _____:
12
                        * Video Deposition *
13
                               of
14
                        Dr. Gerhard Winter
15                          Vol II
16
17
                On Wednesday, December 9, 2020
18
                   Commencing at 2:15 pm CET
19                       1:15 pm GMT
20
21           Held virtually via videoconferencing,
22           from Germany and London, United Kingdom
23
24    Transcribed by: Miss Pamela Henley, Court Reporter
25    Veritext Solutions - Job No.  4358193
```

Page 140

1   A P P E A R A N C E S
2
3   On behalf of the Plaintiffs:
4      DECHERT, LLP
5      3000 El Camino Real
6      Five Palo Alto Square, Suite 650
7      Palo Alto, California 94306-2112
8      Telephone:  650.813.4995
9      Email: jonathan.loeb@dechert.com
10        BY:  DR. JONATHAN D.J. LOEB
11           (Via videoconference)
12
13     DECHERT, LLP
14     515 Congress Avenue
15     Suite 1400
16     Austin, Texas 78701
17     Telephone:  512.394.3041
18     Email: blake.greene@dechert.com
19        BY:  MR. BLAKE B. GREENE
20           (Via videoconference)
21
22
23
24
25

Page 141

1      DECHERT, LLP
2      Cira Centre
3      2929 Arch Street
4      Philadelphia, Pennsylvania 19104-2808
5      Telephone:  215.994.2143
6      Email: brian.goldberg@dechert.com
7        BY:  MR. BRIAN M. GOLDBERG
8           (Via videoconference)
9
10  On behalf of the Amneal Defendants and the
11  witness:
12     GOODWIN PROCTER, LLC
13     New York Times Building
14     620 8th Avenue
15     New York, New York 10018
16     Telephone: 212.459.7270
17     Email: hwu@goodwinlaw.com
18        BY:  MS. HUIYA WU
19           (Via videoconference)
20
21  Videographer:    Mr. Josh Cohen
22  Court Reporter:   Miss Pamela Henley
23
24
25

Page 142

1      I N D E X
2   DEPONENT
3   Dr. Gerhard Winter (continued)
4   Examination:              Page No:
5   By Dr. Loeb                 145
6   By Ms. Wu                   239
7   By Dr. Loeb                 247
8   _____
9      EXHIBIT INDEX
10
11  Exhibit 14   Kirsch Rebuttal Expert
12       Report                154
13  Exhibit 15   ██████████████████
14  ██         ██████████████████-
15       316      162
16  Exhibit 16   ██████████████████
17  ██████████████████████████
18       VAS0000011 - 16     163
19  Exhibit 17   ████████████████
20       VAS000010 - 11     165
21  Exhibit 18   ██████████████████
22  ██         ████████████████████
23  ██         ██████████████████
24       USP VAS000017 - 21    179
25  Exhibit 19   ████████████

Page 143

1      ██████████████████████
2   ██    ████████████████
3       PAR-VASO-0108640 - 51    198
4   Exhibit 20   ██████████████
5   ██    ████████████████
6       PAR-VASO_0065296 - 341   214
7   Exhibit 21   Internal Journal of
8       Pharmaceutics
9       Effect of buffer pH,
10      Buffer concentration and
11      Skin with or without
12      Enzyme inhibitors on the
13      Stability of [Arg 8]-
14      Vasopressin
15      AMPHPA0005662 - 68     225
16
17      Previously marked
18  Exhibit 1              147
19  Exhibit 3              181
20  Exhibit 7              208
21      (Instruction not to answer)
22      None
23
24      (Request for production of documents)
25      None

2 (Pages 140 - 143)

Page 144

1      THE VIDEOGRAPHER:  Good afternoon,
2  we are on the record at 2.15 CET Wednesday,
3  December 9th, 2020.
4      Please note that the microphones
5  are sensitive and may pick up whispering, private
6  conversations and cellular interference.  Please
7  turn off all cell phones or place them away from
8  the microphones as they can interfere with the
9  deposition audio.  Audio and video recording will
10  continue to take place unless all parties agree to
11  go off the record.
12      This is media unit 1 of the
13  video-recorded deposition of Gerhard -- Dr Gerhard
14  Winter.
15      I apologize, this is media unit 5
16  of the video-recorded deposition of Dr Gerhard
17  Winter in the matter of Par Pharmaceutical, Inc et
18  al versus Amphastar Pharmaceuticals et al filed in
19  the District of Delaware, case number 18-cv
20  02032-CFC.
21      This deposition is being held via
22  video conference.  My name is Josh Cohen from the
23  firm Veritext Legal Solutions, and I am the
24  videographer.  The Court Reporter is Pamela Henley
25  from the firm Veritext Legal Solutions .

Page 145

1      I am not authorized to administer
2  an oath.  I am not related to any party in this
3  action.  Nor am I financially interested in the
4  outcome.
5      Counsel and all present in the room
6  and everyone attending remotely will now state
7  their appearances and affiliations for the record.
8  If there are any objections to proceeding please
9  state them at the time of your appearance,
10  beginning with the noticing attorney.
11      DR LOEB:  Good morning, good
12  afternoon, Jonathan Loeb of Dechert, LLP,
13  representing plaintiffs Par et al.
14      With me are Brian Goldberg and
15  Blake Greene, also of Dechert, LLP.
16      MS WU:  Huiya Wu from Goodwin
17  Procter, LLP on behalf of the Amneal defendants
18  and the witness.
19      THE WITNESS:  This is Gerhard
20  Winter, University of Munich, Germany.  I am the
21  witness.
22  BY DR LOEB:
23      Q.   Dr Winter, you understand that you
24  are still under oath from yesterday, correct?
25      A.   I understand, yes.

Page 146

1      Q.   Okay. And from the time that I --
2  we started the deposition yesterday until now have
3  you had any communications with your counsel
4  concerning the substance of this deposition?
5      A.   No communication at all.
6      Q.   Okay, thank you. I am just going to
7  pick up, we will see what we can get through here
8  today, could I please have you find your third
9  binder, you have it? Do you have it, doctor?
10      MS WU:  Looks like he is frozen.
11  Very pensive!
12      DR LOEB:  That is a difficult
13  witness!
14      THE COURT REPORTER:  Do you want to
15  goo off the record for a second?
16      DR LOEB:  Yes, please.
17      THE VIDEOGRAPHER:  We are going off
18  the record, the time is now 2.19 pm CET.
19      (Recess taken)
20      THE VIDEOGRAPHER:  We are back on
21  record, the time is 2.23 pm CET.
22  BY DR LOEB:
23      Q.   So if you could open up tab 29, and
24  if you recall that is Exhibit 1 to your
25  deposition, your opening expert report?

Page 147

1      (Exhibit 1 previously marked)
2      A.   It is. I confirm.
3      Q.   And in particular could I, please,
4  have you turn to page 166?
5      A.   Page 166.
6      Q.   You see there is a heading there
7  that states:
8      "Claimed pH Ranges/pH are not
9  critical to stability"?
10      A.   I see this, yes.
11      Q.   It is your opinion that the claimed
12  pH 3.7 to 3.9 range is not critical to the
13  stability of vasopressin formulations, correct?
14      A.   This is my statement, yes.
15      Q.   And what does it mean for a claimed
16  pH range to be critical for the stability of a
17  vasopressin formulation?
18      A.   It means that the stability
19  directly depends on this exact pH ranges, meaning
20  it is different whether it is in or out this
21  range.
22      Q.   Okay. And is that the meaning that
23  you applied in determining whether the claimed pH
24  range is critical?
25      A.   Yes. Yes.

3 (Pages 144 - 147)

Page 148

1    Q.    Okay.  So what evidence would it
2  take for the claimed pH range to be critical over
3  the prior art pH range in your opinion?
4    A.    The evidence needed is that the
5  stability would be clearly different between the
6  pH within this range and pHs outside that range.
7    Q.    Okay.  Now, one of the arguments
8  that you made was that because the approved shelf
9  life for Original Vasostrict®, which is pH 3.6, is
10  the same as the approved shelf life for
11  Reformulated Vasostrict®, which is pH 3.8, the
12  claimed pH range is not critical to stability,
13  correct?
14    A.    Correct.
15    Q.    Okay.  Now, in your mind is it
16  appropriate to compare Reformulated Vasostrict®
17  with Original Vasostrict® for purposes of
18  assessing criticality?
19    A.    Yeah, not only Vasostrict®, I think
20  we are talking about the patent, and to understand
21  criticality I think the teaching of -- and, let us
22  say, description and examples of the patent have
23  to be considered as well.
24    Q.    Okay.  I was not asking whether the
25  argument about the comparison between Original

Page 149

1  Vasostrict® and Reformulated Vasostrict® was the
2  only thing to consider, I was just asking you
3  whether that is an appropriate consideration when
4  asking the question, is the claimed pH range of
5  3.7 to 3.9 critical?
6    A.    This is an appropriate question,
7  yes.
8    Q.    Okay.  Now, did you compare the
9  stability data for Reformulated Vasostrict® with
10  the stability data for Original Vasostrict®?
11    A.    Not in every detail.  I refer here
12  in my report to the 24 months approved storage
13  period.
14    Q.    Okay.  So I was not asking about
15  the shelf life of the -- or the relative shelf
16  life of the two products, I was asking whether you
17  actually looked at the stability data for Original
18  Vasostrict® and the stability data for
19  Reformulated Vasostrict® in your analysis?
20    A.    I did look.
21    Q.    Because I do not see it in your
22  report, doctor, so it is not something that you
23  are going to opine about at trial, right?
24    A.    Give me a moment because I think I
25  have values here on this Original Vasostrict®

Page 150

1  formation in my report. I just need to, let us
2  say, recall what values these exactly are on
3  page 169.
4        (Pause for reading)
5    Q.    Well, there is no data for
6  Reformulated Vasostrict® here, and there is no
7  comparison of the numbers, correct?
8    A.    There is no comparison of numbers
9  here, you are correct.
10    Q.    So you did not compare the
11  stability data from Original Vasostrict® to the
12  stability data for Reformulated Vasostrict® when
13  you assessed the criticality of the claimed pH
14  range, correct?
15    A.    Let me just read my text in
16  paragraph 482 before I confirm that, because there
17  I express my opinion, or lay down the numbers I
18  have found.
19        (Pause for reading)
20  I agree, I do not directly compare the stability
21  data of Original Vasostrict® to Reformulated
22  Vasostrict® here in this section of my report.
23    Q.    Okay, and you could have made that
24  comparison, but you chose not to, correct?
25    A.    I -- I at the moment not sure where

Page 151

1  to find these numbers for the stability data for
2  the Reformulated Vasostrict®, but I believe I had
3  access to them, and I did not.
4    Q.    Now, getting to the issue of
5  improved shelf life that you mentioned, in your
6  opinion what would constitute a meaningful
7  improvement in room temperature shelf life between
8  two vasopressin products which would be sufficient
9  to establish criticality?
10    A.    You are referring to room
11  temperature --
12    Q.    Yes.
13    A.    -- only.
14    Q.    Yes.
15    A.    I think a -- at least a 3-month
16  difference is needed to show a difference.
17    Q.    So if there is a 3-month increase
18  in shelf life when you are comparing two different
19  vasopressin products, you would consider that
20  sufficient to establish that whatever difference
21  between the two products that difference is
22  critical?
23        MS WU:  Objection to form.
24    A.    I think a stability difference of
25  at least 3 months establish a difference between

4 (Pages 148 - 151)

Page 152

1  let us say, the laid out shelf life of two
2  products, whether there is a real stability
3  difference behind that is a different question,
4  because I have seen for different reasons that
5  companies do not, let us say, lay down the exact
6  stability shelf life, so to say, into the shelf
7  life they disclose to the public. These are two
8  different things.
9  BY DR LOEB:
10      Q.    I do not think that was responsive
11  to my question, doctor, let me try again, so in
12  your opinion a 3-month difference in room
13  temperature shelf life between two products would
14  be a meaningful improvement, is that right?
15      A.    Meaningful improvement, yes, I
16  agree.
17      Q.    And it would -- in terms of patent
18  claims if the product with the longer shelf life
19  was different in the sense that it met a claim
20  limitation which the other formulation did not
21  meet, then that meaningful difference would be an
22  indication of criticality of that claim
23  limitation, correct?
24      A.    No, I think I made my caveat a
25  moment before, that I said the shelf life that is

Page 153

1  let us say, displayed to the public on this, how
2  you call it, the package insert or however, may be
3  different to the real shelf life that is a result
4  of the stability study.
5          So I only agree to your question
6  when it means that the shelf life that has
7  directly calculated or taken from stability data
8  is meant, which may be different to the shelf life
9  that is assigned to a product and requested from
10  the FDA to be printed on the package insert.
11      Q.    I see. So even if the -- if you
12  are comparing two products and they have the same
13  published shelf life, if one had an actual shelf
14  life based on its stability profile that was
15  3 months longer than the other, then that could be
16  evidence of criticality, is that what you are
17  saying?
18      A.    If data are different in a
19  significant way, like 3 months, that could be an
20  evidence of criticality.
21          But I repeat myself, the third
22  thing I would look at would be the data in the
23  patent itself when I want to answer that question.
24      Q.    Okay, now, could I, please, have
25  you find tab 34, which is in the same binder you

Page 154

1  have in front of you.
2      A.    Yes.
3      Q.    Okay.  And this is going to be
4  Exhibit Number 14, I believe, to your deposition,
5  Ms Reporter, is that right?
6          THE COURT REPORTER:  That is
7  correct, yes.
8  BY DR LOEB:
9      Q.    This is the expert report of Lee
10  E Kirsch, PhD regarding validity and
11  enforceability in this matter, do you recall
12  reviewing this document, doctor?
13      (Exhibit 14 marked for identification)
14      A.    Yes, I recall that.
15      Q.    So this is Dr Kirsch's responses to
16  the report of yours that is Exhibit Number 1,
17  right?
18      A.    Correct.
19      Q.    Okay, now, take a look at page 137,
20  please?
21      A.    Page 137.
22      Q.    Yes. Okay. Do you see there is a
23  paragraph 303 that begins on 137 and continues on
24  to 138?
25      A.    I see it.

Page 155

1      Q.    All right, do you recall reviewing
2  this section of Dr Kirsch's report?
3      A.    Yes.
4      Q.    And here Dr Kirsch provides a
5  comparison which assesses the total impurity
6  levels of Reformulated Vasostrict® and Original
7  Vasostrict® registration batches across 12 months
8  at room temperature, correct?
9      A.    Yes.
10      Q.    All right, and based on the
11  stability data Dr Kirsch concludes that there was:
12  ████████████████████████████
13  ████████████████████████████
14  ████████████████████████████████
15  ████████████████████████████████®."
16          Correct?
17      A.    This is what he says, yes.
18      Q.    Did you evaluate Dr Kirsch's
19  calculation?
20      A.    I -- yes and no.  I think I can do
21  this math in my head, meaning I██████████████
22
23      Q.    Okay, do you find any errors in
24  Dr Kirsch's calculation?
25      A.    Any what?

5 (Pages 152 - 155)

Page 156

1    Q.    Errors?
2    A.    Errors? No, as I just said,
3    ████████████████████████ and,
4    therefore, I did not check for errors in detail.
5    Q.    Okay. And do you agree with
6    Dr Kirsch ███████████████████████████
7    ████████████████████████████████████
8    ████████████████████████████ ?
9    A.    I agree.
10   Q.    Okay, now, if I could have you go
11   back to your expert report, which is tab 29, in
12   particular page 170, are you there?
13   A.    Page 170, yes.
14   Q.    Right. And in particular if you
15   could look at paragraph 483?
16   A.    Yes.
17   Q.    And I am just reading from the
18   middle of that paragraph that says:
19         "If the claimed pH values do not
20   necessarily confer the stability benefits that
21   purportedly result from the claims, then these pH
22   values cannot be critical."
23         Do you see that?
24   A.    Yes, I see it.
25   Q.    Okay. By, "stability benefits that

Page 157

1    purportedly result from the claims" you are
2    referring to the impurity limitations?
3    A.    Yes.
4    Q.    Okay. Now, is it your opinion that
5    there can be only one factor that can be critical
6    to the desirable properties of a new formulation?
7    A.    What new formulation? I have to
8    make a, let us say, an explanation here, so in my
9    sentence you just made reference to, I talk about
10   the claims, and I realized that we have talked
11   about the impurities at Kirsch which are not
12   impurities in the claims, these were total
13   impurities, and the claims do not talk about total
14   impurities. Do they?
15   Q.    So the question I just asked you,
16   doctor, is more general, and I am asking you
17   whether in terms of your understanding of this
18   patent law concept of criticality, and the
19   question is, must all the desirable properties of
20   a new formulation be due to the single claim
21   element which the patentee argues is critical?
22   MS WU:    Objection to form.
23   A.    It is very difficult to understand
24   that question. So pH is, let us say, the -- there
25   is a claimed range of pH, and I understand your

Page 158

1    question whether now stability explained in
2    impurities is flowing from this pH only or from
3    other factors, is this what you are asking?
4    BY DR LOEB:
5    Q.    I am asking again the way that you
6    formulated it can the pH be critical even if there
7    are other factors in the formulation which affect
8    the desired benefit here, increased stability?
9    A.    I understand this question with,
10   yes, it can be critical. It can. I opined here
11   that it -- I find it not critical because what I
12   found in the patent did not convince me that the
13   pH is critical.
14   Q.    Okay. Is it your understanding
15   that the only evidence that one should consider to
16   answer the question of whether a claim limitation
17   is critical must be found in the patent?
18   A.    I am not sure about that because
19   this is a legal question.
20   Q.    Okay. Now, in your opinion the
21   claimed pH 3.7 to 3.9 range cannot be critical
22   unless the impurity limitations are inherent
23   properties of the claimed vasopressin formulation,
24   is that correct?
25   A.    My opinion of that they are not

Page 159

1    critical is based on the extremely small
2    differences between impurity levels between these
3    pHs that are claimed and the pHs that are outside
4    this claims range. This is where I based my
5    opinion on.
6    Q.    Okay. That was not an answer to my
7    question, doctor. In your opinion the claimed pH
8    3.7, 3.9 range cannot be critical unless the
9    impurity limitations are inherent properties of
10   the claimed vasopressin formulation, correct?
11   A.    I just -- I think we had that a
12   moment before. Maybe you can explain what
13   inherent property is so then we get -- those are
14   two -- let us say, that I am able to answer that
15   question.
16   Q.    Dr Winter, my apologies, I lost
17   Zoom for about 30 seconds there, would you mind
18   answering the question again?
19   A.    Yes. So maybe the problem I have
20   with the question is the term of the inherent
21   property which you, sort of, put into the question
22   and maybe I am not sure how to answer it because I
23   did not understand that correctly.
24   Q.    Well, Dr Winter, you used that term
25   and that concept throughout your report --

Page 160

1    A.    Yes.
2         Q.    -- so I am using it in the same way
3    that you used it in your report, and that is how I
4    want you to answer the question.
5         A.    Okay, so to explain what I meant
6    with, "inherent property" is that if you have a
7    solution with the composition like the API
8    concentration in a certain range, and then change
9    the pH the result in impurities is an inherent
10   property of the pH when you keep all the other
11   conditions the same.
12        Q.    Okay. You recall that you made some
13   prior arguments regarding something called
14   ███████████
15        A.    Yes, I recall that.
16        Q.    And first question, what is the
17   relationship between ████████████████████
18   ████
19   ████   A.    I think ██████████████████████
20   ████████. This is what I recall. ██████████
21   ████████████████████████████████████████
22   ████████████████████████████████████████
23   ████████████████████████████████████
24   ████████████████████████████████
25   ████████████████████ .

Page 161

1         Q.    And what is your evidence for that?
2         A.    The evidence for what? That that
3    happened?
4         Q.    Yes.
5         A.    I think you have, like we do have
6    here these registers for businesses, and there you
7    can look that up.
8         Q.    Did you look that up?
9         A.    No.
10        Q.    Okay. Do you have any evidence in
11   your expert report that establishes the
12   relationship between ████████████████████
13   ████   ██████████████████?
14        A.    No, because I thought it is
15   evidence enough that this product was on the
16   market under a registered name. And I think
17   particularly do not refer to any of these
18   particular names. I recall documents I have seen.
19        (Clarification by the reporter)
20        Q.    All right, so there is nothing in
21   your report that establishes the relationship
22   between ████████████████████ , correct?
23        A.    This may be the case, but I have
24   not -- no idea that this relation is critical for
25   the subject matter of the properties of this

Page 162

1    product.
2         Q.    Okay. Now, in your opinion
3    ████████████████████████████████████████
4    ████████████████████████████████ , is that
5    right?
6         A.    This is my -- my belief, yes.
7         Q.    Okay. If I could please have you
8    find tab 51, which is in the last binder, number
9    5?
10        A.    Yes, tab 51.
11        Q.    Okay. This is going to be
12   Exhibit 15.
13        (Exhibit 15 marked for identification)
14   It is a product label, says on the top:
15   "Vasopressin injection, USP". It is AMPHPA0006315
16   through 16, you have got that in front of you now?
17        A.    Yes, I have it.
18        Q.    Great. So this is a label for the
19   ████████████████████████████████████████ ,
20   right?
21        A.    Correct.
22        Q.    All right. Now, if you turn to the
23   second page at the bottom left-hand corner you see
24   that this ████████████████████████████████
25   ████████████████████ ?

Page 163

1         A.    Yes.
2         Q.    Okay. Do you agree that this
3    ████████████████████████████████████████████
4    ████ ?
5         A.    I do not exactly know when it was
6    published. ██████████████████████████████████
7    ████
8    ████   ██████████ And the assumption that it has been
9    published around that as well. But I have no, let
10   us say, information on the exact publication.
11        Q.    Okay. Now, you have reviewed this
12   two-page label before, right?
13        A.    Yes.
14        Q.    And this particular ██████████████
15   ████ ████████████████████████ , correct?
16        A.    This label does not mention
17   ████████████████████ that is correct.
18        Q.    Now, if I could have you turn to
19   the next tab in your binder, that will be
20   Exhibit 16 to your deposition.
21        (Exhibit 16 marked for identification)
22   It is tab 52.
23        A.    Yes.
24        Q.    Okay. And it has a Bates number
25   VAS00000011 through 16, and it says at the top

7 (Pages 160 - 163)



Page 164

4    A.    Sorry, I also had a very short
5  interruption.  I heard the last few words, you
6  were just referring to numbers on this page.
7    Q.    Yes, I see.  So after I identified
8  the document my question was, this is a

11    A.    Yes.
12    Q.    And it is your opinion that

16    A.

20    Q.

23    A.

Page 165

1    Q.

8    Q.    Okay.  Could I, please, have you
9  look at the next exhibit, which is tab 53, which
10  will be Exhibit Number 17, I think?
11         THE COURT REPORTER:  That is right.
12  (Exhibit 17 marked for identification)
13  BY DR LOEB:
14    Q.    And this is a document, at the top
15  it says:

18    A.

Page 166

21    Q.    Sorry to interrupt you, are you
22  done? If you look at the upper right-hand corner
23  of this document, Exhibit Number 17, it is

Page 167

4

17

22

25    Q.    And if you look at your opening

8 (Pages 164 - 167)



Page 168

1 report at paragraph 308, so this is back to
2 Exhibit Number 1, tab 29.
3     A.   Which page?
4     Q.   At page 107.
5     A.   Yes.
6     Q.   So I am looking at paragraph 308,
7 you --

11

Page 170

4     Q.   -- okay. Just a technical point,
5 you were speaking over me there, it makes it
6 difficult for the reporter, so please pause after,
7 or please allow me to finish and then you can
8 answer.
9     Right.

13

24

Page 169

1

5

18

24

Page 171

3     Actually let me help you out on
4 that one, if you could just look at paragraph 118
5 of your deposition first. I said, "deposition", of
6 course I meant expert report, are you there?
7     A.   No.
8     Q.   118.
9     A.   118 of what?
10    Q.   Of your expert report, Exhibit 1,
11 tab 29.
12    A.   Yes, I am there.
13

9 (Pages 168 - 171)



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830



**Page 176**

?

**Page 178**

23          So if you look at the exhibit
24   share, please?
25          A.    Yes, just give me a second to open

**Page 177**

**Page 179**

1   it and refresh, oops, where is it?
2          Q.    Oh, oh!
3          A.    Yeah, no, it got lost when this
4   Internet was interrupted.  I had it open before.
5          DR LOEB:  Can we go off the record,
6   please.
7          THE VIDEOGRAPHER:  We are going off
8   the record.  The time is now 3.24 pm CET.
9          (Recess taken)
10          THE VIDEOGRAPHER:  We are back on
11   the record. The time is 3.34 pm CET.
12   BY DR LOEB:

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830



16    Q.    And the Reformulated Vasostrict®
17    product has a shelf life which allows a storage
18    for 12 months at room temperature, correct?
19    A.    This is correct.
20    Q.    So Original Vasostrict®

24

1    its ANDA products meet every element of the claim
2    at some point during its labelled shelf life?
3        A.    I disagree because this is a
4    philosophical question because I think this
5    infringement is based -- I think you have to use
6    this, you have to bring it to the market and so on
7    and so on.
8            And how to determine a single vial
9    that is measured, so to say, then this vial is
10    destroyed and is no longer offered or sold or used
11    on a human and so on.
12            And this, let us say, general
13    principle that you cannot test every single piece
14    is applied throughout the pharmaceutical world,
15    also by the FDA.
16            Therefore, I think it is very
17    appropriate not to -- not to, let us say, talk
18    about a single vial, but a product as such which
19    is described in batches and so on.
20        Q.    All right.  So is it your opinion
21    that every vial which is provided to the public
22    must meet each and every limitation of the claims
23    in order for there to be infringement?
24            MS WU:  Objection,
25    mischaracterizes.

4

5        Q.    Okay. We are done with Exhibit 18.
6        A.    Okay. So I go back to screen. Okay.
7        Q.    I would like you, please, to find
8    your other expert, your rebuttal expert report,
9    which is, I think it is tab 7 in the first binder,
10    Exhibit 3 to your deposition.
11        (Exhibit 3 previously marked)
12    If I could ask you to turn, please, to paragraph
13    12?
14        A.    Yes, I am there, paragraph 12,
15    page 3.
16        Q.    Okay. You state that for
17    infringement:
18            "...the accused product must
19    satisfy each and every element of the claim
20    literally or under the doctrine of equivalence."
21    Right?
22        A.    Yes.
23        Q.    All right. Based on your
24    understanding of the law of infringement would
25    Amneal be liable for infringement if one vial of

1        A.    I did not say that. I meant when
2    trying to find out whether a product would
3    infringe you would rely on not only one single
4    vial, but you would rely on, for example,
5    specifications, product recalls or what else
6    describes this product in a meaningful and
7    technically correct manner.
8    BY DR LOEB:
9        Q.    So what percentage of vials of an
10    ANDA product must meet each and every element of
11    the claims in order for there to be an
12    infringement?
13        A.    At least not a single vial. If
14    there is many vials then they fulfill the criteria
15    of what I just explained, specifications,
16    infection instructions and so on. That would
17    fairly indicate infringement.
18        Q.    So let us just talk about
19    measurements, measure -- you measure vials of an
20    ANDA product and it -- some have the -- say the
21    infringing pH and some do not, and they meet the
22    other limitations, what percentage must meet all
23    the limitations in order for Amneal to be liable
24    for patent infringement?
25        A.    I cannot tell a percentage here.

Page 184

1    Q.    You do not know?
2    A.    No.
3    Q.    I asked you some questions about
4  the product that you referred to as Original
5  Vasostrict®, okay?
6    A.    Okay.
7    Q.    As of the priority date of the
8  asserted claims a POSA would have known that
9  Original Vasostrict® could be stored at room
10  temperature for up to 12 months, right?
11    A.    Yes.
12    Q.    So Original Vasostrict® was stable
13  at room temperature, right?
14    A.    For a certain period of time, yes.
15    Q.    And as of the priority date of the
16  asserted claims there were no issues reported in
17  the prior art with storing Original Vasostrict® at
18  refrigerated temperatures, correct?
19    A.    I have not seen issues being
20  reported about that.
21    Q.    And likewise as of the priority
22  date of the asserted claims, there were no issues
23  reported in the prior art with storing Original
24  Vasostrict® at room temperature, correct?
25    A.    According to the, let us say, shelf

Page 185

1  life, no.
2    Q.    And Pitressin, another product that
3  you discussed, was stored under room temperature
4  conditions, correct?
5    A.    Correct.
6  ████  ████████████████████
██  ███████████████████████████
█  ██  ████████
10    Q.    Original Vasostrict® was known in
11  the prior art to have a pH between 3.4 and 3.6,
12  right?
13    A.    I agree.
14    Q.    And the prior art range, 3.4 to
15  3.6, does not overlap with the pH 3.7 to 3.9 range
16  which is claimed in the asserted patents, correct?
17    A.    No.
18    Q.    In your opinion the prior art pH
19  3.4, 3.6 range renders the claim pH 3.7 to 3.9
20  range presumptively obvious, right?
21    MS WU: Objection to form.
22    A.    I think I did not say that in my
23  report. And I think what makes the claims obvious
24  is the entirety of the previous state of the art
25  information at the time of the invention. And

Page 186

1  what you just cited is part of that prior art.
2  BY DR LOEB:
3    Q.    Okay. So just taken by itself it is
4  not your opinion that the prior art pH 3.4 to 3.6
5  range renders the claimed pH 3.7 to 3.9 range
6  presumptively obvious, correct?
7    A.    Not alone, no.
8    Q.    All right. Can I have you look at
9  paragraph 21 of your opening report, that is the
10  one that is at tab 29.
11    A.    Paragraph 21, page 6.
12    Q.    Yes.
13    A.    Okay.
14    Q.    This is part of the legal
15  instructions that you were provided by counsel,
16  right?
17    A.    Yes, this is the legal standards.
18    Q.    Okay.
19    A.    Yes.
20    Q.    In paragraph 21 it is written:
21    "I understand that where the prior
22  art teaches a range that encompasses, overlaps,
23  touches, or is close to a claimed range, the
24  claimed values are prima facie or presumptively
25  obvious."

Page 187

1    Et cetera. Can you tell me what is
2  meant there by, "close to a claimed range"?
3    A.    Yeah, that I think can be
4  understood by the context in numbers. I think it
5  is relative to the, say, size of other numbers.
6    When it is about colors, it may be
7  the shade of a certain color.
8    If it is about the form it may be
9  elements of the form geometry.
10    And I think, "close" can have
11  different meanings according to the context of the
12  prior art.
13    Q.    All right. What do you consider to
14  be close in terms of pH ranges relevant to the
15  subject matter of this case?
16    A.    Yes, and in this case I think if we
17  consider how pH ranges are described in the prior
18  art and in the claimed -- in the claimed ranges I
19  think closeness is in the range of certain digits
20  behind the comma for, let us say, full pH units,
21  meaning 4.1, 2, 3, this is close at least, yeah.
22    Q.    So you are saying if pHs vary by
23  tenths of pH units you consider it close?
24    A.    Yes, because I do a fair judgment
25  of the situation which is a situation to the state

13 (Pages 184 - 187)

1  of the art where we have a number of prior art
2  documents that describe the product under dispute,
3  vasopressin.
4        And the pH range here is, let us
5  say, from 3 to 4 or 2.5 to 4.5, and I think with
6  the claimed range being 2 tenths of a pH range
7  brought other specifications we have seen being
8  also a few tenths of pH ranges brought, I think
9  the word, "close" means in the range of 0.1 to
10 0.3, maybe 0.4 pH ranges to the right, to the
11 left, to the low, to the upper.  This is close.
12    Q.    Okay.  In your investigation you
13 reviewed information about commercial lots of
14 Original Vasostrict®, correct.
15    A.    And others, yes.
16    Q.    Now, how many lots of Original
17 Vasostrict® did you examine to assess whether they
18 met the claimed pH range?
19    A.    I do not recall doing Original
20 Vasostrict® batches to meet the claimed -- the
21 range that Par itself claimed.  What do you mean a
22 patent claim?
23    Q.    Well, let me just ask it broader,
24 how many lots of Original Vasostrict® did you
25 examine to -- in your search for prior art which

1  you feel renders the claims that are asserted in
2  this case anticipated or obvious?
3     A.    I forgot how many because I always
4  live and still live under the impression that all
5  the batches of the Original Vasostrict® will fall
6  between 3.4 and 3.6 regarding the pH.
7     Q.    All right.  So all of the batches
8  of Original Vasostrict® will fall between pH 3.4
9  and 3.6?
10    MS WU:  Objection to form.
11    A.    No, I -- nor have I done it, nor
12 would I be able to study all batches, but I think
13 after having studied some of these batches I had a
14 good reason to believe that they fall into this
15 claim of the -- for the range of the
16 specification, otherwise they would not be on the
17 market.
18        And Par, the responsible person at
19 Par in the qualified person would not have
20 released it.
21 BY DR LOEB:
22    Q.    Can I ask you to turn, still in
23 your opening report, to paragraph 314, which is on
24 page 110?
25    A.    Paragraph 314 starts at 109,

1  correct?
2     Q.    Maybe. I was trying to multitask,
3  my apologies. That is true. I would like you to
4  look at the top of page 110, please.
5     A.    Okay. Now I am there.
6     Q.    Okay. You wrote:
7        "...as described in further detail
8  below, to the extent a vasopressin composition
9  meets the formulation limitations, it would
10 inherently meet the degradation and impurity
11 limitations."
12        So in your opinion any time
13 vasopressin composition satisfies the formulation
14 limitations it necessarily satisfies the impurity
15 limitations of the asserted claims?
16    A.    At least the patent does not tell
17 us more than the pH, yes, as formulation limits,
18 and, therefore, the teaching of the patent is that
19 it would inherently meet this impurity limitation.
20 And this is the thought I am following here. This
21 statement.
22    Q.    Okay. So in your opinion the
23 impurity limitations do not further limit the
24 scope of the asserted claims beyond the
25 formulation limitations, is that right?

1     A.    This was a complicated question.
2  Can you repeat it once, please?
3     Q.    Sure, in your opinion the impurity
4  limitations do not further limit the scope of the
5  asserted claims beyond the scope that is defined
6  by the formulation limitations, is that correct?
7     A.    Still have problems to understand
8  the meaning of this question, because the purity
9  limitations are clear to me, they are set out in
10 clear words, numbers, and they limit what they
11 shall limit.  They limit the impurity level.  And
12 I do not understand what else they should limit.
13    Q.    Well, I think you -- it is your
14 opinion that the formulation limitations define
15 what the impurities will be, is that right?
16    A.    That is a different question, and
17 that is right, and the formulation limitations I
18 find in this patent are pH only.
19    Q.    Okay. So then do the impurity
20 limitations further narrow the claims beyond what
21 is specified by the pH?
22    A.    Yes, now I understood your
23 question. The claim is, of course, more narrow as
24 it contains the pH limitations, the impurity
25 limitations, and that together further limits the

14 (Pages 188 - 191)



Page 192

1 total claim compared to a situation where only the
2 pH or only the impurity limitations would be
3 present. Understood.
4    Q.   Okay. That is your opinion?
5    A.   That is my opinion.
6    Q.   Okay. So if a vasopressin
7 formulation were to meet the formulation
8 limitations, but did not have the claimed amount
9 of impurities then the impurity limitations are
10 not inherent, correct?
11    A.   Yes, if this is a situation that is
12 theoretically possible, and we have to now analyze
13 the patent regarding this situation, whether the
14 patent is clear about that point, because I have
15 opined, I think, somewhere in my reports that in
16 my opinion the patent in its entirety at that
17 point is absolutely unclear and leaves the POSA in
18 confusion what to learn from the patent.
19        And also then in turn what to --
20 yeah, what to do with it, how to interpret it.
21    Q.   Just to be very clear here, if
22 there are formulations out there in the world
23 which meet the formulation limitations of the
24 asserted patent claims, but do not have the
25 claimed amount of the impurities then the impurity

Page 193

1 limitations are not inherent, correct?
2        MS WU:  Objection to form,
3 mischaracterizes.
4    A.   I tried to answer and explain my
5 opinion on that. With a given frame of formulation
6 limitations, meaning a certain concentration
7 source of API, the impurity limitations flow from
8 the pH in a way that as the patent teaches that
9 the pH range claimed the impurities might be lower
10 compared to pH range outside of range.
11        But it is, as you proposed,
12 possible to consider a vasopressin solution with a
13 pH of 3.7 to 3.9 with impurity levels higher or
14 lower.
15        This is, of course, possible, and
16 this is exactly what makes me so -- what makes it
17 so difficult to me to answer questions around that
18 area because with the aim of the patent in mind to
19 provide a solution to not perfectly stable
20 vasopressin solutions I cannot understand at all
21 how impurity levels can be limited to the lower
22 end asking for a minimum amount of impurities.
23        And this is a general problem of
24 this patent that makes it so difficult for a
25 person skilled in the art like me to answer that

Page 194

1 questions.
2 BY DR LOEB:
3    Q.   I see, so I am afraid I still do
4 not know what your opinion is with respect to the
5 inherency of the impurity limitations in the
6 asserted claims, I believe you have agreed that a
7 formulation could meet the formulation limitations
8 of the asserted claims yet not meet the impurity
9 limitations of the asserted claims, is that
10 correct?
11    A.   That is correct. And the
12 formulation limitations are pH only.
13    Q.   Okay. Thank you. Would you turn to
14 paragraph 218 on page 70 in your opening expert
15 report?
16    A.   Yes, I am there.
17    Q.   Okay. The shelf life of Pitressin®
18 was 24 months at room temperature, correct.
19    A.   Correct.
20    Q.   And the only information published
21 in prior art about the pH of Pitressin® was that
22 it was formulated with a pH of 3.6, right?
23    A.

Page 195

1    Q.   On the label? Might I ask where you
2 are looking in your report, doctor?
3    A.   Yes, I just to refresh my memory
4 looked at 214, page 68, and there I find a
5 sentence starting:  "As discussed above", and
6 there I                                    , and I
7 think you asked me about Pitressin® at that
8 moment.
9    Q.   Yes. Now, in your report, for
10 example, looking at paragraph 105, you identify a
11
12
13    A.   This batch                          is what I
14
15 report here on measurements I found.
16    Q.   Now, that is the only lot that
17 you -- of Pitressin® that you identify in your
18 opening report
19
20
21    A.   No, I do not think so. I think
22 below, what you just guided me to, I have listed
23 1, 2, 3, 4, 5, 6, 7, 8, I think about 15 other
24 batches, if I recall correctly. There is numbers.
25    Q.   Well, just to be clear, I said that

15 (Pages 192 - 195)



Page 196

1   it was -- ████████████████████
2   ████████████████████████████████
3   ████████████████████████
4          A.    Well, to answer that question I
5   have to look it up what is about these -- all
6   these batch numbers, and whether they were what
7   you said marketed or not. I cannot answer that
8   question without more lengthy file studying.
9          Q.    Sure. Okay, well, we will continue,
10  Pitressin® was sold for nearly 100 years, correct?
11         A.    Yes.
12         Q.    And during that time how many lots
13  of Pitressin® were sold?
14         A.    Oops! I do not know.
15         Q.    Many, correct?
16         A.    Many, yeah, I believe so.
17         Q.    Hundreds?
18         A.    Likely hundreds. I do not know
19  whether it was interrupted by, whatever, wars, the
20  company going from the market. I have no idea.
21         Q.    Okay. Now, why would a person of
22  ordinary skill in the art be motivated to modify
23  ██████████████████████████████████
24  ███████████████████████████████████
25  ████████████?

Page 197

1          A.    I think the person skilled in the
2   art you said ████████████████████████████
3   ██████████████████████████████████
4   ██████████████████████████
5   ████████████████████, is this what you
6   mean?
7          Q.    So you ██████████████, and I
8   understand that it is your position that a POSA
9   would have ████████████████████████████████
10  ████████████████████████████████
11  ██████████████████████?
12         A.    No. I think my position is that
13  Pitressin® was ████████████████████████
14  ████████████████████████████████████
15  ██████████████████████████████████████
16  ████████████████████████████████████████
17  ██████████████████████████████
18
19         Q.    Okay. If you could turn to
20  paragraph 415 of your opening report?
21         A.    Yes, 415, page 146.
22         Q.    Okay, there in paragraph 415 you
23  discuss, or you state that ████████████████████
24  ██████████████████████████████████████
25  █████████████████████████?

Page 198

1          A.    Yes, I see it.
2          Q.    All right. You do not opine that
3   ██████████████████████████████████████████
4   ████████████████████, correct?
5          A.    No, I have no written evidence of
6   that. Nevertheless, I opine that -- that there is
7   no difference between this batch and these batches
8   I mentioned here, where I have this -- where I
9   have this evidence. It is, in my opinion,
10  intrinsic that this batch you just quoted would
11  also have this impurity levels.
12         Q.    Could I have you look at tab 50
13  which is in the fifth binder?
14         A.    Just a moment. Yes, I have a
15  document from JHP, is this the one?
16         Q.    Yes.
17         A.    Okay.
18         Q.    So this is going to be Exhibit 19
19  to your deposition.
20         (Exhibit 19 marked for identification)
21  ████████████████████████████████████ it
22  has the number PAR-VASO_018640 through 651, this
23  document ██████████████████████████
24  ████████████████ correct?
25         A.    Yes, it has. Agreed.

Page 199

1          Q.    Okay. If I could have you turn to
2   the page where the Bates number ends in 645?
3          A.    Yes, I found the page.
4          Q.    Okay. This is the stability data
5   that you ████████████████████████?
6          A.    Yes, I found a lot number. Just
7   give me a moment. Yes, it is.
8          Q.    All right. Now, this page of
9   ████████████████████████████████████████
10  ████████████████████████████████████████
11  ██████████████████████████████
12  ██████████████████████████████
13         THE VIDEOGRAPHER: Pardon me, this
14  is the videographer, may I ask the witness to
15  adjust his screen slightly towards your right so -
16  thank you so much.
17         THE WITNESS: Yeah. Sorry, I have
18  to -- it is, sort of, bound in a way that I have
19  to bend my body over it. Is it understandable now?
20         THE VIDEOGRAPHER: Perfect, thank
21  you.
22         THE WITNESS: Okay. Do my best.
23  BY DR LOEB:
24         Q.    Okay, so you can see the █████████

16 (Pages 196 - 199)



Page 200

1      ██████████████████████ ?
2          A.    Correct.
3          Q.    And do you see that the actual
4      ████████████████ are found in the footnotes 1
5      through 6, right?
6          A.    Yes, I think it is with ████████
7      ████████ it is expressed there.
8          Q.    And also ████████████ are
9      expressed -- at the end of each footnote the ████
10     ██ ████████████ are stated, correct?
11         A.    That is correct. I can see it.
12     Yeah.
13         Q.    Now, all █████████████████
14     ████ ████████████████████████████████
15     ████████████████ ?
16         A.    Let me just check where we are, you
17     are referring to footnote number 1, I believe,
18     there is ████████ , is what you mean?
19         Q.    Right, so if you look, the first
20     measurement of ████████████████████████████
21     ████████████████████████████ ,
22     correct?
23         A.    May I just need to adjust myself
24     again to this -- to this table and I think the
25     footnote is for 1 month with ████████████

Page 201

1      where I find the footnote 1 and there I find total
2      ████████████
3          Q.    All right. Now, if you look at the
4      footnote 2, ████████████████████████████
5      ██ ████████ correct?
6          A.    Correct.
7          Q.    The total impurities measured there
8      ████████████████ , correct?
9          A.    Right.
10         Q.    If you look at footnote 3, ████████
11     ██ ████████████████████████████
12     ████████████████████████
13         A.    Footnote 3, yes, ████████████████
14     ██
15         Q.    Right. If you look at footnote 4,
16     ████████████████████████████████████
17     ██ ████████████████████████████████████
18     ██ ████████████
19         A.    Correct.
20         Q.    And if you look at footnote 5,
21     ████████████████████████████████████
22     ████████████████████████████████████
23     ██ ████████████████████ ?
24         A.    Yes.
25         Q.    And if you look at footnote 6,

Page 202

1      which was the ████████████████████████████
2      ██ ████████████████████████ ?
4          A.    Correct.
5          Q.    So all of the ████████████████
6      ████████████████████████████████████████████
7      ████████████████████████████████
8          A.    Correct.
9          Q.    And I think you mentioned this
10     already, but none of the ████████████████ are
11     identified here, right?
12         A.    They are identified only by the
13     ████████████████████████
14         Q.    Okay.  And you do not know the
15     ████████████████████████████████████
16     ████████████████████████████████ ?
17         A.    Not right now, but I can find out
18     if you -- if I take enough time and study now what
19     ████████████████████████████████████████████
20     ████████████████████████████████████
21         A.    ██ ████████ .
22         Q.    Now, you did that for these other 3
23     batches, ████████████████████ , correct?
24         A.    I believe so, yes. I have not every
25     detail in my mind because I did a lot in preparing

Page 203

1      this report.
2          Q.    And did you do that analysis for
3      ████████████
4          A.    I do not recall having done that.
5          Q.    So why did you not do -- why didn't
6      you do that for this lot which is the one that you
7      focus on in your report where you had done it for
8      others?
9          A.    Maybe it was just too much effort
10     which I did not succeed to, yeah, deliver to the
11     due date.
12         Q.    Okay.  So you do not have an
13     opinion whether or not the ████████████████████
14     ██ ████████████████████████████████████████
15     ██ ████████████████████████████████
16     ██ ████████████████████████████████
17     ██ ████████████████████████████████
18     ██ ████████████████████████████████████
19     correct?
20         A.    I cannot tell that precisely at the
21     moment. Which does not mean that it factually is
22     not so, but I cannot provide that evidence right
23     now.
24         Q.    Okay. You do not know whether or
25

17 (Pages 200 - 203)

Page 204

1 ████████████████████████████

2 ████ ███████████████████████

3          MS WU:  Objection to form.

4     A.    No, we have only the -- discussed

5 the total impurity levels here, and from there it

6 appeared that these numbers are above this total

7 impurity limit.

8          So, as I said, it is very well

9 possible that this batch fulfills one or more of

10 the impurity levels at a certain point in time,

11 but I just cannot provide the evidence now because

12 it takes, yeah, significant preparation and

13 calculations and comparisons.

14 BY DR LOEB:

15     Q.    All right, so you do not know

16 whether or not ████████████ meet -- met

17 any of the impurity limitations of the asserted

18 claims at any point during its shelf life?

19          MS WU:  Objection to form.

20     A.    I do not know it now.

21          DR LOEB:  Can we can go off the

22 record, please?

23          THE VIDEOGRAPHER:  We are going off

24 the record, the time is 4.28 pm CET.

25          (Recess taken)

Page 205

1          THE VIDEOGRAPHER:  We are back on

2 the record.  The time is 4.51 pm CET.

3 BY DR LOEB:

4     Q.    Dr Winter, does the claimed pH 3.7

5 to 3.9 range provide optimal stability for

6 vasopressin formulations based on all the evidence

7 that you have seen?

8     A.    "Optimal" is a great word, so I do

9 not know.  That means theoretically there is other

10 formulations possible outside this pH range, and

11 other measurements would be possible.

12          For the moment, and as I have

13 opined earlier, I see very good stability, and as

14 I have opined earlier, that was not significantly

15 better, as it was explained by Dr Marais, from a

16 statistical standpoint to a pH that was slightly

17 lower.

18     Q.    So it is your opinion based on the

19 evidence that you have seen that the claimed pH

20 of 3.7 to 2.9 does not provide a stability

21 advantage over prior art formulations that were

22 formulated at other pHs, is that right?

23     A.    That is right.

24     Q.    All right, so does that mean that

25 were a person of ordinary skill in the art to

Page 206

1 conduct an optimization procedure the -- on

2 vasopressin formulations that the POSA would

3 arrive at a pH outside of the claimed pH, 3.7 to

4 3.9 range?

5     A.    Where it would arrive?  I do not

6 know.  And I understand your question in a way

7 that the POSA starting today would be confronted

8 with this task to find an even more stable

9 formulation than we have -- the prior art as of

10 today would do these experiments, the thoughts,

11 and then could arrive at a pH that could be

12 inside or outside that 3.7 to 3.9.

13     Q.    So you do not know sitting here

14 today whether a POSA intending to optimize the

15 stability of vasopressin formulation would arrive

16 at a target pH inside or outside of the claimed pH

17 3.7 to 3.9 range?

18     A.    No, I would not know.

19     Q.    All right, now, a POSA at the time

20 of the priority date for the asserted patents

21 would have relied on the stability data and

22 information reported in the prior art literature

23 in order to begin formulating a vasopressin

24 product, correct?

25     A.    Correct.

Page 207

1     Q.    I would like to ask you some

2 question about the HPLC assay described in the

3 asserted patents which is used to measure

4 vasopressin and impurities and vasopressin

5 formulations, okay?

6     A.    Okay.

7     Q.    Did you review the section of the

8 asserted patents that describes how this assay is

9 performed?

10     A.    Yes.

11     Q.    In your view was the HPLC assay

12 described in the asserted patents which is used to

13 measure vasopressin and its impurities

14 conventional at the time the patent was filed?

15     A.    Conventional?  I have to look that

16 up because I have not asked myself this question

17 whether it was conventional or not. Maybe you can

18 help me with this tab.

19     Q.    Well, let me do it this way, if you

20 look at your expert report, your opening expert

21 report at tab 29, in particular paragraph 95?

22     A.    Yes.

23     Q.    Do you see -- are you there yet?

24     A.    Yes, I am there 95, page 35.

25     Q.    Okay. Do you see where you state

18 (Pages 204 - 207)

Page 208

1 that:
2 "By 2015, it was understood that
3 the identity of an impurity or degradation product
4 could be determined by techniques such as liquid
5 chromatography-mass spectrometry/mass
6 spectrometry."?
7 A. I see this, yes.
8 Q. Et cetera, in your view was the
9 approach that Par used with its HPLC assay to
10 measure vasopressin and its impurities
11 conventional at the time the patent was filed?
12 A. I think it was appropriate, but I
13 would like to look it up not to overlook
14 something. Yeah.
15 Q. That is tab 37, so that is binder
16 number 4, and so that is previously marked Exhibit
17 Number 7.
18 (Exhibit 7 previously marked)
19 Which is the '209 Patent, and in the interests of
20 time I will point you to what I believe is the
21 relevant part, which is paragraph 54, not
22 paragraph, I am sorry, column 54?
23 A. Yes. I am there.
24 Q. So column 54 describes the
25 inventor's HPLC assay for measuring impurities and

Page 209

1 vasopressin, correct?
2 A. That is correct. I just try to
3 read Table 4 that summarizes the experimental
4 conditions to answer your question, and this is
5 the conventional method.
6 Q. Okay, so the HPLC assay described
7 in the patents which was used to measure
8 vasopressin and impurities was conventional at the
9 time the patent was filed, correct?
10 A. Correct.
11 Q. And the chemical structure of some
12 of the impurities found in part of the vasopressin
13 formulations are identified in the patent,
14 correct?
15 A. Yes.
16 Q. Did it take any special skill or
17 novel approach for Par to identify the chemical
18 structure of those vasopressin impurities
19 identified?
20 MS WU: Objection to form.
21 A. I just have to check. I think
22 there is this Table 3 where the chemical formula
23 of the impurities are brought into relation to the
24 relative retention time, which is also a
25 conventional, yeah, approach to list it that way.

Page 210

1 But to answer your question I have
2 to find whether this assignation, so to say, of
3 the impurity to retention time has been done in
4 the patent or was known already before.
5 BY DR LOEB:
6 Q. Well, we assume for the purposes of
7 my question that it had not been done before, if
8 we make that assumption did it take any special
9 skill or novel approach for Par to identify the
10 chemical structure of the vasopressin impurities
11 which are identified in the patent?
12 A. It takes, at least if there is no
13 other source where to get these retention times
14 from a reliable source it may need this LCMS I
15 quoted in my -- in my report to make sure that the
16 identity is what they note down, and they could
17 have taken it from the literature or other
18 sources, and that determines the effort they had
19 to make, because they describe this method the
20 same as I do in the patent like in column 53
21 making reference to this mass spec and so on and
22 so on.
23 But at the moment I do not find
24 whether they applied that to come to this Table 3.
25 Q. So if they had, doctor, would it

Page 211

1 have taken any special skill or novel approach for
2 Par to identify the chemical structure of
3 vasopressin impurities?
4 MS WU: Objection to form.
5 A. It would have taken skills in these
6 analytical methods the patent described and I have
7 described, which is in the year 2017 not novel as
8 such.
9 BY DR LOEB:
10 Q. Okay, so Par's identification of
11 the vasopressin impurities in its formulations was
12 not inventive in your opinion?
13 A. No.
14 Q. I am sorry, that is one of those
15 questions that is -- yes or no is a little
16 unclear --
17 A. It was not inventive.
18 Q. -- okay.
19 A. Excuse me, yeah.
20 Q. So the prior art had disclosed
21 methods for identifying the chemical structure of
22 peptide impurities and degradation products,
23 correct?
24 A. Correct.
25 Q. And Par used routine techniques to

19 (Pages 208 - 211)



Page 212

1  identify the chemical structure of vasopressin
2  impurities?
3      A.   As I said, routine, but not simple.
4  They require a mass spec, and they are not always,
5  let us say, easy to conduct, and it is not that
6  the POSA we described, not every POSA according to
7  my description would be able to do that himself.
8  Put it that way.
9      Q.   May I have you, please, look at
10 your opening expert report at paragraph 230?
11     A.   It is 230 on page 74.
12     Q.   Right. Great.  Do you see the last
13 sentence at the bottom of your paragraph 230 you
14 state:
15          "...
16
17                                        ."
18          Correct?
19     A.   I see this.
20     Q.   Okay. And that is a true statement?
21     A.   Yes.
22     Q.
23
24                                          ?
25     A.   Correct.

Page 213

1      Q.   And
2  the time of its manufacture, right?
3      A.   Correct.
4      Q.   But the manufacturing
5  specifications for
6
7      A.   That is correct.
8      Q.   Now, as far as you know
9
10
11             correct?
12     A.   I do not know whether this is true.
13 This is the only one I found.
14     Q.   Okay. So the pH behavior of
15
16
17 right?
18     A.   This is correct.
19     Q.   Could you look, please, at tab 42
20 which is going to be in the fourth binder, and
21 could someone please tell me what the exhibit
22 number ought to be?
23          MR GREENE:  20.
24 BY DR LOEB:
25     Q.   Thank you. So Exhibit 20 to your

Page 214

1  deposition is a series of
2                  correct?
3      (Exhibit 20 marked for identification)
4      A.   Yes, it is.
5      Q.   Okay. And the Bates number is
6  PAR-VASO_0065296 through 341, and
7  that you reviewed, right?
8
9      A.   Correct.
10     Q.   And if you turn to the page with
11 the Bates number ending with 333, that is a
12
13              which you focus on, right?
14     A.   Correct.
15     Q.   Okay, and this is how you concluded
16 from the
17                                right?
18     A.   Correct.
19     Q.   Okay. And this
20
21
22 right?
23     A.   I think so. I am not quite sure,
24 but I think so, yes.
25     Q.   You have not identified any pH or

Page 215

1  impurity measurements that were taken for
2                  during the time when it was
3  on sale or in public use, right?
4      A.   No, I have no such data.
5      Q.   And because of that use of
6
7
8
9                ?
10     A.   Please repeat the question.  I was
11 not focussed.
12     Q.   So because you do not have
13
14
15
16
17 right?
18     A.   Correct.
19     Q.   And is it appropriate to use the
20
21
22                                ?
23     A.   I think so, yes, therefore, I
24 applied this approach because --
25     Q.   Why is that appropriate?

20 (Pages 212 - 215)



Page 216

1     A. ████████████████
████████████████████████
████████████████████████
██████████████████████████████
████████████████████████████
████████████████████████████
█ █████████████████████
█ ████████████████████
████████████████████████████
████████████████████████

13     Q.    So we have been, kind of, going
14  back and forth between the term, "exhibit batch"
15  and "registration batch," you are using those
16  synonymously, right?
17     A.    I am sorry for that.  Maybe this
18  is, sort of, the European wording that somehow
19  flips into my language.  Exhibit batch and
20  registration batch might be used as you supposed
21  identical in case I have not mixed them up.
22     Q.    The Original Vasostrict®
23  ██████████ batches were not on sale, in public
24  use or otherwise publicly available before the
25  filing date of the asserted patents, correct?

Page 217

1     A.    I do not exactly know. I have these
2  batches.  I think we can look it up, or you can
3  help me with the date.
4     Q.    Well, as a matter of regulatory law
5  the exhibit batches for a new product are not
6  sold, right, because you have to test the
7  stability for the entire shelf life before you can
8  get approval?
9        MS WU:  Objection to form.
10     A.    This -- I think although I believe
11  we both are not specialists in regulatory aspects
12  I think this is not always true.
13  BY DR LOEB:
14     Q.    All right. Is it your position that
15  the Original Vasostrict® ██████████ batches were
16  in public use, on sale or otherwise publicly
17  available before the filing date of the asserted
18  patents?
19     A.    No, I did not say that. I said I
20  was unsure about the date, and asked for help not
21  to, yeah, to take too much time. I just wanted to
22  make clear that an exhibit batch can in certain
23  cases also be sold under certain circumstances.
24  In particular when it is about a very long shelf
25  life or so.

Page 218

1        I did not say that they were, I
2  said I was -- I forgot the exact dates, and that
3  was my statement.
4     Q.    In your opinion Lot -- excuse me,
5  in your opinion ███████████████████████
6  █ █████████████████████████████
7  that right?
8     A.    Yes. This is my opinion.
9     Q.    And in your opinion ████████
10 █ ████████████████████████
11 ████████████████████████ s, right?
12     A.    Over time, yes. May I ask for a
13  clarification?
14     Q.    Of course.
15     A.    In now studying this tab 42
16  material you ask me to, ████████████████
17 █ ██████████████████████████████
18 █ ████████████████████████████
19 █ ██████████████████████████
20 █ █████████████████████████████
21 ████████████████████████████
22
23        Now, I see, let us say, that I have
24  eventually made a mistake because with the
25  acceptance criteria █████████████████████

Page 219

1  absolutely falls into the acceptance criteria
2  corridor.
3     Q.    You testified that the
4  manufacturing instructions ██████████████
5  █ ████████████████████████████
6  █ right?
7        MS WU:  Objection --
8     A.    That may be correct.
9        Sorry, Mrs Wu, did I cut you off?
10        MS WU:  No, I was going to lodge an
11  objection to form.  Go ahead.  You can answer.
12     A.    And I realized that I may have used
13  this manufacturing specification and release
14  specification in a, let us say, imprecise way and
15  earlier during our deposition.
16  BY DR LOEB:
17 █ ████ ██████████████████████
18 █ ██████████████████████████████
19 █ ████████████████████████████
20 █ ██████████████████████████████
21 █ ████████████████████████████
22 █ ████ ██████████████
23     Q.    And here you are saying that it is
24  possible that the Original Vasostrict® would be
25  released at the upper end or outside of its

21 (Pages 216 - 219)

Page 220

1 manufacturing specification, correct?
2          MS WU:  Objection,
3 mischaracterizes.
4     A.    I have studied these documents you
5 ask me to, and I realize that the ███████

███
███████████████████
███████████████████
███  ███████████████████
███  ██████████████████
███  ██████████████.
14 BY DR LOEB:
15     Q.    So in your opinion ███████
███  ███████████████████
███  ███████████████ right?
18     A.    Yes.
19     Q.    In your experience with marketed
20 drug products do commercial lots necessarily show
21 the same stability behavior as registration
22 batches?
23     A.    They show the same stability
24 behavior.  If they would not the market
25 authorization holder has to consider that

Page 221

1 immediately and take action.
2          And the FDA by the same measures
3 they are, together with the manufacture, describe
4 and request absolutely wants to avoid that to
5 happen.
6     Q.    So -- but there are -- under some
7 circumstances commercial lots of drug products do
8 exhibit different impurity behavior than
9 registration batches, correct?
10 MS WU:  Objection to form.
11     A.    Theoretically a lot can happen,
12 and, therefore, also what you say can happen.
13          For that not to happen or not to
14 have an influence on the safety of the patient FDA
15 requests stability batches, exhibit batches, and
16 also annual, let us say, how do you call this,
17 this commitments to do regulatory, "regulary"
18 stability batches from the running production.
19          I think we have seen such a batch
20 before during our conversation today.  And with
21 that it is confirmed that what you suggest is not
22 happening.
23          If it should happen immediate
24 action would be taken.
25     Q.    Before you submitted your opening

Page 222

1 report did you compare the ███████████
████████████████
███  ███████████████ o confirm that
4 there were no meaningful differences between them?
5     A.    I cannot recall whether I did
6 exactly that.
7     Q.    Well, it is not in your report, can
8 I assume that you did not do it because you did
9 not put it in your report?
10     A.    It is very likely that I did not do
11 it, but it is not excluded.  I did not put
12 everything in the report what I did in the last
13 half year.
14     Q.    Okay. But you did not think it was
15 important enough to show the court that you had
16 confirmed ███████████████████
███  ███████████████████████
███  ████████████████████ ?
19          MS WU:  Objection to form.
20     A.    I did not do this because I
21 believed that Par is manufacturing under the
22 guidelines of good manufacturing practice in,
23 ██████████████, if I am not mistaken,
24 and under, let us say, the observation of the FDA,
25 therefore, I have no doubt that this batch has

Page 223

1 been manufactured according to the manufacturing
2 instruction.
3 BY DR LOEB:
4     Q.    ███████████████████████
███  ████████████████████████
███  ███████████████████████
███  ████████████████████ ?
9     A.    That does not change my opinion
10 because I have not seen evidence whether this
11 change in what you said,
12 would affect the stability behavior to --
13     Q.    So you are saying you do not know
14 whether the addition of █████████
███  ███████████████████████
███  ███████████████ ?
18     A.    -- I do not know it -- I think the
19 term, "█████████████" suggest that
20 this is a lot -- this is, let us say, a relative
21 amount of a -- let us say, compared to the entire
22 size of the batch relatively small amount of
23 something, and without further studying the, let
24 us say, eventual root cause why that is so, and
25 many, many other batches where eventually the



22 (Pages 220 - 223)

Page 224

1  ███████████ has also been recorded I
2  cannot draw more conclusions on that.
3      Q.    Okay. Can you identify any
4  circumstances ████████████████████████
   █ ████████████████████████████████████
   █ ████████ ?
7      A.    This is a hypothetical question, I
8  think. I cannot speculate when it is manufactured
9  according to the manufacturing instruction and
10 within the borders of limits given there all the
11 rest, what happens then is, yeah, arbitrary, let
12 us say, and it is not predictable.
13         DR LOEB:  Can we go off the record,
14 please?
15         THE VIDEOGRAPHER:  We are going off
16 the record, the time is now 5.28 pm CET.
17         (Recess taken)
18         THE VIDEOGRAPHER:  We are back on
19 the record, the time 5.49 pm CET.
20 BY DR LOEB:
21     Q.    Okay, please have a look at tab 57
22 and binder number 5, this is the reference by Bi
23 and Singh, which has the Bates numbers
24 AMPHPA0005662 through 5668, and this is going to
25 be Exhibit 21 to your deposition, okay.  This is

Page 225

1  the Bi 2000 reference that you referred to in your
2  opening report, correct?
3      (Exhibit 21 marked for identification)
4      A.    Yes, that is correct.
5      Q.    And if I could have you look at the
6  second page, the one that has a Bates number
7  ending in 663?
8      A.    Yes.
9      Q.    If you look at the very first
10 sentence on that page it says:
11         "Several factors (e.g. buffer pH,
12 buffer concentration, type of the buffer, ionic
13 strength, and temperature) have been shown to
14 affect the stability of proteins and peptides."
15         Do you see that?
16     A.    Yes. I see it.
17     Q.    Do you agree with that statement?
18     A.    I agree with that statement.
19     Q.    Now, if you turn to the page ending
20 in 665?
21     A.    Yes, I am there.
22     Q.    Figure 2 of Bi on the page ending
23 in 665 provides a pH profile for the degradation
24 of vasopressin, correct?
25     A.    This is correct.

Page 226

1      Q.    And if you look at your expert
2  report, please, at paragraph 331.
3      A.    Yes, I am there, 331, page 117.
4      Q.    Okay, you opine that Bi 2000
5  teaches that the stability of vasopressin is
6  dependent upon the pH of the formulation, correct?
7      A.    Yes. But I -- yeah, I just was
8  looking for the right sentence, correct.
9      Q.    Specifically Figure 2 which we just
10 looked at in Bi shows the overall effect of pH on
11 the degradation rate of vasopressin, right?
12     A.    The conditions used by Bi et al, of
13 course, which are in the figure captions at 50
14 degrees centigrade.
15     Q.    Okay. And the degradation rate of
16 vasopressin can be thought of as the summation of
17 the rates of deamidation, acid catalysed
18 hydrolysis and any other degradation pathways,
19 right?
20     A.    It is sort of -- I could not
21 understand, there was a word in-between that was
22 acoustically not understandable.
23     Q.    I will repeat. The degradation of
24 vasopressin is the summation of the rates of
25 deamidation, acid catalyzed hydrolysis and any

Page 227

1  other degradation pathways that affect
2  vasopressin, correct?
3      A.    In general I agree, but summation
4  means literally that you add up numbers you have
5  to have a sum.  But here we do not have the single
6  numbers. I understand your term, "summation" in
7  the way that we measure, let us say, what is left
8  on not degraded vasopressin and what is degraded
9  may have now degraded by one or the other or a
10 combination of those effects you were listing,
11 yeah.
12     Q.    All right, now, based on the
13 overall effect of pH on all the different pathways
14 of degradation Bi 2000 concludes that the
15 vasopressin formulation is most stable at pH 3.35,
16 correct?
17     A.    This is what they conclude, and
18 this derives from the experimental conditions they
19 have chosen, yes.
20     Q.    Now, among the pH values that were
21 Bi 2000 tested are pH 3.35 and pH 3.66, right?
22     A.    No, there is much more pHs in the,
23 let us say, state of the art literature and
24 products --
25     Q.    Understood, my question was more

23 (Pages 224 - 227)

Page 228

1   specific than that.
2       A.    -- okay.
3       Q.    Bi tested a number of different pHs
4   including 3.35 and 3.66, right?
5       A.    Okay, yeah, I got your question,
6   this is correct.
7       Q.    Okay. Now, in Bi 2000's pH study
8   there was a greater amount of vasopressin
9   degradation at pH 3.66 as compared to pH 3.35,
10  right?
11      A.    Under the conditions chosen this is
12  correct.
13      Q.    And under the conditions chosen Bi
14  2000 reported that pH 3.66 had inferior stability
15  as compared to pH 3.35, right?
16      A.    Under the conditions applied here
17  that is agreed.
18      Q.    And using the ordinary rounding
19  rules we talked about yesterday pH 3.66 rounds to
20  3.7, right?
21      A.    Yes, we can apply these rounding
22  rules if you want, then 3.35 is 3.4, and 3.66 is
23  3.7 for the sake of the argument I fully agree.
24      Q.    So Bi reported that pH 3.7 as
25  inferior stability for vasopressin formulations as

Page 229

1   compared to pH 3.4, right?
2       A.    Under the conditions chosen, yes.
3   But not for vasopressin, I think. Sorry, I was
4   mixing up. Strike it.
5       Q.    Can I have you look, please, at
6   your -- you can put away Bi, and we are done with
7   this binder, can I have you look back at your
8   expert report, tab 29, at paragraph 234, which is
9   on page 77?
10      A.    Yes, I am there.
11      Q.    And we started talking about this a
12  little bit earlier before, this is where you
13  predict ██████████████████████████████
    ██  ███████████████████████████████████████
    ██  ████████ right?
17      A.    I recall that we did that, or
18  discussed that, yes.
19      Q.    And this is the section of your
20  report where you describe that, right?
21      A.    Yes.
22      Q.    Paragraph 234, okay. And your
23  prediction that you conducted here, the
24  calculations you conducted, you only considered
25  the impurities that are listed in Table 3 of the

Page 230

1   asserted patents, right?
2       A.    Table 3 of what, please?
3       Q.    The asserted patents. Would you
4   like me to ask the question again?
5       A.    No, I understood the question, but
6   I just need to recall the Table 3 of the certain
7   patent, I think this is the table with this
8   retention times and the structure we had earlier,
9   just not to make wrong assumption because I cannot
10  have all the table numbers in my report, you are
11  right.
12      Q.    Yeah, just -- if you would not mind
13  just reading your paragraph 234 to yourself.
14      A.    Yes, I did so, and I agree.
15      Q.    I am just going to ask the question
16  because it got a little discombobulated there,
17  your prediction considers only the impurities
18  listed in Table 3 of the asserted patents,
19  correct?
20      A.    Yes, agreed.
21      Q.    The impurities listed in Table 3 of
22  the asserted patents have the claimed sequence
23  homology, correct?
24      A.    No, no, no. I need to go to Table
25  3. As far as I recall there is a compound that

Page 231

1   does not fulfill that criterion and for the sake
2   of argument and not to steal your time for that
3   moment I accept the term, "sequence homology" and
4   you know that I have discussed that at a certain
5   point in my report, but I am not now, let us say,
6   weighing that into the question. I try to answer
7   the question in the sense you have asked it, but
8   for the moment I just need to get this table.
9       Q.    Okay. Do you need the exhibit
10  number?
11      A.    Yes, this would be perfect, and it
12  is faster.
13          MR GREENE:  It is tab 37,
14  Exhibit 7.
15          THE WITNESS:  Thank you.
16          DR LOEB:  Table 3 is in column 57,
17  doctor.
18      A.    Yes, I found the table. Thank you
19  for helping me out. The point I am making is
20  about the dimeric vasopressin, because the dimeric
21  vasopressin does not fulfill the criteria of
22  sequence homology.
23      Q.    Dimeric vasopressin is two
24  molecules of vasopressin that have a covalent link
25  between them, correct?

24 (Pages 228 - 231)

Page 232

1    A.    Correct.
2    Q.    And each of the two dimers of
3  dimeric vasopressin have the -- a sequence
4  identical to Seq ID number 1 arginine vasopressin,
5  correct?
6    A.    Correct --
7    Q.    What is the sequence difference
8  between dimeric vasopressin and Seq ID number 1?
9    A.    -- the difference is that it has
10  the double length. And that exactly shows right
11  in the middle of my criticism of this claim
12  language that this claim language at that point is
13  extremely unclear --
14    Q.    Now --
15    A.    The dimer is not sequence identical
16  to the monomer.
17    Q.    -- did you express this opinion in
18  your expert report, doctor?
19    A.    I think I expressed it in the
20  context of my general criticism on this -- on the
21  sequence ID versus homology, identity or
22  similarity discussion.
23    Q.    Okay, more specifically in your
24  expert report did you make the argument that
25  dimeric vasopressin is not 85 to 100 per cent

Page 233

1  sequence homologous to Seq ID number 1?
2    A.    We have to look that up. I do not
3  recall because I think my arguments were of a
4  general nature, and whether I, sort of, supported
5  that with this example or not I forgot, but we can
6  look it up if you like.
7    Q.    Okay. Now, in your - I am getting
8  back to your paragraph 234 in your expert report.
9    A.    Yes. 234.
10    Q.    That was the one we were just
11  looking at it --
12    A.    Yes, I have to flip it over.
13    Q.    -- sure.
14    A.    Okay, 234, I am back again.
15    Q.    Okay. So we discussed that you just
16  looked at the impurities that were listed in Table
17  3 when you made your prediction, right?
18    A.    Agreed.
19    Q.    I am just going to call those the
20  Table 3 impurities, all right?
21    A.    All right.
22    Q.    When you did your prediction you
23  did not include any of the unidentified impurities
24  that had been measured in the Original Vasostrict®
25  ▮▮▮▮▮ batches, right?

Page 234

1    A.    Correct.
2    Q.    Now, you do not know whether the
3  unidentified impurities within the ▮▮▮▮▮
4  batches and Lot ▮▮▮▮ have the claimed sequence
5  homology, correct?
6    A.    I do not exactly know, but it is
7  very unlikely because I do not see a reason why
8  they would not have been identified if they were
9  part of this known -- let us say, list of known
10  impurities, sorry.
11    Q.    Well, we can agree that they are
12  not the known impurities, my question is, you do
13  not know whether they meet the claim limitation
14  requiring a per cent sequence homology to Seq ID
15  number 1, correct?
16    A.    I do not exactly know that, but on
17  the other side there is also no reason to believe
18  that they meet. They are unidentified and this has
19  a reason, otherwise those who conducted these
20  studies, and I think where are we, it is Par, it
21  is Vasostrict®, they were in the possession of
22  this know how, how to determine and identify these
23  impurities, and as they have not done, yeah, there
24  must be a reason, and it is extremely likely that
25  they are not this type of impurities that then not

Page 235

1  too much later have been listed and studied, and
2  you ask me before about that, whether this is now
3  rocket science to do it, I answered, no, you need
4  a machine, you need an expert, and then you can do
5  this, and, therefore --
6    Q.    You would agree that it is possible
7  that one or more of the unidentified impurities is
8  an impurity as defined in the asserted claims as
9  having a per cent sequence homology to Seq ID 1
10  number, correct?
11      MS WU: Objection to form.
12    A.    Is it theoretically possible? But
13  I explained my opinion before.
14  BY DR LOEB:
15    Q.    Okay. Now, given the fact that it
16  is possible that one or more of the unidentified
17  impurities is one of the claimed impurities your
18  prediction in your expert report at paragraph 234
19  might underestimate the levels of impurities
20  having claimed sequence homology within Lot
21  ▮▮▮▮▮, correct?
22      MS WU: Objection to form.
23    A.    With this already, let us say,
24  discussed extremely low probability this is
25  theoretically possible.

25 (Pages 232 - 235)



Page 236

Page 238

24     Q.    Okay. Are you aware of the legal
25   restrictions under German law concerning

Page 239

1    testifying in Germany in the course of a US legal
2    proceedings?
3        A.    No, I am not aware of this legal
4    details. Sorry.
5        Q.    Okay. So you do not understand that
6    it is illegal under German law for a German
7    citizen in Germany to testify in a United States
8    legal proceeding outside of the consulate?
9        A.    No, I am not aware until this
10   moment and -- but, yes, let us see what that
11   means. I think has nothing to do with my expert
12   opinion so far.  I believe.
13         DR LOEB:  Dr Winter, I very much
14   appreciate the opportunity that you have given me
15   to ask you questions.  I think you are a very
16   attentive and honest witness, and I appreciate
17   that, and I appreciate the time and effort you
18   have put into this matter.
19         I have no further questions. Ms Wu,
20   can ask you some questions if she chooses to.

26 (Pages 236 - 239)



Page 240

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830



Page 244

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 248



14          DR LOEB:  All right. I have no
15  further questions and unless Ms Wu wants to
16  continue I consider the deposition complete.
17          MS WU:  I am all set.  Thank you.
18          THE WITNESS:  Thank you.  In
19  particular to Mr Loeb for the good atmosphere.
20  Not saying it is a pleasure, but as good as a
21  deposition can be! Thank you.
22          THE VIDEOGRAPHER:  Would you like
23  to go off the record?
24          DR LOEB:  Sure.
25          THE VIDEOGRAPHER:  We are going off

29 (Pages 248 - 251)

Page 252

1  the record.  The time is now 6.36 pm CET, and this
2  concludes today's testimony given by Dr Gerhard
3  Winter.
4         The total number of media units
5  today was 5 and will be retained by Veritext Legal
6  Solutions.
7         (Discussion off the record)
8         THE COURT REPORTER:  May I get the
9  order on the record, please?
10        DR LOEB:  We do not need a rough
11  tonight. May we have the transcripts expedited for
12  Monday?
13        MS WU:  The same, please.
14        THE COURT REPORTER:  Yes.
15    (Deposition concluded at 6:36 pm CET)
16
17
18
19
20
21
22
23
24
25

Page 253

1         CERTIFICATE OF WITNESS
2
3
4
5
6         I, Dr. Gerhard Winter, am the witness
7  in the foregoing deposition. I have read the
8  foregoing deposition and, having made such changes
9  and corrections as I desired, I certify that the
10 transcript is a true and accurate record of my
11 responses to the questions put to me on Wednesday,
12 December 9th, 2020.
13
14
15
16
17 Signed_____
18    Dr. Gerhard Winter
19 Dated this _____ day of_____ 2020
20
21
22
23
24
25

Page 254

1         CERTIFICATE OF COURT REPORTER
2
3         I, Pamela E. Henley, Court Reporter,
4  do hereby certify that I took the stenotype notes
5  of the foregoing deposition and that the
6  transcript thereof is a true and accurate record
7  transcribed to the best of my skill and ability
8         I further certify that I am neither
9  counsel for, related to, nor employed by any of
10 the parties to the action in which this deposition
11 was taken, and that I am not a relative or
12 employee of any attorney or counsel employed by
13 the parties hereto, nor financially or otherwise
14 interested in the outcome of the action.
15
16 Dated: Monday, December 14, 2020
17
18
19
20
21    _____
22    Pamela E. Henley
23
24
25

Page 255

1  Huiya Wu, Esquire
2  hwu@goodwinlaw.com
3         December 14, 2020
4  Par Pharmaceutical Inc Et Al v. Amphastar Pharmaceutical Et Al
5  12/9/2020, Dr. Gerhard Winter V2 (#4358193)
6   The above-referenced transcript is available for
7  review.
8   Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-midatlantic@veritext.com
16
17 Return completed errata within 30 days from
18 receipt of testimony.
19  If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25

30 (Pages 252 - 255)

```
                                      Page 256
 1  Par Pharmaceutical Inc Et Al v. Amphastar Pharmaceutical Et Al
 2  Dr. Gerhard Winter V2 (#4358193)
 3            E R R A T A  S H E E T
 4  PAGE_____ LINE_____ CHANGE_____
 5  _____
 6  REASON_____
 7  PAGE_____ LINE_____ CHANGE_____
 8  _____
 9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Dr. Gerhard Winter V2               Date
25
```

```
                                      Page 257
 1  Par Pharmaceutical Inc Et Al v. Amphastar Pharmaceutical Et Al
 2  Dr. Gerhard Winter V2 (#4358193)
 3         ACKNOWLEDGEMENT OF DEPONENT
 4     I, Dr. Gerhard Winter V2, do hereby declare that I
 5  have read the foregoing transcript, I have made any
 6  corrections, additions, or changes I deemed necessary as
 7  noted above to be appended hereto, and that the same is
 8  a true, correct and complete transcript of the testimony
 9  given by me.
10
11  _____  _____
12  Dr. Gerhard Winter V2               Date
13  *If notary is required
14         SUBSCRIBED AND SWORN TO BEFORE ME THIS
15         _____ DAY OF _____, 20___.
16
17
18         _____
19         NOTARY PUBLIC
20
21
22
23
24
25
```

31 (Pages 256 - 257)

[0 - 2:15]                                                                                    Page 1

**0**

**0**  177:22
**0.1**  188:9
**0.3**  188:10 220:12
**0.4**  188:10
**0.9**  197:24 203:16
**0065296**  143:6
  214:6
**010**  165:17
**0108640**  143:3
**018640**  198:22
**02032**  144:20

**1**

**1**  143:18 144:12
  146:24 147:1
  154:16 155:21
  168:2 171:10
  177:21 195:23
  199:10 200:4,17
  200:25 201:1,4
  203:18 232:4,8
  233:1 234:15
  235:9
**1.7**  197:25 203:16
**100**  196:10,25
  203:18 232:25
  250:23
**10018**  141:15
**10474**  254:20
**105**  195:10
**107**  168:4
**109**  189:25
**11**  142:20 171:22
**11/11**  163:7
**110**  189:24 190:4
**117**  226:3
**118**  171:4,8,9
**12**  155:7,14 156:8
  180:18 181:13,14
  184:10 244:13

**12/9/2020**  255:5
**137**  154:19,21,23
**138**  154:24
**14**  142:11 154:4,13
  243:14,16,20
  244:4 254:16
  255:3
**1400**  140:15
**145**  142:5
**146**  197:21
**147**  143:18
**15**  142:13 162:12
  162:13 164:15
  166:3 167:20
  168:21 170:12
  176:6,10,23
  195:23
**154**  142:12
**16**  142:16,18
  162:16 163:20,21
  163:25 166:3
  167:20 177:5
**161**  202:23
**162**  142:15
**163**  142:18
**165**  142:20
**166**  147:4,5 250:1
**169**  150:3
**17**  142:19 165:10
  165:12 166:3,23
  167:21 177:5
**170**  156:12,13
  ███████  ███████
**179**  142:24
**18**  139:5 142:21
  144:19 179:14,20
  181:5
**181**  143:19
  ███████  ███████
**19**  142:25 198:18
  198:20

**19104-2808**  141:4
**198**  143:3
**1996**  164:2,10,13
  164:21 165:6,24
  166:1,4,5,6 167:2
  168:18 169:14
  171:19 172:7
**1:15**  139:19

**2**

**2**  177:21 187:21
  188:6 195:23
  199:10 201:4,11
  201:13,17 225:22
  226:9 240:5
**2.1**  200:14,18,21
  201:2 202:7
**2.15**  144:2
**2.19**  146:18
**2.2**  201:12,13
**2.23**  146:21
**2.4**  201:23
**2.5**  175:18 176:12
  176:15 188:5
  240:10
**2.6**  201:8,17
**2.9**  205:20
**20**  143:4 164:18
  213:23,25 214:3
  257:15
**200**  250:24
**2000**  164:14 225:1
  226:4 227:14,21
  228:14 240:2
**2000's**  228:7
**2009**  198:21
**2011**  142:14
  162:25 163:3
  164:22 165:2,6
  168:21 170:11
  176:6,24

**2012**  180:6,11,22
  180:25
**2015**  208:2
**2017**  211:7
**2019**  166:24 167:3
**2020**  139:17 144:3
  253:12,19 254:16
  255:3
**2032**  139:5
**208**  143:20
**209**  208:19
**21**  142:24 143:7
  179:17 186:9,11
  186:20 224:25
  225:3 240:2
**212.459.7270**
  141:16
**214**  143:6 195:4
**215.994.2143**
  141:5
**218**  194:14
**22**  155:12,22 156:6
  244:13
**225**  143:15
**230**  212:10,11,13
**234**  229:8,22
  230:13 233:8,9,14
  235:18
**239**  142:6
**24**  149:12 194:18
**247**  142:7
**26th**  198:21
**29**  146:23 156:11
  168:2 171:11
  186:10 207:21
  229:8 249:24
**2929**  141:3
**2:15**  139:18

[3 - 78495]                                                                                     Page 2

**3**

**3** 143:19 151:15,17
  151:25 152:12
  153:15,19 166:2,7
  176:4 177:21
  180:21,21 181:10
  181:11,15 187:21
  188:5 195:23
  197:23 199:11
  201:10,13,21
  202:1,22 209:22
  210:24 229:25
  230:2,6,18,21,25
  231:16 233:17,20
  236:12 240:15
  246:15 247:9,10
**3.0** 171:2,16
  174:15 175:15
**3.24** 179:8
**3.3** 218:17 240:20
  242:1
**3.34** 179:11
**3.35** 227:15,21
  228:4,9,15,22
**3.4** 185:11,14,19
  186:4 189:6,8
  194:24 195:6
  213:6 218:19
  219:5 220:9
  228:22 229:1
  241:3,24
**3.5** 156:3 176:1
  194:23 244:9,24
  246:2,8
**3.6** 148:9 185:11
  185:15,19 186:4
  189:6,9 194:22,24
  195:6 213:6
  218:19 219:5
  220:10 241:24

**3.6.** 241:4
**3.66** 227:21 228:4
  228:9,14,19,22
**3.7** 147:12 149:5
  158:21 159:8
  173:6 185:15,19
  186:5 193:13
  195:14 197:10,13
  205:4,20 206:3,12
  206:17 212:24
  213:1,10 214:17
  218:21,25 220:11
  228:20,23,24
  243:4
**3.8** 148:11 171:1
  171:15 172:14,18
  173:24 174:1,4
  175:11 181:2
  195:14 197:10,13
**3.9** 147:12 149:5
  158:21 159:8
  173:6 185:15,19
  186:5 193:13
  205:5 206:4,17
  212:24 243:4
**3.9.** 206:12
**30** 159:17 255:17
**3000** 140:5
**303** 154:23 243:14
  243:20 244:6
**308** 168:1,6 172:11
  172:12
**314** 189:23,25
**316** 142:15
**326** 220:9
**331** 226:2,3
**333** 214:11
**334** 173:11,12
**34** 153:25 244:1,2
**341** 143:6 214:6

**35** 207:24
**36** 177:22 178:6
**37** 208:15 231:13
**389** 202:23

**4**

**4** 188:5 195:23
  201:15 208:16
  209:3 240:15
**4.0** 171:16 174:15
  175:15 218:17
  240:20 242:1
**4.0.** 171:2
**4.1** 187:21
**4.28** 204:24
**4.5** 155:21 156:3
  176:12,15 188:5
  244:9,24 246:4,8
**4.5.** 175:18
**4.51** 205:2
**4.6** 202:3
**415** 197:20,21,22
**42** 213:19 218:15
**4358193** 139:25
  255:5 256:2 257:2
**482** 150:16
**483** 156:15

**5**

**5** 144:15 162:9
  195:23 201:20
  224:22 237:5
  252:5
**5.28** 224:16
**5.49** 224:19
**50** 198:12 223:5,14
  223:19 226:13
  240:7
**51** 143:3 162:8,10
**512.394.3041**
  140:17

**515** 140:14
**52** 163:22 172:2
**53** 165:9 177:6
  210:20
**54** 208:21,22,24
**540** 176:21
**5668** 224:24
**57** 224:21 231:16

**6**

**6** 186:11 195:23
  200:5 201:25
**6.36** 252:1
**6045** 142:17 168:9
  168:17,20 169:1,4
  169:12,16 170:10
  170:19,23 171:19
  172:7,18,24 177:9
  177:19,24
**620** 141:14
**645** 199:2
**650** 140:6
**650.813.4995**
  140:8
**651** 198:22
**663** 225:7
**665** 225:20,23
**68** 143:15 195:4
**6:36** 252:15

**7**

**7** 143:20 181:9
  195:23 197:2
  208:17,18 231:14
  236:23
**70** 194:14
**74** 212:11
**77** 229:9
**78** 236:2

[78495 - answer]                                                    Page 3

198:3 199:5,10
200:14 202:7,16
203:3,14 204:16
**78701**  140:16



**8**

**8**  143:13 195:23
**8.something**
240:10
**85**  203:17 232:25
**8th**  141:14

**9**

**9**  139:17 180:7,13
181:3 199:12
212:17
**94306-2112**  140:7
**95**  207:21,24
**97**  167:2
**98**  167:2
**9th**  144:3 166:24
253:12

**a**

**abbreviated**  163:6
**ability**  254:7
**able**  159:14
189:12 212:7
250:1
**absolutely**  192:17
219:1 221:4
**accept**  231:3

**acceptable**  246:11
**acceptance**  218:17
218:25 219:1
220:7
**access**  151:3
**accessible**  174:21
175:12
**account**  248:24
250:16
**accounted**  249:5
249:22
**accuracy**  255:9
**accurate**  253:10
254:6
**accused**  181:18
**acetic**  223:5,19
224:1
**achieve**  197:10
**achieved**  218:21
**acid**  223:6,11,15
223:19 224:1
226:17,25
**acknowledgement**
257:3
**acknowledgment**
255:12
**acoustically**
226:22
**act**  175:8,25
**action**  145:3 221:1
221:24 254:10,14
**actual**  153:13
172:22 178:17
200:3
**ad**  247:19
**add**  227:4
**added**  203:14
**addition**  223:14
**additional**  180:21
**additions**  257:6

**address**  166:19
248:17
**adjust**  199:15
200:23
**administer**  145:1
**advantage**  205:21
**affect**  158:7
223:12 225:14
227:1 237:15,17
**affiliations**  145:7
**afraid**  194:3
**afternoon**  144:1
145:12 240:23
247:2
**ago**  160:22
**agree**  144:10
150:20 152:16
153:5 156:5,9
163:2 176:8
185:13 225:17,18
227:3 228:23
230:14 234:11
235:6
**agreed**  194:6
198:25 228:17
230:20 233:18
244:23
**ahead**  219:11
239:24 249:15
**aim**  193:18
**al**  139:9 144:18,18
145:13 226:12
255:4,4 256:1,1
257:1,1
**allege**  195:12
**allotted**  255:20
**allow**  170:7
**allows**  180:17
216:8 246:12
**alto**  140:6,7

**american**  142:13
142:19 160:17,19
160:25 161:12,22
162:3,19 163:14
164:14,22 165:15
166:4,11,15
167:11,15,19
168:21 170:11
175:4,19 176:6,10
176:24
**amneal**  141:10
145:17 181:25
183:23
**amneal's**  219:17
219:19
**amount**  192:8,25
193:22 203:15
223:11,21,22
224:1 228:8
**amphastar**  139:9
144:18 255:4
256:1 257:1
**amphpa0005662**
143:15 224:24
**amphpa0006315**
162:15
**ampoules**  174:7



**analytical**  143:1
211:6
**analyze**  174:11
192:12
**anda**  182:1 183:10
183:20
**annual**  221:16
**answer**  143:21
153:23 158:16

159:6,14,22 160:4
170:8 193:4,17,25
196:4,7 209:4
210:1 219:11
231:6 240:3,17
244:22 249:13,17
249:20 251:1
**answered** 235:3
**answering** 159:18
**answers** 242:18
**anticipated** 189:2
**anybody** 169:10
**api** 160:7 193:7
**apologies** 159:16
190:3
**apologize** 144:15
**apparent** 245:23
**appearance** 145:9
**appearances**
145:7
**appeared** 204:6
**appended** 257:7
**applicable** 255:8
**applied** 147:23
182:14 210:24
215:24 228:16
240:3,9
**apply** 228:21
240:13
**appreciate** 237:3
239:14,16,17
**approach** 208:9
209:17,25 210:9
211:1 215:24
**appropriate**
148:16 149:3,6
182:17 208:12
215:19,25
**appropriately**
203:15

**approval** 217:8
246:12
**approved** 148:8
148:10 149:12
246:21
**approximately**
212:17
**april** 166:24
**arbitrary** 224:11
**arch** 141:3
**area** 193:18
248:21,22
**arg** 143:13
**arginine** 232:4
**argues** 157:21
**argument** 148:25
228:23 231:2
232:24
**arguments** 148:7
160:13 233:3
250:5 251:6
**arrive** 206:3,5,11
206:15
**art** 148:3 160:13
173:14,23 174:13
174:22,24 175:3
180:12 181:1
184:17,23 185:11
185:14,18,24
186:1,4,22 187:12
187:18 188:1,1,25
193:25 194:21
196:2,22 197:2,18
205:21,25 206:9
206:22 211:20
227:23 242:12,22
245:5
**article** 174:19
**ascetic** 223:11,14
**asked** 157:15
166:12 184:3

195:7 207:16
217:20 220:9
231:7 240:1 244:8
246:14 248:2,17
249:21
**asking** 148:24
149:2,4,14,16
157:16 158:3,5
169:24 193:22
216:4
**aspects** 217:11
**assay** 177:12,21
207:2,8,11 208:9
208:25 209:6
**asserted** 168:9
173:5 178:9 184:8
184:16,22 185:16
189:1 190:15,24
191:5 192:24
194:6,8,9 204:1,17
206:20 207:3,8,12
216:25 217:17
230:1,3,18,22
235:8 250:20
**assess** 169:7
188:17
**assessed** 150:13
**assesses** 155:5
**assessing** 148:18
**assignation** 210:2
**assigned** 153:9
**assume** 175:24
178:14 210:6
222:8 236:6
**assumption** 163:8
210:8 230:9
**atmosphere**
251:19
**attached** 255:11
**attending** 145:6

**attention** 237:23
246:10
**attentive** 239:16
**attorney** 145:10
254:12 255:13
**attorneys** 238:8
**audience** 174:23
**audio** 144:9,9
**austin** 140:16
**authority** 246:21
**authorization**
220:25
**authorized** 145:1
**authors** 240:12
**available** 168:22
174:18,21 175:25
176:2,7 212:16
216:24 217:17
255:6
**avenue** 140:14
141:14
**avoid** 221:4
**aware** 238:24
239:3,9

| **b** |
|---|

**b** 140:19
**back** 146:20
156:11 168:1
179:10 181:6
205:1 216:14
224:18 229:7
233:8,14
**based** 153:14
155:10 159:1,4
171:18 172:6
181:23 182:5
205:6,18 227:12
229:14
**basis** 216:11
**batch** 164:1,8,13
164:21 165:1,3

**[batch - change]**                                                        Page 5

166:4,19 169:20
170:3,17,22
171:19 172:7
173:8 195:11,13
196:6 198:3,7,10
204:9 216:14,15
216:19,20 217:22
218:22 220:6
221:19 222:1,2,25
223:22
**batches** 143:5
155:7 182:19
188:20 189:5,7,12
189:13 195:24
197:23 198:7,23
202:23 215:7,14
215:20 216:1,5,6
216:10,11,12,23
217:2,5,15 218:6
218:11 220:17,22
221:9,15,15,18
222:3,18 223:5,8
223:15,16,25
224:6 229:16
233:25 234:4
236:12,12,14
237:14 241:2
245:11,18
**bates** 163:24 199:2
214:5,11 224:23
225:6
**beginning** 145:10
**begins** 154:23
**behalf** 140:3
141:10 145:17
**behavior** 213:14
215:21 216:12
218:10 220:16,21
220:24 221:8
223:8,12,16 224:5

**belief** 162:6
**believe** 151:2
154:4 179:17
189:14 194:6
196:16 200:17
202:24 208:20
217:10 234:17
239:12 244:12
**believed** 222:21
**bend** 199:19
**benefit** 158:8
**benefits** 156:20,25
**best** 199:22 254:7
**better** 205:15
242:12,22 243:4
245:5,13
**beyond** 190:24
191:5,20
**bi** 224:22 225:1,22
226:4,10,12
227:14,21 228:3,7
228:13,24 229:6
240:2
**binder** 146:9
153:25 162:8
163:19 181:9
198:13 208:15
213:20 224:22
229:7
**bio** 177:21
**bioassay** 178:6
**bit** 229:12
**blake** 140:19
145:15
**blake.greene** 140:18
**body** 199:19
**borders** 224:10
**bottom** 162:23
212:13

**bought** 160:19
**bound** 199:18
**brian** 141:7
145:14
**brian.goldberg** 141:6
**bring** 182:6
**broader** 188:23
**brought** 188:7,8
209:23 237:23
246:10
**buffer** 143:9,10
225:11,12,12
240:7,10,11,13
**building** 141:13
**businesses** 161:6
**buy** 174:7

**c**

**c** 140:1
**ca** 139:4
**calculated** 153:7
**calculation** 155:19
155:24
**calculations** 204:13 229:24
**california** 140:7
**call** 153:2 221:16
233:19
**called** 160:13
176:17
**camino** 140:5
**captions** 226:13
**careful** 238:2
**case** 144:19
161:23 173:5
187:15,16 189:2
216:21 238:8,13
238:21 248:14
**cases** 217:23
**catalysed** 226:17

**catalyzed** 226:25
**cause** 223:24
**caveat** 152:24
**cell** 144:7
**cellular** 144:6
**cent** 155:12,21,22
156:6 197:24,25
200:15,21 201:2,8
201:12,17,23
202:3,7 203:16,16
203:17,18 223:5
223:14,19 232:25
234:14 235:9
244:13 246:2,4
**centigrade** 226:14
240:7
**centre** 141:2
**certain** 160:8
184:14 187:7,19
193:6 204:10
217:22,23 229:13
230:6 231:4

**certify** 253:9
254:4,8
**cet** 139:18 144:2
146:18,21 179:8
179:11 204:24
205:2 224:16,19
252:1,15
**cetera** 187:1 208:8
**cfc** 139:5 144:20
**change** 160:8
223:6,9,11 256:4,7
256:10,13,16,19

[changed - confirmed]

changed   164:24

changes   253:8
255:10 257:6

characteristics
177:19

check   156:4
177:11 194:24
200:16 209:21

chemical   209:11
209:17,22 210:10
211:2,21 212:1

chooses   239:20

chose   150:24

chosen   227:19
228:11,13 229:2

chromatography
208:5

cira   141:2

circumstances
217:23 221:7
224:4

cite   166:7 176:5

cited   171:21 186:1

citizen   239:7

claim   152:19,22
157:20 158:16
181:19 182:1
185:19 188:22
189:15 191:23
192:1 232:11,12
234:13 248:8
250:20

claimed   147:8,11
147:15,23 148:2
148:12 149:4
150:13 156:19
157:25 158:21,23
159:3,7,10 173:6
185:16 186:5,23
186:24 187:2,18
187:18 188:6,18

188:20,21 192:8
192:25 193:9
195:12,14,20
197:11,14,15
205:4,19 206:3,16
212:24 230:22
234:4 235:17,20
242:11,21 245:4

claims   152:18
156:21 157:1,10
157:12,13 159:4
178:9,14,15
182:22 183:11
184:8,16,22
185:23 189:1
190:15,24 191:5
191:20 192:24
194:6,8,9 204:1,18
235:8

clarification
161:19 218:13
220:9

clarified   220:11

clear   166:10,14
191:9,10 192:14
192:21 195:25
217:22 242:7
247:1 249:10

clearly   148:5

close   186:23 187:2
187:10,14,21,23
188:9,11

closeness   187:19

cohen   141:21
144:22

collected   167:2
237:12

color   187:7

colors   187:6

column   208:22,24
210:20 231:16

236:5

combination
227:10

come   210:24 251:8

comma   187:20

commencing
139:18

commercial
188:13 213:9
215:21 220:20
221:7

commitments
221:17

communication
146:5

communications
146:3

companies   152:5

company   139:6
160:20,21 176:17
176:19 196:20
216:2,6 247:5

compare   148:16
149:8 150:10,20
165:2 222:1 244:8

compared   155:15
164:22 180:22
192:1 193:10
223:16,21 228:9
228:15 229:1
237:15

comparing   151:18
153:12 156:3

comparison
148:25 150:7,8,24
155:5

comparisons
204:13 250:10

complete   251:16
257:8

completed   255:17

completely   251:2

complicated   191:1

composition   160:7
190:8,13

compound   230:25

concentration
143:10 160:8
193:6 225:12

concept   157:18
159:25 248:3

concerning   146:4
166:7 177:18
214:21 238:25

conclude   227:17

concluded   214:15
246:24 252:15

concludes   155:11
227:14 252:2

conclusion   249:1

conclusions   224:2

conditions   160:11
185:4,8 209:4
226:12 227:18
228:11,13,16
229:2 240:3,9

conduct   206:1
212:5

conducted   229:23
229:24 234:19
237:22 238:2

confer   156:20

conference   144:22

confidential   175:5
175:7

confirm   147:2
150:16 176:13
222:3 249:19

confirmed   172:5
221:21 222:16

confronted 206:7
confusion 192:18
congress 140:14
consider 149:2
  151:19 158:15
  187:13,17,23
  193:12 220:25
  251:16
consideration
  149:3
considered 148:23
  229:24 251:2
considers 230:17
constitute 151:6
consulate 239:8
contact 238:22
contains 191:24
contemporaneous
  167:5
context 187:4,11
  219:17 232:20
  245:3
continue 144:10
  196:9 251:16
continued 142:3
continues 154:23
controlled 180:8
conventional
  207:14,15,17
  208:11 209:5,8,25
conversation
  221:20
conversations
  144:6
convince 158:12
copies 255:14
corner 162:23
  166:22
correct 145:24
  147:13 148:13,14
  150:7,9,14,24

152:23 154:7,18
155:8,16 158:24
159:10 161:22
162:21,25 163:8
163:15,17 164:3
164:10 165:6,7,20
166:8,25 168:10
168:22,23 169:1
170:15,19,20
171:19 172:15,16
172:24 176:7,12
176:18 177:2,3,10
177:14,19,25
178:1,4,10,18,19
179:18,22,25
180:9,10,14,18,19
180:23,24 183:7
184:18,24 185:4,5
185:9,16 186:6
188:14 190:1
191:6 192:10
193:1 194:10,11
194:18,19 195:12
196:3,10,15
197:11,25 198:4
198:24 199:5
200:1,2,10,11,15
200:22 201:5,6,8
201:12,18,19,23
202:3,4,7,8,16,23
203:19 204:2
206:24,25 209:1,2
209:9,10,14
211:23,24 212:18
212:24,25 213:3,7
213:11,18 214:2,9
214:14,18 215:18
216:25 219:8,21
219:22 220:1
221:9 225:2,4,24
225:25 226:6,8

227:2,16 228:6,12
230:19,23 231:25
232:1,5,6 234:1,5
234:15 235:10,21
237:20 242:2,3
248:5 257:8
corrections 253:9
257:6
correctly 159:23
195:24
corridor 219:2
counsel 145:5
146:3 186:15
244:8 246:14
254:9,12 255:14
course 167:9
169:9 171:6
177:13 191:23
193:15 218:14
226:13 237:4
239:1
court 139:1,24
141:22 144:24
146:14 154:6
165:11 222:15
244:20 252:8,14
254:1,3
courtesy 237:1,4
covalent 231:24
criteria 183:14
218:17,25 219:1
220:7 231:21
criterion 231:1
critical 147:9,12
147:16,24 148:2
148:12 149:5
151:22 156:22
157:5,21 158:6,10
158:11,13,17,21
159:1,8 161:24
245:25 248:9,14

criticality 148:18
148:21 150:13
151:9 152:22
153:16,20 157:18
243:13,21 245:21
248:3,16 249:1,2,8
249:23,25 250:5
250:19 251:6
criticism 232:11
232:20
criticisms 251:5
cross 166:14
cs 255:15
cut 219:9
cv 139:5 144:19

**d**

d 142:1
d.j. 140:10
daiichi 160:22
data 149:9,10,17
149:18 150:5,11
150:12,21 151:1
153:7,18,22
155:11 165:19,23
166:5 167:1,6,7
169:20 170:18,22
177:8 178:17
198:23 199:4,9,12
206:21 214:20
215:4,6,13,13,20
240:6 245:22
246:25
date 165:25 166:1
168:9 173:4 184:7
184:15,22 203:11
206:20 216:25
217:3,17,20
237:13 256:24
257:12
dated 162:24
166:23 253:19

254:16
dates 218:2
day 253:19 257:15
days 255:17
deamidation
226:17,25
decades 160:22
december 139:17
144:3 253:12
254:16 255:3
dechert 140:4,13
141:1 145:12,15
dechert.com 140:9
140:18 141:6
declare 257:4
decrease 156:7
244:14
deemed 257:6
deep 248:22
defendants 139:10
141:10 145:17
defending 237:1
define 191:14
defined 191:5
235:8
definition 247:20
degradation
190:10 208:3
211:22 225:23
226:11,15,18,23
227:1,14 228:9
degraded 227:8,8
227:9
degrees 226:14
240:7
delaware 139:2
144:19
deliver 203:10
dependent 226:6
depends 147:19

deponent 142:2
255:13 257:3
deposing 255:13
deposition 139:12
144:9,13,16,21
146:2,4,25 154:4
163:20 164:15
171:5,5 181:10
198:19 214:1
219:15 224:25
237:2 243:1
251:16,21 252:15
253:7,8 254:5,10
derives 227:18
describe 188:2
210:19 221:3
229:20 236:4
described 182:19
187:17 190:7
207:2,12 209:6
211:6,7 212:6
describes 164:13
164:16 180:2
183:6 207:8
208:24
description 148:22
174:20 212:7
desirable 157:6,19
desired 158:8
253:9
destroyed 182:10
detail 149:11
156:4 178:11
190:7 202:25
details 239:4
determine 182:8
234:22
determined 208:4
determines 210:18
determining
147:23

development
142:22 179:15
difference 151:16
151:16,20,21,24
151:25 152:3,12
152:21 174:20
198:7 232:7,9
244:24 245:17,24
245:25 246:15
differences 159:2
222:4,17
different 147:20
148:5 151:18
152:3,4,8,19 153:3
153:8,18 187:11
191:16 213:15
221:8 227:13
228:3 245:23
246:3 247:9,14,16
247:17,20 250:3
250:11
difficult 146:12
157:23 170:6
193:17,24
digits 187:19
dimer 232:15
dimeric 231:20,20
231:23 232:3,8,25
dimers 232:2
direct 170:13
directly 147:19
150:20 153:7
166:19
disagree 182:3
disclose 152:7
disclosed 176:25
211:20
discloses 176:24
discombobulated
230:16

discuss 197:23
discussed 185:3
195:5 204:4
218:19 229:18
231:4 233:15
235:24 238:7
discusses 179:24
discussion 232:22
252:7
discussions 238:19
display 202:20
displayed 153:1
218:18
dispute 188:2
240:14
district 139:1,2
144:19
doctor 146:9
149:22 152:11
154:12 157:16
159:7 169:25
195:2 210:25
231:17 232:18
249:12
doctrine 181:20
document 154:12
164:8 165:14
166:23 167:2
171:20,22 172:5
179:14,18,24
198:15,23
documentation
172:23
documents 143:24
161:18 166:2,7,12
166:18 167:20,23
168:13 176:5
188:2 220:4
doing 188:19
250:17

[dosage - exhibit]                                                                                                    Page 9

**dosage**  164:18
**dose**  164:18
**double**  232:10
**doubt**  170:14
  222:25
**dr**  139:14 140:10
  142:3,5,7 144:13
  144:16 145:11,22
  145:23 146:12,16
  146:22 152:9
  154:8,15 155:2,4
  155:11,18,24
  156:6 158:4
  159:16,24 165:13
  175:1 179:5,12
  183:8 186:2
  189:21 194:2
  199:23 204:14,21
  205:3,4,15 210:5
  211:9 213:24
  217:13 219:16
  220:14 223:3
  224:13,20 231:16
  235:14 236:1
  237:1,3,7,10
  238:15,17,18
  239:13,13,23
  241:6,18,21
  242:15,24 243:6
  243:10,13,21,22
  244:16,22 245:7
  246:6,22 247:12
  247:23,24 249:9
  249:14 250:4,8
  251:5,14,24 252:2
  252:10 253:6,18
  255:5 256:2,24
  257:2,4,12
**draw**  224:2
**drool**  240:16

**drug**  215:22
  220:20 221:7
  247:3
**due**  157:20 203:11
  238:1

**e**

**e**  140:1,1 142:1
  154:10 254:3,22
  256:3,3,3
**e.g.**  225:11
**eagle**  238:9,11
**eagle's**  238:18
**earlier**  166:17
  205:13,14 219:15
  229:12 230:8
  240:1,19,23
  241:11,17,23
  242:10 243:12
  247:1 251:10
**easily**  169:23
  174:11,21
**easy**  212:5
**echo**  245:12
**edge**  220:12
  248:18
**education**  248:19
**effect**  143:9
  226:10 227:13
**effects**  227:10
**effort**  203:9
  210:18 239:17
**el**  140:5
**element**  157:21
  181:19 182:1
  183:10
**elements**  187:9
**email**  140:9,18
  141:6,17
**employed**  254:9
  254:12

**employee**  254:12
**encompasses**
  186:22
**endo**  139:5
**ends**  199:2
**enforceability**
  154:11
**entire**  217:7
  223:21
**entirety**  185:24
  192:16
**entitled**  179:15
**enzyme**  143:12
**equivalence**
  181:20
**errata**  255:11,13
  255:17
**errors**  155:23
  156:1,2,4
**esquire**  255:1
**essentially**  166:11
  166:15 170:14,15
**establish**  151:9,20
  151:25 248:8
**establishes**  161:11
  161:21
**et**  139:9 144:17,18
  145:13 187:1
  208:8 226:12
  255:4,4 256:1,1
  257:1,1
**european**  216:18
**evaluate**  155:18
**eventual**  223:24
**eventually**  218:24
  223:25
**evidence**  148:1,4
  153:16,20 158:15
  161:1,2,10,15
  164:24 172:23
  173:1,7 174:3

  177:16 178:11
  196:1,2 198:5,9
  203:22 204:11
  205:6,19 223:10
  243:3 248:9,13,25
  249:22 250:15
**exact**  147:19 152:5
  163:10 170:11
  218:2
**exactly**  150:2
  163:5 164:13,21
  164:23 165:6
  166:13 169:19
  172:21 174:8,24
  193:16 217:1
  222:6 232:10
  234:6,16 236:20
  241:8,20 247:6
**examination**  142:4
**examine**  188:17
  188:25
**examined**  239:21
  247:24
**example**  183:4
  195:10 233:5
**examples**  148:22
**excluded**  222:11
**excuse**  168:15
  175:18 195:19
  211:19 218:4
  220:10
**exhibit**  142:9,11
  142:13,16,19,21
  142:25 143:4,7,18
  143:19,20 146:24
  147:1 154:4,13,16
  162:12,13 163:20
  163:21 164:15
  165:9,10,12
  166:23 168:2
  170:12 171:10

176:6,10,23 177:4
177:5 178:23
179:14,20 181:5
181:10,11 198:18
198:20 208:16,18
213:21,25 214:3
216:1,11,14,19
217:5,22 218:10
220:16 221:8,15
223:7 224:4,25
225:3 231:9,14
240:2 243:14,16
243:20 244:4
**exhibits** 166:3
167:20
**existing** 174:10
**expedited** 252:11
**experience** 220:19
**experimental**
209:3 227:18
**experiments**
206:10
**expert** 142:11
146:25 154:9
156:11 161:11
171:6,10 172:11
176:21 177:17
181:8,8 194:14
207:20,20 212:10
226:1 229:8
232:18,24 233:8
235:4,18 236:3
238:18 239:11
243:2 248:4,21,21
249:20 250:5
**expiration** 180:7
**explain** 159:12
160:5 193:4 245:2
245:23
**explained** 158:1
183:15 205:15

235:13
**explanation** 157:8
**express** 150:17
232:17
**expressed** 200:7,9
232:19 243:8
**extends** 237:1
**extent** 190:8
236:25
**extremely** 159:1
232:13 234:24
235:24 238:2

**f**

**facie** 186:24
**fact** 235:15
**factor** 157:5
**factors** 158:3,7
225:11
**factual** 174:9
**factually** 203:21
**fails** 255:19
**fair** 187:24
**fairly** 183:17
**fall** 189:5,8,14
241:3 246:11
**falls** 197:14 219:1
220:6
**familiar** 179:23
**far** 160:23 166:9
213:8 230:25
236:17 237:22
239:12 249:4
**faster** 231:12
**fda** 153:10 175:9
176:1 182:15
216:4,8 221:2,14
222:24 237:24
246:10
**feel** 189:1 243:18
**fifth** 198:13

**figure** 225:22
226:9,13
**file** 196:8
**filed** 144:18
207:14 208:11
209:9
**filing** 216:25
217:17
**financially** 145:3
254:13
**find** 146:8 151:1
153:25 155:23
158:11 162:8
169:19,20,22,25
170:2 174:8,25
181:7 183:2
191:18 195:4,6
201:1,1 202:17
206:8 210:2,23
218:25 240:15
243:3 245:24
250:1
**fine** 237:6
**finish** 170:7
249:13
**finished** 249:15
**firm** 144:23,25
**first** 160:16 171:5
176:11 181:9
200:19 225:9
**five** 140:6
**flip** 233:12
**flips** 216:19
**flow** 193:7
**flowing** 158:2
**flows** 166:19
**focus** 203:7 214:13
245:9
**focussed** 215:11
**follow** 247:5,25

**followed** 242:25
**following** 190:20
243:1
**footnote** 200:9,17
200:25 201:1,4,10
201:13,15,20,25
**footnotes** 200:4
**foregoing** 253:7,8
254:5 257:5
**forgot** 189:3 218:2
233:5
**form** 151:23
157:22 164:18
174:16 185:21
187:8,9 189:10
193:2 204:3,19
209:20 211:4
217:9 219:11
221:10 222:19
235:11,22 247:12
249:3
**formation** 150:1
155:13 156:8
**formula** 209:22
**formulated** 158:6
194:22 197:13
205:22
**formulating**
206:23 250:25
**formulation**
147:17 152:20
157:6,7,20 158:7
158:23 159:10
178:12 190:9,13
190:17,25 191:6
191:14,17 192:7,7
192:23 193:5
194:7,7,12 206:9
206:15 226:6
227:15

**formulations**
147:13 173:15
192:22 197:5,16
205:6,10,21 206:2
207:5 209:13
211:11 228:25
242:13,23 245:6
250:10
**forth** 216:14
**found** 150:18
158:12,17 175:3
176:22 194:24
195:15 199:3,6
200:4 202:21
209:12 213:13
218:22 231:18
240:8 242:2
244:24 245:22
**founded** 160:21
**fourth** 177:21
213:20
**frame** 193:5
**free** 243:18 247:4
**freedom** 175:8,25
**front** 154:1 162:16
**frozen** 146:10
**fulfill** 183:14
231:1,21
**fulfills** 204:9
**full** 187:20
**fully** 228:23
**further** 190:7,23
191:4,20,25 197:4
223:23 239:19
247:22 251:15
254:8

**g**

**gears** 240:19
242:8
**general** 157:16
182:12 193:23

227:3 232:20
233:4 250:12
**generated** 166:6
**geometry** 187:9
**gerhard** 139:14
142:3 144:13,13
144:16 145:19
252:2 253:6,18
255:5 256:2,24
257:2,4,12
**german** 160:21
238:25 239:6,6
**germany** 139:22
145:20 239:1,7
**getting** 151:4
233:7
**give** 149:24 176:13
178:25 199:7
237:5
**given** 173:14
193:5 219:18
224:10 235:15
239:14 252:2
257:9
**gmt** 139:19
**go** 144:11 156:10
179:5 181:6
204:21 219:11
224:13 230:24
239:24 249:15
251:23
**goes** 177:22
**going** 146:6,17
149:23 154:3
162:11 179:7
196:20 198:18
204:23 213:20
216:2,13 219:10
224:15,24 230:15
233:19 248:21
250:2 251:25

**goldberg** 141:7
145:14
**goo** 146:15
**good** 144:1 145:11
145:11 189:14
205:13 222:22
251:19,20
**goodwin** 141:12
145:16
**goodwinlaw.com**
141:17 255:2
**gradient** 200:1
201:4,16 202:2,20
**great** 162:18 205:8
212:12
**greater** 228:8
**greene** 140:19
145:15 178:21
213:23 231:13
244:1
**guided** 195:22
**guidelines** 222:22

**h**

**h** 256:3
**half** 222:13 251:10
**hand** 162:23
166:22 173:1
**handful** 239:23
**handled** 247:18
**happen** 216:8
221:5,11,12,13,23
**happened** 161:3
172:21
**happening** 221:22
**happens** 224:11
**happy** 236:24
**head** 155:21
251:12
**heading** 147:6
**heard** 164:5

**held** 139:21
144:21
**help** 171:3 207:18
217:3,20
**helping** 231:19
244:3
**henley** 139:24
141:22 144:24
254:3,22
**hereto** 254:13
257:7
**higher** 193:13
200:15 202:7
213:11
**historical** 143:5
**hoc** 247:19
**holder** 220:25
**homologous** 233:1
**homology** 203:18
230:23 231:3,22
232:21 234:5,14
235:9,20
**honest** 239:16
**hope** 240:25
**hour** 236:23
251:10
**hplc** 200:1 201:16
207:2,11 208:9,25
209:6
**huiya** 141:18
145:16 243:22
255:1
**human** 182:11
**hundreds** 196:17
196:18
**hwu** 141:17 255:2
**hydrolysis** 226:18
226:25
**hypothetical**
224:7

**i**

**idea** 161:24
  196:20
**identical** 216:21
  232:4,15
**identification**
  154:13 162:13
  163:21 165:12
  179:20 198:20
  211:10 214:3
  225:3
**identified** 164:7
  176:11 202:11,12
  209:13,19 210:11
  214:25 234:8
**identify** 168:8
  173:17 195:10,17
  197:7 209:17
  210:9 211:2 212:1
  212:23 224:3
  234:22
**identifying** 211:21
**identity** 202:15
  208:3 210:16
  232:21
**ii** 139:15
**illegal** 239:6
**immediate** 221:23
**immediately** 221:1
  236:15
**impact** 223:15
**important** 222:15
  237:25
**imprecise** 219:14
**impression** 189:4
  241:25
**improved** 151:5
**improvement**
  151:7 152:14,15
**impurities** 155:13
  156:8 157:11,12

157:13,14 158:2
160:9 191:15
192:9,25 193:9,22
199:10 200:8,10
200:13,20,21
201:7,12,17,22
202:2,10,15
203:10,17 207:4
207:13 208:10,25
209:8,12,18,23
210:10 211:3,11
211:22 212:2
229:13,14,25
230:17,21 233:16
233:20,23 234:3
234:10,12,23,25
235:7,17,17,19
246:3,5,8
**impurity** 155:5
  156:7 157:2
  158:22 159:2,9
  177:10,24 178:2,9
  178:14,17 190:10
  190:14,19,23
  191:3,11,19,24
  192:2,9,25 193:7
  193:13,21 194:5,8
  197:24 198:3,11
  199:24 200:4
  202:5,16,19 204:1
  204:5,7,10,17
  208:3 210:3 215:1
  215:8,15 220:16
  221:8 235:8 244:9
  244:13
**include** 233:23
**including** 173:18
  228:4
**increase** 151:17
**increased** 158:8

**index** 142:9
**indicate** 183:17
**indication** 152:22
**individual** 202:10
  203:13
**industry** 169:22
**infection** 183:16
**inferior** 228:14,25
**influence** 221:14
**information**
  163:10 167:18
  170:11 175:5,7,8
  175:20,25 185:25
  188:13 194:20
  206:22 249:5
  250:9,15
**infringe** 183:3
**infringement**
  181:17,24,25
  182:5,23 183:12
  183:17,24
**infringing** 183:21
  195:19
**inherency** 194:5
**inherent** 158:22
  159:9,13,20 160:6
  160:9 192:10
  193:1
**inherently** 190:10
  190:19
**inhibitors** 143:12
**initiated** 251:9
**injection** 142:23
  162:15,19 164:10
  175:21 179:16
**innovation** 139:5
**insert** 153:2,10
**inside** 206:12,16
**instruction** 143:21
  223:2 224:9

**instructions**
  183:16 186:15
  219:4
**intended** 243:7
**intending** 206:14
  216:7
**interested** 145:3
  254:14
**interests** 208:19
**interfere** 144:8
**interference** 144:6
**internal** 143:7
**internet** 179:4
**interpret** 192:20
**interpretation**
  163:7
**interrupt** 166:21
**interrupted** 179:4
  196:19
**interruption** 164:5
**intrinsic** 198:10
**introducing**
  178:22
**invention** 185:25
  197:11
**inventive** 211:12
  211:17
**inventor's** 208:25
**inverted** 236:13
**investigated**
  213:16
**investigation**
  169:6,10 188:12
**investigations**
  167:10
**ionic** 225:12
**irrelevant** 248:16
**isocratic** 199:25
  200:25 201:11,22
  202:20

**issue** 151:4
**issues** 184:16,19
  184:22

**j**

**jhp** 142:25 198:15
  198:21 199:9
**job** 139:25
**jonathan** 140:10
  145:12 236:24
**jonathan.loeb**
  140:9
**josh** 141:21
  144:22
**journal** 143:7
**judgment** 187:24

**k**

**keep** 160:10
**kinam** 238:19,23
**kind** 216:13
  245:19 246:3
  247:9,14,15,20
**kingdom** 139:22
**kirsch** 142:11
  154:10 155:4,11
  156:6 157:11
  243:17 244:4
  245:15 250:8,22
  251:3
**kirsch's** 154:15
  155:2,18,24 237:2
  243:13,21 250:4
  251:5
**know** 163:5
  164:20 165:5
  170:9 171:25
  174:24 177:23
  178:2,5,7 184:1
  194:4 196:14,18
  202:14 203:24
  204:15,20 205:9

206:6,13,18 213:8
213:12 217:1
223:13,18 231:4
234:2,6,13,16,22
236:23 238:11,12
250:1
**knowledge** 238:13
**known** 174:5
  180:12 181:1
  184:8 185:10
  210:4 234:9,9,12

**l**

**label** 142:14
  162:14,18,24
  163:3,12,15,16
  164:15,22 166:4
  168:22,24 169:2,3
  169:11,13,15,20
  169:22,25 170:2
  170:10,12 176:6
  176:10,16,24,25
  194:25 195:1
**labelled** 182:2
  236:6
**laid** 152:1
**language** 216:19
  232:12,12
**law** 157:18 181:24
  217:4 238:25
  239:6
**lawyer** 238:11
**lawyers** 238:11
**lay** 150:17 152:5
**lcms** 210:14
**leading** 241:21
  242:24 246:6,22
  247:13
**leaflet** 247:3
**learn** 192:18
**leaves** 192:17

**leaving** 248:20
**lee** 154:9
**left** 162:23 188:11
  227:7
**legal** 144:23,25
  158:19 186:14,17
  238:24 239:1,3,8
  248:16,19,22
  252:5 255:23
**length** 232:10
**lengthy** 196:8
**level** 178:14
  191:11 247:17
**levels** 155:6 159:2
  177:24 178:3
  193:13,21 198:11
  204:5,10 235:19
  244:9
**liable** 181:25
  183:23
**life** 148:9,10
  149:15,16 151:5,7
  151:18 152:1,6,7
  152:13,18,25
  153:3,6,8,13,14
  177:25 178:10
  180:13,17 181:3
  182:2 185:1
  194:17 197:25
  198:4 204:2,18
  215:9,16,22 217:7
  217:25 229:14
  246:16,20,20,24
  247:2,6,9,11
**likewise** 184:21
**limit** 175:6,15
  176:11 190:23
  191:4,10,11,12
  204:7
**limitation** 152:20
  152:23 158:16

182:22 190:19
197:24 198:3
203:15 234:13
241:24 248:8
250:19
**limitations** 157:2
  158:22 159:9
  178:9 183:22,23
  190:9,11,14,15,23
  190:25 191:4,6,9
  191:14,17,20,24
  191:25 192:2,8,9
  192:23 193:1,6,7
  194:5,7,9,12 204:1
  204:17 246:9
**limited** 193:21
**limits** 171:2,15
  173:19 174:15
  175:3,12,20 176:2
  190:17 191:25
  224:10 242:1
**line** 177:21 256:4
  256:7,10,13,16,19
**link** 231:24
**liquid** 208:4
**list** 209:25 234:9
**listed** 167:23
  195:22 202:15
  229:25 230:18,21
  233:16 235:1
**listing** 227:10
**literally** 181:20
  227:4
**literature** 206:22
  210:17 227:23
**little** 211:15
  229:12 230:16
**live** 189:4,4
**lives** 178:4
**llc** 139:5,6 141:12

**llp** 140:4,13 141:1
145:12,15,17
**lodge** 219:10
**loeb** 140:10 142:5
142:7 145:11,12
145:22 146:12,16
146:22 152:9
154:8 158:4
165:13 175:1
179:5,12 183:8
186:2 189:21
194:2 199:23
204:14,21 205:3
210:5 211:9
213:24 217:13
219:16 220:14
223:3 224:13,20
231:16 235:14
236:1 237:3,10
238:17 239:13
241:6,10,18,21
242:15,24 243:22
244:16 245:7
246:6,22 247:12
247:24 249:9,14
251:14,19,24
252:10
**london** 139:22
**long** 217:24
**longer** 152:18
153:15 182:10
247:9
**look** 149:20
153:22 154:19
156:15 161:7,8
165:9 166:13,22
167:25 171:4,20
172:10 173:10
176:9,20 178:23
179:13 186:8
190:4 196:5

198:12 200:19
201:3,10,15,20,25
207:15,20 208:13
212:9 213:19
217:2 224:21
225:5,9 226:1
229:5,7 233:2,6
236:2 243:18
249:24
**looked** 149:17
166:3 168:13
195:4 226:10
233:16
**looking** 168:6
171:23 177:4
185:6 195:2,10
226:8 233:11
247:2
**looks** 146:10
179:23
**lost** 159:16 179:3
237:11 249:16
**lot** 142:17 166:13
168:7,9,11,12,17
168:20,25 169:4
169:12,13,16
170:10,19,23
171:19 172:7,17
172:19,23 177:8
177:19,24 195:16
196:2,23 197:2,3,7
197:9 199:5,6,10
200:14 202:6,16
202:25 203:3,6,25
204:16 212:15,22
212:23 213:1,8,9
213:14 214:12,16
214:20,21 215:2,8
218:4,5,9 220:15
221:11 222:1,17
223:6,7,17,20

224:4 229:13
234:4 235:20
237:15
**lots** 170:19,23
172:13 188:13,16
188:24 196:12,24
213:15 220:20
221:7
**low** 188:11 235:24
**lower** 193:9,14,21
205:17
**luck** 169:19

**m**

**m** 141:7
**machine** 235:4
**making** 210:21
231:19
**manner** 183:7
216:5
**manufacture**
213:2 214:17
221:3 236:16
237:13
**manufactured**
165:24 196:24

212:17 223:1
224:8
**manufacturing**
166:1 171:2,15
173:19 174:15
175:3,6,12,20
176:2 213:4 219:4
219:13,19 220:1
222:21,22 223:1
224:9 241:13
**marais** 205:15
**marais's** 243:6
**mark** 236:23
**marked** 143:17
147:1 154:13
162:13 163:21
165:12 179:20
181:11 198:20
208:16,18 214:3
225:3
**market** 161:16
182:6 189:17
196:20 220:24
**marketed** 180:7
180:15 196:7
220:19
**marketing** 246:12
**mass** 208:5,5
210:21 212:4
**material** 218:16
**math** 155:21
**matter** 144:17
154:11 161:25
169:19 174:6
187:15 217:4
238:7 239:18
**mean** 147:15
169:13,14 175:17
188:21 197:6
200:18 203:21
205:24 236:9

241:9 244:19
**meaning** 147:19
  147:22 155:21
  187:21 191:8
  193:6 238:5
**meaningful** 151:6
  152:14,15,21
  156:7 183:6 222:4
  222:16 244:14,19
  244:25 245:3,17
  245:24 246:16
**meanings** 187:11
**means** 147:18
  153:6 188:9 205:9
  227:4 236:6
  239:11
**meant** 153:8 160:5
  171:6 175:18,23
  183:1 187:2 240:9
  245:2
**measure** 183:19
  183:19 207:3,13
  208:10 209:7
  227:7
**measured** 182:9
  199:25 201:7,22
  202:1,2 203:14
  229:15 233:24
**measurement**
  200:20 201:16,21
  214:21
**measurements**
  177:10 183:19
  195:15 199:9,25
  200:4,14 202:6,16
  205:11 215:1
  237:12
**measures** 221:2
**measuring** 208:25
**media** 144:12,15
  252:4

**meet** 152:21 182:1
  182:22 183:10,21
  183:22 188:20
  190:10,19 192:7
  192:23 194:7,8
  203:15 204:16
  234:13,18
**meets** 190:9
**memorandum**
  143:1 198:21
**memory** 195:3
**mention** 163:15,16
**mentioned** 151:5
  198:8 202:9
**met** 152:19 178:16
  188:18 197:24
  198:3 204:16
**method** 142:22
  166:20 179:15
  180:2 200:25
  201:5,11,22 202:2
  209:5 210:19
**methods** 202:20
  211:6,21
**michigan** 222:23
**microphones**
  144:4,8
**midatlantic**
  255:15
**middle** 156:18
  232:11 236:23
**mind** 148:15
  159:17 178:21
  193:18 202:25
  230:12 243:22
  250:3
**minimum** 193:22
**minute** 248:1
**minutes** 237:5
**mischaracterizes**
  182:25 193:3

220:3 241:7,19
  242:16 244:17
  245:8
**misspeaking** 243:2
**misspelling** 220:10
**mistake** 218:24
**mistaken** 222:23
  241:17,20
**mixed** 216:21
  241:12 242:1
**mixing** 229:4
**modify** 196:22
  197:3,9
**modifying** 197:2
**molecules** 231:24
**moment** 149:24
  150:25 152:25
  159:12 167:24
  195:8 198:14
  199:7 203:21
  205:12 210:23
  231:3,8 239:10
  245:9
**monday** 252:12
  254:16
**monomer** 232:16
**month** 151:15,17
  152:12 177:22,22
  199:10,12 200:25
  201:4,21 202:1
  246:15 247:9,10
**months** 149:12
  151:25 153:15,19
  155:7,14 156:8
  178:6 180:7,13,18
  180:21 181:3
  184:10 194:18
  199:10,11 201:11
  201:13,17 212:17
  236:21 244:13

**morning** 145:11
**motivated** 196:22
  197:9
**motivation** 197:3
  197:4
**mphpa0006315**
  142:14
**multitask** 190:2
**munich** 145:20
  160:22

|  n  |
|-----|

**n** 140:1 142:1
**name** 144:22
  161:16 172:19
**names** 161:18
**narrow** 173:16
  191:20,23
**nature** 233:4
**nearly** 196:10
**necessarily** 156:20
  190:14 220:20
**necessary** 257:6
**need** 150:1 200:23
  210:14 230:6,24
  231:8,9 235:3,4
  243:19 252:10
**needed** 148:4
  151:16
**neither** 254:8
**nevertheless** 198:6
**new** 141:13,15,15
  157:6,7,20 217:5
**notary** 257:13,19
**note** 144:4 210:16
  255:10
**noted** 257:7
**notes** 142:17,19
  180:5 254:4
**noticing** 145:10
**novel** 209:17
  210:9 211:1,7

**november**   162:24
163:3
**number**   144:19
154:4,16 162:8
163:24 165:10,16
166:14,19,23
168:2,9,11,12
174:20 179:17
188:1 195:11
196:3 198:22
199:2,6 200:17
203:18 208:16,17
213:22 214:5,11
224:22 225:6
228:3 231:10
232:4,8 233:1
234:15 235:10
236:21 243:23
248:3 252:4
**numbers**   150:7,8
150:17 151:1
164:6 172:1,19
187:4,5 191:10
195:24 196:6
204:6 224:23
227:4,6 230:10
245:14,21 247:4

**o**

**oath**   145:2,24
**object**   174:10
**objection**   151:23
157:22 174:16
182:24 185:21
189:10 193:2
204:3,19 209:20
211:4 217:9 219:7
219:11 220:2
221:10 222:19
235:11,22 241:6
241:18,21 242:15
242:24 244:16

245:7 246:6,22
247:12,13 249:3
**objections**   145:8
**observation**
222:24
**obvious**   185:20,23
186:6,25 189:2
197:15
**obviously**   218:20
**offered**   180:20
182:10 248:3
**offers**   180:21
**office**   176:18
177:1
**oh**   179:2,2 243:24
**okay**   146:1,6
147:22 148:1,7,15
148:24 149:8,14
150:23 153:24
154:3,19,22
155:23 156:5,10
156:25 157:4
158:14,20 159:6
160:5,12 161:10
162:2,7,11 163:2
163:11,24 164:20
165:8 166:2
167:14 168:20,23
170:4,17 172:6,13
173:2,10,10,13,22
174:2,12 176:9
177:4,7,8,23
178:20 179:13,24
181:5,6,6,16 184:5
184:6 186:3,13,18
188:12 190:5,6,22
191:19 192:4,6
194:13,17 196:9
196:21 197:19,22
198:17 199:1,4,22
199:24 202:14

203:12,24 207:5,6
207:25 209:6
211:10,18 212:20
213:14 214:5,15
214:19 222:14
224:3,21,25 226:4
226:15 228:2,5,7
229:22 231:9
232:23 233:7,14
233:15 235:15
236:9 237:7,8,11
238:14,24 239:5
244:7 248:7
249:10 250:8
**old**   160:21
**once**   191:2
**onward**   166:6
**oops**   179:1 196:14
**open**   146:23 174:9
178:25 179:4
**opening**   146:25
167:25 176:21
186:9 189:23
194:14 195:18
197:20 207:20
212:10 221:25
225:2
**opine**   149:23
198:2,6 226:4
248:20
**opined**   158:10
192:15 205:13,14
**opinion**   147:11
148:3 150:17
151:6 152:12
157:4 158:20,25
159:5,7 162:2
164:12,16 170:25
171:14,18 172:6
173:2,22,25
174:12 182:20

185:18 186:4
190:12,22 191:3
191:14 192:4,5,16
193:5 194:4 198:9
203:13 205:18
211:12 218:4,5,8,9
220:15 223:7,9
232:17 235:13
239:12 242:20,21
248:11 250:18,25
251:8
**opinions**   238:7,20
243:13,21 248:4
248:24
**opportunity**
239:14
**optimal**   205:5,8
**optimization**
206:1
**optimize**   206:14
**order**   182:23
183:11,23 197:10
206:23 215:21
248:8 252:9
**ordinary**   180:11
196:22 205:25
228:18
**original**   148:9,17
148:25 149:10,17
149:25 150:11,21
155:6,15 180:20
184:4,9,12,17,23
185:10 188:14,16
188:19,24 189:5,8
212:22 213:5,9,16
214:7 215:1,6,14
216:22 217:15
218:6,11 219:4,24
220:17 222:2,17
223:4 229:15
233:24 237:14

[original - ph]                                                                 Page 17

240:21,24 241:3
246:25
**ought** 213:22
**outcome** 145:4
254:14
**outside** 148:6
159:3 193:10
205:10 206:3,12
206:16 219:25
239:8
**overall** 226:10
227:13
**overlap** 185:15
**overlaps** 186:22
**overlook** 208:13
**overtalking**
244:21

**p**

**p** 140:1,1
**package** 153:2,10
**page** 142:4 147:4,5
150:3 154:19,21
156:12,13 162:23
163:12 164:6
168:3,4 181:15
186:11 189:24
190:4 194:14
195:4 197:21
199:2,3,8 207:24
212:11 214:10
225:6,10,19,22
226:3 229:9 236:2
236:3 250:1,24
256:4,7,10,13,16
256:19
**palo** 140:6,7
**pamela** 139:24
141:22 144:24
254:3,22
**par** 139:4,5,5
143:3,6 144:17

145:13 188:21
189:18,19 198:22
208:9 209:17
210:9 211:2,25
214:6 222:21
234:20 237:22
238:1 255:4 256:1
257:1
**par's** 169:7 211:10
**paragraph** 150:16
154:23 156:15,18
168:1,6 171:4
172:10 173:11
176:11,21 180:5
181:12,14 186:9
186:11,20 189:23
189:25 194:14
195:10 197:20,22
207:21 208:21,22
212:10,13 226:2
229:8,22 230:13
233:8 235:18
243:14,20 244:5
**pardon** 199:13
**park** 238:19,23
**part** 160:22 186:1
186:14 197:18
208:21 209:12
234:9 241:11
**particular** 147:3
156:12,14 161:18
162:24 163:3,14
170:2 196:23
207:21 214:12
217:24 220:6
236:12 248:14
251:19
**particularly**
161:17 237:24
240:13

**parties** 144:10
254:10,13
**party** 145:2
**patent** 148:20,22
152:17 153:23
157:18 158:12,17
176:17 177:1
183:24 188:22
190:16,18 191:18
192:13,14,16,18
192:24 193:8,18
193:24 207:14
208:11,19 209:9
209:13 210:4,11
210:20 211:6
230:7 243:3
245:22 248:10,15
248:25 249:6,23
**patentee** 157:21
248:9
**patents** 168:9
169:7 173:5 177:2
185:16 206:20
207:3,8,12 209:7
216:25 217:18
230:1,3,18,22
**pathways** 226:18
227:1,13
**patient** 221:14
**pause** 150:4,19
170:6 172:4
**pennsylvania**
141:4
**pensive** 146:11
**peptide** 211:22
**peptides** 225:14
**percentage** 183:9
183:22,25
**perfect** 199:20
231:11

**perfectly** 193:19
**performed** 207:9
**period** 149:13
167:8 169:14
180:7 184:14
**person** 174:22,23
175:2 180:11,25
189:18,19 193:25
196:21 197:1
205:25
**ph** 143:9 147:8,8
147:12,16,19,23
148:2,3,6,9,11,12
149:4 150:13
156:19,23 157:24
157:25 158:2,6,13
158:21 159:7
160:9,10 171:1,2
171:14,16 172:14
172:18,23 173:5,9
173:15,17,18,18
173:24 174:1,4,8
174:14,25 175:3
175:10,11,15,21
176:1,10,16,24
178:13 181:2
183:21 185:11,15
185:18,19 186:4,5
187:14,17,20,23
188:4,6,8,10,18
189:6,8 190:17
191:18,21,24
192:2 193:8,9,10
193:13 194:12,21
194:22,24 195:12
195:13,19 197:10
197:13,17 205:4
205:10,16,19
206:3,3,11,16,16
212:24 213:1,5,10
213:14 214:17,21

[ph - product]                                                                                    Page 18

214:25 215:7,15
215:21 218:10,21
219:5 220:5,12
225:11,23 226:6
226:10 227:13,15
227:20,21,21
228:7,9,9,14,15,19
228:24 229:1
240:10,12,14,20
240:24 241:2
242:11,21 245:4
248:14 250:19
**pharmaceutical**
139:4 144:17
169:21 182:14
255:4,4 256:1,1
257:1,1
**pharmaceuticals**
139:9 142:16,21
142:25 144:18
160:18 161:13
164:1,9 180:23
238:9
**pharmaceutics**
143:8
**phd**   154:10
**philadelphia**
141:4
**philosophical**
182:4
**phones**   144:7
**phosphate**   240:7
**phs**   148:6 159:3,3
187:22 205:22
227:22 228:3
243:4 250:11
**pick**   144:5 146:7
**piece**   174:10
182:13 237:25
**pitressin**   143:2
185:2 194:17,21

195:6,7,11,17
196:10,13,23,24
197:2,13,23 198:3
198:24 202:6
203:25 204:16
**place**   144:7,10
237:11
**plaintiffs**   139:7
140:3 145:13
**plausible**   155:22
156:3 172:20
**please**   144:4,6
145:8 146:8,16
147:3 153:24
154:20 162:7
165:8 170:6,7
172:11 178:22,24
179:6 181:7,12
190:4 191:2
204:22 212:9
213:19,21 215:10
224:14,21 226:2
229:5 230:2
239:24 249:13,15
252:9,13
**pleasure**   251:20
**pm**   139:18,19
146:18,21 179:8
179:11 204:24
205:2 224:16,19
252:1,15
**point**   170:4 174:3
177:24 178:4,10
182:2 192:14,17
204:2,10,18
208:20 231:5,19
232:12 241:10
242:25 245:25
249:11
**pointed**   240:20

**posa**   184:8 192:17
197:8 206:2,7,14
206:19 212:6,6
**position**   197:8,12
217:14 219:18
**possession**   234:21
**possibility**   247:18
**possible**   169:23
192:12 193:12,15
204:9 205:10,11
219:24 235:6,12
235:16,25 242:7
**pp**   176:19
**ppc**   176:17,25
**practice**   222:22
**precisely**   203:20
**predict**   215:7,15
215:21 216:12
229:13
**predictable**
224:12
**prediction**   229:23
230:17 233:17,22
235:18 237:16,18
**predictions**   236:5
**prefer**   248:20
**preparation**
204:12
**preparing**   202:25
**present**   145:5
192:3 200:20,21
**presented**   248:15
**presumptively**
185:20 186:6,24
**previous**   185:24
245:8
**previously**   143:17
147:1 181:11
208:16,18
**prima**   186:24

**principle**   182:13
**printed**   153:10
167:3 247:3
**printout**   167:6
**prior**   148:3 160:13
173:14,23 174:13
184:17,23 185:11
185:14,18 186:1,4
186:21 187:12,17
188:1,25 194:21
196:2 205:21
206:9,22 211:20
242:12,22 245:5
**priority**   168:8
173:4 184:7,15,21
206:20
**private**   144:5
**probability**
235:24
**probable**   218:21
**problem**   159:19
193:23
**problems**   191:7
**procedure**   206:1
**proceeding**   145:8
239:8
**proceedings**   239:2
**process**   237:25
**procter**   141:12
145:17
**product**   152:18
153:9 161:15
162:1,4,4,14,19
164:14,17,19,21
164:24 165:5,23
173:3 174:10,19
174:25 178:3,8,18
180:3,6,17,23
181:2,18 182:18
183:2,5,6,10,20
184:4 185:2 188:2

[product - receipt]                                                                                Page 19

206:24 208:3
215:22 217:5
218:5 219:18,20
246:2,4 247:3,8,10
247:15,15,16,21
**production** 143:24
221:18
**products** 139:5
149:16 151:8,19
151:21 152:2,13
153:12 167:12,16
167:20 178:13
182:1 211:22
220:20 221:7
227:24
**profile** 153:14
225:23
**progress** 143:2
**proof** 170:13
**properties** 157:6
157:19 158:23
159:9 161:25
166:8 215:8,16
**property** 159:13
159:21 160:6,10
**proposed** 193:11
**prosecution** 177:1
**proteins** 225:14
**provide** 193:19
203:22 204:11
205:5,20 216:3,6,7
**provided** 182:21
186:15 240:24
243:12 249:6
250:9
**provides** 155:4
199:9 225:23
247:17
**public** 152:7 153:1
173:4 174:5,9
182:21 212:15,16

215:3 216:7,23
217:16 257:19
**publically** 174:21
**publication**
163:10
**publicly** 168:22
174:17,18 175:24
176:3,7 216:24
217:16
**publish** 174:19
**published** 153:13
163:3,6,9 174:14
174:18 175:7,11
194:20 247:5
**purity** 191:8
**purportedly**
156:21 157:1
**purposes** 148:17
210:6
**put** 159:21 212:8
222:9,11 229:6
239:18 253:11

**q**

**qualified** 189:19
240:2
**quality** 216:6
247:16
**question** 149:4,6
152:3,11 153:5,23
157:15,19,24
158:1,9,16,19
159:7,15,18,20,21
160:4,16 164:8
171:13 174:2
182:4 191:1,8,16
191:23 196:4,8
206:6 207:2,16
209:4 210:1,7
215:10 224:7
227:25 228:5
230:4,5,15 231:6,7

234:12 240:17
248:16 249:20
250:2 251:1
**questions** 184:3
193:17 194:1
211:15 239:15,19
239:20 240:1
242:17 246:15
247:22 248:1,2
251:15 253:11
**quite** 214:23
**quoted** 198:10
210:15

**r**

**r** 140:1 256:3,3
**range** 147:12,16
147:21,24 148:2,3
148:6,6,12 149:4
150:14 157:25
158:21 159:4,8
160:8 173:6
175:10 176:15,16
176:25 185:14,15
185:19,20 186:5,5
186:22,23 187:2
187:19 188:4,6,6,9
188:18,21 189:15
193:9,10,10
195:12,14,20
197:14,17 205:5
205:10 206:4,17
212:24 240:12,14
242:11,21 245:4
246:11,11 248:14
**ranges** 147:8,19
187:14,17,18
188:8,10 197:15
**rate** 155:13 156:7
226:11,15
**rates** 226:17,24

**reach** 169:10
**reached** 213:10
**read** 150:15
167:10 209:3
249:7 253:7 255:9
257:5
**reading** 150:4,19
156:17 230:13
250:24
**real** 140:5 152:2
153:3
**realize** 220:5
**realized** 157:10
219:12 220:8
**really** 175:23
**reason** 189:14
234:7,17,19,24
238:3 255:11
256:6,9,12,15,18
256:21
**reasons** 152:4
**rebuttal** 142:11
181:8
**recall** 146:24
150:2 154:11,14
155:1 160:12,15
160:20,24 161:18
166:9 167:13,24
188:19 195:24
203:4 222:5
229:17 230:6,25
233:3 236:17,19
236:21 237:22
240:21,22 241:5,8
242:17 243:14
244:9,11,14
246:17,18 249:5
250:8,12
**recalls** 183:5
**receipt** 255:18

**recess** 146:19
179:9 204:25
224:17
**reciprocate** 237:4
**record** 144:2,11
145:7 146:15,18
146:21 164:2,9,13
164:21 165:1,4
166:5 171:19
172:7 179:5,8,11
204:22,24 205:2
222:1 224:13,16
224:19 242:6
251:23 252:1,7,9
253:10 254:6
**recorded** 144:13
144:16 224:1
**recording** 144:9
**records** 170:18,22
222:2
**reduction** 155:12
156:6 244:13
**refer** 149:11
161:17
**reference** 157:9
166:14 210:21
224:22 225:1
**referenced** 255:6
**referred** 184:4
225:1
**referring** 151:10
157:2 164:6
200:17 245:21
246:19,20,23
**refers** 202:19
**reformulated**
148:11,16 149:1,9
149:19 150:6,12
150:21 151:2
155:6,14 180:16

**refresh** 179:1
195:3
**refrigerated**
184:18
**regard** 241:23
**regarding** 154:10
160:13 167:19
189:6 192:13
238:20 243:12,13
243:21 248:2
**regent** 142:13,19
160:17,19,25
161:12,22 162:3
162:19 163:14
164:14,22 165:15
166:4,11,15
167:11,15,19
168:21 170:11
175:4 176:6,10,24
**regent's** 175:19
**registered** 161:16
**registers** 161:6
████████ ███
██████ ████
█████ ████
██████ ████
██████ ████
██████ █████
█████ █████
██████ █████
████████ █████
**regulary** 221:17
**regulatory** 217:4
217:11 221:17
237:25 246:21
**related** 145:2
254:9
**relation** 161:24
209:23

**relationship**
160:17 161:12,21
**relative** 149:15
187:5 200:6
202:13 209:24
223:20 237:13
254:11
**relatively** 173:16
223:22
**release** 219:13,21
220:8,13 241:13
241:25
**released** 189:20
219:20,25
**relevant** 187:14
208:21
**reliable** 210:14
216:11
**relied** 177:9
206:21
**rely** 183:3,4
237:21
**remarkable** 240:8
240:15 245:16
**remember** 242:14
243:20 251:12
**reminding** 243:23
**remotely** 145:6
**renamed** 160:24
**rendering** 250:18
**renders** 185:19
186:5 189:1
**repeat** 153:21
191:2 215:10
226:23
**rephrase** 248:23
**report** 142:12,22
146:25 149:12,22
150:1,22 154:9,16
155:2 156:11
159:25 160:3

161:11,21 168:1
171:6,10,21
172:11 176:5,21
177:9,12,17,18
179:15 181:8
185:23 186:9
189:23 194:15
195:2,9,15,18
197:20 203:1,7
207:20,21 210:15
212:10 222:1,7,9
222:12 225:2
226:2 229:8,20
230:10 231:5
232:18,24 233:8
235:18 236:3
243:2,17 244:4
245:15 248:4
249:7,20,24 250:5
250:23,24
**reported** 184:16
184:20,23 202:6
206:22 228:14,24
**reporter** 139:24
141:22 144:24
146:14 154:5,6
161:19 165:11
170:6 244:20
252:8,14 254:1,3
**reports** 192:15
**representative**
216:2,10 238:5
**representing**
145:13 238:8
**represents** 156:6
**request** 143:24
221:4
**requested** 153:9
**requests** 221:15
**require** 212:4

**required** 257:13
**requiring** 234:14
**respect** 194:4
238:1 251:6
**responses** 154:15
253:11
**responsible**
189:18
**responsive** 152:10
250:6
**rest** 175:11 224:11
**restricted** 178:15
**restrictions**
238:25
**result** 153:3
156:21 157:1
160:9
**results** 237:16,17
238:4 247:6
**retained** 252:5
**retention** 200:7
202:13,19 209:24
210:3,13 230:8
**return** 255:13,17
**rev.11/11.** 163:6
**review** 170:17
207:7 250:4 255:7
**reviewed** 163:11
168:24 169:2
179:18,21 188:13
199:5 214:8
**reviewing** 154:12
155:1
**right** 149:23
152:14 154:5,17
155:1,10 156:14
161:20 162:5,20
162:22 163:12
165:11,16,22,24
166:22,24 167:3,6
167:21 168:18

169:7,17 170:9,23
170:24 171:23
172:8,10 176:23
181:3,21,23
182:20 184:10,13
185:8,12,20 186:8
186:16 187:13
188:10 189:7
190:25 191:15,17
194:22 195:20
198:2 199:8,11,15
200:5,19 201:3,9
201:15 202:11,17
203:22 204:15
205:22,23,24
206:19 212:12
213:2,6,17 214:8
214:13,17,22
215:3,9,17 216:16
217:6,14 218:7,11
219:6 220:17
226:8,11,19
227:12,21 228:4
228:10,15,20
229:1,16,20 230:1
230:11 232:10
233:17,20,21,25
236:7,8 237:5,6
241:1 251:14
**rochester** 222:23
**rocket** 235:3
**room** 145:5 151:7
151:10 152:12
155:8,14 180:8,13
180:18,22 181:3
184:9,13,24 185:3
185:7 194:18
**root** 223:24
**rough** 252:10
**roughly** 155:22

**rounding** 228:18
228:21
**rounds** 228:19
**routine** 211:25
212:3
**rules** 228:19,22
**running** 221:18

**s**

**s** 140:1 256:3
**safety** 221:14
**sake** 228:23 231:1
240:11
**sale** 212:16 215:3
216:23 217:16
**sankyo** 160:23
**satisfied** 178:8
203:25
**satisfies** 190:13,14
**satisfy** 181:19
**saw** 240:6 243:5
**saying** 153:17
175:22 187:22
219:23 223:13
241:16,22 249:19
251:20
**says** 155:17
156:18 162:14
163:25 165:15,15
225:10
**science** 169:22
235:3
**scientific** 248:21
**scope** 190:24
191:4,5
**screen** 179:19
181:6 199:15
**search** 188:25
**second** 146:15
162:23 176:14
178:25 180:5
225:6

**seconds** 159:17
**section** 150:22
155:2 207:7
229:19 249:7,25
**see** 146:7 147:6,10
149:21 153:11
154:22,25 156:23
156:24 162:23
164:7 169:3
170:21 173:20,21
175:19 194:3
198:1 199:12,24
200:3,11 205:13
207:23,25 208:7
212:12,19 218:23
218:25 225:15,16
234:7 236:4
239:10 245:10,15
245:15,17,21
247:20
**seen** 152:4 161:18
164:24 167:22
184:19 188:7
205:7,19 221:19
223:10
**sense** 152:19 231:7
**sensitive** 144:5
**sent** 255:14
**sentence** 157:9
180:4 195:5
212:13 225:10
226:8
**seq** 203:18 232:4,8
233:1 234:14
235:9
**sequence** 203:18
230:22 231:3,22
232:3,7,15,21
233:1 234:4,14
235:9,20

series  214:1
service  175:9
set  191:9 251:17
shade  187:7
share  178:24
sheet  255:11
shelf  148:8,10
    149:15,15 151:5,7
    151:18 152:1,6,6
    152:13,18,25
    153:3,6,8,13,13
    177:25 178:4,10
    180:12,17 181:3
    182:2 184:25
    194:17 197:25
    198:4 204:2,18
    215:9,16,22 217:7
    217:24 229:14
    246:15,19,20,24
    247:2,5,9,11
shift  240:19 242:8
short  164:4
shorter  247:11
show  151:16
    220:20,23 222:15
    248:9,13
shown  225:13
shows  226:10
    232:10
side  234:17
sign  255:12
signature  254:20
signed  253:17
    255:20
significant  153:19
    204:12 245:15,16
significantly
    205:14 242:12,22
    245:5
similarity  232:22

simple  212:3
singh  224:23
single  157:20
    164:18 182:8,13
    182:18 183:3,13
    195:11 227:5
sitting  206:13
    251:4
situation  187:25
    187:25 192:1,11
    192:13
size  187:5 223:22
skill  180:12 181:1
    196:22 205:25
    209:16 210:9
    211:1 254:7
skilled  174:22,24
    175:2 193:25
    197:1
skills  211:5
skin  143:11
slightly  199:15
    205:16 250:3
small  159:1
    223:22
sold  164:14 168:8
    168:15,18,21
    172:14,18 173:3
    182:10 195:18
    196:1,10,13 217:6
    217:23
solely  171:18
    172:7
solution  160:7
    193:12,19
solutions  139:25
    144:23,25 193:20
    252:6 255:23
sorry  164:4
    166:21 175:14
    177:5 199:17

208:22 211:14
216:17 219:9
229:3 234:10
236:13 237:11
239:4 243:2,8
244:20 245:12
249:14,18
sort  159:21 199:18
    216:18 226:20
    233:4 238:4
    240:16 245:12
source  193:7
    210:13,14
sources  210:18
speak  167:14
speaking  170:5
spec  177:22 178:6
    210:21 212:4
special  209:16
    210:8 211:1
specialists  217:11
specific  228:1
    251:5
specifically  226:9
    232:23 248:24
specification
    175:24 189:16
    218:19 219:13,14
    219:19,21 220:1,8
    220:10,13 240:20
    241:12,13,14,25
specifications
    183:5,15 188:7
    213:5 216:9
specified  176:16
    176:25 191:21
    219:5
spectrometry
    208:5,6
speculate  224:8

square  140:6
stability  143:13
    147:9,13,16,18
    148:5,12 149:9,10
    149:17,18 150:11
    150:12,20 151:1
    151:24 152:2,6
    153:4,7,14 155:11
    156:20,25 158:1,8
    165:19,23 166:5
    167:1,6 170:18,22
    177:8,17,18
    198:23 199:4,9
    200:14,20 201:21
    202:1 205:5,13,20
    206:15,21 215:6
    215:13,13,20
    217:7 220:21,23
    221:15,18 223:8
    223:12,16 224:5
    225:14 226:5
    228:14,25 236:11
    236:15 237:21
    242:12,22 243:4
    245:5 246:25
    247:6
stable  184:12
    193:19 206:8
    227:15
stamp  179:16
standards  186:17
standpoint  205:16
start  165:25
    168:15 177:15
    245:13
started  146:2
    229:11 236:15,18
starting  195:5
    206:7 236:11
starts  189:25
    250:1

**state** 145:6,9
   173:25 181:16
   185:24 187:25
   197:18,23 207:25
   212:14 227:23
**stated** 200:10
**statement** 147:14
   190:21 212:20
   218:3 225:17,18
   242:4 243:1,5
   250:22 251:3
**states** 139:1 147:7
   239:7
**statistical** 205:16
   243:6
**steal** 231:2
**stenotype** 254:4
**sterile** 139:5
**storage** 149:12
   177:13 178:16
   180:17,21 236:13
**stored** 184:9 185:3
   185:7
**storing** 184:17,23
**street** 141:3
**strength** 225:13
**strike** 168:15
   229:4
**structure** 209:11
   209:18 210:10
   211:2,21 212:1
   230:8
**studied** 189:13
   220:4 235:1 250:7
**studies** 234:20
   236:15 237:23
   247:6
**study** 153:4
   189:12 197:4
   202:18 228:7
   236:12 237:21

238:2 240:12
   246:25 251:8
**studying** 196:8
   218:15 223:23
**subject** 161:25
   187:15 238:7
**submitted** 221:25
   237:24
**subscribed** 257:14
**substance** 146:4
   238:20
**succeed** 203:10
**sufficient** 151:8,20
**suggest** 221:21
   223:19
**suit** 177:2
**suite** 140:6,15
**sum** 227:5
**summarizes** 209:3
**summation** 226:16
   226:24 227:3,6
**supplied** 168:25
   169:4,16 170:10
**supported** 233:4
   243:5
**supposed** 216:20
**sure** 150:25
   158:18 159:22
   164:17 167:22
   191:3 196:9
   210:15 214:23
   233:13 237:3
   243:11 249:7
   251:24
**sworn** 257:14
**synonymously**
   216:16

───── **t** ─────

**t** 256:3,3
**tab** 146:23 153:25
   156:11 162:8,10

163:19,22 165:9
   168:2 171:11
   172:2 177:6 181:9
   186:10 198:12
   207:18,21 208:15
   213:19 218:15
   224:21 229:8
   231:13 243:23
   244:1 249:24
**table** 200:24 209:3
   209:22 210:24
   229:25 230:2,6,7
   230:10,18,21,24
   231:8,16,18
   233:16,20 236:4
   240:5
**tail** 249:16
**take** 144:10 148:2
   154:19 202:18
   209:16 210:8
   217:21 221:1
   238:4 243:18
   248:1 250:14,14
   250:15
**taken** 146:19
   153:7 160:24
   179:9 186:3
   204:25 210:17
   211:1,5 215:1
   221:24 224:17
   240:6 254:11
**takes** 204:12
   210:12
**talk** 157:9,13
   182:17 183:18
   242:9
**talked** 157:10
   228:19
**talking** 148:20
   174:23 229:11
   243:20 245:10,11

246:7
**target** 171:1,14
   173:18,24 174:1,4
   181:2 206:16
**task** 206:8
**taught** 173:14,23
   174:13
**teaches** 186:22
   193:8 226:5
**teaching** 148:21
   190:18
**technical** 170:4
**technically** 183:7
**techniques** 208:4
   211:25
**telephone** 140:8
   140:17 141:5,16
**tell** 164:23 183:25
   187:1 190:16
   203:20 213:21
   245:25 250:21
**temperature**
   151:7,11 152:13
   155:8,14 178:15
   180:8,14,18,22
   181:3 184:10,13
   184:24 185:3,8
   194:18 225:13
   240:6
**temperatures**
   184:18
**tend** 248:13
**tenths** 187:23
   188:6,8
**term** 159:20,24
   216:14 223:19
   227:6 231:3
**terms** 152:17
   157:17 187:14
**test** 174:7 182:13
   202:1 217:6

tested   227:21
  228:3
testified   219:3
  241:1 244:12,23
  245:12,14
testify   239:7
testifying   239:1
testimonies   167:13
testimony   167:10
  240:24 241:7,17
  241:19 242:9,16
  243:11,12,15
  244:17 245:4,8,20
  245:23 252:2
  255:9,18 257:8
testing   174:6
  175:12 176:1
texas   140:16
text   150:15
thank   146:6
  194:13 199:16,20
  213:25 220:11
  231:15,18 237:8
  238:6,14,16,17
  240:18 242:6
  244:2 247:23
  251:17,18,21
thanks   244:3
theoretically
  192:12 205:9
  221:11 235:12,25
  238:12
thereof   254:6
thing   149:2 153:22
  178:5
things   152:8
think   148:19,21
  149:24 151:15,24
  152:10,24 155:20
  159:11 160:19
  161:5,16 163:6,7

165:10 166:12,13
166:14,18 169:18
169:20,23 172:20
173:7 174:17,22
177:5 181:9 182:4
182:5,16 185:22
185:23 187:3,4,10
187:16,19 188:5,8
189:12 191:13
192:15 194:24
195:7,21,21,23
197:1,12 200:6,24
202:9 208:12
209:21 214:23,24
215:23 216:11
217:2,10,12
221:19 222:14
223:18 224:8
229:3 230:7
232:19 233:3
234:20 236:20,22
237:20 238:1,1
239:11,15 241:9
246:8,11,25 249:4
249:16 251:9
third   146:8 153:21
thought   161:14
  190:20 226:16
  249:14
thoughts   206:10
thousands   174:7
three   167:20
tighter   219:18
time   145:9 146:1
  146:18,21 167:8
  174:4 178:16
  179:8,11 184:14
  185:25 190:12
  196:12 202:13,18
  202:19 204:10,24
  205:2 206:19

207:14 208:11,20
209:9,24 210:3
213:2 215:2
217:21 218:12
224:16,19 231:2
236:6,9,11 237:12
237:13 238:6
239:17,23 242:9
247:23 251:7
252:1 255:19
timeframe   255:8
times   141:13
  200:7 210:13
  230:8
today   146:8
  179:22 206:7,10
  206:14 221:20
  243:12 251:4
  252:5
today's   252:2
tonight   252:11
top   162:14 163:25
  165:14 190:4
  251:11
topic   248:4
total   155:5,13
  156:8 157:12,13
  192:1 200:8,9,13
  200:21 201:1,7,11
  201:17,22 202:2,5
  204:5,6 246:3,4,7
  252:4
touch   174:10
  241:9
touches   186:23
traded   247:18
transcribed
  139:24 254:7
transcript   253:10
  254:6 255:6,20
  257:5,8

transcripts   252:11
trial   149:23
tried   166:17
  169:25 193:4
  240:25 241:9
  242:2 247:1
true   169:18
  177:20 190:3
  212:20 213:12
  217:12 253:10
  254:6 257:8
try   152:11 169:25
  209:2 215:7,15
  231:6 242:3
trying   183:2 190:2
  250:24
turn   144:7 147:4
  162:22 163:18
  181:12 189:22
  192:19 194:13
  197:19 199:1
  214:10 225:19
two   149:16 151:8
  151:18,21 152:1,7
  152:13 153:12
  159:14 163:12
  166:12 231:23
  232:2 247:25
type   225:12
  234:25

| u |
| --- |

unclear   192:17
  211:16 232:13
  243:8
underestimate
  235:19
understand
  145:23,25 148:20
  157:23,25 158:9
  159:23 186:21
  191:7,12 193:20

197:8 206:6
226:21 227:6
239:5 243:11
250:25
**understandable**
199:19 226:22
**understanding**
157:17 158:14
181:24 216:4
248:7,12
**understood** 187:4
191:22 192:3
208:2 227:25
230:5 241:11
247:16
**unidentified**
233:23 234:3,18
235:7,16
**unintelligible**
244:15
**unit** 144:12,15
**united** 139:1,22
239:7
**units** 164:18
187:20,23 220:13
252:4
**university** 145:20
**unsure** 217:20
**upper** 166:22
188:11 219:20,25
**upright** 236:13
**ups** 247:25
**use** 166:10 173:4
182:5 212:15
215:3,5,19 216:24
217:16
**useful** 240:13
**usp** 142:24 162:15
179:16

**v**

**v** 139:8 255:4
256:1 257:1
**v2** 255:5 256:2,24
257:2,4,12
**validity** 154:10
169:7
**value** 177:15
**values** 149:25
150:2 156:19,22
173:18 177:13
186:24 227:20
246:9
**variety** 250:9
**various** 173:15
**vary** 187:22
**vas00** 171:21
**vas00000011**
163:25
**vas0000009**
165:16
**vas0000011**
142:18
**vas0000017**
178:22 179:17
**vas000010** 142:20
**vas000017** 142:24
**vaso** 143:3,6
198:22 214:6
**vasopressin**
142:23 143:14
147:13,17 151:8
151:19 158:23
159:10 160:14
162:3,4,15,19
164:2,9 166:8
167:12,16,19
168:7,14,17,25
169:4,11,16
170:19,23 171:1
171:15 172:14,17

173:3,15,19,23
174:5,14 175:4,21
176:4 177:13
178:3,8 179:15,25
180:13 181:2
185:7 188:3 190:8
190:13 192:6
193:12,20 197:5
205:6 206:2,15,23
207:4,4,13 208:10
209:1,8,12,18
210:10 211:3,11
212:1 215:22
225:24 226:5,11
226:16,24 227:2,8
227:15 228:8,25
229:3 231:20,21
231:23,24 232:3,4
232:8,25 246:3
247:8,10 250:10
**vasostrict** 148:9
148:11,16,17,19
149:1,1,9,10,18,19
149:25 150:6,11
150:12,21,22
151:2 155:6,7,15
155:15 180:16,20
184:5,9,12,17,24
185:10 188:14,17
188:20,24 189:5,8
212:22 213:5,10
213:16 214:7
215:2,6,14 216:22
217:15 218:6,11
219:5,24 220:17
222:3,18 223:4
229:15 233:24
234:21 237:14
240:21,25 241:3
**verify** 255:9

**veritext** 139:25
144:23,25 252:5
255:14,23
**veritext.com**
255:15
**versus** 144:18
232:21 238:1
244:9 245:18
**vial** 181:25 182:8
182:9,18,21 183:4
183:13
**vials** 183:9,14,19
**video** 139:12
144:9,13,16,22
**videoconference**
140:11,20 141:8
141:19
**videoconferenci...**
139:21
**videographer**
141:21 144:1,24
146:17,20 179:7
179:10 199:13,14
199:20 204:23
205:1 224:15,18
251:22,25
**view** 207:11 208:8
**virtually** 139:21
**vol** 139:15

**w**

**want** 146:14
153:23 160:4
228:22 239:22
240:16 242:9
243:10 249:10
**wanted** 166:10
217:21 242:6
249:19
**wants** 221:4
251:15

[wars - zoom]

| | | |
|---|---|---|
| **wars**  196:19 | **witness's**  245:8 | **y** |
| **way**  153:19 158:5 | **wondering**  243:19 | **yeah**  148:19 |
| 160:2 174:18 | **word**  188:9 205:8 | 169:19,23 171:25 |
| 193:8 199:18 | 220:7 226:21 | 171:25 172:3 |
| 206:6 207:19 | **wording**  216:18 | 176:20 179:3 |
| 209:25 212:8 | **words**  164:5 | 180:1 187:3,21 |
| 216:9 219:14 | 174:13 191:10 | 192:20 194:25 |
| 227:7 237:21 | **world**  182:14 | 195:14 196:16 |
| 238:3 241:12 | 192:22 | 199:17 200:12 |
| 247:15 251:1 | **wrap**  236:25 | 203:10 204:12 |
| **wednesday**  139:17 | **write**  174:19 | 208:14 209:25 |
| 144:2 253:11 | 240:25 | 211:19 217:21 |
| **weighing**  231:6 | **written**  172:25 | 218:20 222:23 |
| **whispering**  144:5 | 186:20 198:5 | 224:11 226:7 |
| **whoops**  179:16 | **wrong**  230:9 | 227:11 228:5 |
| **wider**  175:10,14 | 241:11,24 | 230:12 234:23 |
| **window**  173:16 | **wrote**  190:6 | 238:4 240:16 |
| **winger**  238:15 | **wu**  141:18 142:6 | 245:9 246:12 |
| **winter**  139:14 | 145:16,16 146:10 | **year**  211:7 222:13 |
| 142:3 144:14,17 | 151:23 157:22 | **years**  168:21 |
| 145:20,23 159:16 | 174:16 182:24 | 196:10,25 216:3 |
| 159:24 179:14 | 185:21 189:10 | **yesterday**  145:24 |
| 205:4 237:7 | 193:2 204:3,19 | 146:2 228:19 |
| 239:13,23 243:10 | 209:20 211:4 | **york**  141:13,15,15 |
| 247:23 252:3 | 217:9 219:7,9,10 | **z** |
| 253:6,18 255:5 | 220:2 221:10 | |
| 256:2,24 257:2,4 | 222:19 235:11,22 | **zero**  236:6,6,10 |
| 257:12 | 236:22 237:6 | 237:12 |
| **winter's**  244:22 | 238:11,15 239:19 | **zeros**  165:16 |
| **wise**  242:12,22 | 239:21,22,25 | **zoom**  159:17 |
| 245:5 | 241:15 242:5,19 | |
| **wish**  243:24 | 243:9,24 244:3,18 | |
| **withdraw**  250:2 | 245:1 246:1,13 | |
| **witness**  141:11 | 247:7,22 249:3,12 | |
| 145:18,19,21 | 251:15,17 252:13 | |
| 146:13 199:14,17 | 255:1 | |
| 199:22 231:15 | **wu's**  248:1 | |
| 237:8 238:16 | **x** | |
| 239:16,24 244:2 | | |
| 251:18 253:1,6 | **x**  142:1 | |
| 255:8,10,12,19 | | |

DELAWARE RULES OF CIVIL PROCEDURE

Part V. Depositions and Discovery

Title V, Rule 30

1
2
3
4
5 (e) Submission to witness; changes; signing. When
6 the testimony is fully transcribed, the deposition
7 shall be submitted to the witness for examination
8 and shall be read to the witness, unless such
9 examination and reading are waived by the witness
10 and by the parties. Any changes in form or
11 substance which the witness desires to make shall
12 be entered upon the deposition by the officer with
13 a statement of the reasons given by the witness for
14 making them. The deposition shall then be signed by
15 the witness, unless the parties by stipulation
16 waive the signing or the witness is ill or cannot
17 be found or refuses to sign. If the deposition is
18 not signed by the witness within 30 days after the
19 date when the reporter notifies the witness and
20 counsel by mail of the availability for examination
21 by the witness, the officer shall sign it and state
22 on the record the fact of the waiver or of the
23 illness or absence of the witness or the fact of
24 the refusal to sign together with the reason, if
25 any, given therefor; and the deposition may then be

```
1        used as fully as though signed, unless on a motion

2        to suppress under Rule 32(d) the Court holds that

3        the reasons given for the refusal to sign require

4        rejection of the deposition in whole or in part.

5

6

7

8

9

10        DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

11        ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

12        THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

13        2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

14        OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

15

16

17

18

19

20

21

22

23

24

25
```

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

ERRATA SHEET FOR THE TRANSCRIPT OF:

*Par Pharmaceutical Inc. et al. v. Amphastar Pharmaceuticals Inc. et al.,*
18-cv-2032-CFC

Deponent: Gerhard Winter
Deposition Date: December 8-9, 2020

I wish to make the following changes for the following reasons:

| Page:Line | Now Reads | Should Read | Reason |
|---|---|---|---|
| 23:18 | slip | stip. | Transcription error |
| 29:11-12 | I have no evidence that it has been used. | I have no evidence that it has been used by anyone other than the inventors. | Transcription error |
| 30:22 | and I used an information | and I used information | Transcription error |
| 34:7 | [respect or] aspect | aspect | Transcription error |
| 39:22 | No | Not | Transcription error |
| 42:9 | increases | decreases | Transcription error |
| 55:1 | patient | patent | Transcription error |
| 59:12 | as in need direct contact | and I did not need a direct contact | |
| 97:7 | "relitivate" | "relativate" | Transcription error |
| 164:14 | 2000 American Regent label | 2011 American Regent label | Transcription error |
| 175:23-25 | I meant this really specification and this assume it is publicly available | and this specification, I assume, is publicly available | Transcription error/misspoke |
| 183:16 | infection | Injection | Transcription error |
| 188:7 | brought | broad (or wide) | Transcription error/misspoke |
| 188:8 | brought | Broad (or wide) | Transcription error/misspoke |
| 202:23 | 161,389 | 161389 | Transcription error |



| Page:Line | Now Reads | Should Read | Reason |
|-----------|-----------|-------------|--------|
| | | | |
| 223:11 | ascetic | acetic | Transcription error |
| 223:14 | ascetic | acetic | Transcription error |
| 229:3 | vasopressin | Vasostrict | Transcription error/misspoke |
| 238:15 | Winger | Winter | Transcription error |

_____

Gerhard Winter

Signed this ___4th___ day of ___January___ 2020 _2021_